## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Charlotte Russe Holding, Inc. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19- 10210 (__)<br><br>(Joint Administration Requested) |

### ORDER SHORTENING NOTICE AND OBJECTION PERIODS REGARDING DEBTORS' COMBINED MOTION FOR ENTRY OF AN ORDER (I) APPROVING BID AND SALE PROCEDURES, (II) APPROVING CERTAIN BIDDING PROTECTIONS, (III) APPROVING THE FORM AND MANNER OF NOTICE OF THE SALE AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (IV) SCHEDULING AN AUCTION AND SALE HEARING, AND (V) APPROVING SALE

Upon the motion (the "Motion to Shorten")[2] filed by the above-captioned debtors (the "Debtors") seeking entry of an order shortening the notice and objection periods for the *Debtors' Combined Motion for Entry of an Order (I) Approving Bid and Sale Procedures, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing, and (V) Approving Sale* (the "Motion"); and due and sufficient notice of the Motion to Shorten having been given under the particular circumstances; and the Court having subject matter jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157(b) and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Charlotte Russe Holding, Inc. (4325); Charlotte Russe Holdings Corporation (1045); Charlotte Russe Intermediate Corporation (6345); Charlotte Russe Enterprise, Inc. (2527); Charlotte Russe, Inc. (0505); Charlotte Russe Merchandising, Inc. (9453); and Charlotte Russe Administration, Inc. (9456). The Debtors' headquarters are located at 5910 Pacific Center Boulevard, Suite 120, San Diego, CA 92121.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion to Shorten.

and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The hearing on the entry of the Bidding Procedures Order shall be held on Feb. 20, 2019 at 10:00 a.m. (ET).

3. Any objections or responses to the proposed Bidding Procedures Order must be filed on or before Feb. 15, 2019 at 4:00 p.m. (ET).

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2019
Wilmington, Delaware

_____
THE HONORABLE
UNITED STATES BANKRUPTCY JUDGE

2