# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Charlotte Russe Holding, Inc., *et al.,*[1] | ) Case No. 19-10210 (LSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Docket No. 15, 16** |

**CERTIFICATION OF COUNSEL REGARDING INTERIM ORDER
(I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING,
(II) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL,
(III) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE
EXPENSE STATUS, (IV) GRANTING ADEQUATE PROTECTION TO THE
PREPETITION SECURED PARTIES, (V) MODIFYING AUTOMATIC STAY,
(VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

I, Daniel N. Brogan, proposed counsel for the above-captioned debtors and debtors in possession (the "Debtor"), hereby certify and state as follows:

1. On February 4, 2019 the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors and Debtors in Possession to Obtain Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to Prepetition Secured Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [D.I. 15] (the "Motion"), which included a proposed form of order granting the Motion on an interim basis (the "Original Proposed Order").

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Charlotte Russe Holding, Inc. (4325); Charlotte Russe Holdings Corporation (1045); Charlotte Russe Intermediate Corporation (6345); Charlotte Russe Enterprise, Inc. (2527); Charlotte Russe, Inc. (0505); Charlotte Russe Merchandising, Inc. (9453); and Charlotte Russe Administration, Inc. (9456). The Debtors' headquarters are located at 5910 Pacific Center Boulevard, Suite 120, San Diego, CA 92121.

{BAY:03437635v1}

2. On February 5, 2019, the Court held a hearing (the "First Day Hearing") to consider, among other things, the Motion.

3. The Debtors revised the Original Proposed Order in accordance with the Court's comments on the record at the First Day Hearing (the "Revised Proposed Order"). A copy of the Revised Proposed Order is attached hereto as Exhibit A. A blackline comparing the Revised Proposed Order against the Original Proposed Order is attached hereto as Exhibit B.[2] Counsel to the Debtors provided the Revised Proposed Order to the Office of the United States Trustee, counsel to the Prepetition ABL Agent, and counsel to the Prepetition Term Agent and certain of the Prepetition Term Loan Lenders who did not object to its form.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience.

[*Remainder of page intentionally left blank.*]

---

[2] Schedule 2 to the Revised Proposed Order containing the Required Milestones is presented in a revised format but is substantively similar to the version filed with the Original Proposed Order.

Dated: February 5, 2019
     Wilmington, Delaware

BAYARD, P.A.

*/s/ Daniel N. Brogan*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Daniel N. Brogan (5723)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
       efay@bayardlaw.com
       dbrogan@bayardlaw.com

- and -

COOLEY LLP
Seth Van Aalten
Michael Klein
Summer M. McKee
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
       mklein@cooley.com
       smckee@cooley.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*