**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Charlotte Russe Holding, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10210 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTER SCHEDULED FOR**
**HEARING ON FEBRUARY 20, 2019 AT 10:00 A.M. (EASTERN)[2]**

## I. MATTER GOING FORWARD

1. Debtors' Combined Motion for Entry of an Order (I) Approving Bid and Sale Procedures, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing; and (V) Approving Sale [Filing Date: 2/4/19; D.I. 17]

   Related Documents:

   a. Declaration of Brian M. Cashman, Chief Restructuring Officer of Charlotte Russe Holding, Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/3/19; D.I. 3]

   b. Order Shortening Notice and Objection Periods Regarding Debtors' Combined Motion for Entry of an Order (I) Approving Bid and Sale Procedures, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Charlotte Russe Holding, Inc. (4325); Charlotte Russe Holdings Corporation (1045); Charlotte Russe Intermediate Corporation (6345); Charlotte Russe Enterprise, Inc. (2527); Charlotte Russe, Inc. (0505); Charlotte Russe Merchandising, Inc. (9453); and Charlotte Russe Administration, Inc. (9456). The Debtors' headquarters are located at 5910 Pacific Center Boulevard, Suite 120, San Diego, CA 92121.

[2] Please note that the hearing is before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

-2-

Leases, (IV) Scheduling an Auction and Sale Hearing; and (V) Approving Sale [Date Entered: 2/5/19; D.I. 84]

Response Deadline:    February 15, 2019 at 4:00 p.m. (ET), extended until February 18, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

Responses Received:

a. Informal comments from counsel to the Debtors' prepetition term loan agent and certain of the prepetition term loan lenders.

b. Informal comments from counsel to certain of the Debtors' landlords.

Status: The bidding procedures relief requested in the motion is going forward. The Debtors are continuing to work with the parties that have provided comments to resolve their issues.

[*Remainder of page intentionally left blank.*]

<table>
<tr><td>Dated: February 13, 2019<br>       Wilmington, Delaware</td><td>BAYARD, P.A.<br><br> /s/ *Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Erin R. Fay (No. 5268)<br>Daniel N. Brogan (No. 5723)<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: jalberto@bayardlaw.com<br>       efay@bayardlaw.com<br>       dbrogan@bayardlaw.com<br><br>       - and -<br><br>COOLEY LLP<br>Seth Van Aalten<br>Michael Klein<br>Summer M. McKee<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>Email: svanaalten@cooley.com<br>       mklein@cooley.com<br>       smckee@cooley.com<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession*</td></tr>
</table>