**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Charlotte Russe Holding, Inc., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10210 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF (A) PROPOSED STALKING HORSE AGENCY AGREEMENT AND (B) REVISED PROPOSED ORDER (I) APPROVING BID AND SALE PROCEDURES, (II) APPROVING CERTAIN BIDDING PROTECTIONS, (III) APPROVING THE FORM AND MANNER OF NOTICE OF THE SALE AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) SCHEDULING AN AUCTION AND SALE HEARING**

PLEASE TAKE NOTICE that on February 4, 2019, the above-captioned debtors (the "Debtors") filed the *Debtors' Combined Motion for Entry of an Order (I) Approving Bid and Sale Procedures, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing; and (V) Approving Sale* [D.I. 17] (the "Bidding Procedures Motion").

PLEASE TAKE FURTHER NOTICE that on February 17, 2019 and subject to approval of this Court, the Debtors and a contractual joint venture comprised of Gordon Brothers Retail Partners, LLC and Hilco Merchant Resources, LLC (the "Proposed Stalking Horse") entered into the stalking horse Agency Agreement attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit B is a copy of the

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Charlotte Russe Holding, Inc. (4325); Charlotte Russe Holdings Corporation (1045); Charlotte Russe Intermediate Corporation (6345); Charlotte Russe Enterprise, Inc. (2527); Charlotte Russe, Inc. (0505); Charlotte Russe Merchandising, Inc. (9453); and Charlotte Russe Administration, Inc. (9456). The Debtors' headquarters are located at 5910 Pacific Center Boulevard, Suite 120, San Diego, CA 92121.

revised proposed order approving the bidding procedures relief requested in the Bidding Procedures Motion and granting certain relief related to the Proposed Stalking Horse (the "Revised Bidding Procedures Order").  Attached hereto as Exhibit C is a blackline of the Revised Bidding Procedures Order against the version of the order filed with the Bidding Procedures Motion.

PLEASE TAKE FURTHER NOTICE that a hearing to consider entry of the Revised Bidding Procedures Order will be held before the Honorable Laurie S. Silverstein on **February 20, 2019 at 10:00 a.m. (ET)** (the "Hearing") at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware.

PLEASE TAKE FURTHER NOTICE that, any response or objection to the relief related to the Proposed Stalking Horse may be presented at the time of the Hearing.

Dated: February 19, 2019
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
      efay@bayardlaw.com
      dbrogan@bayardlaw.com

      - and -

COOLEY LLP
Seth Van Aalten
Michael Klein
Summer M. McKee
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
      mklein@cooley.com
      smckee@cooley.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*