**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Charlotte Russe Holding, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10210 (LSS)<br><br>(Jointly Administered) |

*SECOND AMENDED*[2] **NOTICE OF AGENDA OF MATTER SCHEDULED FOR**
**HEARING ON FEBRUARY 21, 2019 AT 9:00 A.M. (EASTERN)**[3]

> **Due to the closure of the Court on February 20, 2019, this hearing**
> **has been rescheduled to February 21, 2019 at 9:00 a.m. (ET).**

## I. MATTER GOING FORWARD

1. Debtors' Combined Motion for Entry of an Order (I) Approving Bid and Sale Procedures, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing; and (V) Approving Sale [Filing Date: 2/4/19; D.I. 17]

   Related Documents:

   a. Declaration of Brian M. Cashman, Chief Restructuring Officer of Charlotte Russe Holding, Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/3/19; D.I. 3]

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Charlotte Russe Holding, Inc. (4325); Charlotte Russe Holdings Corporation (1045); Charlotte Russe Intermediate Corporation (6345); Charlotte Russe Enterprise, Inc. (2527); Charlotte Russe, Inc. (0505); Charlotte Russe Merchandising, Inc. (9453); and Charlotte Russe Administration, Inc. (9456). The Debtors' headquarters are located at 5910 Pacific Center Boulevard, Suite 120, San Diego, CA 92121.

[2] **Amended items appear in bold.**

[3] Please note that the hearing is before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. (ET) one business day prior to the hearing. Chambers must be contacted regarding any late requests for telephonic appearances.

b.  Order Shortening Notice and Objection Periods Regarding Debtors' Combined Motion for Entry of an Order (I) Approving Bid and Sale Procedures, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing; and (V) Approving Sale [Date Entered: 2/5/19; D.I. 84]

c.  Notice of Filing of (A) Proposed Stalking Horse Agency Agreement and (B) Revised Proposed Order (I) Approving Bid and Sale Procedures, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Scheduling an Auction and Sale Hearing [Filing Date: 2/19/19; D.I. 170]

d.  Declaration of Stuart Erickson in Support of the Debtors' Bidding Procedures and Sale Motion [Filing Date: 2/19/19; D.I. 171]

Response Deadline:    February 15, 2019 at 4:00 p.m. (ET), extended until February 18, 2019 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors.

Responses Received:

a.  Informal comments from counsel to the Debtors' prepetition term loan agent and certain of the prepetition term loan lenders.

b.  Informal comments from counsel to certain of the Debtors' landlords.

c.  Objection of Bloomfield Holdings, LLC to Debtors' Combined Motion for Entry of an Order (I) Approving Bid and Sale Procedures, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing, and (V) Approving the Sale [Date Filed: 2/15/19; D.I. 167]

d.  Reservation of Rights of Official Committee of Unsecured Creditors of Charlotte Russe Holding, Inc., *et al.* to Debtors' Combined Motion for Entry of an Order (I) Approving Bid and Sale Procedures, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing, and (V) Approving the Sale [Date Filed: 2/18/19; D.I. 169]

Status: The bidding procedures relief requested in the motion is going forward.  The Debtors are continuing to work with the parties that have provided comments or filed responses to resolve their issues.


Dated: February **20** 2019
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
      efay@bayardlaw.com
      dbrogan@bayardlaw.com

- and -

COOLEY LLP
Seth Van Aalten
Michael Klein
Summer M. McKee
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
      mklein@cooley.com
      smckee@cooley.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*