# SIGN-IN SHEET

CASE NAME: __Charlotte Russe Holding, Inc.__    COURTROOM NO.: 2

CASE NO. __19-10210 LSS__    DATE: __2/21/19__

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Seth van Aalten | Cooley | Charlotte Russe |
| Michael Klein | Cooley | charlotte Russe |
| Summer Mckee | Cooley | charlotte Russe |
| Joseph Brown | Cooley | charlotte Russe |
| Chris Carter | Morgan Lewis | Bank of America |
| Brett Heywood | Richards Layton | Bank of America |
| Justin Alberto | Bayard | Charlotte Russe |
| Erin Fay | Bayard | Charlotte Russe |
| Doug Herrmann | Pepper Hamilton | Hilco Merchant Resources Gordon Brothers Retail Partners |
| Marcy McLaughlin | " " | " |
| Leslie Heilman | Ballard Spahr LLP | Various Landlords (attached) |
| Chris Sims | Whiteford Taylor | Comstine |
| William Chipman | Chipman Brown Cicero & Cole | Jefferies |
| Jane Leamy | US Trustee | US Trustee |

# Court Conference

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Laurie Selber Silverstein

#2

| Calendar Date: | 02/21/2019 |
|---|---|
| Calendar Time: | 09:00 AM ET |

1st Revision  Feb 20 2019  2:44PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9615933 | Sarah Baker | (847) 341-2462 ext. | Hilco Global | Interested Party, Sarah Baker / LIVE |
| | | Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9617684 | Christopher Boies | (212) 556-2327 ext. | King & Spalding LLP | Interested Party, Jefferies Finance LLC & Ad Hoc Group of Prepetition Term Loan Lenders / LIVE |
| | | Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9617472 | John Brincko | (310) 553-4523 ext. | Brincko Group | Interested Party, Jefferies Finance LLC & Ad Hoc Group of Prepetition Term Loan Lenders / LIVE |
| | | Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9617244 | Joseph Brown  DAVID HERGENROEDER | (415) 693-2852 ext. | Cooley LLP ( All Offices) | Debtor, Charlotte Russe Holding, Inc. / LISTEN ONLY |
| | | Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9618886 | Andrew S. Conway | (248) 258-7427 ext. | The Taubman Company | Creditor, Taubman Landlords / LISTEN ONLY |
| | | Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9616505 | Scott L. Fleischer | (212) 784-5810 ext. | Barclay Damon New York | Creditor, Bloomfield Holdings LLC / LIVE |
| | | Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9617338 | Julia Frost-Davies | (617) 951-8422 ext. | Morgan Lewis & Bockius LLP | Interested Party, Bank of America, NA / LIVE |
| | | Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9617346 | Matthew Furlong | (617) 235-7255 ext. | Morgan Lewis & Bockius LLP | Interested Party, Bank of America / LIVE |
| | | Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9617558 | Michael Handler | (212) 556-2100 ext. | King & Spalding LLP | Interested Party, Jefferies Finance LLC & Ad Hoc Group of Prepetition Term Loan Lenders / LIVE |
| | | Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9618006 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9612182 | Kayci Hines | (212) 808-7925 ext. | Kelley Drye & Warren LLP | Creditor, GGA / LISTEN ONLY |
| | | Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9616040 | Travis Hogan | (646) 284-9907 ext. | Riva Ridge Capital | Creditor, Riva Ridge Capital / LISTEN ONLY |

| Party | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9617607 | W. Austin Jowers | (404) 572-2776 ext. | King & Spalding LLP | Interested Party, Jefferies Finance LLC & Ad Hoc Group of Prepetition Term Loan Lenders / LIVE |
| Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9615944 | Rachel B. Mersky | (302) 656-8162 ext. | Monzack Mersky McLaughlin & Browder, PA | Creditor, Governor's Square Company dba: Governor's Square Mall / LIVE |
| Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9617434 | Michael C. Rupe | (212) 556-2100 ext. | King & Spalding LLP | Interested Party, Jefferies Finance LLC & Ad Hoc Group of Prepetition Term Loan Lenders / LIVE |
| Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9615928 | MacKenzie L. Shea | (617) 422-6519 ext. | Gordon Brothers Group LLC | Interested Party, MacKenzie L. Shea / LIVE |
| Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9607611 | Michelle E. Shriro | (972) 380-5533 ext. | Singer & Levick, PC | Creditor, Red Development / LISTEN ONLY |
| Charlotte Russe Holding, Inc. | 19-10210 | Hearing | 9617502 | Thora Thorrodsen | (951) 682-1349 ext. | Brincko Group | Representing, Jefferies Finance LLC, Term Loan Agent & Ad Hoc Grp of Prepetition Loan Lenders / LIVE |

CourtConfCal2009

Peggy Drasal ext. 802

## HEARING SIGN-IN SHEET

*In re* Charlotte Russe Holding, Inc., *et al.* – Case No. 19-10210 (LSS)
February 21, 2019 at 9:00 a.m. ET

| Appearance(s) | Firm(s) | Party(ies) Representing |
|---|---|---|
| Leslie C. Heilman, Esq. | Ballard Spahr LLP | Aronov Realty Management<br>Brixmor Operating Partnership LP<br>Centennial Real Estate Company, LLC<br>Federal Realty Investment Trust<br>Kravco Company<br>Metropolis Lifestyle Center, LLC<br>Montebello Town Center Investors LLC<br>PGIM Real Estate<br>Starwood Retail Partners LLC<br>The Macerich Company<br>Weitzman<br>YTC Mall Owner, LLC |
| Leslie C. Heilman, Esq.<br>Scott L. Fleischer | Ballard Spahr LLP<br>Barclay Damon LLP | Bloomfield Holdings, LLC<br>Sangertown Square, L.L.C. |

DMEAST #38672594 v1