# UNITED STATES BANKRUPTCY COURT
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Charlotte Russe Holding, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10210 (LSS)<br><br>(Jointly Administered)<br><br>**Related D.I.: 17 and 199** |

## NOTICE OF SUCCESSFUL BIDDER

PLEASE TAKE NOTICE that on February 21, 2019, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bid and Sale Procedures, (II) Approving Certain Bidding Protections, (III) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling an Auction and Sale Hearing* [D.I. 199] (the "Bid Procedures Order")[2] that, among other things, approved procedures (the "Bidding Procedures") for the solicitation and consideration of competing offers for the sale of substantially all of the Debtors' assets.

PLEASE TAKE FURTHER NOTICE that in accordance with the Bid Procedures Order, the Auction was held on March 5, 2019 commencing at 10:00 a.m. (ET) at the offices of Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801. A transcript of the Auction is attached hereto as Exhibit A. At the Auction, SB360 Capital Partners, LLC, was designated as the Successful Bidder pursuant to the form of Agency Agreement attached hereto as Exhibit B, attached as Exhibit C is a redline comparing the Agency Agreement to the stalking horse Agency Agreement filed on February 19, 2019 at D.I. 170.

PLEASE TAKE FURTHER NOTICE that a hearing will be held to approve the sale of the Debtors' assets to the Successful Bidder (the "Sale Hearing") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, 6th Floor, Courtroom 2, on **March 6, 2019 at 1:00 p.m. (ET)**. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court at the Sale Hearing or in notice or agenda filed with the Court.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Charlotte Russe Holding, Inc. (4325); Charlotte Russe Holdings Corporation (1045); Charlotte Russe Intermediate Corporation (6345); Charlotte Russe Enterprise, Inc. (2527); Charlotte Russe, Inc. (0505); Charlotte Russe Merchandising, Inc. (9453); and Charlotte Russe Administration, Inc. (9456). The Debtors' headquarters are located at 5910 Pacific Center Boulevard, Suite 120, San Diego, CA 92121.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order.

      PLEASE TAKE FURTHER NOTICE that this Notice and any Sale are subject to the fuller terms and conditions of the Bid Procedures Order, the Bidding Procedures, and any further orders of the Court.  The Debtors encourage parties-in-interest to review such documents in their entirety.  Copies of the Bid Procedures Order, Bidding Procedures, and this Notice may be obtained by contacting the Debtors' claims and notice agent, Donlin Recano & Company, Inc., by visiting https://www.donlinrecano.com/Clients/crusse/Index.  The Debtors reserve their right to adopt other or further modifications to the Bid Procedures in accordance with the terms thereof and of the Bid Procedures Order.

Dated: March 5, 2019
       Wilmington, Delaware

BAYARD, P.A.

 */s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
      efay@bayardlaw.com
      dbrogan@bayardlaw.com

- and -

COOLEY LLP
Seth Van Aalten (admitted *pro hac vice*)
Michael Klein (admitted *pro hac vice*)
Summer M. McKee (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
      mklein@cooley.com
      smckee@cooley.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*