**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: <u>Charlotte Russe Holding, Inc., et al.</u>

Case No. <u>19-10210</u>
Reporting Period: <u>February 2019</u>

**MONTHLY OPERATING REPORT**
**For the Period Feb 3, 2019 through March 2, 2019**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | x | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | x | | |
| Cash disbursements journals | | | x | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | x | |
| Copies of tax returns filed during reporting period | | | x | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

3/20/19
_____
Date

<u>Dayna Quanbeck</u>
Printed Name of Authorized Individual

CEO / CFO
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re  Charlotte Russe Holding, Inc., et al.

Case No:  **19-10210**
Reporting Period:  **February 2019**

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
For the Period Feb 3, 2019 through March 2, 2019

| Case No: | 19-10210 Charlotte Russe Holding, Inc. | 19-10211 Charlotte Russe Holdings Corporation | 19-10212 Charlotte Russe Intermediate Corporation | 19-10213 Charlotte Russe Enterprise, Inc. | 19-10214 Charlotte Russe, Inc. | 19-10215 Charlotte Russe Merchandising, Inc. | 19-10216 Charlotte Russe Administration, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| **Beginning Cash Balance** | 505,401 | - | - | - | - | - | - | 505,401 |
| **Receipts** | | | | | | | | |
| Operations Receipts | 43,777,317 | - | - | - | - | - | - | 43,777,317 |
| Other Receipts | 209,057 | - | - | - | - | - | - | 209,057 |
| DIP Proceeds | 29,851,480 | - | - | - | - | - | - | 29,851,480 |
| **Total Cash Receipts** | 73,837,854 | - | - | - | - | - | - | 73,837,854 |
| **Disbursements** | | | | | | | | |
| Merchandise Disbursements | (11,837,693) | - | - | - | - | - | - | (11,837,693) |
| Rent, Utilities and Occupancy | (255,931) | - | - | - | - | - | - | (255,931) |
| Payroll, Payroll Taxes and Benefits | (10,198,883) | - | - | - | - | - | - | (10,198,883) |
| SG&A | (5,007,177) | - | - | - | - | - | - | (5,007,177) |
| Taxes | (2,026,748) | - | - | - | - | - | - | (2,026,748) |
| Interest | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - | - | - |
| Bankruptcy related | (191,311) | - | - | - | - | - | - | (191,311) |
| DIP Paydown | (43,966,404) | - | - | - | - | - | - | (43,966,404) |
| **Total Cash Disbursements** | (73,484,148) | - | - | - | - | - | - | (73,484,148) |
| **Debtors Net Cash Flow** | 353,706 | - | - | - | - | - | - | 353,706 |
| **From / (To) Non-Debtors** | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | 353,706 | - | - | - | - | - | - | 353,706 |
| **Ending Cash Balance** | 859,107 | - | - | - | - | - | - | 859,107 |

**In re**     <u>**Charlotte Russe Holding, Inc., et al.**</u>

Case No: <u>**19-10210**</u>
Reporting Period: <u>**February 2019**</u>

**DEBTORS STATEMENT WITH RESPECT TO BANK RECONCILIATIONS, BANK STATEMENTS
AND CASH DISBURSEMENTS JOURNAL
For the Period Feb 3, 2019 through March 2, 2019**

The Debtors attest that all bank accounts are reconciled on a monthly basis as part of the monthly close process. Below is the account balance as of 3/2/19.

**Bank Account Reconciliations & Cash Disbursements Journals**

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.

The Debtors affirm that within its financial accounting systems, check registers and/or disbursements journals are maintained for each disbursement account.

**Bank Statements**

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.

**Closed Bank Accounts**

The Debtors affirm that one bank account (Wells Fargo 215 Change Order Account) was opened and subsequently closed during the current reporting period.

**Opened Bank Accounts**

The Debtors affirm that two bank account(s) were opened during the current reporting period.

  (1) The Wells Fargo 215 (Change Order Account) was opened and subsequently closed during the current reporting period.

  (2) The Bank of America 563 (Utility Deposit Account) was opened during the current reporting period to maintain the utility deposit per the Utility Motion.

**BANK RECONCILIATIONS
For the Period Feb 3, 2019 through March 2, 2019**

| Bank | Acct No. | Purpose of Account | Balance as of 3/2/19 |
|---|---|---|---|
| Bank of Hawaii | 399 | Store Depository | 68,386.77 |
| Banco Popular | 819 | Store Depository | 31,690.45 |
| Regions | 317 | Store Depository | 69,049.42 |
| PNC Bank | 229 | Store Depository | 5,499.66 |
| Wells Fargo | 724 | Store Depository | 76,242.14 |
| Bank of America | 672 | Depository - Credit Card Receipt Account | - |
| Bank of America | 607 | Depository - Concentration Account | 8,654.78 |
| Bank of America | 609 | Operating | 128,031.97 |
| Bank of America | 420 | Payroll Disbursement | - |
| Bank of America | 339 | Holding | 1,000.00 |
| Bank of America | 340 | Holding | 1,000.00 |
| Bank of America | 163 | General Disbursement | - |
| Bank of America | 079 | Rent Disbursement | - |
| Bank of America | RUS | Line of Credit | - |
| Wells Fargo | 215 | Change Order Account | - |
| Bank of America | 563 | Utility Deposit Account | 469,552.00 |
| **Total Bank Balance** | | | **859,107.19** |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number      xxxxxx2420
19 31 140 01 M0000 E#    145
Last Statement:    02/01/2019
This Statement:    03/01/2019

IMG        SUP
Customer Service
1-888-400-9009

CHARLOTTE RUSSE INC.
DEBTOR IN POSSESSION CASE #19-10214
PAYROLL ACCOUNT
5910 PACIFIC CENTER BLVD STE 120
SAN DIEGO CA  92121-6302

Page    1 of   40

Bankruptcy Case Number:1910214

**Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement.  Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.**

## FULL ANALYSIS CHECKING

### Account Summary Information

| | | |
|---|---|---:|
| Statement Period 02/02/2019 - 03/01/2019 | Statement Beginning Balance | 21,730.55 |
| Number of Deposits/Credits | 16 | Amount of Deposits/Credits | 4,770,138.46 |
| Number of Checks | 145 | Amount of Checks | 128,337.44 |
| Number of Other Debits | 4 | Amount of Other Debits | 4,663,531.57 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 145 | | |
| | | Service Charge | .00 |

### Transaction Detail

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---:|---|---|---|
| 02/04 | | 3,951.80- | Summarized Debits | 8 | |
| 02/05 | | 3,021.74 | Zero Balance Transfer | TRSF FR 1459462609 | 00722097213 |
| 02/05 | | 3,235.33- | Summarized Debits | 5 | |
| 02/05 | | 17,778.75- | Bank Adjustment | TRSF TO 1459462609 | 00722097212 |
| 02/05 | 10018244 | 213.59 | Return Check DUPLICATE PRESENTMENT CHECK # 0010018244 PAID DATE 02/04/19 | ARP RETURNED CHECK | 644800090001759 |
| 02/08 | | 151.96 | Zero Balance Transfer | TRSF FR 1459462609 | 00722086328 |
| 02/08 | | 151.96- | Summarized Debits | 2 | |
| 02/11 | | 2,019.42 | Zero Balance Transfer | TRSF FR 1459462609 | 00722122550 |
| 02/11 | | 2,019.42- | Summarized Debits | 5 | |
| 02/12 | | 1,206.76 | Zero Balance Transfer | TRSF FR 1459462609 | 00722093541 |
| 02/12 | | 1,206.76- | Summarized Debits | 6 | |
| 02/13 | | 88.43 | Zero Balance Transfer | TRSF FR 1459462609 | 00722084958 |
| 02/13 | | 88.43- | Summarized Debits | 1 | |
| 02/15 | | 3,597.83 | Zero Balance Transfer | TRSF FR 1459462609 | 00722093509 |
| 02/15 | | 3,597.83- | Summarized Debits | 5 | |
| 02/19 | | 12,297.63 | Zero Balance Transfer | TRSF FR 1459462609 | 00722156764 |
| 02/19 | | 12,297.63- | Summarized Debits | 14 | |
| 02/20 | | 9,903.07 | Zero Balance Transfer | TRSF FR 1459462609 | 00722098646 |
| 02/20 | | 9,903.07- | Summarized Debits | 8 | |
| 02/21 | | 4,651,516.30 | Zero Balance Transfer | TRSF FR 1459462609 | 00722092423 |
| 02/21 | | 5,761.17- | WIRE TYPE:WIRE OUT DATE:190221 TIME:0942 ET TRN:2019022100262426 SERVICE REF:005570 BNF:ADP CLIENT TRUST ID:00374926 BNF BK:DEUTSCHE B ANK TRUST CO. ID:021001033 PMT DET:022151507700827 15300081416 ADP WAGE GARN | | 644800370262426 |
| 02/21 | | 5,763.48- | Summarized Debits | 1 | |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number    xxxxxx2672
19 31 140 01 M0000 E#    0
Last Statement:    02/28/2019
This Statement:    03/01/2019

                 IMG        SUP
Customer Service
1-888-400-9009

CHARLOTTE RUSSE INC.
DEBTOR IN POSSESSION CASE #19-10214
BLK ACCT FBO BANK OF AMERICA, N.A.
BANKCARD ACCOUNT
5910 PACIFIC CENTER BLVD STE 120
SAN DIEGO CA  92121-6302

Page     1 of   14

Bankruptcy Case Number:1910214

Effective March 2019, the Deposit Agreement and Disclosures booklet which
governs your account has been updated. The account will continue to be
subject to agreement as updated from time to time. Please contact your
account representative to receive the updated version. Effective March 1,
2019 the updated version can be found by logging into
bofaml.com/depositagreement.  Continued use of this account indicates your
agreement to be bound by the terms and conditions contained in this booklet.

## FULL ANALYSIS CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 03/01/2019 - 03/01/2019 | Statement Beginning Balance | | .00 |
| Number of Deposits/Credits | 254 | Amount of Deposits/Credits | 1,042,768.77 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 18 | Amount of Other Debits | 1,042,768.77 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Transaction Detail

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/01 | | 31.37 | 5/3 BANKCARD SYS DES:COMB. DEP. ID:4445023451625 INDN:PEEK ARENT YOU CURIOUS  CO ID:7306604847 CCD PMT INFO:  MERCURY      COMB. DEP.    TERM 23 451625        BATCH 01191256764 | 60003420473 |
| 03/01 | | 71.53 | 5/3 BANKCARD SYS DES:COMB. DEP. ID:4445023451617 INDN:PEEK ARENT YOU CURIOUS  CO ID:7306604847 CCD PMT INFO:  MERCURY      COMB. DEP.    TERM 23 451617        BATCH 01191280426 | 60003420467 |
| 03/01 | | 78.61 | 5/3 BANKCARD SYS DES:COMB. DEP. ID:4445025662759 INDN:PEEK ARENT YOU CURIOUS  CO ID:7306604847 CCD PMT INFO:  MERCURY      COMB. DEP.    TERM 25 662759        BATCH 01191277482 | 60003421808 |
| 03/01 | | 92.57 | 5/3 BANKCARD SYS DES:COMB. DEP. ID:4445023451583 INDN:PEEK ARENT YOU CURIOUS  CO ID:7306604847 CCD PMT INFO:  MERCURY      COMB. DEP.    TERM 23 451583        BATCH 01191284702 | 60003420461 |
| 03/01 | | 106.43 | 5/3 BANKCARD SYS DES:COMB. DEP. ID:4445023451633 INDN:PEEK ARENT YOU CURIOUS  CO ID:7306604847 CCD PMT INFO:  MERCURY      COMB. DEP.    TERM 23 451633        BATCH 01191286104 | 60003420479 |
| 03/01 | | 219.04 | 5/3 BANKCARD SYS DES:COMB. DEP. ID:4445025662759 INDN:PEEK ARENT YOU CURIOUS  CO ID:7306604847 CCD PMT INFO:  MERCURY      COMB. DEP.    TERM 45 025662759       BATCH 01191277482 | 60003421811 |
| 03/01 | | 264.84 | 5/3 BANKCARD SYS DES:COMB. DEP. ID:4445023450601 INDN:PEEK ARENT YOU CURIOUS  CO ID:7306604847 CCD PMT INFO:  MERCURY      COMB. DEP.    TERM 23 450601        BATCH 01191237053 | 60003420449 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number      xxxxxx6079
19 31 140 01 M0000 E#    111
Last Statement:    02/01/2019
This Statement:    03/01/2019

                   IMG       SUP
Customer Service
1-888-400-9009

CHARLOTTE RUSSE, INC
DEBTOR IN POSSESSION CASE #19-10214
-
-
5910 PACIFIC CENTER BLVD STE 120
SAN DIEGO CA  92121-6302

Page    1 of   40

Bankruptcy Case Number:1910214

Effective March 2019, the Deposit Agreement and Disclosures booklet which
governs your account has been updated. The account will continue to be
subject to agreement as updated from time to time. Please contact your
account representative to receive the updated version. Effective March 1,
2019 the updated version can be found by logging into
bofaml.com/depositagreement.  Continued use of this account indicates your
agreement to be bound by the terms and conditions contained in this booklet.

## CONTROLLED DISBURSEMENT NORTHBROOK

### Account Summary Information

| | | | |
|---|---|---|---:|
| Statement Period 02/02/2019 - 03/01/2019 | Statement Beginning Balance | | .00 |
| Number of Deposits/Credits | 113 | Amount of Deposits/Credits | 4,304,110.02 |
| Number of Checks | 111 | Amount of Checks | 2,118,667.14 |
| Number of Other Debits | 6 | Amount of Other Debits | 2,185,442.88 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 111 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---:|---|---|---|
| 02/06 | | 907.38 | Zero Balance Transfer | TRSF FR 1459462609 | 00722118614 |
| 02/08 | 108648 | 14.30 | Return Check REFER TO MAKER CHECK # 0000108648 PAID DATE 02/06/19 | ARP RETURNED CHECK | 644800090001741 |
| 02/08 | 108650 | 18.68 | Return Check REFER TO MAKER CHECK # 0000108650 PAID DATE 02/06/19 | ARP RETURNED CHECK | 644800090001742 |
| 02/08 | 108653 | 874.40 | Return Check REFER TO MAKER CHECK # 0000108653 PAID DATE 02/06/19 | ARP RETURNED CHECK | 644800090001743 |
| 02/12 | 108652 | 125.20 | Return Check REFER TO MAKER CHECK # 0000108652 PAID DATE 02/08/19 | ARP RETURNED CHECK | 644800090002264 |
| 02/22 | | 189,074.04 | Zero Balance Transfer | TRSF FR 1459462609 | 00722125231 |
| 02/25 | | 1,808,412.84 | Zero Balance Transfer | TRSF FR 1459462609 | 00722167223 |
| 02/26 | 110010 | 40,013.86 | Return Check REFER TO MAKER CHECK # 0000110010 PAID DATE 02/22/19 | ARP RETURNED CHECK | 644800090001791 |
| 02/26 | 110015 | 46,463.19 | Return Check REFER TO MAKER CHECK # 0000110015 PAID DATE 02/22/19 | ARP RETURNED CHECK | 644800090001792 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        xxxxxx0163
19 31 140 02 M0000 E#    229
Last Statement:    02/01/2019
This Statement:    03/01/2019

```
            IMG         SUP
Customer Service
1-888-400-9009
```

CHARLOTTE RUSSE, INC.
DEBTOR IN POSSESSION CASE #19-10214
SETTLEMENT ACCOUNT

Page    1 of   74

Bankruptcy Case Number:1910214

CUSTOMER WILL CALL

Effective March 2019, the Deposit Agreement and Disclosures booklet which
governs your account has been updated. The account will continue to be
subject to agreement as updated from time to time. Please contact your
account representative to receive the updated version. Effective March 1,
2019 the updated version can be found by logging into
bofaml.com/depositagreement.   Continued use of this account indicates your
agreement to be bound by the terms and conditions contained in this booklet.

## CONTROLLED DISBURSEMENT NORTHBROOK

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 02/02/2019 - 03/01/2019 | Statement Beginning Balance | | .00 |
| Number of Deposits/Credits | 175 | Amount of Deposits/Credits | 3,475,591.74 |
| Number of Checks | 229 | Amount of Checks | 3,221,497.47 |
| Number of Other Debits | 9 | Amount of Other Debits | 254,094.27 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 229 | | |
| | | Service Charge | .00 |

### Transaction Detail

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 02/05 | | 118,421.63 | Zero Balance Transfer | TRSF FR 1459462609 | 00722115498 |
| 02/05 | | 118,421.63- | Summarized Debits    48 | | |
| 02/06 | | 85,751.91 | Zero Balance Transfer | TRSF FR 1459462609 | 00722101797 |
| 02/06 | | 85,751.91- | Summarized Debits    28 | | |
| 02/07 | | 4,995.44- | Charlotte Russe   DES:PAYMENT     FL# 19038003876 | | 38017079041 |
| | | | INDN:SETT-BATCH 3952960505   CO ID:3952960505 CCD | | |
| 02/07 | | 35,214.17- | Zero Balance Transfer | TRSF TO 1459462609 | 00722099394 |
| 02/07 | | 78,212.02- | Summarized Debits    25 | | |
| 02/07 | 470250 | 100.00 | Return Check | ARP RETURNED CHECK | 644800090001987 |
| | | | REFER TO MAKER | | |
| | | | CHECK # 0000470250 | | |
| | | | PAID DATE 02/05/19 | | |
| 02/07 | 470307 | 138.57 | Return Check | ARP RETURNED CHECK | 644800090001988 |
| | | | REFER TO MAKER | | |
| | | | CHECK # 0000470307 | | |
| | | | PAID DATE 02/05/19 | | |
| 02/07 | 470374 | 3,492.40 | Return Check | ARP RETURNED CHECK | 644800090001989 |
| | | | REFER TO MAKER | | |
| | | | CHECK # 0000470374 | | |
| | | | PAID DATE 02/05/19 | | |
| 02/07 | 470400 | 989.42 | Return Check | ARP RETURNED CHECK | 644800090001990 |
| | | | REFER TO MAKER | | |
| | | | CHECK # 0000470400 | | |
| | | | PAID DATE 02/05/19 | | |
| 02/07 | 470447 | 1,200.00 | Return Check | ARP RETURNED CHECK | 644800090001991 |
| | | | REFER TO MAKER | | |
| | | | CHECK # 0000470447 | | |
| | | | PAID DATE 02/05/19 | | |

**BANCO POPULAR.**

## Account Statement

From:
February 02, 2019

To:
March 01, 2019

CUTOFF

CHARLOTTE RUSSE INC   25
5910 PACIFIC CTR BLVD STE 120
SAN DIEGO CA  92121-6302

## FLEXICUENTA DE NEGOCIOS

Page 1

Account Number
9819

CHARLOTTE RUSSE INC

# Summary of your Account

## ■ FlexiChecking

| | | |
|---|---|---|
| Beginning Balance | | $31,308.70 |
| 95 Additions | + | 100,597.25 |
| 15 Subtractions | - | 99,454.00 |
| Service charges | - | 761.50 |
| Ending Balance | | $31,690.45 |

# Account Detail

## ■ FlexiChecking

Beginning Balance                    $31,308.70

### Additions

Deposit Tickets

| Date | Reference | Description | | | Amount |
|---|---|---|---|---|---|
| 02-04 | 500052540 | Deposit | Number | 118 | 1,115.11 |
| 02-04 | 500052581 | Deposit | Number | 118 | 1,093.46 |
| 02-04 | 500033570 | Deposit | Number | 84 | 973.84 |
| 02-04 | 500052538 | Deposit | Number | 118 | 827.34 |
| 02-04 | 500033525 | Deposit | Number | 84 | 815.80 |
| 02-04 | 500024206 | Deposit | Number | 114 | 775.34 |
| 02-04 | 500024212 | Deposit | Number | 114 | 657.17 |
| 02-04 | 500024112 | Deposit | Number | 84 | 615.98 |
| 02-04 | 500024217 | Deposit | Number | 114 | 586.62 |
| 02-04 | 500024221 | Deposit | Number | 114 | 200.00 |
| 02-06 | 500042703 | Deposit | Number | 118 | 3,604.10 |
| 02-06 | 500080369 | Deposit | Number | 118 | 2,594.12 |
| 02-06 | 500028395 | Deposit | Number | 84 | 2,568.81 |
| 02-06 | 500020561 | Deposit | Number | 114 | 2,066.20 |
| 02-06 | 500028380 | Deposit | Number | 84 | 1,774.84 |
| 02-06 | 500022743 | Deposit | Number | 118 | 1,642.93 |
| 02-06 | 500038781 | Deposit | Number | 118 | 1,489.20 |
| 02-06 | 500020547 | Deposit | Number | 84 | 998.93 |
| 02-06 | 500028420 | Deposit | Number | 84 | 904.70 |
| 02-06 | 500020558 | Deposit | Number | 114 | 673.97 |
| 02-06 | 500020553 | Deposit | Number | 114 | 619.67 |
| 02-06 | 500020555 | Deposit | Number | 114 | 411.02 |
| 02-06 | 500020550 | Deposit | Number | 84 | 220.00 |
| 02-11 | 500090533 | Deposit | Number | 118 | 1,906.58 |

Now you can receive your Account Statement through your e-mail FREE OF CHARGE!!! Please call 787-756-3939 or 1-855-756-3939.

Now TeleBanco Comercial is the new Business Banking Center and our new number is 787- 756- 3939 or 1- 855- 756- 3939.

BUSINESS BANKING CENTER offers a quick and easy way to access information about your business accounts and related services without having to visit or call the branch. You can obtain information on:
- Accounts balances
- Commercial products and services
- Commercial loans
- Credit solutions
- Claims
- Technical Support

AO5006E.013-000000025

## Bank of Hawaii

Statement of Account

Last statement: February 01, 2019
This statement: March 01, 2019
Total days in statement period: 28

Account: xxxx-xx0399
Page 1 of 5
Number of Enclosures: (0)

Direct inquiries to:
888 643-3888

00000034-TDBSAD21400302573590-LETTER01-000000 0
CHARLOTTE RUSSE INC
5910 PACIFIC CENTER BLVD SUITE 120
SAN DIEGO CA 92121

PEARLRIDGE BANKING CENTER
98-1059 MOANALUA RD
AIEA HI 96701

### Bank of Hawaii

*AVOID THE CLUTTER OF PAPER BY SWITCHING TO ONLINE STATEMENTS. IT'S EASY. JUST SIGN ON TO YOUR ONLINE BANKING ACCOUNT AND GO PAPERLESS TODAY! MEMBER FDIC.*

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | xxxx-xx0399 | Beginning balance | $32,064.64 |
| Low balance | $68,386.77 | Total additions | 171,250.82 |
| Average balance | $68,386.77 | Total subtractions | 134,928.69 |
| | | Ending balance | $68,386.77 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 02-04 | Vault Services | 421.00 |
| | BOH VAULT SRVS CHANGE ORD 190204 587 | |
| 02-07 | Vault Services | 409.00 |
| | BOH VAULT SRVS CHANGE ORD 190207 42 | |
| 02-11 | Vault Services | 433.00 |
| | BOH VAULT SRVS CHANGE ORD 190211 587 | |
| 02-11 | Vault Services | 520.00 |
| | BOH VAULT SRVS CHANGE ORD 190211 822 | |
| 02-11 | Vault Services | 826.00 |
| | BOH VAULT SRVS CHANGE ORD 190211 42 | |
| 02-11 | ACH Debit | 41,000.00 |
| | CHARLOTTE RUSSE PAYMENT ACH DAILY TRANSFER | |
| 02-15 | Vault Services | 252.00 |
| | BOH VAULT SRVS CHANGE ORD 190215 42 | |
| 02-15 | Vault Services | 300.00 |
| | BOH VAULT SRVS CHANGE ORD 190215 822 | |
| 02-15 | Vault Services | 323.00 |
| | BOH VAULT SRVS CHANGE ORD 190215 587 | |
| 02-19 | Vault Services | 425.00 |
| | MAUI MPC 267 CHG ORD 190219 742 | |

**MEMBER FDIC**

**EQUAL HOUSING LENDER**





BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number    xxxxxx2607
19 31 140 01 M0000 E#    0
Last Statement:    02/28/2019
This Statement:    03/01/2019

        IMG        SUP
Customer Service
1-888-400-9009

CHARLOTTE RUSSE INC
DEBTOR IN POSSESSION CASE #19-10214
BLK ACCT FBO BANK OF AMERICA, N.A.
CONCENTRATION ACCOUNT
5910 PACIFIC CENTER BLVD STE 120
SAN DIEGO CA  92121-6302

Page    1 of    2

Bankruptcy Case Number:1910214

Effective March 2019, the Deposit Agreement and Disclosures booklet which
governs your account has been updated. The account will continue to be
subject to agreement as updated from time to time. Please contact your
account representative to receive the updated version. Effective March 1,
2019 the updated version can be found by logging into
bofaml.com/depositagreement.  Continued use of this account indicates your
agreement to be bound by the terms and conditions contained in this booklet.

## FULL ANALYSIS CHECKING

### Account Summary Information

| Statement Period 03/01/2019 - 03/01/2019 | Statement Beginning Balance | .00 |
|---|---|---|
| Number of Deposits/Credits | 2 | Amount of Deposits/Credits | 1,050,380.35 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 1 | Amount of Other Debits | 1,041,725.57 |
| | | Statement Ending Balance | 8,654.78 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/01 | | 1,041,725.57 | Zero Balance Transfer    TRSF FR 1450102672 | 00722088322 |
| 03/01 | 1001 | 8,654.78 | CA BANKING CENTER DEPOSIT | 246803552749708 |

### Withdrawals and Debits

Other Debits
| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/01 | | 1,041,725.57 | WIRE TYPE:BOOK OUT DATE:190301 TIME:0900 ET TRN:2019030100268969 BNF:BANK OF AMERICA, N.A. ID:000050252044 PMT DET: REF: CHARLOTTE RUSSE | 00370268969 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/28 | .00 | .00 | 03/01 | 8,654.78 | .00 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number        xxxxxx2607
19 31 140 01 M0000 E#     0
Last Statement:    02/01/2019
This Statement:    02/28/2019

IMG        SUP
Customer Service
1-888-400-9009

CHARLOTTE RUSSE INC
DEBTOR IN POSSESSION CASE #19-10214
BLK ACCT FBO BANK OF AMERICA, N.A.
CONCENTRATION ACCOUNT
5910 PACIFIC CENTER BLVD STE 120
SAN DIEGO CA  92121-6302

Page    1 of    4

Bankruptcy Case Number:1910214

Effective March 2019, the Deposit Agreement and Disclosures booklet which
governs your account has been updated. The account will continue to be
subject to agreement as updated from time to time. Please contact your
account representative to receive the updated version. Effective March 1,
2019 the updated version can be found by logging into
bofaml.com/depositagreement.  Continued use of this account indicates your
agreement to be bound by the terms and conditions contained in this booklet.

## FULL ANALYSIS CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 02/02/2019 - 02/28/2019 | Statement Beginning Balance | 26,107.47 |
| Number of Deposits/Credits | 30 | Amount of Deposits/Credits | 32,294,202.68 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 17 | Amount of Other Debits | 32,320,310.15 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/04 | | 51,528.89 | NORDSTROM INC    DES:NORD ACH   ID:41415291<br>INDN:CHARLOTTE RUSSE, INC.   CO ID:4910515058 CCD | 29017997409 |
| 02/04 | 1001 | 70.00 | CA BANKING CENTER DEPOSIT | 54602852077114 |
| 02/05 | | 847,540.77 | Zero Balance Transfer      TRSF FR 1450102672 | 00722097176 |
| 02/05 | | 3,803,613.22 | Bank Adjustment            TRSF FR 1450102672 | 00722097175 |
| 02/05 | 1001 | 40.00 | CA BANKING CENTER DEPOSIT | 49603252446911 |
| 02/05 | 1001 | 1,522.75 | CA BANKING CENTER DEPOSIT | 49603252446893 |
| 02/05 | 1001 | 4,197.56 | CA BANKING CENTER DEPOSIT | 246803252278713 |
| 02/06 | | 510,274.92 | Zero Balance Transfer      TRSF FR 1450102672 | 00722085307 |
| 02/07 | | 609,956.73 | Zero Balance Transfer      TRSF FR 1450102672 | 00722083157 |
| 02/08 | | 660,791.25 | Zero Balance Transfer      TRSF FR 1450102672 | 00722086290 |
| 02/08 | 1001 | 2,566.18 | CA BANKING CENTER DEPOSIT | 246803652721126 |
| 02/11 | | 74,057.69 | NORDSTROM INC    DES:NORD ACH   ID:41416433<br>INDN:CHARLOTTE RUSSE, INC.   CO ID:4910515058 CCD | 36012308694 |
| 02/11 | | 4,533,579.05 | Zero Balance Transfer      TRSF FR 1450102672 | 00722122512 |
| 02/12 | | 1,139,274.04 | Zero Balance Transfer      TRSF FR 1450102672 | 00722093509 |
| 02/13 | | 177,000.00 | CHARLOTTE RUSSE    DES:PAYMENT    FL# 19039001235<br>INDN:SETT-BATCH 9810001253  CO ID:9810001253 CCD | 44002075362 |
| 02/13 | | 882,517.40 | Zero Balance Transfer      TRSF FR 1450102672 | 00722084922 |
| 02/14 | | 760,942.69 | Zero Balance Transfer      TRSF FR 1450102672 | 00722083325 |
| 02/15 | | 1,079,837.19 | Zero Balance Transfer      TRSF FR 1450102672 | 00722093460 |
| 02/15 | 1001 | 1,633.41 | CA BANKING CENTER DEPOSIT | 246804752272795 |
| 02/19 | | 6,071,938.42 | Zero Balance Transfer      TRSF FR 1450102672 | 00722156713 |
| 02/20 | | 1,149,476.86 | Zero Balance Transfer      TRSF FR 1450102672 | 00722098608 |
| 02/21 | | 116,000.00 | CHARLOTTE RUSSE    DES:PAYMENT    FL# 19046001364<br>INDN:SETT-BATCH 9810001253  CO ID:9810001253 CCD | 52004724596 |
| 02/21 | | 708,881.06 | Zero Balance Transfer      TRSF FR 1450102672 | 00722092383 |
| 02/22 | | 746,676.83 | Zero Balance Transfer      TRSF FR 1450102672 | 00722091019 |
| 02/22 | 1001 | 64,804.05 | CA BANKING CENTER DEPOSIT | 246805552806208 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number     xxxxxx2609
19 31 140 02 M0000 E#    1
Last Statement:    02/28/2019
This Statement:    03/01/2019

    IMG       SUP
Customer Service
1-888-400-9009

CHARLOTTE RUSSE INC
DEBTOR IN POSSESSION CASE #19-10214
CONCENTRATION PRIMARY

Page    1 of    4

Bankruptcy Case Number:1910214

CUSTOMER WILL CALL

Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement.  Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.

## FULL ANALYSIS CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 03/01/2019 - 03/01/2019 | Statement Beginning Balance | 126,823.29 | |
| Number of Deposits/Credits | 2 | Amount of Deposits/Credits | 1,151,265.26 |
| Number of Checks | 1 | Amount of Checks | 5,497.26 |
| Number of Other Debits | 14 | Amount of Other Debits | 1,144,559.32 |
| | | Statement Ending Balance | 128,031.97 |
| Number of Enclosures | 1 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/01 | | 51,265.26 | Zero Balance Transfer    TRSF FR 8765916079 | 00722123070 |
| 03/01 | | 1,100,000.00 | WIRE TYPE:BOOK IN DATE:190301 TIME:1557 ET TRN:2019030100471584 SNDR REF:55RUS02259114 ORIG:BANK OF AMERICA, N.A. ID:009369337587 | 644800370471584 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1060 | 5,497.26 | 03/01 | 3552749707 | | | | |

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/01 | | 509.68 | DISCOVERY BENEFI DES:CLAIM FUND ID:16559330724325 INDN:CHARLOTTE RUSSE HOLDIN  CO ID:1900058554 CCD | 59017804248 |
| 03/01 | | 1,002.73 | LABOR&INDUSTRIES DES:L&I ELF      ID:14218600-0104ER INDN:Charlotte Russe Inc    CO ID:9ELFLNIP01 CCD | 59017219298 |
| 03/01 | | 1,208.80 | BANCORPSV        DES:BANCORPSV  ID:99994 INDN:DISCOVERY BENEFITS     CO ID:1050006509 CCD PMT INFO:WH-DISCOVERY BENEFITS-99994-SETTLE PURCHASE | 59018131044 |


**Bank of America**

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number      xxxxxx2609
19 31 140 02 M0000 E#    5
Last Statement:    02/01/2019
This Statement:    02/28/2019

IMG        SUP
Customer Service
1-888-400-9009

CHARLOTTE RUSSE INC
DEBTOR IN POSSESSION CASE #19-10214
CONCENTRATION PRIMARY

Page    1 of   33

Bankruptcy Case Number:1910214

CUSTOMER WILL CALL

**Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement.  Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.**

## FULL ANALYSIS CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 02/02/2019 - 02/28/2019 | Statement Beginning Balance | 242,116.87 |
| Number of Deposits/Credits | 38 | Amount of Deposits/Credits | 30,104,520.87 |
| Number of Checks | 5 | Amount of Checks | 5,899.18 |
| Number of Other Debits | 297 | Amount of Other Debits | 30,213,915.27 |
| | | Statement Ending Balance | 126,823.29 |
| Number of Enclosures | 5 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/05 | | 125.67 | BANCORPSV    DES:BANCORPSV  ID:99995 INDN:DISCOVERY BENEFITS    CO ID:1050006509 CCD PMT INFO:WH-DISCOVERY BENEFITS-99995-SETTLE CREDI T | 35029504726 |
| 02/05 | | 17,778.75 | Bank Adjustment            TRSF FR 1450402420 | 00722097212 |
| 02/06 | | 4,500,000.00 | WIRE TYPE:BOOK IN DATE:190206 TIME:1540 ET TRN:2019020600309198 SNDR REF:55RUS00026257 ORIG:BANK OF AMERICA, N.A. ID:009369337587 | 644800370309198 |
| 02/07 | | 35,214.17 | Zero Balance Transfer       TRSF FR 7765950163 | 00722099394 |
| 02/07 | | 1,000,180.77 | WIRE TYPE:BOOK IN DATE:190207 TIME:1652 ET TRN:2019020700360257 SNDR REF:55RUS00037700 ORIG:BANK OF AMERICA, N.A. ID:009369337587 | 644800370360257 |
| 02/08 | | 782.18 | Zero Balance Transfer       TRSF FR 8765916079 | 00722119268 |
| 02/08 | | 75,505.81 | Zero Balance Transfer       TRSF FR 7765950163 | 00722102787 |
| 02/08 | | 200,000.00 | WIRE TYPE:BOOK IN DATE:190208 TIME:1627 ET TRN:2019020800372464 SNDR REF:55RUS00049120 ORIG:BANK OF AMERICA, N.A. ID:009369337587 | 644800370372464 |
| 02/11 | | 68,908.95 | Zero Balance Transfer       TRSF FR 7765950163 | 00722144235 |
| 02/11 | | 1,100,731.07 | WIRE TYPE:BOOK IN DATE:190211 TIME:1345 ET TRN:2019021100378095 SNDR REF:55RUS02070247 ORIG:BANK OF AMERICA, N.A. ID:009369337587 | 644800370378095 |
| 02/12 | | 3.22 | DISCOVERY BENEFI DES:REPAYMENT  ID:16559330724325 INDN:CHARLOTTE RUSSE HOLDIN  CO ID:1900058554 CCD | 42025117324 |
| 02/12 | | 35.00 | DISCOVERY BENEFI DES:REPAYMENT  ID:16559330724325 INDN:CHARLOTTE RUSSE HOLDIN  CO ID:1900058554 CCD | 42025117326 |
| 02/12 | | 62.00 | DISCOVERY BENEFI DES:REPAYMENT  ID:16559330724325 INDN:CHARLOTTE RUSSE HOLDIN  CO ID:1900058554 CCD | 42025117325 |
| 02/12 | | 125.20 | Zero Balance Transfer       TRSF FR 8765916079 | 00722128100 |



H

BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number    ████5563
19 31 149 05 M0000 E#      0
**Last Statement: NEW ACCOUNT**
**This Statement: 02/28/2019**

DNP

**Customer Service**
**1-888-400-9009**

CHARLOTTE RUSSE INC
5910 PACIFIC CENTER BLVD STE 120
SAN DIEGO CA  92121

Page      1 of    2

Effective March 2019, the Deposit Agreement and Disclosures booklet which
governs your account has been updated. The account will continue to be
subject to agreement as updated from time to time. Please contact your
account representative to receive the updated version. Effective March 1,
2019 the updated version can be found by logging into
bofaml.com/depositagreement.   Continued use of this account indicates your
agreement to be bound by the terms and conditions contained in this booklet.

# FULL ANALYSIS CHECKING

## Account Summary Information

| | | |
|---|---|---|
| Statement Period 00/00/0000 - 02/28/2019 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 469,552.00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 469,552.00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/25 | | 469,552.00 | WIRE TYPE:BOOK IN DATE:190225 TIME:1407 ET TRN:2019022500424222 SNDR REF:192PD3320EXB0R44 ORIG:CHARLOTTE RUSSE INC CONC ID:1459462609 PMT DET:Energy Deposit | 644800370424222 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 00/00 | .00 | .00 | 02/28 | 469,552.00 | 469,552.00 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number    xxxxxx8339
19 31 140 05 M0000 E#    0
Last Statement:    02/28/2019
This Statement:    03/01/2019

IMG
Customer Service
1-888-400-9009

CHARLOTTE RUSSE MERCHANDISING, INC.
DEBTOR IN POSSESSION CASE 19-10215
BLKACCT FBO BANK OF AMERICA, NA
5910 PACIFIC CENTER BLVD STE 120
SAN DIEGO CA  92121-6302

Page    1 of    2

Bankruptcy Case Number:1910215

**Effective March 2019, the Deposit Agreement and Disclosures booklet which governs your account has been updated. The account will continue to be subject to agreement as updated from time to time. Please contact your account representative to receive the updated version. Effective March 1, 2019 the updated version can be found by logging into bofaml.com/depositagreement.  Continued use of this account indicates your agreement to be bound by the terms and conditions contained in this booklet.**

## FULL ANALYSIS CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 03/01/2019 - 03/01/2019 | Statement Beginning Balance | 1,000.00 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 1,000.00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/28 | 1,000.00 | 1,000.00 | 03/01 | 1,000.00 | 1,000.00 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number    xxxxxx8339
19 31 140 05 M0000 E#      0
Last Statement:   02/01/2019
This Statement:   02/28/2019

          IMG
Customer Service
1-888-400-9009

CHARLOTTE RUSSE MERCHANDISING, INC.
DEBTOR IN POSSESSION CASE 19-10215
BLKACCT FBO BANK OF AMERICA, NA
5910 PACIFIC CENTER BLVD STE 120
SAN DIEGO CA  92121-6302

Page    1 of   2

Bankruptcy Case Number:1910215

Effective March 2019, the Deposit Agreement and Disclosures booklet which
governs your account has been updated. The account will continue to be
subject to agreement as updated from time to time. Please contact your
account representative to receive the updated version. Effective March 1,
2019 the updated version can be found by logging into
bofaml.com/depositagreement.  Continued use of this account indicates your
agreement to be bound by the terms and conditions contained in this booklet.

## FULL ANALYSIS CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 02/02/2019 - 02/28/2019 | Statement Beginning Balance | 1,000.00 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 1,000.00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 1,000.00 | 1,000.00 | 02/28 | 1,000.00 | 1,000.00 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE   19850

Account Number      xxxxxx8340
19 31 140 05 M0000 E#      0
Last Statement:    02/28/2019
This Statement:    03/01/2019

IMG
Customer Service
1-888-400-9009

CHARLOTTE RUSSE ADMINISTRATION INC.
DEBTOR IN POSSESSION CASE 19-10216
BLKACCT FBO BANK OF AMERICA, NA
5910 PACIFIC CENTER BLVD STE 120
SAN DIEGO CA  92121-6302

Page     1 of    2

Bankruptcy Case Number:1910216

Effective March 2019, the Deposit Agreement and Disclosures booklet which
governs your account has been updated. The account will continue to be
subject to agreement as updated from time to time. Please contact your
account representative to receive the updated version. Effective March 1,
2019 the updated version can be found by logging into
bofaml.com/depositagreement.  Continued use of this account indicates your
agreement to be bound by the terms and conditions contained in this booklet.

## FULL ANALYSIS CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 03/01/2019 - 03/01/2019 | Statement Beginning Balance | 1,000.00 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 1,000.00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/28 | 1,000.00 | 1,000.00 | 03/01 | 1,000.00 | 1,000.00 |



BANK OF AMERICA, N.A.
PO BOX 15284
WILMINGTON DE  19850

Account Number      xxxxxx8340
19 31 140 05 M0000 E#      0
Last Statement:    02/01/2019
This Statement:    02/28/2019

IMG
Customer Service
1-888-400-9009

CHARLOTTE RUSSE ADMINISTRATION INC.
DEBTOR IN POSSESSION CASE 19-10216
BLKACCT FBO BANK OF AMERICA, NA
5910 PACIFIC CENTER BLVD STE 120
SAN DIEGO CA  92121-6302

Page     1 of    2

Bankruptcy Case Number:1910216

Effective March 2019, the Deposit Agreement and Disclosures booklet which
governs your account has been updated. The account will continue to be
subject to agreement as updated from time to time. Please contact your
account representative to receive the updated version. Effective March 1,
2019 the updated version can be found by logging into
bofaml.com/depositagreement.  Continued use of this account indicates your
agreement to be bound by the terms and conditions contained in this booklet.

## FULL ANALYSIS CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 02/02/2019 - 02/28/2019 | Statement Beginning Balance | 1,000.00 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 1,000.00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 1,000.00 | 1,000.00 | 02/28 | 1,000.00 | 1,000.00 |

# Corporate Business Account Statement

 **PNC BANK**

Account Number:  xx-xxxx-4229

**For the period**   02/02/2019 to 03/01/2019

CHARLOTTE RUSSE INC #19-10210
DEBTOR IN POSSESSION
SUITE 120
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121-6301

Number of enclosures:    0
Tax ID Number: 95-2960505
☎ For Client Services:
    Call 1-800-669-1518

🖳 Visit us at PNC.com/treasury

✉ Write to:  Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | .00 | 621,298.23 | 615,798.57 | 5,499.66 |

Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 933 | 621,228.23 |
| National Lockbox | 0 | .00 |
| ACH Credits | 0 | .00 |
| Funds Transfers In | 0 | .00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 2 | 70.00 |
| Other Credits | 0 | .00 |
| Total | 935 | 621,298.23 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 0 | .00 |
| Returned Items | 0 | .00 |
| ACH Debits | 0 | .00 |
| Funds Transfers Out | 16 | 602,279.72 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 9 | 1,504.37 |
| Other Debits | 26 | 12,014.48 |
| Total | 51 | 615,798.57 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/02 | .00 | 02/12 | 16,051.00 | 02/22 | 653.61 |
| 02/04 | 10,615.36 | 02/13 | 90,762.78 | 02/25 | 19,729.03 |
| 02/05 | 17,465.69 | 02/14 | 35,459.85 | 02/26 | 26,717.51 |
| 02/06 | 58,498.62 | 02/15 | .00 | 02/27 | 76,383.86 |
| 02/07 | 38,302.10 | 02/19 | 28,636.74 | 02/28 | 42,465.50 |
| 02/08 | .00 | 02/20 | 86,566.68 | 03/01 | 5,499.66 |
| 02/11 | 12,027.54 | 02/21 | 52,525.33 | | |

![Regions]
**Regions Bank**
Madison Square Office
960 Old Monrovia Road
Huntsville, AL 35806

CHARLOTTE RUSSE INC
5910 PACIFIC CENTER BLVD STE 120
SAN DIEGO CA 92121-6302

| **ACCOUNT #** | xxxxxx**7317** |
|---|---|

|  | 001 |
|---|---|
| Cycle | 23 |
| Enclosures | 0 |
| Page | 1 of 9 |

## COMMERCIAL ANALYZED CHECKING
February 2, 2019 through March 1, 2019

| SUMMARY | | | |
|---|---|---|---|
| **Beginning Balance** | **$58,194.88** | Minimum Balance | $5,647 |
| Deposits & Credits | $200,630.71 + | | |
| Withdrawals | $187,466.45 − | | |
| Fees | $1,769.72 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $540.00 − | | |
| **Ending Balance** | **$69,049.42** | | |

| DEPOSITS & CREDITS | | |
|---|---|---|
| 02/05 | Deposit - Thank You | 19.56 |
| 02/05 | Deposit - Thank You | 21.03 |
| 02/05 | Deposit - Thank You | 179.73 |
| 02/05 | Deposit - Thank You | 195.16 |
| 02/05 | Deposit - Thank You | 200.52 |
| 02/05 | Deposit - Thank You | 260.01 |
| 02/05 | Deposit - Thank You | 306.06 |
| 02/05 | Deposit - Thank You | 330.90 |
| 02/05 | Deposit - Thank You | 334.35 |
| 02/05 | Deposit - Thank You | 383.00 |
| 02/05 | Deposit - Thank You | 394.37 |
| 02/05 | Deposit - Thank You | 414.52 |
| 02/05 | Deposit - Thank You | 437.57 |
| 02/05 | Deposit - Thank You | 438.43 |
| 02/05 | Deposit - Thank You | 515.45 |
| 02/05 | Deposit - Thank You | 540.00 |
| 02/05 | Deposit - Thank You | 726.17 |
| 02/05 | Deposit - Thank You | 784.40 |
| 02/05 | Deposit - Thank You | 901.00 |
| 02/05 | Deposit - Thank You | 1,149.19 |
| 02/05 | Deposit - Thank You | 1,348.53 |
| 02/05 | Deposit - Thank You | 1,570.17 |
| 02/05 | Deposit - Thank You | 2,574.34 |
| 02/06 | Deposit - Thank You | 36.47 |
| 02/06 | Deposit - Thank You | 120.00 |
| 02/06 | Deposit - Thank You | 170.50 |


**Thank You For Banking With Regions!**
2019 Regions Bank Member FDIC. All loans subject to credit approval.

# WellsOne® Account

Account number:  **xxxxxx9724**  ∎  February 2, 2019 - March 1, 2019  ∎  Page 1 of 295


WELLS FARGO

CHARLOTTE RUSSE INC
DEBTOR IN POSSESSION-CHAPTER 11
BANKRUPTCY CASE NO. 19-10210
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121-6301

W0

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS**  (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| xxxxxx9724 | $44,319.27 | $10,121,586.65 | -$10,089,663.78 | $76,242.14 |

## Credits

**Deposits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/05 | 1,049.23 | Deposit |
| | 02/05 | 820.49 | Deposit |
| | 02/05 | 798.82 | Deposit |
| | 02/05 | 645.29 | Deposit |
| | 02/05 | 609.09 | Deposit |
| | 02/05 | 375.79 | Deposit |
| | 02/05 | 344.39 | Deposit |
| | 02/05 | 280.82 | Deposit |
| | 02/05 | 271.41 | Deposit |
| | 02/05 | 241.70 | Deposit |
| | 02/05 | 90.97 | Deposit |
| | 02/06 | 1,465.48 | Deposit |
| | 02/06 | 569.49 | Deposit |
| | 02/06 | 429.84 | Deposit |
| | 02/06 | 351.78 | Deposit |
| | 02/06 | 325.81 | Deposit |
| | 02/06 | 311.29 | Deposit |
| | 02/06 | 283.52 | Deposit |
| | 02/06 | 226.55 | Deposit |
| | 02/06 | 217.11 | Deposit |
| | 02/06 | 165.85 | Deposit |
| | 02/06 | 122.96 | Deposit |
| | 02/06 | 113.28 | Deposit |

In re  <u>Charlotte Russe Holding, Inc., et al.</u>

| | Case No: | **19-10210** |
| --- | --- | --- |
| | Reporting Period: | **February 2019** |

**PROFESSIONAL FEES AND EXPENSES PAID**
**For the Period Feb 3, 2019 through March 2, 2019**

| Professional [1] | Docket | Amount Paid This Period | | | Cumulative Amount Paid Since Filing | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Total | Fees | Expenses | Total |
| A&G Realty Partners, LLC | 275 | - | - | - | - | - | - |
| Bayard, P.A. | 288 | - | - | - | - | - | - |
| Berkeley Research Group, LLC | 277 | - | - | - | - | - | - |
| Cooley LLP | 285 | - | - | - | - | - | - |
| Donlin, Recano and Company | 287 | - | - | - | - | - | - |
| Guggenheim Securities, LLC | 310 | - | - | - | - | - | - |
| Malfitano Advisors, LLC | 287 | - | - | - | - | - | - |
| Province, Inc. | 331 | - | - | - | - | - | - |
| Whiteford Taylor | 332 | | | | | | |
| **Total** | | - | - | - | - | - | - |

| Professional [1] | Docket | Role |
| --- | --- | --- |
| A&G Realty Partners, LLC | 275 | Debtor Real Estate Advisor |
| Bayard, P.A. | 288 | Debtor Co-Counsel |
| Berkeley Research Group, LLC | 277 | Debtor Chief Restructuring Officer and Additional Personnel |
| Cooley LLP | 285 | Debtor Bankruptcy Counsel |
| Donlin, Recano and Company | 287 | Debtor Administrative Advisor |
| Guggenheim Securities, LLC | 310 | Debtor Investment Banker |
| Malfitano Advisors, LLC | 287 | Debtor Asset Disposition Consultant |
| Province, Inc. | 331 | UCC Financial Advisor |
| Whiteford Taylor | 332 | UCC Counsel |

(1) Brincko and King & Spalding are not retained professionals and paid pursuant to the terms of the DIP Agreement.

In re  **Charlotte Russe Holding, Inc., et al.**

Case No:  **19-10210**
Reporting Period:  **February 2019**

**STATEMENT OF OPERATIONS**
For the Period Feb 3, 2019 through March 2, 2019
(Unaudited)

| Case No: | 19-10210 Charlotte Russe Holding, Inc. | 19-10211 Charlotte Russe Holdings Corporation | 19-10212 Charlotte Russe Intermediate Corporation | 19-10213 Charlotte Russe Enterprise, Inc. | 19-10214 Charlotte Russe, Inc. | 19-10215 Charlotte Russe Merchandising, Inc. | 19-10216 Charlotte Russe Administration, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| (In thousands) | | | | | | | | |
| Net sales | - | - | - | - | 44,139 | - | - | 44,139 |
| Cost of goods sold, including buying, distribution, and occupa | - | - | - | - | 32,042 | 3,864 | - | 35,906 |
| Gross profit | - | - | - | - | 12,097 | (3,864) | - | 8,233 |
| Selling, general, and administrative expenses | - | - | - | - | 12,890 | 316 | 2,430 | 15,636 |
| Impairment of goodwill | - | - | - | - | - | - | - | - |
| Income (loss) from operations | - | - | - | - | (793) | (4,180) | (2,430) | (7,403) |
| Other expense, net: | | | | | | | | |
| Interest, net | - | - | - | - | 1,474 | - | - | 1,474 |
| Gain on restructuring | | | | | | | | |
| Bargain purchase gain, net of tax of $1,124 | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | 40 | (2) | (12) | 26 |
| Total other expense, net | - | - | - | - | 1,514 | (2) | (12) | 1,500 |
| Income (loss) before income taxes | - | - | - | - | (2,307) | (4,178) | (2,418) | (8,903) |
| Income tax expense (benefit) | - | - | - | - | - | - | - | - |
| Net income (loss) and comprehensive income (loss) | - | - | - | - | (2,307) | (4,178) | (2,418) | (8,903) |

MOR-2

In re   **Charlotte Russe Holding, Inc., et al.**        Case No:      **19-10210**

Reporting Period:      **February 2019**

## CONDENSED CONSOLIDATED BALANCE SHEETS
### (Unaudited)

| (In thousands, except share and per share data) <br> **Assets** | **March 2, 2019** | **February 2, 2019** |
|---|---|---|
| Current assets: | | |
|   Cash and cash equivalents | 2,394 | 5,722 |
|   Inventories | 45,652 | 54,925 |
|   Prepaid expenses | 19,313 | 8,458 |
|   Deferred tax assets | - | - |
|   Other current assets | 1,943 | 1,376 |
|     Total current assets | 69,302 | 70,481 |
| Property and equipment, at cost | 285,640 | 301,083 |
| Less accumulated depreciation | (234,327) | (244,337) |
|     Property and equipment, net | 51,313 | 56,746 |
| Trade name, net of impairment of $8,500 at January 5, 2019 and | | |
|   February 3, 2018 | 77,200 | 77,200 |
| Goodwill, net of impairment of $90,681 at January 5, 2019 and | | |
|   February 3, 2018 | 69,261 | 69,261 |
| Long term deferred tax asset | - | - |
| Other assets | 6,047 | 6,148 |
|     Total assets | 273,123 | 279,836 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
|   Accounts payable | 30,058 | 53,054 |
|   Accounts Payable Pre-filing | 43,494 | - |
|   Accrued payroll and employee benefits | 5,218 | 7,057 |
|   Current maturities of long-term debt | - | - |
|   Other current liabilities | 7,916 | 37,403 |
|   Other current liabilities Pre-filing | 12,646 | - |
|     Total current liabilities | 99,332 | 97,514 |
| Deferred rent | 47,072 | 51,487 |
| Unfavorable lease reserve | 26 | 28 |
| Deferred tax liabilities | - | - |
| Long-term debt, net of OID and issuance costs | 88,067 | 88,052 |
| Other liabilities | 18,730 | 13,955 |
|     Total liabilities | 253,227 | 251,036 |
| | | |
| Stockholders' equity: | | |
|   Series 1 preferred stock, $0.001 par value; no shares authorized | | |
|     at May 5, 2018 and February 3, 2018 | - | - |
|   Common stock, $0.001 par value; 3,500,000 shares authorized, | | |
|     214,427 issued and outstanding at January 5, 2019 and February 3, 2018 | - | - |
|   Additional paid-in capital | 315,205 | 315,205 |
|   Accumulated deficit | (295,309) | (286,405) |
|     Total stockholders' equity | 19,896 | 28,800 |
|     Total liabilities and stockholders' equity | 273,123 | 279,836 |

(1) The information contained in MOR-3 is provided to fulfill the requirements of the Office of the United States Trustee. All information contained in MOR-3 is unaudited and subject to future adjustment. Given that the Debtors' financial statements and balance sheets are typically on a consolidated basis, all information contained in MOR-3 has been presented on a consolidated basis.

**In re**    **Charlotte Russe Holding, Inc., et al.**    Case No:    **19-10210**

Reporting Period:    **February 2019**

### STATUS OF POSTPETITION TAXES
**For the Period Feb 3, 2019 through March 2, 2019**

The Debtors continue to pay post-petition taxes as they become due and are current on those payments.

If payments become past due the Debtors will include a schedule in the MOR listing past due post-petition taxes.

|  | Ending Tax Liability |
|---|---|
| **Federal** | |
| Withholding | 416,203 |
| FICA - EE | 352,699 |
| FICA - ER | 352,699 |
| FUTA | 227,297 |
| **Total Federal** | 1,348,898 |
| | |
| **State and Local** | |
| Withholding | 140,334 |
| City/County | 72,996 |
| SUTA/SDI EE | 15,591 |
| SUTA/SDI ER | 43,785 |
| Other employee related | 293 |
| Sales | 1,706,869 |
| Use | 5,923 |
| Personal Property | 195,168 |
| Business Licenses | 64,541 |
| **Total State and Local** | 2,245,500 |
| | |
| **Total Taxes Outstanding** | **3,594,398** |

### SUMMARY OF UNPAID POSTPETITION DEBTS
**For the Period Feb 3, 2019 through March 2, 2019**

|  | Post - Petition |
|---|---|
| Current | **27,741,266** |
| 0 - 30 | **2,598,335** |
| 31 - 60 | **247,623** |
| 60 - 90 | **12,854** |
| over 90 | **9,507** |
| **Total** | **30,609,584** |

In re  Charlotte Russe Holding, Inc., et al.                                          Case No:          19-10210
                                                                                      Reporting Period:  February 2019

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**
**For the Period Feb 3, 2019 through March 2, 2019**

| Debtor | Current | 0-30 | 31-60 | 61-90 | Over 90 | AR Aging |
|--------|--------|------|-------|-------|---------|----------|
| Charlotte Russe Holding, Inc. | - | - | - | - | - | - |
| Charlotte Russe Holdings Corporation | - | - | - | - | - | - |
| Charlotte Russe Intermediate Corporation | - | - | - | - | - | - |
| Charlotte Russe Enterprise, Inc. | | - | - | - | - | - |
| Charlotte Russe, Inc. | 1,197,387 | 212,402 | - | 212,402 | 533,955 | 2,156,145 |
| Charlotte Russe Merchandising, Inc. | - | - | - | - | - | - |
| Charlotte Russe Administration, Inc. | - | - | - | - | - | - |
| | 1,197,387 | 212,402 | - | 212,402 | 533,955 | 2,156,145 |

**DEBTOR QUESTIONAIRE**
**For the Period Feb 3, 2019 through March 2, 2019**

| | | YES | NO | Explanation |
|---|---|-----|----|-------------|
| 1) | Have any Assets been sold or transferred outside normal course of business this reporting period? | YES | | Assets sold pursuant to  Store Closing Motion |
| 2) | Have any fuunds been disbursed from any  account other than  a debtor in possesion account this reporting period? | | NO | |
| 3) | Have all post petition tax returns been filed timely? | YES | | |
| 4) | Are worker compenastion, general liability, and other necessary insurance covereages in effect? | YES | | |
| 5) | Has any bank account been open during the period? If yes provide documentation identifying the opened accounts. | YES | | See Bank Attached Bank Statements |

MOR-5