**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Charlotte Russe Holding, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10210 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MARCH 27, 2019 AT 2:00 P.M. (ET)[2]**

### I. MATTERS GOING FORWARD

1. Motion of Debtors and Debtors-in-Possession for Entry of an Order Approving Lease Termination Agreement Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 6004 [Filing Date: 3/18/19; D.I. 364]

   Related Documents:

   a. Declaration of Brian M. Cashman, Chief Restructuring Officer of Charlotte Russe Holding, Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/3/19; D.I. 3]

   b. Order Shortening Notice and Objection Periods Regarding Debtors' Sale and Lease Termination Motions [Date Entered: 3/20/19; D.I. 377]

   c. Notice of Motion of Debtors and Debtors-in-Possession for Entry of an Order Approving Lease Termination Agreement Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 6004 [Filing Date: 3/20/19; D.I. 378]

   Response Deadline:   March 26, 2019 at 1:00 p.m. (ET)

   Responses Received:   None to Date.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Charlotte Russe Holding, Inc. (4325); Charlotte Russe Holdings Corporation (1045); Charlotte Russe Intermediate Corporation (6345); Charlotte Russe Enterprise, Inc. (2527); Charlotte Russe, Inc. (0505); Charlotte Russe Merchandising, Inc. (9453); and Charlotte Russe Administration, Inc. (9456). The Debtors' headquarters are located at 5910 Pacific Center Boulevard, Suite 120, San Diego, CA 92121.

[2] Please note that the hearing is before the **Honorable Mary F. Walrath in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4**, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878. Requests will be accepted up to the scheduled time of the hearing.

Status:    This matter is going forward.

2. Supplemental Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Intellectual Property and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts, and (III) Granting Other Related Relief [Filing Date: 3/18/19; D.I. 367]

   Related Documents:

   a. Declaration of Brian M. Cashman, Chief Restructuring Officer of Charlotte Russe Holding, Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/3/19; D.I. 3]

   b. Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Filing Date: 2/21/19; D.I. 204]

   c. Order Shortening Notice and Objection Periods Regarding Debtors' Sale and Lease Termination Motions [Date Entered: 3/20/19; D.I. 377]

   d. Notice of Hearing on Supplemental Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Intellectual Property and Related Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts, and (III) Granting Other Related Relief [Filing Date: 3/20/19; D.I. 379]

   Response Deadline:    March 26, 2019 at 1:00 p.m. (ET)[3]

   Responses Received:  None to Date.

   Status:    This matter is going forward.

3. Supplemental Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Intellectual Property and Related Assets Free and Clear of All Liens, Claims, Interests, And Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief [Filing Date: 3/19/19; D.I. 369]

---

[3] Objections to the proposed cure amounts for executory contracts and unexpired leases to be potentially assumed and assigned were due by March 7, 2019 (subject to certain limited extensions granted by the Debtors to specific counterparties).

Related Documents:

a. Declaration of Brian M. Cashman, Chief Restructuring Officer of Charlotte Russe Holding, Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/3/19; D.I. 3]

b. Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Filing Date: 2/21/19; D.I. 204]

c. Order Shortening Notice and Objection Periods Regarding Debtors' Sale and Lease Termination Motions [Date Entered: 3/20/19; D.I. 377]

d. Notice of Hearing on Supplemental Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Intellectual Property and Related Assets Free and Clear of All Liens, Claims, Interests, And Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief [Filing Date: 3/20/19; D.I. 380]

Response Deadline:   March 26, 2019 at 1:00 p.m. (ET)[4]

Responses Received:

a. University Village Limited Partnership's Objection to Assumption and Assignment of Lease [Filing Date: 3/22/19; D.I. 386]

b. Objection of Plaza Las Americas, Inc. to: Supplemental Motion of the Debtors for Entry of an Order (I) Authorizing the Sale of Certain Intellectual Property and Related Assets Free and Clear of All Liens, Claims, Interests, And Encumbrances, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (III) Granting Other Related Relief [Filing Date: 3/22/19; D.I. 396]

Status:    This matter is going forward.

*[Signature Page to Follow]*

---

[4] Objections to the proposed cure amounts for executory contracts and unexpired leases to be potentially assumed and assigned were due by March 7, 2019 (subject to certain limited extensions granted by the Debtors to specific counterparties).

Dated: March 25, 2019
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
       efay@bayardlaw.com
       dbrogan@bayardlaw.com

- and -

COOLEY LLP
Seth Van Aalten
Michael Klein
Summer M. McKee
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
       mklein@cooley.com
       smckee@cooley.com

*Co-Counsel for the Debtors and Debtors in Possession*