**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Charlotte Russe Holding, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10210 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 29, 2019 AT 10:00 A.M. (ET)[2]**

I. **MATTERS WITH CERTIFICATES OF NO OBJECTIONS**

1.  Application for Entry for an Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of February 13, 2019 [Filing Date: 3/7/19; D.I. 331]

    Related Documents:

    a.  Certificate of No Objection Regarding Application for Entry for an Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of February 13, 2019 [Filing Date: 3/22/19; D.I. 392]

    b.  Proposed Form of Order

    Response Deadline:    March 21, 2019 at 4:00 p.m. (ET)

    Responses Received:  None.

    Status:    A certificate of no objection has been filed with regard to this matter. A hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Charlotte Russe Holding, Inc. (4325); Charlotte Russe Holdings Corporation (1045); Charlotte Russe Intermediate Corporation (6345); Charlotte Russe Enterprise, Inc. (2527); Charlotte Russe, Inc. (0505); Charlotte Russe Merchandising, Inc. (9453); and Charlotte Russe Administration, Inc. (9456). The Debtors' headquarters are located at 5910 Pacific Center Boulevard, Suite 120, San Diego, CA 92121.

[2] Please note that the hearing is before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878. Requests will be accepted up to the time of the hearing.

2.     Application of Official Committee of Unsecured Creditors of Charlotte Russe Holding, Inc., *et al.* for Entry of an Order Authorizing the Employment and Retention of Whiteford, Taylor & Preston LLC as Committee Counsel *Nunc Pro Tunc* to February 13, 2019 [Filing Date: 3/7/19; D.I. 332]

    Related Documents:

    a. Certificate of No Objection Regarding Application of Official Committee of Unsecured Creditors of Charlotte Russe Holding, Inc., *et al.* for Entry of an Order Authorizing the Employment and Retention of Whiteford, Taylor & Preston LLC as Committee Counsel *Nunc Pro Tunc* to February 13, 2019 [Filing Date: 3/22/19; D.I. 393]

    b. Proposed Form of Order

    Response Deadline:     March 21, 2019 at 4:00 p.m. (ET)

    Responses Received: None.

    Status:     A certificate of no objection has been filed with regard to this matter. A hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

3.     Motion of Official Committee of Unsecured Creditors for an Order Establishing Information Sharing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103 (c) *Nunc Pro Tunc* to February 13, 2019 [Filing Date: 3/7/19; D.I. 333]

    Related Documents:

    a. Certificate of No Objection Regarding Motion of Official Committee of Unsecured Creditors for an Order Establishing Information Sharing Procedures for Compliance with 11 U.S.C. §§ 1102(b)(3) and 1103 (c) *Nunc Pro Tunc* to February 13, 2019 [Filing Date: 3/22/19; D.I. 394]

    b. Proposed Form of Order

    Response Deadline:     March 21, 2019 at 4:00 p.m. (ET)

    Responses Received: None.

    Status:     A certificate of no objection has been filed with regard to this matter. A hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

4. Debtors' First Omnibus Motion for Entry of an Order Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code Authorizing (I) Rejection of Certain Leases of Nonresidential Real Property Effective *Nunc Pro Tunc* to February 28, 2019, and (II) Abandonment of any Remaining Property at Locations Covered by Rejected Real Property Leases [Filing Date: 3/13/19; D.I. 352]

   Related Documents:

   a. Certificate of No Objection Regarding Debtors' First Omnibus Motion for Entry of an Order Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code Authorizing (I) Rejection of Certain Leases of Nonresidential Real Property Effective Nunc Pro Tunc to February 28, 2019, and (II) Abandonment of any Remaining Property at Locations Covered by Rejected Real Property Leases [Filing Date: 3/25/19; D.I. 401]

   b. Proposed Form of Order

   Response Deadline:    March 22, 2019 at 4:00 p.m. (ET)

   Responses Received:  None.

   Status:    A certificate of no objection has been filed with regard to this matter. A hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

*[Signature Page to Follow]*

Dated: March 27, 2019
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
      efay@bayardlaw.com
      dbrogan@bayardlaw.com

- and -

COOLEY LLP
Seth Van Aalten
Michael Klein
Summer M. McKee
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
      mklein@cooley.com
      smckee@cooley.com

*Co-Counsel for the Debtors and Debtors in Possession*