## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Charlotte Russe Holding, Inc., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10210 (LSS)<br><br>(Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### Introduction

Charlotte Russe Holding, Inc., Charlotte Russe Holdings Corporation, Charlotte Russe Intermediate Corporation, Charlotte Russe Enterprise, Inc., Charlotte Russe, Inc., Charlotte Russe Merchandising, Inc., and Charlotte Russe Administration, Inc. (collectively, the "**Debtors**")[2] with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States

---

[1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Charlotte Russe Holding Inc., (4325); Charlotte Russe Holdings Corporation (1045); Charlotte Russe Intermediate Corporation (6345); Charlotte Russe Enterprise, Inc. (2527); Charlotte Russe, Inc. (0505); Charlotte Russe Merchandising, Inc. (9453); and Charlotte Russe Administration, Inc. (9456). The Debtors' headquarters are located at 5910 Pacific Center Boulevard, Suite 120, San Diego, CA 92121.

[2]  A detailed description of the Debtors and their businesses, and the facts and circumstances surrounding the Debtors' chapter 11 cases, are set forth in greater detail in the *Declaration of Brian M. Cashman, Chief Restructuring Officer of Charlotte Russe Holding, Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions,* filed contemporaneously with the Debtors' voluntary petitions for relief filed under chapter 11 of title 11 of the United States Code on February 3, 2019.

201518802 v1

("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined herein) or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

Mr. Brian M. Cashman, in his capacity as Chief Restructuring Officer of each of the Debtor entities, has signed each of the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Cashman has relied upon the efforts, statements and representations of various personnel employed by the Debtors. Mr. Cashman has not (and could not have) personally verified the accuracy of each such statement and representation, contained in the Schedules and Statements, including, for example, statements and representations concerning amounts owed to creditors.

The Global Notes are in addition to any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the

2

Debtors to exclude the applicability of such Global Notes or specific notes to any of the Debtors' remaining Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

1. **Global Notes Control**. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

2. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

3. **Description of Cases and "as of" Information Date**. On February 3, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 5, 2019 the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11

201518802 v1

cases [Docket No. 75].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of February 3, 2019, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of February 3, 2019.**

4. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of February 3, 2019**,** in the Debtors' books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

5. **Recharacterization**.    Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

6. **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

7. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. The allocation of liabilities between the prepetition and post-petition periods may change as additional information becomes available and further research is conducted. Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, employee benefit

4

accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

8. **Insiders**.   Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) managing members; (e) Debtor affiliates; and (f) relatives of any of the foregoing (to the extent known by the Debtors).

Person or entities listed as "insiders" have been included for informational purposes only and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.   The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

9. **Intellectual Property Rights**.   The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

10. **Intercompany and Other Transactions**.   The Debtors record certain intercompany receivables and payables for tax purposes only. As these transfers are not reflected on the Debtors' balance sheets and the claims net to zero on a consolidated basis, the Statements and Schedules may not reflect all intercompany activity.

11. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the

Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

12. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

13. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

14. **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

15. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

16. **Summary of Significant Reporting Policies**. The following is a summary of

201518802 v1

significant reporting policies:

    a.     <u>Undetermined Amounts</u>. The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.     <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.     <u>Paid Claims</u>. The Debtors have authority to pay certain outstanding prepetition payables pursuant to various Bankruptcy Court orders. To the extent the Debtors pay any of the liabilities listed in the Schedules pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules or take other action as is necessary and appropriate to avoid over-payment of or duplicate payments for any such liabilities.

    d.     <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

    e.     <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. **<u>Estimates and Assumptions</u>**.     To close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

18. **<u>Credits and Adjustments</u>**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

19. **<u>Setoffs</u>**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent

7

with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B.** All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of February 3, 2019, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

**Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of February 3, 2019. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Authorizing Continued Use of Existing Business Forms, (III) Authorizing the Continuation of Intercompany Transactions, (IV) Granting Administrative Priority Status to Post-Petition Intercompany Transactions, (V) Authorizing Use of Prepetition Bank Accounts, Account Control Agreements, and Certain Payment Methods, and (VI) Temporarily Suspending the Requirements of 11 U.S.C. §345(B)* [Docket No. 9] (the "**Cash Management Motion**").

**Schedule A/B 7**. The Bankruptcy Court, pursuant to *the Interim Order (I) Approving The Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Services, (III) Approving The Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 101], has authorized the Debtors to provide adequate assurance of payment for postpetition utility services, including a deposit in the amount of $500,000.00. Such deposit is not listed on Schedule A/B 7, which was prepared as of the Petition Date.

**Schedule A/B 11**. Accounts receivable do not include intercompany receivables.

**Schedule A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 38-42** – Dollar amounts are presented net of accumulated depreciation and other adjustments.

**Schedule A/B 55**. The Debtors do not own any real property. The Debtors have listed their real property leases in Schedule A/B 55, along with the value of any leasehold improvements.

**Schedules A/B 60-65**. Intangibles and Intellectual Property listed in Schedules A/B 60-65 are listed as an undetermined amount or at their net book value. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value. The Debtors maintain databases into

which they collect and retain personally identifiable information of customers including a customer database which contains customers name, address, phone number, e-mail address, gender, birthday, and online purchase history. The amounts listed with respect to the database are undetermined because the fair market value of such ownership cannot be determined. The Debtors maintain various licenses in connection with the conduct of their business such as business licenses in each of the jurisdictions in which they do business.  These licenses are voluminous and have not been listed on Schedule A/B 62, as their value is undetermined. In addition, the Debtors maintain Intellectual Property Out-Licenses granting sell-off rights to vendors who have manufactured, produced or otherwise directed the production of apparel and shoes containing Purchased Intellectual Property under purchase orders that were cancelled, rejected otherwise terminated by the Debtors, permitting such certain of such vendors the limited right to sell off specific goods covered by such purchase orders without removing the branded tags, rivets, heat transfers, buttons, or emblems containing Purchased Intellectual Property. In addition, the Debtors are parties to Contracts that allow third parties to use or reference the name or logo of the Debtors, including relevant Purchased Intellectual Property, in referencing the commercial relationship of the Debtors under such Contracts, including, for example, advertising or signage in real properties in which the Debtors operate a Store.

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver, release, relinquishment, or forfeiture of such cause of action, claim, or right.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

With respect to the Claims listed on Schedule D, reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

201518802 v1

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 1**.  The Bankruptcy Court has authorized the Debtors, in their discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code.  For example, on February 5, 2019, the Bankruptcy Court entered that certain: *Final Order (I) Authorizing the Payment of Prepetition Sales, Use, and Franchise Taxes and Similar Taxes and Fees And (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing* [Docket No. 282] and *Final Order Authorizing (I) Payment of Wages, Compensation and Employee Benefits and (II) Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations* [Docket No. 283]. The Debtors' analysis of potential priority claims is ongoing and may take significant time to complete.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. In addition, as of the Petition Date, the Debtors' books and records reflected an aggregate net liability in respect of gift cards and store credits. The Debtors estimate that as of the Petition Date, approximately $3,142,190.00[3] in issued gift cards is outstanding.[4] Because the Debtors do not know the identities of holders of such cards and credits, these are not listed on Schedule E/F, part 2.

Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and

---

[3] The gross amount of Gift Cards outstanding is $16,814,489. However, the amount that is actually reflected on the Debtors' books and records is $3,142,190.00 as a result of annual breakage which reflects the value of all Gift Cards issued over thirteen (13) months and the estimate of the percentage of Gift Cards that were issued within the thirteen (13) months prior that will most likely not be redeemed within thirteen (13) months. The Debtors do not maintain information regarding the individual holders of unredeemed Gift Cards.

[4] This amount includes outstanding Charlotte Russe Merchandise Credit Card balances.

10

proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Although reasonable efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on

11

Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors maintain a variety of insurance policies, including, without limitation, property, general liability, and employee related policies. For purposes of Schedule G, all insurance policies are included however, multiple Debtors may be a party to or covered by the policies.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtors' cash management system. Additionally, all disbursement information reported in Statement 3 for a specific Debtor pertains to the bank accounts maintained by that Debtor.

**Statement 4**.  Statement 4 accounts for a respective Debtor's transfers to insiders as applicable, but excludes intercompany transactions. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

**Statement 5**.  Statement 5 excludes goods returned in the ordinary course of business.

**Statement 6**. There may be instances, including, without limitation, holdbacks made by credit card processors, where such a setoff has occurred without the Debtors' knowledge.

**Statement 7**.  Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein. The Debtors track all incidents in their stores through incident reports. However, only those incidents that have resulted in active litigation and/or proceedings are reported on SOFA 7.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. Ordinary course shrinkage is not reflected in the Statements. The losses listed on Statement 10 are based on estimated amounts.

**Statement 11**. Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 26d**. The Debtors have used their reasonable efforts to provide a listing of parties to which financial statements have been provided.  However, the Debtors provide numerous banks, vendors and customers with financial statements and the listing on Statement 26d may not be a complete listing of every party provided financial statements.

**Statement 30**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

**Debtor name:** Charlotte Russe, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10214

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B ...................................................................

    | $43,167,891.68 |

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B ...............................................................

    | $93,931,408.58 |

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B ..................................................................

    | $137,099,300.26 |

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

    | $112,179,000.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F .......................................................

    | $5,009,160.94 |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

    | + $10,602,141.71 |

4. **Total liabilities**
    Lines 2 + 3a + 3b ..........................................................................................................

    | $127,790,302.65 |

**Fill in this information to identify the case:**

**Debtor name:** Charlotte Russe, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10214

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1.** **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.** **Cash on hand**

| | | |
|---|---|---|
| 2.1. | PETTY CASH (SAN FRANCISCO) | $300.00 |
| 2.2. | PETTY CASH (SAN DIEGO) | $244.08 |
| 2.3. | STORE WORKING CASH (REGISTERS) | $707,827.00 |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | BANK OF HAWAII | STORE DEPOSITORY | 0399 | $32,064.64 |
| 3.2. | BANCO POPULAR | STORE DEPOSITORY | 9819 | $31,308.70 |
| 3.3. | REGIONS | STORE DEPOSITORY | 7317 | $58,194.88 |
| 3.4. | PNC BANK | STORE DEPOSITORY | 4229 | $0.00 |
| 3.5. | WELLS FARGO | STORE DEPOSITORY | 9724 | $44,319.27 |
| 3.6. | BANK OF AMERICA | DEPOSITORY - CREDIT CARD RECEIPT ACCOUNT | 2672 | $0.00 |
| 3.7. | BANK OF AMERICA | DEPOSITORY - CONCENTRATION ACCOUNT | 2607 | $26,107.47 |
| 3.8. | BANK OF AMERICA | OPERATING | 2609 | $242,116.87 |
| 3.9. | BANK OF AMERICA | PAYROLL DISBURSEMENT | 2420 | $21,730.55 |
| 3.10. | BANK OF AMERICA | GENERAL DISBURSEMENT | 0163 | $0.00 |

Debtor **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.11. | BANK OF AMERICA | RENT DISBURSEMENT | 6079 | $0.00 |
| 3.12.[1] | BANK OF AMERICA | LINE OF CREDIT | 5 RUS | $22,854,000.00 |

[1]EXCLUDES STANDBY AND DOC LETTERS OF CREDIT

**4.** **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | CREDIT CARD RECEIVABLE - VS/MC/DEBIT | BANK OF AMERICA | DEPOSITORY - CREDIT CARD RECEIPT ACCOUNT | 2672 | $3,362,596.05 |
| 4.2. | CREDIT CARD RECEIVABLE - AMEX | BANK OF AMERICA | DEPOSITORY - CREDIT CARD RECEIPT ACCOUNT | 2672 | $130,508.36 |
| 4.3. | CREDIT CARD RECEIVABLE - DISCOVER | BANK OF AMERICA | DEPOSITORY - CREDIT CARD RECEIPT ACCOUNT | 2672 | $80,378.92 |
| 4.4. | CREDIT CARD RECEIVABLE - PAYPAL | BANK OF AMERICA | DEPOSITORY - CREDIT CARD RECEIPT ACCOUNT | 2672 | $113,237.56 |
| 4.5. | CREDIT CARD RECEIVABLE - AFTERPAY | BANK OF AMERICA | DEPOSITORY - CREDIT CARD RECEIPT ACCOUNT | 2672 | $5,654.79 |
| 4.6. | CREDIT CARD RECEIVABLE - AMAZONPAY | BANK OF AMERICA | DEPOSITORY - CREDIT CARD RECEIPT ACCOUNT | 2672 | $11,689.63 |

**5.** **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $27,722,278.77 |

**Part 2:**    **Deposits and prepayments**

**6.** **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below

**7.** **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| | |

| | | |
|---|---|---|
| 7.1. | UTILITIES | $468.00 |
| | ALABAMA GAS | |
| 7.2. | SEWER & WATER | $100.00 |
| | ALTAMONTE SPRINGS UTILITY BILL | |
| 7.3. | UTILITIES | $2,620.00 |
| | APS | |
| 7.4. | CASH FUNDING | $58,500.00 |
| | AT SYSTEMS (NOW GARDA) | |

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |

**7.** **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.5. | UTILITIES | $450.00 |
| | ATMOS ENERGY | |
| 7.6. | UTILITIES | $38,000.00 |
| | AUTORIDAD DE ENERGIA ELECTRICA | |
| 7.7. | WATER | $1,000.00 |
| | AUTORIDAD/ACUEDUCTOS/ALCANTARILLADOS | |
| 7.8. | UTILITIES | $5,030.00 |
| | BALDWIN EMC | |
| 7.9. | UTILITIES | $58.00 |
| | BLACK HILL ENERGY | |
| 7.10. | UTILITIES | $3,045.00 |
| | CARROLL ELECTRIC | |
| 7.11. | UTILITIES | $2,762.00 |
| | CDE LIGHTBAND | |
| 7.12. | UTILITIES | $3,605.00 |
| | CENTRAL GEORGIO | |
| 7.13. | UTILITIES | $200.00 |
| | CHARLOTTE COUNTY UTILITIES | |
| 7.14. | UTILITIES | $1.12 |
| | CHESTERFIELD COUNTY UTILITIES DEPARTMENT | |
| 7.15. | UTILITIES | $150.00 |
| | CITY OF BEAUMONT | |
| 7.16. | WATER | $125.00 |
| | CITY OF BOYNTON BEACH | |
| 7.17. | WATER | $172.00 |
| | CITY OF DAYTONA BEACH | |
| 7.18. | UTILITIES | $1,175.00 |
| | CITY OF DOTHAN ALABAMA | |
| 7.19. | WATER | $300.00 |
| | CITY OF HURST | |
| 7.20. | UTILITIES | $2,112.00 |
| | CITY OF OCALA | |
| 7.21. | UTILITIES | $550.00 |
| | CITY OF TACOMA | |
| 7.22. | WATER | $250.00 |
| | CLARKSVILLE GAS & WATER DEPT | |

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**7.**       **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Current value of
debtor's interest

| | | |
|---|---|---|
| 7.23. | UTILITIES | $3,000.00 |
| | CLAY ELECTRIC COOP INC | |
| 7.24. | UTILITIES | $250.00 |
| | CLECO POWER | |
| 7.25. | UTILITIES | $100.00 |
| | COLUMBIA GAS OF KENTUCKY | |
| 7.26. | UTILITIES | $3,975.00 |
| | COMED | |
| 7.27. | UTILITIES | $2,235.68 |
| | COMMUNICATION RESOURCE(FOR CONED) | |
| 7.28. | UTILITIES | $4,280.00 |
| | CON EDISON | |
| 7.29. | UTILITIES | $69,698.24 |
| | CONSTELLATION NEW ENERGY | |
| 7.30. | UTILITIES | $2,460.00 |
| | DELMARVA POWER | |
| 7.31. | UTILITIES | $16,687.00 |
| | DOMINION VIRGINIA | |
| 7.32. | UTILITIES | $32,526.00 |
| | DUKE ENERGY | |
| 7.33. | UTILITIES | $60.00 |
| | EDINBURG UTILITIES | |
| 7.34. | UTILITIES | $2,910.00 |
| | EL PASO ELECTRIC | |
| 7.35. | SEWER & WATER | $250.00 |
| | EMERALD COAST UTILITIES AUTHORITY | |
| 7.36. | UTILITIES | $3,000.00 |
| | EMPIRE DISTRICT | |
| 7.37. | UTILITIES | $332.05 |
| | EMPIRE ELECTRIC | |
| 7.38. | UTILITIES | $3,704.26 |
| | ENERGY WORKS LANCASTER | |
| 7.39. | UTILITIES | $7,001.00 |
| | ENTERGY | |
| 7.40. | UTILITIES | $1,650.00 |
| | FLORENCE UTILITIES | |

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**7.**     **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                                      Current value of
                                                                                      debtor's interest

| | | |
|---|---|---|
| 7.41. | UTILITIES | $24,611.00 |
| | FLORIDA POWER & LIGHT CO. | |
| 7.42. | UTILITIES | $29,746.66 |
| | FPL | |
| 7.43. | UTILITIES | $2,825.00 |
| | GAINESVILLE REGIONAL UT | |
| 7.44. | UTILITIES | $19,687.00 |
| | GEORGIA POWER | |
| 7.45. | UTILITIES | $2,827.00 |
| | GREEN MOUNTAIN POWER | |
| 7.46. | UTILITIES | $6,855.00 |
| | GULF POWER | |
| 7.47. | UTILITIES | $2,200.00 |
| | IMPERIAL IRRIGATION DISTRICT | |
| 7.48. | UTILITIES | $1,388.68 |
| | INTERMOUTAIN RURAL ELECTRIC ASSOC. | |
| 7.49. | UTILITIES | $2,400.00 |
| | JACKSON ELECTRIC | |
| 7.50. | UTILITIES | $1,915.00 |
| | JACKSON ENERGY AUTHORITY | |
| 7.51. | UTILITIES | $1,300.00 |
| | JACKSONVILLE ELECTRIC | |
| 7.52. | WATER | $125.00 |
| | JEFFERSON WATER | |
| 7.53. | UTILITIES | $3,500.00 |
| | JOHNSON CITY POWER BOARD | |
| 7.54. | UTILITIES | $1,800.00 |
| | JONES-ONSLOW EMC | |
| 7.55. | UTILITIES | $2,068.00 |
| | KENTUCKY POWER COMPANY | |
| 7.56. | UTILITIES | $7,000.00 |
| | KNOXVILLE UTILITIES BOARD | |
| 7.57. | UTILITIES | $3,116.66 |
| | LAKELAND ELECTRIC | |
| 7.58. | UTILITIES | $12,433.04 |
| | LIPA | |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**7.**      **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                          Current value of
                                                                          debtor's interest

| | | |
|---|---|---|
| 7.59. | UTILITIES | $30.00 |
| | LUS LAFAYETTE UTIL SYS | |
| 7.60. | SEWER & WATER | $200.00 |
| | MIAMI DADE WATER SEWER DEPT | |
| 7.61. | UTILITIES | $100.00 |
| | MISSOURI GAS ENERGY | |
| 7.62. | WATER | $100.00 |
| | MOBILE AREA WATER AND SEWER SYSTEM | |
| 7.63. | UTILITIES | $1,592.00 |
| | MONPOWER | |
| 7.64. | WATER | $100.00 |
| | MUNICIPAL AUTHORITY OF WESTMORELAND | |
| 7.65. | UTILITIES | $600.00 |
| | MURFREESBORO ELECTRIC | |
| 7.66. | UTILITIES | $2,927.97 |
| | NATIONAL GRID | |
| 7.67. | UTILITIES | $7,000.00 |
| | NEW BRAUNFELS UTILITIES | |
| 7.68. | WATER | $65.00 |
| | NORTH CANTON WATER - SEWER | |
| 7.69. | UTILITIES | $700.00 |
| | NORTHERN VIRGINIA ELECTRIC | |
| 7.70. | UTILITIES | $468.00 |
| | NSTAR | |
| 7.71. | UTILITIES | $480.00 |
| | NV ENERGY | |
| 7.72. | UTILITIES | $100.00 |
| | OKLAHOMA NATURAL GAS COMPANY | |
| 7.73. | UTILITIES | $5,280.00 |
| | ORLANDO UTILITY COMMISSION | |
| 7.74. | CLOSING PAYMENT | $40,225.94 |
| | PEEK AREN'T YOU CURIOS | |
| 7.75. | UTILITIES | $1,276.50 |
| | PEPCO | |
| 7.76. | UTILITIES | $2,594.15 |
| | PSEGLI/PSE&G | |

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |
|---|---|---|

**7.**      **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.77. | PHONE <br> PUERTO RICO TELEPHONE CO. | $2,150.00 |
| 7.78. | UTILITIES <br> SANDPIPER ENERGY | $350.00 |
| 7.79. | PHONE <br> SBC (AMERICTECH) | $400.00 |
| 7.80. | UTILITIES <br> SHELBY ENERGY ELECTRIC | $3,914.00 |
| 7.81. | UTILITIES <br> SOUTHERN CA EDISON | $114,370.00 |
| 7.82. | UTILITIES <br> SRP | $5,500.00 |
| 7.83. | UTILITIES <br> TAMPA ELECTRIC CO | $10,579.96 |
| 7.84. | UTILITIES <br> TOMBIGBEE ELECTRIC POWER ASS | $1,014.38 |
| 7.85. | UTILITIES <br> TUCSON ELECTRIC POWER | $6,652.00 |
| 7.86. | INSURANCE <br> UNITED HEALTH CARE | $259,000.00 |
| 7.87. | UTILITIES <br> VERMONT GAS | $150.00 |
| 7.88. | UTILITIES <br> WASHINGTON GAS | $1,370.00 |
| 7.89. | UTILITIES <br> WITHLACOOCHEE RIVER ELECTRIC | $4,070.00 |
| 7.90. | UTILITIES <br> XCEL ENERGY | $492.00 |

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | CONTRACTS ( RUCKUS WATCHDOG REMOTE SUPPORT) <br> 1903 SOLUTIONS | $2,547.50 |
| 8.2. | UTILITIES <br> 32556MUZAK LLC | $19,796.29 |
| 8.3. | CONTRACTS ( ANNAUL CHARGE) <br> ACTION VERB, LLC | $996.00 |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment | Current value of debtor's interest

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.4. | OTHER | $587.60 |
| | AMEX | |
| 8.5. | INSURANCE | $3,900.00 |
| | BOND - UNITED STATES CUSTOMS | |
| 8.6. | CONTRACTS ( TAX RETURNS SOFTWARE) | $3,332.50 |
| | CORPTAX, INC. | |
| 8.7. | CONTRACTS ( JIRA CLOUD COMMERCIAL LICENSES) | $2,526.04 |
| | CPRIME | |
| 8.8. | CONTRACTS ( JIRA CLOUD COMMERCIAL LICENSES) | $1,166.79 |
| | CPRIME | |
| 8.9. | CONTRACTS ( SERVICE AGREEMENT CONTRACT) | $4,258.99 |
| | CROSSPOINT NETWORK SOLUTIONS | |
| 8.10. | CONTRACTS ( NETSURE-4H-FS) | $82.50 |
| | CURVATURE | |
| 8.11. | CONTRACTS ( ZEBRA EVM, ONECARE SERVICE) | $2,027.40 |
| | DECISIONPOINT | |
| 8.12. | CONTRACTS ( PREMIER SUPPORT) | $1,000.00 |
| | DOCUSIGN | |
| 8.13. | CONTRACTS ( UP BUSINESS) | $1,457.75 |
| | EAGLE TECHNOLOGY MANAGEMENT | |
| 8.14. | CONTRACTS ( DASHBOARD GEAR) | $1,287.50 |
| | ERP ACCESSORIES | |
| 8.15. | UTILITIES | $444.24 |
| | FEB TEL AT&T | |
| 8.16. | UTILITIES | $2,400.79 |
| | FEB TEL CENTURYLINK | |
| 8.17. | UTILITIES | $75.00 |
| | FEB TEL CHARTER COMMUNICATIONS | |
| 8.18. | UTILITIES | $1,935.33 |
| | FEB TEL COMCAST | |
| 8.19. | UTILITIES | $155.77 |
| | FEB TEL CONSOLIDATED COMMUNICA | |
| 8.20. | UTILITIES | $1,266.21 |
| | FEB TEL FRONTIER | |
| 8.21. | UTILITIES | $589.59 |
| | FEB TEL GC PIVOTAL LLC | |
| 8.22. | UTILITIES | $260.87 |
| | FEB TEL GRANDE COMMUNICATIONS | |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                                    Current value of
                                                                                        debtor's interest

| 8.23. | UTILITIES | $132.26 |
|---|---|---|
| | FEB TEL GTT COMMUNICATIONS INC | |
| 8.24. | UTILITIES | $83.93 |
| | FEB TEL HARGRAY REMITTANCE CEN | |
| 8.25. | UTILITIES | $138.20 |
| | FEB TEL HAWAIIAN TELCOM | |
| 8.26. | UTILITIES | $85.39 |
| | FEB TEL HTC | |
| 8.27. | UTILITIES | $94.48 |
| | FEB TEL MEGAPATH | |
| 8.28. | UTILITIES | $80.05 |
| | FEB TEL OPTIMUM | |
| 8.29. | UTILITIES | $99.17 |
| | FEB TEL PTS | |
| 8.30. | UTILITIES | $346.06 |
| | FEB TEL PUERTO RICO TELEPHONE/ | |
| 8.31. | UTILITIES | $47.92 |
| | FEB TEL RITTER COMMUNICATIONS | |
| 8.32. | UTILITIES | $139.96 |
| | FEB TEL TIME WARNER CABLE | |
| 8.33. | UTILITIES | $1,624.55 |
| | FEB TEL VERIZON | |
| 8.34. | UTILITIES | $143.17 |
| | FEB TEL WINDSTREAM GEORGIA LLC | |
| 8.35. | UTILITIES | $337.51 |
| | FEB TEL WINDSTREAM SUGAR LAND | |
| 8.36. | UTILITIES | $257.90 |
| | FEB TRA 601 WASTE PRO GAUTIER | |
| 8.37. | UTILITIES | $560.00 |
| | FEB TRA CORPORATE SVCS CONSULT | |
| 8.38. | UTILITIES | $78,955.64 |
| | FEB TRA KETER ENVIRONMENTAL SV | |
| 8.39. | UTILITIES | $1,235.90 |
| | FEB TRA PRECISION WASTE SOLUTI | |
| 8.40. | UTILITIES | $16,309.56 |
| | FEB TRA SUSTAINABLE SOLUTIONS | |
| 8.41. | UTILITIES | $585.52 |
| | FEB TRA SUSTAINABLE SOLUTIONS | |

Debtor   **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

**8.      Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.42. | UTILITIES | $1,382.69 |
| | FEB TRA TOG | |
| 8.43. | UTILITIES | $27,156.96 |
| | FEB TRA WASTE MGMT INC | |
| 8.44. | UTILITIES | $332.02 |
| | FEB-DEC ELC XCEL ENERGY | |
| 8.45. | TAXES (PUERTO RICO TAX OVERPAYMENT) | $309,409.74 |
| | FRANCHISE TAX BOARD | |
| 8.46. | CONTRACTS ( MESSENGERPLUS - PRIMARY LICENSE) | $1,401.75 |
| | HELPSYSTEMS LLC | |
| 8.47. | CONTRACTS ( INFOR: LAWSON) | $22,964.58 |
| | INFOR (US) INC. | |
| 8.48. | CONTRACTS ( EVOLUTION CONTRACT) | $1,022.31 |
| | LECTRA USA INC. | |
| 8.49. | CONTRACTS ( EXTENDED WARRANTY, VERIFONE MX9XX) | $43,133.77 |
| | LEVEL 10 | |
| 8.50. | CONTRACTS ( LPMS-CASE MANAGEMENT) | $109.46 |
| | LP SOFTWARE | |
| 8.51. | CONTRACTS ( LP: CAMS MAINTENANCE, ERMS & SMART ALERT MAINT) | $1,068.03 |
| | LP SOFTWARE | |
| 8.52. | CONTRACTS ( ANNUAL SUPPORT/MAINTENANCE LPMS) | $2,915.50 |
| | LP SOFTWARE | |
| 8.53. | CONTRACTS ( LICENSE SUBSCRIPTION) | $3,500.00 |
| | MAGENTO | |
| 8.54. | CONTRACTS ( VM SYSTEM I PKMS SOFTWARE SUPPORT) | $85,788.07 |
| | MANHATTAN ASSOCIATES | |
| 8.55. | UTILITIES | $25,671.55 |
| | MAR TRA WASTE MGMT INC | |
| 8.56. | CONTRACTS ( PREPAID ENTERPRISE LICENSE) | $17,499.99 |
| | MOVABLE INC | |
| 8.57. | CONTRACTS ( PLATINUM SUBSCRIPTION) | $18,863.70 |
| | MULESOFT | |
| 8.58. | CONTRACTS ( MICROS XSTORE SOFTWARE) | $12,016.28 |
| | ORACLE AMERICA, INC. | |
| 8.59. | CONTRACTS ( SOFTWARE UPDATE LICENSE & SUPPORT) | $13,391.91 |
| | ORACLE AMERICA, INC. | |
| 8.60. | CONTRACTS ( RETAIL XSTORE SOFTWARE UPDATE) | $3,144.07 |
| | ORACLE AMERICA, INC. | |

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.61. | CONTRACTS ( MAIN CONTRACT SVC)<br>PARK PLACE | $968.46 |
| 8.62. | CONTRACTS ( PERFORCE: STANDARD SUPPORT)<br>PERFORCE SOFTWARE INC | $218.75 |
| 8.63. | CONTRACTS ( BUSINESS-PROFESSIONAL)<br>PLURALSIGHT | $1,330.66 |
| 8.64. | CONTRACTS ( BUSINESS-PROFESSIONAL)<br>PLURALSIGHT | $1,127.12 |
| 8.65. | OTHER<br>PREDICT SPRINGS INC | $37,083.29 |
| 8.66. | CONTRACTS ( FLEXFORM ANNUAL SUPPORT)<br>PRODUCTIVE SYSTEMS, INC. | $960.00 |
| 8.67. | CONTRACTS ( 2018 CORE MEMBER DUES)<br>R-CISC | $500.00 |
| 8.68. | OTHER<br>S&P | $20,625.00 |
| 8.69. | OTHER<br>S&P FINANCIAL SERVICES | $2,731.22 |
| 8.70. | CONTRACTS (SOLARWINDS MAINTENANCE)<br>SHI | $1,491.32 |
| 8.71. | CONTRACTS ( SHI: CYBERARK MAINTENANCE)<br>SHI | $2,893.36 |
| 8.72. | CONTRACTS ( SMARTNET EXTENDED SERVICES)<br>SHI | $5,353.44 |
| 8.73. | CONTRACTS ( TOAD FOR ORACLE)<br>SHI | $193.00 |
| 8.74. | CONTRACTS ( COMMVAULT SOFTWARE PREMIER SUPPORT)<br>SHI | $7,628.75 |
| 8.75. | CONTRACTS ( ESD TRIPWIRE)<br>SHI | $2,977.98 |
| 8.76. | CONTRACTS ( ESD ADOBE LICENSES)<br>SHI | $473.01 |
| 8.77. | CONTRACTS ( ESD ADOBE LICENSES-CREATIVE CLOUD)<br>SHI | $3,900.00 |
| 8.78. | CONTRACTS ( IMPERVA-DATABASE SECURITY MONITORING)<br>SHI | $3,607.67 |
| 8.79. | CONTRACTS ( ADOBE CREATIVE CLOUD - 4 USERS)<br>SHI | $1,222.07 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.80. | CONTRACTS ( ADOBE CREATIVE CLOUD - 1 USERS) | $339.46 |
| | SHI | |
| 8.81. | CONTRACTS ( PHOTOSHOP MULTIPLE PLATFORMS ESD SOFTWARE) | $340.76 |
| | SHI | |
| 8.82. | CONTRACTS ( RED HAT ENTERPRISE LINUX) | $306.67 |
| | SHI | |
| 8.83. | CONTRACTS ( AUTODESK MAINTENANCE) | $686.74 |
| | SHI | |
| 8.84. | CONTRACTS ( ANNUAL LICENSE PURCHASE) | $15,000.00 |
| | SLACK TECHNOLOGIES | |
| 8.85. | OTHER | $2,362.50 |
| | SMART SHEET | |
| 8.86. | OTHER | ($33,189.00) |
| | ST JUDE PRINT RECLASS | |
| 8.87. | OTHER | $14,653.10 |
| | STANDARD AND POOR'S FINANCIAL | |
| 8.88. | CONTRACTS (IMPLEMENTATION (LT & ST)) | $45,339.16 |
| | TANGO ANALYTICS | |
| 8.89. | CONTRACTS ( LICENSE HQ) | $4,524.98 |
| | TAX COMPLIANCE, INC (TCI) | |
| 8.90. | CONTRACTS ( CARBON BLACK ANNUAL SUBSCRIPTION) | $2,199.99 |
| | TEVORA | |
| 8.91. | CONTRACTS (OKTA CLOUD CONNECT (LT & ST)) | $41,562.50 |
| | TRACE 3 | |
| 8.92. | CONTRACTS ( TRAPS ADVANCED ENDPOINT PROTECTION) | $2,933.33 |
| | TRACE3 | |
| 8.93. | CONTRACTS ( PALO ALTO SUPPORT RENEWAL) | $7,377.33 |
| | TRACE3 | |
| 8.94. | OTHER | $3,986.67 |
| | USPS | |
| 8.95. | OTHER | $18,024.98 |
| | WGSN | |

9.    **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                                    $1,840,300.77

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11.      Accounts receivable**

|  |  | Face amount | Doubtful or uncollectible accounts |  |  |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $324,886.67 | - $0.00 | = ........ → | $324,886.67 |
|  |  | Face amount | Doubtful or uncollectible accounts |  |  |
| 11b. | Over 90 days old: | $_____ | - $_____ | = ........ → | $_____ |

**12.  Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $324,886.67 |
|---|

---

| **Part 4:** | **Investments** |
|---|---|

**13.  Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. | _____ | _____ | $_____ |
|---|---|---|---|

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

|  | Name of entity | % of ownership |  |  |
|---|---|---|---|---|
| 15.1. | CHARLOTTE RUSSE ADMINISTRATION, INC. | 100.00% | _____ | UNDETERMINED |
| 15.2. | CHARLOTTE RUSSE MERCHANDISING, INC. | 100.00% | _____ | UNDETERMINED |

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. | _____ | _____ | $_____ |
|---|---|---|---|

**17.  Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| UNDETERMINED |
|---|

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| 19.1. _____ | _____ | $_____ | _____ | $_____ |
| **20.** **Work in progress** | | | | |
| 20.1. _____ | _____ | $_____ | _____ | $_____ |

**21.** **Finished goods, including goods held for resale**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 21.1. FINISHED GOODS HELD FOR RESALE | 6/2018 | $54,926,522.00 | RETAIL METHOD | $54,926,522.00 |

**22.** **Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.1. CHARLOTTE RUSSE - HANGERS | 1/21/2019 | $794,954.00 | NET BOOK VALUE | $794,954.00 |
| 22.2. CHARLOTTE RUSSE - BAGS | 1/21/2019 | $1,547,580.00 | NET BOOK VALUE | $1,547,580.00 |
| 22.3. CHARLOTTE RUSSE - PREPAID SUPPLIES | 1/21/2019 | $110,147.00 | NET BOOK VALUE | $110,147.00 |
| 22.4. CHARLOTTE RUSSE - SECURITY TAGS | 1/21/2019 | $132,500.00 | NET BOOK VALUE | $132,500.00 |
| 22.5. CHARLOTTE RUSSE - SUPPLIES BOXES | 1/21/2019 | $210,421.00 | NET BOOK VALUE | $210,421.00 |
| 22.6. CHARLOTTE RUSSE - DC PACKAGING | 1/21/2019 | $3,986.00 | NET BOOK VALUE | $3,986.00 |
| 22.7. CHARLOTTE RUSSE - TICKETS / LABELS | 1/21/2019 | $129.00 | NET BOOK VALUE | $129.00 |
| 22.8. PEEK - HANGERS | 1/21/2019 | $7,831.00 | NET BOOK VALUE | $7,831.00 |
| 22.9. PEEK - BAGS | 1/21/2019 | $1,672.00 | NET BOOK VALUE | $1,672.00 |

**23.** **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.                     $57,735,742.00

**24.** **Is any of the property listed in Part 5 perishable?**

☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☒ Yes Book value: $8,821,445.66 Valuation method: RETAIL METHOD Current value: $8,821,445.66

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**28.  Crops—either planted or harvested**

28.1.  _____   $_____   _____   $_____

**29.  Farm animals.** Examples: Livestock, poultry, farm-raised fish

29.1.  _____   $_____   _____   $_____

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

30.1.  _____   $_____   _____   $_____

**31.  Farm and fishing supplies, chemicals, and feed**

31.1.  _____   $_____   _____   $_____

**32.  Other farming and fishing-related property not already listed in Part 6**

32.1.  _____   $_____   _____   $_____

**33.  Total of part 6**

Add lines 28 through 32. Copy the total to line 85.                     $0.00

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1.   OFFICE FURNITURE - OWNED | $58,208.57 | Cost-Based/Straight Line | $58,208.57 |
| **40.** **Office fixtures** | | | |
| 40.1.   OFFICE FIXTURES - OWNED | $3,896,035.94 | Cost-Based/Straight Line | $3,896,035.94 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| 41.1.   OFFICE EQUIPMENT - OWNED | $1,652,396.29 | Cost-Based/Straight Line | $1,652,396.29 |
| **42.** **Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. _____ | $_____ | _____ | $_____ |

**43.** **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| $5,606,640.80 |
|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 8:**   Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. _____ | $_____ | _____ | $_____ |
| **48.** **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. _____ | $_____ | _____ | $_____ |
| **49.** **Aircraft and accessories** | | | |
| 49.1. _____ | $_____ | _____ | $_____ |

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1.   EQUIPMENT - OWNED                        $701,559.57        Cost-Based/Straight   $701,559.57
                                                                     Line

**51.   Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

|  |
| --- |
| $701,559.57 |

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:   Real property**

**54.   Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
| --- | --- | --- | --- | --- |
| 55.1.   _____<br>RETAIL STORE<br><br>STORE # 01 AT THE SHOPPES AT CARLSBAD<br>2525 EL CAMINO REAL, SPACE #261<br>CARLSBAD CA 92008 | LEASEHOLD IMPROVEMENTS | $5,751.92 | Cost-Based/Straight Line | $5,751.92 |
| 55.2.   _____<br>RETAIL STORE<br><br>STORE # 02 AT MISSION VALLEY<br>1640 CAMINO DEL RIO NORTH, SPACE #237<br>SAN DIEGO CA 92108 | LEASEHOLD IMPROVEMENTS | $8,582.17 | Cost-Based/Straight Line | $8,582.17 |
| 55.3.   _____<br>RETAIL STORE<br><br>STORE # 04 AT PARKWAY<br>627 PARKWAY PLAZA<br>EL CAJON CA 92020 | LEASEHOLD IMPROVEMENTS | $219,481.45 | Cost-Based/Straight Line | $219,481.45 |
| 55.4.   _____<br>RETAIL STORE<br><br>STORE # 06 AT PLAZA BONITA<br>3030 PLAZA BONITA ROAD, SPACE #1256<br>NATIONAL CITY CA 91950 | LEASEHOLD IMPROVEMENTS | $36,054.79 | Cost-Based/Straight Line | $36,054.79 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.5. _____<br>RETAIL STORE<br><br>STORE # 07 AT GROSSMONT CENTER<br>5500 GROSSMONT CENTER, SUITE 313, SPACE #B1-60<br>LA MESA CA 91942 | LEASEHOLD IMPROVEMENTS | $3,636.56 | Cost-Based/Straight Line | $3,636.56 |
| 55.6. _____<br>RETAIL STORE<br><br>STORE # 09 AT NORTH COUNTY FAIR<br>200 EAST VIA RANCHO PARKWAY, SPACE #329<br>ESCONDIDO CA 92025 | LEASEHOLD IMPROVEMENTS | $10,446.51 | Cost-Based/Straight Line | $10,446.51 |
| 55.7. _____<br>RETAIL STORE<br><br>STORE # 10 AT MAINPLACE MALL<br>2800 NORTH MAIN PLACE, SPACE #416<br>SANTA ANA CA 92705 | LEASEHOLD IMPROVEMENTS | $289,344.28 | Cost-Based/Straight Line | $289,344.28 |
| 55.8. _____<br>RETAIL STORE<br><br>STORE # 101 AT ARBOR PLACE<br>1440 DOUGLAS BLVD<br>DOUGLASVILLE GA 30135 | LEASEHOLD IMPROVEMENTS | $9,930.02 | Cost-Based/Straight Line | $9,930.02 |
| 55.9. _____<br>RETAIL STORE<br><br>STORE # 102 AT PARK PLACE<br>5870 EAST BROADWAY BLVD., SPACE #412 & 414<br>TUCSON AZ 85711 | LEASEHOLD IMPROVEMENTS | $352.37 | Cost-Based/Straight Line | $352.37 |
| 55.10. _____<br>RETAIL STORE<br><br>STORE # 103 AT HOLYOKE MALL<br>50 HOLYOKE STREET, SPACE #H315<br>HOLYOKE MA 01040 | LEASEHOLD IMPROVEMENTS | $82,331.27 | Cost-Based/Straight Line | $82,331.27 |
| 55.11. _____<br>RETAIL STORE<br><br>STORE # 104 AT CROSSGATES MALL<br>ONECROSSGATES MALL ROAD, SPACE #P204<br>ALBANY NY 12203 | LEASEHOLD IMPROVEMENTS | $81,139.57 | Cost-Based/Straight Line | $81,139.57 |
| 55.12. _____<br>RETAIL STORE<br><br>STORE # 108 AT DULLES TOWN CENTER<br>21100 DULLES TOWN CIRCLE, SPACE #81<br>DULLES VA 20166 | LEASEHOLD IMPROVEMENTS | $62.50 | Cost-Based/Straight Line | $62.50 |

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.13. _____<br><br>RETAIL STORE<br><br>STORE # 109 AT SUNVALLEY SHOPPING CENTER<br>1 SUN VALLEY MALL, SPACE #D204<br>CONCORD CA 94520 | LEASEHOLD IMPROVEMENTS | $541.18 | Cost-Based/Straight Line | $541.18 |
| 55.14. _____<br><br>RETAIL STORE<br><br>STORE # 110 AT FAIRLANE TOWN CENTER<br>18900 MICHIGAN AVENUE, SPACE #H108<br>DEARBORN MI 48126 | LEASEHOLD IMPROVEMENTS | $19,178.14 | Cost-Based/Straight Line | $19,178.14 |
| 55.15. _____<br><br>RETAIL STORE<br><br>STORE # 111 AT DESTINY USA<br>1 DESTINY USA DR., SPACE #B-202<br>SYRACUSE NY 13204 | LEASEHOLD IMPROVEMENTS | $11,318.41 | Cost-Based/Straight Line | $11,318.41 |
| 55.16. _____<br><br>RETAIL STORE<br><br>STORE # 112 AT LAKEFOREST<br>701 RUSSELL AVENUE, SPACE #H219<br>GAITHERSBURG MD 20877 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.17. _____<br><br>RETAIL STORE<br><br>STORE # 113 AT OPRY MILLS<br>436 OPRY MILLS DRIVE<br>NASHVILLE TN 37214 | LEASEHOLD IMPROVEMENTS | $3,347.68 | Cost-Based/Straight Line | $3,347.68 |
| 55.18. _____<br><br>RETAIL STORE<br><br>STORE # 114 AT PLAZA CAROLINA<br>65 INFANTRY HWY & FRAGOSO AVE., SPACE #124<br>CAROLINA PR 00983 | LEASEHOLD IMPROVEMENTS | $293,393.70 | Cost-Based/Straight Line | $293,393.70 |
| 55.19. _____<br><br>RETAIL STORE<br><br>STORE # 116 AT MONROEVILLE MALL<br>114 MONROEVILLE MALL<br>MONROEVILLE PA 15146 | LEASEHOLD IMPROVEMENTS | $3,579.53 | Cost-Based/Straight Line | $3,579.53 |
| 55.20. _____<br><br>RETAIL STORE<br><br>STORE # 117 AT SPRING HILL MALL<br>1322 SPRING HILL MALL<br>CARPENTERSVILLE IL 60110 | LEASEHOLD IMPROVEMENTS | $93,432.16 | Cost-Based/Straight Line | $93,432.16 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.21. _____<br>RETAIL STORE<br>STORE # 118 AT PLAZA LAS AMERICAS<br>525 F.D. ROOSEVELT AVENUE, SPACE #52<br>HATO REY PR 00918 | LEASEHOLD IMPROVEMENTS | $5,043.24 | Cost-Based/Straight Line | $5,043.24 |
| 55.22. _____<br>RETAIL STORE<br>STORE # 12 AT CHULA VISTA CENTER*<br>555 BROADWAY, SPACE #1034<br>CHULA VISTA CA 91910 | LEASEHOLD IMPROVEMENTS | $82,730.31 | Cost-Based/Straight Line | $82,730.31 |
| 55.23. _____<br>RETAIL STORE<br>STORE # 120 AT FOX VALLEY MALL<br>1500 FOX VALLEY CENTER DR., SPACE F7<br>AURORA IL 60504 | LEASEHOLD IMPROVEMENTS | $502,984.39 | Cost-Based/Straight Line | $502,984.39 |
| 55.24. _____<br>RETAIL STORE<br>STORE # 121 AT LA PLAZA MALL<br>2200 SOUTH 10TH STREET, SPACE #Q12B<br>MCALLEN TX 78503 | LEASEHOLD IMPROVEMENTS | $6,114.28 | Cost-Based/Straight Line | $6,114.28 |
| 55.25. _____<br>RETAIL STORE<br>STORE # 122 AT STONEBRIAR CENTRE<br>2601 PRESTON ROAD, SPACE #1086<br>FRISCO TX 75034 | LEASEHOLD IMPROVEMENTS | $71,079.90 | Cost-Based/Straight Line | $71,079.90 |
| 55.26. _____<br>RETAIL STORE<br>STORE # 123 AT FLATIRON CROSSING<br>1 WEST FLATIRON CROSSING DRIVE, SPACE #2012<br>BROOMFIELD CO 80021 | LEASEHOLD IMPROVEMENTS | $3,924.77 | Cost-Based/Straight Line | $3,924.77 |
| 55.27. _____<br>RETAIL STORE<br>STORE # 124 AT GALLERIA AT ROSEVILLE<br>1151 GALLERIA BLVD., SPACE #211<br>ROSEVILLE CA 95678 | LEASEHOLD IMPROVEMENTS | $230,282.11 | Cost-Based/Straight Line | $230,282.11 |
| 55.28. _____<br>RETAIL STORE<br>STORE # 125 AT NORTH EAST MALL<br>1101 MELBOURNE ST., SPACE #C03E<br>HURST TX 76053 | LEASEHOLD IMPROVEMENTS | $12,684.61 | Cost-Based/Straight Line | $12,684.61 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.29. _____<br>RETAIL STORE<br><br>STORE # 126 AT WOODFIELD<br>F330 WOODFIELD SHOPPING CENTER<br>SCHAUMBURG IL 60173 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.30. _____<br>RETAIL STORE<br><br>STORE # 127 AT GENESEE VALLEY CENTER<br>3239 S. LINDEN ROAD, SPACE #480<br>FLINT MI 48507 | LEASEHOLD IMPROVEMENTS | $92,647.83 | Cost-Based/Straight Line | $92,647.83 |
| 55.31. _____<br>RETAIL STORE<br><br>STORE # 130 AT TOWN EAST MALL<br>2063 TOWN EAST MALL, SPACE #1016<br>MESQUITE TX 75150 | LEASEHOLD IMPROVEMENTS | $34,118.92 | Cost-Based/Straight Line | $34,118.92 |
| 55.32. _____<br>RETAIL STORE<br><br>STORE # 131 AT WOODLAND HILLS MALL<br>7021 S. MEMORIAL DR., SPACE #125<br>TULSA OK 74133 | LEASEHOLD IMPROVEMENTS | $4,670.57 | Cost-Based/Straight Line | $4,670.57 |
| 55.33. _____<br>RETAIL STORE<br><br>STORE # 132 AT OXFORD VALLEY MALL<br>2300 E. LINCOLN HIGHWAY, SPACE #M5 & M5A<br>LANGHORNE PA 19047 | LEASEHOLD IMPROVEMENTS | $86,580.37 | Cost-Based/Straight Line | $86,580.37 |
| 55.34. _____<br>RETAIL STORE<br><br>STORE # 133 AT NEWPARK MALL<br>2093-2086 NEW PARK MALL<br>NEWARK CA 94560 | LEASEHOLD IMPROVEMENTS | $181,076.46 | Cost-Based/Straight Line | $181,076.46 |
| 55.35. _____<br>RETAIL STORE<br><br>STORE # 135 AT MONTGOMERY MALL<br>230 MONTGOMERY MALL, SPACE 1017<br>NORTH WALES PA 19454 | LEASEHOLD IMPROVEMENTS | $3,654.14 | Cost-Based/Straight Line | $3,654.14 |
| 55.36. _____<br>RETAIL STORE<br><br>STORE # 137 AT DOLPHIN MALL<br>11401 NW 12TH STREET, SPACE #327<br>MIAMI FL 33172 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.37. _____ <br> RETAIL STORE <br><br> STORE # 138 AT EMERALD SQUARE <br> 999 S. WASHINGTON ST.,SPACE E211A <br> NORTH ATTLEBOROUGH MA 02760 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.38. _____ <br> RETAIL STORE <br><br> STORE # 139 AT GURNEE MILLS <br> 6170 GRAND AVENUE, SPACE #313 <br> GURNEE IL 60031 | LEASEHOLD IMPROVEMENTS | $970.97 | Cost-Based/Straight Line | $970.97 |
| 55.39. _____ <br> RETAIL STORE <br><br> STORE # 14 AT WESTMINSTER MALL <br> 2150E WESTMINSTER MALL <br> WESTMINSTER CA 92683 | LEASEHOLD IMPROVEMENTS | $958.06 | Cost-Based/Straight Line | $958.06 |
| 55.40. _____ <br> RETAIL STORE <br><br> STORE # 140 AT CASTLETON SQUARE <br> 6020 EAST 82ND STREET, SPACE #510 <br> INDIANAPOLIS IN 46250 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.41. _____ <br> RETAIL STORE <br><br> STORE # 141 AT SMITH HAVEN MALL <br> 465 SMITH HAVEN MALL,SPACE H01B <br> LAKE GROVE NY 11755 | LEASEHOLD IMPROVEMENTS | $222,725.87 | Cost-Based/Straight Line | $222,725.87 |
| 55.42. _____ <br> RETAIL STORE <br><br> STORE # 142 AT ALTAMONTE MALL <br> 451 EAST ALTAMONTE DRIVE, SPACE #1373 <br> ALTAMONTE SPRINGS FL 32701 | LEASEHOLD IMPROVEMENTS | $48,529.11 | Cost-Based/Straight Line | $48,529.11 |
| 55.43. _____ <br> RETAIL STORE <br><br> STORE # 144 AT BROADWAY MALL <br> 878 BROADWAY MALL,SPACE #878 <br> HICKSVILLE NY 11801 | LEASEHOLD IMPROVEMENTS | $45,597.76 | Cost-Based/Straight Line | $45,597.76 |
| 55.44. _____ <br> RETAIL STORE <br><br> STORE # 146 AT FORD CITY MALL <br> 7601 S. CICERO AVENUE, SPACE #1350 <br> CHICAGO IL 60652 | LEASEHOLD IMPROVEMENTS | $128,799.70 | Cost-Based/Straight Line | $128,799.70 |

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.45. _____<br>RETAIL STORE<br><br>STORE # 147 AT INDIAN RIVER MALL<br>6200 20TH STREET, SPACE #350A<br>VERO BEACH FL 32966 | LEASEHOLD IMPROVEMENTS | $34.92 | Cost-Based/Straight Line | $34.92 |
| 55.46. _____<br>RETAIL STORE<br><br>STORE # 148 AT SOUTHERN PARK MALL<br>7401 MARKET STREET, SPACE #245<br>YOUNGSTOWN OH 44512 | LEASEHOLD IMPROVEMENTS | $80,791.16 | Cost-Based/Straight Line | $80,791.16 |
| 55.47. _____<br>RETAIL STORE<br><br>STORE # 15 AT BREA MALL<br>1118A BREA MALL<br>BREA CA 92821 | LEASEHOLD IMPROVEMENTS | $265,457.34 | Cost-Based/Straight Line | $265,457.34 |
| 55.48. _____<br>RETAIL STORE<br><br>STORE # 150 AT MALL OF NEW HAMPSHIRE<br>1500 S. WILLOW BLVD., SPACE #S-167<br>MANCHESTER NH 03103 | LEASEHOLD IMPROVEMENTS | $1,550.65 | Cost-Based/Straight Line | $1,550.65 |
| 55.49. _____<br>RETAIL STORE<br><br>STORE # 152 AT SUNRISE MALL<br>2135 SUNRISE MALL<br>MASSAPEQUA NY 11758 | LEASEHOLD IMPROVEMENTS | $168,484.28 | Cost-Based/Straight Line | $168,484.28 |
| 55.50. _____<br>RETAIL STORE<br><br>STORE # 153 AT CLACKAMAS TOWN CENTER<br>12000 SE 82ND AVENUE, SPACE #2108<br>HAPPY VALLEY OR 97086 | LEASEHOLD IMPROVEMENTS | $99,767.40 | Cost-Based/Straight Line | $99,767.40 |
| 55.51. _____<br>RETAIL STORE<br><br>STORE # 156 AT MAPLEWOOD MALL<br>3001 WHITE BEAR AVENUE, SPACE #1040A<br>ST. PAUL MN 55109 | LEASEHOLD IMPROVEMENTS | $62.30 | Cost-Based/Straight Line | $62.30 |
| 55.52. _____<br>RETAIL STORE<br><br>STORE # 157 AT DEPTFORD MALL<br>1750 DEPTFORD CENTER ROAD, SPACE # 1003<br>DEPTFORD NJ 08096 | LEASEHOLD IMPROVEMENTS | $418,364.69 | Cost-Based/Straight Line | $418,364.69 |

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.53. _____<br>RETAIL STORE<br><br>STORE # 158 AT LOUIS JOLIET<br>3340 MALL LOOP DRIVE, SUITE #1198<br>JOLIET IL 60431 | LEASEHOLD IMPROVEMENTS | $271,434.92 | Cost-Based/Straight Line | $271,434.92 |
| 55.54. _____<br>RETAIL STORE<br><br>STORE # 159 AT GLENBROOK SQUARE<br>4201 COLDWATER ROAD, SPACE #M01<br>FORT WAYNE IN 46805 | LEASEHOLD IMPROVEMENTS | $145,795.89 | Cost-Based/Straight Line | $145,795.89 |
| 55.55. _____<br>RETAIL STORE<br><br>STORE # 160 AT EDEN PRAIRIE CENTER<br>1138 EDEN PRAIRIE CENTER<br>EDEN PRAIRIE MN 55344 | LEASEHOLD IMPROVEMENTS | $62.30 | Cost-Based/Straight Line | $62.30 |
| 55.56. _____<br>RETAIL STORE<br><br>STORE # 162 AT INDEPENDENCE<br>3500 OLEANDER DRIVE, SPACE 1024 & 1026<br>WILMINGTON NC 28403 | LEASEHOLD IMPROVEMENTS | $5,801.45 | Cost-Based/Straight Line | $5,801.45 |
| 55.57. _____<br>RETAIL STORE<br><br>STORE # 163 AT AVENUES, THE<br>10300 SOUTHSIDE BLVD., SPACE #215<br>JACKSONVILLE FL 32256 | LEASEHOLD IMPROVEMENTS | $974.75 | Cost-Based/Straight Line | $974.75 |
| 55.58. _____<br>RETAIL STORE<br><br>STORE # 165 AT THE MALL AT WELLINGTON GREEN<br>10300 W. FOREST HILL BOULEVARD, SPACE #159<br>WELLINGTON FL 33414 | LEASEHOLD IMPROVEMENTS | $283.83 | Cost-Based/Straight Line | $283.83 |
| 55.59. _____<br>RETAIL STORE<br><br>STORE # 168 AT POLARIS FASHION PLACE<br>1500 POLARIS PARKWAY, SPACE #1170<br>COLUMBUS OH 43240 | LEASEHOLD IMPROVEMENTS | $41,682.55 | Cost-Based/Straight Line | $41,682.55 |
| 55.60. _____<br>RETAIL STORE<br><br>STORE # 169 AT ROBINSON, MALL AT<br>100 ROBINSON CENTRE DR., SPACE #1330<br>PITTSBURGH PA 15205 | LEASEHOLD IMPROVEMENTS | $230,687.46 | Cost-Based/Straight Line | $230,687.46 |

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.61. _____<br>RETAIL STORE<br><br>STORE # 171 AT SOUTHRIDGE MALL<br>5300 SOUTH 76TH STREET,SPACE #300 & 310<br>GREENDALE WI 53129 | LEASEHOLD IMPROVEMENTS | $62.34 | Cost-Based/Straight Line | $62.34 |
| 55.62. _____<br>RETAIL STORE<br><br>STORE # 172 AT TIPPECANOE MALL<br>2415 SAGAMORE PARKWAY SOUTH, SPACE #D06A<br>LAFAYETTE IN 47905 | LEASEHOLD IMPROVEMENTS | $54,774.43 | Cost-Based/Straight Line | $54,774.43 |
| 55.63. _____<br>RETAIL STORE<br><br>STORE # 173 AT NORTH RIVERSIDE PARK MALL ®<br>7501 W. CERMAK ROAD, SPACE #K4<br>NORTH RIVERSIDE IL 60546 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.64. _____<br>RETAIL STORE<br><br>STORE # 176 AT PARKS AT ARLINGTON, THE<br>3811 SOUTH COOPER STREET, SPACE #2302<br>ARLINGTON TX 76015 | LEASEHOLD IMPROVEMENTS | $3,144.88 | Cost-Based/Straight Line | $3,144.88 |
| 55.65. _____<br>RETAIL STORE<br><br>STORE # 177 AT LYNNHAVEN MALL<br>701 LYNNHAVEN PKWY, SUITE #1085 OR SPACE #E-11<br>VIRGINIA BEACH VA 23452 | LEASEHOLD IMPROVEMENTS | $727.71 | Cost-Based/Straight Line | $727.71 |
| 55.66. _____<br>RETAIL STORE<br><br>STORE # 178 AT WESTSHORE PLAZA<br>297 WESTSHORE PLAZA, SPACE #C2<br>TAMPA FL 33609 | LEASEHOLD IMPROVEMENTS | $48,193.55 | Cost-Based/Straight Line | $48,193.55 |
| 55.67. _____<br>RETAIL STORE<br><br>STORE # 179 AT BAYBROOK MALL<br>1318 BAYBROOK MALL<br>FRIENDSWOOD TX 77546 | LEASEHOLD IMPROVEMENTS | $79,300.04 | Cost-Based/Straight Line | $79,300.04 |
| 55.68. _____<br>RETAIL STORE<br><br>STORE # 181 AT TREASURE COAST SQUARE<br>3410A N.W. FEDERAL HIGHWAY<br>JENSEN BEACH FL 34957 | LEASEHOLD IMPROVEMENTS | $4,140.38 | Cost-Based/Straight Line | $4,140.38 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.69. _____ RETAIL STORE STORE # 184 AT THE GALLERIA AT FT. LAUDERDALE 2414 E. SUNRISE BLVD., SPACE #2003 FT. LAUDERDALE FL 33304 | LEASEHOLD IMPROVEMENTS | $344,196.26 | Cost-Based/Straight Line | $344,196.26 |
| 55.70. _____ RETAIL STORE STORE # 185 AT WOODBRIDGE CENTER ® 250 WOODBRIDGE CENTER DRIVE, SPACE #2320 WOODBRIDGE NJ 07095 | LEASEHOLD IMPROVEMENTS | $111.21 | Cost-Based/Straight Line | $111.21 |
| 55.71. _____ RETAIL STORE STORE # 186 AT BOYNTON BEACH MALL 801 N. CONGRESS AVE., SUITE #249 BOYNTON BEACH FL 33426 | LEASEHOLD IMPROVEMENTS | $291.66 | Cost-Based/Straight Line | $291.66 |
| 55.72. _____ RETAIL STORE STORE # 189 AT LAKES MALL, THE 5600 HARVEY STREET, SUITE #1020 MUSKEGON MI 49444 | LEASEHOLD IMPROVEMENTS | $66.12 | Cost-Based/Straight Line | $66.12 |
| 55.73. _____ RETAIL STORE STORE # 190 AT CHICAGO RIDGE MALL 571 CHICAGO RIDGE MALL DR. CHICAGO RIDGE IL 60415 | LEASEHOLD IMPROVEMENTS | $3,318.30 | Cost-Based/Straight Line | $3,318.30 |
| 55.74. _____ RETAIL STORE STORE # 191 AT PENN SQUARE 1901 NW EXPRESSWAY, SUITE #1106 OKLAHOMA CITY OK 73118 | LEASEHOLD IMPROVEMENTS | $6,364.96 | Cost-Based/Straight Line | $6,364.96 |
| 55.75. _____ RETAIL STORE STORE # 192 AT WHITE OAKS MALL 2501 W. WABASH AVE., SPACE #H13B SPRINGFIELD IL 62704 | LEASEHOLD IMPROVEMENTS | $62.50 | Cost-Based/Straight Line | $62.50 |
| 55.76. _____ RETAIL STORE STORE # 193 AT CORONADO CENTER 6600 MENAUL BLVD. NE, SPACE #B-8 & B-9 ALBUQUERQUE NM 87110 | LEASEHOLD IMPROVEMENTS | $85,690.97 | Cost-Based/Straight Line | $85,690.97 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.77. _____<br>RETAIL STORE<br>STORE # 194 AT LIVINGSTON MALL<br>112 EISENHOWER PARKWAY, SPACE #2032<br>LIVINGSTON NJ 07039 | LEASEHOLD IMPROVEMENTS | $2,788.35 | Cost-Based/Straight Line | $2,788.35 |
| 55.78. _____<br>RETAIL STORE<br>STORE # 196 AT PARAMUS PARK<br>700 PARAMUS PARK, SUITE #1026<br>PARAMUS NJ 07652 | LEASEHOLD IMPROVEMENTS | $86,147.25 | Cost-Based/Straight Line | $86,147.25 |
| 55.79. _____<br>RETAIL STORE<br>STORE # 197 AT ANNAPOLIS<br>2550 ANNAPOLIS MALL, SPACE #1300<br>ANNAPOLIS MD 21401 | LEASEHOLD IMPROVEMENTS | $138,114.63 | Cost-Based/Straight Line | $138,114.63 |
| 55.80. _____<br>RETAIL STORE<br>STORE # 198 AT WESTROADS MALL<br>10000 CALIFORNIA STREET, SPACE #3635<br>OMAHA NE 68114 | LEASEHOLD IMPROVEMENTS | $719.27 | Cost-Based/Straight Line | $719.27 |
| 55.81. _____<br>RETAIL STORE<br>STORE # 199 AT MERIDIAN MALL<br>1982 W. GRAND RIVER AVENUE, SPACE #249<br>OKEMOS MI 48864 | LEASEHOLD IMPROVEMENTS | $239,811.52 | Cost-Based/Straight Line | $239,811.52 |
| 55.82. _____<br>RETAIL STORE<br>STORE # 200 AT INGRAM PARK MALL<br>6301 N.W. LOOP 410, SPACE #S-16A-1<br>SAN ANTONIO TX 78238 | LEASEHOLD IMPROVEMENTS | $67.66 | Cost-Based/Straight Line | $67.66 |
| 55.83. _____<br>RETAIL STORE<br>STORE # 201 AT ROCKAWAY TOWNSQUARE<br>301 MT. HOPE AVENUE, SPACE #1085 & 1086<br>ROCKAWAY NJ 07866 | LEASEHOLD IMPROVEMENTS | $66.64 | Cost-Based/Straight Line | $66.64 |
| 55.84. _____<br>RETAIL STORE<br>STORE # 202 AT DESOTO SQUARE<br>303 U.S. HWY 301 BLVD. WEST, SPACE #609A<br>BRADENTON FL 34205 | LEASEHOLD IMPROVEMENTS | $212.62 | Cost-Based/Straight Line | $212.62 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.85. _____<br>RETAIL STORE<br><br>STORE # 204 AT LAKESIDE MALL<br>14000 LAKESIDE CIRCLE, SPACE #D210 & D211<br>STERLING HEIGHTS MI 48313 | LEASEHOLD IMPROVEMENTS | $110.42 | Cost-Based/Straight Line | $110.42 |
| 55.86. _____<br>RETAIL STORE<br><br>STORE # 205 AT DAYTON MALL<br>2700 MIAMISBURG-CENTERVILLE RD., SPACE # 360<br>DAYTON OH 45459 | LEASEHOLD IMPROVEMENTS | $544.14 | Cost-Based/Straight Line | $544.14 |
| 55.87. _____<br>RETAIL STORE<br><br>STORE # 206 AT REGENCY MALL<br>5666 DURAND AVE., SPACE # B240<br>RACINE WI 53406 | LEASEHOLD IMPROVEMENTS | $62.50 | Cost-Based/Straight Line | $62.50 |
| 55.88. _____<br>RETAIL STORE<br><br>STORE # 207 AT DEERBROOK MALL<br>20131 HIGHWAY 59, SPACE # 2072<br>HUMBLE TX 77338 | LEASEHOLD IMPROVEMENTS | $115,017.22 | Cost-Based/Straight Line | $115,017.22 |
| 55.89. _____<br>RETAIL STORE<br><br>STORE # 209 AT CHAPEL HILLS MALL<br>1710 BRIARGATE BLVD., SPACE # 127<br>COLORADO SPRINGS CO 80920 | LEASEHOLD IMPROVEMENTS | $131,604.99 | Cost-Based/Straight Line | $131,604.99 |
| 55.90. _____<br>RETAIL STORE<br><br>STORE # 21 AT LAKEWOOD CENTER<br>78 LAKEWOOD CENTER<br>LAKEWOOD CA 90712 | LEASEHOLD IMPROVEMENTS | $14,254.14 | Cost-Based/Straight Line | $14,254.14 |
| 55.91. _____<br>RETAIL STORE<br><br>STORE # 211 AT NESHAMINY MALL<br>707 NESHAMINY MALL SPACE # 639<br>BENSALEM PA 19020 | LEASEHOLD IMPROVEMENTS | $62.50 | Cost-Based/Straight Line | $62.50 |
| 55.92. _____<br>RETAIL STORE<br><br>STORE # 213 AT DOVER MALL<br>1365 NORTH DUPONT HWY, SPACE # 4060<br>DOVER DE 19901 | LEASEHOLD IMPROVEMENTS | $62.50 | Cost-Based/Straight Line | $62.50 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.93. _____<br><br>RETAIL STORE<br><br>STORE # 214 AT LLOYD CENTER<br>974 LLOYD CENTER, SPACE # G104<br>PORTLAND OR 97232 | LEASEHOLD IMPROVEMENTS | $91,454.37 | Cost-Based/Straight Line | $91,454.37 |
| 55.94. _____<br><br>RETAIL STORE<br><br>STORE # 216 AT MID RIVERS<br>1600 MID-RIVERS MALL, SPACE # 1264<br>ST. PETERS MO 63376 | LEASEHOLD IMPROVEMENTS | $444.44 | Cost-Based/Straight Line | $444.44 |
| 55.95. _____<br><br>RETAIL STORE<br><br>STORE # 217 AT SOUTH COUNTY<br>85 SOUTH COUNTY CENTERWAY, SPACE # 450<br>ST. LOUIS MO 63129 | LEASEHOLD IMPROVEMENTS | $21,538.17 | Cost-Based/Straight Line | $21,538.17 |
| 55.96. _____<br><br>RETAIL STORE<br><br>STORE # 218 AT LAS VEGAS PREMIUM OUTLETS SOUTH<br>7400 LAS VEGAS BLVD SO. # 240B<br>LAS VEGAS NV 89123 | LEASEHOLD IMPROVEMENTS | $4,305.76 | Cost-Based/Straight Line | $4,305.76 |
| 55.97. _____<br><br>RETAIL STORE<br><br>STORE # 219 AT SOONER MALL<br>3329 W. MAIN STREET<br>NORMAN OK 73072 | LEASEHOLD IMPROVEMENTS | $166,257.34 | Cost-Based/Straight Line | $166,257.34 |
| 55.98. _____<br><br>RETAIL STORE<br><br>STORE # 220 AT YORKTOWN SHOPPING CENTER<br>203 YORKTOWN, SPACE # 162, BLDG. C<br>LOMBARD IL 60148 | LEASEHOLD IMPROVEMENTS | $76,718.45 | Cost-Based/Straight Line | $76,718.45 |
| 55.99. _____<br><br>RETAIL STORE<br><br>STORE # 221 AT SUPERSTITION SPRINGS<br>6555 E. SOUTHERN AVENUE, SPACE #H-22<br>MESA AZ 85206 | LEASEHOLD IMPROVEMENTS | $62.49 | Cost-Based/Straight Line | $62.49 |
| 55.100. _____<br><br>RETAIL STORE<br><br>STORE # 222 AT PALM DESERT<br>72-840 HIGHWAY 111, SPACE # T385<br>PALM DESERT CA 92260 | LEASEHOLD IMPROVEMENTS | $326,744.70 | Cost-Based/Straight Line | $326,744.70 |

Debtor    **Charlotte Russe, Inc.**                                                         Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.101. _____<br>RETAIL STORE<br><br>STORE # 223 AT QUAIL SPRINGS MALL<br>2501 W. MEMORIAL ROAD, SPACE #208<br>OKLAHOMA CITY OK 73134 | LEASEHOLD IMPROVEMENTS | $211.04 | Cost-Based/Straight Line | $211.04 |
| 55.102. _____<br>RETAIL STORE<br><br>STORE # 226 AT FLAGSTAFF MALL<br>4650 NORTH HIGHWAY 89, SPACE #G-20-22<br>FLAGSTAFF AZ 86004 | LEASEHOLD IMPROVEMENTS | $3,038.26 | Cost-Based/Straight Line | $3,038.26 |
| 55.103. _____<br>RETAIL STORE<br><br>STORE # 228 AT SQUARE ONE MALL<br>ROUTE 1 SOUTH, SPACE # N120<br>SAUGUS MA 01906 | LEASEHOLD IMPROVEMENTS | $224.95 | Cost-Based/Straight Line | $224.95 |
| 55.104. _____<br>RETAIL STORE<br><br>STORE # 230 AT AUBURN MALL<br>385 SOUTHBRIDGE STREET, SPACE # N370<br>AUBURN MA 01501 | LEASEHOLD IMPROVEMENTS | $345.59 | Cost-Based/Straight Line | $345.59 |
| 55.105. _____<br>RETAIL STORE<br><br>STORE # 231 AT THE MALL AT ROCKINGHAM PARK<br>99 ROCKINGHAM PARK BLVD. SPACE #222A<br>SALEM NH 03079 | LEASEHOLD IMPROVEMENTS | $149,213.21 | Cost-Based/Straight Line | $149,213.21 |
| 55.106. _____<br>RETAIL STORE<br><br>STORE # 232 AT BROOKFIELD SQUARE<br>95 N. MOORLAND ROAD, SPACE # C-21<br>BROOKFIELD WI 53005 | LEASEHOLD IMPROVEMENTS | $216,241.10 | Cost-Based/Straight Line | $216,241.10 |
| 55.107. _____<br>RETAIL STORE<br><br>STORE # 235 AT GREENWOOD PARK MALL<br>1251 U.S. 31 NORTH, SPACE # D15A<br>GREENWOOD IN 46142 | LEASEHOLD IMPROVEMENTS | $50,753.16 | Cost-Based/Straight Line | $50,753.16 |
| 55.108. _____<br>RETAIL STORE<br><br>STORE # 238 AT GREAT NORTHERN<br>700 GREAT NORTHERN MALL, SPACE #668<br>N. OLMSTEAD OH 44070 | LEASEHOLD IMPROVEMENTS | $8,464.18 | Cost-Based/Straight Line | $8,464.18 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.109. _____<br><br>RETAIL STORE<br><br>STORE # 239 AT GILROY PREMIUM OUTLETS<br>8300 ARROYO CIRCLE, SPACE # B015<br>GILROY CA 95020 | LEASEHOLD IMPROVEMENTS | $171,997.68 | Cost-Based/Straight Line | $171,997.68 |
| 55.110. _____<br><br>RETAIL STORE<br><br>STORE # 241 AT BRANDON<br>562 BRANDON TOWN CENTER MALL<br>BRANDON FL 33511 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |
| 55.111. _____<br><br>RETAIL STORE<br><br>STORE # 243 AT ARNOT MALL<br>3300 CHAMBERS ROAD SOUTH, SPACE C-14<br>HORSEHEADS NY 14845 | LEASEHOLD IMPROVEMENTS | $56,828.65 | Cost-Based/Straight Line | $56,828.65 |
| 55.112. _____<br><br>RETAIL STORE<br><br>STORE # 244 AT HOUSTON GALLERIA<br>5135 WEST ALABAMA SPACE # 7270<br>HOUSTON TX 77056 | LEASEHOLD IMPROVEMENTS | $72,941.76 | Cost-Based/Straight Line | $72,941.76 |
| 55.113. _____<br><br>RETAIL STORE<br><br>STORE # 248 AT THE SHOPPES AT BUCKLAND HILLS<br>194 BUCKLAND HILLS DRIVE, SUITE 2088<br>MANCHESTER CT 06040 | LEASEHOLD IMPROVEMENTS | $85,750.59 | Cost-Based/Straight Line | $85,750.59 |
| 55.114. _____<br><br>RETAIL STORE<br><br>STORE # 249 AT VALLEY WEST MALL<br>1551 VALLEY WEST DRIVE, SPACE 109<br>WEST DES MOINES IA 50266 | LEASEHOLD IMPROVEMENTS | $93,849.90 | Cost-Based/Straight Line | $93,849.90 |
| 55.115. _____<br><br>RETAIL STORE<br><br>STORE # 25 AT MORENO VALLEY MALL<br>22500 TOWN CIRCLE, SPACE #1138<br>MORENO VALLEY CA 92553 | LEASEHOLD IMPROVEMENTS | $45.83 | Cost-Based/Straight Line | $45.83 |
| 55.116. _____<br><br>RETAIL STORE<br><br>STORE # 250 AT SPRINGFIELD MALL<br>1250 BALTIMORE PIKE, SPACE 8A & 8AL<br>SPRINGFIELD PA 19064 | LEASEHOLD IMPROVEMENTS | $185,895.01 | Cost-Based/Straight Line | $185,895.01 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.117. _____<br><br>RETAIL STORE<br><br>STORE # 253 AT CAPITAL CITY MALL<br>3574 CAPITAL CITY MALL DRIVE, SPACE 220 & 224<br>CAMP HILL PA 17011 | LEASEHOLD IMPROVEMENTS | $1,060.70 | Cost-Based/Straight Line | $1,060.70 |
| 55.118. _____<br><br>RETAIL STORE<br><br>STORE # 254 AT MALL OF LOUISIANA<br>6401 BLUEBONNET BLVD, SPACE 2100<br>BATON ROUGE LA 70836 | LEASEHOLD IMPROVEMENTS | $101,111.76 | Cost-Based/Straight Line | $101,111.76 |
| 55.119. _____<br><br>RETAIL STORE<br><br>STORE # 255 AT OAKLAND MALL<br>450 WEST 14 MILE ROAD, SPACE 450<br>TROY MI 48083 | LEASEHOLD IMPROVEMENTS | $67,333.93 | Cost-Based/Straight Line | $67,333.93 |
| 55.120. _____<br><br>RETAIL STORE<br><br>STORE # 257 AT MALL ST. VINCENT<br>1133 ST. VINCENT AVENUE, SPACE 380<br>SHREVEPORT LA 71104 | LEASEHOLD IMPROVEMENTS | $198.11 | Cost-Based/Straight Line | $198.11 |
| 55.121. _____<br><br>RETAIL STORE<br><br>STORE # 259 AT JEFFERSON VALLEY MALL<br>650 LEE BOULEVARD, SPACE F18B<br>YORKTOWN HEIGHTS NY 10598 | LEASEHOLD IMPROVEMENTS | $166,285.92 | Cost-Based/Straight Line | $166,285.92 |
| 55.122. _____<br><br>RETAIL STORE<br><br>STORE # 260 AT VALLE VISTA MALL<br>2020 SOUTH EXPRESSWAY 83, SPACE F07A<br>HARLINGEN TX 78552 | LEASEHOLD IMPROVEMENTS | $1,212.16 | Cost-Based/Straight Line | $1,212.16 |
| 55.123. _____<br><br>RETAIL STORE<br><br>STORE # 261 AT HANES MALL<br>3320 SILAS CREEK PARKWAY, SP# AL124<br>WINSTON-SALEM NC 27103 | LEASEHOLD IMPROVEMENTS | $541.17 | Cost-Based/Straight Line | $541.17 |
| 55.124. _____<br><br>RETAIL STORE<br><br>STORE # 262 AT NORTHWOODS MALL<br>2150 NORTHWOODS BLVD SP E7<br>N. CHARLESTON SC 29406-4021 | LEASEHOLD IMPROVEMENTS | $153,092.62 | Cost-Based/Straight Line | $153,092.62 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.125. _____<br>RETAIL STORE<br>STORE # 263 AT GREECE RIDGE CENTER<br>271 GREECERIDGE CENTER DR., SP H-15<br>ROCHESTER NY 14626 | LEASEHOLD IMPROVEMENTS | $119,251.14 | Cost-Based/Straight Line | $119,251.14 |
| 55.126. _____<br>RETAIL STORE<br>STORE # 264 AT LANSING MALL<br>5330 SAGINAW HIGHWAY, SP 310<br>LANSING MI 48917 | LEASEHOLD IMPROVEMENTS | $5,679.84 | Cost-Based/Straight Line | $5,679.84 |
| 55.127. _____<br>RETAIL STORE<br>STORE # 265 AT WESTMORELAND MALL<br>5256 ROUTE 30, SP# 257<br>GREENSBURG PA 15601 | LEASEHOLD IMPROVEMENTS | $2,992.56 | Cost-Based/Straight Line | $2,992.56 |
| 55.128. _____<br>RETAIL STORE<br>STORE # 267 AT TOWNE WEST SQUARE<br>4600 W. KELLOGG SP# J07A<br>WICHITA KS 67209 | LEASEHOLD IMPROVEMENTS | $375.02 | Cost-Based/Straight Line | $375.02 |
| 55.129. _____<br>RETAIL STORE<br>STORE # 268 AT BAY PARK SQUARE<br>303 BAY PARK SQUARE, SP# 915<br>GREEN BAY WI 54304 | LEASEHOLD IMPROVEMENTS | $159,394.15 | Cost-Based/Straight Line | $159,394.15 |
| 55.130. _____<br>RETAIL STORE<br>STORE # 27 AT WEST COVINA<br>735 PLAZA DRIVE<br>WEST COVINA CA 91790 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |
| 55.131. _____<br>RETAIL STORE<br>STORE # 270 AT PEMBROKE LAKES MALL<br>11401 PINES BOULEVARD, SP# 664<br>PEMBROKE PINES FL 33026 | LEASEHOLD IMPROVEMENTS | $239,518.59 | Cost-Based/Straight Line | $239,518.59 |
| 55.132. _____<br>RETAIL STORE<br>STORE # 273 AT MALL ST. MATTHEWS<br>5000 SHELBYVILLE ROAD, SPACE 1320<br>LOUISVILLE KY 40207 | LEASEHOLD IMPROVEMENTS | $72,681.84 | Cost-Based/Straight Line | $72,681.84 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.133. _____<br>RETAIL STORE<br><br>STORE # 274 AT MALL OF AMERICA<br>141 EAST BROADWAY, SPACE E141<br>BLOOMINGTON MN 55425 | LEASEHOLD IMPROVEMENTS | $298,406.61 | Cost-Based/Straight Line | $298,406.61 |
| 55.134. _____<br>RETAIL STORE<br><br>STORE # 275 AT WOLFCHASE GALLERIA<br>2760 N. GERMANTOWN RD, SPACE 1470A<br>MEMPHIS TN 38133 | LEASEHOLD IMPROVEMENTS | $45,686.54 | Cost-Based/Straight Line | $45,686.54 |
| 55.135. _____<br>RETAIL STORE<br><br>STORE # 276 AT CORDOVA MALL<br>5100 NORTH 9TH AVENUE, SPACE D412<br>PENSACOLA FL 32504 | LEASEHOLD IMPROVEMENTS | $49,600.35 | Cost-Based/Straight Line | $49,600.35 |
| 55.136. _____<br>RETAIL STORE<br><br>STORE # 277 AT OAKRIDGE<br>925 BLOSSOM HILL ROAD, SUITE 1504<br>SAN JOSE CA 95123 | LEASEHOLD IMPROVEMENTS | $216,238.52 | Cost-Based/Straight Line | $216,238.52 |
| 55.137. _____<br>RETAIL STORE<br><br>STORE # 278 AT SOUTHLAKE<br>2063 SOUTHLAKE MALL, SP# CL318<br>MERRILLVILLE IN 46410 | LEASEHOLD IMPROVEMENTS | $4,632.46 | Cost-Based/Straight Line | $4,632.46 |
| 55.138. _____<br>RETAIL STORE<br><br>STORE # 279 AT BATTLEFIELD MALL<br>101 BATTLEFIELD ROAD SPACE P12B<br>SPRINGFIELD MO 65804 | LEASEHOLD IMPROVEMENTS | $109,718.37 | Cost-Based/Straight Line | $109,718.37 |
| 55.139. _____<br>RETAIL STORE<br><br>STORE # 28 AT TOPANGA<br>6600 TOPANGA CANYON BLVD., SPACE #45<br>CANOGA PARK CA 91303 | LEASEHOLD IMPROVEMENTS | $1,200.24 | Cost-Based/Straight Line | $1,200.24 |
| 55.140. _____<br>RETAIL STORE<br><br>STORE # 280 AT HAWTHORN MALL<br>122 HAWTHORN CENTER, SP# 704<br>VERNON HILLS IL 60061 | LEASEHOLD IMPROVEMENTS | $1,862.16 | Cost-Based/Straight Line | $1,862.16 |

| Debtor | **Charlotte Russe, Inc.** | | Case number *(if known)* **19-10214** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.141. _____<br><br>RETAIL STORE<br><br>STORE # 281 AT SAN MARCOS OUTLET CENTER<br>4015 INTERSTATE 35 SOUTH, SUITE 321<br>SAN MARCOS TX 78666 | LEASEHOLD IMPROVEMENTS | $232,225.84 | Cost-Based/Straight Line | $232,225.84 |
| 55.142. _____<br><br>RETAIL STORE<br><br>STORE # 282 AT FASHION SQUARE MALL (RELOCATION)<br>4667 FASHION SQUARE MALL, SPACE C318<br>SAGINAW MI 48604 | LEASEHOLD IMPROVEMENTS | $360,969.53 | Cost-Based/Straight Line | $360,969.53 |
| 55.143. _____<br><br>RETAIL STORE<br><br>STORE # 284 AT MEMORIAL CITY MALL<br>292 MEMORIAL CITY MALL, SP# 612<br>HOUSTON TX 77024 | LEASEHOLD IMPROVEMENTS | $278,883.14 | Cost-Based/Straight Line | $278,883.14 |
| 55.144. _____<br><br>RETAIL STORE<br><br>STORE # 286 AT RIVERHEAD OUTLET CENTER<br>1410 TANGER MALL DRIVE, SP. 1410<br>RIVERHEAD NY 11901 | LEASEHOLD IMPROVEMENTS | $357,393.03 | Cost-Based/Straight Line | $357,393.03 |
| 55.145. _____<br><br>RETAIL STORE<br><br>STORE # 287 AT CONNECTICUT POST MALL<br>1201 BOSTON POST RD SP #2053<br>MILFORD CT 06460 | LEASEHOLD IMPROVEMENTS | $153,700.01 | Cost-Based/Straight Line | $153,700.01 |
| 55.146. _____<br><br>RETAIL STORE<br><br>STORE # 288 AT MEADOWOOD MALL<br>5352 MEADOWOOD MALL CIRCLE<br>RENO NV 89502 | LEASEHOLD IMPROVEMENTS | $55,089.65 | Cost-Based/Straight Line | $55,089.65 |
| 55.147. _____<br><br>RETAIL STORE<br><br>STORE # 29 AT MEADOWS MALL<br>4300 MEADOWS LANE, SUITE #1460<br>LAS VEGAS NV 89107 | LEASEHOLD IMPROVEMENTS | $136,623.86 | Cost-Based/Straight Line | $136,623.86 |
| 55.148. _____<br><br>RETAIL STORE<br><br>STORE # 291 AT VALENCIA TOWN CENTER<br>24201 WEST VALENCIA BLVD SPACE 1049<br>VALENCIA CA 91355 | LEASEHOLD IMPROVEMENTS | $730.47 | Cost-Based/Straight Line | $730.47 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.149. _____<br>RETAIL STORE<br><br>STORE # 292 AT LAS VEGAS PREMIUM OUTLETS NORTH<br>755 SOUTH GRAND CENTRAL PARKWAY, SPACE 1186<br>LAS VEGAS NV 89106 | LEASEHOLD IMPROVEMENTS | $137,518.83 | Cost-Based/Straight Line | $137,518.83 |
| 55.150. _____<br>RETAIL STORE<br><br>STORE # 293 AT COASTAL GRAND MALL<br>2000 COASTAL GRAND CIRCLE<br>MYRTLE BEACH SC 29577 | LEASEHOLD IMPROVEMENTS | $106,351.77 | Cost-Based/Straight Line | $106,351.77 |
| 55.151. _____<br>RETAIL STORE<br><br>STORE # 295 AT SOUTHPARK<br>828 SOUTHPARK CENTER, SPACE #BU828<br>STRONGVILLE OH 44136 | LEASEHOLD IMPROVEMENTS | $245,499.99 | Cost-Based/Straight Line | $245,499.99 |
| 55.152. _____<br>RETAIL STORE<br><br>STORE # 296 AT MILLCREEK MALL<br>5800 PEACH STREET, SPACE 622<br>ERIE PA 16565 | LEASEHOLD IMPROVEMENTS | $49,845.99 | Cost-Based/Straight Line | $49,845.99 |
| 55.153. _____<br>RETAIL STORE<br><br>STORE # 297 AT MAGNOLIA MALL<br>2701 DAVID MCLEOD BOULEVARD, SP# 1226<br>FLORENCE SC 29501 | LEASEHOLD IMPROVEMENTS | $55,151.80 | Cost-Based/Straight Line | $55,151.80 |
| 55.154. _____<br>RETAIL STORE<br><br>STORE # 30 AT ARROWHEAD TOWNE CENTER<br>7700 W. ARROWHEAD TOWN CENTER, SPACE #1097<br>GLENDALE AZ 85308 | LEASEHOLD IMPROVEMENTS | $330,767.81 | Cost-Based/Straight Line | $330,767.81 |
| 55.155. _____<br>RETAIL STORE<br><br>STORE # 300 AT WESTLAND CENTER<br>35000 WEST WARREN ROAD, SP# 716<br>WESTLAND MI 48185 | LEASEHOLD IMPROVEMENTS | $34,922.17 | Cost-Based/Straight Line | $34,922.17 |
| 55.156. _____<br>RETAIL STORE<br><br>STORE # 301 AT CHERRYVALE MALL<br>7200 HARRISON AVENUE, SP# G23<br>ROCKFORD IL 61112 | LEASEHOLD IMPROVEMENTS | $56,675.57 | Cost-Based/Straight Line | $56,675.57 |

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.157. _____<br>RETAIL STORE<br><br>STORE # 302 AT STONES RIVER MALL<br>1720 OLD FORT PARKWAY, SP#D170<br>MURFREESBORO TN 37129 | LEASEHOLD IMPROVEMENTS | $654.25 | Cost-Based/Straight Line | $654.25 |
| 55.158. _____<br>RETAIL STORE<br><br>STORE # 304 AT PACIFIC VIEW<br>3301-1 EAST MAIN STREET, SPACE 2266<br>VENTURA CA 93003 | LEASEHOLD IMPROVEMENTS | $560.13 | Cost-Based/Straight Line | $560.13 |
| 55.159. _____<br>RETAIL STORE<br><br>STORE # 305 AT TOWNE EAST SQUARE<br>7700 EAST KELLOGG DRIVE, SP# P07B<br>WICHITA KS 67207 | LEASEHOLD IMPROVEMENTS | $154,123.31 | Cost-Based/Straight Line | $154,123.31 |
| 55.160. _____<br>RETAIL STORE<br><br>STORE # 306 AT CHERRY HILL<br>2000 ROUTE 38, SP# 1811<br>CHERRY HILL NJ 08002 | LEASEHOLD IMPROVEMENTS | $3,845.69 | Cost-Based/Straight Line | $3,845.69 |
| 55.161. _____<br>RETAIL STORE<br><br>STORE # 307 AT FASHION OUTLETS OF LAS VEGAS<br>32100 LAS VEGAS BOULEVARD SOUTH, SP# 236<br>PRIMM NV 89019 | LEASEHOLD IMPROVEMENTS | $3,769.56 | Cost-Based/Straight Line | $3,769.56 |
| 55.162. _____<br>RETAIL STORE<br><br>STORE # 308 AT GATEWAY<br>#5 GATEWAY MALL, SP# 292<br>LINCOLN NE 68505 | LEASEHOLD IMPROVEMENTS | $2,052.24 | Cost-Based/Straight Line | $2,052.24 |
| 55.163. _____<br>RETAIL STORE<br><br>STORE # 309 AT NEWPORT CENTRE<br>30 MALL DRIVE WEST, SP# OA63<br>JERSEY CITY NJ 07310 | LEASEHOLD IMPROVEMENTS | $3,475.63 | Cost-Based/Straight Line | $3,475.63 |
| 55.164. _____<br>RETAIL STORE<br><br>STORE # 310 AT STONEWOOD CENTER<br>410 STONEWOOD STREET, SP# G-27<br>DOWNEY CA 90241 | LEASEHOLD IMPROVEMENTS | $276,604.13 | Cost-Based/Straight Line | $276,604.13 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.165. _____<br>RETAIL STORE<br>STORE # 311 AT OAK COURT<br>4465 POPLAR AVENUE, SP# 2314A<br>MEMPHIS TN 38117 | LEASEHOLD IMPROVEMENTS | $77.00 | Cost-Based/Straight Line | $77.00 |
| 55.166. _____<br>RETAIL STORE<br>STORE # 312 AT WOODLAND MALL<br>3195 28TH STREET SE, SPACE E-107<br>GRAND RAPIDS MI 49512 | LEASEHOLD IMPROVEMENTS | $223,574.54 | Cost-Based/Straight Line | $223,574.54 |
| 55.167. _____<br>RETAIL STORE<br>STORE # 313 AT WEST RIDGE MALL<br>1801 SW WANAMAKER ROAD, SP# G25A<br>TOPEKA KS 66604 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.168. _____<br>RETAIL STORE<br>STORE # 314 AT STATEN ISLAND MALL<br>2655 RICHMOND AVENUE, SP# 1240<br>STATEN ISLAND NY 10314 | LEASEHOLD IMPROVEMENTS | $6,744.62 | Cost-Based/Straight Line | $6,744.62 |
| 55.169. _____<br>RETAIL STORE<br>STORE # 315 AT ASHEVILLE MALL<br>3 SOUTH TUNNEL ROAD, SP# L85<br>ASHEVILLE NC 28805 | LEASEHOLD IMPROVEMENTS | $541.16 | Cost-Based/Straight Line | $541.16 |
| 55.170. _____<br>RETAIL STORE<br>STORE # 316 AT LOGAN VALLEY<br>ROUTE 220 & GOODS LANE, SP# 416<br>ALTOONA PA 16602 | LEASEHOLD IMPROVEMENTS | $330,665.75 | Cost-Based/Straight Line | $330,665.75 |
| 55.171. _____<br>RETAIL STORE<br>STORE # 317 AT MUNCIE MALL<br>3501 NORTH GRANVILLE AVENUE, SP# K02D<br>MUNCIE IN 47303 | LEASEHOLD IMPROVEMENTS | $28,108.96 | Cost-Based/Straight Line | $28,108.96 |
| 55.172. _____<br>RETAIL STORE<br>STORE # 319 AT MACARTHUR CENTER<br>300 MONTICELLO AVENUE<br>NORFOLK VA 23510 | LEASEHOLD IMPROVEMENTS | $108,871.31 | Cost-Based/Straight Line | $108,871.31 |

| Debtor | **Charlotte Russe, Inc.** | | Case number *(if known)* **19-10214** |
|---|---|---|---|

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.173. _____<br>RETAIL STORE<br>STORE # 32 AT TUCSON MALL<br>4500 NORTH ORACLE ROAD, SPACE #173<br>TUCSON AZ 85705 | LEASEHOLD IMPROVEMENTS | $104.16 | Cost-Based/Straight Line | $104.16 |
| 55.174. _____<br>RETAIL STORE<br>STORE # 321 AT COLLEGE MALL<br>2840 EAST THIRD STREET<br>BLOOMINGTON IN 47401 | LEASEHOLD IMPROVEMENTS | $104.16 | Cost-Based/Straight Line | $104.16 |
| 55.175. _____<br>RETAIL STORE<br>STORE # 322 AT ESPLANADE MALL<br>1401 WEST ESPLANADE, SP# 414<br>KENNER LA 70065 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.176. _____<br>RETAIL STORE<br>STORE # 323 AT IMPERIAL VALLEY<br>3451 SOUTH DOGWOOD AVENUE, SP# 1056<br>EL CENTRO CA 92243 | LEASEHOLD IMPROVEMENTS | $2,926.70 | Cost-Based/Straight Line | $2,926.70 |
| 55.177. _____<br>RETAIL STORE<br>STORE # 324 AT WHEATON<br>11160 VEIRS MILL ROAD, SP# 156<br>WHEATON MD 20902 | LEASEHOLD IMPROVEMENTS | $3,282.56 | Cost-Based/Straight Line | $3,282.56 |
| 55.178. _____<br>RETAIL STORE<br>STORE # 325 AT COOLSPRINGS GALLERIA<br>1800 GALLERIA BOULEVARD, SP# 2080<br>FRANKLIN TN 37067 | LEASEHOLD IMPROVEMENTS | $149.99 | Cost-Based/Straight Line | $149.99 |
| 55.179. _____<br>RETAIL STORE<br>STORE # 326 AT SANTA ROSA MALL<br>300 MARY ESTHER BOULEVARD, SUITE 21<br>MARY ESTHER FL 32569 | LEASEHOLD IMPROVEMENTS | $137.29 | Cost-Based/Straight Line | $137.29 |
| 55.180. _____<br>RETAIL STORE<br>STORE # 327 AT EAST TOWNE MALL<br>375 EAST TOWNE MALL, SP# A-110<br>MADISON WI 53704 | LEASEHOLD IMPROVEMENTS | $90,223.00 | Cost-Based/Straight Line | $90,223.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.181. _____<br><br>RETAIL STORE<br><br>STORE # 328 AT BURBANK TOWN CENTER<br>201 EAST MAGNOLIA BOULEVARD, SP# 239<br>BURBANK CA 91502 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |
| 55.182. _____<br><br>RETAIL STORE<br><br>STORE # 329 AT COLUMBIA PLACE MALL<br>7201 AU-556 TWO NOTCH ROAD<br>COLUMBIA SC 29223 | LEASEHOLD IMPROVEMENTS | $6,241.73 | Cost-Based/Straight Line | $6,241.73 |
| 55.183. _____<br><br>RETAIL STORE<br><br>STORE # 33 AT NORTHRIDGE FASHION CTR<br>9301 TAMPA AVENUE, SPACE #9<br>NORTHRIDGE CA 91324 | LEASEHOLD IMPROVEMENTS | $5,204.24 | Cost-Based/Straight Line | $5,204.24 |
| 55.184. _____<br><br>RETAIL STORE<br><br>STORE # 330 AT SPOTSYLVANIA TOWNE CENTRE<br>230 SPOTSYLVANIA MALL (COMBO OF SP# 230&235)<br>FREDRICKSBURG VA 22407 | LEASEHOLD IMPROVEMENTS | $3,498.20 | Cost-Based/Straight Line | $3,498.20 |
| 55.185. _____<br><br>RETAIL STORE<br><br>STORE # 331 AT PEACHTREE MALL<br>3131 MANCHESTER EXPRESSWAY, SP# 9<br>COLUMBUS GA 31909 | LEASEHOLD IMPROVEMENTS | $877.08 | Cost-Based/Straight Line | $877.08 |
| 55.186. _____<br><br>RETAIL STORE<br><br>STORE # 332 AT OGLETHORPE MALL<br>7804 ABERCORN STREET, SP# 196<br>SAVANNAH GA 31406 | LEASEHOLD IMPROVEMENTS | $50,917.25 | Cost-Based/Straight Line | $50,917.25 |
| 55.187. _____<br><br>RETAIL STORE<br><br>STORE # 333 AT FRANKLIN PARK<br>5001 MONROE STREET, #1075<br>TOLEDO OH 43623 | LEASEHOLD IMPROVEMENTS | $400,190.80 | Cost-Based/Straight Line | $400,190.80 |
| 55.188. _____<br><br>RETAIL STORE<br><br>STORE # 334 AT CARY TOWNE CENTER<br>1105 WALNUT STREET, SP# H0154<br>CARY NC 27511 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |
|---|---|---|---|---|

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.189. _____<br>RETAIL STORE<br><br>STORE # 335 AT ST. CHARLES TOWNE CENTER<br>11110 MALL CIRCLE, SP# Q05<br>WALDORF MD 20603 | LEASEHOLD IMPROVEMENTS | $940.95 | Cost-Based/Straight Line | $940.95 |
| 55.190. _____<br>RETAIL STORE<br><br>STORE # 336 AT NORTHWEST ARKANSAS<br>4201 NORTH SHILOH DRIVE, SP#1480<br>FAYETTEVILLE AR 72703 | LEASEHOLD IMPROVEMENTS | $101,461.39 | Cost-Based/Straight Line | $101,461.39 |
| 55.191. _____<br>RETAIL STORE<br><br>STORE # 337 AT GOVERNOR'S SQUARE<br>1500 APALACHEE PARKWAY, SP# 2185<br>TALLAHASSEE FL 32301 | LEASEHOLD IMPROVEMENTS | $133,421.22 | Cost-Based/Straight Line | $133,421.22 |
| 55.192. _____<br>RETAIL STORE<br><br>STORE # 338 AT CUMBERLAND MALL<br>1216 CUMBERLAND MALL, SP #0254<br>ATLANTA GA 30339 | LEASEHOLD IMPROVEMENTS | $281,142.21 | Cost-Based/Straight Line | $281,142.21 |
| 55.193. _____<br>RETAIL STORE<br><br>STORE # 34 AT MONTEBELLO TOWN CENTER<br>1843 MONTEBELLO TOWN CENTER, SPACE #C-05<br>MONTEBELLO CA 90640 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |
| 55.194. _____<br>RETAIL STORE<br><br>STORE # 340 AT GREENBRIER<br>1401 GREENBRIER PARKWAY SOUTH, SP# 1060<br>CHESAPEAKE VA 23320 | LEASEHOLD IMPROVEMENTS | $6,043.84 | Cost-Based/Straight Line | $6,043.84 |
| 55.195. _____<br>RETAIL STORE<br><br>STORE # 342 AT STAMFORD TOWN CENTER<br>100 GREYROCK PLACE, SP# E125<br>STAMFORD CT 06901 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.196. _____<br>RETAIL STORE<br><br>STORE # 343 AT PARK CITY CENTER<br>142 PARK CITY CENTER, SP# G757<br>LANCASTER PA 17601 | LEASEHOLD IMPROVEMENTS | $4,461.77 | Cost-Based/Straight Line | $4,461.77 |

Debtor    **Charlotte Russe, Inc.**                                               Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.197. _____<br>RETAIL STORE<br><br>STORE # 344 AT EMPIRE<br>1660 WEST EMPIRE MALL, SP# 402<br>SIOUX FALLS SD 57106 | LEASEHOLD IMPROVEMENTS | $3,854.20 | Cost-Based/Straight Line | $3,854.20 |
| 55.198. _____<br>RETAIL STORE<br><br>STORE # 345 AT UNIVERSITY PARK MALL<br>6501 NORTH GRAPE ROAD, SP# 280A<br>MISHAWAKA IN 46545 | LEASEHOLD IMPROVEMENTS | $5,076.47 | Cost-Based/Straight Line | $5,076.47 |
| 55.199. _____<br>RETAIL STORE<br><br>STORE # 346 AT GALLERIA AT PITTSBURGH*<br>434 PITTSBURGH MILLS CIRCLE<br>TARENTUM PA 15084 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.200. _____<br>RETAIL STORE<br><br>STORE # 347 AT VALLEY RIVER CENTER<br>293 VALLEY RIVER CENTER, SP# E0008/E0009<br>EUGENE OR 97401 | LEASEHOLD IMPROVEMENTS | $230,155.81 | Cost-Based/Straight Line | $230,155.81 |
| 55.201. _____<br>RETAIL STORE<br><br>STORE # 348 AT AURORA MALL<br>14200 EAST ALAMEDA AVENUE, SP# 1009A<br>AURORA CO 80012 | LEASEHOLD IMPROVEMENTS | $127,108.45 | Cost-Based/Straight Line | $127,108.45 |
| 55.202. _____<br>RETAIL STORE<br><br>STORE # 349 AT GREAT LAKES MALL<br>7850 MENTOR AVENUE, SP# 574A<br>MENTOR OH 44060 | LEASEHOLD IMPROVEMENTS | $8,177.02 | Cost-Based/Straight Line | $8,177.02 |
| 55.203. _____<br>RETAIL STORE<br><br>STORE # 35 AT GLENDALE GALLERIA<br>2122 GLENDALE GALLERIA<br>GLENDALE CA 91210 | LEASEHOLD IMPROVEMENTS | $1,968.51 | Cost-Based/Straight Line | $1,968.51 |
| 55.204. _____<br>RETAIL STORE<br><br>STORE # 350 AT WEST VALLEY MALL<br>3200 NORTH NAGLEE ROAD, SP# 516<br>TRACY CA 95304 | LEASEHOLD IMPROVEMENTS | $400.00 | Cost-Based/Straight Line | $400.00 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.205. _____<br>RETAIL STORE<br>STORE # 352 AT OCEAN COUNTY<br>1201 HOOPER AVENUE, SP# 1033A<br>TOMS RIVER NJ 08753 | LEASEHOLD IMPROVEMENTS | $111.07 | Cost-Based/Straight Line | $111.07 |
| 55.206. _____<br>RETAIL STORE<br>STORE # 354 AT BEL AIR<br>3299 BELAIR MALL, SP# C-22<br>MOBILE AL 36606 | LEASEHOLD IMPROVEMENTS | $4,613.02 | Cost-Based/Straight Line | $4,613.02 |
| 55.207. _____<br>RETAIL STORE<br>STORE # 355 AT CRABTREE VALLEY<br>4325 GLENWOOD AVENUE, SP# 1025<br>RALEIGH NC 27612 | LEASEHOLD IMPROVEMENTS | $115,776.00 | Cost-Based/Straight Line | $115,776.00 |
| 55.208. _____<br>RETAIL STORE<br>STORE # 356 AT TURTLE CREEK MALL<br>1000 TURTLE CREEK DRIVE, SP#185<br>HATTIESBURG MS 39402 | LEASEHOLD IMPROVEMENTS | $5,199.06 | Cost-Based/Straight Line | $5,199.06 |
| 55.209. _____<br>RETAIL STORE<br>STORE # 357 AT NORTHLAKE<br>6801 NORTHLAKE MALL DRIVE, SP# 168<br>CHARLOTTE NC 28216 | LEASEHOLD IMPROVEMENTS | $122,701.12 | Cost-Based/Straight Line | $122,701.12 |
| 55.210. _____<br>RETAIL STORE<br>STORE # 359 AT KENTUCKY OAKS<br>5101 HINKLEVILLE ROAD, SP# 330 (COMBO OF 325&330)<br>PADUCAH KY 42001 | LEASEHOLD IMPROVEMENTS | $3,834.01 | Cost-Based/Straight Line | $3,834.01 |
| 55.211. _____<br>RETAIL STORE<br>STORE # 360 AT TRIANGLE TOWN CENTER<br>5959 TRIANGLE TOWN BLVD,SP# 1037(COMBO OF 1037&1039)<br>RALEIGH NC 27616 | LEASEHOLD IMPROVEMENTS | $48,909.80 | Cost-Based/Straight Line | $48,909.80 |
| 55.212. _____<br>RETAIL STORE<br>STORE # 361 AT CROSS CREEK<br>418 CROSS CREEK MALL, UNIT TB-04<br>FAYETTEVILLE NC 28303 | LEASEHOLD IMPROVEMENTS | $416,451.94 | Cost-Based/Straight Line | $416,451.94 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.213. _____<br>RETAIL STORE<br><br>STORE # 362 AT VALLEY VIEW<br>4802 VALLEY VIEW BLVD NW, SP# UE220<br>(COMBO OF UE220&UE225)<br>ROANOKE VA 24012 | LEASEHOLD IMPROVEMENTS | $2,229.56 | Cost-Based/Straight Line | $2,229.56 |
| 55.214. _____<br>RETAIL STORE<br><br>STORE # 363 AT BARNES CROSSING<br>1001 BARNES CROSSING ROAD, SP# 224<br>TUPELO MS 38801 | LEASEHOLD IMPROVEMENTS | $625.00 | Cost-Based/Straight Line | $625.00 |
| 55.215. _____<br>RETAIL STORE<br><br>STORE # 364 AT JEFFERSON<br>4801 OUTER LOOP, SP# C552 (COMBO OF C552 & C556)<br>LOUISVILLE KY 40219 | LEASEHOLD IMPROVEMENTS | $1,577.62 | Cost-Based/Straight Line | $1,577.62 |
| 55.216. _____<br>RETAIL STORE<br><br>STORE # 365 AT SHOPS AT TANFORAN<br>1150 EL CAMINO REAL, SPACE 160<br>SAN BRUNO CA 94066 | LEASEHOLD IMPROVEMENTS | $2,440.99 | Cost-Based/Straight Line | $2,440.99 |
| 55.217. _____<br>RETAIL STORE<br><br>STORE # 366 AT FIREWHEEL TOWN CENTER<br>370 CEDAR SAGE DRIVE, SP# M01<br>GARLAND TX 75040 | LEASEHOLD IMPROVEMENTS | $2,445.15 | Cost-Based/Straight Line | $2,445.15 |
| 55.218. _____<br>RETAIL STORE<br><br>STORE # 368 AT THE PROMENADE SHOPS AT CENTERRA<br>5897 SKY POND DRIVE, SUITE K100<br>LOVELAND CO 80538 | LEASEHOLD IMPROVEMENTS | $166,789.69 | Cost-Based/Straight Line | $166,789.69 |
| 55.219. _____<br>RETAIL STORE<br><br>STORE # 369 AT EASTLAND<br>800 NORTH GREEN RIVER ROAD, SP# 0070A<br>EVANSVILLE IN 47715 | LEASEHOLD IMPROVEMENTS | $3,764.66 | Cost-Based/Straight Line | $3,764.66 |
| 55.220. _____<br>RETAIL STORE<br><br>STORE # 37 AT GALLERIA AT SUNSET<br>1300 WEST SUNSET ROAD, SPACE #1309<br>HENDERSON NV 89014 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |

| Debtor | **Charlotte Russe, Inc.** | | | | Case number *(if known)* **19-10214** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.221. _____<br>RETAIL STORE<br><br>STORE # 370 AT ACADIANA<br>5725 JOHNSTON STREET, SP# A257<br>LAFAYETTE LA 70503 | LEASEHOLD IMPROVEMENTS | $845.59 | Cost-Based/Straight Line | $845.59 |
| 55.222. _____<br>RETAIL STORE<br><br>STORE # 371 AT EASTRIDGE<br>2200 EASTRIDGE LOOP, SP# 1040<br>SAN JOSE CA 95122 | LEASEHOLD IMPROVEMENTS | $41,872.24 | Cost-Based/Straight Line | $41,872.24 |
| 55.223. _____<br>RETAIL STORE<br><br>STORE # 374 AT EXTON SQUARE<br>316 EXTON SQUARE PARKWAY<br>EXTON PA 19341 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.224. _____<br>RETAIL STORE<br><br>STORE # 375 AT TURTLE CREEK, MALL AT<br>3000 EAST HIGHLAND DRIVE, SP# 403<br>JONESBORO AR 72401 | LEASEHOLD IMPROVEMENTS | $677.08 | Cost-Based/Straight Line | $677.08 |
| 55.225. _____<br>RETAIL STORE<br><br>STORE # 377 AT NORTHPARK MALL-MS<br>1200 EAST COUNTY LINE ROAD, SP# 1412<br>RIDGELAND MS 39157 | LEASEHOLD IMPROVEMENTS | $700.00 | Cost-Based/Straight Line | $700.00 |
| 55.226. _____<br>RETAIL STORE<br><br>STORE # 378 AT OAK VIEW MALL<br>3001 SOUTH 144TH STREET, SP# D15<br>OMAHA NE 68144 | LEASEHOLD IMPROVEMENTS | $192.31 | Cost-Based/Straight Line | $192.31 |
| 55.227. _____<br>RETAIL STORE<br><br>STORE # 38 AT ONTARIO MILLS MALL<br>1 MILLS CIRCLE, SPACE #502<br>ONTARIO CA 91764 | LEASEHOLD IMPROVEMENTS | $262,909.89 | Cost-Based/Straight Line | $262,909.89 |
| 55.228. _____<br>RETAIL STORE<br><br>STORE # 381 AT TWELVE OAKS MALL<br>27244 NOVI ROAD, SPACE #B126<br>NOVI MI 48377 | LEASEHOLD IMPROVEMENTS | $94,034.75 | Cost-Based/Straight Line | $94,034.75 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.229. _____<br>RETAIL STORE<br>STORE # 382 AT GALLERIA AT WHITE PLAINS<br>100 MAIN STREET, SP# 210<br>WHITE PLAINS NY 10601 | LEASEHOLD IMPROVEMENTS | $104.97 | Cost-Based/Straight Line | $104.97 |
| 55.230. _____<br>RETAIL STORE<br>STORE # 383 AT LAKELAND SQUARE MALL<br>3800 US HIGHWAY 98 NORTH, SP# 756<br>(PREVIOUSLY 758)<br>LAKELAND FL 33809 | LEASEHOLD IMPROVEMENTS | $1,978.04 | Cost-Based/Straight Line | $1,978.04 |
| 55.231. _____<br>RETAIL STORE<br>STORE # 384 AT BELDEN VILLAGE<br>4145 BELDEN VILLAGE MALL<br>CANTON OH 44718 | LEASEHOLD IMPROVEMENTS | $110,149.07 | Cost-Based/Straight Line | $110,149.07 |
| 55.232. _____<br>RETAIL STORE<br>STORE # 386 AT LEHIGH VALLEY<br>124 LEHIGH VALLEY MALL, SP# 1038A<br>WHITEHALL PA 18052 | LEASEHOLD IMPROVEMENTS | $387.12 | Cost-Based/Straight Line | $387.12 |
| 55.233. _____<br>RETAIL STORE<br>STORE # 387 AT NORTH POINT<br>1000 N. POINT CIRCLE, SP# 2040<br>ALPHARETTA GA 30022 | LEASEHOLD IMPROVEMENTS | $2,807.43 | Cost-Based/Straight Line | $2,807.43 |
| 55.234. _____<br>RETAIL STORE<br>STORE # 388 AT CIRCLE CENTER<br>49 WEST MARYLAND DRIVE, SP# F12B<br>INDIANAPOLIS IN 46204 | LEASEHOLD IMPROVEMENTS | $288.74 | Cost-Based/Straight Line | $288.74 |
| 55.235. _____<br>RETAIL STORE<br>STORE # 391 AT AVENUE VIERA<br>2261 TOWNE CENTER AVENUE, SP# 870<br>VIERA FL 32940 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |
| 55.236. _____<br>RETAIL STORE<br>STORE # 392 AT SOUTHLAND-FL<br>20505 S DIXIE HIGHWAY, SP# 813 AND 805<br>CUTLER BAY FL 33189 | LEASEHOLD IMPROVEMENTS | $241,459.30 | Cost-Based/Straight Line | $241,459.30 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.237. _____<br>RETAIL STORE<br><br>STORE # 395 AT BRUNSWICK SQUARE<br>755 STATE ROUTE 18, SP# 216A<br>EAST BRUNSWICK NJ 08816 | LEASEHOLD IMPROVEMENTS | $1,589.77 | Cost-Based/Straight Line | $1,589.77 |
| 55.238. _____<br>RETAIL STORE<br><br>STORE # 396 AT THE SHOPS AT PERRY CROSSING<br>340 METROPOLIS MILE STE. 115<br>PLAINFIELD IN 46168 | LEASEHOLD IMPROVEMENTS | $1,709.69 | Cost-Based/Straight Line | $1,709.69 |
| 55.239. _____<br>RETAIL STORE<br><br>STORE # 398 AT VALLEY HILLS MALL<br>1960 HIGHWAY 70 SE, SP #222<br>HICKORY NC 28602 | LEASEHOLD IMPROVEMENTS | $1,001.10 | Cost-Based/Straight Line | $1,001.10 |
| 55.240. _____<br>RETAIL STORE<br><br>STORE # 399 AT SILVER CITY GALLERIA<br>2 GALLERIA MALL DRIVE, SP #A212<br>TAUNTON MA 02780 | LEASEHOLD IMPROVEMENTS | $3,505.76 | Cost-Based/Straight Line | $3,505.76 |
| 55.241. _____<br>RETAIL STORE<br><br>STORE # 40 AT VALLEY PLAZA MALL<br>2701 MING AVENUE, SPACE #108<br>BAKERSFIELD CA 93304 | LEASEHOLD IMPROVEMENTS | $3,497.13 | Cost-Based/Straight Line | $3,497.13 |
| 55.242. _____<br>RETAIL STORE<br><br>STORE # 400 AT REGENCY SQUARE VIRGINIA<br>1420 PARHAM ROAD, SP #S135<br>RICHMOND VA 23229 | LEASEHOLD IMPROVEMENTS | $8,004.19 | Cost-Based/Straight Line | $8,004.19 |
| 55.243. _____<br>RETAIL STORE<br><br>STORE # 402 AT HULEN MALL<br>250 HULEN MALL, SP #1625<br>FORT WORTH TX 76132 | LEASEHOLD IMPROVEMENTS | $621.98 | Cost-Based/Straight Line | $621.98 |
| 55.244. _____<br>RETAIL STORE<br><br>STORE # 403 AT VOLUSIA MALL<br>1700 W INTERNATIONAL SPEEDWAY BLVD., SP #249<br>DAYTONA FL 32114 | LEASEHOLD IMPROVEMENTS | $15,081.18 | Cost-Based/Straight Line | $15,081.18 |

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.245. _____<br>RETAIL STORE<br><br>STORE # 404 AT PINNACLE HILLS<br>2203 S. PROMENADE BLVD. SPACE 4150<br>ROGERS AR 72758 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.246. _____<br>RETAIL STORE<br><br>STORE # 405 AT DOS LAGOS, THE SHOPS AT<br>2795 CABOT DRIVE, SUITE 125<br>CORONA CA 92883 | LEASEHOLD IMPROVEMENTS | $139.25 | Cost-Based/Straight Line | $139.25 |
| 55.247. _____<br>RETAIL STORE<br><br>STORE # 405 THE SHOPS AT DOS LAGOS<br>2795 CABOT DRIVE, SUITE 125<br>CORONA CA 92883 | LEASEHOLD IMPROVEMENTS | $139.25 | Cost-Based/Straight Line | $139.25 |
| 55.248. _____<br>RETAIL STORE<br><br>STORE # 407 AT NORTHFIELD AT STAPLETON<br>8316 NORTHFIELD BLVD. SPACE #1630<br>DENVER CO 80238 | LEASEHOLD IMPROVEMENTS | $5,155.73 | Cost-Based/Straight Line | $5,155.73 |
| 55.249. _____<br>RETAIL STORE<br><br>STORE # 408 AT FOUR SEASONS<br>410 FOUR SEASONS TOWN CENTRE, SP #142<br>GREENSBORO NC 27407 | LEASEHOLD IMPROVEMENTS | $700.83 | Cost-Based/Straight Line | $700.83 |
| 55.250. _____<br>RETAIL STORE<br><br>STORE # 410 AT QUEENS CENTER<br>90-15 QUEENS BOULEVARD, SPACE #0069<br>ELMHURST NY 11373 | LEASEHOLD IMPROVEMENTS | $447,925.84 | Cost-Based/Straight Line | $447,925.84 |
| 55.251. _____<br>RETAIL STORE<br><br>STORE # 412 AT SAWGRASS MILLS<br>2602 SAWGRASS MILLS CIRCLE, SP# 1215<br>SUNRISE FL 33323 | LEASEHOLD IMPROVEMENTS | $455.48 | Cost-Based/Straight Line | $455.48 |
| 55.252. _____<br>RETAIL STORE<br><br>STORE # 418 AT EDGEWATER MALL<br>2600 BEACH BLVD., SP #2<br>BILOXI MS 39531 | LEASEHOLD IMPROVEMENTS | $1,780.61 | Cost-Based/Straight Line | $1,780.61 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.253. _____<br>RETAIL STORE<br><br>STORE # 419 AT GEORGIA SQUARE MALL<br>3700 ATLANTA HWY, SP #48<br>ATHENS GA 30606 | LEASEHOLD IMPROVEMENTS | $124.20 | Cost-Based/Straight Line | $124.20 |
| 55.254. _____<br>RETAIL STORE<br><br>STORE # 42 AT PEARLRIDGE CENTER<br>98-1005 MOANALUA ROAD<br>AIEA HI 96701 | LEASEHOLD IMPROVEMENTS | $47,056.50 | Cost-Based/Straight Line | $47,056.50 |
| 55.255. _____<br>RETAIL STORE<br><br>STORE # 420 AT BOULEVARD-NY<br>1229 NIAGRA FALLS BLVD., SPACE 409<br>AMHERST NY 14226 | LEASEHOLD IMPROVEMENTS | $989.89 | Cost-Based/Straight Line | $989.89 |
| 55.256. _____<br>RETAIL STORE<br><br>STORE # 421 AT PARKWAY PLACE<br>2801 MEMORIAL PKWY SOUTH SPACE 190<br>HUNTSVILLE AL 35801 | LEASEHOLD IMPROVEMENTS | $951.09 | Cost-Based/Straight Line | $951.09 |
| 55.257. _____<br>RETAIL STORE<br><br>STORE # 422 AT GULF COAST TOWN CTR<br>9903 GULF COAST MAIN ST. STE.100<br>FORT MEYERS FL 33913 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |
| 55.258. _____<br>RETAIL STORE<br><br>STORE # 423 AT RIO GRANDE VALLEY<br>5001 EAST US EXPRESSWAY 83 , SUITE 304<br>MERCEDES TX 78570 | LEASEHOLD IMPROVEMENTS | $349.47 | Cost-Based/Straight Line | $349.47 |
| 55.259. _____<br>RETAIL STORE<br><br>STORE # 424 AT BOLINGBROOK<br>635 E. BOUGHTON RD. STE. 110, SPACE 780<br>BOLINGBROOK IL 60440 | LEASEHOLD IMPROVEMENTS | $775.98 | Cost-Based/Straight Line | $775.98 |
| 55.260. _____<br>RETAIL STORE<br><br>STORE # 425 AT NORTHGATE-NC<br>1058 WEST CLUB BLVD., SP #201<br>DURHAM NC 27701 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.261. _____<br>RETAIL STORE<br><br>STORE # 426 AT GREENWOOD MALL<br>2625 SCOTTSVILLE RD. , SPACE 116& 118<br>BOWLING GREEN KY 42104 | LEASEHOLD IMPROVEMENTS | $3,083.27 | Cost-Based/Straight Line | $3,083.27 |
| 55.262. _____<br>RETAIL STORE<br><br>STORE # 427 AT YORK GALLERIA<br>2899 WHITEFORD RD., SUITE 274<br>YORK PA 17402 | LEASEHOLD IMPROVEMENTS | $8,143.35 | Cost-Based/Straight Line | $8,143.35 |
| 55.263. _____<br>RETAIL STORE<br><br>STORE # 428 AT FIRST COLONY<br>16535 SOUTHWEST FREEWAY, SP #123<br>SUGARLAND TX 77479 | LEASEHOLD IMPROVEMENTS | $1,175.88 | Cost-Based/Straight Line | $1,175.88 |
| 55.264. _____<br>RETAIL STORE<br><br>STORE # 429 AT ZONA ROSA<br>7260 NW 86TH PL, SPACE H-177<br>KANSAS CITY MO 64153 | LEASEHOLD IMPROVEMENTS | $266,078.32 | Cost-Based/Straight Line | $266,078.32 |
| 55.265. _____<br>RETAIL STORE<br><br>STORE # 430 AT POST OAK<br>1500 HARVEY ROAD, SP #2020<br>COLLEGE STATION TX 77840 | LEASEHOLD IMPROVEMENTS | $2,466.11 | Cost-Based/Straight Line | $2,466.11 |
| 55.266. _____<br>RETAIL STORE<br><br>STORE # 431 AT VIEWMONT MALL<br>100 VIEWMONT MALL, SP #771<br>SCRANTON PA 18508 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.267. _____<br>RETAIL STORE<br><br>STORE # 432 AT OAKDALE<br>601-635 HARRY L DR. SPACE 66-69<br>JOHNSON CITY NY 13790 | LEASEHOLD IMPROVEMENTS | $1,902.30 | Cost-Based/Straight Line | $1,902.30 |
| 55.268. _____<br>RETAIL STORE<br><br>STORE # 433 AT EAGLE RIDGE<br>718 EAGLE RIDGE DR.<br>LAKE WALES FL 33859 | LEASEHOLD IMPROVEMENTS | $2,177.39 | Cost-Based/Straight Line | $2,177.39 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.269. _____ <br><br> RETAIL STORE <br><br> STORE # 435 AT PATRICK HENRY (RELOCATION) 12300 JEFFERSON AVE. , SP #214 NEWPORT NEWS VA 23602 | LEASEHOLD IMPROVEMENTS | $381,049.76 | Cost-Based/Straight Line | $381,049.76 |
| 55.270. _____ <br><br> RETAIL STORE <br><br> STORE # 437 AT MONMOUTH 180 ROUTE 35 & 36, SP #1004 EATONTOWN NJ 07724 | LEASEHOLD IMPROVEMENTS | $1,274.17 | Cost-Based/Straight Line | $1,274.17 |
| 55.271. _____ <br><br> RETAIL STORE <br><br> STORE # 438 AT WESTGATE MALL 7701 WEST INTERSTATE 40, SP #354 AMARILLO TX 79121 | LEASEHOLD IMPROVEMENTS | $7,863.08 | Cost-Based/Straight Line | $7,863.08 |
| 55.272. _____ <br><br> RETAIL STORE <br><br> STORE # 439 AT RIVER HILLS MALL 1850 ADAMS ST., SP #418 MANKATO MN 56001 | LEASEHOLD IMPROVEMENTS | $638.15 | Cost-Based/Straight Line | $638.15 |
| 55.273. _____ <br><br> RETAIL STORE <br><br> STORE # 440 AT FREEHOLD RACEWAY 3710 ROUTE 9, SP #A120 FREEHOLD NJ 07728 | LEASEHOLD IMPROVEMENTS | $2,289.26 | Cost-Based/Straight Line | $2,289.26 |
| 55.274. _____ <br><br> RETAIL STORE <br><br> STORE # 442 AT EASTDALE 1000 EASTDALE MALL, SPACE E-1 MONTGOMERY AL 36117 | LEASEHOLD IMPROVEMENTS | $1,336.43 | Cost-Based/Straight Line | $1,336.43 |
| 55.275. _____ <br><br> RETAIL STORE <br><br> STORE # 443 AT SALMON RUN 21182 SALMON RUN MALL LOOP WEST, SP #D-106 WATERTOWN NY 13601 | LEASEHOLD IMPROVEMENTS | $913.23 | Cost-Based/Straight Line | $913.23 |
| 55.276. _____ <br><br> RETAIL STORE <br><br> STORE # 444 AT GREEN ACRES 1004 GREEN ACRES MALL, SP #44 VALLEY STREAM NY 11581 | LEASEHOLD IMPROVEMENTS | $6,822.25 | Cost-Based/Straight Line | $6,822.25 |

Debtor   **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.277. _____<br>RETAIL STORE<br><br>STORE # 445 AT CROSSROADS-MI<br>6650 SOUTH WESTNEDGE AVENUE, SP# 222<br>PORTAGE MI 49024 | LEASEHOLD IMPROVEMENTS | $1,575.81 | Cost-Based/Straight Line | $1,575.81 |
| 55.278. _____<br>RETAIL STORE<br><br>STORE # 446 AT TEMPE MARKETPLACE<br>2000 E. RIO FALADO PKWY, STE. 1248<br>TEMPE AZ 85281 | LEASEHOLD IMPROVEMENTS | $329.58 | Cost-Based/Straight Line | $329.58 |
| 55.279. _____<br>RETAIL STORE<br><br>STORE # 447 AT POUGHKEEPSIE-SOUTH HILLS<br>2001 SOUTH ROAD, SP #A206<br>POUGHKEEPSIE NY 12601 | LEASEHOLD IMPROVEMENTS | $1,421.61 | Cost-Based/Straight Line | $1,421.61 |
| 55.280. _____<br>RETAIL STORE<br><br>STORE # 448 AT COASTLAND CENTER<br>1752 TAMIAMI TRAIL NORTH SP #D-4<br>NAPLES FL 34102 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |
| 55.281. _____<br>RETAIL STORE<br><br>STORE # 449 AT AUGUSTA<br>3450 WRIGHTSBORO ROAD, SP #1430<br>AUGUSTA GA 30909 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.282. _____<br>RETAIL STORE<br><br>STORE # 45 AT GRAPEVINE MILLS<br>3000 GRAPEVINE MILLS PARKWAY, SPACE #542<br>GRAPEVINE TX 76051 | LEASEHOLD IMPROVEMENTS | $208.74 | Cost-Based/Straight Line | $208.74 |
| 55.283. _____<br>RETAIL STORE<br><br>STORE # 451 AT SOUTH SHORE PLAZA<br>250 GRANITE STREET, SP #1058A<br>BRAINTREE MA 02184 | LEASEHOLD IMPROVEMENTS | $154.36 | Cost-Based/Straight Line | $154.36 |
| 55.284. _____<br>RETAIL STORE<br><br>STORE # 452 AT GALLERIA DALLAS<br>13350 DALLAS PKWY, SP #3185<br>DALLAS TX 75240 | LEASEHOLD IMPROVEMENTS | $626.95 | Cost-Based/Straight Line | $626.95 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** | |
|---|---|---|---|---|---|

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.285. _____<br>RETAIL STORE<br><br>STORE # 453 AT PECANLAND<br>4700 MILHAVEN ROAD, STE. 1210<br>MONROE LA 71203 | LEASEHOLD IMPROVEMENTS | $5,198.16 | Cost-Based/Straight Line | $5,198.16 |
| 55.286. _____<br>RETAIL STORE<br><br>STORE # 454 AT SANGERTOWN<br>ROUTE 5 & 5A, SP #L60<br>NEW HARTFORD NY 13413 | LEASEHOLD IMPROVEMENTS | $9,854.15 | Cost-Based/Straight Line | $9,854.15 |
| 55.287. _____<br>RETAIL STORE<br><br>STORE # 455 AT CHESTERFIELD-VA<br>11500 MIDLOTHIAN TURNPIKE, SP #286<br>RICHMOND VA 23235 | LEASEHOLD IMPROVEMENTS | $2,640.92 | Cost-Based/Straight Line | $2,640.92 |
| 55.288. _____<br>RETAIL STORE<br><br>STORE # 456 AT PADDOCK MALL<br>3100 COLLEGE ROAD, SP #148<br>OCALA FL 34474 | LEASEHOLD IMPROVEMENTS | $4,442.32 | Cost-Based/Straight Line | $4,442.32 |
| 55.289. _____<br>RETAIL STORE<br><br>STORE # 457 AT WARWICK<br>400 BALD HILLS ROAD. SP #2001<br>WARWICK RI 02886 | LEASEHOLD IMPROVEMENTS | $1,715.97 | Cost-Based/Straight Line | $1,715.97 |
| 55.290. _____<br>RETAIL STORE<br><br>STORE # 458 AT ORLANDO PREMIUM OUTLET - INTERNATIONAL DRIVE<br>4977 INTERNATIONAL DR. STE. 3B06<br>ORLANDO FL 32819 | LEASEHOLD IMPROVEMENTS | $1,761.88 | Cost-Based/Straight Line | $1,761.88 |
| 55.291. _____<br>RETAIL STORE<br><br>STORE # 459 AT CAPITAL MALL-WA<br>625 BLACK LAKE BLVD. , SP #K5<br>OLYMPIA WA 98502 | LEASEHOLD IMPROVEMENTS | $920.00 | Cost-Based/Straight Line | $920.00 |
| 55.292. _____<br>RETAIL STORE<br><br>STORE # 460 AT SALISBURY<br>2300 N. SALISBURY BLVD., SP #B-109<br>SALISBURY MD 21801 | LEASEHOLD IMPROVEMENTS | $875.20 | Cost-Based/Straight Line | $875.20 |

Debtor    **Charlotte Russe, Inc.**                                                         Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.293. _____<br><br>RETAIL STORE<br><br>STORE # 461 AT LOCUST GROVE*<br>1000 TANGER DRIVE, SP #206 & 207<br>LOCUST GROVE GA 30248 | LEASEHOLD IMPROVEMENTS | $375.02 | Cost-Based/Straight Line | $375.02 |
| 55.294. _____<br><br>RETAIL STORE<br><br>STORE # 464 AT FOLEY OUTLET CENTER<br>2601 SOUTH MCKENZIE STREET, SPACE 322<br>FOLEY AL 36535 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.295. _____<br><br>RETAIL STORE<br><br>STORE # 466 AT OAKWOOD-LA<br>197 WESTBANK EXPWY., SPACE #1620<br>GRETNA LA 70053 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.296. _____<br><br>RETAIL STORE<br><br>STORE # 467 AT SAN TAN VILLAGE<br>2196 E. WILLIAMS FIELD RD., BUILDING 2, STE. 108 (SP #680)<br>GILBERT AZ 85295 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.297. _____<br><br>RETAIL STORE<br><br>STORE # 469 AT PHILADELPHIA OUTLETS<br>18 LIGHTCAP ROAD<br>POTTSTOWN PA 19464 | LEASEHOLD IMPROVEMENTS | $1,810.61 | Cost-Based/Straight Line | $1,810.61 |
| 55.298. _____<br><br>RETAIL STORE<br><br>STORE # 47 AT OVIEDO MARKETPLACE<br>1700 OVIEDO MARKETPLACE, SPACE #1375<br>OVIEDO FL 32765 | LEASEHOLD IMPROVEMENTS | $35.00 | Cost-Based/Straight Line | $35.00 |
| 55.299. _____<br><br>RETAIL STORE<br><br>STORE # 470 AT VANCOUVER MALL<br>8700 N.E. VANCOUVER MALL DR., SPACE 108<br>VANCOUVER WA 98662 | LEASEHOLD IMPROVEMENTS | $1,552.34 | Cost-Based/Straight Line | $1,552.34 |
| 55.300. _____<br><br>RETAIL STORE<br><br>STORE # 471 AT TUSCALOOSA<br>1701 MCFARLAND BOULEVARD E., SPACE B18<br>TUSCALOOSA AL 35404 | LEASEHOLD IMPROVEMENTS | $845.86 | Cost-Based/Straight Line | $845.86 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** | |
|---|---|---|---|---|---|

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.301. _____<br>RETAIL STORE<br><br>STORE # 472 AT CENTRAL MALL-AR<br>5111 ROGERS AVENUE, SPACE 184<br>FORTH SMITH AR 72903 | LEASEHOLD IMPROVEMENTS | $2,135.46 | Cost-Based/Straight Line | $2,135.46 |
| 55.302. _____<br>RETAIL STORE<br><br>STORE # 473 AT MILLER HILL<br>1600 MILLER TRUNK HWY., SPACE E06C<br>DULUTH MN 55811 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.303. _____<br>RETAIL STORE<br><br>STORE # 474 AT HARFORD<br>696 BEL AIR ROAD, SPACE 36 & 38<br>BEL AIR MD 21014 | LEASEHOLD IMPROVEMENTS | $845.59 | Cost-Based/Straight Line | $845.59 |
| 55.304. _____<br>RETAIL STORE<br><br>STORE # 475 AT TAYLOR-MI<br>23000 EUREKA RD. SPACE 1385<br>TAYLOR MI 48180 | LEASEHOLD IMPROVEMENTS | $717.71 | Cost-Based/Straight Line | $717.71 |
| 55.305. _____<br>RETAIL STORE<br><br>STORE # 476 AT RIVER CROSSING<br>5080 RIVERSIDE DR. SPACE 222<br>MACON GA 31210 | LEASEHOLD IMPROVEMENTS | $834.53 | Cost-Based/Straight Line | $834.53 |
| 55.306. _____<br>RETAIL STORE<br><br>STORE # 477 AT HOUSTON OUTLETS<br>29300 HEMPSTEAD RD. SUITE 622<br>CYPRESS TX 77433 | LEASEHOLD IMPROVEMENTS | $112.76 | Cost-Based/Straight Line | $112.76 |
| 55.307. _____<br>RETAIL STORE<br><br>STORE # 478 AT PORT CHARLOTTE<br>1441 TAMIAMI TRAIL #933A<br>PORT CHARLOTTE FL 33948 | LEASEHOLD IMPROVEMENTS | $11,074.32 | Cost-Based/Straight Line | $11,074.32 |
| 55.308. _____<br>RETAIL STORE<br><br>STORE # 479 AT HAGERSTOWN<br>17301 VALLEY MALL ROAD, SPACE 298<br>HAGERSTOWN MD 21740 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.309. _____<br>RETAIL STORE<br><br>STORE # 480 AT APPLE BLOSSOM<br>1850 APPLEBLOSSOM DRIVE SPACE A107A<br>WINCHESTER VA 22601 | LEASEHOLD IMPROVEMENTS | $104.31 | Cost-Based/Straight Line | $104.31 |
| 55.310. _____<br>RETAIL STORE<br><br>STORE # 481 AT WILLIAMSBURG PREMIUM OUTLETS<br>5625 RICHMOND RD. SPACE F200<br>WILLIAMSBURG VA 23188 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.311. _____<br>RETAIL STORE<br><br>STORE # 482 AT ROLLING OAKS<br>6909 NORTH LOOP 1604 EAST # J06A<br>SAN ANTONIO TX 78247 | LEASEHOLD IMPROVEMENTS | $112.76 | Cost-Based/Straight Line | $112.76 |
| 55.312. _____<br>RETAIL STORE<br><br>STORE # 483 AT FSK<br>5500 BUCKEYSTOWN PIKE, SPACE 246<br>FREDRICK MD 21703 | LEASEHOLD IMPROVEMENTS | $159.11 | Cost-Based/Straight Line | $159.11 |
| 55.313. _____<br>RETAIL STORE<br><br>STORE # 484 AT RUSHMORE<br>2200 NORTH MAPLE AVENUE, SPACE 220<br>RAPID CITY SD 57701 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.314. _____<br>RETAIL STORE<br><br>STORE # 485 AT FAIRFIELD COMMONS<br>2727 FAIRFIELD COMMONS, SPACE E129<br>BEAVERCREEK OH 45431 | LEASEHOLD IMPROVEMENTS | $56,003.46 | Cost-Based/Straight Line | $56,003.46 |
| 55.315. _____<br>RETAIL STORE<br><br>STORE # 486 AT PARKERSBURG<br>272 GRAND CENTRAL MALL<br>VIENNA WV 26105 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.316. _____<br>RETAIL STORE<br><br>STORE # 487 AT CHATTANOOGA-TN<br>2100 HAMITLON PLACE BLVD. SPACE 110<br>CHATANOOGA TN 37421 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.317. _____ RETAIL STORE STORE # 488 AT SIOUX CITY "SOUTHERN HILLS" 4400 SERGEANT RD. SPACE 512 & 514 SIOUX CITY IA 51106 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.318. _____ RETAIL STORE STORE # 49 AT ARIZONA MILLS 5000 ARIZONA MILLS CIRCLE, SPACE #640 TEMPE AZ 85282 | LEASEHOLD IMPROVEMENTS | $9,809.04 | Cost-Based/Straight Line | $9,809.04 |
| 55.319. _____ RETAIL STORE STORE # 490 AT BAYSHORE 5800 N. BAYSHORE DR. SPACE B130 GLENDALE WI 53217 | LEASEHOLD IMPROVEMENTS | $0.30 | Cost-Based/Straight Line | $0.30 |
| 55.320. _____ RETAIL STORE STORE # 492 AT BRASS MILLS 495 UNION ST. SPACE 2062 & 2064 WATERBURY CT 06706 | LEASEHOLD IMPROVEMENTS | $1,693.84 | Cost-Based/Straight Line | $1,693.84 |
| 55.321. _____ RETAIL STORE STORE # 493 AT BELLIS FAIR ONE BELLIS FAIR PKWY, SPACE #209 BELLINGHAM WA 98226 | LEASEHOLD IMPROVEMENTS | $113.23 | Cost-Based/Straight Line | $113.23 |
| 55.322. _____ RETAIL STORE STORE # 494 AT MESILLA VALLEY 700 S. TELSHOR BLVD., SPACE #1080 LAS CRUCES NM 88011 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.323. _____ RETAIL STORE STORE # 495 AT OAK PARK-KS 11611 WEST 95TH ST. OVERLAND PARK KS 66214 | LEASEHOLD IMPROVEMENTS | $146,774.43 | Cost-Based/Straight Line | $146,774.43 |
| 55.324. _____ RETAIL STORE STORE # 497 AT EAU CLAIRE 4800 GOLF ROAD, SP #0428 EAU CLAIRE WI 54701 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |

Debtor    **Charlotte Russe, Inc.**                                               Case number *(if known)* **19-10214**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.325. _____ RETAIL STORE STORE # 498 AT MANASSAS 8300 SUDLEY ROAD, SPACE 013 MANASSAS VA 20109 | LEASEHOLD IMPROVEMENTS | $4,025.74 | Cost-Based/Straight Line | $4,025.74 |
| 55.326. _____ RETAIL STORE STORE # 500 AT BURNSVILLE 1178 BURNSVILLE CENTER SPACE 1088 BURNSVILLE MN 55306 | LEASEHOLD IMPROVEMENTS | $3,123.33 | Cost-Based/Straight Line | $3,123.33 |
| 55.327. _____ RETAIL STORE STORE # 503 AT KING'S PLAZA 5230 KINGS PLAZA, SPACE 143 BROOKLYN NY 11234 | LEASEHOLD IMPROVEMENTS | $11,940.74 | Cost-Based/Straight Line | $11,940.74 |
| 55.328. _____ RETAIL STORE STORE # 505 AT WEST PARK 3049 WILLIAMS ST. , SPACE 127B & 133 CAPE GIRARDEAU MO 63703 | LEASEHOLD IMPROVEMENTS | $1,397.12 | Cost-Based/Straight Line | $1,397.12 |
| 55.329. _____ RETAIL STORE STORE # 507 AT GREENVILLE-NC 714 GREENVILLE BLVD S.E., SPACE E2 & E3 GREENVILLE NC 27858 | LEASEHOLD IMPROVEMENTS | $4,597.33 | Cost-Based/Straight Line | $4,597.33 |
| 55.330. _____ RETAIL STORE STORE # 508 AT MARKET PLACE-IL 2000 NORTH NEIL ST. SPACE 285 CHAMPAIGN IL 61821 | LEASEHOLD IMPROVEMENTS | $907.10 | Cost-Based/Straight Line | $907.10 |
| 55.331. _____ RETAIL STORE STORE # 509 AT GONZALES OUTLETS 2200 TANGER BOULEVARD, SPACE 114 GONZALES LA 70737 | LEASEHOLD IMPROVEMENTS | $5,209.77 | Cost-Based/Straight Line | $5,209.77 |
| 55.332. _____ RETAIL STORE STORE # 510 AT NORTHWOODS-IL 2200 W.WAR MEMORIAL DR., SPACE EL15A PEORIA IL 61613 | LEASEHOLD IMPROVEMENTS | $1,209.95 | Cost-Based/Straight Line | $1,209.95 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.333. _____<br>RETAIL STORE<br><br>STORE # 511 AT PEARLAND TOWN CENTER<br>11200 BROADWAY ST. , SP #1330<br>PEARLAND TX 77584 | LEASEHOLD IMPROVEMENTS | $1,029.55 | Cost-Based/Straight Line | $1,029.55 |
| 55.334. _____<br>RETAIL STORE<br><br>STORE # 511 AT PEARLAND TOWN CENTER<br>11200 BROADWAY ST. , SP #1330<br>PEARLAND TX 77584 | LEASEHOLD IMPROVEMENTS | $1,029.55 | Cost-Based/Straight Line | $1,029.55 |
| 55.335. _____<br>RETAIL STORE<br><br>STORE # 512 AT COLUMBIANA CENTRE<br>100 COLUMBIANA CIRCLE, SUITE #1435<br>COLUMBIA SC 29212 | LEASEHOLD IMPROVEMENTS | $321.77 | Cost-Based/Straight Line | $321.77 |
| 55.336. _____<br>RETAIL STORE<br><br>STORE # 513 AT KINGSTON COLLECTION<br>101 INDEPENDENCE MALL WAY<br>KINGSTON MA 02364 | LEASEHOLD IMPROVEMENTS | $104.17 | Cost-Based/Straight Line | $104.17 |
| 55.337. _____<br>RETAIL STORE<br><br>STORE # 516 AT EASTRIDGE-NC<br>246 NEW HOPE ROAD<br>GASTONIA NC 28054 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |
| 55.338. _____<br>RETAIL STORE<br><br>STORE # 521 AT ELLENTON PREMIUM OUTLETS<br>5121 FACTORY SHOPS BLVD #925<br>ELLENTON FL 34222 | LEASEHOLD IMPROVEMENTS | $356.01 | Cost-Based/Straight Line | $356.01 |
| 55.339. _____<br>RETAIL STORE<br><br>STORE # 522 AT SOUTHCENTER-WA<br>621 SOUTHCENTER MALL<br>TUKWILA WA 98188 | LEASEHOLD IMPROVEMENTS | $3,841.47 | Cost-Based/Straight Line | $3,841.47 |
| 55.340. _____<br>RETAIL STORE<br><br>STORE # 525 AT WIREGRASS, SHOPS @<br>28211 PASEO DRIVE SUITE 120<br>WESLEY CHAPEL FL 33543 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |

Debtor   **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.341. _____ RETAIL STORE STORE # 527 AT JERSEY SHORE OUTLETS 1 PREMIUM OUTLET BLVD. SPACE #2 TINTON FALLS NJ 07753 | LEASEHOLD IMPROVEMENTS | $111.07 | Cost-Based/Straight Line | $111.07 |
| 55.342. _____ RETAIL STORE STORE # 533 AT CAMARILLO OUTLETS 500 VENTURA BOULEVARD, SPACE #1514 CAMARILLO CA 93010 | LEASEHOLD IMPROVEMENTS | $149.04 | Cost-Based/Straight Line | $149.04 |
| 55.343. _____ RETAIL STORE STORE # 534 AT MIDLAND PARK 4511 NORTH MIDKIFF DRIVE, SPACE C10A MIDLAND TX 79705 | LEASEHOLD IMPROVEMENTS | $15,889.76 | Cost-Based/Straight Line | $15,889.76 |
| 55.344. _____ RETAIL STORE STORE # 536 AT GULF VIEW SQUARE 9409 US HWY 19 SPACE 553C PORT RICHEY FL 34668 | LEASEHOLD IMPROVEMENTS | $597.21 | Cost-Based/Straight Line | $597.21 |
| 55.345. _____ RETAIL STORE STORE # 537 AT MCCAIN 3929 MCCAIN BLVD., SPACE H04B N.LITTLE ROCK AR 72116 | LEASEHOLD IMPROVEMENTS | $19,054.47 | Cost-Based/Straight Line | $19,054.47 |
| 55.346. _____ RETAIL STORE STORE # 538 AT VCC 10101 BROOK ROAD SPACE 650 A/C GLEN ALLEN VA 23059 | LEASEHOLD IMPROVEMENTS | $60,299.82 | Cost-Based/Straight Line | $60,299.82 |
| 55.347. _____ RETAIL STORE STORE # 539 AT LINCOLNWOOD 3333 WEST TOUHY AVE SPACE B03 & B02A LINCOLNWOOD IL 60712 | LEASEHOLD IMPROVEMENTS | $4,900.79 | Cost-Based/Straight Line | $4,900.79 |
| 55.348. _____ RETAIL STORE STORE # 542 AT TYSON'S CORNER 7860 TYSON'S CORNER CENTER, SP #M011U (RELO) TYSONS CORNER VA 22102 | LEASEHOLD IMPROVEMENTS | $8,474.44 | Cost-Based/Straight Line | $8,474.44 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.349. _____<br>RETAIL STORE<br>STORE # 543 AT GROVE CITY PREMIUM OUTLETS<br>1911 LEESBURG GROVE CITY ROAD, SUITE #1065<br>GROVE CITY PA 16127 | LEASEHOLD IMPROVEMENTS | $1,249.12 | Cost-Based/Straight Line | $1,249.12 |
| 55.350. _____<br>RETAIL STORE<br>STORE # 544 AT TUTTLE CROSSING<br>5043 TUTTLE CROSSING BLVD, SPACE #225A<br>DUBLIN OH 43016 | LEASEHOLD IMPROVEMENTS | $612.88 | Cost-Based/Straight Line | $612.88 |
| 55.351. _____<br>RETAIL STORE<br>STORE # 545 AT ST. CLAIRE SQUARE<br>134 ST. CLAIR SQUARE, SPACE #120<br>FAIRVIEW HEIGHTS IL 62208 | LEASEHOLD IMPROVEMENTS | $1,012.94 | Cost-Based/Straight Line | $1,012.94 |
| 55.352. _____<br>RETAIL STORE<br>STORE # 548 AT TRUMBULL<br>5065 MAIN ST., SPACE #220<br>TRUMBULL CT 06611 | LEASEHOLD IMPROVEMENTS | $12,473.97 | Cost-Based/Straight Line | $12,473.97 |
| 55.353. _____<br>RETAIL STORE<br>STORE # 553 AT ST. AUGUSTINE OUTLETS<br>500 OUTLET MALL BLVD, SPACE 105<br>ST. AUGUSTINE FL 32084 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |
| 55.354. _____<br>RETAIL STORE<br>STORE # 554 AT DANBURY FAIR<br>7 BACKUS AVENUE SPACE #B202<br>DANBURY CT 06810 | LEASEHOLD IMPROVEMENTS | $21,159.98 | Cost-Based/Straight Line | $21,159.98 |
| 55.355. _____<br>RETAIL STORE<br>STORE # 556 AT ROUND ROCK OUTLETS<br>4401 NORTH IH-35, SPACE 0135<br>ROUND ROCK TX 78664 | LEASEHOLD IMPROVEMENTS | $21,564.01 | Cost-Based/Straight Line | $21,564.01 |
| 55.356. _____<br>RETAIL STORE<br>STORE # 557 AT CROSSINGS PREMIUM OUTLETS, THE<br>1000 PREMIUM OUTLETS DR., SPACE G-13<br>TANNERSVILLE PA 18372 | LEASEHOLD IMPROVEMENTS | $31,505.02 | Cost-Based/Straight Line | $31,505.02 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.357. _____<br><br>RETAIL STORE<br><br>STORE # 558 AT JACKSON PREMIUM OUTLET<br>537 MONMOUTH ROAD, SPACE 0104<br>JACKSON NJ 08527 | LEASEHOLD IMPROVEMENTS | $17,726.25 | Cost-Based/Straight Line | $17,726.25 |
| 55.358. _____<br><br>RETAIL STORE<br><br>STORE # 559 AT VACAVILLE PREMIUM OUTLETS<br>321 NUT TREE RD., SPACE 370<br>VACAVILLE CA 95687 | LEASEHOLD IMPROVEMENTS | $23,642.39 | Cost-Based/Straight Line | $23,642.39 |
| 55.359. _____<br><br>RETAIL STORE<br><br>STORE # 560 AT ORLANDO PREMIUM OUTLET - VINELAND AVE<br>8200 VINELAND AVENUE, SPACE 1509<br>ORLANDO FL 32821 | LEASEHOLD IMPROVEMENTS | $24,512.85 | Cost-Based/Straight Line | $24,512.85 |
| 55.360. _____<br><br>RETAIL STORE<br><br>STORE # 561 AT ALBERTVILLE PREMIUM OUTLETS<br>6415 LABEAUX AVENUE NE, SPACE CO40<br>ALBERTVILLE MN 55301 | LEASEHOLD IMPROVEMENTS | $24,493.95 | Cost-Based/Straight Line | $24,493.95 |
| 55.361. _____<br><br>RETAIL STORE<br><br>STORE # 562 AT EDINBURGH OUTLET CENTER<br>11671 N EXECUTIVE DRIVE, SPACE 1110<br>EDINBURGH IN 46124 | LEASEHOLD IMPROVEMENTS | $29,364.56 | Cost-Based/Straight Line | $29,364.56 |
| 55.362. _____<br><br>RETAIL STORE<br><br>STORE # 563 AT OSAGE BEACH PREMIUM OUTLET<br>4540 OSAGE BEACH PARKWAY, UNIT I3<br>OSAGE BEACH MO 65065 | LEASEHOLD IMPROVEMENTS | $27,128.06 | Cost-Based/Straight Line | $27,128.06 |
| 55.363. _____<br><br>RETAIL STORE<br><br>STORE # 564 AT ALLEN PREMIUM OUTLETS<br>820 WEST STACY RD., SPACE 0105<br>ALLEN TX 75013 | LEASEHOLD IMPROVEMENTS | $30,147.21 | Cost-Based/Straight Line | $30,147.21 |
| 55.364. _____<br><br>RETAIL STORE<br><br>STORE # 565 AT CINCINNATI PREMIUM OUTLET<br>828 PREMIUM OUTLET DRIVE<br>MONROE OH 45050 | LEASEHOLD IMPROVEMENTS | $25,740.47 | Cost-Based/Straight Line | $25,740.47 |

Debtor    **Charlotte Russe, Inc.**                                                                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.365. _____<br>RETAIL STORE<br><br>STORE # 567 AT LEESBURG CORNER PREMIUM OUTLETS<br>241 FORT EVANS ROAD N.E., SPACE 0801<br>LEESBURG VA 20176 | LEASEHOLD IMPROVEMENTS | $8,708.89 | Cost-Based/Straight Line | $8,708.89 |
| 55.366. _____<br>RETAIL STORE<br><br>STORE # 569 AT NORTHPARK-TX<br>8687 N. CENTRAL EXPRESSWAY SPACE 2228<br>DALLAS TX 75225 | LEASEHOLD IMPROVEMENTS | $30,186.25 | Cost-Based/Straight Line | $30,186.25 |
| 55.367. _____<br>RETAIL STORE<br><br>STORE # 570 AT FASHION OUTLETS OF NIAGARA FALLS<br>1982 MILITARY RD.<br>NIAGARA FALLS NY 14304 | LEASEHOLD IMPROVEMENTS | $57,715.76 | Cost-Based/Straight Line | $57,715.76 |
| 55.368. _____<br>RETAIL STORE<br><br>STORE # 573 AT LA CANTERA<br>16401 LA CANTERA PKWY, SPACE 3080<br>SAN ANTONIO TX 78256 | LEASEHOLD IMPROVEMENTS | $45,293.68 | Cost-Based/Straight Line | $45,293.68 |
| 55.369. _____<br>RETAIL STORE<br><br>STORE # 576 AT CAMBRIDGESIDE GALLERIA<br>100 CAMBRIDGESIDE PL SPACE E-304<br>CAMBRIDGE MA 02141 | LEASEHOLD IMPROVEMENTS | $845.59 | Cost-Based/Straight Line | $845.59 |
| 55.370. _____<br>RETAIL STORE<br><br>STORE # 577 AT OLD ORCHARD<br>4999 OLD ORCHARD CENTER SPACE L6<br>SKOKIE IL 60077 | LEASEHOLD IMPROVEMENTS | $6,913.29 | Cost-Based/Straight Line | $6,913.29 |
| 55.371. _____<br>RETAIL STORE<br><br>STORE # 582 AT ATLANTIC CITY OUTLETS<br>122 CHRISTOPHER COLUMBUS BLVD., SPACE #1250 & 1255<br>ATLANTIC CITY NJ 08401 | LEASEHOLD IMPROVEMENTS | $154,382.10 | Cost-Based/Straight Line | $154,382.10 |
| 55.372. _____<br>RETAIL STORE<br><br>STORE # 585 AT BELMAR<br>7239 W. ALASKA DRIVE<br>LAKEWOOD CO 80226 | LEASEHOLD IMPROVEMENTS | $190,275.69 | Cost-Based/Straight Line | $190,275.69 |

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.373. _____ RETAIL STORE STORE # 587 AT WINDWARD MALL 46-056 KAMEHAMEHA HIGHWAY, SPACE #K02 KANEOHE HI 96744 | LEASEHOLD IMPROVEMENTS | $245,739.92 | Cost-Based/Straight Line | $245,739.92 |
| 55.374. _____ RETAIL STORE STORE # 588 AT OUTLET SHOPPES @ EL PASO, THE 7051 SOUTH DESERT BLVD., SUITE D428 EL PASO TX 79835 | LEASEHOLD IMPROVEMENTS | $106,860.03 | Cost-Based/Straight Line | $106,860.03 |
| 55.375. _____ RETAIL STORE STORE # 589 AT GRAND PRAIRIE OUTLETS 2950 WEST INTERSTATE 20, SPACE #812 GRAND PRAIRIE TX 75052 | LEASEHOLD IMPROVEMENTS | $106,352.18 | Cost-Based/Straight Line | $106,352.18 |
| 55.376. _____ RETAIL STORE STORE # 590 AT THE ARCHES AT DEER PARK 152 THE ARCHES CIRCLE, SPACE #1394 DEER PARK NY 11729 | LEASEHOLD IMPROVEMENTS | $128,371.61 | Cost-Based/Straight Line | $128,371.61 |
| 55.377. _____ RETAIL STORE STORE # 591 AT WESTGATE OUTLET 6800 N. 95TH AVE., SUITE 640 GLENDALE AZ 85305 | LEASEHOLD IMPROVEMENTS | $103,815.38 | Cost-Based/Straight Line | $103,815.38 |
| 55.378. _____ RETAIL STORE STORE # 594 AT ALGONQUIN COMMONS 1952 S. RANDALL ROAD ALGONQUIN IL 60102 | LEASEHOLD IMPROVEMENTS | $237,586.97 | Cost-Based/Straight Line | $237,586.97 |
| 55.379. _____ RETAIL STORE STORE # 596 AT WOODBURN COMPANY STORES 1001 ARNEY ROAD WOODBURN OR 97071 | LEASEHOLD IMPROVEMENTS | $94,331.23 | Cost-Based/Straight Line | $94,331.23 |
| 55.380. _____ RETAIL STORE STORE # 597 AT SAN FRANCISCO PREMIUM OUTLETS 3084 PARAGON OUTLETS DRIVE LIVERMORE CA 94551 | LEASEHOLD IMPROVEMENTS | $136,877.09 | Cost-Based/Straight Line | $136,877.09 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.381. _____<br><br>RETAIL STORE<br><br>STORE # 598 AT HOWELL OUTLETS<br>1475 NORTH BURKHART ROAD, SPACE G-100<br>HOWELL MI 48855 | LEASEHOLD IMPROVEMENTS | $100,598.92 | Cost-Based/Straight Line | $100,598.92 |
| 55.382. _____<br><br>RETAIL STORE<br><br>STORE # 599 AT THE OUTLET SHOPPES AT ATLANTA<br>915 RIDGEWALK PARKWAY, SPACE C-320<br>WOODSTOCK GA 30188 | LEASEHOLD IMPROVEMENTS | $126,994.32 | Cost-Based/Straight Line | $126,994.32 |
| 55.383. _____<br><br>RETAIL STORE<br><br>STORE # 61 AT ROOSEVELT FIELD<br>630 OLD COUNTRY RD. , SPACE #2054A<br>GARDEN CITY NY 11530 | LEASEHOLD IMPROVEMENTS | $11,676.77 | Cost-Based/Straight Line | $11,676.77 |
| 55.384. _____<br><br>RETAIL STORE<br><br>STORE # 62 AT HAYWOOD MALL<br>700 HAYWOOD ROAD, BOX #222<br>GREENVILLE SC 29607 | LEASEHOLD IMPROVEMENTS | $6,838.16 | Cost-Based/Straight Line | $6,838.16 |
| 55.385. _____<br><br>RETAIL STORE<br><br>STORE # 65 AT FRESNO FASHION FAIR<br>675A EAST SHAW<br>FRESNO CA 93710 | LEASEHOLD IMPROVEMENTS | $66.67 | Cost-Based/Straight Line | $66.67 |
| 55.386. _____<br><br>RETAIL STORE<br><br>STORE # 66 AT COBB, TOWN CENTER AT<br>400 ERNEST BARRETT PARKWAY, SPACE #213<br>KENNESAW GA 30144 | LEASEHOLD IMPROVEMENTS | $1,111.28 | Cost-Based/Straight Line | $1,111.28 |
| 55.387. _____<br><br>RETAIL STORE<br><br>STORE # 68 AT MELBOURNE SQUARE<br>1700 WEST NEW HAVEN AVENUE SPACE 737<br>MELBOURNE FL 32904 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.388. _____<br><br>RETAIL STORE<br><br>STORE # 69 AT LAKELINE MALL<br>11200 LAKELINE MALL DRIVE, SPACE #B-7A<br>CEDAR PARK TX 78613 | LEASEHOLD IMPROVEMENTS | $9,150.50 | Cost-Based/Straight Line | $9,150.50 |

| Debtor | **Charlotte Russe, Inc.** | | Case number *(if known)* **19-10214** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.389. _____<br>RETAIL STORE<br><br>STORE # 700 AT OUTLET COLLECTION AT RIVERWALK<br>500 PORT OF NEW ORLEANS PLACE, SUITE 265<br>NEW ORLEANS LA 70130 | LEASEHOLD IMPROVEMENTS | $236,966.80 | Cost-Based/Straight Line | $236,966.80 |
| 55.390. _____<br>RETAIL STORE<br><br>STORE # 7001 AT SANTA MONICA<br>1015 MONTANA AVENUE<br>SANTA MONICA CA 90403 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.391. _____<br>RETAIL STORE<br><br>STORE # 7004 AT FASHION ISLAND<br>401 NEWPORT CENTER DR, SUITE #273<br>NEWPORT BEACH CA 92660 | LEASEHOLD IMPROVEMENTS | $77,986.03 | Cost-Based/Straight Line | $77,986.03 |
| 55.392. _____<br>RETAIL STORE<br><br>STORE # 7005 AT NORTHPARK CENTER<br>8687 N CENTRAL EXPRESSWAY, SUITE #1706<br>DALLAS TX 75225 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.393. _____<br>RETAIL STORE<br><br>STORE # 7006 AT UNIVERSITY VILLAGE<br>2624 NE VILLAGE LANE<br>SEATTLE WA 98105 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.394. _____<br>RETAIL STORE<br><br>STORE # 7007 AT PARK MEADOWS<br>8401 PARK MEADOWS CENTER DRIVE, SUITE #1183<br>LONE TREE CO 80124 | LEASEHOLD IMPROVEMENTS | $20,629.95 | Cost-Based/Straight Line | $20,629.95 |
| 55.395. _____<br>RETAIL STORE<br><br>STORE # 7008 AT SAN FRANCISCO<br>2156 CHESTNUT STREET<br>SAN FRANCISCO CA 94123 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.396. _____<br>RETAIL STORE<br><br>STORE # 7009 AT FASHION PLACE<br>6191 S. STATE STREET, SUITE A215<br>MURRAY UT 84107 | LEASEHOLD IMPROVEMENTS | $882.48 | Cost-Based/Straight Line | $882.48 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.397. _____<br>RETAIL STORE<br>STORE # 701 AT PALLADIO AT BROADSTONE<br>240 PALLADIO PARKWAY, SPACE #1327<br>FOLSOM CA 95630 | LEASEHOLD IMPROVEMENTS | $221,869.54 | Cost-Based/Straight Line | $221,869.54 |
| 55.398. _____<br>RETAIL STORE<br>STORE # 7010 AT SHOPS AT MERRICK PARK<br>350 SAN LORENZO AVENUE, SPACE #2030<br>CORAL GABLES FL 33146 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.399. _____<br>RETAIL STORE<br>STORE # 7011 AT PHIPPS PLAZA<br>3500 PEACHTREE ROAD NE, SPACE #1050D<br>ATLANTA GA 30326 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.400. _____<br>RETAIL STORE<br>STORE # 7013 AT NORTH POINT MALL<br>1000 NORTH POINT CIRCLE, SPACE #1036<br>ALPHARETTA GA 30022 | LEASEHOLD IMPROVEMENTS | $19,266.32 | Cost-Based/Straight Line | $19,266.32 |
| 55.401. _____<br>RETAIL STORE<br>STORE # 7014 AT SCOTTSDALE QUARTER<br>15323 N. SCOTTSDALE RD., SUITE E-105<br>SCOTTSDALE AZ 85254 | LEASEHOLD IMPROVEMENTS | $102,012.67 | Cost-Based/Straight Line | $102,012.67 |
| 55.402. _____<br>RETAIL STORE<br>STORE # 702 AT SOLANO MALL<br>1350 TRAVIS BLVD., SPACE M-7<br>FAIRFIELD CA 94533 | LEASEHOLD IMPROVEMENTS | $227,009.54 | Cost-Based/Straight Line | $227,009.54 |
| 55.403. _____<br>RETAIL STORE<br>STORE # 703 AT VIEJAS OUTLETS<br>5005 WILLOWS RD. SUITE #229, SPACE A-101<br>ALPINE CA 91901 | LEASEHOLD IMPROVEMENTS | $142,053.95 | Cost-Based/Straight Line | $142,053.95 |
| 55.404. _____<br>RETAIL STORE<br>STORE # 704 AT PARKDALE MALL<br>6155 EASTEX FREEWAY, SPACE D-406<br>BEAUMONT TX 77706 | LEASEHOLD IMPROVEMENTS | $226,781.17 | Cost-Based/Straight Line | $226,781.17 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.405. _____<br><br>RETAIL STORE<br><br>STORE # 705 AT WESTGATE MALL (SC)<br>205 WEST BLACKSTOCK ROAD, SPACE 080<br>SPARTANBURG SC 29301 | LEASEHOLD IMPROVEMENTS | $190,019.92 | Cost-Based/Straight Line | $190,019.92 |
| 55.406. _____<br><br>RETAIL STORE<br><br>STORE # 706 AT OLD HICKORY MALL<br>2021 NORTH HIGHLAND AVENUE, SPACE E4<br>JACKSON TN 38305 | LEASEHOLD IMPROVEMENTS | $203,387.21 | Cost-Based/Straight Line | $203,387.21 |
| 55.407. _____<br><br>RETAIL STORE<br><br>STORE # 707 AT PALM BEACH OUTLETS<br>1721 PALM BEACH LAKES BOULEVARD, SPACE E409<br>WEST PALM BEACH FL 33401 | LEASEHOLD IMPROVEMENTS | $164,674.18 | Cost-Based/Straight Line | $164,674.18 |
| 55.408. _____<br><br>RETAIL STORE<br><br>STORE # 709 AT HONEY CREEK MALL<br>3401 SOUTH US HIGHWAY 41, SPACE E7<br>TERRA HAUTE IN 47802 | LEASEHOLD IMPROVEMENTS | $203,527.26 | Cost-Based/Straight Line | $203,527.26 |
| 55.409. _____<br><br>RETAIL STORE<br><br>STORE # 71 AT CORAL SQUARE MALL<br>9167 WEST ATLANTIC BOULEVARD<br>CORAL SPRINGS FL 33071 | LEASEHOLD IMPROVEMENTS | $14,240.60 | Cost-Based/Straight Line | $14,240.60 |
| 55.410. _____<br><br>RETAIL STORE<br><br>STORE # 710 AT PUEBLO MALL<br>3429 DILLON DRIVE, SPACE E6<br>PUEBLO CO 81008 | LEASEHOLD IMPROVEMENTS | $220,173.66 | Cost-Based/Straight Line | $220,173.66 |
| 55.411. _____<br><br>RETAIL STORE<br><br>STORE # 712 AT ST. LOUIS PREMIUM OUTLETS<br>18521 OUTLET BOULEVARD, SPACE# 700<br>CHESTERFIELD MO 63005 | LEASEHOLD IMPROVEMENTS | $159,690.46 | Cost-Based/Straight Line | $159,690.46 |
| 55.412. _____<br><br>RETAIL STORE<br><br>STORE # 714 AT CHARLOTTESVILLE FASHION SQUARE<br>1600 RIO ROAD EAST, SPACE 1414A<br>CHARLOTTESVILLE VA 22901-1405 | LEASEHOLD IMPROVEMENTS | $261,185.51 | Cost-Based/Straight Line | $261,185.51 |

Debtor    **Charlotte Russe, Inc.**                                                                  Case number *(if known)* **19-10214**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.413. _____<br>RETAIL STORE<br><br>STORE # 715 AT TACOMA<br>4502 SOUTH STEEL STREET, SPACE 1151A<br>TACOMA WA 98409-7242 | LEASEHOLD IMPROVEMENTS | $229,913.52 | Cost-Based/Straight Line | $229,913.52 |
| 55.414. _____<br>RETAIL STORE<br><br>STORE # 716 AT WEST TOWN MALL<br>7600 KINGSTON PIKE, SPACE 1502<br>KNOXVILLE TN 37919-5600 | LEASEHOLD IMPROVEMENTS | $219,674.91 | Cost-Based/Straight Line | $219,674.91 |
| 55.415. _____<br>RETAIL STORE<br><br>STORE # 717 AT MESA MALL<br>2424 US HIGHWAY 6, SPACE 310A<br>GRAND JUNCTION CO 81505 | LEASEHOLD IMPROVEMENTS | $172,157.74 | Cost-Based/Straight Line | $172,157.74 |
| 55.416. _____<br>RETAIL STORE<br><br>STORE # 718 AT PHEASANT LANE<br>310 DANIEL WEBSTER HIGHWAY, SPACE W253<br>NASHUA NH 03060 | LEASEHOLD IMPROVEMENTS | $230,637.97 | Cost-Based/Straight Line | $230,637.97 |
| 55.417. _____<br>RETAIL STORE<br><br>STORE # 720 AT THE OUTLETS AT MISSISSIPPI<br>200 BASS PRO DRIVE, SPACE #265<br>PEARL MS 39208 | LEASEHOLD IMPROVEMENTS | $154,381.81 | Cost-Based/Straight Line | $154,381.81 |
| 55.418. _____<br>RETAIL STORE<br><br>STORE # 723 AT OUTLETS AT CASTLE ROCK<br>5050 FACTORY SHOPS BLVD., SPACE 515<br>CASTLE ROCK CO 80108 | LEASEHOLD IMPROVEMENTS | $118,772.07 | Cost-Based/Straight Line | $118,772.07 |
| 55.419. _____<br>RETAIL STORE<br><br>STORE # 725 AT ASSEMBLY ROW<br>361 ARTISAN WAY<br>SOMERVILLE MA 02145 | LEASEHOLD IMPROVEMENTS | $161,376.29 | Cost-Based/Straight Line | $161,376.29 |
| 55.420. _____<br>RETAIL STORE<br><br>STORE # 726 AT SHOPS AT ATLAS PARK<br>8000 COOPER AVE., SPACE 6-104<br>GLENDALE NY 11385 | LEASEHOLD IMPROVEMENTS | $398,324.32 | Cost-Based/Straight Line | $398,324.32 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.421. _____<br>RETAIL STORE<br><br>STORE # 728 AT THE OUTLET SHOPPES OF THE BLUEGRASS<br>1155 BUCK CREEK RD., SUITE 702<br>SIMPSONVILLE KY 40067 | LEASEHOLD IMPROVEMENTS | $157,784.10 | Cost-Based/Straight Line | $157,784.10 |
| 55.422. _____<br>RETAIL STORE<br><br>STORE # 729 AT MARKETS AT TOWN CENTER<br>4870 BIG ISLAND DRIVE, SUITE 05<br>JACKSONVILLE FL 32246 | LEASEHOLD IMPROVEMENTS | $192,190.61 | Cost-Based/Straight Line | $192,190.61 |
| 55.423. _____<br>RETAIL STORE<br><br>STORE # 730 AT MORGANTOWN MALL<br>9500 MALL ROAD, SPACE #511<br>MORGANTOWN WV 26501 | LEASEHOLD IMPROVEMENTS | $227,805.61 | Cost-Based/Straight Line | $227,805.61 |
| 55.424. _____<br>RETAIL STORE<br><br>STORE # 731 AT UNIVERSITY MALL<br>155 DORSET ST., SPACE #K-02<br>SOUTH BURLINGTON VT 05403 | LEASEHOLD IMPROVEMENTS | $258,216.31 | Cost-Based/Straight Line | $258,216.31 |
| 55.425. _____<br>RETAIL STORE<br><br>STORE # 732 AT DARTMOUTH MALL<br>110 DARTMOUTH MALL, SPACE 1210<br>DARTMOUTH MA 02747 | LEASEHOLD IMPROVEMENTS | $248,153.98 | Cost-Based/Straight Line | $248,153.98 |
| 55.426. _____<br>RETAIL STORE<br><br>STORE # 733 AT MOORESTOWN MALL<br>400 ROUTE 38, SPACE #1695<br>MOORESTOWN NJ 08057 | LEASEHOLD IMPROVEMENTS | $310,071.96 | Cost-Based/Straight Line | $310,071.96 |
| 55.427. _____<br>RETAIL STORE<br><br>STORE # 735 AT THE FOUNTAINS AT FARAH<br>8889 GATEWAY BLVD. WEST, SUITE AL340<br>EL PASO TX 79925 | LEASEHOLD IMPROVEMENTS | $220,905.31 | Cost-Based/Straight Line | $220,905.31 |
| 55.428. _____<br>RETAIL STORE<br><br>STORE # 736 AT SOUTH SHORE<br>1701 SUNRISE HIGHWAY, SPACE #G1<br>BAY SHORE NY 11706 | LEASEHOLD IMPROVEMENTS | $393,354.23 | Cost-Based/Straight Line | $393,354.23 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.429. _____<br>RETAIL STORE<br><br>STORE # 737 AT MALL AT JOHNSON CITY<br>2011 N. ROAN ST., SPACE #D2A<br>JOHNSON CITY TN 37601 | LEASEHOLD IMPROVEMENTS | $115,158.65 | Cost-Based/Straight Line | $115,158.65 |
| 55.430. _____<br>RETAIL STORE<br><br>STORE # 738 AT GOLDEN TRIANGLE MALL<br>2201 SOUTH I-35E, SPACE #S14-A<br>DENTON TX 76205 | LEASEHOLD IMPROVEMENTS | $225,263.88 | Cost-Based/Straight Line | $225,263.88 |
| 55.431. _____<br>RETAIL STORE<br><br>STORE # 739 AT NATIONAL HARBOR<br>6800 OXON HILL RD. SUITE #660<br>NATIONAL HARBOR MD 20745 | LEASEHOLD IMPROVEMENTS | $137,180.55 | Cost-Based/Straight Line | $137,180.55 |
| 55.432. _____<br>RETAIL STORE<br><br>STORE # 74 AT TYRONE SQUARE<br>6901 22ND AVENUE<br>ST. PETERSBURG FL 33710 | LEASEHOLD IMPROVEMENTS | $189,149.55 | Cost-Based/Straight Line | $189,149.55 |
| 55.433. _____<br>RETAIL STORE<br><br>STORE # 740 AT PIER PARK<br>600 PIER PARK DRIVE, SPACE #G310<br>PANAMA CITY FL 32413 | LEASEHOLD IMPROVEMENTS | $69,705.39 | Cost-Based/Straight Line | $69,705.39 |
| 55.434. _____<br>RETAIL STORE<br><br>STORE # 742 AT QUEEN KA'AHUMANU CENTER<br>275 W. KAAHUMANU AVE., SPACE #1044<br>KAHULUI HI 96732 | LEASEHOLD IMPROVEMENTS | $356,897.02 | Cost-Based/Straight Line | $356,897.02 |
| 55.435. _____<br>RETAIL STORE<br><br>STORE # 743 AT KILLEEN MALL<br>2100 SOUTH W.S. YOUNG DRIVE, SPACE #1496<br>KILLEEN TX 76543 | LEASEHOLD IMPROVEMENTS | $274,275.40 | Cost-Based/Straight Line | $274,275.40 |
| 55.436. _____<br>RETAIL STORE<br><br>STORE # 744 AT VICTORIA MALL<br>7800 N. NAVARRO ST., SUITE #233<br>VICTORIA TX 77904 | LEASEHOLD IMPROVEMENTS | $3,084.17 | Cost-Based/Straight Line | $3,084.17 |

Debtor **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.437. _____<br><br>RETAIL STORE<br><br>STORE # 745 AT FOXWOODS OUTLET CENTER<br>455 TROLLEY LINE BOULEVARD, SPACE #330<br>MASHANTUCKET CT 06338 | LEASEHOLD IMPROVEMENTS | $18,002.36 | Cost-Based/Straight Line | $18,002.36 |
| 55.438. _____<br><br>RETAIL STORE<br><br>STORE # 746 AT OCEAN CITY OUTLET CENTER<br>12741 OCEAN GATEWAY, SUITE #890<br>OCEAN CITY MD 21842 | LEASEHOLD IMPROVEMENTS | $177,096.28 | Cost-Based/Straight Line | $177,096.28 |
| 55.439. _____<br><br>RETAIL STORE<br><br>STORE # 748 AT TANGER OUTLETS SAVANNAH<br>200 TANGER OUTLET BOULEVARD, SPACE #361<br>POOLER GA 31322 | LEASEHOLD IMPROVEMENTS | $205,271.41 | Cost-Based/Straight Line | $205,271.41 |
| 55.440. _____<br><br>RETAIL STORE<br><br>STORE # 75 AT PALISADES CENTER<br>2512 PALISADES CENTER DRIVE B206<br>WEST NYACK NY 10994 | LEASEHOLD IMPROVEMENTS | $54,006.78 | Cost-Based/Straight Line | $54,006.78 |
| 55.441. _____<br><br>RETAIL STORE<br><br>STORE # 751 AT HAMILTON TOWN CENTER<br>13170 HARREL PARKWAY, SUITE 500<br>NOBLESVILLE IN 46060 | LEASEHOLD IMPROVEMENTS | $1,071.72 | Cost-Based/Straight Line | $1,071.72 |
| 55.442. _____<br><br>RETAIL STORE<br><br>STORE # 752 AT SOLOMON POND MALL<br>601 DONALD LYNCH BLVD. SUITE #N233A<br>MARLBOROUGH MA 01752 | LEASEHOLD IMPROVEMENTS | $369,343.47 | Cost-Based/Straight Line | $369,343.47 |
| 55.443. _____<br><br>RETAIL STORE<br><br>STORE # 753 AT SUMMIT FAIR<br>880 NW BLUE PARKWAY, SUITE C<br>LEE'S SUMMIT MO 64086 | LEASEHOLD IMPROVEMENTS | $211,303.32 | Cost-Based/Straight Line | $211,303.32 |
| 55.444. _____<br><br>RETAIL STORE<br><br>STORE # 754 AT FLORENCE MALL<br>301 COX CREEK PARKWAY, SUITE #1018<br>FLORENCE AL 35630 | LEASEHOLD IMPROVEMENTS | $2,023.05 | Cost-Based/Straight Line | $2,023.05 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.445.  _____<br>RETAIL STORE<br>STORE # 755 AT WILTON MALL<br>3065 ROUTE 50, SUITE #A002<br>SARATOGA SPRINGS NY 12866 | LEASEHOLD IMPROVEMENTS | $251,482.81 | Cost-Based/Straight Line | $251,482.81 |
| 55.446.  _____<br>RETAIL STORE<br>STORE # 756 AT THE MALL AT BAY PLAZA<br>200 BAYCHESTER AVE., SPACE 201<br>BRONX NY 10475 | LEASEHOLD IMPROVEMENTS | $619,451.08 | Cost-Based/Straight Line | $619,451.08 |
| 55.447.  _____<br>RETAIL STORE<br>STORE # 758 AT ORLAND SQUARE MALL<br>288 ORLAND SQUARE DR., SPACE #H11D<br>ORLAND PARK IL 60462 | LEASEHOLD IMPROVEMENTS | $290,466.73 | Cost-Based/Straight Line | $290,466.73 |
| 55.448.  _____<br>RETAIL STORE<br>STORE # 759 AT HARLEM IRVING PLAZA<br>4158 NORTH HARLEM AVE., SUITE 142<br>NORRIDGE IL 60706 | LEASEHOLD IMPROVEMENTS | $252,670.25 | Cost-Based/Straight Line | $252,670.25 |
| 55.449.  _____<br>RETAIL STORE<br>STORE # 760 AT SERRAMONTE CENTER<br>288 SERRAMONTE CENTER<br>DALY CITY CA 94015 | LEASEHOLD IMPROVEMENTS | $401,828.70 | Cost-Based/Straight Line | $401,828.70 |
| 55.450.  _____<br>RETAIL STORE<br>STORE # 761 AT RICHLAND MALL<br>6001 WEST WACO DRIVE, SUITE 314<br>WACO TX 76710 | LEASEHOLD IMPROVEMENTS | $226,296.58 | Cost-Based/Straight Line | $226,296.58 |
| 55.451.  _____<br>RETAIL STORE<br>STORE # 763 AT POTOMAC MILLS<br>2700 POTOMAC MILLS CIRCLE, SPACE #929<br>WOODBRIDGE VA 22192 | LEASEHOLD IMPROVEMENTS | $250,507.78 | Cost-Based/Straight Line | $250,507.78 |
| 55.452.  _____<br>RETAIL STORE<br>STORE # 764 AT SPRINGFIELD TOWN CENTER<br>6767 SPRINGFIELD MALL<br>SPRINGFIELD VA 22150 | LEASEHOLD IMPROVEMENTS | $259,899.44 | Cost-Based/Straight Line | $259,899.44 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |
|---|---|---|---|---|

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.453. _____<br>RETAIL STORE<br>STORE # 765 AT GOVERNOR'S SQUARE MALL<br>2801 WILMA RUDOLPH BLVD. SPACE #340<br>CLARKSVILLE TN 37040 | LEASEHOLD IMPROVEMENTS | $217,214.81 | Cost-Based/Straight Line | $217,214.81 |
| 55.454. _____<br>RETAIL STORE<br>STORE # 766 AT SOUTH PLAINS MALL<br>6002 SLIDE ROAD, SPACE D-23<br>LUBBOCK TX 79414 | LEASEHOLD IMPROVEMENTS | $299,602.77 | Cost-Based/Straight Line | $299,602.77 |
| 55.455. _____<br>RETAIL STORE<br>STORE # 767 AT THE MALL AT VICTOR VALLEY<br>14400 BEAR VALLEY ROAD, SUITE 621<br>VICTORVILLE CA 92392 | LEASEHOLD IMPROVEMENTS | $259,381.82 | Cost-Based/Straight Line | $259,381.82 |
| 55.456. _____<br>RETAIL STORE<br>STORE # 768 AT THE OUTLETS AT TEJON<br>5701 OUTLETS AT TEJON PARKWAY, SUITE 135<br>ARVIN CA 93203 | LEASEHOLD IMPROVEMENTS | $26,586.65 | Cost-Based/Straight Line | $26,586.65 |
| 55.457. _____<br>RETAIL STORE<br>STORE # 769 AT EASTLAND MALL<br>1615 EAST EMPIRE ST., SPACE #1140<br>BLOOMINGTON IL 61701 | LEASEHOLD IMPROVEMENTS | $395,673.57 | Cost-Based/Straight Line | $395,673.57 |
| 55.458. _____<br>RETAIL STORE<br>STORE # 770 AT ASHLAND TOWN CENTER<br>500 WINCHESTER AVE., SUITE 366<br>ASHLAND KY 41101 | LEASEHOLD IMPROVEMENTS | $889.75 | Cost-Based/Straight Line | $889.75 |
| 55.459. _____<br>RETAIL STORE<br>STORE # 771 AT OUTLET COLLECTION SEATTLE<br>1101 OUTLET COLLECTION WAY, SUITE 1039<br>AUBURN WA 98001 | LEASEHOLD IMPROVEMENTS | $53,394.23 | Cost-Based/Straight Line | $53,394.23 |
| 55.460. _____<br>RETAIL STORE<br>STORE # 772 AT NATICK MALL<br>1245 WORCESTER STREET, SUITE 2070<br>NATICK MA 01760 | LEASEHOLD IMPROVEMENTS | $358,976.60 | Cost-Based/Straight Line | $358,976.60 |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.461. _____<br>RETAIL STORE<br><br>STORE # 773 AT THE OAKS MALL<br>6345 W. NEWBERRY RD., SUITE D0008<br>GAINESVILLE FL 32605 | LEASEHOLD IMPROVEMENTS | $242,498.93 | Cost-Based/Straight Line | $242,498.93 |
| 55.462. _____<br>RETAIL STORE<br><br>STORE # 774 AT THE WOODLANDS MALL<br>1201 LAKE WOODLANDS DRIVE, SUITE 2022<br>THE WOODLANDS TX 77380 | LEASEHOLD IMPROVEMENTS | $253,716.16 | Cost-Based/Straight Line | $253,716.16 |
| 55.463. _____<br>RETAIL STORE<br><br>STORE # 775 AT JORDAN CREEK TOWN CENTER<br>101 JORDAN CREEK PARKWAY, SUITE 12010<br>WEST DES MOINES IA 50266 | LEASEHOLD IMPROVEMENTS | $301,490.43 | Cost-Based/Straight Line | $301,490.43 |
| 55.464. _____<br>RETAIL STORE<br><br>STORE # 776 AT WHITE MARSH MALL<br>8200 PERRY HALL BLVD., SPACE #2070<br>BALTIMORE MD 21236 | LEASEHOLD IMPROVEMENTS | $218,013.71 | Cost-Based/Straight Line | $218,013.71 |
| 55.465. _____<br>RETAIL STORE<br><br>STORE # 777 AT TANGER OUTLET COMMERCE<br>800 STEVEN B. TANGER BLVD., SUITE #101-A<br>COMMERCE GA 30529 | LEASEHOLD IMPROVEMENTS | $199,298.77 | Cost-Based/Straight Line | $199,298.77 |
| 55.466. _____<br>RETAIL STORE<br><br>STORE # 778 AT WEBERSTOWN MALL<br>4950 PACIFIC AVE., SUITE 227<br>STOCKTON CA 95207 | LEASEHOLD IMPROVEMENTS | $291,010.27 | Cost-Based/Straight Line | $291,010.27 |
| 55.467. _____<br>RETAIL STORE<br><br>STORE # 779 AT CHARLOTTE PREMIUM OUTLETS<br>5512 NEW FASHION WAY, SUITE 986<br>CHARLOTTE NC 28278 | LEASEHOLD IMPROVEMENTS | $140,716.73 | Cost-Based/Straight Line | $140,716.73 |
| 55.468. _____<br>RETAIL STORE<br><br>STORE # 78 AT PERIMETER MALL<br>4400 ASHFORD-DUNWOODY ROAD, SPACE #1255<br>ATLANTA GA 30346 | LEASEHOLD IMPROVEMENTS | $400,769.93 | Cost-Based/Straight Line | $400,769.93 |

Debtor    **Charlotte Russe, Inc.**                                               Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.469. _____<br>RETAIL STORE<br><br>STORE # 780 AT GALLERIA AT TYLER<br>1269 GALLERIA AT TYLER, SPACE #E108<br>RIVERSIDE CA 92503 | LEASEHOLD IMPROVEMENTS | $322,224.78 | Cost-Based/Straight Line | $322,224.78 |
| 55.470. _____<br>RETAIL STORE<br><br>STORE # 781 AT BOISE TOWNE SQUARE<br>350 NORTH MILWAUKEE ST., SUITE 1304<br>BOISE ID 83704 | LEASEHOLD IMPROVEMENTS | $292,812.08 | Cost-Based/Straight Line | $292,812.08 |
| 55.471. _____<br>RETAIL STORE<br><br>STORE # 782 AT CULVER CITY<br>6000 SEPULVEDA BLVD., SUITE 2600<br>CULVER CITY CA 90230 | LEASEHOLD IMPROVEMENTS | $77,856.83 | Cost-Based/Straight Line | $77,856.83 |
| 55.472. _____<br>RETAIL STORE<br><br>STORE # 783 AT VINTAGE FAIRE MALL<br>3401 DALE RD., SUITE #119<br>MODESTO CA 95356 | LEASEHOLD IMPROVEMENTS | $349,395.22 | Cost-Based/Straight Line | $349,395.22 |
| 55.473. _____<br>RETAIL STORE<br><br>STORE # 784 AT ARDEN FAIR<br>1689 ARDEN WAY, SUITE 2160<br>SACRAMENTO CA 95815 | LEASEHOLD IMPROVEMENTS | $403,738.04 | Cost-Based/Straight Line | $403,738.04 |
| 55.474. _____<br>RETAIL STORE<br><br>STORE # 786 AT THE MALL AT UNIVERSITY TOWN CENTER<br>140 UNIVERSITY TOWN CENTER DR., SUITE 210<br>SARASOTA FL 34243 | LEASEHOLD IMPROVEMENTS | $1,427.06 | Cost-Based/Straight Line | $1,427.06 |
| 55.475. _____<br>RETAIL STORE<br><br>STORE # 788 AT LIBERTY CENTER<br>7100 FOUNDRY ROW, SPACE # S-136<br>LIBERTY TOWNSHIP OH 45069 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.476. _____<br>RETAIL STORE<br><br>STORE # 789 AT TANGER OUTLET SOUTHAVEN<br>5205 AIRWAYS BLVD., SUITE 230<br>SOUTHAVEN MS 38671 | LEASEHOLD IMPROVEMENTS | $269,387.13 | Cost-Based/Straight Line | $269,387.13 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.477. _____<br><br>RETAIL STORE<br><br>STORE # 79 AT CITRUS PARK ®<br>8021 CITRUS PARK TOWN CENTER MALL,<br>SPACE #960<br>TAMPA FL 33625 | LEASEHOLD IMPROVEMENTS | $474.22 | Cost-Based/Straight Line | $474.22 |
| 55.478. _____<br><br>RETAIL STORE<br><br>STORE # 790 AT WILLOW GROVE PARK<br>2500 MORELAND RD., SP #1045<br>WILLOW GROVE PA 19090 | LEASEHOLD IMPROVEMENTS | $397,181.42 | Cost-Based/Straight Line | $397,181.42 |
| 55.479. _____<br><br>RETAIL STORE<br><br>STORE # 792 AT DOWNTOWN SUMMERLIN<br>1990 PARK CENTRE DRIVE, SUITE 130<br>LAS VEGAS NV 89135 | LEASEHOLD IMPROVEMENTS | $387,199.65 | Cost-Based/Straight Line | $387,199.65 |
| 55.480. _____<br><br>RETAIL STORE<br><br>STORE # 793 AT COLUMBIA MALL<br>2300 BERNADETTE DRIVE, SP #518<br>COLUMBIA MO 65203 | LEASEHOLD IMPROVEMENTS | $361,108.92 | Cost-Based/Straight Line | $361,108.92 |
| 55.481. _____<br><br>RETAIL STORE<br><br>STORE # 794 AT THE MALL IN COLUMBIA<br>10300 LITTLE PATUXENT PKWY, SP #1635<br>COLUMBIA MD 21044 | LEASEHOLD IMPROVEMENTS | $328,133.38 | Cost-Based/Straight Line | $328,133.38 |
| 55.482. _____<br><br>RETAIL STORE<br><br>STORE # 795 AT SANTA ROSA PLAZA<br>2009B SANTA ROSA PLAZA<br>SANTA ROSA CA 95401 | LEASEHOLD IMPROVEMENTS | $454,627.08 | Cost-Based/Straight Line | $454,627.08 |
| 55.483. _____<br><br>RETAIL STORE<br><br>STORE # 796 AT FREMAUX TOWN CENTER<br>760 TOWN CENTER PARKWAY, SP #C300<br>SLIDELL LA 70458 | LEASEHOLD IMPROVEMENTS | $342,064.08 | Cost-Based/Straight Line | $342,064.08 |
| 55.484. _____<br><br>RETAIL STORE<br><br>STORE # 797 AT HILLSIDE VILLAGE<br>305 WEST FM 1382, SUITE 202<br>CEDAR HILL TX 75104 | LEASEHOLD IMPROVEMENTS | $335,218.64 | Cost-Based/Straight Line | $335,218.64 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.485. _____<br>RETAIL STORE<br><br>STORE # 80 AT WALDEN GALLERIA<br>ONE WALDEN GALLERIA, SPACE D108<br>BUFFALO NY 14225 | LEASEHOLD IMPROVEMENTS | $1,681.64 | Cost-Based/Straight Line | $1,681.64 |
| 55.486. _____<br>RETAIL STORE<br><br>STORE # 801 AT BROADWAY SQUARE<br>4601 S. BROADWAY AVE., SP #H24<br>TYLER TX 75703 | LEASEHOLD IMPROVEMENTS | $358,863.28 | Cost-Based/Straight Line | $358,863.28 |
| 55.487. _____<br>RETAIL STORE<br><br>STORE # 802 AT TOWSON TOWN CENTER<br>825 DULANEY VALLEY RD., SP #1070<br>TOWSON MD 21204 | LEASEHOLD IMPROVEMENTS | $377,940.81 | Cost-Based/Straight Line | $377,940.81 |
| 55.488. _____<br>RETAIL STORE<br><br>STORE # 804 AT THE OUTLET SHOPPES AT OKLAHOMA CITY<br>7650 WEST RENO AVE., SUITE 810<br>OKLAHOMA CITY OK 73127 | LEASEHOLD IMPROVEMENTS | $247,588.28 | Cost-Based/Straight Line | $247,588.28 |
| 55.489. _____<br>RETAIL STORE<br><br>STORE # 807 AT WILLOWBROOK MALL<br>2115 WILLOWBROOK MALL<br>WAYNE NJ 07470 | LEASEHOLD IMPROVEMENTS | $536,498.92 | Cost-Based/Straight Line | $536,498.92 |
| 55.490. _____<br>RETAIL STORE<br><br>STORE # 811 AT DEL AMO FASHION CENTER<br>21540 HAWTHORNE BLVD., SPACE #508<br>TORRANCE CA 90503 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.491. _____<br>RETAIL STORE<br><br>STORE # 815 AT OTAY RANCH TOWN CENTER<br>2015 BIRCH RD, STE. 305<br>CHULA VISTA CA 91915 | LEASEHOLD IMPROVEMENTS | $5,696.26 | Cost-Based/Straight Line | $5,696.26 |
| 55.492. _____<br>RETAIL STORE<br><br>STORE # 816 AT CROSSROADS CENTER<br>4101 W. DIVISION STREET, SUITE B0038 (RELO)<br>ST. CLOUD MN 56301 | LEASEHOLD IMPROVEMENTS | $26,540.76 | Cost-Based/Straight Line | $26,540.76 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.493. _____<br><br>RETAIL STORE<br><br>STORE # 817 AT INLAND CENTER<br>500 INLAND CENTER DRIVE, SPACE #242 (RELO)<br>SAN BERNARDINO CA 92408 | LEASEHOLD IMPROVEMENTS | $118,941.91 | Cost-Based/Straight Line | $118,941.91 |
| 55.494. _____<br><br>RETAIL STORE<br><br>STORE # 82 AT HAMILTON MALL<br>4403 BLACK HORSE PIKE, SPACE #143<br>MAYS LANDING NJ 08330 | LEASEHOLD IMPROVEMENTS | $2,832.43 | Cost-Based/Straight Line | $2,832.43 |
| 55.495. _____<br><br>RETAIL STORE<br><br>STORE # 820 AT ROCKLAND PLAZA<br>66 ROCKLAND PLAZA ROUTE 59, SUITE 17<br>NANUET NY 10954 | LEASEHOLD IMPROVEMENTS | $2,357.28 | Cost-Based/Straight Line | $2,357.28 |
| 55.496. _____<br><br>RETAIL STORE<br><br>STORE # 821 AT NEW BRAUNFELS TOWN CENTER AT CREEKSIDE<br>257 CREEKSIDE CROSSING<br>NEW BRAUNFELS TX 78130 | LEASEHOLD IMPROVEMENTS | $7,708.48 | Cost-Based/Straight Line | $7,708.48 |
| 55.497. _____<br><br>RETAIL STORE<br><br>STORE # 822 AT ALA MOANA CENTER<br>1450 ALA MOANA BLVD., SUITE 3065<br>HONOLULU HI 96814 | LEASEHOLD IMPROVEMENTS | $250.80 | Cost-Based/Straight Line | $250.80 |
| 55.498. _____<br><br>RETAIL STORE<br><br>STORE # 823 AT MAYFAIR MALL<br>2500 NORTH MAYFAIR ROAD, SPACE #574<br>WAUWATOSA WI 53226 | LEASEHOLD IMPROVEMENTS | $11,854.21 | Cost-Based/Straight Line | $11,854.21 |
| 55.499. _____<br><br>RETAIL STORE<br><br>STORE # 825 AT RIVERCHASE GALLERIA<br>2000 RIVERCHASE GALLERIA, SPACE #134<br>BIRMINGHAM AL 35244 | LEASEHOLD IMPROVEMENTS | $12,534.17 | Cost-Based/Straight Line | $12,534.17 |
| 55.500. _____<br><br>RETAIL STORE<br><br>STORE # 827 AT FOX RIVER MALL<br>4301 WEST WISCONSIN AVE., SUITE #902<br>APPLETON WI 54913 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.501. _____<br><br>RETAIL STORE<br><br>STORE # 828 AT RIDGEDALE CENTER<br>12401 WAYZATA BLVD, SPACE #2278<br>MINNETONKA MN 55305 | LEASEHOLD IMPROVEMENTS | $14,871.02 | Cost-Based/Straight Line | $14,871.02 |
| 55.502. _____<br><br>RETAIL STORE<br><br>STORE # 83 AT FRANKLIN MILLS<br>1400 FRANKLIN MILLS CIRCLE, SPACE #727<br>PHILADELPHIA PA 19154 | LEASEHOLD IMPROVEMENTS | $312,273.67 | Cost-Based/Straight Line | $312,273.67 |
| 55.503. _____<br><br>RETAIL STORE<br><br>STORE # 830 AT RIVERTOWN CROSSINGS (PLUS)<br>3700 RIVERTOWN PARKWAY SW, SPACE #1106<br>GRANDVILLE MI 49418 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.504. _____<br><br>RETAIL STORE<br><br>STORE # 833 AT CAROLINA PLACE<br>11025 CAROLINA PLACE PARKWAY, SPACE #D-25<br>PINEVILLE NC 28134 | LEASEHOLD IMPROVEMENTS | $21,682.23 | Cost-Based/Straight Line | $21,682.23 |
| 55.505. _____<br><br>RETAIL STORE<br><br>STORE # 834 AT CORAL RIDGE MALL<br>1451 CORAL RIDGE AVENUE, SUITE #409<br>CORALVILLE IA 52241 | LEASEHOLD IMPROVEMENTS | $23,676.00 | Cost-Based/Straight Line | $23,676.00 |
| 55.506. _____<br><br>RETAIL STORE<br><br>STORE # 835 AT ALDERWOOD MALL<br>3000 184TH STREET SW, SUITE 172<br>LYNNWOOD WA 98037 | LEASEHOLD IMPROVEMENTS | $25,630.52 | Cost-Based/Straight Line | $25,630.52 |
| 55.507. _____<br><br>RETAIL STORE<br><br>STORE # 836 AT WILLOWBROOK MALL (TX)<br>1656 WILLOWBROOK MALL<br>HOUSTON TX 77070 | LEASEHOLD IMPROVEMENTS | $21,423.21 | Cost-Based/Straight Line | $21,423.21 |
| 55.508. _____<br><br>RETAIL STORE<br><br>STORE # 837 AT FLORENCE MALL (KY)<br>1082 FLORENCE MALL<br>FLORENCE KY 41042 | LEASEHOLD IMPROVEMENTS | $25,755.20 | Cost-Based/Straight Line | $25,755.20 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.509. _____<br>RETAIL STORE<br>STORE # 839 AT VISALIA MALL<br>2197 SOUTH MOONEY BLVD., SPACE #1400<br>VISALIA CA 93277 | LEASEHOLD IMPROVEMENTS | $27,791.06 | Cost-Based/Straight Line | $27,791.06 |
| 55.510. _____<br>RETAIL STORE<br>STORE # 84 AT PLAZA DEL SOL<br>725 AVENIDA WEST MAIN, SPACE #600<br>SIERRA BAYAMON PR 00961 | LEASEHOLD IMPROVEMENTS | $5,549.91 | Cost-Based/Straight Line | $5,549.91 |
| 55.511. _____<br>RETAIL STORE<br>STORE # 840 AT TANGER OUTLETS FORT WORTH<br>15853 N. FREEWAY, STE. 1140<br>FT. WORTH TX 76177 | LEASEHOLD IMPROVEMENTS | $111,525.54 | Cost-Based/Straight Line | $111,525.54 |
| 55.512. _____<br>RETAIL STORE<br>STORE # 841 AT JACKSONVILLE MALL<br>375 JACKSONVILLE MALL, SPACE #L11<br>JACKSONVILLE NC 28546 | LEASEHOLD IMPROVEMENTS | $146,603.91 | Cost-Based/Straight Line | $146,603.91 |
| 55.513. _____<br>RETAIL STORE<br>STORE # 843 AT 34TH STREET<br>130 W. 34TH STREET<br>NEW YORK NY 10001 | LEASEHOLD IMPROVEMENTS | $109,006.90 | Cost-Based/Straight Line | $109,006.90 |
| 55.514. _____<br>RETAIL STORE<br>STORE # 844 AT BRIARWOOD MALL<br>100 BRIARWOOD CIRCLE, SPACE #D121<br>ANN ARBOR MI 48108 | LEASEHOLD IMPROVEMENTS | $143,379.72 | Cost-Based/Straight Line | $143,379.72 |
| 55.515. _____<br>RETAIL STORE<br>STORE # 845 AT FAIR OAKS MALL<br>11722L FAIR OAKS, SPACE #K119<br>FAIRFAX VA 22033 | LEASEHOLD IMPROVEMENTS | $17,830.84 | Cost-Based/Straight Line | $17,830.84 |
| 55.516. _____<br>RETAIL STORE<br>STORE # 86 AT ORANGE PARK MALL<br>1910 WELLS ROAD, SPACE #H13 & H15<br>ORANGE PARK FL 32073 | LEASEHOLD IMPROVEMENTS | $1,599.44 | Cost-Based/Straight Line | $1,599.44 |

| Debtor | **Charlotte Russe, Inc.** | | | Case number *(if known)* **19-10214** |
|--------|---------------------------|---|---|---|

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.517. _____<br><br>RETAIL STORE<br><br>STORE # 87 AT MALL OF GEORGIA<br>3333 BUFORD DRIVE, SPACE #1094<br>BUFORD GA 30519 | LEASEHOLD IMPROVEMENTS | $3,539.96 | Cost-Based/Straight Line | $3,539.96 |
| 55.518. _____<br><br>RETAIL STORE<br><br>STORE # 89 AT MERIDEN<br>470 LEWIS AVENUE, SPACE #4008<br>MERIDEN CT 06451 | LEASEHOLD IMPROVEMENTS | $5,827.57 | Cost-Based/Straight Line | $5,827.57 |
| 55.519. _____<br><br>RETAIL STORE<br><br>STORE # 90 AT CONCORD MILLS<br>8111 CONCORD MILLS BOULEVARD, SPACE #673<br>CONCORD NC 28027 | LEASEHOLD IMPROVEMENTS | $0.00 | Cost-Based/Straight Line | $0.00 |
| 55.520. _____<br><br>RETAIL STORE<br><br>STORE # 91 AT JERSEY GARDENS<br>651 KAPKWOSKI ROAD, SPACE #270<br>ELIZABETH NJ 07201 | LEASEHOLD IMPROVEMENTS | $394,649.65 | Cost-Based/Straight Line | $394,649.65 |
| 55.521. _____<br><br>RETAIL STORE<br><br>STORE # 92 AT TEMECULA, PROMENADE IN<br>40820 WINCHESTER ROAD, SPACE #1200<br>TEMECULA CA 92591 | LEASEHOLD IMPROVEMENTS | $296,569.05 | Cost-Based/Straight Line | $296,569.05 |
| 55.522. _____<br><br>RETAIL STORE<br><br>STORE # 94 AT PROVIDENCE PLACE<br>129 PROVIDENCE PLACE, SUITE 5370<br>PROVIDENCE RI 02903 | LEASEHOLD IMPROVEMENTS | $147.91 | Cost-Based/Straight Line | $147.91 |
| 55.523. _____<br><br>RETAIL STORE<br><br>STORE # 96 AT TRI-COUNTY MALL<br>11700 PRINCETON PIKE, SPACE #D21<br>CINCINNATI OH 45246 | LEASEHOLD IMPROVEMENTS | $2,042.04 | Cost-Based/Straight Line | $2,042.04 |
| 55.524. _____<br><br>RETAIL STORE<br><br>STORE # 97 AT FLORIDA MALL, THE<br>8001 SOUTH ORANGE BLOSSOM TRAIL, SPACE #1230<br>ORLANDO FL 32809 | LEASEHOLD IMPROVEMENTS | $1,152.40 | Cost-Based/Straight Line | $1,152.40 |

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.525. _____<br>RETAIL STORE<br><br>STORE # 98 AT RIVER TOWN CROSSINGS<br>3700 RIVERTOWN PARKWAY, SPACE #1045<br>GRANDVILLE MI 49418 | LEASEHOLD IMPROVEMENTS | $48,699.14 | Cost-Based/Straight Line | $48,699.14 |
| 55.526. _____<br>RETAIL STORE<br><br>STORE # 99 AT EASTVIEW MALL<br>672 EASTVIEW MALL<br>VICTOR NY 14564 | LEASEHOLD IMPROVEMENTS | $25,792.94 | Cost-Based/Straight Line | $25,792.94 |

**56.** **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.                     $43,167,891.68

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 10:** **Intangibles and intellectual property**

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1. _____ | $_____ | _____ | $_____ |
| **61.** **Internet domain names and websites** | | | |
| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1. _____ | $_____ | _____ | $_____ |
| **62.** **Licenses, franchises, and royalties** | | | |
| 62.1. _____ | $_____ | _____ | $_____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| 63.1. A CUSTOMER DATABASE WHICH CONTAINS CUSTOMERS NAME, ADDRESS, PHONE NUMBER, E-MAIL ADDRESS, GENDER, BIRTHDAY, AND ONLINE PURCHASE HISTORY (STARTING FROM JULY 4, 2018) | UNDETERMINED | N/A | UNDETERMINED |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**64.** **Other intangibles, or intellectual property**

64.1. _____   $_____   _____   $_____

**65.** **Goodwill**

65.1. _____   $_____   _____   $_____

**66.** **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

> UNDETERMINED

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**   **All other assets**

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

> **Current value of debtor's interest**

**71.** **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|
| 71.1. _____ | $_____ - | $_____ = ....... → | $_____ |

**72.** **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. AKRON, OH | $4,168.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.2. ALABAMA | $720.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.3. ALABAMA CPT | $5,084.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.4. ARIZONA NOL | $_____ | ($524,739.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.5. ARIZONA NOL | $_____ | ($377,302.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.6. ARKANSAS | $240.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.7. ASHLAND, KY | $1,570.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.8. BOWLING GREEN, KY | $1,037.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.9. CALIFORNIA | $400.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| | | | | | |
|---|---|---|---|---|---|
| 72.10. | CALIFORNIA NOL | $_____ | ($36,251,312.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.11. | CALIFORNIA NOL | $_____ | ($2,300,977.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.12. | COLOMBUS, OH | $10,459.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.13. | COLORADO NOL | $_____ | ($2,071,573.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.14. | COLORADO NOL | $_____ | ($444,183.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.15. | CONNECTICUT | $3,415.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.16. | CONNECTICUT NOL | $_____ | ($303,723.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.17. | DELAWARE | $2,677.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.18. | FAIRLAWN, OH | $1,790.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.19. | FEDERAL NOL | $_____ | ($101,910,751.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.20. | FEDERAL NOL | $_____ | ($20,934,600.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.21. | FLORENCE, KY | $703.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.22. | FLORIDA | $450.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.23. | GEORGIA | $1,615.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.24. | HAWAII | $321.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.25. | HAWAII NOL | $_____ | ($633,299.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.26. | HAWAII NOL | $_____ | ($132,778.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.27. | IDAHO | $30.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.28. | IDAHO NOL | $_____ | ($21,568.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.29. | IDAHO NOL | $_____ | ($27,536.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.30. | ILLINOIS NOL | $_____ | ($6,111,606.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.31. | ILLINOIS NOL | $_____ | ($851,307.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.32. | INDIANA NOL | $_____ | ($3,559,281.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.33. | INDIANA NOL | $_____ | ($447,710.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.34. | IOWA | $5,058.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.35. | JEDD LIBERTY TOWNSHIP, OH | $344.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.36. | KANSAS | $250.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.37. | KANSAS NOL | $_____ | ($954,337.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.38. | KANSAS NOL | $_____ | ($120,679.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.39. | KENTUCKY | $246.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.40. | LOIUSIANA | $5,833.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| | | | | | |
|---|---|---|---|---|---|
| 72.41. | LOUISVILLE, KY | $1,959.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.42. | MAINE | $21.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.43. | MAINE NOL | $_____ | ($117,607.50) | AS OF 1.28.17 | UNDETERMINED |
| 72.44. | MAINE NOL | $_____ | ($28,313.96) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.45. | MARYLAND | $736.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.46. | MASSACHUSETTS | $399.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.47. | MASSACHUSETTS NOL | $_____ | ($1,719,229.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.48. | MASSACHUSETTS NOL | $_____ | ($456,414.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.49. | MICHIGAN NOL | $_____ | ($588,534.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.50. | MICHIGAN NOL | $_____ | ($559,876.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.51. | MINNESOTA | $5,202.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.52. | MINNESOTA NOL | $_____ | ($2,848,679.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.53. | MINNESOTA NOL | $_____ | ($302,391.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.54. | MISSISSIPPI | $600.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.55. | MISSOURI | $3,851.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.56. | MONROE, OH | $3,294.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.57. | MULTONOMAH, OR | $1,000.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.58. | MULTONOMAH, OR NOL | $_____ | ($49,580.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.59. | MULTONOMAH, OR NOL | $_____ | ($26,786.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.60. | NEBRASKA | $500.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.61. | NEBRASKA NOL | $_____ | ($129,054.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.62. | NEBRASKA NOL | $_____ | ($110,536.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.63. | NEW HAMPSHIRE | $2,118.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.64. | NEW HAMPSHIRE NOL | $_____ | ($180,702.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.65. | NEW JERSEY | $685.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.66. | NEW MEXICO | $854.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.67. | NEW YORK | $929.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.68. | NEW YORK CITY | $2,263.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.69. | NEW YORK CITY NOL | $_____ | ($1,540,364.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.70. | NEW YORK CITY NOL | $_____ | ($230,118.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.71. | NEW YORK MTA | $210.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.72. | NEW YORK MTA NOL | $_____ | ($6,330,480.91) | AS OF 1.28.17 | UNDETERMINED |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | | | |
|---|---|---|---|---|
| 72.73. | NEW YORK MTA NOL | $_____ | ($777,329.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.74. | NEW YORK NOL | $_____ | ($11,148,712.46) | AS OF 1.28.17 | UNDETERMINED |
| 72.75. | NEW YORK NOL | $_____ | ($1,378,570.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.76. | NORTH CAROLINA | $21.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.77. | OKLAHOMA | $17.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.78. | OREGON NOL | $_____ | ($699,274.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.79. | OREGON NOL | $_____ | ($133,981.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.80. | PENNSLYVANIA | $628.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.81. | PORTLAND, OR | $1,000.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.82. | PORTLAND, OR NOL | $_____ | ($49,580.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.83. | PORTLAND, OR NOL | $_____ | ($26,786.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.84. | RHODE ISLAND | $50.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.85. | RHODE ISLAND NOL | $_____ | ($130,920.30) | AS OF 1.28.17 | UNDETERMINED |
| 72.86. | RHODE ISLAND NOL | $_____ | ($125,244.25) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.87. | RITA, OH | $8,419.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.88. | SHELBY COUNTY, KY | $1,014.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.89. | SIMPSONVILLE, KY | $161.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.90. | SOUTH CAROLINA | $151.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.91. | SPRINGDALE, OH | $1,838.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.92. | TENNESSEE | $294.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.93. | TOLDEO, OH | $1,315.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.94. | UTAH | $400.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.95. | UTAH NOL | $_____ | ($866,687.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.96. | UTAH NOL | $_____ | ($30,130.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.97. | VERMONT | $750.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.98. | VERMONT NOL | $_____ | ($221,414.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.99. | VERMONT NOL | $_____ | ($23,822.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.100. | VIRGINIA | $905.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.101. | WARREN SCHOOL COUNTY, KY | $787.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |
| 72.102. | WEST VIRGINIA NOL | $_____ | ($648,563.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.103. | WEST VIRGINIA NOL | $_____ | ($85,360.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |
| 72.104. | WISCONSIN | $75.00 | $_____ | PROJECTED 2/2/19 | UNDETERMINED |

| Debtor | **Charlotte Russe, Inc.** | | | | Case number *(if known)* **19-10214** |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 72.105. | WISCONSIN NOL | $_____ | ($1,781,060.00) | AS OF 1.28.17 | UNDETERMINED |
| 72.106. | WISCONSIN NOL | $_____ | ($296,371.00) | 2017 ADDITIONAL ACTIVITY (FYE 2.3.18) | UNDETERMINED |

**73.**   **Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | TRAVELERS PROPERTY CASUALTY INSURANCE CO. | PROPERTY INSURANCE POLICY NO. KTJ☐CMB☐3065P37☐0☐19 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | NORTH SHORE MANAGEMENT | DIC INSURANCE POLICY NO. NSM39117 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | UNDERWRITERS AT LLOYD'S LONDON | CARGO INSURANCE POLICY NO. M☐20831 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA | GENERAL LIABILITY ☐ EMPLOYEE BENEFIT LIABILITY INSURANCE POLICY NO. TC2J☐GLSA☐6E00763A☐19 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA | AUTOMOBILE INSURANCE POLICY NO. TJ☐CAP☐6E007641☐19 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA | WORKERS' COMPENSATION INSURANCE POLICY NO. UB☐1L338947☐19☐51☐R (AZ,FL,MA,OR,WI) | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | CONTINENTAL INS. CO. (CNA) | INTERNATIONAL PACKAGE INSURANCE POLICY NO. PST 62 313 6940 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | NAVIGATOR'S INSURANCE CO. | UMBRELLA LIABILITY INSURANCE POLICY NO. NY19UMR701624IV | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | AMERICAN FIRE & CASUALTY INS. CO. (LIBERTY) | EXCESS LIABILITY INSURANCE POLICY NO. ECA (20) 54326811 | _____ | _____ | _____ | UNDETERMINED |
| 73.10. | NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | SPECIAL RISK INSURANCE POLICY NO. 88☐085☐312 | _____ | _____ | _____ | UNDETERMINED |
| 73.11. | SYNDICATE 2623/623 AT LLOYDS (BEAZLEY) | CYBER LIABILITY INSURANCE POLICY NO. W24A9F180101 | _____ | _____ | _____ | UNDETERMINED |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. | LYONS CONSULTING GROUP, LLC | BREACH OF CONTRACT | $540,000.00 | UNDETERMINED |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 75.1. | VISA MASTERCARD SETTLEMENT | INTERCHANGE LITIGATION | UNDETERMINED | UNDETERMINED |

**76.    Trusts, equitable or future interests in property**

76.1.  _____    $_____

**77.    Other property of any kind not already listed**

Examples: Season tickets, country club membership

77.1.  _____    $_____

**78.    Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

UNDETERMINED

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $27,722,278.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,840,300.77 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $324,886.67 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $57,735,742.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,606,640.80 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $701,559.57 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................................ → | | $43,167,891.68 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | UNDETERMINED | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $93,931,408.58 | + 91b. $43,167,891.68 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................   $137,099,300.26

**Fill in this information to identify the case:**

**Debtor name:** Charlotte Russe, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10214

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1.**    **Creditor's name and address**

BANK OF AMERICA, N.A.
100 FEDERAL STREET
9TH FL
BOSTON MA 02110

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/27/2005

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority. BANK OF AMERICA HAS A FIRST PRIORITY LIEN ON, AMONG OTHER THINGS, THE DEBTORS' ACCOUNTS, CHATTEL PAPER, INVENTORY, COMMERCIAL TORTS AND GENERAL INTANBIGLES (OTHER THAN INTELLECTUAL PROPERTY) AND A SECOND PRIOIRTY LIEN ON ALL OTHER ASSETS, SUBORDINATE TO JEFFERIES FINANCE, LLC AS AGENT UNDER THE AMENDED & RESTATED CREDIT AGREMEENT DATED AS OF MAY 22, 2013, AS AMENDED, THE "PREPETITION TERM LOAN AGREEMENT" JEFFERIES FINANCE, LLC. THE LIEN OF EMPLOYMENT DEVELOPMENT DEPARTMENT IS SUBORDINATE TO THE LIENS OF BANK OF AMERICA, N.A. AND JEFFRIES FINANCE LLC

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL OF THE DEBTOR'S PERSONAL PROPERTY AND ASSETS AS MORE FULLY DESCRIBED ON EXHIBIT A ATTACHED HERETO, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, AND INCLUDING ALL REPLACEMENTS, SUBSTITUTIONS. ADDITIONS AND ACCESSIONS OF, TO, OR FOR ANY OF THE FOREGOING AND ALL PROCEEDS AND PRODUCTS THEREOF.

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 6/27/2005 IN STATE OF CALIFORNIA AS DOCUMENT # 05-7032208805 AND AS AMENDED BY DOCUMENT #S 10-72316621, 10-72316701,, 10-72326116, 13-73624170, 13-73624173, 15-74440298

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$22,854,000.00    UNDETERMINED

Debtor   **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.2. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|
| | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>PO BOX 826880<br>SACRAMENTO CA 94280 | STATE TAX LIEN - THE AMOUNT OF DELINQUENCY ABOVE SET FORTII SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY. INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED. | UNDETERMINED   UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/4/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 2/4/2015 IN STATE OF CALIFORNIA AS DOCUMENT # 15-7448881379

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|
| | JEFFRIES FINANCE LLC, AS ADMINISTRATIVE AGENT AND AS COLLATERAL AGENT<br>520 MADISON AVENUE<br>NEW YORK NY 10022 | ALL ASSETS OF TIIE DEBTOR. WHETHER NOW EXISTING OR HEREAFTER ACQUIRED OR ARISING, INCLUDING ALL PROCEEDS THEREOF | $89,325,000.00   UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/23/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.1

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 5/23/2013 IN STATE OF CLAIFORNIA AS DOCUMENT # 13-7362419551 AND AS AMENDED BY DOCUMENT # 14-74068220

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4.**    **Creditor's name and address**

TFS LEASING PROGRAM OF DE LAGE
LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/6/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the
same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including
    this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is
    specified on lines: _____

**Describe debtor's property that is subject
to a lien**

ALL EQUIPMENT LEASED OR FINANCED          UNDETERMINED  UNDETERMINED
BY SECURED PARTY TO OR FOR DEBTOR
PURSUANT TO SECURED PARTY'S
CONTRACT NUMBER 25475289,
TOGETHER WITH ALL ADDITIONS,
ATTACHMENTS, ACCESSORIES AND
SUBSTITUTIONS TO OR FOR THE SAME,
AND ALL PROCEEDS OF THE FOREGOING.
LEASE NUMBER 25475289

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 2/6/2017 IN
STATE OF CALIFORNIA AS DOCUMENT #
17-7620669892

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors
(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3.**    **Total of the dollar amounts from Part 1, Column A, including the amounts
from the Additional Page, if any.**                         $112,179,000.00

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be
listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed,
copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | BANK OF AMERICA MERRILL LYNCH<br>MATTHEW POTTER<br>100 FEDERAL STREET<br>BOSTON MA 02110 | Line 2.1 | _____ |
| 3.2. | BANK OF AMERICA, N.A.<br>40 BROAD STREET<br>BOSTON MA 02109 | Line 2.1 | _____ |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 3.3. | CHIPMAN BROWN CICERO & COLE LLP<br>WILLIAM E CHIPMAN, JR.,MARK D OLIVERE<br>HERCULES PLAZA<br>1313 NORTH MARKET ST STE 5400<br>WILMINGTON DE 19801-6101 | Line 2.3 | _____ |
| 3.4. | KING & SPALDING LLP<br>MICHAEL RUPE ESQ<br>1185 6TH AVENUE, 35TH FLOOR<br>NEW YORK NY 10036 | Line 2.3 | _____ |
| 3.5. | KING & SPALDING LLP<br>W. AUSTIN JOWERS;CHRISTOPHER G BOIES<br>1185 6TH AVENUE, 35TH FLOOR<br>NEW YORK NY 10036 | Line 2.3 | _____ |
| 3.6. | KING AND SPALDING LLP<br>MICHAEL R HANDLER,ESQ<br>1185 AVENUE OF THE AMERICAS,35TH FLOOR<br>NEW YORK NY 10036 | Line 2.3 | _____ |
| 3.7. | MORGAN LEWIS & BOCKIUS LLP<br>JULIA FROST-DAVIES<br>ONE FEDERAL STREET<br>BOSTON MA 02110 | Line 2.1 | _____ |
| 3.8. | MORGAN LEWIS & BOCKIUS LLP<br>CHRISTOPHER CARTER<br>ONE FEDERAL STREET<br>BOSTON MA 02110 | Line 2.1 | _____ |
| 3.9. | RICHARDS LAYTON & FINGER PA<br>MARK D COLLINS;BRETT M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | Line 2.1 | _____ |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Charlotte Russe, Inc. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 19-10214 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address**<br><br>ABANIKANDA, DEBRA I<br>1167 WILLMOHR STREET<br>APT 2F<br>BROOKLYN NY 11212 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$57.45 | **Priority amount**<br>$57.45 |
|---|---|---|---|---|
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.2. | **Priority creditor's name and mailing address**<br><br>ABBASI, ARIBA<br>605 GLENWOOD LANE<br>LOMBARD IL 60148 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$90.09 | **Priority amount**<br>$90.09 |
|---|---|---|---|---|
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.3. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ABBOTT, DAEZSHA D<br>1903 N. LINCOLN AVE<br>118<br>URBANA IL 61801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $149.91 | $149.91<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.4. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ABDENOUR, EMILY F<br>4907 UXTON COURT<br>STERLING HEIGHTS MI 48310 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43.66 | $43.66<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.5. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ABDOUNI, YASMINE Y<br>5927 BLACK OAK DR<br>TOLEDO OH 43615 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $63.44 | $63.44<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.6. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ABDRABOU, SHAYMAA H
220 NE 12TH AVE
LOT 48
HOMESTEAD FL 33030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$536.04

**Priority amount**
$536.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.7.    **Priority creditor's name and mailing address**

ABEGUNDE, EMI O
3814 GREAT FALLS COURT
IRVING TX 75062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$85.47

**Priority amount**
$85.47

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.8.    **Priority creditor's name and mailing address**

ABELLA, DENISE M
10781 FGCU SOUTH BRIDGE LOOP B
FORT MYERS FL 33965

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$147.63

**Priority amount**
$147.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

| 2.9. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.9.

**Priority creditor's name and mailing address**

ABINA, MALEAHA R
11100 N HARRISON ST
KC MO 64155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $84.71 | $84.71 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.10.

**Priority creditor's name and mailing address**

ABLES, CHANNING
6811 CURRINGTON CIRCLE
LOUISVILLE KY 40258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,028.77 | $1,028.77 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.11.

**Priority creditor's name and mailing address**

ABNEY, ALEXANDRA H
9706 MARBY GRANGE WAY
BAKERSFIELD CA 93312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $37.80 | $37.80 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.12. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ABORDO, CARMELA<br>309 CATOR AVE<br>JERSEY CITY NJ 07305 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,319.51 | $1,319.51<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| 2.13. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ABOULHOSN, ABIR C<br>14201 WHIRLAWAY PL<br>MIDLOTHIAN VA 23112 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $235.86 | $235.86<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| 2.14. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ABOUNA, FUASTINA H<br>2428 COMMON RD<br>WARREN MI 48092 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $127.65 | $127.65<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

Debtor    **Charlotte Russe, Inc.**                                                                      Case number *(if known)* **19-10214**

| 2.15. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ABREU, ANAILI
12824 SW 28TH ST
MIRAMAR FL 33027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $450.00

**Priority amount** $450.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.16.

**Priority creditor's name and mailing address**

ABREU, ASHLEY M
1857 DUNN COVE DR
APOPKA FL 32703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $249.48

**Priority amount** $249.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.17.

**Priority creditor's name and mailing address**

ABRHAM, EMAN A
33 ILLINOIS AVE
2
SOMERVILLE MA 02145

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $53.40

**Priority amount** $53.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.18. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.18.** **Priority creditor's name and mailing address**

ABRIL, CARLA
5344 GUINEA RD
FAIRFAX VA 22032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $150.00

**Priority amount**   $150.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.19.** **Priority creditor's name and mailing address**

ABUNDIS, EMILLY
1811 76TH STREET
BYRON CENTER MI 49315

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $97.13

**Priority amount**   $97.13

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.20.** **Priority creditor's name and mailing address**

ACEDO, MADILYN H
448 ATLAS PEAK
LAS VEGAS NV 89183

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $25.41

**Priority amount**   $25.41

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.21.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

ACEVEDO, ALYSHA M
39 CEDAR STREET
2
PATERSON NJ 07501

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $211.69 | $211.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.22.** **Priority creditor's name and mailing address**

ACEVEDO, ARACELI
COND PARQUE 228 #100
CALLE DR. VEVE
BAYAMON PR 00961

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $1,488.09 | $1,488.09 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.23.** **Priority creditor's name and mailing address**

ACEVES, REBECA
857 MARSHALL AVE
APT #5
ST PAUL MN 55104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $359.06 | $359.06 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                       Case number *(if known)* **19-10214**

| 2.24. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ACHAN, ASHLEY
424 MORRIS AVE
APT 5D
BRONX NY 10451

*Check all that apply.*                          $339.00          $339.00

☐ Contingent

☐ Unliquidated                                    **Nonpriority amount**

☐ Disputed                                         $0.00

**Date or dates debt was incurred**           **Basis for the claim:**

_____                      WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                               ☐ No
**Specify Code subsection of PRIORITY
unsecured claim:**11 U.S.C. § 507(a) (4)       ☐ Yes

| 2.25. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ACHESON, BROOK
195 JENKINS ROAD
FORT RECOVERY OH 45846

*Check all that apply.*                          $606.30          $606.30

☐ Contingent

☐ Unliquidated                                    **Nonpriority amount**

☐ Disputed                                         $0.00

**Date or dates debt was incurred**           **Basis for the claim:**

_____                      WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                               ☐ No
**Specify Code subsection of PRIORITY
unsecured claim:**11 U.S.C. § 507(a) (4)       ☐ Yes

| 2.26. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ACHURRA, KEISHA M
3812 DAIQUIRI COURT
VIRGINIA BEACH VA 23456

*Check all that apply.*                          $4,500.36        $4,500.36

☐ Contingent

☐ Unliquidated                                    **Nonpriority amount**

☐ Disputed                                         $0.00

**Date or dates debt was incurred**           **Basis for the claim:**

_____                      WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                               ☐ No
**Specify Code subsection of PRIORITY
unsecured claim:**11 U.S.C. § 507(a) (4)       ☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

**2.27.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

ACKERMAN, SARAH J
48 CHERRY AVE
WEST SAYVILLE NY 11796

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $53.40 | $53.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.28.**

**Priority creditor's name and mailing address**

ACKLEY, KAYLA
122 AVERYHILL RD
LEDYARD CT 06339

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $1,447.80 | $1,447.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.29.**

**Priority creditor's name and mailing address**

ACOSTA, ADRIANNA
3031 W DESERT COVE AVE
PHOENIX AZ 85029

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $551.69 | $551.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.30. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ACOSTA, ANYSSA M
7758 LITTLE VALLEY AVE
LAS VEGAS NV 89147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $81.10

**Priority amount**  $81.10

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.31.

**Priority creditor's name and mailing address**

ACOSTA, FELICIA A
1625 GRAND AVE
SPRING VALLEY CA 91977-4331

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $627.90

**Priority amount**  $627.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.32.

**Priority creditor's name and mailing address**

ACOSTA, MARIAH
4009 BARBARA VISTA AVE
ALBUQUERQUE NM 87121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $37.26

**Priority amount**  $37.26

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.33.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | ACOSTA, NATALY<br>8334 W MONTE VISTA<br>PHOENIX AZ 85037 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $641.69 | $641.69<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.34.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | ACOSTA, ODALYS A<br>41 S SHANNON RD<br>APT 11107<br>TUCSON AZ 85745 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $506.75 | $506.75<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.35.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | ACOSTA, R'ANGELA R<br>2065 E DON CARLOS AVE<br>TEMPE AZ 85281 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $213.62 | $213.62<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.36.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ACUNA, JENNY
3286 SW 24 ST
MIAMI FL 33145

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $266.13
Priority amount: $266.13

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.37.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ACUNA, JOANNA L
7593 WOODBINE WAY
SAN DIEGO CA 92114

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $109.80
Priority amount: $109.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.38.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ACUNA, JOLEEN
2103 FORT DONELSON
SAN ANTONIO TX 78245

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $81.20
Priority amount: $81.20

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

| 2.39. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ACUNA, MALIYA R
11022 BENWELL DR.
LYNWOOD CA 90262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $194.88

**Priority amount** $194.88

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.40.    **Priority creditor's name and mailing address**

ADAMACHE, ALEXANDRA
1447 MONDANA PL
PITTSBURG CA 94565

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $459.55

**Priority amount** $459.55

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.41.    **Priority creditor's name and mailing address**

ADAMS, AIYANA M
121-17 GRAYSON STREET
QUEENS NY 11413

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $354.15

**Priority amount** $354.15

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.42. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ADAMS, AMBER C
4580 MARSHALL RUN CIRCLE
101
GLEN ALLEN VA 23059

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $499.68

Priority amount: $499.68

Nonpriority amount: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.43. **Priority creditor's name and mailing address**

ADAMS, BRYTTANY N
1705 S HIGHLAND AVE LOMBARD
NO APARTMENT
LOMBARD IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $33.66

Priority amount: $33.66

Nonpriority amount: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.44. **Priority creditor's name and mailing address**

ADAMS, GIANNA R
432 ROSARIO LANE
WHITE LAKE MI 48386

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,499.76

Priority amount: $1,499.76

Nonpriority amount: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

**2.45.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

ADAMS, KATHERINE M
9300 DAVIS RD S
MOUNT VERNON IN 47620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $100.48 | $100.48 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.46.** **Priority creditor's name and mailing address**

ADAMS, KEYERA R
4909 RAVEL STONE CT
RALEIGH NC 27610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $104.48 | $104.48 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.47.** **Priority creditor's name and mailing address**

ADAMS, LEXUS
7550 TOUCHSTONE ST.
HOUSTON TX 77028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $100.24 | $100.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.48. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.48.**

**Priority creditor's name and mailing address**

ADAMS, SHANEKA L
4320 SAINT JAMES CHURCH ROAD
APT E
RALEIGH NC 27616

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $156.67 | $156.67 |

**Nonpriority amount**

$0.00

---

**2.49.**

**Priority creditor's name and mailing address**

ADAMS, SYDNEY
17538 W 95TH AVE
ARVADA CO 80007

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $174.50 | $174.50 |

**Nonpriority amount**

$0.00

---

**2.50.**

**Priority creditor's name and mailing address**

ADAMS, TARA K
8306 NOBLET RD.
DAVISON MI 48423

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,389.58 | $2,389.58 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.51. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.51.
**Priority creditor's name and mailing address**
ADAMS, TERIA N
3401 ROBEY TER #204
204
SILVER SPRING MD 20904

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim**
$692.58

**Priority amount**
$692.58

**Nonpriority amount**
$0.00

---

2.52.
**Priority creditor's name and mailing address**
ADAMS, TIFFANI K
1215 WISDOM DR
CEDAR HILL TX 75104-7339

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim**
$2,384.23

**Priority amount**
$2,384.23

**Nonpriority amount**
$0.00

---

2.53.
**Priority creditor's name and mailing address**
ADDERHOLD, DAVID S
340 HUCKLEBERRY HILLS LANE
TUSCUMBIA AL 35674

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim**
$107.74

**Priority amount**
$107.74

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.54. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ADDIS, CECILE B
10345 ALMAYO AVENUE
106
LOS ANGELES CA 90064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $228.96

**Priority amount**  $228.96

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.55. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ADDISON-BISHOP, SYDNEY N
2903 MANSFIELD ST
ROANOKE VA 24012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $192.86

**Priority amount**  $192.86

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.56. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ADELSTEIN, HIILANI K
94-337 ANANIA DRIVE
10
MILILANI HI 96789

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $247.23

**Priority amount**  $247.23

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

**2.57.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ADEMOVIC, AMINA
250 PARDELLA AVE
SAINT LOUIS MO 63125

| | | As of the petition filing date, the claim is: *Check all that apply.* | Total claim $227.04 | Priority amount $227.04 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.58.** **Priority creditor's name and mailing address**

ADIAN, TABITHA M
1409 E CRESTWOOD DR
VICTORIA TX 77901-3411

**As of the petition filing date, the claim is:** *Check all that apply.*

| | Total claim | Priority amount |
| | $43.62 | $43.62 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.59.** **Priority creditor's name and mailing address**

ADKINS, HANNAH E
4202 RIVER ROAD
VIENNA WV 26105

**As of the petition filing date, the claim is:** *Check all that apply.*

| | Total claim | Priority amount |
| | $117.43 | $117.43 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

| 2.60. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.60.

**Priority creditor's name and mailing address**

ADKINS, JILL A
8745 OLENMEAD DR
LEWIS CENTER OH 43035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$5,455.07

**Priority amount**
$5,455.07

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.61.

**Priority creditor's name and mailing address**

ADU-AMANFOH, DEANNA F
29 CEDARGROVE AVENUES
LAKE GROVE NY 11755

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$173.16

**Priority amount**
$173.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.62.

**Priority creditor's name and mailing address**

AFEDZIE, MAAME ESI A
100 STATE STREET
CORINNE TOWERS
FRAMINGHAM MA 01701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$260.88

**Priority amount**
$260.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.63. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.63.** | **Priority creditor's name and mailing address**

AGPAOA, MARIONE JANEL M
PO BOX 331212
KAHULUI HI 96733

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $229.07 | $229.07 |

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.64.** | **Priority creditor's name and mailing address**

AGRAMONTE, THAIS A
4522 D STREET
PHILADELPHIA PA 19120

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $112.75 | $112.75 |

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.65.** | **Priority creditor's name and mailing address**

AGUILAR, AMBER D
42200 MAIN STREET APT 61
TEMECULA CA 92590

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $225.84 | $225.84 |

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.66. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.66.  **Priority creditor's name and mailing address**

AGUILAR, CITLALLI
211 DARBY TRAILS DR
SUGAR LAND TX 77479

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $75.95 | $75.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.67.  **Priority creditor's name and mailing address**

AGUILAR, KAREN
11517 HUMBOLDT ST
NORTHGLENN CO 80233

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $236.10 | $236.10 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.68.  **Priority creditor's name and mailing address**

AGUILAR, LESLI
5040 MARIN CIRCLE
LAS VEGAS NV 89122

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $54.45 | $54.45 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.69. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

AGUILAR, MYKA M
5711 MARIETTA DR
ARLINGTON TX 76017

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $149.58
Priority amount: $149.58

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.70. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

AGUILAR, PERLA
1109 FELECITA RD
ARVIN CA 93203

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $609.18
Priority amount: $609.18

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.71. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

AGUILAR, STEPHANIE G
4531 KAY PL
LAS VEGAS NV 89107

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $418.50
Priority amount: $418.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.72. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

AGUILAR-CARBAJAL, YATZIRI
5100 N HWY 99
#44
STOCKTON CA 95212

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $171.11

**Priority amount**  $171.11

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.73.    **Priority creditor's name and mailing address**

AGUILERA, ANA
24505 JENKINS DR
MORENO VALLEY CA 92553-3964

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $561.00

**Priority amount**  $561.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.74.    **Priority creditor's name and mailing address**

AGUILERA, ARABIA F
2405 SOUTHERN BOULEVARD
13A
BRONX NY 10458

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $186.00

**Priority amount**  $186.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.75. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.75.

**Priority creditor's name and mailing address**

AGUIRRE, CELESTE A
618 OAK AVE
AURORA IL 60506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$173.50

**Priority amount**
$173.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.76.

**Priority creditor's name and mailing address**

AGUIRRE, GABRIELLA P
65 COUGAR PLACE
NORTH LIBERTY IA 52317

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$95.46

**Priority amount**
$95.46

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.77.

**Priority creditor's name and mailing address**

AGUSTIN, ROSA
2308 PEARSON CT
C
LAS VEGAS NV 89106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$161.94

**Priority amount**
$161.94

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.78. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.78.** **Priority creditor's name and mailing address**

AHMED, DOUACHAI
1054 MARGARET STREET
SAINT PAUL MN 55106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,116.77

**Priority amount**
$1,116.77

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.79.** **Priority creditor's name and mailing address**

AHMED, MARIA
8900 SUNSET PARK LN
CONROE TX 77302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$102.60

**Priority amount**
$102.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.80.** **Priority creditor's name and mailing address**

AHMED, TAJRIAN
76 LAWRENCE AVENUE
DANBURY CT 06810

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$38.38

**Priority amount**
$38.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

| 2.81. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.81.** **Priority creditor's name and mailing address**

AIKEN, KIANA
3966 HERITAGE CROSSING PL SW
POWDER SPRINGS GA 30127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,291.22 | $1,291.22 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.82.** **Priority creditor's name and mailing address**

AIOUB, HADEEL
125 BUCKINGHAM WAY
MOUNT LAUREL NJ 08054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $73.72 | $73.72 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.83.** **Priority creditor's name and mailing address**

AJA-CLEMONS, ALEXUS B
4817 ASHBROOK PL
LAS VEGAS NV 89147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $171.40 | $171.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.84. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.84.**

**Priority creditor's name and mailing address**

AKINYI, MONICA N
12116 GREENWAY CT
#101
FAIRFAX VA 22033

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $144.00 | $144.00 |
| | **Nonpriority amount** |
| | $0.00 |

**2.85.**

**Priority creditor's name and mailing address**

AKRAM, MIKAL A
9122 STEEL STREET
DETROIT MI 48228

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $516.65 | $516.65 |
| | **Nonpriority amount** |
| | $0.00 |

**2.86.**

**Priority creditor's name and mailing address**

AKSAMITOWSKI, SKYLAR E
225 DUNDEE AVE UNIT 16
GREELEY CO 80634

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $55.72 | $55.72 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.87.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

AL, JARAH TEBA
8 FULLER PLACE UNIT 203
8 FULLER PLACE
ESSEX JUNCTION VT 05452

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $261.63

**Priority amount**   $261.63

**Nonpriority amount**   $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.88.** | **Priority creditor's name and mailing address**

ALANIS, GISELLA
2247 S 33RD ST
MILWAUKEE WI 53215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $166.85

**Priority amount**   $166.85

**Nonpriority amount**   $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.89.** | **Priority creditor's name and mailing address**

ALANIZ, CYNTHIA N
490 E F ST
COLTON CA 92324

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $31.56

**Priority amount**   $31.56

**Nonpriority amount**   $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.90.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

ALANIZ, THALIA B
341 YOLANDA DR
EL PASO TX 79915

*Check all that apply.*

Total claim: $552.42
Priority amount: $552.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.91.** **Priority creditor's name and mailing address**

ALANYA, KATHERINE
39 WILSON ST
BRENTWOOD NY 11717

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Total claim**    **Priority amount**

$62.40    $62.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.92.** **Priority creditor's name and mailing address**

ALBA, CRISTAL
715 GENEVIEVE DR
SOUTH ELGIN IL 60177

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Total claim**    **Priority amount**

$92.81    $92.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

2.93.  **Priority creditor's name and mailing address**

ALBARELLA, VERONICA
189 CLINTON STREET
WOODBRIDGE NJ 07095

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $122.75 | $122.75 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.94.  **Priority creditor's name and mailing address**

ALBERT URESTI MPA
BEXAR COUNTY TAX ASSESSOR-COLLECTOR
PO BOX 2903
SAN ANTONIO TX 78299-2903

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $11,181.29 | $11,181.29 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.95.  **Priority creditor's name and mailing address**

ALCALA, MURILLO ELIZABETH
3717 BECK AVE
BELL CA 90201

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $158.88 | $158.88 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.96.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

**Priority creditor's name and mailing address**

ALCARAZ, CHELSEA-MALIAH D
590 FARRINGTON HWY 524-247
KAPOLEI HI 96707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $73.55 | $73.55 |

| | **Nonpriority amount** |
| --- | --- |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.97.** **Priority creditor's name and mailing address**

ALCON, MONICA G
126 RALEIGH ST.
DENVER CO 80219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $324.45 | $324.45 |

| | **Nonpriority amount** |
| --- | --- |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.98.** **Priority creditor's name and mailing address**

ALDERMAN, ANDREA N
13947 GROVE PARK DR.
STERLING HEIGHTS MI 48313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $327.00 | $327.00 |

| | **Nonpriority amount** |
| --- | --- |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| 2.99. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ALDRICH, ALLYSSA M
6439 BENTON RD
PADUCAH KY 42003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $334.25

**Priority amount** $334.25

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.100.  **Priority creditor's name and mailing address**

ALEGRIA, ANAHI
3100 S MAIN ST APT 4C
SANTA ANA CA 92707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $247.32

**Priority amount** $247.32

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.101.  **Priority creditor's name and mailing address**

ALEJANDRO, ALEXANDRA
BB9 CALLE D
CALLE D BB-9
TOA BAJA PR 00949-5350

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,100.78

**Priority amount** $2,100.78

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.102. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.102.**
**Priority creditor's name and mailing address**

ALEMAN, CYNTHIA N
1400 NIMITZ WAY
MESQUITE TX 75181

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $32.75 | $32.75 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.103.**
**Priority creditor's name and mailing address**

ALEXANDER, CHLOE
9535 EAST 10TH STREET
INDIANAPOLIS IN 46229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $253.56 | $253.56 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.104.**
**Priority creditor's name and mailing address**

ALEXANDER, DANIELLE
3453 PARKRIDGE PLACE
LAS CRUCES NM 88005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $481.17 | $481.17 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.105. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALEXANDER, D'BRIA M<br>336 LAUREN CIRCLE DRIVE<br>ENGLEWOOD OH 45322 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $197.85 | $197.85<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.106. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALEXANDER, JOHRDAN<br>4839 HARVEST RD.<br>COLORADO SPRINGS CO 80917 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $424.01 | $424.01<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.107. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALEXANDER, LAKENYA J<br>9603 CUSTER RD<br>APT 1511<br>PLANO TX 75025 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $205.51 | $205.51<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.108.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| | ALEXANDER, MIYA I<br>383 HEWES STREET<br>APT. 1B<br>BROOKLYN NY 11211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $183.45 | $183.45

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.109.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| | ALEXANDER, TIFFANY N<br>10014 MOORGATE AVE<br>APT. 202<br>SPOTSYLVANIA VA 22553 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $86.81 | $86.81

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.110.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| | ALEXIS, KYLAH<br>98A MALLETS BAY AVENUE<br>WINOOSKI VT 05403 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $418.42 | $418.42

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.111.**   **Priority creditor's name and mailing address**

ALEXIS-BRASWELL, WOODLYNE D
8618 WISSAHICKON AVE
PHILADELPHIA PA 19128

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,451.51 | $1,451.51 |

| Nonpriority amount |
|---|
| $0.00 |

**2.112.**   **Priority creditor's name and mailing address**

ALFARO, JAQUELINE M
14975 E 50TH PLACE
DENVER CO 80239

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $176.04 | $176.04 |

| Nonpriority amount |
|---|
| $0.00 |

**2.113.**   **Priority creditor's name and mailing address**

ALFARO, STEFFANE V
11026 TIARA ST
NORTH HOLLYWOOD CA 91601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.60 | $72.60 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.114.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.114.** **Priority creditor's name and mailing address**

ALFORD, GINA M
2011 INVERTON RD
DUNDALK MD 21222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $2,459.87 | $2,459.87 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.115.** **Priority creditor's name and mailing address**

ALI, BAHIA
2609 DALITY DR
RALEIGH NC 27604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $64.89 | $64.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.116.** **Priority creditor's name and mailing address**

ALIC, LEJLA
9322 LONGHORN CT
FAIRDALE KY 40118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $304.58 | $304.58 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                     Case number *(if known)* **19-10214**

| 2.117. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AL-IEDANI, DINA<br>1200 E OLD SETTLERS BLVD.<br>1018<br>ROUND ROCK TX 78864 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $88.56 | $88.56 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

---

| 2.118. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALINDA, MYKELA A<br>21819 E 141ST ST S<br>COWETA OK 74429 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94.53 | $94.53 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

---

| 2.119. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALIP, CHARISSE<br>1727 SCOTT RD<br>APT M<br>BURBANK CA 91504 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $233.76 | $233.76 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| 2.120. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.120.** **Priority creditor's name and mailing address**

ALLAH, KANDACE
2937 FREDRICK DOUGLAS BLVD
APT 260
NEW YORK NY 10039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $265.50 | $265.50 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.121.** **Priority creditor's name and mailing address**

ALLAIRE, CHRISTINA R
714 OVERBROOK DRIVE
FORT WALTON BEACH FL 32547

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $101.94 | $101.94 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.122.** **Priority creditor's name and mailing address**

ALLARD, KACEE J
5205 WEST THUNDERBIRD ROAD
APARTMENT 2216
GLENDALE AZ 85306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $78.32 | $78.32 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.123.**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| ALLARD, KAYLA M<br>94 GLEN RD<br>BURLINGTON VT 05401-4134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $116.42 | $116.42 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

---

**2.124.**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| ALLEN, ALEXA I<br>2300 REBSAMEN PARK RD<br>E317<br>LITTLE ROCK AR 72202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,163.44 | $1,163.44 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

---

**2.125.**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|
| ALLEN, BRITTNEY A<br>7575 EL CAJON BLVD APT10<br>LA MESA CA 91942 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $139.80 | $139.80 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.126. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.126.  **Priority creditor's name and mailing address**

ALLEN, JASMINE S
8401 MEMORIAL LN. APT 7338
PLANO TX 75024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $110.55 | $110.55 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.127.  **Priority creditor's name and mailing address**

ALLEN, MEGAN
1815 WATERS EDGE DRIVE
TOMS RIVER NJ 08753

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,242.90 | $1,242.90 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.128.  **Priority creditor's name and mailing address**

ALLEN, MEGAN N
616 S FAIRVIEW AVE
LANSING MI 48912

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $2,849.99 | $2,849.99 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.129. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.129.**

**Priority creditor's name and mailing address**

ALLEN, RHEAGAN L
2525 SHILOH ROAD
LOT 290
TYLER TX 75703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $149.20 | $149.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.130.**

**Priority creditor's name and mailing address**

ALLEN, SYMONE
408 S MAIN ST.
3
BEEBE AR 72012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $416.48 | $416.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.131.**

**Priority creditor's name and mailing address**

ALLEN, TYLER A
11212 WESTPARK DR
#623
HOUSTON TX 77042

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $182.08 | $182.08 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.132. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALLESHOUSE, LEIGHA R<br>270 COUNTY ROUTE 52<br>GREENWICH NY 12834 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $207.94 | $207.94 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

| 2.133. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALLEY, JAYDEN<br>3312 COLLEGE AVE<br>TERRE HAUTE IN 47803 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $105.42 | $105.42 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

| 2.134. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALLICK, KNIYAH M<br>1889 S KIRKMAN RD<br>621<br>ORLANDO FL 32811 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $136.00 | $136.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.135. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.135.**

**Priority creditor's name and mailing address**

ALLIN, ALEXANDRA C
4313 E GREENWAY
PHOENIX AZ 85032

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $3,114.18 | $3,114.18 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.136.**

**Priority creditor's name and mailing address**

ALLISON, KIMBERLY C
903 VINE STREET
DALLAS CENTER IA 50063

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,952.14 | $2,952.14 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.137.**

**Priority creditor's name and mailing address**

ALLOTEY, ALELEAH N
1727 NE ROSA PARKS WAY
PORTLAND OR 97211

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $213.57 | $213.57 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.138. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.138.    **Priority creditor's name and mailing address**

ALLRED, SOPHIE M
7702 CALLE DE ALCALDE
PINE VALLEY CA 91962-1382

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $224.88

**Priority amount**    $224.88

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.139.    **Priority creditor's name and mailing address**

ALLY, SALINA
282 PARAMARIBO ST
PUNTA GORDA FL 33983-5853

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $300.44

**Priority amount**    $300.44

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.140.    **Priority creditor's name and mailing address**

ALMAGER, RAY GREGORY O
519 KEELER ST.
SPUR TX 79370

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $3,009.27

**Priority amount**    $3,009.27

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.141. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALMAGUER, ESTREA V<br>4398 E. 94TH PL<br>THORNTON CO 80229 | *Check all that apply.*<br>☐ Contingent | $158.07 | $158.07 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.142. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ALMANZA, DANIELA
3282 SENTINEL CIR
LAWRENCEVILLE GA 30043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$621.08    $621.08

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.143. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ALMANZA, JACQUELINE L
3444 E SANTA FE LN
GILBERT AZ 85297

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$66.00    $66.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.144.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $1,610.52 | $1,610.52

ALMANZA, MARICELA D
723 WATSON ST
AURORA IL 60505-5245

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                              ☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

---

**2.145.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $2,187.59 | $2,187.59

ALMANZA, SANTANA M
4466 LARK AVE.
SAN ANTONIO TX 78228-6007

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                              ☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

---

**2.146.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $507.26 | $507.26

ALMANZAR, BRIANNA M
1312 BURKEDALE DR.
PORT LAVACA TX 77979

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                              ☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.147.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ALMEIDA, ALEXANDRIA
232 BROAD STREET APT 2
BRIDGEWATER MA 02324

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $249.84

**Priority amount** $249.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.148.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ALMEIDA, ISABELLA C
9119 ORCHID SHADE DR.
EL DORADO HILLS CA 95762

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $179.76

**Priority amount** $179.76

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.149.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ALMENDARES, NICOLE R
510 BLUE SAGE PL.
SIMPSONVILLE SC 29680

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $284.95

**Priority amount** $284.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.150.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ALMODOVAR, SERENA N
1564 ARBORWOOD CIRCLE
ROMEOVILLE IL 60446

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $40.43

**Priority amount:** $40.43

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.151.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

ALNASER, MELISSA M
1037 E 12 MILE RD
MADISON HEIGHTS MI 48071

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $660.47

**Priority amount:** $660.47

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.152.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

ALOMAR, DEEMA O
2440 JEAN MARIE ST
CORONA CA 92882

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $184.56

**Priority amount:** $184.56

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.153. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALONSO, MAITE<br>8221 JESUS BAZAN ST.<br>MONTE ALTO TX 78538 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $99.68 | $99.68 |

Nonpriority amount

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.154. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALONZO, ALEXIA<br>888 NW 25TH AVE<br>MIAMI FL 33125 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $211.23 | $211.23 |

Nonpriority amount

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.155. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALSTON, ZAQUEALA<br>1600 EAST WASHINGTON BLVD<br>FORT WAYNE IN 46803 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64.32 | $64.32 |

Nonpriority amount

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.156.** **Priority creditor's name and mailing address**

ALTAMIRANO, EDITH
7905 FLORENCE ST
LAMONT CA 93241

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $187.80 | $187.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.157.** **Priority creditor's name and mailing address**

ALTIERI, BRENDA
4224 S 76TH AVE
PHOENIX AZ 85043

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.05 | $138.05 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.158.** **Priority creditor's name and mailing address**

ALTIMEMY, MARWA
10005 ROCKWELL TERRACE
OKLAHOMA CITY OK 73162

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.69 | $138.69 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.159.** **Priority creditor's name and mailing address**

ALTOMONTE, ALEXIS M
6 GRENOBLE CT
MATAWAN NJ 07747

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $880.26 | $880.26 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**2.160.** **Priority creditor's name and mailing address**

ALVA, CLARISSA N
116 MEADOW DRIVE
CONVERSE TX 78109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $214.40 | $214.40 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**2.161.** **Priority creditor's name and mailing address**

ALVARADO, ABI P
5281 BERKSHIRE CT
APT 9
STEPHENS CITY VA 22655

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $740.91 | $740.91 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.162.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALVARADO, ASHLEY<br>8759 W. STATE AVE<br>GLENDALE AZ 85305 | ☐ Contingent | $139.04 | $139.04 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

**2.163.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALVARADO, CASSANDRA M<br>2520 W WHITENDALE AVE<br>VISALIA CA 93277 | ☐ Contingent | $666.54 | $666.54 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

**2.164.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALVARADO, DAIANNY<br>1745 WELLS RD.<br>124<br>ORANGE PARK FL 32073 | ☐ Contingent | $188.49 | $188.49 |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.165. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.165.**

**Priority creditor's name and mailing address**

ALVARADO, JACQUELINE
2310 W 29TH PL
LOS ANGELES CA 90018

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $234.27

**Priority amount** $234.27

**Nonpriority amount** $0.00

---

**2.166.**

**Priority creditor's name and mailing address**

ALVARADO, KARLY
35 CHESTNUTHILL AVE
CRANSTON RI 02920

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $93.24

**Priority amount** $93.24

**Nonpriority amount** $0.00

---

**2.167.**

**Priority creditor's name and mailing address**

ALVARADO, MONTSERRAT
31600 126TH AVE SE SPC 120
AUBURN WA 98092

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $133.08

**Priority amount** $133.08

**Nonpriority amount** $0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

**2.168.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ALVARADO, SARAI
436 BROOKSHIRE DR
COLUMBIA SC 29210

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $177.06

**Priority amount** $177.06

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.169.** **Priority creditor's name and mailing address**

ALVARADO, YARELI
5972 PEDRICK ROAD
DIXON CA 95620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $423.48

**Priority amount** $423.48

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.170.** **Priority creditor's name and mailing address**

ALVARENGA, GABRIELA Y
14593 EARLHAM CT
WOODBRIDGE VA 22193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $72.75

**Priority amount** $72.75

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.171. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | ALVAREZ, CAITLIN<br>8451 MEADOW WING CIRCLE<br>COLORADO SPRINGS CO 80927 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $25.22 | $25.22<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | | |

| 2.172. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | ALVAREZ, DIOSELIN<br>9195 PORTLAND RD NE<br>7<br>SALEM OR 97305 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $424.58 | $424.58<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | | |

| 2.173. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | ALVAREZ, FATIMA<br>1741 CONCORD DR<br>MARIETTA GA 30060 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $196.47 | $196.47<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | | |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.174.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

ALVAREZ, JACKELINE
6619 HUNTSMAN BLVD
SPRINGFIELD VA 22152

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $132.52
Priority amount: $132.52

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.175.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

ALVAREZ, JEZAIDA
919 SE MLK JR BLVD
STUART FL 34994

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $171.48
Priority amount: $171.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.176.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

ALVAREZ, JULIA
320 FRANCISCAN CT
APT. #17
FREMONT CA 94539

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $137.40
Priority amount: $137.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.177. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.177. Priority creditor's name and mailing address**

ALVAREZ, KELLY S
9 CANTON ST
PROVIDENCE RI 02908

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $83.95 | $83.95 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.178. Priority creditor's name and mailing address**

ALVAREZ, MIREYA
5612 RYEGRASS DR
ROCKFORD IL 61102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $124.25 | $124.25 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.179. Priority creditor's name and mailing address**

ALVAREZ, NANCY I
1441 DETROIT AVE
242
CONCORD CA 94520

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $459.14 | $459.14 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

| 2.180. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALVAREZ, VALERIA | *Check all that apply.* | $380.70 | $380.70 |
| | 19 EVERETT ST. | ☐ Contingent | | |
| | 2 | ☐ Unliquidated | | **Nonpriority amount** |
| | EAST BOSTON MA 02128 | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.181. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALVELO, EMILY G | *Check all that apply.* | $447.35 | $447.35 |
| | 1126 WILLOW AVENUE | ☐ Contingent | | |
| | HOBOKEN NJ 07030 | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.182. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AMANDA, TIFFANY | *Check all that apply.* | $189.51 | $189.51 |
| | 75 RAINTREE LANE | ☐ Contingent | | |
| | ORMOND BEACH FL 32174 | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.183. **Priority creditor's name and mailing address**

AMARAL, JENNA M
28 TANGLEWOOD DR
NEW BEDFORD MA 02740

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $263.76 | $263.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.184. **Priority creditor's name and mailing address**

AMATO, ADDISON
3405 W LONE CACTUS DR.
PHOENIX AZ 85027

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $496.87 | $496.87 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.185. **Priority creditor's name and mailing address**

AMAYA, RIVAS ELIZABETH
1650 WEST CHESTER PIKE APT M-H
M-H 2
WEST CHESTER PA 19465

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $398.56 | $398.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

**2.186.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

AMBRIS, DAISY M
3516 CHAPS RANCH AVE
NORTH LAS VEGAS NV 89031

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $203.53

Priority amount: $203.53

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.187.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

AMBRIZ, PAULINA E
4143 N PERSHING AVENUE
STOCKTON CA 95207

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $138.60

Priority amount: $138.60

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.188.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

AMBRIZ, YADIRA
3909 ALMEDA GENOA
HOUSTON TX 77047

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $296.40

Priority amount: $296.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.189. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.189.   **Priority creditor's name and mailing address**

AMERICA, SADE
6031 LANCELOT LN SE
SMYRNA GA 30080-5766

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $2,389.14

**Priority amount** $2,389.14

**Nonpriority amount** $0.00

---

2.190.   **Priority creditor's name and mailing address**

AMES, ABIGAIL A
325 COLLINWOOD LOOP
FOLEY AL 36535

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $762.36

**Priority amount** $762.36

**Nonpriority amount** $0.00

---

2.191.   **Priority creditor's name and mailing address**

AMES, CONSUELO
29311 KICKAPOO MEADOWS LN
WALLER TX 77484

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $248.82

**Priority amount** $248.82

**Nonpriority amount** $0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.192. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AMESQUITA, ELIZABETH<br>5350 N. NOTTINGHAM AVE.<br>CHICAGO IL 60656 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $160.95 | $160.95 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.193. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AMMONS, JENNA L<br>38270 SE COUPLAND RD<br>ESTACADA OR 97023 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $192.12 | $192.12 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.194. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AMRULLAH, MALIYAH J<br>5012 BIRKENHEAD RD<br>JACKSONVILLE FL 32210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $108.88 | $108.88 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.195. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

AMTHOR, LAEL D
302 RED BUD CIRCLE
BRUCEVILLE TX 76630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $121.67
Priority amount: $121.67

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.196.    **Priority creditor's name and mailing address**

AN, SAMMARY
730 BEDLOW DR
STOCKTON CA 95210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $257.40
Priority amount: $257.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.197.    **Priority creditor's name and mailing address**

ANANG, MICHAELA I
15317 WILFORD WAY
EDMOND OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $47.63
Priority amount: $47.63

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.198.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

ANAYA, BEATRIZ
12524 S TRUMBULL AVE
ALSIP IL 60803

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $268.51 | $268.51 |

| Nonpriority amount |
| --- |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.199.** **Priority creditor's name and mailing address**

ANDERSEN, STEPHANIE L
3842 E 127TH LN
THORNTON CO 80241

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $533.65 | $533.65 |

| Nonpriority amount |
| --- |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.200.** **Priority creditor's name and mailing address**

ANDERSON, ALECIA
1455 WASHINGTON BLVD
405
STAMFORD CT 06902

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $121.91 | $121.91 |

| Nonpriority amount |
| --- |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.201. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ANDERSON, ASHLEY M
54 9TH AVENUE
D
HUDSON FALLS NY 12839

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $387.84

**Priority amount** $387.84

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.202.    **Priority creditor's name and mailing address**

ANDERSON, CHARITY V
2491 ELIZABETH PIKE
MINERAL WELLS WV 26150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $35.18

**Priority amount** $35.18

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.203.    **Priority creditor's name and mailing address**

ANDERSON, DARA A
1147 SOUTHVIEW DR APT 201
201
OXON HILL MD 20745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $94.07

**Priority amount** $94.07

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.204. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.204.    **Priority creditor's name and mailing address**

ANDERSON, DEANNA G
4948 AVENUE A
RAPID CITY SD 57701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $298.39

**Priority amount**    $298.39

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.205.    **Priority creditor's name and mailing address**

ANDERSON, DENISE
541 BRIDLE RIDGE
204
RALEIGH NC 27609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $76.86

**Priority amount**    $76.86

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.206.    **Priority creditor's name and mailing address**

ANDERSON, DESTINY U
521 ROWDY DR
ROYCE CITY TX 75189

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $219.99

**Priority amount**    $219.99

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.207.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

| | ANDERSON, JADA<br>302 CORDELIA WAY<br>FLORENCE AL 35633 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $124.70 | $124.70<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.208.** **Priority creditor's name and mailing address**

ANDERSON, JAYME L
5584 HARDY AVE
107
SAN DIEGO CA 92115

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $51.84 | $51.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.209.** **Priority creditor's name and mailing address**

ANDERSON, JORDAN A
17350 MAX RD
PEYTON CO 80831

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $265.29 | $265.29 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

| 2.210. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.210.  **Priority creditor's name and mailing address**

ANDERSON, LAUREN
810 N ANDALUSIA WAY
MOUNTAIN HOUSE CA 95391

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$575.86

**Priority amount**
$575.86

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.211.  **Priority creditor's name and mailing address**

ANDERSON, LISA L
2007 BLOSSOM VALLEY CT
MT JULIET TN 37122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$754.85

**Priority amount**
$754.85

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.212.  **Priority creditor's name and mailing address**

ANDERSON, MADISON L
11302 MERCEDES
REDFORD MI 48239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$399.33

**Priority amount**
$399.33

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

**2.213.**   **Priority creditor's name and mailing address**

ANDERSON, MEGHAN L
100 VIA ROYALE APT 109
JUPITER FL 33458

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $8,045.05 | $8,045.05 |

| Nonpriority amount |
|---|
| $0.00 |

**2.214.**   **Priority creditor's name and mailing address**

ANDERSON, MORGAN
255 HONEYSUCKLE CIRCLE
APT 1007
LAWRENCEVILLE GA 30046

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $37.60 | $37.60 |

| Nonpriority amount |
|---|
| $0.00 |

**2.215.**   **Priority creditor's name and mailing address**

ANDERSON, SHAYLA
717 EAST MARIETTA AVE
PEORIA HEIGHTS IL 61616

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.35 | $31.35 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.216.** **Priority creditor's name and mailing address**

ANDRADE, DEJA S
20 WESTMINSTER STREET
L1
BOSTON MA 02136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $54.24 | $54.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.217.** **Priority creditor's name and mailing address**

ANDRADE, IMELDA M
1867 HACIENDA AVE
LAS VEGAS NV 89119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $453.92 | $453.92 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.218.** **Priority creditor's name and mailing address**

ANDRADE, ISABELLA M
12701 N PENNSYLVANIA AVE.
268 N
OKLAHOMA CITY OK 73120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $85.40 | $85.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

**2.219.** **Priority creditor's name and mailing address**

ANDRADE, REYNA
5447 29TH PL SW
NAPLES FL 34116

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,164.98 | $1,164.98 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.220.** **Priority creditor's name and mailing address**

ANDRADE, TERESA P
106 SUMNER STREET
QUINCY MA 02169

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $195.60 | $195.60 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.221.** **Priority creditor's name and mailing address**

ANDRADES, ANYARIS
CALLE 39
JARDINES DE CO
CAROLINA PR 00983

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.61 | $36.61 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.222. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.222.**   **Priority creditor's name and mailing address**

ANDREWS, BRIANA
667 LAKE FOREST LANE P12
NORTON SHORES MI 49441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $432.04

**Priority amount**    $432.04

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.223.**   **Priority creditor's name and mailing address**

ANDREWS, DIAMOND D
668 RUTLAND ROAD
3B
BROOKLYN NY 11203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $62.55

**Priority amount**    $62.55

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.224.**   **Priority creditor's name and mailing address**

ANDREWS, NATOSHA L
104 GREENGABLE WAY
CHESAPEAKE VA 23322

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $2,606.96

**Priority amount**    $2,606.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.225.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| ANDRUS, BRIANNA S | | $41.11 | $41.11
| 615 BURLINGTON CT | ☐ Contingent | |
| EDGEWOOD MD 21040 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.226.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| ANDUJAR, RIOS KARLA M | | $181.99 | $181.99
| 15234 HARRINGTON COVE DR | ☐ Contingent | |
| ORLANDO FL 32824 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.227.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| ANGEL, JESSICA L | | $338.04 | $338.04
| 4195 SYCAMORE DR | ☐ Contingent | |
| SAN DIEGO CA 92105 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

**2.228.** **Priority creditor's name and mailing address**

ANGELES, JASMINE C
6319 BETSY ROSS CT
CENTERVILLE VA 20121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $88.80 | $88.80 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.229.** **Priority creditor's name and mailing address**

ANGUIANO, ANGELICA C
1500 SW PLASS AVE.
TOPEKA KS 66604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,706.39 | $2,706.39 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.230.** **Priority creditor's name and mailing address**

ANGUIANO, JASMINE A
240 E. TRIDENT DR.
PITTSBURG CA 94565

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $166.44 | $166.44 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.231.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ANGUIANO, KARINA
1100 HUNTER DR
ELGIN IL 60120

*Check all that apply.*

$3,724.60 | $3,724.60

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed
                                                    $0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____                        WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**

                                                ☐ No
**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.232.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ANGULO, LEXEE RAE
13403 WEST CITRUS COURT
LITCHFIELD PARK AZ 85340

*Check all that apply.*

$48.62 | $48.62

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed
                                                    $0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____                        WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**

                                                ☐ No
**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.233.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ANN HARRIS BENNETT
TAX ASSESSOR-COLLECTOR
PO BOX 4622
HOUSTON TX 77210-4622

*Check all that apply.*

$13,510.04 | $13,510.04

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed
                                                    $0.00

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         TAXES

**Last 4 digits of account number:**           **Is the claim subject to offset?**

                                                ☑ No
**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

**2.234.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ANTANTIS, ALYSSA M<br>921 2ND STREET 15136<br>MCKEES ROCKS PA 15136 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59.59 | $59.59<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

---

**2.235.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ANTENOR, ASHLEY<br>408 KELLER AVENUE<br>ELMONT NY 11003 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $170.04 | $170.04<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

---

**2.236.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ANTHONY, COURTNEY<br>2932 HUNTER RIDGE DRIVE<br>APT 108<br>BIRMINGHAM AL 35235 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $371.74 | $371.74<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| 2.237. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.237.** **Priority creditor's name and mailing address**

ANTONIO, ALEAH V
11011 PALMS BLVD.
201
LOS ANGELES CA 90034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** | **Priority amount**
$190.54 | $190.54

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.238.** **Priority creditor's name and mailing address**

ANTONIO, MARISELA
1723 CORINTH AVE
APT 4
LOS ANGELES CA 90025-6745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** | **Priority amount**
$180.63 | $180.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.239.** **Priority creditor's name and mailing address**

ANTONUCCI, KELLY
241 KNICKERBOCKER DR
PITTSBURGH PA 15235-4726

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** | **Priority amount**
$510.25 | $510.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.240.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ANTUNEZ, TORRES JANETH<br>1711 GESSNER RD APT 92<br>HOUSTON TX 77080 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $97.92 | $97.92 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.241.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ANTWI, SARAH B<br>12866 MCCARTHY CIRCLE<br>PHILADELPHIA PA 19154 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $66.30 | $66.30 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.242.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | APAIRCIO, ALESSANDRA<br>88 GEORGE STREET<br>3R<br>BROOKLYN NY 11206 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $121.05 | $121.05 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.243. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.243.** **Priority creditor's name and mailing address**

APARICIO, MITZY J
19902 APPLE RIDGE PL
MONTGOMERY VILLAGE MD 20886

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $138.01 | $138.01 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.244.** **Priority creditor's name and mailing address**

APEL, SABRINA I
50A MORRIS ST.
REVERE MA 02151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $54.00 | $54.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.245.** **Priority creditor's name and mailing address**

APONTE, MELENY D
39 WILSON ST
BRENTWOOD NY 11717

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $572.62 | $572.62 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

| 2.246. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.246.**

**Priority creditor's name and mailing address**

APPLE-VONJAROSCHKAPOHL, TAELOR A
1701 E COTATI AVE
#99
ROHNERT PARK CA 94928

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $144.24 | $144.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.247.**

**Priority creditor's name and mailing address**

APUNA-BOYD, KUUIPO
450 KAAO CIRCLE
KAHULUI HI 96732

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $319.77 | $319.77 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.248.**

**Priority creditor's name and mailing address**

AQUINO, ALICIA M
2103 HARTNELL ST.
2
UNION CITY CA 94587

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $620.14 | $620.14 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

**2.249.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

AQUINO, BRYANNA
21CLAREMONT ST
MALDEN MA 02148

*Check all that apply.* | $823.55 | $823.55

☐ Contingent

☐ Unliquidated | **Nonpriority amount**

☐ Disputed | $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.250.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

AQUINO, MONICA M
16995 MALAGA DR
MORGAN HILL CA 95037

*Check all that apply.* | $257.55 | $257.55

☐ Contingent

☐ Unliquidated | **Nonpriority amount**

☐ Disputed | $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.251.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ARACIL, CHELSEA C
801 DUTTON ST
WINTERS CA 95694-1737

*Check all that apply.* | $2,865.39 | $2,865.39

☐ Contingent

☐ Unliquidated | **Nonpriority amount**

☐ Disputed | $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.252. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ARAGON, CASTELLANOS MAYRANI
127 E 59TH ST
304
MINNEAPOLIS MN 55419

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $600.82

**Priority amount**  $600.82

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.253. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ARAGON, DEBORAH L
505 AMANDA AVE
FOLEY AL 36535

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $39.40

**Priority amount**  $39.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.254. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ARAMKUL, DIVINA
8219 LAUFFER WAY
SACRAMENTO CA 95758

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $5,757.28

**Priority amount**  $5,757.28

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.255.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

ARANDA, ARLENE A
928 FUCHSIA LANE
SAN DIEGO CA 92154

$89.40 — $89.40

☐ Contingent
☐ Unliquidated                          **Nonpriority amount**
☐ Disputed
                                         $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____                WAGES & PTO

**Last 4 digits of account number:**   **Is the claim subject to offset?**
                                       ☐ No
**Specify Code subsection of PRIORITY  ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.256.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

ARANDA, MELISSA
11724 AQUIFER CT
EL PASO TX 79936-1074

$2,127.01 — $2,127.01

☐ Contingent
☐ Unliquidated                          **Nonpriority amount**
☐ Disputed
                                         $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____                WAGES & PTO

**Last 4 digits of account number:**   **Is the claim subject to offset?**
                                       ☐ No
**Specify Code subsection of PRIORITY  ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.257.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

ARANDA, STEPHANIE
15411 SUNSET RIDGE DRIVE
ORLAND PARK IL 60462

$304.03 — $304.03

☐ Contingent
☐ Unliquidated                          **Nonpriority amount**
☐ Disputed
                                         $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____                WAGES & PTO

**Last 4 digits of account number:**   **Is the claim subject to offset?**
                                       ☐ No
**Specify Code subsection of PRIORITY  ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| 2.258. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ARAUJO, MERCADO BLANCA L
1750 E 51 ST
BROOKLYN NY 11234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $889.36

**Priority amount**  $889.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.259.    **Priority creditor's name and mailing address**

ARCE, ARELI
2102 9TH AVE E
BRADENTON FL 34208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $547.55

**Priority amount**  $547.55

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.260.    **Priority creditor's name and mailing address**

ARCE, NATALIA
TIMOTEO 8
33
TOA BAJA PR 00949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $206.25

**Priority amount**  $206.25

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.261. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.261.** **Priority creditor's name and mailing address**

ARCE-LISBOA, DOMINIQUE N
9607 COPPER HARBOR
HOUSTON TX 77095

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,118.41

**Priority amount**
$1,118.41

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.262.** **Priority creditor's name and mailing address**

ARCELUS, MORALES PAOLA B
7951 ETIWANDA AVE
14106
RANCHO CUCAMONGA CA 91739

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$186.24

**Priority amount**
$186.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.263.** **Priority creditor's name and mailing address**

ARCHER, BETHANY E
180 HIMANGO RD
ESKO MN 55733

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$2,090.40

**Priority amount**
$2,090.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.264.** **Priority creditor's name and mailing address**

ARCHER, BRINA J
8708 HURLBUT ST
SAN DIEGO CA 92123

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $854.36 | $854.36 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.265.** **Priority creditor's name and mailing address**

ARCHER, ELISE
4222 MCWHINNEY BOULEVARD
#311
LOVELAND CO 80538

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $91.02 | $91.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.266.** **Priority creditor's name and mailing address**

ARCHER, HAYLI N
25534 HEMINGWAY AVE
UNIT B
STEVENSON RANCH CA 91381

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $145.44 | $145.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.267.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ARCHUAL, SARAH E
9600 TABERNA LANE
OLMSTED TOWNSHIP OH 44138

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $111.32
Priority amount: $111.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.268.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ARCHULETA, LUCIA D
7089 WAGON RIDGE DR
COLORADO SPRINGS CO 80923

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $94.13
Priority amount: $94.13

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.269.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ARECHIGA, STEVEN L
41670 ROAD 125
OROSI CA 93647

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $147.00
Priority amount: $147.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                 Case number *(if known)* **19-10214**

**2.270.**  **Priority creditor's name and mailing address**

AREL, ZOE R
132 CHACE ROAD
EAST FREETOWN MA 02717

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $325.44 | $325.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.271.**  **Priority creditor's name and mailing address**

ARELLANO, CYNTHIA
457 S MANZANITA CT
CANBY OR 97013

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $133.56 | $133.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.272.**  **Priority creditor's name and mailing address**

ARELLANO, JASMINE N
7648 E 121ST AVE
CROWN POINT IN 46307

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $110.05 | $110.05 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

---

| 2.273. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.273.**

**Priority creditor's name and mailing address**

ARELLANO, YVETTE M
10467 MOLETTE ST.
BELLFLOWER CA 90706

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $739.20 | $739.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.274.**

**Priority creditor's name and mailing address**

ARENAS, CINDY
811 19TH AVE W
BRADENTON FL 34205

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $310.81 | $310.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.275.**

**Priority creditor's name and mailing address**

ARENDT, BRITTANY
13096 MESSINA CIRCLE
FISHERS IN 46038

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $512.30 | $512.30 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.276. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.276.**

**Priority creditor's name and mailing address**

AREVALO, LEILANI M
10768 SANTA CRUZ RD
DESERT HOT SPRINGS CA 92240

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim**   $176.16

**Priority amount**   $176.16

**Nonpriority amount**
$0.00

---

**2.277.**

**Priority creditor's name and mailing address**

ARHANGELSKY, SYDNEY E
602 SW CAPRINGTON ST
#2
BENTONVILLE AR 72712

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim**   $63.28

**Priority amount**   $63.28

**Nonpriority amount**
$0.00

---

**2.278.**

**Priority creditor's name and mailing address**

ARIAS, AMBER G
13344 CLOSE ST
WHITTIER CA 90605

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim**   $292.32

**Priority amount**   $292.32

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.279.** **Priority creditor's name and mailing address**

ARIAS, ANETH M
4 ARMSTRONG ST
BRENTWOOD NY 11717

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.40 | $95.40 |
| | **Nonpriority amount** |
| | $0.00 |

**2.280.** **Priority creditor's name and mailing address**

ARIAS, ARIANNA A
275 CHERYL PL
CHULA VISTA CA 91911

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.52 | $164.52 |
| | **Nonpriority amount** |
| | $0.00 |

**2.281.** **Priority creditor's name and mailing address**

ARIZPE, ALECIA M
3121 SE ADAMS ST
TOPEKA KS 66605

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.26 | $146.26 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.282.** **Priority creditor's name and mailing address**

ARMER, MEGGAN M
18777 MIDWAY RD
703B
DALLAS TX 75287-2793

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,778.98 | $3,778.98 |

**Nonpriority amount**

$0.00

---

**2.283.** **Priority creditor's name and mailing address**

ARMSTRONG, CYANNA V
21160 EASTWOOD BLVD
WARREN MI 48089

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $380.70 | $380.70 |

**Nonpriority amount**

$0.00

---

**2.284.** **Priority creditor's name and mailing address**

ARMSTRONG, KENNIESHA
P.O BOX 713
WESTMONT IL 60559

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $913.64 | $913.64 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.285. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.285.**

**Priority creditor's name and mailing address**

ARMSTRONG, KYLE'-SIMONE M
740 WILLOW BROOK RD
CHEASPEAKE VA 23320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $245.36

**Priority amount**    $245.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.286.**

**Priority creditor's name and mailing address**

ARMSTRONG, NICOLA
35 NEWTON ST
MERIDEN CT 06450

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $77.77

**Priority amount**    $77.77

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.287.**

**Priority creditor's name and mailing address**

ARMSTRONG, SHAKIKKA
218 E WYANDOTTE ST
SHREVEPORT LA 71101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $314.66

**Priority amount**    $314.66

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| 2.288. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ARNOLD, ALLISON M<br>7940 HARVEST DRIVE<br>FRANKFORT IL 60423 | | $4,277.00 | $4,277.00 |

☐ Contingent
☐ Unliquidated                                                    **Nonpriority amount**
☐ Disputed
                                                                  $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                      WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                             ☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.289. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ARNOLD, ARAFEL S<br>8420 W LAUREL LN<br>PEORIA AZ 85345 | | $1,850.82 | $1,850.82 |

☐ Contingent
☐ Unliquidated                                                    **Nonpriority amount**
☐ Disputed
                                                                  $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                      WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                             ☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.290. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ARNOLD, DALIS<br>4432 CUARZO AVE<br>ALBUQUERQUE NM 87114 | | $1,391.28 | $1,391.28 |

☐ Contingent
☐ Unliquidated                                                    **Nonpriority amount**
☐ Disputed
                                                                  $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                      WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                             ☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                                     Case number *(if known)* **19-10214**

| 2.291. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.291.**

**Priority creditor's name and mailing address**

ARNOLD, DEBORAH
1538 MISTY SKY DRIVE
HENDERSON NV 89052

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**   $12,529.48

**Priority amount**   $12,529.48

**Nonpriority amount**

$0.00

---

**2.292.**

**Priority creditor's name and mailing address**

AROCHO, RILEY N
215 EAST COLLIERS MILLS RD
NEW EGYPT NJ 08533

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**   $515.35

**Priority amount**   $515.35

**Nonpriority amount**

$0.00

---

**2.293.**

**Priority creditor's name and mailing address**

ARREDONDO, YESENIA
4795 BLACKHAWK WAY
DENVER CO 80239

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**   $1,172.33

**Priority amount**   $1,172.33

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.294. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ARREOLA, GONZALEZ LINDA 2235 MANNINGTON AVE RENO NV 89512 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $164.18 | $164.18 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Nonpriority amount**
$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.295. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ARREOLA, JULISSA 2219 DALY ST LOS ANGELES CA 90031 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $546.63 | $546.63 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Nonpriority amount**
$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.296. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ARRIAGA, COURTNEY 325 RIDGEWAY LANE LEXINGTON NC 27295 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $580.59 | $580.59 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Nonpriority amount**
$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.297. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ARROYO, CATHELINE
157 PERRY AVE #3
WORCESTER MA 01610

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $136.68
Priority amount: $136.68

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.298. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ARROYO, JANICE
RB1 CALLE 11
CALLE 11 RB1
TRUJILLO ALTO PR 00976-6440

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $103.05
Priority amount: $103.05

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.299. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ARROYO, MARIA D
14 WEST MAIN STREET
APT 12
EPHRATA PA 17522

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $776.82
Priority amount: $776.82

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

---

**2.300.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
| | ARROYO, STEPHANIE<br>9311 MIRROR CIR.<br>WESTMINSTER CA 92683 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $88.56 | $88.56 |

**Priority amount** $88.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.301.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

ARSENAULT, BRITTNY C
129 REYNOLDS ST
3
NEW BEDFORD MA 02746

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $61.92

Priority amount $61.92

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.302.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

ARSENIC, SOFIJA
610 ADAM LN
CAROL STREAM IL 60188

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $354.25

Priority amount $354.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.303. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ARTACHE, LATASHA
3144 WHITE CT
SAN JOSE CA 95127-3269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $108.36

**Priority amount** $108.36

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.304.    **Priority creditor's name and mailing address**

ARTEAGA, LILIANA
1932 S 61ST AVE
CICERO IL 60804-1648

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,661.41

**Priority amount** $1,661.41

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.305.    **Priority creditor's name and mailing address**

ARTER, BRITTANY
325 N OAK ST
BREESE IL 62230-1775

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $89.95

**Priority amount** $89.95

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.306.** **Priority creditor's name and mailing address**

ARTHUR, JAMIE A
132 OLDE PLANTATION DR
MT. HOLLY NC 28120

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,721.77 | $4,721.77 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.307.** **Priority creditor's name and mailing address**

ARTIS-WELCH, ARIANA S
361 DENNIS CT
361
TOLEDO OH 43604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $37.02 | $37.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.308.** **Priority creditor's name and mailing address**

ARTUSO, PRISCILLA M
31700 CONCORD DRIVE
APARTMENT B
MADISON HEIGHTS MI 48071

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,789.00 | $3,789.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.309.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

**2.309.** **Priority creditor's name and mailing address**

ARVILA, SAMANTHA J
21 CAMPUSVIEW RD
APT 5
MANKATO MN 56001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $87.06 | $87.06 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.310.** **Priority creditor's name and mailing address**

ARZU, MARIAH I
508 E 163RD ST
2C
BRONX NY 10451

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $138.30 | $138.30 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.311.** **Priority creditor's name and mailing address**

ASENCIO, RUIZ ANGELIQUE L
533 HILLBRIGHT PL #2
SAN JOSE CA 95123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $299.25 | $299.25 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.312.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ASHCRAFT, TIFFANY B
6111 HIGHVIEW ROAD
MATTHEWS NC 28104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $256.20

**Priority amount**  $256.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.313.** **Priority creditor's name and mailing address**

ASHE, APRIL V
1832 STATE STREET
HARRISBURG PA 17103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $64.09

**Priority amount**  $64.09

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.314.** **Priority creditor's name and mailing address**

ASHLEY, DEJA
327 IRVINE PLACE
ELMIRA NY 14901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $88.25

**Priority amount**  $88.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

**2.315.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

ASHLEY, MEGHAN E
1548 CHESTNUT STREET
BOWLING GREEN KY 42101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $171.99 | $171.99 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.316.** **Priority creditor's name and mailing address**

ASHLEY, RASHIDA
64-80 KISSENA BLVD
FLUSHING NY 11367

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $500.55 | $500.55 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.317.** **Priority creditor's name and mailing address**

ASHMORE. DANIELLE
4601 N 75TH STREET
SCOTTSDALE AZ 85251

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $14,624.96 | $12,850.00 |

**Nonpriority amount**

$1,774.96

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.318. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ASHRAF, MISHAL
4616A OLD COURT RD
BALTIMORE MD 21208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $203.69

**Priority amount** $203.69

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.319.    **Priority creditor's name and mailing address**

ASIAMAH, EMOND A
27 RAYMOND ST
WORCESTER MA 01607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $202.56

**Priority amount** $202.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.320.    **Priority creditor's name and mailing address**

ASMUSSEN, MAGGIE A
2845 WEST KANDICE CT.
MERIDIAN ID 83646

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $46.84

**Priority amount** $46.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.321.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ASPER, TAYLOR M
6056 ALBERT AVE
NORTH RIDGEVILLE OH 44039

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $159.21
Priority amount: $159.21

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.322.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ASTACIO, ALINA M
1500 N CONGRESS AVE
WEST PALM BEACH FL 33401

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $73.44
Priority amount: $73.44

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.323.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ASTORGA, BRISEIDA
3631 W 85TH PL
CHICAGO IL 60652

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $425.23
Priority amount: $425.23

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.324.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ATCHISON, OCEANNA
12001 CALLE NARANJA
EL CAJON CA 92019

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $216.60

Priority amount: $216.60

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.325.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ATCHLEY, ERICA
601 JUDY LANE
COPPERAS COVE TX 76522

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $474.92

Priority amount: $474.92

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.326.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ATCITTY, CHRISTINA V
1915 N. 26TH PL APT#8
PHOENIX AZ 85008

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $82.83

Priority amount: $82.83

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

| 2.327. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ATHENS-CLARKE COUNTY BUSINESS TAX OFFICE P.O. BOX 1748 ATHENS GA 30603 | *Check all that apply.* ☐ Contingent | $590.00 | $590.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 2.328. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ATILANO, AILIN 7720 PURPLE CONE RD SW ALBUQUERQUE NM 87121 | *Check all that apply.* | $153.64 | $153.64 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 2.329. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ATKINS, JADA J 127 SOUTH PITTSBURGH STREET ZELIENOPLE PA 16063 | *Check all that apply.* | $21.75 | $21.75 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.330. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ATKINS, TIFFANY M<br>18 WEST ST<br>4<br>TUNKHANNOCK PA 18657 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $178.71 | $178.71 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.331. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ATKINSON, JAZMINE<br>9201 UNIVERSITY CITY DRIVE<br>BELK HALL 331<br>CHARLOTTE NC 28223 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34.77 | $34.77 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.332. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ATROUNI, ISABELLE C<br>504 CROSBY LANE<br>ROCHESTER NY 14612 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $641.87 | $641.87 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.333. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ATTERHOLT, MEKENNA<br>114 TRESSEL STREET<br>BEREA OH 44017 | *Check all that apply.* | $81.48 | $81.48 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated                                 **Nonpriority amount**

☐ Disputed                                      $0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____                         WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**

                                                ☐ No
**Specify Code subsection of PRIORITY
unsecured claim:**11 U.S.C. § 507(a) (4)       ☐ Yes

---

| 2.334. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AUBUCHON, KAITLYN D<br>901 TRUDY LANE<br>O'FALLON MO 63366 | | $1,057.95 | $1,057.95 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated                                 **Nonpriority amount**

☐ Disputed                                      $0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____                         WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**

                                                ☐ No
**Specify Code subsection of PRIORITY
unsecured claim:**11 U.S.C. § 507(a) (4)       ☐ Yes

---

| 2.335. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AUCOIN, CRYSTAL MARIE<br>12 MAGNA VISTA DR<br>AUBURN MA 01501 | | $5,532.39 | $5,532.39 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated                                 **Nonpriority amount**

☐ Disputed                                      $0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____                         WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**

                                                ☐ No
**Specify Code subsection of PRIORITY
unsecured claim:**11 U.S.C. § 507(a) (4)       ☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.336.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| AUSTIN, CARLIE A<br>11630 IRIS SPRING CT<br>RIVERVIEW FL 33579 | *Check all that apply.* | $69.71 | $69.71

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.337.** **Priority creditor's name and mailing address**

AUSTIN, CHAUNDRA M
3509 MARIPOSA RD SW
HUNTSVILLE AL 35805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $133.11 | $133.11 |

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.338.** **Priority creditor's name and mailing address**

AUSTIN, CORINEA L
3385 PEACHTREE CORNERS CIRCLE
APT. N
NORCROSS GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $1,249.05 | $1,249.05 |

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.339. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AUSTIN, KAYLA<br>5240 EL TRIO WAY<br>3<br>ORLANDO FL 32818 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34.17 | $34.17 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.340. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AUSTIN, VIRGINIA C<br>1015 MYRICK STREET<br>FREDERICKSBURG VA 22401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,355.90 | $2,355.90 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.341. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AUSTRIA, JESSALYN<br>7169 HOOD RIVER AVE<br>LAS VEGAS NV 89179 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.00 | $25.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.342.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**2.342.**

**Priority creditor's name and mailing address**

AVALOS, MICHELLE M
1032 S FLEETWELL AVE
WEST COVINA CA 91791-3516

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,055.13 | $4,055.13 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.343.**

**Priority creditor's name and mailing address**

AVILA, BRIANDA P
3005 W. CONCORD AVE
ALHAMBRA CA 91803

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,530.66 | $1,530.66 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.344.**

**Priority creditor's name and mailing address**

AVILA, CASTILLO YANAHI
8129 ZION TRAIL
FORT WORTH TX 76137

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $643.50 | $643.50 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.345.** **Priority creditor's name and mailing address**

AVILA, DALIA A
3136 S PULASKI RD
B
CHICAGO IL 60623

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $318.84 | $318.84 |
| | **Nonpriority amount** |
| | $0.00 |

**2.346.** **Priority creditor's name and mailing address**

AVILA, JASMIN
4685 W 102ND PL
WESTMINSTER CO 80031

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $264.96 | $264.96 |
| | **Nonpriority amount** |
| | $0.00 |

**2.347.** **Priority creditor's name and mailing address**

AVILA, MARISOL
406 HOLLYBROOK DR
INEZ TX 77968

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $527.73 | $527.73 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.348.** **Priority creditor's name and mailing address**

AVILA, SELENA J
9028 W. GRANADA RD.
PHOENIX AZ 85037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.45 | $175.45 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.349.** **Priority creditor's name and mailing address**

AVILA, VASQUEZ KATIA
2333 CANVASBACK DR
INDIANAPOLIS IN 46234

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $603.46 | $603.46 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.350.** **Priority creditor's name and mailing address**

AVILA-MARTINEZ, LAKSHMI B
8003 KELOK WAY
CLAYTON CA 94517

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $177.84 | $177.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.351.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

AVILES, CAROLINA
5516 KALAHARI LANE
LAS CRUCES NM 88011

| $164.23 | $164.23

☐ Contingent

☐ Unliquidated                        **Nonpriority amount**

☐ Disputed                            $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____                WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.352.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

AVILES, ERIKA
800 N HAYES AVE.
DINUBA CA 93618

| $72.96 | $72.96

☐ Contingent

☐ Unliquidated                        **Nonpriority amount**

☐ Disputed                            $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____                WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.353.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

AVILES, MARIA C
1516 16TH ST W
BRADENTON FL 34205

| $75.08 | $75.08

☐ Contingent

☐ Unliquidated                        **Nonpriority amount**

☐ Disputed                            $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____                WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.354. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.354.**

**Priority creditor's name and mailing address**

AVINA, MELISSA V
701 W. 57TH ST.
LOS ANGELES CA 90037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $345.03 | $345.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.355.**

**Priority creditor's name and mailing address**

AWAD, SARA
3000 HARVEST PLACE
DARIEN IL 60561

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $227.62 | $227.62 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.356.**

**Priority creditor's name and mailing address**

AXTELL, AMANDA L
6533 SE PINE CREEK WAY
PORTLAND OR 97267-1928

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $3,565.24 | $3,565.24 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.357.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|---|

**2.357.**

**Priority creditor's name and mailing address**

AYALA, AMANDA Y
2018 QUAIL VALLEY EAST DR.
MISSOURI CITY TX 77459

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $80.22 | $80.22 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.358.**

**Priority creditor's name and mailing address**

AYALA, ANGELICA
1028 PROSPECT AVE
#3
SCRANTON PA 18505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $40.60 | $40.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.359.**

**Priority creditor's name and mailing address**

AYALA, ANNABEL
1021 HUNTSWOOD WAY
OXNARD CA 93030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,484.71 | $1,484.71 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| **2.360.** | **Priority creditor's name and mailing address** | | |

**2.360.** **Priority creditor's name and mailing address**

AYALA, DESIAH R
508 SW 51ST ST
OKLAHOMA CITY OK 73109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.45 | $160.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.361.** **Priority creditor's name and mailing address**

AYALA, JENNIFER Y
21 WATCHUNG AVE
2
BELLEVILLE NJ 07109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $278.60 | $278.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.362.** **Priority creditor's name and mailing address**

AYALA, K'NYEL
5902 MEMORIAL HWY
APT. 115
TAMPA FL 33615

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,153.85 | $1,153.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

| 2.363. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AYALA, LESLY M | | $49.76 | $49.76 |
| | 628 BURTONWOOD DR | | | |
| | GASTONIA NC 28054 | ☐ Contingent | | |
| | | ☐ Unliquidated | **Nonpriority amount** | |
| | | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.364. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AYALA, NAILA G | | $25.33 | $25.33 |
| | 2908 MILLIE AVE | | | |
| | LAS VEGAS NV 89101 | ☐ Contingent | | |
| | | ☐ Unliquidated | **Nonpriority amount** | |
| | | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.365. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AYALA-TORO, LOURDES A | | $5,375.99 | $5,375.99 |
| | 161 DEERTREE DR | | | |
| | ATHENS GA 30605 | ☐ Contingent | | |
| | | ☐ Unliquidated | **Nonpriority amount** | |
| | | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.366.**  **Priority creditor's name and mailing address**

AYERS, AKAYLA
9 IVY HALL
DOVER DE 19904

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $500.85 | $500.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.367.**  **Priority creditor's name and mailing address**

AYERS, NATALIE L
5028 BONNY KAYE CT.
ANTELOPE CA 95843

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $463.50 | $463.50 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.368.**  **Priority creditor's name and mailing address**

AYITEY, PEARL
1350 EISENHOWER CIRCLE
APARTMENT 401
WOODBRIDGE VA 22191

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $83.79 | $83.79 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.369.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.369.**

**Priority creditor's name and mailing address**

AYO, EDNA
1899 CRINAN DR
SAN JOSE CA 95122

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $337.20 | $337.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.370.**

**Priority creditor's name and mailing address**

AYRES, OLIVIA J
10321 GERMANTOWN RD
BERLIN MD 21811-2854

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $42.02 | $42.02 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.371.**

**Priority creditor's name and mailing address**

AZOR, ANASTACIA
1429 LOVAT CT
RIVERSIDE CA 92507

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $71.04 | $71.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                       Case number *(if known)* **19-10214**

---

2.372.  **Priority creditor's name and mailing address**

BACA, JANESSA J
2525 CHELTON LN
PUEBLO CO 81001

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $194.14 | $194.14 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.373.  **Priority creditor's name and mailing address**

BACA, VICTORIA C
1323 W MICHIGAN AVE
PHOENIX AZ 85023

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $58.85 | $58.85 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.374.  **Priority creditor's name and mailing address**

BACKER, IVY S
230 ACADEMY AVENUE
PROVIDENCE RI 02908

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $33.92 | $33.92 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.375. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.375.**

**Priority creditor's name and mailing address**

BAEZ, NAYSHA N
101 NORTON STREET
2
WATERBURY CT 06708

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.90 | $96.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.376.**

**Priority creditor's name and mailing address**

BAGGS, JASLYN S
4600 MIRA LOMA DR
10-G
RENO NV 89052

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $237.98 | $237.98 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.377.**

**Priority creditor's name and mailing address**

BAGLEY, RACQUEL D
1821 CLIFFBROOK LANE APT#E
APT E
RICHMOND VA 23227

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $495.66 | $495.66 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.378. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BAGLEY, TIARRA
505 HIGHLANDS DR
DESOTO TX 75115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $156.18

**Priority amount** $156.18

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.379.   **Priority creditor's name and mailing address**

BAILEN-, SAUCEDA CHRISTINA
3044 SAN MATEO WAY
UNION CITY CA 94587

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $24.00

**Priority amount** $24.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.380.   **Priority creditor's name and mailing address**

BAILEY, CYNTHIA
405 E PILOT ST
APT C5
DURHAM NC 27707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $515.48

**Priority amount** $515.48

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.381. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BAILEY, DENICE B<br>110 DEERFIELD PLACE<br>FLORENCE AL 35630 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39.01 | $39.01<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| 2.382. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BAILEY, INDIA<br>81 ELAINE RD<br>MILFORD CT 06460 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $167.28 | $167.28<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| 2.383. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BAILEY, KAITLYNN E<br>102 BOYDTON PLANK DRIVE<br>STEPHENS CITY VA 22655 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $84.23 | $84.23<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | | | |
|---|---|---|---|---|
| 2.384. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | BAILEY, LINESHA N<br>1734 BENNETT DRIVE<br>APT 1307<br>WEST DES MOINES IA 50265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $181.92 | $181.92<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| | | | | |
|---|---|---|---|---|
| 2.385. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | BAILEY, PERKELISH R<br>935 SPRING CREEK WAY<br>DOUGALSVILLE GA 30134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $125.65 | $125.65<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| | | | | |
|---|---|---|---|---|
| 2.386. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | BAILEY, SHANEKIA N<br>102 CIRCLE DRIVE<br>APT 1<br>SHANNON MS 38868 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32.68 | $32.68<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.387.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BAILEY-ROBINSON, MEKIYAH N
1821 OATES DRIVE
425
MESQUITE TX 75150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $33.00

**Priority amount**  $33.00

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.388.** **Priority creditor's name and mailing address**

BAILOR, CHARLOTTE A
1134 MAGNOLIA ST
COLORADO SPRING CO 80907

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $3,033.25

**Priority amount**  $3,033.25

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.389.** **Priority creditor's name and mailing address**

BAJINKA, AWA
139 CHESTNUT ST APT 3
CHELSEA MA 01250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $238.68

**Priority amount**  $238.68

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.390. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.390.**

**Priority creditor's name and mailing address**

BAJOR, HALEY A
84 NASHUA RD
WINDHAM NH 03087

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $697.15 | $697.15 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.391.**

**Priority creditor's name and mailing address**

BAK, NICOLE
4424 N. NAGLE
HARWOOD HEIGHTS IL 60706

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $120.55 | $120.55 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.392.**

**Priority creditor's name and mailing address**

BAKER, GINA
800 FONT STREET
SAN FRANSICO CA 94123

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $606.07 | $606.07 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

| 2.393. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BAKER, KAYLLEIGH M
7941 N HICKORY ST
APT 6
KANSAS CITY MO 64118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,348.24
Priority amount: $1,348.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.394.  **Priority creditor's name and mailing address**

BAKER, NIKIA J
4011 PAYNE DR
FORT WASHINGTON MD 20744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $264.28
Priority amount: $264.28

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.395.  **Priority creditor's name and mailing address**

BALADEZ, AMANDA M
1209 NEPTUNE DRIVE
CHULA VISTA CA 91911

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,620.54
Priority amount: $3,620.54

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

**2.396.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BALAGURU, KISHAALEE
9900 BOYSENBERRY WAY
APT 267
GAITHERSBURG MD 20879

*Check all that apply.* $136.34  $136.34

☐ Contingent
☐ Unliquidated        **Nonpriority amount**
☐ Disputed
                              $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.397.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BALBUENA, YILEIRI E
7852 CALZADA WAY
ELK GROVE CA 95758

*Check all that apply.* $635.18  $635.18

☐ Contingent
☐ Unliquidated        **Nonpriority amount**
☐ Disputed
                              $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.398.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BALDWIN, ALYSSA R
705 GREGORY DRIVE
NEWARK DE 19702

*Check all that apply.* $2,280.36  $2,280.36

☐ Contingent
☐ Unliquidated        **Nonpriority amount**
☐ Disputed
                              $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.399.   **Priority creditor's name and mailing address**

BALDWIN, BRIDGET M
4156 STUBBINGTON LN
INDIANAPOLIS IN 46239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,960.25 | $4,960.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.400.   **Priority creditor's name and mailing address**

BALDWIN, HAYLEE A
5408 BUCKLEY FOREST TRL.
WALKERTOWN NC 27051

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $112.96 | $112.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.401.   **Priority creditor's name and mailing address**

BALDWIN, MANESHA M
3026 DOBBS CIRCLE
MONTGOMERY AL 36116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $57.48 | $57.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.402.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| | | $265.18 | $265.18
| BALENTINE, TENIESHA | |
| 548 TIMBER RIDGE ROAD | ☐ Contingent | | **Nonpriority amount**
| SUNRISE BEACH MO 65079 | ☐ Unliquidated | |
| | ☐ Disputed | | $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

          ☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.403.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| | | $711.15 | $711.15
| BALES, JORDAN E | |
| 773 N SEARLS RD | ☐ Contingent | | **Nonpriority amount**
| WEBBERVILLE MI 48892 | ☐ Unliquidated | |
| | ☐ Disputed | | $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

          ☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.404.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| | | $130.39 | $130.39
| BALL, HILLARY D | |
| 120 CANAL ST. | ☐ Contingent | | **Nonpriority amount**
| LEBANON OH 45036 | ☐ Unliquidated | |
| | ☐ Disputed | | $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

          ☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

| 2.405. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BALL, LESLIE R
25 ISAIAH DRIVE
JEFFERSON GA 30549

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $145.90

**Priority amount** $145.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.406.    **Priority creditor's name and mailing address**

BALLARD, KATHERINE
1050 W. FAYETTE AVE
SPRINGFIELD IL 62704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $169.95

**Priority amount** $169.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.407.    **Priority creditor's name and mailing address**

BALLENTINE, MIRANDA J
506 E 10TH AVE
TARENTUM PA 15084

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $477.20

**Priority amount** $477.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.408. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.408.   **Priority creditor's name and mailing address**

BALLESTEROS, MINERVA
950 W 4TH AVE
APACHE JUNCTION AZ 85120-6607

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $89.54 | $89.54 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.409.   **Priority creditor's name and mailing address**

BALLINGER, TENESSA M
11 OVERLOOK DRIVE
FRANKLIN OH 45005

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $127.14 | $127.14 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.410.   **Priority creditor's name and mailing address**

BALLIU, MEGI
13836 77TH AVENUE FLUSHING NY 66A
NEW YORK NY 11367

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $83.25 | $83.25 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.411.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

**2.411.**

**Priority creditor's name and mailing address**

BALLOUT, ZAINAB
2538 NORTH SHEFFORD COURT
WICHITA KS 67205

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $108.39 | $108.39 |
| | **Nonpriority amount** |
| | $0.00 |

**2.412.**

**Priority creditor's name and mailing address**

BALOCH, SARA M
5019 ROYAL AMBER LN.
KATY TX 77493

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,680.37 | $1,680.37 |
| | **Nonpriority amount** |
| | $0.00 |

**2.413.**

**Priority creditor's name and mailing address**

BALSAMO-MIKELS, DESTINY
378 E LAWSON AVE.
378
FOLEY AL 36535

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $353.84 | $353.84 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

| 2.414. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BALTIMORE, MELISSA
4919 DUNMAN AVE
WOODLAND HILLS CA 91364

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**        $171.59

**Priority amount**        $171.59

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.415.    **Priority creditor's name and mailing address**

BALTZELL, BRIAUNA N
304 15TH AVENUE SE
MINNEAPOLIS MN 55414

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**        $851.59

**Priority amount**        $851.59

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.416.    **Priority creditor's name and mailing address**

BANAGA, MONIQUE
6 BITTERSWEET DR
EAST HARTFORD CT 06108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**        $335.78

**Priority amount**        $335.78

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.417.** **Priority creditor's name and mailing address**

BANDA, ASHLEY N
3900 SCR 1200 #14
MIDLAND TX 79706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $90.45 | $90.45 |
| | **Nonpriority amount** |
| | $0.00 |

**2.418.** **Priority creditor's name and mailing address**

BANDA, ELIANNA M
1509 K ST
#185
MODESTO CA 95354

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $198.84 | $198.84 |
| | **Nonpriority amount** |
| | $0.00 |

**2.419.** **Priority creditor's name and mailing address**

BANDISON, ASHLEY A
146-36 176ST
JAMAICA NY 11434

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $264.24 | $264.24 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.420. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.420.** **Priority creditor's name and mailing address**

BANKS, CELINA
59 HARRAL AVE
BRIDGEPORT CT 06604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $45.15

**Priority amount** $45.15

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.421.** **Priority creditor's name and mailing address**

BANKS, DEANDRAE
3603 BARED WIRE
KILLEEN TX 76549

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $137.08

**Priority amount** $137.08

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.422.** **Priority creditor's name and mailing address**

BANKS, ISJA'MONEE M
5 LA COSTA DR
EGG HARBOR TOWNSHI NJ 08234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $153.55

**Priority amount** $153.55

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | |
|---|---|

**2.423.** **Priority creditor's name and mailing address**

BANKS, JAZMINE R
3305 EAST ROME BLVD
APT. 1002
NORTH LAS VEGAS NV 89086

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $125.98 | $125.98 |

**Nonpriority amount**

$0.00

---

**2.424.** **Priority creditor's name and mailing address**

BANKS, NASYA D
7629 JOHNNYCAKE ROAD
WINDSOR MILL MD 21244

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $254.91 | $254.91 |

**Nonpriority amount**

$0.00

---

**2.425.** **Priority creditor's name and mailing address**

BANKS, TONI
418 OGLE AVENUE
FRUITLAND MD 21826

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $58.65 | $58.65 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.426.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | BANUELOS, SANDRA<br>625 8TH ST<br>BAKERSFIELD CA 93304 | *Check all that apply.* | $77.64 | $77.64

☐ Contingent

☐ Unliquidated                                        **Nonpriority amount**

☐ Disputed                                             $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.427.** **Priority creditor's name and mailing address**

BANZUELO, MARIANNE V
9405 WROUGHT IRON CT
FAIRFAX VA 22032

**As of the petition filing date, the claim is:**
*Check all that apply.*

| **Total claim** | **Priority amount** |
| $91.40 | $91.40 |

☐ Contingent

☐ Unliquidated                                        **Nonpriority amount**

☐ Disputed                                             $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.428.** **Priority creditor's name and mailing address**

BARAHONA, JAQUELINE F
10225 HILLHAVEN AVENUE
203
TUJUNGA CA 91042

**As of the petition filing date, the claim is:**
*Check all that apply.*

| **Total claim** | **Priority amount** |
| $320.16 | $320.16 |

☐ Contingent

☐ Unliquidated                                        **Nonpriority amount**

☐ Disputed                                             $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

**2.429.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BARAHONA, MICHELLE S
2906 EAGLE NEST LN
HUMBLE TX 77396

*Check all that apply.*                                    $38.72    $38.72

☐ Contingent
☐ Unliquidated                                             **Nonpriority amount**
☐ Disputed
                                                           $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY    ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.430.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BARAJAS, JOAIDA
1111 AVALON AVE
2234
SAN MARCOS TX 78666

*Check all that apply.*                                    $34.56    $34.56

☐ Contingent
☐ Unliquidated                                             **Nonpriority amount**
☐ Disputed
                                                           $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY    ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.431.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BARAJAS, KASSANDRA M
25860 THUNDERCLOUD CT.
MORENO VALLEY CA 92553

*Check all that apply.*                                    $149.40    $149.40

☐ Contingent
☐ Unliquidated                                             **Nonpriority amount**
☐ Disputed
                                                           $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY    ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.432.**  **Priority creditor's name and mailing address**

BARAJAS, MELISSA
1650 PREUSS RD.
LOS ANGELES CA 90036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,606.84 | $4,606.84 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.433.**  **Priority creditor's name and mailing address**

BARAJAS, SANDRA
28TH AVE. W.
515
BRADENTON FL 34205

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $284.82 | $284.82 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.434.**  **Priority creditor's name and mailing address**

BARAJAS, VERONICA
807 PARK ST SW
GRAND RAPIDS MI 49504

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $48.43 | $48.43 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

**2.435.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| BARBEE, TIFFANI M<br>110 WOODLET LN<br>BOLINGBROOK IL 60490 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $206.83 | $206.83

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.436.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| BARBER, KOLBY M<br>1350 N LBJ DRIVE<br>APT. 332<br>SAN MARCOS TX 78666 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $57.36 | $57.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.437.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| BARBER, XIARA<br>442 WEST CLINTON ST<br>ELMIRA NY 14901 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $574.12 | $574.12

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

2.438.  **Priority creditor's name and mailing address**

BARBONTIN, KRYSTAL S
1917 HARRISON AVE
B
SAN DIEGO CA 92113

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $619.08 | $619.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.439.  **Priority creditor's name and mailing address**

BARBUZON, JENNIFER C
1338 W. CALLE RIO LOBO
TUCSON AZ 85714

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $44.33 | $44.33 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.440.  **Priority creditor's name and mailing address**

BARCH, SKYLAR M
32 TRAIL RIDGE DRIVE
MELISSA TX 75454

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.84 | $32.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.441.** **Priority creditor's name and mailing address**

BARCLAY, DESTINY
12727 SANDBUR VALLEY WAY
HOUSTON TX 77045

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $504.24 | $504.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.442.** **Priority creditor's name and mailing address**

BARCUS, TA-MERAH
27 GOVERNOR STREET
NEWARK NJ 07102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $204.79 | $204.79 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.443.** **Priority creditor's name and mailing address**

BARDELL, SHIANN T
PO BOX 2201
405 SW 1ST STR
BATTLE GROUND WA 98604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $241.80 | $241.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.444. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BARDWELL, BRITTANY
1200 WEST TIDWELL
1803
HOUSTON TX 77091

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $498.06
Priority amount: $498.06

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.445. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BARELA, TERESA C
314 WILDWOOD DRIVE
SOUTH SAN FRANCISC CA 94080

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $441.96
Priority amount: $441.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.446. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BARIS, SENAY E
36 DELEMERE BLVD
FAIRPORT NY 14450

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $357.65
Priority amount: $357.65

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.447. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.447.
**Priority creditor's name and mailing address**

BARNELLO, CATHERINE I
7562 YORK DRIVE APT 1E
CLAYTON MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$9,156.83

**Priority amount**
$9,156.83

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.448.
**Priority creditor's name and mailing address**

BARNES, GAYLE N
2993 HOLLY ROAD
ALPINE CA 91901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$71.64

**Priority amount**
$71.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.449.
**Priority creditor's name and mailing address**

BARNES, KAITLYN
210 MILL LANE APT #106
ST AUGUSTINE FL 32084

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$717.63

**Priority amount**
$717.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.450.** **Priority creditor's name and mailing address**

BARNETT, ADISON L
129 CARONDOLET COURT NORTH
MOBILE AL 36608

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.24 | $135.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.451.** **Priority creditor's name and mailing address**

BARNETT, CATRINA
3504 WOODLAWN FARMS
SCHERTZ TX 78154

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $105.49 | $105.49 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.452.** **Priority creditor's name and mailing address**

BARNETT, SHENEE
1596 ANDOVER LN
FREDERICK MD 21702

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,671.43 | $2,671.43 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.453.** **Priority creditor's name and mailing address**

BARNHART, JESSICA L
2304 N. BUSINESS RT. 5
CAMDENTON MO 65020

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,423.54 | $3,423.54 |

**Nonpriority amount**

$0.00

---

**2.454.** **Priority creditor's name and mailing address**

BARONE, ASHLEY M
1051 LANE CREEK WAY
BISHOP GA 30621-1183

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $177.31 | $177.31 |

**Nonpriority amount**

$0.00

---

**2.455.** **Priority creditor's name and mailing address**

BARRAGAN, ALEXIS C
1115 SOUTH CLELA
LOS ANGELES CA 90022

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $221.52 | $221.52 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.456. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BARRAZA, ALONDRA T<br>4006 W. PARADISE AVE.<br>VISALIA CA 93277 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $253.56 | $253.56<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.457. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BARRAZA, ANGELIQUE V<br>7460 KITTY HAWK ROAD<br>LOT #27<br>CONVERSE TX 78109 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $69.09 | $69.09<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.458. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BARRERA, ADILENE R<br>1427 RAMONA LANE<br>SAINT CHARLES MO 63304 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $653.52 | $653.52<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.459.**   **Priority creditor's name and mailing address**

BARRETO, JUANA
2800 WILLOW AVE APT.177
CLOVIS CA 93612

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,910.36 | $1,910.36 |

**Nonpriority amount**

$0.00

---

**2.460.**   **Priority creditor's name and mailing address**

BARRETT, RENA D
6474 RIDGE RD. UPER
PARMA OH 44129

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $473.35 | $473.35 |

**Nonpriority amount**

$0.00

---

**2.461.**   **Priority creditor's name and mailing address**

BARRETT-FRANCIS, ALLISON
47 WADE ST
1
WEST HAVEN CT 06516-1932

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,642.73 | $1,642.73 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.462. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.462.** **Priority creditor's name and mailing address**

BARRIENTOS, SERENA N
942 SAPPHIRE COURT
SAN JOSE CA 95136

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $269.70

**Priority amount** — $269.70

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.463.** **Priority creditor's name and mailing address**

BARRON, AMY A
904 39TH AVE W
BRADENTON FL 34205

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $463.44

**Priority amount** — $463.44

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.464.** **Priority creditor's name and mailing address**

BARRON, ANALYSSA C
63 N SIERRA MADRE ST
MOUNTAIN HOUSE CA 95391

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $624.62

**Priority amount** — $624.62

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.465. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.465.**

**Priority creditor's name and mailing address**

BARRON, LATRICE
2545 NE 50TH PLACE
OCALA FL 34479

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $88.27 | $88.27 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.466.**

**Priority creditor's name and mailing address**

BARRON, MIREYA B
1019 OLSON PL
DUNCANVILLE TX 75137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $231.67 | $231.67 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.467.**

**Priority creditor's name and mailing address**

BARRON, VIVIANA J
437 S CENTER ST
ORANGE CA 92866

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $672.27 | $672.27 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.468.  **Priority creditor's name and mailing address**

BARRUS, DESTINEE H
580 N 2ND AVE
COAL CITY IL 60416

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $662.29 | $662.29 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.469.  **Priority creditor's name and mailing address**

BARRUTIA, VANESSA A
9260 CROSSMEADOW DR
BEAUMONT TX 77706-3824

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $536.87 | $536.87 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.470.  **Priority creditor's name and mailing address**

BARSUASKAS. TERESA
700 S HARBOUR ISLAND BLVD #206
TAMPA FL 33602

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $8,673.88 | $8,673.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                      Case number *(if known)* **19-10214**

**2.471.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.471.** **Priority creditor's name and mailing address**

BARTLEY, ARIA M
1 UNIVERSITY PARK DR.
LU BOX 1091
NASHVILLE TN 37204

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $150.40 | $150.40 |
| | **Nonpriority amount** |
| | $0.00 |

**2.472.** **Priority creditor's name and mailing address**

BARTOLO, ALEYDA
10000 CLUB CREEK
APT.1003
HOUSTON TX 77036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $86.88 | $86.88 |
| | **Nonpriority amount** |
| | $0.00 |

**2.473.** **Priority creditor's name and mailing address**

BARTON, CHELSEA S
2828 SW 130TH TER
MIRAMAR FL 33027

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $277.06 | $277.06 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| 2.474. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.474.** 

**Priority creditor's name and mailing address**

BARTZ, KOURTNEY J
301 CROWN
WYOMING MI 49548

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,501.60

**Priority amount** $2,501.60

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.475.** 

**Priority creditor's name and mailing address**

BARZEY, KYANNA N
307 KINGFISH DRIVE
KISSIMMEE FL 34759

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $252.36

**Priority amount** $252.36

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.476.** 

**Priority creditor's name and mailing address**

BASGALL, KYRA M
7701 WCR 116
#24B
MIDLAND TX 79706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $50.00

**Priority amount** $50.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                                       Case number *(if known)* **19-10214**

**2.477.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
| | BASH, KAMRYN<br>15 CANTON ST<br>WEST HAVEN CT 06516 | *Check all that apply.* | $175.44 | $175.44 |

☐ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**                **Basis for the claim:**

_____                  WAGES & PTO

**Last 4 digits of account number:**              **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.478.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
| | BASHARAT, AYSHA M<br>2751 TYBURN OAKS CT<br>WALDORF MD 20601 | *Check all that apply.* | $186.85 | $186.85 |

☐ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**                **Basis for the claim:**

_____                  WAGES & PTO

**Last 4 digits of account number:**              **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.479.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
| | BASKERVILLE, NAJAH<br>320 NORTH PENNSYLVANIA AVENUE<br>ATLANTIC CITY NJ 08401 | *Check all that apply.* | $171.25 | $171.25 |

☐ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**                **Basis for the claim:**

_____                  WAGES & PTO

**Last 4 digits of account number:**              **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.480. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BASS, AHLIYAH N<br>4703 MARTHAS WAY<br>GROVETOWN GA 30813 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,044.04 | $2,044.04 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.481. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BASS, ALYSSA<br>228 N 5TH AVE<br>BEECH GROVE IN 46107 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $211.13 | $211.13 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.482. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BASSLER, JORDYN M<br>216 E MOUNTAIN VIEW DR<br>FLAGSTAFF AZ 86001 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $156.96 | $156.96 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

**2.483.**  **Priority creditor's name and mailing address**

BATCHELOR, LAURA E
3 LANTERN LANE
LONDONDERRY NH 03053

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $65.76 | $65.76 |
| | **Nonpriority amount** |
| | $0.00 |

**2.484.**  **Priority creditor's name and mailing address**

BATES, BRYTTANY N
4025 WEBB COURT
COLUMBIA SC 29204

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $111.51 | $111.51 |
| | **Nonpriority amount** |
| | $0.00 |

**2.485.**  **Priority creditor's name and mailing address**

BATES, DANIELLE M
4901 NW LINDEN RD
KANSAS CITY MO 64151

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $178.61 | $178.61 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.486. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.486.**  **Priority creditor's name and mailing address**

BATES, MARKAYLA
7942 CALVARY COURT
MANASSAS VA 20109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $475.75 | $475.75 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.487.**  **Priority creditor's name and mailing address**

BATLLE, SHERYL
1095 WEST 37 STREET
HIALEAH FL 33012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $480.00 | $480.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.488.**  **Priority creditor's name and mailing address**

BATRES, YESENIA
18410 SANDY DR.
APT. #103
CANYON COUNTRY CA 91387

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $84.60 | $84.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

| | | |
|---|---|---|

**2.489.** **Priority creditor's name and mailing address**

BATSON, NYROBI N
12 SHADY LAKE CIRCLE
JACKSON NJ 08527

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $94.07 | $94.07 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.490.** **Priority creditor's name and mailing address**

BATTERSHAW, TRENTON
1601 S 20TH ST
UNIT 3
LINCOLN NE 68502

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,087.48 | $1,087.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.491.** **Priority creditor's name and mailing address**

BATTLE, KYLAH R
13202 MATTIE CIRCLE
APT 13
NEWPORT NEWS VA 23608

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.41 | $151.41 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.492. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BAUER, EVE L
5025 COLLWOOD BLVD APT 1202
SAN DIEGO CA 92115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $37.80

**Priority amount**    $37.80

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.493.    **Priority creditor's name and mailing address**

BAUMBERGER, LOREN R
10415 BERNADETTE DR
EVANSVILLE IN 47725

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $571.55

**Priority amount**    $571.55

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.494.    **Priority creditor's name and mailing address**

BAUTISTA, AURORA
6115 S KILDARE AVE.
CHICAGO IL 60629

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $164.45

**Priority amount**    $164.45

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.495. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BAUTISTA, DOMINGUEZ KAREN J
152 N ALBERT AVENUE
SOUTH BEND IN 46619

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $35.80

**Priority amount**   $35.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.496.    **Priority creditor's name and mailing address**

BAUTISTA, MIRIAM
1655 S 43RD ST
APT 5
SAN DIEGO CA 92113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $598.11

**Priority amount**   $598.11

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.497.    **Priority creditor's name and mailing address**

BAVADI, HANNAH C
7336 CHESAPEAKE COVE ST
LAS VEGAS NV 89166

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $138.03

**Priority amount**   $138.03

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.498. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BAXTER, KEANA S
54 RIDGEWOOD AVENUE
APT. 2
NEWARK NJ 07108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $162.66 | $162.66 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.499.    **Priority creditor's name and mailing address**

BAYAN, SADE I
4059 LOCERBIE CIR.
SPRING HILL TN 37174

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $117.64 | $117.64 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.500.    **Priority creditor's name and mailing address**

BAYAWA, SHECAINA R
1830 LANAKILA AVENUE
HONOLULU HI 96817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $105.75 | $105.75 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.501. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BAYER, AUTUMN R<br>14805 MCVAY AVE<br>SAN JOSE CA 95127 | *Check all that apply.* | $225.15 | $225.15 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.502. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BAYERSDORFER, MEGHAN<br>4535 LAKE FORREST DRIVE<br>ATLANTA GA 30342 | *Check all that apply.* | $73.35 | $73.35 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.503. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BAYLARK, CARLY M<br>1907 EAGLE CT.<br>POTTERVILLE MI 48876 | *Check all that apply.* | $724.38 | $724.38 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| 2.504. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.504.**

**Priority creditor's name and mailing address**

BEACH, ASHLEY
88 LEORY STREET
BINGHAMTON NY 13905

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $435.34 | $435.34 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.505.**

**Priority creditor's name and mailing address**

BEAHM, BRITTANY E
153 EDWARDS AVE
SWANNANOA NC 28778

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $237.63 | $237.63 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.506.**

**Priority creditor's name and mailing address**

BEAL, SARENA
1065 ROSE DR
BENICIA CA 94510

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $538.56 | $538.56 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.507.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
| | BEARD, EGYPT A<br>1416 ABBEYHILL DR COLUMBUS OH<br>WORTHINGTON OH 43085 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $218.97 | $218.97 |

**Total claim** $218.97 **Priority amount** $218.97

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.508.** **Priority creditor's name and mailing address**

BEARD, MAKENZIE
4611 BIRCH HOLLOW DR.
LINCOLN NE 68516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $489.49 **Priority amount** $489.49

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.509.** **Priority creditor's name and mailing address**

BEARDEN, ELIZABETH R
1792 FEATHER REED LANE
GREENWOOD IN 46143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $184.48 **Priority amount** $184.48

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

**2.510.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.510.**

**Priority creditor's name and mailing address**

BEARDSLEY, DESIREE D
709 TROY COVE
JONESBORO AR 72401

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,003.64 | $2,003.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.511.**

**Priority creditor's name and mailing address**

BEATTY, JASMINE N
178 LOCKMAN AVE.
5B
STATEN ISLAND NY 10303

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $118.50 | $118.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.512.**

**Priority creditor's name and mailing address**

BEAUDION, EMILEE
146 LONGDALE DR
LIVERPOOL NY 13090

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $168.95 | $168.95 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.513. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.513.** **Priority creditor's name and mailing address**

BEAULIEU, ANNELIESE
9 NICHOLS AVE.
BROOKLINE NH 03033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$521.00

**Priority amount**
$521.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.514.** **Priority creditor's name and mailing address**

BEAVER, LARRISHA J
720 MORRISON AVENUE
SACRAMENTO CA 95838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$33.24

**Priority amount**
$33.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.515.** **Priority creditor's name and mailing address**

BEAVER, SAVANNAH M
6247 WARDS GAP ROAD
CASAR NC 28020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$440.40

**Priority amount**
$440.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.516.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BECERRA, BRIANA
17113 ARDMORE AVE.
BELLFLOWER CA 90706

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $71.64
Priority amount: $71.64

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.517.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BECK, MIKYLA S
2121 WEST MAIN STREET
2094
MESA AZ 85201

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $68.76
Priority amount: $68.76

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.518.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BECKER, BREANNA
811 LINK DR.
APT 37
DUNCANVILLE TX 75116

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $138.18
Priority amount: $138.18

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.519. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BECKER, BRITTANY M
8CHESTNUT ST.
MIDLEBORO MA 02346

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $524.34 | $524.34 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.520.    **Priority creditor's name and mailing address**

BECKER, JULIANNA M
105 WOODBRIDGE DR
SLIPPERY ROCK PA 16057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $39.19 | $39.19 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.521.    **Priority creditor's name and mailing address**

BECKETT, KATHRYN J
811 BOWERS AVENUE
RUNNEMEDE NJ 08078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $195.76 | $195.76 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

| 2.522. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.522.  **Priority creditor's name and mailing address**

BECKFORD, MELISSA O
2943 NW 68TH AVE
MARGATE FL 33063-2064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$4,454.22

**Priority amount**
$4,454.22

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.523.  **Priority creditor's name and mailing address**

BECKFORD, TRANIQUE A
8104 WEBB ROAD
APT 2208
RIVERDALE GA 30274

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,150.10

**Priority amount**
$1,150.10

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.524.  **Priority creditor's name and mailing address**

BECK-JOHNSON, COURTNEY E
2410 MADERA CIRCLE
APT 147
PORT HUENEME CA 93041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$185.88

**Priority amount**
$185.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.525.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BEDOLLA-MAGO, JENNIFER
12208 ALEXANDER ROAD
EVERETT WA 98204

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $289.80

**Priority amount** $289.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.526.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BEELER, GRETCHEN E
1594 VISTA LN
APT 3
CLARKSVILLE TN 37043

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $475.00

**Priority amount** $475.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.527.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BEEMON, ACACIA Y
542 WOODY DRIVE
JACKSON MS 39212

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $626.33

**Priority amount** $626.33

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

---

**2.528.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BEEMSTERBOER, JENNIFER A
1109 W MAIN ST
523
PEORIA IL 61606

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $69.38
Priority amount: $69.38

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.529.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BEGLEY, ASHLEY N
8530 W WINDROSE DR
PEORIA AZ 85381

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $112.86
Priority amount: $112.86

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.530.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BEHLER, CORY B
316 AMY COURT
#1
SHILLINGTON PA 19607

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,756.82
Priority amount: $3,756.82

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

| 2.531. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BEHLES, KERI N<br>1644 PORTSMOUTH LAKE DR.<br>BRANDON FL 33511 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $114.21 | $114.21 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.532. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BEHRENS, DOMINIQUE M<br>15 HARVEST WAY<br>LITTLE EGG HARBOR NJ 08087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $525.00 | $525.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.533. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BEHRENS, SHEALEE<br>4338 SPRINGFIELD ST<br>SIOUX CITY IA 51108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $156.09 | $156.09 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.534.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

| **2.534.** | **Priority creditor's name and mailing address**<br><br>BEISWENGER, KENDRA L<br>1022 VALLEY GROVE ROAD<br>VALLEY GROVE WV 26060 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br><br>$1,125.91 | **Priority amount**<br><br>$1,125.91<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| **2.535.** | **Priority creditor's name and mailing address**<br><br>BEJARANO, YASDI<br>23461 HWY 59<br>PORTER TX 77365 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br><br>$62.80 | **Priority amount**<br><br>$62.80<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| **2.536.** | **Priority creditor's name and mailing address**<br><br>BELCHER, DAIZHANNA A<br>4320 BOSTIC DR<br>101<br>GREENVILLE NC 27834 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br><br>$64.53 | **Priority amount**<br><br>$64.53<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.537. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.537.**

**Priority creditor's name and mailing address**

BELL COUNTY
TAX APPRAISAL DISTRICT OF BELL COUNTY
PO BOX 390
BELTON TX 76513

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $3,832.71 | $3,832.71 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.538.**

**Priority creditor's name and mailing address**

BELL, ALEXIS K
240 ONLEY ROAD
102
SALISBURY MD 21804

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $45.43 | $45.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.539.**

**Priority creditor's name and mailing address**

BELL, ASHLEIGH M
28 HICKORY HILL LN
FREDERICKSBURG VA 22405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $106.06 | $106.06 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

---

**2.540.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BELLE, ALIX M
1413 4TH STREET SE
ROCHESTER MN 55904

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,447.21
Priority amount: $1,447.21

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.541.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BELLIARD, MARLENNY
771 ATWELLS AVE.
PROVIDENCE RI 02909

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $32.03
Priority amount: $32.03

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.542.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BELLIZZIA, NAYELI F
129 FAIRFAX CIR
BRANDON MS 39047

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,268.26
Priority amount: $2,268.26

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.543. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.543.** **Priority creditor's name and mailing address**

BELL-MAYHORN, JASMINE B
10320 S. VERNON AVE APT.2
2
CHICAGO IL 60628

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$44.88

**Priority amount**
$44.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.544.** **Priority creditor's name and mailing address**

BELLO, TAMI L
283 BAY 17TH STREET
APT. #3A
BROOKLYN NY 11214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$6,044.14

**Priority amount**
$6,044.14

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.545.** **Priority creditor's name and mailing address**

BELMAREZ, GUADALUPE I
6122 OLD LA BLANCA RD.
DONNA TX 78537

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$45.38

**Priority amount**
$45.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.546.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | | *Check all that apply.* | $291.12 | $291.12 |
| | BELTRAN, KATHIA | ☐ Contingent | | |
| | 3848W 164TH ST | ☐ Unliquidated | | **Nonpriority amount** |
| | 215 | ☐ Disputed | | |
| | TORRANCE CA 90505 | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.547.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | | *Check all that apply.* | $132.29 | $132.29 |
| | BELTRAN, SAMANTHA A | ☐ Contingent | | |
| | 94-980 AWAIKI ST. | ☐ Unliquidated | | **Nonpriority amount** |
| | WAIPAHU HI 96797 | ☐ Disputed | | |
| | | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.548.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | | *Check all that apply.* | $4,085.23 | $4,085.23 |
| | BEN, AMARA CELESTE | ☐ Contingent | | |
| | 15150 MACADAM ROAD S | ☐ Unliquidated | | **Nonpriority amount** |
| | APT B202 | ☐ Disputed | | |
| | TUKWILA WA 98188 | | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.549. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** / **Priority amount** |

**2.549.**

**Priority creditor's name and mailing address**

BEN, MALENA
7022 WALMSLEY BLVD.
RICHMOND VA 23236

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.81 | $81.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.550.**

**Priority creditor's name and mailing address**

BENACQUISTA, ALANNA
604 23RD STREET
2
WATERVLIET NY 12189

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $410.26 | $410.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.551.**

**Priority creditor's name and mailing address**

BENAVIDES, AUBREE L
3505 BOSWELLIA DR.
BAKERSFIELD CA 93311

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.84 | $72.84 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.552. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.552.   **Priority creditor's name and mailing address**

BENAVIDEZ, CYNTHIA Y
5770 BACKLICK RD
201
SPRINGFIELD VA 22150

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $578.27 | $578.27 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.553.   **Priority creditor's name and mailing address**

BENAVIDEZ, HERLINDA
8763 PINE CREST PL
RANCHO CUCAMONGA CA 91730

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,848.57 | $1,848.57 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.554.   **Priority creditor's name and mailing address**

BENDAHOU, YASMINA
1265 SHOEBRIDGE DRIVE
MYRTLE BEACH SC 29579

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $74.46 | $74.46 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.555. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BENDALL, KATIE L
256 OSCAR WEBSTER RD
HUNTSVILLE AL 35803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $179.37
**Priority amount** $179.37

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.556.    **Priority creditor's name and mailing address**

BENITES, YANICET M
541 NORTHRIDGE RD APT E
ATLANTA GA 30350

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $28.50
**Priority amount** $28.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.557.    **Priority creditor's name and mailing address**

BENITEZ, VIRYDIANA B
1825 TERRY LN
KNIGHTDALE NC 27545

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $139.71
**Priority amount** $139.71

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.558.**   **Priority creditor's name and mailing address**

BENITEZ-RAMIREZ, YOHANA
4520 ORCHARD AVE
LOS ANGELES CA 90037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,830.60 | $1,830.60 |

**Nonpriority amount**

$0.00

**2.559.**   **Priority creditor's name and mailing address**

BENJAMIN, STAJIA W
2087 ALLSTON CT
FAIRFIELD CA 94533

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $0.00 | $0.00 |

**Nonpriority amount**

$0.00

**2.560.**   **Priority creditor's name and mailing address**

BENNETT, ARAZHANE T
3064 STANTON RD SE
APT 2A
WASHINGTON DC 20020

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.60 | $146.60 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                                         Case number *(if known)* **19-10214**

| 2.561. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.561.**

**Priority creditor's name and mailing address**

BENNETT, TAYLOR
35457 HWY 433
SLIDELL LA 70460

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$668.86

**Priority amount**
$668.86

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.562.**

**Priority creditor's name and mailing address**

BENNETT, WENTER M
401CEDAR GLEN CIR
CHATTANOOGA TN 37412

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$166.92

**Priority amount**
$166.92

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.563.**

**Priority creditor's name and mailing address**

BENSON, KHYLA
1400 BRUSH ROW ROAD
WILBERFORCE OH 45385

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$68.66

**Priority amount**
$68.66

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.564.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|---|

**2.564.** **Priority creditor's name and mailing address**

BENSON, NATALIE M
2364 WHARREY DRIVE
SEWICKLEY PA 15143

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $574.64 | $574.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.565.** **Priority creditor's name and mailing address**

BENTLEY, MADISON H
1815 SABRINA LANE
HEDGESVILLE WV 25427

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $226.97 | $226.97 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.566.** **Priority creditor's name and mailing address**

BENTON, DENEANE C
901 MCNEIL ST.
SHREVEPORT LA 71101

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $453.08 | $453.08 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.567. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BENTON, GWENDOLYN D
1308 N 45TH STREET
FT. SMITH AR 72904

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $2,981.62

**Priority amount**    $2,981.62

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.568.    **Priority creditor's name and mailing address**

BENTON, MADISON L
600 YARMOUTH LANE
BEL AIR MD 21014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $943.32

**Priority amount**    $943.32

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.569.    **Priority creditor's name and mailing address**

BERARD, CHERYL A
211 PHILLIPS ST.
METHUEN MA 01844

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $105.48

**Priority amount**    $105.48

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.570. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.570.**

**Priority creditor's name and mailing address**

BERKA, ROBBI D
22491 ORCHARD GRASS TERRACE
APPARTMENT 402
ASHBURN VA 20148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,877.40

**Priority amount**
$1,877.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.571.**

**Priority creditor's name and mailing address**

BERMUDEZ, JANET E
401 LUNA AZUL
CHAPARRAL NM 88081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,229.48

**Priority amount**
$1,229.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.572.**

**Priority creditor's name and mailing address**

BERMUDEZ, ZULMA L
1649 CRYSTALVIEW TRL
LAKELAND FL 33801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$175.46

**Priority amount**
$175.46

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.573.   **Priority creditor's name and mailing address**

BERNACHE-MORENO, LARESA M
1905 BLUE CLOUD ST.
HENDERSON NV 89002

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $8,973.82 | $8,973.82 |

**Nonpriority amount**

$0.00

---

2.574.   **Priority creditor's name and mailing address**

BERNAL, THANIA
3625 ELM FARM RD #40
WOODBRIDGE VA 22192

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $93.49 | $93.49 |

**Nonpriority amount**

$0.00

---

2.575.   **Priority creditor's name and mailing address**

BERNARD, OZIEANNA G
21720 SE ALDER DR
GRESHAM OR 97030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $212.04 | $212.04 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.576.** **Priority creditor's name and mailing address**

BERNARD, YMANEE C
2525 CENTERGATE DR
APT201
MIRAMAR FL 33025

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $123.10 | $123.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.577.** **Priority creditor's name and mailing address**

BERRIOS, GIANA M
1023 VALLEY COURT
PENNSBURG PA 18073

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $37.84 | $37.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.578.** **Priority creditor's name and mailing address**

BERROA, WENDY A
11 PROSPECTS APT 21
21
WORCESTER MA 01608

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.96 | $138.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.579. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.579.** **Priority creditor's name and mailing address**

BERRY, AMBER
203 WILKERSON STREET
1110
SCOTTSVILLE KY 42164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**  $28.89

**Priority amount**  $28.89

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.580.** **Priority creditor's name and mailing address**

BERRY, ANABELLE
2054 W 2ND PL
MESA AZ 85201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**  $665.26

**Priority amount**  $665.26

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.581.** **Priority creditor's name and mailing address**

BERRY, CAITLYN A
12551 LORNA ST
GARDEN GROVE CA 92841

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**  $265.80

**Priority amount**  $265.80

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.582. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.582.**

**Priority creditor's name and mailing address**

BERRY, ICYPHINE
1203 HIGH HAMMOCK DRIVE APT 10
TAMPA FL 33619

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**
$1,366.62

**Priority amount**
$1,366.62

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.583.**

**Priority creditor's name and mailing address**

BERRY, SHELBY
203 LANDMARK DRIVE
SCOTTSVILLE KY 42164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**
$32.19

**Priority amount**
$32.19

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.584.**

**Priority creditor's name and mailing address**

BERRY, STEPHANY K
200 MAGNOLIA BOULEVARD
PORT WENTWORTH GA 31407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**
$506.04

**Priority amount**
$506.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.585. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BERTKE, ANNDREA J
2636 PRELUDE PATH
WEST CARROLLTON OH 45449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $183.66

**Priority amount** $183.66

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.586.    **Priority creditor's name and mailing address**

BERTRAND, MIKAYLA M
19 MOUNT PLEASANT STREET
DERRY NH 03038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $708.96

**Priority amount** $708.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.587.    **Priority creditor's name and mailing address**

BETANZOS, JESSICA
14916 61ST CT N
LOXAHATCHEE FL 33470

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $264.13

**Priority amount** $264.13

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.588. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.588.**

**Priority creditor's name and mailing address**

BETHEA, QUABENA H
31920 124TH AVE SE
#K103
AUBURN WA 98092

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $162.60 | $162.60 |

**Nonpriority amount**

$0.00

---

**2.589.**

**Priority creditor's name and mailing address**

BETHEA, RASHEEDAH
1162 SOUTH ORANGE AVE
APT. 1
SOUTH ORANGE NJ 07079

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $54.17 | $54.17 |

**Nonpriority amount**

$0.00

---

**2.590.**

**Priority creditor's name and mailing address**

BETTS, AMANDA R
99 SHANDON ROAD
#302
DORCHESTER CENTER MA 02124

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $173.64 | $173.64 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.591. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.591.**

**Priority creditor's name and mailing address**

BETTS, MYAH M
943 HARLAN CIRCLE
SAN DIEGO CA 92114

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $99.00

**Priority amount** $99.00

**Nonpriority amount**
$0.00

---

**2.592.**

**Priority creditor's name and mailing address**

BEU, JULIANA E
23 GATEWAY ROAD
FAIRPORT NY 14450

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $226.77

**Priority amount** $226.77

**Nonpriority amount**
$0.00

---

**2.593.**

**Priority creditor's name and mailing address**

BEVAN, HEATHER L
3 DANIEL ST
GREENSBURG PA 15601-6303

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $3,113.88

**Priority amount** $3,113.88

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.594. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BEVERLY, DONIQUA J
3 BOULDERCREST COURT
H
ROSEDALE MD 21237

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $193.72 | $193.72 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.595.    **Priority creditor's name and mailing address**

BEVILACQUA, MARIA ANTONIETT
1301 POST AVENUE
ELMONT NY 11003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $63.36 | $63.36 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.596.    **Priority creditor's name and mailing address**

BEZILLA, PAMELA
1341 PARKSIDE AVE
EWING NJ 08638

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $3,527.40 | $3,527.40 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.597.**  **Priority creditor's name and mailing address**

BHOOMBLA, HARLEEN
514 HARTFORD RD
MOORESTOWN NJ 08057

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.98 | $30.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.598.**  **Priority creditor's name and mailing address**

BHOOSHAN, DEANNA
5900 36TH ST W
APT L201
BRADENTON FL 34210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,971.96 | $1,971.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.599.**  **Priority creditor's name and mailing address**

BIAS, MAKELAH
18520 N 83RD DR
PEORIA AZ 85382

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $320.43 | $320.43 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

**2.600.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BIBINS-NORD, NYCHOLE
3226 VICKSBURG ST
DETROIT MI 48206

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $611.77

**Priority amount** $611.77

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.601.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BICE, JESSIE D
4248 E FOX STREET
MESA AZ 85205

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $145.75

**Priority amount** $145.75

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.602.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BICHA, JENNIFER E
7932 CARMENCITA AVE
SACRAMENTO CA 95829

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $205.20

**Priority amount** $205.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

2.603. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $112.46 | $112.46 |

BIGELOW, RICCI N
1640 GRAND AVENUE
1301
KNOXVILLE TN 37916

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.604. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $115.25 | $115.25 |

BIGGERS, ALEXIS
504 SOUTH MULLER PARKWAY
APT #404-C
BLOOMINGTON IN 47406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.605. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $30.65 | $30.65 |

BILLINGSLEY, STAR
9310 E BARRON CIRCLE
WICHITA KS 67207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor  **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

| 2.606. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.606.** **Priority creditor's name and mailing address**

BILLINSLEY, MARQUISE A
9310 E BARRON CIR
WICHITA KS 67207-3708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $37.37

**Priority amount**  $37.37

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.607.** **Priority creditor's name and mailing address**

BILLOCK, ALICIA M
216 N 2ND AVE E
DULUTH MN 55803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $989.85

**Priority amount**  $989.85

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.608.** **Priority creditor's name and mailing address**

BINKLY, ANNABELLE
11129 NE 43RD CIRCLE
VANCOUVER WA 98682

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $103.08

**Priority amount**  $103.08

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.609. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.609.** **Priority creditor's name and mailing address**

BIRCHFIELD, LAURA O
107 HASTY BLVD
ERWIN TN 37650

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim**
$150.08

**Priority amount**
$150.08

**Nonpriority amount**
$0.00

---

**2.610.** **Priority creditor's name and mailing address**

BIRD, SAMANTHA E
6809 MILWAUKEE ST
106
MADISON WI 53718-3468

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim**
$3,206.32

**Priority amount**
$3,206.32

**Nonpriority amount**
$0.00

---

**2.611.** **Priority creditor's name and mailing address**

BISCAN, MEGAN
651 DANA DR.
COLUMBIA IL 62236

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim**
$89.44

**Priority amount**
$89.44

**Nonpriority amount**
$0.00

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.612. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BISHOP, MEGAN R<br>6252 THORNAPPLE VALLEY DR<br>HASTINGS MI 49058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39.74 | $39.74 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.613. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BITTERMAN, MAKENZIE M<br>207 N BALL ST<br>1<br>OWOSSO MI 48867 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $871.02 | $871.02 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.614. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BIVENS, DANNISHA K<br>14602 BELLA MEADOW CT<br>CYPRESS TX 77433 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32.80 | $32.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.615.** **Priority creditor's name and mailing address**

BLACK, ANGELA
3903 BUTTONWOOD DRIVE
APT 101
COLUMBIA MO 65201

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $310.72 | $310.72 |
| | **Nonpriority amount** |
| | $0.00 |

**2.616.** **Priority creditor's name and mailing address**

BLACK, JASMINE C
2225 MARTIN LN
TYLER TX 75701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $125.01 | $125.01 |
| | **Nonpriority amount** |
| | $0.00 |

**2.617.** **Priority creditor's name and mailing address**

BLACK, NATOSHA L
203 HALL AVE
SOLVAY NY 13209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,788.08 | $1,788.08 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.618.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.618.**

**Priority creditor's name and mailing address**

BLACKBURN, EMMA
3295 SHELBY STREET
THE VILLAGES FL 32162

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $293.00 | $293.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.619.**

**Priority creditor's name and mailing address**

BLAIR, RAYONNA X
511 SHELLY RIDGE LN
308
RALEIGH NC 27609

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $109.77 | $109.77 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.620.**

**Priority creditor's name and mailing address**

BLAIR, SYDNEY Y
202 MEADOW RUN EXTENSION
ASHEVILLE NC 28806

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $137.16 | $137.16 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

| 2.621. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BLAISDELL, KASSANDRA M<br>500 SALISBURY ST<br>WORCESTER MA 01609 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $194.04 | $194.04 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.622. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BLAISE, ALLYSON<br>804 TYLER TERRACE<br>UTICA NY 13501 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $223.00 | $223.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.623. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BLAKE, DERRIERE M<br>1812 CALADIUM DR.<br>CORINTH TX 76210 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $113.93 | $113.93 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| 2.624. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.624.

**Priority creditor's name and mailing address**

BLAKELY, CHYNNA S
565 E ELM ST
APT 3
LINDEN NJ 07036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $141.42 | $141.42 |

**Nonpriority amount**

$0.00

---

2.625.

**Priority creditor's name and mailing address**

BLAKEMORE, SADIE N
340 SUNRISE DRIVE
KEVIL KY 42053

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $644.60 | $644.60 |

**Nonpriority amount**

$0.00

---

2.626.

**Priority creditor's name and mailing address**

BLANCHARD, ELIZABETH A
420 GILMOR RD
JOPPA MD 21085-4219

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,432.34 | $1,432.34 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.627. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BLANCHARD, RILEY
5366 DESCANSO CIR E
COLORADO SPRINGS CO 80918

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $44.18 | $44.18 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.628.    **Priority creditor's name and mailing address**

BLANCO, CLARISSA
609 MIDDLE NECK RD
3
GREAT NECK NY 11023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $557.25 | $557.25 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.629.    **Priority creditor's name and mailing address**

BLAND, PAMELA M
137 HUNTLEIGH FOREST DR
KIRKWOOD MO 63122-1201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $65.30 | $65.30 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor     **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

| 2.630. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.630. Priority creditor's name and mailing address**

BLECHMAN, EVE S
195 RIVER ROAD
DEERFIELD IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $426.54

**Priority amount** $426.54

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.631. Priority creditor's name and mailing address**

BLEDSOE, KRISTEN M
161-22 119TH AVENUE
2ND FLOOR
JAMAICA NY 11434

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $310.44

**Priority amount** $310.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.632. Priority creditor's name and mailing address**

BLEVINS, CHRISTINA J
11296 122ND AVE
LARGO FL 33778

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $681.95

**Priority amount** $681.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.633. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.633.**  **Priority creditor's name and mailing address**

BLISH, STEPHANIE C
4750 W 29TH ST
706
GREELEY CO 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $100.24 | $100.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.634.**  **Priority creditor's name and mailing address**

BLOOMER, ANTHONY J
2819 FAIRMOUNT AVE
ATLANTIC CITY NJ 08401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $170.98 | $170.98 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.635.**  **Priority creditor's name and mailing address**

BLUCAS, ALEXANDRIA
208 ROCKSVILLE ROAD
SOUTHAMPTON PA 18966

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $148.61 | $148.61 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                               Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.636.** **Priority creditor's name and mailing address**

BLUE, SHANTA L
8411 SOMERTON CIRCLE
DOUGLASVILLE GA 30134

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.55 | $100.55 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.637.** **Priority creditor's name and mailing address**

BOATENG, CHANELLE
3932 STRETTON AVE
FAYETTEVILLE NC 28306

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $125.28 | $125.28 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.638.** **Priority creditor's name and mailing address**

BOBSEIN, MARIA A
108 HAWTHORNE DRIVE N
APT 5F
NEW LONDON CT 06320

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,008.95 | $7,008.95 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.639. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BOCANEGRA, FABIOLA
3516 OLGA AVE
MCALLEN TX 78503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Total claim**      $79.20

**Priority amount**      $79.20

**Nonpriority amount**
$0.00

---

2.640.    **Priority creditor's name and mailing address**

BODDY, CHEROKEE
1367 SOUTHVIEW DRIVE
102
OXON HILL MD 20745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Total claim**      $96.60

**Priority amount**      $96.60

**Nonpriority amount**
$0.00

---

2.641.    **Priority creditor's name and mailing address**

BODLEY, MAKAILA J
10881 HULME AVE
LYNWOOD CA 90262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Total claim**      $36.36

**Priority amount**      $36.36

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.642. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.642.**

**Priority creditor's name and mailing address**

BODY, SHARON K
9225 E TANQUE VERDE RD
46-104
TUCSON NV 85749

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $4,044.17 | $4,044.17 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.643.**

**Priority creditor's name and mailing address**

BOGAR, BRANDI S
2502 CHANNING DR.
GRAND PRAIRIE TX 75052

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $157.95 | $157.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.644.**

**Priority creditor's name and mailing address**

BOGGESS, CHELSIE A
3785 QUITMAN ST
BEAUMONT TX 77708-4118

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $99.79 | $99.79 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.645. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.645.** **Priority creditor's name and mailing address**

BOGUE, JADYN T
5450 WEST BRIXTON DRIVE
LINCOLN NE 68521

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$65.07

**Priority amount**
$65.07

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.646.** **Priority creditor's name and mailing address**

BOHLAND, BRIANNA C
454 HOPKINS CEMETERY RD
C 502
HARRINGTON DE 19952

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$509.63

**Priority amount**
$509.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.647.** **Priority creditor's name and mailing address**

BOHLIN, HAILEY O
339 E BROWNSTONE DRIVE
BLOOMINGTON IN 47408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$523.71

**Priority amount**
$523.71

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.648. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.648.**

**Priority creditor's name and mailing address**

BOISCLAIR, SASHA L
194 FAYETTE STREET
LYNN MA 01902

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $444.96 | $444.96 |

**Nonpriority amount**

$0.00

---

**2.649.**

**Priority creditor's name and mailing address**

BOITNOTT, ALEXANDRA E
4009 APACHE RD.
SALEM VA 24153

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $400.56 | $400.56 |

**Nonpriority amount**

$0.00

---

**2.650.**

**Priority creditor's name and mailing address**

BOLAND, KERI L
1538 YARMOUTH AVE
WELLINGTON FL 33414

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,361.02 | $1,361.02 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.651.** **Priority creditor's name and mailing address**

BOLANDER, GABRIELLE C
7616 FOXGLOVE LANE
NOBLESVILLE IN 46062

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $457.52 | $457.52 |
| | **Nonpriority amount** |
| | $0.00 |

**2.652.** **Priority creditor's name and mailing address**

BOLDEN, JASMINE A
5348 JORDAN DRIVE
MEMPHIS TN 38116

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.85 | $80.85 |
| | **Nonpriority amount** |
| | $0.00 |

**2.653.** **Priority creditor's name and mailing address**

BOLLING, KAMESIA C
5724 PALOMINO DRIVE
RALEIGH NC 27606

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.54 | $60.54 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.654.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.654.** **Priority creditor's name and mailing address**

BOLTON, TASHA N
292 REVERE AVE
2
UNION NJ 07083

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $6,118.57

**Priority amount**    $6,118.57

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.655.** **Priority creditor's name and mailing address**

BOLTON, TORI R
1811 HOYT AVE
INDIANAPOLIS IN 46203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $375.10

**Priority amount**    $375.10

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.656.** **Priority creditor's name and mailing address**

BONANNO, AUDRY K
630 RALPH HUGHES COURT
PANAMA CITY FL 32404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $257.22

**Priority amount**    $257.22

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

| 2.657. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**Priority creditor's name and mailing address**

BOND, JADYN R
5503 E. FARM RD. 170
ROGERSVILLE MO 65742

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Total claim** $107.84

**Priority amount** $107.84

**Nonpriority amount**
$0.00

---

2.658.    **Priority creditor's name and mailing address**

BONET, ELIZABETH
816 MARION OAKS MANOR
OCALA FL 34473

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Total claim** $2,427.17

**Priority amount** $2,427.17

**Nonpriority amount**
$0.00

---

2.659.    **Priority creditor's name and mailing address**

BONGARD, COURTNEY
3841 DAYSTAR RD
D
MADISON WI 53704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Total claim** $63.98

**Priority amount** $63.98

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

| 2.660. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.660.  **Priority creditor's name and mailing address**

BONIFACIO, MEGAN N
5900 HIDDEN PINE LANE
MCKINNEY TX 75070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $542.59 | $542.59 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.661.  **Priority creditor's name and mailing address**

BONILLA, BRIANNA
508 NEWYORK AVE
ELIZABETH NJ 07202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $124.43 | $124.43 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.662.  **Priority creditor's name and mailing address**

BONNEAU, LINDSEY A
74 PACIFIC OCEAN DR
BRICK NJ 08723

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $226.74 | $226.74 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.663.** **Priority creditor's name and mailing address**

BONNER, VANESSA
915 SANDRA DRIVE
BAKERSFIELD CA 93304

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $94.44 | $94.44 |

**Nonpriority amount**

$0.00

---

**2.664.** **Priority creditor's name and mailing address**

BONNEVILLE, RACHELLE A
124 S FREDERICKSBURG WAY
VANCOUVER WA 98664

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,834.36 | $1,834.36 |

**Nonpriority amount**

$0.00

---

**2.665.** **Priority creditor's name and mailing address**

BOOKER, IYAUNA N
4613 MILLVALE CT
NORTH CHESTERFIELD VA 23832

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $62.77 | $62.77 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.666. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.666.** **Priority creditor's name and mailing address**

BOOKER, LATONIA
5464 POLLARD DR
SOUTHAVEN MS 38671-6981

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $621.29

**Priority amount** $621.29

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.667.** **Priority creditor's name and mailing address**

BOOKER, LILLIAN D
1000 CHASTAIN ROAD
857826
KENNESAW GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $116.43

**Priority amount** $116.43

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.668.** **Priority creditor's name and mailing address**

BOOKER, TIFFANY B
1416 SW 27TH CT
FT LAUDERDALE FL 33315

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $541.49

**Priority amount** $541.49

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.669.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
BOONE, ERIN M | *Check all that apply.* | $1,470.17 | $1,470.17
7627 PIMMIT HILLS DR | ☐ Contingent | |
JACKSONVILLE FL 32244-6535 | ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.670.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
BOONE, THEOTIS | *Check all that apply.* | $1,767.86 | $1,767.86
72 GUERNSEY DR | ☐ Contingent | |
COLUMBIA SC 29203-6736 | ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.671.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
BOONE, TIA | *Check all that apply.* | $370.85 | $370.85
205 LOCHNESS CT APT 201 | ☐ Contingent | |
VIRGINIA BEACH VA 23452 | ☐ Unliquidated | **Nonpriority amount** |
| ☐ Disputed | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

---

**2.672.**

**Priority creditor's name and mailing address**

BOOTH, INFYNITY R
14949 SE STARK ST
2
PORTLAND OR 97233

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $344.16 | $344.16 |

**Nonpriority amount**

$0.00

---

**2.673.**

**Priority creditor's name and mailing address**

BOOTH, LEIGHANN
3320 KOSSUTH AVE
6B
BRONX NY 10467

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $842.56 | $842.56 |

**Nonpriority amount**

$0.00

---

**2.674.**

**Priority creditor's name and mailing address**

BOOTH, NATHANIEL
750 WILDBRIAR RD
APT 104
PALM BAY FL 32905

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $92.38 | $92.38 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.675.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BOOTHE, LORNETTE S
9116 KILPATRICK AVE APT 1A
APT 1A
SKOKIE IL 60076

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $359.15    **Priority amount** $359.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.676.** | **Priority creditor's name and mailing address**

BOOZER, BRYANNA M
70 SOUTHWATERFORD ROAD
DALTON PA 18414

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $42.41    **Priority amount** $42.41

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.677.** | **Priority creditor's name and mailing address**

BORDEN, BREANNA P
319 CARLEIGH LANE
BOONEVILLE MS 38829

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $498.27    **Priority amount** $498.27

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.678. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.678.

**Priority creditor's name and mailing address**

BORDEN, DESTANI
113 CHANTICLEER VILLAGE DR. B
MYRTLE BEACH SC 29579

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $272.70

**Priority amount** $272.70

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.679.

**Priority creditor's name and mailing address**

BORDERS, HAILEY N
30 MIDLAND LANE
WHEATLEY HEIGHTS NY 11798

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,476.00

**Priority amount** $1,476.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.680.

**Priority creditor's name and mailing address**

BORDONARO, MOLLY A
513 JACK STREET
GREENSBURG PA 15601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $142.83

**Priority amount** $142.83

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.681. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.681.** **Priority creditor's name and mailing address**

BORGES, ERICKA T
3252 CABRILLO MESA DR
SAN DIEGO CA 92123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $111.72

**Priority amount**  $111.72

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.682.** **Priority creditor's name and mailing address**

BORIA, FUENTES RAIZA S
CARR 187 #23
BO MEDIANIA BA
LOIZA PR 00772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $1,374.58

**Priority amount**  $1,374.58

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.683.** **Priority creditor's name and mailing address**

BORJA, BRENDA
2207 BELVEDERE BLVD
TYLER TX 75702-3923

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $173.57

**Priority amount**  $173.57

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

**2.684.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BORJA, CELESTE J
500 BUENA VISTA BLVD.
BAKERSFIELD CA 93307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$75.36

**Priority amount**
$75.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.685.**

**Priority creditor's name and mailing address**

BOR-MARQUEZ, JAQUELINE M
478 BEDFORD AVE
UNIONDALE NY 11553

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$244.32

**Priority amount**
$244.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.686.**

**Priority creditor's name and mailing address**

BORNIOS, BRYANNA C
91-458 MAKALEA ST
EWA BEACH HI 96706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$208.77

**Priority amount**
$208.77

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.687.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.687.**

**Priority creditor's name and mailing address**

BORNIOS, KRISTEN-MARIE
1809 LANAKILA AVE
HONOLULU HI 96817

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $552.26 | $552.26 |
| | **Nonpriority amount** |
| | $0.00 |

**2.688.**

**Priority creditor's name and mailing address**

BORUNDA, ARIANA
4410 N. 49TH DR.
PHOENIX AZ 85031

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $238.03 | $238.03 |
| | **Nonpriority amount** |
| | $0.00 |

**2.689.**

**Priority creditor's name and mailing address**

BOSTEDER, BRIANNA L
10400 SE COOK CT
132
MILWAUKIE OR 97222

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $747.88 | $747.88 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.690.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BOSTEDT, BROOKLYN
1384 EAST ADAM DRIVE
DE PERE WI 54115

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $134.79
Priority amount: $134.79

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.691.** | **Priority creditor's name and mailing address**

BOSTIC, TRISHA A
447 NEW DORWART ST
LANCASTER PA 17603

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $340.32
Priority amount: $340.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.692.** | **Priority creditor's name and mailing address**

BOSTON, ESSENCE
812A W 43RD ST.
NORFOLK VA 23508

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $62.40
Priority amount: $62.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.693. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.693.** **Priority creditor's name and mailing address**

BOSWELL, DE'ANDRE L
6363 WEST CAMP WISDOM RD
713
DALLAS TX 75236

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$163.10

**Priority amount**
$163.10

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.694.** **Priority creditor's name and mailing address**

BOTELLO, ASHLEE N
1014 DORADO WAY
CHULA VISTA CA 91910

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$305.40

**Priority amount**
$305.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.695.** **Priority creditor's name and mailing address**

BOTELLO, BRINA M
650 NORTH IMPERIAL AVENUE #18
18
BRAWLEY CA 92227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$184.44

**Priority amount**
$184.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.696. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | BOUDREAUX, DARRELYN<br>300 VENUS DR<br>LAFAYETTE LA 70501 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $46.96 | $46.96 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $46.96

**Priority amount** $46.96

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.697.    **Priority creditor's name and mailing address**

BOUFFORD, DANIELLE
6 SEQUOIA AVENUE
LONDONDERRY NH 03053

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $518.38

**Priority amount** $518.38

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.698.    **Priority creditor's name and mailing address**

BOUNDS, BRIANNA
13713 ARTESA BELL DRIVE
RIVERVIEW FL 33579

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $42.98

**Priority amount** $42.98

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.699. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BOUPHAVONG, STEPHANIE S
1021 E. SARAZEN AVE
FRESNO CA 93730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $38.40

**Priority amount** $38.40

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.700.    **Priority creditor's name and mailing address**

BOUROUS, ALEXA
164 ANCHORAGE DRIVE
WEST ISLIP NY 11795

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $699.46

**Priority amount** $699.46

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.701.    **Priority creditor's name and mailing address**

BOWDRE, KIRA R
2401 UTOPIA COURT
AUGUSTA GA 30909

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $151.04

**Priority amount** $151.04

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

| 2.702. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.702.**

**Priority creditor's name and mailing address**

BOWEN, ELANA Y
7532 S 138TH ST
OMAHA NE 68138-5411

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $476.27 | $476.27 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.703.**

**Priority creditor's name and mailing address**

BOWEN, KATELYN
227 SUMMEY BARKER DR
DALLAS NC 28034-7780

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $4,423.64 | $4,423.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.704.**

**Priority creditor's name and mailing address**

BOWEN, MIKAELA
5300 FOX COVE LANE
A
GREENSBORO NC 27407

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $68.48 | $68.48 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| 2.705. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BOWER, JANICE S
15608 N. 71ST STREET
APT. 146
SCOTTSDALE AZ 85254

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $533.64

**Priority amount**    $533.64

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.706.**    **Priority creditor's name and mailing address**

BOWERS, CHRISTIAN
5009 WINFIELD DR
RINCON GA 31326

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $1,212.15

**Priority amount**    $1,212.15

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.707.**    **Priority creditor's name and mailing address**

BOWERS, YAMILET
8 CHURCH ST
APT K
CARMEL NY 10512

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $574.06

**Priority amount**    $574.06

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.708. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.708.**

**Priority creditor's name and mailing address**

BOWES, BRITTNEY D
7069 RAPID RIVER DR W
JACKSONVILLE FL 32219

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $187.50 | $187.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.709.**

**Priority creditor's name and mailing address**

BOWMAN, SARAH E
6051 ROMA DR. APT 301
SHREVEPORT LA 71105

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $59.81 | $59.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.710.**

**Priority creditor's name and mailing address**

BOWMAN, TIINAMARIE
154 STRIBLING CIRCLE
SPARTANBURG SC 29301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $172.13 | $172.13 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.711. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BOWSER, LEINISHA
10402 19TH AVE CT S APT N302
TACOMA WA 98444

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $798.55

**Priority amount** $798.55

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.712.    **Priority creditor's name and mailing address**

BOYAZIS, DEMETRIA C
3660 ROBERTS RIDGE
AKRON OH 44333

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $425.70

**Priority amount** $425.70

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.713.    **Priority creditor's name and mailing address**

BOYCE, DESERAE
135 1ST ST
EATONTOWN NJ 07724

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $559.32

**Priority amount** $559.32

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |
|---|---|---|

| 2.714. | **Priority creditor's name and mailing address**<br><br>BOYCE, JAMIE<br>2904 POWELL AVE<br>PENNSAUKEN NJ 08110 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$328.79 | **Priority amount**<br>$328.79<br><br>**Nonpriority amount**<br>$0.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| 2.715. | **Priority creditor's name and mailing address**<br><br>BOYD, ALEXXIA R<br>300 BELLAMY AVE 325-101<br>CONWAY SC 29526 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$100.33 | **Priority amount**<br>$100.33<br><br>**Nonpriority amount**<br>$0.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| 2.716. | **Priority creditor's name and mailing address**<br><br>BOYD, HOPE E<br>2013 W CAMPBELL RD APT. 238<br>GARLAND TX 75044 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$1,755.08 | **Priority amount**<br>$1,755.08<br><br>**Nonpriority amount**<br>$0.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

| 2.717. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BOYD, KIERRA
1200 ROBLEY DR. APT. 7302
LAFAYETTE LA 70503

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $180.67

**Priority amount** $180.67

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.718.    **Priority creditor's name and mailing address**

BOYD, SKYLAR R
1459 E 138TH ST
GLENPOOL OK 74033

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $67.40

**Priority amount** $67.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.719.    **Priority creditor's name and mailing address**

BOYD, TEOSHA
1247 N GRAHAM AVENUE 152B
FLORENCE AL 35630

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $31.39

**Priority amount** $31.39

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

| 2.720. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.720.** **Priority creditor's name and mailing address**

BOYKIN, LABREA G
891 SUGARCANE
CLARKSVILLE TN 37040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $109.96 | $109.96 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.721.** **Priority creditor's name and mailing address**

BOYKINS, DIAMOND L
7387 WOODROW WILSON
DETROIT MI 48206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $150.26 | $150.26 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.722.** **Priority creditor's name and mailing address**

BOYLAN, ELAYSZYA A
1112 EVERT DRIVE
VIRGINIA BEACH VA 23464

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $85.15 | $85.15 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.723. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BOYLE, LAURA A
3730 INGLESIDE BLVD.
APT 3306
LADSON SC 29456

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,381.50

**Priority amount** $1,381.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.724.   **Priority creditor's name and mailing address**

BOZEMAN, REMONA
3840 JILES RD
22
KENNESAW GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,345.93

**Priority amount** $3,345.93

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.725.   **Priority creditor's name and mailing address**

BRADE, ZOE B
1831 SAN DOLLAR CIR
PENSACOLA FL 32504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $203.63

**Priority amount** $203.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                  Case number *(if known)* **19-10214**

| 2.726. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BRADEN, NAUTIKA
2108 COWAN ST
FAYETTEVILLE NC 28306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $123.62

**Priority amount** $123.62

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.727.    **Priority creditor's name and mailing address**

BRADEN, SAVANAH R
1347 BOARDWALK AVE
MOLALLA OR 97038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $75.46

**Priority amount** $75.46

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.728.    **Priority creditor's name and mailing address**

BRADFIELD, TAYLOR
4003 WINTERSWEET DR
DECATUR GA 30034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $146.71

**Priority amount** $146.71

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.729. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**Priority creditor's name and mailing address**

BRADFORD, LENA R
1507 MINGLE AVE.
KNOXVILLE TN 37921

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $546.62

**Priority amount** $546.62

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.730.    **Priority creditor's name and mailing address**

BRADLEY, BRITNEY S
4753 WALDEN CIRCLE
APT J
ORLANDO FL 32811

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $288.67

**Priority amount** $288.67

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.731.    **Priority creditor's name and mailing address**

BRADLEY, CELSIE A
1139 SILVER LAKE COURT
PINGREE GROVE IL 60140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $208.15

**Priority amount** $208.15

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

2.732.  **Priority creditor's name and mailing address**

BRADLEY, JESSICA
550 GRAVES AVE #6
EL CAJON CA 92020

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,480.10 | $4,480.10 |

**Nonpriority amount**

$0.00

2.733.  **Priority creditor's name and mailing address**

BRADSHAW, LUCILA
1805 CALHOUN AVENUE
PANAMA CITY FL 32405-2623

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,712.94 | $5,712.94 |

**Nonpriority amount**

$0.00

2.734.  **Priority creditor's name and mailing address**

BRADSHAW, TRINITEE M
1752 SOUTHAMPTON DR SE
GRAND RAPIDS MI 49508

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $242.08 | $242.08 |

**Nonpriority amount**

$0.00

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.735. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BRAMBILA, HEFZIBA
659 MANOR DR
C
PACIFICA CA 94044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $247.51 | $247.51 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.736.   Priority creditor's name and mailing address**

BRANCATO, VIDALIA R
20620 WEST GOLDEN ELM DR.
ESTERO FL 33928

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $538.57 | $538.57 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.737.   Priority creditor's name and mailing address**

BRANCH, JASMINE M
6128 PENNSWOOD AVE.
LAKEWOOD CA 90712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $189.24 | $189.24 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.738. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.738.  **Priority creditor's name and mailing address**

BRANDON, EKIMA R
64 BIDWELL AVE
1ST FLOOR
JERSEY CITY NJ 07305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,957.85

**Priority amount** $2,957.85

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.739.  **Priority creditor's name and mailing address**

BRANDT, KATELYNN R
15367 FLOWERFIELD RD
THREERIVERS MI 49093

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $35.89

**Priority amount** $35.89

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.740.  **Priority creditor's name and mailing address**

BRANDT, TAYLOR R
232 GRACE STREET
GROVE CITY PA 16127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,406.24

**Priority amount** $1,406.24

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

| 2.741. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BRANTLEY, KAYLA A
1080 ADAHI TRAIL
MACON GA 31220

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $154.79
Priority amount: $154.79

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.742. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BRASHER, SARAH A
1400 MALL OF GEORGIA BLVD
APT 311
BUFORD GA 30519

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $34.64
Priority amount: $34.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.743. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BRASSEAS-ALVIZAR, LIZETH
83201 LOS CABOS AVE
COACHELLA CA 92236

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $574.86
Priority amount: $574.86

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.744. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BRASTAD, SUMMER
3935 VALLEY VIEW DR. N.
APT105
EAGAN MN 55122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $77.70

**Priority amount** $77.70

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.745.    **Priority creditor's name and mailing address**

BRAVO, ITZEL
16739 WESTGREEN SQ
HOCKLEY TX 77447-9166

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $54.69

**Priority amount** $54.69

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.746.    **Priority creditor's name and mailing address**

BRAVO, LUNA SHEILA C
628 W 42ND PL
LOS ANGELES CA 90037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $86.40

**Priority amount** $86.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.747.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

**2.747.**

**Priority creditor's name and mailing address**

BRAVO, RUDY
16414 POCONO ST
LA PUENTE CA 91744

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $10,298.75 | $10,298.75 |

**Nonpriority amount**

$0.00

---

**2.748.**

**Priority creditor's name and mailing address**

BRAVO, SAMANTHA E
5236 W PEORIA
#204
GLENDALE AZ 85302

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $31.90 | $31.90 |

**Nonpriority amount**

$0.00

---

**2.749.**

**Priority creditor's name and mailing address**

BRAY, TRISHA
4222 E ANDREA DR
CAVE CREEK AZ 85331

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,188.10 | $2,188.10 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.750.    **Priority creditor's name and mailing address**

BRAZIL, NICOLE C
1472 NORTH STREET
#A
SANTA ROSA CA 95404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,119.74 | $2,119.74 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

2.751.    **Priority creditor's name and mailing address**

BREDICE, CARLI R
4756 STADIUM DRIVE
BRIDGMAN MI 49106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $98.06 | $98.06 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

2.752.    **Priority creditor's name and mailing address**

BREITFELDER, ANNA
11 PERRY ROAD
BRANCHVILLE NJ 07826

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.07 | $36.07 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.753. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.753. **Priority creditor's name and mailing address**

BREMER, MORGAN H
3 ADAMS COURT
HOPEWELL JUNCTION NY 12533

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $140.09 | $140.09 |

**Nonpriority amount**
$0.00

---

2.754. **Priority creditor's name and mailing address**

BRENNAN, KRISTIN L
2825 BERKLEY RD.
ERIE PA 16506

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $958.02 | $958.02 |

**Nonpriority amount**
$0.00

---

2.755. **Priority creditor's name and mailing address**

BRENNAN, SARAH E
145 HARMONY RD
APT 522
SLIPPERY ROCK PA 16057

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $41.25 | $41.25 |

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.756.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.756.** **Priority creditor's name and mailing address**

BRESS, HEATHER R
24910 JENNINGS ROAD
MYAKKA CITY FL 34251

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,637.61 | $2,637.61 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.757.** **Priority creditor's name and mailing address**

BREWER, ADDISON M
1125 FRANKLIN SE
GRAND RAPIDS MI 49507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $129.50 | $129.50 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.758.** **Priority creditor's name and mailing address**

BREWER, EMILY M
372 E. 13TH AVE
COLUMBUS OH 43201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $169.54 | $169.54 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

2.759.  **Priority creditor's name and mailing address**

BREWER, MARIA E
3607 SALT FORK DR
KILLEEN TX 76549-5631

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,084.70 | $2,084.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.760.  **Priority creditor's name and mailing address**

BREWER, SHONTA E
3749 N ABBY ST
FRESNO CA 93726-5406

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.60 | $72.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.761.  **Priority creditor's name and mailing address**

BRICKFIELD, ERIN D
1349 NORTHGATE CIRCLE
I-103
OVIEDO FL 32765

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.80 | $175.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.762. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.762.** **Priority creditor's name and mailing address**

BRIDGES, ALAYAH
398 MORNING CREEK CIR
APOPKA FL 32712

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $496.13

**Priority amount** $496.13

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.763.** **Priority creditor's name and mailing address**

BRIDGES, ELANDRA
212 CEDAR VILLAGE DR
YORK PA 17406

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $437.50

**Priority amount** $437.50

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.764.** **Priority creditor's name and mailing address**

BRIDGES, HEATHER L
721 NE 23RD ST
MOORE OK 73160

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $4,785.38

**Priority amount** $4,785.38

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.765. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BRIGHT, DAKOTA C
639 NANTUCKET PL
NORWALK IA 50211

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $741.96

Priority amount $741.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.766. **Priority creditor's name and mailing address**

BRINKLEY, HAROLD A
5427 MORRIS AVE
SUITLAND MD 20746

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $656.05

Priority amount $656.05

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.767. **Priority creditor's name and mailing address**

BRINKMAN, KELSEY E
10424 CAENEN DRIVE
OVERLAND PARK KS 66215

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $372.43

Priority amount $372.43

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.768. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.768.** **Priority creditor's name and mailing address**

BRISCOE-CURTIS, SYDNEY
800 WEST MARIETTA ST.NW
ATLANTA GA 30318

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $40.06 | $40.06 |

**Nonpriority amount**
$0.00

---

**2.769.** **Priority creditor's name and mailing address**

BRISENO, STEPHANY
1208 5TH AVE. APT. E
CHULA VISTA CA 91911

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $114.60 | $114.60 |

**Nonpriority amount**
$0.00

---

**2.770.** **Priority creditor's name and mailing address**

BRITT, ANGELA
138 CENTER ST
FREEHOLD NJ 07728

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $134.17 | $134.17 |

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.771. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.771.  **Priority creditor's name and mailing address**

BRITT, JAMES
1377 ARLINE AVE
ABINGTON PA 19001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $103.54 | $103.54 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

2.772.  **Priority creditor's name and mailing address**

BRITTON, JORDAN
1440 EMPRESS DR
2502
MCDONOUGH GA 30253

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $599.29 | $599.29 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

2.773.  **Priority creditor's name and mailing address**

BROADBELT, JANNELLE K
4 JOHN ST
SPRING VALLEY NY 10977

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $276.62 | $276.62 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.774. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BROADEN, JAVONNI R
6916 MEGAN AVE.
LAS VEGAS NV 89108

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $399.53 | $399.53 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.775.    **Priority creditor's name and mailing address**

BROCK, WHITNEY
704 IAA DR. APT. B6
BLOOMINGTON IL 61701

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,225.96 | $3,225.96 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.776.    **Priority creditor's name and mailing address**

BRONAUGH, HOPE
225 DISCOVERY DR
COLLEGE STATION TX 77845

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $239.28 | $239.28 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.777.** **Priority creditor's name and mailing address**

BRONCO, RYAN K
6259 LAKE ALTURAS AVE
SAN DIEGO CA 92119

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.84 | $63.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.778.** **Priority creditor's name and mailing address**

BRONSTORPH, ANGELLE-LIS
8 WILLIAMS COURT
MAHOPAC NY 10541

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $334.20 | $334.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.779.** **Priority creditor's name and mailing address**

BROOKS, ADRIANNA B
1265 EAST 222ND STREET
BRONX NY 10469

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $85.20 | $85.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| 2.780. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.780.  **Priority creditor's name and mailing address**

BROOKS, AMANDA K
1517 HAVENWOOD DR
OCEANSIDE CA 92056

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,637.28

**Priority amount** $1,637.28

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.781.  **Priority creditor's name and mailing address**

BROOKS, AUDRIANNA
1472 CITY VIEW ST.
EUGENE OR 97402

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $119.14

**Priority amount** $119.14

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.782.  **Priority creditor's name and mailing address**

BROOKS, BATESHA
279 GOLDSMITH AVE APT D1
NEWARK NJ 07112

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $71.01

**Priority amount** $71.01

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.783.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.783.** **Priority creditor's name and mailing address**

BROOKS, BRIONNA L
1210 MORGANS LANDING DR.
SANDY SPRINGS GA 30350

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $738.49 | $738.49 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.784.** **Priority creditor's name and mailing address**

BROOKS, DESTINY J
10217 DOVER DR
YUKON OK 73099

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $166.03 | $166.03 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.785.** **Priority creditor's name and mailing address**

BROOKS, INEZ
118 TACOMA AVE.
BUFFALO NY 14216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $314.35 | $314.35 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.786. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**2.786.** | **Priority creditor's name and mailing address**

BROOKS, MADISON
5318 STONES RIVER AVE
BATON ROUGE LA 70817

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $83.81 | $83.81 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.787.** **Priority creditor's name and mailing address**

BROOKS, SYDNEY N
104 DALEWOOD MANOR LANE APT F
APT F
BIRMINGHAM AL 35214

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $163.54 | $163.54 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.788.** **Priority creditor's name and mailing address**

BROOKS, TAYLOR B
935 MCFARLAN AVE
FORT WALTON BEACH FL 32547

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $220.98 | $220.98 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.789. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

2.789.
**Priority creditor's name and mailing address**

BROOKS, TYESHIA S
1435 OAKES ROAD
3
RACINE WI 53406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $345.94 | $345.94 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.790.
**Priority creditor's name and mailing address**

BROOM, JENNIFER L
1509 BLAINE AVE
RACINE WI 53405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $5,600.14 | $5,600.14 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.791.
**Priority creditor's name and mailing address**

BROOME, ASHLEY
1030 SILVER OAK PLACE
CHULA VISTA CA 91914

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,707.39 | $4,707.39 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.792.** **Priority creditor's name and mailing address**

BROSIOUS, SELENA L
18 ALBEE LANE
PASCOAG RI 02859

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $121.44 | $121.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.793.** **Priority creditor's name and mailing address**

BROWN, ALLISON
511 TORWOOD DRIVE
COLUMBIA SC 29203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $114.84 | $114.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.794.** **Priority creditor's name and mailing address**

BROWN, AMARI N
8468 WOODCREST
APT 5
WESTLAND MI 48185

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $207.11 | $207.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.795. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.795.**

**Priority creditor's name and mailing address**

BROWN, ANNIKA
241 RAMPART WAY APT 203
EAST LANSING MI 48823

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $536.71 | $536.71 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.796.**

**Priority creditor's name and mailing address**

BROWN, A'QUOIA
3044 HIDDEN FOREST CT.
5231 B
MARIETTA GA 30066

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $90.70 | $90.70 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.797.**

**Priority creditor's name and mailing address**

BROWN, ASHLEY A
113 NORTH PARKRIDGE STREET
WICHITA KS 67212

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $129.05 | $129.05 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.798. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.798.** **Priority creditor's name and mailing address**

BROWN, ASHLEY N
4454 N 89TH
MILWAUKEE WI 53225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $216.15

**Priority amount**  $216.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.799.** **Priority creditor's name and mailing address**

BROWN, ASIA N
18200 ROSELAND BLVD
LATHRUP VILLAGE MI 48076

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $77.07

**Priority amount**  $77.07

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.800.** **Priority creditor's name and mailing address**

BROWN, AUBREY G
2409 ALPINE DRIVE
JACKSON MO 63755

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $465.74

**Priority amount**  $465.74

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.801. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**2.801.** **Priority creditor's name and mailing address**

BROWN, AURORA I
1061 11TH STREET
IMPERIAL BEACH CA 91932

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,881.78 | $2,881.78 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.802.** **Priority creditor's name and mailing address**

BROWN, AUTUMN A
669 THORNHILL DR
COLUMBIA SC 29229

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $178.65 | $178.65 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.803.** **Priority creditor's name and mailing address**

BROWN, BLAIR D
1640 GRAND AVE
1301
KNOXVILLE TN 37916

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $181.54 | $181.54 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.804. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.804.    **Priority creditor's name and mailing address**

BROWN, BRIANNA M
10435 PALMERA DRIVE
HELOTES TX 78023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $58.64

**Priority amount**    $58.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.805.    **Priority creditor's name and mailing address**

BROWN, CASSANDRA
9 MELBA DR
HUDSON NH 03051

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $496.50

**Priority amount**    $496.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.806.    **Priority creditor's name and mailing address**

BROWN, DANNIQUA R
141-21 249 STREET
2
ROSEDALE NY 11422

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $177.00

**Priority amount**    $177.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

---

**2.807.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

BROWN, DESIREE
1416 JOHNSON
SOUTH BEND IN 46628

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $12.35

Priority amount: $12.35

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.808.** **Priority creditor's name and mailing address**

BROWN, DIXIE
2000 OAK GROVE ROAD
APT 1106
HATTIESBURG MS 39402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $16.89

**Priority amount**     $16.89

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.809.** **Priority creditor's name and mailing address**

BROWN, GABRIELLE S
7130 HUMMINGBIRD PLACE
PHILADELPHIA PA 19153

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $126.01

**Priority amount**     $126.01

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.810. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BROWN, HANNAH K
1125 16TH AVENUE
ALTOONA PA 16601

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $121.29
Priority amount: $121.29

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.811. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BROWN, INDIA T
12315 LAWSON CREEK DR.
JACKSONVILLE FL 32218

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $164.72
Priority amount: $164.72

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.812. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BROWN, JACQUELYN F
6939 NETHERLAND DRIVE
LIBERTY TOWNSHIP OH 45044

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $580.00
Priority amount: $580.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                       Case number *(if known)* **19-10214**

| 2.813. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BROWN, JADA A<br>188 DWIGHT STREET<br>APT.B<br>JERSEY CITY NJ 07305 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $74.52 | $74.52 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.814. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BROWN, JAQUAN<br>550 NORTHRIDGE PARKWAY<br>2411<br>SANDY SPRINGS GA 30350 | | $0.00 | $0.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.815. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BROWN, JOE<br>1809 S WILLIAMS LN<br>HARLINGEN TX 78550 | | $147.23 | $147.23 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.816.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BROWN, KATARA
3173 NW 39 ST
LAUDERDALE LAKES FL 33309

*Check all that apply.*                    $514.29              $514.29

☐ Contingent

☐ Unliquidated                                          **Nonpriority amount**

☐ Disputed                                              $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.817.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BROWN, KEIRRA
4204 BEALE STREET
MONROE LA 71203

*Check all that apply.*                    $99.33               $99.33

☐ Contingent

☐ Unliquidated                                          **Nonpriority amount**

☐ Disputed                                              $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.818.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BROWN, KELLY A
658 TIMBER CREEK SOUTH
HERNANDO MS 38632

*Check all that apply.*                    $198.30              $198.30

☐ Contingent

☐ Unliquidated                                          **Nonpriority amount**

☐ Disputed                                              $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

| 2.819. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.819.    **Priority creditor's name and mailing address**

BROWN, LASHAUNTA
1438 HANDBALL LN
D
INDIANAPOLIS IN 46260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $37.71 | $37.71 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.820.    **Priority creditor's name and mailing address**

BROWN, MAKAYLA
244 FISHER AVE
NEPTUNE NJ 07753

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $242.93 | $242.93 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.821.    **Priority creditor's name and mailing address**

BROWN, MAKIYAH N
3405 WEST MAIN ST
JACKSONVILLE AR 72076

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $149.21 | $149.21 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.822. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.822.**

**Priority creditor's name and mailing address**

BROWN, MONIQUEA A
9920 FOREST LANE
305
DALLAS TX 75243

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$164.51

**Priority amount**
$164.51

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.823.**

**Priority creditor's name and mailing address**

BROWN, NAKIA N
4320 GLENDALE STREET
PHILADELPHIA PA 19124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$34.32

**Priority amount**
$34.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.824.**

**Priority creditor's name and mailing address**

BROWN, NIA A
222 C BUTTRICK AVE
BRONX NY 10465

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$61.20

**Priority amount**
$61.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

---

| 2.825. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

BROWN, SAMARA
3225 MARSHLANE WAY
RALEIGH NC 27610-4080

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Total claim | $2,460.55 |
| Priority amount | $2,460.55 |
| **Nonpriority amount** | |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.826. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

BROWN, SARAH
11814 SILVERWOOD BEND LANE
CYPRESS TX 77433

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Total claim | $103.52 |
| Priority amount | $103.52 |
| **Nonpriority amount** | |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.827. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

BROWN, SARAH A
14808 ERSKINE ST
OMAHA NE 68116

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| Total claim | $76.77 |
| Priority amount | $76.77 |
| **Nonpriority amount** | |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

| 2.828. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BROWN, SHEELA M
11425 DURAND AVE
MT PLEASENT WI 53406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $3,736.26

**Priority amount**   $3,736.26

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.829.**

**Priority creditor's name and mailing address**

BROWN, SHIRLANDREA
1624 HOUGHTON ROAD
DALLAS TX 75217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $159.04

**Priority amount**   $159.04

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.830.**

**Priority creditor's name and mailing address**

BROWN, SIMONE R
1220 EAST WEST HIGHWAY
APT 1618
SILVER SPRING MD 20910

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $878.36

**Priority amount**   $878.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                      Case number *(if known)* **19-10214**

| 2.831. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.831.** **Priority creditor's name and mailing address**

BROWN, TAELOR R
5075 TITAN CT.
DENVER CO 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $120.10 | $120.10 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.832.** **Priority creditor's name and mailing address**

BROWN, TIARA
79 LANOUETTE ST EXT
MERIDEN CT 06451

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $503.16 | $503.16 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.833.** **Priority creditor's name and mailing address**

BROWN, VANITRA
143 TRAILING VINE LANE
HARVEST AL 35749

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $26.46 | $26.46 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.834. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.834.**  **Priority creditor's name and mailing address**

BROWN-BLACK, NADIA M
5112 SOUTH PINES DRIVE
JACKSONVILLE FL 32207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $74.36

**Priority amount** $74.36

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.835.**  **Priority creditor's name and mailing address**

BRUCE, KATHERINE A
5930 FAIRWAY CT
WEST DES MOINES IA 50266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $83.57

**Priority amount** $83.57

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.836.**  **Priority creditor's name and mailing address**

BRUCE, MEGAN
31800 CONCORD DR
F
MADISON HEIGHTS MI 48071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $533.72

**Priority amount** $533.72

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

| 2.837. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BRUNI, SAMANTHA
11 CAMELLIA DR.
CAPE GIRARDEAU MO 63703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $17.89 | $17.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.838.**

**Priority creditor's name and mailing address**

BRUNO, GARCIA NAYDIL T
1232 CAVERN RIDGE CT.
NORTH LAS VEGAS NV 89031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $81.34 | $81.34 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.839.**

**Priority creditor's name and mailing address**

BRUNO, TAYLOR-ROSE
1471 STRAIGHT PATH
APT B2
WYANDANCH NY 11798-3917

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $145.44 | $145.44 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.840.** **Priority creditor's name and mailing address**

BRUTON, TASIA L L
216 R ST NE
AUBURN WA 98002

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $265.20 | $265.20 |
| ☐ Contingent | | |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.841.** **Priority creditor's name and mailing address**

BRUTUS, RACHELLE
150 LIBERTY PKWY
APT G4
SPRING VALLEY NY 10977

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $2,315.37 | $2,315.37 |
| ☐ Contingent | | |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.842.** **Priority creditor's name and mailing address**

BRYAN, DANIELLE A
7432 NW 34TH ST
LAUDERHILL FL 33319

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $172.75 | $172.75 |
| ☐ Contingent | | |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.843. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BRYAN, KARLEE J
632 JOEY AVENUE
EL CAJON CA 92020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $174.00 | $174.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.844.    Priority creditor's name and mailing address**

BRYANT, ANAYAH J
3205 NW 83 ST GAINESVILLE
1221
GAINESVILLE FL 32606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $140.95 | $140.95 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.845.    Priority creditor's name and mailing address**

BRYANT, ANDREA
4939 SILVERBELL DR
KENTWOOD MI 49548

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $35.89 | $35.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

| 2.846. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BRYANT, BRITTANY
12802 W WILLOW AVE
EL MIRAGE AZ 85335-5357

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,334.56
Priority amount: $1,334.56

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.847. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BRYANT, EMILY
1699 OAKLAND ROAD
NORTH PORT FL 34286

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $42.55
Priority amount: $42.55

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.848. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BRYANT, SHAMEKA
1787 WEST LEE ST.
LOUISVILLE KY 40210

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $116.84
Priority amount: $116.84

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

| 2.849. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.849.** **Priority creditor's name and mailing address**

BRYANT, TEKEDRA J
3461 JOSLYN ST
MEMPHIS TN 38128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $66.37

**Priority amount**   $66.37

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.850.** **Priority creditor's name and mailing address**

BRYANT, TIARA
8927 AVERY MEADOWS DR
CHARLOTTE NC 28216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $63.58

**Priority amount**   $63.58

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.851.** **Priority creditor's name and mailing address**

BRYANT, TRACY M
1600 ASTER DRIVE APT #32
ANTIOCH CA 94509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $1,973.07

**Priority amount**   $1,973.07

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.852.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | BRZOZA, IZABELLA M<br>2150 SMETHWICK LN<br>HOFFMAN ESTATES IL 60169 | *Check all that apply.* | $409.23 | $409.23 |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.853.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | BUCHANAN, KATLYN L<br>2261 GEORGIAN CIRCLE<br>FRANKLIN TN 37067 | *Check all that apply.* | $86.95 | $86.95 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.854.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | BUCHLER, LAILA A<br>110 BARBARA ST<br>LOUISVILLE CO 80027 | *Check all that apply.* | $240.65 | $240.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.855.**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| BUCK, JASMINE O<br>310 RETHKE AVE<br>MADISON WI 53714 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28.49 | $28.49 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.856.**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| BUCK, TIARA G<br>204 POPLAR DRIVE<br>GREER SC 29651 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $267.43 | $267.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.857.**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| BUCKALEW, AMBER<br>343 6TH AVENUE SOUTH<br>922 SAUK RIDGE<br>MADISON WI 53717 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $89.63 | $89.63 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.858.**  **Priority creditor's name and mailing address**

BUCKINGHAM, LEELEE W
299 NORTH SALTAIR AVENUE
LOS ANGELES CA 90049

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $109.71 | $109.71 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.859.**  **Priority creditor's name and mailing address**

BUCKMASTER, ALEXIS N
6927 E 10TH AVE
LAKE STATION IN 46405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $98.38 | $98.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.860.**  **Priority creditor's name and mailing address**

BUCKNER, TIARIA
112 KENTUCKY OAKS
MONTGOMERY AL 36117

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $170.89 | $170.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.861. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BUDD, SHATISE T
117-09 202 STREET
SAINT ALBANS NY 11412

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $295.92
Priority amount: $295.92

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.862.    **Priority creditor's name and mailing address**

BUDRAJ, HANNA
2016 MCGRAW AVE
BRONX NY 10462

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $145.80
Priority amount: $145.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.863.    **Priority creditor's name and mailing address**

BUEHLER, MIKALA A
311 SUNRISE LANE
APT B
CHATTANOOGA TN 37411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $518.60
Priority amount: $518.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.864.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | BUENAVENTURA, ANGELICA M<br>5955 NW 105TH COURT APT 322<br>DORAL FL 33178 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,246.27 | $1,246.27 |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,246.27
**Priority amount** $1,246.27

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.865.** **Priority creditor's name and mailing address**

BUENDIA, NATHAN A
28 KAMAKOA LOOP
WAILUKU HI 96793

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $0.00
**Priority amount** $0.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.866.** **Priority creditor's name and mailing address**

BUENROSTRO, ALANA E
5810 LOBELIA WAY
LIVERMORE CA 94551

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $247.80
**Priority amount** $247.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.867. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.867. **Priority creditor's name and mailing address**

BUENROSTRO-RIVEROS, VERONICA
3249 MADISON ST
OMAHA NE 68107

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $315.26 | $315.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.868. **Priority creditor's name and mailing address**

BUI-NGUYEN, JOANNA L
6521 HANNAH STABLES DRIVE
JACKSONVILLE FL 32244

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $197.63 | $197.63 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.869. **Priority creditor's name and mailing address**

BUJAK, LILYANA R
225 BEECHURST AVE
APT A
MORGANTOWN WV 26505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $96.87 | $96.87 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

| 2.870. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BULLINGTON, MAYRA L<br>B5 CALLE 6<br>B-5 CALLE 6<br>CAROLINA PR 00985-6107 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $174.27 | $174.27<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.871. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BULLOCK, ALLANA<br>504 WILKES<br>COLUMBIA MO 65201 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27.09 | $27.09<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.872. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BULLOCK, ANNA L<br>3415 S 66TH ST #316<br>FORT SMITH AR 72903 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42.09 | $42.09<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.873. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BULLOCK, MARIAHANNA O
102 RED GATE DRIVE
MONROEVILLE PA 15146

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $167.70
Priority amount: $167.70

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.874. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BUMGARNER, JESSICA M
8414 O'CONNOR CT
UNIT 810
HENRICO VA 23228

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,621.24
Priority amount: $3,621.24

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.875. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BUMGARNER, MEGAN L
2519 S 18TH ST
MOUNT VERNON WA 98274

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,850.82
Priority amount: $3,850.82

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.876.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.876.** **Priority creditor's name and mailing address**

BUMPHIS, KEISHA
3200 PARKWOOD BLVD
APT 613
PLANO TX 75093

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $383.14 | $383.14 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.877.** **Priority creditor's name and mailing address**

BUMPHIS, TAMIKA
571 HWY 370 W
BALDWYN MS 38824-7532

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,687.03 | $1,687.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.878.** **Priority creditor's name and mailing address**

BUNKLEY, KELLY K
5832 BARRIER REEF DR
FORT WORTH TX 76179

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $205.03 | $205.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.879. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BUNTING, BRITTANI L<br>5979 DEER CREEK DRIVE<br>PITTSVILLE MD 21850 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $978.77 | $978.77 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

---

| 2.880. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BURCHETT, FELICIA J<br>5923 EVERGREEN MANOR APT C<br>C<br>ALTOONA PA 16602 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $229.61 | $229.61 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

---

| 2.881. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BURDA, JESSICA D<br>1112 S 20TH ST<br>APT 224<br>SOUTH BEND IN 46615 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,249.22 | $1,249.22 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

Debtor     **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.882.  **Priority creditor's name and mailing address**

BURDGE, MELANIE M
2136 DOROTHY RD
TOMS RIVER NJ 08753

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $78.59 | $78.59 |

**Nonpriority amount**

$0.00

---

2.883.  **Priority creditor's name and mailing address**

BURDICK, EMILY M
3652 WILLOW WISP DR. NORTH
LAKELAND FL 33810

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $524.47 | $524.47 |

**Nonpriority amount**

$0.00

---

2.884.  **Priority creditor's name and mailing address**

BURGAN, STARDACIA
6520 GARDEN SPRING CT
ORLANDO FL 32818

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.66 | $138.66 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                          Case number *(if known)* **19-10214**

| 2.885. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.885.** **Priority creditor's name and mailing address**

BURGESS, JURNI H
14848 DORIAN DR
WOODBRIDGE VA 22193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $29.03 | $29.03 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.886.** **Priority creditor's name and mailing address**

BURGESS, MERCEDEZ T
2518 TIMBERS DR
HENDERSON KY 42420

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $370.08 | $370.08 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.887.** **Priority creditor's name and mailing address**

BURGESS, TITO M
1352 WEST 6TH ST
RIVIERA BEACH FL 33404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $586.52 | $586.52 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor     **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.888. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BURGOS, JESSIBELLE
298 HENSHAW ST.
LEICESTER MA 01524

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$473.68

**Priority amount**
$473.68

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.889.     **Priority creditor's name and mailing address**

BURKE, BRIANNA
24 STATE STREET
WELLESLEY MA 02482

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$81.60

**Priority amount**
$81.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.890.     **Priority creditor's name and mailing address**

BURKE, MARLAYNA L
1400 23RD ST
441 HARISON HA
GREELEY CO 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$147.74

**Priority amount**
$147.74

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

2.891.  **Priority creditor's name and mailing address**

BURKOFF, ANNA
29611 S SPRAGUE RD
MOLALLA OR 97038

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.58 | $108.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.892.  **Priority creditor's name and mailing address**

BURLESON, ALEXIS J
4155 COLEMAN HILL RD
ROCKVALE TN 37153

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.55 | $95.55 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.893.  **Priority creditor's name and mailing address**

BURNETT, KAYLA N
9335 COLONIAL MILL DR
DELMAR MD 21875

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $41.31 | $41.31 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| 2.894. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BURNETT, STEPHANIE
1003 WEST 11TH STREET
LAKELAND FL 33805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $198.31

**Priority amount**  $198.31

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.895.    **Priority creditor's name and mailing address**

BURNHAM, BRITTANY J
3415 63RD AVE EAST
BRADENTON FL 34203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $198.91

**Priority amount**  $198.91

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.896.    **Priority creditor's name and mailing address**

BURNINE, TAYLOR J
345 CHRIS DR. #17
MAYFIELD KY 42066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $545.10

**Priority amount**  $545.10

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.897. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.897.** **Priority creditor's name and mailing address**

BURNS, DA'SHUN A
1233 BEATTY DR.
CEDAR HILL TX 75104

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,194.75 | $1,194.75 |

**Nonpriority amount**

$0.00

---

**2.898.** **Priority creditor's name and mailing address**

BURNS, ELIZABETH M
1202 SCARBOROUGH LN
GREENWOOD IN 46142

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $42.49 | $42.49 |

**Nonpriority amount**

$0.00

---

**2.899.** **Priority creditor's name and mailing address**

BURNS, REGINA
8224 GEORGIA CT N
BROOKLYN PARK MN 55445

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $348.25 | $348.25 |

**Nonpriority amount**

$0.00

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |

| 2.900. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BURNS, SHANNON L
10039 BRUNSWICK LN
PORT RICHEY FL 34668-7750

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,601.57    $2,601.57

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.901. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BURNS, TALIYA A
2019 CASPIAN AVE.
ATLANTIC CITY NJ 08401

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$171.25    $171.25

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.902. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BURNS, TYIONNA
1022 W. LINDBERG ST
SPRINGFIELD MO 65807

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$69.40    $69.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.903.**  **Priority creditor's name and mailing address**

BUROW, TANYA
3609 PETERS AVE
PMB 336
SIOUX CITY IA 51106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $272.44 | $272.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.904.**  **Priority creditor's name and mailing address**

BURR, KODI R
50 VEVAU STREET APARTMENT B 20
KAHULUI HI 96732

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $94.64 | $94.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.905.**  **Priority creditor's name and mailing address**

BURRESS, ALISON
14232 DALLAS PKWY
APT 904
DALLAS TX 75254-2931

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,774.23 | $2,774.23 |
| | **Nonpriority amount** |
| | $0.00 |

---

Official Form 206E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.906. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BURRIS, BRANDY | | $2,877.40 | $2,877.40 |
| | 2599 61ST STREET | ☐ Contingent | | |
| | PORT ARTHUR TX 77640 | ☐ Unliquidated | **Nonpriority amount** | |
| | | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

| 2.907. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BURRIS, DONNA | | $415.61 | $415.61 |
| | 1348 CHIGNAHUAPAN WAY | ☐ Contingent | | |
| | ROSEVILLE CA 95747 | ☐ Unliquidated | **Nonpriority amount** | |
| | | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

| 2.908. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BURROUGHS, JARICA N | | $275.00 | $275.00 |
| | 3211 DESERT CIRCLE 9 | ☐ Contingent | | |
| | EAST POINT GA 30344 | ☐ Unliquidated | **Nonpriority amount** | |
| | | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.909. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| BURROWS, TAYLOR M | *Check all that apply.* | $32.38 | $32.38 |

**Priority creditor's name and mailing address**

BURROWS, TAYLOR M
9001 BRYN MAWR CIRCLE
9001 BRYN MAWR
FORT SMITH AR 72908

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $32.38

**Priority amount**: $32.38

**Nonpriority amount**: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.910.

**Priority creditor's name and mailing address**

BURRUS, SABRINA A
35 HICKORY STREET
PORT JEFFERSON STA NY 11776

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $212.40

**Priority amount**: $212.40

**Nonpriority amount**: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.911.

**Priority creditor's name and mailing address**

BURTON, ALAHNA J
1945 CANOPY DR
MELBOURNE FL 32935

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $182.49

**Priority amount**: $182.49

**Nonpriority amount**: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

| 2.912. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.912.**

**Priority creditor's name and mailing address**

BURTON, BRIANNA
3147 W. OLNEY AVE
LAVEEN AZ 85339

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $44.33 | $44.33 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.913.**

**Priority creditor's name and mailing address**

BURTON, TAYLOR
6822 LYNDHURST DR.
HOUSTON TX 77087

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $308.98 | $308.98 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.914.**

**Priority creditor's name and mailing address**

BURTON, YASMINE N
4830 WATERFORD CLUB XING
#1621
RALEIGH NC 27612

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $245.44 | $245.44 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor     **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| 2.915. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.915.** **Priority creditor's name and mailing address**

BURUS, DANIELLE R
503 EAST 16TH STREET
MISHAWAKA IN 46544

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $395.70 | $395.70 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.916.** **Priority creditor's name and mailing address**

BURWELL, BRITTNEY
9421 GARDEN CT.
POTOMAC MD 20854

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $183.80 | $183.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.917.** **Priority creditor's name and mailing address**

BURWELL, VENITA E
3046 NE HOLLADAY ST
206
PORTLAND OR 97232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,046.68 | $2,046.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

| 2.918. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|---|

2.918.    **Priority creditor's name and mailing address**

BURZAWA, JESSICA C
3814 NORTH PACIFIC AVE
CHICAGO IL 60634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $552.61

**Priority amount**    $552.61

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.919.    **Priority creditor's name and mailing address**

BUSH, KELLI M
5447 MIDDLETOWN OXFORD ROAD
MIDDLETOWN OH 45042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $65.84

**Priority amount**    $65.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.920.    **Priority creditor's name and mailing address**

BUSH, RYAN
9202 MAPLEWAY RD
RICHMOND VA 23229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $191.32

**Priority amount**    $191.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**2.921.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BUSTAMANTE, DEBBIE R
7533 N FIRST STREET APT 104
FRESNO CA 93720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,202.06

**Priority amount** $2,202.06

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.922.** | **Priority creditor's name and mailing address**

BUSTAMANTE, JASMINNE
1246 N FRIES AVE
WILMINGTON CA 90744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $220.80

**Priority amount** $220.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.923.** | **Priority creditor's name and mailing address**

BUSTAMANTE, JUANA L
7814 BARBERTON DR
HOUSTON TX 77036-6424

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,387.71

**Priority amount** $1,387.71

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.924. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BUSTILLOS, JOCELYN
2000 CREEKMONT DRIVE
MIDDLEBURG FL 32068

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $319.06

**Priority amount** $319.06

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.925.    **Priority creditor's name and mailing address**

BUSTILLO-SILVA, BRITTANEY S
4225 LARCHMONT ROAD
332
DURHAM NC 27707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,680.74

**Priority amount** $1,680.74

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.926.    **Priority creditor's name and mailing address**

BUSTOS, CERVANTES GLORIA E
1475 ALDER DR NE
KEIZER OR 97303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $94.28

**Priority amount** $94.28

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.927. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.927.**

**Priority creditor's name and mailing address**

BUSTOS, LESLIE
15731 STATE HIGHWAY 64 E
TYLER TX 75707-5941

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $199.92

**Priority amount**    $199.92

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.928.**

**Priority creditor's name and mailing address**

BUTLER, AKILAH T
142 HATTERAS LN
SIMPSONVILLE SC 29680

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $337.74

**Priority amount**    $337.74

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.929.**

**Priority creditor's name and mailing address**

BUTLER, ASIA M
9939 SHALE AVE
CLEVELAND OH 44104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $336.02

**Priority amount**    $336.02

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

| 2.930. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.930.**

**Priority creditor's name and mailing address**

BUTLER, DIAMOND L
898 DAWN DR.
MEMPHIS TN 38127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$102.36

**Priority amount**
$102.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.931.**

**Priority creditor's name and mailing address**

BUTLER, KHADIJAH L
1033 NORTH 7TH STREET
4
TERRE HAUTE IN 47807

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$75.77

**Priority amount**
$75.77

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.932.**

**Priority creditor's name and mailing address**

BUTLER, ROSHECIA
11398 SPELLMAN RD
GEISMAR LA 70734

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$144.06

**Priority amount**
$144.06

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.933.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| BUTLER, SHARONDA<br>44 EASON DRIVE<br>PHENIX AL 36869 | *Check all that apply.* | $268.52 | $268.52
| | ☐ Contingent | | 
| | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.934.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| BUTLER, TAMIKA N<br>191 HUTCHINGS FARM DR S<br>O'FALLON MO 63368 | *Check all that apply.* | $141.13 | $141.13
| | ☐ Contingent | | 
| | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.935.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| BYKOFSKY, SARIAH N<br>151 FRONTENAC STREET<br>HOWELL MI 48843 | *Check all that apply.* | $194.11 | $194.11
| | ☐ Contingent | | 
| | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.936. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BYNUM, ALLIE G
4808 S WESTHAVEN DR.
JACKSON MS 39209

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$233.31

$233.31

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.937. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BYNUM, AMANDA R
136 CEDAR STREET
FLORENCE MS 39073

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$147.54

$147.54

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.938. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

BYRD, AISHA
2342 W TOUHY AVE
APT 2A
CHICAGO IL 60645-5004

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$482.80

$482.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.939. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BYRD, ALLYSON S
118 WEMBLEY COURT
FOLSOM CA 95630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $131.40
Priority amount: $131.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.940.    **Priority creditor's name and mailing address**

BYRD, DENA N
9208 ALLISTAIR COURT
HENRICO VA 23228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $60.71
Priority amount: $60.71

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.941.    **Priority creditor's name and mailing address**

BYRD, KANDY S
1896 CLIFTON BRIDGE DR
VIRGINIA BEACH VA 23456-7819

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $148.96
Priority amount: $148.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.942. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BYRD, KELSEY L
80 MICHELSON
ROCHESTER HILLS MI 48307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $195.30

**Priority amount**: $195.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.943.    **Priority creditor's name and mailing address**

BYRD, KRISTIN R
5532 FLORAL AVE
JACKSONVILLE FL 32211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $206.76

**Priority amount**: $206.76

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.944.    **Priority creditor's name and mailing address**

BYRNE, CAITLYN M
83 NEARWATER AVENUE
MASSAPEQUA NY 11758

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $121.20

**Priority amount**: $121.20

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.945. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BYRNES, KAYLI
6419 LONGDALE DRIVE
NORTH HIGHLANDS CA 95660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,987.29 | $1,987.29 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.946.    **Priority creditor's name and mailing address**

BYRON, JASVELINE
150-36 87TH ROAD
BASEMENT
JAMAICA NY 11432

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,912.22 | $1,912.22 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.947.    **Priority creditor's name and mailing address**

CABALLERO. DENISE M.
10347 CARIOCA COURT
SAN DIEGO CA 92124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $9,177.06 | $9,177.06 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

| 2.948. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.948.  **Priority creditor's name and mailing address**

CABANAS, GISELLE
5132 SAN GABRIEL PL
4B
PICO RIVERA CA 90660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $1,257.63

**Priority amount**   $1,257.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.949.  **Priority creditor's name and mailing address**

CABASSA, SHANICE
4930 N WESTERN AVE
CHICAGO IL 60625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $192.30

**Priority amount**   $192.30

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.950.  **Priority creditor's name and mailing address**

CABRAL, MARIE
1685 EL NIDO AVE
PERRIS CA 92571-3700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $1,486.49

**Priority amount**   $1,486.49

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.951. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CABRAL, VIRGELICA | *Check all that apply.* | $116.28 | $116.28 |

2.951.    **Priority creditor's name and mailing address**

CABRAL, VIRGELICA
39 LUPINE STREET
PAWTUCKET RI 02860

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $116.28 | $116.28 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.952.    **Priority creditor's name and mailing address**

CABRERA, KENIA
6651 S. WASHTENAW AVE.
CHICAGO IL 60629

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $590.04 | $590.04 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.953.    **Priority creditor's name and mailing address**

CABRERA, REYNA
504 N GERTRUDE AVE
STOCKTON CA 95215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $225.36 | $225.36 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.954. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CACERES, ALICIA M<br>2034 NORTHLAND AVE<br>NORTH PORT FL 34288 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $721.51 | $721.51<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.955. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CAHOUN, LAKENYAH<br>266 OSBORNE TERRACE<br>NEWARK NJ 07112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $395.60 | $395.60<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.956. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CAIN, DANIELLE<br>2010 TILTON ROAD<br>PORT ST LUCIE FL 34952 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,742.21 | $2,742.21<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

| 2.957. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CAIN, DOUQUONA 3508 EDGEWOOD AVE. RICHMOND VA 23222 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $129.14 | $129.14 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.958. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CAIN, VICTORIA 5476 BURNT KNOB ROAD MURFREESBORO TN 37129 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $73.72 | $73.72 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.959. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CAJTHAML, ZITA 10631 NW 14TH ST APT 226 PLANTATION FL 33322 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $630.72 | $630.72 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.960.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
Check all that apply.

CALAMASA, MARIE BETH
215 OLIVE AVE
WAHIAWA HI 96786

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $62.32 | $62.32 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.961.** **Priority creditor's name and mailing address**

CALDARELLI-MIMAS, DOREEN
248 MALVERNE DR
SYRACUSE NY 13208

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $5,587.61 | $5,587.61 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.962.** **Priority creditor's name and mailing address**

CALDERA, CLAUDIA M
21123 ALBURTIS AVE
LAKEWOOD CA 90715

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $218.88 | $218.88 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.963.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CALDERA, NOEMI
520 DOWLEN RD.
APT. #64
BEAUMONT TX 77706

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $224.99
Priority amount: $224.99

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.964.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CALDERA, SUZETTE V
118 EAST 19TH ST
SOUTH SIOUX CITY NE 67776

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $86.58
Priority amount: $86.58

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.965.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CALDERO, DESTINY I
479 FRONT STREET
APT 4E
HEMPSTEAD NY 11550

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $913.78
Priority amount: $913.78

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.966. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.966.**

**Priority creditor's name and mailing address**

CALDERON, BRIANNA A
1839 APPLE TREE WAY
SAN BERNARDINO CA 92408

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $78.00 | $78.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.967.**

**Priority creditor's name and mailing address**

CALDERON, ISABEL
8332 S. NEW ENGLAND
BURBANK IL 60459

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $66.60 | $66.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.968.**

**Priority creditor's name and mailing address**

CALDERON, KELLY
76 WALTON AVE
UNIONDALE NY 11553

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $332.52 | $332.52 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.969. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

CALDERON, LUZAIDY
997 MAIN AVENUE
CLIFTON NJ 07011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $667.77

**Priority amount** $667.77

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.970. **Priority creditor's name and mailing address**

CALDERON, MELANIE V
19730 CR 38
GOSHEN IN 46526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $156.77

**Priority amount** $156.77

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.971. **Priority creditor's name and mailing address**

CALDERON, MELINA K
5459 CYPRESS ROAD
103
OXNARD CA 93033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $295.32

**Priority amount** $295.32

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.972. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.972.**

**Priority creditor's name and mailing address**

CALDERON, MYA
310 MONMOUTH AVE
WEST DEPTFORD NJ 08086

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $122.22 | $122.22 |

**Nonpriority amount**

$0.00

---

**2.973.**

**Priority creditor's name and mailing address**

CALDERON-RODAS, SANDY J
1826 UNION AVE SE
GRAND RAPIDS MI 49507

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $47.22 | $47.22 |

**Nonpriority amount**

$0.00

---

**2.974.**

**Priority creditor's name and mailing address**

CALDWELL, KIERA D
1400 N. LINCOLN ST.
BLOOMINGTON IN 47408

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $109.95 | $109.95 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.975. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.975. **Priority creditor's name and mailing address**

CALHOUN, DERRICKA T
128 ASCOT WAY
DAWSON GA 39842

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $439.50 | $439.50 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.976. **Priority creditor's name and mailing address**

CALHOUN, JALISHIA N
4320 SUNBEAM RD
1220
JACKSONVILLE FL 32257

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $94.67 | $94.67 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.977. **Priority creditor's name and mailing address**

CALHOUN, KATHRYN
245 SWISS DR
CROWLEY TX 76036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $557.27 | $557.27 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.978. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CALLAHAN, AMANDA S
2 10 3RD ST WEST
4212
BRADENTON FL 34205

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $55.08

Priority amount: $55.08

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.979. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CALLAHAN, COURTNEY L
3001 HORIZON CT
PLAINFIELD IL 60586-1709

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $278.00

Priority amount: $278.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.980. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CALLIGAN, STEPHANIE A
1740 SE LA GRANT PKWY
UNIT 31
WAUKEE IA 50263

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,248.62

Priority amount: $5,248.62

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.981. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | CALLIS, DANIELLE N 51714 LESHAN DR CHESTERFIELD MI 48047 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,710.12 | $2,710.12 |

**Priority creditor's name and mailing address**

CALLIS, DANIELLE N
51714 LESHAN DR
CHESTERFIELD MI 48047

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,710.12 | $2,710.12 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.982.    **Priority creditor's name and mailing address**

CALO, MONICA
KM0.9 CARR 848
COND. PARQUE S
TRUJILLO ALTO PR 00976-3010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $182.90 | $182.90 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.983.    **Priority creditor's name and mailing address**

CALUAG, NICAH R
8025 VILLAGE DRIVE
BEAUMONT TX 77713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $150.86 | $150.86 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| 2.984. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.984.** **Priority creditor's name and mailing address**

CALVO, MARIBEL
1403 HEMPSTEAD AVE
PASADENA TX 77506-4119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**      $2,645.19

**Priority amount**      $2,645.19

**Nonpriority amount**      $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.985.** **Priority creditor's name and mailing address**

CAMACHO, CLAUDIA E
9801 MEADOWGLEN LANE
153
HOUSTON TX 77042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**      $130.05

**Priority amount**      $130.05

**Nonpriority amount**      $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.986.** **Priority creditor's name and mailing address**

CAMACHO, MALDONADO CECILIA
30 OAK PARK DR SW
LAKEWOOD WA 98499

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**      $723.67

**Priority amount**      $723.67

**Nonpriority amount**      $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.987. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.987.** **Priority creditor's name and mailing address**

CAMACHO, NICOLETTE K
12008 97TH AVE
APT 4A
SOUTH RICHMOND HIL NY 11419

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $342.30 | $342.30 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.988.** **Priority creditor's name and mailing address**

CAMACHO, VALERIA N
251 W. 3RD ST
ERIE PA 16507

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $208.23 | $208.23 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.989.** **Priority creditor's name and mailing address**

CAMACHO, VANESSA M
1106 COLUMBIA PLACE
LINDEN NJ 07036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $669.94 | $669.94 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

| 2.990. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CAMARENA, SABRINA J
2307 PEACOCK ST.
DONNA TX 78537

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $96.77

**Priority amount** $96.77

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.991.   Priority creditor's name and mailing address**

CAMARGO, OJEDA JOCELYN P
664 JEFFERSON AVENUE
ELIZABETH NJ 07201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $38.06

**Priority amount** $38.06

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.992.   Priority creditor's name and mailing address**

CAMARILLO, NATALIE G
3838 EAST 1ST
FORT WORTH TX 76111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $101.72

**Priority amount** $101.72

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

| 2.993. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.993.** **Priority creditor's name and mailing address**

CAMARILLO-VENTURA, ERICA
2401 4TH ST E
BRADENTON FL 34208-3619

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $1,099.53

**Priority amount**    $1,099.53

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.994.** **Priority creditor's name and mailing address**

CAMBRIA, JENNA R
12 MILLGATE RD
KINGSTON MA 02364

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $50.16

**Priority amount**    $50.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.995.** **Priority creditor's name and mailing address**

CAMBRIDGE, DANIELLE M
1500 S. ALEX RD.
WEST CARROLLTON OH 45449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $53.18

**Priority amount**    $53.18

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

| 2.996. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | CAMERON, ALYSSA R<br>1211 S HORSEBACK CIRCLE<br>WICHITA KS 67230 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $190.98 | $190.98 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Nonpriority amount**
$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.997. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | CAMERON, KELSIE M<br>86 HAVERHILL RD<br>SALEM NH 03079-1206 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $99.55 | $99.55 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Nonpriority amount**
$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.998. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | CAMP, MELISSA A<br>1820 BARNES ROAD<br>WALWORTH NY 14568 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $182.37 | $182.37 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Nonpriority amount**
$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

| 2.999. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CAMPANELLI, MEGAN E<br>7 MANOR DRIVE<br>ELMIRA NY 14903 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,375.66 | $2,375.66 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.1000. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CAMPBELL, ALYSSA R<br>812 SOUTH JOHNSON AVENUE<br>EL CAJON CA 92020 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $143.76 | $143.76 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.1001. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CAMPBELL, BRITTANY<br>1645 MEADOW LARK LN<br>TRACY CA 95376 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60.00 | $60.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

**2.1002.** **Priority creditor's name and mailing address**

CAMPBELL, JAVEN E
170 BELMONT AVENUE
BRIDGETON NJ 08302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,468.80 | $1,468.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.1003.** **Priority creditor's name and mailing address**

CAMPBELL, LARKEN O
201 SOUTH STONEGATE DR
MUNCIE IN 47304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $113.25 | $113.25 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.1004.** **Priority creditor's name and mailing address**

CAMPBELL, SPENCER J
1675 SOUTH QUINTERO WAY
AURORA CO 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $70.71 | $70.71 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor     **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1005.**  **Priority creditor's name and mailing address**

CAMPHOR, JAYLA
1133 EAGLESTRAIL
1133
HATTIESBURG MS 39406

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.39 | $60.39 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1006.**  **Priority creditor's name and mailing address**

CAMPO, DENISE
77 LOCKWOOD ROAD
CORTLANDT MANOR NY 10567

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $92.40 | $92.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1007.**  **Priority creditor's name and mailing address**

CAMPO, RENEE
1068 FIRETHORNE PASS
CUMMING GA 30040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,954.57 | $1,954.57 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.1008. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1008.**

**Priority creditor's name and mailing address**

CAMPOS, ABBEY L
5446 KESTREL CT
PUEBLO CO 81005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $274.06

**Priority amount**    $274.06

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1009.**

**Priority creditor's name and mailing address**

CAMPOS, ALEXANDRA M
3215 SAYLERS CREEK
SAN ANTONIO TX 78245

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $1,708.48

**Priority amount**    $1,708.48

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1010.**

**Priority creditor's name and mailing address**

CAMPOS, BRENDA M
13935 BAY GARDENS DR.
SUGAR LAND TX 77498

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $264.80

**Priority amount**    $264.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.1011.** **Priority creditor's name and mailing address**

CAMPOS, DIANA E
5431 CAIRNLEIGH DR
HOUSTON TX 77084

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $89.08 | $89.08 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1012.** **Priority creditor's name and mailing address**

CAMPOS, MARIE
800 N LBJ DR
APT#1031
SAN MARCOS TX 78666

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $23.20 | $23.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1013.** **Priority creditor's name and mailing address**

CAMPOS, NATALIA A
389 ASHWOOD DRIVE
SANTA ROSA CA 95407

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $137.04 | $137.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

**2.1014.** **Priority creditor's name and mailing address**

CAMPSEN, JANELL A
27384 CHARLOTTE ST
LACOMBE LA 70445

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,035.10 | $3,035.10 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.1015.** **Priority creditor's name and mailing address**

CANAAN, KIARA M
4186 SHILOH RIDGE TR
KENNESAW GA 30144

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,444.69 | $1,444.69 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.1016.** **Priority creditor's name and mailing address**

CANCINO, CLAUDIA
1605 SAM HOUSTON DR
602
HARLINGEN TX 78550

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $115.54 | $115.54 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1017.** **Priority creditor's name and mailing address**

CANDEL, BRITTNEY C
4886 SUMMER GROVE DR
FAIRFIELD CA 94534

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $376.08 | $376.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1018.** **Priority creditor's name and mailing address**

CANINO, TATYANA A
11 BELL COURT
B-1
EAST HARTFORD CT 06108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $249.67 | $249.67 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1019.** **Priority creditor's name and mailing address**

CANLAS, NADINE J
44 NORTH STAMFORD ROAD
STAMFORD CT 06903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $87.37 | $87.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.1020.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.1020.** **Priority creditor's name and mailing address**

CANNON, ALYSSA M
4330 ELM GROVE LN.
HOUSE SPRINGS MO 63051

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $54.52 | $54.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1021.** **Priority creditor's name and mailing address**

CANNON, JOHNISE
5622 DUCKCREEK DR
E
GARLAND TX 75043

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $167.80 | $167.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1022.** **Priority creditor's name and mailing address**

CANO, CHRISTINA J
106 STONE GATE
JACKSONVILLE NC 28546

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $75.60 | $75.60 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1023. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CANO, ZAYDA A
1653 RANCHO GRANDE EAST
SAN BENITO TX 78586

$411.02    $411.02

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed
                                                  $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**
                                        ☐ No
**Specify Code subsection of PRIORITY    ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.1024. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CANTE, ERICKA
257 E 27 TH ST
PATERSON NJ 07514

$251.51    $251.51

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed
                                                  $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**
                                        ☐ No
**Specify Code subsection of PRIORITY    ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.1025. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CANTILLER, DEBBIE R
1048 KAMEHAMEHA IV ROAD
HONOLULU HI 96819

$175.36    $175.36

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed
                                                  $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**
                                        ☐ No
**Specify Code subsection of PRIORITY    ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1026. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1026.  **Priority creditor's name and mailing address**

CANTOS, MARIA
21 HIGH STREET
1
NORWALK CT 06851

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$532.70

**Priority amount**
$532.70

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1027.  **Priority creditor's name and mailing address**

CANTU, GUADALUPE
9820 S KEELER AVE
OAK LAWN IL 60453

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$198.88

**Priority amount**
$198.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1028.  **Priority creditor's name and mailing address**

CANTWELL, KAILEY M
5803 1ST AVE DR NW
BRADENTON FL 34209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$81.99

**Priority amount**
$81.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

2.1029.  **Priority creditor's name and mailing address**

CANTY, KIARA
2031 VILLAGE VIEW CIRCLE
204
BELMONT NC 28012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $66.92 | $66.92 |

| | Nonpriority amount |
| --- | --- |
| | $0.00 |

---

2.1030.  **Priority creditor's name and mailing address**

CAO, LINDA T
13481 ZARTHAN AVE S
SAVAGE MN 55378

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $128.77 | $128.77 |

| | Nonpriority amount |
| --- | --- |
| | $0.00 |

---

2.1031.  **Priority creditor's name and mailing address**

CAPEL, PATRICIA E
89 PIMLICO DR.
103
CHARLES TOWN WV 25414

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $852.45 | $852.45 |

| | Nonpriority amount |
| --- | --- |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.1032.** **Priority creditor's name and mailing address**

CAPETILLO, GABRIELLA
8115 RUSHING STREAM COURT
TOMBALL TX 77375

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $618.53 | $618.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1033.** **Priority creditor's name and mailing address**

CAPLINGER, HAILEY E
936 MARRTOWN ROAD
PARKERSBURG WV 26101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $62.13 | $62.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1034.** **Priority creditor's name and mailing address**

CAPPELLO, JAMERRI
2507 NW 4TH CT
BOYNTON BEACH FL 33426

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $77.58 | $77.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

**2.1035.** **Priority creditor's name and mailing address**

CARAVANO, DARA
296 REGENTS CIRCLE
MAYS LANDING NJ 08330

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $227.18 | $227.18 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1036.** **Priority creditor's name and mailing address**

CARAVEO, ALEXANDRA C
2800 CARVER RD.
MODESTO CA 95350

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $514.80 | $514.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1037.** **Priority creditor's name and mailing address**

CARBALLO, JESSE
512 AVALON LAKE RD
DANBURY CT 06810-7363

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,934.85 | $4,934.85 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.1038.** **Priority creditor's name and mailing address**

CARDELLIA, ANGELA R
102 ELAINE AVE
BLACKWOOD NJ 08012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $253.46 | $253.46 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1039.** **Priority creditor's name and mailing address**

CARDENAS, ALEXIA G
553 S LARCH AVE
RIALTO CA 92376

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $523.61 | $523.61 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1040.** **Priority creditor's name and mailing address**

CARDENAS, AMERICA
3128 ARISTOTLE AVE
NORTH LAS VEGAS NV 89031

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $124.99 | $124.99 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1041.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARDENAS, DAVINA M
27 GAYWOOD DR
OSSEO MN 55369

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $471.70
Priority amount: $471.70

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1042.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARDENAS, JAKAIRA L
17719 PLUMMER ST
NORTHRIDGE CA 91325-2038

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,567.31
Priority amount: $3,567.31

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1043.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARDENAS, JEESICA A
6655 JACKSON ROAD UNIT 256
ANN ARBOR MI 48103

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $35.61
Priority amount: $35.61

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

**2.1044.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $172.68 | $172.68

CARDENAS, SUSANA
472 HOLDEN ST
ARVIN CA 93203

☐ Contingent
☐ Unliquidated       **Nonpriority amount**
☐ Disputed
                     $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1045.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $170.69 | $170.69

CARDONA, ALEJANDRA P
12328 ABBERTON CT.
ORLANDO FL 32837

☐ Contingent
☐ Unliquidated       **Nonpriority amount**
☐ Disputed
                     $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1046.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $216.72 | $216.72

CARDONICK, SARAH
432 LAKEVIEW COURT
FEASTERVILLE PA 19053

☐ Contingent
☐ Unliquidated       **Nonpriority amount**
☐ Disputed
                     $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.1047.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.1047.** **Priority creditor's name and mailing address**

CARDOSO, DARSHALLE
9082 CLENDENEN WAY
SACRAMENTO CA 95826

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $256.44 | $256.44 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1048.** **Priority creditor's name and mailing address**

CAREY, ASHLEY P
4360 EVANS ST
WAYNE MI 48184

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $1,532.04 | $1,532.04 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1049.** **Priority creditor's name and mailing address**

CAREY, MADISON E
1198 SADDLE CREEK DRIVE
FORT WALTON BEACH FL 32547

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $360.40 | $360.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1050.** **Priority creditor's name and mailing address**

CARLIN, ISABELLA A
76 WELTON DR
PLYMOUTH MA 02360

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $491.28 | $491.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1051.** **Priority creditor's name and mailing address**

CARLSON, CASSANDRA M
5402 WILBER AVENUE
PARMA OH 44129

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $498.52 | $498.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1052.** **Priority creditor's name and mailing address**

CARLSON, ELIZABETH E
1650 7TH STREET
APARTMENT #209
SAINT CLOUD MN 56304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $610.92 | $610.92 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.1053.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|
| | CARLSON, JASMINE S | *Check all that apply.* | $300.36 | | $300.36 |
| | 3525 18TH AVENUE SOUTH | ☐ Contingent | | | |
| | MINNEAPOLIS MN 55407 | ☐ Unliquidated | | | **Nonpriority amount** |
| | | ☐ Disputed | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | _____ | WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☐ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | | |

**2.1054.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|
| | CARLSON, JENNIFER A | *Check all that apply.* | $35.61 | | $35.61 |
| | 217 N WASHINGTON ST | ☐ Contingent | | | |
| | #4 | ☐ Unliquidated | | | **Nonpriority amount** |
| | YPSILANTI MI 48197 | ☐ Disputed | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | _____ | WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☐ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | | |

**2.1055.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|
| | CARLSON, JORDAN | *Check all that apply.* | $242.80 | | $242.80 |
| | 207 NW 17TH ST APT 502 | ☐ Contingent | | | |
| | GAINESVILLE FL 32603 | ☐ Unliquidated | | | **Nonpriority amount** |
| | | ☐ Disputed | | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | _____ | WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☐ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | | |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

| 2.1056. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CARMENATTY, DORIS E
9211 HILLCROFT DR
RIVERVIEW FL 33578

*Check all that apply.*                $108.96              $108.96

☐ Contingent

☐ Unliquidated                                          **Nonpriority amount**

☐ Disputed                                               $0.00

**Date or dates debt was incurred**     **Basis for the claim:**

_____                 WAGES & PTO

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY    ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.1057. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CARMENATTY, IVIS J
2269 S CONWAY RD 901
APT 3203
ORLANDO FL 32812

*Check all that apply.*                $602.51              $602.51

☐ Contingent

☐ Unliquidated                                          **Nonpriority amount**

☐ Disputed                                               $0.00

**Date or dates debt was incurred**     **Basis for the claim:**

_____                 WAGES & PTO

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY    ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.1058. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CARMODY, KENDALL
402 WILLIAMSBURG RD
UTICA NY 13502

*Check all that apply.*                $93.80               $93.80

☐ Contingent

☐ Unliquidated                                          **Nonpriority amount**

☐ Disputed                                               $0.00

**Date or dates debt was incurred**     **Basis for the claim:**

_____                 WAGES & PTO

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY    ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.1059.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | CARMON, ARIEL B<br>101 SKYLINE DR<br>MARTINDALE TX 78655 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $502.48 | $502.48

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $502.48
Priority amount: $502.48
Nonpriority amount: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1060.** **Priority creditor's name and mailing address**

CARMON, LARISSA
6026 TULANE RD
HORN LAKE MS 38637

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $199.92
Priority amount: $199.92
Nonpriority amount: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1061.** **Priority creditor's name and mailing address**

CARMONA, JULIETA
827 MAPLE ST
ROCKFORD IL 61101

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $104.20
Priority amount: $104.20
Nonpriority amount: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1062.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARMONA, LIMNI
1931 GREENFIELD RD
ADAMSTOWN MD 21710

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$91.91

$91.91

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1063.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARON, EMILY G
137 HENRY ST
UXBRIDGE MA 01569

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$168.84

$168.84

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1064.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARPENTER, AUSTIN T
607 PUTNAM ST
PARKERSBURG WV 26101

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$35.70

$35.70

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1065.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.1065.** **Priority creditor's name and mailing address**

CARPENTER, KAYLEE P
8116 ROSE PETAL DRIVE
FLORENCE KY 41042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
| $158.10 | $158.10 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.1066.** **Priority creditor's name and mailing address**

CARR, ASHLEY M
16 WINDING STAIR WAY
O'FALLON MO 63368

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
| $316.74 | $316.74 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.1067.** **Priority creditor's name and mailing address**

CARR, BRAYDESTINY K
609 BRANSFORD RD.
AUGUSTA GA 30909

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
| $218.29 | $218.29 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1068.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARR, MAKAYLA A
4941 TULIP GROVE LN
NASHVILLE TN 37076

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $42.50
Priority amount: $42.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1069.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARR, MARISA J
3709 SAN PABLO ROAD S
1707
JACKSONVILLE FL 32224

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $30.29
Priority amount: $30.29

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1070.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARRADINE, CORNESHA M
363 W DISON
MEMPHIS TN 38109

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $173.83
Priority amount: $173.83

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.1071.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARRASCO, ALEJANDRA
30 CEDAR AVE
LAKE VILLA IL 60046

*Check all that apply.*    $153.54    $153.54

☐ Contingent
☐ Unliquidated    **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.1072.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARRASQUILLO, ORTIZ JERRILLYS
822 MAIN STREET
UNIT 1
MANCHESTER CT 06040

*Check all that apply.*    $80.10    $80.10

☐ Contingent
☐ Unliquidated    **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.1073.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARRENO, MARIA C
12063 ROYAL PALM BLVD
CORAL SPRINGS FL 33065

*Check all that apply.*    $653.40    $653.40

☐ Contingent
☐ Unliquidated    **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1074.** **Priority creditor's name and mailing address**

CARRERA, LAURA
2566 TENNESSEE ST.
APT 8111
TALLAHASSEE FL 32304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.74 | $32.74 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1075.** **Priority creditor's name and mailing address**

CARRICK, AMBER M
8171 ROCKCREEK PLACE APT 3
CORDOVA TN 38016

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $706.02 | $706.02 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1076.** **Priority creditor's name and mailing address**

CARRICO, MEGAN R
2022 KEENE CIRCLE
SPRING HILL TN 37174

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,341.80 | $2,341.80 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.1077.** **Priority creditor's name and mailing address**

CARRILLO, ANDREAN S
8694 JAMESTOWN DR
WINTER HAVEN FL 33884-4837

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,494.67 | $3,494.67 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1078.** **Priority creditor's name and mailing address**

CARRILLO, NICOLE M
722 NORTH FRANKLIN ST
LANCASTER PA 17602

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.48 | $76.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1079.** **Priority creditor's name and mailing address**

CARRILLO, ROSA A
6027 BEAR AVE
APT A
HUNTINGTON PARK CA 90255

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $214.92 | $214.92 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.1080. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CARRILLO, VERENICE Y<br>4817 CREEKRIDGE PL.<br>GARLAND TX 75043 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $579.73 | $579.73<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.1081. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CARRION, JESSICA M<br>133 PRATTS BRANCH RD<br>FELTON DE 19943 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38.24 | $38.24<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.1082. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CARROLL, AMBER N<br>108 LAURIE LN.<br>RUSSELLVILLE KY 42276 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $194.40 | $194.40<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.1083. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1083.** **Priority creditor's name and mailing address**

CARROW, TONI
8239 GARBOR AVE
WARREN MI 48093

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $606.84 | $606.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1084.** **Priority creditor's name and mailing address**

CARSON, INDYA
618 MALTESE DRIVE
ATLANTA GA 30349

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $32.63 | $32.63 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1085.** **Priority creditor's name and mailing address**

CARTAGENA, EMELY
505 RUSSELL STREET
NEW HAVEN CT 06513

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $356.96 | $356.96 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

---

**2.1086.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| CARTAGENA, MARIELYS | ☐ Contingent | $192.81 | $192.81
| 340 WEST CENTER ST | ☐ Unliquidated | |
| ELMIRA NY 14901 | ☐ Disputed | | **Nonpriority amount**
| | | | $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1087.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| CARTER, CANDICE | ☐ Contingent | $1,320.60 | $1,320.60
| 6010 WINSTON TRACE | ☐ Unliquidated | |
| MCDONOUGH GA 30252 | ☐ Disputed | | **Nonpriority amount**
| | | | $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1088.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| CARTER, CARLENA | ☐ Contingent | $22.20 | $22.20
| 1828 RUSHING WOOD DR. NW | ☐ Unliquidated | |
| MADISON AL 35757 | ☐ Disputed | | **Nonpriority amount**
| | | | $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

**2.1089.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARTER, KAHLA
3403 ADAMS ST.
BELLWOOD IL 60104

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $187.48

**Priority amount** $187.48

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1090.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARTER, KATHRYN S
250 BEARTOWN ROAD
PAINTED POST NY 14870

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,216.81

**Priority amount** $1,216.81

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1091.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CARTER, KIRSTEN
608 INSPIRATION DRIVE
LIBERTY HILL TX 78642

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,165.28

**Priority amount** $1,165.28

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

| 2.1092. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1092.**

**Priority creditor's name and mailing address**

CARTER, KOLA S
15303 WESTLAND GATE DRIVE
CONROE TX 77384

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $139.60 | $139.60 |

**Nonpriority amount**

$0.00

---

**2.1093.**

**Priority creditor's name and mailing address**

CARTER, STEPHANIE J
99 CHERRY STREET
MALDEN MA 02148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $315.84 | $315.84 |

**Nonpriority amount**

$0.00

---

**2.1094.**

**Priority creditor's name and mailing address**

CARTER, TIKIA S
34 SPRINGVALE RD
BISHOPVILLE SC 29010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $70.56 | $70.56 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.1095. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CARTER, TONIMARIE A
836 TANGLEWOOD RD
WEST ISLIP NY 11795

As of the petition filing date, the claim is:
*Check all that apply.*

Total claim: $212.04

Priority amount: $212.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1096.   **Priority creditor's name and mailing address**

CARVER, SAVANNAH R
239 CRESTWOOD DR
NEW WHITELAND IN 46184

As of the petition filing date, the claim is:
*Check all that apply.*

Total claim: $3,784.74

Priority amount: $3,784.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1097.   **Priority creditor's name and mailing address**

CARY, KYEAIRRE C
144 NORMAN ROAD
1L
NEWARK NJ 07106

As of the petition filing date, the claim is:
*Check all that apply.*

Total claim: $452.30

Priority amount: $452.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.1098. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CASADY, TARA L
7913 E 60TH ST
92-005
TULSA OK 74145

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $392.23

Priority amount $392.23

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1099. **Priority creditor's name and mailing address**

CASAGRANDE, GABRIELLE
618 PROSPECT AVENUE
BROOKLYN NY 11215

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $145.38

Priority amount $145.38

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1100. **Priority creditor's name and mailing address**

CASANOVA, ANGELA M
2137HIDDEN VALLEY DRIVE
CROW POINT IN 46307

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $55.10

Priority amount $55.10

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

2.1101. **Priority creditor's name and mailing address**

CASAREZ, LESLY
5943 SAIL LOFT CIR.
SAN ANTONIO TX 78242

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.10 | $95.10 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.1102. **Priority creditor's name and mailing address**

CASARIN, EMILY
932 MITCHELL RD.
HOUSTON TX 77037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $55.00 | $55.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.1103. **Priority creditor's name and mailing address**

CASAS, KIARA
561 WILSON ST.
WATERBURY CT 06708

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.52 | $77.52 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1104. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1104. Priority creditor's name and mailing address**

CASAS-SALAS, STEPHANIE
3006 WEBER ST.
FORT WORTH TX 76106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $843.06 | $843.06 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1105. Priority creditor's name and mailing address**

CASE, KAYLIN N
406 WOOD DUCK DR
GRAND JUNCTION CO 81504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $288.16 | $288.16 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1106. Priority creditor's name and mailing address**

CASEY, HALEY
291 POPLAR POINT LN
RICKMAN TN 38580

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,168.04 | $1,168.04 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.1107.** **Priority creditor's name and mailing address**

CASEY, RENAE E
3221 ILLINOIS
MIDDLETOWN OH 45042

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $46.45 | $46.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1108.** **Priority creditor's name and mailing address**

CASIANO, MARTINEZ GABRIELA
499 W NIAGARA CIRCLE
GRAND JUNCTION CO 81501

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.88 | $122.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1109.** **Priority creditor's name and mailing address**

CASILLA, ASHLEY
222 BRADLEY AVENUE
8-5A
WATERBURY CT 06708

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.17 | $136.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

| 2.1110. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1110.  **Priority creditor's name and mailing address**

CASONI, ALYSSA
4885 EFFINGHAM PLACE
DAYTON OH 45431

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $30.07

**Priority amount** $30.07

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1111.  **Priority creditor's name and mailing address**

CASS, LEXIE J
2114 LAKE VIEW RIDGE DRIVE NE
SOLON IA 52333

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $199.66

**Priority amount** $199.66

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1112.  **Priority creditor's name and mailing address**

CASSIDY, CHELSEA S
300 STONY POINT RD.
#198
SANTA ROSA CA 95401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $596.95

**Priority amount** $596.95

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

---

**2.1113.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CASSIDY, MACKENZIE
12760 IRONSTONE WAY #103
PARKER CO 80134

*Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $39.41 | $39.41 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1114.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CASTANEDA, ALYSSA
9817 CRISTINA DR
RIVERVIEW FL 33569

*Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $32.32 | $32.32 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1115.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CASTANEDA, ELIZER C
2608 RICHARDS AVE
HAMMONTON NJ 08037

*Check all that apply.*

| Total claim | Priority amount |
|---|---|
| $175.24 | $175.24 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.1116. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1116.  **Priority creditor's name and mailing address**

CASTANEDA, GIOMAR
13442 REINDEER ST
MORENO VALLEY CA 92553

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $74.76 | $74.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1117.  **Priority creditor's name and mailing address**

CASTANEDA, KARLA J
1604 KENT PL
25
ROSEVILLE CA 95661

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $83.04 | $83.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1118.  **Priority creditor's name and mailing address**

CASTANEDA, MITZY Y
2809 E. CHIPMAN RD
PHOENIX AZ 85040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $486.18 | $486.18 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.1119.** **Priority creditor's name and mailing address**

CASTANEDA, MYRA E
3937 SPENCER ST
APT 112
LAS VEGAS NV 89119

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,708.02 | $2,708.02 |

**Nonpriority amount**

$0.00

---

**2.1120.** **Priority creditor's name and mailing address**

CASTANEDA, XIMENA
3949 PALM AVE
SAN DIEGO CA 92154-1737

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,665.32 | $1,665.32 |

**Nonpriority amount**

$0.00

---

**2.1121.** **Priority creditor's name and mailing address**

CASTANON, LIZETTE
772 ANDERSON STREET
SAN FRANCISCO CA 94110

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $311.28 | $311.28 |

**Nonpriority amount**

$0.00

---

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.1122.** **Priority creditor's name and mailing address**

CASTEEL, COURTNEY P
14340 S LAGRANGE RD
2
ORLAND PARK IL 60462

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $263.12 | $263.12 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1123.** **Priority creditor's name and mailing address**

CASTEEL, LIBERTY J
1010 WORTHINGTON SPRING DR
MELBOURNE FL 32940

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $187.22 | $187.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1124.** **Priority creditor's name and mailing address**

CASTELAN, NUBIA J
5535 W EDDY
CHICAGO IL 60641

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $110.11 | $110.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.1125. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**2.1125.** **Priority creditor's name and mailing address**

CASTELLANOS, GISSELLE
6507 VASQUEZ. ST
PHARR TX 78577

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $209.63 | $209.63 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1126.** **Priority creditor's name and mailing address**

CASTELLON, RUTH E
7311 LAVA ROCK CIR
APT 101
MANASSAS VA 20111

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $938.70 | $938.70 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1127.** **Priority creditor's name and mailing address**

CASTILLO, ALEJANDRA L
7590 S CARLISLE AVE
TUCSON AZ 85746

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $461.10 | $461.10 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

| 2.1128. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CASTILLO, ERICA<br>123 EAST 92ND STREET<br>B20<br>BROOKLYN NY 11212 | *Check all that apply.*<br>☐ Contingent | $1,860.29 | $1,860.29 |

**Nonpriority amount**

$0.00

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| _____ | WAGES & PTO |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

| 2.1129. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CASTILLO, ERIKA<br>555 AVENUE C<br>MERCEDES TX 78570 | *Check all that apply.*<br>☐ Contingent | $89.26 | $89.26 |

**Nonpriority amount**

$0.00

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| _____ | WAGES & PTO |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

| 2.1130. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CASTILLO, LIZBETH<br>36 HOXEY ST<br>2<br>PATERSON NJ 07501 | *Check all that apply.*<br>☐ Contingent | $1,365.49 | $1,365.49 |

**Nonpriority amount**

$0.00

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| _____ | WAGES & PTO |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1131.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CASTILLO, NATALIE
13263 SW 258 TERRACE
HOMESTEAD FL 33032

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $431.98

**Priority amount**  $431.98

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1132.** | **Priority creditor's name and mailing address**

CASTILLO, SARAI R
29021 BOUQUET CANYON ROAD #230
SANTA CLARITA CA 91390

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $318.12

**Priority amount**  $318.12

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1133.** | **Priority creditor's name and mailing address**

CASTILLO, YESENIA L
1316 N. CONRAD AVE
SARASOTA FL 34237

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $254.82

**Priority amount**  $254.82

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1134. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1134.** **Priority creditor's name and mailing address**

CASTLE, MARIAH J
1725 SOUTHWIND DRIVE
CHARLOTTE NC 28216

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $245.48 | $245.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1135.** **Priority creditor's name and mailing address**

CASTORENA, MAGALI L
3509 ELLER AVE
FORT SMITH AR 72904-2519

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $152.82 | $152.82 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1136.** **Priority creditor's name and mailing address**

CASTORENA, MARLINA H
992 GRANT AVE.
COLTON CA 92324

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $616.04 | $616.04 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1137.** **Priority creditor's name and mailing address**

CASTREJON, JULISSA
98-450 KOAUKA LOOP APT 1907
1907
AIEA HI 96701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.18 | $60.18 |

**Nonpriority amount**

$0.00

---

**2.1138.** **Priority creditor's name and mailing address**

CASTRILLON, LAURY A
5161 SASSARI AVENUE
SAINT CLOUD FL 34771

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $104.55 | $104.55 |

**Nonpriority amount**

$0.00

---

**2.1139.** **Priority creditor's name and mailing address**

CASTRO, ALINA Y
5215 BELMONT AVE
#2201
DALLAS TX 75206

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,610.30 | $3,610.30 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1140.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | | *Check all that apply.* | $83.04 | $83.04 |
| | CASTRO, DAPHNEY | ☐ Contingent | | |
| | 4065 CORNELIA WAY | ☐ Unliquidated | | **Nonpriority amount** |
| | NORTH HIGHLANDS CA 95660 | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1141.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | | *Check all that apply.* | $658.36 | $658.36 |
| | CASTRO, GERALDINE S | ☐ Contingent | | |
| | 130 E 25 STREET | ☐ Unliquidated | | **Nonpriority amount** |
| | APT 5 | ☐ Disputed | | $0.00 |
| | PATERSON NJ 07514 | | | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1142.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | | *Check all that apply.* | $121.00 | $121.00 |
| | CASTRO, YAZMIN | ☐ Contingent | | |
| | 3758 W 64 TH ST | ☐ Unliquidated | | **Nonpriority amount** |
| | CHICAGO IL 60629 | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**2.1143.** **Priority creditor's name and mailing address**

CASWELL, JESSICA
936 80TH STREET
NIAGARA FALLS NY 14304

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $858.37 | $858.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1144.** **Priority creditor's name and mailing address**

CATLETT, LISA
1967 CAMINO LANE
HILLIARD OH 43026

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,733.78 | $1,733.78 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1145.** **Priority creditor's name and mailing address**

CATO, LAUREN
115 HARTWICK ST
SPRINGFIELD MA 01108-3549

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,028.61 | $2,028.61 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

**2.1146.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.1146.** **Priority creditor's name and mailing address**

CATRETT, GABRIELLA
6166 LEESBURG PIKE
APT. C304
FALLS CHURCH VA 22044

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $78.98 | $78.98 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1147.** **Priority creditor's name and mailing address**

CAUDILL, CASSIDY K
401 E STATE ST.
PENDLETON IN 46064

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $115.86 | $115.86 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1148.** **Priority creditor's name and mailing address**

CAUDILL, HEATHER M
45 CENTRAL AVE
SPRING CITY PA 19475

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $2,760.56 | $2,760.56 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1149.** **Priority creditor's name and mailing address**

CAWALING, BEA TRIZIA P
5408 ANGUS DRIVE
VIRGINIA BEACH VA 23464

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.98 | $153.98 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.1150.** **Priority creditor's name and mailing address**

CAZARES, GABRIELLE R
3600 CRB 2170
STANTON TX 79782

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $189.27 | $189.27 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.1151.** **Priority creditor's name and mailing address**

CAZIMERO, DARCEY T
98-080 UAO PLACE
C3
AIEA HI 96701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,443.48 | $1,443.48 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1152.** **Priority creditor's name and mailing address**

CEASOR, ANDREA S
193 FAIRFIELD AVE
TONAWANDA NY 14223-2847

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $89.35 | $89.35 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1153.** **Priority creditor's name and mailing address**

CECIL, SOPHIA L
6820 BUICK DR
INDIANAPOLIS IN 46214

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $141.57 | $141.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1154.** **Priority creditor's name and mailing address**

CEDANO, NATHALY
12320 DEL RIO CT
NORWALK CA 90650

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,516.48 | $3,516.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.1155. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1155. **Priority creditor's name and mailing address**

CEDANO, NICHOLE M
431 CAPERS DR.
LADSON SC 29456

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$181.91

**Priority amount**
$181.91

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.1156. **Priority creditor's name and mailing address**

CEDILLO, ALEXIS
9806 VILLA DR
MERCEDES TX 78570

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$100.78

**Priority amount**
$100.78

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.1157. **Priority creditor's name and mailing address**

CENICACELAYA, EMMA V
402 DAVID COURT
BEL AIR MD 21015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$131.58

**Priority amount**
$131.58

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1158.**  **Priority creditor's name and mailing address**

CENORD, QUEENY
18 FLETCHER ROAD APT E
MONSEY NY 10952

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $341.39 | $341.39 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1159.**  **Priority creditor's name and mailing address**

CENTENO, JESMARIE
744 CLIMATE DR.
BRANDON FL 335511

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,232.90 | $3,232.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1160.**  **Priority creditor's name and mailing address**

CERNEJ-GARCIA, KIMBERLY T
2347 SHADOWOOD DR.
ANN ARBOR MI 48108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $89.26 | $89.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1161. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1161.**

**Priority creditor's name and mailing address**

CERRILLO, TAPIA JANAHI
8725 19TH STREET RD.
GREELEY CO 80634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$287.54

**Priority amount**
$287.54

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1162.**

**Priority creditor's name and mailing address**

CERRITOS, GLORIA S
24686 MERIT CT
MORENO VALLEY CA 92553-5107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$2,097.35

**Priority amount**
$2,097.35

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1163.**

**Priority creditor's name and mailing address**

CERVANTES, ELIZABETH
1629 SANDGLASS AVE
LAS VEGAS NV 89032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$125.32

**Priority amount**
$125.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1164.** **Priority creditor's name and mailing address**

CERVANTES, JENNIFER
418 BISHOP ST
HOUSTON TX 77009

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $120.23 | $120.23 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1165.** **Priority creditor's name and mailing address**

CERVANTES, LABRADA KARINA
597 9TH STREET
APT 9
RICHMOND CA 94801

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $341.70 | $341.70 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1166.** **Priority creditor's name and mailing address**

CERVANTES, LOPEZ LILIANA S
123 DETCHON CT
LAFAYETTE IN 47909

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $129.21 | $129.21 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.1167.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CERVANTES, SUSANA
349 BRONSON WAY NE
RENTON WA 98056

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $645.97
**Priority amount**: $645.97

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1168.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CERVANTES, VALDIVIA DIANA
600 FOURTH AVE
SAN BRUNO CA 94066

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $356.40
**Priority amount**: $356.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1169.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CERVANTES, YESENIA
10215 HEDRICK AVE
RIVERSIDE CA 92503

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $547.30
**Priority amount**: $547.30

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.1170.** **Priority creditor's name and mailing address**

CESPEDES, CRUZ EMELY R
501 SOUTH 8TH ST
LINDENHURST NY 11757

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $431.64 | $431.64 |

**Nonpriority amount**

$0.00

---

**2.1171.** **Priority creditor's name and mailing address**

CHACON, CRYSTAL S
1100 BRONCO LANE
SPRINGDALE AR 72762

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,433.61 | $1,433.61 |

**Nonpriority amount**

$0.00

---

**2.1172.** **Priority creditor's name and mailing address**

CHACON, ELIDA D
962 REMINGTON DRIVE
A
SPRINGDALE AR 72764

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.49 | $160.49 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

**2.1173.** **Priority creditor's name and mailing address**

CHACON, PATRICIA
9345 RAMON BLVD
H
ROSEMEAD CA 91770

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $147.12 | $147.12 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1174.** **Priority creditor's name and mailing address**

CHAET, BRITTANY R
1243 SOUTH OLIVE STREET
624
LOS ANGELES AR 90015

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $732.87 | $732.87 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1175.** **Priority creditor's name and mailing address**

CHAFFINS, REBECCA
715 WEST MARKET ST
APT 301
AKRON OH 44303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.63 | $34.63 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.1176. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1176.** **Priority creditor's name and mailing address**

CHAHA-GUERRERO, RUTH A
252 E MENOMONEE ST.
519
MILWAUKEE WI 53202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$37.26

**Priority amount**
$37.26

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1177.** **Priority creditor's name and mailing address**

CHAMALBIDE, MARIAH
3525 WEST CHERRY AVE
VISALIA CA 93277

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$229.80

**Priority amount**
$229.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1178.** **Priority creditor's name and mailing address**

CHAMBERS, LIRHON L
PO BOX 54
OLIVER GA 30449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$117.75

**Priority amount**
$117.75

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.1179.** **Priority creditor's name and mailing address**

CHAMBERS, RAVEN Z
742 SEA WILLOW DRIVE
MARION TX 78124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $32.20 | $32.20 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.1180.** **Priority creditor's name and mailing address**

CHAN, CERA
1324 N 36TH ST
APT. 3
SEATTLE WA 98103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,238.51 | $1,238.51 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.1181.** **Priority creditor's name and mailing address**

CHANDLER, AUNDREYA
3759 WHEELER AVE
LOUISVILLE KY 40215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $117.90 | $117.90 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                                       Case number *(if known)* **19-10214**

| 2.1182. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CHANDLER, ROSITA
1325 COMFREY LEAF DR
BEAUMONT CA 92223

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim**    $2,851.08
**Priority amount**    $2,851.08
**Nonpriority amount**    $0.00

---

2.1183.    **Priority creditor's name and mailing address**

CHANEY, APRIL L
1210 ELMIRA ST.
MOBLE AL 36604

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim**    $227.78
**Priority amount**    $227.78
**Nonpriority amount**    $0.00

---

2.1184.    **Priority creditor's name and mailing address**

CHANEY, MARILYNN A
3329 GRAYDON DR
CATTLETSBURG KY 41129

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim**    $73.37
**Priority amount**    $73.37
**Nonpriority amount**    $0.00

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.1185. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1185.** **Priority creditor's name and mailing address**

CHANG, CAILYN J
15062 RICE CIRCLE
HUNTINGTON BEACH CA 92647

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $144.48

**Priority amount**    $144.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1186.** **Priority creditor's name and mailing address**

CHANG, LESLEY
1365 HAZELWOOD ST
ST PAUL MN 55106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $108.24

**Priority amount**    $108.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1187.** **Priority creditor's name and mailing address**

CHAPA, GINA G
5092 HONEYSUCKLE AVENUE
PORTAGE IN 46368

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $78.16

**Priority amount**    $78.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

---

2.1188.  **Priority creditor's name and mailing address**

CHAPARRO, GISELLE C
3607 W. LUPINE AVE
PHOENIX AZ 85029

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.98 | $34.98 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.1189.  **Priority creditor's name and mailing address**

CHAPIN, ALEXA L
1120 NEELY AVE
MUNCIE IN 47303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $456.90 | $456.90 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.1190.  **Priority creditor's name and mailing address**

CHAPMAN, ASHLEE A
1972 GOLDFINCH WAY
MANTECA CA 95337

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $579.98 | $579.98 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |

**2.1191.** **Priority creditor's name and mailing address**

CHAPMAN, DAMONYE'
3019 BRANTLEY RD
BUENA VISTA GA 31803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $248.97 | $248.97 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1192.** **Priority creditor's name and mailing address**

CHAPMAN, DANIELLE
3205 NW 83 ST
423
GAINESVILLE FL 32606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $143.73 | $143.73 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1193.** **Priority creditor's name and mailing address**

CHAPPELL, EMONNI M
28 MILLICENT AVE
BUFFALO NY 14215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $182.04 | $182.04 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.1194. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|-----------------------------------------------|-----------------------------------------------|-------------|-----------------|

**2.1194.** **Priority creditor's name and mailing address**

CHARLES, TYQUANNA
2674 HOLLYBROOK DRIVE
MOBILE AL 36605

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $104.84 | $104.84 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1195.** **Priority creditor's name and mailing address**

CHARMANT, NIOMI M
1505 LINDSEY DRIVE
COPPERAS COVE TX 76522

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $106.06 | $106.06 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1196.** **Priority creditor's name and mailing address**

CHARQUENO, LISA M
9712 N.E. 2ND PL
OKLAHOMA CITY OK 73127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $264.41 | $264.41 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**2.1197.** **Priority creditor's name and mailing address**

CHARRIEZ, KEISHLA
CALLE 9 263 URB. JARDINES DE T
TOA ALTA PR 00953

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.53 | $108.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1198.** **Priority creditor's name and mailing address**

CHARTIER, SAMANTHA M
30 WALES RD
MONSON MA 01057

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $156.60 | $156.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1199.** **Priority creditor's name and mailing address**

CHASE, CHEYANNE N
19461 JENA DRIVE
NOBLESVILLE IN 46062

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $311.14 | $311.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.1200.  **Priority creditor's name and mailing address**

CHASE, TORIE
1319 GLENWOOD COURT
FREMONT NE 68025

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $579.15 | $579.15 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1201.  **Priority creditor's name and mailing address**

CHATMAN, ABBY M
11 CONESTOGA CT
OFALLON MO 63368

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $267.26 | $267.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1202.  **Priority creditor's name and mailing address**

CHATMAN, CIERRA A
532 A PORT GIBSON ST
RAYMOND MS 39154

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,760.96 | $1,760.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.1203.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.1203.** **Priority creditor's name and mailing address**

CHATMAN, SHANTERIA T
1905 PALOMINO CT
MACON GA 31220

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $1,174.24 | $1,174.24 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1204.** **Priority creditor's name and mailing address**

CHATMON, LAURA E
464 ROCKY CREEK RD
HAMPTON GA 30228

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $115.64 | $115.64 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1205.** **Priority creditor's name and mailing address**

CHATTANOOGA CITY TREASURER
PO BOX 191
CHATTANOOGA TN 37401-0191

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
| $340.16 | $340.16 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1206. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1206.** **Priority creditor's name and mailing address**

CHAUDHRY, MARIUM H
5453 EAST 71ST ST
144
TULSA OK 74136

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $534.60 | $534.60 |

**Nonpriority amount**

$0.00

---

**2.1207.** **Priority creditor's name and mailing address**

CHAVARRIA, VERONICA P
711 FM 1959 RD
505
HOUSTON TX 77034

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $77.18 | $77.18 |

**Nonpriority amount**

$0.00

---

**2.1208.** **Priority creditor's name and mailing address**

CHAVEZ, ANA C
730 ALWIN DR.
DIXON CA 95620

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $331.65 | $331.65 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

2.1209. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

CHAVEZ, ANDREA G
7761 LOS GATOS DRIVE
DALLAS TX 75232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $162.45 | $162.45 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1210. **Priority creditor's name and mailing address**

CHAVEZ, BRENDA J
17413 HORST AVE
ARTESIA CA 90701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $649.46 | $649.46 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1211. **Priority creditor's name and mailing address**

CHAVEZ, BRIANNA N
167 MORSE PL 1ST FLOOR
A
ENGLEWOOD NJ 07631

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $143.19 | $143.19 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1212.** **Priority creditor's name and mailing address**

CHAVEZ, DAISY D
4300 SNAPDRAGON LN
BAKERSFIELD CA 93304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.80 | $127.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1213.** **Priority creditor's name and mailing address**

CHAVEZ, ELISA A
2708 ANDREA LANE
DALLAS TX 75228

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $285.55 | $285.55 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1214.** **Priority creditor's name and mailing address**

CHAVEZ, ISAMARY
1334 PROGRESO DR
HOUSTON TX 77038

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $102.79 | $102.79 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

**2.1215.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.1215.**

**Priority creditor's name and mailing address**

CHAVEZ, JR JORGE
373 NORTH 13TH STREET
APT. #23
BRAWLEY CA 92227

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $199.68 | $199.68 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1216.**

**Priority creditor's name and mailing address**

CHAVEZ, LINA
10636 HANSELMAN RD
MANVEL TX 77578-5537

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $142.07 | $142.07 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1217.**

**Priority creditor's name and mailing address**

CHAVEZ, MELINA D
12200 SE MCLOUGHLIN BLVD APT 7
APT 7102
MILWAUKIE OR 97222

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $34.80 | $34.80 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1218.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| CHAVEZ, PERLA C | *Check all that apply.* | $40.43 | $40.43
| 726 N HAYES | ☐ Contingent | |
| AMARILLO TX 79107 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.1219.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| CHAVEZ, VELIA A | *Check all that apply.* | $627.52 | $627.52
| 329 CALLE MARIPOSA | ☐ Contingent | |
| OCEANSIDE CA 92057 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.1220.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| CHAVEZ, YERALI S | *Check all that apply.* | $232.40 | $232.40
| 10810 TELEPHONE RD #302 | ☐ Contingent | |
| HOUSTON TX 77075 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

| 2.1221. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CHEJIN, ANNA M
162 SEASIDE AVE
STAMFORD CT 06902

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $121.58

**Priority amount** $121.58

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1222.   **Priority creditor's name and mailing address**

CHERBONNEAU, KAYLEE A
34 WILLOW ST APT 2
NASHUA NH 03060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $86.80

**Priority amount** $86.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1223.   **Priority creditor's name and mailing address**

CHERNOSKE, NICOLE
17882 W VALENTINE ST
SURPRISE AZ 85388-5015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $491.87

**Priority amount** $491.87

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1224.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CHEUNG, SHAINA J
89-11 GOLD ROAD
OZONE PARK NY 11417

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $447.30

**Priority amount** $447.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1225.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CHEVEZ, VANESSA M
2440 ROCKY BROOK ST
NORTH LAS VEGAS NV 89030

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $74.01

**Priority amount** $74.01

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1226.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CHIA, VALERIE L
1701 E COTATI AVE #502
ROHNER PARK CA 94928

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $212.76

**Priority amount** $212.76

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| 2.1227. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------|---------|---------|---------|

**2.1227.** **Priority creditor's name and mailing address**

CHICO, ELIZABETH
1031 S STEWART ST.
E1217
MESA AZ 85202

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $135.19 | $135.19 |

**Nonpriority amount**

$0.00

---

**2.1228.** **Priority creditor's name and mailing address**

CHIMAL, EMMA R
352 N LEXINGTON AVE
LE CENTER MN 56057

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $499.43 | $499.43 |

**Nonpriority amount**

$0.00

---

**2.1229.** **Priority creditor's name and mailing address**

CHIMENTI, SOPHIA
15 GARDEN LANE
YAPHANK NY 11980

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $119.64 | $119.64 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.1230. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1230.** **Priority creditor's name and mailing address**

CHING, MARINA
84 CARPENTER ST
ATTLEBORO MA 02703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $111.60 | $111.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1231.** **Priority creditor's name and mailing address**

CHINO, MELISSA
25 ELIZABETH ROAD
MERIDEN CT 06450

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $76.76 | $76.76 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1232.** **Priority creditor's name and mailing address**

CHISHOLM, ALEXIA
18 OLIVIA STREET
WYANDANCH NY 11798

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $47.64 | $47.64 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1233.** **Priority creditor's name and mailing address**

CHISHOLM, BEVERLY Y
111 EAST MELL STREET
APT 15
POOLER GA 31322

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $197.87 | $197.87 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1234.** **Priority creditor's name and mailing address**

CHISHOLM, TAMARI M
7600 SHOREFRONT PARKWAY
5O
ARVERNE NY NY 11692

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.80 | $127.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1235.** **Priority creditor's name and mailing address**

CHITMAN, CHANTAL S
8100 PINES RD APT 26D
SHREVEPORT LA 71129

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $172.48 | $172.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1236. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1236.**

**Priority creditor's name and mailing address**

CHITTAPHONG, PENNY
41 SUFFOLK DRIVE
EAST HARTFORD CT 06118

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $3,389.02 | $3,389.02 |

**Nonpriority amount**

$0.00

---

**2.1237.**

**Priority creditor's name and mailing address**

CHO, JESSICA
1037 HOWELL PL APT 303
AURORA IL 60505

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $4,008.23 | $4,008.23 |

**Nonpriority amount**

$0.00

---

**2.1238.**

**Priority creditor's name and mailing address**

CHOI, WONSEOK
201 PINEY POINT RD
YORKTOWN VA 23692

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $112.23 | $112.23 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

**2.1239.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.1239.** **Priority creditor's name and mailing address**

CHONG, SHARON C
111 BIGLER DRIVE
WILLIAMSBURG VA 23185

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $4,248.50 | $4,248.50 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1240.** **Priority creditor's name and mailing address**

CHOPPY, ALEXANDRIA M
276 OLD LOUDON RD
APT 12A
LATHAM NY 12110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $191.47 | $191.47 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1241.** **Priority creditor's name and mailing address**

CHOUM, MALA
2108 SW 5TH ST
BATTLEGROUND WA 98604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $226.68 | $226.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor     **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

**2.1242.** **Priority creditor's name and mailing address**

CHOY, PORSHA
1721 E. 42ND ST.
TACOMA WA 98404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $636.33 | $636.33 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1243.** **Priority creditor's name and mailing address**

CHRIS, JASMIN J
4423 DEEBOYAR AVE
LAKEWOOD CA 90712

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,602.05 | $2,602.05 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1244.** **Priority creditor's name and mailing address**

CHRISTEN, LILLIAN P
507 SMILEY AVENUE
SPRINGDALE OH 45246

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $758.45 | $758.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1245.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**Priority creditor's name and mailing address**

CHRISTENSEN, LOGAN G
2040 BRYN MAWR DR.
AURORA IL 60506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $206.42 | $206.42 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1246.** **Priority creditor's name and mailing address**

CHRISTIAN, ELEANORE R
2906 WASHBURN AVE N
MINNEAPOLIS MN 55411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $87.75 | $87.75 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1247.** **Priority creditor's name and mailing address**

CHRISTIAN, TEMEKIA W
6229 THOMASTON RD APT 1308
MACON GA 31220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $3,129.53 | $3,129.53 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.1248. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1248. Priority creditor's name and mailing address**

CHUM, SAMNOUN
110 FORD ST
APT1
PROVIDENCE RI 02909

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $103.49 | $103.49 |

**Nonpriority amount**

$0.00

---

**2.1249. Priority creditor's name and mailing address**

CHUN, TIERI V
2125 ALA MAHAMOE ST.
HONOLULU HI 96819

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.45 | $160.45 |

**Nonpriority amount**

$0.00

---

**2.1250. Priority creditor's name and mailing address**

CHUQUITAYPE, JANICE
1 NEW YORK AVENUE
WHITE PLAINS NY 10606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $236.76 | $236.76 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.1251. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| CHURCH, GABRIELLA L<br>85 OEHMAN BLVD<br>CHEEKTOWAGA NY 14225-2117 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $408.18 | $408.18 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.1252. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| CIGNA, ALEXIS N<br>25 WARWICK DR<br>MANALAPAN NJ 07726-3638 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,594.56 | $2,594.56 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.1253. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| CILIBERTI, DESTINY M<br>440 BROOKLYN AVENUE<br>APT 4F<br>BROOKLYN NY 11225 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $129.30 | $129.30 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1254. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1254.  **Priority creditor's name and mailing address**

CIMMINO, NAOMI
8582 BELLER COURT
DARIEN IL 60561

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $122.51

**Priority amount**   $122.51

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1255.  **Priority creditor's name and mailing address**

CISNEROS, ADILENE
567 S K ST
SAN BERNARDINO CA 92410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $562.32

**Priority amount**   $562.32

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1256.  **Priority creditor's name and mailing address**

CISNEROS, JENNIFER
1407 N. 37TH AVE.
PHOENIX AZ 85009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $41.25

**Priority amount**   $41.25

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1257.** **Priority creditor's name and mailing address**

CISNEROS, TANAIRI M
6952 S. FAIRFIELD
CHICAGO IL 60629

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $279.84 | $279.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1258.** **Priority creditor's name and mailing address**

CITY & COUNTY OF BROOMFIELD
KIM PFEIFER
P.O. BOX 407
BROOMFIELD CO 80038-0407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,919.44 | $4,919.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1259.** **Priority creditor's name and mailing address**

CITY OF BATON ROUGE
DEPT OF FINANCE-REVENUE DIV
P.O. BOX 2590
BATON ROUGE LA 70821-2590

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,800.00 | $1,800.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.1260.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CITY OF BELLINGHAM
210 LOTTIE STREET
BELLINGHAM WA 98225

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $472.40

**Priority amount** $472.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.1261.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CITY OF BURBANK
LICENSE AND CODE SERVICES
P.O. BOX 6459
BURBANK CA 91510-6459

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $191.45

**Priority amount** $191.45

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.1262.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CITY OF DEARBORN
DEPT 3102 PO BOX 30516
LANSING MI 48909-8016

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $920.17

**Priority amount** $920.17

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |

---

2.1263. **Priority creditor's name and mailing address**

CITY OF GARLAND
CAROL CLARK, RTA
P.O. BOX 462010
GARLAND TX 75046-2010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $791.34 | $791.34 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1264. **Priority creditor's name and mailing address**

CITY OF KENTWOOD
PO BOX 8848
KENTWOOD MI 49518-8848

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $573.15 | $573.15 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1265. **Priority creditor's name and mailing address**

CITY OF KNOXVILLE
PROPERTY TAX OFFICE
P.O. BOX 15001
KNOXVILLE TN 37901-5001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $689.25 | $689.25 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1266.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| CITY OF MCALLEN TAX OFFICE | *Check all that apply.* | $1,000.97 | $1,000.97

CITY OF MCALLEN TAX OFFICE
REBECCA M. GRINES, RTA/RTC
PO BOX 220-311 NORTH 15TH
MCALLEN TX 78505-0220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,000.97

**Priority amount**
$1,000.97

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.1267.** **Priority creditor's name and mailing address**

CITY OF MURFREESBORO
P.O. BOX 1139
MURFREESBORO TN 37133-1139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$107.00

**Priority amount**
$107.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.1268.** **Priority creditor's name and mailing address**

CITY OF NOVI
DRAWER 67
P.O. BOX 33321
DETROIT MI 48232-5321

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$771.73

**Priority amount**
$771.73

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1269. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|

**2.1269.**

**Priority creditor's name and mailing address**

CITY OF OCALA BUSINESS TAX
201 SE 3RD STREET 2ND FLOOR
OCALA FL 34471

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1270.**

**Priority creditor's name and mailing address**

CITY OF PHILADELPHIA - DEPARTMENT OF REVENUE
PO BOX 1393
PHILADELPHIA PA 19105-1393

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $9,290.00 | $9,290.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

01/29/17-02/03/18

**Last 4 digits of account number:** 6584

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.1271.**

**Priority creditor's name and mailing address**

CITY OF PHILADELPHIA - DEPARTMENT OF REVENUE
PO BOX 1393
PHILADELPHIA PA 19105-1393

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $5,680.00 | $5,680.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

02/04/18-02/02/19

**Last 4 digits of account number:** 6584

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.1272.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Priority creditor's name and mailing address**

CITY OF POOLER
100 SOUTHWEST HIGHWAY 80
POOLER GA 31322

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $320.00 | $320.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.1273.  Priority creditor's name and mailing address**

CITY OF PORTAGE
TREASURY OFFICE
7900 S WESTNEDGE AVE
PORTAGE MI 49002-5117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $283.08 | $283.08 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.1274.  Priority creditor's name and mailing address**

CITY OF SANTA ROSA
C/O MUNISERVICES LLC
P.O. BOX 1556
SANTA ROSA CA 95402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $357.61 | $357.61 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

**2.1275.** **Priority creditor's name and mailing address**

CITY OF SAVANNAH REVENUE DEPT
132 E. BROUGHTON STREET
P.O. BOX 1228
SAVANNAH GA 31402-1228

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,011.00 | $1,011.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1276.** **Priority creditor's name and mailing address**

CITY OF SHREVEPORT REVENUE DIV
CITY OF SHREVEPORT REVENUE DIV
P.O.BOX 30040
SHREVEPORT LA 71130-0040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,450.00 | $1,450.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1277.** **Priority creditor's name and mailing address**

CITY OF TAUNTON
PO BOX 4160
WOBURN MA 01888

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $173.49 | $173.49 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1278.** **Priority creditor's name and mailing address**

CITY OF TAYLOR
PO BOX 335
TAYLOR MI 48180-0335

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $433.13 | $433.13 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1279.** **Priority creditor's name and mailing address**

CITY OF WESTLAND
P.O. BOX 554887
DETROIT MI 48255-4881

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $550.93 | $550.93 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1280.** **Priority creditor's name and mailing address**

CITY OF WESTOVER
500 DUPONT RD
WESTOVER WV 26501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $989.42 | $989.42 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

**2.1281.** **Priority creditor's name and mailing address**

CITY TREASURER TAX &
CITY OF TACOMA TAX & LICENSE
P.O. BOX 11640
TACOMA WA 98411-6640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $545.22 | $545.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1282.** **Priority creditor's name and mailing address**

CLAPHAM, MALEYA Y
20019 NOB OAK AVE
TAMPA FL 33647

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $87.56 | $87.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1283.** **Priority creditor's name and mailing address**

CLARK, ALEIA J
4955 CENTURY ST NW
614
HUNTSVILLE AL 35816

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $9.79 | $9.79 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                 Case number *(if known)* **19-10214**

---

**2.1284.** **Priority creditor's name and mailing address**

CLARK, CHYLIE
204 NW END BLVD
CAPE GIRARDEAU MO 63701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $201.33 | $201.33 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1285.** **Priority creditor's name and mailing address**

CLARK, DANIELLE J
9922 PAXTON RUN ROAD
CHARLOTTE NC 28277

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $264.82 | $264.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1286.** **Priority creditor's name and mailing address**

CLARK, ELISABETH
3691 REGENT LANE
WANTAGH NY 11793

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $362.16 | $362.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.1287. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1287.** Priority creditor's name and mailing address

CLARK, KAYLA M
5640 HENDERSON OAKS DR.
CHARLOTTE NC 28269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $30.14

**Priority amount** $30.14

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1288.** Priority creditor's name and mailing address

CLARK, KAYLAH P
5375 SEYMOUR RD
SWARTZ CREEK MI 48473

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $116.83

**Priority amount** $116.83

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1289.** Priority creditor's name and mailing address

CLARK, KEITH E
1325 IRIS AVE
IMPERIAL BEACH CA 91932

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $68.40

**Priority amount** $68.40

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |

**2.1290.** **Priority creditor's name and mailing address**

CLARK, LATASHA
P.O.BOX 2734
SILVER SPRING MD 20915

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,781.31 | $2,781.31 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.1291.** **Priority creditor's name and mailing address**

CLARK, MESSIAH
9051 APT.H AVEBURY DRIVE
CHARLOTTE NC 28213

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $97.75 | $97.75 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.1292.** **Priority creditor's name and mailing address**

CLARK, NIA A
8 BRANDLE LN
SAVANNAH GA 31405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.67 | $127.67 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                     Case number *(if known)* **19-10214**

---

**2.1293.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CLARK, REAGAN R 27224 WOODGLEN LANE MORENO VALLEY CA 92555 | *Check all that apply.* | $849.14 | $849.14 |

☐ Contingent

☐ Unliquidated                                                                    **Nonpriority amount**

☐ Disputed                                                                           $0.00

**Date or dates debt was incurred**                    **Basis for the claim:**

_____                                        WAGES & PTO

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**          ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)           ☐ Yes

---

**2.1294.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CLARK, SABRINA I 150 RIPLEY ST CAMARILLO CA 93010 | *Check all that apply.* | $220.80 | $220.80 |

☐ Contingent

☐ Unliquidated                                                                    **Nonpriority amount**

☐ Disputed                                                                           $0.00

**Date or dates debt was incurred**                    **Basis for the claim:**

_____                                        WAGES & PTO

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**          ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)           ☐ Yes

---

**2.1295.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CLARK, SERENA 20 MULBERRY ST. APT D CLEAR SPRING MD 21722-1972 | *Check all that apply.* | $1,580.80 | $1,580.80 |

☐ Contingent

☐ Unliquidated                                                                    **Nonpriority amount**

☐ Disputed                                                                           $0.00

**Date or dates debt was incurred**                    **Basis for the claim:**

_____                                        WAGES & PTO

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**          ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)           ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

| 2.1296. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CLARK, TASHAWNDA
21 MONTICELLO CV
JACKSON TN 38305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $455.82

**Priority amount** $455.82

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1297.

**Priority creditor's name and mailing address**

CLARKE, BROOKE A
4377 BROOKGLEN ST.
MOORPARK CA 93021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $19.21

**Priority amount** $19.21

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1298.

**Priority creditor's name and mailing address**

CLARKE, EMILY F
130 RAVINE DR APT 16B
MATAWAN NJ 07747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $4,574.70

**Priority amount** $4,574.70

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

**2.1299.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CLARKE, KENDALL R
13028 VEON DRIVE
FISHERS IN 46038

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $323.50
Priority amount: $323.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1300.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CLARKE, KIMBERLY J
905 E 226TH STREET
APT. 2
BRONX NY 10466

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $142.65
Priority amount: $142.65

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1301.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CLARKE, NATASHA M
23 HAZELTON STREET
APT 2
BOSTON MA 02126

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,897.65
Priority amount: $2,897.65

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

2.1302.  **Priority creditor's name and mailing address**

CLARKSVILLE CITY
PO BOX 928
CLARKSVILLE TN 37041-0928

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $375.00 | $375.00 |

**Nonpriority amount**

$0.00

---

2.1303.  **Priority creditor's name and mailing address**

CLAUNCH, KRISTEN M
5995 DANDRIDGE LANE
160
SAN DIEGO CA 92115

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $73.44 | $73.44 |

**Nonpriority amount**

$0.00

---

2.1304.  **Priority creditor's name and mailing address**

CLAVIER, CLAUDIA L
114 KENDRICK DR
SLIDELL LA 70461

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $53.07 | $53.07 |

**Nonpriority amount**

$0.00

---

Debtor   **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**2.1305.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CLAYTON, AMY M
1183 COTTONWOOD DR
TOMS RIVER NJ 08753

*Check all that apply.*                          $136.73          $136.73

☐ Contingent
☐ Unliquidated                                        **Nonpriority amount**
☐ Disputed
                                                     $0.00

**Date or dates debt was incurred**              **Basis for the claim:**
_____                          WAGES & PTO

**Last 4 digits of account number:**             **Is the claim subject to offset?**
                                                 ☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1306.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CLEAVES, SYMONE C
6927 BISHOPS KNOLL COVE
BARTLETT TN 38135

*Check all that apply.*                          $122.38          $122.38

☐ Contingent
☐ Unliquidated                                        **Nonpriority amount**
☐ Disputed
                                                     $0.00

**Date or dates debt was incurred**              **Basis for the claim:**
_____                          WAGES & PTO

**Last 4 digits of account number:**             **Is the claim subject to offset?**
                                                 ☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1307.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CLECKNER, ELIZABETH A
20918 NANTICOKE RD
BIVALVE MD 21814

*Check all that apply.*                          $227.76          $227.76

☐ Contingent
☐ Unliquidated                                        **Nonpriority amount**
☐ Disputed
                                                     $0.00

**Date or dates debt was incurred**              **Basis for the claim:**
_____                          WAGES & PTO

**Last 4 digits of account number:**             **Is the claim subject to offset?**
                                                 ☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.1308. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CLEGG, SIERRA
1414 S SMITH RD
URBANA IL 61802-4750

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $235.91

Priority amount: $235.91

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.1309. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CLEMENT, JORDAN J
1036 W 39TH ST
310
NORFOLK VA 23508

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $386.00

Priority amount: $386.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.1310. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CLEVELAND, JHAZZLIN J
249 ABERDEEN CT.
FLUSHING MI 48433

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $164.36

Priority amount: $164.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.1311.** **Priority creditor's name and mailing address**

CLINE, ALAURA D
250 POSSUM VALLEY RD
MAYNARDVILLE TN 37807

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $237.78 | $237.78 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1312.** **Priority creditor's name and mailing address**

CLINGER, TEA K
126 CLIFF MITCHELL RD
PICAYUNE MS 39466

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $663.22 | $663.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1313.** **Priority creditor's name and mailing address**

CLOUD, BRANDI M
738 ATLANTIS RD
PALM BAY FL 32909

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,222.34 | $3,222.34 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| 2.1314. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1314.** **Priority creditor's name and mailing address**

COATES, NYKIA
12765 VIA POSADA WAY
VICTORVILLE CA 92392

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $536.98 | $536.98 |

**Nonpriority amount**

$0.00

---

**2.1315.** **Priority creditor's name and mailing address**

COBARRUBIO, SABRINA E
6469 VIA DEL PRADO
CHINO HILLS CA 91709

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $176.52 | $176.52 |

**Nonpriority amount**

$0.00

---

**2.1316.** **Priority creditor's name and mailing address**

COBBS, JADA L
944 D OAK CREEK CR
DOUGLASVILLE GA 30134

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.21 | $130.21 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.1317.** **Priority creditor's name and mailing address**

COBURN, EMILY M
80 STOCK OPTION ST.
UNIT 3
HENDERSON NV 89074

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $101.73 | $101.73 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1318.** **Priority creditor's name and mailing address**

COEFIELD, MONET
69 BIRCH DR.
LEVITTOWN PA 19054

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $89.81 | $89.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1319.** **Priority creditor's name and mailing address**

COFER, COURTNEY R
3140 SHELLHART RD.
NORTON OH 44203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.71 | $80.71 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.1320.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COFFEE, KAITLYN M
2380 SPRINGWOOD LANE LAUREL HA
109A
FAIRBORN OH 45324

*Check all that apply.*

$92.94                    $92.94

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed
                          $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.1321.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COFFEY, MORGAN T
95 SAUNOOKE LANE
SUITE B9 447
MARBLE NC 28905

*Check all that apply.*

$122.45                   $122.45

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed
                          $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

**2.1322.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COFFIEL, MAYKALA D
10271 BROWNE ST
OMAHA NE 68134-2519

*Check all that apply.*

$1,259.63                 $1,259.63

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed
                          $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

| 2.1323. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

COHEN, ALYSSA R
4317 JUDSON AVE.
5
ROYAL OAK MI 48073

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $592.44
Priority amount: $592.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.1324. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

COHEN, KELLY A
539 OVINGTON AVE
APT A6
BROOKLYN NY 11209

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $143.10
Priority amount: $143.10

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.1325. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

COKELEY, KASEY
2790 STRATFORD LN SW #3134
TUMWATER WA 98512

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,777.60
Priority amount: $2,777.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

---

**2.1326.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COLANTUONO, ANNA J
2815 PALM AVE
A
SAN DIEGO CA 92154

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $277.32
Priority amount: $277.32

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1327.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COLATO, BLANCA L
18 CALLA STREET
1
PROVIDENCE RI 02905

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $21.53
Priority amount: $21.53

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1328.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COLBERT, DONNA
16315 RAPIDCREEK DR.
HOUSTON TX 77053

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $187.50
Priority amount: $187.50

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.1329.** **Priority creditor's name and mailing address**

COLBERT, FRANITA M
2430 W PRAIRIE ST
UNIT 3
DENTON TX 76201

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $125.40 | $125.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1330.** **Priority creditor's name and mailing address**

COLE, ALEYSHA L
2452 KNIGHTWAY DRIVE
GRETNA LA 70056

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $144.93 | $144.93 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1331.** **Priority creditor's name and mailing address**

COLE, CHAVONA B
103 TORI CT
CARENCRO LA 70520-6427

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,910.90 | $2,910.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.1332.** **Priority creditor's name and mailing address**

COLE, DOMINICK L
9445 E 39TH PL
TULSA OK 74145

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $381.70 | $381.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1333.** **Priority creditor's name and mailing address**

COLE, MEGAN
5897 S KINGS HWY LOT 103
MYRTLE BEACH SC 29575

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,180.95 | $1,180.95 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1334.** **Priority creditor's name and mailing address**

COLE, OLIVIA
44301 W BUCKHORN TRAIL
MARICOPA AZ 85138

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $18.23 | $18.23 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1335.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | COLE, SARAH E<br>3601 NW HILL RD<br>MCMINNVILLE OR 97128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,703.05 | $2,703.05<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.1336.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | COLE, TAYLER J<br>4005 CLOVER RIDGE COURT<br>TOLEDO OH 43623 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10.09 | $10.09<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.1337.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | COLEMAN, ALEXIS E<br>36211 JACKSON ST<br>36211 JACKSON<br>NEW BALTIMORE MI 48047 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $78.36 | $78.36<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1338.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COLEMAN, AMANDA P
255 COUNTY ROUTE 68
SARATOGA SPRINGS NY 12866

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $159.95
Priority amount: $159.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1339.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COLEMAN, ANGELIQUE J
1712 BROOKFIELD ST
RICHMOND VA 23222

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $126.40
Priority amount: $126.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1340.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COLEMAN, CASEY A
1303 WOODCREST DR.
HAMPTON VA 23669

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $166.70
Priority amount: $166.70

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.1341.** **Priority creditor's name and mailing address**

COLEMAN, CHELSIE J
1054 EAST BROADWATER ROAD
BYRAM MS 39272

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.36 | $63.36 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.1342.** **Priority creditor's name and mailing address**

COLEMAN, GAYLEN D
6321 N. KLAMM RD APT 345
KANSAS CITY MO 64151

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,159.52 | $3,159.52 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.1343.** **Priority creditor's name and mailing address**

COLEMAN, HANA M
104 CEDARCREST AVE
PLEASANTVILLE NJ 08232

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,297.12 | $1,297.12 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.1344.** **Priority creditor's name and mailing address**

COLEMAN, KALIE M
321 S HIGHLANDER WAY APT 14
HOWELL MI 48843

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $199.99 | $199.99 |

**Nonpriority amount**

$0.00

---

**2.1345.** **Priority creditor's name and mailing address**

COLEMAN, KELLI M
6210 DESERT ROSE
NEW BRAUNFELS TX 78132

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $615.78 | $615.78 |

**Nonpriority amount**

$0.00

---

**2.1346.** **Priority creditor's name and mailing address**

COLEMAN, KENNEDI B
3500 S 74TH ST
4I
FORT SMITH AR 72903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.65 | $32.65 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1347.** **Priority creditor's name and mailing address**

COLEMAN, KIRA L
510 SOUTH SMYLIE STREET
BROOKHAVEN MS 39601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $270.33 | $270.33 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**2.1348.** **Priority creditor's name and mailing address**

COLEMAN, MARIEANNETTE
24103 AYSCOUGH LN
KATY TX 77493-3452

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,008.32 | $4,008.32 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**2.1349.** **Priority creditor's name and mailing address**

COLEMAN, PAULA J
109 WINDMERE COVE
PADUCAH KY 42001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $256.21 | $256.21 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.1350. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.1350.** | **Priority creditor's name and mailing address**

COLES, CHLOE
46379 CABIN CT.
TEMECULA CA 92592

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $186.96 | $186.96 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1351.** | **Priority creditor's name and mailing address**

COLLAZO, CRISTIAN O
BO. TALANTE
SECTOR GARCIA
MAUNABO PR 00707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $121.08 | $121.08 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1352.** | **Priority creditor's name and mailing address**

COLLAZO, LILA M
257 RAMO DRIVE
ROCHESTER NY 14606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $224.67 | $224.67 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                                          Case number *(if known)* **19-10214**

| 2.1353. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

COLLEY, OLIVIA R
20316 COUNTRY SIDE DRIVE
MACOMB MI 48044

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$45.53 | $45.53

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.1354. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

COLLIER, ALEXANDRA T
408 PINECREST CIRCLE
LONG BEACH MS 39560

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$516.71 | $516.71

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.1355. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

COLLIER, LANITTA
2400 EAST NIFONG BLVD
1007
COLUMBIA MO 65201

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$46.11 | $46.11

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.1356.** **Priority creditor's name and mailing address**

COLLINGTON, TAIYANNA
12 C GRANADA ST
ASHEVILLE NC 28806

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $28.89 | $28.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1357.** **Priority creditor's name and mailing address**

COLLINS, ALEXIS C
59 CARSON
IRVINE CA 92620

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $190.51 | $190.51 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1358.** **Priority creditor's name and mailing address**

COLLINS, HALEY
711 SE FOREST GLEN RD.
ESTACADA OR 97023

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $416.78 | $416.78 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.1359.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

COLLINS, KATHERINE K
1670 KAYLA LN
#1D
WAUKEGAN IL 60087

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $66.17

**Priority amount** $66.17

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1360.** **Priority creditor's name and mailing address**

COLLINS, KIANTE K
408 ABNER RD APT C8
APT C8
SPARTANBURG SC 29301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $598.40

**Priority amount** $598.40

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1361.** **Priority creditor's name and mailing address**

COLLINS, LATOIA S
840 W. ALMA AVE
FLINT MI 48505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $196.56

**Priority amount** $196.56

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.1362. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1362.** **Priority creditor's name and mailing address**

COLLINS, RYAN L
305 SIMPSON ST
205
ASHEVILLE NC 28803-2709

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $286.96

**Priority amount**    $286.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1363.** **Priority creditor's name and mailing address**

COLLINS, TIFFANY D
2839 MAPLETON AVE
NORFOLK VA 23504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $154.13

**Priority amount**    $154.13

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1364.** **Priority creditor's name and mailing address**

COLLINS. SHAKIRA
411 110TH ST CT E
D 101
TACOMA WA 98445

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $75.24

**Priority amount**    $75.24

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.1365.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| COLLYMORE-BEY, SHAQUEYA M<br>1 FERRUZZA DRIVE<br>CHESTNUT RIDGE NY 10977 | *Check all that apply.* | $300.74 | $300.74

☐ Contingent

☐ Unliquidated                                           **Nonpriority amount**

☐ Disputed                                                $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                    WAGES & PTO

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.1366.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| COLMAR, CHRISTY<br>11000 GULF BLVD.<br>#1503<br>TREASURE ISLAND FL 33706 | *Check all that apply.* | $768.00 | $768.00

☐ Contingent

☐ Unliquidated                                           **Nonpriority amount**

☐ Disputed                                                $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                    WAGES & PTO

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.1367.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| COLON, ELIJAH<br>91 WELDON ST<br>APT 2<br>BROOKLYN NY 11208-2824 | *Check all that apply.* | $149.55 | $149.55

☐ Contingent

☐ Unliquidated                                           **Nonpriority amount**

☐ Disputed                                                $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                    WAGES & PTO

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.1368. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Total claim** \| **Priority amount** |

| 2.1368. | **Priority creditor's name and mailing address**<br>COLON, GABRIELLE<br>603 EAST 23RD STREET<br>GREELEY CO 80631 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$44.40 | **Priority amount**<br>$44.40<br><br>**Nonpriority amount**<br>$0.00 |
|---|---|---|---|---|
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| 2.1369. | **Priority creditor's name and mailing address**<br>COLON, MARIA T<br>26 HEALEY ST<br>SPRINGFIELD MA 01151 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$62.64 | **Priority amount**<br>$62.64<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| 2.1370. | **Priority creditor's name and mailing address**<br>COLON, NAJABI L<br>39 KEENE STREET<br>NEW BEDFORD MA 02740 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$99.96 | **Priority amount**<br>$99.96<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.1371.  **Priority creditor's name and mailing address**

COLQUIT, RAEVYN O
571 WILSON ST
WATERBURY CT 06708

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.65 | $136.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.1372.  **Priority creditor's name and mailing address**

COLSTON, TEANA L
411 PARKWAY BLVD
ELIZABETHTON TN 37643

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.85 | $146.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.1373.  **Priority creditor's name and mailing address**

COMAL COUNTY TAX OFFICE
P.O.BOX 659480
SAN ANTONIO TX 78265-9480

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,760.97 | $5,760.97 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1374. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1374.** **Priority creditor's name and mailing address**

CONCEPCION, CALLIA D
1255 SUMNER AVE
EL CAJON CA 92021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $179.04 | $179.04 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1375.** **Priority creditor's name and mailing address**

CONCEPCION, SHANIA S
3562 WEST ST
LEMON GROVE CA 91945

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $323.40 | $323.40 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1376.** **Priority creditor's name and mailing address**

CONDE, COLBY
1050 S. TERRACE RD
TEMPE AZ 85281

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $94.05 | $94.05 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

| 2.1377. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1377.** **Priority creditor's name and mailing address**

CONE, SOPHIA L
105 STONECREEK COURT
EAST PEORIA IL 61611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $359.04 | $359.04 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1378.** **Priority creditor's name and mailing address**

CONERLY, ARIEL L
POBOX 118
KOKOMO MS 39643

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $760.00 | $760.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1379.** **Priority creditor's name and mailing address**

CONLON, ABBEY R
18 MARGARET AVENUE
ARCHBALD PA 18403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,760.97 | $2,760.97 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **Charlotte Russe, Inc.** | | Case number *(if known)* **19-10214** |
|---|---|---|---|

| 2.1380. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CONLY, TAURA C
1020 GARDEN WOODS DR.
HOOVER AL 35244

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $133.55

**Priority amount** $133.55

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 2.1381. | **Priority creditor's name and mailing address** |
|---|---|

CONNER, BRITTANY M
13225 AQUEDUCT DR.
APT 2
NEWPORT NEWS VA 23602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $33.08

**Priority amount** $33.08

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 2.1382. | **Priority creditor's name and mailing address** |
|---|---|

CONNER, HALEY M
146 HORSESHOE DRIVE
FREEPORT PA 16229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $38.93

**Priority amount** $38.93

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

---

**2.1383.** **Priority creditor's name and mailing address**

CONNER, TERI A
7910 CITRUS GARDEN
TAMPA FL 33625

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $42.72 | $42.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1384.** **Priority creditor's name and mailing address**

CONNOR, OLIVIA J
3726 COLD CREEK DR
VALRICO FL 33596

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.99 | $32.99 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1385.** **Priority creditor's name and mailing address**

CONNOR, TRACI M
7428 CUMBERLAND CIRCLE
FLORENCE KY 41042

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $99.10 | $99.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

| 2.1386. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CONRAD-FULLER, MAIA L
3113 SOUTHWOOD DR
HIGHLAND VILLAGE TX 75077

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $152.30
**Priority amount** $152.30

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1387. **Priority creditor's name and mailing address**

CONTI, HALEY B
3016 HOME STREET
WANTAGH NY 11793

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $392.88
**Priority amount** $392.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1388. **Priority creditor's name and mailing address**

CONTRERAS, ABIGAIL
917 WILSON CT
ZION IL 60099

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $150.31
**Priority amount** $150.31

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.1389.** **Priority creditor's name and mailing address**

CONTRERAS, ALEXANDRIA
1006 LEE AVENUE
BRYAN TX 77803

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.88 | $126.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1390.** **Priority creditor's name and mailing address**

CONTRERAS, CHAVEZ ROSVELIA
883 COLLIER STREET
INDIANAPOLIS IN 46241

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.41 | $32.41 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1391.** **Priority creditor's name and mailing address**

CONTRERAS, LEXUS M
923 W AIRY ST
NORRISTOWN PA 19401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $28.89 | $28.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.1392.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | CONTRERAS, VALERIA | *Check all that apply.* | $1,490.80 | $1,490.80 |
| | 7803 VILLA CLIFF DR | ☐ Contingent | | |
| | # 3-107 | ☐ Unliquidated | | **Nonpriority amount** |
| | DALLAS TX 75228-6316 | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1393.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | CONTRERAS-ACOSTA, PAULINA | *Check all that apply.* | $151.20 | $151.20 |
| | 2571 DOLE STREET | ☐ Contingent | | |
| | LEHUA 1007 | ☐ Unliquidated | | **Nonpriority amount** |
| | HONOLULU HI 96822 | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1394.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | CONWAY, CAITLIN J | *Check all that apply.* | $657.75 | $657.75 |
| | 1919 HISTORIC DECATUR ROAD | ☐ Contingent | | |
| | SAN DIEGO CA 92106 | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1395.** **Priority creditor's name and mailing address**

CONWAY, SAMANTHA J
310 E MAIN CROSS ST
EDINBURGH IN 46124

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,187.68 | $1,187.68 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.1396.** **Priority creditor's name and mailing address**

COOK, CARLISSA S
9831 LAWING SCHOOL ROAD
CHARLOTTE NC 28214

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $73.35 | $73.35 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.1397.** **Priority creditor's name and mailing address**

COOK, LADONNA M
3795 JAG LANE
OSAGE BEACH MO 65065

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $726.18 | $726.18 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

**2.1398.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.1398.** **Priority creditor's name and mailing address**

COOKE, HAHN F
5248 KELLOGG CREEK TRAIL
APT 202
OOLTEWAH TN 37363

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $101.57 | $101.57 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1399.** **Priority creditor's name and mailing address**

COOKS, SHERTORA J
5621 AMHERST ST
LUBBOCK TX 79416

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $211.54 | $211.54 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1400.** **Priority creditor's name and mailing address**

COONCE, BROOKLYN R
302 GOLFVIEW DRIVE
PLEASANT HILL MO 64080

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $538.13 | $538.13 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

---

**2.1401.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

COOPER, ALISHA
2130 WHISPERING PINES BLVD
UNIT 5
NAVARRE FL 32566

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $104.14

**Priority amount** $104.14

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1402.** **Priority creditor's name and mailing address**

COOPER, ANISSA M
226 COLETON DR
COPPERAS COVE TX 76522

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,557.48

**Priority amount** $2,557.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1403.** **Priority creditor's name and mailing address**

COOPER, BRIANNA M
5238 MAYMONT DRIVE
LOS ANGELES CA 90043

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $83.08

**Priority amount** $83.08

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1404. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | COOPER, DIARA<br>352 ELM AVE<br>MAPLE SHADE NJ 08052 | *Check all that apply.* | $230.10 | $230.10 |

Priority creditor's name and mailing address: COOPER, DIARA, 352 ELM AVE, MAPLE SHADE NJ 08052

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Total claim** $230.10   **Priority amount** $230.10

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**2.1405.** Priority creditor's name and mailing address

COOPER, GINA M
216 CARL PERKINS DR.
APT. 6D
ASHLAND KY 41101

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Total claim** $102.52   **Priority amount** $102.52

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**2.1406.** Priority creditor's name and mailing address

COOPER, ISIS L
7101 WILSON BLVD
APT 2306
JACKSONVILLE FL 32210

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Total claim** $1,237.69   **Priority amount** $1,237.69

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.1407.** **Priority creditor's name and mailing address**

COOPER, STEPHANIE T
1387 OLD ALABAMA RD
MABLETA GA 30126

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $700.94 | $700.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1408.** **Priority creditor's name and mailing address**

COPE, KESIA L
89 BELLEVUE ST.
APT A
WINOOSKI VT 05404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $157.60 | $157.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1409.** **Priority creditor's name and mailing address**

COPELAND, JERIKA N
137 WESTVIEW BLVD
SPARTANBURG SC 29306

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,004.06 | $4,004.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1410.** **Priority creditor's name and mailing address**

COPELAND, RACHEL M
8061 NORA LN
SHERWOOD AR 72120

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $228.59 | $228.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1411.** **Priority creditor's name and mailing address**

COPPOLA, ASHLEY
167 PINEBROOK RD
MANALAPAN NJ 07726

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,498.40 | $7,498.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1412.** **Priority creditor's name and mailing address**

CORBETT, GABRIELE
2826 BALLENTINE BLVD
NORFOLK VA 23509

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $124.34 | $124.34 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1413.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CORBIN, DIAMOND-JE'SHAW J
10075 GATE PARKWAY
UNIT 2012
JACKSONVILLE FL 32246

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $428.93
Priority amount: $428.93

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1414.** **Priority creditor's name and mailing address**

CORDERO, EDWINA
5252 BRIGHTSIDE VIEW DRIVE
UNIT 1
BATON ROUGE LA 70820

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $374.64

**Priority amount** $374.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1415.** **Priority creditor's name and mailing address**

CORDERO, LARITZA
3721 MAHOGANY ST
SACRAMENTO CA 95838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $135.24

**Priority amount** $135.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor     **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1416.** **Priority creditor's name and mailing address**

CORDERO, ROCHELLE
URB. DOS PINOS
779 CALLE DIAN
SAN JUAN PR 00923

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,057.63 | $5,057.63 |

**Nonpriority amount**

$0.00

---

**2.1417.** **Priority creditor's name and mailing address**

CORDOBA, ZUMAYA MONSERRAT
4413 128TH ST E
TACOMA WA 98446

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $494.91 | $494.91 |

**Nonpriority amount**

$0.00

---

**2.1418.** **Priority creditor's name and mailing address**

CORDOVA, ANAHI
2851 W SUMMERDALE
2E
CHICAGO IL 60625

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $288.48 | $288.48 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1419.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| CORDOVA, ELLEN F<br>2902 W WOODLAWN AVE<br>BOISE ID 83702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,403.35 | $3,403.35

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1420.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| CORDOVA, INGRID Y<br>58 2ND PL<br>CENTRAL ISLIP NY 11722 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $213.84 | $213.84

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1421.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| CORDOVA, LILIA R<br>949 CLOPPER ROAD<br>APT. T4<br>GAITHERSBURG MD 20878 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $350.36 | $350.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1422.** **Priority creditor's name and mailing address**

CORDREY-SHORT, KAILEY S
205 VALLEY MEADOWS DR
CHEHALIS WA 98532

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $566.42 | $566.42 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1423.** **Priority creditor's name and mailing address**

CORIA, CONSTANZA
6457 BRICE DALE DR
CANAL WINCHESTER OH 43110

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $44.32 | $44.32 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1424.** **Priority creditor's name and mailing address**

CORIO, ARIANA
6107 MEADOWVIEW AVE APT 1L
NORTH BERGEN NJ 07047

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.12 | $126.12 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.1425.** **Priority creditor's name and mailing address**

CORLEY, ROBIN K
7392 W TIERRA BUENA LN
PEORIA AZ 85382

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,452.48 | $1,452.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1426.** **Priority creditor's name and mailing address**

CORNETT, LAURA M
1123 MORRISETT AVENUE
JEFFERSON CITY TN 37760

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $441.22 | $441.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1427.** **Priority creditor's name and mailing address**

CORON, SONYA L
211 GRAND AVE
GRAND JUNCTION CO 81501

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,144.77 | $2,144.77 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1428.** **Priority creditor's name and mailing address**

CORONADO, FATIMA
4205 SE 17TH. AVE
AMARILLO TX 79104

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $682.75 | $682.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1429.** **Priority creditor's name and mailing address**

CORONADO, VIVIAN L
14 STARLING COURT
HENRICO VA 23229

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $329.40 | $329.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1430.** **Priority creditor's name and mailing address**

CORONADO, WINTER L
342 DALE STREET
APT 12
PERRIS CA 92571

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $325.80 | $325.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1431.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CORONEL, TATIANA K
4111 52ND ST W
BRADENTON FL 34209-6735

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$210.90 | $210.90

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1432.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CORPENING, SHELBY
9000 ARCADIA ROAD
PENSACOLA FL 32534

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$140.44 | $140.44

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1433.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CORREA, ANDREA D
723 N. MACDONALD ST.
MESA AZ 85201

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$72.37 | $72.37

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**2.1434.** | **Priority creditor's name and mailing address**
CORREA, ASHLY N
39 PERRY AVENUE APT 2R
39 PERRY AVENU
WORCESTER MA 01610

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $180.72 | $180.72 |

**Nonpriority amount**
$0.00

---

**2.1435.** | **Priority creditor's name and mailing address**
CORREA, KARINA A
13 HILLOCK AVE
HAWTHORNE NJ 07506

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $0.00 | $0.00 |

**Nonpriority amount**
$0.00

---

**2.1436.** | **Priority creditor's name and mailing address**
CORREA, KARINA A
13 HILLOCK AVE
HAWTHORNE NJ 07506

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $171.43 | $171.43 |

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1437.** **Priority creditor's name and mailing address**

CORREA, NATASHA
2410 S KIRKWOOD RD
APT 182
HOUSTON TX 77077

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $97.50 | $97.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1438.** **Priority creditor's name and mailing address**

CORREA, SOLIS KITZIA P
204 W SAN YSIDRO BLVD
46
SAN YSIDRO CA 92173

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $211.20 | $211.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1439.** **Priority creditor's name and mailing address**

CORREA-BALTAZAR, ALYSSA K
2017 SHERMAN DRIVE
UNION CITY CA 94587

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $243.24 | $243.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

**2.1440.** **Priority creditor's name and mailing address**

CORSINO, LIZBETH M
2029 RAPER DAIRY RD
2029
ORLANDO FL 32822

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $210.04 | $210.04 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1441.** **Priority creditor's name and mailing address**

CORTEL, MICHELLE A
3246 MEADOW CREEK LANE
ESCONDIDO CA 92027

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $269.88 | $269.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1442.** **Priority creditor's name and mailing address**

CORTES, CHARNELLIS E
CALLE ARECIBO APT12
HATO REY PR 00917

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.02 | $59.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1443.** **Priority creditor's name and mailing address**

CORTES, ELIZABETH
6305 W. GROSS AVE
PHOENIX AZ 85043

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.76 | $122.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1444.** **Priority creditor's name and mailing address**

CORTES, LISSET
13973 SNOWBIRD LN
VICTORVILLE CA 92394

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $57.00 | $57.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1445.** **Priority creditor's name and mailing address**

CORTES, MIRIAM
2837 MOUNT MARY CIRCLE
GREEN BAY WI 54311

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.33 | $72.33 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

**2.1446.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CORTES, PALOMA ISABEL A
405 PARK AVE
CARY IL 60013

*Check all that apply.*

$103.79    $103.79

☐ Contingent
☐ Unliquidated    **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.1447.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CORTEZ, CHRISTINA P
1875 ERIN DR
VIDOR TX 77662

*Check all that apply.*

$1,147.20    $1,147.20

☐ Contingent
☐ Unliquidated    **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.1448.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

CORTEZ, GITTSEL
4137 HOUNDSBROOK WAY
SAN JOSE CA 95111

*Check all that apply.*

$297.30    $297.30

☐ Contingent
☐ Unliquidated    **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1449.** **Priority creditor's name and mailing address**

CORTEZ, JASMINE D
11913 ROYAL ROAD
UNIT G
EL CAJON CA 92021

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $168.60 | $168.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1450.** **Priority creditor's name and mailing address**

CORTEZ, KAROLINA
733 W. NINTH ST.
TRACY CA 95376

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,357.88 | $1,357.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1451.** **Priority creditor's name and mailing address**

CORTEZ, KATHERYN E
3516 CORNELL DRIVE
ARLINGTON TX 76015

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $226.80 | $226.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1452.** **Priority creditor's name and mailing address**

CORTEZ, NICHOLAS A
4919 SHADOW STONE STREET
BAKERSFIELD CA 93313

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $603.24 | $603.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1453.** **Priority creditor's name and mailing address**

CORTILET, ERIN M
610 PARK DRIVE
MARENGO IL 60152

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $225.07 | $225.07 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1454.** **Priority creditor's name and mailing address**

CORZO, SIC MAYA J
26094 DRACAEA AVE
MORENO VALLEY CA 92555

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $291.84 | $291.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.1455.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Check all that apply.

COSS, TAINA
3344 FISH AVE
BRONX NY 10469

$724.80 | $724.80

☐ Contingent
☐ Unliquidated                     **Nonpriority amount**
☐ Disputed                          $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1456.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Check all that apply.

COSTA, ASHLEY R
600 18TH AVE
642-406A
CONWAY SC 29526

$2,130.97 | $2,130.97

☐ Contingent
☐ Unliquidated                     **Nonpriority amount**
☐ Disputed                          $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1457.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Check all that apply.

COSTELLO, TAYLOR
17729 AKRON-CANFIELD RD
BERLIN CENTER OH 44401

$470.77 | $470.77

☐ Contingent
☐ Unliquidated                     **Nonpriority amount**
☐ Disputed                          $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.1458.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COTA, LILY G
8424 N WINTER AVE
KANSAS CITY MO 64153

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $75.42
Priority amount: $75.42

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1459.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COTTON, ALYSSA J
3116 FIELDALE RD
GREENSBORO NC 27406

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $363.58
Priority amount: $363.58

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1460.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

COTTRELL, KARA A
116 FALSTAFF ROAD
ROCHESTER NY 14609

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $537.24
Priority amount: $537.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.1461.** **Priority creditor's name and mailing address**

COULDRON, AMANDA R
3444 BERGEN AVE
TOMS RIVER NJ 08753

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.94 | $108.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1462.** **Priority creditor's name and mailing address**

COUNTY, ANNISSA N
4910 S J ST
OXNARD CA 93033

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $253.80 | $253.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1463.** **Priority creditor's name and mailing address**

COURTNEY, CLARISSA B
316 N. CUMBERLAND ST.
ARLINGTON OH 45814

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $113.37 | $113.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.1464. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

COURTNEY, LAUREN
17743 STARFISH CT
APT H
LUTZ FL 33558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,855.56 | $2,855.56 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.1465.  **Priority creditor's name and mailing address**

COVA, MELISSA J
1615 N
PASS AVENUE
BURBANK CA 91505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $36.00 | $36.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.1466.  **Priority creditor's name and mailing address**

COVINGTON, KENDRA N
2014 SMITTY ROAD
DILLON SC 29536

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $448.89 | $448.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.1467.** **Priority creditor's name and mailing address**

COVINGTON, KYLIE M
1164 NIMROD CIRCLE
CORONA CA 92880

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $259.20 | $259.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1468.** **Priority creditor's name and mailing address**

COWARD, NICKESHA
4823 AVENUE J
BROOKLYN NY 11234

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.00 | $72.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1469.** **Priority creditor's name and mailing address**

COX, BRITTANY M
4945 NORTH WHITE RIVER DRIVE
BLOOMINGTON IN 47404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $259.45 | $259.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.1470.** **Priority creditor's name and mailing address**

COX, JOURNEI E
18 FERN AVE.
WILLOW GROVE PA 19090

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.40 | $76.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1471.** **Priority creditor's name and mailing address**

COXSON, MAYAH R
877 SOUTH CAPITOL AVE
SAN JOSE CA 95127

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $261.45 | $261.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1472.** **Priority creditor's name and mailing address**

COYLE, BROOKE A
4445 ATWOOD DR
ORLANDO FL 32828

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,926.27 | $1,926.27 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.1473. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1473.** **Priority creditor's name and mailing address**

COZART, JAZMINE N
1493 DORELLEN AVE.
FLINT MI 48532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $80.48

**Priority amount**  $80.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1474.** **Priority creditor's name and mailing address**

COZZO, JULIA A
40 FIELD ST
STATEN ISLAND NY 10314

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $67.50

**Priority amount**  $67.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1475.** **Priority creditor's name and mailing address**

CRAFT, ALEXANDRA R
4415 HAVERHILL LN
SACHSE TX 75048-4653

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $3,617.38

**Priority amount**  $3,617.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1476.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CRAIGHEAD, CURTIS
29 FLORENCE AVE
IRVINGTON NJ 07111

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $6,226.81

**Priority amount** $6,226.81

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1477.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CRAMER, SAVANNAH T
3035 GRAND ISLAND BLVD
5
GRAND ISLAND NY 14072

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $153.96

**Priority amount** $153.96

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1478.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CRANFILL, BRAELYN I
502 COLLIER AVE
FLORENCE AL 35630

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $220.04

**Priority amount** $220.04

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

**2.1479.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $292.72 | $292.72
| CRAWFORD, ARIEL M | ☐ Contingent | |
| 3547 RICHBORO DRIVE | ☐ Unliquidated | **Nonpriority amount** |
| HOLIDAY FL 34691 | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1480.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $1,412.96 | $1,412.96
| CRAWFORD, ARTISHA R | ☐ Contingent | |
| 11333 E WILSHIRE BLVD | ☐ Unliquidated | **Nonpriority amount** |
| SPENCER OK 73084-6607 | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1481.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $31.46 | $31.46
| CRAWFORD, DEASIA | ☐ Contingent | |
| 5713 CHANDLER ST | ☐ Unliquidated | **Nonpriority amount** |
| CINCINNATI OH 45227 | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1482. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1482.**

**Priority creditor's name and mailing address**

CRAWFORD, JANEIL A
151 E LITTLE CREEK RD
B5
CEDAR HILL TX 75104

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $33.08 | $33.08 |

**Nonpriority amount**

$0.00

---

**2.1483.**

**Priority creditor's name and mailing address**

CRAWFORD, JESSICA L
3120 SW 139TH
OKLAHOMA CITY OK 73170

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $5,286.17 | $5,286.17 |

**Nonpriority amount**

$0.00

---

**2.1484.**

**Priority creditor's name and mailing address**

CRAWFORD, KEYONNA
3402 17 TH ST
RACINE WI 53405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $21.90 | $21.90 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1485.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CRAWFORD, TANYA L
167 WILDER ROAD
BOLTON MA 01740

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $839.25

**Priority amount** $839.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1486.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CREEK, CATHERINE
435 S. CURSON AVE.
5C
LOS ANGELES CA 90036

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,477.60

**Priority amount** $1,477.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1487.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CRESPO, ELVIN A
5565 TRANQUILITY OAKS DR.
APT.# 106
TAMPA FL 33624

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $69.88

**Priority amount** $69.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.1488.** **Priority creditor's name and mailing address**

CRESPO, SAMANTHA
75 COLUMBIA ST
NEWARK NJ 07102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $638.81 | $638.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1489.** **Priority creditor's name and mailing address**

CRESSER, KIMBERLY J
89 GULL DIP ROAD
RIDGE NY 11961

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $598.48 | $598.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1490.** **Priority creditor's name and mailing address**

CREWE, JAZMINE A
4 DYBECK STREET
#3
WORCESTER MA 01607

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $93.00 | $93.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                         Case number *(if known)* **19-10214**

**2.1491.** **Priority creditor's name and mailing address**

CRISOSTOMO, RAMIREZ MARISOL
9669 FOREST LN
APT 1503
DALLAS TX 75243-5891

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $89.46 | $89.46 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1492.** **Priority creditor's name and mailing address**

CRISSY, KIMBERLEIGH A
13821 CALICO LN.
MANASSAS VA 20112

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,248.75 | $1,248.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1493.** **Priority creditor's name and mailing address**

CROCKER, LYRIC R
15063 WINTHROP
DETROIT MI 48227

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $128.30 | $128.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.1494.** **Priority creditor's name and mailing address**

CROCKETT, CLAIRE J
4055 FLOWSTONE LANE
ROUND ROCK TX 78681

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $559.68 | $559.68 |

**Nonpriority amount**

$0.00

**2.1495.** **Priority creditor's name and mailing address**

CROCKETT, TAUGHTYAN
12075 GOLDOAK CT
VICTORVILLE CA 92392

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,058.26 | $2,058.26 |

**Nonpriority amount**

$0.00

**2.1496.** **Priority creditor's name and mailing address**

CRON, MEILANI R
432 CHELSEA WAY
FAIRFIELD CA 94533

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $154.32 | $154.32 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.1497.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**Priority creditor's name and mailing address**

CROPP, KOURTNEY
1302 E 15TH ST
DES MOINES IA 50316

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $471.80

**Priority amount**    $471.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1498.**

**Priority creditor's name and mailing address**

CROSBY, SHAKIYYA I
1903 BLACKBURN RD
APT A
GLEN ALLEN VA 23060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $481.20

**Priority amount**    $481.20

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1499.**

**Priority creditor's name and mailing address**

CROSWELL, DOMINIC
305 RICHMOND FARM CIRCLE
LEXINGTON SC 29072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $74.46

**Priority amount**    $74.46

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.1500.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

CROUCH, KIARRA D
4161 NW 34TH AVE
FORT LAUDERDALE FL 33309

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $210.74
Priority amount: $210.74

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1501.** **Priority creditor's name and mailing address**

CROUCH, MARY G
1159 S 525 E
RENSSELAER IN 47978

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $153.48
Priority amount: $153.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1502.** **Priority creditor's name and mailing address**

CROWE, ANGELA L
388 BARDIN RD
PALATKA FL 32177

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $222.48
Priority amount: $222.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.1503.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CROWE-GORDON, CHEYENNE J
P.O BOX 154
SPRING LAKE NC 28390

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $158.20

**Priority amount** $158.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1504.** **Priority creditor's name and mailing address**

CROWLEY, JAZMINE C
9800 MESA LINDA ST
APT 221
HESPERIA CA 92345

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $124.20

**Priority amount** $124.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1505.** **Priority creditor's name and mailing address**

CROWLEY, MADISON K
3641 MORRELL CIRCLE
PHILADELPHIA PA 19114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $370.00

**Priority amount** $370.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.1506. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1506.** **Priority creditor's name and mailing address**

CROY, SHANNA M
5964 W SHORT DR.
FRANKTON IN 46044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$4,620.44

**Priority amount**
$4,620.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1507.** **Priority creditor's name and mailing address**

CRUM, ZOE K
5937 W. U.S. HWY 40
STILESVILLE IN 46180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$92.16

**Priority amount**
$92.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1508.** **Priority creditor's name and mailing address**

CRUTCHLEO, ABIGAIL
94 MARTHA AVENUE
CENTERVILLE OH 45458

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$451.00

**Priority amount**
$451.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1509.** **Priority creditor's name and mailing address**

CRUZ, ANDREA N
408 BOARDWALK DRIVE
#18
SAN BRUNO CA 94066

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $407.16 | $407.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1510.** **Priority creditor's name and mailing address**

CRUZ, ANDREA P
CALLE PEDRO ARZUAGA 110
COND. VILLAS D
CAROLINA PR 00985

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $38.64 | $38.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1511.** **Priority creditor's name and mailing address**

CRUZ, ELIZABETH
1859 QUAIL CT
WOODSTOCK IL 60098

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $52.15 | $52.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1512.** **Priority creditor's name and mailing address**

CRUZ, ESVEIDY
4622 TRAFALGAR RD
WILMINGTON NC 28405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $287.39 | $287.39 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1513.** **Priority creditor's name and mailing address**

CRUZ, FLORENZ
603 DICKSON ST.
LOWELL AR 72745

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $161.42 | $161.42 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1514.** **Priority creditor's name and mailing address**

CRUZ, GENESIS
8232 ABBEYFIELD DR.
JACKSONVILLE FL 32277

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $305.06 | $305.06 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1515.** **Priority creditor's name and mailing address**

CRUZ, GISELLE M
1635 E NANETTE AVE
4
WEST COVINA CA 91792

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $194.52 | $194.52 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1516.** **Priority creditor's name and mailing address**

CRUZ, JENNA
9124 88TH STREET
WOODHAVEN NY 11421

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $526.80 | $526.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1517.** **Priority creditor's name and mailing address**

CRUZ, KARINA
2425 PRESIDENTIAL WAY
202
WEST PALM BEACH FL 33409

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $143.57 | $143.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.1518. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1518.**

**Priority creditor's name and mailing address**

CRUZ, KARLA L
833 DOBSON STREET
EVANSTON IL 60202

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $318.78 | $318.78 |

**Nonpriority amount**

$0.00

---

**2.1519.**

**Priority creditor's name and mailing address**

CRUZ, KAYLA A
110 BREEZY TREE CT
APT A
NEWPORT NEWS VA 23608

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,155.23 | $1,155.23 |

**Nonpriority amount**

$0.00

---

**2.1520.**

**Priority creditor's name and mailing address**

CRUZ, KENYA A
14342 CHESTNUT ST
WESTIMINSTER CA 92683

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $177.72 | $177.72 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1521.** **Priority creditor's name and mailing address**

CRUZ, MARIA C
4318 AUGUSTINE AVE
SARASOTA FL 34231

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $636.76 | $636.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1522.** **Priority creditor's name and mailing address**

CRUZ, MARISOL
424 WEST LARKDALE LANE
MOUNT PROSPECT IL 60056

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.25 | $151.25 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1523.** **Priority creditor's name and mailing address**

CRUZ, MELIA D
49 CONE COURT
GREENFIELD IN 46140

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.28 | $69.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1524.** **Priority creditor's name and mailing address**

CRUZ, SAMANTHA
8600 STARBOARD DR
#1012
LAS VEGAS NV 89117

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $123.84 | $123.84 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1525.** **Priority creditor's name and mailing address**

CRUZ, STEPHANIE G
8531 BLANCHE AVE
GARDEN GROVE CA 92841

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.60 | $126.60 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1526.** **Priority creditor's name and mailing address**

CRUZ, TAYLOR V
6346 SOUTHGATE BLVD
MARGATE FL 33068

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $542.57 | $542.57 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.1527.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | CUARISMA, CLARISE<br>87340 KULAHANAI STREET<br>WAIANAE HI 96792 | *Check all that apply.* | $24.17 | $24.17
| | | ☐ Contingent | |
| | | ☐ Unliquidated | | **Nonpriority amount**
| | | ☐ Disputed | | $0.00
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | WAGES & PTO | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.1528.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | CUENCA, JANELLE<br>14332 DURHAM DRIVE<br>RENO NV 89506 | *Check all that apply.* | $198.99 | $198.99
| | | ☐ Contingent | |
| | | ☐ Unliquidated | | **Nonpriority amount**
| | | ☐ Disputed | | $0.00
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | WAGES & PTO | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.1529.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | CUETO, ELIZABETH<br>5432 MAHOGANY LN<br>HONOLULU HI 96818 | *Check all that apply.* | $194.51 | $194.51
| | | ☐ Contingent | |
| | | ☐ Unliquidated | | **Nonpriority amount**
| | | ☐ Disputed | | $0.00
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | WAGES & PTO | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.1530.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Priority creditor's name and mailing address

CUETO, YASSIL
2854 KINGSBRIDGE TERRACE
2
NY NY 10463

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $435.45

**Priority amount**    $435.45

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1531.**    Priority creditor's name and mailing address

CUEVA, MARIA E
8254 QUATERFIELD RD
SEVERN MD 21144

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $3,129.26

**Priority amount**    $3,129.26

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1532.**    Priority creditor's name and mailing address

CUEVAS, BYANCA
5751 GREENHOUSE RD
APT 1025
KATY TX 774429

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $1,425.25

**Priority amount**    $1,425.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.1533. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CUEVAS, EMILY
3778 SOUTH ARCHER
CHICAGO IL 60632

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $49.44 | $49.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

| 2.1534. | **Priority creditor's name and mailing address** |

**Priority creditor's name and mailing address**

CUEVAS, THALIANA
3251 MATLOCK RD. APT. 20202
MANSFIELD TX 76063

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.28 | $140.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

| 2.1535. | **Priority creditor's name and mailing address** |

**Priority creditor's name and mailing address**

CUEVAS, XINA
235 W 47TH ST
4
LOS ANGELES CA 90037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $291.50 | $291.50 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.1536.** **Priority creditor's name and mailing address**

CUJAK, DANIELLE
6604 CONESTOGA LANE
DUBLIN CA 94568

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,679.92 | $4,679.92 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.1537.** **Priority creditor's name and mailing address**

CULBERT, RACHEL L
15722 BRANDYWINE RD.
MONTCLAIR VA 22025

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $178.97 | $178.97 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.1538.** **Priority creditor's name and mailing address**

CULLER, PAIGE V
1170 KENLY AVE
APT.12
HAGERSTOWN MD 21740

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $747.26 | $747.26 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.1539.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

CULLIPHER, HANNAH E
4516 NORSEMAN ST.
BAKERSFIELD CA 93309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $116.64

**Priority amount** $116.64

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1540.** | **Priority creditor's name and mailing address**

CUMMING, MELAYNA M
190 RIVER WALK TRAIL
NEW MARKET AL 35761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $155.15

**Priority amount** $155.15

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1541.** | **Priority creditor's name and mailing address**

CUMMINGS, JALEEL I
7500 WOODKNOLL DR.
CHARLOTTE NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $552.30

**Priority amount** $552.30

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                  Case number *(if known)* **19-10214**

**2.1542.** **Priority creditor's name and mailing address**

CUMMINGS, KANDICE A
1710 BIRKSHIRE RIDGE
MCDONOUGH GA 30252

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.25 | $153.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1543.** **Priority creditor's name and mailing address**

CUMMINGS, MIRANDA R
14501 MONTFORT DRIVE
APT 1010
DALLAS TX 75254

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.14 | $77.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1544.** **Priority creditor's name and mailing address**

CUNNINGHAM, NICOLE M
13924 OCOTILLO RD.
DESERT HOT SPRINGS CA 92240

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $607.66 | $607.66 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| | | |
|---|---|---|

**2.1545.** **Priority creditor's name and mailing address**

CUNNINGHAM, SARAI K
1339 FITZWATERTOWN RD
ABINGTON PA 19001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $232.98 | $232.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1546.** **Priority creditor's name and mailing address**

CUPP, HALEY
448 FERNWAY DR
HAMILTON OH 45011

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,168.99 | $2,168.99 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1547.** **Priority creditor's name and mailing address**

CURETON, BLAYKE L
1157 BLACK DIAMOND DR
DALLAS NC 28034

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $545.60 | $545.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.1548.** **Priority creditor's name and mailing address**

CURRY, ALYSSA A
5742 THUNDER OAKS
SAN ANTONIO TX 78261

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $265.04 | $265.04 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1549.** **Priority creditor's name and mailing address**

CURRY, TAMEKA L
124 POPLAR LANE
JACKSON TN 38305

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,909.52 | $2,909.52 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1550.** **Priority creditor's name and mailing address**

CURRY, ZORI A
101 SW 69TH TERRACE
1001 ROGERS ST
OKLAHOMA CITY OK 73139

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $569.29 | $569.29 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.1551.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $202.81 | $202.81

CURTIS, TARAE'
490 NORTH PATUXENT
ODENTON MD 21113

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                         $0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____                     WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**
                                                ☐ No
**Specify Code subsection of PRIORITY           ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1552.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $2,250.27 | $2,250.27

CURTIS-CUMMINGS, BRITTINEY T
466 SUMNER ST
STOUGHTON MA 02072

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                         $0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____                     WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**
                                                ☐ No
**Specify Code subsection of PRIORITY           ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1553.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $1,509.01 | $1,509.01

CURTISS, NICOLE
701 LEGACY DR
3314
PLANO TX 75023-7508

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                         $0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____                     WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**
                                                ☐ No
**Specify Code subsection of PRIORITY           ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1554.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

CUSTER, BRYANNA N
4105 N PIONEER CANYON DR
RIDGEFIELD WA 98642

As of the petition filing date, the claim is: *Check all that apply.*

Total claim $51.36

Priority amount $51.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1555.** Priority creditor's name and mailing address

CUTLIFFE, GABRIELLE
APT 713
2800 SW WILLIS
GAINESVILLE FL 32608

As of the petition filing date, the claim is: *Check all that apply.*

Total claim $378.04

Priority amount $378.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1556.** Priority creditor's name and mailing address

CUTTING, JORDAN D
1 HOWARD LANE
LAKEVILLE MA 02347

As of the petition filing date, the claim is: *Check all that apply.*

Total claim $278.52

Priority amount $278.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1557.** **Priority creditor's name and mailing address**

DABLA, MAITTA
217 CHESTNUT STREET
MOUNT HOLLY NJ 08060

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $629.20 | $629.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1558.** **Priority creditor's name and mailing address**

DACAYANAN, JAZRIEL
280 BELLA MATESE AVE
LAS VEGAS NV 89183-4645

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,622.27 | $1,622.27 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1559.** **Priority creditor's name and mailing address**

DADE, JETONNICA
906 SOUTH MAPLE ST. LOT 12
FOLEY AL 36535

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $276.08 | $276.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.1560.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.1560.** **Priority creditor's name and mailing address**

DAGGS, CONNISHA E
PO BOX 452
BELLE ROSE LA 70341

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $332.40
**Priority amount** $332.40

**Nonpriority amount**
$0.00

---

**2.1561.** **Priority creditor's name and mailing address**

DAHL, ASHLEE A
20 JOHN J BRADY DR
APARTMENT A
FRAMINGHAM MA 01702

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $676.11
**Priority amount** $676.11

**Nonpriority amount**
$0.00

---

**2.1562.** **Priority creditor's name and mailing address**

DAHM, NICOLE M
1122 CLAYCREST CIRCLE
SAINT CHARLES MO 63304

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $1,220.94
**Priority amount** $1,220.94

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

| 2.1563. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

DALCO, AISLING
206 LINCOLN STREET
NORWELL MA 02061

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $167.88

**Priority amount** $167.88

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1564. **Priority creditor's name and mailing address**

DALE, TAYLOR N
15 HOSPITAL ST.
PROVIDENCE RI 02903

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $186.18

**Priority amount** $186.18

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1565. **Priority creditor's name and mailing address**

DALIA, ALICIA A
633 W WATER ST. APT. 3
3
ELMIRA NY 14901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $56.39

**Priority amount** $56.39

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

---

**2.1566.** **Priority creditor's name and mailing address**

DALLAS, CASSANDRA
332 E BROAD ST
BURLINGTON NJ 08016-2635

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,380.72 | $1,380.72 |

**Nonpriority amount**

$0.00

---

**2.1567.** **Priority creditor's name and mailing address**

DALTON, BRADY A
1625 WINONA DRIVE
MIDDLETOWN OH 45044

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,174.60 | $1,174.60 |

**Nonpriority amount**

$0.00

---

**2.1568.** **Priority creditor's name and mailing address**

DAMRON, CHAVALA D
6863 GREEN CREEK RD
FAYETTEVILLE NC 28314

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $125.43 | $125.43 |

**Nonpriority amount**

$0.00

---

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |

---

**2.1569.** **Priority creditor's name and mailing address**

DANIEL, JURESIA
16626 BONHAM AVE
BATON ROUGE LA 70816

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $380.28 | $380.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1570.** **Priority creditor's name and mailing address**

DANIEL, MORGAN-ELAINE T
PO BOX 22883
BEACHWOOD OH 44122

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $97.38 | $97.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1571.** **Priority creditor's name and mailing address**

DANIELS, BATERRIA C
430 ROYAL PALM COURT
PAHOKEE FL 33476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $456.02 | $456.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1572.** **Priority creditor's name and mailing address**

DANIELS, KAREN C
100 DEPEW AVE APT 135
NYACK NY 10960

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $453.99 | $453.99 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.1573.** **Priority creditor's name and mailing address**

DANIELS, LUCILA
1017 E PIMA AVE
APACHE JUNCTION AZ 85119-7257

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $240.90 | $240.90 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.1574.** **Priority creditor's name and mailing address**

DAOS, ALEXA-RAE D
4280 MCKENNA CT
FAIRFIELD CA 94534-7433

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $464.24 | $464.24 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1575.** **Priority creditor's name and mailing address**

DAPP, LINDSAY M
115 PINEBROOK DRIVE
PADUCAH KY 42001

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $111.64 | $111.64 |

**Nonpriority amount**

$0.00

**2.1576.** **Priority creditor's name and mailing address**

DARLING, JACKIE L
187 BARTLETT RD
PLYMOUTH MA 02360

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,230.41 | $2,230.41 |

**Nonpriority amount**

$0.00

**2.1577.** **Priority creditor's name and mailing address**

DARLING, MELISSA A
8410 PINE BLUFF RD.
FREDERICK MD 21704

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $310.88 | $310.88 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.1578.** **Priority creditor's name and mailing address**

DARLING, RACOLE
4871 RIVES JUNCTION RD
JACKSON MI 49201

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $43.01 | $43.01 |

**Nonpriority amount**

$0.00

---

**2.1579.** **Priority creditor's name and mailing address**

DARLING, RAYMOND E
6 EDGEWOOD RD
BINGHAMTON NY 13903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $6,144.57 | $6,144.57 |

**Nonpriority amount**

$0.00

---

**2.1580.** **Priority creditor's name and mailing address**

DARNA, KARI
63 SALEM ROAD
LYME CT 06371

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,922.37 | $1,922.37 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.1581.** **Priority creditor's name and mailing address**

DARRIS, TATIANA D
2168 S ATLANTIC BLVD 542
MONTEREY PARK CA 91754

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.76 | $132.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1582.** **Priority creditor's name and mailing address**

DART, LINDSEY B
4729 FELTON STREET APT. B
SAN DIEGO CA 92116

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,226.64 | $2,226.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1583.** **Priority creditor's name and mailing address**

DAS, DIVYA A
4790 VISTA RIDGE DR.
DUBLIN OH 43017

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $71.14 | $71.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1584.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $272.07 | $272.07

DATLENKO, KELLI J
38719 BIGGS RD
GRAFTON OH 44044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1585.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $73.26 | $73.26

DAUGHHETEE, ASHTON T
3717 MOONSHINE FALLS AVE.
NORTH LAS VEGAS NV 89085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1586.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $5,000.00 | $5,000.00

DAUGHTRY, TIANA
17500 ELEANOR LN
UPPER MARLBORO MD 20774-8926

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.1587. **Priority creditor's name and mailing address**

DAVANZO, DANIELLE M
12 STONY BROOK ROAD
BROOKFIELD CT 06801

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $117.36 | $117.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1588. **Priority creditor's name and mailing address**

DAVEIGA, MICHELLE
24 JAMES ST.
TAUNTON MA 02780

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $388.32 | $388.32 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1589. **Priority creditor's name and mailing address**

DAVENPORT, DESTINY
743 PETERMAN PL
GREER SC 29650

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $105.04 | $105.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.1590.** **Priority creditor's name and mailing address**

DAVENPORT, OLIVIA K
6 DOGWOOD COURT
CROMWELL CT 06416

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.93 | $72.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1591.** **Priority creditor's name and mailing address**

DAVID LAROSA TAX COLLECTOR
PO BOX 1270
GULFPORT MS 39502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,418.13 | $2,418.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1592.** **Priority creditor's name and mailing address**

DAVID PIWONKA
CYPRESS-FAIRBANK ISD TAX ASR.
10494 JONES ROAD , STE 106
HOUSTON TX 77065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,857.66 | $3,857.66 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1593.** **Priority creditor's name and mailing address**

DAVIDSON, NICOLE C
27 OAKRIDGE AVENUE
NORTH ATTLEBORO MA 02760

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $97.20 | $97.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1594.** **Priority creditor's name and mailing address**

DAVIDSON-GAY, PAIGE T
6625 AMBASSADOR AVE
511
GRAND LEDGE MI 48837

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $539.01 | $539.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1595.** **Priority creditor's name and mailing address**

DAVIES, DAMYA D
102 WOODBROOK CT
102
LOUISVILLE KY 40229

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $85.86 | $85.86 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.1596.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DAVIS, ALEXIA T
83 MORGAN LANE
HAMDEN CT 06514

*Check all that apply.*                                      $153.42          $153.42

☐ Contingent
☐ Unliquidated                                                        **Nonpriority amount**
☐ Disputed
                                                                              $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                   WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**

                                                        ☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1597.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DAVIS, ALIYAH T
713 E PRESTON ST
BALTIMORE MD 21202-4230

*Check all that apply.*                                      $315.50          $315.50

☐ Contingent
☐ Unliquidated                                                        **Nonpriority amount**
☐ Disputed
                                                                              $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                   WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**

                                                        ☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1598.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DAVIS, ANGEL K
3104 PUFFIN CIRCLE
FAIRFIELD CA 94533

*Check all that apply.*                                      $174.84          $174.84

☐ Contingent
☐ Unliquidated                                                        **Nonpriority amount**
☐ Disputed
                                                                              $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                   WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**

                                                        ☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.1599. **Priority creditor's name and mailing address**

DAVIS, CANDACE
8275 WARLIN DRIVE NORTH
JACKSONVILLE FL 32216

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $179.52 | $179.52 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.1600. **Priority creditor's name and mailing address**

DAVIS, CHEYANNE D
5356 OAK HILLS DR
EATON RAPIDS MI 48827

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.77 | $60.77 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.1601. **Priority creditor's name and mailing address**

DAVIS, CHEYANNE A
7959 LONG DRIVE
CHATTANOOGA TN 37421

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $64.02 | $64.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.1602.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

**2.1602.** **Priority creditor's name and mailing address**

DAVIS, CRYSTAL S
4318 KNOX AVE N
MINNEAPOLIS MN 55412

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $377.80 | $377.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1603.** **Priority creditor's name and mailing address**

DAVIS, CYNTHIA
5621 MINNIE COURT
WOODBRIDGE VA 22193

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $34.55 | $34.55 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1604.** **Priority creditor's name and mailing address**

DAVIS, ELIZABETH B
11404 LINDENSHIRE LN
RICHMOND VA 23238

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $8,531.75 | $8,531.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1605. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1605. **Priority creditor's name and mailing address**

DAVIS, KAYLAH
201 WILKINS AVE
JONESBORO AR 72401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $156.79

**Priority amount**    $156.79

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1606. **Priority creditor's name and mailing address**

DAVIS, KEYANNA M
101 ROBIN DR
CLARKSVILLE TN 37042-5623

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $31.27

**Priority amount**    $31.27

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1607. **Priority creditor's name and mailing address**

DAVIS, KIERRA N
403 PARK MEADOWS DR
APT 202
WAITE PARK MN 56387

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $39.44

**Priority amount**    $39.44

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1608.** **Priority creditor's name and mailing address**

DAVIS, MEGHAN C
10 PALM COURT
PARAMUS NJ 07652

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $375.86 | $375.86 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1609.** **Priority creditor's name and mailing address**

DAVIS, SHAY S
2151 WESTGATE PKWY
E49
DOTHAN AL 36303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $364.50 | $364.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1610.** **Priority creditor's name and mailing address**

DAVIS, SHELBY E
2614 CR 5700
LUBBOCK TX 79415

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $667.59 | $667.59 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.1611. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1611.** **Priority creditor's name and mailing address**

DAVIS, SKYLAR B
305 HIALEAH DRIVE
CHERRY HILL NJ 08002

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.56 | $76.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1612.** **Priority creditor's name and mailing address**

DAVIS, STACEY L
72 LEAH ST
PROVIDENCE RI 02908

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $48.36 | $48.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1613.** **Priority creditor's name and mailing address**

DAVIS, STEPHANIE M
160 FAITH LANE
TRACY CA 95377

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $131.88 | $131.88 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                               Case number *(if known)* **19-10214**

| 2.1614. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1614.**

**Priority creditor's name and mailing address**

DAVIS, TASHAWNA
10306 E 27TH ST
TULSA OK 74129

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $66.66 | $66.66 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1615.**

**Priority creditor's name and mailing address**

DAVIS, WYCHOVIA
1800 GROVE POINT RD
APT 509
SAVANNAH GA 31419

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $653.84 | $653.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1616.**

**Priority creditor's name and mailing address**

DAVIS, XENNA K
7407 WACO
APT B
LUBBOCK TX 79423

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,170.41 | $1,170.41 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1617.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.1617.** **Priority creditor's name and mailing address**

DAVIS, ZHANE'
2001 RICHARDS DRIVE
PHENIX CITY AL 36867

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $115.52 | $115.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1618.** **Priority creditor's name and mailing address**

DAVIS-WALLACE, SHAYDRIKA S
301 PARKWEST DR
U05
LANSING MI 48917

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $421.35 | $421.35 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1619.** **Priority creditor's name and mailing address**

DAWES, NICOLE
6138 SPRUCE STREET
PHILADELPHIA PA 19138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $68.50 | $68.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.1620.** **Priority creditor's name and mailing address**

DAWKINS, KIARRA D
4855 BOURNE HOLLOW LN
ARLINGTON TN 38002

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $271.68 | $271.68 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1621.** **Priority creditor's name and mailing address**

DAWKINS, O'RIAN M
21307 HAMPTON PARK
GARDEN RIDGE TX 78266

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $185.36 | $185.36 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1622.** **Priority creditor's name and mailing address**

DAWKINS, TASHARRA
3610 MARYLAND AVE #1511
SHERWOOD AR 72120

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $83.25 | $83.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

| 2.1623. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1623.** **Priority creditor's name and mailing address**

DAWSON, ROMEISHA K
23398 HEMLOCK AVE. 302
MORENO VALLEY CA 92557

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $108.48 | $108.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1624.** **Priority creditor's name and mailing address**

DAY, AMBER C
37 NOTTINGHAM WAY
PENSACOLA FL 32506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,590.22 | $1,590.22 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1625.** **Priority creditor's name and mailing address**

DAY, KAITLAND A
309 FULTON DRIVE
KINGS MOUNTAIN NC 28086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $210.25 | $210.25 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | |
|---|---|
| **2.1626.** | **Priority creditor's name and mailing address** |

DAY, RYLEIGH C
306 SACAJAWEA CT.
BOX ELDER SD 57719

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $315.22 | $315.22 |
| | **Nonpriority amount** |
| | $0.00 |

---

| | |
|---|---|
| **2.1627.** | **Priority creditor's name and mailing address** |

DAYOAN, ANGELICA JOY
8225 KILLIAN LANE
BEAUMONT TX 77706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.33 | $148.33 |
| | **Nonpriority amount** |
| | $0.00 |

---

| | |
|---|---|
| **2.1628.** | **Priority creditor's name and mailing address** |

DAYOAN, JOAN MARICE P
8225 KILLIAN LANE
BEAUMONT TX 77706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.84 | $148.84 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1629. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1629.** **Priority creditor's name and mailing address**

DAZA, EVELIN
200 HAMPDON CT
BOLINGBROOK IL 60440

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $311.03 | $311.03 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1630.** **Priority creditor's name and mailing address**

D'COSTA, KYRA A
1377 CROWN POINT ROAD
WEST DEPTFORD NJ 08093

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $143.10 | $143.10 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1631.** **Priority creditor's name and mailing address**

DE, JESUS CARLOS
1478 SUNSHADOW DR APT108
CASSALBERRY FL 32707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,343.22 | $2,343.22 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.1632.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

DE, JESUS JESSENYA
100 KIMBALL ST
PROVIDENCE RI 02908

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $193.84

**Priority amount** $193.84

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1633.** **Priority creditor's name and mailing address**

DE, JESUS NERSEDALIA
3224 CHAPMAN ST.
#18
LOS ANGELES CA 90065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $645.28

**Priority amount** $645.28

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1634.** **Priority creditor's name and mailing address**

DE, LA MOTHE DALIS J
1127 HAROLD DRIVE
NASHVILLE TN 37217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $63.55

**Priority amount** $63.55

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1635.** **Priority creditor's name and mailing address**

DE, LA ROSA KARINA G
2858 22ND STREET
SAN FRANCISCO CA 94110

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $627.75 | $627.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1636.** **Priority creditor's name and mailing address**

DE, LOS RIOS SALMA A
5048 N. RIVER CROSSING LN.
TUCSON AZ 85704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $128.37 | $128.37 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1637.** **Priority creditor's name and mailing address**

DE, SANTIAGO ARIELLE R
1304 E. LAFAYETTE ST.
STOCKTON CA 95205

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $141.72 | $141.72 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.1638. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

DEALBA, JACQUELINE
15794 AVENUE 327
IVANHOE CA 93235

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $227.40

**Priority amount** $227.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1639.    **Priority creditor's name and mailing address**

DEAN, QUA JANAH N
973 S HANNIBAL WAY APT D
973 D
AURORA CO 80017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $66.38

**Priority amount** $66.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1640.    **Priority creditor's name and mailing address**

DEAN, SHABRELLE M
809 SE 35TH TERRACE
TOPEKA KS 66605

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $29.82

**Priority amount** $29.82

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1641.** **Priority creditor's name and mailing address**

DEAS, CHARISMA R
8 RICHMOND PARK DR
PHENIX CITY AL 36869

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $231.78 | $231.78 |

**Nonpriority amount**

$0.00

**2.1642.** **Priority creditor's name and mailing address**

DECANTO, SHAYNALYN L
275 ANAPALAU ST.
275 ANAPALAU S
HONOLULU HI 96825

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.07 | $108.07 |

**Nonpriority amount**

$0.00

**2.1643.** **Priority creditor's name and mailing address**

DECHAMPS, YAZMIN M
15 NORWOOD LANE
WILLINGBORO NJ 08046

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $23.63 | $23.63 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

| 2.1644. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1644. **Priority creditor's name and mailing address**

DEDIOS, JANILE
2950 MAKAHA WAY
SAN DIEGO CA 92154

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $87.84

**Priority amount** $87.84

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.1645. **Priority creditor's name and mailing address**

DEEMING, OLIVIA
3 PENDLETON COURT
ANNANDALE NJ 08801

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $94.86

**Priority amount** $94.86

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.1646. **Priority creditor's name and mailing address**

DEES, TARA L
136 HAMILTON AVENUE
VANDERGRIFT PA 15690

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $496.87

**Priority amount** $496.87

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1647.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DEFFENDERFER, TIANA K
9828 ARAPAHO STREET
SPRING VALLEY CA 91977

*Check all that apply.*

$81.84 | $81.84

☐ Contingent
☐ Unliquidated | **Nonpriority amount**
☐ Disputed

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1648.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DEFRANCE, ASHLEY L
13800 CHESTNUT DR
222
EDEN PRAIRIE MN 55344

*Check all that apply.*

$1,504.31 | $1,504.31

☐ Contingent
☐ Unliquidated | **Nonpriority amount**
☐ Disputed

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1649.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DEGRAW, AMBER V
4264 CADDO AVE SW
GRANDVILLE MI 49418

*Check all that apply.*

$135.79 | $135.79

☐ Contingent
☐ Unliquidated | **Nonpriority amount**
☐ Disputed

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | | |
|---|---|---|---|---|

**2.1650.** **Priority creditor's name and mailing address**

DEJESUS, KRISTINA A
6760 SW 64TH TERRACE
OCALA FL 34476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $85.60 | $85.60 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.1651.** **Priority creditor's name and mailing address**

DEL, ANGEL VALERYE A
2437 HAINSWORTH AVE
NORTH RIVERSIDE IL 60546

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $205.48 | $205.48 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.1652.** **Priority creditor's name and mailing address**

DEL, RIO SANCHEZ YARELIS
5350 AUDOBON AVE.
APT 301
INVER GROVE HEIGHT MN 55077

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $474.18 | $474.18 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1653. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1653.** **Priority creditor's name and mailing address**

DELA, CRUZ CHRISTINE M
2235 37TH AVE
SAN FRANCISCO CA 94116

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $503.25 | $503.25 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1654.** **Priority creditor's name and mailing address**

DELA, CRUZ KATIE
1110 HUI STREET
KAILUA HI 96734

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $656.79 | $656.79 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1655.** **Priority creditor's name and mailing address**

DELA, PAZ CHRISTINE JILL
6820 SUNNYSIDE LANE
FORT WASHINGTON MD 20744

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $180.45 | $180.45 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1656.** **Priority creditor's name and mailing address**

DELACRUZ, ALAZEY L
3602-2 MONA STREET
PEARLAND TX 77584

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.80 | $96.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1657.** **Priority creditor's name and mailing address**

DELACRUZ, ALONDRA M
3508 ORR AVENUE
NORTH LAS VEGAS NV 89030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $101.23 | $101.23 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1658.** **Priority creditor's name and mailing address**

DELACRUZ, ARIEL
22 CONFEDERATION PLACE
STATEN ISLAND NY 10303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $744.98 | $744.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1659.** **Priority creditor's name and mailing address**

DELAMOTHE, DANIELLE C
26 LAMBERT RIDGE
CROSS RIVER NY 10518

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $270.95 | $270.95 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1660.** **Priority creditor's name and mailing address**

DELAO, CLARISSA
5003 MANOR STONE LN
ROSENBERG TX 77469

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $188.40 | $188.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1661.** **Priority creditor's name and mailing address**

DELAPAZ, SILENA M
1620 N F
FORT SMITH AR 72901

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.52 | $135.52 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.1662.**  **Priority creditor's name and mailing address**

DELATOBA, ALEXIS
667 FST
APT H-16
CHULA VISTA CA 91910

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $106.68 | $106.68 |

**Nonpriority amount**

$0.00

---

**2.1663.**  **Priority creditor's name and mailing address**

DELELLO, HERMINIA
300 MALVERNE DR
SYRACUSE NY 13208

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $242.64 | $242.64 |

**Nonpriority amount**

$0.00

---

**2.1664.**  **Priority creditor's name and mailing address**

DELGADILLO, AMAIRANI
1408 ADELA DR
SAN JUAN TX 78589

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $229.07 | $229.07 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.1665.    **Priority creditor's name and mailing address**

DELGADO, ACALEES M
5944 W 26 AVE
5944
HIALEAH FL 33016

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $582.96 | $582.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1666.    **Priority creditor's name and mailing address**

DELGADO, CYNTHIA N
10907 VISTA DEL RANCHO DR.
BAKERSFIELD CA 93311

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $143.76 | $143.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1667.    **Priority creditor's name and mailing address**

DELGADO, DEMMI S
735 ANDERSON HILL ROAD
HARRISON NY 10577

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $282.00 | $282.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.1668. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

DELGADO, JONANTHONY R
292 VOYAGER COVE
KYLE TX 78640

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $63.60 | $63.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1669. **Priority creditor's name and mailing address**

DELGADO, LIZETH
2215 ONTARIO ST.
FORT WAYNE IN 46802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $248.68 | $248.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1670. **Priority creditor's name and mailing address**

DELGADO, MADELINE L
325 HIGH ST
LAWRENCE MA 01841

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $44.55 | $44.55 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.1671.** **Priority creditor's name and mailing address**

DELGADO, SELENA
29 PALISADE AVE APT 417
417
JERSEY CITY NJ 07306

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.90 | $81.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1672.** **Priority creditor's name and mailing address**

DELGADO, VANESSA
3263 S 58TH COURT
CICERO IL 60804

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $154.22 | $154.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1673.** **Priority creditor's name and mailing address**

DELGAUDIO, ALYSSA M
425 CUSTER AVE
GLENOLDEN PA 19036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $299.72 | $299.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                                         Case number *(if known)* **19-10214**

| 2.1674. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|

**2.1674.** **Priority creditor's name and mailing address**

DELLACCA, SABRINA N
2536 MACBETH AVE.
CORONA CA 92882

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $590.84 | $590.84 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1675.** **Priority creditor's name and mailing address**

DELLER, RACHEL C
8437 BRANDAU CT
518
TINLEY PARK IL 60487

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $199.10 | $199.10 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1676.** **Priority creditor's name and mailing address**

DELOATCH, SHAKENYA Q
7108 BELLEAU WOODS DR
RALEIGH NC 27610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $139.93 | $139.93 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.1677.** **Priority creditor's name and mailing address**

DELONG, LEIGHA M
419 ALLISON WAY
GRAND JUNCTION CO 81504

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,940.73 | $1,940.73 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1678.** **Priority creditor's name and mailing address**

DELORME, MADISON T
687 BROCHARDT BLVD
KNOXVILLE TN 37934

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $124.66 | $124.66 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1679.** **Priority creditor's name and mailing address**

DELOSA, NANESHKA V
1800 GROVE POINT ROAD
1019
SAVANNAH GA 31419

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $479.10 | $479.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.1680.  **Priority creditor's name and mailing address**

DELPERDANG, KAYLINA
2923 SUNSET CIRCLE
SIOUX CITY IA 51104

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,173.37 | $2,173.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.1681.  **Priority creditor's name and mailing address**

DELUCA, ALESSANDRA
2897 GREENLAND DR
UNIT 207
LOVELAND CO 80538

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $171.72 | $171.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.1682.  **Priority creditor's name and mailing address**

DELVALLE, JAMILEX A
8807 AUBURN WAY
TAMPA FL 33615

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $185.70 | $185.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**2.1683.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DEMARIA, CALLIE
21 KETCH CT
114 VICTORIA S
LITTLE EGG HARBOR NJ 08087

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$45.75 | $45.75

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1684.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DEMEDEIROS, HEATHER M
51 VINE ST
APT 1
NEW BEDFORD MA 02740

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,275.92 | $1,275.92

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1685.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DEMIAN, CINDY H
1040 NORTH AVE. 3RD FL
ELIZABETH NJ 07201

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$81.60 | $81.60

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1686. | Priority creditor's name and mailing address | | |
|---|---|---|---|

**2.1686.** **Priority creditor's name and mailing address**

DENBY, CYANA T
9567 WATTS RD
OWINGS MILLS MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $51.20 | $51.20 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1687.** **Priority creditor's name and mailing address**

DENNER, HALEY
942 GOTHAM ST.
WATERTOWN NY 13601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $125.65 | $125.65 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1688.** **Priority creditor's name and mailing address**

DENNIE, ADRIENNE-RENEE
14435 CREEKVIEW DR
ORLAND PARK IL 60467

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $83.49 | $83.49 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.1689.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.1689.** **Priority creditor's name and mailing address**

DENNIS, DIAMOND A
9415 WEEPING WILLOW LN
PORT RICHEY FL 34668-4645

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $36.12 | $36.12 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1690.** **Priority creditor's name and mailing address**

DENNIS, JOSLYN
3013 VIRGINIA ST.
SIOUX CITY IA 51105-1611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $500.28 | $500.28 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1691.** **Priority creditor's name and mailing address**

DENO, ALEXA
219 CHARLES STREET
MERIDEN CT 06451

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $210.99 | $210.99 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.1692.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
| | DENOGEAN, KARISSMA J | *Check all that apply.* | $162.80 | $162.80 |

**2.1692.**

**Priority creditor's name and mailing address**

DENOGEAN, KARISSMA J
1235 N EUCLID AVE
TUCSON AZ 85719

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $162.80 | $162.80 |

| | **Nonpriority amount** |
| --- | --- |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1693.**

**Priority creditor's name and mailing address**

DENSLEY, MAYA I
863 PARKVIEW DR
MACON GA 31211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $194.70 | $194.70 |

| | **Nonpriority amount** |
| --- | --- |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1694.**

**Priority creditor's name and mailing address**

DENSON, SIERRA S
7710 E 111TH TERR
KANSAS CITY MO 64134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $22.93 | $22.93 |

| | **Nonpriority amount** |
| --- | --- |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.1695. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

DENTON COUNTY TAX OFFICE
P.O. BOX 90223
DENTON TX 76202

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $9,343.61 | $9,343.61 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.1696. **Priority creditor's name and mailing address**

DEPARTMENT OF TREASURY
P.O. BOX 50066
SAN JUAN PR 00902

**As of the petition filing date, the claim is:**
*Check all that apply.*

| **Total claim** | **Priority amount** |
|---|---|
| $5,212.93 | $5,212.93 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.1697. **Priority creditor's name and mailing address**

DEPAZ, DAISY A
1478 S CHRISTY LN
LAS VEGAS NV 89142

**As of the petition filing date, the claim is:**
*Check all that apply.*

| **Total claim** | **Priority amount** |
|---|---|
| $1,513.64 | $1,513.64 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

2.1698. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

DEPEE, KEELY A
12026 GEORGE FARM DR
LOVETTSVILLE VA 20180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $251.56

**Priority amount**     $251.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.1699. **Priority creditor's name and mailing address**

DEPENA, JAKIRA L
5 KELLY STREET
NASHUA NH 03062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $478.60

**Priority amount**     $478.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.1700. **Priority creditor's name and mailing address**

DEPUGH, REBEKAH A
6 SHAMROCK CIRCLE
LATHAM NY 12110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $299.70

**Priority amount**     $299.70

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.1701.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DERBY, QUINCEY
502 N MALLARD PL
306
SIOUX FALLS SD 57107

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $148.54 | $148.54 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1702.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DERISO, HANA R
535 POPLAR LEAF ST.
LAS VEGAS NV 89144

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $99.00 | $99.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1703.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DERRELL, MELISSA
2326 LODOVICK AVE
BRONX NY 10469

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $221.10 | $221.10 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.1704. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DERYKE, MELISSA A<br>30 DELAWARE RD<br>LAMBERTVILLE NJ 08530 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,072.42 | $7,072.42<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.1705. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DESHAZER, TAYLOR<br>202 N ROCKROAD<br>811<br>WICHITA KS 67206 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $455.51 | $455.51<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.1706. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DESKIN, CARLEY M<br>700 WALNUT RIDGE DR<br>3029<br>IRVING TX 75039 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $273.98 | $273.98<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1707.** **Priority creditor's name and mailing address**

DESOTO COUNTY- TAX COLLECTOR
365 LOSHER ST., #110
HERNANDO MS 38632-2144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,559.94 | $4,559.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1708.** **Priority creditor's name and mailing address**

DESROSIERS, KERRY
11 BRIAN RD
MIDDLEBORO MA 02346

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $219.90 | $219.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1709.** **Priority creditor's name and mailing address**

DESS. KRISTIN M.
123 SAINT ANDREW DRIVE
PITTSBURGH PA 15205

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $13,583.51 | $12,850.00 |

| | Nonpriority amount |
|---|---|
| | $733.51 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1710.** **Priority creditor's name and mailing address**

DESTIFANES, DANIELLE M
1625 S MARION AVE
APT A309
SPRINGFIELD MO 65807

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $527.10 | $527.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1711.** **Priority creditor's name and mailing address**

DESTIRON, DARINE
703 NW UNIVERSE ST
PALM BAY FL 32907

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.57 | $132.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1712.** **Priority creditor's name and mailing address**

DETTMER, JENNIFER N
5319 WILLOWHURST DR
FORT WAYNE IN 46835

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,054.10 | $2,054.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1713.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

DEVEREAUX, SARA M
4800 FEHN RD
HEMLOCK MI 48626

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $154.46
Priority amount: $154.46

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1714.** | **Priority creditor's name and mailing address**

DEVERTEUIL, DARCAS M
7029 MORAN RD
GONZALES LA 70737

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $385.24
Priority amount: $385.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1715.** | **Priority creditor's name and mailing address**

DEVORE, ALEXIS C
3927 243RD PL. SE
UNIT I304
BOTHELL WA 98021

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $180.36
Priority amount: $180.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1716.** **Priority creditor's name and mailing address**

DEWAR, ADINA
225 HIGHLAND COURT
TERRE HAUTE IN 47802

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,820.95 | $3,820.95 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1717.** **Priority creditor's name and mailing address**

DEWAR, KAILEY
26638 LOCUST DR.
OLMSTED FALLS OH 44138

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $161.94 | $161.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1718.** **Priority creditor's name and mailing address**

DEWAR, KELSEY
26638 LOCUST DR
OLMSTED FALLS OH 44138

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $113.54 | $113.54 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

| Debtor | **Charlotte Russe, Inc.** | | Case number *(if known)* **19-10214** |

**2.1719.** **Priority creditor's name and mailing address**

DEWITT, KESS
26258 N HACKBERRY RD
MUNDELEIN IL 60060

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $204.60 | $204.60 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1720.** **Priority creditor's name and mailing address**

DEWITT, SELESTE
12 CARROLL CIRCLE
MABELVALE AR 72103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $113.13 | $113.13 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1721.** **Priority creditor's name and mailing address**

DIAWARA, MARIAM
5509 34TH ST LOOP NE
TACOMA WA 98422

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $166.11 | $166.11 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1722.** **Priority creditor's name and mailing address**

DIAZ, ALEXIS J
175 MOXON DRIVE
ROCHESTER NY 14621

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,413.60 | $1,413.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1723.** **Priority creditor's name and mailing address**

DIAZ, ALEXIS L
1144 E CHELTENHAM AVENUE
PHILADELPHIA PA 19124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $208.56 | $208.56 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1724.** **Priority creditor's name and mailing address**

DIAZ, ARMANDO
161 E PALOMAR
CHULA VISTA CA 91911

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $7,616.65 | $7,616.65 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

**2.1725.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**Priority creditor's name and mailing address**

DIAZ, ASHLEY
13632 REXWOOD AVE
BALDWIN PARK CA 91706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $123.48 | $123.48 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1726.** **Priority creditor's name and mailing address**

DIAZ, BRIANNA A
60479 DRESDEN DR.
LACOMBE LA 70445

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $30.14 | $30.14 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1727.** **Priority creditor's name and mailing address**

DIAZ, CLAUDIA E
452 HAZELHURST AVE
APT. 14
SYRACUSE NY 13206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $552.23 | $552.23 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.1728. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1728. Priority creditor's name and mailing address**

DIAZ, DANNE G
1081 MEADOWS DR.
703
CALEXICO CA 92231

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,389.88 | $2,389.88 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1729. Priority creditor's name and mailing address**

DIAZ, DEISY
461 MILES AVE
JOLIET IL 60433

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $171.10 | $171.10 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1730. Priority creditor's name and mailing address**

DIAZ, DESTANIE
5025 SUFFIELD COURT
UNIT B
SKOKIE IL 60077

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $171.05 | $171.05 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1731.** **Priority creditor's name and mailing address**

DIAZ, EMILY L
3632 SALT LAKE BLVD
APT 6
HONOLULU HI 96818

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $246.44 | $246.44 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.1732.** **Priority creditor's name and mailing address**

DIAZ, HAILEY
9 COURT STREET
WATERBURY CT 06705

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $351.19 | $351.19 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.1733.** **Priority creditor's name and mailing address**

DIAZ, HEIDY
540 E BETHANY DR
107
ALLEN TX 75002-4068

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,477.84 | $2,477.84 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.1734.** **Priority creditor's name and mailing address**

DIAZ, HERNANDEZ XOCHILT SELENA S
8124 SHERMAN ST
DENVER CO 80221

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $248.98 | $248.98 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.1735.** **Priority creditor's name and mailing address**

DIAZ, JENNY R
12849 W WELDON AVE
AVONDALE AZ 85392-6695

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $38.63 | $38.63 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.1736.** **Priority creditor's name and mailing address**

DIAZ, JONATHAN M
13048 SAWGRASS PINE CIRCLE
ORLANDO FL 32824

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $175.27 | $175.27 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1737.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| DIAZ, JULIEANN Y<br>2554 W LITTLE YORK RD<br>HOUSTON TX 77091 | ☐ Contingent | $68.17 | $68.17

| | | ☐ Unliquidated | **Nonpriority amount** |
| | | ☐ Disputed | $0.00 |

**Date or dates debt was incurred** | **Basis for the claim:**

_____ | WAGES & PTO

**Last 4 digits of account number:** | **Is the claim subject to offset?**

| ☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes

---

**2.1738.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| DIAZ, KELSEY M<br>4151 PYXIS LANE<br>ORLANDO FL 32816 | ☐ Contingent | $203.88 | $203.88

| | | ☐ Unliquidated | **Nonpriority amount** |
| | | ☐ Disputed | $0.00 |

**Date or dates debt was incurred** | **Basis for the claim:**

_____ | WAGES & PTO

**Last 4 digits of account number:** | **Is the claim subject to offset?**

| ☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes

---

**2.1739.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| DIAZ, MADELYN S<br>10640 COLIMA ROAD<br>310<br>WHITTIER CA 90604 | ☐ Contingent | $284.16 | $284.16

| | | ☐ Unliquidated | **Nonpriority amount** |
| | | ☐ Disputed | $0.00 |

**Date or dates debt was incurred** | **Basis for the claim:**

_____ | WAGES & PTO

**Last 4 digits of account number:** | **Is the claim subject to offset?**

| ☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.1740.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DIAZ, MELANIE
892 SUMMIT PARK TRAIL
MCDONOUGH GA 30253

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $147.00    **Priority amount** $147.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1741.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DIAZ, MELISSA N
3068 SOUTH 16TH STREET
OMAHA NE 68108

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $182.54    **Priority amount** $182.54

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1742.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DIAZ, VANESSA
430 W WILLIAMS ST
FORT WAYNE IN 46802

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $27.93    **Priority amount** $27.93

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor     **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.1743. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DIAZ-SARABIA, KARINA V<br>4672 PLUMOSA DR<br>46<br>YORBA LINDA CA 92886 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $255.00 | $255.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Nonpriority amount**

$0.00

---

| 2.1744. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DICKERSON, KATLYN M<br>2610 BELGRADE SWANSBORO RD<br>7<br>MAYSVILLE NC 28555 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32.71 | $32.71 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Nonpriority amount**

$0.00

---

| 2.1745. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DICKSON, DANYEA B<br>540 NE CHESTER AVE<br>TOPEKA KS 66616 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $144.38 | $144.38 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1746.** **Priority creditor's name and mailing address**

DICKSON, NANCY L
7111 NAVAJO ROAD
APT #3308
SAN DIEGO CA 92119

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,048.81 | $7,048.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1747.** **Priority creditor's name and mailing address**

DIEDUARDO. JENNIFER M.
1367 SKYRIDGE CT
SAN MARCOS CA 92078

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $13,426.50 | $12,850.00 |

| | Nonpriority amount |
|---|---|
| | $576.50 |

---

**2.1748.** **Priority creditor's name and mailing address**

DIEGO, ANGIE C
24 S WINDSOR AVENUE 1ST FLOOR
1ST FLOOR
ATLANTIC CITY NJ 08401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $155.14 | $155.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.1749.** **Priority creditor's name and mailing address**

DIEKHAUS, BRIANNA
470 LINCOLN AVE
CLIFFSIDE PARK NJ 07010

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.26 | $77.26 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1750.** **Priority creditor's name and mailing address**

DIETZ, AMY K
6 CASPER COURT
NAUGATUCK CT 06770

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $173.09 | $173.09 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1751.** **Priority creditor's name and mailing address**

DIGGINS, RACHEL S
157 FERRIS AVE
RUMFORD RI 02916

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.60 | $100.60 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.1752.** **Priority creditor's name and mailing address**

DIGGS, NIAJA
244 CROLL DRIVE
ANNAPOLIS MD 21401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $220.18 | $220.18 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1753.** **Priority creditor's name and mailing address**

DIGIACOMO, KRISTA M
8325 BIG ACORN CIRCLE
801
NAPLES FL 34119

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $230.53 | $230.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1754.** **Priority creditor's name and mailing address**

DIGNAN, KAYLA
126 DAKOTA STREET
RONKONKOMA NY 11779

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $44.40 | $44.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.1755. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1755.** **Priority creditor's name and mailing address**

DIJULIO, MARA S
2112 FLOYD AVE. APT#47
MODESTO CA 95355

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $94.32

**Priority amount** — $94.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1756.** **Priority creditor's name and mailing address**

DILAURO, OLIVIA R
8 STUART DRIVE
EAST BRUNSWICK NJ 08816

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $123.90

**Priority amount** — $123.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1757.** **Priority creditor's name and mailing address**

DILES, PASSION
304 COLLEGE PARK DR
APT 2S
NORMAL IL 61761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $164.84

**Priority amount** — $164.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.1758. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1758.  **Priority creditor's name and mailing address**

DILLARD, JORDAN L
9324 MANGROVE CT.
TAMPA FL 33647

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $272.66

**Priority amount**    $272.66

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1759.  **Priority creditor's name and mailing address**

DILLON, DINA
316 E CALLA RD
POLAND OH 44514

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $81.91

**Priority amount**    $81.91

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1760.  **Priority creditor's name and mailing address**

DILWORTH, MADISON J
601 COLLEGE ST
CLARKSVILLE TN 37040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $92.17

**Priority amount**    $92.17

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

| 2.1761. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.1761. **Priority creditor's name and mailing address**

DILWORTH, ROBERT CHRISTOP
4313 CALIBRE CREEK PRKWY
ROSWELL GA 30076

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $118.39 | $118.39 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1762. **Priority creditor's name and mailing address**

DIMAGGIO, SIMONA T
118 WILLIAMSBURG DRIVE
118
EVANSVILLE IN 47715

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $97.46 | $97.46 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1763. **Priority creditor's name and mailing address**

DIMANGONDAYAO, OLIVIA
5552 MARY ANN CT
OAK FOREST IL 60452

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $193.27 | $193.27 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1764.** **Priority creditor's name and mailing address**

DIMAPILIS, JILLIAN IZZYL V
31620 VIA DEL PASO
WINCHESTER CA 92596

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $267.24 | $267.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1765.** **Priority creditor's name and mailing address**

DIMAS, STEPHANIE
4181 41ST STREET
8
SAN DIEGO CA 92105

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $137.40 | $137.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1766.** **Priority creditor's name and mailing address**

DINGMAN, RACHEL L
18533 FAIRLAWN AVE
PRIOR LAKE MN 55372

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,194.93 | $1,194.93 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1767.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DIOGENE, DIONA
1263 HAZELWOOD ST
APT 304
SAINT PAUL MN 55106-2325

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,636.18
Priority amount: $1,636.18

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1768.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DIPASQUALE, GEENA M
17 SUNSET WAY
BINGHAMTON NY 13901

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $757.02
Priority amount: $757.02

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.1769.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DIPIETRANTONIO, JENNIFER J
61 WINCHESTER COURT
READING PA 19606

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,187.34
Priority amount: $3,187.34

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.1770. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1770.** **Priority creditor's name and mailing address**

DIRK, CONSTANCE
61 SAND CREEK LANE
TOMS RIVER NJ 08753

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $520.96

**Priority amount** $520.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1771.** **Priority creditor's name and mailing address**

DIRUBBO, ELISHA
100 THIRD ST
COLCHESTER VT 05446-6892

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $137.45

**Priority amount** $137.45

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1772.** **Priority creditor's name and mailing address**

DISPENZA, TAYLOR
6430 MAIN ROAD
LOCKPORT NY 14094

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $47.73

**Priority amount** $47.73

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1773. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1773.  **Priority creditor's name and mailing address**

DISTEFANO, JANEL B
1419 IMPERIAL RD
APT A
COLORADO SPRINGS CO 80918

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**      **Priority amount**
$117.99              $117.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1774.  **Priority creditor's name and mailing address**

DITTA, ALIYAH F
3055 HOLLEMAN DR
MONTGOMERY TX 77845

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**      **Priority amount**
$31.04               $31.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1775.  **Priority creditor's name and mailing address**

DIXON, KERRI J
3130 W. MITCHELL ST.
MILWAUKEE WI 53215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**      **Priority amount**
$188.16              $188.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.1776.** **Priority creditor's name and mailing address**

DIXON, MCKENNA M
308 ERNEST ST
WASHINGTON IL 61571

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $95.45 | $95.45 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1777.** **Priority creditor's name and mailing address**

DIXON, ZYKIRA T
990 NEWTON CIRCLE
ROCKLEDGE FL 32955

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $179.35 | $179.35 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1778.** **Priority creditor's name and mailing address**

DJORDJEVIC, SANJA
6739 W. 130TH AVENUE
CEDAR LAKE IN 46303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $303.34 | $303.34 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1779.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DLUGOPOLSKI, DEXIRE
2617 COLE AVENUE
22
WACO TX 76707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,410.24

**Priority amount** $1,410.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1780.** **Priority creditor's name and mailing address**

DMITRUK, AMANDA W
23 BEACON POINT DR
SANTA ROSA BEACH FL 32459

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $9,263.00

**Priority amount** $9,263.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1781.** **Priority creditor's name and mailing address**

DO, TRACY T
14202 FLOWER ST
APT U
GARDEN GROVE CA 92843

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $996.48

**Priority amount** $996.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1782.** **Priority creditor's name and mailing address**

DOBBS, ROBINSON SHATEYA J
249 NORTH 16TH STREET
BLOOMFIELD NJ 07003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $219.65 | $219.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1783.** **Priority creditor's name and mailing address**

DOBLESKI, JAMIE A
4543 HEMMINGWAY DRIVE
KALAMAZOO MI 49009

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,579.93 | $2,579.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1784.** **Priority creditor's name and mailing address**

DODAK, JOY
6748 WINONA CIRCLE
MIDDLEBURG HEIGHTS OH 44130

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $152.70 | $152.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.1785. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1785.** **Priority creditor's name and mailing address**

DODD, KATIA
631 PEPPER TREE
HENDERSON NV 89014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $50.49 | $50.49 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1786.** **Priority creditor's name and mailing address**

DODSON, ALEXIS L
12 SHIRLWIN DRIVE
GRANITE CITY IL 62040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $510.18 | $510.18 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1787.** **Priority creditor's name and mailing address**

DOE, MAGDALENA E
1106 W. HURON ST
TUCSON AZ 85745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $82.72 | $82.72 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                       Case number *(if known)* **19-10214**

---

**2.1788.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

DOEPPE, ESTHER
180 CARNEGIE DR
NEWPORT NEWS VA 23606

*Check all that apply.*                    $153.62          $153.62

☐ Contingent
☐ Unliquidated                             **Nonpriority amount**
☐ Disputed
                                            $0.00

**Date or dates debt was incurred**       **Basis for the claim:**
_____                    WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☐ No
**unsecured claim:**11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.1789.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

DOHM, ALEXIS M
19530 W NORWOOD DR
NEW BERLIN WI 53146

*Check all that apply.*                    $152.50          $152.50

☐ Contingent
☐ Unliquidated                             **Nonpriority amount**
☐ Disputed
                                            $0.00

**Date or dates debt was incurred**       **Basis for the claim:**
_____                    WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☐ No
**unsecured claim:**11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.1790.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

DOLAN, MARGO-ANN A
47-225 HUI AKIKIKI PLACE UNIT
KANEOHE HI 96744

*Check all that apply.*                    $377.29          $377.29

☐ Contingent
☐ Unliquidated                             **Nonpriority amount**
☐ Disputed
                                            $0.00

**Date or dates debt was incurred**       **Basis for the claim:**
_____                    WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☐ No
**unsecured claim:**11 U.S.C. § 507(a) (4)  ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1791.** **Priority creditor's name and mailing address**

DOMINGO, LEANNE D
473 HILINAI STREET
WAILUKU HI 96793

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $222.41 | $222.41 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1792.** **Priority creditor's name and mailing address**

DOMINGUEZ, ALONDRA
145 OLIVER CT APT E
SCHAUMBURG IL 60193

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $257.07 | $257.07 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1793.** **Priority creditor's name and mailing address**

DOMINGUEZ, CRYSTAL
1017 SW 16TH ST
MOORE OK 73160

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $237.03 | $237.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.1794.** **Priority creditor's name and mailing address**

DOMINGUEZ, DESIRAE M
629 E CANTEBRIA DR
GILBERT AZ 85296

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $313.16 | $313.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1795.** **Priority creditor's name and mailing address**

DOMINGUEZ, JAMIE
7476 E ARKANSAS AVE
#3204
DENVER CO 80231

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,996.85 | $3,996.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1796.** **Priority creditor's name and mailing address**

DOMINGUEZ, LILIANA
1515 GLYNN OAKS DR
ARLINGTON TX 76010-5912

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $433.47 | $433.47 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1797.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.1797.** **Priority creditor's name and mailing address**

DOMINGUEZ, VALERIE E
461 VICTOR ST
SADDLE BROOK NJ 07663

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $121.78 | $121.78 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1798.** **Priority creditor's name and mailing address**

DONAWAY, BRITTANEY L
5541 BEN DAVIS RD
PITTSVILLE MD 21850

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $626.18 | $626.18 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1799.** **Priority creditor's name and mailing address**

DONES, DANIELLA
675 RAINBOW CIRCLE
KISSIMMEE FL 34741

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $193.38 | $193.38 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.1800. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

2.1800. **Priority creditor's name and mailing address**

DONES, MANUELA
7746 BONNER AVE
SUN VALLEY CA 91352-4433

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $252.00 | $252.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1801. **Priority creditor's name and mailing address**

DONICH, JOCELYN R
2823 GILA BEND
COPPERAS COVE TX 76522

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $3,186.18 | $3,186.18 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1802. **Priority creditor's name and mailing address**

DONLIN, KAITLIN
7595 N GLENEAGLE DR
KALAMAZOO MI 49048-8615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $630.75 | $630.75 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

**2.1803.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.1803.**

**Priority creditor's name and mailing address**

DONNELLY, MELISSA L
566 BAXTER ST
BRICK NJ 08723-6457

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $3,623.70 | $3,623.70 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.1804.**

**Priority creditor's name and mailing address**

DONNER, BRITTANY
2585 N CRAMER STREET APT #203
MILWAUKEE WI 53211

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $3,175.32 | $3,175.32 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.1805.**

**Priority creditor's name and mailing address**

DONNER, JESSICA
1860 BRETT ST
215
PITTSBURGH PA 15205

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $1,530.73 | $1,530.73 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.1806. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1806.** **Priority creditor's name and mailing address**

DONOFRIO, STEPHANY L
5631 S PARK BLVD
Y61
PARMA OH 44134

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $86.95 | $86.95 |

**Nonpriority amount**

$0.00

---

**2.1807.** **Priority creditor's name and mailing address**

DORAN, RACHAEL M
5204 MILLER ST
INDIANAPOLIS IN 46241-3939

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,186.48 | $2,186.48 |

**Nonpriority amount**

$0.00

---

**2.1808.** **Priority creditor's name and mailing address**

DOREUS, DANIELLA
4814 TAHITI LN
NAPLES FL 34112

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $547.25 | $547.25 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.1809. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | DOREY, NICOLE<br>269 JEWELL ROAD<br>GANSEVOORT NY 12831 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $119.88 | $119.88 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Nonpriority amount**

$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.1810. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | DORNER, SAMANTHA L<br>110 WESTWOOD DRIVE<br>DINGMANS FERRY PA 18328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $152.00 | $152.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Nonpriority amount**

$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.1811. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | DOROTEO, JUANITA<br>3985 LANCOME ST<br>LAS VEGAS NV 89115-2431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,134.40 | $4,134.40 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Nonpriority amount**

$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1812.** **Priority creditor's name and mailing address**

DOROZ, ANETA J
7 ESTHER CIRCLE
OXFORD MA 01540

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,343.56 | $2,343.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1813.** **Priority creditor's name and mailing address**

DORSEY, SHAQUEVIA
261 NE 38TH STREET APT D209
D209
OAKLAND PARK FL 33334

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $211.07 | $211.07 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1814.** **Priority creditor's name and mailing address**

DORTA, KHADIJAH N
3000 MONROE ST
APT 12
MELBOURNE FL 32901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $157.36 | $157.36 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.1815.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| DORUNDA, REBECCA | *Check all that apply.* | $2,932.56 | $2,932.56

DORUNDA, REBECCA
50 BARBARA ST.
WESTFIELD MA 01085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1816.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $65.56 | $65.56

DOSUNMU, PRINCESS N
1008 15TH ST.
SIOUX CITY IA 51105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1817.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $115.26 | $115.26

DOTSON, CHELBY J
945 SANTA VERA DRIVE
CHANHASSEN MN 55317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1818.** **Priority creditor's name and mailing address**

DOTSON, SHANNON R
5801 PARK DRIVE
BOWIE MD 20715-2931

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,399.28 | $3,399.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1819.** **Priority creditor's name and mailing address**

DOUGHERTY, GRACE E
1237 ROWLAND DRIVE
HERNDON VA 20170

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $183.60 | $183.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1820.** **Priority creditor's name and mailing address**

DOUGLAS, CHYNA M
3051 S SOUTH VALLEY LANE APT. D
D5
SPRINGFIELD MO 65807

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.98 | $36.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1821.** **Priority creditor's name and mailing address**

DOUGLAS, DESHAUN
10810 WESTCHERSTER STREET
WALDORF MD 20602

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $752.92 | $752.92 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1822.** **Priority creditor's name and mailing address**

DOUMBIA, AICHATTA
2450 RHODE ISLAND AVE N
2450
GOLDEN VALLEY MN 55427

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $94.16 | $94.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1823.** **Priority creditor's name and mailing address**

DOUMBIA, AMINATA
2450 RHODE ISLAND AVE N
GOLDEN VALLEY MN 55427

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.81 | $132.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1824.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | DOUPHINETTE, KAITLIN<br>170 ROUTE 27<br>RAYMOND NH 03077 | *Check all that apply.* | $41.09 | $41.09

☐ Contingent

☐ Unliquidated                                          **Nonpriority amount**

☐ Disputed                                                $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**            **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.1825.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | DOVEL, CHEYENNE<br>811 N ST.<br>317<br>LINCOLN NE 68508 | *Check all that apply.* | $81.00 | $81.00

☐ Contingent

☐ Unliquidated                                          **Nonpriority amount**

☐ Disputed                                                $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**            **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.1826.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | DOWDLE, SKYLAR<br>18 JACKSON VIEW RD<br>ASHEVILLE NC 28806 | *Check all that apply.* | $109.68 | $109.68

☐ Contingent

☐ Unliquidated                                          **Nonpriority amount**

☐ Disputed                                                $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**            **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.1827.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DOWELL, NIAA
1425 29TH STREET
DES MOINES IA 50311

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $245.49     **Priority amount** $245.49

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1828.** **Priority creditor's name and mailing address**

DOWNS, SKYLAR R
233 MEADOW DR
HORSEHEADS NY 14845

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $140.42     **Priority amount** $140.42

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1829.** **Priority creditor's name and mailing address**

DOWSE, BONITA M
2781 WEST DESERT SHADOWS PLACE
TUCSON AZ 85745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $122.87     **Priority amount** $122.87

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1830.** **Priority creditor's name and mailing address**

DOYLE, LAZARUS L
210 E OLDFIELD LANE
APT D
MUNCIE IN 47303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,149.40 | $2,149.40 |

**Nonpriority amount**

$0.00

---

**2.1831.** **Priority creditor's name and mailing address**

DOZIER, STEPHANIE
4268 37TH ST
SAN DIEGO CA 92105

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $105.60 | $105.60 |

**Nonpriority amount**

$0.00

---

**2.1832.** **Priority creditor's name and mailing address**

DRAKE, JASMINE A
433 TAYLOR
KENNER LA 70062

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $270.77 | $270.77 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1833.** **Priority creditor's name and mailing address**

DRAKE, KYLIE M
11405 THAMES FARE WAY
LITHIA FL 33547

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $174.02 | $174.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1834.** **Priority creditor's name and mailing address**

DRENNEN, CASSANDRA M
3273 LINDAHL RD.
PROCTOR MN 55810

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $502.94 | $502.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1835.** **Priority creditor's name and mailing address**

DRESSLER, SHANNON L
710 NEPTUNE AVENUE
BEACHWOOD NJ 08722

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $553.09 | $553.09 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.1836.** **Priority creditor's name and mailing address**

DROZE, ESSLITH J
10616 TOWNER AVE NE
APT B
ALBUQUERQUE NM 87112

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $373.56 | $373.56 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1837.** **Priority creditor's name and mailing address**

DRUMMOND, MARY K
2621 SOUTH XANADU WAY
D
AURORA CO 80014

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $473.14 | $473.14 |
| | **Nonpriority amount** |
| | $0.00 |

**2.1838.** **Priority creditor's name and mailing address**

DRURY, JULIA
15 FLETCHER STREET
DUNSTABLE MA 01827

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $329.40 | $329.40 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.1839.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DRURY, LINDSEY R
22 BRIAR LANE
SOUTHINGTON CT 06489

*Check all that apply.*

$6,926.24    $6,926.24

☐ Contingent
☐ Unliquidated       **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.1840.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DUARTE, BRANDY
753 OAK LEE LANE
ALPINE CA 91901

*Check all that apply.*

$102.60    $102.60

☐ Contingent
☐ Unliquidated       **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.1841.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DUARTE, SARAHY
419 EAST HILLS RD
COLORADO SPRINGS CO 80909

*Check all that apply.*

$74.04    $74.04

☐ Contingent
☐ Unliquidated       **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

**2.1842.** **Priority creditor's name and mailing address**

DUARTE, VALERIE
901 W GONZALES RD
APT 215
OXNARD CA 93036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $145.44 | $145.44 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.1843.** **Priority creditor's name and mailing address**

DUARTE-ESPINOZA, CRYSTA L
2919 E EASTLAND
TUCSON AZ 85716

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.73 | $81.73 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.1844.** **Priority creditor's name and mailing address**

DUBEY, KAITLYN
215 FOX RIDGE CIR
JOHNS CREEK GA 30022

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $216.64 | $216.64 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.1845.** **Priority creditor's name and mailing address**

DUBOSE, DIAMOND M
614 HIGHGATE AVE
BUFFALO NY 14215

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $509.82 | $509.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1846.** **Priority creditor's name and mailing address**

DUBUC, NICOLETTE J
4511 HUNT CLUB DRIVE
1D
YPSILANTI MI 48197

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,164.66 | $2,164.66 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1847.** **Priority creditor's name and mailing address**

DUDLEY, ALYSSA K
12601 HARRIS ST.
CARLETON MI 48117

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $84.09 | $84.09 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1848.** **Priority creditor's name and mailing address**

DUEN, MELANIE J
7635 TIMBERLIN PARK BLVD.
128
JACKSONVILLE FL 32256

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $426.56 | $426.56 |

**Nonpriority amount**

$0.00

---

**2.1849.** **Priority creditor's name and mailing address**

DUFF, AMANDA K
607 PLANTATION DRIVE
RINCON GA 31326

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.34 | $160.34 |

**Nonpriority amount**

$0.00

---

**2.1850.** **Priority creditor's name and mailing address**

DUFFY, ALLISON L
1769 E HAYES
HAZEL PARK MI 48030-2624

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,001.34 | $2,001.34 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.1851.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DUHART, DEJA R
27718 MOONRIDGE DR.
MENIFEE CA 92585

*Check all that apply.*                         $340.20          $340.20

☐ Contingent

☐ Unliquidated                                   **Nonpriority amount**

☐ Disputed                                       $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.1852.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DUHR, LAYNA M
9756 GREENRIDGE HEIGHTS RD
FAIRVIEW HEIGHTS IL 62208

*Check all that apply.*                         $462.77          $462.77

☐ Contingent

☐ Unliquidated                                   **Nonpriority amount**

☐ Disputed                                       $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.1853.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DUK, SYVIER P
3370 CATHEDRAL CIRCLE
STOCKTON CA 95212

*Check all that apply.*                         $2,826.81        $2,826.81

☐ Contingent

☐ Unliquidated                                   **Nonpriority amount**

☐ Disputed                                       $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.1854. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.1854.** **Priority creditor's name and mailing address**

DUKE, AMANI
144 BROOKMEADOW CT. SW
APT. 6
GRANDVILLE MI 49418

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $38.15

**Priority amount**   $38.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1855.** **Priority creditor's name and mailing address**

DULAN, PARISA A
5306 SW 10TH AVE
APT B
TOPEKA KS 66604-2030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $193.79

**Priority amount**   $193.79

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1856.** **Priority creditor's name and mailing address**

DUMAS, ODYSSEY C
2201 9TH AVE SOUTH
COLUMBUS MS 39701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $1,073.80

**Priority amount**   $1,073.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.1857. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

DUNLAP, JESSICA
4537 W 174TH ST
CLEVELAND OH 44135

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $622.38

**Priority amount** $622.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.1858. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

DUNMYER, VICTORIA J
427 S CAMDEN AVE
FRUITLAND MD 21826

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $182.07

**Priority amount** $182.07

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.1859. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

DUNN, ALEXANDRIA T
31560 FLORENCE
GARDEN CITY MI 48135

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $377.40

**Priority amount** $377.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.1860.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |

**2.1860.** **Priority creditor's name and mailing address**

DUNN, ALEXSIS D
1395 HANNIBAL STREET
NOBLESVILLE IN 46060

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $171.50 | $171.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1861.** **Priority creditor's name and mailing address**

DUNN, KAMERON M
6112 NORTH WOOD LAKE DR E
NORTHPORT AL 35473

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.73 | $25.73 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1862.** **Priority creditor's name and mailing address**

DUNNING, CATHLEEN E
3310 S. WALNUT CREEK PKWY
APT. H
RALEIGH NC 27606

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.80 | $164.80 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.1863.** **Priority creditor's name and mailing address**

DUPLANTIS, BONILLA HILAIZA
8 PLYMOUTH ST
EVERETT MA 02149

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $101.76 | $101.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1864.** **Priority creditor's name and mailing address**

DUPLECHAIN, JENNA N
101 E ROMANA ST
UNIT 360
PENSACOLA FL 32502

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $522.59 | $522.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1865.** **Priority creditor's name and mailing address**

DURAN, BRIANNA
1032 FRISCO HILLS BLVD
LITTLE ELM TX 75068

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $42.08 | $42.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.1866.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DURAN, EMILI
30399 SW THOMAS ST
UNIT 2507
WILSONVILLE OR 97070

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$174.05

$174.05

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1867.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DURAN, KIMBERLY S
116 FORBES LN
VENTURA CA 93001-1317

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,857.30

$1,857.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1868.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

DURAND-JONES, JENNIFER
3252 CLEARING CIR
CORONA CA 92882-8362

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,233.06

$4,233.06

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

**2.1869.** **Priority creditor's name and mailing address**

DURANT, DAISHA
6560 SNOWBIRD LN
DOUGLASVILLE GA 30135

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $206.12 | $206.12 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1870.** **Priority creditor's name and mailing address**

DURAWA, SYDNEY
1023 SPENCERPORT RD
APARTMENT 4
ROCHESTER NY 14606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $461.83 | $461.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.1871.** **Priority creditor's name and mailing address**

DURDEN, SALEXCIA
517 SLATER AVE
HAMPTON VA 23664

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.48 | $140.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1872.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.1872.** **Priority creditor's name and mailing address**

DURHAM, ALISSA
1317 HOSMER CT
WAKE FOREST NC 27587

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $327.69 | $327.69 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1873.** **Priority creditor's name and mailing address**

DURHAM, DARNEISHIA D
6181 VILLAGE PARK RD
MEMPHIS TN 38141

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $1,179.34 | $1,179.34 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1874.** **Priority creditor's name and mailing address**

DURRANT, ANIJA R
837 W GORDON STREET
APT C
ALLENTOWN PA 18102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $112.88 | $112.88 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

**2.1875.** **Priority creditor's name and mailing address**

DURRETT, DONNA M
520 ROSEDALE ST
PITTSBURGH PA 15221

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $137.75 | $137.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1876.** **Priority creditor's name and mailing address**

DUSTIN, JANET
433 WINTERBERRY CT
HOWELL NJ 07731

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,430.62 | $2,430.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1877.** **Priority creditor's name and mailing address**

DUVALL, ERIKA M
2612 WENTWORTH RD
PARKVILLE MD 21234

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $342.72 | $342.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.1878. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | DWYER, KHARSYN J<br>8657 GREEN BRANCH LOOP<br>BRYAN TX 77808 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $540.10 | $540.10 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $540.10

**Priority amount** $540.10

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1879.    **Priority creditor's name and mailing address**

DWYER, PATRIZIA
5080 GAUTIER-VANCLEAVE RD. #C9
GAUTIER MS 39553

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $154.35

**Priority amount** $154.35

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1880.    **Priority creditor's name and mailing address**

D'ZURILLA, AMANDA N
1230 BRIGHTON LANE
BOGART GA 30622

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $179.19

**Priority amount** $179.19

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.1881. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

2.1881.  **Priority creditor's name and mailing address**

EAKINS, KEANA L
8177 AUTUMN LANE
WEST CHESTER OH 45069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $36.77 | $36.77 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1882.  **Priority creditor's name and mailing address**

EASON, THALIYYAH
3819 CAVEROW AVE
PENNSAUKEN NJ 08110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $207.80 | $207.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1883.  **Priority creditor's name and mailing address**

EASTER, EBONY E
11052 BRATTLEBORO CIRCLE
MATHER CA 95655

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $229.80 | $229.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| 2.1884. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1884.  **Priority creditor's name and mailing address**

EASTMAN, ANDREA M
3270 UNION RD
CHEEKTOWAGA NY 14227

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,949.82

**Priority amount** $2,949.82

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1885.  **Priority creditor's name and mailing address**

EATON, KARISSA D
179 SCAREY LANE
CAMDENTON MO 65020

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $119.71

**Priority amount** $119.71

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1886.  **Priority creditor's name and mailing address**

EBERSOLE, CARLY E
2802 MAPLE AVE
ALTOONA PA 16601

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $139.20

**Priority amount** $139.20

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

---

**2.1887.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

EBERT, MELANIE
5016 CHURCH RD
MOUNT LAUREL NJ 08054-9601

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $146.91
Priority amount: $146.91

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1888.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ECHEVARRIA, ZAYMARA
CALLE PANORAMA
APT 12
TRUJILLO ALTO PR 00976

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $174.00
Priority amount: $174.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1889.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ECKARD, SAIGE M
10390 KNOB RD
MERCERSBURG PA 17236

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $232.81
Priority amount: $232.81

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1890. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.1890.  **Priority creditor's name and mailing address**

EDMUNDS, LINDSEY
18402 NE 83RD ST
VANCOUVER WA 98682

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $125.16 | $125.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1891.  **Priority creditor's name and mailing address**

EDWARDS, DAJHA L
12646 W. LA BELLE
28B 1224
BATON ROUGE LA 70815

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $60.03 | $60.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.1892.  **Priority creditor's name and mailing address**

EDWARDS, DEANNA N
19539 E COVINA BLVD APT 211
211
COVINA CA 91724

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $346.20 | $346.20 |
| | **Nonpriority amount** |
| | $0.00 |

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |

---

**2.1893.** **Priority creditor's name and mailing address**

EDWARDS, DEBORA
137 EAST MAIN ST APT2
PAHOHEE FL 33476

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $227.40 | $227.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1894.** **Priority creditor's name and mailing address**

EDWARDS, JANELLE
4946 RIDGE HARBOR
HOUSTON TX 77053

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $121.69 | $121.69 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1895.** **Priority creditor's name and mailing address**

EDWARDS, SIMONE L
11 FALL AVE LOT B
SAVANNAH GA 31405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.80 | $96.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1896.** **Priority creditor's name and mailing address**

EDWARDS, STACY-ANN C
4E COLONIAL CREST DR
LANCASTER PA 17601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $185.62 | $185.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1897.** **Priority creditor's name and mailing address**

EGAN, CATHERINE
6103 TOBEY COURT
SPRINGFIELD VA 22150

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $102.75 | $102.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1898.** **Priority creditor's name and mailing address**

EGGEBRECHT, KAILER C
5015 HAINES AVE
RAPID CITY SD 57701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $178.55 | $178.55 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1899.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | EISIMINGER, LAURA<br>1540 N MAIN ST.<br>WILLIAMSTOWN NJ 08094 | *Check all that apply.* | $5,812.03 | $5,812.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1900.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | EL, HASSAN LEAH<br>800 N BROAD ST.<br>APT. 60<br>ELIZABETH NJ 07208 | *Check all that apply.* | $44.69 | $44.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1901.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | ELBELTAGI, TATIANNA O<br>447 N ARMISTEAD ST.<br>2<br>ALEXANDRIA VA 22312 | *Check all that apply.* | $94.81 | $94.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

| 2.1902. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**2.1902.** **Priority creditor's name and mailing address**

ELCIK, JESSICA L
88-42 79TH AVENUE
GLENDALE NY 11385

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $191.70 | $191.70 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1903.** **Priority creditor's name and mailing address**

ELDER, ISABELLA R
9302 ST GEORGE RD
9302 ST GEORGE
PEYTON CO 80831

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $121.21 | $121.21 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1904.** **Priority creditor's name and mailing address**

ELDRIDGE, SOPHIA
3878 LEWIS LN
OWENSBORO KY 42301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $157.21 | $157.21 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

| 2.1905. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ELIAS, BRIANA S
113 OLEANDER AVE
SAVANNAH GA 31404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $185.28

**Priority amount**    $185.28

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1906.

**Priority creditor's name and mailing address**

ELIE, DJENNY
227-15 113TH AVENUE
QUEENS VILLAGE NY 11429

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $1,797.69

**Priority amount**    $1,797.69

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1907.

**Priority creditor's name and mailing address**

ELIZALDE, OSCAR D
1011 WONDER WORLD
APT 1816
SAN MARCOS TX 78666

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $187.52

**Priority amount**    $187.52

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1908.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ELKETTANI, MONA
3614 JUNEBERRY DRIVE
WESLEY CHAPEL FL 33543

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$67.93 | $67.93

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1909.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ELLEDGE, EMILY C
158 MYRICK ROAD
LUMBERTON MS 39455

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$62.06 | $62.06

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1910.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ELLINGTON, JASMINE M
4021 BILLINGSGATE ROAD
ORLANDO FL 32839

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$105.83 | $105.83

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1911.** **Priority creditor's name and mailing address**

ELLIOTT, FELICIA R
400 CATTELL AVE
OAKLYN NJ 08107

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.99 | $36.99 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1912.** **Priority creditor's name and mailing address**

ELLIOTT, JADA E
21 SUNSET DRIVE
21
LAUREL DE 19956

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $248.37 | $248.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1913.** **Priority creditor's name and mailing address**

ELLIOTT, JAYLA
433 HILLANDALE DR
JACKSON MS 39212

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $218.37 | $218.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.1914. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ELLIOTT, MICHELLE M
3465 ROSETTA STREET
MUNHALL PA 15120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     **Priority amount**
$2,759.36            $2,759.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1915.    Priority creditor's name and mailing address**

ELLIS, CIARA R
102 BELAIR LOOP
JACKSONVILLE AR 72076

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     **Priority amount**
$88.15               $88.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.1916.    Priority creditor's name and mailing address**

ELLIS, MORRIGAN L
3431 NORTH FLOWING WELLS RD
UNIT 57
TUCSON AZ 85707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     **Priority amount**
$194.04              $194.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

---

**2.1917.** **Priority creditor's name and mailing address**

ELLIS, PATIENCE N
1228 NIMITZ WAY
1228 NIMITZ WA
MESQUITE TX 75181

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.48 | $35.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1918.** **Priority creditor's name and mailing address**

ELLIS, SHUNDA N
1302 RIVAGE CIR
BRANDON FL 33511

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $173.94 | $173.94 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1919.** **Priority creditor's name and mailing address**

ELMORE, TENIKA L
2021 EAST 51STREET
SAVANNAH GA 31404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $18.74 | $18.74 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.1920. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ELMORE, ZSAISHMA T
11 BRANSFIELD RD.
GREENVILLE SC 29615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,330.80 | $1,330.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.1921. | **Priority creditor's name and mailing address** | | | |
|---|---|---|---|---|

ELY, ERIN
180 WALNUT ST
WILLIMANTIC CT 06226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $493.02 | $493.02 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.1922. | **Priority creditor's name and mailing address** | | | |
|---|---|---|---|---|

EMERY, NICOLE B
15919 GOLD CIRCLE
OMAHA NE 68130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $275.22 | $275.22 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1923.** **Priority creditor's name and mailing address**

EMI, AYANNA N
83 CENTRAL AVE
3
ALBANY NY 12206

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $52.95 | $52.95 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1924.** **Priority creditor's name and mailing address**

ENCALADA, PAOLA L
80-35 88TH RD
1
WOODHAVEN NY 11421

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $521.25 | $521.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1925.** **Priority creditor's name and mailing address**

ENGERON, TAYLOR R
120 YELLOWSTONE ST
KENNER LA 70065-1037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $643.89 | $643.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1926. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ENIX, GENIECE K
66/ BELMONT AVENUE
JERSEY CITY NJ 07304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $208.80

**Priority amount** $208.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1927. **Priority creditor's name and mailing address**

ENNIS, SHYANN M
9310 E MAIN ST LOT 131
MESA AZ 85207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $31.68

**Priority amount** $31.68

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1928. **Priority creditor's name and mailing address**

ENRIQUEZ, VICTORIA A
3361 MARTIN COUNTY ROAD 2050
STANTON TX 79782

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $136.61

**Priority amount** $136.61

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

---

**2.1929.** **Priority creditor's name and mailing address**

ENRIQUEZ, YOLANDA C
12201 E ALASKA AVE
AURORA CO 80012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.94 | $59.94 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.1930.** **Priority creditor's name and mailing address**

ENSBRENNER, TAYLOR L
1176 E ARLINGTON RD
ERIE PA 16504-2706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $174.95 | $174.95 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.1931.** **Priority creditor's name and mailing address**

ENWRIGHT, BROOKE K
1566 DORCHESTER ST
PORT CHARLOTTE FL 33952

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $274.53 | $274.53 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.1932.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ERAKAT, SHERIN
8040 MARION
#3E
JUSTICE IL 60458

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,191.84
Priority amount: $2,191.84

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1933.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ERB, JENNA M
1029 LATROBE ST
PARKERSBURG WV 26101

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $435.05
Priority amount: $435.05

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1934.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ERB, SAMANTHA M
24 4TH STREETH
DOUGLASVILLE PA 19518

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $109.28
Priority amount: $109.28

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.1935. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1935.** **Priority creditor's name and mailing address**

ERICKSON, BROOKE E
6885 EL TERRA RD
OSAGE BEACH MO 65065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $116.01 | $116.01 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1936.** **Priority creditor's name and mailing address**

ERICKSON, CYDNEY L
081 W 200 S
PORTLAND IN 47371

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $301.90 | $301.90 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1937.** **Priority creditor's name and mailing address**

ERIVES, PAOLA
1820 MCDANIEL ST
NORTH LAS VEGAS NV 89030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,688.44 | $1,688.44 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1938.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ERRAR, TIARA
8554 BRAYLEN MANOR DRIVE
DOUGLASVILLE GA 30134

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $122.52

**Priority amount** $122.52

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1939.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ERTLE, RACHEL
7304 ATLANTIC AVE
WILDWOOD CREST NJ 08260

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $211.16

**Priority amount** $211.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1940.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ERVIN, KELLEY M
23527 BLUE FOX RD
FOUNTAIN FL 32438

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $383.27

**Priority amount** $383.27

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.1941.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ESAMAR, PEREZ VIRGINIA
2308 DAYTON AVE
BAKERSFIELD CA 93304

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $123.00

**Priority amount** $123.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1942.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ESCALANTE, MARIBEL I
5482 TUCSON ST
DENVER CO 80239

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $424.74

**Priority amount** $424.74

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1943.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ESCALERA, JENNIFER J
211 HILLCREST AVE
BROOKLYN MD 21225

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $198.27

**Priority amount** $198.27

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1944.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ESCAMILLA, DALLAS A
1940 EAST PARKWAY
DELAND FL 32724

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $286.71
**Priority amount** $286.71

**Nonpriority amount**
$0.00

---

**2.1945.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ESCOBAR, ALYSSA D
2551 TILLER AVE
PORT HUENEME CA 93041

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $143.64
**Priority amount** $143.64

**Nonpriority amount**
$0.00

---

**2.1946.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ESCOBAR, JENNIFER
2135 MEANDERING DR
IRVING TX 75060

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $0.00
**Priority amount** $0.00

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

---

**2.1947.** **Priority creditor's name and mailing address**

ESCOBAR, JENNIFER
2135 MEANDERING DR
IRVING TX 75060

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $664.30 | $664.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1948.** **Priority creditor's name and mailing address**

ESCOBEDO, ANGELICA A
11467 DENNIS RD
1055
DALLAS TX 75229

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $313.45 | $313.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.1949.** **Priority creditor's name and mailing address**

ESCOBEDO, GRETHEL
775 TREAT AVE
#3
SAN FRANCISCO CA 94110

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $742.65 | $742.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1950.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.1950. Priority creditor's name and mailing address**

ESCOBEDO, JESSICA N
4002 SOUTHERLAND RD
11
HOUSTON TX 77092-4431

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $73.12 | $73.12 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1951. Priority creditor's name and mailing address**

ESCUTIA, ANGELIQUE P
1821 SWALLOW CT
EAST LANSING MI 48823

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $40.89 | $40.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1952. Priority creditor's name and mailing address**

ESHO, LYDYA N
2751 W GLENLAKE
CHICAGO IL 60659

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $228.36 | $228.36 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.1953. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ESPERICUETA, FONSECA ODALIS<br>812 N 28TH ST<br>PHOENIX AZ 85008 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $127.71 | $127.71 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.1954. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ESPINAL, YASMEEN N<br>5040 COMANCHE DR<br>117<br>LA MESA CA 91942 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $153.60 | $153.60 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.1955. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ESPINOSA, FATIMA<br>377 JAY ST<br>ELGIN IL 60120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10.31 | $10.31 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1956.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | ESPINOSA, JENNIFER B<br>1997 MAYFLOWER DR<br>WOODBRIDGE VA 22192 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $57.55 | $57.55 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.1957.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | ESPINOZA, BIANKA R<br>2135 SIERRA WAY<br>OXNARD CA 93033-5715 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $481.28 | $481.28 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.1958.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | ESPINOZA, DAISY<br>1143 HICKORY TRL<br>GARLAND TX 75040-7446 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $1,373.18 | $1,373.18 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.1959. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | ESPINOZA, DAISY<br>1719 AVENUE C<br>FRESNO TX 77545 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $104.00 | $104.00<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.1960. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | ESPINOZA, YULISA<br>8735 STATE ROAD 38 EAST<br>LAFAYETTE IN 47905 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $107.23 | $107.23<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.1961. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | ESPOSITO, LYDIA C<br>360 E. BRADLEY AVE.<br>28<br>EL CAJON CA 92021 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $222.84 | $222.84<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1962.** **Priority creditor's name and mailing address**

ESQUEJO, RONALD C
20857 GRAPEVINE DRIVE
DIABLO GRANDE CA 95363

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $8,268.72 | $8,268.72 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1963.** **Priority creditor's name and mailing address**

ESQUILIN, ANNE
746 S CARLDON ST REAR
ALLENTOWN PA 18103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $434.71 | $434.71 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1964.** **Priority creditor's name and mailing address**

ESTASSIN, FATCHENSKY
11625 JEFFERSON COMMONS CIRC
UNIT 411A
ORLANDO FL 32826

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $353.43 | $353.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                   Case number *(if known)* **19-10214**

---

**2.1965.** **Priority creditor's name and mailing address**

ESTEVEZ, GISSELLE
1103 HIGHLANDS DR APT 1
NAPLES FL 34103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.49 | $25.49 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1966.** **Priority creditor's name and mailing address**

ESTRADA, ABRIL A
1095 QUINTO SOL
VADO NM 88072

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.40 | $100.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.1967.** **Priority creditor's name and mailing address**

ESTRADA, ANA
25427 EDGEMONT DR
SAN BERNARDINO CA 92404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.40 | $77.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1968.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.1968.** **Priority creditor's name and mailing address**

ESTRADA, ANTONIO
1545 EAST MADISON AVE
EL CAJON CA 92019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $181.20 | $181.20 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1969.** **Priority creditor's name and mailing address**

ESTRADA, ASHLEY
9474 DAMON DR.
THORNTON CO 80260

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $46.07 | $46.07 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.1970.** **Priority creditor's name and mailing address**

ESTRADA, CASSANDRA
4809 E TWINFLOWER PL
TUCSON AZ 85756-5106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $1,815.28 | $1,815.28 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.1971.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| ESTRADA, JENNIFER M<br>3018 FITZGERALD RD.<br>SIMI VALLEY CA 93065 | | $7,307.23 | $7,307.23

☐ Contingent
☐ Unliquidated                                                       **Nonpriority amount**
☐ Disputed
                                                                     $0.00

**Date or dates debt was incurred**                    **Basis for the claim:**

_____                            WAGES & PTO

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

                                                        ☐ No
**Specify Code subsection of PRIORITY**                 ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1972.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| ESTRADA, KARLA L<br>814 MAGMOLIA AVE #4<br>PASADENA CA 91106 | | $195.96 | $195.96

☐ Contingent
☐ Unliquidated                                                       **Nonpriority amount**
☐ Disputed
                                                                     $0.00

**Date or dates debt was incurred**                    **Basis for the claim:**

_____                            WAGES & PTO

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

                                                        ☐ No
**Specify Code subsection of PRIORITY**                 ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1973.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| ESTRADA, RIVERA ARACELI<br>9032 MONTOYA ST APT 3<br>SACRAMENTO CA 95826 | | $123.96 | $123.96

☐ Contingent
☐ Unliquidated                                                       **Nonpriority amount**
☐ Disputed
                                                                     $0.00

**Date or dates debt was incurred**                    **Basis for the claim:**

_____                            WAGES & PTO

**Last 4 digits of account number:**                   **Is the claim subject to offset?**

                                                        ☐ No
**Specify Code subsection of PRIORITY**                 ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

---

**2.1974.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.1974.** **Priority creditor's name and mailing address**

ESTRADA, RYANNE S
22232 E VIA DEL RANCHO
1009
QUEEN CREEK AZ 85142

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $76.67 | $76.67 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1975.** **Priority creditor's name and mailing address**

ESTRADA, SOFIA G
307 W COLUMBIA AVE
APT 1
CHAMPAIGN IL 61820

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $150.40 | $150.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1976.** **Priority creditor's name and mailing address**

ESTRADA, STEPHANIE
1901 FAITH AVE.
BAKERSFIELD CA 93304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $555.27 | $555.27 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1977.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

EUBANKS-WILLIAMS, APRIL L
740 COUNTRY PLACE DR
TOBYHANNA PA 18466

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,076.32
Priority amount: $2,076.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1978.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

EUREK, MAKAYLA M
117 W 5TH ST
BELVIDERE IL 61008

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $79.20
Priority amount: $79.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1979.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

EUSTAQUIO, KAREN V
12025 S FIGUEROA ST
LOS ANGLES CA 90061

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $284.88
Priority amount: $284.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.1980. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

EVANS, ASHANTI E
2070 SOUTH JOHN RUSSELL CIRCLE
A
ELKINS PARK PA 19027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $548.16

**Priority amount** $548.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1981.  **Priority creditor's name and mailing address**

EVANS, ASHLEY D
1201 ALBERT AVE
505
MIDLAND TX 79701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $42.95

**Priority amount** $42.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1982.  **Priority creditor's name and mailing address**

EVANS, ASHLEY F
1004 OAK TERRACE DRIVE
NORTH MANKATO MN 56003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,670.65

**Priority amount** $3,670.65

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1983.** **Priority creditor's name and mailing address**

EVANS, BRIANNA
5301 ALPH RD
APT 237
DALLAS TX 75240

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,899.46 | $1,899.46 |

**Nonpriority amount**

$0.00

---

**2.1984.** **Priority creditor's name and mailing address**

EVANS, KELSEY M
700 LOWER STATE RD
APT 9 B-1
NORTH WALES PA 19454

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $564.31 | $564.31 |

**Nonpriority amount**

$0.00

---

**2.1985.** **Priority creditor's name and mailing address**

EVANS, KENIESE R
90 E JEFFERSON ST.
APT 8
NORTH LIBERTY IA 52317

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $133.73 | $133.73 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

---

| 2.1986. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

EVANS, MADISON J
1206 MANHATTAN ST.
APT. A
MICHIGAN CITY IN 46360

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $120.32

**Priority amount** $120.32

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.1987.    **Priority creditor's name and mailing address**

EVANS, MEGAN E
9080 LAKE CHASE ISLAND WAY
TAMPA FL 33626

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,208.10

**Priority amount** $1,208.10

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.1988.    **Priority creditor's name and mailing address**

EVANS, SAVANNAH D
12100 CHRISTMAN DRIVE
LOUISVILLE KY 40229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $37.62

**Priority amount** $37.62

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.1989. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

EVANS, TATUM L
60 CRESCENT COURT
MORGANVILLE NJ 07751

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$95.58

**Priority amount**
$95.58

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1990.    **Priority creditor's name and mailing address**

EVANS, TERINA L
1288 W GALBRAITH RD
CINCINNATI OH 45231

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$198.62

**Priority amount**
$198.62

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1991.    **Priority creditor's name and mailing address**

EVERETT, MACKENZIE P
606 ASHBY CT.
ALLEN TX 75002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$176.40

**Priority amount**
$176.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| **2.1992.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** / **Priority amount** |

**2.1992.**  **Priority creditor's name and mailing address**

EVERETT, TYLER T
2140 NW 50TH STREET
MIAMI FL 33142

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $465.48 | $465.48 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1993.**  **Priority creditor's name and mailing address**

EVERETTE, MICHAELA
22404 KOEHLER DRIVE
MORGANTOWN WV 26508

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $49.96 | $49.96 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1994.**  **Priority creditor's name and mailing address**

EVERSLEY, CIRITA
4613 BAYMAR DR
103
RALEIGH NC 27612

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $2,130.61 | $2,130.61 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

**2.1995.** **Priority creditor's name and mailing address**

EVERSOLE, MADISON B
206 HAMPTON PLACE CT
FAIRDALE KY 40118

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $37.04 | $37.04 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1996.** **Priority creditor's name and mailing address**

EWING, KANIYA
P.O. BOX 503
WOODSTOCK GA 30188

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $189.77 | $189.77 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1997.** **Priority creditor's name and mailing address**

EYERMAN, JAZMINE T
22 COLES ROW
MCKESS ROCKS PA 15136

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $91.13 | $91.13 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.1998.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

EZZO, BRIANNA
24 MIDDLE ISLAND RD
MIDDLE ISLAND NY 11953-1205

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $970.65

Priority amount: $970.65

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.1999.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

EZZO, BROOKE
24 MIDDLE ISLAND DR
MIDDLE ISLAND NY 11953

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,352.96

Priority amount: $1,352.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2000.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FABRICATORE, KATELYN M
11144 APT E SUNBURST LANE
FREDERICKSBURG VA 22407

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $68.50

Priority amount: $68.50

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2001.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2001.**

**Priority creditor's name and mailing address**

FAGAN, CHEYANNE
2282 COUNTY STREET 2956
BLANCHARD OK 73010

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $62.85 | $62.85 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2002.**

**Priority creditor's name and mailing address**

FAHEY, QUINN N
755 HERON DR.
MANKATO MN 56001

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $236.56 | $236.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2003.**

**Priority creditor's name and mailing address**

FAIRCLOTH, TIFFANY R
420 A HENRY STREER
SUFFOLK VA 23434

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $32.00 | $32.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.2004. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|----------------------------------------------|-----------------------------------------------|-------------|-----------------|

**2.2004.** **Priority creditor's name and mailing address**

FAIRWEATHER, HARLEY N
4809 PRAIRIE ASTER DR
GARLAND TX TX 75043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $107.42 | $107.42 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2005.** **Priority creditor's name and mailing address**

FAJEMIROKUN, KEANNA
216 SOUTH BENEDICT AVE
OAK RIDGE TN 37830-7313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $2,274.62 | $2,274.62 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2006.** **Priority creditor's name and mailing address**

FALCO, ALLISON R
85 RIVERDALE AVE
NEPTUNE CITY NJ 07753

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $42.75 | $42.75 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                   Case number *(if known)* **19-10214**

| **2.2007.** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2007.** **Priority creditor's name and mailing address**

FANNIN, MADISON H
605 POWELL LANE
404
FLATWOODS KY 41139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $430.55 | $430.55 |

**Nonpriority amount**
$0.00

---

**2.2008.** **Priority creditor's name and mailing address**

FARABAUGH, SUZANNE
20060 VALHALLA SQUARE
ASHBURN VA 20147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $398.00 | $398.00 |

**Nonpriority amount**
$0.00

---

**2.2009.** **Priority creditor's name and mailing address**

FARABEE, CHELSEA L
3154 WALDEN RAVINES COLUMBUS
COLUMBUS OH 43221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,488.79 | $1,488.79 |

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.2010. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.2010.  **Priority creditor's name and mailing address**

FARIA, BRIANNA
26 CHARTER DRIVE
SOUTH RIVER NJ 08882

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $70.09

**Priority amount**    $70.09

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2011.  **Priority creditor's name and mailing address**

FARIHA, FARZANA Z
2244 ANTONIA LN.
WARREN MI 48091

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $203.78

**Priority amount**    $203.78

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2012.  **Priority creditor's name and mailing address**

FARLEY, CIERA N
5161 RICE ROAD
24
ANTIOCH TN 37013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $124.11

**Priority amount**    $124.11

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**2.2013.** **Priority creditor's name and mailing address**

FARR, CHASIDY R
1145 PARADISE VISTA DRIVE
HENDERSON NV 89002

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $143.63 | $143.63 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2014.** **Priority creditor's name and mailing address**

FARRALL, ALLISON V
1904 CRACK WILLOW CT
UPPER MARLBORO MD 20774

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.32 | $59.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2015.** **Priority creditor's name and mailing address**

FARRARE, KALAZIA A
12470 CHESTNUT CIRCLE
PRINCESS ANNE MD 21853

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $131.58 | $131.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.2016.  **Priority creditor's name and mailing address**

FARRISH, REGIN I
5500 SAMPSON STREET
HOUSTON TX 77004

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $177.48 | $177.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2017.  **Priority creditor's name and mailing address**

FARROW, CARLEY J
828 LEWISBERRY RD
LEWISBERRY PA 17339

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $596.93 | $596.93 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2018.  **Priority creditor's name and mailing address**

FATOVIC, ALEXYS
32 DREXEL DRIVE
JACKSON NJ 08527

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,078.03 | $1,078.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

| 2.2019. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.2019.** **Priority creditor's name and mailing address**

FAWLING, BREYONNA
120 DEER RIDGE DRIVE
LIZELLA GA 31052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $119.44 | $119.44 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2020.** **Priority creditor's name and mailing address**

FEARS, DIAMOND
1121 UPTON AVE
TOLEDO OH 43607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $89.69 | $89.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2021.** **Priority creditor's name and mailing address**

FEIRER, OLIVIA M
3036 EAST WATERFORD AVENUE
SAINT FRANCIS WI 53235

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $229.46 | $229.46 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.2022. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

FELCH, KATELYN D
14140 BROADWAY EXT.
533
EDMOND OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $108.39

**Priority amount** $108.39

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2023.   **Priority creditor's name and mailing address**

FELDMAN-RATNER, TANYA
6151 CENTER ST
207
MENTOR OH 44060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $163.99

**Priority amount** $163.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2024.   **Priority creditor's name and mailing address**

FELICIANO, ISAAC
18 DUNCAN AVE
PROVIDENCE RI 02906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $552.26

**Priority amount** $552.26

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                                                 Case number *(if known)* **19-10214**

**2.2025.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |

FELIX, KATE A
2420 FULLERTON AVE.
MCALLEN TX 78504

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $64.24

**Priority amount** $64.24

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2026.** | **Priority creditor's name and mailing address**

FELIX, MAYRA A
42 HELMETTA RD
JAMESBURG NJ 08831

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $117.71

**Priority amount** $117.71

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2027.** | **Priority creditor's name and mailing address**

FELIZ, PATRIA M
31A MARBLE ST
WORCESTER MA 01603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $226.50

**Priority amount** $226.50

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.2028.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | FELLER, MADISON<br>14668 BEAR CREEK RD<br>REDFIELD IA 50233 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $91.58 | $91.58 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.2029.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | FELTNER-WILLIAMS, DESTINY A<br>1505 HANCOCK DRIVE APT D<br>NORMAL IL 61761 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $104.11 | $104.11 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.2030.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | FERDINAND, ALIYAH<br>4612 SHAY TERRACE<br>BUFORD GA 30519 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $241.44 | $241.44 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.2031.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| | FERGUSON, LAURYN<br>3303 WICKHAM AVE<br>BRONX NY 10469 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $226.20 | $226.20

| | | | | **Nonpriority amount**
| | | | | $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2032.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| | FERGUSON, SABLE A<br>13428 SILVER HILL ROAD<br>SUMERDUCK VA 22742 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,787.08 | $2,787.08

| | | | | **Nonpriority amount**
| | | | | $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2033.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| | FERGUSON, TEHYANA<br>95 VANTAGE RD<br>HAMDEN CT 06514 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41.21 | $41.21

| | | | | **Nonpriority amount**
| | | | | $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2034.** **Priority creditor's name and mailing address**

FERHATBEGOVIC, AJLA
4301 SUNRIDGE DR APT E
SAINT LOUIS MO 63125

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $403.34 | $403.34 |

**Nonpriority amount**

$0.00

---

**2.2035.** **Priority creditor's name and mailing address**

FERNANDES, ISA Y
89 PLEASANT ST
NEW BEDFORD MA 02740

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $284.52 | $284.52 |

**Nonpriority amount**

$0.00

---

**2.2036.** **Priority creditor's name and mailing address**

FERNANDEZ, ALYSSA C
2120 RAMROD AVENUE
APT. 2327
HENDERSON NV 89014

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $50.90 | $50.90 |

**Nonpriority amount**

$0.00

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.2037.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FERNANDEZ, CEEKAY
1829 65TH STREET SOUTHEAST
AUBURN WA 98092

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $96.36

**Priority amount** $96.36

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2038.** | **Priority creditor's name and mailing address**

FERNANDEZ, EMELY
61-55 JUNCTION BLVD APT 9M
QUEENS NY 11374

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $465.45

**Priority amount** $465.45

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2039.** | **Priority creditor's name and mailing address**

FERNANDEZ, GLORIA L
740 S LYON ST
552
SANTA ANA CA 92705

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $662.64

**Priority amount** $662.64

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2040.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| FERNANDEZ, GRACIA M<br>4715 SW 18 PL<br>GAINESVILLE FL 32607 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $999.74 | $999.74<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2041.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| FERNANDEZ, HOPE G<br>56 ARMINGTON AVE<br>PROVIDENCE RI 02908 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $95.03 | $95.03<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2042.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| FERNANDEZ, JANEL C<br>5428 CHILDRESS DR<br>GRAND PRAIRIE TX 75052 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94.08 | $94.08<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

---

**2.2043.** **Priority creditor's name and mailing address**

FERNANDEZ, KATHIRIA M
2104 ONETA CT
2104 ONETA CT
ORLANDO FL 32818

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $618.22 | $618.22 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2044.** **Priority creditor's name and mailing address**

FERNANDEZ, SIERRA M
1601 JOHNSTOCKBAUER DR
3207
VICTORIA TX 77901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $154.13 | $154.13 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2045.** **Priority creditor's name and mailing address**

FERNANDEZ, SOLIDAD
450 PARK AVE
UNIT 708
FOLEY AL 36535

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $311.04 | $311.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2046.**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $167.04 | $167.04 |

FERNANDEZ, SUSANA
926 CHESTNUT AVE
E
LONG BEACH CA 90813

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.2047.**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $61.30 | $61.30 |

FERNANDEZ, TIFFINY A
1000 CHASTAIN ROAD
KENNESAW GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.2048.**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| | *Check all that apply.* | $31.62 | $31.62 |

FERREIRA, KAYLN
92-605 WELO STREET
KAPOLEI HI 96707-3746

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | Nonpriority amount |
|---|---|---|---|
| | | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2049.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FERREIRA, MADILYN
3046 LOCKPORT ROAD
NIAGARA FALLS NY 14305

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $885.22

**Priority amount** $885.22

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2050.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FERREIRA, MICHELLE D
79 MIDDLEBORO AVE
TAUNTON MA 02780

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $126.90

**Priority amount** $126.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2051.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FERREIRO, YESENIA
540 ASPEN RD
WEST PALM BEACH FL 33409

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $36.55

**Priority amount** $36.55

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

| 2.2052. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | FERRELL, VERONICA E<br>5901 SAMANTHA STREET APT B<br>FAYETTEVILLE AR 72704 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $578.71 | $578.71<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| 2.2053. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | FETCHO, AUDREY A<br>9329 S ST. LOUIS AVE.<br>EVERGREEN PARK IL 60805 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $216.70 | $216.70<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| 2.2054. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | FIASCHE, VALENTINA A<br>2324 NORTH 76TH COURT<br>ELMWOOD PARK IL 60707 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $396.52 | $396.52<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2055.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

| | | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

**2.2055.** **Priority creditor's name and mailing address**

FICHERA, DANA
40 CAPRI DRIVE
ROCHESTER NY 14624

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $192.37 | $192.37 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2056.** **Priority creditor's name and mailing address**

FIELDER, CATHERINE R
613 W MADISON ST
PURCELL OK 73080

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $593.73 | $593.73 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2057.** **Priority creditor's name and mailing address**

FIGALLO, FRANCA
2948 MYRTLE OAK CIR
DAVIE FL 33328

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $132.57 | $132.57 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.2058. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2058.** **Priority creditor's name and mailing address**

FIGUEROA, ALEXIS R
11313 W. WILLOW LN
AVONDALE AZ 85392

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $237.60

**Priority amount**    $237.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2059.** **Priority creditor's name and mailing address**

FIGUEROA, ANGELICA N
3637 SNELL AVENUE
#349
SAN JOSE CA 95136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $258.75

**Priority amount**    $258.75

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2060.** **Priority creditor's name and mailing address**

FIGUEROA, BREYLIS K
CALLE 20 N-35
RIO GRANDE EST
RIO GRANDE PR 00745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $358.01

**Priority amount**    $358.01

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2061.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.2061.** **Priority creditor's name and mailing address**

FIGUEROA, CHAVEZ SOFIA T
712 WOODFIELD ROAD
WEST HEMPSTEAD NY 11552

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$122.52

**Priority amount**
$122.52

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2062.** **Priority creditor's name and mailing address**

FIGUEROA, COURTNEY I
5433 EDEN LANE #39
CONOVER NC 28613

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$164.86

**Priority amount**
$164.86

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2063.** **Priority creditor's name and mailing address**

FIGUEROA, DIANA C
709 CATHERINE ST
PERTH AMBOY NJ 08861

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$116.82

**Priority amount**
$116.82

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.2064.    **Priority creditor's name and mailing address**

FIGUEROA, JOHNELLE
1127 N VELIE CT
VISALIA CA 93292

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $231.36 | $231.36 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2065.    **Priority creditor's name and mailing address**

FILES, ARIANNA M
7035 MAYFIELD DRIVE
PORT RICHEY FL 34668

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $106.42 | $106.42 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2066.    **Priority creditor's name and mailing address**

FILIPE, ALEXA M
268 NORTH HICKORY ST
NORTH MASSAPEQUA NY 11758

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.16 | $107.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2067.** **Priority creditor's name and mailing address**

FILLMORE, QUANESHA M
1700 N. DUPONT HWY APT B204
DOVER DE 19901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,470.78 | $1,470.78 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2068.** **Priority creditor's name and mailing address**

FINLEY, AZARIA
40893 HIGHPOINTE DR.
CLINTON TOWWNSHIP MI 48038

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $85.83 | $85.83 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2069.** **Priority creditor's name and mailing address**

FINLEY, INDONEIZHANE L
802 E JACKSON DR APT.411
411
FLAGSTAFF AZ 86001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $282.84 | $282.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| **2.2070.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** / **Priority amount** |

**2.2070.** **Priority creditor's name and mailing address**

FINLEY, KATHRYN A
2172 LAKE DRIVE
ARNOLD MO 63010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $628.72 | $628.72 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2071.** **Priority creditor's name and mailing address**

FINLEY, LACEY E
150 SOULES CIRCLE
EDDY TX 76524

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.66 | $96.66 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2072.** **Priority creditor's name and mailing address**

FINNEY, SHERESA
1712 JANUARY DR. APT 203
SILVER SPRING MD 20904

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $184.00 | $184.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

| 2.2073. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.2073. **Priority creditor's name and mailing address**

FISHER, CAPRICE
424 HOLTEN DR
BLOOMINGTON IL 61701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $139.87

**Priority amount**  $139.87

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2074. **Priority creditor's name and mailing address**

FISHER, DESTINY C
1308 WATERS EDGE DR
NEWARK DE 19702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $65.84

**Priority amount**  $65.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2075. **Priority creditor's name and mailing address**

FISHER, KAYLIN
548 CENTRAL CT NORTH
INDIANAPOLIS IN 46205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $73.60

**Priority amount**  $73.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

**2.2076.** **Priority creditor's name and mailing address**

FITCH, KAYLA R
1216 ALBERT ST
RACINE WI 53404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $27.03 | $27.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2077.** **Priority creditor's name and mailing address**

FITTS, MARTHA N
1327 3RD ST
GULFPORT MS 39501-2234

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $606.61 | $606.61 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2078.** **Priority creditor's name and mailing address**

FITZGERALD, SHANTEL L
2218 B WAYNE AVE
CHARLOTTESVILLE VA 22901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.97 | $135.97 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

**2.2079.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

Priority creditor's name and mailing address

FITZPATRICK, MERCEDES C
12751 RUTLAND ST
DETROIT MI 48227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $73.26 | $73.26 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2080.** Priority creditor's name and mailing address

FLAIG, CYNTHIA
1408 SOUTHCROSS DR W
BURNSVILLE MN 55306-6188

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $2,760.56 | $2,760.56 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2081.** Priority creditor's name and mailing address

FLANAGAN, THOMAS
1 RACE PL
OAKDALE NY 11769-1705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $624.36 | $624.36 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.2082.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.2082.**

**Priority creditor's name and mailing address**

FLANIGAN, SOPHIA V
151 S FERN
WICHITA KS 67213

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $48.51 | $48.51 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2083.**

**Priority creditor's name and mailing address**

FLEEGER, AMY
1356 STEPHENS ROAD
VIRGINIA BEACH VA 23454

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $255.64 | $255.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2084.**

**Priority creditor's name and mailing address**

FLETCHER, DAIJA C
SPINDLE TOP WAY
326
STOCKBRIDGE GA 30281

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $34.22 | $34.22 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.2085.  **Priority creditor's name and mailing address**

FLETCHER, KEENA P
214 MAPLE AVE
UNCASVILLE CT 06382

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.28 | $100.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2086.  **Priority creditor's name and mailing address**

FLETCHER, SHAKEIRRA A
8900 HALL N BARNES LN
TALLAHASSEE FL 32317

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $223.94 | $223.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2087.  **Priority creditor's name and mailing address**

FLETES-FREGOSO, VANESSA
3116 W MITCHELL ST
MILWAUKEE WI 53215

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $501.93 | $501.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.2088.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FLEURY, DEJA
23-304D KOEHLER DR.
MORGANTOWN WV 26508

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Total claim: $196.53

Priority amount: $196.53

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2089.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FLIEGEL, DELANEY
4 ASHBERRY ST
PLYMOUTH MA 02360

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Total claim: $88.80

Priority amount: $88.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2090.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FLIGHT, PATRICE S
2 DEERHILL LN.
GREENHILLS OH 45218

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Total claim: $69.85

Priority amount: $69.85

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**2.2091.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FLINT, BRIAUNNA S<br>9620 SALEM<br>REDFORD MI 48239 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $224.78 | $224.78<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.2092.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FLOLO, KENNA M<br>434 NORTH 6TH STREET<br>MANKATO MN 56001 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,640.40 | $1,640.40<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.2093.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FLORENCIO, MARTINEZ DIANA<br>3126 OLD GATE ROAD<br>MADISON WI 53704 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.60 | $30.60<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.2094. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.2094.** **Priority creditor's name and mailing address**

FLORES, ALYSSA N
5702 E. CHRISTINE AVENUE
FRESNO CA 93727

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $190.56 | $190.56 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2095.** **Priority creditor's name and mailing address**

FLORES, ANA K
24423 SPENCER BLVD
# 2
MAGNOLIA TX 77355-2327

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $106.61 | $106.61 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2096.** **Priority creditor's name and mailing address**

FLORES, ANA M
227 CYPRESS DRIVE APT B
SAN YSIDRO CA 92173

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $172.80 | $172.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2097.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

FLORES, EMIRITH A
2323 MONROE ST
BEAUMONT TX 77703-1511

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,479.05

**Priority amount** $1,479.05

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2098.** | **Priority creditor's name and mailing address**

FLORES, GABRIELA N
1362 EAST 70TH STREET
LOS ANGELES CA 90001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $595.37

**Priority amount** $595.37

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2099.** | **Priority creditor's name and mailing address**

FLORES, ISABEL
609 JAMES AVE
SPRINGDALE AR 72764

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $297.66

**Priority amount** $297.66

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.2100.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2100.** **Priority creditor's name and mailing address**

FLORES, MARIAH G
15165 N. 66TH LANE
GLENDALE AZ 85306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $66.00 | $66.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2101.** **Priority creditor's name and mailing address**

FLORES, MARTA
3516 W 65TH ST
CHICAGO IL 60629

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $155.07 | $155.07 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2102.** **Priority creditor's name and mailing address**

FLORES, NINA T
335 ANTIOCH CIRCLE WEST
APARTMENT 5
TERRE HAUTE IN 47803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $636.02 | $636.02 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.2103. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.2103.    **Priority creditor's name and mailing address**

FLORES, SABRINA N
8300 DELLA RD NE
ALBUQUERQUE NM 87109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $133.40

**Priority amount**  $133.40

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.2104.    **Priority creditor's name and mailing address**

FLORES, STEPHANIE
12721 MATTESON AVE
APT 5
LOS ANGELES CA 90066-4217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $865.01

**Priority amount**  $865.01

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.2105.    **Priority creditor's name and mailing address**

FLORES, TANIA
402 MCCLURE AV
ELGIN IL 60123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $99.95

**Priority amount**  $99.95

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.2106.  **Priority creditor's name and mailing address**

FLORES, YANES
4444 E BENSON HWY #248
TUCSON AZ 85706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $42.02 | $42.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2107.  **Priority creditor's name and mailing address**

FLORES, YESENIA J
2073 JOHNSON ST
BROWNSVILLE TX 78521

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $431.87 | $431.87 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2108.  **Priority creditor's name and mailing address**

FLORES, YULIANA L
36 PARADISE VLY N
CARSON CA 90745

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $167.64 | $167.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                                                        Case number *(if known)* **19-10214**

---

2.2109. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

FLOWE, SYDNEY R
4020 GAELIC LAANE
P
GLEN ALLEN VA 23060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $115.84 | $115.84 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.2110. **Priority creditor's name and mailing address**

FLOWERS, DASIA T
7104 PASO ROBLES BLVD
FORT PIERCE FL 34951

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $116.16 | $116.16 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.2111. **Priority creditor's name and mailing address**

FLOWERS, ZARI
108 DREW LANE APT.9
WAUKEGAN IL 60085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $519.77 | $519.77 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.2112.** **Priority creditor's name and mailing address**

FLUCAS, ATTALLAH
2000 BRIGHTSIDE DRIVE
APT 922
BATON ROUGE LA 70820

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $67.40 | $67.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2113.** **Priority creditor's name and mailing address**

FLUCAS, BRITTNEY
134 CHAPELTOWNE CIRCLE
NOTTINGHAM MD 21236

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $347.42 | $347.42 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2114.** **Priority creditor's name and mailing address**

FLYE, AYANNA
3110 CANDLEWOOD DR
APT.D
ATLANTA GA 30344

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.46 | $107.46 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.2115.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

FLYNN, EMMA M
5205 HAHNS PEAK DRIVE
101
LOVELAND CO 80538

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $77.71

**Priority amount**  $77.71

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2116.** **Priority creditor's name and mailing address**

FLYNN, SYMONE V
7227 SOUTH EBERHART
2
CHICAGO IL 60619

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $120.45

**Priority amount**  $120.45

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2117.** **Priority creditor's name and mailing address**

FODOR. KAREN I.
939 TEATRO CIR
EL CAJON CA 92021-5183

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $9.07

**Priority amount**  $9.07

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

---

**2.2118.** **Priority creditor's name and mailing address**

FOGGLE, MICHE S
5409 OLD HANDLEY RD
FORT WORTH TX 76112

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.82 | $69.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2119.** **Priority creditor's name and mailing address**

FOLKES, VANESSA
1856 WARTON AVE SE
PALM BAY FL 32909

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,011.93 | $3,011.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2120.** **Priority creditor's name and mailing address**

FONG, SHALONA S
4949 OAKDALE ROAD
APT. 532
SMYRNA GA 30080

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $47.03 | $47.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.2121.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FONKENG, SEMIRA T
4306 BARTON ROAD
LANSING MI 48917

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $165.94
Priority amount: $165.94

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2122.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FONMEDIG, TRACY N
8106 KYLEMORE WAY
ELLICOTT CITY MD 21043

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $256.55
Priority amount: $256.55

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2123.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FONTANILLA, JOCELYN
1442 GAROLD LANE
MANTECA CA 95337

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $167.64
Priority amount: $167.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

**2.2124.** **Priority creditor's name and mailing address**

FONTES, JADE A
17 ALPHA ROAD
DORCHESTER MA 02124

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $931.19 | $931.19 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2125.** **Priority creditor's name and mailing address**

FONTILUS, NED-WENDY
8915 214 STREET
QUEENS VILLAGE NY 11427

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $171.00 | $171.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2126.** **Priority creditor's name and mailing address**

FONVILLE, A'NGELIA
4775 APARTMENT BLVD APT. K-1
NORTH CHARLESTON SC 29418

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,624.70 | $4,624.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2127.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | Check all that apply. | |
| FORBES, KARLI M | | $235.81 | $235.81
| 4954 NW FOXWORTH AVE. | ☐ Contingent | |
| PORT SAINT LUCIE FL 34983 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2128.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | Check all that apply. | |
| FORD, CAROLINE S | | $282.00 | $282.00
| 2900 PURCHASE STREET | ☐ Contingent | |
| PURCHASE NY 10577 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2129.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | Check all that apply. | |
| FORD, CHAMPAIGNE | | $1,441.12 | $1,441.12
| 6001 OLD HICKORY BLVD | ☐ Contingent | |
| 370 | ☐ Unliquidated | **Nonpriority amount**
| HERMITAGE TN 37076 | ☐ Disputed | $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.2130. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.2130.  **Priority creditor's name and mailing address**

FORD, DORYANN D
2074 BRITTANY ROAD
COLUMBUS OH 43229

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $53.20 | $53.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2131.  **Priority creditor's name and mailing address**

FORD, JADA
820 THIERIOT AVENUE
5K
BRONX NY 10473

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,038.02 | $1,038.02 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2132.  **Priority creditor's name and mailing address**

FORD, JOURNEY A
1736 E SARATOGA ST
GILBERT AZ 85296

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $214.67 | $214.67 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.2133.** **Priority creditor's name and mailing address**

FORD, KORIN M
10438 SUGARBERRY STREET
WALDORF MD 20603

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.72 | $122.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2134.** **Priority creditor's name and mailing address**

FOREHAND, TIFFANY N
1131 35TH ST
COLUMBUS GA 31904

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $55.10 | $55.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2135.** **Priority creditor's name and mailing address**

FORREST, SERENA A
141 GARFIELD AVE
LONG BRANCH NJ 07740

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $191.25 | $191.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.2136.** **Priority creditor's name and mailing address**

FORSELL, CORRY S
18 WRIGHT PARKWAY NW
D
FORT WALTON BEACH FL 32548

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $603.48 | $603.48 |

**Nonpriority amount**

$0.00

---

**2.2137.** **Priority creditor's name and mailing address**

FORTE, MICHAELA
113 VILLAGE PL
MOUNT HOLLY NC 28120

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.64 | $164.64 |

**Nonpriority amount**

$0.00

---

**2.2138.** **Priority creditor's name and mailing address**

FOSKEY, TRACY L
4048 45TH AVE N
ST PETERSBURG FL 33714

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $222.08 | $222.08 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.2139. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2139.** **Priority creditor's name and mailing address**

FOSS, SAVANNA
676 S 9TH ST
APARTMENT 4
SAN JOSE CA 95112

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $45.75

**Priority amount**  $45.75

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2140.** **Priority creditor's name and mailing address**

FOSTER, CHLOE K
18 PRIMROSE LANE
MARSHFIELD MA 02050

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $255.30

**Priority amount**  $255.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2141.** **Priority creditor's name and mailing address**

FOSTER, CHRISTA C
3328 W WOODHILL LN APT B
PEORIA IL 61604

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $1,255.33

**Priority amount**  $1,255.33

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.2142.  **Priority creditor's name and mailing address**

FOSTER, KAYLA D
3 LOST COVE
NEWPORT NEWS VA 23606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $265.36 | $265.36 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2143.  **Priority creditor's name and mailing address**

FOSTER, LESHA
4 WILLOW CREEK LANE APT 4209
JONESBORO AR 72404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.98 | $40.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2144.  **Priority creditor's name and mailing address**

FOSTER, RACHEL M
158 POWHATAN STREET
HAVRE DE GRACE MD 21078

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $53.24 | $53.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2145.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

| | FOSTER, STACI M<br>2959 ARENOSO<br>GRAND PRAIRIE TX 75054 | *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80.19<br><br><br>**Nonpriority amount**<br><br>$0.00 | $80.19 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2146.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

| | FOWLER, ALANA L<br>250 GEORGIA QUEEN DR.<br>WOODRUFF SC 29388 | *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $275.70<br><br><br>**Nonpriority amount**<br><br>$0.00 | $275.70 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2147.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

| | FOWLER-, CULBERSON SHATYRA D<br>3030 SUMTER AVE N APT 211<br>211<br>CRYSTAL MN 55427 | *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21.20<br><br><br>**Nonpriority amount**<br><br>$0.00 | $21.20 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.2148.** **Priority creditor's name and mailing address**

FOWLER, NAZALENA V
5880 SAKHALIN AVE.
LAS VEGAS NV 89139

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $51.23 | $51.23 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2149.** **Priority creditor's name and mailing address**

FOX, AMBER J
355 E PRIMM BLVD
5359
PRIMM NV 89019

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $106.26 | $106.26 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2150.** **Priority creditor's name and mailing address**

FOX, CAROL M
1611 S ORANGE PL
7
ESCONDIDO CA 92025

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $257.28 | $257.28 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2151.** **Priority creditor's name and mailing address**

FOX, CRYSTAL A
1417 WINCHESTER TRAIL SE
SMYRNA GA 30339

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $257.04 | $257.04 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2152.** **Priority creditor's name and mailing address**

FOX, KATHERINE M
8261 YORKRIDGE RD.
GUILFORD IN 47022

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $83.65 | $83.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2153.** **Priority creditor's name and mailing address**

FOX, LAUREN D
2060 FERRIS RD
COLUMBUS OH 43224

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $935.35 | $935.35 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.2154.** **Priority creditor's name and mailing address**

FOXX, JAHKAYA
2641 OLD BUENA VISTA PIKE
NASHVILLE TN 37218

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $45.05 | $45.05 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2155.** **Priority creditor's name and mailing address**

FOY, HANNAH R
5901 OFFSHORE COURT
WILMINGTON NC 28409

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $357.21 | $357.21 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2156.** **Priority creditor's name and mailing address**

FRAIELLI, JODYANN
140 URBAN AVE
1ST FLOOR
NORTH PROVIDENCE RI 02904

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $121.20 | $121.20 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.2157. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FRANCE, JOESPHINA<br>116 MAGNOLIA DRIVE<br>POOLER GA 31322 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $62.99 | $62.99<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.2158. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FRANCE, LISA M<br>1004 HILLCREST DR.<br>GREENWOOD AR 72936 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $430.40 | $430.40<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.2159. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FRANCIS, FATIMA<br>5656 STEVENS FOREST APT 153<br>COLUMBIA MD 21045 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $179.88 | $179.88<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |

---

**2.2160.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

FRANCIS, HANNAH R
441 AUDRY DRIVE
DUPO IL 62239

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Total claim** $420.47

**Priority amount** $420.47

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2161.** **Priority creditor's name and mailing address**

FRANCIS, NICOLE A
1836 LAUREL ST
NEW ORLEANS LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Total claim** $186.83

**Priority amount** $186.83

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2162.** **Priority creditor's name and mailing address**

FRANCO, ADRIANA L
75 LEXINGTON AVE
WESTBURY NY 11590

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Total claim** $254.04

**Priority amount** $254.04

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.2163.** **Priority creditor's name and mailing address**

FRANCO, GIOVANNA A
3208 W SUNNYSIDE AVE
APT 2
CHICAGO IL 60625

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $142.45 | $142.45 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2164.** **Priority creditor's name and mailing address**

FRANCO, MERNA D
1605 E CYPRESS ST
APT C
COVINA CA 91724

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $158.52 | $158.52 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2165.** **Priority creditor's name and mailing address**

FRANKLIN, TIANA T
1380 EAST WASHINGTON AVENUE
UNIT 33W
EL CAJON CA 92019

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $141.39 | $141.39 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.2166. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2166.** **Priority creditor's name and mailing address**

FRASCH, CAITLIN M
1460 UNIVERSITY DR
WINCHESTER VA 22601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $159.87 | $159.87 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2167.** **Priority creditor's name and mailing address**

FRASCH, KATELYN T
15 N 630 RED LEAF RD
HAMPSHIRE IL 60140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $99.66 | $99.66 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2168.** **Priority creditor's name and mailing address**

FRASIER, KAMRYN A
6006 STILLWOOD CIR
KILLEEN TX 76543

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $131.05 | $131.05 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.2169.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FRAZIER, BRIANNA S
17 GROVE ST
APT.2
MALDEN MA 02148

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $221.40
Priority amount: $221.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2170.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FRAZIER, SHANTAVIA
413 SE 4TH STREET
202
BOYNTON BEACH FL 33435

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,257.56
Priority amount: $1,257.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2171.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

FRAZIER, SOMMER M
1602 DILLON ST.
SAGINAW MI 48601

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $201.38
Priority amount: $201.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.2172.** **Priority creditor's name and mailing address**

FREDERICK, LAUREN
5366 W 143RD ST.
SAVAGE MN 55378

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $6,040.58 | $6,040.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2173.** **Priority creditor's name and mailing address**

FREEMAN, ASHLIE M
6110 OZARK MOUNTAIN DR.
2625 E CACTUS
BAKERSFIELD CA 93314

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $277.64 | $277.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2174.** **Priority creditor's name and mailing address**

FREITAS, CHRISTINE
62 LINCOLN ST
3
HUDSON MA 01749

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $196.20 | $196.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2175.** **Priority creditor's name and mailing address**

FREYCINET, SARA
421 NE 21ST TER
HOMESTEAD FL 33033-6031

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,737.88 | $1,737.88 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.2176.** **Priority creditor's name and mailing address**

FRIAS, NICOLE E E
104 BENEFIT ST APT 2
5
PAWTUCKET RI 02861

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,923.64 | $1,923.64 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.2177.** **Priority creditor's name and mailing address**

FRICKE, JESSICA P
1364 MESA AVENUE
GRAND JUNCTION CO 81501

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.11 | $107.11 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.2178.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

FRICKS, LAZARIAH
2159 BUSH AVE
SAINT PAUL MN 55119

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $249.08
Priority amount: $249.08

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2179.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

FRIDOLFSON, ALLISON
604 E 8TH AVE
GASTONIA NC 28054

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $122.52
Priority amount: $122.52

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2180.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

FRIEDMAN, HEATHER
9013 AMIGO AVE
NORTHRIDGE CA 91324

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $76.45
Priority amount: $76.45

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2181.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**Priority creditor's name and mailing address**

FRIEND, JENNIFER L
827 OAK AVENUE
VALLEY PARK MO 63088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$5,236.41

**Priority amount**
$5,236.41

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2182.** **Priority creditor's name and mailing address**

FRISINA, BRALYN
1849 HASTINGS RD
SPRINGFIELD IL 62702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$608.48

**Priority amount**
$608.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2183.** **Priority creditor's name and mailing address**

FRITH, SHYHEIMA
3213 CRUGER AVE
APT 3
BRONX NY 10467-6443

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$449.25

**Priority amount**
$449.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor     **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2184.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |

FRITZ, CARRIE
1909 E HARRISON ST
GILBERT AZ 85295

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $2,918.10 | $2,918.10 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2185.** **Priority creditor's name and mailing address**

FRITZ, JORDAN A
3629 STATE ROUTE 5
ASHLAND KY 41102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $80.47 | $80.47 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2186.** **Priority creditor's name and mailing address**

FRY, CASEY M
2012 HOLLIDAY
WYOMING MI 49519

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $6,472.24 | $6,472.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2187.** **Priority creditor's name and mailing address**

FRYAR, NAYA
4 CAMBRIDGE COURT
HIGHLAND NY 12528

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $212.65 | $212.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2188.** **Priority creditor's name and mailing address**

FRYAR, NY'ASIA J
14049 BETSY ROSS LN
CENTREVILLE VA 20121

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.90 | $148.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2189.** **Priority creditor's name and mailing address**

FRYE, JAZMINE A
3530 WINTERFIELD RD.
MIDLOTHIAN VA 23113

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $134.73 | $134.73 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.2190.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2190.** **Priority creditor's name and mailing address**

FRYMAN, CALLIE N
138 SANTA CLARA AVENUE
DAYTON OH 45405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $211.19 | $211.19 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2191.** **Priority creditor's name and mailing address**

FU, SHANNON C
1153 ROSEMARY CIR
CORONA CA 92879

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $428.28 | $428.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2192.** **Priority creditor's name and mailing address**

FUAMATU-TOMLIN, EZRI K
302 KAMA STREET
WAILUKU HI 96793

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $30.30 | $30.30 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2193.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

FUDGE, COURTNEY
101 ROYAL DRIVE
1006
MADISON AL 35758

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $88.26 | $88.26 |

**Nonpriority amount**
$0.00

---

**2.2194.** **Priority creditor's name and mailing address**

FUENTES, ARAIZA M
895 DARRELL ST.
COSTA MESA CA 92627

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $706.20 | $706.20 |

**Nonpriority amount**
$0.00

---

**2.2195.** **Priority creditor's name and mailing address**

FUENTES, ASHLEY M
6 TIERRAS NUEVAS
MANATI PR 00674

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,428.21 | $1,428.21 |

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.2196. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2196.**  **Priority creditor's name and mailing address**

FUENTES, LESLEY D
14850 KEPPEN
ALLEN PARK MI 48101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $85.38 | $85.38 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2197.**  **Priority creditor's name and mailing address**

FUENTES, XIOMARA
3240 SW 34TH ST APT 515
OCALA FL 34474

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $424.63 | $424.63 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2198.**  **Priority creditor's name and mailing address**

FUERTES, NYSHALIE L
53 UPSALA STREET APT 2
WORCESTER MA 01610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $144.96 | $144.96 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.2199.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2199.** **Priority creditor's name and mailing address**

FUESTING, ADELINE E
221 CHINKAPIN DR
PITTSBURGH PA 15065

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $71.63 | $71.63 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2200.** **Priority creditor's name and mailing address**

FULLER, ALEXIA
5831 SW 26TH ST
2
WEST PARK FL 33023

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $691.12 | $691.12 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2201.** **Priority creditor's name and mailing address**

FULLER, DANIELLE L
2309 REBECCA AVE
APT B
CHARLOTTE NC 28208

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $711.71 | $711.71 |
| | **Nonpriority amount** |
| | $0.00 |

---

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |
|---|---|---|

**2.2202.** **Priority creditor's name and mailing address**

FULLER, LEAH
2489 ROCKLAND ROAD
FRONT ROYAL VA 22630

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $646.03 | $646.03 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2203.** **Priority creditor's name and mailing address**

FULLER, SHYANNE
4995 HARVEY AVENUE
ELKTON FL 32033

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $199.24 | $199.24 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2204.** **Priority creditor's name and mailing address**

FULLER, TAIYLOR S
16 LEWIS T. BRANTLEY DRIVE
JACKSON TN 38301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $98.18 | $98.18 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.2205. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

FULMORE, OSHA S
2017 FRANCIS ST.
SCRANTON SC 29591

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $400.14

**Priority amount** $400.14

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.2206.   **Priority creditor's name and mailing address**

FUMAROLA, CARISSA
9604 DEER TRACK RD
WEST CHESTER OH 45069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $41.02

**Priority amount** $41.02

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.2207.   **Priority creditor's name and mailing address**

FURIONI, ATHENA T
35 UNIVERSITY LANE
APT 120 BOX 8
COLCHESTER VT 05446

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $76.76

**Priority amount** $76.76

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.2208.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|---|

**2.2208.**

**Priority creditor's name and mailing address**

FURPHY, RAYANNA
23 MONARCH DRIVE
HOPEWELL JUNCTION NY 12533

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $188.26 | $188.26 |

**Nonpriority amount**

$0.00

---

**2.2209.**

**Priority creditor's name and mailing address**

GABALDON, BRYANNA
2846 MATT DR.
EUGENE OR 97408

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $530.63 | $530.63 |

**Nonpriority amount**

$0.00

---

**2.2210.**

**Priority creditor's name and mailing address**

GABLE, JORJA N
3609 PETERS AVE PMB 501
SIOUX CITY IA 51106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $88.49 | $88.49 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2211.** **Priority creditor's name and mailing address**

GABRIEL, CRISTEN
402 BROCONE DR.
VANDALIA OH 45377

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,022.61 | $2,022.61 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2212.** **Priority creditor's name and mailing address**

GACUSAN, MICHELLE P
94-1049 ELEU ST.
WAIPAHU HI 96797

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,629.20 | $7,629.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2213.** **Priority creditor's name and mailing address**

GADBERRY, TAYLOR
1125 ACADEMY PLACE
SOUTH BEND IN 46616

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.49 | $32.49 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

| 2.2214. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2214.** **Priority creditor's name and mailing address**

GADDY, LASHUNDA D
1001 RIM RD
FAYETTEVILLE NC 28314-5259

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,952.00 | $3,952.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2215.** **Priority creditor's name and mailing address**

GADISON, UNIQUE J
3416 S OURAY WAY
AURORA CO 80013

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $139.53 | $139.53 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2216.** **Priority creditor's name and mailing address**

GAGNON, BRIEONNA M
57 OLD CANTERBURY TPKE
NORWICH CT 06360

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $253.27 | $253.27 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.2217.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2217.** **Priority creditor's name and mailing address**

GAGNON-BAILEY, JUSTINE
1221 A ST NE
C113
AUBURN WA 98002

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $310.32 | $310.32 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2218.** **Priority creditor's name and mailing address**

GAINES, JASMINE B
1216 PENNYWOOD DR.
HIGH POINT NC 27265

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $89.40 | $89.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2219.** **Priority creditor's name and mailing address**

GAINES, SHATARA
407 17TH STREET
ALTOONA PA 16602

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $463.81 | $463.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.2220. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |

**2.2220.**

**Priority creditor's name and mailing address**

GAITAN, DANIELLA N
539 PALO VERDE
HOLTVILLE CA 92250

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $376.56 | $376.56 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.2221.**

**Priority creditor's name and mailing address**

GAITAN, KATHYUSKA A
125 MEADOWBROOK LANE
FITCHBURG MA 01420

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $215.52 | $215.52 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.2222.**

**Priority creditor's name and mailing address**

GAJRA, JASMINE
308 NORTH FARVIEW AVENUE
PARAMUS NJ 07652

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.67 | $35.67 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2223.** **Priority creditor's name and mailing address**

GALATI, SAMANTHA
7821 YORK ROAD
PARMA OH 44130

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,531.70 | $1,531.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2224.** **Priority creditor's name and mailing address**

GALE, ESSENCE L
1600 OLD BAINBRIDGE ROAD APT 4
TALLAHASSEE FL 32303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.62 | $63.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2225.** **Priority creditor's name and mailing address**

GALEANA, DENISE
1237 ERIC AVE
PARLIER CA 93648

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $123.84 | $123.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2226.** **Priority creditor's name and mailing address**

GALEGO, PATRICIA
2750 NW 44TH STREET
606
OAKLAND PARK FL 33309

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.47 | $31.47 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2227.** **Priority creditor's name and mailing address**

GALENTE, CATHERINE
50 IVY HILL ROAD
MAHOPAC NY 10541

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $349.08 | $349.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2228.** **Priority creditor's name and mailing address**

GALINDO, ITZEL
4495 CRYSTAL ST
DENVER CO 80239

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $115.11 | $115.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

| 2.2229. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

GALINDO, LYDIA
1912 SW 325TH PL
FEDERAL WAY WA 98023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,836.50

**Priority amount** $1,836.50

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.2230. | **Priority creditor's name and mailing address** |

**Priority creditor's name and mailing address**

GALINDO, VICTORIA
85 56 106ST
RICHMOND HILL NY 11418

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $439.05

**Priority amount** $439.05

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.2231. | **Priority creditor's name and mailing address** |

**Priority creditor's name and mailing address**

GALL, BRYANNA A
10539 SADDLESTONE DRIVE
FISHERS IN 46040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $119.82

**Priority amount** $119.82

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2232.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | GALLANT, NIKKI<br>303 WARD COURT<br>HOLLAND PA 18966 | *Check all that apply.* | $34.64 | $34.64 |

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed
                                                   $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____             WAGES & PTO

**Last 4 digits of account number:**         **Is the claim subject to offset?**

                                             ☐ No
**Specify Code subsection of PRIORITY        ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2233.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | GALLANT, RACHEL<br>8007 JORDAN CT.<br>MOON PA 15108 | *Check all that apply.* | $172.13 | $172.13 |

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed
                                                   $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____             WAGES & PTO

**Last 4 digits of account number:**         **Is the claim subject to offset?**

                                             ☐ No
**Specify Code subsection of PRIORITY        ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2234.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | GALLARDO, ALANNA M<br>20857 GRAPEVINE DR.<br>DIABLO GRANDE CA 95363 | *Check all that apply.* | $4,179.30 | $4,179.30 |

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed
                                                   $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____             WAGES & PTO

**Last 4 digits of account number:**         **Is the claim subject to offset?**

                                             ☐ No
**Specify Code subsection of PRIORITY        ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                       Case number *(if known)* **19-10214**

**2.2235.** **Priority creditor's name and mailing address**

GALLARDO, ALYSSA M
2600 W MAIN STREET
BELLEVILLE IL 62226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.64 | $126.64 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2236.** **Priority creditor's name and mailing address**

GALLARDO-GARCIA, ERICA
1012 S HARLAN WAY
LAKEWOOD CO 80226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,442.34 | $1,442.34 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2237.** **Priority creditor's name and mailing address**

GALLEGOS, MARIAH
34 CLEMSON DR
PUEBLO CO 81005

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $273.84 | $273.84 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.2238.** **Priority creditor's name and mailing address**

GALLEGOS-, MARTINEZ ANGELICA E
1029 N WEBSTER STREET
NAPERVILLE IL 60563

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.44 | $129.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2239.** **Priority creditor's name and mailing address**

GALLIMORE, LESLIE-ANN
5532 HAMPTON WOODS WAY
TALLAHASSEE FL 32311

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $177.24 | $177.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2240.** **Priority creditor's name and mailing address**

GALLO, ZURIMA
1499 W 42ND PL
HIALEAH FL 33012-7653

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,530.53 | $3,530.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2241.** **Priority creditor's name and mailing address**

GALLOWAY, ALEXIA I
1515 W TURNER ST
ALLENTOWN PA 18102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.12 | $107.12 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2242.** **Priority creditor's name and mailing address**

GALLOWAY, ALEXIS M
3830 UTE WAY
ANTELOPE CA 95843

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $230.04 | $230.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2243.** **Priority creditor's name and mailing address**

GALOZO, ANGELICA B
1006 BRYCE LANE
VIRGINIA BEACH VA 23464

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.39 | $140.39 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

| 2.2244. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

GALSIM, MARY ROSE
4401 EDENHURST AVENUE
LOS ANGELES CA 90039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $185.16

**Priority amount** $185.16

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2245.    **Priority creditor's name and mailing address**

GALVAN, BRIANA
1935 CABRILLO MESA COURT
CAMARILLO CA 93010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $157.80

**Priority amount** $157.80

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2246.    **Priority creditor's name and mailing address**

GALVAN, FRANCO STACY G
16003 LLANO LN.
VICTORVILLE CA 92394

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $90.84

**Priority amount** $90.84

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2247.** **Priority creditor's name and mailing address**

GALVEZ, DAPHNE M
1613 STONYBROOK DRIVE
DEPTFORD NJ 08096

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,345.91 | $3,345.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2248.** **Priority creditor's name and mailing address**

GALVEZ, ZENA E
2521 BISHOP DRIVE
APT K
BAKERSFIELD CA 93306

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $85.08 | $85.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2249.** **Priority creditor's name and mailing address**

GAMBOA, CRYSTAL V
10800 PEPPER ST
ADELANTO CA 92301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,561.03 | $1,561.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

| 2.2250. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2250.** **Priority creditor's name and mailing address**

GAMBREL, RHIANNA N
1152 N 500 E
COLUMBUS IN 47203

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $473.13 | $473.13 |

**Nonpriority amount**
$0.00

---

**2.2251.** **Priority creditor's name and mailing address**

GAMEZ, LORELEI F
3015 DELTA ST
LANSING MI 48912

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.01 | $80.01 |

**Nonpriority amount**
$0.00

---

**2.2252.** **Priority creditor's name and mailing address**

GAMINO, ALEXANDRA
11968 LEWISIA AVE.
MORENO VALLEY CA 92557

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.40 | $122.40 |

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.2253.** **Priority creditor's name and mailing address**

GAMINO, BOJORQUEZ ELOISA
999 MARSHALL ROAD
VACAVILLE CA 95687

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $751.11 | $751.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2254.** **Priority creditor's name and mailing address**

GAMMERLER, MARINA T
1309 WINDMILL DRIVE
LAFAYETTE IN 47909

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $88.57 | $88.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2255.** **Priority creditor's name and mailing address**

GANNOTTI, JULIA R
40 BEECHHURST AVE
FLORAL PARK NY 11001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $98.28 | $98.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2256.** **Priority creditor's name and mailing address**

GANTNER, ALEXIS
128 WOODLAWN DRIVE
SAINT CHARLES MI 48655

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $141.81 | $141.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2257.** **Priority creditor's name and mailing address**

GANTT, EMILY
9003 GRAYLAND DR APT C
KNOXVILLE TN 37923

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $387.61 | $387.61 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2258.** **Priority creditor's name and mailing address**

GANUN, TIFFANIE L
15 ELM DR
NEPTUNE NJ 07753-3311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $543.39 | $543.39 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2259.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | GARAVITO, LESLIE<br>1706 SOUTH LANG AVE<br>WEST COVINA CA 91790 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $192.96 | $192.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2260.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | GARCIA, ADALENA J<br>1240 MCCULLOUGH ST<br>LANSING MI 48912 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $71.41 | $71.41

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2261.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | GARCIA, ADRIANNA N<br>307 KING ST.<br>GRUVER TX 79040 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $620.91 | $620.91

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

**2.2262.** **Priority creditor's name and mailing address**

GARCIA, AILEEN M
23092 EAST COMMUNITY DRIVE
NEW CANEY TX 77357

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $29.16 | $29.16 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.2263.** **Priority creditor's name and mailing address**

GARCIA, ALEXIS M
2225 PEARL AVE
FORT WORTH TX 76164

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $58.95 | $58.95 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.2264.** **Priority creditor's name and mailing address**

GARCIA, ALEXIS N
2132 GRACE AVE
FT WORTH TX 76111-2816

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,504.29 | $1,504.29 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

---

**2.2265.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2265.** **Priority creditor's name and mailing address**

GARCIA, ALEXIS Y
918 PICCARD AVENUE
SAN DIEGO CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**        **Priority amount**
$214.56                $214.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2266.** **Priority creditor's name and mailing address**

GARCIA, ALIZE
10130 S 84TH TERRACE
307
PALOS HILLS IL 60465

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**        **Priority amount**
$90.97                 $90.97

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2267.** **Priority creditor's name and mailing address**

GARCIA, AMARIAH S
1515 BAY PARKWAY
4L
BROOKLYN NY 11204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**        **Priority amount**
$550.95                $550.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2268.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2268.** **Priority creditor's name and mailing address**

GARCIA, AMY D
1313 NORTHGATE DR.
BARTLETT IL 60103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $288.42 | $288.42 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2269.** **Priority creditor's name and mailing address**

GARCIA, ANGEL N
1832 HAMMOCK MOSS DRIVE
ORLANDO FL 32820

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $168.18 | $168.18 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2270.** **Priority creditor's name and mailing address**

GARCIA, ANGELICA
1212 TAOS DR
VICTORIA TX 77904

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $102.44 | $102.44 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

**2.2271.** **Priority creditor's name and mailing address**

GARCIA, ANGELICA
3678 BAYTREE ST
PITTSBURGH PA 15216

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $51.50 | $51.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2272.** **Priority creditor's name and mailing address**

GARCIA, APRIL
8007 SHEEHAN WAY
ANTELOPE CA 95843

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.24 | $36.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2273.** **Priority creditor's name and mailing address**

GARCIA, ARELY
7505 W 62ND ST.
APT 4
MISSION KANSAS KS 66202

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $211.46 | $211.46 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2274.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $132.08 | $132.08

GARCIA, ASHLEY
9915 BARTEE AVE.
ARLETA CA 91331

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed
                                                  $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____                      WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**       ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.2275.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $280.93 | $280.93

GARCIA, ASHLEY ALEXANDR
708 NW 111TH PL
MIAMI FL 33172

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed
                                                  $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____                      WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**       ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.2276.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $377.22 | $377.22

GARCIA, ASHLEY N
1842 48TH ST SW
NAPLES FL 34116

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed
                                                  $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____                      WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**       ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)   ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.2277.** **Priority creditor's name and mailing address**

GARCIA, BRENDA
286 W CALLE PRIMERA
SAN YSIDRO CA 92173

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $599.28 | $599.28 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2278.** **Priority creditor's name and mailing address**

GARCIA, BRENDA
534 52ND AVE
BELLWOOD IL 60104

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $225.72 | $225.72 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2279.** **Priority creditor's name and mailing address**

GARCIA, BRITTANIE
9410 MILWAUKEE AVE
3306
LUBBOCK TX 79424

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $608.19 | $608.19 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                       Case number *(if known)* **19-10214**

| 2.2280. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2280.** **Priority creditor's name and mailing address**

GARCIA, BRITTANY N
6042 ROEBUD RD
STEDMAN NC 28391

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $119.12 | $119.12 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2281.** **Priority creditor's name and mailing address**

GARCIA, CARMEN
1125 S 10TH ST
TERRE HAUTE IN 47802

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $104.45 | $104.45 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2282.** **Priority creditor's name and mailing address**

GARCIA, CINDY
14316 45TH AVE CT NW
GIG HARBOR WA 98332

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $270.24 | $270.24 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2283.** **Priority creditor's name and mailing address**

GARCIA, CORY A
100 MIST GREEN CT.
ALPHARETTA GA 30022

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $117.09 | $117.09 |

**Nonpriority amount**

$0.00

---

**2.2284.** **Priority creditor's name and mailing address**

GARCIA, DE LA ROSA JENNIFER
27044 SECO CANYON RD
SANTA CLARITA CA 91350

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $435.91 | $435.91 |

**Nonpriority amount**

$0.00

---

**2.2285.** **Priority creditor's name and mailing address**

GARCIA, ELIZABETH
398 W WILSON ST
D110
COSTA MESA CA 92627

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,660.39 | $5,660.39 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.2286.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

GARCIA, EMRYS D
1801 LOVA DR APT#101
APT #101
VICTORIA TX 77901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $333.98

**Priority amount** $333.98

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2287.** **Priority creditor's name and mailing address**

GARCIA, GABRIELLA M
716 N NIAGARA ST
BURBANK CA 91505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $257.04

**Priority amount** $257.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2288.** **Priority creditor's name and mailing address**

GARCIA, HEATHER M
6903 PIONEER BLVD
WHITTIER CA 90606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,648.11

**Priority amount** $2,648.11

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.2289. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

2.2289. **Priority creditor's name and mailing address**

GARCIA, HOPE M
1015 OAK ST UNIT 22
SILVERTON OR 97381

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $223.28 | $223.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2290. **Priority creditor's name and mailing address**

GARCIA, ILIANA
12452 FLAGSTONE CT.
VICTORVILLE CA 92932

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $501.60 | $501.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2291. **Priority creditor's name and mailing address**

GARCIA, ISABELLA R
50 DEAN AVE
EUGENE OR 97404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $180.93 | $180.93 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

**2.2292.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | *Check all that apply.* | $1,581.03 | $1,581.03 |

GARCIA, JACQUELINE
2025 VIOLET LANE
106
VIRGINIA BEACH VA 23464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2293.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | *Check all that apply.* | $163.95 | $163.95 |

GARCIA, JASLYN
546 N 3RD ST
7
SAN JOSE CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2294.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | *Check all that apply.* | $2,763.50 | $2,763.50 |

GARCIA, JAYCEE K
1001 PORTOLA DRIVE
SAN FRANCISCO CA 94127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2295.** **Priority creditor's name and mailing address**

GARCIA, JEZEBEL M
5935 QUANTRELL AVE
T2
ALEXANDRIA VA 22312

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,867.68 | $3,867.68 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2296.** **Priority creditor's name and mailing address**

GARCIA, JUNE
P.O BOX 793
LOS INDIOS TX 78567

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $117.96 | $117.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2297.** **Priority creditor's name and mailing address**

GARCIA, KAREN A
416 14TH ST.
LOGANSPORT IN 46947

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $144.57 | $144.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2298.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| GARCIA, LISETTE
3126 BUCKLEY AVE
LAKE WORTH FL 33461 | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $1,338.75 | $1,338.75

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2299.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| GARCIA, LIZBETH
1115 W DUGDALE RD
WAUKEGAN IL 60085 | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $13.43 | $13.43

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2300.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| GARCIA, LUZ
212 N. LANGSTAFF ST. #7
LAKE ELSINORE CA 92530 | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $282.00 | $282.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2301.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GARCIA, MADISON
4726 W. EVERGREEN CT.
VISALIA CA 93277

*Check all that apply.*                                   $62.92              $62.92

☐ Contingent
☐ Unliquidated                                            **Nonpriority amount**
☐ Disputed
                                                          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2302.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GARCIA, MARCO FERNANDA
3700 N 1ST AVE
APT 1023
TUCSON AZ 85719

*Check all that apply.*                                   $74.47              $74.47

☐ Contingent
☐ Unliquidated                                            **Nonpriority amount**
☐ Disputed
                                                          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2303.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GARCIA, MARIA C
7017 S PRIEST DRIVE
3128
TEMPE AZ 85283

*Check all that apply.*                                   $128.15             $128.15

☐ Contingent
☐ Unliquidated                                            **Nonpriority amount**
☐ Disputed
                                                          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.2304. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GARCIA, MARIELA C<br>665 WEST CALIFORNIA AVE APT 8<br>VISTA CA 92081 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34.80 | $34.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.2305. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GARCIA, MARTINEZ IVONNE<br>1100 ANACUITAS ST<br>APT 34<br>MERCEDES TX 78570 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64.98 | $64.98 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.2306. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GARCIA, REYNA<br>7125 N 19AVE<br>APT 43<br>PHOENIX AZ 85021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42.68 | $42.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2307.** **Priority creditor's name and mailing address**

GARCIA, ROCIO
125 CHESHIRE CT
WINCHESTER VA 22602

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $137.56 | $137.56 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2308.** **Priority creditor's name and mailing address**

GARCIA, ROSEMARY
7518 BECK AVE
NORTH HOLLYWOOD CA 91605

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $221.28 | $221.28 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2309.** **Priority creditor's name and mailing address**

GARCIA, RUBY
12024 SECOND AVENUE
LYNWOOD CA 90262

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $139.80 | $139.80 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

**2.2310.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | GARCIA, SARAH<br>32 RUTHELLEN RD<br>CHELMSFORD MA 01824 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,472.32 | $1,472.32<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2311.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | GARCIA, SHARIK<br>1480 W 46TH ST<br>APT. 201<br>HIALEAH FL 33012 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $121.48 | $121.48<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2312.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | GARCIA, SOCORRO<br>5244 SOUTH 550 WEST<br>COLUMBUS IN 47201 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48.80 | $48.80<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.2313.** **Priority creditor's name and mailing address**

GARCIA, SOL M
445 SULLIVAN LN
APT 3
SPARKS NV 89431

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $501.62 | $501.62 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2314.** **Priority creditor's name and mailing address**

GARCIA, SONYA DOMINIQUE
14676 OLIVE ST.
HESPERIA CA 92345

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $226.56 | $226.56 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2315.** **Priority creditor's name and mailing address**

GARCIA, TANYA J
38 EMERSON CT
WESTBURY NY 11590

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $975.74 | $975.74 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**2.2316.** **Priority creditor's name and mailing address**

GARCIA, TIFFANY C
13 SQUIRE RIDGE RD
HAMPSTEAD NH 03841

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $6,501.59 | $6,501.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2317.** **Priority creditor's name and mailing address**

GARCIA, VICTORIA R
2830 OAK MILL
SAN ANTONIO TX 78251

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,088.72 | $2,088.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2318.** **Priority creditor's name and mailing address**

GARCIA, YESENIA B
546 N SAN PEDRO
LAS CRUCES NM 88001-7427

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,724.25 | $1,724.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2319.** **Priority creditor's name and mailing address**

GARCIA, ZARAHI
2244 N CAMINO CASTILE
APT 923
TUCSON AZ 85715

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $451.36 | $451.36 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2320.** **Priority creditor's name and mailing address**

GARCIA-GONZALEZ, SOLINA T
2510 N. BERNARD ST
CHICAGO IL 60647

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $194.70 | $194.70 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2321.** **Priority creditor's name and mailing address**

GARCIA-MYERS, PATRICIA A
4051 W VIKING RD APT 27
LAS VEGAS NV 89103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.42 | $132.42 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| **2.2322.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $66.48 | **Priority amount** $66.48 |

**2.2322.** **Priority creditor's name and mailing address**

GARDNER, CATHERINE D
1302 LOWE. STREET
COLUMBIA MO 65203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$66.48

**Priority amount**
$66.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2323.** **Priority creditor's name and mailing address**

GARDNER, SKYLAR B
2130 WESTWOOD RD.
SMYRNA GA 30080

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$247.69

**Priority amount**
$247.69

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2324.** **Priority creditor's name and mailing address**

GARDNER, VERONICA
1218 PIEL GROCERY LANE
BELVIDERE IL 61008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$217.03

**Priority amount**
$217.03

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.2325.** **Priority creditor's name and mailing address**

GARIBAY, LAURA C
14091 VERNAL SPRING CT
CORONA CA 92880

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $754.38 | $754.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2326.** **Priority creditor's name and mailing address**

GARILLO, BERNIE ANN S
6125 DRACAENA CT
SAN DIEGO CA 92114

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $234.24 | $234.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2327.** **Priority creditor's name and mailing address**

GARLAND INDEPENDENT SCHOOL DISTRICT
DISTRICT P.O. BOX 461407
GARLAND TX 75046-1407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,639.73 | $1,639.73 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2328.** **Priority creditor's name and mailing address**

GARLOCK, ALLYSSA M
2209 S GREENWOOD DR
APT 16
JOHNSON CITY TN 37604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $518.99 | $518.99 |

**Nonpriority amount**

$0.00

**2.2329.** **Priority creditor's name and mailing address**

GARNER, DIAMOND R
387 WARWICK AVE.
203 BRUNSWICK
BUFFALO NY 14215

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $580.95 | $580.95 |

**Nonpriority amount**

$0.00

**2.2330.** **Priority creditor's name and mailing address**

GARNER, MONIQUE
8148 TATE ROAD
RUTHER GLEN VA 22546

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $104.34 | $104.34 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

**2.2331.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GARNETT, JAVEANA R
640 LASALLE AVE
BUFFALO NY 14215

*Check all that apply.*                     $147.08          $147.08

☐ Contingent
☐ Unliquidated                              **Nonpriority amount**
☐ Disputed
                                            $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                    WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**

                                            ☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2332.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GARRETSON, TRACEY A
755 BRAVES AVE
1236
LAWRENCEVILLE GA 30043

*Check all that apply.*                     $32.00           $32.00

☐ Contingent
☐ Unliquidated                              **Nonpriority amount**
☐ Disputed
                                            $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                    WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**

                                            ☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2333.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GARRETT, AMANDA
30 GARDEN VILLAGE DR
APT 1
CHEEKTOWAGA NY 14227

*Check all that apply.*                     $143.85          $143.85

☐ Contingent
☐ Unliquidated                              **Nonpriority amount**
☐ Disputed
                                            $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                    WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**

                                            ☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

2.2334. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

GARRETT, BAYLEE
4555 SUNSWEPT CT
FORT WORTH TX 76137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $184.04 | $184.04 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.2335. **Priority creditor's name and mailing address**

GARRETT, TAYLOR J
1530 HARDEN ST
COLUMBIA SC 29204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $105.49 | $105.49 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.2336. **Priority creditor's name and mailing address**

GARRETT-WHITEHEAD, KEIONIA J
5147 CARIBBEAN BOULEVARD
1117
WEST PALM BEACH FL 33407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $145.60 | $145.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2337.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

GARRIDO, NATHALIA N
CONDOMINIO PLAZA SUCHVILLE
APT 126
BAYAMON PR 00959

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $64.54
Priority amount: $64.54

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2338.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

GARROD, MARISSA A
88 BROOKMEADOW N CT SW
APT 6
GRANDVILLE MI 49418

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $855.61
Priority amount: $855.61

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2339.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

GARTH, TIANA
14648 APPIAN WAY
FONTANA CA 92337

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $189.60
Priority amount: $189.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.2340.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2340.** **Priority creditor's name and mailing address**

GARY, ZANNIQUA Z
670 HUGH ST
ATLANTA GA 30310

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $153.04 | $153.04 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2341.** **Priority creditor's name and mailing address**

GARZA, AMANDA
15420 LIVINGSTON AVE #2904
LUTZ FL 33559

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $196.01 | $196.01 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2342.** **Priority creditor's name and mailing address**

GARZA, GUADALUPE
1615 SYCAMORE AVE
248
HUNTSVILLE TX 77340

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $69.11 | $69.11 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.2343. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

GARZA, SELENA
418 MCCANN ROAD
ROGERS AR 72758

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $540.36 | $540.36 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2344.    **Priority creditor's name and mailing address**

GARZA. PATRICIA
14350 HWY 132 SOUTH
LYTLE TX 78052

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $185.65 | $185.65 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2345.    **Priority creditor's name and mailing address**

GASCA, PAIGE M
2401 HIGHWAY 6 E
18-112
IOWA CITY IA 52240

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $426.30 | $426.30 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

---

**2.2346.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2346.** **Priority creditor's name and mailing address**

GASKA, HEATHER
6 NEUBRECH COURT
JERICHO NY 11753

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $3,163.80 | $3,163.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2347.** **Priority creditor's name and mailing address**

GASPAR, YESSENIA
1409 EMPIRE ST
FAIRFIELD CA 94533-4721

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $462.28 | $462.28 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2348.** **Priority creditor's name and mailing address**

GASPARINATOS, ALEXANDRIA
4462 BURWOOD AVE
PENNSAUKEN NJ 08109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $85.41 | $85.41 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2349.** **Priority creditor's name and mailing address**

GASTELUM, JULIETTA
2624 W CARTER DR..
TEMPE AZ 85282

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,184.79 | $2,184.79 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2350.** **Priority creditor's name and mailing address**

GATES, CHANDRISS Z
20007 LUKER LANE
ABERDEEN MS 39730

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.82 | $107.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2351.** **Priority creditor's name and mailing address**

GATES, LAUREN K
108 CITY PARK CIRCLE
HATTIESBURG MS 39401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $202.13 | $202.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.2352.** **Priority creditor's name and mailing address**

GATES, MANDY N
9612 ARMLEY AVE
WHITTIER CA 90604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $217.80 | $217.80 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.2353.** **Priority creditor's name and mailing address**

GATTENBY, CLARA J
13791 MILAN STREET
WESTMINSTER CA 92683

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $634.92 | $634.92 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.2354.** **Priority creditor's name and mailing address**

GAUCK, TAPANGA
5028 W MARKWOOD AVE
INDIANAPOLIS IN 46221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $424.96 | $424.96 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

**2.2355.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| GAUDETTE, VICTORIA<br>9 FIFTH AVE<br>2<br>WEBSTER MA 01570 | | $256.62 | $256.62

☐ Contingent
☐ Unliquidated                    **Nonpriority amount**
☐ Disputed                         $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____              WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2356.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| GAUSIN, BLANCA Y<br>940 SW 50TH ST<br>OKLAHOMA CITY OK 73109 | | $107.75 | $107.75

☐ Contingent
☐ Unliquidated                    **Nonpriority amount**
☐ Disputed                         $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____              WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2357.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| GAVIN, KENYA<br>31 BRAMBLEWOOD LANE W<br>ROCHESTER NY 23504 | | $40.16 | $40.16

☐ Contingent
☐ Unliquidated                    **Nonpriority amount**
☐ Disputed                         $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____              WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2358.** **Priority creditor's name and mailing address**

GAY, ARIEL C
4164 N 81ST STREET
MILWAUKEE WI 53222

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $485.63 | $485.63 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2359.** **Priority creditor's name and mailing address**

GAY, MKAYLA D
49 VERNON PLACE
3
STAMFORD CT 06902

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $147.90 | $147.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2360.** **Priority creditor's name and mailing address**

GAY, SHALEE C
312 TOWNES DRIVE
NASHVILLE TN 37211

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,408.23 | $3,408.23 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.2361.** **Priority creditor's name and mailing address**

GAZDA, BRIANNA
1064 GREEN HOLLY RD
CLARKS SUMMIT PA 18411

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.28 | $72.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2362.** **Priority creditor's name and mailing address**

GEANGAN, LEIANNE M
1245 BURNSIDE PL
DUPONT WA 98327

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $330.36 | $330.36 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2363.** **Priority creditor's name and mailing address**

GEBAUER, LIBBY
635 SKYWAY DRIVE
INDEPENDENCE KY 41051

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $62.62 | $62.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2364.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | GEBELEIN, BETHANY E<br>1506 ALHAMBRA CREST DRIVE<br>RUSKIN FL 33570 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $79.27 | $79.27<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.2365.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | GEDNEY, LAUREN E<br>15026 SKYPARK DRIVE<br>HUNTERSVILLE NC 28078 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $63.72 | $63.72<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.2366.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | GEE, ROBYN<br>4022 NORTHWEST AVE APT 201<br>BELLINGHAM WA 98226 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $582.78 | $582.78<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.2367.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
|---|---|---|---|

GEE, SAMANTHA L
717 N GRANT ST
SOUTH
BLOOMINGTON IN 47408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $55.27

**Priority amount** $55.27

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2368.** **Priority creditor's name and mailing address**

GEIGER, MADDISON P
4720 OAK TREE COURT
BRIGHTON MI 48116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $423.87

**Priority amount** $423.87

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2369.** **Priority creditor's name and mailing address**

GELADINO-MOORE, RICCI A
1888 PELORUS AVE
SEAL BEACH CA 90740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $211.56

**Priority amount** $211.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.2370. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2370.** **Priority creditor's name and mailing address**

GELETKO, ALEXIE A
1100 BROADWAY AVE.
2
MCKEES ROCKS PA 15136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $196.84

**Priority amount**   $196.84

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2371.** **Priority creditor's name and mailing address**

GENDRON, LINDSAY M
9825 BAYWINDS DR. APT. 1101
WEST PALM BEACH FL 33411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $2,487.09

**Priority amount**   $2,487.09

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2372.** **Priority creditor's name and mailing address**

GENITO, PEYTON J
5918 MILHOUSE CT
INDIANAPOLIS IN 46221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $499.41

**Priority amount**   $499.41

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

**2.2373.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GENTALA, MAYA
735 E. 17TH AVE.
APT. 30
EUGENE OR 97401

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $153.30

**Priority amount** $153.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2374.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GENTRY, IMANI L
4001 MERIWETHER DR
APT M7
DURHAM NC 27704

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $51.68

**Priority amount** $51.68

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2375.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GEORGE, ABBY
6530 INDEPENDENCE AVE
APT #277
CANOGA PARK CA 91303

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $183.19

**Priority amount** $183.19

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.2376. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**Priority creditor's name and mailing address**

GEORGE, ERICA A
240 TEST ROAD
YORK PA 17404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$87.94

**Priority amount**
$87.94

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2377.    **Priority creditor's name and mailing address**

GEORGE, ERYAH
148 VAUGHN ST
OCEANSIDE CA 92058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$164.52

**Priority amount**
$164.52

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2378.    **Priority creditor's name and mailing address**

GEORGES, JOVANA
749 SCOTLAND APT 7M
ORANGE NJ 07050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$113.01

**Priority amount**
$113.01

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.2379.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | |
|---|---|
| GERALD, LAUREN M<br>28779 HIGHWAY 1070<br>FRANKLINTON LA 70438 | *Check all that apply.* |

**2.2379.** **Priority creditor's name and mailing address**

GERALD, LAUREN M
28779 HIGHWAY 1070
FRANKLINTON LA 70438

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.14 | $25.14 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.2380.** **Priority creditor's name and mailing address**

GERBAZ, ASHLYN E
2307 ORCHARD AVENUE
GRAND JUNCTION CO 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $116.55 | $116.55 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.2381.** **Priority creditor's name and mailing address**

GERBE, OCTAVIEA
1106 SCOUT DRIVE
B
DURHAM NC 27707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,035.16 | $1,035.16 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2382.** **Priority creditor's name and mailing address**

GERENA, LILLY K
2210 BLUE HAMPTON LANE
CHARLOTTE NC 28213

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $251.37 | $251.37 |

**Nonpriority amount**

$0.00

---

**2.2383.** **Priority creditor's name and mailing address**

GERHARTZ, JENNA C
16 CARTER ROAD
EAST BRUNSWICK NJ 08816

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $104.16 | $104.16 |

**Nonpriority amount**

$0.00

---

**2.2384.** **Priority creditor's name and mailing address**

GERLOCK, HANNAH M
565 WOODSDALE DRIVE
MONROE OH 45050

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $97.49 | $97.49 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.2385.** **Priority creditor's name and mailing address**

GERMANN, HANNAH E
8732 S BECK PL
HOMETOWN IL 60456

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $92.18 | $92.18 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2386.** **Priority creditor's name and mailing address**

GHERGOROVICH, ERICA M
1688 LA MADERIA DRIVE
PALM BAY FL 32908

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $243.00 | $243.00 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2387.** **Priority creditor's name and mailing address**

GHOSH, OLLIE
16 WHISPERWOOD CT
BROWNSBURG IN 46112

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $97.24 | $97.24 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

---

**2.2388.** **Priority creditor's name and mailing address**

GHOUSE, FARHANA
9820 S. PULASKI RD
APT 109
OAK LAWN IL 60453

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $298.21 | $298.21 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2389.** **Priority creditor's name and mailing address**

GIBBS, TRINITI A
4833 LAKE PARK LANE
ACWORTH GA 30101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $532.36 | $532.36 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2390.** **Priority creditor's name and mailing address**

GIBSON, JA'LEESA
229 HOLLIS RD
YATESVILLE GA 31097

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $29.36 | $29.36 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2391.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $1,155.83 | $1,155.83

GIBSON, KARLEY N
2608 W TOLEDO STREET
BROKEN ARROW OK 74012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2392.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $444.60 | $444.60

GIBSON, SHANIA
105 PAUL MCLENDON ST
GREENVILLE NC 27858

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2393.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $181.56 | $181.56

GIDDENS-MERRITT, ANASTASIA
13 SIXTH STREET
WESTBURY NY 11590

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2394.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

GIGLIO, TONI ANN
27 SEATTLE SLEW DR
HOWELL NJ 07731

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $114.34 | $114.34 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2395.** **Priority creditor's name and mailing address**

GIL, JENNIFER E
18024 DORAL DR
GL 455
FORT MYERS FL 33967

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $1,439.03 | $1,439.03 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2396.** **Priority creditor's name and mailing address**

GILBERT, HALLEY D
5189 COVENTRY LN
BARBOURSVILLE VA 22923-1618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $33.21 | $33.21 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2397.** **Priority creditor's name and mailing address**

GILBERT, MARISSA
3206 CITY LIGHTS DRIVE
ALISO VIEJO CA 92656

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,053.46 | $1,053.46 |

**Nonpriority amount**

$0.00

**2.2398.** **Priority creditor's name and mailing address**

GILES, SIERRA D
2950 TOMAHAWK LN
EUGENE OR 97401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $714.00 | $714.00 |

**Nonpriority amount**

$0.00

**2.2399.** **Priority creditor's name and mailing address**

GILLEN, SAMANTHA L
6001 UNIVERSITY BLVD
MOON PA 15108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.01 | $160.01 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

---

**2.2400.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2400.** **Priority creditor's name and mailing address**

GILLIM, BRIANA C
3984 KATHERINE
DEARBORN HEIGHTS MI 48125

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**          **Priority amount**
$1,611.47               $1,611.47

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2401.** **Priority creditor's name and mailing address**

GILLIS, ZIAREY B
3002 NUTMEG LANE
GARLAND TX 75044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**          **Priority amount**
$164.16                 $164.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2402.** **Priority creditor's name and mailing address**

GILLUM, JADA F
195 WEST CHERRYWOOD LANE
PEARL RIVER LA 70452

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**          **Priority amount**
$58.65                  $58.65

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                     Case number *(if known)* **19-10214**

---

**2.2403.** **Priority creditor's name and mailing address**

GILMORE, CHARITY R
208 CARSWELL ST
WACO TX 76705

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.39 | $59.39 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2404.** **Priority creditor's name and mailing address**

GILMORE, ROSLYN M
609 EASTERY COURT
TOLEDO OH 43605

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.44 | $63.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2405.** **Priority creditor's name and mailing address**

GILNER, KHADIJAH J
7285 WOOLMARKET RD.
H153
BILOXI MS 39532

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $216.61 | $216.61 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**2.2406.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

GILPIN, CANDACE C
404 ROLAND HILLS DRIVE
MOGADORE OH 44260

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,307.80
Priority amount: $1,307.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2407.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

GILPIN, KYLEA J
1900 WHEATVILLE ST
CHULA VISTA CA 91913

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $216.48
Priority amount: $216.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2408.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

GILSDORF, ERIN
15717 JACKSON DR
OMAHA NE 68118-2105

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,992.57
Priority amount: $2,992.57

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

| 2.2409. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GIORDANO, ASHLEY L<br>110 MADISON AVE<br>ROCHELLE PARK NJ 07662 | *Check all that apply.* | $43.98 | $43.98 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.2410. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GIPSON, JAYLYNN A<br>277 BRISTOL WAY<br>BOLINGBROOK IL 60440 | *Check all that apply.* | $24.34 | $24.34 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.2411. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GIPSON, MERCEDES<br>309 GOVERNMENT ST.<br>TUPELO MS 38801 | *Check all that apply.* | $62.33 | $62.33 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2412.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | GIRON, BIANCA M | *Check all that apply.* | $216.74 | $216.74
| | 2805 COTTAGE GROVE AVE 3 | ☐ Contingent | |
| | DES MOINES IA 50311 | ☐ Unliquidated | **Nonpriority amount**
| | | ☐ Disputed | $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.2413.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | GIRON, KIANA TRINIMAE G | *Check all that apply.* | $179.64 | $179.64
| | 267 EDWIN WAY | ☐ Contingent | |
| | HAYWARD CA 94544 | ☐ Unliquidated | **Nonpriority amount**
| | | ☐ Disputed | $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.2414.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | GISSENTANNA, LAUREN | *Check all that apply.* | $127.32 | $127.32
| | 161 MAXSON AVE. | ☐ Contingent | |
| | FREEPORT NY 11520 | ☐ Unliquidated | **Nonpriority amount**
| | | ☐ Disputed | $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2415.** **Priority creditor's name and mailing address**

GIST, ANDREA M
100 JANET DRIVE
WARWICK RI 02886

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $158.14 | $158.14 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2416.** **Priority creditor's name and mailing address**

GIVAN, SHAWN C
1920 NE 30TH ST
OKLAHOMA CITY OK 73111-4202

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $521.35 | $521.35 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2417.** **Priority creditor's name and mailing address**

GIVENS, TATIERRA M
83 SWEET GUM LANE
118 COLLEGE DR
COLUMBUS MS 39705

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $37.73 | $37.73 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor     **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.2418.** **Priority creditor's name and mailing address**

GLADDEN, NYTAGEIA
100 TURTLE CREEK DRIVE
A9
GREENVILLE SC 29615

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.16 | $148.16 |

**Nonpriority amount**

$0.00

**2.2419.** **Priority creditor's name and mailing address**

GLASGOW, EMILY E
3810 ALABAMA AV NORTHEAST
ST PETERSBURG FL 33703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $233.75 | $233.75 |

**Nonpriority amount**

$0.00

**2.2420.** **Priority creditor's name and mailing address**

GLEASON, JESSICA M
1 ALFREDSON LANE
SHERMAN CT 06784

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $351.75 | $351.75 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**2.2421.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

GLENN, CRYSTAL D
2821 GLENNCREST LANE
TALLAHASSEE FL 32308

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,846.86

**Priority amount** $2,846.86

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2422.** **Priority creditor's name and mailing address**

GLENN, RUTH
6570 RIVER RUN
COLUMBIA MD 21044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $35.86

**Priority amount** $35.86

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2423.** **Priority creditor's name and mailing address**

GLOVER, ANGELA
1025 ROSY BILLED DRIVE
APT 101
CHARLOTTE NC 28262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $71.66

**Priority amount** $71.66

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.2424.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.2424.** **Priority creditor's name and mailing address**

GLOVER, JANEISHA A
1963 CORNERS CIRCLE
LITHONIA GA 30058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $506.31 | $506.31 |

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.2425.** **Priority creditor's name and mailing address**

GLOVER, KAILA M
143 S PURCELL AVE
WINCHESTER VA 22601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $1,949.46 | $1,949.46 |

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.2426.** **Priority creditor's name and mailing address**

GLOVER, NATREANA
2420 APPLE WAY
MIDWEST CITY OK 73130-7146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $2,984.06 | $2,984.06 |

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2427.** **Priority creditor's name and mailing address**

GLOVER, NICHOLE A
7908 PALO DURO AVE NE
ALBUQUERQUE NM 87110

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.82 | $138.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2428.** **Priority creditor's name and mailing address**

GLOVER, NIKIAH A
4300 ROMAINE STREET
GREENSBORO NC 27407

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $101.21 | $101.21 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2429.** **Priority creditor's name and mailing address**

GOFF, ALICIA
213 DOMAIN DR
MORGANTOWN WV 26501

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.11 | $74.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2430.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GOFORTH, JADA T
80 WEST DEDHAM
1009
BOSTON MA 02118

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $437.28    **Priority amount** $437.28

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2431.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GOLDEN, CHASITY J
3845 N VERONICA AVE
RIALTO CA 92377

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $530.16    **Priority amount** $530.16

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2432.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GOLDSTEIN, EBONY S
5608 ROSSLYN AVE
INDIANAPOLIS IN 46220

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $33.30    **Priority amount** $33.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.2433.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GOLDSTEIN, JORDANA M
3541 ORIOLE DR
HUNTINGDON VALLEY PA 19006

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $201.14
Priority amount: $201.14

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2434.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GOLEMME, TALIA R
83 COLCHESTER DRIVE
PLYMOUTH MA 02360

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $36.00
Priority amount: $36.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2435.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GOLOMB, MAKENZY J
26 MYERS ST
FORTY FORT PA 18704

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $261.94
Priority amount: $261.94

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                        Case number *(if known)* **19-10214**

**2.2436.** **Priority creditor's name and mailing address**

GOMEZ, ALYSSA
3466 WILLOW PASS ROAD
SPACE 35
CONCORD CA 94519

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $297.12 | $297.12 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2437.** **Priority creditor's name and mailing address**

GOMEZ, DAISY
4727 N CENTRAL PARK AVE
CHICAGO IL 60625-5811

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $56.06 | $56.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2438.** **Priority creditor's name and mailing address**

GOMEZ, DESTINY
335 E PACIFIC AVE
LA HABRA CA 90631

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $663.04 | $663.04 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.2439. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2439.** **Priority creditor's name and mailing address**

GOMEZ, EVELYN
7438 N WOLCOTT AVE
CHICAGO IL 60626

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$464.20

**Priority amount**
$464.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2440.** **Priority creditor's name and mailing address**

GOMEZ, GRACE C
320 STEWART DR.
EL PASO TX 79915

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$136.20

**Priority amount**
$136.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2441.** **Priority creditor's name and mailing address**

GOMEZ, JAMIE
2915 N MARSHALL ST.
PHILA PA 19133-2406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,405.79

**Priority amount**
$1,405.79

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.2442.** **Priority creditor's name and mailing address**

GOMEZ, JAZMIN A
2061 PINERCREST DRIVE
SANTA ROSA CA 95403

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $624.10 | $624.10 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.2443.** **Priority creditor's name and mailing address**

GOMEZ, JOSE MARIA
1990 NW 2ND CT
BOYNTON BEACH FL 33435

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $268.44 | $268.44 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.2444.** **Priority creditor's name and mailing address**

GOMEZ, KARINA
5831 NEWCOMB ST
SAN BERNARDINO CA 92404

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $360.24 | $360.24 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2445.** **Priority creditor's name and mailing address**

GOMEZ, KAZANDRA
86 ROBERTS STREET
SHELTON CT 06484

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $461.04 | $461.04 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2446.** **Priority creditor's name and mailing address**

GOMEZ, KIMBERLY I
8334 CADDO RD
HOUSTON TX 77078

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $152.48 | $152.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2447.** **Priority creditor's name and mailing address**

GOMEZ, LESLIE J
935 NE 42ND TER
HOMESTEAD FL 33033

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.21 | $25.21 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.2448. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2448.**

**Priority creditor's name and mailing address**

GOMEZ, LISA M
27 GLOSSUP ST
NORTH PROVIDENCE RI 02911

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $3,815.58 | $3,815.58 |

**Nonpriority amount**

$0.00

---

**2.2449.**

**Priority creditor's name and mailing address**

GOMEZ, LISA M
21-12 MENAHAN STREET
3
RIDGEWOOD NY 11385

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $429.00 | $429.00 |

**Nonpriority amount**

$0.00

---

**2.2450.**

**Priority creditor's name and mailing address**

GOMEZ, MANCILLA BRENDA
1695 MARY JANE DR. APT. #112
LAS VEGAS NV 89030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $492.14 | $492.14 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.2451.** **Priority creditor's name and mailing address**

GOMEZ, MELISSA
12630 MINT FLD
HOUSTON TX 77066

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $62.74 | $62.74 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2452.** **Priority creditor's name and mailing address**

GOMEZ, NICOLE A
6800 BURR OAK DR
PLANO TX 75023

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $89.20 | $89.20 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2453.** **Priority creditor's name and mailing address**

GOMEZ, ROJAS AMALFY A
1980 SW 33 AVENUE
MIAMI FL 33145

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $232.83 | $232.83 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2454.** **Priority creditor's name and mailing address**

GOMEZ, TATIANA S
15135 KIMBERLY DR.
U102
VICTORVILLE CA 92394

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.80 | $130.80 |

**Nonpriority amount**

$0.00

---

**2.2455.** **Priority creditor's name and mailing address**

GONCALVES, MELISSA
11 AMANDA LN
ACUSHNET MA 02743-5113

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $44.76 | $44.76 |

**Nonpriority amount**

$0.00

---

**2.2456.** **Priority creditor's name and mailing address**

GONDER, DESTINY A
694 N. 3RD STREET APT B12
BRAWLEY CA 92227

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $143.40 | $143.40 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.2457.** **Priority creditor's name and mailing address**

GONGAWARE, RACHEL E
566 RELIANCE RD
MIDDLETOWN VA 22645

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $125.83 | $125.83 |

**Nonpriority amount**

$0.00

---

**2.2458.** **Priority creditor's name and mailing address**

GONZALES, ANNIE M
15435 SCHAFER AVE
BATON ROUGE LA 70816

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.00 | $126.00 |

**Nonpriority amount**

$0.00

---

**2.2459.** **Priority creditor's name and mailing address**

GONZALES, BEATRICE A
255 MORAIMA
SAN ANTONIO TX 78237

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $166.70 | $166.70 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2460.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.2460.**  **Priority creditor's name and mailing address**

GONZALES, NICOLE
1138NW 125TH PATH
MIAMI FL 33182

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $168.81 | $168.81 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2461.**  **Priority creditor's name and mailing address**

GONZALES, PAULINA
2501 WEBB CHAPEL EXT.
APT. #8208
DALLAS TX 75220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $100.35 | $100.35 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2462.**  **Priority creditor's name and mailing address**

GONZALES, ROBERT
81 DAISY SPRINGS CT
LAS VEGAS NV 89148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $6,203.01 | $6,203.01 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.2463.** **Priority creditor's name and mailing address**

GONZALES, SELENA N
3435 3RD AVE N
113
SAINT PETERSBURG FL 33713

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $259.38 | $259.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2464.** **Priority creditor's name and mailing address**

GONZALEZ, AILEEN
6356 WEST GOWAN ROAD
LAS VEGAS NV 89108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.37 | $76.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2465.** **Priority creditor's name and mailing address**

GONZALEZ, ALEXIS
146 DARTMOUTH ST
HEMPSTEAD NY 11550-2715

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $312.72 | $312.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

**2.2466.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2466.** **Priority creditor's name and mailing address**

GONZALEZ, BRITO ELIANDRA
1166 CALL E 4 SE, URB. CAPARRA
SAN JUAN PR 00921

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $328.57 | $328.57 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2467.** **Priority creditor's name and mailing address**

GONZALEZ, CARLA
3911 31ST AVE
KENOSHA WI 53144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $69.72 | $69.72 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2468.** **Priority creditor's name and mailing address**

GONZALEZ, CAROLINA
143 EUCLID AVE
SPRINGFIELD MA 01108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $427.08 | $427.08 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2469.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GONZALEZ, DANIELLE V
5402 SUNSEEKER BLVD
GREENACRES FL 33463

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $181.21

**Priority amount** $181.21

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2470.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GONZALEZ, DARLENE C
56 ARMINGTON AVE
PROVIDENCE RI 03908

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $104.90

**Priority amount** $104.90

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2471.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GONZALEZ, DAYSE F
12338 KENTON CT.
ORLANDO FL 32837-6500

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $244.79

**Priority amount** $244.79

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2472.** **Priority creditor's name and mailing address**

GONZALEZ, DEISY
6552 S KEDVALE AVENUE
CHICAGO IL 60629

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,269.26 | $1,269.26 |

**Nonpriority amount**

$0.00

---

**2.2473.** **Priority creditor's name and mailing address**

GONZALEZ, DESIRETH M
511 MARTINGALE DR
STROUDSBURG PA 18360

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.80 | $36.80 |

**Nonpriority amount**

$0.00

---

**2.2474.** **Priority creditor's name and mailing address**

GONZALEZ, DIANA
21817 LANARK ST.
29
CANOGA PARK CA 91304

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $260.76 | $260.76 |

**Nonpriority amount**

$0.00

---

Debtor **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2475.** **Priority creditor's name and mailing address**

GONZALEZ, DULCE
9430 CONCOURSE DR
HOUSTON TX 77036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.30 | $100.30 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2476.** **Priority creditor's name and mailing address**

GONZALEZ, ELIZABETH
1515 SOUTH PROSPECT STREET
APT 36
WHEATON IL 60189

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,825.62 | $4,825.62 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2477.** **Priority creditor's name and mailing address**

GONZALEZ, ELMER G
20703 CRYSTAL HILL CIR
APT D
GERMANTOWN MD 20874

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $297.93 | $297.93 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**2.2478.** **Priority creditor's name and mailing address**

GONZALEZ, FLORYS M
10581 SW 155TH PL
1610
MIAMI FL 33196

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $579.03 | $579.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2479.** **Priority creditor's name and mailing address**

GONZALEZ, GABRIELA
6044 KAUFFMAN AVE
TEMPLE CITY CA 91780-1741

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $563.38 | $563.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2480.** **Priority creditor's name and mailing address**

GONZALEZ, GONZALEZ MARIA TERESA
216 OCCOQUAN TER SW
LEESBURG VA 20175

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $321.50 | $321.50 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2481.** **Priority creditor's name and mailing address**

GONZALEZ, IVANA R
1208 FERNDALE CT
VIRGINIA BEACH VA 23464

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $516.89 | $516.89 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2482.** **Priority creditor's name and mailing address**

GONZALEZ, JASMINE A
1407 KILDEER DR
ROUND LAKE BEACH IL 60073

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $663.87 | $663.87 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2483.** **Priority creditor's name and mailing address**

GONZALEZ, JENNIFER
421 SWEEZY AVE
RIVERHEAD NY 11901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $525.46 | $525.46 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2484.** **Priority creditor's name and mailing address**

GONZALEZ, JENNIFER
13526 BONWAY DR
HOUSTON TX 77045

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $23.38 | $23.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2485.** **Priority creditor's name and mailing address**

GONZALEZ, JENNIFER W
14243 PERHAM CT
MORENO VALLEY CA 92553

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $504.10 | $504.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2486.** **Priority creditor's name and mailing address**

GONZALEZ, JENNY
156 POND PL
APT.14
VISTA CA 92083

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.76 | $59.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.2487.** **Priority creditor's name and mailing address**

GONZALEZ, JOCELYN
15515 CALIFORNIA AVE
PARAMOUNT CA 90723

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $232.20 | $232.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2488.** **Priority creditor's name and mailing address**

GONZALEZ, JOSE
8111 REMMET AVE
1
CANOGA PARK CA 91304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $264.61 | $264.61 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2489.** **Priority creditor's name and mailing address**

GONZALEZ, JULIA R
611 REEVES LN
KENNEDALE TX 76060

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $227.05 | $227.05 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.2490.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2490.**

**Priority creditor's name and mailing address**

GONZALEZ, KARLA
14374 AMAR RD APT K
LA PUENTE CA 91744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$250.80

**Priority amount**
$250.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2491.**

**Priority creditor's name and mailing address**

GONZALEZ, LIZBETH A
177 SHERMAN ST.
PERTH AMBOY NJ 08861

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$75.40

**Priority amount**
$75.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2492.**

**Priority creditor's name and mailing address**

GONZALEZ, MARIA A
17848 DEERFIELD DR
LUTZ FL 33558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$40.86

**Priority amount**
$40.86

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.2493.  **Priority creditor's name and mailing address**

GONZALEZ, MARIA F
12631 OAKWOOD DR
WOODBRIDGE VA 22912

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $63.06 | $63.06 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2494.  **Priority creditor's name and mailing address**

GONZALEZ, MARIBEL
4017 STERLING CT
MODESTO CA 95357

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $396.32 | $396.32 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2495.  **Priority creditor's name and mailing address**

GONZALEZ, MARLEN J
13385 270TH ST
ADRIAN MN 56110

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $284.65 | $284.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.2496.** **Priority creditor's name and mailing address**

GONZALEZ, MARTELL JENNIFER
6613 NE 17TH AVE 97211
PORTLAND OR 97211

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $282.06 | $282.06 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2497.** **Priority creditor's name and mailing address**

GONZALEZ, MELINA
5053 N US 31
COLUMBUS IN 47201

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.95 | $35.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2498.** **Priority creditor's name and mailing address**

GONZALEZ, NATALIE
2101 TANGERINE ST
BAKERSFIELD CA 93306

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $64.44 | $64.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2499.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| GONZALEZ, NATALIE A | *Check all that apply.* | $60.89 | $60.89
| 12 WESTMINSTER DR | ☐ Contingent |
| JACKSON NJ 08527-2623 | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** |
| _____ | WAGES & PTO |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☐ No |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes |

**2.2500.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| GONZALEZ, NUVIA Y | *Check all that apply.* | $163.40 | $163.40
| 515 E 88TH AVE | ☐ Contingent |
| 408 | ☐ Unliquidated | | **Nonpriority amount**
| THORNTON CO 80229 | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** |
| _____ | WAGES & PTO |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☐ No |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes |

**2.2501.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| GONZALEZ, OLADIS I | *Check all that apply.* | $185.40 | $185.40
| 1117 EUBANKS AVE | ☐ Contingent |
| BAKERSFIELD CA 93307 | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** |
| _____ | WAGES & PTO |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☐ No |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.2502.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GONZALEZ, ROLANDO
1921 KING AVE
HARLINGEN TX 78552-7528

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $132.60

**Priority amount** $132.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2503.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

GONZALEZ, SANDRA
525 GLENBRIAR CIRCLE
TRACY CA 95377

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $230.04

**Priority amount** $230.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2504.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

GONZALEZ, SONIELYZ
495 LAUREL HILL RD
APT 11P
NORWICH CT 06360-7212

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $704.09

**Priority amount** $704.09

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2505.** **Priority creditor's name and mailing address**

GONZALEZ, SOTO GISELLE
CALLE 4 D-18
URB LOMA ALTA
CAROLINA PR 00987

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.25 | $40.25 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2506.** **Priority creditor's name and mailing address**

GONZALEZ, STEPHANIE
6070 LARCHMONT DR
SAN JOSE CA 95123-4419

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,593.16 | $1,593.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2507.** **Priority creditor's name and mailing address**

GONZALEZ, TATYANA L
1930 N FRANKLIN
PHILADELPHIA PA 19122

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $128.94 | $128.94 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.2508. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GONZALEZ, TERESA<br>4313 CLAYTON ST<br>DENVER CO 80216 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $111.00 | $111.00<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.2509. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GONZALEZ, VANESSA<br>1371 BLACKBURN CIR.<br>DALLAS TX 75217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75.90 | $75.90<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.2510. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GONZALEZ, VERONICA<br>25 SOUTH LADOW AVE APT 9G<br>MILLVILLE NJ 08332 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,315.21 | $1,315.21<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.2511. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

**Priority creditor's name and mailing address**

GONZALEZ, WENDY I
12 AURORA WAY
ATHENS GA 30601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Total claim | Priority amount |
|---|---|
| $132.08 | $132.08 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2512. **Priority creditor's name and mailing address**

GONZALEZ-CASTRO, ERIKA
5252 ORANGE AVE
233
SAN DIEGO CA 92115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Total claim | Priority amount |
|---|---|
| $2,740.64 | $2,740.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2513. **Priority creditor's name and mailing address**

GONZALEZ-GARCIA, ASHLEY M
46-350 TOWNE ST
9
INDIO CA 92201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Total claim | Priority amount |
|---|---|
| $217.80 | $217.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2514.** **Priority creditor's name and mailing address**

GONZALEZ-GUZMAN, MICHELLE
276 MICHELE CIRCLE
MILLERSVILLE MD 21108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $202.01 | $202.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2515.** **Priority creditor's name and mailing address**

GONZALEZ-MEDINA, ANA R
3103 MURRAY FARMS RD
PLANT CITY FL 33566

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $65.15 | $65.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2516.** **Priority creditor's name and mailing address**

GOODMAN, ALLISEN M
11005 56TH AVE
ALLENDALE MI 49401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $286.75 | $286.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.2517.** **Priority creditor's name and mailing address**

GOODMAN, KENICIA E
507 SOURGHUM CT
JOPPA MD 21085

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $50.29 | $50.29 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2518.** **Priority creditor's name and mailing address**

GOODMAN, TAYLOR TEA C
2006 PRINCETON AVE
CAMP HILL PA 17011

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.21 | $164.21 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2519.** **Priority creditor's name and mailing address**

GOODRICH, STEPHANIE
601 BILL FRANCE BOULEVARD
APT 1707
DAYTONA BEACH FL 32114

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $177.66 | $177.66 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.2520.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | *Check all that apply.* | $177.42 | $177.42 |
| | GOODSPEED, DAPHNIE B 890 E OLD 56 HWY 222 OLATHE KS 66061 | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

**2.2521.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | *Check all that apply.* | $116.88 | $116.88 |
| | GOODWIN, RICKIESHA F 100 FOREST AVE 1-1201-D BUFFALO NY 14213 | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

**2.2522.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | *Check all that apply.* | $44.40 | $44.40 |
| | GORDON, CHANTEL A 245-33 147 ROAD ROSEDALE NY 11422 | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2523.** **Priority creditor's name and mailing address**

GORDON, LILIANA M
1754 GRANGE AVE
204
RACINE WI 53403

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $249.91 | $249.91 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2524.** **Priority creditor's name and mailing address**

GORDON, SAMANTHA M
55 PARKWAY AVE
AMITYVILLE NY 11701-1308

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $184.20 | $184.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2525.** **Priority creditor's name and mailing address**

GORDON, SARA C
515 CAMINO REAL COURT
F
BRANDON FL 33510

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.55 | $81.55 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.2526.** **Priority creditor's name and mailing address**

GORDON, SOMMER J
105 RODEO CIRCLE
LOUISVILLE OH 44641

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $105.17 | $105.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2527.** **Priority creditor's name and mailing address**

GORHAM, ANGELA
1214 SAVIN LANDING
KNIGHDALE NC 27545

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,481.20 | $2,481.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2528.** **Priority creditor's name and mailing address**

GOROSPE, MARIA LOURDES I
1045 NW 90TH WAY
PLANTATION FL 33322

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $60.83 | $60.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2529.** **Priority creditor's name and mailing address**

GOSE, SYDNEY L
4777 LA MESA COURT
FREMONT CA 94536

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $84.84 | $84.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2530.** **Priority creditor's name and mailing address**

GOSSELIN, KASEY O
479 CILLEY ROAD
1
MANCHESTER NH 03103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $212.40 | $212.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2531.** **Priority creditor's name and mailing address**

GOTHRO, AMANDA L
1896 S. GREGORY RD
FOWLERVILLE MI 48836

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $221.08 | $221.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.2532.** **Priority creditor's name and mailing address**

GOUGH, CHERYL K
4421 S. KAILER DR.
WICHITA KS 67217

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $52.10 | $52.10 |

**Nonpriority amount**

$0.00

---

**2.2533.** **Priority creditor's name and mailing address**

GOULBOURNE, BRIANNA M
177 WAYPOINT DR
STOCKBRIDGE GA 30281

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $370.97 | $370.97 |

**Nonpriority amount**

$0.00

---

**2.2534.** **Priority creditor's name and mailing address**

GOULD, NAJJA O
4902 SHUMARD DR
KILLEEN TX 76542

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,284.65 | $1,284.65 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2535.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

**2.2535.** **Priority creditor's name and mailing address**

GOULD, TERESA R
13632 BELLEROSE DRIVE
CHANTILLY VA 20151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $1,493.21 | $1,493.21 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2536.** **Priority creditor's name and mailing address**

GOURDINE, DESTINY M
828 ESTURARY DR
828
ALPHARETTA GA 30005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $121.44 | $121.44 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2537.** **Priority creditor's name and mailing address**

GOZARI, MAKIYAL
627 BROOKHURST BLVD.
LATHROP CA 95330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $97.20 | $97.20 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.2538. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2538.** **Priority creditor's name and mailing address**

GRABINA, STACI R
2 ETNA PLACE
NANUET NY 10954

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $551.78

**Priority amount** $551.78

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2539.** **Priority creditor's name and mailing address**

GRACIA, CRYSTAL A
590 COHANNET ST
TAUNTON MA 02780

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $519.30

**Priority amount** $519.30

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2540.** **Priority creditor's name and mailing address**

GRACIANO, DENISSE
638 GARRETT ST
BRAWLEY CA 92227

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $182.40

**Priority amount** $182.40

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.2541.** **Priority creditor's name and mailing address**

GRADO, CLAUDIA D
9820 SAINT GEORGE ST.
SPRING VALLEY CA 91977

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $416.52 | $416.52 |

**Nonpriority amount**

$0.00

---

**2.2542.** **Priority creditor's name and mailing address**

GRADO, SAVANNAH L
320 E. UNION
1332
LAS CRUCES NM 88001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.22 | $164.22 |

**Nonpriority amount**

$0.00

---

**2.2543.** **Priority creditor's name and mailing address**

GRAEFF, ABIGAIL S
306 LAKEVIEW DRIVE
RIDLEY PARK PA 19078

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $459.14 | $459.14 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2544.** **Priority creditor's name and mailing address**

GRAHAM, ASIA
5211 CROSSWOOD WAY
303
RALEIGH NC 27616

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $561.44 | $561.44 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2545.** **Priority creditor's name and mailing address**

GRAHAM, SUNDIATA
3031 HARRELL DR
APT 118
GRAND PRAIRIE TX 75052

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $500.17 | $500.17 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2546.** **Priority creditor's name and mailing address**

GRAHAM, TARA R
7538 AUTUMN PARK
SAN ANTONIO TX 78249-4235

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $432.84 | $432.84 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2547.** **Priority creditor's name and mailing address**

GRAIG, ELEXIS D
570 MALABAR RD SW
APT 206
PALM BAY FL 32907

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $371.45 | $371.45 |

**Nonpriority amount**

$0.00

---

**2.2548.** **Priority creditor's name and mailing address**

GRAJEDA, KEILA G
1008 ROSEMONT AVE.
102
LOS ANGELES CA 90026

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $37.44 | $37.44 |

**Nonpriority amount**

$0.00

---

**2.2549.** **Priority creditor's name and mailing address**

GRANDON, GABRIELA G
6054 FARMDALE AVE
4
NORTH HOLLYWOOD CA 91606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $693.26 | $693.26 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2550.** **Priority creditor's name and mailing address**

GRANILLO, JOSELYNE
11317 E. MARGUERITE AVE.
MESA AZ 85208

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $512.68 | $512.68 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2551.** **Priority creditor's name and mailing address**

GRANITZSKI, MEGAN E
305 HOPE GREAT MEADOWS ROAD
GREAT MEADOWS NJ 07838

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $166.82 | $166.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2552.** **Priority creditor's name and mailing address**

GRANT, DANIELLE N
255 JEAN WELLS DR
GOOSE CREEK SC 29445

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $428.30 | $428.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                       Case number *(if known)* **19-10214**

---

**2.2553.** **Priority creditor's name and mailing address**

GRANT-WILLIAMS, KARIA T
2614 W TENNESSEE ST APT 8106C
TALLAHASSEE FL 32304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $369.00 | $369.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2554.** **Priority creditor's name and mailing address**

GRANVILLE, KEREEN
8521 MONTICELLO AVE
SKOKIE IL 60076

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,561.70 | $1,561.70 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2555.** **Priority creditor's name and mailing address**

GRAPEVINE/COLLEYVILLE I.S.D.
3072 MUSTANG DRIVE
GRAPEVINE TX 76051

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,465.88 | $3,465.88 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2556.** | **Priority creditor's name and mailing address** | | |

**2.2556.** **Priority creditor's name and mailing address**

GRAUL, COURTNEY
14777 WUNDERLICH DR
APT 2604
HOUSTON TX 77069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $513.83 | $513.83 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2557.** **Priority creditor's name and mailing address**

GRAVELIN, LYNDSEY
1642 CHARLOTTE CIRCLE
MARTINSVILLE IN 46151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $836.60 | $836.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2558.** **Priority creditor's name and mailing address**

GRAVES, KAITLIN
3648 COUNTY ROAD 61
COLUMBIA AL 36319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $245.86 | $245.86 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

**2.2559.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2559.** **Priority creditor's name and mailing address**

GRAVES, PATRICIA
9113 SIERRA ALTA WAY
EL CAJON CA 92021

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $289.80 | $289.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2560.** **Priority creditor's name and mailing address**

GRAY, ALEEA G
902 34TH STREET
VIENNA WV 26105

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $258.75 | $258.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2561.** **Priority creditor's name and mailing address**

GRAY, EMILEE J
9618 LITTLE HARBOR COURT
ELK GROVE CA 95624

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $348.96 | $348.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

---

| 2.2562. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

GRAY, JADE C
8671 PINE CT
YPSILANTI MI 48198

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $178.25
Priority amount: $178.25

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.2563. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

GRAY, JENNA E
1652 OTOE ST.
LINCOLN NE 68502

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $373.67
Priority amount: $373.67

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.2564. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

GRAY, JILLIAN D
2928 PRAIRIE OAK BLVD
GRAND PRAIRIE TX 75052

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $215.84
Priority amount: $215.84

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor     **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.2565.** **Priority creditor's name and mailing address**

GRAY, MALLORY J
4362 MCWHINNEY BLVD.
#718
LOVELAND CO 80538

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $61.28 | $61.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2566.** **Priority creditor's name and mailing address**

GRAY, SHYRENE M
6512 W DESERT COVE AVE
GLENDALE AZ 85304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.67 | $32.67 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2567.** **Priority creditor's name and mailing address**

GRAYBILL, HEIDI J
6291 LEAR AVENUE
TWENTYNINE PALMS CA 92277

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,102.22 | $4,102.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

**2.2568.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| GREAGER, ALEXA R<br>90 SOUTH GARDEN BLVD<br>EDGEWATER PARK NJ 08010 | *Check all that apply.* | $157.97 | $157.97

☐ Contingent

☐ Unliquidated                                                 **Nonpriority amount**

☐ Disputed                                                     $0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____               WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2569.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| GREASER, SHELBY<br>238 WINEBERRY DR<br>CHESWICK PA 15024 | *Check all that apply.* | $170.89 | $170.89

☐ Contingent

☐ Unliquidated                                                 **Nonpriority amount**

☐ Disputed                                                     $0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____               WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2570.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| GREBER, MEGAN N<br>18 DARLA DRIVE<br>WINFIELD MO 63389 | *Check all that apply.* | $199.09 | $199.09

☐ Contingent

☐ Unliquidated                                                 **Nonpriority amount**

☐ Disputed                                                     $0.00

**Date or dates debt was incurred**            **Basis for the claim:**

_____               WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

**2.2571.** **Priority creditor's name and mailing address**

GREELY, JULIA A
786 OAK BEND RD
KAISER MO 65047

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $653.89 | $653.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2572.** **Priority creditor's name and mailing address**

GREEN, ASHLEY J
6356 FOREST AVE
3R
RIDGEWOOD NY 11385

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $678.30 | $678.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2573.** **Priority creditor's name and mailing address**

GREEN, BIANCA A
717 JOHN TERRACE
NEPTUNE NJ 07753

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $190.81 | $190.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.2574.** **Priority creditor's name and mailing address**

GREEN, CAMARY
704 MYRTLE STREET
HATTIESBURG MS 39401

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $545.30 | $545.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2575.** **Priority creditor's name and mailing address**

GREEN, CHRYSETTE M
3417 CEDARGLEN RD.
ONTARIO CA 91761

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,004.54 | $2,004.54 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2576.** **Priority creditor's name and mailing address**

GREEN, JADE A
3030 RESIDENCE DR
3105 A
TOLEDO OH 43606

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $89.59 | $89.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.2577. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.2577. Priority creditor's name and mailing address**

GREEN, JAMILLAH R
601 OCEAN AVE
APT #2
JERSEY CITY NJ 07305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $121.69 | $121.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2578. Priority creditor's name and mailing address**

GREEN, JAYDA
2215 DUPONT AVE. N
MINNEAPOLIS MN 55411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $154.31 | $154.31 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2579. Priority creditor's name and mailing address**

GREEN, JULIEANN
4120 W MAULE AVE
LAS VEGAS NV 89118-4410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $5,445.43 | $5,445.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.2580.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GREEN, MAKAYLA A
2028 N MITCHELL DR
MIDWEST CITY OK 73110

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $1,173.16

Priority amount $1,173.16

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2581.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GREEN, MEGAN
14330 SUMMER PLACE DR.
GONZALES LA 70737

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $152.16

Priority amount $152.16

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2582.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

GREEN, MORGAN Y
830 PEACHERS MILL RD
L140
CLARKSVILLE TN 37042

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $133.85

Priority amount $133.85

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |

---

**2.2583.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

GREEN, NAYTONIYAN T
8100 GARNERS FERRY ROAD APT 14
COLUMBIA SC 29209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
| $37.34 | $37.34 |

**Nonpriority amount**
$0.00

---

**2.2584.** | **Priority creditor's name and mailing address**

GREEN, TAYLOR A
2825 EGRET WAY
COOPER CITY FL 33026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
| $166.66 | $166.66 |

**Nonpriority amount**
$0.00

---

**2.2585.** | **Priority creditor's name and mailing address**

GREEN, VICTORIA
3436 FREDERICK DR
TOANO VA 23168

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
| $6.00 | $6.00 |

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.2586.** **Priority creditor's name and mailing address**

GREENAWALT, KAYLEIGH B
1750 WORTHINGTON COURT
FREDERICK MD 21702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $614.28 | $614.28 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2587.** **Priority creditor's name and mailing address**

GREENBERG, CATHERINE A
26 IDAHO LN
ABERDEEN NJ 07747-1504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $35.67 | $35.67 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2588.** **Priority creditor's name and mailing address**

GREENE, AMALIA I
2895 S CONWAY RD
ORLANDO FL 32812-5900

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $234.00 | $234.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2589.** **Priority creditor's name and mailing address**

GREENE, ELISABETH
404 MIDNIGHT DR
RICHLANDS NC 28574

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $103.46 | $103.46 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2590.** **Priority creditor's name and mailing address**

GREENE, JASMINE
2153 CLIFFVALE DRIVE
HIGH POINT NC 27262

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $223.73 | $223.73 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2591.** **Priority creditor's name and mailing address**

GREENE, SUNDAI K
7503 GRAND LAKE DR.
SEVEN VALLEYS PA 17360

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.96 | $151.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2592.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

| | GREENFIELD, JESSICA L<br>34 WOLFINGER WAY<br>BINGHAMTON NY 13904 | *Check all that apply.* | $225.67 | $225.67 |

☐ Contingent

☐ Unliquidated                                    **Nonpriority amount**

☐ Disputed                                         $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2593.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

| | GREENFIELD-ESARCO, LAURIE A<br>281A POTTERSTOWN ROAD<br>LEBANON NJ 08833 | *Check all that apply.* | $8,759.44 | $8,759.44 |

☐ Contingent

☐ Unliquidated                                    **Nonpriority amount**

☐ Disputed                                         $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2594.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

| | GREER, CASSIE<br>45111 WAIKAPOKI RD<br>E<br>KANEOHE HI 96744 | *Check all that apply.* | $291.92 | $291.92 |

☐ Contingent

☐ Unliquidated                                    **Nonpriority amount**

☐ Disputed                                         $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2595.** **Priority creditor's name and mailing address**

GREER, CONSTANCE
5780 GRANDVIEW DR
INDIANAPOLIS IN 46228

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $93.47 | $93.47 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2596.** **Priority creditor's name and mailing address**

GREER, KIARA K
124 REDMOND LN
CAMDEN DE 19934

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $190.31 | $190.31 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2597.** **Priority creditor's name and mailing address**

GREGORIO, STEPHANIE M
47 NORTH AVE
REVERE MA 02151-2328

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $521.94 | $521.94 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

2.2598. **Priority creditor's name and mailing address**

GREGORY, JETTIE
217 RIVERSIDE DR
FREEPORT PA 16229

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.58 | $33.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2599. **Priority creditor's name and mailing address**

GREIF, MACY M
4021 WEST STATE ST.
APT# 103
BOISE ID 83703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.70 | $138.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2600. **Priority creditor's name and mailing address**

GRIDER, DEBORAH R
1011 VIZCAYA LAKES RD
APT 108
OCOEE FL 34761

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,679.06 | $1,679.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2601.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| GRIFFIN, CANADA A | *Check all that apply.* | $2,462.18 | $2,462.18

GRIFFIN, CANADA A
4761 COUNTRY LANE
E48
ORANGE OH 44126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2602.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $242.97 | $242.97

GRIFFIN, DARLA R
2073 S IDALIA STREET
AURORA CO 80013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2603.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $577.28 | $577.28

GRIFFIN, HEAVEN A
5443 RIVERBREEZE COURT
JACKSONVILLE FL 32277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**2.2604.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | | **Priority amount** |
|---|---|---|---|---|
| | GRIFFIN, PAZAZZ<br>1055 CHICAGO AVE<br>CINCINNATI OH 45215 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $268.13 | | $268.13<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES & PTO | | | |
| | _____ | | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | | |

**2.2605.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | | **Priority amount** |
|---|---|---|---|---|
| | GRIFFIN, TANISHA<br>76 GRETNA WOODS RD<br>PLEASANT VALLEY NY 12569 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $93.57 | | $93.57<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES & PTO | | | |
| | _____ | | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | | |

**2.2606.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | | **Priority amount** |
|---|---|---|---|---|
| | GRIFFITH, ELAINA C<br>9226D GENERAL BROWN LOOP<br>FORT DRUM NY 13603 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $160.40 | | $160.40<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES & PTO | | | |
| | _____ | | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | | |

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.2607.** **Priority creditor's name and mailing address**

GRIFFITH, JARI A
2105 STELLA ST.
105
DENTON TX 76201

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $595.15 | $595.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2608.** **Priority creditor's name and mailing address**

GRIGGS, KELLY T
145 HARMONY ROAD
APARTMENT 1624
SLIPPERY ROCK PA 16057

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.96 | $36.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2609.** **Priority creditor's name and mailing address**

GRIGSBY, EMILY R
232 MARBLE CLIFF
FORT MICHELL KY 41017

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $71.15 | $71.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.2610. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

GRIJALVA, YAJAIRA
4333 E BELLEVUE ST
UNIT 3
TUCSON AZ 85712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $121.00

**Priority amount** $121.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2611. **Priority creditor's name and mailing address**

GRIMALDI, CRYSTAL M
16 SCOUT TRAIL
RIDGE NY 11961

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,599.07

**Priority amount** $2,599.07

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2612. **Priority creditor's name and mailing address**

GRINBERG, ROCHELLE P
11800 SUNSET HILLS RD
UNIT 620
RESTON VA 20190

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $760.26

**Priority amount** $760.26

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.2613.** **Priority creditor's name and mailing address**

GROAH, JAZMIN
7906 POINSETTIA DR
LOUISVILLE KY 40258-2452

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,466.10 | $1,466.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2614.** **Priority creditor's name and mailing address**

GROHN, RACHEL J
E13750 STELTER RD
FALL CREEK WI 54742

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $199.96 | $199.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2615.** **Priority creditor's name and mailing address**

GROSS, DENAYA B
7350 ALPINE DR NW
RAMSEY MN 55303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $24.65 | $24.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.2616. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2616.** **Priority creditor's name and mailing address**

GROSS, SHARRON R
2515 ALABAMA AVENUE SE APT 401
WASHINGTON DC 20020

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $81.55 | $81.55 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2617.** **Priority creditor's name and mailing address**

GROSVENTRE, JASMINE
6960 HYDE PARK DR
SAN DIEGO CA 92119

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $215.64 | $215.64 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2618.** **Priority creditor's name and mailing address**

GROTBERG, BEATRIZ
7 RABBIT RUN PLACE
THE WOODLANDS TX 77382

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $8,322.53 | $8,322.53 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2619.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.2619.**

**Priority creditor's name and mailing address**

GRUBB, DEVANIQUE D
3432 MICHAEL CT
COLUMBUS OH 43204

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $870.65 | $870.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2620.**

**Priority creditor's name and mailing address**

GRZYMSKI, JAYCIE M
105 SPITBROOK ROAD
13C
NASHUA NH 03062

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $175.11 | $175.11 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2621.**

**Priority creditor's name and mailing address**

GUADAGNO, MARIA A
1113 CHARLES VIEW WAY
TOWSON MD 21204

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $372.17 | $372.17 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2622.** **Priority creditor's name and mailing address**

GUBALLA, AMALIA E
4224 WINDSONG ST.
SACRAMENTO CA 95834

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $193.80 | $193.80 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2623.** **Priority creditor's name and mailing address**

GUEL, SADY
5327 4TH ST CT E
BRADENTON FL 34203

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $338.13 | $338.13 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2624.** **Priority creditor's name and mailing address**

GUERECA, NORMA P
740 CALLA AVE
B
IMPERIAL BEACH CA 91932

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $772.07 | $772.07 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

2.2625.   **Priority creditor's name and mailing address**

GUERRA, FAVIOLA
1109 SW 53ST
OKLAHOMA CITY OK 73109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $165.04 | $165.04 |

**Nonpriority amount**

$0.00

---

2.2626.   **Priority creditor's name and mailing address**

GUERRA, FRANCIS E
3808 SE 36TH AVE
AMARILLO TX 79103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $179.91 | $179.91 |

**Nonpriority amount**

$0.00

---

2.2627.   **Priority creditor's name and mailing address**

GUERRERO, ARLYN A
27 ALEXANDER AVE
SPRING VALLEY NY 10977

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $90.14 | $90.14 |

**Nonpriority amount**

$0.00

---

Debtor   **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.2628.** **Priority creditor's name and mailing address**

GUERRERO, BRENDA
2439 DES PLAINES AVE
#1S
NORTH RIVERSIDE IL 60546

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $213.01 | $213.01 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**2.2629.** **Priority creditor's name and mailing address**

GUERRERO, JESSICA N
839 FARM DR
3
SAN JOSE CA 95136

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $781.61 | $781.61 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**2.2630.** **Priority creditor's name and mailing address**

GUERRERO, MARIAH N
4627 N 100TH AVE
PHOENIX AZ 85037-5263

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $580.81 | $580.81 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                          Case number *(if known)* **19-10214**

**2.2631.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GUERRERO, SAMANTHA<br>550 RIVERSTONE PKWY APT A109<br>CANTON GA 30114 | *Check all that apply.* | $176.03 | $176.03 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

**2.2632.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GUERRERO, SARAH I<br>40979 BELLERAY AVE.<br>MURRIETA CA 92562 | *Check all that apply.* | $531.98 | $531.98 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

**2.2633.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GUEST, KALEI A<br>9851 HWY 172<br>COMER GA 30629 | *Check all that apply.* | $407.55 | $407.55 |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | _____ | WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☐ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2634.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | | *Check all that apply.* | |
| | GUEVARA, DELMY N | | $761.81 | $761.81
| | 3824 S HOBART BLVD. | ☐ Contingent | |
| | LOS ANGELES CA 90062 | | | **Nonpriority amount**
| | | ☐ Unliquidated | |
| | | ☐ Disputed | $0.00
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | WAGES & PTO | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

**2.2635.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | | *Check all that apply.* | |
| | GUEVARA, RAQUEL S | | $169.00 | $169.00
| | 4450 TRUMAN RD | ☐ Contingent | |
| | RAVENNA MI 49451 | | | **Nonpriority amount**
| | | ☐ Unliquidated | |
| | | ☐ Disputed | $0.00
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | WAGES & PTO | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

**2.2636.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | | *Check all that apply.* | |
| | GUEVARA, SILVIA | | $185.29 | $185.29
| | 718 RUBY DR | ☐ Contingent | |
| | MIDLAND TX 79703 | | | **Nonpriority amount**
| | | ☐ Unliquidated | |
| | | ☐ Disputed | $0.00
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | WAGES & PTO | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

**2.2637.** **Priority creditor's name and mailing address**

GUEVARRA, QUEENIE
1385 CYPRESS WOODS DR
NAPLES FL 34103-3869

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $172.20 | $172.20 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2638.** **Priority creditor's name and mailing address**

GUIDRY, TONYA A
1442 BROOKESTONE ROAD
HEPHZIBAH GA 30815

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.67 | $140.67 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2639.** **Priority creditor's name and mailing address**

GUILLOT, LAUREN A
2145 MEADOW LANE
HARVEY LA 70058

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $88.02 | $88.02 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2640.** **Priority creditor's name and mailing address**

GUIMBALENA, GLENYZEL
300 CRESCENT DR
100
VACAVILLE CA 95688

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $201.72 | $201.72 |

**Nonpriority amount**

$0.00

---

**2.2641.** **Priority creditor's name and mailing address**

GUIMMAYEN, JONA T
1140 KAMEHAMEHA IV ROAD
HONOLULU HI 96819

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $225.44 | $225.44 |

**Nonpriority amount**

$0.00

---

**2.2642.** **Priority creditor's name and mailing address**

GULATI, AYUSHI
164 PHILLIPS RD.
APT.174A
SOMERSET NJ 08873

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $42.04 | $42.04 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2643.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2643.** **Priority creditor's name and mailing address**

GULIFORD, TEA M
6000 E MAINSGATE
APT 202
WICHITA KS 67220

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $199.74 | $199.74 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2644.** **Priority creditor's name and mailing address**

GUNDLACH, MAKAYLA M
1303 S ALBEMARLE ST
YORK PA 17403

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $140.29 | $140.29 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2645.** **Priority creditor's name and mailing address**

GUNN, LEANNA
59 DEMAREST AVENUE
WEST NYACK NY 10994

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $55.28 | $55.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                      Case number *(if known)* **19-10214**

| 2.2646. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2646.** **Priority creditor's name and mailing address**

GUNNING, MARIA A
5263 PERRY POLK DR.
FAIRFIELD CA 94533

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $256.80 | $256.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2647.** **Priority creditor's name and mailing address**

GUNTER, FAITH L
921 MARKS ROAD
APARTMENT F
BRUNSWICK OH 44212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $702.36 | $702.36 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2648.** **Priority creditor's name and mailing address**

GURNEY, TAYLOR A
1776 S RTE 116
BRISTOL VT 05443

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $618.74 | $618.74 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

---

**2.2649.** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount**
| | | *Check all that apply.* | | |

GURON, MILAN K
2615 GILL AVE
BAKERSFIELD CA 93306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $219.24 | $219.24 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2650.** **Priority creditor's name and mailing address**

GURROLA, JACQUELIN
14333 BABCOCK ROAD
4113 B
SAN ANTONIO TX 78249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $557.59 | $557.59 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2651.** **Priority creditor's name and mailing address**

GURROLA, VERONICA
1150 COUNTRYSIDE DR.
HANOVER PARK IL 60133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $334.67 | $334.67 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.2652.** **Priority creditor's name and mailing address**

GURULE, JENNIFER A
319 TERNWING DR
ARNOLD MD 21012

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $623.08 | $623.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2653.** **Priority creditor's name and mailing address**

GUTIERREZ, ANGELA J
3810 NE 10TH AVE
AMARILLO TX 79107

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $259.26 | $259.26 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2654.** **Priority creditor's name and mailing address**

GUTIERREZ, CINTHIA
3625 N LUNA AVE
CHICAGO IL 60641

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $98.01 | $98.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2655.** **Priority creditor's name and mailing address**

GUTIERREZ, COURTNEY D
6040 SELLERS AVE
OAKLEY CA 94561

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,588.13 | $3,588.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2656.** **Priority creditor's name and mailing address**

GUTIERREZ, GABRIELLA M
200 ALAVARDO ST
CHULA VISTA CA 91910

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $167.04 | $167.04 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2657.** **Priority creditor's name and mailing address**

GUTIERREZ, IANINA
3185 WINCHESTER COURT EAST
AURORA IL 60504

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.81 | $175.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.2658. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| GUTIERREZ, JAZMINE V<br>1316 AZALEA STREET<br>A<br>OXNARD CA 93036 | *Check all that apply.* | $150.36 | $150.36 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2659. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| GUTIERREZ, KASSANDRA<br>135 JESSIE AVE<br>MANTECA CA 95337 | *Check all that apply.* | $252.60 | $252.60 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2660. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| GUTIERREZ, KATHERINE<br>324 SPRINGMEADOW DR<br>POPLAR GROVE IL 61065 | *Check all that apply.* | $568.36 | $568.36 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.2661.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2661.** **Priority creditor's name and mailing address**

GUTIERREZ, LESLEY C
22138 HART ST
CANOGA PARK CA 91303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $94.55 | $94.55 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2662.** **Priority creditor's name and mailing address**

GUTIERREZ, MARIAH D
2574 BOLKER DR
2574
PORT HUENEME CA 93041

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $71.98 | $71.98 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2663.** **Priority creditor's name and mailing address**

GUTIERREZ, MARIELA L
129 ABBOTT ST
APT 1
LAWRENCE MA 01843

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $278.64 | $278.64 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.2664. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

GUTIERREZ, MELISSA D
432 W 67TH LN
MERRILLVILLE IN 46410

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $84.46 | $84.46 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2665.    **Priority creditor's name and mailing address**

GUTIERREZ, PEREZ LUZ M
57 BELLEVUE AVE
APT 2
HAVERHILL MA 01832

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $206.55 | $206.55 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2666.    **Priority creditor's name and mailing address**

GUTIERREZ, WHITNEY R
1733 N RENSSELAER
GRIFFITH IN 46319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,470.70 | $2,470.70 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.2667.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2667.** **Priority creditor's name and mailing address**

GUTIERREZ-AVILA, MILLY H
7611 SPRINGFIELD HILLS DR
SPRINGFIELD VA 22153

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $66.30 | $66.30 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2668.** **Priority creditor's name and mailing address**

GUYTON, THEARA
1472 PATTON AVE
B
ASHEVILLE NC 28806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $752.83 | $752.83 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2669.** **Priority creditor's name and mailing address**

GUZMAN, ABRIL Y
2207 DOBERN AVENUE
SAN JOSE CA 95116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $76.95 | $76.95 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.2670. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

GUZMAN, AMARISSA M
2322 LATONA DR. NE
KEIZER OR 97303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,513.92
**Priority amount** $1,513.92

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2671.    **Priority creditor's name and mailing address**

GUZMAN, ANISSA
2957 W. 14TH ST
LOS ANGELES CA 90006

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $279.36
**Priority amount** $279.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2672.    **Priority creditor's name and mailing address**

GUZMAN, CECILIA
6512 LEE VALLEY DR
SPRINGFIELD VA 22150-4224

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $194.62
**Priority amount** $194.62

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.2673.** **Priority creditor's name and mailing address**

GUZMAN, LESLIE
622 WEST 11TH ST
WICHITA KS 67203

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.01 | $160.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2674.** **Priority creditor's name and mailing address**

GUZMAN, RAEDA
308 SALEM ST
BRIDGEPORT CT 06606-4621

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $609.31 | $609.31 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2675.** **Priority creditor's name and mailing address**

GUZMAN, SHAYLA S
4138 NW 88TH AVE
205
CORAL SPRINGS FL 33065

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $560.16 | $560.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|

**2.2676.** | **Priority creditor's name and mailing address**

GUZMAN, VANESSA
10533 DECKER AVE
SAINT LOUIS MO 63114

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.61 | $148.61 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2677.** | **Priority creditor's name and mailing address**

GUZMAN, VANESSA M
3402 PRESTON AVE
#813
PASADENA TX 77505

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,434.72 | $1,434.72 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2678.** | **Priority creditor's name and mailing address**

GUZMAN, YESENIA
224A CHOSIN CIRCLE
OCEANSIDE CA 92058

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.04 | $164.04 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.2679.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.2679.** **Priority creditor's name and mailing address**

GWINNET COUNTY GEORGIA
REVENUE LICENCE ADMINISTRATION
PO BOX 1045
LAWRENCEVILLE GA 30046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,008.57 | $1,008.57 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2680.** **Priority creditor's name and mailing address**

GWYNN, KAREN
1868 BOSTON AVE
BRIDGEPORT CT 06610

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $127.56 | $127.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2681.** **Priority creditor's name and mailing address**

HA, JENNY T
9630 CLEAR SKY ROAD
LINCOLN NE 68505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $37.70 | $37.70 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.2682.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HAACK, LEAH N
11914 SUMMERSET LANE
BURNSVILLE MN 55337

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $84.21
Priority amount: $84.21

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2683.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HAACK, TAYLER A
4082 STONEWOOD CT.
NEWPORT MI 48166

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $450.80
Priority amount: $450.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2684.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HACHEM, NARJES H
5724 HARVEST LN
TOLEDO OH 43623

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $82.68
Priority amount: $82.68

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.2685.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

HACKETT, AUDREY
149 S CHAPPELL RD
HOLLISTER CA 95023

$237.48    $237.48

☐ Contingent
☐ Unliquidated                                        **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**              **Basis for the claim:**
_____                          WAGES & PTO

**Last 4 digits of account number:**             **Is the claim subject to offset?**
                                                 ☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2686.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

HACKETT, RONEISHA
112 E I ST
NEWTON NC 28658-3517

$62.48    $62.48

☐ Contingent
☐ Unliquidated                                        **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**              **Basis for the claim:**
_____                          WAGES & PTO

**Last 4 digits of account number:**             **Is the claim subject to offset?**
                                                 ☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2687.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

HADDAD, DIANNA
4943 S. FIELD CT
DENVER CO 80123

$9,145.99    $9,145.99

☐ Contingent
☐ Unliquidated                                        **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**              **Basis for the claim:**
_____                          WAGES & PTO

**Last 4 digits of account number:**             **Is the claim subject to offset?**
                                                 ☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

| 2.2688. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HADEED, TONYIA N<br>425 CAROLINA AVE<br>WHITEHALL PA 18052-7701 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $521.69 | $521.69<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.2689. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HAFFEY, MEGAN N<br>835 ACADEMY CT.<br>PAINESVILLE OH 44077 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $609.40 | $609.40<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.2690. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HAGEMAN, KATHERINE A<br>2238 HIGHLAND HILL DRIVE<br>SAINT PETERS MO 63376 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68.20 | $68.20<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.2691.** **Priority creditor's name and mailing address**

HAGEMANN, SUZANNE N
6255 W ARBY AVE UNIT 297
LAS VEGAS NV 89118

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,134.33 | $4,134.33 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2692.** **Priority creditor's name and mailing address**

HAHN, LINDSEY
160 SHERBROOKE RD
LINDENHURST NY 11757

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $41.64 | $41.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2693.** **Priority creditor's name and mailing address**

HAIRSTON, BROOKLYNN
319 BLESSINGER DR
FT WALTON BEACH FL 32547

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $147.63 | $147.63 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor     **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2694.** **Priority creditor's name and mailing address**

HAK, SARA C
2108 SW 5TH STREET
BATTLE GROUND WA 98604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $395.60 | $395.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2695.** **Priority creditor's name and mailing address**

HAKEEM, MAYA
2254 CHICAGO RD
WARREN MI 48092

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $88.15 | $88.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2696.** **Priority creditor's name and mailing address**

HALE, CAPRIS A
100 VILLAGE PARKWAY
UNIT#906
SAVOY IL 61874

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $476.88 | $476.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2697.** **Priority creditor's name and mailing address**

HALE, LAKISHA D
154 JEWETT STREET
SPRINGFIELD MA 01129

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,443.18 | $2,443.18 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2698.** **Priority creditor's name and mailing address**

HALEY, ISABELLE C
11452 GEIST WOODS DR
INDIANAPOLIS IN 46236

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $134.40 | $134.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2699.** **Priority creditor's name and mailing address**

HALL, ANNA
1140 LODGEWOOD WAY
OXNARD CA 93030-3429

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,291.97 | $3,291.97 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2700.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2700.** **Priority creditor's name and mailing address**

HALL, CHRISTY L
601 MILAN CT
MONTGOMERY AL 36109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $236.40 | $236.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2701.** **Priority creditor's name and mailing address**

HALL, GAYLA D
27897 MAPLE ST
SELIGMAN MO 65745-6129

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,023.70 | $4,023.70 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2702.** **Priority creditor's name and mailing address**

HALL, KENDALL
7801 SCENIC HWY
APT 732B
BATON ROUGE LA 71202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $53.87 | $53.87 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2703.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $1,543.42 | $1,543.42

HALL, LATRICE N
4200 CYPRESS CREEK PKWY
337
HOUSTON TX 77068

☐ Contingent
☐ Unliquidated                                      **Nonpriority amount**
☐ Disputed                                          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____               WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                               ☐ No
**Specify Code subsection of PRIORITY         ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2704.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $393.24 | $393.24

HALL, MARIAH J
1024 34TH STREET
BELLINGHAM WA 98229

☐ Contingent
☐ Unliquidated                                      **Nonpriority amount**
☐ Disputed                                          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____               WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                               ☐ No
**Specify Code subsection of PRIORITY         ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2705.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $233.07 | $233.07

HALL, SAVANNAH J
14117 NIGHTHAWK TERR
BRADENTON FL 34202

☐ Contingent
☐ Unliquidated                                      **Nonpriority amount**
☐ Disputed                                          $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____               WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                               ☐ No
**Specify Code subsection of PRIORITY         ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.2706.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| HALL, TABITHA B | | $1,423.68 | $1,423.68
| 760 SW 135 TER | ☐ Contingent | |
| DAVIE FL 33325 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2707.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| HALL, TASHARA | | $203.12 | $203.12
| 2833 SOUTH ADAM STREET | ☐ Contingent | |
| 701 | ☐ Unliquidated | **Nonpriority amount**
| TALLAHASSEE FL 32301 | ☐ Disputed | $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2708.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| HALLAGAN, EILY G | | $130.21 | $130.21
| 3 GREEN HILL LANE | ☐ Contingent | |
| PITTSFORD NY 14534 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.2709.** **Priority creditor's name and mailing address**

HALLETT, ASHTON J
6805 ALPINE CURRANT VIEW
APT. 204
COLORADO SPRINGS CO 80918

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $479.56 | $479.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2710.** **Priority creditor's name and mailing address**

HALLIBURTON, OLIVIA B
1105 BRIDGE AVENUE
309
KNOXVILLE TN 37916

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $180.29 | $180.29 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2711.** **Priority creditor's name and mailing address**

HALLMARK, ASHLEY V
10015 LAKE CREEK PARKWAY
APT 112
AUSTIN TX 78729

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.65 | $40.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.2712.** **Priority creditor's name and mailing address**

HALPIN, VICTORIA R
537 POTTER BLVD
BRIGHTWATERS NY 11718

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $437.40 | $437.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2713.** **Priority creditor's name and mailing address**

HALVERSON, CHRISTINA M
703 ALLEGHENY AVE
APT 40
BEAUMONT CA 92223

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $13,061.12 | $12,850.00 |
| | **Nonpriority amount** |
| | $211.12 |

---

**2.2714.** **Priority creditor's name and mailing address**

HAM, RACHANA
2739 BURLINGTON PLACE
STOCKTON CA 95209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.64 | $35.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.2715.** **Priority creditor's name and mailing address**

HAMERSKY, COLLETTE C
930 ELDON DR.
LINCOLN NE 68510

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.48 | $80.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2716.** **Priority creditor's name and mailing address**

HAMILTON, DADREANNA M
12611 NE 99TH ST
JJ254
VANCOUVER WA 98682

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $314.16 | $314.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2717.** **Priority creditor's name and mailing address**

HAMILTON, JANE T
8082 VETERANS PKWY
1401
COLUMBUS GA 31909

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $562.58 | $562.58 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.2718. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2718.** **Priority creditor's name and mailing address**

HAMILTON, TURIYA
512 14TH STREET
RACINE WI 53403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $104.35

**Priority amount** $104.35

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2719.** **Priority creditor's name and mailing address**

HAMMON, JALEESA S
71 BUTLER STREET
APT 2
ELIZABETH NJ 07206-2053

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,274.63

**Priority amount** $1,274.63

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2720.** **Priority creditor's name and mailing address**

HAMMONDS, MIRANDA L
6018 PARK AVENUE
WILMINGTON NC 28403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $517.65

**Priority amount** $517.65

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.2721.** **Priority creditor's name and mailing address**

HANANIA, ENHAM
2232 AUTUMN OAK PLACE
STOCKTON CA 95209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,583.47 | $1,583.47 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2722.** **Priority creditor's name and mailing address**

HANCOCK, KAUTHER NAKKIYAH
48 FOXWOOD DR
SMYRNA DE 19977

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.89 | $72.89 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2723.** **Priority creditor's name and mailing address**

HANCOCK, SARA K
733 N 17TH ST
332B
LINCOLN NE 68508

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $41.40 | $41.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

**2.2724.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HANDUGAN, ELISABETH<br>1565 ROADRUNNER DRIVE<br>ROSEVILLE CA 95747 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $185.64 | $185.64 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

---

**2.2725.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HANDY, ADRIANA<br>1504 NANDINA DR<br>711<br>ARLINGTON TX 76014 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $658.85 | $658.85 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

---

**2.2726.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HANKINS, SHYLYNN<br>6374 LAMAR ST.<br>ARVADA CO 80003 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $591.32 | $591.32 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.2727.** **Priority creditor's name and mailing address**

HANNA, LILLYANA
9917 COZY GLEN CIRCLE
LAS VEGAS NV 89117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $319.73 | $319.73 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.2728.** **Priority creditor's name and mailing address**

HANNAH, TAISHA
16912 GLEN OAKS COURT
COUNTRY CLUB HILLS IL 60478

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $246.98 | $246.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.2729.** **Priority creditor's name and mailing address**

HANNAH, TAJAHRAE
26125 POWERS
DEARBORN HEIGHTS MI 48125

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $114.70 | $114.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.2730.** **Priority creditor's name and mailing address**

HANNON, ERIN K
8618 SAXON CIRCLE
BALTIMORE MD 21236

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,758.55 | $3,758.55 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2731.** **Priority creditor's name and mailing address**

HANSELMAN, ALEXIS S
1635 ELMCREST DR.
RENO NV 89503

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.33 | $25.33 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2732.** **Priority creditor's name and mailing address**

HANSEN, CLEMENTINA L
74672 LESLIE AVE
PALM DESERT CA 92260

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $193.20 | $193.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2733.** **Priority creditor's name and mailing address**

HANSON, PRAIRIE M
4409 W VALHALLA BLVD.
APT. 26
SIOUX FALLS SD 57106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $170.17 | $170.17 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2734.** **Priority creditor's name and mailing address**

HANSON, SAMANTHA-SUE C
76 LITCHFIELD ST
THOMASTON CT 06787

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $725.09 | $725.09 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2735.** **Priority creditor's name and mailing address**

HARALAMBIDES, KAYLAN
388 PUDDING ST.
CARMEL NY 10512

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $490.78 | $490.78 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2736.** **Priority creditor's name and mailing address**

HARBIN, BREYANNA L
1512 HOLLOWHILL DR
701
BRYAN TX 77082

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $158.80 | $158.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2737.** **Priority creditor's name and mailing address**

HARBISON, ELIZABETH R
1410 BUFFAOL SHOALS RD
LINCOLNTON NC 28092

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $29.40 | $29.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2738.** **Priority creditor's name and mailing address**

HARDGE, JASMINE K
9851 UNIVERSITY PKWY
APT W-243
PENSACOLA FL 32514

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $286.20 | $286.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

2.2739. **Priority creditor's name and mailing address**

HARDIMON, DAYSHONA T
2900 W AUGSTANA
PEORIA IL 61605

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.81 | $60.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2740. **Priority creditor's name and mailing address**

HARDIN, SHAZEEMA
3710 10TH STREET DR NE
HICKORY NC 28601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.85 | $146.85 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.2741. **Priority creditor's name and mailing address**

HARDNETT, RACHEL T
1464 ROXANNA ROAD NW
WASHINGTON DC 20012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $380.37 | $380.37 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.2742.** **Priority creditor's name and mailing address**

HARDY, AKYIAH
6118 WOLF PARK DRIVE APT 201 A
RALEIGH NC 27606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $347.50 | $347.50 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2743.** **Priority creditor's name and mailing address**

HARGRAVE, SUTINYA R
4816 LASSO LANE
MCKINNEY TX 75070

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10,469.99 | $10,469.99 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2744.** **Priority creditor's name and mailing address**

HARGROVE, MEGHAN M
1160 DESMOND ST
PORT CHARLOTTE FL 33952

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $139.08 | $139.08 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.2745. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2745.** **Priority creditor's name and mailing address**

HARJU, BRYANNA F
535 BOULDER DRIVE
303
DULUTH MN 55811

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $269.18 | $269.18 |

**Nonpriority amount**

$0.00

---

**2.2746.** **Priority creditor's name and mailing address**

HARLINGEN TAX OFFICE
609 N. SUNSHINE STRIP P.O. BOX 2643
HARLINGEN TX 78551-2643

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,935.45 | $1,935.45 |

**Nonpriority amount**

$0.00

---

**2.2747.** **Priority creditor's name and mailing address**

HARMON, MARIAH
2545 PILLORY POINT
CIBOLO TX 78108

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $136.67 | $136.67 |

**Nonpriority amount**

$0.00

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |
|---|---|---|

**2.2748.** **Priority creditor's name and mailing address**

HARMON, TAMIKA L
4417 W DUNBAR DR
LAVEEN AZ 85339

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $45.65 | $45.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2749.** **Priority creditor's name and mailing address**

HARNESS, JENNIFER L
474 PARKWAY DRIVE
C
SHERMAN IL 62684

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $637.20 | $637.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2750.** **Priority creditor's name and mailing address**

HARPER, BRIA N
701 N FELL
3
NORMAL IL 61761

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.40 | $100.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2751.** **Priority creditor's name and mailing address**

HARRAWAY, ANGELA L
1813 SOUTH 23RD ST
LOUISVILLE KY 40210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $989.92 | $989.92 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2752.** **Priority creditor's name and mailing address**

HARRIGAN, LISA M
240 CHARLES ST
2ND FL
WATERBURY CT 06708

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $185.13 | $185.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2753.** **Priority creditor's name and mailing address**

HARRION, KAMMI
3571 E SANTA FE LN
GILBERT AZ 85297

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $506.99 | $506.99 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

**2.2754.** **Priority creditor's name and mailing address**

HARRIS, ALEXANDRIA S
8730 THOMAS DRIVE APT
1201 A
PANAMA CITY BEACH FL 32408

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $293.43 | $293.43 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2755.** **Priority creditor's name and mailing address**

HARRIS, ANDREA C
3526 W 5585 S
TAYLORSVILLE UT 84129

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,466.10 | $1,466.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2756.** **Priority creditor's name and mailing address**

HARRIS, AVELON S
527 E TURNER RD
PRICHARD AL 36610-2455

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $42.09 | $42.09 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.2757.** **Priority creditor's name and mailing address**

HARRIS, BREANNA
2608 CRESCENT LANE
APT D
GASTONIA NC 28052

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,459.25 | $2,459.25 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2758.** **Priority creditor's name and mailing address**

HARRIS, CHE'ZIK
1102 LONG HUNTER LANE
NASHVILLE TN 37217

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.33 | $150.33 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2759.** **Priority creditor's name and mailing address**

HARRIS, CORDESIA L
3608 WINDERMERE DR
MEMPHIS TN 38128

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.86 | $33.86 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.2760.** **Priority creditor's name and mailing address**

HARRIS, COURTNEY L
1233 MARSHALL DRIVE
MARRERO LA 70072

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.91 | $66.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2761.** **Priority creditor's name and mailing address**

HARRIS, DANIELLE P
835 DANA DRIVE
COATESVILLE PA 19320

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $159.72 | $159.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2762.** **Priority creditor's name and mailing address**

HARRIS, DAYJA M
2124 BRIANS LANE
SUFFOLK VA 23434

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $206.56 | $206.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.2763.** **Priority creditor's name and mailing address**

HARRIS, KATHRYN G
3696 S 400 E
BRINGHURST IN 46913

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $158.10 | $158.10 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.2764.** **Priority creditor's name and mailing address**

HARRIS, LADAYSHA M
6430 SILK LEAF LANE
JACKSONVILLE FL 32244

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $25.55 | $25.55 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.2765.** **Priority creditor's name and mailing address**

HARRIS, LISA R
9194 CONIFER LANE
B
RANCHO CUCAMONGA CA 91730

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $1,310.26 | $1,310.26 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

**2.2766.** **Priority creditor's name and mailing address**

HARRIS, MADISON
4752 YORKTON AVENUE SW
WYOMING MI 49519

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $277.86 | $277.86 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2767.** **Priority creditor's name and mailing address**

HARRIS, MADISON
9401 WILSON BLVD
LOT206
COLUMBIA SC 29203

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $214.02 | $214.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2768.** **Priority creditor's name and mailing address**

HARRIS, MEGAN R
3119 W. SHANNON DR.
FLAGSTAFF AZ 86001

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $588.72 | $588.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

2.2769. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| HARRIS, MILLICENT J<br>5942 KRISTEN DRIVE<br>JACKSON MS 39211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $657.69 | $657.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2770. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| HARRIS, SAMANTHA L<br>199 EASTERN AVE<br>APT 21<br>MANCHESTER NH 03104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,480.32 | $1,480.32 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2771. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|
| HARRIS, SAYURI T<br>1824 HAVILAND DR<br>VIRGINIA BEACH VA 23454 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $101.43 | $101.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.2772.** **Priority creditor's name and mailing address**

HARRIS, TAIA B
1745 WELLS ROAD
#1201
ORANGE PARK FL 32073

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.97 | $25.97 |

**Nonpriority amount**

$0.00

---

**2.2773.** **Priority creditor's name and mailing address**

HARRIS, TIANNA E
10114 DORSET STREET
RANCHO CUCAMONGA CA 91730

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $141.96 | $141.96 |

**Nonpriority amount**

$0.00

---

**2.2774.** **Priority creditor's name and mailing address**

HARRIS, TRAVAHNNI E
100 NYACK PLAZA
177
NYACK NY 10960

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $318.58 | $318.58 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

**2.2775.** **Priority creditor's name and mailing address**

HARRIS, TYANNA E
12815 MEADOW CREEK LN APT 302
PINEVILLE NC 28134

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $372.28 | $372.28 |

☐ Contingent
☐ Unliquidated

| | Nonpriority amount |
|---|---|

☐ Disputed                                    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.2776.** **Priority creditor's name and mailing address**

HARROUD, MANAL
15 RHOBELLA DRIVE
APT A
POUGHKEEPSIE NY 12603

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $174.83 | $174.83 |

☐ Contingent
☐ Unliquidated

| | Nonpriority amount |
|---|---|

☐ Disputed                                    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.2777.** **Priority creditor's name and mailing address**

HARSTAD, KATELYN
3406 NW 108TH ST
VANCOUVER WA 98685

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $93.00 | $93.00 |

☐ Contingent
☐ Unliquidated

| | Nonpriority amount |
|---|---|

☐ Disputed                                    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.2778.** **Priority creditor's name and mailing address**

HART, ASHLI L
200 S. BONNIE BRAE ST.
10206
DENTON TX 76201

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $58.44 | $58.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2779.** **Priority creditor's name and mailing address**

HARTEY, MEGAN
10829 PELLE CIRCLE
PHILADELPHIA PA 19154

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $607.01 | $607.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2780.** **Priority creditor's name and mailing address**

HARTIGAN, ALEX G
14963 STATE ROUTE 45 SOUTH
WATER VALLEY KY 42085

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.34 | $32.34 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.2781. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2781.** **Priority creditor's name and mailing address**

HARTMEYER, PRESTON R
12747 OLD BRIDGE RD
OCEAN CITY MD 21842

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $327.24 | $327.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2782.** **Priority creditor's name and mailing address**

HARVEY, HANNAH
802 BRYCE COURT
I
WILMINGTON NC 28405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $263.35 | $263.35 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2783.** **Priority creditor's name and mailing address**

HARVEY, MARIAH L
2210 NEWCASLTE DR
1217
VACAVILLE CA 95687

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $297.00 | $297.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                                   Case number *(if known)* **19-10214**

---

**2.2784.** **Priority creditor's name and mailing address**

HARVEY, TASHAYNA
11342 HIGHWAY 73
GEISMAR LA 70734

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.58 | $34.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2785.** **Priority creditor's name and mailing address**

HARVISCHAK, SYDNEY N
141 GERTRUDE AVENUE
CAMPBELL OH 44405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $190.23 | $190.23 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2786.** **Priority creditor's name and mailing address**

HASKELL, MCKENNA
69 MAIN ST
SCHAGHITCOKE NY 12154

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,507.93 | $1,507.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

**2.2787.** **Priority creditor's name and mailing address**

HASTINGS, MARISA
331 MACKENZIE DR
JACKSON NJ 08527

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $574.67 | $574.67 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2788.** **Priority creditor's name and mailing address**

HATCH, JENNA D
4014 LOCH LOMAND WAY
LIVERMORE CA 94551

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $253.56 | $253.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2789.** **Priority creditor's name and mailing address**

HATCHETT, BRISHIRI
4220 LANYARD DRIVE
APT 1107
FORT WORTH TX 76106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.95 | $95.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.2790.** **Priority creditor's name and mailing address**

HATMAKER, SYDNEY H
330 SETTLERS LANE
CHARLOTTE NC 28202

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $74.46 | $74.46 |
| ☐ Contingent | | |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.2791.** **Priority creditor's name and mailing address**

HATTEN, DESTINY C
789 HAMMOND DR
608
SANDY SPRINGS GA 30328

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $142.64 | $142.64 |
| ☐ Contingent | | |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.2792.** **Priority creditor's name and mailing address**

HATTER, ANDREEA L
19800 KENSWICK DR 1122
19800 KENSWICK
HUMBLE TX 77338

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $111.60 | $111.60 |
| ☐ Contingent | | |
| ☐ Unliquidated | | Nonpriority amount |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2793.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | | *Check all that apply.* | $169.85 | $169.85

HATTON, KINDRA M
1140 VERONICA LN
EUGENE OR 97404

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                         $0.00

**Date or dates debt was incurred**              **Basis for the claim:**

_____                    WAGES & PTO

**Last 4 digits of account number:**              **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**           ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)       ☐ Yes

---

**2.2794.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | | *Check all that apply.* | $46.53 | $46.53

HAUBE, SERENA J
1701 MALL ROAD
APT 20
MONROE MI 48162

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                         $0.00

**Date or dates debt was incurred**              **Basis for the claim:**

_____                    WAGES & PTO

**Last 4 digits of account number:**              **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**           ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)       ☐ Yes

---

**2.2795.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | | *Check all that apply.* | $170.91 | $170.91

HAULK, MADISON M
8964 S PR 435 W
EDINBURGH IN 46124

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                         $0.00

**Date or dates debt was incurred**              **Basis for the claim:**

_____                    WAGES & PTO

**Last 4 digits of account number:**              **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**           ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)       ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.2796.** **Priority creditor's name and mailing address**

HAULOTTE, GRACE M
7 RADLER RD
PRESTON CT 06365

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $82.62 | $82.62 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.2797.** **Priority creditor's name and mailing address**

HAUPTLY, TAHLIA S
301 HAWK RIDGE RD
#3205A
IOWA CITY IA 52242

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $435.63 | $435.63 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.2798.** **Priority creditor's name and mailing address**

HAUPTMAN, SARAH
115 UPPER GREEN HILL RD
KUNKLETOWN PA 18058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $31.60 | $31.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.2799.  | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**

HAUSRATH, SABRINA P
1121 BUGSCUFFLE RD
WARTRACE TN 37183

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $630.34

**Priority amount**  $630.34

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2800.  **Priority creditor's name and mailing address**

HAUSTERMAN, JENNIFER L
8638 SANDBERRY BLVD
ORLANDO FL 32819

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $173.15

**Priority amount**  $173.15

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2801.  **Priority creditor's name and mailing address**

HAWKINS, ALIYAH L
11751 DELLWOOD RD
VICTORVILLE CA 92392

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $299.16

**Priority amount**  $299.16

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor     **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2802.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

**2.2802.** **Priority creditor's name and mailing address**

HAWKINS, KAI
90 S. LANSDOWNE AVENUE
103
LANSDOWNE PA 19050

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $4,829.87 | $4,829.87 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2803.** **Priority creditor's name and mailing address**

HAWKINS, KESHAWN
10714 WINDING GREEN DR
HUMBLE TX 77338

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $107.12 | $107.12 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2804.** **Priority creditor's name and mailing address**

HAWKINS, MAECI
2901 MARY BOAZ ST
RICHLAND HILLS TX 76118

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $35.79 | $35.79 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.2805. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2805.**

**Priority creditor's name and mailing address**

HAWKINS, VAQUANA V
5415 N. PARAMOUNT BLVD
206
LONG BEACH CA 90805

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $249.96 | $249.96 |

| **Nonpriority amount** |
|---|
| $0.00 |

---

**2.2806.**

**Priority creditor's name and mailing address**

HAYES, ASHLIE
6241 AMERICAS CUP AVE. BLDG. 1
TAMPA FL 33625

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $115.14 | $115.14 |

| **Nonpriority amount** |
|---|
| $0.00 |

---

**2.2807.**

**Priority creditor's name and mailing address**

HAYES, ELISHA
2837 OXFORD LANE
FLOWER MOUND TX 75028

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $4,516.16 | $4,516.16 |

| **Nonpriority amount** |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.2808.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HAYES, PRECIOUS B
543 GREEN STREET
543 GREEN STRE
ELIZABETH NJ 07202

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $31.59       **Priority amount** $31.59

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2809.** | **Priority creditor's name and mailing address**

HAYES, TYESE
826 MAYFIELD DR
CEDAR HILL TX 75104

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $158.25       **Priority amount** $158.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2810.** | **Priority creditor's name and mailing address**

HAYNES, ASHLI M
835 VISTA DR
GAHANNA OH 43230

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $85.59       **Priority amount** $85.59

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2811.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

HAYNES, DANIELLE
408 LASALLE PLACE
COLUMBIA MO 65203

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $558.37
Priority amount: $558.37

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2812.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

HAYNES, EMILY
2480 REFLECTIONS DR.
AURORA IL 60502

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $544.50
Priority amount: $544.50

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2813.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

HAYS, ALLEXIS D
5 MINEOLA ST
HOLTSVILLE NY 11742

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $260.64
Priority amount: $260.64

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2814.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $831.50 | $831.50

HEATER, MELLISSA A
49 WEST PARK ROAD
GRAND ISLAND NY 14072

☐ Contingent
☐ Unliquidated                    **Nonpriority amount**
☐ Disputed                        $0.00

**Date or dates debt was incurred**        **Basis for the claim:**
_____                    WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**
                                           ☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2815.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $1,987.40 | $1,987.40

HEATH, ARECIA
66 FOREST TRAIL COURT
COLUMBIA SC 29212

☐ Contingent
☐ Unliquidated                    **Nonpriority amount**
☐ Disputed                        $0.00

**Date or dates debt was incurred**        **Basis for the claim:**
_____                    WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**
                                           ☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2816.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $1,154.81 | $1,154.81

HEATH, SAMANTHA M
54 NORTH STREET APT 2
MERIDEN CT 06451

☐ Contingent
☐ Unliquidated                    **Nonpriority amount**
☐ Disputed                        $0.00

**Date or dates debt was incurred**        **Basis for the claim:**
_____                    WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**
                                           ☐ No
**Specify Code subsection of PRIORITY**    ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.2817.** **Priority creditor's name and mailing address**

HEATON, SHANNON
727 FREEDOM DR
MARTIN GA 30557

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,372.80 | $1,372.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2818.** **Priority creditor's name and mailing address**

HECK, TARA A
632 MULFORD COURT
INDIANAPOLIS IN 46234

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $154.56 | $154.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2819.** **Priority creditor's name and mailing address**

HEGLUND, AMANDA R
53 PLYMOUTH AVENUE
MOUNT SINAI NY 11766

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,998.57 | $7,998.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.2820.** **Priority creditor's name and mailing address**

HEICHELBECH, ANGELICA M
24 BEVERLY STREET
CHICOPEE MA 01013

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.44 | $148.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2821.** **Priority creditor's name and mailing address**

HEINECKE, MEGAN E
5157 RALPH AVE
CINCINNATI OH 45238

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.69 | $69.69 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2822.** **Priority creditor's name and mailing address**

HEINIG. BALBINA
9 PARK CENTRAL
ROCKWALL TX 75087

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,409.75 | $5,409.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.2823.** **Priority creditor's name and mailing address**

HELEM-LEE, ZORA V
2208 W. LEHIGH AVE
PHILADELPHIA PA 19132

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $49.47 | $49.47 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2824.** **Priority creditor's name and mailing address**

HELLEIN, SUZANNE
155 ROYAL STATE ST
MOUNT PLEASANT PA 15666

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $569.16 | $569.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2825.** **Priority creditor's name and mailing address**

HELM, LINDSEY M
825 IVY ANN
WOODWAY TX 76712

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $193.31 | $193.31 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| | |
|---|---|
| 2.2826. **Priority creditor's name and mailing address** | |

**2.2826.** **Priority creditor's name and mailing address**

HENDERSON, JALISA C
216 BAY TREE RD
H301
DOVER DE 19901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $87.50 | $87.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2827.** **Priority creditor's name and mailing address**

HENDERSON, MARANDA
4601 LYNN LN
NORTH LITTLE ROCK AR 72118

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.02 | $76.02 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2828.** **Priority creditor's name and mailing address**

HENDERSON, NAKIYA N
3308 AUGUSTINE DRIVE
KILLEEN TX 76549

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $23.01 | $23.01 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.2829.** **Priority creditor's name and mailing address**

HENDERSON, SHANNON
505 STUMPBRIDGE ROAD
CANTON MS 39046

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.83 | $31.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2830.** **Priority creditor's name and mailing address**

HENDERSON, TANYIAH
1908 CANTERBURY RD
MACON GA 31206

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $64.74 | $64.74 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2831.** **Priority creditor's name and mailing address**

HENDERSON, TRISTEN L
245 B LANIER DRIVE
MADISON TN 37115

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $647.78 | $647.78 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.2832.** **Priority creditor's name and mailing address**

HENDRICKS, ALEXANDRA K
34 PLAYSTEAD ROAD
1
NEWTON MA 02458

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $260.56 | $260.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2833.** **Priority creditor's name and mailing address**

HENDRIX, ANGEL P
36 BUXTON AVE
NEWPORT NEWS VA 23607

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $361.00 | $361.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2834.** **Priority creditor's name and mailing address**

HENDRIX, CARSON N
101 MADISON DR
MOUNT HOLLY NC 28012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.89 | $122.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.2835.** **Priority creditor's name and mailing address**

HENDRIX, MIA R
1214 31ST STREET
DES MOINES IA 50311

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $303.99 | $303.99 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2836.** **Priority creditor's name and mailing address**

HENGY, ALEXANDRA J
3829 MACKINAW STREET
SAGINAW MI 48602

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $316.72 | $316.72 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2837.** **Priority creditor's name and mailing address**

HENRICHS, SOPHIE M
S61 W24405 RED WING DR.
WAUKESHA WI 53189

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $433.66 | $433.66 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2838.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

HENRIGUEZ, JOANNA M
9489 CHADBURN PLACE
MONTGOMERY VILLAGE MD 20886

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $394.09

**Priority amount** $394.09

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2839.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

HENRIQUEZ, DESTANNIE R
5035 SUNSET RIDGE DR
COLORADO SPRINGS CO 80917

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $185.92

**Priority amount** $185.92

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2840.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

HENRY, AZIAH A
4302 CHAPELSTONE AVE
#1
BENTONVILLE AR 72712

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $114.89

**Priority amount** $114.89

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2841.** **Priority creditor's name and mailing address**

HENRY, CHARISSE A
2019 GORDEN RIDGE DRIVE
EAST STROUDSBURG PA 18302

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.00 | $36.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2842.** **Priority creditor's name and mailing address**

HENRY, JAMIYAH A
6109 N 95TH
MILWAUKEE WI 53225

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $124.43 | $124.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2843.** **Priority creditor's name and mailing address**

HENRY, MEGAN J
20201 WATKINS MILL ROAD
GAITHERSBURG MD 20886

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $90.04 | $90.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.2844.** **Priority creditor's name and mailing address**

HENRY, REBEKAH A
61 KENSINGTON STREET
2
UNIONTOWN PA 15401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $177.37 | $177.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2845.** **Priority creditor's name and mailing address**

HENRY, SANISE
601 N JACKSON AVE
APT 1
TACOMA WA 98406

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.30 | $150.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2846.** **Priority creditor's name and mailing address**

HENRY, TATUM S
5919 HAYDEN DRIVE
MIDDLETOWN OH 45042

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.14 | $140.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                     Case number *(if known)* **19-10214**

**2.2847.** **Priority creditor's name and mailing address**

HER, DARLINE N
6612 E. LOWE AVE
FRESNO CA 93727

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $86.16 | $86.16 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2848.** **Priority creditor's name and mailing address**

HER, MAI XEE
708 JONES ST.
EAU CLAIRE WI 54703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $67.47 | $67.47 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2849.** **Priority creditor's name and mailing address**

HERBERT, MAKAYLA C
15315 MOUNT NEBO ROAD
POOLESVILLE MD 20837

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $190.63 | $190.63 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2850.** **Priority creditor's name and mailing address**

HEREDERO, HEIDI M
16003 MEADOWSIDE ST.
LA PUENTE CA 91744

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $166.98 | $166.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2851.** **Priority creditor's name and mailing address**

HEREDIA, VERONICA
414 W PIEDMONT RD
PHOENIX AZ 85041-8851

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $600.88 | $600.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2852.** **Priority creditor's name and mailing address**

HEREDIA, VERONICA L
279 W. 11TH ST
OVIEDO FL 32766

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $286.88 | $286.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.2853.  **Priority creditor's name and mailing address**

HERLIHY, EMILY A
1846 DARBY DR
APT B-8
FLORENCE AL 35630

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $373.64 | $373.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2854.  **Priority creditor's name and mailing address**

HERMAN, KATIE L
16261 NE 17TH AVE
STARKE FL 32091

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.58 | $150.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.2855.  **Priority creditor's name and mailing address**

HERMOSURA, MICHAEL G
118 DOGWOOD DR
NEWPORT NEWS VA 23606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.95 | $36.95 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2856.** **Priority creditor's name and mailing address**

HERNANDEZ, ABRIL
4517 WYNDTREE DR
191
WEST CHESTER OH 45069

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $256.07 | $256.07 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.2857.** **Priority creditor's name and mailing address**

HERNANDEZ, ALANNA M
300 FRASER PURCHASE ROAD
LATROBE PA 15650

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $91.64 | $91.64 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.2858.** **Priority creditor's name and mailing address**

HERNANDEZ, ALMA G
2557 DOROTHY DR
MARIETTA GA 30008

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $116.05 | $116.05 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.2859. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2859.** **Priority creditor's name and mailing address**

HERNANDEZ, ANA
24-54 96TH STREET
EAST ELMHURST NY 11369

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $372.75

**Priority amount** $372.75

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2860.** **Priority creditor's name and mailing address**

HERNANDEZ, ANA C
1338 OLIVE ST
SANTA ROSA CA 95407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $412.68

**Priority amount** $412.68

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2861.** **Priority creditor's name and mailing address**

HERNANDEZ, ANGELA
2315 61ST
LUBBOCK TX 79412

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $233.73

**Priority amount** $233.73

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.2862.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $60.96 | $60.96
| HERNANDEZ, ANNA L | |
| 1402 SOUTH CHESTNUT | ☐ Contingent |
| MCKINNEY TX 75069 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

---

**2.2863.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $184.44 | $184.44
| HERNANDEZ, ARLY E | |
| 1457 PETERS BLVD | ☐ Contingent |
| BAY SHORE NY 11706 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

---

**2.2864.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $284.81 | $284.81
| HERNANDEZ, BAUTISTA ALIN V | |
| 3706 CAROLINA BCH RD | ☐ Contingent |
| #1 | ☐ Unliquidated | **Nonpriority amount**
| WILMINGTON NC 28412 | ☐ Disputed | $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| 2.2865. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

HERNANDEZ, BRENDA
1127 W PRIMROSE DR
ORANGE CA 92868

☐ Contingent
☐ Unliquidated
☐ Disputed

$177.24 (Total claim)
$177.24 (Priority amount)

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.2866. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

HERNANDEZ, BRENDA N
1919 CYPRESS AVE
SANTA ANA CA 92707

☐ Contingent
☐ Unliquidated
☐ Disputed

$787.54 (Total claim)
$787.54 (Priority amount)

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.2867. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

HERNANDEZ, CARMEN Y
236 GRAVES STREET
236 GRAVES STR
STATEN ISLAND NY 10314

☐ Contingent
☐ Unliquidated
☐ Disputed

$190.35 (Total claim)
$190.35 (Priority amount)

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.2868.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | HERNANDEZ, CLARISSA M<br>5611 GABLES STREET<br>SAN DIEGO CA 92139 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $184.08 | $184.08 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2869.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | HERNANDEZ, COLATO JACQUELINE<br>1301 COLLEGE AVE<br>FREDERICKSBURG VA 22401 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $67.11 | $67.11 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2870.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | HERNANDEZ, CORTES YOVANA K<br>9604 172ND ST W<br>LAKEVILLE MN 55044 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $384.04 | $384.04 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

**2.2871.** **Priority creditor's name and mailing address**

HERNANDEZ, DAISY L
9215 DATE ST
APT # B
FONTANA CA 92335-8726

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $715.70 | $715.70 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**2.2872.** **Priority creditor's name and mailing address**

HERNANDEZ, DARLENE L
33231 AGUA DULCE CYN RD
SANTA CLARITA CA 91390

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $102.36 | $102.36 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**2.2873.** **Priority creditor's name and mailing address**

HERNANDEZ, DEYALIS
3374 33RD AVE.
COLUMBUS NE 68601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $79.92 | $79.92 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.2874.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2874.** **Priority creditor's name and mailing address**

HERNANDEZ, DIANA M
8220 TOPANGA CANYON BLVD
121
CANOGA PARK CA 91304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $571.68 | $571.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2875.** **Priority creditor's name and mailing address**

HERNANDEZ, EDWIN
7221 SOUTH ALASKA STREET
TACOMA WA 98408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $439.29 | $439.29 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2876.** **Priority creditor's name and mailing address**

HERNANDEZ, ESMERALDA
1913 AZALEA ST
MISSION TX 78573

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $583.69 | $583.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.2877.** **Priority creditor's name and mailing address**

HERNANDEZ, EVELYN
327 E PEARSON AVE.
5
ANAHEIM CA 92802

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $323.52 | $323.52 |

**Nonpriority amount**

$0.00

---

**2.2878.** **Priority creditor's name and mailing address**

HERNANDEZ, FELICIA
10990 HIGHLAND MEADOW VILLAGE
HOUSTON TX 77089

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,264.40 | $1,264.40 |

**Nonpriority amount**

$0.00

---

**2.2879.** **Priority creditor's name and mailing address**

HERNANDEZ, FRANCHESKA M
19603 CRYSTAL ROCK DRIVE
#22
GERMANTOWN MD 20874

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $372.90 | $372.90 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2880.** **Priority creditor's name and mailing address**

HERNANDEZ, GABRIELLA S
209 17TH STREET
ARNOLD PA 15068

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $137.82 | $137.82 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2881.** **Priority creditor's name and mailing address**

HERNANDEZ, GESELLE
875 S RIVERSIDE AVE
RIALTO CA 92376

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $240.00 | $240.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2882.** **Priority creditor's name and mailing address**

HERNANDEZ, JACQUALINE O
1601 E. IMHOFF ROAD
3011
NORMAN OK 73071

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $617.36 | $617.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.2883. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** $343.04 | **Priority amount** $343.04 |

**2.2883.**

**Priority creditor's name and mailing address**

HERNANDEZ, JASMINE G
1200 W 87 ST
LOS ANGELES CA 90044

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $343.04 | $343.04 |

**Nonpriority amount**

$0.00

---

**2.2884.**

**Priority creditor's name and mailing address**

HERNANDEZ, KAREN G
161 JAY STREET
SAN BENITO TX 78586

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $116.01 | $116.01 |

**Nonpriority amount**

$0.00

---

**2.2885.**

**Priority creditor's name and mailing address**

HERNANDEZ, KRISTAL M
CALLE CLAVEL K-2
URB. LAS VEGAS
CATAÃ'O PR 00962

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $241.51 | $241.51 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.2886.** **Priority creditor's name and mailing address**

HERNANDEZ, LESLIE D
1552 PLYMOUTH CIRCLE
CARPENTERSVILLE IL 60110

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $113.93 | $113.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2887.** **Priority creditor's name and mailing address**

HERNANDEZ, LIZETTE S
4434 SCHULTE DR
CINCINNATI OH 45205

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $410.85 | $410.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2888.** **Priority creditor's name and mailing address**

HERNANDEZ, MARIA A
4970 WEST 6TH AVENUE
DENVER CO 80204

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $220.89 | $220.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.2889.** **Priority creditor's name and mailing address**

HERNANDEZ, MARIA D
302 E FRANKLIN AVE
MESA AZ 85210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $517.88 | $517.88 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2890.** **Priority creditor's name and mailing address**

HERNANDEZ, MARIA N
10029 MULBERRY AVE
OAK LAWN IL 60453

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,812.19 | $3,812.19 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2891.** **Priority creditor's name and mailing address**

HERNANDEZ, MAYRA G
1446 S VAUGHN CIR
AURORA CO 80012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,147.52 | $4,147.52 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.2892.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2892.** **Priority creditor's name and mailing address**

HERNANDEZ, PERLA K
1913 AZALEA STREET
MISSION TX 78573

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $3,795.36 | $3,795.36 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2893.** **Priority creditor's name and mailing address**

HERNANDEZ, RAMIREZ ROXANA
15132 SOUTH CULVER RD
VICTORVILLE CA 92394

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $158.52 | $158.52 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.2894.** **Priority creditor's name and mailing address**

HERNANDEZ, SOPHIA A
858 W PANORAMA DR
212
PALATINE IL 60067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $165.00 | $165.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.2895.** **Priority creditor's name and mailing address**

HERNANDEZ, SOPHIA K
2714 STAR PEAK DR
HOUSTON TX 77088

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $90.38 | $90.38 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2896.** **Priority creditor's name and mailing address**

HERNANDEZ, STEFANI
52 HOWARD ST
LAWRENCE MA 01841

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $296.55 | $296.55 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2897.** **Priority creditor's name and mailing address**

HERNANDEZ, SURI S
632 WASHINGTON AVE
75
BOWLING GREEN KY 42104

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $183.97 | $183.97 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.2898.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HERNANDEZ, TALIA
8616 SE GRAY ST
HAPPY VALLEY OR 97086

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | **Total claim** | **Priority amount** |
| $145.80 | $145.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2899.** | **Priority creditor's name and mailing address**

HERNANDEZ, VENTURA A
2312 14TH STREET
UNIT C
LUBBOCK TX 79401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $2,011.17 | $2,011.17 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2900.** | **Priority creditor's name and mailing address**

HERNANDEZ, YAMILE
6240 SW 19 STREET
MIAMI FL 33155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $997.92 | $997.92 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.2901.** **Priority creditor's name and mailing address**

HERNANDEZ, YURITZY M
411 NE GOING ST
APT 5
PORTLAND OR 97211

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $106.44 | $106.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2902.** **Priority creditor's name and mailing address**

HERNANDEZ, ZULEIKA
105 NAOMI DR
EAST HARTFORD CT 06118

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $641.63 | $641.63 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2903.** **Priority creditor's name and mailing address**

HERNDON, PEYTON J
103 BUCKSKIN DR.
GASTONIA NC 28052

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.82 | $122.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.2904.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $1,868.71 | $1,868.71
| HERNLY, EMILEE B | ☐ Contingent | |
| 619 W. UNIVERSITY AVE. | ☐ Unliquidated | **Nonpriority amount** |
| MUNCIE IN 47303 | ☐ Disputed | $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2905.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $5,053.25 | $5,053.25
| HERRERA, ASHLEY T | ☐ Contingent | |
| 2129 CLARION AVE SW | ☐ Unliquidated | **Nonpriority amount** |
| WYOMING MI 49519 | ☐ Disputed | $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2906.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $205.94 | $205.94
| HERRERA, BIANCA C | ☐ Contingent | |
| 6744 DESERT BLOSSOM ROAD E2 | ☐ Unliquidated | **Nonpriority amount** |
| LAS CRUCES NM 88007 | ☐ Disputed | $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                      Case number *(if known)* **19-10214**

**2.2907.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HERRERA, CASSANDRA J
14912 E 116TH PLACE
BRIGHTON CO 80603

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $54.39

**Priority amount** $54.39

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2908.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

HERRERA, IVONNE
674 SUPIMA DR
EL PASO TX 79927-4447

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $541.17

**Priority amount** $541.17

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2909.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

HERRERA, JESSICA C
13914 S VERMONT AVE
GARDENA CA 90247

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $232.20

**Priority amount** $232.20

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 970 of 2657

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2910.** **Priority creditor's name and mailing address**

HERRERA, KARINA
8790 SUNSET BREEZE DR
RENO NV 89506

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,369.02 | $2,369.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2911.** **Priority creditor's name and mailing address**

HERRERA, KATHERYN R
14619 ANNARBOR HEIGHTS CT
CYPRESS TX 77433

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $68.16 | $68.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2912.** **Priority creditor's name and mailing address**

HERRERA, NATALIE I
10067 BORDELON ST
SAN DIEGO CA 92124

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $143.40 | $143.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

---

**2.2913.** **Priority creditor's name and mailing address**

HERRERA, SAMANTHA R
6951 DONNA AVENUE
RESEDA CA 91335

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $488.77 | $488.77 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.2914.** **Priority creditor's name and mailing address**

HERRERA, SHADAE
318 N B ST
EXETER CA 93221

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $109.56 | $109.56 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.2915.** **Priority creditor's name and mailing address**

HERRIGES, ANICKA T
4353 N MORRIS BLVD
SHOREWOOD WI 53211

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $111.35 | $111.35 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.2916.** **Priority creditor's name and mailing address**

HESTER, LELONIE L
550 3RD AVE UNIT 243
SAINT CLOUD MN 56301

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $199.17 | $199.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2917.** **Priority creditor's name and mailing address**

HEWETT, RACHEL K
5203 COOPER CHAPEL RD
LOUISVILLE KY 40229

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,070.78 | $3,070.78 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2918.** **Priority creditor's name and mailing address**

HEWITT, ASHLEY H
87 HANCOCK AVE.
1
JERSEY CITY NJ 07307

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $590.90 | $590.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

| 2.2919. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

HEWITT, AYANA C
122 GARDEN ST
2
POUGHKEEPSIE NY 12601

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $162.15

**Priority amount** $162.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2920.    **Priority creditor's name and mailing address**

HEWITT, JESSICA
2563 FOXFIRE CT
MURFREESBORO TN 37129

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,546.14

**Priority amount** $2,546.14

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2921.    **Priority creditor's name and mailing address**

HEWLETT, JAYLA S
2312 CARLETON DRIVE
DECATUR AL 35603

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $508.40

**Priority amount** $508.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2922.** **Priority creditor's name and mailing address**

HICKEY, CATHERINE M
7956 LEOTA LANE
NEW PORT RICHEY FL 34653

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $109.98 | $109.98 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2923.** **Priority creditor's name and mailing address**

HICKEY, EMILY R
120 OLD SCHUYLERVILLE ROAD
SARATOGA SPRINGS NY 12866

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $86.58 | $86.58 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2924.** **Priority creditor's name and mailing address**

HICKMAN, SHAWNAE J
852 SOUTH PARKER DRIVE
APT B
FLORENCE SC 29501

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,230.88 | $1,230.88 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.2925.** **Priority creditor's name and mailing address**

HICKS, ANDRESE
6562 KEMPTON STREET
NAVARRE FL 32566

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $530.17 | $530.17 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2926.** **Priority creditor's name and mailing address**

HICKS, ANGELA M
3118 W FRANKLIN BLVD
3B
CHICAGO IL 60612

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $191.57 | $191.57 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2927.** **Priority creditor's name and mailing address**

HICKS, MIRANDA R
1908 PRINCE GEORGE DRIVE
GAUTIER MS 39553

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $92.39 | $92.39 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.2928.** **Priority creditor's name and mailing address**

HICKS, SHAREKA
2434 HAMLET CIRCLE
LAKELAND FL 33810

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $188.83 | $188.83 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.2929.** **Priority creditor's name and mailing address**

HIGBIE, NAKOTA B
40 GRAND STREET
1
WORCESTER MA 01610

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.56 | $175.56 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.2930.** **Priority creditor's name and mailing address**

HIGGINS, SARAH N
402 KERBY ST
212
ARLINGTON TX 76013

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $111.71 | $111.71 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                 Case number *(if known)* **19-10214**

---

**2.2931.** **Priority creditor's name and mailing address**

HIGGS, TATYANA R
7603 LAYTONIA DRIVE
GAITHERSBURG MD 20877

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $772.80 | $772.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2932.** **Priority creditor's name and mailing address**

HIGHTOWER, PORSHA
2090 ZINK RD.
3B
BEAVERCREEK OH 45324

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $265.71 | $265.71 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2933.** **Priority creditor's name and mailing address**

HIGUERA, STEPHANIE
4829 COLES MANOR PL
#12102
DALLAS TX 75204

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $85.64 | $85.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.2934.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.2934.** **Priority creditor's name and mailing address**

HIKALEA, HEALANI K
45-1127 KAMEHAMEHA HWY
#7
KANEOHE HI 96744

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $352.89 | $352.89 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2935.** **Priority creditor's name and mailing address**

HIKMET, LYDIA L
368 ORLANDO ST.
10
EL CAJON CA 92021

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $214.32 | $214.32 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2936.** **Priority creditor's name and mailing address**

HILAIRE, DIEUNIPHER L
142 ROQUETTE AVENUE
ELMONT NY 11003

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $374.64 | $374.64 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2937.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HILL, ANIYA S
1210 CROES AVE
APT. 16G
BRONX NY 10472

*Check all that apply.*                                   $232.80          $232.80

☐ Contingent
☐ Unliquidated                                                           **Nonpriority amount**
☐ Disputed                                                               $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2938.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HILL, AVERY M
1059 HIDDEN CREEK LN
KOKOMO IN 46902

*Check all that apply.*                                   $59.04           $59.04

☐ Contingent
☐ Unliquidated                                                           **Nonpriority amount**
☐ Disputed                                                               $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2939.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HILL, BLAYKE
2723 SOUTH AVENUE
NIAGARA FALLS NY 14305

*Check all that apply.*                                   $1,824.80        $1,824.80

☐ Contingent
☐ Unliquidated                                                           **Nonpriority amount**
☐ Disputed                                                               $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| 2.2940. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2940.** **Priority creditor's name and mailing address**

HILL, CHAYLA
1200 FLORAL SPRINGS BLVD
PORT ORANGE FL 32129

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $54.40 | $54.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2941.** **Priority creditor's name and mailing address**

HILL, CORRIE E
11816 FORBIDDEN FOREST CIRCLE
APT 102
FREDERICKSBURG VA 22407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $414.27 | $414.27 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.2942.** **Priority creditor's name and mailing address**

HILL, CRYSTAL
4812 CONESTOGA RD
VIRGINIA BEACH VA 23462

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $8.09 | $8.09 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2943.** **Priority creditor's name and mailing address**

HILL, ERICKA D
41 STRATFORD LANE
JACKSON TN 38305

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $93.42 | $93.42 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.2944.** **Priority creditor's name and mailing address**

HILL, HALLIE A
120 PAUL REVERE CT
UNIT 103
WAHIAWA HI 96786-7224

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.50 | $122.50 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.2945.** **Priority creditor's name and mailing address**

HILL, JAKINI A
302 PAULINE AVE
HATTIESBURG MS 39401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.75 | $122.75 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2946.** **Priority creditor's name and mailing address**

HILL, JILLIAN N
6208 BIG SANDY DR
RALEIGH NC 27616

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $92.90 | $92.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2947.** **Priority creditor's name and mailing address**

HILL, KYLA C
3118 S ADAMS ST
TAMPA FL 33611

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $317.50 | $317.50 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2948.** **Priority creditor's name and mailing address**

HILL, LAUREN E
14300 NW 66TH CT
PARKVILLE MO 64152

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $147.58 | $147.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.2949.** **Priority creditor's name and mailing address**

HILL, MACIE
18001 SAILFISH DRIVE
B
LUTZ FL 33558

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $103.22 | $103.22 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2950.** **Priority creditor's name and mailing address**

HILL, QYARAH R
35400 EUCLID AVENUE
APT. D204
WILLOUGHBY OH 44094

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $142.47 | $142.47 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2951.** **Priority creditor's name and mailing address**

HILL, REGINA L
156 BIG CREEK TRAIL
MAYNARD AR 72444

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,721.51 | $2,721.51 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                               Case number *(if known)* **19-10214**

---

**2.2952.** **Priority creditor's name and mailing address**

HILL, SHAKEL L
6402 S JUNETT ST
TACOMA WA 98409

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $683.80 | $683.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2953.** **Priority creditor's name and mailing address**

HILL, TORI D
1311 STONE MANOR DR
RALEIGH NC 27610

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $712.06 | $712.06 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2954.** **Priority creditor's name and mailing address**

HILLEGASS, JENNIFER
6393 CHEROKEE TRAIL
TOBYHANNA PA 18466

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $754.23 | $754.23 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.2955.** **Priority creditor's name and mailing address**

HILLIARD, SHAWNTAVIA M
1220 W MCWILLIAMS AVE
LAS VEGAS NV 89106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $194.05 | $194.05 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2956.** **Priority creditor's name and mailing address**

HILLIARD, TAMMIE
150 RIVER AVE
NATRONA HEIGHTS PA 15065

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.40 | $36.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2957.** **Priority creditor's name and mailing address**

HILLMAN, KAELA L
11632 CAPE HORN AVENUE
JACKSONVILLE FL 32246

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.67 | $33.67 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| 2.2958. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.2958.  **Priority creditor's name and mailing address**

HILLMAN, SAMANTHA
893 JACOBS WAY
CANTONMENT FL 32533

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $518.19 | $518.19 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2959.  **Priority creditor's name and mailing address**

HILLMAN, TYLER T
12013 GEORGIA WOODS CT
ORLANDO FL 32824

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $554.63 | $554.63 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2960.  **Priority creditor's name and mailing address**

HILLMAN, VINNY A
2901 SW 41ST ST
APT 2802
OCALA FL 34474

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $305.66 | $305.66 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2961.** **Priority creditor's name and mailing address**

HILLS, JASMINE
18 DNABURY RD
HYDE PARK MA 02136

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $42.72 | $42.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2962.** **Priority creditor's name and mailing address**

HILLYER, LYNETTE
321 N 44TH STREET
806
LINCOLN NE 68503

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.99 | $69.99 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2963.** **Priority creditor's name and mailing address**

HILTON, LATOYA A
300 ERICH ROAD
RICHMOND VA 23225

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,008.60 | $1,008.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.2964.** **Priority creditor's name and mailing address**

HINES, CHERISH L
3328 PECK STREET
MUSKEGON HEIGHTS MI 49444

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $163.53 | $163.53 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.2965.** **Priority creditor's name and mailing address**

HINES, TINERA
1909 WALNUT CREEK DR.
PAPILLION NE 68046

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $75.87 | $75.87 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.2966.** **Priority creditor's name and mailing address**

HINOJOSA, KARINA G
1808 S. 31 ST.
MILWAUKEE WI 53215

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $87.32 | $87.32 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**2.2967.** **Priority creditor's name and mailing address**

HINSON, KIMBERLY E
6000 DOMINION PL
CHARLOTTE NC 28277

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $254.97 | $254.97 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2968.** **Priority creditor's name and mailing address**

HINTON, DESTINY A
3070 S NELLIS BLVD
1061
LAS VEGAS NV 89121

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $125.07 | $125.07 |
| | **Nonpriority amount** |
| | $0.00 |

**2.2969.** **Priority creditor's name and mailing address**

HINTON-DOZIER, KIERY N
1813 ROCHELLE CT
WOODBRIDGE VA 22192

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $79.01 | $79.01 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.2970.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HIRALES, KAZANDRA
452 WEST A ST
BRAWLEY CA 92227

*Check all that apply.*                    $192.84          $192.84

☐ Contingent

☐ Unliquidated                                      **Nonpriority amount**

☐ Disputed                                          $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                    WAGES & PTO

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.2971.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HIROMOTO, KAYLEN M
3734 POTOMAC AVE.
LOS ANGELES CA 90016

*Check all that apply.*                    $215.16          $215.16

☐ Contingent

☐ Unliquidated                                      **Nonpriority amount**

☐ Disputed                                          $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                    WAGES & PTO

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.2972.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HISER, ALLISON R
1617 RINGFIELD DR.
GALLOWAY OH 43119

*Check all that apply.*                    $339.43          $339.43

☐ Contingent

☐ Unliquidated                                      **Nonpriority amount**

☐ Disputed                                          $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____                    WAGES & PTO

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2973.** **Priority creditor's name and mailing address**

HJELTE, SARAH K
1321 EAGLE WING LN
DENTON TX 76210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $73.75 | $73.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2974.** **Priority creditor's name and mailing address**

HOBBS, DANIYA S
11 BIRCHFIELD DRIVE
MOUNT LAUREL NJ 08054

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $117.88 | $117.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2975.** **Priority creditor's name and mailing address**

HOBBS, KAITLIN P
1911 ODYSSEY DRIVE
BRIGHTON MI 48114

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $134.31 | $134.31 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.2976.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.2976.** Priority creditor's name and mailing address

HOBSON, DANIELLE R
1002 E. TAYLOR ST.
KOKOMO IN 46901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $140.31

**Priority amount**    $140.31

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2977.** Priority creditor's name and mailing address

HOBSON, TELEASHIA H
545 LANE AVE
HAMLETT HALL
JACKSON TN 38301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $270.54

**Priority amount**    $270.54

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.2978.** Priority creditor's name and mailing address

HOCH, ALEXANDRIA
300 W. MONTGOMERY AVE
NORTH WALES PA 19454

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $2,496.83

**Priority amount**    $2,496.83

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

| 2.2979. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

HOCKING. SYDNEY
6230 MOATS DR
KANSAS CITY MO 64133

| **Total claim** | **Priority amount** |
|---|---|
| $409.70 | $409.70 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2980.    **Priority creditor's name and mailing address**

HODDE, SARAH E
13861 RACEWAY DR.
APT. 834
NORTHLAKE TX 76262

**As of the petition filing date, the claim is:**
*Check all that apply.*

| **Total claim** | **Priority amount** |
|---|---|
| $2,011.74 | $2,011.74 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.2981.    **Priority creditor's name and mailing address**

HODGE, ARAYAH T
817 NORTH 2ND ST APT. 1
HARRISBURG PA 17102

**As of the petition filing date, the claim is:**
*Check all that apply.*

| **Total claim** | **Priority amount** |
|---|---|
| $1,261.55 | $1,261.55 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.2982.** **Priority creditor's name and mailing address**

HODGE-BROWN, DYNASTI
1509 SUNBURST RD
EVINGTON VA 24550

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $70.00 | $70.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2983.** **Priority creditor's name and mailing address**

HODGES, KEANA L
803 SINBAD STREET
BAKER LA 70714

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.95 | $63.95 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.2984.** **Priority creditor's name and mailing address**

HODSON, KAYLA M
6505 BUCKEYE LN
GRANITE BAY CA 95746-8861

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $940.50 | $940.50 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.2985.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

HOFFMAN, SYDNEY
4286 RYAN CT
HAMILTON OH 45011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $38.05

**Priority amount** $38.05

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2986.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

HOFFMANN, LACEY M
1506 S INTERSTATE 35
APT 4911
SAN MARCOS TX 78666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $455.40

**Priority amount** $455.40

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2987.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

HOFFMANN, RIVER T
191 GREENS ST
VERGENNES VT 05491

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $242.87

**Priority amount** $242.87

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

---

**2.2988.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HOFFNER, MORGAN
3806 TREYBURN AVE NW
MASSILLON OH 44646

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $78.66

**Priority amount** $78.66

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2989.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HOGAN, AUBREE
1 WINDSOR DR
ORMOND BEACH FL 32174

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $394.96

**Priority amount** $394.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2990.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HOGGARD, MONIQUE R
5453 WHITFIELD CHAPEL RD
LANHAM MD 20706

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,706.52

**Priority amount** $1,706.52

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.2991.** **Priority creditor's name and mailing address**

HOLGUIN, VIVIANA
1840 CROMPOND RD
APT. 7C5
PEEKSKILL NY 10566-7405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,660.32 | $5,660.32 |

**Nonpriority amount**

$0.00

---

**2.2992.** **Priority creditor's name and mailing address**

HOLLAND, JASMINE T
700 TRANSMITTER RD
LOT 34
PANAMA CITY FL 32401-5393

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,333.80 | $1,333.80 |

**Nonpriority amount**

$0.00

---

**2.2993.** **Priority creditor's name and mailing address**

HOLLAND, MAKAYLA I
1700 MANATUCK BLVD
BAYSHORE NY 11706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.48 | $132.48 |

**Nonpriority amount**

$0.00

---

Debtor   **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.2994.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

**2.2994.** **Priority creditor's name and mailing address**

HOLLINS, KYLAH S
7722 WYCKFORD CT
INDIANAPOLIS IN 46214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $65.36 | $65.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2995.** **Priority creditor's name and mailing address**

HOLLOWAY, DESHONA D
3541 PORTSMOUH CIR
LITHONIA GA 30038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $58.87 | $58.87 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.2996.** **Priority creditor's name and mailing address**

HOLLOWELL, ADRIANNA
5105 HILL TERRACE
PADUCAH KY 42001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $205.29 | $205.29 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                       Case number *(if known)* **19-10214**

---

**2.2997.** **Priority creditor's name and mailing address**

HOLMES, CANDICE D
51 MATTHEWS AVE
WEST BABYLON NY 11704-2307

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,641.01 | $1,641.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2998.** **Priority creditor's name and mailing address**

HOLMES, DESTINE T
931 PARAISO AVE
SPRING VALLEY CA 91977

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $112.44 | $112.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.2999.** **Priority creditor's name and mailing address**

HOLMES, DIAJANAE
5719 SUMMER SHINE DR
MADISON WI 53718

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $68.87 | $68.87 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3000.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HOLMES, ELISIA M
1462 MERIDEN RD
UNIT 14
WATERBURY CT 06705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $253.67

**Priority amount** $253.67

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3001.** | **Priority creditor's name and mailing address**

HOLMES, EMMA A
228 N MASSACHUSETTS AVE
ATLANTIC CITY NJ 08401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $550.38

**Priority amount** $550.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3002.** | **Priority creditor's name and mailing address**

HOLMES, MARYLEW Q
1305 FLORIDA LN
NAMPA ID 83686

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $34.08

**Priority amount** $34.08

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

| 2.3003. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.3003.** **Priority creditor's name and mailing address**

HOLMES, MONIQUE J
119 20 226TH ST
CAMBRIA HEIGHTS NY 11411

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $203.04 | $203.04 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3004.** **Priority creditor's name and mailing address**

HOLMES, RACHAEL
15350 BLACKSMITH TERRACE
WOODBRIDGE VA 22191

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $379.89 | $379.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3005.** **Priority creditor's name and mailing address**

HOLMES, ROXANNA R
1064 CAMINO DEL SOL
CHULA VISTA CA 91910

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $7,251.82 | $7,251.82 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3006. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

HOLSTICK, SIERRA
1124 RIVER HAVEN CIRCLE
HOOVER AL 35244

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $543.17

**Priority amount** $543.17

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3007.    **Priority creditor's name and mailing address**

HOLT, DARIA B
21450 E 48PL
DENVER CO 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $320.00

**Priority amount** $320.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3008.    **Priority creditor's name and mailing address**

HONDOLERO, CAMERON M
33505 39TH AVE S
FEDERAL WAY WA 98001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $329.88

**Priority amount** $329.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3009. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

HOOD, DEJA N
6692 KALINOWSKI ST
TARAWA TERRACE NC 28543

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $105.13
Priority amount: $105.13

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3010. **Priority creditor's name and mailing address**

HOOD, KATLIN H
1113 ABRAMS RD. APT 259
RICHARDSON TX 75081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $166.81
Priority amount: $166.81

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3011. **Priority creditor's name and mailing address**

HOOD, KAYLEE E
12174 HIGHWAY V
MOUNT VERNON MO 65712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $157.12
Priority amount: $157.12

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.3012. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

HOOD, KELSEY M
235 ISLAND AVE
RACINE WI 53405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $1,312.35

**Priority amount** — $1,312.35

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3013. **Priority creditor's name and mailing address**

HOOD, SHANIA N
2910 N 5 STREET
TERRE HAUTE IN 47804

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $103.68

**Priority amount** — $103.68

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3014. **Priority creditor's name and mailing address**

HOOGLAND, COURTNEY J
4416 NICOLLET WAY
SIOUX CITY IA 51106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $57.84

**Priority amount** — $57.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.3015.** **Priority creditor's name and mailing address**

HOOKER, ABBY R
200 W WILLOW
UNIT 93
NORMAL IL 61761

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.84 | $32.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3016.** **Priority creditor's name and mailing address**

HOOKER, COURTNEY P
2221 NW 194TH TER
EDMOND OK 73012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $61.81 | $61.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3017.** **Priority creditor's name and mailing address**

HOOKER, PRISCILLA I
41 JAMES ST
ANSONIA CT 06401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.50 | $96.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3018.** **Priority creditor's name and mailing address**

HOOPERT, JENNIFER M
121 HENLEY LN
MOUNTVILLE PA 17554

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,348.84 | $4,348.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3019.** **Priority creditor's name and mailing address**

HOOVER, ALICEN
2767 BUCHANAN TRAIL WEST
GREENCASTLE PA 17225

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $689.65 | $689.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3020.** **Priority creditor's name and mailing address**

HOOVER, AVERY R
24 WINDSONG TRAIL
MERCER PA 16137

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $78.32 | $78.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3021.** **Priority creditor's name and mailing address**

HOPKINS, ANA
773 REAS FORD ROAD
EARLYSVILLE VA 22936

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,065.83 | $1,065.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3022.** **Priority creditor's name and mailing address**

HOPKINS, CASSANDRA N
602 E 8TH AVE
APT 9
EUGENE OR 97401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $630.11 | $630.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3023.** **Priority creditor's name and mailing address**

HOPKINS, HANNAH
3706 URIAH ST
NORTH PORT FL 34288

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $115.91 | $115.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.3024.** **Priority creditor's name and mailing address**

HOPKINS, JESSICA
8160 VETERANS PARKWAY
APT 924
COLUMBUS GA 31909

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,501.97 | $3,501.97 |

**Nonpriority amount**
$0.00

---

**2.3025.** **Priority creditor's name and mailing address**

HOPKINS, MKAYAH
2930 MADEIRA CT
WOODBRIDGE VA 22192

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.96 | $81.96 |

**Nonpriority amount**
$0.00

---

**2.3026.** **Priority creditor's name and mailing address**

HOPKINS, NIA A
3212 CLEARVIEW DR.
MARIATTA GA 30060

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $65.59 | $65.59 |

**Nonpriority amount**
$0.00

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.3027. **Priority creditor's name and mailing address**

HOPKINS, NICOLE M
85 ONISKA ST
WARWICK RI 02889

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $99.96 | $99.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3028. **Priority creditor's name and mailing address**

HOPKINS, SARENA L
85 ONISKA STREET
WARWICK RI 02889

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.31 | $153.31 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3029. **Priority creditor's name and mailing address**

HOPP, TIARA
903 N 1ST ST
NORFOLK NE 68701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $54.40 | $54.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.3030.   **Priority creditor's name and mailing address**

HOPPER, KALEIGH G
477 CHAREST RD.
SOMERVILLE AL 35670

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $665.80 | $665.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3031.   **Priority creditor's name and mailing address**

HOPSON, GLORIA
403 HOLLYWOOD AVE
HAMPTON VA 23661

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $228.24 | $228.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3032.   **Priority creditor's name and mailing address**

HORACE, CIERA S
2049 BARNSBORO ROAD
ELDORADO 5
BLACKWOOD NJ 08012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.96 | $34.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                                                  Case number *(if known)* **19-10214**

**2.3033.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.3033.**

**Priority creditor's name and mailing address**

HORN, CAITLYNN V
17116 CRANSTON DRIVE
ROUND ROCK TX 78664

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $181.92 | $181.92 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3034.**

**Priority creditor's name and mailing address**

HORN, JODIE L
14174 CHICARITA CREEK ROAD
SAN DIEGO CA 92128

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $2,393.00 | $2,393.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3035.**

**Priority creditor's name and mailing address**

HORN, MORGAN R
6090 SPIRES DR.
ERIE PA 16509

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $125.93 | $125.93 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.3036.** **Priority creditor's name and mailing address**

HORNE, DENZELL
1700 RICHWOOD RD 2
MONROE LA 71202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**: $44.22

**Priority amount**: $44.22

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3037.** **Priority creditor's name and mailing address**

HORNE, NYESHA
78 GLENDALE AVE
ALBANY NY 12208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**: $319.02

**Priority amount**: $319.02

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3038.** **Priority creditor's name and mailing address**

HORROCKS, MAKAYLA M
30 N CHARDONNAY STREET
RENO NV 89512

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**: $239.83

**Priority amount**: $239.83

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.3039.** **Priority creditor's name and mailing address**

HORROX, ALLYSON M
110 FAIRHILL RD
SPRINGFIELD PA 19070

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1.23 | $1.23 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3040.** **Priority creditor's name and mailing address**

HORSFORD, AMELIA
1586 WOOD SAGE TERRACE
WALWORTH NY 14568

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $99.35 | $99.35 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3041.** **Priority creditor's name and mailing address**

HORTON, LAKEISHA
4821-204 CLARK LANE
COLUMBIA MO 65202

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,415.41 | $2,415.41 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

**2.3042.** **Priority creditor's name and mailing address**

HOSCH, BAILEY
103 CELESTE CIRCLE
SLIDELL LA 70458

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $62.62 | $62.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3043.** **Priority creditor's name and mailing address**

HOUCHIN, ELIZABETH
3006 LINCOLNDALE AVENUE
FORT WAYNE IN 46808

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $194.56 | $194.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3044.** **Priority creditor's name and mailing address**

HOULIHAN, JORDAN
4552 LON COURT
DIAMOND SPRINGS CA 95619

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $193.80 | $193.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.3045. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

HOUSER, KAYLEN E
6063 SPANIEL COURT
SALISBURY MD 21801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $93.13 | $93.13 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.3046.    **Priority creditor's name and mailing address**

HOUSSEAL, BRITNEY N
915 EAST PRINCESS STREET
YORK PA 17403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $225.54 | $225.54 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.3047.    **Priority creditor's name and mailing address**

HOUSTON, CHAVAUGHN A
3647 OLEANDER
CHICAGO IL 60634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,922.87 | $1,922.87 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.3048.  **Priority creditor's name and mailing address**

HOUSTON, DAJANIA H
8324 BAUMGARTEN DR.
DALLAS TX 75228

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $227.40 | $227.40 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.3049.  **Priority creditor's name and mailing address**

HOUSTON, JASMINE
3105 VARCROFT RD
KNIGHTDALE NC 27545

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.60 | $175.60 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.3050.  **Priority creditor's name and mailing address**

HOVDE, RACHEL
423 S LINN
SIOUX CITY IA 51106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,031.97 | $1,031.97 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.3051. **Priority creditor's name and mailing address**

HOVSEPIAN, MARY R
7101 MATILIJA AVE
VAN NUYS CA 91405-3334

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $6,751.19 | $6,751.19 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3052. **Priority creditor's name and mailing address**

HOWARD, EMILY
2840 DANDELION CIRCLE
ANTIOCH CA 94531

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $27.84 | $27.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3053. **Priority creditor's name and mailing address**

HOWARD, GEORGIA L
8758 EDGERIDGE DR
WEST CHESTER OH 45069

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $603.20 | $603.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

2.3054.    **Priority creditor's name and mailing address**

HOWARD, HEAVEN
4515 TALLMEADOW LN
FORT WORTH TX 76133

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $141.52 | $141.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3055.    **Priority creditor's name and mailing address**

HOWARD, MYCHEL J
4808 ASPEN DR
KILLEEN TX 76542

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $124.95 | $124.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3056.    **Priority creditor's name and mailing address**

HOWARD, SABRINA M
11354 VIA RANCHO SAN DIEGO UNI
EL CAJON CA 92019

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $635.72 | $635.72 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.3057.** **Priority creditor's name and mailing address**

HOWARD, STORY L
7101 S. ORANGE BLOSSOM TRAIL
ORLANDO FL 32809

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $619.51 | $619.51 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3058.** **Priority creditor's name and mailing address**

HOWE, KARMA
5829 GREENWAY VISTA LANE
CHARLOTTE NC 28216

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $58.80 | $58.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3059.** **Priority creditor's name and mailing address**

HOWE, ZIARRE
90 CONKLIN AVE
BINGHAMTON NY 13903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $225.12 | $225.12 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.3060. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3060.**

**Priority creditor's name and mailing address**

HOWELL TOWNSHIP
3525 BYRON ROAD
HOWELL MI 48855

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $318.47 | $318.47 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.3061.**

**Priority creditor's name and mailing address**

HOWELL, KENDALL
500 INMAN ST
UNIT 31
DENTON TX 76205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $127.67 | $127.67 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3062.**

**Priority creditor's name and mailing address**

HOWELL, REBECCA L
399 SHADY LANE
HAZELGREEN AL 35750

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $29.94 | $29.94 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.3063.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HOWES, ABIGAIL C
9321 AMSDEN WAY
EDEN PRAIRIE MN 55347

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $339.87

Priority amount: $339.87

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3064.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HOYER, MEGHAN L
2638 FOXWOOD RD S
ORANGE PARK FL 32073

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $212.19

Priority amount: $212.19

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3065.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

HOYT, HAILEY B
4238 TAYLOR HARBOR WEST
6
RACINE WI 53403

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $16.89

Priority amount: $16.89

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.3066. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

HUBBARD, KIYOMI
2224 GRADISON DR.
INDIANAPOLIS IN 46214

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $607.90
**Priority amount:** $607.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.3067. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

HUBBARD, RAQUEL
8575 APPLEHORN LANE
INDIANAPOLIS IN 46256

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $162.00
**Priority amount:** $162.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.3068. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

HUBER, KATLYN N
337 S BLUFF RD
MONTEBELLO CA 90640

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $222.12
**Priority amount:** $222.12

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3069. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

HUBNER, ASHLEY
6731 CHERRY ROAD
OCALA FL 34472

*Check all that apply.*

$105.49     $105.49

☐ Contingent

☐ Unliquidated                                    **Nonpriority amount**

☐ Disputed                                    $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

| 2.3070. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

HUDSON, ASHLEY M
17187 N 51ST DRIVE
GLENDALE AZ 85308

*Check all that apply.*

$3,091.00     $3,091.00

☐ Contingent

☐ Unliquidated                                    **Nonpriority amount**

☐ Disputed                                    $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

| 2.3071. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

HUDSON, CAYLAH L
1100 HARGROVE RD E
1728
TUSCALOOSA AL 35405

*Check all that apply.*

$112.46     $112.46

☐ Contingent

☐ Unliquidated                                    **Nonpriority amount**

☐ Disputed                                    $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

**2.3072.** **Priority creditor's name and mailing address**

HUDSON, JUSTICE X
735 GREEN VALLEY DRIVE
SAINT ALBANS WV 25177

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $447.96 | $447.96 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3073.** **Priority creditor's name and mailing address**

HUECA, SHARIE L
38 BELLA VISTA AVENUE
53 SECOND AVE
GLEN COVE NY 11542

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $48.00 | $48.00 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3074.** **Priority creditor's name and mailing address**

HUERTA, DAYANA
1903 S 61 CT
CICERO IL 60804

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $289.80 | $289.80 |
| | **Nonpriority amount** |
| | $0.00 |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

2.3075.  **Priority creditor's name and mailing address**

HUERTA, JOSE G
10990 SARDINIA SANDS DR
LAS VEGAS NV 89141

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,672.98 | $7,672.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3076.  **Priority creditor's name and mailing address**

HUERTA, JULIA
1321 LAUREL TREE LN
140
CARLSBAD CA 92011

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.60 | $126.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3077.  **Priority creditor's name and mailing address**

HUERTA, PARRA DENISSE
24521 W NORELIUS AVE
ROUND LAKE IL 60073-1455

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,081.51 | $3,081.51 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3078.** **Priority creditor's name and mailing address**

HUERTA, ROCIO
20615 CANTLAY ST
WINNETKA CA 91306

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $168.53 | $168.53 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3079.** **Priority creditor's name and mailing address**

HUERTA, YARILED G
6701 EAST COUNTY ROAD 96
MIDLAND TX 79706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $463.00 | $463.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3080.** **Priority creditor's name and mailing address**

HUETT, ZOE A
5939 NINA COURT
RIVERSIDE CA 92509

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $303.48 | $303.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3081.** **Priority creditor's name and mailing address**

HUEY, ALEXANDRA M
3724 GROOMETOWN ROAD APT H
GREENSBORO NC 27407

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $27.71 | $27.71 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3082.** **Priority creditor's name and mailing address**

HUFF, MARGIE K
6522 CEDAR CHASE WAY
TALLAHASSEE FL 32311-3508

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,332.90 | $4,332.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3083.** **Priority creditor's name and mailing address**

HUFFMAN, JORDAN B
617 SHOWALTER ROAD
YORKTOWN VA 23692

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $94.30 | $94.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

2.3084.  **Priority creditor's name and mailing address**

HUFFORD, AMBER M
707 3RD AVENUE
ALTOONA PA 16602

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.15 | $136.15 |
|  | **Nonpriority amount** |
|  | $0.00 |

2.3085.  **Priority creditor's name and mailing address**

HUFNAGEL, MEGAN E
2070 N SPRIGG ST
APT 5216
CAPE GIRARDEAU MO 63701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.89 | $138.89 |
|  | **Nonpriority amount** |
|  | $0.00 |

2.3086.  **Priority creditor's name and mailing address**

HUGGINS, ANGELEAH M
6401 NORTH SAINT NICHOLAS CIRC
#13
FLAGSTAFF AZ 86004

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,358.72 | $1,358.72 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3087.** **Priority creditor's name and mailing address**

HUGGINS, SARAH L
9123 EMMAUS TRAIL
SAN ANTONIO TX 78252

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $569.36 | $569.36 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.3088.** **Priority creditor's name and mailing address**

HUGHES, BRIANNA E
323 CLOVER BROOK DR
LOCUST GROVE GA 30248

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $62.48 | $62.48 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.3089.** **Priority creditor's name and mailing address**

HUGHES, DEMTRIA N
3125 ILGER
201
TOLEDO OH 43606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.10 | $30.10 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.3090. | **Priority creditor's name and mailing address** | $196.76 | $196.76 |

**Priority creditor's name and mailing address**

HUGHES, DIASHA T
911 W VIRGINIA AVE
BESSEMER NC 28016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $196.76

**Priority amount** $196.76

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3091.   **Priority creditor's name and mailing address**

HUGHES, MAKAYLA S
113 GRANGE STREET
ROCKY MOUNT NC 27804

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $339.80

**Priority amount** $339.80

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3092.   **Priority creditor's name and mailing address**

HUGHES, NI'KIMA N
1609 FOSTER DRIVE
BELLEVILLE IL 62226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $215.49

**Priority amount** $215.49

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.3093.** **Priority creditor's name and mailing address**

HUGHLEY, KIARA J
168 CEDAR AVE
ORANGE CITY FL 32763

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.50 | $400.50 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3094.** **Priority creditor's name and mailing address**

HUJAR, MONTGOMERY
87 N PORTAGE PATH
AKRON OH 44303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.63 | $34.63 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3095.** **Priority creditor's name and mailing address**

HULTIN, ANNIKA K
3925 CAMPERDOWN DR
LANSING MI 48911

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $64.94 | $64.94 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.3096. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.3096. **Priority creditor's name and mailing address**

HULTZMAN, CRISTINA M
165 ROBIN HOLLOW RD
WEST GREENWICH RI 02817-2139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $234.68 | $234.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3097. **Priority creditor's name and mailing address**

HUMPHREY, AJAYLAH
318 SANDERS RD
BUFFALO NY 14216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $132.09 | $132.09 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3098. **Priority creditor's name and mailing address**

HUMPHREY, ERICA D
5718 COPPER CREEK CT.
APARTMENT 01
CHARLOTTE NC 28227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,084.17 | $1,084.17 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.3099. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

HUMPHREY, JENNIFER L
510 E. ATHERTON RD.
FLINT MI 48507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $645.75 | $645.75 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3100. **Priority creditor's name and mailing address**

HUMPHREY, MARLENE D
9801 MADELINE CIRCLE
BETHANY LA 71007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $295.59 | $295.59 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3101. **Priority creditor's name and mailing address**

HUMPHRIES, RACHAEL N
6628 BROOKHAVEN TRAIL
FORT WORTH TX 76133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $191.98 | $191.98 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

**2.3102.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.3102.** **Priority creditor's name and mailing address**

HUNT, AURELIA T
29 WILSHIRE RD
VERNON ROCKVILLE CT 06066

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $40.40 | $40.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3103.** **Priority creditor's name and mailing address**

HUNT, JYMELLA
83 BEARING CIRCLE
PORT WENTWORTH GA 31407

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $1,898.10 | $1,898.10 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3104.** **Priority creditor's name and mailing address**

HUNT, MADELYN A
1955SW 5TH AVE
918
PORTLAND OR 97201

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $87.36 | $87.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.3105. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3105.** **Priority creditor's name and mailing address**

HUNT, NAVEANNA
1665 WESLEYAN DR
APT 1106
MACON GA 31210

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $347.34

**Priority amount** $347.34

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3106.** **Priority creditor's name and mailing address**

HUNT, PRISCILLA
122 ROMIE DR
JACKSON TN 38305

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,284.64

**Priority amount** $1,284.64

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3107.** **Priority creditor's name and mailing address**

HUNT, SEQUINA S
406 RIVERVIEW DR.
SAVANNAH GA 31404

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,247.10

**Priority amount** $1,247.10

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.3108. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim**  $188.73 | **Priority amount**  $188.73 |

**2.3108.** **Priority creditor's name and mailing address**

HUNT, TAYLOR
8856 ODEAN AVE NE
OTSEGO MN 55330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $188.73 | $188.73 |
|  | **Nonpriority amount** |
|  | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3109.** **Priority creditor's name and mailing address**

HUNTER, DESIRAE M
1129 NORTH SHORE RD.
APT. 2C
REVERE MA 02151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $2,211.37 | $2,211.37 |
|  | **Nonpriority amount** |
|  | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3110.** **Priority creditor's name and mailing address**

HUNTER, LAKIYA M
1070 DICKNSON
GRAND RAPIDS MI 49507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $91.91 | $91.91 |
|  | **Nonpriority amount** |
|  | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3111.** **Priority creditor's name and mailing address**

HUNTRESS, JASMINE
55 RIDGE RD
HALIFAX MA 02338

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $638.14 | $638.14 |

**Nonpriority amount**

$0.00

---

**2.3112.** **Priority creditor's name and mailing address**

HUOT, THUY N
616 10TH AVENUE SE
APT # 203
MINNEAPOLIS MN 55414

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $568.78 | $568.78 |

**Nonpriority amount**

$0.00

---

**2.3113.** **Priority creditor's name and mailing address**

HUQUE, FAIZA
237 PARKVILLE AVENUE
BROOKLYN NY 11230

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $390.00 | $390.00 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3114. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.3114.  **Priority creditor's name and mailing address**

HURLBURT, EMMA
12428 COTTRELL STREET
TAMPA FL 33612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $188.23

**Priority amount**  $188.23

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.3115.  **Priority creditor's name and mailing address**

HURLESS, JOANNA
1013 RUTLEDGE DR.
BELLEVILLE IL 62221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $489.79

**Priority amount**  $489.79

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.3116.  **Priority creditor's name and mailing address**

HURT, MAKIYHA
4517 BARRETTS TRACE BLVD
TUSCALOOSA AL 35405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $60.78

**Priority amount**  $60.78

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.3117. **Priority creditor's name and mailing address**

HURTADO, ABIGAIL N
125 LIKENS WAY
WINCHESTER VA 22602

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $192.79 | $192.79 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3118. **Priority creditor's name and mailing address**

HURTADO, CHRISTINA
1901 TUFFREE BLVD.
PLACENTIA CA 92870

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $274.80 | $274.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3119. **Priority creditor's name and mailing address**

HURTADO, LEIDI R
1220 MAY ST
DENTON TX 76209-4689

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $513.15 | $513.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.3120.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HUSBANDS, CHRISTINA A<br>220 ROBAT ST<br>PHILADELPHIA PA 19120 | *Check all that apply.* | $142.00 | $142.00 |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3121.** **Priority creditor's name and mailing address**

HUSSAIN, ANEELA A
712 BONNIE RIDGE DR NE
LEESBURG VA 20176-3616

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $133.65 | $133.65 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3122.** **Priority creditor's name and mailing address**

HUSSEIN, REINA
6265 RUSTIC HILLS
ROCKLIN CA 95677

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $900.43 | $900.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.3123. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.3123.  **Priority creditor's name and mailing address**

HUTCHINS, EMILY B
100 SPRING RUN DRIVE
C2
WINSTON SALEM NC 27106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $214.74
**Priority amount**   $214.74

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3124.  **Priority creditor's name and mailing address**

HUTCHINSON, JULIA R
536 ISLIP AVE
ISLIP NY 11751

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $219.12
**Priority amount**   $219.12

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3125.  **Priority creditor's name and mailing address**

HUTCHINSON, KAITLYN
2521 RIDGEWOOD AVE
RACINE WI 53403-3749

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $505.84
**Priority amount**   $505.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.3126. **Priority creditor's name and mailing address**

HUTCHINSON, KELSEY
1060 CRIMSON LANE
POTTSTOWN PA 19464

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $142.32 | $142.32 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3127. **Priority creditor's name and mailing address**

HUTCHISON, ALYSSA T
53 GEORGETOWN BLVD
BARNEGAT NJ 08005

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $155.76 | $155.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3128. **Priority creditor's name and mailing address**

HUTSON, DEBRA
15161 AUKLET STREET
PARKER CO 80134

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.65 | $126.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.3129.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | HUTSON, LASHAUNDA | *Check all that apply.* | $2,385.62 | $2,385.62

| | 79 BOONTON ST | ☐ Contingent | |
| | DOVER NJ 07801-4646 | ☐ Unliquidated | **Nonpriority amount**
| | | ☐ Disputed | $0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3130.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | HUTTER, AMBER | *Check all that apply.* | $203.04 | $203.04
| | 15675 AVENIDA ALCACHOFA | ☐ Contingent | |
| | APT A | ☐ Unliquidated | **Nonpriority amount**
| | SAN DIEGO CA 92128 | ☐ Disputed | $0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3131.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | HUTTON, AKIRA C | *Check all that apply.* | $385.36 | $385.36
| | 5 IRON STREET | ☐ Contingent | |
| | LEDYARD CT 06339 | ☐ Unliquidated | **Nonpriority amount**
| | | ☐ Disputed | $0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

**2.3132.** **Priority creditor's name and mailing address**

HUYNH, CINDY
217 MCKINLEY RD
CHERRY HILL NJ 08002

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $73.46 | $73.46 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3133.** **Priority creditor's name and mailing address**

HUZJAK, PATRICIA J
15202 N. 40TH STREET
APT 230
PHOENIX AZ 85032

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $178.75 | $178.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3134.** **Priority creditor's name and mailing address**

HYLTON, LEMARA
23621 SW 108TH AVE
HOMESTEAD FL 33032

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $402.37 | $402.37 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.3135.  **Priority creditor's name and mailing address**

IBARRA, ANDREA G
4019 ROSS AVE
SAN JOSE CA 95124

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.75 | $129.75 |

**Nonpriority amount**

$0.00

---

2.3136.  **Priority creditor's name and mailing address**

IBARRA, JAILENE
201 INMAN ST.
APT # 8102
DENTON TX 76205

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $709.81 | $709.81 |

**Nonpriority amount**

$0.00

---

2.3137.  **Priority creditor's name and mailing address**

IBARRA, KARLA G
10700 E DARTMOUTH AVE
S312
DENVER CO 80014

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $487.11 | $487.11 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3138.** **Priority creditor's name and mailing address**

IBARRA, MARYSOL J
1001 N MALLARD ST
LAS VEGAS NV 89108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $252.06 | $252.06 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.3139.** **Priority creditor's name and mailing address**

IBARRA, MELANIE R
2065 BLEAKWOOD AVENUE
MONTEREY PARK CA 91754

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $221.52 | $221.52 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.3140.** **Priority creditor's name and mailing address**

IBARRA, STEPHANIE
1917 DOROTHY DR.
GRAND PRAIRIE TX 75051

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.21 | $136.21 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3141.** **Priority creditor's name and mailing address**

IGNACIO, ARCELI SANGIE J
2922 MCLAUGHLIN AVENUE
SAN JOSE CA 95121

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $213.75 | $213.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3142.** **Priority creditor's name and mailing address**

IHTIJAREVIC, ALINA
349 FARRELL STREET
207
SOUTH BURLINGTON VT 05403

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $161.17 | $161.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3143.** **Priority creditor's name and mailing address**

ILARRAZA, ARIANA X
9409 CANTLEDR
CHARLOTTE NC 28216

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $194.26 | $194.26 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.3144.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ILES, MARY J
409 CENTER ST
ERLANGER KY 41018

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $2,271.10

Priority amount $2,271.10

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3145.** **Priority creditor's name and mailing address**

ILODIGWE, NEESHA O
650 RIVER RD
3204
SAN MARCOS TX 78666

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $21.60

**Priority amount** $21.60

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3146.** **Priority creditor's name and mailing address**

ILUND, KAYLA L
33 LUKE COURT
STATEN ISLAND NY 10306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $264.90

**Priority amount** $264.90

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

**2.3147.** **Priority creditor's name and mailing address**

IMES, LE'TYYA
446 BEACON HILL CIR.
NORFOLK VA 23502

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $152.35 | $152.35 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3148.** **Priority creditor's name and mailing address**

IMMORDINO, KATELYN M
542 CLYMER AVE
MORRISVILLE PA 19067

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.50 | $35.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3149.** **Priority creditor's name and mailing address**

INABINET, ANITA M
749 ARCTIC ST APT. #5
BRIDGEPORT CT 06608

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,028.60 | $3,028.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**2.3150.** **Priority creditor's name and mailing address**

INFANTE, MARIA
209 A. ST
SHELBYVILLE KY 40065

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $709.65 | $709.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3151.** **Priority creditor's name and mailing address**

INGRAM, ASHLEIGH S
15020 THELMA ST
BILOXI MS 39532

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.38 | $31.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3152.** **Priority creditor's name and mailing address**

INGRAM, BRITTANY N
3109 MAGNOLIA DR
RAYVILLE LA 71269

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,039.37 | $1,039.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.3153. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | INGRAM, DOROTHY G<br>904 NE 109TH TER<br>KANSAS CITY MO 64155 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $154.63 | $154.63 |

Nonpriority amount

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.3154. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | INIGUEZ, VALERIA<br>44800 MILESTONE SQ<br>300<br>ASHBURN VA 20147 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $574.20 | $574.20 |

Nonpriority amount

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.3155. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | INMAN, JAELYN<br>580 21ST STREET<br>SPRINGFIELD OR 97477 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $130.40 | $130.40 |

Nonpriority amount

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3156.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

INOUYE, HAUNANI T
3282 KAIMUKI AVE.
HONOLULU HI 96816

*Check all that apply.*                              $267.65              $267.65

☐ Contingent

☐ Unliquidated                                      **Nonpriority amount**

☐ Disputed                                          $0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.3157.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

INTRAVIA, JADE T
381 MAJESTIC DR
HOLLISTER CA 95023-7032

*Check all that apply.*                              $79.20               $79.20

☐ Contingent

☐ Unliquidated                                      **Nonpriority amount**

☐ Disputed                                          $0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.3158.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

IRVING, NANCY
10617 FLAMEWOOD DR.
FORT WORTH TX 76140

*Check all that apply.*                              $1,183.20            $1,183.20

☐ Contingent

☐ Unliquidated                                      **Nonpriority amount**

☐ Disputed                                          $0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

**2.3159.** **Priority creditor's name and mailing address**

ISAAC, IREON M
2308 WILTON ST.
MARREOR LA 70072

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.78 | $100.78 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3160.** **Priority creditor's name and mailing address**

ISAAC, ROSA
BB172 CALLE 41
RIO GRANDE PR 00745-2619

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,099.45 | $2,099.45 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3161.** **Priority creditor's name and mailing address**

ISALY, DANA
356 COLLEGE PARK COURT
HUNTSVILLE AL 35805

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,916.20 | $1,916.20 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

| 2.3162. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.3162.  **Priority creditor's name and mailing address**

ISBRANDT, GRACE D
275 WEST CHURCH RD.
EPHRATA PA 17522

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $76.07    **Priority amount** $76.07

**Nonpriority amount** $0.00

---

2.3163.  **Priority creditor's name and mailing address**

ISHMELL, AVA J
817 MAURY AVE
OXON HILL MD 20745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $157.90    **Priority amount** $157.90

**Nonpriority amount** $0.00

---

2.3164.  **Priority creditor's name and mailing address**

ISLAM, ADRIA
78-04 32ND AVENUE
2ND FLOOR
EAST ELMHURST NY 11370

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $120.30    **Priority amount** $120.30

**Nonpriority amount** $0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3165.** **Priority creditor's name and mailing address**

ISLAS, ISABEL E
8943 LINDLEY AVENUE
NORTHRIDGE CA 91325

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $193.72 | $193.72 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.3166.** **Priority creditor's name and mailing address**

ISOM, TYMERIA
1950 ELDRIDGE PARKWAY
4307
HOUSTON TX 77077

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $85.43 | $85.43 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.3167.** **Priority creditor's name and mailing address**

IVANOWSKI, CARLY
7 PENINSULA PLACE
603
DORCHESTER MA 02125

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $825.53 | $825.53 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

**2.3168.** **Priority creditor's name and mailing address**

IWANOWSKI, LAURA A
196 TEXAS AVE
BAY SHORE NY 11706

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $504.00 | $504.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3169.** **Priority creditor's name and mailing address**

IXCOY-MARTINEZ, MAKATIE A
236 HILLCREST RIDGE
CANTON GA 30115

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $240.86 | $240.86 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3170.** **Priority creditor's name and mailing address**

JABAR, HELEN
82 MAPLEVIEW RD
UPPER
CHEEKTOWAGA NY 14225

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $565.45 | $565.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                   Case number *(if known)* **19-10214**

---

**2.3171.** **Priority creditor's name and mailing address**

JABEROO, LAUREN
28222 WEXFORD
WARREN MI 48092

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | $182.23 | $182.23 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3172.** **Priority creditor's name and mailing address**

JACK SMITH
LAMAR COUNTY TAX
P.O. BOX 309
PURVIS MS 39475

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | $3,520.65 | $3,520.65 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.3173.** **Priority creditor's name and mailing address**

JACK, ANGELIQUE
620 MCKINLEY STREET P.O. BOX 4
LAFAYETTE LA 70503

| | Total claim | Priority amount |
|---|---|---|
| As of the petition filing date, the claim is: *Check all that apply.* | $177.14 | $177.14 |

☐ Contingent

☐ Unliquidated

☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3174.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.3174.** **Priority creditor's name and mailing address**

JACKOWSKI, KRISTEN M
93 GREEN MEADOW LN
WEST SPRINGFIELD MA 01089-4419

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $140.40

**Priority amount** $140.40

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3175.** **Priority creditor's name and mailing address**

JACKSON, AMANDA J
6212 GREEN MANOR DR
LOUISVILLE KY 40228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $640.42

**Priority amount** $640.42

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3176.** **Priority creditor's name and mailing address**

JACKSON, ANDREA
8214 SW 29TH STREET
MIRAMAR FL 33025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,397.54

**Priority amount** $2,397.54

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | |
|---|---|---|

**2.3177.** **Priority creditor's name and mailing address**

JACKSON, ASHLEY C
15443 WILLOWWISP TRAIL
CONROE TX 77302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.48 | $96.48 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3178.** **Priority creditor's name and mailing address**

JACKSON, BRIANNA L
12263 KNIGHTS KROSSING CIRCLE
UNIT# 9-107
ORLANDO FL 32817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $496.33 | $496.33 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3179.** **Priority creditor's name and mailing address**

JACKSON, BRITTANIE
PO BOX 561594
MIAMI FL 33256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $78.48 | $78.48 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3180.** **Priority creditor's name and mailing address**

JACKSON, DAYTRA T
445 SUNRISE WAY
SAN FRANCISCO CA 94134

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $120.30 | $120.30 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3181.** **Priority creditor's name and mailing address**

JACKSON, DOMINICK A
86 CAMDEN ST
1
BOSTON MA 02118

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $340.20 | $340.20 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3182.** **Priority creditor's name and mailing address**

JACKSON, ELANNA N
1022 NE 181ST AVE APT E5
1022 NE 181ST
PORTLAND OR 97230

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.80 | $148.80 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

**2.3183.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.3183.** **Priority creditor's name and mailing address**

JACKSON, GIOANNA
711 TRUMAN ST
3
LAKE WORTH FL 33460

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $411.39 | $411.39 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3184.** **Priority creditor's name and mailing address**

JACKSON, JAIYLN A
4752 DURHAM COURT
DENVER CO 80239

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $76.04 | $76.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3185.** **Priority creditor's name and mailing address**

JACKSON, JALIYAH M
4 BENNINGTON ST
DOVER DE 19904

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $71.75 | $71.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.3186.** **Priority creditor's name and mailing address**

JACKSON, JAMILAH L
2974 ELSPETH CT
COLUMBUS OH 43231

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $198.10 | $198.10 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3187.** **Priority creditor's name and mailing address**

JACKSON, JASMINE G
425 AFTON POND APT 123
CHARLOTTESVILLE VA 22902

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,599.82 | $3,599.82 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3188.** **Priority creditor's name and mailing address**

JACKSON, JAYNA R
6201 GARDEN RD A2
MAUMEE OH 43537

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,477.17 | $1,477.17 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                                           Case number *(if known)* **19-10214**

---

2.3189.  **Priority creditor's name and mailing address**

JACKSON, KATELYN M
123 W DAYTON YELLOW SPRINGS RD
21
FAIRBORN OH 45324

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $597.41 | $597.41 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.3190.  **Priority creditor's name and mailing address**

JACKSON, KATHERINE
1804 PICADILLY CIRCLE
CULPEPER VA 22701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.37 | $95.37 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.3191.  **Priority creditor's name and mailing address**

JACKSON, KEYANA J
76 LAWRENCE AVE
3
DORCHESTER MA 02121

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $945.52 | $945.52 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3192.** **Priority creditor's name and mailing address**

JACKSON, KIAH
3750 STONESBORO RD
FORT WASHINGTON MD 20744

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $87.58 | $87.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3193.** **Priority creditor's name and mailing address**

JACKSON, KIM
6203 ADDISON PLACE
POOLER GA 31322

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,660.62 | $1,660.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3194.** **Priority creditor's name and mailing address**

JACKSON, LAUREN R
1382 FOUNTAINHEAD DRIVE
SAINT LOUIS MO 63138

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $18.75 | $18.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3195.** **Priority creditor's name and mailing address**

JACKSON, LEIGH C
1905 HAWTHORNE CIR
OAKDALE PA 15071

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $466.63 | $466.63 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3196.** **Priority creditor's name and mailing address**

JACKSON, LONDON Z
17405 GETTYSBURG WAY
LAKEVILLE MN 55044

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $137.35 | $137.35 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3197.** **Priority creditor's name and mailing address**

JACKSON, LYRIC B
1123 NOBLE ST SE
GRAND RAPIDS MI 49507

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.21 | $76.21 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.3198.  **Priority creditor's name and mailing address**

JACKSON, MACKENZIE B
1320 PRINCESS DR
WINDER GA 30680

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $170.18 | $170.18 |

**Nonpriority amount**
$0.00

---

2.3199.  **Priority creditor's name and mailing address**

JACKSON, MALANEY
81 LAKESHORE DRIVE APT.7
ASHEVILLE NC 28804

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,158.00 | $1,158.00 |

**Nonpriority amount**
$0.00

---

2.3200.  **Priority creditor's name and mailing address**

JACKSON, MARIAH A
3037 CHICKAHOMINY RD
TOANO VA 23168

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $169.04 | $169.04 |

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3201.** **Priority creditor's name and mailing address**

JACKSON, MICHAELA A
POBOX 22934
BEAUMONT TX 77720

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $17.26 | $17.26 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3202.** **Priority creditor's name and mailing address**

JACKSON, NIA J
1311 VIOLET LANE
JACKSON NJ 08527

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $249.13 | $249.13 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3203.** **Priority creditor's name and mailing address**

JACKSON, SARAH
835 DONALDSON ST
C
HIGHLAND PARK NJ 08904

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.08 | $74.08 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3204. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JACKSON, SASHA
24633 WIND FLOWER DR
MORENO VALLEY CA 92557

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $262.56 | $262.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3205.**

**Priority creditor's name and mailing address**

JACKSON, SHANICE L
6501 YALE ST.
APT 812
WESTLAND MI 48185

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $595.35 | $595.35 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3206.**

**Priority creditor's name and mailing address**

JACKSON, SHONTA D
2802 BECKON DRIVE
EDGEWOOD MD 21040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $4,391.21 | $4,391.21 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3207.** **Priority creditor's name and mailing address**

JACKSON, TATIYANA
3009 CHESTERFIELD AVE
BALTIMORE MD 21213

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $50.80 | $50.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3208.** **Priority creditor's name and mailing address**

JACKSON, TEZHANAE I
1000 MORRIS AVE
BURCH HALL 606
UNION NJ 07083

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.02 | $136.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3209.** **Priority creditor's name and mailing address**

JACKSON, TIA
975 VIRGO DR
FRANKLIN IN 46131

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $424.18 | $424.18 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.3210.** **Priority creditor's name and mailing address**

JACKSON, TIONA M
135 CASTLE DR
PITTSBURGH PA 15235

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $268.44 | $268.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3211.** **Priority creditor's name and mailing address**

JACKSON, TOREANNA
4679 N 39TH ST
MILWAUKEE WI 53209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.83 | $69.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3212.** **Priority creditor's name and mailing address**

JACKSON-DAVID, DEMETRICUS
10320 LAUNCH CIRCLE APT201
MANASSAS VA 20109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.00 | $146.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3213.** **Priority creditor's name and mailing address**

JACOBS, COURTNEY
30 PINE ST
STATEN ISLAND NY 10301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $365.81 | $365.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3214.** **Priority creditor's name and mailing address**

JACOBS, JAID
2428 DOGWOOD DR
LITTLE ELM TX 75068

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $156.76 | $156.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3215.** **Priority creditor's name and mailing address**

JACOBS, KENDRA F
1216 SILVER OAK CIRCLE
NORMAL IL 61761

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.58 | $33.58 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.3216.** **Priority creditor's name and mailing address**

JACOBS, TYME A
3218 VETERANS MEMORIAL PKWY
APT 514
TUSCALOOSA AL 35404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $557.70 | $557.70 |

**Nonpriority amount**

$0.00

---

**2.3217.** **Priority creditor's name and mailing address**

JACOBSMEYER, NICOLE M
60 ALEXANDER RD.
LONDONDERRY NH 03053

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,922.60 | $1,922.60 |

**Nonpriority amount**

$0.00

---

**2.3218.** **Priority creditor's name and mailing address**

JACQUES, SOPHIE A
1 FORD DRIVE SOUTH
MASSAPEQUA NY 11758

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $318.60 | $318.60 |

**Nonpriority amount**

$0.00

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3219. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JAIME, DAISHEA L
2601 N. KENTUCKY AVE.
APT. 422
OKLAHOMA CITY OK 73106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $35.02

**Priority amount** $35.02

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3220.

**Priority creditor's name and mailing address**

JALONACK, JULIET K
1613 HARRISON AVE
UTICA NY 13501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $148.18

**Priority amount** $148.18

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3221.

**Priority creditor's name and mailing address**

JAMERSON, LETITIA M
1722 KINGS RD
SHELBY NC 28150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $232.99

**Priority amount** $232.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.3222.** **Priority creditor's name and mailing address**

JAMES, ALEXANDRA
8431 RUDNICK AVE.
WEST HILLS CA 91304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $181.79 | $181.79 |

**Nonpriority amount**
$0.00

**2.3223.** **Priority creditor's name and mailing address**

JAMES, ANJELIKA T
3748 HUNTING CREEK RD
MONTGOMERY AL 36116-5413

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $193.83 | $193.83 |

**Nonpriority amount**
$0.00

**2.3224.** **Priority creditor's name and mailing address**

JAMES, CHRISTINA N
3333 DALE ROAD
BENSALEM PA 19020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $244.28 | $244.28 |

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

| 2.3225. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.3225. Priority creditor's name and mailing address**

JAMES, DESIREE A
2101 BALLARD RD
WILLIAMSTON NC 27892

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $141.66 | $141.66 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3226. Priority creditor's name and mailing address**

JAMES, JASMINE A
7010 MASON RUN DRIVE
RICHMOND VA 23234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $149.43 | $149.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3227. Priority creditor's name and mailing address**

JAMES, MAKENA S
2856 CARNEGIE WAY SW
MARIETTA GA 30064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $193.31 | $193.31 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3228.** **Priority creditor's name and mailing address**

JAMES, MELISSA A
214 IVY GLEN COURT
WINSTON SALEM NC 27127

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.76 | $36.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3229.** **Priority creditor's name and mailing address**

JAMES, SHANOWYA S
8207 TUPELO TRAIL
JONESBORO GA 30236

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,703.22 | $3,703.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3230.** **Priority creditor's name and mailing address**

JAMES, TALICIA
2727 S 117TH E AVE
TULSA OK 74129

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,111.61 | $3,111.61 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                          Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.3231. | **Priority creditor's name and mailing address** | $252.30 | $252.30 |

**Priority creditor's name and mailing address**

JAMIESON, NICOLE
24 RIVER RD
SUFFERN NY 10901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $252.30
**Priority amount** $252.30

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3232.  **Priority creditor's name and mailing address**

JAMISON, DIONA R
3107 MARCUS DRIVE
HARTSVILLE SC 29550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $403.00
**Priority amount** $403.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3233.  **Priority creditor's name and mailing address**

JAMISON, FAITH
2116 COTTONTAIL DRIVE
LEANDER TX 78641

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $85.99
**Priority amount** $85.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.3234.  **Priority creditor's name and mailing address**

JANCZYS, CAITLIN
8781 HAVEN DR
ROGERS AR 72756

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.26 | $36.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3235.  **Priority creditor's name and mailing address**

JANES, KATIA M
503 NORTH RAYMOND DRIVE
MAHOMET IL 61853

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $152.21 | $152.21 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3236.  **Priority creditor's name and mailing address**

JANIS, COURTNEY A
33 SOUTHERN DRIVE
STORMVILLE NY 12582

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $527.13 | $527.13 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

**2.3237.** **Priority creditor's name and mailing address**

JANISSE, XAVIA V
3533 W SCRIBNER LANE
INGLEWOOD CA 90305

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.87 | $40.87 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3238.** **Priority creditor's name and mailing address**

JANOBILOVA, NOZANIN F
7709 TOWER WOODS DR
SPRINGFIELD VA 22153

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $587.14 | $587.14 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3239.** **Priority creditor's name and mailing address**

JAQUEZ, CARLY D
8348 RANCHO VISTA LOOP
LA MESA NM 88044

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $440.11 | $440.11 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.3240. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JARA, DESTINY
302 26TH AVE W APT
1507
BRADENTON FL 34205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $711.60

**Priority amount** $711.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3241.    **Priority creditor's name and mailing address**

JARAMILLO, ANGELA C
2859 MAMMOTH CT
LAS VEGAS NV 89142

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $85.47

**Priority amount** $85.47

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3242.    **Priority creditor's name and mailing address**

JARAMILLO, AUSTIN T
15074 AMOROSE ST
LAKE ELSINORE CA 92530

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $243.12

**Priority amount** $243.12

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

2.3243.  **Priority creditor's name and mailing address**

JARAMILLO, DANIELA I
4830 WENDY LN.
PEARLAND TX 77584

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $129.55 | $129.55 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3244.  **Priority creditor's name and mailing address**

JARAMILLO, NICOLE M
18552 E DUELL ST
AZUSA CA 91702

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $121.80 | $121.80 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3245.  **Priority creditor's name and mailing address**

JARED, BAYLEE
1101 RIVER RIDGE PKWY
1131A
SAN MARCOS TX 78666

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $31.84 | $31.84 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.3246. **Priority creditor's name and mailing address**

JARMON, DYNEASHA K
515 MONTGOMERY AVE.
NORTH WALES PA 19454

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.02 | $153.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3247. **Priority creditor's name and mailing address**

JARRETT, TALIYAH B
909 N. LINDEN ST. APT. #208
MUNCIE IN 47303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.31 | $122.31 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3248. **Priority creditor's name and mailing address**

JASIEWICZ, DANIELLE M
P.O. BOX 1681
BRADENTON FL 34206

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $234.76 | $234.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

2.3249. **Priority creditor's name and mailing address**

JASINSKI, MICHELLE A
62 GILBERT ROAD
SOUTHAMPTON MA 01073

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $270.72 | $270.72 |
| | **Nonpriority amount** |
| | $0.00 |

2.3250. **Priority creditor's name and mailing address**

JASWAL, ANMOL K
43 LARCH STREET
CARTERET NJ 07008

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.70 | $164.70 |
| | **Nonpriority amount** |
| | $0.00 |

2.3251. **Priority creditor's name and mailing address**

JAUREGUI, VANESSA Q
697 N ADAMS ST
BRAWLEY CA 92227-1773

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $442.34 | $442.34 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3252.** **Priority creditor's name and mailing address**

JAURIGUE, SASHA
3331 N OSCEOLA
CHICAGO IL 60634

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $49.28 | $49.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3253.** **Priority creditor's name and mailing address**

JAVIER, ALYSSA J
2600 CHANDLER DRIVE
APT 421
BOWLING GREEN KY 42104

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.62 | $400.62 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3254.** **Priority creditor's name and mailing address**

JAWORSKI, STEFANIE M
17615 CANDLEWOOD TEER
BOCA RATON FL 33487

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10,269.25 | $10,269.25 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor     **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.3255. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3255.**

**Priority creditor's name and mailing address**

JEAN-LOUIS, AMANDA L
263 PAMLICO AVE.
UNIONDALE NY 11553

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$146.64

**Priority amount**
$146.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3256.**

**Priority creditor's name and mailing address**

JEFFERIES, JODY
1355 SPORTS LAKE RD
COLUMBIA VA 23038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$488.70

**Priority amount**
$488.70

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3257.**

**Priority creditor's name and mailing address**

JEFFERSON COUNTY
TAX ASSESESOR COLLECTOR
PO BOX 2112
BEAUMONT TX 77704-2112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$3,966.64

**Priority amount**
$3,966.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.3258. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3258. Priority creditor's name and mailing address**

JEFFERSON PARISH SHERIFF'S OFF
BUREAU OF REVENUE & TAXATION
P.O.BOX 248
GRETNA LA 70054-0020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $1,700.00

**Priority amount**     $1,700.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.3259. Priority creditor's name and mailing address**

JEFFERSON, CHARMAYNE A
15432 GENERAL LAFAYETTE BLVD
BRANDYWINE MD 20613

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $272.40

**Priority amount**     $272.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3260. Priority creditor's name and mailing address**

JEFFREY, TALANNA
12 THIELLS RD
STONY POINT NY 10980

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $178.72

**Priority amount**     $178.72

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3261.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

JEFFREYS, KORTNEY
979 STAFFORD FOREST DR
APT 201
WINSTON SALEM NC 27127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $104.54 | $104.54 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3262.**

**Priority creditor's name and mailing address**

JEFFRIES, MARY V
1153 CHARLES STREET
TAYLORVILLE IN 47280

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $120.90 | $120.90 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3263.**

**Priority creditor's name and mailing address**

JELLEMA-BAERG, ALEXIS R
32833 530TH AVE
MOUNTAIN LAKE MN 56159

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $607.13 | $607.13 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.3264.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | JENKINS, DANIKA T<br>GENERAL DELIVERY<br>SACRAMENTO CA 95812 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,922.62 | $1,922.62<br><br>**Nonpriority amount**<br><br>$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3265.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | JENKINS, DEAMBERLEE E<br>230 SWEET HOME CHURCH RD.<br>PEARL MS 39288 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $121.80 | $121.80<br><br>**Nonpriority amount**<br><br>$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3266.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | JENKINS, JALEASA J<br>4455 ELAN CT<br>ANNANDALE VA 22003 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,344.60 | $1,344.60<br><br>**Nonpriority amount**<br><br>$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.3267.** **Priority creditor's name and mailing address**

JENKINS, JAYLENE A
5802 32ND ST. E.
ELLENTON FL 34222

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,272.87 | $1,272.87 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3268.** **Priority creditor's name and mailing address**

JENKINS, JENNIFER C
21495 DOGWOOD DRIVE
NEW CANEY TX 77357

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $62.64 | $62.64 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3269.** **Priority creditor's name and mailing address**

JENKINS, KAITLYN I
3431 VINTON ROAD
PHILADELPHIA PA 19154

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $103.71 | $103.71 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3270.** **Priority creditor's name and mailing address**

JENKINS, KEONDA Z
5055 HARBOUR LAKE DR
A5
GOOSE CREEK SC 29445

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $158.54 | $158.54 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3271.** **Priority creditor's name and mailing address**

JENKINS, LYRIC
2703 MACBY AVE
MARIETTA GA 30066

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $93.34 | $93.34 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3272.** **Priority creditor's name and mailing address**

JENKINS, SARA E
7655 PIPESTONE DR.
INDIANAPOLIS IN 46227

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,551.53 | $3,551.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.3273. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3273.** **Priority creditor's name and mailing address**

JENNINGS, NINA S
24846 SW 127TH PATH
PRINCETON FL 33032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $341.78

**Priority amount**  $341.78

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3274.** **Priority creditor's name and mailing address**

JENNINGS, TENAJA B
9209 WINTERSET COURT
CLINTON MD 20735

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $512.71

**Priority amount**  $512.71

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3275.** **Priority creditor's name and mailing address**

JEREZ, CASTILLO DARIANA
3121 CASHMERE DR
ORLANDO FL 32827

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $90.30

**Priority amount**  $90.30

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3276.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

JERNIGAN, ANNA M
1777 PATTERSON ST. APT 4
4
EUGENE OR 97401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $134.70   **Priority amount** $134.70

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3277.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

JERNIGAN, MADISON R
5322 WHITETAIL DRIVE
2
SPRINGFIELD IL 62703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $139.45   **Priority amount** $139.45

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3278.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

JERNIGHAN, MAKYLA J
67 LANDMARK LOOP
JACKSON TN 38305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $325.24   **Priority amount** $325.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

**2.3279.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.3279.** **Priority creditor's name and mailing address**

JESKE, HANNAH G
10300 DEVONSHIRE CIRCLE APT 32
BLOOMINGTON MN 55431

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**
$3,461.16

**Priority amount**
$3,461.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3280.** **Priority creditor's name and mailing address**

JEVERON, PALYCE
1400 VILLAGE BLVD
APT 403
WEST PALM BEACH FL 33409

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**
$261.16

**Priority amount**
$261.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3281.** **Priority creditor's name and mailing address**

JIMENES, DANIA G
955 N WATERMAN CT
7
EL CENTRO CA 92243

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**
$235.44

**Priority amount**
$235.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.3282.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

**2.3282.** **Priority creditor's name and mailing address**

JIMENEZ, ABIGAIL A
130 PLUM TREE DRIVE
LANTANA FL 33462

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $268.60 | $268.60 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3283.** **Priority creditor's name and mailing address**

JIMENEZ, BRIANNA
511 FLETCHER AVE
APT 4
LINCOLN NE 68521

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $39.60 | $39.60 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3284.** **Priority creditor's name and mailing address**

JIMENEZ, GABRIELLE M
14059 WELLINGTON TRACE
WELLINGTON FL 33414

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $136.37 | $136.37 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3285. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JIMENEZ, JACQUELINE
1503 FLORA AVE
HIDALGO TX 78557

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $259.89

**Priority amount**  $259.89

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3286. **Priority creditor's name and mailing address**

JIMENEZ, JOSLYN
105 NEW AVE
WYANDANCH NY 11798

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $265.08

**Priority amount**  $265.08

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3287. **Priority creditor's name and mailing address**

JIMENEZ, JULIANA
2665 EARLY VISTA ST
LAS VEGAS NV 89142-2873

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $2,106.91

**Priority amount**  $2,106.91

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| | | | | |
|---|---|---|---|---|
| 2.3288. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

JIMENEZ, LUZ M
2015 S WHITE HIRSE PIKE
32
LINDENWOLD NJ 08021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $35.22

**Priority amount**    $35.22

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3289. **Priority creditor's name and mailing address**

JIMENEZ, MANCILLA ANDREA
8 WENLISS TERRACE
8
WAPPINGERS FALLS NY 12590

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $44.07

**Priority amount**    $44.07

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3290. **Priority creditor's name and mailing address**

JIMENEZ, NAYELI
6869 HOMER ST.
APT. 63
WESTMINSTER CA 92683

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $220.08

**Priority amount**    $220.08

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.3291.** **Priority creditor's name and mailing address**

JIMENEZ, SONYA
6039 NW 10TH ST APT163
OKLAHOMA CITY OK 73127

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.39 | $140.39 |

**Nonpriority amount**

$0.00

**2.3292.** **Priority creditor's name and mailing address**

JIMENEZ, VERONICA S
125 FOOTHILL CT
MORGAN HILL CA 95037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $103.80 | $103.80 |

**Nonpriority amount**

$0.00

**2.3293.** **Priority creditor's name and mailing address**

JIMENEZ, VICTORIA
11299 SKY COUNTRY DR.
MIRA LOMA CA 91752

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $203.16 | $203.16 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

**2.3294.** **Priority creditor's name and mailing address**

JIMENEZ, YESENIA
19972 STANTON AVE
APT 55
CASTRO VALLEY CA 94546

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $261.36 | $261.36 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3295.** **Priority creditor's name and mailing address**

JIMENEZ-MEZA, VICTORIA K
5350 MONTEREY HWY.
APT. 5
SAN JOSE CA 95111

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.75 | $132.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3296.** **Priority creditor's name and mailing address**

JOANMARY, GARBER F
11709 STEVENS RD
PHILADELPHIA PA 19116-2503

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $466.38 | $466.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.3297.** **Priority creditor's name and mailing address**

JOAQUIN, ALEXI JILLIAN
651 KAIMANA STREET
KAHULUI HI 96732

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $614.88 | $614.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3298.** **Priority creditor's name and mailing address**

JOAQUIN, MAYRA P
715 NATHAN CT
WEST LAFAYETTE IN 47906

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,973.44 | $2,973.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3299.** **Priority creditor's name and mailing address**

JOBE, CHEYENNE
4545 17TH AVE NE
SEATTLE WA 98105

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $566.02 | $566.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3300.** **Priority creditor's name and mailing address**

JOHANEK, ALIVIA L
5050 PIERCE ST. HOUSE H
ALLENDALE MI 49401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $46.99 | $46.99 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3301.** **Priority creditor's name and mailing address**

JOHANSONAS, ALDONA
5693 OVERLOOK WAY
NORTH RIDGEVILLE OH 44039-5161

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,915.21 | $3,915.21 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3302.** **Priority creditor's name and mailing address**

JOHN NEWMAN TRUSTEE MADISON
100 E MAIN ST # 107
JACKSON TN 38301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $677.00 | $677.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.3303. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JOHN R. AMES, CTA
PO BOX 139066
DALLAS TX 75313-9066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $22,173.56

**Priority amount**   $22,173.56

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

2.3304.   **Priority creditor's name and mailing address**

JOHNSON, ALONA
807 S. MAIN ST
NORMAL IL 61761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $32.42

**Priority amount**   $32.42

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.3305.   **Priority creditor's name and mailing address**

JOHNSON, APRIL M
241 BEAU BASSIN RD
LOT 5
CARENCRO LA 70520

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $3,171.55

**Priority amount**   $3,171.55

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.3306.** **Priority creditor's name and mailing address**

JOHNSON, BRAIA J
3243 OLD POND RD
CHARLESTON SC 29455

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $203.01 | $203.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3307.** **Priority creditor's name and mailing address**

JOHNSON, BRI
4160 CAMARGO DR
APT B
DAYTON OH 45415

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,242.25 | $1,242.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3308.** **Priority creditor's name and mailing address**

JOHNSON, BRIANNE
5540 TUGHILL DR.
TAMPA FL 33624

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $284.94 | $284.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3309.** **Priority creditor's name and mailing address**

JOHNSON, BRIONY
12838 SW 213TH TER
MIAMI FL 33177

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $139.42 | $139.42 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3310.** **Priority creditor's name and mailing address**

JOHNSON, BRITTANY J
1150 ST. PHILLIPS CT
LOCUST GROVE GA 30248

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.02 | $59.02 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3311.** **Priority creditor's name and mailing address**

JOHNSON, BRITTNEY A
339 6TH AVE S APT #103
SAINT CLOUD MN 56301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $565.89 | $565.89 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

**2.3312.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.3312.** **Priority creditor's name and mailing address**

JOHNSON, BROOKE L
152 ONTARIO ST
CANANDAIGUA NY 14424

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $171.16 | $171.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3313.** **Priority creditor's name and mailing address**

JOHNSON, CHA'QUOYA
336 KENCHESTER WAY
APT 912
CROWLEY TX 76036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $58.95 | $58.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3314.** **Priority creditor's name and mailing address**

JOHNSON, CHRISTINE M
2000 JUANITA CT
VIRGINIA BEACH VA 23456-4937

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $3,903.36 | $3,903.36 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

**2.3315.** **Priority creditor's name and mailing address**

JOHNSON, CYDNE M
19 PALERMO ST
LAGUNA NIGUEL CA 92677

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,264.56 | $2,264.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3316.** **Priority creditor's name and mailing address**

JOHNSON, DAWNIELLE S
12709 DUNTON DR
WHITTIER CA 90606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $292.08 | $292.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3317.** **Priority creditor's name and mailing address**

JOHNSON, DEMETRIA
2000 AUDREY LN.
COLUMBIA SC 29223

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,232.72 | $1,232.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.3318. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JOHNSON, DESTINEE L
2749 DAVIS MILL ROAD
HEPHZIBAH GA 30815

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $157.73
Priority amount: $157.73

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.3319. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JOHNSON, DIAMONIQUE
100 IVEY PARK LANE
1208
PEACHTREE CORNERS GA 30092

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $120.54
Priority amount: $120.54

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.3320. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JOHNSON, ERIN
67 WOODSTONE DR
VOORHEES NJ 08043

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $577.91
Priority amount: $577.91

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.3321. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.3321.    **Priority creditor's name and mailing address**

JOHNSON, JADA
517 ADAMS AVE
MUSKEGON MI 49442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $206.74

**Priority amount** $206.74

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3322.    **Priority creditor's name and mailing address**

JOHNSON, JAELYN N
4901 AZTEC BOULEVARD
67
COLUMBIA MO 65202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $44.89

**Priority amount** $44.89

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3323.    **Priority creditor's name and mailing address**

JOHNSON, JAVONIQUE K
15 FRANKLIN STREET
2
POUGHKEEPSIE NY 12601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $150.41

**Priority amount** $150.41

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

2.3324.  **Priority creditor's name and mailing address**

JOHNSON, JAYLA D
5017 GARDEN LANE
FORT WORTH TX 76119

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.34 | $32.34 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3325.  **Priority creditor's name and mailing address**

JOHNSON, JURNEI J
6845 FALLTIME PL
INDIANAPOLIS IN 46226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $519.70 | $519.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3326.  **Priority creditor's name and mailing address**

JOHNSON, KAILA C
13046 RED CORRAL DR
CORONA CA 92883-6312

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $313.20 | $313.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**2.3327.** **Priority creditor's name and mailing address**

JOHNSON, KALILA Z
1860 WOODLAND CIRCLE
VERO BEACH FL 32960

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $124.20 | $124.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3328.** **Priority creditor's name and mailing address**

JOHNSON, KATELYNN
11746 ACADEMY PLACE
PHILADELPHIA PA 19154

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $543.40 | $543.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3329.** **Priority creditor's name and mailing address**

JOHNSON, KEYSHA
1836 E 19TH PL
GARY IN 46407

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $222.53 | $222.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3330.** **Priority creditor's name and mailing address**

JOHNSON, KRISTEN M
18874 EARL ROAD
BIG LAKE MN 55309

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $23.96 | $23.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3331.** **Priority creditor's name and mailing address**

JOHNSON, LA TANYA P
2904 EAST STERLING CT
FAYETTEVILLE AR 72703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,374.81 | $5,374.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3332.** **Priority creditor's name and mailing address**

JOHNSON, LACRESHA J
6498 ABBEY DOOR CT
LAS VEGAS NV 89122-0848

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $21.51 | $21.51 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| 2.3333. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JOHNSON, LAKEISHA J
11609 LONE PINE CIRCLE
INDIANAPOLIS IN 46235

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $38.88

**Priority amount** $38.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3334. **Priority creditor's name and mailing address**

JOHNSON, LASHAYLA
1932 LAKE FOUNTAIN DRIVE
APT 636
ORLANDO FL 32839

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $90.20

**Priority amount** $90.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3335. **Priority creditor's name and mailing address**

JOHNSON, LAYLA T
3400 CRAIG DR.
ELAGO APTS. AP
MCKINNEY TX 75070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.96

**Priority amount** $100.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.3336. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JOHNSON, MAGALENE L
1512 CHATHAM COURT
SCHAUMBURG IL 60193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,239.21

**Priority amount** $1,239.21

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3337.   **Priority creditor's name and mailing address**

JOHNSON, MARIYA
1361 BARCLAY AVE
A
SAINT PAUL MN 55106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $368.94

**Priority amount** $368.94

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3338.   **Priority creditor's name and mailing address**

JOHNSON, MARQUITA
1230 W 42ND ST SOUTH
1
WICHITA KS 67217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $104.15

**Priority amount** $104.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.3339. | **Priority creditor's name and mailing address** | $519.20 | $519.20 |

JOHNSON, MAYA I
4517 TWILIGHT DR.
RAPID CITY SD 57703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.3340. | **Priority creditor's name and mailing address** | $1,324.81 | $1,324.81 |

JOHNSON, MICHAELENE S
916 VALDEZ DR
DALLAS TX 75253

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.3341. | **Priority creditor's name and mailing address** | $2,638.84 | $2,638.84 |

JOHNSON, MICHEALA E
1176 ROSEMARIE LN
APT 11
STOCKTON CA 95207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3342.** **Priority creditor's name and mailing address**

JOHNSON, MORGAN R
12 FIFTH ST
ANSONIA CT 06401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $49.98 | $49.98 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3343.** **Priority creditor's name and mailing address**

JOHNSON, MYKIYA
33459 SHELLEY LYNNE DR.
STERLING HEIGHTS MI 48312

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $70.58 | $70.58 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3344.** **Priority creditor's name and mailing address**

JOHNSON, OLIVIA C
3421 VICTORIA AVENUE
LAFAYETTE IN 47909

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.89 | $132.89 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3345.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
JOHNSON, PARISH L
903 320
MADISON WI 53715

*Check all that apply.*  $36.03    $36.03

☐ Contingent
☐ Unliquidated    **Nonpriority amount**
☐ Disputed    $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.3346.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
JOHNSON, POOR DEBORAH
313 F STREET
ST AUGUSTINE FL 32080

*Check all that apply.*  $5,923.28    $5,923.28

☐ Contingent
☐ Unliquidated    **Nonpriority amount**
☐ Disputed    $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.3347.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
JOHNSON, QUADIRAH D
1162 SOUTH ORANGE AVE
SOUTH ORANGE NJ 07079

*Check all that apply.*  $1,948.60    $1,948.60

☐ Contingent
☐ Unliquidated    **Nonpriority amount**
☐ Disputed    $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.3348.** **Priority creditor's name and mailing address**

JOHNSON, RACHEL M
1899 HYDE ROAD
SENATOBIA MS 38668

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.68 | $132.68 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3349.** **Priority creditor's name and mailing address**

JOHNSON, SARAH
3709 NORTH AVE
RICHMOND VA 23222

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $193.45 | $193.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3350.** **Priority creditor's name and mailing address**

JOHNSON, SASHA L
7101 NE 109TH ST
H59
VANCOUVER WA 98686

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,582.45 | $2,582.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.3351.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

JOHNSON, TATIANA
1212 N PARKDALE DR
TYLER TX 75702-3936

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $562.36
Priority amount: $562.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3352.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

JOHNSON, TATIYAUNA
306 PLOVER DRIVE
PORTSMOUTH VA 23704

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $128.64
Priority amount: $128.64

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3353.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

JOHNSON, TATYANA M
9906 46TH COURT EAST
PARRISH FL 34219

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $200.50
Priority amount: $200.50

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3354.** **Priority creditor's name and mailing address**

JOHNSON, TAYLOR
5863 WINDINGWOOD DR
KALAMAZOO MI 49009-8093

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $371.21 | $371.21 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3355.** **Priority creditor's name and mailing address**

JOHNSON, TAYLORR C
248 MCCARLEY PLACE
MCKINNEY TX 75071

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.20 | $59.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3356.** **Priority creditor's name and mailing address**

JOHNSON, TIARA M
398 CARROLL ST.
MOUNTAIN HOUSE CA 95391

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $215.88 | $215.88 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3357.** **Priority creditor's name and mailing address**

JOHNSON, TI'ERRAH
432 1ST NORTH ST.
MADISONVILLE KY 42431

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $124.20 | $124.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3358.** **Priority creditor's name and mailing address**

JOHNSON, VICTORIA
1311 NE 12TH AVE
OCALA FL 34470

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.69 | $151.69 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3359.** **Priority creditor's name and mailing address**

JOHNSON. SEAN L.
1125 LUCAS STREET
CALUMET CITY IL 60409

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $0.00 | $0.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.3360. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

JOHNSON-MARTINEZ, ALIA M
38763 QUINCE PL
NEWARK CA 94560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $309.96 | $309.96 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.3361. **Priority creditor's name and mailing address**

JOHNSTON, AMANDA C
176 RESERVOIR ROAD
FORT EDWARD NY 12828

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $534.07 | $534.07 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.3362. **Priority creditor's name and mailing address**

JOHNSTON, BRITTANY P
2808 INDEPENDENCE DR
MESQUITE TX 75150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $63.20 | $63.20 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

**2.3363.** **Priority creditor's name and mailing address**

JOHNSTON, EVELYN
13600 N BLACKWELDER AVE.
#367
OKLAHOMA CITY OK 73134

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,407.77 | $2,407.77 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3364.** **Priority creditor's name and mailing address**

JOHNSTON, KARAH N
744 RED OAK LANE
GENEVA OH 44041

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $612.81 | $612.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3365.** **Priority creditor's name and mailing address**

JOHNSTON, ROMERO SABRINA L
21585 ZUKNICK TERRACE
ASHBURN VA 20147

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,056.15 | $1,056.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                         Case number *(if known)* **19-10214**

---

**2.3366.** **Priority creditor's name and mailing address**

JOHNSTON, TRISHA L
3140 SUNLAND CIR
GREEN BAY WI 54313

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $481.76 | $481.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3367.** **Priority creditor's name and mailing address**

JOINER, ANGEL C
3021 RUE PARC FONTAINE APT. 20
2415 LAFITTE S
NEW ORLEANS IA 70131

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $183.44 | $183.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3368.** **Priority creditor's name and mailing address**

JONES, ABRIL
1118 RAMBLEWOOD ROAD
APT. A
BALTIMORE MD 21239

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $83.44 | $83.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.3369.** **Priority creditor's name and mailing address**

JONES, ANETRA
501 SEVETH ST.
ABBEVILLE LA 70510

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,874.35 | $1,874.35 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.3370.** **Priority creditor's name and mailing address**

JONES, ANGELA M
723 BRIAR HAVEN DR
CASTLE PINES CO 80108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $55.83 | $55.83 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.3371.** **Priority creditor's name and mailing address**

JONES, ANNA M
2240 E. ADAMS
SPRINGFIELD IL 62703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $26.47 | $26.47 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3372.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| JONES, ANTOINETTE<br>2052 JONATHAN CIRCLE<br>SHELBY TOWNSHIP MI 48317 | *Check all that apply.* | $117.29 | $117.29

☐ Contingent
☐ Unliquidated    **Nonpriority amount**
☐ Disputed    $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.3373.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| JONES, APRIL D<br>123 OAKWOOD DR<br>COMMERCE GA 30529 | *Check all that apply.* | $145.58 | $145.58

☐ Contingent
☐ Unliquidated    **Nonpriority amount**
☐ Disputed    $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.3374.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| JONES, ARIANA J<br>6124 MODELLI DRIVE<br>GRAND PRAIRIE TX 75052 | *Check all that apply.* | $108.88 | $108.88

☐ Contingent
☐ Unliquidated    **Nonpriority amount**
☐ Disputed    $0.00

**Date or dates debt was incurred**    **Basis for the claim:**
_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

Debtor     **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3375.** **Priority creditor's name and mailing address**

JONES, ARLEAN V
2950 N GREEN VALLEY PARKWAY
APT 814
HENDERSON NV 89014

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $174.26 | $174.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3376.** **Priority creditor's name and mailing address**

JONES, ARRABIA M
450 VENTICELLO
LAS VEGAS NV 89138

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.06 | $127.06 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3377.** **Priority creditor's name and mailing address**

JONES, ASIA L
7280 SOUTH BARRENS ROAD
301
ROANOKE VA 24019

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $529.01 | $529.01 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3378.** **Priority creditor's name and mailing address**

JONES, CARMEN N
3623 CLEARBROOK ST
MEMPHIS TN 38118

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $155.98 | $155.98 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3379.** **Priority creditor's name and mailing address**

JONES, CHARMANEY E
1175 IDLEWOOD AVE
APT 205
KENNEWSAW GA 30144

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $29.91 | $29.91 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3380.** **Priority creditor's name and mailing address**

JONES, DEVIN N
124 GRAYSON ST
WEST MONROE LA 71292

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,525.16 | $3,525.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.3381.** **Priority creditor's name and mailing address**

JONES, HEATHER C
310 TRUNKS BAY
OCEANSIDE CA 92057-4221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $680.86 | $680.86 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.3382.** **Priority creditor's name and mailing address**

JONES, JADA L
4007 SWEENEY LAKE LN.
RICHMOND TX 77406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $91.70 | $91.70 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.3383.** **Priority creditor's name and mailing address**

JONES, JASMIN D
3416 W 22ND AVE
GARY IN 46404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $63.65 | $63.65 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

**2.3384.** **Priority creditor's name and mailing address**

JONES, JASMINE R
1743 S MAIN ST
4
HOPKINSVILLE KY 42240

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $87.32 | $87.32 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3385.** **Priority creditor's name and mailing address**

JONES, KAYLIN M
1309 JACKSON LANDING RD
PICAYUNE MS 39466

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.28 | $60.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3386.** **Priority creditor's name and mailing address**

JONES, KIMBERLY
1576 N GALLOWAY AVE.
APT. 1018
MESQUITE TX 75149

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $67.65 | $67.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

| 2.3387. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JONES, KIMBERLY L
3701 TRIESTE DR
CARLSBAD CA 92010-2844

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $166.80 | $166.80 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3388.    **Priority creditor's name and mailing address**

JONES, KRISTEN
15123 BY THE LAKE WAY
CYPRESS TX 77429

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $32.00 | $32.00 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3389.    **Priority creditor's name and mailing address**

JONES, KRISTEN N
101 LEAF LAKE BLVD
BIRMINGHAM AL 35211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $411.45 | $411.45 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.3390.** **Priority creditor's name and mailing address**

JONES, LA TOYA
1531 HUDSON GRAHAM LANE
CHARLOTTE NC 28216

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $22.27 | $22.27 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3391.** **Priority creditor's name and mailing address**

JONES, LOGAN A
2844 GALLIA PIKE
FRANKLIN FURNACE OH 45629

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $65.69 | $65.69 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3392.** **Priority creditor's name and mailing address**

JONES, LYRIC D
11 GLOBE LANE
WILLINGBORO NJ 08046

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $248.95 | $248.95 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.3393.** **Priority creditor's name and mailing address**

JONES, MADISON D
2377 MARSH HILL DR.
ASHLAND KY 41102

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $532.80 | $532.80 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.3394.** **Priority creditor's name and mailing address**

JONES, MAEGAN M
11738 CAPISTRANO DR
INDIANAPOLIS IN 46236

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $2,539.03 | $2,539.03 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.3395.** **Priority creditor's name and mailing address**

JONES, MAGGIE L
1207 TONY DR
JONESBORO AR 72401

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $151.24 | $151.24 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| 2.3396. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3396.** **Priority creditor's name and mailing address**

JONES, MARISA
5234 71ST
LUBBOCK TX 79424

| | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $2,764.15 | **Priority amount** $2,764.15 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3397.** **Priority creditor's name and mailing address**

JONES, MCKENZIE E
737 CR 109
JONESBORO AR 72404

| | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $37.93 | **Priority amount** $37.93 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3398.** **Priority creditor's name and mailing address**

JONES, NATALIE N
9823 UTOPIA DRIVE
2205
PENSACOLA FL 32514

| | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $174.28 | **Priority amount** $174.28 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.3399. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JONES, NYASIA A
2112 BROAD STREET
APT. E-45
DURHAM NC 27705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $149.49

**Priority amount**    $149.49

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3400.    **Priority creditor's name and mailing address**

JONES, PAMELA L
142 SOUTHAMPTON DR
KISSIMMEE FL 34744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $2,538.40

**Priority amount**    $2,538.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3401.    **Priority creditor's name and mailing address**

JONES, PAYTON M
604 ROMA AVENUR
JEFFERSONVILLE IN 47130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $89.69

**Priority amount**    $89.69

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.3402. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3402. Priority creditor's name and mailing address**

JONES, RAYMEL L
224 E RUARK DR
SALISBURY MD 21804-2156

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $180.14

**Priority amount** $180.14

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3403. Priority creditor's name and mailing address**

JONES, SHAYON
427 HERITAGE HILLS DR
COMMERCE GA 30529

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $61.60

**Priority amount** $61.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3404. Priority creditor's name and mailing address**

JONES, SYDNEY G
5511 INDERMUHLE LN
PLAINFIELD IN 46168

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $167.87

**Priority amount** $167.87

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

| 2.3405. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.3405. **Priority creditor's name and mailing address**

JONES, TALISHA T
2644 COMMONWEALTH AVE
JACKSONVILLE FL 32254

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$170.47

**Priority amount**
$170.47

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3406. **Priority creditor's name and mailing address**

JONES, TATYAYNA S
8473 BUCKTHORN DRIVE
SAINT LOUIS MO 63134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$49.02

**Priority amount**
$49.02

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3407. **Priority creditor's name and mailing address**

JONES, TAYJAH
4219 NADINE DR
BALTIMORE MD 21215-2251

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,752.80

**Priority amount**
$1,752.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.3408.  **Priority creditor's name and mailing address**

JONTE, SOPHIA
27539 BUCKEYE RD
WINTERS CA 95694

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $172.20 | $172.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3409.  **Priority creditor's name and mailing address**

JORDAN, ALEXANDRIA K
2815 SUMMER WIND DR
WINTER PARK FL 32792

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $237.50 | $237.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3410.  **Priority creditor's name and mailing address**

JORDAN, ANGELIQUE
1219 OAKDALE
SPRINGFIELD IL 62703

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $272.50 | $272.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.3411. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|------|------|------|------|

**2.3411.** **Priority creditor's name and mailing address**

JORDAN, KAITLIN
3408 GATEWAY DR
APT #8
EAU CLAIRE WI 54701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $723.22 | $723.22 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3412.** **Priority creditor's name and mailing address**

JORDAN, MACKENZIE A
501 N INGRAM
SIKESTON MO 63801

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $268.84 | $268.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3413.** **Priority creditor's name and mailing address**

JORDAN, NICHOLE
2765 FIELD SPRING DRIVE
LITHONIA GA 30058

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $240.00 | $240.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.3414. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.3414.    **Priority creditor's name and mailing address**

JORDAN, STACIA J
3913 JOUSTING ARCH
VIRGINIA BEACH VA 23456

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $124.50

**Priority amount**    $124.50

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.3415.    **Priority creditor's name and mailing address**

JORDAN, YESSICA D
8810 NW 77TH CT
157
TAMARAC FL 33321

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $314.83

**Priority amount**    $314.83

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.3416.    **Priority creditor's name and mailing address**

JORGENSON, VERONICA L
3460 LIVINGSTON AVENUE
NAVARRE MN 55391

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $103.33

**Priority amount**    $103.33

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3417.** **Priority creditor's name and mailing address**

JOSEPH-, CROMARTIE CHEYANNE M
14901 SE 179TH ST APT 16C
16C
RENTON WA 98058

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $226.80 | $226.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3418.** **Priority creditor's name and mailing address**

JOSEPH, DOMINIQUE C
8813 STARFISH DRIVE
BAKERSFIELD CA 93312

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.68 | $136.68 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3419.** **Priority creditor's name and mailing address**

JOSEPH, MAEGAN E
601 COTULLA DR
KISSIMMEE FL 34758

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $41.48 | $41.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.3420.** **Priority creditor's name and mailing address**

JOSEPH, MONIQUE
8001 NW 68TH TER
TAMARAC FL 33321

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,946.50 | $3,946.50 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3421.** **Priority creditor's name and mailing address**

JOSEPH, NEHEMIE
2148 ESPLANADE PL
TERRYTOWN LA 70056-2974

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $41.20 | $41.20 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3422.** **Priority creditor's name and mailing address**

JOY, KENNEDI
10724 PETERFIELD LANE
GLEN ALLEN VA 23059

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $154.86 | $154.86 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3423.** **Priority creditor's name and mailing address**

JUAREZ, CYNTHIA D
2235 N HAWTHORNE AVE
MELROSE PARK IL 60164

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $24.75 | $24.75 |

**Nonpriority amount**

$0.00

---

**2.3424.** **Priority creditor's name and mailing address**

JUAREZ, ELIANA A
2112 E. VISTA WAY
#33
VISTA CA 92084

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $258.00 | $258.00 |

**Nonpriority amount**

$0.00

---

**2.3425.** **Priority creditor's name and mailing address**

JUAREZ, JASMIN Z
4938 FIDLER AVE
LAKEWOOD CA 90712

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $218.04 | $218.04 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

2.3426.   **Priority creditor's name and mailing address**

JUAREZ, VIVIAN JASMINE S
7352 WINDSOR LAKES PL.
10
INDIANAPOLIS IN 46237

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $445.50 | $445.50 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.3427.   **Priority creditor's name and mailing address**

JUAREZ, YERENY C
14485 MONTEREY HWY
SAN MARTIN CA 95046-9548

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,021.61 | $1,021.61 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.3428.   **Priority creditor's name and mailing address**

JUDGE, TENIA
712B LIBERTY ST
TALLAHASSEE FL 32310

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $257.01 | $257.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.3429. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JUDY FORTENBERRY, RANKIN COUNTY TAX COLLECTOR 211 E GOVERNMENT ST SUITE B BRANDON MS 39042-3268

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,014.08

Priority amount: $3,014.08

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 2.3430. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JUDY, ALAYNA 6207 PRESTWICK RUN FORT WAYNE IN 46835

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $59.90

Priority amount: $59.90

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.3431. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JUDY, MAKAELA R 5920 SOUTH HEATHER DR. TEMPE AZ 85283

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $62.15

Priority amount: $62.15

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

**2.3432.** **Priority creditor's name and mailing address**

JULES-SERRIES, SHAWNY N
770 MAPLE ROAD WILLIAMSVILLE 11B
WILLIAMSVILLE NY 14221

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $199.58 | $199.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3433.** **Priority creditor's name and mailing address**

JULIAN, RYAN A
74 POINT GROVE ROAD
SOUTHWICK MA 01077

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $206.40 | $206.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3434.** **Priority creditor's name and mailing address**

JURGENS, SYLVIA N
1410 237TH PL SW
BOTHELL WA 98021

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $550.56 | $550.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

**2.3435.** **Priority creditor's name and mailing address**

JURKIEWICZ, KAYLA S
3573 S. 76TH ST. APT #4
MILWAUKEE WI 53220

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $583.16 | $583.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3436.** **Priority creditor's name and mailing address**

KAAHU-LUA, LIANAH-MARIE K
583 MALIO PL.
WAILUKU HI 96793

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $484.63 | $484.63 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3437.** **Priority creditor's name and mailing address**

KACHEL, LANIE
20 KAYMAR DRIVE
ROCHESTER NY 14616

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $333.89 | $333.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.3438.  **Priority creditor's name and mailing address**

KACHERSKY, REBAMARIE
700 4TH STREET
EDDY TX 76524

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $219.62 | $219.62 |

**Nonpriority amount**

$0.00

---

2.3439.  **Priority creditor's name and mailing address**

KAEFER, LUCIA H
823 NW 28TH STREET
FOR LAUDERDALE FL 33315

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $119.54 | $119.54 |

**Nonpriority amount**

$0.00

---

2.3440.  **Priority creditor's name and mailing address**

KAESSINGER, KATIE X
23522 LEYTE DR
TORRANCE CA 90505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $323.16 | $323.16 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.3441. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**Priority creditor's name and mailing address**

KAISER, BRANDON E
9032 E 29TH PL
1726
TULSA OK 74129

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $242.92 | $242.92 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3442.    **Priority creditor's name and mailing address**

KAJOSEVIC, ALMA
167 BELMONT LN
WHITMORE LAKE MI 48189

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $3,682.95 | $3,682.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3443.    **Priority creditor's name and mailing address**

KALAHIKI-PETERSON, KEANI P
47-561 AHILAMA RD.
KANEOHE HI 96744

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $165.75 | $165.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.3444.  **Priority creditor's name and mailing address**

KALLA, SAMANTHA P
40 ZEPHYR LILY TRAIL
PALM COAST FL 32164

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $508.77 | $508.77 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3445.  **Priority creditor's name and mailing address**

KALUA, KEALII K
11035 OTSEGO STREET APT #204
NORTH HOLLYWOOD CA 91601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,316.55 | $1,316.55 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3446.  **Priority creditor's name and mailing address**

KAMINSKI, ALEXIS E
2700 FEATHER RUN TRAIL
E20
WEST COLUMBIA SC 29169

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $438.27 | $438.27 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.3447. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3447. Priority creditor's name and mailing address**

KANER, REBECCA A
2606 AVENUE N
BROOKLYN NY 11210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $148.20    **Priority amount** $148.20

**Nonpriority amount** $0.00

---

**2.3448. Priority creditor's name and mailing address**

KANO, AALIYAH T
45-507 PUONI PLACE
KANEOHE HI 96744

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $27.85    **Priority amount** $27.85

**Nonpriority amount** $0.00

---

**2.3449. Priority creditor's name and mailing address**

KANTOR, LAUREN E
4332 VIREO AVENUE
BRONX NY 10470

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $301.20    **Priority amount** $301.20

**Nonpriority amount** $0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3450.** **Priority creditor's name and mailing address**

KAPLAN, KALENTHIA M
723 ALFONSO STREET
PENSACOLA FL 32505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $103.38 | $103.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3451.** **Priority creditor's name and mailing address**

KAPUSTA, KATARZYNA
22 BOBWHITE DR.
NORWALK CT 06851

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $91.30 | $91.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3452.** **Priority creditor's name and mailing address**

KARMEL, HELLEN
1067 SHENANDOAH DR. SE
SALEM OR 97305

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $50.53 | $50.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3453.** **Priority creditor's name and mailing address**

KARUZA, COURTNEY
285 18TH STREET
UNIT C
LYNDEN WA 98264

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $462.80 | $462.80 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3454.** **Priority creditor's name and mailing address**

KASOZI, MARY KASOZI
2051 ASPEN DR
INDIANPOLIS IN 46123

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.60 | $135.60 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3455.** **Priority creditor's name and mailing address**

KASSEES, YAZMINE S
65 SPRING GROVE DR.
SHERWOOD AR 72120

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $222.65 | $222.65 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3456.** **Priority creditor's name and mailing address**

KATAVICH, CORRINE
1420 OUSLEY DRIVE
GILROY CA 95020

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $468.38 | $468.38 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.3457.** **Priority creditor's name and mailing address**

KATZ, BRIANNA
1851 WISTERIA CIRCLE
BELLPORT NY 11713

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $61.20 | $61.20 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.3458.** **Priority creditor's name and mailing address**

KAUFFMAN, EMMA A
2211 TECHNOLOGY BLVD
106
CONWAY SC 29526

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.79 | $40.79 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

2.3459. **Priority creditor's name and mailing address**

KAUR, JASDEEP
1717 VERNA TEST CT
STOCKTON CA 95206

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.48 | $153.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.3460. **Priority creditor's name and mailing address**

KAUR, MANPREET
107-0 SUTTER AVE
OZONE PARK NY 11417

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $465.30 | $465.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.3461. **Priority creditor's name and mailing address**

KAWAKAMI, CIERRA M
4821 S.ROXBURY ST.
SEATTLE WA 98118

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $369.90 | $369.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3462.** **Priority creditor's name and mailing address**

KAWKA, JULIA P
1114 OAKLEY ST.
BELVIDERE IL 61008

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,524.62 | $3,524.62 |

**Nonpriority amount**

$0.00

**2.3463.** **Priority creditor's name and mailing address**

KAY PACE, TAX COLLECTOR
MADISON COUNTY P.O. BOX 113
CANTON MS 39046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,460.16 | $2,460.16 |

**Nonpriority amount**

$0.00

**2.3464.** **Priority creditor's name and mailing address**

KAY, KAREN
POB 1262
MCKENNA WA 98558

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,152.50 | $2,152.50 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3465.** **Priority creditor's name and mailing address**

KAZIC, AMIRA
444 WOODMERE DR
GARLAND TX 75043

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.24 | $100.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3466.** **Priority creditor's name and mailing address**

KEARNEY, ALEXIS S
1531 ALASKA DRIVE
RICHMOND VA 23224

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $530.09 | $530.09 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3467.** **Priority creditor's name and mailing address**

KEE, ASHLEY N
904 S COLLEGE AVENUE
COLUMBIA MO 65201

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1.89 | $1.89 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

**2.3468.** **Priority creditor's name and mailing address**

KEE, OLIVIA
1281 E FRANCES LN
GILBERT AZ 85295

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $139.37 | $139.37 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3469.** **Priority creditor's name and mailing address**

KEELY, LISA S
150 HARVEST MOON DR
RICHLANDS NC 28574

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $332.43 | $332.43 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3470.** **Priority creditor's name and mailing address**

KEEN, ALEXANDRIA K
13124 D PLAZA
OMAHA NE 68144

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $293.00 | $293.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3471.** **Priority creditor's name and mailing address**

KEEN, AMANDA G
211 S CEDARBROOK
SPRINGFIELD MO 65802

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $2,621.53 | $2,621.53 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3472.** **Priority creditor's name and mailing address**

KEENER-VANDITTI, PAMELA J
223 OMAR ST
STRUTHERS OH 44471

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $2,004.75 | $2,004.75 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3473.** **Priority creditor's name and mailing address**

KEETON, HEATHER D
572 S BRADFORD
NIXA MO 65714

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $5,116.44 | $5,116.44 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3474.** **Priority creditor's name and mailing address**

KEITCH, KELLY
15919 STILLWOOD
#2088
DALLAS TX 75248

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,939.70 | $1,939.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3475.** **Priority creditor's name and mailing address**

KELLER, ALEXIS E
9939 DOWNSVILLE PIKE
HAGERSTOWN MD 21740

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $191.91 | $191.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3476.** **Priority creditor's name and mailing address**

KELLER, BRENDA
120 NENTEGO DRIVE
FRUITLAND MD 21826

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $87.72 | $87.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                     Case number *(if known)* **19-10214**

**2.3477.** **Priority creditor's name and mailing address**

KELLER, CASSANDRA
5 NABBY RD
60
BROOKFIELD CT 06804

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $38.18 | $38.18 |

**Nonpriority amount**

$0.00

---

**2.3478.** **Priority creditor's name and mailing address**

KELLER, JENNIFER M
518 TANGERINE COVE DR
VISTA CA 92083

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $90.96 | $90.96 |

**Nonpriority amount**

$0.00

---

**2.3479.** **Priority creditor's name and mailing address**

KELLY, APRIL
3422 BUTTS RD
RAYMOND MS 39154

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,560.88 | $1,560.88 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.3480.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.3480.** **Priority creditor's name and mailing address**

KELLY, BROOKE K
11112 S 84TH AVE`
APT 3B
PALOS HILLS IL 60465

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$97.90

**Priority amount**
$97.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3481.** **Priority creditor's name and mailing address**

KELLY, ENFINITI B
1310 W. WEATHERSFIELD WAY
SCHAUMBURG IL 60193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$229.90

**Priority amount**
$229.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3482.** **Priority creditor's name and mailing address**

KELLY, KAITLIN
249 HAYES
NORTHLAKE IL 60164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$24.75

**Priority amount**
$24.75

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor     **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.3483.** **Priority creditor's name and mailing address**

KELLY, LEAH M
4913 HEATHER GLEN TRL
MCKINNEY TX 75070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $102.56
**Priority amount:** $102.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3484.** **Priority creditor's name and mailing address**

KELLY, SALENA T
1506 AVENUE D
GRAND PRAIRIE TX 75051

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $74.49
**Priority amount:** $74.49

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3485.** **Priority creditor's name and mailing address**

KELLY, TAYLOR J
27 PARKDALE DRIVE
FARMINGDALE NY 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $60.84
**Priority amount:** $60.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3486. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KELSO, TACI F<br>1914 69TH AVE<br>OLYMPIA WA 98501 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $210.24 | $210.24<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.3487. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KENDRICK, DEIONA<br>893 EAST 209TH STREET<br>EUCLID OH 44119 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42.15 | $42.15<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.3488. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KENEFIC, GABRIELLE L<br>903 GENE CRES<br>CHESAPEAKE VA 23320 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $370.80 | $370.80<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**2.3489.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

KENNEDY, AYLA C
2810 KENTUCKY AVE
BALTIMORE MD 21213

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $287.65 | $287.65 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3490.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

KENNEDY, KATELYNN R
68 S WELLS AVE
#1
RENO NV 89502

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $25.16 | $25.16 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3491.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

KENNETH L. MAUN TAX ASSESSOR
COLLIN COUNTY 2300 BLOOMDALE
ROAD, STE 2324
PO BOX 8046
MCKINNEY TX 75070-8046

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $8,620.87 | $8,620.87 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**2.3492.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

KENT, ANALIESE M
1445 BOONE STREET
TUPELO MS 38804

*Check all that apply.*                    $105.03            $105.03

☐ Contingent
☐ Unliquidated                                         **Nonpriority amount**
☐ Disputed
                                                        $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

                                        ☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.3493.** **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

KENT, ANNETTE
315 W GRAND AVE
APT 1
EAU CLAIRE WI 54703

*Check all that apply.*                    $577.17            $577.17

☐ Contingent
☐ Unliquidated                                         **Nonpriority amount**
☐ Disputed
                                                        $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

                                        ☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.3494.** **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

KEOHAN, CHRISTA B
108 DUDLEY ST
MEDFORD MA 02155-4010

*Check all that apply.*                    $857.45            $857.45

☐ Contingent
☐ Unliquidated                                         **Nonpriority amount**
☐ Disputed
                                                        $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

                                        ☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.3495.** **Priority creditor's name and mailing address**

KERBY, JOLENE J
151 TALL PINES RD
FOUNTAIN INN SC 29644

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.04 | $153.04 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3496.** **Priority creditor's name and mailing address**

KERG, SARAH M
27155 PHOENIX WAY
OLMSTED TOWNSHIP OH 44138

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $162.94 | $162.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3497.** **Priority creditor's name and mailing address**

KERR, ELEANOR J
2559 WOODS DR
VICTORIA MN 55318

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $590.62 | $590.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

**2.3498.** **Priority creditor's name and mailing address**

KERR, NICOLE
51 OCEAN DRIVE
PUNTA GORDA FL 33950

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.37 | $69.37 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3499.** **Priority creditor's name and mailing address**

KERR, TABITHA P
7507 STARGAZER DRIVE
HANAHAN SC 29410

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $700.35 | $700.35 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3500.** **Priority creditor's name and mailing address**

KESCOLI, BRANDY S
3223 N KYLE LOOP
FLAGSTAFF AZ 86004

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $75.60 | $75.60 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3501.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**

KEYS, TREMELL I
2804 GLENN HILLS CIR
AUGUSTA GA 30906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $107.54
**Priority amount**: $107.54

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3502.** **Priority creditor's name and mailing address**

KEYSTONE COLLECTIONS GROUP
P.O.BOX 489
IRWIN PA 15642

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $72.03
**Priority amount**: $72.03

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.3503.** **Priority creditor's name and mailing address**

KHAIRZADAH, FARHAT F
17402 MILL STONE WAY
LATHROP CA 95330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $97.20
**Priority amount**: $97.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor     **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3504.**  **Priority creditor's name and mailing address**

KHALID, RUBAB
27781 POINTERS LANE
SALISBURY MD 21801

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $116.15 | $116.15 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3505.**  **Priority creditor's name and mailing address**

KHALIQ, MARYAM
2605 24TH AVE
ASTORIA NY 11102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $371.40 | $371.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3506.**  **Priority creditor's name and mailing address**

KHAN, HAMID M
4153 PRAIRIE VIEW TRAIL
MEDINA MN 55340

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $12,846.94 | $12,846.94 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

**2.3507.** **Priority creditor's name and mailing address**

KHAN, SANAM A
7449 LINDA LN
FALLS CHURCH VA 20101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $99.80 | $99.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3508.** **Priority creditor's name and mailing address**

KHOUNBORINE, BRITTNEY S
12400 EDISON DR.
OKLAHOMA CITY OK 73120

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $167.12 | $167.12 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3509.** **Priority creditor's name and mailing address**

KIEFT, BRITNEY M
1209 KIMBARK AVE
KALAMAZOO MI 49006

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $144.03 | $144.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3510.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.3510.** **Priority creditor's name and mailing address**

KILLEN, JAHNESTA S
4609 COMANCHE RD. NE
ALBUQUERQUE NM 87110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $84.46 | $84.46 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3511.** **Priority creditor's name and mailing address**

KILPATRICK, DANIELLE
5290 BIG ISLAND DRIVE
4312
JACKSONVILLE FL 32246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $221.32 | $221.32 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3512.** **Priority creditor's name and mailing address**

KIM, MONICA T
1042 DARBY DR
TRACY CA 95377

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $527.40 | $527.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3513.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| KIMBLE-BADGETT, CHELSEY C | | $302.64 | $302.64
| 17 PINEBROOK DRIVE | ☐ Contingent | |
| EASTHAMPTON MA 01027 | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3514.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| KIMBREL, ANNASTASIA E | | $760.56 | $760.56
| 1015 HALL AVE | ☐ Contingent | |
| 19 | ☐ Unliquidated | **Nonpriority amount** |
| KILLEEN TX 76541 | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3515.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| KIMBREW, AUDE | | $59.09 | $59.09
| 1212 METZE ROAD | ☐ Contingent | |
| 16C | ☐ Unliquidated | **Nonpriority amount** |
| COLUMBIA SC 29210 | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.3516. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3516.** **Priority creditor's name and mailing address**

KIMBULU, MELISSA L
110 COLLEGE PARK CIRCLE 124
LINCOLN NE 68505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $36.45 | $36.45 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3517.** **Priority creditor's name and mailing address**

KIMMEY, SAMANTHA P
500 N HIGHLAND AVE
TUCSON AZ 85719

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $79.42 | $79.42 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3518.** **Priority creditor's name and mailing address**

KING, BRENDA
251 EISENHOWER DRIVE APT 332
BILOXI MS 39531

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $94.67 | $94.67 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3519.** **Priority creditor's name and mailing address**

KING, BRENDA C
5136 RAVENWOOD DR
GREEN CV SPGS FL 32043-8184

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,071.42 | $2,071.42 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3520.** **Priority creditor's name and mailing address**

KING, BRITTANY N
1577 NORTH PERRY HIGHWAY
FREDONIA PA 16124

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $553.08 | $553.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3521.** **Priority creditor's name and mailing address**

KING, CARRIE D
4800 UNIVERSITY DR.
APT 2G
DURHAM NC 27707

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.66 | $33.66 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3522. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.3522.** **Priority creditor's name and mailing address**

KING, CHERIYAH
423 MEADOW DRIVE #3
TROY IL 62294

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.14 | $66.14 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3523.** **Priority creditor's name and mailing address**

KING, EMILY M
406 CLYDE AVENUE
FRUITLAND MD 21826

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $134.95 | $134.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3524.** **Priority creditor's name and mailing address**

KING, ISABEL R
3001 W. WEDINGTON DR.
57
FAYETTEVILLE AR 72701

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $196.10 | $196.10 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

| 2.3525. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3525. Priority creditor's name and mailing address**

KING, JUSTYCE
16710 BLACKJACK OAK LN
303
WOODBRIDGE VA 22191

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $71.44

**Priority amount**  $71.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3526. Priority creditor's name and mailing address**

KING, KAYLAH
2018 LOUETTA MIST DR
SPRING TX 77388

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $226.00

**Priority amount**  $226.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3527. Priority creditor's name and mailing address**

KING, LAASIA M
1940 ORCHARD HOLLOW LN
UNIT108
RALEIGH NC 27603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $670.41

**Priority amount**  $670.41

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.3528. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KING, LIBERTY<br>700 WHIPPLE AVE. NW<br>CANTON OH 44708 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $193.06 | $193.06<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.3529. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KING, SAMANTHA<br>19 SHERMAN ST<br>PITTSBURGH PA 15209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $86.21 | $86.21<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.3530. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KING, SERAFIN N<br>315 SOUTH WATER LANE<br>NEW BRAUNFELS TX 78130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $76.59 | $76.59<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

2.3531.  **Priority creditor's name and mailing address**

KINGERY, DARIUS D
9445 E 39TH PL
TULSA OK 74145

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $449.07 | $449.07 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3532.  **Priority creditor's name and mailing address**

KINKEAD, ALYSSA L
2850 SE COOKE RD
MILWAUKIE OR 97267

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $185.16 | $185.16 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3533.  **Priority creditor's name and mailing address**

KINNEY, HAILEY
PO BOX 84
GEORGETOWN PA 15043

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $92.98 | $92.98 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| 2.3534. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

KINNEY, KRISTINA
3046 SECANE PLACE
PHILADELPHIA PA 19154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $602.54

**Priority amount** $602.54

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3535.    **Priority creditor's name and mailing address**

KINSEY, KRISTA R
605 SOUTH NORTHLAKE BLVD
APT 84
ALTAMONTE SPRINGS FL 32701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,525.96

**Priority amount** $2,525.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3536.    **Priority creditor's name and mailing address**

KIRKPATRICK, ALLYSSA A
9681C FITZSIMMONS LOOP
FORT DRUM NY 13603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $124.32

**Priority amount** $124.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**2.3537.** **Priority creditor's name and mailing address**

KIRSCHNER, KAYLA M
2223 HARRISON AVE
MUSKEGON MI 49441

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,033.40 | $2,033.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3538.** **Priority creditor's name and mailing address**

KISER, KARALYN M
4353 HUNSBERGER DRIVE
UNIT C
WARRENTON VA 20187

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,204.65 | $1,204.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3539.** **Priority creditor's name and mailing address**

KISER, MADISYN L
908 WISCONSIN AVENUE
SAINT JOSEPH MI 49085

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $203.50 | $203.50 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                                                        Case number *(if known)* **19-10214**

**2.3540.** **Priority creditor's name and mailing address**

KISSOON, MILEENA C
49 PLAZA AVE
WATERBURY CT 06710

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $57.32 | $57.32 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3541.** **Priority creditor's name and mailing address**

KITSMILLER, LISA R
7500 SO ULSTER PLACE
CENTENNIAL CO 80112

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $244.08 | $244.08 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3542.** **Priority creditor's name and mailing address**

KITSMILLER, MARY E
7500 S. ULSTER PL.
CENTENNIAL CO 80112

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $142.08 | $142.08 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                         Case number *(if known)* **19-10214**

**2.3543.**  **Priority creditor's name and mailing address**

KIWAKYOU, RAMONA
5572 CEDAR GARDEN CT
SAN JOSE CA 95123-1520

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $6,443.71 | $6,443.71 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3544.**  **Priority creditor's name and mailing address**

KLEIN, MACKENZIE A
1026 GRANDVILLE AVENUE SW
1
GRAND RAPIDS MI 49503

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.15 | $130.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3545.**  **Priority creditor's name and mailing address**

KLEMENT, JESSICA A
1337 SE ROANOKE ST.
PORT SAINT LUCIE FL 34952

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,434.00 | $1,434.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3546.** **Priority creditor's name and mailing address**

KLINGMAN, ANNA K
6275 QUAIL RIDGE EAST
PLAINFIELD IN 46168

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $94.08 | $94.08 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3547.** **Priority creditor's name and mailing address**

KLOBERDANZ, JADEN M
300 HEIDIE LANE
MILLIKEN CO 80543

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.52 | $33.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3548.** **Priority creditor's name and mailing address**

KLONCZ, ALLISEN
12420 278TH AVE NW
ZIMMERMAN MN 55398

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $54.43 | $54.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

2.3549. **Priority creditor's name and mailing address**

KLOSOWSKI, KORI L
2929 DARMOUTH DRIVE
JANESVILLE WI 53548

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $444.15 | $444.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.3550. **Priority creditor's name and mailing address**

KLOTH, ALANA
16642 MILLRIDGE LANE
HOUSTON TX 77095

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $110.25 | $110.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.3551. **Priority creditor's name and mailing address**

KLUTTS, BRENNA SAGE
4716 N HARVARD AVE
WARR ACRES OK 73122

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $50.75 | $50.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3552.** **Priority creditor's name and mailing address**

KNIGHT, ELEANOR G
15 SOLDIERS RTE
SPANISH FORT AL 36527-3009

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $394.84 | $394.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3553.** **Priority creditor's name and mailing address**

KNIGHT, FAUNA N
19 DURHAM TERRACE
EASTAMPTON NJ 08060

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $137.88 | $137.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3554.** **Priority creditor's name and mailing address**

KNIGHT, JERYCE
5445 NETHERLANDS AVE
BRONX NY 10471

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $156.30 | $156.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

---

**2.3555.** **Priority creditor's name and mailing address**

KNIGHT, JOCELYN R
1202 FOREST VIEW DR
AVENEL NJ 07001-2182

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,473.32 | $3,473.32 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.3556.** **Priority creditor's name and mailing address**

KNISELY, TAYLOR M
283 BEDFORD STREET
CLAYSBURG PA 16625

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $375.38 | $375.38 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.3557.** **Priority creditor's name and mailing address**

KNOTT, ALEXANDRA
2140 ETHAN WAY
SACRAMENTO CA 95825

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $474.76 | $474.76 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.3558.  **Priority creditor's name and mailing address**

KNOWLES, VONDREA R
8753 W. RUNION DR
PEORIA AZ 85382

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.40 | $59.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3559.  **Priority creditor's name and mailing address**

KO, CHRISTINA
11390 LAMPSON AVE
14
GARDEN GROVE CA 92840

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $826.73 | $826.73 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3560.  **Priority creditor's name and mailing address**

KO, HANA
1251 HEULU ST.
906
HONOLULU HI 96822

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $116.86 | $116.86 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.3561.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

KOCH, KELCIE
2450 PEACH TREE DRIVE
APT. 7
FAIRFIELD CA 94533-4710

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,906.39

**Priority amount** $1,906.39

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3562.** **Priority creditor's name and mailing address**

KOERICK, MEGHAN
35600 PULPIT ROCK RD
ANTWERP NY 13608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $77.37

**Priority amount** $77.37

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3563.** **Priority creditor's name and mailing address**

KOLAREVIC, MARINA
3900 NORMANDIE DR.
BOISE ID 83705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $95.99

**Priority amount** $95.99

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3564.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

KOLESAR, CHEYENNE
502 WEST RIVER RD
#56
HOOKSETT NH 03106

*Check all that apply.*                    $1,308.80          $1,308.80

☐ Contingent
☐ Unliquidated                                        **Nonpriority amount**
☐ Disputed
                                                                  $0.00

**Date or dates debt was incurred**       **Basis for the claim:**

_____                  WAGES & PTO

**Last 4 digits of account number:**      **Is the claim subject to offset?**

                                          ☐ No
**Specify Code subsection of PRIORITY**   ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3565.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

KOLESZAR, AMANDA L
6513 S VIEW LN
GILBERT AZ 85298-4887

*Check all that apply.*                    $2,739.07          $2,739.07

☐ Contingent
☐ Unliquidated                                        **Nonpriority amount**
☐ Disputed
                                                                  $0.00

**Date or dates debt was incurred**       **Basis for the claim:**

_____                  WAGES & PTO

**Last 4 digits of account number:**      **Is the claim subject to offset?**

                                          ☐ No
**Specify Code subsection of PRIORITY**   ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3566.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

KOLISCHAK, ZOE M
133 QUEENSBURY RD
WINSTON SALEM NC 27104-3537

*Check all that apply.*                    $1,180.20          $1,180.20

☐ Contingent
☐ Unliquidated                                        **Nonpriority amount**
☐ Disputed
                                                                  $0.00

**Date or dates debt was incurred**       **Basis for the claim:**

_____                  WAGES & PTO

**Last 4 digits of account number:**      **Is the claim subject to offset?**

                                          ☐ No
**Specify Code subsection of PRIORITY**   ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                                      Case number *(if known)* **19-10214**

**2.3567.** **Priority creditor's name and mailing address**

KOLLER, LINDSEY M
418 NORTH ROTARY DRIVE
HIGH POINT NC 27262

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,265.56 | $3,265.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3568.** **Priority creditor's name and mailing address**

KOLTAY, SIERRA J
569 CULVER PKWY
ROCHESTER NY 14609

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.25 | $81.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3569.** **Priority creditor's name and mailing address**

KOM, SOPHIA T
720 BEDLOW DR
STOCKTON CA 95210-2704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $757.42 | $757.42 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

**2.3570.** **Priority creditor's name and mailing address**

KOMOROWSKI, MICHELE R
54 PELLEGRINO RD
STONINGTON CT 06378-2128

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,681.40 | $5,681.40 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3571.** **Priority creditor's name and mailing address**

KONDRATYUK, NATASHA A
12408 NE 20TH ST
VANCOUVER WA 98684

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $216.36 | $216.36 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3572.** **Priority creditor's name and mailing address**

KONGVONGSAY, KYLA E
4550 S JADE AVE
WICHITA KS 67216

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.46 | $31.46 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.3573.** **Priority creditor's name and mailing address**

KOON, AIYANA L
434 S 19TH STREET
TERRE HAUTE IN 47807

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $529.32 | $529.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.3574.** **Priority creditor's name and mailing address**

KOONS, KATI
113 GROVE RUN ROAD
COMMERCIAL POINT OH 43116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,821.10 | $1,821.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.3575.** **Priority creditor's name and mailing address**

KOOS, CARLYNNA M
2958 BRIDLEWOOD DR.
EL DORADO HILLS CA 95762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $166.80 | $166.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3576.** **Priority creditor's name and mailing address**

KORDIC, KATELYN N
930 SOUTH BOULEVARD
EDMOND OK 73034

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $596.71 | $596.71 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3577.** **Priority creditor's name and mailing address**

KORNEYCHUK, BREANNA M
1220 BELLE MEADE WAY
BURLESON TX 76028

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,164.30 | $1,164.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3578.** **Priority creditor's name and mailing address**

KORSON, MICHAELA N
911 LYDIA STREET
LOUISVILLE KY 40217

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $634.46 | $634.46 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.3579.  **Priority creditor's name and mailing address**

KOVALESKI, PAIGE A
62 SKYLINE CIRCLE
SEWELL NJ 08080

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $337.70 | $337.70 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.3580.  **Priority creditor's name and mailing address**

KOWALESKI, MEGAN E
513 OAKLAWN AVE
GREEN BAY WI 54304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $43.48 | $43.48 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.3581.  **Priority creditor's name and mailing address**

KRACHKOWSKI, ERIKA M
3000 S RANDOLPH ST
269
ARLINGTON VA 22206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,649.39 | $1,649.39 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3582.** **Priority creditor's name and mailing address**

KRAMER, JESSICA L
1643 BURRSVILLE ROAD
BRICK NJ 08724

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $44.69 | $44.69 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3583.** **Priority creditor's name and mailing address**

KRAMER, KAREN M
1221 ARBOR COMMONS PL
104
BRANDON FL 33511

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $70.22 | $70.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3584.** **Priority creditor's name and mailing address**

KRAMER, OLIVIA N
5241 GARFIELD AVE
PENNSAUKEN NJ 08109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $196.65 | $196.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

| 2.3585. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.3585.** **Priority creditor's name and mailing address**

KRAUSE, KRISTIN M
1599 VAN ECK RD NE
PALM BAY FL 32907-2356

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,079.18 | $4,079.18 |

**Nonpriority amount**
$0.00

---

**2.3586.** **Priority creditor's name and mailing address**

KRAUSERT, STEPHANIE L
3951 N FARWELL
4
MILWAUKEE WI 53211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $128.92 | $128.92 |

**Nonpriority amount**
$0.00

---

**2.3587.** **Priority creditor's name and mailing address**

KRAWCZYK, CHRISTY M
216 COUNTRYSIDE LN
WILLIAMSVILLE NY 14221-1521

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $42.40 | $42.40 |

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

---

**2.3588.** **Priority creditor's name and mailing address**

KRAYNAK, PAIGE M
519 NEWPORT DR.
GREENSBURG PA 15601

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $250.09 | $250.09 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3589.** **Priority creditor's name and mailing address**

KREJCI, HEATHER A
2000 WESTOWN PKWY
BUILDING 1 APT
WEST DES MOINES IA 50265

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $60.95 | $60.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3590.** **Priority creditor's name and mailing address**

KREJCI, SKYLAR N
4786 SW 165TH AVENUE RD
OCALA FL 34481

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.27 | $146.27 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.3591.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** / **Priority amount** |

**2.3591.** **Priority creditor's name and mailing address**

KREMER, ALYSSA
1220 VILLAGE LANE
DULUTH MN 55812

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.43 | $75.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3592.** **Priority creditor's name and mailing address**

KREMINSKI, DIANA M
2818 ANDOVER WAY
WOODSTOCK GA 30189

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $265.78 | $265.78 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3593.** **Priority creditor's name and mailing address**

KRESS, ANNA N
34 PENNY LANE
BINGHAMTON NY 13905

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $731.38 | $731.38 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                      Case number *(if known)* **19-10214**

| 2.3594. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3594.** **Priority creditor's name and mailing address**

KRETSU, KRINA V
10334 SE 230TH PL
KENT WA 98031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $440.31 | $440.31 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3595.** **Priority creditor's name and mailing address**

KREUGER, SARA B
1040 ACADEMY DR
CONWAY SC 29526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $200.36 | $200.36 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3596.** **Priority creditor's name and mailing address**

KRISTEEN ROE, TAX A/C
4151 COUNTY PARK CT.
BRYAN TX 77802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $2,821.47 | $2,821.47 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.3597. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.3597.** **Priority creditor's name and mailing address**

KROETSCH, ABBYLYNNE J
11535 BLUERIDGE STREET.
SCHOOLCRAFT MI 49087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $135.98

**Priority amount** $135.98

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3598.** **Priority creditor's name and mailing address**

KROHN, WILLIAM
3104 PONTALUNA RD
FRUITPORT MI 49415

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $153.09

**Priority amount** $153.09

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3599.** **Priority creditor's name and mailing address**

KROLL, MIKAYLA
477 OVERLOOK RD
VALLEY MILLS TX 76689

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $470.14

**Priority amount** $470.14

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.3600. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3600.** **Priority creditor's name and mailing address**

KRUL, LEANNA B
948 STAMLER DRIVE
TOMS RIVER NJ 08753

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $149.30

**Priority amount** $149.30

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3601.** **Priority creditor's name and mailing address**

KRUPSKI, KATHERINE H
204 S SALISBURY ST
APT 1
WEST LAFAYETTE IN 47906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.85

**Priority amount** $100.85

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3602.** **Priority creditor's name and mailing address**

KRUSENSTJERNA, LORI A
20913 54TH AVE W
LYNNWOOD WA 98036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,208.66

**Priority amount** $2,208.66

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

**2.3603.** **Priority creditor's name and mailing address**

KRZYS, JANIE E
110 JAIME LANE
FOLLANSBEE WV 26037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.83 | $81.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3604.** **Priority creditor's name and mailing address**

KSIAZEK, ANGELIKA
85 CAMP AVE.
APT. 2B
STAMFORD CT 06907

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $650.86 | $650.86 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3605.** **Priority creditor's name and mailing address**

KUBAY, JANNETA
3512 NE 17TH PL
RENTON WA 98056

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $360.84 | $360.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                 Case number *(if known)* **19-10214**

---

**2.3606.** **Priority creditor's name and mailing address**

KUE, ISABELLA
7858 HIGHWAY 124 W
HOSCHTON GA 30548

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $568.37 | $568.37 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3607.** **Priority creditor's name and mailing address**

KUE, VANESSA
9438 NORTH AMORET AVENUE
KANSAS CITY MO 64154

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $218.01 | $218.01 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3608.** **Priority creditor's name and mailing address**

KUKUCZKA, SARAH L
7873 MELVIN AVE
RESEDA CA 91335-1608

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $739.71 | $739.71 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.3609. **Priority creditor's name and mailing address**

KULAKOWSKI, NOELLE M
9977 SOUTH CANTERBURY ROAD
PHILADELPHIA PA 19114

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $169.43 | $169.43 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3610. **Priority creditor's name and mailing address**

KUNDU, SNEHAN
8609 LANCOME DR
PLANO TX 75025

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $173.09 | $173.09 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3611. **Priority creditor's name and mailing address**

KUROSAWA, JOAQUINA
729 HAIKU ROAD
HAIKU HI 96708

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $173.22 | $173.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.3612.** **Priority creditor's name and mailing address**

KURTH, ALYSON A
243 S PINE STREET
FALL CREEK WI 54742

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $782.39 | $782.39 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3613.** **Priority creditor's name and mailing address**

KUTSUFLAKIS, AGUSTINA A
21 EAST 17TH ST
LINDEN NJ 07036

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.10 | $150.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3614.** **Priority creditor's name and mailing address**

LA, RUE IAN C
17618 OSPREY RD
ARLINGTON WA 98223

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,702.76 | $4,702.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.3615.** **Priority creditor's name and mailing address**

LABARAN, ANGELA
18330 N 79TH AVE AP T2127
GLENDALE AZ 85308

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,549.36 | $1,549.36 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.3616.** **Priority creditor's name and mailing address**

LABARCA, TABATHA R
23 APACHE TERRACE
FREDERICKSBURG VA 22401

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.44 | $33.44 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.3617.** **Priority creditor's name and mailing address**

LABBE, MORGAN A
8 PLATT AVENUE
2
MERIDEN CT 06451

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $46.26 | $46.26 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3618.** **Priority creditor's name and mailing address**

LABRIE, CAPBRIELLA A
84 COLONIAL RD
HARRISVILLE RI 02830

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $118.80 | $118.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3619.** **Priority creditor's name and mailing address**

LACEY, MONIQUE
347 S. GLADSTONE AVE
AURORA IL 60506

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $531.52 | $531.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3620.** **Priority creditor's name and mailing address**

LACHAPELLE, CARMELLE
91-35 195TH ST
APT A8
HOLLIS NY 11423

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $187.80 | $187.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor     **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.3621. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.3621.   **Priority creditor's name and mailing address**

LACOE, HALEY A
3907 BRIARCREST DR
NORMAN OK 73072

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $149.72

**Priority amount**  $149.72

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3622.   **Priority creditor's name and mailing address**

LACOVARA, MEGAN
8 FIRESIDE COURT
NORWALK CT 06850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $40.91

**Priority amount**  $40.91

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3623.   **Priority creditor's name and mailing address**

LACSON, ANGELICA
13922 STAR RUBY AVENUE
EASTVALE CA 92880

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $38.40

**Priority amount**  $38.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.3624. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.3624.** **Priority creditor's name and mailing address**

LACY, SARAHI C
1110 ST. APT 75
75
EL CAJON CA 92020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $186.84

**Priority amount**    $186.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3625.** **Priority creditor's name and mailing address**

LADD, LINDSAY P
567 BRIDGETTE DRIVE
CLARKSVILLE TN 37042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $62.47

**Priority amount**    $62.47

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3626.** **Priority creditor's name and mailing address**

LADD, MICHELLE L
20 RUSTIC ACRES DRIVE
WOLCOTT CT 06716-1736

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $6,780.95

**Priority amount**    $6,780.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3627.** **Priority creditor's name and mailing address**

LAFAYETTE CONSOLIDATED
GOVERNMENT P.O. BOX 4024
LAFAYETTE LA 70502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $550.00 | $550.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3628.** **Priority creditor's name and mailing address**

LAFFERTY, CARLY P
490 OLD STAGE ROAD
LEWISBERRY PA 17339

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $221.49 | $221.49 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3629.** **Priority creditor's name and mailing address**

LAFLEUR, LAKESHIA
1320 N HOUSTON AVE
400A
HUMBLE TX 77338

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $156.16 | $156.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.3630.  **Priority creditor's name and mailing address**

LAGLIVA, ANJELICA G
8000 WEST RIDGE DRIY
BROADVIEW HEIGHTS OH 44147

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $119.88 | $119.88 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3631.  **Priority creditor's name and mailing address**

LAGUNAS, DIANA
8158 LOG HOLLOW DR.
HOUSTON TX 77040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $56.24 | $56.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3632.  **Priority creditor's name and mailing address**

LAGUNAS, MARIA L
668 S COMANCHE DR
5202
ARVIN CA 93203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.08 | $127.08 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3633.** **Priority creditor's name and mailing address**

LAGUNERA, KATRINA ANN P
7555 MISSION ST.
DALY CITY CA 94014

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $839.18 | $839.18 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3634.** **Priority creditor's name and mailing address**

LAHART, AMANDA C
6017 62ND COURT EAST
PALMETTO FL 34221

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $79.63 | $79.63 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3635.** **Priority creditor's name and mailing address**

LAHN, MADISON
7248 MAHAFFEY DRIVE
NEW PORT RICHEY FL 34653

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $260.40 | $260.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3636.** **Priority creditor's name and mailing address**

LAINEZ, JENNIFER
2918 STEELHEAD DR.
HOUSTON TX 77045

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $64.64 | $64.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3637.** **Priority creditor's name and mailing address**

LAINEZ, JERLIN E
1166 CRENSHAW BLVD APT # 5
LOS ANGELES CA 90019

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $214.00 | $214.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3638.** **Priority creditor's name and mailing address**

LAL, SUSANNA U
261 IRIS COURT APT. C
STOCKTON CA 95210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $788.41 | $788.41 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3639.** **Priority creditor's name and mailing address**

LAM, MELISSA
105 ENCLAVE CIR
APT 4
CAPE GIRARDEAU MO 63701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $27.78 | $27.78 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3640.** **Priority creditor's name and mailing address**

LAMANTIA, KIMBERLY K
6123 W 81ST PL
BURBANK IL 60459

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $86.81 | $86.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3641.** **Priority creditor's name and mailing address**

LAMAR, DE'BRIASHA D
836 DAWNING LANE
JOHNS ISLAND SC 29455

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $259.87 | $259.87 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3642.** **Priority creditor's name and mailing address**

LAMAR, KHIRSTEN J
1347 LAVIN LANE DRIVE
NORTH FORT MYERS FL 33917

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $88.41 | $88.41 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3643.** **Priority creditor's name and mailing address**

LAMAR, SHARMAE
2494 EMERALD RIDGE LOOP
TALLAHASSEE FL 32303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $158.88 | $158.88 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3644.** **Priority creditor's name and mailing address**

LAMB, JENNIFER A
5521 ROSEHILL ROAD
104
SARASOTA FL 34233

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,996.20 | $2,996.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.3645.** **Priority creditor's name and mailing address**

LAMB, SAVANNAH S
203 CRESTLEIGH DRIVE
WINCHESTER VA 22602

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $128.04 | $128.04 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.3646.** **Priority creditor's name and mailing address**

LAMBERT, PEYTON
12413 238TH ST
GREENWOOD NE 68366-2162

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.04 | $80.04 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.3647.** **Priority creditor's name and mailing address**

LAMBERT, SOPHIA
192 BEACH ST
BRIDGEPORT CT 06608-1903

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,912.37 | $1,912.37 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

| 2.3648. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3648.**

**Priority creditor's name and mailing address**

LAMBERTSEN, HAYLEY M
6340 CARVER OAKS DR.
APT. 1521
FAYETTEVILLE NC 28311

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $444.65 | $444.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3649.**

**Priority creditor's name and mailing address**

LAMBUS, LAUREN A
13099 WESTHEIMER ROAD
APT # 2506
HOUSTON TX 77077

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $29.50 | $29.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3650.**

**Priority creditor's name and mailing address**

LAMPHERE, BRIDGET
133 BAYBERRY DR
ROYERSFORD PA 19468

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $8,709.58 | $8,709.58 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|

2.3651.  **Priority creditor's name and mailing address**

LANDIS, CHELSEA A
2351 ROBIN LANE
MOUND MN 55364

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $30.07

**Priority amount**   $30.07

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3652.  **Priority creditor's name and mailing address**

LANDON, HALEY S
15937 W. DODGE RD
2C
OMAHA NE 68118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $178.02

**Priority amount**   $178.02

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3653.  **Priority creditor's name and mailing address**

LANDON-SCOTT, COURTNEY
8136 N EDGE O WOODS DR
BROWN DEER WI 53223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $101.21

**Priority amount**   $101.21

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3654.** **Priority creditor's name and mailing address**

LANDRUM, ALLYSA
1681 E FLINT ST
CHANDLER AZ 85225-5235

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $286.56 | $286.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3655.** **Priority creditor's name and mailing address**

LANE, JAUNIECE N
640 DR MARY MCLEOD BETHUNE BLV
DAYTONA BEACH FL 32114

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $221.06 | $221.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3656.** **Priority creditor's name and mailing address**

LANE, NIKIAH
90 EAST MARSHALL ROAD
LANSDOWNE PA 19050

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $84.03 | $84.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3657.** **Priority creditor's name and mailing address**

LANE, ROSA V
11 BALDWIN DRIVE
FREDRICKSBURG VA 22406

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.38 | $135.38 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3658.** **Priority creditor's name and mailing address**

LANG, CASSIE J
3106 PALOMINO WAY
GRAND JUNCTION CO 81504

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $104.34 | $104.34 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3659.** **Priority creditor's name and mailing address**

LANG, TRENADY G
708 HOYT HALL
YPSILANTI MI 48197

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $39.96 | $39.96 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.3660.** **Priority creditor's name and mailing address**

LANGE, SARA K
1539 WATER OAK CT
CASTLE ROCK CO 80108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $241.87 | $241.87 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3661.** **Priority creditor's name and mailing address**

LANGEWISCH, AMY M
440 HILLCREST BLVD.
BALLWIN MO 63021

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,514.68 | $2,514.68 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3662.** **Priority creditor's name and mailing address**

LAPID, JEANETTE C
9306 COUGAR COURT
MANASSAS PARK VA 20111

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.68 | $74.68 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| 2.3663. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

LAPORTE, ELIZABETH
1098 DURANGO ST SE
PALM BAY FL 32909

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,097.10
Priority amount: $1,097.10

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3664.    **Priority creditor's name and mailing address**

LARA, REYES M
413 S EASTLAND AVE
PEORIA IL 61604

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $238.68
Priority amount: $238.68

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3665.    **Priority creditor's name and mailing address**

LARK, SHERRI
64 LINDSEY MARIE LN
MUNFORD TN 38058

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,254.55
Priority amount: $2,254.55

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3666.** **Priority creditor's name and mailing address**

LAROSE, KIMBERLY A
368 CHANNING DRIVE
CHAMBERSBURG PA 17201-3209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,319.63 | $2,319.63 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3667.** **Priority creditor's name and mailing address**

LARSEN, JESSICA N
214 TOMS RIVER RD
JACKSON NJ 08527-3715

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $174.08 | $174.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3668.** **Priority creditor's name and mailing address**

LARSON, KIRSTEN S
120 OAK TRAIL
CHICKAMAUGA GA 30707

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $473.55 | $473.55 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.3669. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

LARSON, NICOLE
2510 WHITLEY ROAD
FORT MILL SC 29708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $572.36

**Priority amount** $572.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3670.  **Priority creditor's name and mailing address**

LARSON, ROSANNE
6120 N MCKINLEY RD
FLUSHING MI 48433-1169

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $6,725.95

**Priority amount** $6,725.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3671.  **Priority creditor's name and mailing address**

LASALLE, DESIREE G
7561 N WAUKEGAN RD
NILES IL 60714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $372.41

**Priority amount** $372.41

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.3672.** **Priority creditor's name and mailing address**

LASSIG, ALYSSA M
8222 KINGSBROOK RD APT 328
HOUSTON TX 77024

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,814.80 | $1,814.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3673.** **Priority creditor's name and mailing address**

LATCHMAN, KERRI
203 WESTWOOD DR
BRENTWOOD NY 11717

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.20 | $148.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3674.** **Priority creditor's name and mailing address**

LATIMER, JASMINE J
800 SWADLEY RD # 400
400
JOHNSON CITY TN 37601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $92.01 | $92.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.3675. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

LATTA, MICHAEL P
211 PARABLE COVE
PFLUGERVILLE TX 78660

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $5,009.74

**Priority amount** $5,009.74

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3676.** **Priority creditor's name and mailing address**

LAU, ANNAI
417 NORTH F STEET
IMPERIAL CA 92251

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $181.56

**Priority amount** $181.56

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3677.** **Priority creditor's name and mailing address**

LAUBER, MADISON E
400 NORTH E ST
MILFORD NE 68405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $476.52

**Priority amount** $476.52

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor     **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3678.** **Priority creditor's name and mailing address**

LAUZON, ALANNA L
2331 TWIN LAKES DR
APT 2B
YPSILANTI MI 48197

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $924.14 | $924.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3679.** **Priority creditor's name and mailing address**

LAVELLE, ANNMARIE
78-09 64TH LANE
GLENDALE NY 11385

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $967.90 | $967.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3680.** **Priority creditor's name and mailing address**

LAVOTA, ALEX M
N53 W35741 HILLVIEW CT
OCONOMOWOC WI 53066

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $489.45 | $489.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                  Case number *(if known)* **19-10214**

| 2.3681. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

**2.3681.** **Priority creditor's name and mailing address**

LAW, SAMANTHA D
5027 N TEE PEE LN
LAS VEGAS NV 89149

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $230.71 | $230.71 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3682.** **Priority creditor's name and mailing address**

LAWLER, KELSEY N
4562 TURNEY RD
MADISON OH 44057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $25.80 | $25.80 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3683.** **Priority creditor's name and mailing address**

LAWLER, PATIENCE R
11423 LUCKY DAN DR
NOBLESVILLE IN 46060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $91.06 | $91.06 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

2.3684. **Priority creditor's name and mailing address**

LAWRENCE, ALANA J
9190 CASCADE FALLS DRIVE
BRISTOW VA 20136

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $147.83 | $147.83 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3685. **Priority creditor's name and mailing address**

LAWRENCE, BRIELLE N
700 GREGORY ST
303
NORMAL IL 61761

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $62.46 | $62.46 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3686. **Priority creditor's name and mailing address**

LAWRENCE-IVEY, QUIANA
218 EIGHTEENTH AVE
NEWARK NJ 07108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $91.78 | $91.78 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.3687.** **Priority creditor's name and mailing address**

LAWSON, JANESHA
115 LIZ ROAD
LAPINE AL 36046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $43.95 | $43.95 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.3688.** **Priority creditor's name and mailing address**

LAWSON, KENIESHA
416 ROCKAWAY PARKWAY
APT 17B
BROOKLYN NY 11212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $44.40 | $44.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.3689.** **Priority creditor's name and mailing address**

LAX, ALEXIS
355 CASWELL AVE
OAKLAND CA 94603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $192.96 | $192.96 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3690.** **Priority creditor's name and mailing address**

LAYNE, DANIELLE
5109 GOLDSBORO DR APT 20J
HAMPTON VA 23605

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.39 | $107.39 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3691.** **Priority creditor's name and mailing address**

LAZ, JASMINE E
24315 SANDHILL TRAILS CT
HOCKLEY TX 77447-7678

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $133.00 | $133.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3692.** **Priority creditor's name and mailing address**

LAZZARI-MORGAN, DESTINY A
2678 WOODMEADOW DR SE APT H
GRAND RAPIDS MI 49546

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $65.21 | $65.21 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.3693. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3693.** **Priority creditor's name and mailing address**

LEANOS, SABRINDA
4208 MARIA ST
MISSION TX 78573

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $206.83 | $206.83 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3694.** **Priority creditor's name and mailing address**

LEAP, EMILY F
1311 3RD AVE
1ST FLOOR
ALTOONA PA 16602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $108.54 | $108.54 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3695.** **Priority creditor's name and mailing address**

LEATHERMAN, AMANDA
208 IRONMASTER DR
THURMONT MD 21788

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $138.92 | $138.92 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.3696. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**2.3696.** **Priority creditor's name and mailing address**

LEATHERS, SHALIET C
1501 W CLUB BLVD APT A
DURHAM NC 27705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| **Total claim** | **Priority amount** |
|---|---|
| $59.24 | $59.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3697.** **Priority creditor's name and mailing address**

LECLAIRE, CYNTHIA
2036 LANEY DR
SANGER TX 76266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| **Total claim** | **Priority amount** |
|---|---|
| $2,770.74 | $2,770.74 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3698.** **Priority creditor's name and mailing address**

LECOINTE, KEYRA-NICOLE
10 COLD SPRING LN
NEWBURGH NY 12550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| **Total claim** | **Priority amount** |
|---|---|
| $171.27 | $171.27 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.3699.   **Priority creditor's name and mailing address**

LEDESMA, JENNIFER
5498 BABB AVE
RIVERSIDE CA 92503

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $347.76 | $347.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3700.   **Priority creditor's name and mailing address**

LEE COUNTY TAX COLLECTOR
P.O. BOX 271
TUPELO MS 38802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,597.29 | $2,597.29 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3701.   **Priority creditor's name and mailing address**

LEE, AMANDA
5285 PONDVIEW LN
BIG LAKE MN 55309-8268

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,315.94 | $2,315.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                 Case number *(if known)* **19-10214**

---

**2.3702.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| LEE, BLOSSUM<br>1126 HARMON CIRCLE<br>SUN PRAIRIE WI 53590 | *Check all that apply.* | $96.64 | $96.64

☐ Contingent
☐ Unliquidated       **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3703.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| LEE, BRITTANY N<br>538 E 10TH ST<br>LOVELAND CO 80537 | *Check all that apply.* | $1,445.12 | $1,445.12

☐ Contingent
☐ Unliquidated       **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3704.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| LEE, DANIELLE<br>8610 S MARYLAND PKWY<br>3109<br>LAS VEGAS NV 89123 | *Check all that apply.* | $49.26 | $49.26

☐ Contingent
☐ Unliquidated       **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.3705.**  **Priority creditor's name and mailing address**

LEE, DESTINY
2927 E VIA TERRANO
ONTARIO CA 91764

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.20 | $130.20 |

**Nonpriority amount**

$0.00

---

**2.3706.**  **Priority creditor's name and mailing address**

LEE, EBONY F
2903 BAINBRIDGE DRIVE
APT L
DURHAM NC 27713

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.80 | $129.80 |

**Nonpriority amount**

$0.00

---

**2.3707.**  **Priority creditor's name and mailing address**

LEE, ELISSA J
4 MIDWOOD AVENUE
EDISON NJ 08820

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.55 | $76.55 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

**2.3708.** **Priority creditor's name and mailing address**

LEE, EMANI S
4250 HOULDSWORTH DR
CHARLOTTE NC 28213

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $655.05 | $655.05 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3709.** **Priority creditor's name and mailing address**

LEE, GIA
540 N LOCUST ST
APPLETON WI 54914-2716

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,263.91 | $2,263.91 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3710.** **Priority creditor's name and mailing address**

LEE, HANNAH O
510 N. 38TH AVE
APT #13
HATTIESBURG MS 39401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.87 | $130.87 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3711.** **Priority creditor's name and mailing address**

LEE, JODIE
3313 HIDDEN HILLS CT.
ANTIOCH CA 94531

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $158.40 | $158.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3712.** **Priority creditor's name and mailing address**

LEE, KACEY-ROSE L
1854 MIDFIELD AVE APT. #6
SAN JOSE CA 95122

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $211.20 | $211.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3713.** **Priority creditor's name and mailing address**

LEE, KATIE
2147 ARCADE STREET
MAPLEWOOD MN 55109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.19 | $36.19 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3714.** **Priority creditor's name and mailing address**

LEE, LISA
1625 HAZEL ST. N.
SAINT PAUL MN 55119

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $646.80 | $646.80 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.3715.** **Priority creditor's name and mailing address**

LEE, MARGARET M
2515 HAWTHORN RD
MARENGO IL 60152

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $630.27 | $630.27 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.3716.** **Priority creditor's name and mailing address**

LEE, MARKELL J
4545 N. 15TH ST.
APT 222
PHOENIX AZ 85014

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $77.88 | $77.88 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

| 2.3717. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

**2.3717.** **Priority creditor's name and mailing address**

LEE, NICOLE
845 SE 142ND AVE
PORTLAND OR 97233

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $137.64 | $137.64 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3718.** **Priority creditor's name and mailing address**

LEE, NICOLE S
46 MILLBROOK DRIVE
1
MIDDLETOWN NJ 07748

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $84.34 | $84.34 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3719.** **Priority creditor's name and mailing address**

LEE, SHANNA
91 PROSPECT STREET
APT 19
EAST ORANGE NJ 07017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,535.09 | $1,535.09 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

| 2.3720. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3720.** **Priority creditor's name and mailing address**

LEE, TAMARA M
2442 CHESTNUT RIDGE PLACE
HOOVER AL 35216

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,665.27 | $2,665.27 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3721.** **Priority creditor's name and mailing address**

LEE, TAVIN B
502 WYANDOT WOODS BLVD.
20 HOLLYTREE D
MONROE OH 45050

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $298.92 | $298.92 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3722.** **Priority creditor's name and mailing address**

LEEN, KYA E
13001 IRVING AVE
BURNSVILLE MN 55337

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $130.15 | $130.15 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3723.** **Priority creditor's name and mailing address**

LEFLORE, YVETTE D
8715 PLUM CREEK COURT
4756 COUNTRY L
FRANKLIN OH 45005

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $48.56 | $48.56 |

**Nonpriority amount**

$0.00

---

**2.3724.** **Priority creditor's name and mailing address**

LEFTHAND, ELIZABETH R
708 S. EUCLID AVE. APT. #1
SIOUX FALLS SD 57104

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $223.41 | $223.41 |

**Nonpriority amount**

$0.00

---

**2.3725.** **Priority creditor's name and mailing address**

LEGEL, AUDREY A
292 TWINBROOK DR
SHEPHERDSVILLE KY 40165

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $188.73 | $188.73 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.3726.** **Priority creditor's name and mailing address**

LEGGETT, ISIS J
7400 BAY RD
UNIVERSITY CENTER MI 48710

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $78.63 | $78.63 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.3727.** **Priority creditor's name and mailing address**

LEHOSKY, AISLYNN B
608 TORRANCE ROAD
TORRANCE PA 15779

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $252.08 | $252.08 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.3728.** **Priority creditor's name and mailing address**

LEI, MEG
2079 LAKERIDGE CIRCLE #101
CHULA VISTA CA 91913

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.00 | $108.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | |
|---|---|
| 2.3729. **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

2.3729. **Priority creditor's name and mailing address**

LEIB, KELSEY
317 N CEDAR ST
O'FALLON IL 62269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $90.80 | $90.80 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3730. **Priority creditor's name and mailing address**

LEISTRA, TIFFANY G
207 N 2ND
AUSTIN AR 72007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $78.54 | $78.54 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3731. **Priority creditor's name and mailing address**

LEMAY, NICOLE M
1910 3RD ST. N
SAINT CLOUD MN 56303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $132.62 | $132.62 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.3732.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** |
| LEMIS, KRISTEN K | ☐ Contingent | $785.18 |
| 206 MIDLASS DR | ☐ Unliquidated | |
| 1D | ☐ Disputed | |
| BALTIMORE MD 21220 | | |

**2.3732.** **Priority creditor's name and mailing address**

LEMIS, KRISTEN K
206 MIDLASS DR
1D
BALTIMORE MD 21220

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $785.18 | $785.18 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3733.** **Priority creditor's name and mailing address**

LEMKE, AVIV F
1189 NORFOLK DR NW
ACWORTH GA 30102

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $122.89 | $122.89 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3734.** **Priority creditor's name and mailing address**

LEMON, JUSTINE A
1242 VANDERBILT DRIVE
ORMOND BEACH FL 32174

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $20.47 | $20.47 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

2.3735. **Priority creditor's name and mailing address**

LEMUS, JESSICA
2828 NW 27TH ST
OKLAHOMA CITY OK 73107-2107

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,277.28 | $1,277.28 |
| | **Nonpriority amount** |
| | $0.00 |

2.3736. **Priority creditor's name and mailing address**

LEMUS, LAURA M
101 ANDREA DRIVE
VACAVILLE CA 95687

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $154.56 | $154.56 |
| | **Nonpriority amount** |
| | $0.00 |

2.3737. **Priority creditor's name and mailing address**

LENARD, MACEY D
479 DR. DAVIS RD
CALHOUN LA 71225

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.67 | $151.67 |
| | **Nonpriority amount** |
| | $0.00 |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.3738. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|-----------------------------------------------|-----------------------------------------------|-------------|-----------------|

**2.3738.** **Priority creditor's name and mailing address**

LENGUA, JOCELYN
12033 BLACKHEATH CIRCLE
ORLANDO FL 32837

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $3,953.51 | $3,953.51 |

| | Nonpriority amount |
|-|--------------------|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3739.** **Priority creditor's name and mailing address**

LENHART, CASSIDY R
2936 EAST LAKE DRIVE
NORMAN OK 73071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $205.12 | $205.12 |

| | Nonpriority amount |
|-|--------------------|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3740.** **Priority creditor's name and mailing address**

LENNON, BRIANNA L
1102 JOSELSON AVE.
BAY SHORE NY 11706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|-------------|-----------------|
| $200.76 | $200.76 |

| | Nonpriority amount |
|-|--------------------|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3741.** **Priority creditor's name and mailing address**

LENNON, LUNDI
3182 DARLINGTON OAK DR
DORAVILLE GA 30340

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,218.56 | $1,218.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3742.** **Priority creditor's name and mailing address**

LENOIR, MAIYA
12041 CEEDARCREEK DR.
CINCINNATI OH 45240

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.68 | $72.68 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3743.** **Priority creditor's name and mailing address**

LENTZ, VIRGINIA F
5510 NEW YORK AVE
NASHVILLE TN 37209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $120.03 | $120.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3744.** **Priority creditor's name and mailing address**

LEON, ANA L
11 N MCLEAN BLVD
ELGIN IL 60123

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $510.54 | $510.54 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3745.** **Priority creditor's name and mailing address**

LEON, CAROLINA
PARQUE DEL RIO
PA 9 PLAZA TIN
TRUJILLO ALTO PR 00976

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,071.85 | $1,071.85 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3746.** **Priority creditor's name and mailing address**

LEON, CAROLINA
614 SOUTH STREET
ELGIN IL 60123

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $155.26 | $155.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

| 2.3747. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.3747. **Priority creditor's name and mailing address**

LEON, ESMERALDA
10350 WEST MCDOWELL ROAD 3225
AVONDALE AZ 85392

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $147.51

**Priority amount** $147.51

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3748. **Priority creditor's name and mailing address**

LEON, JAQUELINE
142 4TH AVE SW
APARTMENT 5
PACIFIC WA 98047

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $107.40

**Priority amount** $107.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3749. **Priority creditor's name and mailing address**

LEON, JESSICA K
657 LEON SAPP RD
DOUGLAS GA 31533

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $96.29

**Priority amount** $96.29

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.3750.** **Priority creditor's name and mailing address**

LEON, SARA
1706 W. SUNSET BLVD
222
LOS ANGELES CA 90026

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $263.22 | $263.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3751.** **Priority creditor's name and mailing address**

LEON, SHADAY B
3400 WICKHAM AVENUE
4
BRONX NY 10469

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $156.00 | $156.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3752.** **Priority creditor's name and mailing address**

LEON, YULYDIA
407 SPARKAMAN RD
PLANT CITY FL 33566

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $103.47 | $103.47 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.3753.** **Priority creditor's name and mailing address**

LEONE, LUCIANA
126 N CURTIS PL
TOMS RIVER NJ 08753

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $270.70 | $270.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3754.** **Priority creditor's name and mailing address**

LEON-SOTO, MARIA G
4743 LOEW RD SW
BYRON CENTER MI 49315

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $45.97 | $45.97 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3755.** **Priority creditor's name and mailing address**

LEPRE, ALEXANDRA V
2133 HOLLY HILL RD
MANCHESTER NJ 08759

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $106.91 | $106.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3756.** **Priority creditor's name and mailing address**

LESSARD, BETHANY E
6624 HEREFORD DR
LOS ANGELES CA 90022-4714

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $695.84 | $695.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3757.** **Priority creditor's name and mailing address**

LESSMANN, MADISON D
45-535 LULUKU RD #A93
KANEOHE HI 96744

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $184.11 | $184.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3758.** **Priority creditor's name and mailing address**

LESTER, ASHLEY A
16239 BILL CAMPBELL RD.
PRAIRIE GROVE AR 72753

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $91.86 | $91.86 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3759. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

LESTER, BREANNA
112 PINEWOOD DR
GOLDSBORO NC 27534

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $160.80

**Priority amount**  $160.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.3760.

**Priority creditor's name and mailing address**

LESTER, PATRICIA A
P.O. BOX 1382
WINSLOW AZ 86047

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $271.56

**Priority amount**  $271.56

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.3761.

**Priority creditor's name and mailing address**

LETT, NARDYA
3930 LAWNWOOD DR
RICHMOND VA 23234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $160.30

**Priority amount**  $160.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.3762.** **Priority creditor's name and mailing address**

LEUTHARDT, JESSE A
60 CHICHESTER AVE
CENTER MORICHES NY 11934

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $206.76 | $206.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3763.** **Priority creditor's name and mailing address**

LEVAN, ASHLEY
60 MORTON ST
BRENTWOOD NY 11717

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,349.12 | $1,349.12 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3764.** **Priority creditor's name and mailing address**

LEVER, ZARIA C
15033 POND VILLAGE DR
TAYLOR MI 48180

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.93 | $164.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**2.3765.** **Priority creditor's name and mailing address**

LEVERETT, KAYLA
7875 WATERWAY DR NW
302
CONCORD NC 28027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $104.22 | $104.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3766.** **Priority creditor's name and mailing address**

LEWANDOWSKI, MARLENA
733 GARLAND STREET
PHILADELPHIA PA 19124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,692.59 | $1,692.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3767.** **Priority creditor's name and mailing address**

LEWIS, ADORIA
14300 TANDEM BLVD APT 126
AUSTIN TX 78728

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $32.40 | $32.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

2.3768. **Priority creditor's name and mailing address**

LEWIS, ADWOA J
1053 JACKSON STREET
BALDWIN NY 11510

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.52 | $200.52 |
| | **Nonpriority amount** |
| | $0.00 |

2.3769. **Priority creditor's name and mailing address**

LEWIS, AMANDA
948 NORTHERN WAY
UNIT 8
GRAND JUNCTION CO 81506

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $123.74 | $123.74 |
| | **Nonpriority amount** |
| | $0.00 |

2.3770. **Priority creditor's name and mailing address**

LEWIS, ASHLEY
17 ELMWOOD CT
WILLINGBORO NJ 08046-2273

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $560.40 | $560.40 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

2.3771. **Priority creditor's name and mailing address**

LEWIS, ASHLEY T
7531 BARN STONE DR
CHARLOTTE NC 28227-8724

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,109.56 | $1,109.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3772. **Priority creditor's name and mailing address**

LEWIS, DAVIDA A
4729 SADDLEHORN TRAIL
MIDDLEBURG FL 32068

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $29.61 | $29.61 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3773. **Priority creditor's name and mailing address**

LEWIS, DERIC L
801 S MAIN ST APT 33
MT HOLLY NC 28120

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,240.59 | $2,240.59 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3774.** **Priority creditor's name and mailing address**

LEWIS, EBONY J
1000 SW 62ND BLVD
2516
GAINESVILLE FL 32607

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $70.22 | $70.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3775.** **Priority creditor's name and mailing address**

LEWIS, HAILEY M
599 266 RD
MILFORD NE 68405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.90 | $72.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3776.** **Priority creditor's name and mailing address**

LEWIS, HANNAH M
1050 RUE LIMOGES
SLIDELL LA 70458

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $155.97 | $155.97 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.3777.** **Priority creditor's name and mailing address**

LEWIS, I'JONIE N
1909 16TH AVE EAST
BRADENTON FL 34208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.46 | $75.46 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3778.** **Priority creditor's name and mailing address**

LEWIS, JASMINE N
12855 SAND DOLLAR WAY
BALTIMORE MD 21220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $247.86 | $247.86 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3779.** **Priority creditor's name and mailing address**

LEWIS, JAYANA M
1702 EDGEFIELD DRIVE
GARLAND TX 75040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $261.44 | $261.44 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.3780. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

LEWIS, KARISSA P
786 NANCE ROAD
MADISON AL 35757

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $64.89

**Priority amount** $64.89

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.3781. **Priority creditor's name and mailing address**

LEWIS, LYEISHA R
19940 GLASTONBURY RD
DETROIT MI 48219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $497.59

**Priority amount** $497.59

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.3782. **Priority creditor's name and mailing address**

LEWIS, MICHELLE
34 MEADOW ST
ANSONIA CT 06401-2521

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $180.76

**Priority amount** $180.76

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.3783. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Priority creditor's name and mailing address**

LEWIS, RAVEN R
11800 CITY PARK CENTRAL LANE
624
HOUSTON TX 77047

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $59.76 | $59.76 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.3784.    **Priority creditor's name and mailing address**

LEWIS, SHELBY N
304 SHYRE LAKE LANE
MCDONOUGH GA 30253

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $176.62 | $176.62 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.3785.    **Priority creditor's name and mailing address**

LEWIS, STEPHANIE
9252 SANTA MONICA WAY
NEW PORT RICHEY FL 34655

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $74.03 | $74.03 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3786.** **Priority creditor's name and mailing address**

LEWIS, TAYLOR
744 CHURCH RD
HATFIELD PA 19440

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.84 | $95.84 |

**Nonpriority amount**

$0.00

---

**2.3787.** **Priority creditor's name and mailing address**

LEWIS, TIMBER T
379 HARCO DR.
COLUMBUS GA 31906

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $204.26 | $204.26 |

**Nonpriority amount**

$0.00

---

**2.3788.** **Priority creditor's name and mailing address**

LEWIS, UNIQEK L
1013 GAEL DR. UNIT D
JOLIET IL 60435

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $266.31 | $266.31 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3789.** **Priority creditor's name and mailing address**

LEYBA, ANGELINA R
229 ALCAZAR ST NE
ALBUQUERQUE NM 87108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $86.48 | $86.48 |

**Nonpriority amount**

$0.00

---

**2.3790.** **Priority creditor's name and mailing address**

LEYENDECKER, JAMIE R
90 LIBERTYVILLE ROAD
WANTAGE NJ 07461

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $232.80 | $232.80 |

**Nonpriority amount**

$0.00

---

**2.3791.** **Priority creditor's name and mailing address**

LIAROMATIS, ASHLEY F
710 N SPRUCE ST
NIXA MO 65714

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $149.04 | $149.04 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.3792.  **Priority creditor's name and mailing address**

LIAS, SABRINA R
130 SUNRISE DR.
POTTSTOWN PA 19464

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.80 | $72.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3793.  **Priority creditor's name and mailing address**

LIBASSI, SAVANNAH
2682 ALLOUEZ AVENUE
GREEN BAY WI 54311

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,545.28 | $1,545.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3794.  **Priority creditor's name and mailing address**

LIBO, MARIA ABIGAIL
7686 FLOUNDER BAY AVE.
LAS VEGAS NV 89179

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $56.27 | $56.27 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

2.3795.  **Priority creditor's name and mailing address**

LICKENFELT, BROOKE M
138 GLENN AVENUE
JEANNETTE PA 15644

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $119.55 | $119.55 |

| | **Nonpriority amount** |
| | $0.00 |

---

2.3796.  **Priority creditor's name and mailing address**

LIDSTER, JAMIE L
1017 S 4TH AVE
SIOUX FALLS SD 57105-0818

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $330.75 | $330.75 |

| | **Nonpriority amount** |
| | $0.00 |

---

2.3797.  **Priority creditor's name and mailing address**

LIGHT, COURTNEY L
150 INDIANA ST.
ALICIA AR 72410

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.42 | $77.42 |

| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

2.3798. **Priority creditor's name and mailing address**

LIGHT, HANALEI N
471 LILIHUA PLACE
WAILUKU HI 96793

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $286.34 | $286.34 |
| | **Nonpriority amount** |
| | $0.00 |

2.3799. **Priority creditor's name and mailing address**

LIGHT, KAILEY M
206 SCOTLAND ROAD P.O. BOX 143
WINDHAM CT 06280

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $461.69 | $461.69 |
| | **Nonpriority amount** |
| | $0.00 |

2.3800. **Priority creditor's name and mailing address**

LIGHTNER, JORDAN A
5600 CARMICHAEL ROAD
APT 2208
MONTGOMERY AL 36117

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $237.11 | $237.11 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

| 2.3801. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---|---|---|---|

**Priority creditor's name and mailing address**

LIGON, GIANNA
2247 UNIVERSITY HILLS BLVD
APT. 202-B
TOLEDO OH 43606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $73.10

**Priority amount** $73.10

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3802. **Priority creditor's name and mailing address**

LILE, STACIA W
520 YALE BLVD.
SAINT CHARLES MO 63301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $110.08

**Priority amount** $110.08

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3803. **Priority creditor's name and mailing address**

LILLY, MALAYSIA J
229 SILVER EAGLE RD
SACRAMENTO CA 95838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $169.44

**Priority amount** $169.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3804.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.3804.**

**Priority creditor's name and mailing address**

LIM, JUNINA
2619 E. PLAZA BLVD
208
NATIONAL CITY CA 91950

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $74.04 | $74.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3805.**

**Priority creditor's name and mailing address**

LIMA, MELISA I
7624 CRESSWELL DRIVE
ARLINGTON TX 76001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,269.29 | $1,269.29 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3806.**

**Priority creditor's name and mailing address**

LIMASA, TAMARA J
654 KAIEMI ST
KAILUA HI 96734-2015

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $5,212.66 | $5,212.66 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

**2.3807.** **Priority creditor's name and mailing address**

LIMBACK, JESSICA L
3023 E LEWIS DR
FLAGSTAFF AZ 86004

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.84 | $72.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3808.** **Priority creditor's name and mailing address**

LINARES, ODALIS A
6819 PERRY PENNEY DR
ANNANDALE VA 22003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $199.50 | $199.50 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3809.** **Priority creditor's name and mailing address**

LINARES, VALERIE L
16219 CROOKED ARROW DR.
SUGAR LAND TX 77498

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $183.37 | $183.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

**2.3810.** **Priority creditor's name and mailing address**

LINCOURT, MALLORY
1400 WASHINGTON AVE
ALBANY NY 12222

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $158.73 | $158.73 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3811.** **Priority creditor's name and mailing address**

LINDEN, DANIELLE
323 LANDER DRIVE
HENDERSON NV 89074

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $55.11 | $55.11 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3812.** **Priority creditor's name and mailing address**

LINDER, MELANIE
3192 LEXINGTON AVE.
MOHEGAN LAKE NY 10547

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $48.36 | $48.36 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.3813.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

LINDLEY, KATELYNN B
1002 PINE STREET
VAN BUREN AR 72956

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$80.94

$80.94

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3814.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

LINDNER, SARA R
4035 DONATELLO AVE
NORTH PORT FL 34286

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$159.89

$159.89

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3815.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

LINDO, ASHLEY
24 HILLCREST AVE
APT. 1A
STATEN ISLAND NY 10308

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$189.30

$189.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3816.** **Priority creditor's name and mailing address**

LINDSAY, LAKETHA R
359 ALLEN STREET
359 ALLEN STRE
SPARTANBURG SC 29303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $57.55 | $57.55 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3817.** **Priority creditor's name and mailing address**

LINDSAY, TYASIA L
845 FIELDHAVEN DR.
CHARLOTTESVILLE VA 22903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.90 | $59.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3818.** **Priority creditor's name and mailing address**

LINDSEY, AMBER N
1204 TELLURIDE CT
BARTLETT IL 60103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $61.37 | $61.37 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.3819. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

2.3819.    **Priority creditor's name and mailing address**

LINEBERRY, KATHY
1203 HERITAGE LINKS DRIVE
WAKE FOREST NC 27587

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $6,773.98 | $6,773.98 |

**Nonpriority amount**

$0.00

---

2.3820.    **Priority creditor's name and mailing address**

LIPTROT, KAYLA M
2250 JEFFERSON DR. SE
GRAND RAPIDS MI 49507

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $233.41 | $233.41 |

**Nonpriority amount**

$0.00

---

2.3821.    **Priority creditor's name and mailing address**

LISSETT, JENIFER
8400 SOUTH MARYLAND PARKWAY 2054
LAS VEGAS NV 89123

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $113.69 | $113.69 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.3822.  **Priority creditor's name and mailing address**

LITTLE, COURTNEY A
8720 DWIGHT BOYER RD
WATERVLIET MI 49098

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $157.99 | $157.99 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3823.  **Priority creditor's name and mailing address**

LITTLE, DREW N
480 W BUSH STREET
SAGINAW MI 48604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $512.38 | $512.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3824.  **Priority creditor's name and mailing address**

LITTLE, WILLA L
2707B WELLINGTON DR.
B
CHAMPAIGN IL 61821

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.58 | $33.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3825.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LITTLEJOHN, JANASIA D | *Check all that apply.* | $731.28 | $731.28 |
| | 12 SHENANDOAH BLVD | ☐ Contingent | | |
| | CORAM NY 11727 | ☐ Unliquidated | **Nonpriority amount** | |
| | | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3826.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LITTLETON, LOANA | *Check all that apply.* | $65.62 | $65.62 |
| | 11333 E WILSHIRE BLVD | ☐ Contingent | | |
| | SPENCER OK 73084 | ☐ Unliquidated | **Nonpriority amount** | |
| | | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3827.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LIVAI, CRYSTAL M | *Check all that apply.* | $6,207.75 | $6,207.75 |
| | 3 HEIGHTS COURT | ☐ Contingent | | |
| | ABBOTTSTOWN PA 17301 | ☐ Unliquidated | **Nonpriority amount** | |
| | | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3828.** **Priority creditor's name and mailing address**

LIVINGSTON, CORYNE
3120 B CHURCHILL AVE
ERLANGER KY 41018

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $506.00 | $506.00 |

**Nonpriority amount**

$0.00

---

**2.3829.** **Priority creditor's name and mailing address**

LIVINGSTON, DEVON K
133 ACTON ROAD
CHELMSFORD MA 01824

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $261.30 | $261.30 |

**Nonpriority amount**

$0.00

---

**2.3830.** **Priority creditor's name and mailing address**

LIZASO, NICOLE A
28 FORGE CT
JACKSON NJ 08527

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.40 | $35.40 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.3831.** **Priority creditor's name and mailing address**

LLANOS, MARIA
30 03 92ND ST
EAST ELMHURST NY 11369

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,969.64 | $2,969.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3832.** **Priority creditor's name and mailing address**

LLERENAS, GUADALUPE V
8750 ORION AVE 219
219
NORTH HILLS CA 91343

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $404.13 | $404.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3833.** **Priority creditor's name and mailing address**

LLOYD, SHONDA
4162 CHICKASAW TRAIL
DOUGLASVILLE GA 30135

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $671.90 | $671.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

2.3834.  **Priority creditor's name and mailing address**

LOADER, CHRISTINA
603 PITTSBURGH AVENUE
ERIE PA 16505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.75 | $74.75 |
| | **Nonpriority amount** |
| | $0.00 |

2.3835.  **Priority creditor's name and mailing address**

LODES, KIERSEN B
1474 LOUMILEN DR.
MUSKEGON MI 49445

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $457.93 | $457.93 |
| | **Nonpriority amount** |
| | $0.00 |

2.3836.  **Priority creditor's name and mailing address**

LOFTIS, SAVANNAH M
2169 CICOTTE AVE
LINCOLN PARK MI 48146

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,309.35 | $1,309.35 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

---

2.3837. **Priority creditor's name and mailing address**

LOFTY, AMBER
1024 MIDDLEBELT ROAD
GARDEN CITY MI 48135

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.97 | $32.97 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3838. **Priority creditor's name and mailing address**

LOGAN, ASHLEY N
3136 12TH AVE N
ST PETERSBURG FL 33713

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $415.20 | $415.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3839. **Priority creditor's name and mailing address**

LOGAN, NICOLE
3805 THOMPSON ST
RICHMOND VA 23222

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.42 | $126.42 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3840. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

**2.3840.** **Priority creditor's name and mailing address**

LOISEAU, AMONI
2312 WILLIAM MAXWELL LANE APT.
SPRINGFIELD IL 62703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $94.61 | $94.61 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3841.** **Priority creditor's name and mailing address**

LOMAX, BRITTNEY
4134ELBRIDGE ST
PHILADELPHIA PA 19135

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $156.45 | $156.45 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3842.** **Priority creditor's name and mailing address**

LOMBARDO, SYDNEY L
3701 MARBLE RIDGE LANE
MASON OH 45040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.36 | $30.36 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.3843.   **Priority creditor's name and mailing address**

LOMELINO, KAILEY N
416 COUGAR LAKE ROAD
1D
EDWARDSVILLE IL 62025

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.40 | $108.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3844.   **Priority creditor's name and mailing address**

LONG, AURIANNA
26 CAYUGA ROAD
SEA RANCH LAKES FL 33308

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $376.11 | $376.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3845.   **Priority creditor's name and mailing address**

LONG, CHENELLE S
9 EDGAR ST.
EAST ORANGE NJ 07018

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $6,209.26 | $6,209.26 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

2.3846.   **Priority creditor's name and mailing address**

LONG, EMELIA K
827 EAST GRANDVIEW BLVD
APT. 302
ERIE PA 16504

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $670.64 | $670.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3847.   **Priority creditor's name and mailing address**

LONG, KELLY
6332 SHIRLEY POND RD.
HARRISON TN 37341

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.86 | $164.86 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3848.   **Priority creditor's name and mailing address**

LONG, KELSEA
1140 WALNUT AVE
APT 14
GRAND JUNCTION CO 81501

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.52 | $153.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

2.3849. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| LONG, KIANNA L<br>485 MCDOWELL AVENUE<br>HAGERSTOWN MD 21740 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38.89 | $38.89<br><br>**Nonpriority amount**<br><br>$0.00 |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

2.3850. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| LONG, PAIGE N<br>6177 STATE HIGHWAY 22<br>HILLSBORO TX 76645 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,403.77 | $2,403.77<br><br>**Nonpriority amount**<br><br>$0.00 |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

2.3851. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| LONG, TARA L<br>3271 SYLVAN HEIGHTS DR<br>HOLLIDAYSBURG PA 16648-2817 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,855.32 | $2,855.32<br><br>**Nonpriority amount**<br><br>$0.00 |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor     **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

**2.3852.** **Priority creditor's name and mailing address**

LONGUEMIRE, TIARRA L
6300 WEST MICHIGAN AVENUE
APT G1
LANSING MI 48917

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $184.54 | $184.54 |

**Nonpriority amount**

$0.00

---

**2.3853.** **Priority creditor's name and mailing address**

LOPEZ, ALEXANDRIA R
2530 SKYVIEW AVE
FEASTERVILLE PA 19053

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.71 | $136.71 |

**Nonpriority amount**

$0.00

---

**2.3854.** **Priority creditor's name and mailing address**

LOPEZ, ALMA
1520 ATOKAD DR TRLR 37
SOUTH SIOUX CITY NE 68776

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $165.20 | $165.20 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.3855. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

LOPEZ, ANTERA I
250 GERBER DAIRY RD.
WINTER HAVEN FL 33880

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $269.62 | $269.62 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3856. **Priority creditor's name and mailing address**

LOPEZ, APRIL
5033 TRABUCO CANYON DR
BAKERSFIELD CA 93307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $72.00 | $72.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3857. **Priority creditor's name and mailing address**

LOPEZ, ASHLY
2852 MARSH STREET
LOS ANGELES CA 90039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| $135.24 | $135.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.3858.  **Priority creditor's name and mailing address**

LOPEZ, ATZIRI M
4161 PERLITA AVE
APT B
LOS ANGELES CA 90039-1337

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $339.96 | $339.96 |

**Nonpriority amount**

$0.00

---

2.3859.  **Priority creditor's name and mailing address**

LOPEZ, BIANCA M
25769 BASIL CT
MORENO VALLEY CA 92553

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $71.76 | $71.76 |

**Nonpriority amount**

$0.00

---

2.3860.  **Priority creditor's name and mailing address**

LOPEZ, BRIANA M
7605 E WINTERBERRY ST
WICHITA KS 67226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $26.30 | $26.30 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.3861. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

LOPEZ, CIARA N
1213 TEMPLE DR
PACHECO CA 94553

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $261.36
Priority amount $261.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3862. **Priority creditor's name and mailing address**

LOPEZ, CRYSTAL A
2854 E. FRONTERA ST.
C
ANAHEIM CA 92806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $144.84
Priority amount $144.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.3863. **Priority creditor's name and mailing address**

LOPEZ, DALENA A
7504 WINDCREST DR.
EL PASO TX 79912

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $179.95
Priority amount $179.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

**2.3864.** **Priority creditor's name and mailing address**

LOPEZ, DALIA
305 FIELDSIDE DR.
GARLAND TX 75043

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $581.15 | $581.15 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3865.** **Priority creditor's name and mailing address**

LOPEZ, DENISSE F
7501 WOODSIDE LN
22
LORTON VA 22079

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $50.13 | $50.13 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3866.** **Priority creditor's name and mailing address**

LOPEZ, DESIREE M
PARQUE VICTORIA
207
SAN JUAN PR 00915

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.96 | $146.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3867.** **Priority creditor's name and mailing address**

LOPEZ, DOROTHY
560 PROSPECT ST
212
PAWTUCKET RI 02860

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $326.38 | $326.38 |

**Nonpriority amount**

$0.00

---

**2.3868.** **Priority creditor's name and mailing address**

LOPEZ, FABIOLA A
3998 NESTOR LN NE
SALEM OR 97305

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $45.99 | $45.99 |

**Nonpriority amount**

$0.00

---

**2.3869.** **Priority creditor's name and mailing address**

LOPEZ, GABRIELA M
1516 W 30TH ST
LOS ANGELES CA 90007

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $62.94 | $62.94 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.3870. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LOPEZ, ITZEL<br>5539 HARVESTHILL RD APT2121<br>DALLAS TX 75230 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $191.47 | $191.47<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.3871. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LOPEZ, JACKELYN E<br>134 6TH STREET<br>2<br>PELHAM NY 10803 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $577.08 | $577.08<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.3872. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LOPEZ, JASMIR<br>202 W ROOSEVELT AVE<br>UNIT 116C<br>PHOENIX AZ 85003 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,405.05 | $4,405.05<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3873.** **Priority creditor's name and mailing address**

LOPEZ, JENNIFER
8110 E SPEEDWAY BLVD
APT 9112
TUCSON AZ 85710

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.65 | $122.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3874.** **Priority creditor's name and mailing address**

LOPEZ, JESSICA H
109 EASTWOOD COURT
SAN JOSE CA 95116

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $172.20 | $172.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3875.** **Priority creditor's name and mailing address**

LOPEZ, KAREN E
126 BRUNO AVENUE
PITTSBURG CA 94565

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $677.97 | $677.97 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

2.3876.  **Priority creditor's name and mailing address**

LOPEZ, KRYSTAL N
4311 SANTA ANITA LN
PASADENA TX 77503

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $197.63 | $197.63 |
| | **Nonpriority amount** |
| | $0.00 |

2.3877.  **Priority creditor's name and mailing address**

LOPEZ, LETICIA E
186 JAMES DRIVE
MERCEDES TX 78570

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $554.72 | $554.72 |
| | **Nonpriority amount** |
| | $0.00 |

2.3878.  **Priority creditor's name and mailing address**

LOPEZ, LOPEZ EDITH Y
157 FALLBROOK AVE SPC 18
ARVIN CA 93203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $163.68 | $163.68 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                      Case number *(if known)* **19-10214**

---

2.3879.  **Priority creditor's name and mailing address**

LOPEZ, LUIS
13 0.5 HANCOCK STREET
2
WORCESTER MA 01610

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $799.92 | $799.92 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.3880.  **Priority creditor's name and mailing address**

LOPEZ, MAIRA C
528 RYE ST
WOODBURN OR 97071-5566

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $112.57 | $112.57 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.3881.  **Priority creditor's name and mailing address**

LOPEZ, MARICRUZ A
24336 FM 508
HARLINGEN TX 78550-1660

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $131.21 | $131.21 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                       Case number *(if known)* **19-10214**

---

2.3882.   **Priority creditor's name and mailing address**

LOPEZ, MARILYN
152 SOUTH AVENUE 58
APT #10
LOS ANGELES CA 90042

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.60 | $96.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3883.   **Priority creditor's name and mailing address**

LOPEZ, NATALIA V
25616 S. 194TH ST.
QUEEN CREEK AZ 85142

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $52.03 | $52.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.3884.   **Priority creditor's name and mailing address**

LOPEZ, NATALIE
11581 BUSH LN.
FORNEY TX 75126

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $149.74 | $149.74 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.3885. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.3885.  **Priority creditor's name and mailing address**

LOPEZ, RAMIREZ NAIDH F
30 CEDAR DR
STERLING VA 20164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $86.45

**Priority amount**   $86.45

**Nonpriority amount**   $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3886.  **Priority creditor's name and mailing address**

LOPEZ, SAMANTHA J
740 N. BROADMOOR AVE
WEST COVINA CA 91790

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $188.64

**Priority amount**   $188.64

**Nonpriority amount**   $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3887.  **Priority creditor's name and mailing address**

LOPEZ, TATIANA
430 E 68TH ST
LOS ANGELES CA 90003-1909

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $355.08

**Priority amount**   $355.08

**Nonpriority amount**   $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3888.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

LOPEZ, TATIANA M
1501 CALCUTTA DR UNIT 56
BAKERSFIELD CA 93307

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $57.00
Priority amount: $57.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3889.** | **Priority creditor's name and mailing address**

LOPEZ, TELXY M
5 LINLEW DRIVE
9
DERRY NH 03038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $38.00
Priority amount: $38.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3890.** | **Priority creditor's name and mailing address**

LOPEZ, TIARA A
72 TRAVER CIRCLE
ROCHESTER NY 14609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $192.36
Priority amount: $192.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.3891. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Priority creditor's name and mailing address**

2.3891.

LOPEZ, VICTORIA
1244 DENNERY RD
107
SAN DIEGO CA 92154-6441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $6,055.06 | $6,055.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3892.    **Priority creditor's name and mailing address**

LOPEZ, YVETTE
1019 BAYSIDE DR.
PALATINE IL 60074

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,235.26 | $3,235.26 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3893.    **Priority creditor's name and mailing address**

LOPEZ-GONZALEZ, BRENDA I
1712 KENNETH ST
MODESTO CA 95351

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $176.64 | $176.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| | | | | |
|---|---|---|---|---|

**2.3894.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

LOPEZ-SILVAR, KRISTINE
7424 E 146TH ST
LOT #19
NOBLESVILLE IN 46062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $373.75

**Priority amount** $373.75

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3895.** **Priority creditor's name and mailing address**

LOQUET, NICOLE M
975. S SPORTS FAN DRIVE
APARTMENT 202
FAYETTEVILLE AR 72701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $121.37

**Priority amount** $121.37

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3896.** **Priority creditor's name and mailing address**

LORENZ, KIM E
75 SOUTH MAIN STREET
413
ATTLEBORO MA 02703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,597.22

**Priority amount** $2,597.22

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

| 2.3897. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

LORENZANA, OLIVIA V
1285 EAST 7TH ST.
RENO NV 89512

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $289.29

Priority amount: $289.29

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.3898. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

LORRIUS, SYDEJHA E
115 WOODLAND AVE
YONKERS NY 10703

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $177.60

Priority amount: $177.60

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.3899. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

LOSOYA, CRISTAL P
4422 RUSSELL AVE
LOS ANGELES CA 90027

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $94.80

Priority amount: $94.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

2.3900.  **Priority creditor's name and mailing address**

LOTOZYNSKI, MEREJILDA M
3505 QUAST LN.
TOLEDO OH 43623

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $266.99 | $266.99 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

2.3901.  **Priority creditor's name and mailing address**

LOUIMA, KERSIE
3239 CORAL RIDGE DR.
CORAL SPRINGS FL 33065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $232.06 | $232.06 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

2.3902.  **Priority creditor's name and mailing address**

LOUIS, FABRIANA
2428 ALISTER CT
ORLANDO FL 32837

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $93.91 | $93.91 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3903. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LOUISSAINT, ENNIE<br>615 SEA PINE WAY UNIT B<br>GREENACRES FL 33415 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $181.47 | $181.47<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.3904. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LOUISSAINT, SOPHIA<br>1555 NW 65TH TERR<br>MARGATE FL 33063 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,479.40 | $1,479.40<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.3905. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LOUVIERE, ERIN M<br>3514 DEAN RD<br>NESBIT MS 38651 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $123.19 | $123.19<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.3906.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.3906.** **Priority creditor's name and mailing address**

LOVATO, RACHAEL
11774 EAST 7TH AVENUE
AURORA CO 80010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $110.33 | $110.33 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3907.** **Priority creditor's name and mailing address**

LOVE, ALICIA L
122 WASHINGTON ST
GRAMBLING LA 71245-2217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $693.50 | $693.50 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.3908.** **Priority creditor's name and mailing address**

LOVE, ASHLEY M
2319 LAFAYETTE AVE SE
GRAND RAPIDS MI 49507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $232.07 | $232.07 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3909. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3909.**  **Priority creditor's name and mailing address**

LOVE, JAKARA B
3504 ROBIN AVE
WYOMING MI 49509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $44.86

**Priority amount**  $44.86

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3910.**  **Priority creditor's name and mailing address**

LOVE, JANEL L
14119 MARY BOWIE PKWY
UPPER MARBORO MD 20774

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $81.00

**Priority amount**  $81.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3911.**  **Priority creditor's name and mailing address**

LOVE, SALENA E
3040 E CHARLESTON BLVD
APT 3117
LAS VEGAS NV 89104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $76.56

**Priority amount**  $76.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

**2.3912.** **Priority creditor's name and mailing address**

LOVE, TALORE L
2200 N. EL SERENO AVE.
ALTADENA CA 91001

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $641.97 | $641.97 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3913.** **Priority creditor's name and mailing address**

LOVETT, BASHEBA S
46 N WEST ST
YORK PA 17401

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.95 | $34.95 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3914.** **Priority creditor's name and mailing address**

LOWERY, KAITLYN B
851 FEILDS DR
424
BOWLING GREEN KY 42104

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $224.32 | $224.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                      Case number *(if known)* **19-10214**

| 2.3915. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

LOYA, TANYA J
1403 N ADAMS ST
AMARILLO TX 79107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $274.19

**Priority amount** $274.19

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3916. **Priority creditor's name and mailing address**

LOYD, JASMINE
1910 STERLING HILL DRIVE
FUQUAY VARINA NC 27526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $152.40

**Priority amount** $152.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3917. **Priority creditor's name and mailing address**

LOZANO, ALEXIS K
1213 MELROSE DR
WACO TX 76710-4138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $240.11

**Priority amount** $240.11

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3918.** **Priority creditor's name and mailing address**

LOZANO, BIBIANA
115 E LIGUSTRUM DR
SAN ANTONIO TX 78228

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $800.33 | $800.33 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3919.** **Priority creditor's name and mailing address**

LOZANO, CARLA L
1425 LITTLE ORCHARD STREET
SAN JOSE CA 95110

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $211.50 | $211.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3920.** **Priority creditor's name and mailing address**

LOZANO, LAURA E
7701 HARDESON RD
22
EVERETT WA 98203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $217.80 | $217.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                         Case number *(if known)* **19-10214**

**2.3921.** **Priority creditor's name and mailing address**

LOZANO-CASTILLO, CECILIA
3128 S 10TH ST
MILWAUKEE WI 53215

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $39.20 | $39.20 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3922.** **Priority creditor's name and mailing address**

LU, CINTHIA
5110 S MANHATTAN AVE
5210
TAMPA FL 33611

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.56 | $126.56 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3923.** **Priority creditor's name and mailing address**

LUANGRATH, VIVIENNE S
99-503 HOKEA ST.
AIEA HI 96701-2754

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.06 | $140.06 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.3924. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| LUANNE CARAWAY | *Check all that apply.* | $4,975.92 | $4,975.92 |

**Priority creditor's name and mailing address**

LUANNE CARAWAY
HAYS COUNTY TAX ASSESSOR
712 S STAGECOACH TRAIL SUITE 1120
SAN MARCOS TX 78666-5071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $4,975.92 | $4,975.92 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.3925. **Priority creditor's name and mailing address**

LUARCA, CARMENESTELL K
532 SPRUCE RD
BOLINGBROOK IL 60440

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $154.69 | $154.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3926. **Priority creditor's name and mailing address**

LUBBERT, CHRISTINA E
415 BELVEDERE WEST
COLGATE WI 53017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $6,221.94 | $6,221.94 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.3927.** **Priority creditor's name and mailing address**

LUBBOCK CENTRAL APPRAISAL
P.O. BOX 10568-2109 AVENUE Q
LUBBOCK TX 79408-3568

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,169.52 | $3,169.52 |

| Nonpriority amount |
|---|
| $0.00 |

**2.3928.** **Priority creditor's name and mailing address**

LUCAS, ANGEL L
1573 ETHEL
LINCOLN PARK MI 48146

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $576.96 | $576.96 |

| Nonpriority amount |
|---|
| $0.00 |

**2.3929.** **Priority creditor's name and mailing address**

LUCAS, ELIZABETH M
55 ROBINWOOD DRIVE
MASTIC BEACH NY 11951

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $232.56 | $232.56 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.3930.** **Priority creditor's name and mailing address**

LUCAS, NAOMI M
34 BONNIE DRIVE
WESTBURY NY 11590

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $291.24 | $291.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3931.** **Priority creditor's name and mailing address**

LUCAS, RENEE L
2693 TWYMANS MILL RD
MADISON VA 22727

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.13 | $34.13 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3932.** **Priority creditor's name and mailing address**

LUCAS, SAMANTHA A
2000 COUNTRY CLUB DRIVE
WOODRIDGE IL 60517

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $353.82 | $353.82 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

**2.3933.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

LUCERO, AGUSTINA
114 CEDAR RD
EAST NORTHPORT NY 11731

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $746.06
Priority amount: $746.06

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3934.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

LUCERO, ILEANA
2222 N GRAND ST
PUEBLO CO 81003

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $562.27
Priority amount: $562.27

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.3935.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

LUCIANO, ALLISON J
901S O'LEARY ST
151
FLAGSTAFF AZ 86001

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $261.37
Priority amount: $261.37

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.3936.** **Priority creditor's name and mailing address**

LUCKETT, ANTONIESHA R
1103 CLEVELAND STREET
TUPELO MS 38801

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $467.30 | $467.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3937.** **Priority creditor's name and mailing address**

LUGO, ISABELLA M
2457 WALGROVE AVE
LOS ANGELES CA 90066

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $203.39 | $203.39 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3938.** **Priority creditor's name and mailing address**

LUGO, LINDSAY B
4109 HANGING MOSS CT.
JACKSONVILLE FL 32257

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.30 | $153.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.3939. | **Priority creditor's name and mailing address** | |

| | | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |
| | **As of the petition filing date, the claim is:** *Check all that apply.* | $162.88 | $162.88 |

LUGO, NATASHA E
280 CLOVER LANE
G
BEAVERCREEK OH 45440

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.3940. | **Priority creditor's name and mailing address** | **Total claim** | **Priority amount** |
| | **As of the petition filing date, the claim is:** *Check all that apply.* | $234.61 | $234.61 |

LUGO, YAINELYS
6118 WESTGATE DRIVE
APT. 203
ORLANDO FL 32835

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | | |
|---|---|---|---|
| 2.3941. | **Priority creditor's name and mailing address** | **Total claim** | **Priority amount** |
| | **As of the petition filing date, the claim is:** *Check all that apply.* | $258.84 | $258.84 |

LUIS, EMILY A
5526 SW 162 PL
MIAMI FL 33185

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3942.** **Priority creditor's name and mailing address**

LUKE, ABIGAIL C
85 KINGSTON AVE
1R
BROOKLYN NY 11213

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $576.45 | $576.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3943.** **Priority creditor's name and mailing address**

LUMLEY, MACY L
110 NEW MELVILLE ROAD
WILLARD MO 65781

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $111.03 | $111.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.3944.** **Priority creditor's name and mailing address**

LUMPKINS, MONIQUE L
6029 S INDIANA AVE
102
CHICAGO IL 60637

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $501.83 | $501.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

2.3945.  **Priority creditor's name and mailing address**

LUNA, JESSICA
152 W 15TH AVE
ESCONDIDO CA 92025

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $395.52 | $395.52 |
| | **Nonpriority amount** |
| | $0.00 |

2.3946.  **Priority creditor's name and mailing address**

LUNA, LYZET A
31475 SIERRA DEL SOL
THOUSAND PALMS CA 92276

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $277.44 | $277.44 |
| | **Nonpriority amount** |
| | $0.00 |

2.3947.  **Priority creditor's name and mailing address**

LUNA, ROSAS MARIA D
750 WATERTHROUGH RD #746
SEBASTOPOL CA 95472

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $56.40 | $56.40 |
| | **Nonpriority amount** |
| | $0.00 |

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |
|---|---|---|

**2.3948.** **Priority creditor's name and mailing address**

LUNDELL, KYLIE A
218 OLD ROUTE 40
HANCOCK MD 21750

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $194.33 | $194.33 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3949.** **Priority creditor's name and mailing address**

LUNDGREN, JESSICA C
8575 ANTCLIFF RD.
HOWELL MI 48855

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $308.20 | $308.20 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3950.** **Priority creditor's name and mailing address**

LUPTOWSKI, CARLY L
1735 N. HURON RD.
PINCONNING MI 48650

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $197.03 | $197.03 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.3951.** **Priority creditor's name and mailing address**

LUPU, ADELINA A
2121 PLANTATION COURT
LAWRENCEVILLE GA 30044

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $137.60 | $137.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3952.** **Priority creditor's name and mailing address**

LUQUE, DANA
1063 CAREY AVE
CLOVIS CA 93611

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $147.84 | $147.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3953.** **Priority creditor's name and mailing address**

LUSSO, GRETCHEN L
1208 MURRAY PT
PLATTSMOUTH NE 68048

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $79.61 | $79.61 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.3954.** **Priority creditor's name and mailing address**

LUTHER, SARAH E
2622 EMMICK DR
TOLEDO OH 43606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.67 | $108.67 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3955.** **Priority creditor's name and mailing address**

LUTTERODT, PHILLIPINA A
2637 RIDGEMOOR DR SE KENTWOOD
KENTWOOD MI 49512

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.84 | $69.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3956.** **Priority creditor's name and mailing address**

LUWOYE, OLAJUMOKE
2852 BRASS CT
AUSTELL GA 30106-1059

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $121.39 | $121.39 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.3957.** **Priority creditor's name and mailing address**

LY, SUNSHINE
1776 MAC LN
GREEN BAY WI 54311

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,158.98 | $2,158.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3958.** **Priority creditor's name and mailing address**

LYNCH, SIERRA
4728 PARK LANE
ALPINE CA 91901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $673.60 | $673.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.3959.** **Priority creditor's name and mailing address**

LYON, KIANA N
1091 BARBADOS WAY
CHARLESTON SC 29412

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $585.79 | $585.79 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.3960. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.3960.** **Priority creditor's name and mailing address**

LYONS, CARITNEY L
2389 RENA VALLEY CIR
APT 6
VAN BUREN AR 72956

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.55 | $63.55 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3961.** **Priority creditor's name and mailing address**

LYTLE, AERYN M
3331 CASEY DR.
101
LAS VEGAS NV 89120

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.90 | $108.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3962.** **Priority creditor's name and mailing address**

LYTLE, AMANDA K
1541 EDGEMORE AVE
SACRAMENTO CA 95835

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $263.58 | $263.58 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.3963. **Priority creditor's name and mailing address**

MABIE, EMMA L
323 3RD AVE
EAU CLAIRE WI 54703

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $131.86 | $131.86 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3964. **Priority creditor's name and mailing address**

MACADAM, JESSICA E
106 RYAN CIRCLE
SPRING LAKE NC 28390

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $30.23 | $30.23 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3965. **Priority creditor's name and mailing address**

MACARENO, CINDY
65 SAMMIS AVE
DOVER NJ 07801

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $376.98 | $376.98 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.3966.** **Priority creditor's name and mailing address**

MACBLANE, MADISON J
18405 SHALLOWFORD LANE
LOUISVILLE KY 40245

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $217.20 | $217.20 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3967.** **Priority creditor's name and mailing address**

MACIAS, BRITTANY L
1350 GINA DR
OXNARD CA 93030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,265.36 | $3,265.36 |
| | **Nonpriority amount** |
| | $0.00 |

**2.3968.** **Priority creditor's name and mailing address**

MACIAS, CLARISSA A
1055 B ST
BRAWLEY CA 92227-2007

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.96 | $66.96 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.3969.  **Priority creditor's name and mailing address**

MACIAS, EVELYN A
3013 CHINOOK LANE
LAFAYETTE IN 47909

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $220.13 | $220.13 |

**Nonpriority amount**

$0.00

---

2.3970.  **Priority creditor's name and mailing address**

MACIAS, JANET
3504 BROADWAY AVE
NORTH LAS VEGAS NV 89030-5901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,921.48 | $1,921.48 |

**Nonpriority amount**

$0.00

---

2.3971.  **Priority creditor's name and mailing address**

MACIAS, KEANA C
3211 EAST MAYACAMA WAY
ONTARIO CA 91761

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $254.88 | $254.88 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.3972. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MACIEL, STEPHANIE A
17075 LACEBARK ST
FONTANA CA 92337-6859

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $421.34

**Priority amount** $421.34

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3973.  **Priority creditor's name and mailing address**

MACK, DEANDRIA L
513 AARON PLACE
MCDONOUGH GA 30253

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $459.80

**Priority amount** $459.80

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.3974.  **Priority creditor's name and mailing address**

MACK, NANCY J
5630 STONEFIELD RD
SLINGER WI 53086-9636

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $40.74

**Priority amount** $40.74

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.3975. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

MACK, STEPHANIE
1834 SAN REMO DR
COLUMBUS OH 43204

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $108.21

Priority amount $108.21

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.3976. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

MACUCH, STACY K
106 WEST MURROW LANE
JACKSONVILLE NC 28546

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $135.58

Priority amount $135.58

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.3977. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

MADDALENA, FRANCEY
7 BASH RD
TOMS RIVER NJ 08753

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $78.59

Priority amount $78.59

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.3978.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

MADDOX, EMILY L
4013 CHRISTOPHER WAY
SMC 11849
PLANO TX 75024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $159.30
**Priority amount** $159.30

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3979.** **Priority creditor's name and mailing address**

MADDOX, RA'SHON
301 E COLLEGE AVENUE
SALISBURY MD 21804

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $626.36
**Priority amount** $626.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3980.** **Priority creditor's name and mailing address**

MADISON, JAYLIE M
1418 THIRD ST. SE
AUBURN WA 98002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $255.60
**Priority amount** $255.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

2.3981.  **Priority creditor's name and mailing address**

MADRIAGA, JANINE
91-1219 KANEANA ST 15B
EWA BEACH HI 96706-3785

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,115.27 | $2,115.27 |

**Nonpriority amount**

$0.00

---

2.3982.  **Priority creditor's name and mailing address**

MADRID, CHELCYANN M
10705 PEARL RIVER AVE
LAS VEGAS NV 89166

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,128.48 | $5,128.48 |

**Nonpriority amount**

$0.00

---

2.3983.  **Priority creditor's name and mailing address**

MADRIGAL, MEILYN
110 MANNERS AVE
NAUGATUCK CT 06770

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $112.37 | $112.37 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

---

2.3984.  **Priority creditor's name and mailing address**

MADRIL, CHRISTINA
5225 EAST 27TH STREET
TUCSON AZ 85711

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $179.85 | $179.85 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3985.  **Priority creditor's name and mailing address**

MADU, ASHLEY C
8002 SW 157 CT
MIAMI FL 33193

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $305.15 | $305.15 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.3986.  **Priority creditor's name and mailing address**

MAESTAS, MIKAYLA D
2812 WILLIAM ST SE
ALBUQUERQUE NM 87102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.74 | $138.74 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.3987.** **Priority creditor's name and mailing address**

MAGAAN, CHRISTINA N
11 HOYT STREET APT 2A
DANBURY CT 06810

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,609.73 | $1,609.73 |

**Nonpriority amount**

$0.00

---

**2.3988.** **Priority creditor's name and mailing address**

MAGALLON, HILLARY S
605 LIBERTY ST
SOUTH BEND IN 46619

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.50 | $130.50 |

**Nonpriority amount**

$0.00

---

**2.3989.** **Priority creditor's name and mailing address**

MAGANA, AMELIA
1811 E. GRAND AVE
101
ESCONDIDO CA 92027

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $248.04 | $248.04 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

| 2.3990. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3990.** **Priority creditor's name and mailing address**

MAGANA, ARIANA
2525 MARQUETTE CT
FAIRFIELD CA 94533

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $372.00

**Priority amount** $372.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3991.** **Priority creditor's name and mailing address**

MAGANA, CARINA
224 WEST HARVARD BLVD.
SANTA PAULA CA 93060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $116.28

**Priority amount** $116.28

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.3992.** **Priority creditor's name and mailing address**

MAGANA, CLAUDIA J
23524 KINGS VALLEY RD
GERMANTOWN MD 20876

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,537.85

**Priority amount** $2,537.85

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

**2.3993.** **Priority creditor's name and mailing address**

MAGANA, ESMERALDA
639 HOWELL RD
OXNARD CA 93033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $72.96 | $72.96 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3994.** **Priority creditor's name and mailing address**

MAGANA, GUADALUPE M
6300 SW 188TH CT APT 49
BEAVERTON OR 97078

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $582.12 | $582.12 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.3995.** **Priority creditor's name and mailing address**

MAGANA, JACQUELINE Y
98 LAWRENCE AVENUE
LYNBROOK NY 11563

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,957.95 | $2,957.95 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.3996. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3996.** **Priority creditor's name and mailing address**

MAGBANUA, JESSIKA ANNE G
94-669 KEHELA ST
WAIPAHU HI 96797-1229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $560.08 | $560.08 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3997.** **Priority creditor's name and mailing address**

MAGEE, KAYLA A
125 MARIETTA DRIVE NW
724
KENNESAW GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $118.70 | $118.70 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.3998.** **Priority creditor's name and mailing address**

MAGLALANG, CECILY Z
1395 SHELBY DR
FAIRFIELD CA 94534

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $306.24 | $306.24 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.3999.  **Priority creditor's name and mailing address**

MAGNOTTA, THOMAS
18 NEW HAVEN AVE
NANUET NY 10954-2228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $5,197.89 | $5,197.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4000.  **Priority creditor's name and mailing address**

MAGUIRE, DARLA
108 FAY RD
A
FRAMINGHAM MA 01702-6867

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $624.62 | $624.62 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4001.  **Priority creditor's name and mailing address**

MAHAN, SARAH L
7875 WATERWAY DR. NW
302
CONCORD NC 28027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $26.31 | $26.31 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.4002.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | MAHARAJ, ANJILI<br>2901 SPANISH BAY DRIVE<br>BRENTWOOD CA 94513 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $157.20 | $157.20

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $157.20

Priority amount: $157.20

Nonpriority amount: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4003.** **Priority creditor's name and mailing address**

MAHLER, VERONICA
20 HEVELEYN ROAD
ELMSFORD NY 10523

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $262.60

Priority amount: $262.60

Nonpriority amount: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4004.** **Priority creditor's name and mailing address**

MAI, JENNIFER
4472 BLYTHE RD
COLUMBUS OH 43224

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $38.07

Priority amount: $38.07

Nonpriority amount: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4005. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MAIDEN, ATIYA<br>1911 AUDUBON DRIVE<br>DRESHER PA 19025 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $183.32 | $183.32 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4006.    **Priority creditor's name and mailing address**

MAIELLO, MARY F
224 N. CHESTNUT STREET
MASSAPEQUA NY 11758

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $364.80

**Priority amount**   $364.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4007.    **Priority creditor's name and mailing address**

MAITIN, LILLIAN
798 BRYANT ST.
STROUDSBURG PA 18360

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $2,819.12

**Priority amount**   $2,819.12

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4008. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|--------------------------------------------------|----------------------------------------------------|-----------------|---------------------|

2.4008.  **Priority creditor's name and mailing address**

MAJOK, AMOU
6608 UNIVERSITY DRIVE SOUTH
OMAHA NE 68182

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**
$82.44

**Priority amount**
$82.44

**Nonpriority amount**
$0.00

---

2.4009.  **Priority creditor's name and mailing address**

MAKAY, ALEXANDRIA M
401 NORTHERN DRIVE
SALEM VA 24153

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**
$525.20

**Priority amount**
$525.20

**Nonpriority amount**
$0.00

---

2.4010.  **Priority creditor's name and mailing address**

MAKINSON, ASHLEY A
2364 GUNN ROAD
KISSIMMEE FL 34746

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**
$83.90

**Priority amount**
$83.90

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.4011. | **Priority creditor's name and mailing address** | $214.44 | $214.44 |

**Priority creditor's name and mailing address**

MALANI, KAELYNN E
865 7TH AVENUE
SAN BRUNO CA 94066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $214.44 | $214.44 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4012.    **Priority creditor's name and mailing address**

MALAVET, KAILA J
440 KEAWE ST
UNIT 515
HONOLULU HI 96813

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $633.42 | $633.42 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4013.    **Priority creditor's name and mailing address**

MALCHAN, MAREENA
1610 RUTGERS STREET
SCHENECTADY NY 12303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $311.46 | $311.46 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.4014. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** / **Priority amount** |

**2.4014.**

**Priority creditor's name and mailing address**

MALCOLM, RACQUEL
30 PINE ROCK RD
NEW HAVEN CT 06511-1665

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $250.29 | $250.29 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4015.**

**Priority creditor's name and mailing address**

MALDONADO, ALEYSHA A
4230 SCHAPER AVE
ERIE PA 16503

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $21.75 | $21.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4016.**

**Priority creditor's name and mailing address**

MALDONADO, CHERELYN
HACIENDAS DEL CARRIBE
SOLAR 6 STREET
TOA ALTA PR 00953

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $78.22 | $78.22 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.4017.** **Priority creditor's name and mailing address**

MALDONADO, DESTINY K
2185 MONARCH RIDGE CIR
EL CAJON CA 92019-3875

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $684.16 | $684.16 |

**Nonpriority amount**

$0.00

**2.4018.** **Priority creditor's name and mailing address**

MALDONADO, DIAMOND D
424 NORTH 2ND STREET
ALLENTOWN PA 18102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $147.60 | $147.60 |

**Nonpriority amount**

$0.00

**2.4019.** **Priority creditor's name and mailing address**

MALDONADO, SASHA
66 AUSTIN STREET
3
WORCESTER MA 01609

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $165.30 | $165.30 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.4020. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4020.  **Priority creditor's name and mailing address**

MALDONADO, SHEILA
101 S. SHERRY AVE
NORMAN OK 73069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $203.37 | $203.37 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4021.  **Priority creditor's name and mailing address**

MALDONADO, TATJANA M
520 COPPERFIELD RD
SPRING HILL FL 34606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $517.83 | $517.83 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4022.  **Priority creditor's name and mailing address**

MALINOWSKI, LAURA M
2715 BOARDWALK
APT 616
ATLANTIC CITY NJ 08401-6424

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $3,635.12 | $3,635.12 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4023.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

MALLEY, GABRIELLA S
1907 CANVAS EDGE DRIVE
HENDERSON NV 89044

$50.41 | $50.41

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4024.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

MALLORY, RASHONDRA A
3496 LEE COURT
KENNESAW GA 30144

$121.06 | $121.06

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4025.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
*Check all that apply.*

MALLOY, JYNISE J
3212 KINGSWAY ROAD
FORT WASHINGTON MD 20744

$154.45 | $154.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

2.4026. **Priority creditor's name and mailing address**

MALONE, EARNESTINE M
665 GEARY STREET
APT 10
SAN FRANCISCO CA 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $6,346.75 | $6,346.75 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

2.4027. **Priority creditor's name and mailing address**

MALONE, IRMA J
3651 CATTLE DR
SACRAMENTO CA 95834

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $121.44 | $121.44 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

2.4028. **Priority creditor's name and mailing address**

MALONE, JANELL M
1612 CLARICE WAY
LOUISVILLE KY 40216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $154.17 | $154.17 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4029.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.4029.**

**Priority creditor's name and mailing address**

MALONEY, MEGAN
213 SPRUCE LAKE DRIVE
MILFORD PA 18337

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $360.36 | $360.36 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4030.**

**Priority creditor's name and mailing address**

MALOY, DAVID S
67 MOUNTAIN VIEW DR.
BROOKFIELD CT 06804

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $169.27 | $169.27 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4031.**

**Priority creditor's name and mailing address**

MAND, MAHALIA
4815 IRON HORSE TRAIL
COLORADO SPRINGS CO 80917

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $790.00 | $790.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.4032.** **Priority creditor's name and mailing address**

MANDELT, ASHLEY N
1280 E. FOX PLACE
MUNDS PARK AZ 86017

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,819.42 | $2,819.42 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4033.** **Priority creditor's name and mailing address**

MANDICH, AMY
428 MAIN ST N
SAINT MICHAEL MN 55376

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $570.01 | $570.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4034.** **Priority creditor's name and mailing address**

MANGIOLA, KARA
164 N AUTUMN DR
ROCHESTER NY 14626-1338

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $264.74 | $264.74 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.4035. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Priority creditor's name and mailing address: MANGUAL, JASMINE / 513 CAPE COD CIR / VALRICO FL 33594-4378

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $266.81
Priority amount: $266.81

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4036.    **Priority creditor's name and mailing address**

MANIAGO, JILLIAN
325 WEBSTER DRIVE
NEW MILFORD NJ 07646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $81.62
**Priority amount** $81.62

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4037.    **Priority creditor's name and mailing address**

MANISCALCO, SAMANTHA L
40 JEFFERSON STREET
EAST ISLIP NY 11730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $493.32
**Priority amount** $493.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.4038.** **Priority creditor's name and mailing address**

MANJARREZ, STEPHANIE
5211 S. ST LOUIS AVE
CHICAGO IL 60632-1512

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,291.19 | $3,291.19 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4039.** **Priority creditor's name and mailing address**

MANLEY, GABRIEL R
1294 COUNTY ROUTE 61
SHUSHAN NY 12873

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $215.57 | $215.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4040.** **Priority creditor's name and mailing address**

MANN, AMBER
14 SCHOFIELD STREET
WEST WARWICK RI 02893

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,297.41 | $1,297.41 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4041.** **Priority creditor's name and mailing address**

MANN, JASMIN C
24105 LEXINGTON FARMS DRIVE
24105
ALPHARETTA GA 30004

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $346.97 | $346.97 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4042.** **Priority creditor's name and mailing address**

MANN, JOHNSON THAIZHANE K
1114 STRAWN CT
FLOWER MOUND TX 75028

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.75 | $74.75 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4043.** **Priority creditor's name and mailing address**

MANNING, ALEXIS L
452 BOSTWICK CIRCLE
SAINT AUGUSTINE FL 32092

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.29 | $164.29 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.4044.** **Priority creditor's name and mailing address**

MANNING, MEGAN M
2909 N OLIVER APT 5-528B
WICHITA KS 67220

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $459.36 | $459.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4045.** **Priority creditor's name and mailing address**

MANNING, SYDNEY
4909 NW 80TH TER
KANSAS CITY MO 64151-1127

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,596.06 | $2,596.06 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4046.** **Priority creditor's name and mailing address**

MANNON, TRANIER
2405 ROCHDALE ST
GARLAND TX 75040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.61 | $130.61 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

**2.4047.** **Priority creditor's name and mailing address**

MANUEL, KAYLA J
87-185 MAMOALII PL
WAIANAE HI 96792

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.41 | $66.41 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4048.** **Priority creditor's name and mailing address**

MANZANO, SIMMONS IMANI M
3092 SINGLE TREE COURT
LAKEWALES FL 33898

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $216.91 | $216.91 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4049.** **Priority creditor's name and mailing address**

MANZANO-MEXICANO, DEYSI G
821 NC HWY 210 W
LOT 5
HAMPSTEAD NC 28443

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $239.97 | $239.97 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.4050.  **Priority creditor's name and mailing address**

MAPP, STEPHANIE S
730 FRANKLIN GATEWAY
V9
MARIETTA GA 30067

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $469.07 | $469.07 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4051.  **Priority creditor's name and mailing address**

MAQUEDA-MARTINEZ, DIANA
6240 DON ZAREMBO AVE
LAS VEGAS NV 89108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $558.84 | $558.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4052.  **Priority creditor's name and mailing address**

MARBURY-FRIEND, MARIAH
9125 LAWLER AVE
APT 1
SKOKIE IL 60077

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $282.92 | $282.92 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.4053.** **Priority creditor's name and mailing address**

MARCH, HARRISON D
139 B CR 37 TYLER TX
TYLER TX 75670

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $686.18 | $686.18 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4054.** **Priority creditor's name and mailing address**

MARCIANO, ESTEFANI
1022B JULIA LANE
LAFAYETTE IN 47905

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $442.49 | $442.49 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4055.** **Priority creditor's name and mailing address**

MARCOS, STEPHANIE
886 FRIENDLY CIR
EL CAJON CA 92021

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $38.64 | $38.64 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4056.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | MARES, PAULINE C | *Check all that apply.* | $173.64 | $173.64
| | 1868 WHITNEY WAY | ☐ Contingent | |
| | EL CENTRO CA 92243 | ☐ Unliquidated | **Nonpriority amount**
| | | ☐ Disputed | $0.00
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | WAGES & PTO | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.4057.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | MARES, PRISCILLA | *Check all that apply.* | $378.60 | $378.60
| | 7036 CHATUM LIGHT RUN | ☐ Contingent | |
| | BRADENTON FL 34212 | ☐ Unliquidated | **Nonpriority amount**
| | | ☐ Disputed | $0.00
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | WAGES & PTO | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.4058.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | MARGRAF, ERIN M | *Check all that apply.* | $251.37 | $251.37
| | 721 MEADOWS DR | ☐ Contingent | |
| | ARGYLE TX 76226 | ☐ Unliquidated | **Nonpriority amount**
| | | ☐ Disputed | $0.00
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | _____ | WAGES & PTO | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

**2.4059.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MARICICH, PAIGE M
629 FLORIDA PL
GAMBRILLS MD 21054

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $148.98

**Priority amount** $148.98

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4060.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MARIN, ANA M
3916 SHASTA DR.
BLOOMINGTON IL 61705

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $277.88

**Priority amount** $277.88

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4061.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MARIN, JR. VICTOR
1523 PRAIRIE ROCK
NEW BRAUNFELS TX 78130

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,068.05

**Priority amount** $2,068.05

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.4062.** **Priority creditor's name and mailing address**

MARINES, KENNYA A
921 COLORADO ST.
HARLINGEN TX 78550

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $120.54 | $120.54 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4063.** **Priority creditor's name and mailing address**

MARINO, AMANDA E
15G ADELAIDE RD
NORWICH CT 06360

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $319.21 | $319.21 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4064.** **Priority creditor's name and mailing address**

MARK, SEKEYAH
260 STONYFORD DR
VACAVILLE CA 95687

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.80 | $136.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.4065.** **Priority creditor's name and mailing address**

MARKHAM, KAITLIN R
9657 SW CHAMBERS RD
AUGUSTA KS 67010

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.99 | $138.99 |

**Nonpriority amount**

$0.00

---

**2.4066.** **Priority creditor's name and mailing address**

MARKS, KAITLIN A
6126 AVILA STREET
ENGLEWOOD FL 34224

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $125.88 | $125.88 |

**Nonpriority amount**

$0.00

---

**2.4067.** **Priority creditor's name and mailing address**

MARKWELL, SHANNON M
11949 ROCOSO RD
LAKESIDE CA 92040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10,374.31 | $10,374.31 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.4068.**  **Priority creditor's name and mailing address**

MARMOLEJOS, KENNIBETH M
250 RYANS RIDGE AVENUE
APT 911A
EUSTIS FL 32726

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,178.63 | $1,178.63 |

**Nonpriority amount**

$0.00

---

**2.4069.**  **Priority creditor's name and mailing address**

MARQUEZ, CHELSEA
117 MARKET STREET
3
BROCKTON STREET MA 02301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $229.08 | $229.08 |

**Nonpriority amount**

$0.00

---

**2.4070.**  **Priority creditor's name and mailing address**

MARQUEZ, GABRIELA B
844 CROSS GATES BLVD
SLIDELL LA 70461

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $102.00 | $102.00 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

**2.4071.** **Priority creditor's name and mailing address**

MARQUEZ, GLADIS
9800-8 OAK GROVE DRIVE
DESCANSO CA 91916

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,675.99 | $1,675.99 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.4072.** **Priority creditor's name and mailing address**

MARQUEZ, JULIA E
10124 RANGE RD SW
ALBUQUERQUE NM 87121

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $231.54 | $231.54 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.4073.** **Priority creditor's name and mailing address**

MARQUEZ, NATALIE C
4989 CR 4604
COMMERCE TX 75428

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $170.22 | $170.22 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| 2.4074. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4074.** **Priority creditor's name and mailing address**

MARQUEZ, SONIA
10685 MULHALL ST
EL MONTE CA 91731-1230

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $7,853.80
**Priority amount** — $7,853.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4075.** **Priority creditor's name and mailing address**

MARQUEZ, VANESSA A
39915 TINDERBOX WAY
MURRIETA CA 92562

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $139.92
**Priority amount** — $139.92

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4076.** **Priority creditor's name and mailing address**

MARQUIS, JENNIFER
5018 BARBARA LANE
MILTON FL 32570

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $1,663.40
**Priority amount** — $1,663.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4077.** **Priority creditor's name and mailing address**

MARRERO, CIERA I
205 MILL LANE
UNIT 303
SAINT AUGUSTINE FL 32084

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $609.63 | $609.63 |

**Nonpriority amount**

$0.00

**2.4078.** **Priority creditor's name and mailing address**

MARRERO, KATHERINE
724 COUNTRY WOODS CIR
KISSIMMEE FL 34744-4625

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,352.05 | $1,352.05 |

**Nonpriority amount**

$0.00

**2.4079.** **Priority creditor's name and mailing address**

MARRUJO, RANDI L
1007 N. ONONDAGA AVE.
ANAHEIM CA 92801

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,857.79 | $2,857.79 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

2.4080.  **Priority creditor's name and mailing address**

MARSHALL, BREYANNA S
2414 WINCH ST
FORT WAYNE IN 46803

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $663.67 | $663.67 |

**Nonpriority amount**

$0.00

2.4081.  **Priority creditor's name and mailing address**

MARSHALL, DIAMOND
5402 LIVINGSTON OAKS CIRCLE
APT. 230
BIRMINGHAM AL 35215

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $285.86 | $285.86 |

**Nonpriority amount**

$0.00

2.4082.  **Priority creditor's name and mailing address**

MARSHALL, DIANNE E
1044 S. LEXAN CRES
NORFOLK VA 23508

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,007.58 | $3,007.58 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4083.** **Priority creditor's name and mailing address**

MARSHALL, JASMINE D
3 EVERETT ST
DERRY NH 03038

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $79.28 | $79.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4084.** **Priority creditor's name and mailing address**

MARSHALL, MAYA L
3301 MELROSE CLUB BLVD
APT 512
RALEIGH NC 27603

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $274.32 | $274.32 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4085.** **Priority creditor's name and mailing address**

MARSHALL, OCTAVIA
3464 LANDSTOWN COURT
VIRGINIA BEACH VA 23453

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $183.05 | $183.05 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                               Case number *(if known)* **19-10214**

2.4086.  **Priority creditor's name and mailing address**

MARSHALL, SARENA M
1454A NORTH MT VERNON AVE
WILLIAMSBURG VA 23185

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $231.28 | $231.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.4087.  **Priority creditor's name and mailing address**

MARSHALL, SHARONTE A
2110 W SAN MIGUEL AVE
N LAS VEGAS NV 89032

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $26.65 | $26.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.4088.  **Priority creditor's name and mailing address**

MARSHALL, SYDNEY
114 SONGBIRD TRAIL
YORKTOWN VA 23692

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $43.73 | $43.73 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4089.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MARSHALL, TAKAYLA J
5932 MARGERY DR
#103
RACINE WI 53406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $109.26
**Priority amount** $109.26
**Nonpriority amount** $0.00

---

**2.4090.** | **Priority creditor's name and mailing address**

MARSHALL, TY'SHAE
1217 S. OCTAGON RD
CAMDEN NJ 08104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $259.31
**Priority amount** $259.31
**Nonpriority amount** $0.00

---

**2.4091.** | **Priority creditor's name and mailing address**

MARTE, SESSALEE M
119 SOUTH AVENUE
STATEN ISLAND NY 10303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $164.70
**Priority amount** $164.70
**Nonpriority amount** $0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.4092. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| MARTEL, ISOBEL CASSANDR<br>739A COOKE ST<br>WESTHAMPTON BEACH NY 11978 | *Check all that apply.* | $170.28 | $170.28 |

☐ Contingent

☐ Unliquidated                                                          **Nonpriority amount**

☐ Disputed                                                              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                      WAGES & PTO

**Last 4 digits of account number:**         **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**      ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)   ☐ Yes

---

2.4093. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| MARTI, YESENIA L<br>11431SW 35TH LANE<br>MIAMI FL 33165 | *Check all that apply.* | $240.03 | $240.03 |

☐ Contingent

☐ Unliquidated                                                          **Nonpriority amount**

☐ Disputed                                                              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                      WAGES & PTO

**Last 4 digits of account number:**         **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**      ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)   ☐ Yes

---

2.4094. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| MARTIN, ALEXXIS J<br>14468 RUNYON DR.<br>CORONA CA 92880 | *Check all that apply.* | $1,532.01 | $1,532.01 |

☐ Contingent

☐ Unliquidated                                                          **Nonpriority amount**

☐ Disputed                                                              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                      WAGES & PTO

**Last 4 digits of account number:**         **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**      ☐ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)   ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.4095. **Priority creditor's name and mailing address**

MARTIN, ASHLEY
10100 N 89TH AVE UNIT 40
PEORIA AZ 85345

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.22 | $33.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4096. **Priority creditor's name and mailing address**

MARTIN, CHEYENNE R
104 WEDGEWOOD TERRACE RD.
MADISON AL 35757

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $58.80 | $58.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4097. **Priority creditor's name and mailing address**

MARTIN, JASMINE J
317 PERKINS CT
SUISUN CITY CA 94585-4138

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $118.56 | $118.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.4098.  **Priority creditor's name and mailing address**

MARTIN, JONES KAYLA N
6038 CIRCUS LOOP
MILLINGTON TN 38053

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $209.89 | $209.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4099.  **Priority creditor's name and mailing address**

MARTIN, NYA
3712 WARNER AVE
LANDOVER HILLS MD 20784

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.46 | $127.46 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4100.  **Priority creditor's name and mailing address**

MARTIN, SARA
1549 E LAURA AVE
VISALIA CA 93292

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $144.96 | $144.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4101.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
|---|---|---|---|---|

**2.4101.**

**Priority creditor's name and mailing address**

MARTIN, TYRA M
3208 CRESCENT RUN CT
LAS VEGAS NV 89117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $71.53 | $71.53 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4102.**

**Priority creditor's name and mailing address**

MARTIN, TYREANNA
3516 W 157TH ST
MARKHAM IL 60428

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $302.62 | $302.62 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4103.**

**Priority creditor's name and mailing address**

MARTINEZ, ALEJANDRA
2580 SENTER RD SPC 521
SAN JOSE CA 95111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,056.76 | $1,056.76 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.4104. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.4104.  **Priority creditor's name and mailing address**

MARTINEZ, AMANDA
84477 VOLARE AVE
INDIO CA 92203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $185.20

**Priority amount** $185.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.4105.  **Priority creditor's name and mailing address**

MARTINEZ, ANNETTE M
1621 CARLTONIA STREET
PUEBLO CO 81006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $966.25

**Priority amount** $966.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.4106.  **Priority creditor's name and mailing address**

MARTINEZ, AVILA KELSEY
2621 HOWE AVE
APT. 217
SACRAMENTO CA 95821

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $47.64

**Priority amount** $47.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.4107.** **Priority creditor's name and mailing address**

MARTINEZ, BIANCA
576 CLAY AVE
ROCHESTER NY 14613-1045

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $279.27 | $279.27 |

**Nonpriority amount**

$0.00

**2.4108.** **Priority creditor's name and mailing address**

MARTINEZ, BRIANA
10630 PUEBLO PL NW
ALBUQUERQUE NM 87114

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $360.60 | $360.60 |

**Nonpriority amount**

$0.00

**2.4109.** **Priority creditor's name and mailing address**

MARTINEZ, CAMILE
718 VERMONT AVE
PORTSMOUTH VA 23707

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $38.22 | $38.22 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

**2.4110.** **Priority creditor's name and mailing address**

MARTINEZ, CARINA L
1109 SAPPHIRE DR
WESLACO TX 78599

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $567.94 | $567.94 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.4111.** **Priority creditor's name and mailing address**

MARTINEZ, CASSIDY S
1001 S. MEADOWS PKWY
612
RENO NV 89521

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,000.43 | $7,000.43 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.4112.** **Priority creditor's name and mailing address**

MARTINEZ, CHRISTINA M
501 OLA LANE
ALLEN TX 75013

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $566.53 | $566.53 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4113.** **Priority creditor's name and mailing address**

MARTINEZ, CLARIZA G
1302 N MARYLAND ST
CARROLLTON TX 75006

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $298.04 | $298.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4114.** **Priority creditor's name and mailing address**

MARTINEZ, CRISTINA M
3600 S CENTRAL AVE
CICERO IL 60804

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $159.07 | $159.07 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4115.** **Priority creditor's name and mailing address**

MARTINEZ, CYNTHIA A
877 LAVOIE AVENUE
ELGIN IL 60120

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $397.98 | $397.98 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4116.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.4116.**

**Priority creditor's name and mailing address**

MARTINEZ, DESTINY A
1400 ISLETON PL
#1
OXNARD CA 93030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $24.36

**Priority amount** $24.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4117.**

**Priority creditor's name and mailing address**

MARTINEZ, ELIZABETH
5167 ROEDER RD
SAN JOSE CA 95111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $576.30

**Priority amount** $576.30

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4118.**

**Priority creditor's name and mailing address**

MARTINEZ, ESTEFANI
6309 ELGIN ST
LOS ANGELES CA 90042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $48.00

**Priority amount** $48.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4119.** **Priority creditor's name and mailing address**

MARTINEZ, FELISA
6851 TAMARUS STREET UNIT 104
LAS VEGAS NV 89119

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,281.63 | $1,281.63 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4120.** **Priority creditor's name and mailing address**

MARTINEZ, GISSELLE
33647 5TH ST
UNION CITY CA 94587-2420

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,621.05 | $1,621.05 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4121.** **Priority creditor's name and mailing address**

MARTINEZ, GRACE L
15321 RINGNECK ST
ROANOKE TX 76262

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $239.63 | $239.63 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4122.** **Priority creditor's name and mailing address**

MARTINEZ, ISEL D
662 TUMBLEWEED
CHAPARRAL NM 88081

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,438.50 | $2,438.50 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4123.** **Priority creditor's name and mailing address**

MARTINEZ, JAZMIN I
3784 KIT FOX ST
LAS VEGAS NV 89122

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.41 | $25.41 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4124.** **Priority creditor's name and mailing address**

MARTINEZ, JENNIFER
3201 LOYOLA DR
KENNER LA 70065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $112.97 | $112.97 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.4125. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4125.** **Priority creditor's name and mailing address**

MARTINEZ, JORDANIA
94-07 82ND PL
OZONE PARK NY 11416

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**       **Priority amount**
$474.15               $474.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4126.** **Priority creditor's name and mailing address**

MARTINEZ, JOSELYN
7770 LAYDEN LN
COMMERCE CITY CO 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**       **Priority amount**
$86.25                $86.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4127.** **Priority creditor's name and mailing address**

MARTINEZ, JUANITA M
4200 MAYBROOK DRIVE LOT #34
GREENSBORO NC 27405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**       **Priority amount**
$173.02               $173.02

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.4128.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

MARTINEZ, JULIET E
7546 STEWART AND GRAY RD
101
DOWNEY CA 90241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$155.76

**Priority amount**
$155.76

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4129.** **Priority creditor's name and mailing address**

MARTINEZ, KAREN J
6568 N RAISINA
FRESNO CA 93710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$67.20

**Priority amount**
$67.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4130.** **Priority creditor's name and mailing address**

MARTINEZ, KATHERINE Z
6130 W 21 CT
104
HIALEAH FL 33016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$419.82

**Priority amount**
$419.82

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

| 2.4131. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

2.4131. **Priority creditor's name and mailing address**

MARTINEZ, KIMBERLY
3 BERNIUS CT
JERSEY CITY NJ 07304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $635.25

**Priority amount**  $635.25

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.4132. **Priority creditor's name and mailing address**

MARTINEZ, LEXY V
311 NORTH GEORGIA
MERCEDES TX 78570

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $64.68

**Priority amount**  $64.68

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.4133. **Priority creditor's name and mailing address**

MARTINEZ, LIZBETH
6835 SIMI PL.
SAN DIEGO CA 92139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $240.12

**Priority amount**  $240.12

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4134.** **Priority creditor's name and mailing address**

MARTINEZ, LYNN M
9551 BARLOW SPRINGS LN
HUMBLE TX 77396

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $92.35 | $92.35 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4135.** **Priority creditor's name and mailing address**

MARTINEZ, MARIA D
1292 SE 9TH STREET
HOMESTEAD FL 33035

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,500.80 | $3,500.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4136.** **Priority creditor's name and mailing address**

MARTINEZ, MARIA D
1292 SE 9TH STREET
HOMESTEAD FL 33035

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,726.16 | $1,726.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.4137.** **Priority creditor's name and mailing address**

MARTINEZ, MARIA YASMIN
2535 EDGEWOOD AVE NE
SALEM OR 97301

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $112.24 | $112.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4138.** **Priority creditor's name and mailing address**

MARTINEZ, MARLENY
53551 HARRISON ST.
124
COACHELLA CA 92236

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.52 | $146.52 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4139.** **Priority creditor's name and mailing address**

MARTINEZ, MEAGAN
2602 DUNCAN DR
AMARILLO TX 79109

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $83.55 | $83.55 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

---

**2.4140.** **Priority creditor's name and mailing address**

MARTINEZ, MEGHAN M
2505 SUNBURST LN
PEARLAND TX 77584-3176

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,184.04 | $2,184.04 |

**Nonpriority amount**

$0.00

---

**2.4141.** **Priority creditor's name and mailing address**

MARTINEZ, MELISSA M
5318 KADENA GARDEN CT
NORTH LAS VEGAS NV 89031

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $422.43 | $422.43 |

**Nonpriority amount**

$0.00

---

**2.4142.** **Priority creditor's name and mailing address**

MARTINEZ, MONICA
3648 W 71ST ST
CHICAGO IL 60629

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,401.54 | $2,401.54 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**2.4143.** **Priority creditor's name and mailing address**

MARTINEZ, NADYIA A
3315 MESA VERDE
GRAND PRAIRIE TX 75052

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.13 | $31.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4144.** **Priority creditor's name and mailing address**

MARTINEZ, NANCY B
819 PARK AVE
APT 1
HOBOKEN NJ 07030

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,272.90 | $4,272.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4145.** **Priority creditor's name and mailing address**

MARTINEZ, NAOMI L
250 MAIN ST
18
SPOTSWOOD NJ 08884

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $149.30 | $149.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| 2.4146. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4146. Priority creditor's name and mailing address**

MARTINEZ, NICOLE A
4916 N. HARLEM AVE
APT 2E
HARWOOD HEIGHTS IL 60706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $166.65
**Priority amount** $166.65

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4147. Priority creditor's name and mailing address**

MARTINEZ, PATRICIA E
340 WARTHAN ST
COALINGA CA 93210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $68.64
**Priority amount** $68.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4148. Priority creditor's name and mailing address**

MARTINEZ, REBECCA G
19451 E. RYAN RD
QUEEN CREEK AZ 85142

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,479.97
**Priority amount** $1,479.97

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4149. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4149. **Priority creditor's name and mailing address**

MARTINEZ, SAMANTHA
19790 NW 52ND PLACE
MIAMI FL 33055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $559.22

**Priority amount** $559.22

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.4150. **Priority creditor's name and mailing address**

MARTINEZ, SAMERA R
5720 FRISCO SQUARE BLVD
2012
FRISCO TX 75033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $34.87

**Priority amount** $34.87

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.4151. **Priority creditor's name and mailing address**

MARTINEZ, SIANI
4428 COMLY ST
PHILADELPHIA PA 19135

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $585.42

**Priority amount** $585.42

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4152.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $3,316.04 | $3,316.04

MARTINEZ, STEVEN M
1375 MARCY ST
AKRON OH 44301

☐ Contingent
☐ Unliquidated        **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

---

**2.4153.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $129.35 | $129.35

MARTINEZ, VERONICA
12413 RUSH STREET
EL MONTE CA 91733

☐ Contingent
☐ Unliquidated        **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

---

**2.4154.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $644.01 | $644.01

MARTINEZ, VICTORIA
4514 24TH STREET
DICKINSON TX 77539

☐ Contingent
☐ Unliquidated        **Nonpriority amount**
☐ Disputed
$0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.4155.** **Priority creditor's name and mailing address**

MARTINEZ, VICTORIA M
3102 EAST 65TH STREET
APT 204
INVER GROVE MN 55076

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,746.86 | $2,746.86 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4156.** **Priority creditor's name and mailing address**

MARTINEZ, YADIRA
1761 BOATSWAIN LN
PERRIS CA 92571

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $779.26 | $779.26 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4157.** **Priority creditor's name and mailing address**

MARTINEZ, YESENIA
2823 W20TH STREET
1R
BROOKLYN NY 11224

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $376.80 | $376.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4158.** **Priority creditor's name and mailing address**

MARTINEZ-COLLAZO, DESIREE
11024 W OKLAHOMA AVE
APT 509
WEST ALLIS WI 53227-4069

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,018.67 | $1,018.67 |

**Nonpriority amount**

$0.00

**2.4159.** **Priority creditor's name and mailing address**

MARTINEZ-RAYA, JULISSA N
214 BARRINGTON DR.
HAINES CITY FL 33845

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $441.53 | $441.53 |

**Nonpriority amount**

$0.00

**2.4160.** **Priority creditor's name and mailing address**

MARTINS, FRANCISCA V
73 MOSHER ST
1
NEW BEDFORD MA 02744

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $82.68 | $82.68 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

2.4161.  **Priority creditor's name and mailing address**

MARTIRE, CYNTHIA M
9930 HARLINGTON STREET
CANTONMENT FL 32533

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,841.53 | $3,841.53 |

**Nonpriority amount**

$0.00

2.4162.  **Priority creditor's name and mailing address**

MARTY, GISSELLE M
7106 SUMMIT DR
WINTER HAVEN FL 33884

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $73.35 | $73.35 |

**Nonpriority amount**

$0.00

2.4163.  **Priority creditor's name and mailing address**

MARX, ASHLEY T
856 ASHBURN WAY
WOOLWICH TOWNSHIP NJ 08085

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $408.10 | $408.10 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                                      Case number *(if known)* **19-10214**

**2.4164.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.4164.** **Priority creditor's name and mailing address**

MARX, SAVANNAH
251 CORDELL CIRCLE
JACKSONVILLE NC 28540

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $140.07 | $140.07 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4165.** **Priority creditor's name and mailing address**

MARZIOTTO, DOMINIQUE
2811 TORI OAK TRAIL
CORINTH TX 76210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $102.44 | $102.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4166.** **Priority creditor's name and mailing address**

MASCORRO, LORENA R
110 LEGION WAY SE
207
OLYMPIA WA 98501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $733.34 | $733.34 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| 2.4167. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4167.** **Priority creditor's name and mailing address**

MASLANKA, MADALINE M
2231 TECHNOLOGY DRIVE
105
CONWAY SC 29526

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $113.41 | $113.41 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4168.** **Priority creditor's name and mailing address**

MASON, ANTOINETTE
10203 GLEN WAY
FORT WASHINGTON MD 20744

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $219.14 | $219.14 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4169.** **Priority creditor's name and mailing address**

MASON, LINNEA B
891 WHITE PINE DRIVE
APT C
DECATUR GA 30032

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $223.52 | $223.52 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4170.** **Priority creditor's name and mailing address**

MASSENAT, OREL
9 CANOE BIRCH CT
BERLIN CT 06037-4088

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,419.82 | $3,419.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4171.** **Priority creditor's name and mailing address**

MASSENGALE, TAYLOR R
865 VIKING CIRCLE
UNIT 406
BELLINGHAM WA 98229

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $244.80 | $244.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4172.** **Priority creditor's name and mailing address**

MASSEY, ANIKA K
1512 PICHARD ST
GREENSBORO NC 27401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.75 | $74.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4173.** **Priority creditor's name and mailing address**

MASSIE, TIFFANY J
174 NORTHWOOD AVENUE
FRANKLIN FURNACE OH 45629

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,795.21 | $1,795.21 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.4174.** **Priority creditor's name and mailing address**

MASTRIANNI, JOELI
2 ADVOCATE PLACE
DANBURY CT 06810

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $584.33 | $584.33 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.4175.** **Priority creditor's name and mailing address**

MASULIT, CHAERAI J
19910 15TH AVE EAST
SPANAWAY WA 98387

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,358.55 | $1,358.55 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.4176.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

MATA, ARIEL L
32456 BERGAMO CT
TEMECULA CA 92592

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $262.44
Priority amount: $262.44

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4177.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

MATA, WENDY J
14902 ROSCOE BLVD
APT 14
PANORAMA CITY CA 91402-4675

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,573.85
Priority amount: $3,573.85

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4178.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

MATAMOROS, ADAMARIS L
28436 RANGERVILLE RD
HARLINGEN TX 78552

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $66.85
Priority amount: $66.85

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.4179. | **Priority creditor's name and mailing address** | $543.34 | $543.34 |

MATAU, CASSANDRA S
1410 NORTH 19TH STREET
GRAND JUNCTION CO 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.4180. | **Priority creditor's name and mailing address** | $371.05 | $371.05 |

MATHAI, ANN S
3609 SAGE BRUSH PL.
YUKON OK 73099

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.4181. | **Priority creditor's name and mailing address** | $1,203.66 | $1,203.66 |

MATHEUS, JILLIAN M
165 WINTHROP ST EASTHAM 115
325 SAGAMORE
TAUNTON MA 02780

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.4182.** **Priority creditor's name and mailing address**

MATHEWSON-THOMAS, ALEXA
2213 S EVERGREEN RD
TEMPE AZ 85282

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $105.27 | $105.27 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4183.** **Priority creditor's name and mailing address**

MATIAS, ELIZABETH
2257 HURLEY WAY APT 86
SACRAMENTO CA 95825

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $511.24 | $511.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4184.** **Priority creditor's name and mailing address**

MATLOCK, BRIANNA L
8467 MELROSE LN
EL CAJON CA 92021

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.20 | $175.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.4185. | **Priority creditor's name and mailing address** | | |

2.4185.  **Priority creditor's name and mailing address**

MATSON-TERRY, CHASADEE N
108 BOMBADILL BLVD
WRIGHT CITY MO 63390

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $94.17 | $94.17 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4186.  **Priority creditor's name and mailing address**

MATSOS, KAELYN K
13363 LONGTIN ST.
SOUTHGATE MI 48195

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $313.58 | $313.58 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4187.  **Priority creditor's name and mailing address**

MATTERN, BRIANNE A
1560 ALABASTER WAY
APT C
FAYTTEVILLE NC 28314

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $593.28 | $593.28 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4188. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MATTHEW, AMANDA<br>255 THE PRESERVE DR<br>ATHENS GA 30606 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $120.02 | $120.02<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.4189. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MATTHEW, ARIELLE A<br>2240 NW 1ST STREET<br>BOYNTON BEACH FL 33435 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $370.07 | $370.07<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.4190. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MATTHEWS, ANIAH<br>9419 MERRYREST RD<br>COLUMBIA MD 21045 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $223.21 | $223.21<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4191.** **Priority creditor's name and mailing address**

MATTHEWS, JESSICA R
711 THOMPSON DRIVE
APT 106A
PRAIRE VIEW TX 77445

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.24 | $76.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4192.** **Priority creditor's name and mailing address**

MATTHEWS, NICKIE
1667 WESTGATE DR
APT 201
YORK PA 17408-6342

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,196.48 | $1,196.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4193.** **Priority creditor's name and mailing address**

MATUS, HERMIE JULIETTE J
986 ADIRONDACK PLACE
CHULA VISTA CA 91914

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $228.00 | $228.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4194.** **Priority creditor's name and mailing address**

MATUSHESKI, ROSE A
216 FARVIEW ROAD
EAST NORRITON PA 19401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $131.71 | $131.71 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4195.** **Priority creditor's name and mailing address**

MATYUSHINA, LYUBOV A
17 BELLINGER CT
REISTERSTOWN MD 21136

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $232.30 | $232.30 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4196.** **Priority creditor's name and mailing address**

MAURICIO, MA CRISTINA A
25650 INTERSTATE 45
1504
SPRING TX 77386

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.03 | $146.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4197. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MAXISON, ALEXUS A<br>2322 NORTH IDAHO STREEET<br>PEORIA IL 61604 | *Check all that apply.* | $20.21 | $20.21 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.4198. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MAXWELL, ASHLEY N<br>233 CHALMER'S COURT APT 1C<br>BERRYVILLE VA 22611 | *Check all that apply.* | $2,949.65 | $2,949.65 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.4199. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MAXWELL, BETH A<br>56 FALMOUTH ROAD<br>YARDVILLE NJ 08620 | *Check all that apply.* | $32.16 | $32.16 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4200.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MAXWELL, CHRISHUNDA B
377 GRANT AVE
MACON GA 31201

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $479.22
Priority amount: $479.22

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4201.** | **Priority creditor's name and mailing address**

MAXWELL, MORGAN E
1700 RANKIN LANE
215
EVANSVILLE IN 47712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $90.84
**Priority amount**    $90.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4202.** | **Priority creditor's name and mailing address**

MAY, RAYNA K
5120 N SUGAR HILLS DRIVE
GREENFIELD IN 46140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $1,405.73
**Priority amount**    $1,405.73

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4203.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

MAY, VICTORIA L
3707 E BARRINGTON DR
APT 104
BLOOMINGTON IN 47408

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,508.15
Priority amount: $2,508.15

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4204.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

MAYCROFT, JESSICA N
2140 FILONOW
MUSKEGON MI 49444

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $31.51
Priority amount: $31.51

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4205.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

MAYES, CHELSEA N
7950 CROSSROADS DR. APT 913
NORTH CHARLESTON SC 29486

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $178.10
Priority amount: $178.10

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4206.** **Priority creditor's name and mailing address**

MAYES, KINNITHEA A
1225 HEATHERS MIST AVE
APT. 301
CHARLOTTE NC 28213

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,129.50 | $1,129.50 |

**Nonpriority amount**

$0.00

---

**2.4207.** **Priority creditor's name and mailing address**

MAYFIELD, JASMINE N
3533 BRICK CHURCH PIKE
NASHVILLE TN 37207

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $58.83 | $58.83 |

**Nonpriority amount**

$0.00

---

**2.4208.** **Priority creditor's name and mailing address**

MAYKO, NATALIE
57 QUEEN ST
HOLYOKE MA 01040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.86 | $76.86 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                        Case number *(if known)* **19-10214**

| 2.4209. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4209. **Priority creditor's name and mailing address**

MAYNARD, MARLEE
4019 FONTANA PL
VALRICO FL 33596

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $214.29 | $214.29 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4210. **Priority creditor's name and mailing address**

MAYNOR, KRISTA N
300 CRESCENT DR.
120
VACAVILLE CA 95688

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,085.62 | $1,085.62 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4211. **Priority creditor's name and mailing address**

MAYO, ALLIYAH
132 BROOKLYN STANHOPE ROAD
STANHOPE NJ 07874

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $219.28 | $219.28 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4212. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4212. Priority creditor's name and mailing address**

MAZON, MADISON J
24545 SW 13TH LANE
NEWBERRY FL 32669

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.75 | $72.75 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.4213. Priority creditor's name and mailing address**

MAZUR, MADISON M
19245 MARINE VIEW DR. SW
NORMANDY PARK WA 98166

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $256.92 | $256.92 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.4214. Priority creditor's name and mailing address**

MAZZUCCO, AMANDA R
26 HUNTINGTON PARKWAY
HAMLIN NY 14464

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $87.58 | $87.58 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                                      Case number *(if known)* **19-10214**

---

**2.4215.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MAZZULLA, ALYSSA K
9 VIOLET STREET
JOHNSTON RI 02919

*Check all that apply.*                $33.81          $33.81

☐ Contingent
☐ Unliquidated                                          **Nonpriority amount**
☐ Disputed
                                                                  $0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.4216.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MC DOWELL, ERICKA D
332 N JEFFERSON STREET
B3
ALLENTOWN PA 18102

*Check all that apply.*                $1,834.42       $1,834.42

☐ Contingent
☐ Unliquidated                                          **Nonpriority amount**
☐ Disputed
                                                                  $0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.4217.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MC ILVAINE, JAMES
2250 MARY ST
#205
PITTSBURGH PA 15203

*Check all that apply.*                $7,670.44       $7,670.44

☐ Contingent
☐ Unliquidated                                          **Nonpriority amount**
☐ Disputed
                                                                  $0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

2.4218.  **Priority creditor's name and mailing address**

MCADAMS, ASHLEY M
503 BRENTWOOD DRIVE
MADISON AL 35758

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $448.33 | $448.33 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.4219.  **Priority creditor's name and mailing address**

MCAFEE, MERCEDES L
274 EAST PARK AVE
BARBERTON OH 44203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $205.80 | $205.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.4220.  **Priority creditor's name and mailing address**

MCALISTER, KAYLA
169 NEILLS CREEK ROAD
LILLINGTON NC 27546

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.60 | $107.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | | |
|---|---|---|---|---|
| 2.4221. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

2.4221. **Priority creditor's name and mailing address**

MCALL, BRAE'LYNN J
1730 PUTNAM AVE #8
NORMAL IL 61761

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $32.59

**Priority amount** $32.59

**Nonpriority amount**
$0.00

---

2.4222. **Priority creditor's name and mailing address**

MCALLISTER, BRITTNEY N
13001 PATAMON WAY
301
WOODBRIDGE VA 22192

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $69.53

**Priority amount** $69.53

**Nonpriority amount**
$0.00

---

2.4223. **Priority creditor's name and mailing address**

MCALPINE, KYLIE
726 EAST MICHIGAN ST
UNIT 151
ORLANDO FL 32806

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $66.05

**Priority amount** $66.05

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

**2.4224.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

| | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $2,214.47 | **Priority amount** $2,214.47 |

MCARTHUR, SAMUEL J
12160 SAGEMEADOW LN
MARYLAND HEIGHTS MO 63043-2121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4225.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $224.00 | **Priority amount** $224.00 |

MCARTHUR, SHAYLA C
9040 WALTHAM WOODS RD.
APT C
PARKVILLE MD 21234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4226.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $57.06 | **Priority amount** $57.06 |

MCBRIDE, AUTUMN T
635 PITTSBURGH ST
FLOOR 2
EAST MCKEESPORT PA 15035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

**2.4227.** **Priority creditor's name and mailing address**

MCBRIDE, EMONEE
33640 N. IDLEWILD DR.
GRAYSLAKE IL 60030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $61.30 | $61.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4228.** **Priority creditor's name and mailing address**

MCCABE, REBECCA
83 SUMMIT ST
MALDEN MA 02148

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $713.44 | $713.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4229.** **Priority creditor's name and mailing address**

MCCABE, REBECCA K
206 HWY 1131
#3
VIDOR TX 77662

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $180.54 | $180.54 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.4230.** **Priority creditor's name and mailing address**

MCCABE, TAYLOR R
HC 61 BOX 162
WINSLOW AZ 86047

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $252.84 | $252.84 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4231.** **Priority creditor's name and mailing address**

MCCAIN, MAKENZIE
1909 KESSLER BLVD
SOUTH BEND IN 46616

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $82.91 | $82.91 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4232.** **Priority creditor's name and mailing address**

MCCALLA, CASSANDRA
86 DAVIS STREET
FALLRIVER MA 02720

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.24 | $96.24 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.4233. **Priority creditor's name and mailing address**

MCCANTS, AUTUMN
105 GIBSON ST
BUFFALO NY 14212

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $170.72 | $170.72 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4234. **Priority creditor's name and mailing address**

MCCLAIN, SADE Q
1018 GLENWOOD STATION LN.
CHARLOTTESVILLE VA 22901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $687.33 | $687.33 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4235. **Priority creditor's name and mailing address**

MCCLARY, AALIYAH C
6737 BURBAGE LAKE CIRCLE
SUFFOLK VA 23435

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $407.60 | $407.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.4236.** **Priority creditor's name and mailing address**

MCCLEAN, LAUREN A
4925 AUDUBON OAKS DR
MARRERO LA 70072-6694

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $475.47 | $475.47 |

**Nonpriority amount**

$0.00

---

**2.4237.** **Priority creditor's name and mailing address**

MCCLELLAND, CRYSTAL A
108 RITA LANE
HAMPSTEAD NC 28443

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,132.86 | $3,132.86 |

**Nonpriority amount**

$0.00

---

**2.4238.** **Priority creditor's name and mailing address**

MCCLELLAND, KAYLARENEE C
5607 HORSESHOE BEND RD
LIBERTY TOWNSHIP OH 45011

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.82 | $175.82 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.4239.** **Priority creditor's name and mailing address**

MCCLENDON, SHAMARIA
3219 COLLEGE STREET
SAVANNAH GA 31404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $166.19 | $166.19 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4240.** **Priority creditor's name and mailing address**

MCCLESKEY, JOSEPH L
2234 SUSSEX DR.
GARLAND TX 75041

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,335.69 | $1,335.69 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4241.** **Priority creditor's name and mailing address**

MCCLINTOCK, JACQUELINE A
3066 BLITZ CT
VIRGINIA BEACH VA 23453

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.32 | $153.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

**2.4242.** **Priority creditor's name and mailing address**

MCCLOUD, BRIANNA M
90 OTIS STREET
ROCHESTER NY 14606

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $228.33 | $228.33 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.4243.** **Priority creditor's name and mailing address**

MCCOLLUM, SIERRA L
10325 ANNETTA AVE
SOUTH GATE CA 90280

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $145.92 | $145.92 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.4244.** **Priority creditor's name and mailing address**

MCCOLLUM, TALISA S
6709 CHURCH STREET
SELLERS SC 29592

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $105.52 | $105.52 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.4245.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

MCCORD, ELIZABETH A
3950 TARAVUE LANE APT A
MEHLVILLE MO 63125

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $116.62
Priority amount: $116.62

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4246.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

MCCOY, ESSENCE
1380 WILLOW BEND DR
SNELLVILLE GA 30078

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $122.36
Priority amount: $122.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4247.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

MCCOY, NIA C
308 HANCOCK DR.
TUPELO MS 38801

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $67.48
Priority amount: $67.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.4248. | **Priority creditor's name and mailing address** | $311.00 | $311.00 |

**Priority creditor's name and mailing address**

MCCRACKEN COUNTY TAX
ADMINISTRATOR
PO BOX 2658
PADUCAH KY 42002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $311.00 | $311.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

02/04/18-02/02/19

**Last 4 digits of account number:** 7335

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.4249.    **Priority creditor's name and mailing address**

MCCRACKEN, TYLOR N
717 CONNECTICUT
LAWRENCE KS 66044-2870

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $5,412.24 | $5,412.24 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4250.    **Priority creditor's name and mailing address**

MCCRAY, DERISHIA J
150 CLUBHOUSE DR
APT 9
ROANOKE VA 24019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $157.66 | $157.66 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

---

**2.4251.** **Priority creditor's name and mailing address**

MCCREE, SHERELL M
19560 ROAD STREET
19560 ROAD STR
CITRONELLE AL 36522

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $162.29 | $162.29 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4252.** **Priority creditor's name and mailing address**

MCCRIMMON, JAKIRA T
4517 JUDSON ROAD
DILLON SC 29536

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.28 | $129.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4253.** **Priority creditor's name and mailing address**

MCCULLEN, DANAISHA T
2228 BELLAMY CIRCLE
123
GREENVILLE NC 27858

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $157.25 | $157.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.4254. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4254.** **Priority creditor's name and mailing address**

MCCULLOUGH, BRIANNA A
67 COLMBUS AVE
CENTRAL ISLIP NY 11722

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $67.44 | $67.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4255.** **Priority creditor's name and mailing address**

MCDANIEL, CATHERINE
29 HOMER AVE
BUFFALO NY 14216-2301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $772.16 | $772.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4256.** **Priority creditor's name and mailing address**

MCDANIEL, JOY A
8020 ORWIN MANOR LANE
201
CHARLOTTE NC 28216

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $36.97 | $36.97 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4257.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.4257.** **Priority creditor's name and mailing address**

MCDERMOTT, ERIN C
91 POTTER DR.
3
BELLEVILLE MI 48111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $804.00 | $804.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4258.** **Priority creditor's name and mailing address**

MCDONAGH, COLLEEN
203 WEST ORCHARD PL
MOUNT PROSPECT IL 60056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $3,024.12 | $3,024.12 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4259.** **Priority creditor's name and mailing address**

MCDONALD, CHEYENNE M
2840 WOODLAND HILLS DRIVE APT
COLORADO SPRINGS CO 80918

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $637.14 | $637.14 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.4260.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MCDONALD, JESS R
5684 MAYBERRY SQ N APT 4
SYLVANIA OH 43560

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $78.66

**Priority amount** $78.66

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4261.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MCDONALD, KAYLA S
4305 SILVER VALLEY DRIVE
COLUMBIA MO 65203

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $108.53

**Priority amount** $108.53

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4262.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MCDONALD, MONICA S
8840 SUNSET STRIP
SUNRISE FL 33322

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $88.58

**Priority amount** $88.58

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.4263.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MCDOWELL, SAMANTHA R
263 GOLF COURSE ROAD
SOUTH BURLINGTON VT 05403

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$42.58 | $42.58

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4264.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MCELVY, JENNIFER L
160 SPRING VALLEY AVE
SEBASTIAN FL 32958

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$662.35 | $662.35

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4265.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MCELWEE, JULIA R
116 PINE ST REAR
WEIRTON WV 26062

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$102.81 | $102.81

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4266.** **Priority creditor's name and mailing address**

MCEWEN, NANCY D
4305 HEYWARD STREET
NORTH PORT FL 34291

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,013.62 | $3,013.62 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.4267.** **Priority creditor's name and mailing address**

MCFARLANE, ASHLEY E
2615 DELRIDGE DR SW
LILBURN GA 30047

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $458.43 | $458.43 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.4268.** **Priority creditor's name and mailing address**

MCGAW, MIRANDA
927 WASHINGTON STREET
13603 US ROUTE
OGDENSBURG NY 13669

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $149.08 | $149.08 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4269.** **Priority creditor's name and mailing address**

MCGEE, BRANDY
21836 GRANDY ST.
CLINTON TOWNSHIP MI 48035

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $174.00 | $174.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4270.** **Priority creditor's name and mailing address**

MCGEE, CHEYANN L
577 REDBUD LANE
MALONE UNIVERS
XENIA OH 45385

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $305.07 | $305.07 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4271.** **Priority creditor's name and mailing address**

MCGILL, HUNTER B
16198 ESKES STREET
LANSING MI 48906

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $162.06 | $162.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.4272.** **Priority creditor's name and mailing address**

MCGILL, KORIANE L
710 PUMEHANA STREET
6
HONOLULU HI 96826

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $611.63 | $611.63 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4273.** **Priority creditor's name and mailing address**

MCGILL, SHANTEKIA A
2615 LEJUENE DR
APT 4304
BILOXI MS 39531

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,013.76 | $1,013.76 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4274.** **Priority creditor's name and mailing address**

MCGLOCKLIN, ALLISON A
34948 FOREST ESTATES RD
EVERGREEN CO 80439

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $533.76 | $533.76 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4275.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**2.4275.**

**Priority creditor's name and mailing address**

MCGLUEN, LATERRIA
3583 BAYLISS AVE
MEMPHIS TN 38122-1202

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $222.60 | $222.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4276.**

**Priority creditor's name and mailing address**

MCGREW, SIAH
5751 S. MLK BLVD.
LANSING MI 48911

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $127.19 | $127.19 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4277.**

**Priority creditor's name and mailing address**

MCGUIRE, KAYLEAH
22 CYPRESS LANE
YORKTOWN HEIGHTS NY 10598

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $308.04 | $308.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.4278.** **Priority creditor's name and mailing address**

MCGUIRE. JERRI R.
2139 SLOW STREAM DRIVE
ROYSE CITY TX 75189

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $347.39 | $347.39 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4279.** **Priority creditor's name and mailing address**

MCHANEY. JERRIET J.
10374 MOJESKA SUMMIT ROAD
CORONA CA 92883

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $11,323.67 | $11,323.67 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4280.** **Priority creditor's name and mailing address**

MCKAY, YAKIRA B
862 HANNEMAN DRIVE
APT 208
LINCOLN NE 68522

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $116.82 | $116.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor      **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.4281. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.4281.  **Priority creditor's name and mailing address**

MCKELVEY, SUMER
1198 PARKVIEW DR
TWIN FALLS ID 83301

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.59 | $72.59 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.4282.  **Priority creditor's name and mailing address**

MCKENNA, HANNAH G
1663 RICHMOND DRIVE
LOUISVILLE KY 40205

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $111.48 | $111.48 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.4283.  **Priority creditor's name and mailing address**

MCKENZIE, BRITTANY K
1691 OAK AVE.
MUSKEGON MI 49442

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $557.97 | $557.97 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | | |
|---|---|---|---|---|
| 2.4284. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | MCKENZIE, JENNIFER<br>1426 WRIGHTWOOD<br>SAN BERNARDINO CA 92407 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42.24 | $42.24<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| | | | | |
|---|---|---|---|---|
| 2.4285. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | MCKINLEY, LIEZEL M<br>300 EUPHORIA CIR<br>CARY NC 27519 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $334.81 | $334.81<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| | | | | |
|---|---|---|---|---|
| 2.4286. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | MCKINNEY, ALLISON K<br>5644 FLAGLER ST<br>HOLLYWOOD FL 33023 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.97 | $25.97<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.4287. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4287.** **Priority creditor's name and mailing address**

MCKINNEY, BRIANNA J
1512 ARTHUR BLVD
LAKELAND FL 33801

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $539.70 | $539.70 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4288.** **Priority creditor's name and mailing address**

MCKISSACK, ALEXANDRIA A
5608 HICKORY PARK DRIVE
ANTIOCH TN 37013

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $226.10 | $226.10 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4289.** **Priority creditor's name and mailing address**

MCLAIN, JORDAN F
7708 MCKAIG ROAD
FREDERICK MD 21701

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $219.98 | $219.98 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.4290.** **Priority creditor's name and mailing address**

MCLAUGHLIN, BAILEY R
248 OLIVER EDWARDS ROAD
JONESBOROUGH TN 37659

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $90.85 | $90.85 |

**Nonpriority amount**

$0.00

**2.4291.** **Priority creditor's name and mailing address**

MCLAUGHLIN, HAYLEY
1327 S OWL DR
GILBERT AZ 85296

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $212.30 | $212.30 |

**Nonpriority amount**

$0.00

**2.4292.** **Priority creditor's name and mailing address**

MCLAUGHLIN, JALYNN
4110 NEVADA AVE N
8
NEW HOPE MN 55427

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.76 | $129.76 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.4293.** **Priority creditor's name and mailing address**

MCLAURIN, SHANIKA A
706 LOUISE DR W
MOBILE AL AL 36606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $14.70 | $14.70 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.4294.** **Priority creditor's name and mailing address**

MCLAY, SONYA L
54 BERLIN ST
SOUTHINGTON CT 06489

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $86.36 | $86.36 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.4295.** **Priority creditor's name and mailing address**

MCLEAN, XIALEA
6600 TELEPHONE RD
1004
VENTURA CA 93003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $187.56 | $187.56 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4296.** **Priority creditor's name and mailing address**

MCLENNAN COUNTY
TAX STATEMENT
P.O. BOX 406
WACO TX 76703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,208.98 | $4,208.98 |

**Nonpriority amount**

$0.00

---

**2.4297.** **Priority creditor's name and mailing address**

MCLEOD, DEANNA A
1108 JULIP LANE
FLORENCE SC 29505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $215.72 | $215.72 |

**Nonpriority amount**

$0.00

---

**2.4298.** **Priority creditor's name and mailing address**

MCMAHON, NATASAREA
3497 WILLOW TREE TRACE
DECATUR GA 30034

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,333.21 | $2,333.21 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.4299.** **Priority creditor's name and mailing address**

MCMAHON, SHANNON
3 COMMODORE HULL DRIVE
DERBY CT 06418

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $533.59 | $533.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4300.** **Priority creditor's name and mailing address**

MCMAHON, THOMAS M
4326 GARSTVIEW CIRCLE
ROANOKE VA 24018

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,178.16 | $5,178.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4301.** **Priority creditor's name and mailing address**

MCMENIMEN, ANGIE
21 FELTON ST
SAUGUS MA 01906

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $123.84 | $123.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**2.4302.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MCMILLAN, ASHTON<br>1007 1/2 8TH AVE WEST<br>BIRMINGHAM AL 35204 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $433.40<br><br>**Nonpriority amount**<br>$0.00 | $433.40 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

**2.4303.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MCMILLAN, ERNESHA C<br>7501 WEAVER AVE<br>NEW ORLEANS LA 70127 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $307.88<br><br>**Nonpriority amount**<br>$0.00 | $307.88 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

**2.4304.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MCMILLION, ASISHA<br>1125 NORTH PATRICIA AVENUE<br>GONZALES LA 70737 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,732.84<br><br>**Nonpriority amount**<br>$0.00 | $1,732.84 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4305. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4305.** **Priority creditor's name and mailing address**

MCMORRIS, KORI
125 DENBY CIRCLE
COLUMBIA SC 29229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $659.59 | $659.59 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4306.** **Priority creditor's name and mailing address**

MCNAIR, AMEERAH A
5111 PARTRIDGE STREET
DURHAM NC 27704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $438.90 | $438.90 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4307.** **Priority creditor's name and mailing address**

MCNAMARA, EMILY E
2583 MASON LANE
HOLT MI 48842

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $64.57 | $64.57 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                         Case number *(if known)* **19-10214**

---

**2.4308.** **Priority creditor's name and mailing address**

MCNEAL, JAMYA
17 BURTON DR
MONROE LA 71202

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $202.28 | $202.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4309.** **Priority creditor's name and mailing address**

MCNEAL, LAURYN R
6207 LANCE COURT
SUFFOLK VA 23435

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $68.00 | $68.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4310.** **Priority creditor's name and mailing address**

MCNEELY, CARISSA L
3750 LAURA COURT
BYRNES MILL MO 63051

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,098.96 | $1,098.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

**2.4311.** **Priority creditor's name and mailing address**

MCNEIL, JORDAN E
17 HOLLY DRIVE
DARTMOUTH MA 02747

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $466.22 | $466.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4312.** **Priority creditor's name and mailing address**

MCNEILL, TAQUIA L
141 AYLESBURY RD
GOOSE CREEK SC 29445

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.49 | $34.49 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4313.** **Priority creditor's name and mailing address**

MCPHERSON, HAILEY K
3650 IDLEWOOD PARKWAY
APT 1807
INDIANAPOLIS IN 46214

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,727.58 | $5,727.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4314.** **Priority creditor's name and mailing address**

MCQUEEN, KENYA D
201 SAMARA STREET APR 14-C
SPARTANBURG SC 29303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $337.70 | $337.70 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4315.** **Priority creditor's name and mailing address**

MCSORLEY, SHANNON N
72 WASHINGTON STREET
LONG BRANCH NJ 07740

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $75.66 | $75.66 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4316.** **Priority creditor's name and mailing address**

MCVAY, JORDAN
724 DUGAN REED STREET
EL DORADO AR 71730

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $600.19 | $600.19 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**2.4317.** **Priority creditor's name and mailing address**

MEADOWS, KAYLA
2602 MONROE STREET
PADUCAH KY 42001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $248.92 | $248.92 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4318.** **Priority creditor's name and mailing address**

MEADOWS, NYDIA K
1013 CARRIN DR
TALLAHASSEE FL 32311

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $390.73 | $390.73 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4319.** **Priority creditor's name and mailing address**

MEADOWS, SHELBY
860 WATKINS GLEN BLVD
MARYSVILLE OH 43040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $39.16 | $39.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4320.** **Priority creditor's name and mailing address**

MEANS, CHELSEA M
8230 MOSSBERG DRIVE NORTH
THEODORE AL 36582

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $98.86 | $98.86 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4321.** **Priority creditor's name and mailing address**

MEDEIROS, SUSANA
111 INSLEE PLACE
ELIZABETH NJ 07206

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $78.42 | $78.42 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4322.** **Priority creditor's name and mailing address**

MEDINA, AMELIA
W1236 HATTIE LN
DEPERE WI 54115

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $134.88 | $134.88 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

2.4323. **Priority creditor's name and mailing address**

MEDINA, ANESSA N
1708 QUINTERO ST
370
AURORA CO 80011

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $143.42 | $143.42 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

2.4324. **Priority creditor's name and mailing address**

MEDINA, ANNE C
L15B PINE TREE BLVD
OLD BRIDGE NJ 08857

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $6,586.83 | $6,586.83 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

2.4325. **Priority creditor's name and mailing address**

MEDINA, BLANCA I
1329 WOODHILL DR.
LEWISVILLE TX 75067

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $110.14 | $110.14 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.4326.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MEDINA, DASHA N
17 PAQUIN LN
SPRING VALLEY NY 10977

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $44.40
Priority amount: $44.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4327.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MEDINA, DIANA
1639 VILLA AVENUE
SIOUX CITY IA 51103

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $58.83
Priority amount: $58.83

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4328.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MEDINA, EDGAR A
2638 WALNUT ST APT B
HUNTINGTON PARK CA 90255

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,417.77
Priority amount: $1,417.77

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

**2.4329.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| MEDINA, ESTEBAN | *Check all that apply.* | $1,873.73 | $1,873.73

MEDINA, ESTEBAN
1416 KIM PLACE
CHULA VISTA CA 91911

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $1,873.73 | $1,873.73 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4330.** **Priority creditor's name and mailing address**

MEDINA, ISABEL
2553 BALFOUR AVE
FULLERTON CA 92831

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $338.52 | $338.52 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4331.** **Priority creditor's name and mailing address**

MEDINA, JULIA
451 N ANNA LN
ROMEOVILLE IL 60446

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $386.87 | $386.87 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.4332. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MEDINA, LESLIE<br>44 HAWES ST<br>CENTRAL FALLS RI 02863 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48.00 | $48.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.4333. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MEDINA, MICAELA<br>5374 BILLINGS ST<br>DENVER CO 80239 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $383.11 | $383.11 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.4334. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MEDINA-CONCHI, ALEJANDRA<br>1623 MACARTHUR DR<br>ROCKFORD IL 61108 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64.19 | $64.19 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.4335.** **Priority creditor's name and mailing address**

MEDLEY, PARIS M
2924 KENDALE DR. APT 101
5583 WOODS AVE
TOLEDO OH 43606

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.83 | $77.83 |

**Nonpriority amount**

$0.00

---

**2.4336.** **Priority creditor's name and mailing address**

MEDRANO, ANA D
12634 GOLDEN BROOK DR
HOUSTON TX 77085-1413

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $406.12 | $406.12 |

**Nonpriority amount**

$0.00

---

**2.4337.** **Priority creditor's name and mailing address**

MEDRANO, LAYZA L
4752 A STREET
SAN DIEGO CA 92102

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.84 | $81.84 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.4338.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MEDREK, EDYTA P
447 GROVE ST
WOOD DALE IL 60191

*Check all that apply.*                              $172.37              $172.37

☐ Contingent

☐ Unliquidated                                                          **Nonpriority amount**

☐ Disputed                                                              $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.4339.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MEDSKER, MADISON E
4253 S. MARIETTA RD
SHELBYVILLE IN 46176

*Check all that apply.*                              $152.25              $152.25

☐ Contingent

☐ Unliquidated                                                          **Nonpriority amount**

☐ Disputed                                                              $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.4340.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MEFFORD, MAKAYLA R
370 GARLANDS TRAIL
BUCKINGHAM VA 23921

*Check all that apply.*                              $269.53              $269.53

☐ Contingent

☐ Unliquidated                                                          **Nonpriority amount**

☐ Disputed                                                              $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

| 2.4341. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4341.  **Priority creditor's name and mailing address**

MEHDI, SHAHED
4497 WALDEN WAY
DENVER CO 80249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,360.00

**Priority amount** $1,360.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4342.  **Priority creditor's name and mailing address**

MEIGGS, JULLIAN S
4655 COVERT AVE
EVANSVILLE IN 47714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,103.46

**Priority amount** $1,103.46

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4343.  **Priority creditor's name and mailing address**

MEINHARDT, KAITLYN T
109 BIG HORN ROAD
PITTSBURGH PA 15239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,959.05

**Priority amount** $1,959.05

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.4344.** **Priority creditor's name and mailing address**

MEITZENHEIMER, RENEE
1587 W 46TH ST
LOS ANGELES CA 90062-2014

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,241.38 | $2,241.38 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.4345.** **Priority creditor's name and mailing address**

MEJIA, ANGELES M
4102 ANTOINETTE ST
HOUSTON TX 77087

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $190.40 | $190.40 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.4346.** **Priority creditor's name and mailing address**

MEJIA, BRENDA P
8915 N WASHINGTON ST
APT A
NILES IL 60714

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $676.15 | $676.15 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

---

**2.4347.** **Priority creditor's name and mailing address**

MEJIA, HEIDI A
5318 BOYCE SPRINGS DR
HOUSTON TX 77066

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.63 | $140.63 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4348.** **Priority creditor's name and mailing address**

MEJIAS, ERNESTO
P.O. BOX 1777
COROZAL PR 00783

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.46 | $146.46 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4349.** **Priority creditor's name and mailing address**

MEJIA-TAVAR, KATIE
3260 JOHN ROBINSON LANE
APT 21
DUMFRIES VA 22026

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.60 | $74.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.4350.** **Priority creditor's name and mailing address**

MELARA, ASHLEY
17845 IBIS LANDING WAY
ORLANDO FL 32820

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $169.03 | $169.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4351.** **Priority creditor's name and mailing address**

MELCHOR, JASMINE
8518 25TH AVE
2F
BROOKLYN NY 11214

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $301.20 | $301.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4352.** **Priority creditor's name and mailing address**

MELGOZA, LESLIE
3910 STONEBRIDGE DR
ZION IL 60099

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $218.62 | $218.62 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4353.** **Priority creditor's name and mailing address**

MELIN, GRETHE E
617 MEAD ST
EAU CLAIRE WI 54703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,387.43 | $3,387.43 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4354.** **Priority creditor's name and mailing address**

MELO-ROCHA, SHEINA D
1000 FGCU CAMPUS HOUSING HN06
FT MYERS FL 33965

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $187.98 | $187.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4355.** **Priority creditor's name and mailing address**

MELTON, AIREONNA N
1812 N. WESTWOOD AVE.
1812 I
TOLEDO OH 43607

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $206.91 | $206.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4356. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MELVIN, MIRANDA R<br>216 BRENTWOOD AVE<br>PIQUA OH 45356 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,926.11 | $1,926.11 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.4357. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MELVO, BREANNA<br>7773 TRAM RD.<br>BEAUMONT TX 77713 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $116.20 | $116.20 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.4358. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MENA, ESMERALDA<br>5637 W 23RD ST<br>1ST FLOOR<br>CICERO IL 60804 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $288.82 | $288.82 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

2.4359.    **Priority creditor's name and mailing address**

MENDEZ, ANNETTE
6639 EL CORTEZ AVE
BELL GARDENS CA 90201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $324.96 | $324.96 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

2.4360.    **Priority creditor's name and mailing address**

MENDEZ, APRIL
8000 ZELZAH AVE
RESEDA CA 91335

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $291.77 | $291.77 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

2.4361.    **Priority creditor's name and mailing address**

MENDEZ, CHACON VALERIA
737 REEF DR
SAN DIEGO CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $264.36 | $264.36 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

**2.4362.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MENDEZ, CLAUDIA G
1816 S 50TH AVE
CICERO IL 60804

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $207.68

Priority amount: $207.68

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4363.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MENDEZ, IRIS V
4510 22ND AVE NE
SEATTLE WA 98105

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $419.52

Priority amount: $419.52

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4364.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MENDEZ, JACQUELINE R
2621 POLI ST
VENTURA CA 93003

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $279.49

Priority amount: $279.49

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4365.** **Priority creditor's name and mailing address**

MENDEZ, JESSICA C
1937 E HIGHLAND CT
ONTARIO CA 91764

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $513.88 | $513.88 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4366.** **Priority creditor's name and mailing address**

MENDEZ, JOSELIN
49 WILSON STREET APT.2
PROVIDENCE RI 09207

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $102.06 | $102.06 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4367.** **Priority creditor's name and mailing address**

MENDEZ, KAREN J
1111 S WESTMORELAND AVE
APT.307
LOS ANGELES CA 90006

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $228.84 | $228.84 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

| 2.4368. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MENDEZ, MARIA JESSICA | *Check all that apply.* | $116.28 | $116.28 |
| | J_MENDE3 AT UNCG | ☐ Contingent | | |
| | GREENSBORO NC 27413 | ☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.4369. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MENDEZ, PATRICK A | *Check all that apply.* | $71.81 | $71.81 |
| | 956 MARCUS DR | ☐ Contingent | | |
| | # 10 | ☐ Unliquidated | | **Nonpriority amount** |
| | NEWPORT NEWS VA 23602 | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.4370. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MENDEZ, POLANCO BIANCA C | *Check all that apply.* | $575.09 | $575.09 |
| | 114 ELM HILL AVE. | ☐ Contingent | | |
| | #1 | ☐ Unliquidated | | **Nonpriority amount** |
| | DORCHESTER MA 02121 | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4371.** **Priority creditor's name and mailing address**

MENDIOLA, MEGAN
1780 CHRISTOPHER CT. W
ROMEOVILLE IL 60446

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.71 | $36.71 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4372.** **Priority creditor's name and mailing address**

MENDIZABAL, SUNSHINE C
891 W 2ND ST
SANPEDRO CA 90731

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $78.12 | $78.12 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4373.** **Priority creditor's name and mailing address**

MENDOZA, AIVY
5442 GILBERT DR
APT 1204
SAN DIEGO CA 92115

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $73.80 | $73.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4374.** **Priority creditor's name and mailing address**

MENDOZA, ALLISON C
1501 6TH STREET
1501 6TH STREE
VIENNA WV 26105

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.15 | $164.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4375.** **Priority creditor's name and mailing address**

MENDOZA, ANA I
8602 EDEN VALLEY LN.
DALLAS TX 75217

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.99 | $107.99 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4376.** **Priority creditor's name and mailing address**

MENDOZA, BELEN A
6012 DEER AVE
EL PASO TX 79924

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $58.22 | $58.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.4377. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4377.** **Priority creditor's name and mailing address**

MENDOZA, CLAUDIA
1788 WESTWIND WAY
MCLEAN VA 22102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $89.57 | $89.57 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4378.** **Priority creditor's name and mailing address**

MENDOZA, GALILEA D
89 E 116ST
APT 12
NEW YORK CITY NY 10029

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $304.50 | $304.50 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4379.** **Priority creditor's name and mailing address**

MENDOZA, KAYLA M
919 W TULANE DR
TEMPE AZ 85283

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $44.00 | $44.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

2.4380.  **Priority creditor's name and mailing address**

MENDOZA, VANESSA
2732 MONTE DIABLO AVE
STOCKTON CA 95203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $115.80 | $115.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4381.  **Priority creditor's name and mailing address**

MENDOZA, VANESSA A
1019 CLINTONIA AVE
SAN JOSE CA 95125

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.60 | $132.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4382.  **Priority creditor's name and mailing address**

MENDOZA, VICTORIA R
354 FORREST HILL LN
GRAND PRAIRIE TX 75052

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $346.25 | $346.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.4383.** **Priority creditor's name and mailing address**

MENG, TRINITI L
614 LONGFELLOW ST
WICHITA KS 67207

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $605.77 | $605.77 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4384.** **Priority creditor's name and mailing address**

MERAZ, DAYAM J
5107 W 29TH PL
CICERO IL 60804

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $268.07 | $268.07 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4385.** **Priority creditor's name and mailing address**

MERAZ, NEREYDA
5303 1/2 CLARA ST
CUDAHY CA 90201-4539

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $372.60 | $372.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4386. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MERCADO, ANNE D
5281 S OPAL CREEK WAY
LAS VEGAS NV 89122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $418.24

**Priority amount**  $418.24

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4387.   **Priority creditor's name and mailing address**

MERCADO, ARAUJO YESICA
206 AMESWOOD DR.
ROUND ROCK TX 78664

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $88.43

**Priority amount**  $88.43

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4388.   **Priority creditor's name and mailing address**

MERCADO, CINDY
1315 XAVERIA DR
SILVER SPRING MD 20903

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $243.29

**Priority amount**  $243.29

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.4389. **Priority creditor's name and mailing address**

MERCER, DEVYN A
5730 RUSACK DR.
MELBOURNE FL 32940

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $217.31 | $217.31 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.4390. **Priority creditor's name and mailing address**

MERCK, MARISSA
1211 VINE ST.
1110
WEST DES MOINES IA 50265

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.57 | $126.57 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.4391. **Priority creditor's name and mailing address**

MEREDITH, BRITTANY
51 HUBER ROAD
NEWPORT NEWS VA 23601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,563.35 | $1,563.35 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.4392.** **Priority creditor's name and mailing address**

MERGIL, LISA D
17019 HOLTON ST
WEST COVINA CA 91791

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,875.57 | $2,875.57 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.4393.** **Priority creditor's name and mailing address**

MERIDIAN CHARTER TOWNSHIP
5151 MARSH ROAD
OKEMOS MI 48864-1198

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,680.50 | $1,680.50 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.4394.** **Priority creditor's name and mailing address**

MERINO, VICTORIA ROXANA D
8033 MCCORMICK ST
WOODBURN OR 97071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $205.01 | $205.01 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.4395.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |

**2.4395.** **Priority creditor's name and mailing address**

MERRIFIELD, AMANDA
8301 W FLAMINGO RD
2068
LAS VEGAS NV 89147

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $477.63 | $477.63 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4396.** **Priority creditor's name and mailing address**

MERRITT, JAQUAYLON- AALI
5301 SHERWOOD DR
MIDLAND TX 79707

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $101.80 | $101.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4397.** **Priority creditor's name and mailing address**

MERRITT, MORGAN E
1641 SW HIGHLAND DR
LEES SUMMIT MO 64081

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $38.01 | $38.01 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4398.** **Priority creditor's name and mailing address**

MESHELL, SARAH A
1711 SW 30TH
LINCOLN NE 68522

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,081.54 | $3,081.54 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4399.** **Priority creditor's name and mailing address**

MESIAS, EVELYN
321 OXFORD STREET
SAN FRANCISCO CA 94134

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $385.20 | $385.20 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4400.** **Priority creditor's name and mailing address**

MESQUITA, BRENDA S
73 LAUDER AVE.
PAWTUCKET RI 02860

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $121.44 | $121.44 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**2.4401.** **Priority creditor's name and mailing address**

MESSINK, PAIGE K
6369 GREYSTONE
ROSCOE IL 61073

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,061.24 | $1,061.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4402.** **Priority creditor's name and mailing address**

METCALF, CORRIN N
1251 FLAMINGO DR.
MOUNT MORRIS MI 48458

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $44.12 | $44.12 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4403.** **Priority creditor's name and mailing address**

MEYER, BAILEY
2311 SOUTH 151ST STREET
OMAHA NE 68144

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $432.61 | $432.61 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.4404.  **Priority creditor's name and mailing address**

MEYER, JESSICA F
141 CAMPUS VIEW ROAD
4
MANKATO MN 56001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $171.27 | $171.27 |

**Nonpriority amount**

$0.00

---

2.4405.  **Priority creditor's name and mailing address**

MEYER, NICOLE E
18087 218TH AVE NW
BIG LAKE MN 55309

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $219.68 | $219.68 |

**Nonpriority amount**

$0.00

---

2.4406.  **Priority creditor's name and mailing address**

MEYERS, ALEXIA M
171 BRECKINRIDGE
171
LOUISVILLE KY 40220

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $65.70 | $65.70 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4407.** **Priority creditor's name and mailing address**

MEYERS, SHYNERIA
5995 LIVERPOOL LANE
INDIANAPOLIS IN 46236

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $123.20 | $123.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4408.** **Priority creditor's name and mailing address**

MEZA, ADRIANA E
350 ARBALLO DRIVE 11M
SAN FRANCISCO CA 94132

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $313.95 | $313.95 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4409.** **Priority creditor's name and mailing address**

MICHAELS, CRYSTAL B
2114 S 23RD ST
MILWAUKEE WI 53215

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,142.70 | $1,142.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.4410. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4410. **Priority creditor's name and mailing address**

MICKELS, TRISTAN S
178 GLENHAVEN STREET
FRUITA CO 81521

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $121.21

**Priority amount** $121.21

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.4411. **Priority creditor's name and mailing address**

MIDDLETON, ALICIA D
10403 WILLOW RUN RD
APT 1F
CHARLOTTE NC 28210

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $90.89

**Priority amount** $90.89

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.4412. **Priority creditor's name and mailing address**

MIDDLETON, KAYLEE S
3241 DONLIN DR.
WAKE FOREST NC 27587

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $218.30

**Priority amount** $218.30

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.4413. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4413.** **Priority creditor's name and mailing address**

MIDLAND CENTRAL APPRAISAL DIST
MIDLAND CENTRAL APPRAISAL DIST
4631 ANDREWS HWY PO BOX 908002
MIDLAND TX 79708-0002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,413.80 | $2,413.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.4414.** **Priority creditor's name and mailing address**

MIELCUSNY, DANIELLE
1701 JACKSON AVE
NEW CASTLE PA 16101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $239.03 | $239.03 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4415.** **Priority creditor's name and mailing address**

MIERA, SHAYLEE E
1535 17TH AVE SE
RIO RANCHO NM 87124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $26.42 | $26.42 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.4416.** **Priority creditor's name and mailing address**

MIERZWA, AMANDA M
1570 BALDWIN BLVD
BAY SHORE NY 11706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $605.04 | $605.04 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4417.** **Priority creditor's name and mailing address**

MIJA, KATE T
16 PARKWOOD AVE
HUDSON FALLS NY 12839-2336

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,319.32 | $3,319.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4418.** **Priority creditor's name and mailing address**

MIJANGOS, ADRIANA
777 LIANA DR
SANTA ROSA CA 95407

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.84 | $126.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.4419. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $1,612.63 | $1,612.63 |

MIKOLAJCZYK, MELISSA
1249 PARK STREET
APT A
BOWLING GREEN KY 42101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4420. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $526.80 | $526.80 |

MILBOURNE, QWANIESHA
201 CYPRESS LANE
SNOW HILL MD 21863

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4421. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $157.06 | $157.06 |

MILES, EMILY
284 HIGH PATH ROAD
WINDSOR CT 06095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                                        Case number *(if known)* **19-10214**

---

**2.4422.** **Priority creditor's name and mailing address**

MILLER, ALLISON E
2409 HILL AVENUE
MIDDLETOWN OH 45044

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $549.07 | $549.07 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4423.** **Priority creditor's name and mailing address**

MILLER, AMANDA
3357 BOW MAR CT
CAMERON PARK CA 95682

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.72 | $72.72 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4424.** **Priority creditor's name and mailing address**

MILLER, AMY K
8285 HICKORY AVE.
GALENA OH 43021

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $560.59 | $560.59 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

---

**2.4425.** **Priority creditor's name and mailing address**

MILLER, ANTORIA O
502 GOLDEN PINE COURT
502 GOLDEN PIN
GREENVILLE SC 29673

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.56 | $34.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4426.** **Priority creditor's name and mailing address**

MILLER, BRITNEY
837 SEVEN GABLES CIR SE
PALM BAY FL 32909

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,562.26 | $1,562.26 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4427.** **Priority creditor's name and mailing address**

MILLER, CHANTELLE L
5405 SHADY AVE APT 2
APT 2
LOWVILLE NY 13367

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $86.91 | $86.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.4428.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

MILLER, DEJORIA J
29 PONY CV
JACKSON TN 38305

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $327.32
Priority amount: $327.32

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4429.** | **Priority creditor's name and mailing address**

MILLER, DELECIA T
3657 VARIAN AVENUE
APT 2
BRONX NY 10466

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,871.04
Priority amount: $3,871.04

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4430.** | **Priority creditor's name and mailing address**

MILLER, ELLIA E
1163 TOWNSVIEW PL
WOOSTER OH 44691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $164.50
Priority amount: $164.50

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4431. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MILLER, FRANCES J
32-50 93RD ST
APT B4
EAST ELMHURST NY 11369

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,103.02
Priority amount: $3,103.02

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.4432. **Priority creditor's name and mailing address**

MILLER, JESSICA S
2135 LIMEKILN ROAD
DOUGLASSVILLE PA 19518

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $128.25
Priority amount: $128.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.4433. **Priority creditor's name and mailing address**

MILLER, KIRA
630 DRAKE BAY TERRACE
ST AUGUSTINE FL 32084

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $217.68
Priority amount: $217.68

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

| 2.4434. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4434.    **Priority creditor's name and mailing address**

MILLER, KRISTINA
5541 NEWCASTLE AVE.
22
ENCINO CA 91316

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $160.99 | $160.99 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4435.    **Priority creditor's name and mailing address**

MILLER, LAERICA N
2216 FONTAINEBLEAU DR
ORLANDO FL 32808

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $134.81 | $134.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4436.    **Priority creditor's name and mailing address**

MILLER, LAURYN
950 COLGATE DR.
#3507
COLLEGE STATION TX 77840

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $119.43 | $119.43 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.4437.** **Priority creditor's name and mailing address**

MILLER, MARY-MARGARET
2111 HARRIS RD
PENFIELD NY 14526-1825

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $163.50 | $163.50 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4438.** **Priority creditor's name and mailing address**

MILLER, MEGAN J
18061 KNOLL DR
FAIRPLAY MD 21733

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $87.06 | $87.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4439.** **Priority creditor's name and mailing address**

MILLER, PEYTON M
18 RAINDREAM PLACE
THE WOODLANDS TX 77381

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.96 | $146.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

**2.4440.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

MILLER, STACIE
3208 ELENA WAY
WOODSTOCK GA 30188

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $155.45
Priority amount: $155.45

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4441.** **Priority creditor's name and mailing address**

MILLER, TAJANAE
1709 CARPENTER AVE
DES MOINES IA 50314

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $259.61

**Priority amount** $259.61

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4442.** **Priority creditor's name and mailing address**

MILLER, TRUDY M
5 ALBERT CT
METAIRIE LA 70003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,917.97

**Priority amount** $1,917.97

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| 2.4443. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MILLER, ZACHARY H
1637 EUCLID AVENUE
1
LINCOLN NE 68502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $41.13

**Priority amount** $41.13

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4444.    **Priority creditor's name and mailing address**

MILLER-SMITH, MARIAH
315 S FELL AVE
PICKERING 514
NORMAL IL 61761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $140.67

**Priority amount** $140.67

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4445.    **Priority creditor's name and mailing address**

MILLS, JEKQUANZA K
1071 ST BARNABAS CHURCH ROAD
JENKINSVILLE SC 29065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $109.15

**Priority amount** $109.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.4446.** **Priority creditor's name and mailing address**

MILLS, JESSICA R
804 3RD AVENUE
REAR
DUNCANSVILLE PA 16635

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $195.25 | $195.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4447.** **Priority creditor's name and mailing address**

MILLS, TALYSHA M
3001 VIEWPOINT ST
DELTONA FL 32725

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $470.47 | $470.47 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4448.** **Priority creditor's name and mailing address**

MILNE, JAZMINE
1548 ROADRUNNER DRIVE
ROSEVILLE CA 95747

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $91.56 | $91.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.4449. **Priority creditor's name and mailing address**

MILSOP, STORM
21494 SELPH LN
BOWLING GREEN VA 22427-2655

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $552.18 | $552.18 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4450. **Priority creditor's name and mailing address**

MILTON, DIAMOND M
12261 FONDREN RD
HOUSTON TX 77035

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $112.88 | $112.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4451. **Priority creditor's name and mailing address**

MINA, MELANI
8460 RAYMOND DR
BOYNTON BEACH FL 33472

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $269.79 | $269.79 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**2.4452.** **Priority creditor's name and mailing address**

MINDLER, HEATHER
1325 HIGHLAND HILLS DR.
KALAMAZOO MI 49007

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,275.03 | $1,275.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4453.** **Priority creditor's name and mailing address**

MINEH, JAWA
336 MEADOW CT
VERNON HILLS IL 60061

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $672.11 | $672.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4454.** **Priority creditor's name and mailing address**

MINES, DEVYN E
8910 CHIANTI TERR
BRISTOW VA 20136

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $143.60 | $143.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

**2.4455.** **Priority creditor's name and mailing address**

MINES, JKEL P
315 BATY ST
ELMIRA NY 14904

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $154.07 | $154.07 |

**Nonpriority amount**

$0.00

**2.4456.** **Priority creditor's name and mailing address**

MINGO, MARY C
3225 W 4TH STREET
APARTMENT B3
HATTIESBURG MS 39401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $618.08 | $618.08 |

**Nonpriority amount**

$0.00

**2.4457.** **Priority creditor's name and mailing address**

MINNIS, HENDIA R
6303 WESTGATE DRIVE
2004
ORLANDO FL 32835

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.48 | $130.48 |

**Nonpriority amount**

$0.00

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4458.** **Priority creditor's name and mailing address**

MINNIS, SHARELL L
1045 AUGUSTA WOODS DR
DOUGLASVILLE GA 30134

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.09 | $127.09 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4459.** **Priority creditor's name and mailing address**

MINNOW, DEBORAH
5427 HARBOUR LANDINGS DRIVE
LIBERTY TOWNSHIP OH 45011

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $38.48 | $38.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4460.** **Priority creditor's name and mailing address**

MINOR, ASHLEIGH N
50 W MAIN ST
1005
UNIONTOWN PA 15401

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $795.85 | $795.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

---

2.4461. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**

MINOR, ERIA D
2412 2ND AVE N
16
BIRMINGHAM AL 35203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $494.00

**Priority amount** $494.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4462. **Priority creditor's name and mailing address**

MIRANDA, BRENDA E
907 MEADOW RIDGE DR.
907
SIMPSONVILLE KY 40067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $126.00

**Priority amount** $126.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4463. **Priority creditor's name and mailing address**

MIRANDA, ELIZABETH
1161 LATIGO LN.
LAS CRUCES NM 88007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $186.04

**Priority amount** $186.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4464. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MIRANDA, GABRIELLE
2168 GRAHAM DRIVE
GRETNA LA 70056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,443.13
**Priority amount** $1,443.13

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4465.    **Priority creditor's name and mailing address**

MIRANDA, PAOLA N
CALLE 6 AF 2
RIO GRANDE STA
RIO GRANDE PR 00745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,097.26
**Priority amount** $1,097.26

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4466.    **Priority creditor's name and mailing address**

MIRANDA, PERLA
2075 OSPREY COVE
SHELBYVILLE KY 40065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $714.94
**Priority amount** $714.94

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4467.** **Priority creditor's name and mailing address**

MIRANDI, ELIZABETH R
4 SUPERIOR STREET
MILLER PLACE NY 11764

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $287.76 | $287.76 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4468.** **Priority creditor's name and mailing address**

MISKIN, SHERSTIN
3019 162ND PL SE
BELLEVUE WA 98008

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,781.62 | $3,781.62 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4469.** **Priority creditor's name and mailing address**

MITCH, YVETTE L
2143 OKUHE LANE
KAILUA HI 96735

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $71.40 | $71.40 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.4470.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MITCHELL, CARMELA I
2611 SCARBOROUGH DRIVE
FORT WASHINGTON MD 20744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $205.97

**Priority amount** $205.97

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4471.** **Priority creditor's name and mailing address**

MITCHELL, CLAIRE I
5909 SOUTH STEELE STREET
CENTENNIAL CO 80121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,713.90

**Priority amount** $1,713.90

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4472.** **Priority creditor's name and mailing address**

MITCHELL, EMONIE' A
1016 W EDGEWOOD BLVD
UNIT 6
LANSING MI 48911

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $145.88

**Priority amount** $145.88

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.4473. **Priority creditor's name and mailing address**

MITCHELL, JOI-ARIELLE T
5009 RIDGEMONT WALK SE
ATLANTA GA 30339

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $281.05 | $281.05 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4474. **Priority creditor's name and mailing address**

MITCHELL, KAILAN
3300 LAKE BROOK BLVD
3300
KNOXVILLE TN 37909

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $156.77 | $156.77 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4475. **Priority creditor's name and mailing address**

MITCHELL, KELLIE N
19427 HARNED
DETROIT MI 48234

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $83.90 | $83.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.4476.** **Priority creditor's name and mailing address**

MITCHELL, KENDREA
9332 HARMONY DRIVE
SHERWOOD AR 72120

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.24 | $40.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4477.** **Priority creditor's name and mailing address**

MITCHELL, NATASHA
7 MITCHELL AVE
APT B
MORTON PA 19070

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,414.60 | $1,414.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4478.** **Priority creditor's name and mailing address**

MITCHELL, N'KQUASHIA M
4664 PINE LANE
PACE FL 32571

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $205.32 | $205.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.4479. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---------|--------------------------------------------------|---------------------------------------------------------------------------|-----------------|---------------------|

2.4479. **Priority creditor's name and mailing address**

MITCHELL, SHELBY T
214 EAGLES TRAIL
HATTIESBURG MS 39402

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $18.49 | $18.49 |

**Nonpriority amount**

$0.00

---

2.4480. **Priority creditor's name and mailing address**

MITCHELL, TIMYA M
3163 CLUBHOUSE DRIVE
APT 4
BEAVERCREEK OH 45431

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $153.39 | $153.39 |

**Nonpriority amount**

$0.00

---

2.4481. **Priority creditor's name and mailing address**

MITCHELTREE, KATELYN
345 NORTH BAYSHORE DRIVE
COLUMBIANA OH 44408

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $116.71 | $116.71 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.4482.** | **Priority creditor's name and mailing address**<br><br>MIXSON, KEMYAH A<br>2744 WEST SUNLAND AVE<br>PHOENIX AZ 85041 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES & PTO | $87.89<br><br><br>**Nonpriority amount**<br>$0.00 | $87.89 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.4483.** | **Priority creditor's name and mailing address**<br><br>MIZE, ABIGAIL F<br>3225 EAST BASELINE RD.<br>#1102<br>GILBERT AZ 85234 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES & PTO | $44.00<br><br><br>**Nonpriority amount**<br>$0.00 | $44.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.4484.** | **Priority creditor's name and mailing address**<br><br>MOERI, KATIE M<br>4189 HEARTHSIDE DRIVE<br>APT 202<br>WILMINGTON NC 28412 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES & PTO | $1,312.11<br><br><br>**Nonpriority amount**<br>$0.00 | $1,312.11 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

**2.4485.** **Priority creditor's name and mailing address**

MOESLY, MADISON B
335 CINNAMON DRIVE
SATELLITE BEACH FL 32937

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $497.39 | $497.39 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4486.** **Priority creditor's name and mailing address**

MOFFETT, MARISA R
6938 S CRANDON
APT. 2E
CHICAGO IL 60649

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,956.47 | $2,956.47 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4487.** **Priority creditor's name and mailing address**

MOGLER, ASHLEY L
7808 VICTORIA CIRCLE
SAINT LOUIS PARK MN 55426

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $709.90 | $709.90 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**2.4488.** **Priority creditor's name and mailing address**

MOHAMED, LIANA
378 E 2ND ST
BROOKLYN NY 11218

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $429.00 | $429.00 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4489.** **Priority creditor's name and mailing address**

MOHAMED, NAJMO A
5554 THUMBLWEED DR.
GALLOWAY OH 43119

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $192.12 | $192.12 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4490.** **Priority creditor's name and mailing address**

MOHAMMAD, ALI ELNAZ
39505 TRINITY WAY
19
FREMONT CA 94538

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.00 | $72.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

**2.4491.** **Priority creditor's name and mailing address**

MOI, MOI IONE
10031 FRAGILE FIELDS ST
LAS VEGAS NV 89183-7136

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,970.16 | $1,970.16 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.4492.** **Priority creditor's name and mailing address**

MOISE, ASHLEY
1821 SW 11TH ST
FORT LAUDERDALE FL 33312

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $375.90 | $375.90 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.4493.** **Priority creditor's name and mailing address**

MOISE, JULIA T
9365 FOUNTAINEBLEAU BLVD #239
MIAMI FL 33172

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,104.04 | $2,104.04 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.4494.** **Priority creditor's name and mailing address**

MOJICA, CANDENCE
9010 MARKVILLE DR.
APT.810
DALLAS TX 75243

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $211.93 | $211.93 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4495.** **Priority creditor's name and mailing address**

MOLINA, LAUREN A
11013 WIZARD WAY APT 204
ORLANDO FL 32836

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.80 | $132.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4496.** **Priority creditor's name and mailing address**

MOLINAR, MERCEDES R
1213 MABLE AVE
BAKERSFIELD CA 93307-5666

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,981.28 | $1,981.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.4497.** **Priority creditor's name and mailing address**

MOLINE, ARIEL F
1774 STERLING CT.
LIVERMORE CA 94550

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $67.56 | $67.56 |

**Nonpriority amount**

$0.00

---

**2.4498.** **Priority creditor's name and mailing address**

MONAHAN, VICTORIA C
3109 PONDEROSA DR
ALLISON PARK PA 15101-3949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,955.04 | $1,955.04 |

**Nonpriority amount**

$0.00

---

**2.4499.** **Priority creditor's name and mailing address**

MONISHA, SHAYAN
11819 KEWALO BASIN
HOUSTON TX 77034

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $689.09 | $689.09 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

| 2.4500. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MONK, CANDICE
2700 FEATHER RUN TRAIL
APT E20
WEST COLUMBIA SC 29169

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $634.17

**Priority amount** $634.17

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4501. **Priority creditor's name and mailing address**

MONREAL, GABRIELA L
520 S JOHNSON ST
2
IOWA CITY IA 52240

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $77.61

**Priority amount** $77.61

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4502. **Priority creditor's name and mailing address**

MONROY, JACQUELINE S
12923 TWINBROOK PKWY
ROCKVILLE MD 20851

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $353.42

**Priority amount** $353.42

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.4503. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4503. **Priority creditor's name and mailing address**

MONTAGUE, ANIYA L
1011 N 192ND COURT
APT 224
ELKHORN NE 68022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $122.40

**Priority amount** $122.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4504. **Priority creditor's name and mailing address**

MONTALVO, ANTONIA
1212 FAWN PARKWAY PLAZA #255
OMAHA NE 68144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $81.63

**Priority amount** $81.63

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4505. **Priority creditor's name and mailing address**

MONTANEZ, ADDISON
5637 CYPRESS POINT DR
CITRUS HEIGHTS CA 95610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $567.81

**Priority amount** $567.81

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.4506. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|--------------------------------------------------|---------------------------------------------------|-----------------|---------------------|

**Priority creditor's name and mailing address**

MONTANEZ, ANGELICA S
411 S. GEORGE ST.
1
YORK PA 17401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $112.74

**Priority amount** $112.74

**Nonpriority amount**

$0.00

---

2.4507. **Priority creditor's name and mailing address**

MONTANO, JULISSA E
6118 S MORRIS BLVD
TUCSON AZ 85706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $214.50

**Priority amount** $214.50

**Nonpriority amount**

$0.00

---

2.4508. **Priority creditor's name and mailing address**

MONTAQUE, ANECIA
430 NORTH WARE DRIVE
WEST PALM W FL 33409

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $173.91

**Priority amount** $173.91

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4509.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $159.35 | $159.35

MONTAQUILA, DARIA
797 CHARLES STREET
PROVIDENCE RI 02904

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                            $0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____            WAGES & PTO

**Last 4 digits of account number:**            **Is the claim subject to offset?**
                                                    ☐ No
**Specify Code subsection of PRIORITY**            ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4510.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $165.94 | $165.94

MONTER, COURTNEY M
193 SOUTH SPAULDING AVENUE
PUEBLO WEST CO 81007

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                            $0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____            WAGES & PTO

**Last 4 digits of account number:**            **Is the claim subject to offset?**
                                                    ☐ No
**Specify Code subsection of PRIORITY**            ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4511.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $240.94 | $240.94

MONTES, ASHLEY
305 TEMPLE ST.
SUDAN TX 79371

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                            $0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____            WAGES & PTO

**Last 4 digits of account number:**            **Is the claim subject to offset?**
                                                    ☐ No
**Specify Code subsection of PRIORITY**            ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| 2.4512. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4512.** **Priority creditor's name and mailing address**

MONTES, CHRISTINA
344 E 209TH ST
BRONX NY 10467-3509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $782.76

**Priority amount** $782.76

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4513.** **Priority creditor's name and mailing address**

MONTES, LESLIE
14624 SW 280TH ST
204
HOMESTEAD FL 33032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $163.27

**Priority amount** $163.27

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4514.** **Priority creditor's name and mailing address**

MONTES, MARISSA L
701 SW 62ND BLVD
APT 25
GAINESVILLE FL 32607-6012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $448.85

**Priority amount** $448.85

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.4515.** | **Priority creditor's name and mailing address**<br><br>MONTGOMERY, LAKIA C<br>8340 LINDA CT.<br>APT. 1A<br>JESSUP MD 20794 | $171.67 | $171.67 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.4516.** | **Priority creditor's name and mailing address**<br><br>MONTIEL, YSEL<br>415 E 137TH STREET<br>LOS ANGELES CA 90061 | $82.05 | $82.05 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.4517.** | **Priority creditor's name and mailing address**<br><br>MONTOYA, DARINA<br>27837 AUDREY COURT<br>CANYON COUNTRY CA 91351 | $124.80 | $124.80 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

| 2.4518. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4518.** **Priority creditor's name and mailing address**

MONTOYA, MADISON K
99 HIGH ST
WEYMOUTH MA 02189

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.56

**Priority amount** $100.56

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4519.** **Priority creditor's name and mailing address**

MONTOYA, MARISA L
1783 VASSAR DR
RIVERSIDE CA 92507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $194.28

**Priority amount** $194.28

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4520.** **Priority creditor's name and mailing address**

MOODY, ARIELLE A
PO BOX 1895
PEMBROKE GA 31321

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $341.43

**Priority amount** $341.43

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4521.** **Priority creditor's name and mailing address**

MOON, JENNIFER E
7411 WARNER DR
JACKSONVILLE FL 32244-4737

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,994.82 | $2,994.82 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4522.** **Priority creditor's name and mailing address**

MOONEY, PAIGE R
1032 PALMER LN
IMPERIAL MO 63052-2634

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.52 | $35.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4523.** **Priority creditor's name and mailing address**

MOORE, ALEXIS S
21310 PARKLAWN
OAK PARK MI 48237

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $85.80 | $85.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

**2.4524.** **Priority creditor's name and mailing address**

MOORE, ANANSA
359 MERIN HEIGHT RD
JACKSONVILLE NC 28546

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,220.02 | $1,220.02 |

| Nonpriority amount |
|---|
| $0.00 |

**2.4525.** **Priority creditor's name and mailing address**

MOORE, CAMERA A
111 CRESCENT HILL
SELMA AL 36701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $61.37 | $61.37 |

| Nonpriority amount |
|---|
| $0.00 |

**2.4526.** **Priority creditor's name and mailing address**

MOORE, HAYLEY S
525 CENTRAL AVENUE
LAPEL IN 46051

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $398.19 | $398.19 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.4527. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4527. **Priority creditor's name and mailing address**

MOORE, JADE H
1438 CUTLER BAY
NEW BRAUNFELS TX 78130-3985

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $481.93 | $481.93 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4528. **Priority creditor's name and mailing address**

MOORE, LASHUNDRA C
1239 MISTY LANE
TUSCALOOSA AL 35405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $438.27 | $438.27 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4529. **Priority creditor's name and mailing address**

MOORE, LATEISHA
229 CLAREMONT AVE
MOUNT VERNON NY 10552-3305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $2,705.23 | $2,705.23 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

**2.4530.** **Priority creditor's name and mailing address**

MOORE, LEONA L
1425 RIDENOUR BLVD
7108
KENNESAW GA 30152

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,333.20 | $1,333.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4531.** **Priority creditor's name and mailing address**

MOORE, LILLIAN E
944 MALACHITE DRIVE
FRUITA CO 81521

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.43 | $130.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4532.** **Priority creditor's name and mailing address**

MOORE, RACHEL E
414 LEXINGTON DRIVE
GREENSBURG PA 15601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $70.18 | $70.18 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4533.** **Priority creditor's name and mailing address**

MOORE, TAYLOR A
6004 WEST 53RD STREET
SIOUX FALLS SD 57106

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.68 | $129.68 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4534.** **Priority creditor's name and mailing address**

MOORER, VERDIS K
1926 S CONWAY RD APT 9
ORLANDO FL 32812

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.08 | $72.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4535.** **Priority creditor's name and mailing address**

MORALES, ALEJANDRA
7855 CHASTAIN AVE
RESEDA CA 91335-2102

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,731.07 | $2,731.07 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.4536.** **Priority creditor's name and mailing address**

MORALES, ALICIA
2534 N. 86TH AVE
PHOENIX AZ 85037

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.22 | $33.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4537.** **Priority creditor's name and mailing address**

MORALES, ALONDRA
PO. BOX # 3464
BAYAMON PR 00958

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $99.40 | $99.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4538.** **Priority creditor's name and mailing address**

MORALES, CHANTAY
218 SABINE STREET
SYRACUSE NY 13204

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $772.16 | $772.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.4539.** **Priority creditor's name and mailing address**

MORALES, CINDY V
11416 SUCCESS AVE.
APT. 732
LOS ANGELES CA 90059

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.16 | $77.16 |

**Nonpriority amount**

$0.00

---

**2.4540.** **Priority creditor's name and mailing address**

MORALES, DANIELA P
240 COMMODORE DR.
APT. 1114
PLANTATION FL 33325

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.30 | $164.30 |

**Nonpriority amount**

$0.00

---

**2.4541.** **Priority creditor's name and mailing address**

MORALES, DENISE
20727 VANOWEN ST. APT.A27
WINNETKA CA 91306

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.89 | $63.89 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4542.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.4542.** **Priority creditor's name and mailing address**

MORALES, ELYSE N
190 BREWER PARK CIRCLE
GRAND RAPIDS MI 49548

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $411.73 | $411.73 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4543.** **Priority creditor's name and mailing address**

MORALES, GABRIELA J
1317 WEST PRICE LN
ROGERS AR 72758

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $229.40 | $229.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4544.** **Priority creditor's name and mailing address**

MORALES, KATE
871 SUZANNE LN
ELGIN IL 60120

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $358.55 | $358.55 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.4545. **Priority creditor's name and mailing address**

MORALES, KIARA Z
6301 S WEST SHORE BLVD APT 103
1702
TAMPA FL 33616

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $708.06 | $708.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4546. **Priority creditor's name and mailing address**

MORALES, LESLIE J
518 E PINE ST.
216
SANTA ANA CA 92701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $198.12 | $198.12 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4547. **Priority creditor's name and mailing address**

MORALES, LIZBETH
396 CHESNUT ST
APT 1
NEW BRITAIN CT 06051

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $93.13 | $93.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.4548.** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |

**2.4548.** **Priority creditor's name and mailing address**

MORALES, MONICA Y
16028 44TH AVE W
APT 25
LYNNWOOD WA 98087

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $659.48 | $659.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4549.** **Priority creditor's name and mailing address**

MORALES, NANCY E
12647 CASTILE COURT
12647 CASTILE
WOODBRIDGE VA 22192

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $422.60 | $422.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4550.** **Priority creditor's name and mailing address**

MORALES, SHAMERA
76 WELSH TRACT RD.
APT. 312
NEWARK DE 19713

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $125.94 | $125.94 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.4551. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

MORALES, YESENIA
3103 MARIANA AVE.
MIDLAND TX 79701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $631.18

**Priority amount** $631.18

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 2.4552. | **Priority creditor's name and mailing address** |

MORALES, YESSICA A
125 FARRELL AVE
GILROY CA 95020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $654.91

**Priority amount** $654.91

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 2.4553. | **Priority creditor's name and mailing address** |

MORAN, DANYEL
719 PAINTBRUSH CT
CEDAR HILL TX 75104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,310.22

**Priority amount** $1,310.22

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.4554.** **Priority creditor's name and mailing address**

MORAN, DEBBIE Y
3903 TRISTAN ST
HOUSTON TX 77021

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.37 | $129.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4555.** **Priority creditor's name and mailing address**

MORAN, MADISON R
900 SOUTHERLY ROAD
TOWSON MD 21204

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $91.80 | $91.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4556.** **Priority creditor's name and mailing address**

MORAN, NORALICE
19240 SW 119TH PL
MIAMI FL 33177-4368

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.25 | $63.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                  Case number *(if known)* **19-10214**

**2.4557.** **Priority creditor's name and mailing address**

MORAN, TIFFANY L
13133 BAGATELLE ST
MORENO VALLEY CA 92553

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.76 | $74.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4558.** **Priority creditor's name and mailing address**

MORBY, KIERLYN L
11050 N BILTMORE DR
PHX AZ 85029

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $900.12 | $900.12 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4559.** **Priority creditor's name and mailing address**

MORELAND, AMBER D
225 BLUEBONNET CT
COLLEGE PARK GA 30349-3764

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,022.38 | $2,022.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

**2.4560.** **Priority creditor's name and mailing address**

MORELAND, MARY J
1303 E MAIN ST.
MURFREESBORO TN 37130

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $93.79 | $93.79 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.4561.** **Priority creditor's name and mailing address**

MORENO, ALMA T
EIDER
APT #805 CONDO
SAN JUAN PR 00924

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $664.46 | $664.46 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.4562.** **Priority creditor's name and mailing address**

MORENO, ARIANA I
505 GELLERT BLVD
DALY CITY CA 94015

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $544.00 | $544.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

**2.4563.** **Priority creditor's name and mailing address**

MORENO, AURELIA G
9307 W. RAYMOND ST.
TOLLESON AZ 85353

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,490.16 | $1,490.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4564.** **Priority creditor's name and mailing address**

MORENO, CHANTEA
3009 GODDARD PL
MIDLAND TX 79705

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $195.20 | $195.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4565.** **Priority creditor's name and mailing address**

MORENO, LORENA M
1605 GUNTER AT
B
DURHAM NC 27707

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.38 | $127.38 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| 2.4566. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4566.**

**Priority creditor's name and mailing address**

MORENO, LUZ D
111 S ST. LOUIS
#8
LOS ANGELES CA 90033

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $209.52 | $209.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4567.**

**Priority creditor's name and mailing address**

MORET, SABRINA A
183 SUBURBAN AVE
DEER PARK NY 11729

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $283.44 | $283.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4568.**

**Priority creditor's name and mailing address**

MORGAN, AMARI
4238 4TH ST SE
202
WASHINGTON DC 20032

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $251.00 | $251.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4569.** **Priority creditor's name and mailing address**

MORGAN, EMILY D
50 N UNIVERSITY DR
EDMOND OK 73034

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $137.17 | $137.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4570.** **Priority creditor's name and mailing address**

MORGAN, JAYMIE I
408 SPRINGDALE STREET
ATHENS GA 30606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $408.79 | $408.79 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4571.** **Priority creditor's name and mailing address**

MORGAN, JESSICA L
7445 MONTICELLO RD.
APT 524B
COLUMBIA SC 29203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.62 | $72.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**2.4572.** **Priority creditor's name and mailing address**

MORGAN, ROMINA
7811 CATALPA AVE.
WOODRIDGE IL 60517

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $167.48 | $167.48 |

**Nonpriority amount**

$0.00

---

**2.4573.** **Priority creditor's name and mailing address**

MORGAN, SAISHA H
2217 ADDIE DR
PLEASANT HILL MO 64080

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $111.11 | $111.11 |

**Nonpriority amount**

$0.00

---

**2.4574.** **Priority creditor's name and mailing address**

MORGAN, SHRNELL J
3315 MESA VERDE
GRAND PRAIRIE TX 75052

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.08 | $108.08 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.4575. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** / **Priority amount** |

**2.4575.** **Priority creditor's name and mailing address**

MORGAN, TAYLOR E
6909 CINNABAR DR.
FRISCO TX 75035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $121.69 | $121.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.4576.** **Priority creditor's name and mailing address**

MORGAN, TYNESHA
8570 MAGNOLIA TRAIL
EDEN PRAIRIE MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $85.78 | $85.78 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.4577.** **Priority creditor's name and mailing address**

MORIN, CLARISSA J
175 SW MAIN ST
DOUGLAS MA 01516

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $66.24 | $66.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

| 2.4578. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4578.   **Priority creditor's name and mailing address**

MORITZ, ANNA
35 LAURIE BLVD
BETHPAGE NY 11714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $404.16

**Priority amount**    $404.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.4579.   **Priority creditor's name and mailing address**

MORO, TERESA M
1092 WOODFIELD RD
GREENACRES FL 33415

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $475.88

**Priority amount**    $475.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.4580.   **Priority creditor's name and mailing address**

MORRELL, SEQUORIA
10425 RUNNING CEDAR LN
503
FREDERICKSBURG VA 22407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $22.93

**Priority amount**    $22.93

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                        Case number *(if known)* **19-10214**

**2.4581.** **Priority creditor's name and mailing address**

MORRIS, BENITA D
904 NE 25TH TERRACE
GAINESVILLE FL 32641

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.41 | $66.41 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4582.** **Priority creditor's name and mailing address**

MORRIS, BREANA
356 BLOSSOM AVE
MACON GA 31204

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $431.55 | $431.55 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4583.** **Priority creditor's name and mailing address**

MORRIS, CIERRA R
4414 WALDEN ST.
DENVER CO 80249

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.67 | $107.67 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

**2.4584.** **Priority creditor's name and mailing address**

MORRIS, DESTINY
418 WEST ELDRIDGE
FLINT MI 48505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.14 | $66.14 |

**Nonpriority amount**

$0.00

**2.4585.** **Priority creditor's name and mailing address**

MORRIS, GABBY D
3447 CENTRAL AVE
ASHLAND KY 41101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $513.48 | $513.48 |

**Nonpriority amount**

$0.00

**2.4586.** **Priority creditor's name and mailing address**

MORRIS, GAILYNN A
5401 CULVER STREET
INDIANAPOLIS IN 46226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $141.08 | $141.08 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| 2.4587. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4587.  Priority creditor's name and mailing address**

MORRIS, SALENA
1334 MACDONALD ROAD
C
CHESAPEAKE VA 23325

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $100.77

**Priority amount**  $100.77

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4588.  Priority creditor's name and mailing address**

MORRIS, TAYLOR M
175 SCHUYLER AVENUE
1ST FLOOR
NEWARK NJ 07112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $123.72

**Priority amount**  $123.72

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4589.  Priority creditor's name and mailing address**

MORRISON, ALYSSA
1828 RADNOR DR
MELBOURNE FL 32901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $628.23

**Priority amount**  $628.23

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.4590.** **Priority creditor's name and mailing address**

MORRISON, HALEY B
104 BECKWITH CT.
HUNTSVILLE AL 35811

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $413.35 | $413.35 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4591.** **Priority creditor's name and mailing address**

MORRISON, KALI
25 ROXBURY STREET
FARMINGDALE NY 11735

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $611.51 | $611.51 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4592.** **Priority creditor's name and mailing address**

MORRISON, KIANA A
9709 HOLLYBURGH TERRACE
CHARLOTTE NC 28215

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,235.78 | $1,235.78 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.4593. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

MORRISON, RAYANNE A
363 SOUTH 1ST AVE
MOUNT VERNON NY 10550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $204.75

**Priority amount**    $204.75

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4594.    **Priority creditor's name and mailing address**

MORROW, MARIAH A
7614 VERA AVE
BAKERSFIELD CA 93307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $120.36

**Priority amount**    $120.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4595.    **Priority creditor's name and mailing address**

MOSELEY, CLAIR
19703 ANNALEE AVE
CARSON CA 90746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $557.30

**Priority amount**    $557.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

| 2.4596. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

MOSER, JAELYN T
14035 NOBLE PARK DRIVE
N/A
ODESSA FL 33556

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $203.80
Priority amount: $203.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.4597. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

MOSES, DESIRAE N
150 BOONE LN
MOCKSVILLE NC 27028-5184

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,390.87
Priority amount: $3,390.87

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.4598. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

MOSES, KATRINA
2541 WASSER TERRACE
APT 161
HERNDON VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $204.45
Priority amount: $204.45

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.4599.** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---|---

**2.4599.** **Priority creditor's name and mailing address**

MOSES, ORIAUNA N
37303 CORNERVIEW RD
GEISMAR LA 70734

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $270.41 | $270.41 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4600.** **Priority creditor's name and mailing address**

MOSES-FRAZIER, CHEYENNE A
4905 COLUMBIA ARD
APT G
COLUMBIA MD 21044

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $51.51 | $51.51 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4601.** **Priority creditor's name and mailing address**

MOSIER, HAILEE
6070 GLEBE DRIVE
INDIANAPOLIS IN 46237

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $144.54 | $144.54 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.4602. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4602.

**Priority creditor's name and mailing address**

MOSLEY, JAZMYN K
21 DAKA COURT
BLOOMFIELD NJ 07003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $119.30 | $119.30 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4603.

**Priority creditor's name and mailing address**

MOSQUEDA, DEJA M
419 CEDAR STREET
APT 5
ALLENTOWN PA 18102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $53.76 | $53.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4604.

**Priority creditor's name and mailing address**

MOSQUEDAS, CRYSTAL
11 CONCORD
OLD BRIDGE NJ 08857

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $519.69 | $519.69 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4605. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4605.**

**Priority creditor's name and mailing address**

MOSSMAN, KRISTIN N
545 3RD ST N
WINTHROP IA 50682

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $463.42

**Priority amount** $463.42

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4606.**

**Priority creditor's name and mailing address**

MOSSON, JAKIYA
802 PERSEUS
KILLEEN TX 76542

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $101.58

**Priority amount** $101.58

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4607.**

**Priority creditor's name and mailing address**

MOTSINGER, LAUREN C
5656 WALLINGWOOD DRIVE
LAWRENCE IN 46226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $186.58

**Priority amount** $186.58

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.4608. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MOUA, NTXIAVYIA C
2775 HILLTOP CT
NORTH ST PAUL MN 55109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $183.69

**Priority amount** $183.69

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4609.    **Priority creditor's name and mailing address**

MOUA, PHOUA
245 SWANTON ROAD APT. 8
MADISON WI 53714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $558.84

**Priority amount** $558.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4610.    **Priority creditor's name and mailing address**

MOUCHERON, MADELEINE L
9334 MERLOT CIRCLE
BREINIGSVILLE PA 18031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $76.04

**Priority amount** $76.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.4611. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

MOULTON, MACKENZIE S
1622 E AMBER LANE
GILBERT AZ 85296

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $121.99

**Priority amount**    $121.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4612.    **Priority creditor's name and mailing address**

MOUMAND, KAINATH
4218 JUPITER CT
UNION CITY CA 94587

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $128.28

**Priority amount**    $128.28

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4613.    **Priority creditor's name and mailing address**

MOUNTS, EMMA E
206 LANYARD PLACE
206 LANYARD PL
LEHIGH ACRES FL 33936

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $138.66

**Priority amount**    $138.66

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.4614. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4614.** **Priority creditor's name and mailing address**

MOXON-JOHNSON, JUNE M
10200 PARK MEADOWS DR
2012
LONE TREE CO 80124

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.36 | $81.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4615.** **Priority creditor's name and mailing address**

MOYA, MARCY B
469 CONNETQUOT AVE
ISLIP TERRACE NY 11752

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $381.84 | $381.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4616.** **Priority creditor's name and mailing address**

MUELLER, JOSIE
509 NIAGARA COURT
R513 GRIGGS HA
DULUTH MN 55812

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $78.68 | $78.68 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor     **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.4617.** **Priority creditor's name and mailing address**

MUELLER, LILLIA K
24979 CONSTITUTION AVE
1032
VALENCIA CA 91381

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $158.64 | $158.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4618.** **Priority creditor's name and mailing address**

MUHAMMAD, HANEEFAH A
57 ROSE TERRACE
NEWARK NJ 07108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $469.88 | $469.88 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4619.** **Priority creditor's name and mailing address**

MUHAMMAD, LATIFAH R
397 BUCKS HILL RD
WATERBURY CT 06704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $137.24 | $137.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4620.** **Priority creditor's name and mailing address**

MUIR, AUGUST M
1820 FRIZZELL DR
VIRGINIA BEACH VA 23455

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $88.90 | $88.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4621.** **Priority creditor's name and mailing address**

MULDER, TONI M
14532 BLAIR ST.
HOLLAND MI 49424

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $125.94 | $125.94 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4622.** **Priority creditor's name and mailing address**

MULL, JOANNE
2341 ST JOSEPH
WEST BLOOMFIELD MI 48324

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,794.51 | $4,794.51 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

---

**2.4623.** **Priority creditor's name and mailing address**

MULLEN, KASSANDRA C
1 FAIRVIEW AVE
6
YORKVILLE NY 13495

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.12 | $107.12 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4624.** **Priority creditor's name and mailing address**

MULLEN, TINA A
1005 SCHENECTADY AVENUE
BROOKLYN NY 11203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.90 | $153.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4625.** **Priority creditor's name and mailing address**

MULLER, ORYEIN E
95-024 WAIHAU STREET
APT 10B
MILILANI HI 96789

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.04 | $63.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

| 2.4626. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4626.**

**Priority creditor's name and mailing address**

MUMFORD, MARAJAH I
202 GREENBRIER DR
SNOW HILL MD 21863

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**
$44.44

**Priority amount**
$44.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4627.**

**Priority creditor's name and mailing address**

MUNFORD, JEWEL G
1841 WALTON STREET
PETERSBURG VA 23805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**
$1,392.90

**Priority amount**
$1,392.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4628.**

**Priority creditor's name and mailing address**

MUNGCAL, ALYSSA L
217 8TH AVE
BETHLEHEM PA 18018-5104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Total claim**
$1,294.08

**Priority amount**
$1,294.08

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

2.4629.   **Priority creditor's name and mailing address**

MUNNERLYN, SHEKEYVIA S
1518 NE 31ST
OCALA FL 34479

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $489.25 | $489.25 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4630.   **Priority creditor's name and mailing address**

MUNOZ, ANNA M
4275 BALDWIN ST
HUDSONVILLE MI 49426

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.73 | $32.73 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4631.   **Priority creditor's name and mailing address**

MUNOZ, GRACIELA
4618 KATARINA AVE
BROWNSVILLE TX 78526

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $396.59 | $396.59 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4632. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MUNOZ, KAREN A
610 SOUTH CLAY
MIDLAND TX 79701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $579.16

**Priority amount**: $579.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.4633.    **Priority creditor's name and mailing address**

MUNOZ, LIRIS M
18 PINE CREEK CT.
PITTSBURG CA 94565

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $1,320.61

**Priority amount**: $1,320.61

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.4634.    **Priority creditor's name and mailing address**

MUNOZ, LOPEZ MAHARAI
9101 E MISSOURI AVE
DENVER CO 80247

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $136.64

**Priority amount**: $136.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.4635.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| MUNOZ, LORENA | *Check all that apply.* | $3,660.52 | $3,660.52
| 1504 HIGHLAND AVE | ☐ Contingent | |
| BERWYN IL 60402-1317 | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4636.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| MUNOZ, MICHELLE | *Check all that apply.* | $1,261.79 | $1,261.79
| 29 4TH AVEBUE | ☐ Contingent | |
| LONG BRANCH NJ 07740-6533 | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4637.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| MUNOZ, PERLA | *Check all that apply.* | $24.75 | $24.75
| 856 HART AVE | ☐ Contingent | |
| LAS VEGAS NV 89106 | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.4638. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** **Priority amount** |

**2.4638.** **Priority creditor's name and mailing address**

MUNOZ, RICHARD H
233 SEYMOUR RD
PORT CHESTER NY 10573

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,723.81 | $1,723.81 |

**Nonpriority amount**

$0.00

---

**2.4639.** **Priority creditor's name and mailing address**

MUNOZ, STEPHANIE M
5219 VERNICE ST
WIMAUMA FL 33598

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $75.97 | $75.97 |

**Nonpriority amount**

$0.00

---

**2.4640.** **Priority creditor's name and mailing address**

MURDOCK, ASHLEY S
2867 OXFORD WAY APT 301
CLAREMONT NC 28610

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $111.13 | $111.13 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4641.** **Priority creditor's name and mailing address**

MURDOCK, KAITLYN B
6313 EMERALD TRAIL
ACWORTH GA 30101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $408.26 | $408.26 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4642.** **Priority creditor's name and mailing address**

MURDOCK, KIRA
4230 DROSERA AVENUE
MAYS LANDING NJ 08330

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $156.74 | $156.74 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4643.** **Priority creditor's name and mailing address**

MURIEL, VALERIA
38 BAYVIEW AVE FL 1
NORWALK CT 06854

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.78 | $80.78 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.4644. **Priority creditor's name and mailing address**

MURILLO, ADRIANA M
431 OLMSTEAD AVE
BRONX NY 10473

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.95 | $160.95 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4645. **Priority creditor's name and mailing address**

MURILLO, VANESSA
2906 HARRISON AVENUE
EL PASO TX 79930

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $216.46 | $216.46 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4646. **Priority creditor's name and mailing address**

MURILLO, VERONICA C
6010 DAVIS RD
FT WORTH TX 76140

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,803.74 | $1,803.74 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4647. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|-----------|-----------|-----------|-----------|

**2.4647.** **Priority creditor's name and mailing address**

MURPHY, KAYLEE
215 BRENT RD
WALDORF MD 20602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $434.35

**Priority amount** $434.35

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4648.** **Priority creditor's name and mailing address**

MURPHY, KELSEY S
5011 CELADON AVE
FAIRFIELD OH OH 45014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $605.33

**Priority amount** $605.33

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4649.** **Priority creditor's name and mailing address**

MURPHY, MCKAYLA A
11225 EMILY LANE SW
OLYMPIA WA 98512

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $193.20

**Priority amount** $193.20

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| 2.4650. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MURRAY, AALIYAH N
20751 WAKEDON
SOUTHFIELD MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $70.49 | $70.49 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4651.    **Priority creditor's name and mailing address**

MURRAY, AUTUMN M
4684 SOUTH BEECHWOOD DR.
MACON GA 31210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $66.67 | $66.67 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4652.    **Priority creditor's name and mailing address**

MURRAY, DAVITA
31 ANGERER AVE
BROCKTON MA 02302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $848.01 | $848.01 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.4653.** **Priority creditor's name and mailing address**

MURRAY, MICAH D
383 LAS COLINAS BLVD.
APT. 3020
IRVING TX 75039

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $572.39 | $572.39 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4654.** **Priority creditor's name and mailing address**

MURRELL, ARNELL
764 CREST VALLEY PL
HENDERSON NV 89011

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $25.33 | $25.33 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4655.** **Priority creditor's name and mailing address**

MURRILL, JAFFAR
3219 FLOWERS RD SOUTH
APT. R
ATLANTA GA 30341

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,488.00 | $4,488.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.4656.** **Priority creditor's name and mailing address**

MURTAGH, HENRIETTA R
521 HILL STREET
WHITINSVILLE MA 01588

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $822.43 | $822.43 |

**Nonpriority amount**

$0.00

---

**2.4657.** **Priority creditor's name and mailing address**

MUSAWI, MUSTAFA
2310 DOLAN FALLS LANE
HOUSTON TX 77089

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $634.46 | $634.46 |

**Nonpriority amount**

$0.00

---

**2.4658.** **Priority creditor's name and mailing address**

MUSCARI, JORDAN
7408 W 140TH AVE
CEDAR LAKE IN 46303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,263.13 | $2,263.13 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4659. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

MUSGROVE, MADISON M
8912 SHERMAN ROAD
FOLEY AL 36535

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $127.05
Priority amount: $127.05

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4660.    **Priority creditor's name and mailing address**

MUSICH, CASSIDY M
14457 CLAUDE CT
THORNTON CO 80602

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $150.08
Priority amount: $150.08

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4661.    **Priority creditor's name and mailing address**

MUSICK, BRITTNAY
202 CHARLES STREET APT. 202
FREDERICKSBURG VA 22401

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $103.63
Priority amount: $103.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

---

2.4662. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

MUSO, CINDY
61 MELROSE AVE
STATEN ISLAND NY 10301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $242.85

**Priority amount** $242.85

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4663. **Priority creditor's name and mailing address**

MUSSLEWHITE, KYLIE E
9502 CARY-ALGONQUIN ROAD
CARY IL 60013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $65.84

**Priority amount** $65.84

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4664. **Priority creditor's name and mailing address**

MUTH, MEGAN H
29259 SNAPDRAGON PLACE
SANTA CLARITA CA 91387

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $109.92

**Priority amount** $109.92

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4665. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MUTHERSBAUGH, SAMANTHA
2520 SAINT THOMAS DR
LINCOLN NE 68502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $674.98
Priority amount: $674.98

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4666.    **Priority creditor's name and mailing address**

MYERS, CHRISTINE R
11211 SPRING PINE ST.
SAN ANTONIO TX 78249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $493.61
Priority amount: $493.61

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4667.    **Priority creditor's name and mailing address**

MYERS, ISABEL G
7161C NABORS DR TINKER AFB OKL
OKLAHOMA CITY OK 73145

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $483.45
Priority amount: $483.45

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

| | |
|---|---|
| 2.4668. | **Priority creditor's name and mailing address** |

**2.4668.** **Priority creditor's name and mailing address**

MYERS, MCKENZIE E
306 E WILSON BLVD
HAGERSTOWN MD 21740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $120.19 | $120.19 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4669.** **Priority creditor's name and mailing address**

MYERS, SYDNEY D
815 PASEO CAMARILLO
488
CAMARILLO CA 93010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $88.56 | $88.56 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4670.** **Priority creditor's name and mailing address**

NABIYEVA, NIGINA
4220 HUNT CLUB CIRCLE APT 804
FAIRFAX VA 22033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $928.50 | $928.50 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.4671.** | **Priority creditor's name and mailing address** | $116.28 | $116.28 |

**2.4671.** | **Priority creditor's name and mailing address**

NAEOLE, HEUAHEANAHENAHE
POBOX 11
KAAAAWA HI 96730

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $116.28 | $116.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4672.** | **Priority creditor's name and mailing address**

NAGLE, LORI J
5928 TULIP ST
2ND FLOOR
PHILADELPHIA PA 19135-3304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,657.21 | $2,657.21 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4673.** | **Priority creditor's name and mailing address**

NAGUE, JOHN E
338 HIGATE DRIVE
DALY CITY CA 94015

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $303.45 | $303.45 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4674.** **Priority creditor's name and mailing address**

NAJAR, - RAMIREZ APRIL
535 WOODLAWN AVE
CHULA VISTA CA 91910

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $203.76 | $203.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4675.** **Priority creditor's name and mailing address**

NAJERA, CHRIS A
7876 W MEXICO PL
LAKEWOOD MA 80232

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $356.42 | $356.42 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4676.** **Priority creditor's name and mailing address**

NAKAZIBWE, SOPHIA
2850 S LAKELINE BLVD
APT 1638
CEDARPARK TX 78613

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $583.22 | $583.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4677.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

NAMA, MOUYEGHE LIZ JOYCE
2475 GRAY FALLS DR
APT 721
HOUSTON TX 77077

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $128.68 | $128.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4678.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

NAN, MONICA
5445 GARFIELD AVE
PENNSAUKEN NJ 08109

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $108.85 | $108.85 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4679.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

NANAN, HOLLY J
10121 CAPE ANN DRIVE
COLUMBIA MD 21046

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $85.35 | $85.35 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.4680.** **Priority creditor's name and mailing address**

NAPIER, EMILY P
10459 WALNUT RIDGE RD
WALTON KY 41094

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $177.21 | $177.21 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4681.** **Priority creditor's name and mailing address**

NAPOLEON, DORCA
2142 ALDDRIN RD
4A
OCEAN NJ 07712

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $83.81 | $83.81 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4682.** **Priority creditor's name and mailing address**

NAQVI, ZARYAAB
91 ISABELLE STREET
METUCHEN NJ 08840

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.54 | $40.54 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4683.** **Priority creditor's name and mailing address**

NARANJO, ANGELA
1102 N IVY ST.
ESCONDIDO CA 92026

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $180.84 | $180.84 |

**Nonpriority amount**

$0.00

---

**2.4684.** **Priority creditor's name and mailing address**

NARAYANAN, RUTHIKA
10 MITCHELL AVE
EAST BRUNSWICK NJ 08816

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $215.94 | $215.94 |

**Nonpriority amount**

$0.00

---

**2.4685.** **Priority creditor's name and mailing address**

NARCISSE, SO'LACE
3722 WALTON WAY EXT
129
AUGUSTA GA 30907

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $192.42 | $192.42 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.4686.  **Priority creditor's name and mailing address**

NARINE, ASHLEY
118-02 107TH AVE
RICHMOND HILL NY 11419

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $120.00 | $120.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4687.  **Priority creditor's name and mailing address**

NASH, MYCHAYLA M
1600 WOLFE AVE
NORTH BRADDOCK PA 15104

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $433.50 | $433.50 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4688.  **Priority creditor's name and mailing address**

NATHANIEL, LETHADDUS C
5900 TRACY RD
ATOKA TN 38004

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $133.99 | $133.99 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

2.4689.  **Priority creditor's name and mailing address**

NAUER, AMBER K
490 THORME STREET
BRIDGEPORT CT 06606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $155.35 | $155.35 |

**Nonpriority amount**

$0.00

---

2.4690.  **Priority creditor's name and mailing address**

NAVA, LIZBETH
1400 13TH ST
219
IMPERIAL BEACH CA 91932

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $179.76 | $179.76 |

**Nonpriority amount**

$0.00

---

2.4691.  **Priority creditor's name and mailing address**

NAVA, VANESSA
3422 COLLIER AVE
SAN DIEGO CA 92116

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $191.52 | $191.52 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4692.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

NAVARRETE, ALVAREZ DAYELSY F
8347 SWEET MAIDEN
SAN ANTONIO TX 78242

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $260.92

**Priority amount**  $260.92

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.4693.**

**Priority creditor's name and mailing address**

NAVARRETE, AMANDA
15251 SENECA RD
APT 95
VICTORVILLE CA 92392

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $185.28

**Priority amount**  $185.28

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.4694.**

**Priority creditor's name and mailing address**

NAVARRETE, CIELO N
127 RETIRO
MOSS BEACH CA 94038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $119.55

**Priority amount**  $119.55

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor     **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| 2.4695. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

NAVARRETE, GRABIELA
3442 CLOVERDALE LN
DALLAS TX 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $791.37 | $791.37 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4696.

**Priority creditor's name and mailing address**

NAVARRO, ARIANNA
6424 E VICTORY RD
NAMPA ID 83687

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,492.50 | $1,492.50 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4697.

**Priority creditor's name and mailing address**

NAVARRO, DANIELLE J
24231 SCHIVENER HOUSE LANE
KATY TX 77493

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,049.05 | $2,049.05 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4698.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.4698.** **Priority creditor's name and mailing address**

NAVARRO, STEPHANIE
2560 HENRY AVE
PINOLE CA 94564

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $192.60 | $192.60 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.4699.** **Priority creditor's name and mailing address**

NAVEDO, KIARALEE E
290 BROADWAY ST. SUITE 287
METHUEN MA 01844

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $71.64 | $71.64 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.4700.** **Priority creditor's name and mailing address**

NAW, MIMI
223 CEDAR ST
HIGH POINT NC 27260

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $476.43 | $476.43 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4701.** **Priority creditor's name and mailing address**

NDAGIRE, DAPHINE M
710 N 7TH ST
APT 3
TERRE HAUTE IN 47807

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.32 | $127.32 |

**Nonpriority amount**

$0.00

**2.4702.** **Priority creditor's name and mailing address**

NDOMO, JANE MEGANE
1428 HAMPSHIRE WEST COURT
#12
SILVER SPRING MD 20903

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $311.15 | $311.15 |

**Nonpriority amount**

$0.00

**2.4703.** **Priority creditor's name and mailing address**

NEAL, DIAMOND N
11526 SULPHUR HILLS PLACE
WALDORF MD 20695

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.51 | $31.51 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.4704.** **Priority creditor's name and mailing address**

NEAL, STARKISHA B
1215 2ND AVE N
#14
SAUK-RAPIDS MN 56379

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $280.72 | $280.72 |

**Nonpriority amount**

$0.00

---

**2.4705.** **Priority creditor's name and mailing address**

NEARY, DEVON M
7308 ARAGON STREET
LAS VEGAS NV 89145

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.55 | $135.55 |

**Nonpriority amount**

$0.00

---

**2.4706.** **Priority creditor's name and mailing address**

NEARY, ROBIN
761 E RIVER RD
GRAND ISLAND NY 14072-2940

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $112.89 | $112.89 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4707.** **Priority creditor's name and mailing address**

NEAVES, TAYLOR M
9331 AUTUMN SUN
SAN ANTONIO TX 78254

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $137.76 | $137.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4708.** **Priority creditor's name and mailing address**

NEDZA, ELIZABETH
10808 S NASHVILLE AVE
WORTH IL 60482-1619

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $861.52 | $861.52 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4709.** **Priority creditor's name and mailing address**

NEEDHAM, JENNIFER L
15 CARDINAL DR.
FLORENCE KY 41042

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,877.17 | $1,877.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.4710.** **Priority creditor's name and mailing address**

NEEL, ABBIE N
5538 WESLEY DRIVE
MILTON FL 32570

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.78 | $135.78 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4711.** **Priority creditor's name and mailing address**

NEELEY, CAITLIN M
3652 BUENA VISTA DRIVE
HUBBARD OH 44425

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.38 | $77.38 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4712.** **Priority creditor's name and mailing address**

NEESON, BRITTANY N
118 BOWER CT
STATEN ISLAND NY 10309-1634

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $925.98 | $925.98 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4713.** **Priority creditor's name and mailing address**

NEGRETE, GABRIELLA
11406 CITRUS DR.
101
VENTURA CA 93004

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $716.50 | $716.50 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4714.** **Priority creditor's name and mailing address**

NEGRETE, JOCELYN
6515 DENSMORE AVE
LAKE BALBOA CA 91406

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.19 | $160.19 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4715.** **Priority creditor's name and mailing address**

NEGRI, KELLY A
162 WEST 14TH ST
DEER PARK NY 11729

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,460.78 | $2,460.78 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4716.**  **Priority creditor's name and mailing address**

NELLE, CHRIS A
16277 CAMERON AVE
PETERSBURG IL 62675

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,316.32 | $2,316.32 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.4717.**  **Priority creditor's name and mailing address**

NELSON, ADDISYN L
1003 NORTH 9TH AVENUE EAST
DULUTH MN 55805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $145.44 | $145.44 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.4718.**  **Priority creditor's name and mailing address**

NELSON, ALEYAH S
1213 HERITAGE DR
WENDELL NC 27591

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $101.72 | $101.72 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.4719.** **Priority creditor's name and mailing address**

NELSON, CARLETHA
1537 GRACE AVE
PANAMA CITY FL 32405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $589.38 | $589.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4720.** **Priority creditor's name and mailing address**

NELSON, DEIDRA
19140 PIERSON
DETROIT MI 48219

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $561.60 | $561.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4721.** **Priority creditor's name and mailing address**

NELSON, EMMA R
117 N GREENGATE DR
YUKON OK 73099

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $90.05 | $90.05 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

**2.4722.** **Priority creditor's name and mailing address**

NELSON, JADE K
3721 ORLEANS AVE
LOWER
SIOUX CITY IA 51106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.98 | $69.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4723.** **Priority creditor's name and mailing address**

NELSON, JOSLYN A
223 TOLLVIEW CT
GILBERTS IL 60136

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $149.82 | $149.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4724.** **Priority creditor's name and mailing address**

NELSON, MACKENZIE E
2070 N SPRIGG ST.
4-4106 C
CAPE GIRARDEAU MO 63367

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $106.38 | $106.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.4725.** **Priority creditor's name and mailing address**

NELSON, MICHELLE
6670 WEST 24TH CT
12
HIALEAH FL 33016

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.45 | $63.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4726.** **Priority creditor's name and mailing address**

NELSON, NICOLE D
5478 TIPPLE RD
ROCKFORD IL 61102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $318.20 | $318.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4727.** **Priority creditor's name and mailing address**

NELSON, RICHELLA A
155 TALL PINES CT
WINSTON-SALEM NC 27107

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.30 | $59.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.4728.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | NELSON, SAMANTHA M<br>8704 NE 59TH STREET<br>VANCOUVER WA 98662 | *Check all that apply.* | $115.44 | $115.44

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $115.44
**Priority amount:** $115.44
**Nonpriority amount:** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4729.** | **Priority creditor's name and mailing address**

NEPOMUCENO, SYDNEY
28419 MAYFAIR DR
VALENCIA CA 91354-1521

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $213.41
**Priority amount:** $213.41
**Nonpriority amount:** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4730.** | **Priority creditor's name and mailing address**

NEUBAUER, SAMANTHA E
1003 MICHELLE DRIVE
GULFPORT MS 39503

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $531.47
**Priority amount:** $531.47
**Nonpriority amount:** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| 2.4731. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4731.  **Priority creditor's name and mailing address**

NEVADA DEPARTMENT OF TAXATION
SALES TAX
STATE OF NEVADA-SALES/USE
PO BOX 7165
SAN FRANCISCO CA 94120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $53,762.73
**Priority amount**: $53,762.73

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

JANUARY '19

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.4732.  **Priority creditor's name and mailing address**

NEVADA DEPT. OF TAXATION
P.O. BOX 7165
SAN FRANCISCO CA 94120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $5,517.27
**Priority amount**: $5,517.27

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.4733.  **Priority creditor's name and mailing address**

NEVILLE, PAYTON L
3605 STARTOWN RD.
NEWTON NC 28658

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $157.14
**Priority amount**: $157.14

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                                                              Case number *(if known)* **19-10214**

| 2.4734. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | NEVINGER, KIMBERLY D<br>4130 CESAR CHAVEZ ST.<br>APT. 21<br>SAN FRANCISCO CA 94131 | *Check all that apply.* | $6,907.93 | $6,907.93 |

☐ Contingent

☐ Unliquidated        **Nonpriority amount**

☐ Disputed        $0.00

**Date or dates debt was incurred**        **Basis for the claim:**
_____        WAGES & PTO

**Last 4 digits of account number:**        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)        ☐ No
☐ Yes

| 2.4735. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | NEWCOMER, TAMRA H<br>18105 AMBERLY LN<br>SOUTH BEND IN 46637 | *Check all that apply.* | $3,076.58 | $3,076.58 |

☐ Contingent

☐ Unliquidated        **Nonpriority amount**

☐ Disputed        $0.00

**Date or dates debt was incurred**        **Basis for the claim:**
_____        WAGES & PTO

**Last 4 digits of account number:**        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)        ☐ No
☐ Yes

| 2.4736. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | NEWE, ZYANYA A<br>6 SAPPHIRE RD<br>OCALA FL 34472 | *Check all that apply.* | $1,132.05 | $1,132.05 |

☐ Contingent

☐ Unliquidated        **Nonpriority amount**

☐ Disputed        $0.00

**Date or dates debt was incurred**        **Basis for the claim:**
_____        WAGES & PTO

**Last 4 digits of account number:**        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)        ☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4737.** **Priority creditor's name and mailing address**

NEWSHOLME, MYA L
504 LIGHTHOUSE DRIVE
MANAHAWKIN NJ 08050

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $70.09 | $70.09 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4738.** **Priority creditor's name and mailing address**

NEWSOM, JALONI J
3701 W. BENJAMIN HOLT DR.
149
STOCKTON CA 95219

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.92 | $151.92 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4739.** **Priority creditor's name and mailing address**

NEWSOM, ZARIA M
1105 PALMER RD
MEMPHIS TN 38116

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.75 | $36.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.4740.** | **Priority creditor's name and mailing address** | |

**2.4740.** **Priority creditor's name and mailing address**

NEWTON, JANEA L
280 GRANGER VIEW CIRCLE
FRANKLIN TN 37064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $588.49 | $588.49 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4741.** **Priority creditor's name and mailing address**

NEWTON, JASMINE
10680 WARD RD
WHITAKERS NC 27891

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $55.46 | $55.46 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4742.** **Priority creditor's name and mailing address**

NEWTON, RACHEL M
441 LONE OAKS LOOP
SILVERTON OR 97381

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $768.16 | $768.16 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4743.** **Priority creditor's name and mailing address**

NEWTON, RAVEN M
4607 PINE BLVD
ORANGE BEACH AL 36561

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $79.76 | $79.76 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4744.** **Priority creditor's name and mailing address**

NGIGE, TIAISHIA A
2650 N. FIZTHUGH AVE
APT 1512
DALLAS TX 75204

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,359.30 | $4,359.30 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4745.** **Priority creditor's name and mailing address**

NGUYEN, ELISA
12977 N 50TH STREET
212A
TAMPA FL 33617

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $41.88 | $41.88 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4746.** **Priority creditor's name and mailing address**

NGUYEN, HONG
3212 TEN ACRE RD
PANAMA CITY FL 32405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $522.06 | $522.06 |

**Nonpriority amount**

$0.00

---

**2.4747.** **Priority creditor's name and mailing address**

NGUYEN, IVON
11912 CASTLEFORD WAY
CROWLEY TX 76036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.45 | $146.45 |

**Nonpriority amount**

$0.00

---

**2.4748.** **Priority creditor's name and mailing address**

NGUYEN, JENNA P
115 NORTH BIRCHER STREET
ANAHEIM CA 92801

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $178.96 | $178.96 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4749.** **Priority creditor's name and mailing address**

NGUYEN, JENNIFER
55 BONCOUER RD
CHELTENHAM PA 19012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $212.12 | $212.12 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4750.** **Priority creditor's name and mailing address**

NGUYEN, KAYCEE L
6813 VANCE ST
ARVADA CO 80003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $56.28 | $56.28 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4751.** **Priority creditor's name and mailing address**

NGUYEN, KENNY N
355 E. PRIMM BLVD PMB 5457
5457
PRIMM NV 89019

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $291.28 | $291.28 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.4752. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

NGUYEN, LILIAN S
18 ROCKEFELLER ST.
RANDOLPH MA 02368

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $114.96

**Priority amount**  $114.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4753. Priority creditor's name and mailing address**

NGUYEN, SUSAN
3656 DUNBAR AVE SW APT.A1
APT.A1
WYOMING MI 49509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $355.71

**Priority amount**  $355.71

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4754. Priority creditor's name and mailing address**

NHAN, TIFFANY J
20 WASHBURN STREET
WORCESTER MA 01610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $191.28

**Priority amount**  $191.28

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                     Case number *(if known)* **19-10214**

**2.4755.** **Priority creditor's name and mailing address**

NICASIO, CHAVEZ CECILIA
800 HILL AVE LOT 201
AURORA IL 60505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.02 | $151.02 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4756.** **Priority creditor's name and mailing address**

NICHOLAS, MONIQUE
2035 CAPSTONE CT
ROCK HILL SC 29732

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $141.74 | $141.74 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4757.** **Priority creditor's name and mailing address**

NICKS, BROOKE A
3915 UPMANN DRIVE
ROCKLEDGE FL 32955

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $149.40 | $149.40 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

**2.4758.** **Priority creditor's name and mailing address**

NICOLAS, JENNIFAR L
1029 NW 12TH ST
FORT LAUDERDALE FL 33311

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $238.32 | $238.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4759.** **Priority creditor's name and mailing address**

NICOLAS, KELLEE Y
1003 TOWER BLVD
LAKE WALES FL 33853

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $169.11 | $169.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4760.** **Priority creditor's name and mailing address**

NICOLAS, LAKISHA A
2760 NW 164TH ST
MIAMI GARDENS FL 33054

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,433.85 | $3,433.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

---

| 2.4761. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

NIEDERHAUS. CORY A.
53 PLYMOUTH AVE
MT. SINAI NY 11766

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $0.00

**Priority amount** $0.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4762.    **Priority creditor's name and mailing address**

NIEDERSCHUH, DAYNA J
10208 PLYMOUTH
OKLAHOMA CITY OK 73159

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,998.08

**Priority amount** $3,998.08

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4763.    **Priority creditor's name and mailing address**

NIES, AIMEE L
905 COMMONWEALTH BLVD
MANCHESTER NJ 08759

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $613.91

**Priority amount** $613.91

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | |
|---|---|
| **2.4764.** | **Priority creditor's name and mailing address** |

NIETO, LETICIA
3130 CRESTDALE DR
APT 1136
HOUSTON TX 77080-3935

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,181.25 | $2,181.25 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

| | |
|---|---|
| **2.4765.** | **Priority creditor's name and mailing address** |

NIEVES, DAYANA
CALLE FENIX G-7 URB. LAS GAVIO
TOA BAJA PR 00949

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.07 | $136.07 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

| | |
|---|---|
| **2.4766.** | **Priority creditor's name and mailing address** |

NIEVES, JARIMAR
2731 GARFIELD AVENUE
CAMDEN NJ 08105

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $190.72 | $190.72 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

| 2.4767. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4767.** **Priority creditor's name and mailing address**

NIEVES, KAMILA
CARR 167
BO. CUCHILLAS
MOCA PR 00676

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.98 | $36.98 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4768.** **Priority creditor's name and mailing address**

NIEVES, SHALIYAH P
22 WADSWORTH STREET
MANCHESTER CT 06040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $176.24 | $176.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4769.** **Priority creditor's name and mailing address**

NIEVES, VANESSA M
12 OAKLAND AVE
3
CRANSTON RI 02910

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $268.70 | $268.70 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.4770. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4770.** **Priority creditor's name and mailing address**

NIKIEMA-OUEDRAOGO. WENDENDA MA
2206 BRIGHTSEAT RD
APT. 201
LANDOVER MD 20785

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**          **Priority amount**
$0.00                    $0.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4771.** **Priority creditor's name and mailing address**

NISHIDA, BREEANN S
28581 AUTHURIUM WAY
MURRIETA CA 92563

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**          **Priority amount**
$184.92                  $184.92

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4772.** **Priority creditor's name and mailing address**

NITTOLO, AMANDA
703 KENSINGTON CT.
BREWSTER NY 10509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**          **Priority amount**
$417.45                  $417.45

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| 2.4773. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4773.** **Priority creditor's name and mailing address**

NIX, DELLA
22 4TH COURT WEST
BIRMINGHAM AL 35204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $31.97

**Priority amount**   $31.97

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4774.** **Priority creditor's name and mailing address**

NIXON, SYDNEY L
2324 NW 112TH STREET
OKC OK 73120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $44.73

**Priority amount**   $44.73

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4775.** **Priority creditor's name and mailing address**

NOCELOTL, DIANA V
311 SIMMS ST
AURORA IL 60505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $313.50

**Priority amount**   $313.50

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.4776. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

NOEL, RAELYNN A
11870 MEADOW WOOD WAY
MORENO VALLEY CA 92557-6216

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $111.00
Priority amount: $111.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.4777. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

NOGALES, BRIANNA N
17100 31ST DR SE
BOTHELL WA 98012

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $656.70
Priority amount: $656.70

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.4778. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

NOGOY, ISABELLE
4545 17TH AVE NE
SEATTLE WA 98105

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $252.00
Priority amount: $252.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                                                    Case number *(if known)* **19-10214**

---

**2.4779.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| | NOLASCO, JENNIFER<br>1472 W. 47TH ST<br>LOS ANGELES CA 90062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $883.50 | $883.50<br><br>**Nonpriority amount**<br><br>$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.4780.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| | NOLL, TANNER R<br>1902 SE ESTERBROOK STREET<br>PORT ST LUCIE FL 34983 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $110.40 | $110.40<br><br>**Nonpriority amount**<br><br>$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.4781.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| | NOLTING, KAITLYN<br>6443 NESBIT ST<br>COALMONT IN 47845 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $106.65 | $106.65<br><br>**Nonpriority amount**<br><br>$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor     **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

2.4782.  **Priority creditor's name and mailing address**

NOMURA, KIANNA
94-304 KEAOOPUA STREET
MILILANI HI 96789

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $30.60 | $30.60 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.4783.  **Priority creditor's name and mailing address**

NORBERT, TATIANA L
10704 GUNGROVE DR
UNIT B
AUSTIN TX 78750

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $87.67 | $87.67 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.4784.  **Priority creditor's name and mailing address**

NORDMAN, LAUREN T
19800 SASSAFRASS DRIVE
LITTLE ROCK AR 72206

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $2,131.32 | $2,131.32 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| 2.4785. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4785.** **Priority creditor's name and mailing address**

NORDQUIST, AMBER
393 9TH AVE
WALCOTT ND 58077

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,067.81 | $4,067.81 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4786.** **Priority creditor's name and mailing address**

NORIA, JENNIFER
4009 LANFORD RD
MISSION TX 78574

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $219.60 | $219.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4787.** **Priority creditor's name and mailing address**

NORIEGA, KIANNA R
2030 PHILLIPS RD
NEW BEDFORD MA 02745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $709.31 | $709.31 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.4788.** **Priority creditor's name and mailing address**

NORIEGA, RICARDO
1A4-4 SAN RAFAEL
CAGUAS PR 00725

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,091.20 | $1,091.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4789.** **Priority creditor's name and mailing address**

NORIEGA, RUIZ MARGARET J
155 E SUNSET ST
LONG BEACH CA 90805

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $232.80 | $232.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4790.** **Priority creditor's name and mailing address**

NORMAN, KEELASHAY
2936 SIXTH ST.
MUSKEGON HEIGHTS MI 49444

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $212.57 | $212.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4791.** **Priority creditor's name and mailing address**

NORRINGTON, SANDRA C
8356 104TH AVE
VERO BEACH FL 32967

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $56.94 | $56.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4792.** **Priority creditor's name and mailing address**

NORRIS, ASHLEY
1134 CROSS VALLEY COVE
CORDOVA TN 38018

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,631.22 | $3,631.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4793.** **Priority creditor's name and mailing address**

NORRIS, AUBREY
411 MARYLAND STREET
PARKER CITY IN 47368

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $121.73 | $121.73 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

**2.4794.** **Priority creditor's name and mailing address**

NORRIS, BRIANNA
83 PEARLHARBOR PL
BRIDGEPORT CT 06610

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $189.01 | $189.01 |

**Nonpriority amount**

$0.00

---

**2.4795.** **Priority creditor's name and mailing address**

NORRIS, CHRISTAL L
4060 BISCAYNE RD
INDIANAPOLIS IN 46226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.33 | $30.33 |

**Nonpriority amount**

$0.00

---

**2.4796.** **Priority creditor's name and mailing address**

NORRIS, HALEY M
102 BROWNLEA DRIVE
14
GREENVILLE NC 27858

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $208.38 | $208.38 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.4797.** **Priority creditor's name and mailing address**

NORSWORTHY, SAMANTHA G
205 WILLOW COVE
PADUCAH KY 42003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $196.33 | $196.33 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4798.** **Priority creditor's name and mailing address**

NORTH DAKOTA OFFICE OF STATE
TAX COMMISSIONER
SALES TAX
PO BOX 5623
BISMARCK ND 58506-5623

**Date or dates debt was incurred**

JANUARY 19

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $414.68 | $414.68 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4799.** **Priority creditor's name and mailing address**

NORTH HILLS SCHOOL DISTRICT
135 SIXTH AVENUE
PITTSBURGH PA 15229-1291

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $639.31 | $639.31 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

---

| 2.4800. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4800.   **Priority creditor's name and mailing address**

NORTH, AIYANA F
6502 182ND PL SW
LYNNWOOD WA 98037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $254.16 | $254.16 |

**Nonpriority amount**

$0.00

---

2.4801.   **Priority creditor's name and mailing address**

NORTH-BECERRA, HEATHER S
6155 FLORIDA ST
DETROIT MI 48210-1973

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,255.92 | $2,255.92 |

**Nonpriority amount**

$0.00

---

2.4802.   **Priority creditor's name and mailing address**

NORTHERN, RYNIAH A
327 SHERBORNE LANE
KISSIMMEE FL 34758

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $128.10 | $128.10 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

**2.4803.** **Priority creditor's name and mailing address**

NORTON, BREANNE M
2800 S HIGHLAND MESA ROAD
#6-204
FLAGSTAFF AZ 86001

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $190.60 | $190.60 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4804.** **Priority creditor's name and mailing address**

NORTON, LINDSEY N
1506 LINCOLNSHIRE DR.
6
CHAMPAIGN IL 61821

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,532.50 | $3,532.50 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4805.** **Priority creditor's name and mailing address**

NORWOOD, TARA C
7757 67TH ST N
PINELLAS PARK FL 33781

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $421.36 | $421.36 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.4806.  **Priority creditor's name and mailing address**

NOSEDA, RENEE M
13334 WESTMINISTER
STERLING HEIGHTS MI 48313

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,349.22 | $2,349.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4807.  **Priority creditor's name and mailing address**

NOYES, NIA P
1208 10TH AVE S
ST CLOUD MN 56301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.92 | $40.92 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4808.  **Priority creditor's name and mailing address**

NULL, STEPHANIE A
1042 8TH AVE
BRACKENRIDGE PA 15014

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $594.32 | $594.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

| | | | | |
|---|---|---|---|---|
| 2.4809. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

NULTER, LAUREN L
2608 AVERY STREET
22
PARKERSBURG WV 26104

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**    $35.70

**Priority amount**    $35.70

**Nonpriority amount**

$0.00

---

2.4810.   **Priority creditor's name and mailing address**

NUNCIO, MARIA I
2300 18TH STREET
PLANO TX 75074-5732

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**    $615.04

**Priority amount**    $615.04

**Nonpriority amount**

$0.00

---

2.4811.   **Priority creditor's name and mailing address**

NUNEZ, ANGELICA C
4 STEVEN ST
APT 2
DANBURY CT 06810

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**    $121.00

**Priority amount**    $121.00

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

---

**2.4812.** **Priority creditor's name and mailing address**

NUNEZ, BRENDA
PO BOX 1105
FRAZIER PARK CA 93225

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,068.90 | $1,068.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4813.** **Priority creditor's name and mailing address**

NUNEZ, CELYNA
11284 IVY PLACE
LOS ANGELES CA 90064

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $145.75 | $145.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4814.** **Priority creditor's name and mailing address**

NUNEZ, LINDA O
1915 GREENFIELD AVE.
NORTH CHICAGO IL 60064

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $293.21 | $293.21 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.4815. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4815.**  **Priority creditor's name and mailing address**

NUNNALLEE, AILISE E
5006 MADISON HEIGHTS CT SE
OLYMPIA WA 98501

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $724.82 | $724.82 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4816.**  **Priority creditor's name and mailing address**

NUON, NATHALIE S
1781 KYRA CIRCLE
SAN JOSE CA 95122

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $884.57 | $884.57 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4817.**  **Priority creditor's name and mailing address**

NUTAUT, ALLY J
2945 S 5TH ST
SPRINGFIELD IL 62703-4015

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $528.63 | $528.63 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4818.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

NUTTER, JESSICA
818 E LANGSFORD RD
APT 204
LEES SUMMIT MO 64063

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $878.33
Priority amount: $878.33

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4819.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

NY CITY DEPT OF FINANCE
PO BOX 3931
NEW YORK NY 10008-3931

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $10,238.00
Priority amount: $10,238.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
DEC '18-JAN '19

**Basis for the claim:**
TAXES

**Last 4 digits of account number:** 0505

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.4820.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

OBEID, AISHA I
8857 HAPPINESS RD
HARRISBURG NC 28075

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $91.07
Priority amount: $91.07

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| 2.4821. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

OBERHEUSER, BLAKE M
637 CAMINO DEL CONTENTO
PUEBLO WEST CO 81007

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $543.35

Priority amount: $543.35

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.4822. | **Priority creditor's name and mailing address** |
|---|---|

OBIE, LAUREN N
10100 NW 86 STREET
KANSAS CITY MO 64153

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $174.15

Priority amount: $174.15

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.4823. | **Priority creditor's name and mailing address** |
|---|---|

OBILLO, TRISHA ALLISON M
42112 AUTUMN RAIN CIRCLE
ASHBURN VA 20148

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $130.80

Priority amount: $130.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.4824.** **Priority creditor's name and mailing address**

OBLEPIAS, BIANCA
669 ROOSEVELT AVE
CARTERET NJ 07008

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $453.72 | $453.72 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4825.** **Priority creditor's name and mailing address**

O'BRIEN, COURTNEY S
9128 S. AVERS
EVERGREEN PARK IL 60805

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $39.05 | $39.05 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4826.** **Priority creditor's name and mailing address**

O'BRIEN, KEARA
505 PACHECO DR
TRACY CA 95376-1426

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $569.03 | $569.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

**2.4827.** **Priority creditor's name and mailing address**

OCAMPO, ABIGAIL C
4126 W. BARRY AVE.
2
CHICAGO IL 60641

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $520.30 | $520.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4828.** **Priority creditor's name and mailing address**

OCASIO, - RODRIGUEZ NATASHA
129 HAWTHORNE DRIVE
GUYTON GA 31312

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $254.02 | $254.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4829.** **Priority creditor's name and mailing address**

OCCHIONERO, HEATHER N
1801 DUNWOODY RD
BALTIMORE MD 21234

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,374.85 | $3,374.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

| 2.4830. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4830.** **Priority creditor's name and mailing address**

OCHOA, BRIANA D
9200 PERRY AVENUE
AMARILLO TX 79119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $191.24     **Priority amount** $191.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4831.** **Priority creditor's name and mailing address**

OCHOA, CRUZ JENIFER C
1404 N FRENCH ST #K
K
SANT ANA CA 92701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $180.24     **Priority amount** $180.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4832.** **Priority creditor's name and mailing address**

OCHOA-CARDENAS, BEATRIZ
1325 ROBERTS ST
RENO NV 89502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $335.40     **Priority amount** $335.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                                  Case number *(if known)* **19-10214**

**2.4833.** **Priority creditor's name and mailing address**

O'CONNOR, CHARLENE R
700 W LA JOLLA ST #63
PLACENTIA CA 92870

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,414.07 | $1,414.07 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4834.** **Priority creditor's name and mailing address**

OCONNOR, SHANNON K
1526 S. CHARLES BLVD
APT. 94A
GREENVILLE NC 27858

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $117.74 | $117.74 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4835.** **Priority creditor's name and mailing address**

O'CONNOR. MARY KAY
758 NORTH POINT
#2
SAN FRANCISCO CA 94109

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $16,056.25 | $12,850.00 |
| | **Nonpriority amount** |
| | $3,206.25 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.4836. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

ODEN, CARMILLA M
117 BROWNLEA DR. APT. 10
GREENVILLE NC 27858

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $240.71 | $240.71 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4837.    **Priority creditor's name and mailing address**

ODOM, HALEY
7 DEAL AVE NW
FORT WALTON BEACH FL 32548

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $34.52 | $34.52 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4838.    **Priority creditor's name and mailing address**

ODOM, LAURYN E
848 TARA COURT
COLUMBIA SC 29210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $73.35 | $73.35 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4839. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4839.** **Priority creditor's name and mailing address**

O'DONNELL, BRILLIANNA C
1622 NORWOOD AVENUE
PROSPECT PARK PA 19076

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $570.46 | $570.46 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4840.** **Priority creditor's name and mailing address**

OFFOR, JAANAI
4815 BOYLAN STREET
FAYETTEVILLE NC 28306

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.88 | $107.88 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4841.** **Priority creditor's name and mailing address**

OGBEVIRE, SHEILA
4089 ASHWINTON WAY
ROCKFORD IL 61109-3274

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $243.30 | $243.30 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.4842.** **Priority creditor's name and mailing address**

OGLESBY, FAITH A
1416 ASIA COURT
LATTA SC 29565

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $184.34 | $184.34 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4843.** **Priority creditor's name and mailing address**

OGLESBY, KNEISHA P
26.5 SOUTH GEORGIA AVE
ATLANTIC CITY NJ 08401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.13 | $32.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4844.** **Priority creditor's name and mailing address**

OHANIAN, TAMARA
1396 CATNAP LANE
MONUMENT CO 80132

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $259.62 | $259.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.4845.** **Priority creditor's name and mailing address**

OHIO DEPARTMENT OF TAXATION
OH CAT
PO BOX 182101
COLUMBUS OH 43218-2101

**Date or dates debt was incurred**

JANUARY 19

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,360.54 | $4,360.54 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4846.** **Priority creditor's name and mailing address**

OJHA, HANNAH G
305 FERRARA CT
KISSIMMEE FL 34758

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.97 | $129.97 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4847.** **Priority creditor's name and mailing address**

OKE-DIRAN, SARAH
5461 N. EAST RIVER ROAD
1601
CHICAGO IL 60656

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.69 | $95.69 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4848.** **Priority creditor's name and mailing address**

O'KEEFE, LUCIANNA J
71 HUDSON STREET
SOUTH GLENS FALLS NY 12803

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,538.18 | $2,538.18 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4849.** **Priority creditor's name and mailing address**

OKELLY, HILLARY H
5376 NEIL DR.
SAINT PETERSBURG FL 33714

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $240.35 | $240.35 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4850.** **Priority creditor's name and mailing address**

OKEY, CYNTHIA L
2616 22ND ST NW
CANTON OH 44708

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $552.28 | $552.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.4851. **Priority creditor's name and mailing address**

OKRAKEL, MARCIA E
3927 49TH AVE SW
OLYMPIA WA 98512

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $220.68 | $220.68 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4852. **Priority creditor's name and mailing address**

OLADITAN, OLAPEJU V
18 GIORDAN COURT
STATEN ISLAND NY 10303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $45.75 | $45.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4853. **Priority creditor's name and mailing address**

OLDHAM, PETER G
1125 S. EBENEZER AVE.
APT. 221
SIOUX FALLS SD 57106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,296.93 | $1,296.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

2.4854.  **Priority creditor's name and mailing address**

OLEA, GARCIA CINTHIA
1965 BLUEBIRD CT
MIDDLETOWN OH 45044

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $582.23 | $582.23 |
|  | **Nonpriority amount** |
|  | $0.00 |

2.4855.  **Priority creditor's name and mailing address**

OLEA, MARCELENA A
3200 S LITZLER DR
APT 5-220
FLAGSTAFF AZ 85392

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $39.05 | $39.05 |
|  | **Nonpriority amount** |
|  | $0.00 |

2.4856.  **Priority creditor's name and mailing address**

OLIPHANT, JENNIFER L
1361 CYPRESS POINT LN
APT 104
VENTURA CA 93003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $544.51 | $544.51 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4857.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.4857.** **Priority creditor's name and mailing address**

OLIVARES, ESTEFANIE
3075 REDDING AVE APART. 915
SACRAMENTO CA 95820

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $40.56

**Priority amount**    $40.56

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4858.** **Priority creditor's name and mailing address**

OLIVAREZ, NATALIE
4422 LOMINA AVE.
LAKEWOOD CA 90713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $221.04

**Priority amount**    $221.04

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4859.** **Priority creditor's name and mailing address**

OLIVAS, AMANDA
2123 SOUTH KANSAS
2123
WICHITA KS 67211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $80.98

**Priority amount**    $80.98

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4860. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.4860.** **Priority creditor's name and mailing address**

OLIVAS, KAILEE
8220 E 24TH DR
DENVER CO 80238

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $41.96

**Priority amount** $41.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4861.** **Priority creditor's name and mailing address**

OLIVAS, LEANDRA G
8710 MESA OAK DR.
RIVERSIDE CA 92508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $158.04

**Priority amount** $158.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4862.** **Priority creditor's name and mailing address**

OLIVE, KRISTY D
5300 PASEO RANCHO CATILLA
LOS ANGELES CA 90032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $297.96

**Priority amount** $297.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**2.4863.** **Priority creditor's name and mailing address**

OLIVEIRA, CAROLINE M
106 RAYMOND STREET
FALL RIVER MA 02723

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $739.59 | $739.59 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4864.** **Priority creditor's name and mailing address**

OLIVER, MAISYN
1965 E 15TH AVENUE
405
EUGENE OR 97403

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $192.72 | $192.72 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4865.** **Priority creditor's name and mailing address**

OLIVER, SKYLER M
2036 WESTON AVENUE
YOUNGSTOWN OH 44514

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.69 | $135.69 |
| | **Nonpriority amount** |
| | $0.00 |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

**2.4866.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

OLIVER, TRINITY M
500 WELLBORN RD. N.
APPT. 2322
COLLEGE STATION TX 77840

*Check all that apply.*                                $32.40              $32.40

☐ Contingent
☐ Unliquidated                                              **Nonpriority amount**
☐ Disputed
                                                                    $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                        WAGES & PTO

**Last 4 digits of account number:**            **Is the claim subject to offset?**

                                                              ☐ No
**Specify Code subsection of PRIORITY            ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4867.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

OLIVERAS, ZHANIAH E
53 WARNER PLACE
UNIT F
WATERBURY CT 06704

*Check all that apply.*                                $169.32            $169.32

☐ Contingent
☐ Unliquidated                                              **Nonpriority amount**
☐ Disputed
                                                                    $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                        WAGES & PTO

**Last 4 digits of account number:**            **Is the claim subject to offset?**

                                                              ☐ No
**Specify Code subsection of PRIORITY            ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.4868.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

OLIVEROS, CLAUDIA
519 BRIGGS AVE
MODESTO CA 95351

*Check all that apply.*                                $107.04            $107.04

☐ Contingent
☐ Unliquidated                                              **Nonpriority amount**
☐ Disputed
                                                                    $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                        WAGES & PTO

**Last 4 digits of account number:**            **Is the claim subject to offset?**

                                                              ☐ No
**Specify Code subsection of PRIORITY            ☐ Yes
unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.4869.** **Priority creditor's name and mailing address**

OLIVO, CAMILLE
CALLE VIEJA 7143 20C
SABANA SECA PR 00952

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $166.97 | $166.97 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4870.** **Priority creditor's name and mailing address**

OLMO, NATHALIA
3300 LORNE DR
KILLEEN TX 76542

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.22 | $33.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4871.** **Priority creditor's name and mailing address**

OLMOS, CRYSTAL
4200 KAYTLAIN AVE
BAKERSFIELD CA 93313-3983

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,750.24 | $1,750.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4872.** **Priority creditor's name and mailing address**

OLMOS, DEYSI E
619 E GORHAM ST
APT.1
MADISON WI 535703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.01 | $136.01 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4873.** **Priority creditor's name and mailing address**

OLSEN, KALEY N
1945 VALANCE ST.
SAN DIEGO CA 92154

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $269.16 | $269.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4874.** **Priority creditor's name and mailing address**

OLSON, HALLE
5150 THISTLE COURT
COLORADO SPRINGS CO 80917

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.27 | $66.27 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4875.** **Priority creditor's name and mailing address**

OLSON, NATALIE B
2713 W MAPLEWOOD AVE #210
BELLINGHAM WA 98225

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $581.72 | $581.72 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4876.** **Priority creditor's name and mailing address**

O'MALLEY, ERIN E
69 CHERYL DRIVE
RONKONKOMA NY 11779

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $207.00 | $207.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4877.** **Priority creditor's name and mailing address**

O'MALLEY, MADISON A
4609 DEER CREEK CT
APT 1
YOUNGSTOWN OH 44515

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $111.92 | $111.92 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.4878. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Priority creditor's name and mailing address**

O'MEALLY, DANIELLE E
12L SUNMIST SQUARE
AMHERST NY 14228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,275.00 | $1,275.00 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4879.   **Priority creditor's name and mailing address**

O'NEAL, JAYLA M
1000 17TH AVE
169
NASHVILLE TN 37208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $174.59 | $174.59 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4880.   **Priority creditor's name and mailing address**

O'NEIL, SCARLETT R
929 5TH STREET SOUTH
SAUK RAPIDS MN 56379

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,825.77 | $3,825.77 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4881.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.4881.** **Priority creditor's name and mailing address**

OPPENHEIMER, ARIANA
482 ALLEN PARK RD.
SPRINGFIELD MA 01118

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $288.00

**Priority amount**  $288.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4882.** **Priority creditor's name and mailing address**

OQUENDO, JACKELINE A
34 N. SWEZEYTOWN RD.
MIDDLE ISLAND NY 11953-1443

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $5,670.37

**Priority amount**  $5,670.37

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4883.** **Priority creditor's name and mailing address**

ORANGE, LETIA
2390 NUT TREE RD
12
VACAVILLE CA 95687

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $73.56

**Priority amount**  $73.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.4884. **Priority creditor's name and mailing address**

ORDONEZ, DAISY
24929 ALDERBROOK DR
APT.5
NEWHALL CA 91321

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $213.00 | $213.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4885. **Priority creditor's name and mailing address**

ORDONEZ, ELIZABETH A
4001 FAUDREE RD APT L205
ODESSA TX 79765

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,587.40 | $4,587.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.4886. **Priority creditor's name and mailing address**

OREGEL, STEPHANIE
1329 NOCHE DR
OXNARD CA 93030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $228.60 | $228.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.4887.** **Priority creditor's name and mailing address**

ORELLANA, CARLA
205 BENTON DR
APT. 1203
ALLEN TX 75002-5359

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,914.59 | $1,914.59 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4888.** **Priority creditor's name and mailing address**

ORELLANA, KEITHY ARABELLA
10600 MONTARA AVENUE
SOUTH GATE CA 90280

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $45.96 | $45.96 |
| | **Nonpriority amount** |
| | $0.00 |

**2.4889.** **Priority creditor's name and mailing address**

ORELLANA, VALERIE
30560 APPALACHIAN DRIVE
CASTAIC CA 91384

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $169.20 | $169.20 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**2.4890.** **Priority creditor's name and mailing address**

ORELLANA, YOSELIN
1705 RIVER OAKS DR
ALLEN TX 75002-5359

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,940.32 | $1,940.32 |

**Nonpriority amount**

$0.00

**2.4891.** **Priority creditor's name and mailing address**

ORLANDO, KRISTIN N
74 MADISON AVENUE
WESTBURY NY 11590

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,255.52 | $1,255.52 |

**Nonpriority amount**

$0.00

**2.4892.** **Priority creditor's name and mailing address**

ORNELAS, ARIANA D
240 GURRIES DR
B
GILROY CA 95020

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $492.76 | $492.76 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

**2.4893.** **Priority creditor's name and mailing address**

ORNELAS, MARY G
852 EAST 20TH ST LN
GREELEY CO 80631

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $109.89 | $109.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4894.** **Priority creditor's name and mailing address**

OROZCO, ASTRID M
5135 N POST RD
TRLR 235
INDIANAPOLIS IN 46226

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $182.52 | $182.52 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4895.** **Priority creditor's name and mailing address**

OROZCO, MARISOL M
8839 GRAHAM
DEARBORN MI 48126

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $219.60 | $219.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.4896. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | OROZCO, VALERIE<br>42774 AMAZON ST<br>HEMET CA 92544 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24.60 | $24.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.4897. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | OROZCO, VILLASENOR KARINA<br>3877 LIGHT YEAR DR<br>LAS VEGAS NV 89115 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $151.14 | $151.14 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.4898. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ORR, KYRA<br>605 NE EMERSON ST<br>PORTLAND OR 97211 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $755.04 | $755.04 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.4899.** **Priority creditor's name and mailing address**

ORTA, ERIS M
325 CLARENDON
COLUMBUS OH 43223

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $62.88 | $62.88 |

**Nonpriority amount**

$0.00

---

**2.4900.** **Priority creditor's name and mailing address**

ORTEGA, ANA D
88 MANHATTAN AVE
3L
BROOKLYN NY 11206

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $333.60 | $333.60 |

**Nonpriority amount**

$0.00

---

**2.4901.** **Priority creditor's name and mailing address**

ORTEGA, BEATRIZ A
2100 STALCUP RD
FORT WORTH TX 76112

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $256.76 | $256.76 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4902. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ORTEGA, BETZABET S
8225 COMMUNITY DR
MANASSAS VA 20109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $184.12

**Priority amount** $184.12

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4903.  Priority creditor's name and mailing address**

ORTEGA, GIZELLE
5461 DEHESA ROAD
EL CAJON CA 92019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $281.52

**Priority amount** $281.52

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.4904.  Priority creditor's name and mailing address**

ORTEGA, GUADALUPE O
3076 OAK CREST CIR
EL PASO TX 79936-0664

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,536.38

**Priority amount** $2,536.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | |
|---|---|
| 2.4905. | **Priority creditor's name and mailing address** |

**Priority creditor's name and mailing address**

ORTEGA, MARTINEZ AMERICA G
1906 JEROME AV SW
GRAND RAPIDS MI 49507

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $178.99 | $178.99 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4906.   **Priority creditor's name and mailing address**

ORTEGA, VERONICA F
15873 YARNELL STREET
SYLMAR CA 91342

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $981.36 | $981.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.4907.   **Priority creditor's name and mailing address**

ORTEGA, VILLALOBOS ERIKA J
2816 FM 1978
SAN MARCOS TX 78666

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $43.17 | $43.17 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

2.4908.  **Priority creditor's name and mailing address**

ORTEGON, GABRIELA
1701 MILL ST
SAN MARCOS TX 78666

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.84 | $31.84 |
| | **Nonpriority amount** |
| | $0.00 |

2.4909.  **Priority creditor's name and mailing address**

ORTEZ, ELVIA M
57 NEW ST
SOUTH RIVER NJ 08882

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $713.17 | $713.17 |
| | **Nonpriority amount** |
| | $0.00 |

2.4910.  **Priority creditor's name and mailing address**

ORTIZ, ERANDI
6927 WRIGHT PLAZA APT O2
OMAHA NE 68106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $374.55 | $374.55 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4911.** **Priority creditor's name and mailing address**

ORTIZ, FRANCISCA
6910 W WATERS AVE
APT 600
TAMPA FL 33634-2215

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.42 | $33.42 |

| Nonpriority amount |
|---|
| $0.00 |

**2.4912.** **Priority creditor's name and mailing address**

ORTIZ, GYSSELLE
2502 FLINT COURT
SOUTH BEND IN 46628

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $239.68 | $239.68 |

| Nonpriority amount |
|---|
| $0.00 |

**2.4913.** **Priority creditor's name and mailing address**

ORTIZ, INGRID
969 GROVE STREET
1ST FLOOR
ELIZABETH NJ 07202

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $71.95 | $71.95 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.4914. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4914.    **Priority creditor's name and mailing address**

ORTIZ, JANYZE O
4416 ELIZABETH ST APT 5
CUDAHY CA 90201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $2,069.85

**Priority amount**    $2,069.85

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4915.    **Priority creditor's name and mailing address**

ORTIZ, JESSICA
2687 E. BERETTA PLACE
CHANDLER AZ 85286-5704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $748.55

**Priority amount**    $748.55

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4916.    **Priority creditor's name and mailing address**

ORTIZ, KATELYNN E
127 B HILLCREST AVE
APT B
COLLINGSWOOD NJ 08108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $103.55

**Priority amount**    $103.55

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

**2.4917.** **Priority creditor's name and mailing address**

ORTIZ, MARGARITA
5709 BROSAM DR
PLAINFIELD IL 60586

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $511.51 | $511.51 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4918.** **Priority creditor's name and mailing address**

ORTIZ, MARIA G
9108 MAPLE ST
BELLFLOWER CA 90706-5619

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,495.98 | $1,495.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.4919.** **Priority creditor's name and mailing address**

ORTIZ, MILAGROS E
9534 BRIAR GLENN WAY
GAITHERSBURG MD 20886

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $436.19 | $436.19 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

| 2.4920. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ORTIZ, MIRIAM<br>720 BAYSHORE DR CONDO 303<br>FT LAUDERDALE FL 33304 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.42 | $100.42 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Nonpriority amount**

$0.00

---

| 2.4921. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ORTIZ, YESENIA<br>1500 SEMINOLE DR<br>22<br>JOHNSON CITY TN 37604 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29.15 | $29.15 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Nonpriority amount**

$0.00

---

| 2.4922. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ORTIZ, ZOIE I<br>2241 VINE ST<br>DENVER CO 80205 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $115.22 | $115.22 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4923.** **Priority creditor's name and mailing address**

ORTOLANI, ANDREA M
113 AQUEDUCT COURT
FOREST HILL MD 21050

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $237.66 | $237.66 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4924.** **Priority creditor's name and mailing address**

OSBURN, EMALEE N
1008 PEPPERTREE PLACE
NORMAN OK 73071

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $117.53 | $117.53 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4925.** **Priority creditor's name and mailing address**

OSCAR-LYNN, DEANNA K
10870 PINE STREET
TAYLOR MI 48180

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $196.48 | $196.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4926.** **Priority creditor's name and mailing address**

OSIER, JESSICA C
3060 SEDGWICK CIRCLE
LOVELAND CO 80538

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $400.49 | $400.49 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4927.** **Priority creditor's name and mailing address**

OSORIO, MARTINEZ ESTEFANIA
1775 LINNERUD DR.
APT 201
SUN PRAIRIE WI 53590

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $52.13 | $52.13 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4928.** **Priority creditor's name and mailing address**

OSORTO, LISETTE M
2208 RICHWOOD PIKE DR
RUSKIN FL 33570

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $208.96 | $208.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.4929.** **Priority creditor's name and mailing address**

OSSUN, BERNADETTE
5669 N FRESNO ST
142
FRESNO CA 93710

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,886.99 | $1,886.99 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4930.** **Priority creditor's name and mailing address**

OSUNA, AGUERO MARTHA L
2004 E. WHITE AVE.
APT.101
FRESNO CA 93701

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.24 | $135.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4931.** **Priority creditor's name and mailing address**

OSUNA, HEAVEN M
208 LAURA LN
GRAND PRAIRIE TX 75052

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $145.43 | $145.43 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.4932.** **Priority creditor's name and mailing address**

OSWALD, ALEXANDREA J
319 CHESTNUT HEIGHTS DRIVE
LIVERPOOL NY 13088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $363.64 | $363.64 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.4933.** **Priority creditor's name and mailing address**

OSWALD, ANNA
4144 W 90TH ST
HOMETOWN IL 60456-1214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,270.78 | $1,270.78 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.4934.** **Priority creditor's name and mailing address**

OSWALD, CLARA
530 WARRICK DR
WASHINGTON PA 15301-9514

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $585.42 | $585.42 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4935.** **Priority creditor's name and mailing address**

OTERO, APRIL
1529 SAN PEDRO RD NE
RIO RANCHO NM 87144

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,321.27 | $2,321.27 |

**Nonpriority amount**

$0.00

---

**2.4936.** **Priority creditor's name and mailing address**

OTERO, MARIANN C
1804 OXFORD SQ
BEL AIR MD 21015

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $887.04 | $887.04 |

**Nonpriority amount**

$0.00

---

**2.4937.** **Priority creditor's name and mailing address**

OTTAH, JESSICA
2861 INGRAM CIRCLE
MESQUITE TX 75181

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.39 | $69.39 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.4938.** **Priority creditor's name and mailing address**

OTWAY, AVA
919 MYRTLE AVE
APT 12L
BROOKLYN NY 11206

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $121.65 | $121.65 |

**Nonpriority amount**

$0.00

---

**2.4939.** **Priority creditor's name and mailing address**

OTZENBERGER, PAYTON L
12029 LA PALMERA AVE
LAS VEGAS NV 89138

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.58 | $74.58 |

**Nonpriority amount**

$0.00

---

**2.4940.** **Priority creditor's name and mailing address**

OUBAID, HEDAYA
4515 SE DUPONT RD
BERRYTON KS 66409

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.48 | $80.48 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4941.** **Priority creditor's name and mailing address**

OVALLE, BELEN
742 W WHEATRIDGE DR
TUCSON AZ 85704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $67.10 | $67.10 |

**Nonpriority amount**

$0.00

---

**2.4942.** **Priority creditor's name and mailing address**

OVERTON, SELINA R
2712 BEACHMONT AVENUE
NORFOLK VA 23504

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,255.66 | $1,255.66 |

**Nonpriority amount**

$0.00

---

**2.4943.** **Priority creditor's name and mailing address**

OVIEDO, ANGELIKA R
566 CENTRAL AVENUE
BROOKLYN NY 11207

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $547.50 | $547.50 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.4944. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4944.** **Priority creditor's name and mailing address**

OVIEDO, YANET E
COUNTRY CLUB C/259 #GY21
CAROLINA PR 00982

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $129.20 | $129.20 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4945.** **Priority creditor's name and mailing address**

OWEN, MANDIE
18081 MIDWAY RD.
APT.1912
DALLAS TX 75287

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,223.17 | $2,223.17 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4946.** **Priority creditor's name and mailing address**

OWEN, SARAH G
94-214 NOHOLOA CT
APT 29
MILILANI HI 96789-2431

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $593.75 | $593.75 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.4947.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |

OWENS, JAMI M
5311 FAIRBANKS
LANSING MI 48917

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $1,903.74 | $1,903.74 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4948.** **Priority creditor's name and mailing address**

OWENS, SHELBY D
100 BYRAM DR APT 19H
BYRAM MS 39272

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $70.48 | $70.48 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4949.** **Priority creditor's name and mailing address**

OWES, JAYNAH L
1712 EAST CLEAR LAKE DR.
SALISBURY MD 21804

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $93.83 | $93.83 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| 2.4950. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.4950.  **Priority creditor's name and mailing address**

OWUSU, CLAUDIA E
7426 OLIVER AVE S. APT 3
3
RICHFIELD MN 55423

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $220.80 | $220.80 |
|  | **Nonpriority amount** |
|  | $0.00 |

2.4951.  **Priority creditor's name and mailing address**

OXLEY, EMILY R
47 FLINT STREET
SPRINGFIELD MA 01129

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $476.06 | $476.06 |
|  | **Nonpriority amount** |
|  | $0.00 |

2.4952.  **Priority creditor's name and mailing address**

OXLEY, KAYLEIGH C
1032 LAIRD AVENUE
PARKERSBURG WV 26101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $99.31 | $99.31 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

| 2.4953. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | OXLEY. TAMI<br>426 GARDEN STREET<br>WEST SACRAMENTO CA 95691 | | $2,537.75 | $2,537.75 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.4954. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | OXNER, MARIE A<br>668 CHINQUAPIN WAY<br>STONE MOUNTAIN GA 30083 | | $1,679.81 | $1,679.81 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.4955. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PABLO VILLAREAL JR<br>TAX ASSESSOR-COLLECTOR<br>P.O.BOX 3337<br>EDINBURG TX 78540-3337 | | $7,937.79 | $7,937.79 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**2.4956.** **Priority creditor's name and mailing address**

PABON, MARTINEZ MICHELLE M
2745 SAMPSON AVE
3C
BRONX NY 10465

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $210.90 | $210.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4957.** **Priority creditor's name and mailing address**

PACHECO, ARACELI N
3327 E KERCKHOFF AVE
FRESNO CA 93702

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $75.60 | $75.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4958.** **Priority creditor's name and mailing address**

PACKER, JOZETTE
16 W 38TH ST
BAYONNE NJ 07002

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $121.51 | $121.51 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

**2.4959.** **Priority creditor's name and mailing address**

PACLEB, MAYLANI
94-342 HANAWAI CIRCLE
WAIPAHU HI 96797

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,797.90 | $3,797.90 |

**Nonpriority amount**

$0.00

**2.4960.** **Priority creditor's name and mailing address**

PADELSKI, KRISTY M
3417 WINDY WOOD DRIVE
ORLANDO FL 32812

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.77 | $132.77 |

**Nonpriority amount**

$0.00

**2.4961.** **Priority creditor's name and mailing address**

PADIA, ALLYSSA S
3395 S TATUM COURT
GILBERT AZ 85297

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $233.09 | $233.09 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.4962. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**2.4962. Priority creditor's name and mailing address**

PADILLA, ARIANA
10727 O STREET PLZ
APT 17
OMAHA NE 68127

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $454.83 | $454.83 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4963. Priority creditor's name and mailing address**

PADILLA, GABRIELA
1529 E PRINCETON AVE
FRESNO CA 93704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $412.02 | $412.02 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4964. Priority creditor's name and mailing address**

PADILLA, JASMINE T
3311 EAST MILLER DRIVE
FLAGSTAFF AZ 86004

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $119.28 | $119.28 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4965.** **Priority creditor's name and mailing address**

PADILLA, JESSICA
20951 ROSCOE BLVD
21
CANOGA PARK CA 91304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $201.93 | $201.93 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4966.** **Priority creditor's name and mailing address**

PADILLA, LESLIE P
1787 HARMONY WAY
PITTSBURG CA 94565

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $273.84 | $273.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4967.** **Priority creditor's name and mailing address**

PADILLA, LEXI J
40258 MIMULUS WAY
TEMECULA CA 92591

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $259.56 | $259.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4968.** **Priority creditor's name and mailing address**

PADILLA, TAIRY M
2124 ALEXANDER STREET
OXNARD CA 93033

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $186.00 | $186.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4969.** **Priority creditor's name and mailing address**

PAGAN, IDALYS M
1815 RICHMOND AVE.N
LEHIGH ACRES FL 33972

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $161.16 | $161.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4970.** **Priority creditor's name and mailing address**

PAGAN, VICTORIA
68 ASTI AVE
REVERE MA 02151

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,426.12 | $2,426.12 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

| 2.4971. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PAGE, ANIYAH L
2728 WOODCUTTER AVE
COLUMBUS OH 43224

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $523.30 | $523.30 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.4972. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PAGE, T'YANNA
9617 LANNEAU CT.
BAKERSFIELD CA 93311

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $127.20 | $127.20 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.4973. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PAIGE, JOINER ALISHA A
6524 MORRISON RD
UTICA MS 39175

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $235.64 | $235.64 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.4974. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4974. Priority creditor's name and mailing address**

PAIO, DAISJAH L
99-105 OHEKANI LOOP.
AIEA HI 96701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $93.84

**Priority amount** $93.84

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4975. Priority creditor's name and mailing address**

PAIZ, CAROLINA
333 PLAINFIELD ST
2ND
PROVIDENCE RI 02909

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $207.38

**Priority amount** $207.38

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4976. Priority creditor's name and mailing address**

PALACIO, MARIA A
2538 LAKE DEBRA APT 23109
ORLANDO FL 32835

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,574.89

**Priority amount** $2,574.89

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

2.4977. **Priority creditor's name and mailing address**

PALACIO, MICHELLE D
1838 WAKE FOREST RD NW
PALM BAY FL 32907

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $85.94 | $85.94 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4978. **Priority creditor's name and mailing address**

PALACIOS, FLORES DANIELA
657 SALOON CT
HENDERSON NV 89011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $118.06 | $118.06 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4979. **Priority creditor's name and mailing address**

PALHAN, KIRAN
832 93RD STREET
NIAGARA FALLS NY 14304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $98.79 | $98.79 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.4980.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| PALLADINO, AUDREY D | *Check all that apply.* | $10,074.70 | $10,074.70
| 3582 WELLER DR | ☐ Contingent | |
| GARNET VALLEY PA 19060 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.4981.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| PALLANTE, KARA | *Check all that apply.* | $1,631.35 | $1,631.35
| 4 KENT CT | ☐ Contingent | |
| EASTAMPTON NJ 08060-3271 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.4982.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| PALMA, AMY D | *Check all that apply.* | $317.52 | $317.52
| 118 WALLACE AVE | ☐ Contingent | |
| AUBURN MA 01501 | ☐ Unliquidated | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.4983.** **Priority creditor's name and mailing address**

PALMA, MARIANNE G
409 N. KODIAK ST.
A
ANAHEIM CA 92807

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.64 | $140.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4984.** **Priority creditor's name and mailing address**

PALMER, ABIGAIL J
100 49TH AVE CT
GREELEY CO 80634

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $524.88 | $524.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4985.** **Priority creditor's name and mailing address**

PALMER, KALIMAH Q
1617 DIAMOND RIDGE CIR
CASTLE ROCK CO 80108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $361.75 | $361.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| 2.4986. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PALMERIN, LAURA
14964 E. 54TH AVE
DENVER CO 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $39.96
**Priority amount** $39.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4987.    **Priority creditor's name and mailing address**

PALMITER, KIRA
3721 BOSK LANE
COLLEGE GROVE TN 37046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $532.95
**Priority amount** $532.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.4988.    **Priority creditor's name and mailing address**

PAN, YI-LING L
108 CALIFORNIA AVENUE
WATERTOWN NY 13601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $125.76
**Priority amount** $125.76

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.4989.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PANELLA, KACEY R
120 AZALEA CIR
JACKSON NJ 08527

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $46.20
Priority amount: $46.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4990.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PANGELINAN, ANNALYSIA Y
1906 GREY FOX TRL
KILLEEN TX 76543

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $94.90
Priority amount: $94.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4991.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PANN, SARIENDA K
5635 WEST 176TH STREET
FARMINGTON MN 55024

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $106.78
Priority amount: $106.78

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.4992.** **Priority creditor's name and mailing address**

PANTALEON, MARIELA J
46 HEYWARD ST
BRENTWOOD NY 11718

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $165.36 | $165.36 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4993.** **Priority creditor's name and mailing address**

PAPIRI, ALEXIS B
32749 BLACKWATER RD
FRANKFORD DE 19945

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $418.14 | $418.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.4994.** **Priority creditor's name and mailing address**

PARGEON, EMMA L
12 E 3RD ST
POTTSTOWN PA 19464

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $258.40 | $258.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.4995.** **Priority creditor's name and mailing address**

PARHAM, RAVEN D
11401 DUNBROOK ROAD
APT. 102
NORTH CHESTERFIELD VA 23235

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $120.84 | $120.84 |

**Nonpriority amount**

$0.00

---

**2.4996.** **Priority creditor's name and mailing address**

PARISELLA, PAIGE
117 WASHINGTON AVE
APT 414
SCHENECTADY NY 12305

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.26 | $72.26 |

**Nonpriority amount**

$0.00

---

**2.4997.** **Priority creditor's name and mailing address**

PARKER, AYLIA
2107 HORIZON TRL APT 3910
ARLINGTON TX 76011

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $62.47 | $62.47 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.4998. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.4998.** **Priority creditor's name and mailing address**

PARKER, ERIN M
3913 NORTH I-10 SERVICE ROAD
APT 119
METAIRIE LA 70002

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,554.44 | $1,554.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.4999.** **Priority creditor's name and mailing address**

PARKER, HALEY
1030 MUNSEN SPRING DRIVE
COLUMBIA SC 29209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,681.82 | $2,681.82 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5000.** **Priority creditor's name and mailing address**

PARKER, JAYLAAN
3500 JOHN A MERRITT BLVD
BOX #5063
NASHVILLE TN 37209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.08 | $59.08 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.5001.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | PARKER, KATHERINE J<br>27 GOSS STREET<br>CLINTON MA 01510 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $218.94 | $218.94<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5002.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | PARKER, MALLORY<br>3051 JUNIPER ST SW<br>B<br>JBLM WA 98439 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $182.78 | $182.78<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5003.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | PARKER, MORGAN W<br>3725 LOEHORMOORE AVE NE<br>CANTON OH 44705 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,737.90 | $1,737.90<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.5004.** **Priority creditor's name and mailing address**

PARKINSON, AURORA G
1829 EAST 14TH STREET
BROOKLYN NY 11229

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $75.00 | $75.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5005.** **Priority creditor's name and mailing address**

PARKS, ALLIAH
274 REGENTS CIRCLE
MAYS LANDING NJ 08330

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.41 | $175.41 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5006.** **Priority creditor's name and mailing address**

PARLIER, ALEXANDRIA A
433 SOUTH VAN BUREN ST.
12
IOWA CITY IA 52240

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.65 | $34.65 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

| 2.5007. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PARMELE, AMANDA
11 HOMER DRIVE
MONSON MA 01057

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $590.63
Priority amount: $590.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5008. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PARRA, CARMELLA A
1313 EL SERENO DR.
BAKERSFIELD CA 93304

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,961.44
Priority amount: $3,961.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5009. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PARRA, YASIEL
9 THAYER STREET
APT. C14
NEW YORK NY 10040

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $369.45
Priority amount: $369.45

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.5010.** **Priority creditor's name and mailing address**

PARRA-VEIRA, MARIA A
105 LOUISIANA AVE
BRIDGEPORT CT 06610

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $87.61 | $87.61 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5011.** **Priority creditor's name and mailing address**

PARSONS, HANNAH
784 CALICO CT APT F
TERRE HAUTE IN 47803

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $37.54 | $37.54 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5012.** **Priority creditor's name and mailing address**

PARSONS, SHAYLEE
16 STAFFORD WAY
ROCHESTER NY 14626

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $351.98 | $351.98 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.5013.** **Priority creditor's name and mailing address**

PARSONS, XORIA
114 PENN FOREST DR.
ALBRIGHTSVILLE PA 18210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $139.12 | $139.12 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5014.** **Priority creditor's name and mailing address**

PARTRIDGE, JADE K
17894 COUNTY ROUTE 3
CLAYTON NY 13624

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $390.72 | $390.72 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5015.** **Priority creditor's name and mailing address**

PASCALE, JESSICA
9 HAYES ST
NESCONSET NY 11767

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $471.84 | $471.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.5016.** **Priority creditor's name and mailing address**

PASCO, CASSANDRA R
221 GRACE STREET
GROVE CITY PA 16127

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,156.57 | $3,156.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5017.** **Priority creditor's name and mailing address**

PASCUAL, ADRIANNA V
94-1832 KULEWA LOOP
APT. 44R
WAIPAHU HI 96797

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $90.70 | $90.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5018.** **Priority creditor's name and mailing address**

PASDERTZ, TORI A
800 BAILEY DR.
JOLIET IL 60404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $196.60 | $196.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.5019.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.5019.** **Priority creditor's name and mailing address**

PASSLEY, CHYANNA
4347 52ND AVE S
SAINT PETERSBURG FL 33711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $67.51 | $67.51 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5020.** **Priority creditor's name and mailing address**

PASTRANA, ANAHI
2903 W. BELMONT
CHICAGO IL 60618

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $718.38 | $718.38 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5021.** **Priority creditor's name and mailing address**

PATAO-SANTOS, JANESSA A
408 KEA STREET
WAIHEE
KAHULUI HI 96732

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $796.64 | $796.64 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

| 2.5022. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PATE, JEAVINE S
2224 JONATHAN DR
APT A
HUNTSVILLE AL 35810

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $52.33

**Priority amount** $52.33

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5023.    **Priority creditor's name and mailing address**

PATE, SARAH J
5100 O'BANNON DR
APT 71
LAS VEGAS NV 89146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $79.85

**Priority amount** $79.85

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5024.    **Priority creditor's name and mailing address**

PATEL, AMI
7364 HIDDEN CV
`
COLUMBIA MD 21046-2025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,772.93

**Priority amount** $1,772.93

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| **2.5025.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

**2.5025.**

**Priority creditor's name and mailing address**

PATEL, ANMOLBEN
285 N RUTHERFORD BLVD
MURFREESBORO TN 37130

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $130.09 | $130.09 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5026.**

**Priority creditor's name and mailing address**

PATEL, FANNY
182 CAYUGA AVE
SAN FRANCISCO CA 94112

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $618.31 | $618.31 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5027.**

**Priority creditor's name and mailing address**

PATEL, VISHWA
487 LOWELL STREET
METHUEN MA 01844

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $168.75 | $168.75 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5028.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.5028.** **Priority creditor's name and mailing address**

PATEL, YAMINI
548 PICADILLY DR
MURFREESBORO TN 37128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $137.23 | $137.23 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5029.** **Priority creditor's name and mailing address**

PATEY, KAYLA M
772 ROCKPORT COURT
UNIT 5
FT WALTON BEACH FL 32548

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $62.24 | $62.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5030.** **Priority creditor's name and mailing address**

PATINO, LAURA G
263 TIMBERLINE DR BOX B
VICTORIA TX 77905

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $3,586.56 | $3,586.56 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5031.** **Priority creditor's name and mailing address**

PATRICK, PARSONS TURQUOISE S
14325 LUNA ROAD
VICTORVILLE CA 92392

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,776.02 | $2,776.02 |

**Nonpriority amount**

$0.00

---

**2.5032.** **Priority creditor's name and mailing address**

PATRICK-WILLIAMS, SIERRA D
7101 GAVILAN AVE.
COLUMBIA SC 29203

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.34 | $100.34 |

**Nonpriority amount**

$0.00

---

**2.5033.** **Priority creditor's name and mailing address**

PATTERSON, CLARISSA J
155 WALTER SE
WYOMING MI 49508

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $251.61 | $251.61 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

| 2.5034. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PATTERSON, DA'ONJRA K
1675 LAUREL
YPSILANTI MI 48198

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $36.35

**Priority amount** $36.35

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5035.   **Priority creditor's name and mailing address**

PATTERSON, EMMA G
2435 WALNUT AVE
BUENA VISTA VA 24416

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $201.36

**Priority amount** $201.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5036.   **Priority creditor's name and mailing address**

PATTERSON, EMMA J
49 BROOK STREET
WEST SAYVILLE NY 11796

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $208.20

**Priority amount** $208.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

**2.5037.** **Priority creditor's name and mailing address**

PATTERSON, JADE A
4716 NW 22ND ST.
COCONUT CREEK FL 33063

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $186.38 | $186.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5038.** **Priority creditor's name and mailing address**

PATTERSON, LAKENDRA T
1075 POTATO HOUSE ROAD
HICKORY GROVE SC 29717

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,195.30 | $1,195.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5039.** **Priority creditor's name and mailing address**

PATTERSON, LINDSEY J
505 APPLE TREE LANE
FAIRFIELD CA 94533

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $324.48 | $324.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.5040.** **Priority creditor's name and mailing address**

PATTERSON, MADELINE M
2499 SOUTH JOSEPHINE STREET
DENVER CO 80210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.41 | $34.41 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5041.** **Priority creditor's name and mailing address**

PATTERSON, PAYTON
400 E MAIN ST
F6
ENDICOTT NY 13760

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $314.47 | $314.47 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5042.** **Priority creditor's name and mailing address**

PATTERSON, ROSA M
223 CARLEIGH CT
APT B
RICHMOND VA 23227

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.59 | $33.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5043.** **Priority creditor's name and mailing address**

PATTERSON, SANAYA A
2475 LINWOOD AVE
NIAGARA FALLS NY 14305

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $388.50 | $388.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5044.** **Priority creditor's name and mailing address**

PATTOCK, ABBIE S
3325 RIVERVIEW STREET
LOWER BURRELL PA 15068

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $426.36 | $426.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5045.** **Priority creditor's name and mailing address**

PATTON, BRIANA E
5429 SHERMAN OAKS COURT
HAYMARKET VA 20169

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $471.90 | $471.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.5046. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5046.** **Priority creditor's name and mailing address**

PATTON, KRISTEN L
3909 COPPERHEAD HILLS ST
LAS VEGAS NV 89129

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| **Total claim** | **Priority amount** |
|---|---|
| $2,854.57 | $2,854.57 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5047.** **Priority creditor's name and mailing address**

PATUBO, EMILY R
501 W. BACON ST.
APT. 5301
RICHMOND VA 23222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| **Total claim** | **Priority amount** |
|---|---|
| $99.08 | $99.08 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5048.** **Priority creditor's name and mailing address**

PAUL, JULLIETTE
91-60 193RD ST
APT. 2B
HOLLIS NY 11423

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| **Total claim** | **Priority amount** |
|---|---|
| $513.45 | $513.45 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.5049. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PAUL, OLIVIA
327 WALKER AVENUE
LANGHORNE PA 19047

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $483.23

**Priority amount** $483.23

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5050.    **Priority creditor's name and mailing address**

PAVAO, LEXIE M
146 ARMOUR STREET
NEW BEDFORD MA 02740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $253.80

**Priority amount** $253.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5051.    **Priority creditor's name and mailing address**

PAYAN, YARITZIA
480 N WALNUT ST
M
LA HABRA CA 90631

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $233.64

**Priority amount** $233.64

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.5052. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PAYE, BINTA M
58 KINFIELD STREET
PROVIDENCE RI 02909

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $72.58 | $72.58 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5053. **Priority creditor's name and mailing address**

PAYNE, CHELSEA R
3304 NORDLAND DRIVE
URBANA IL 61802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,339.73 | $1,339.73 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5054. **Priority creditor's name and mailing address**

PAYNE, JOHNE
181 PONDEROSA DR
LADSON SC 29456

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $122.01 | $122.01 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

2.5055. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**

PAYNE, SAMANTHA M
3094 LAKE DR
APT C7
MARINA CA 93933

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,707.66

**Priority amount** $1,707.66

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5056. **Priority creditor's name and mailing address**

PAYNE, TREMON
10829 GAMBRIL DR
21
MANASSAS VA 20109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $224.24

**Priority amount** $224.24

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5057. **Priority creditor's name and mailing address**

PAYO, ASHLEY E
725 N FIG ST #44
ESCONDIDO CA 92025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $297.96

**Priority amount** $297.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

| 2.5058. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PAZ, ANGIE M
4158 MIRADA LN
OXNARD CA 93033

*Check all that apply.*                    $3,834.14         $3,834.14

☐ Contingent

☐ Unliquidated                                        **Nonpriority amount**

☐ Disputed                                              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____            WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

| 2.5059. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PAZ, VICTORIA
2007 VIA BRAVO
CARROLLTON TX 75006

*Check all that apply.*                    $96.90         $96.90

☐ Contingent

☐ Unliquidated                                        **Nonpriority amount**

☐ Disputed                                              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____            WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

| 2.5060. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PAZMINO, MELANIE
43 1/2 ERIE ST.
ELIZABETH NJ 07206

*Check all that apply.*                    $76.82         $76.82

☐ Contingent

☐ Unliquidated                                        **Nonpriority amount**

☐ Disputed                                              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____            WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5061. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5061.** **Priority creditor's name and mailing address**

PEARSON, BRITNEE A
7952 CASTELARDO PL
ROUND ROCK TX 78665

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $123.40 | $123.40 |

**Nonpriority amount**

$0.00

---

**2.5062.** **Priority creditor's name and mailing address**

PEARSON, DEMI
11001 OLD SAINT AUGUSTINE RD
APT 2209
JACKSONVILLE FL 32257

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $556.05 | $556.05 |

**Nonpriority amount**

$0.00

---

**2.5063.** **Priority creditor's name and mailing address**

PEARSON, PATRICIA K
4412 HARDWICK WAY
NORTH HIGHLANDS CA 95660

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $243.24 | $243.24 |

**Nonpriority amount**

$0.00

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.5064.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $204.72 | $204.72 |
| | PEARSON, TOLICIA | ☐ Contingent | | |
| | 4412 HARDWICK WAY | | | **Nonpriority amount** |
| | NORTH HIGHLANDS CA 95660 | ☐ Unliquidated | | |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**                  **Basis for the claim:**

_____                  WAGES & PTO

**Last 4 digits of account number:**                 **Is the claim subject to offset?**

                                                    ☐ No
**Specify Code subsection of PRIORITY**              ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

**2.5065.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $279.78 | $279.78 |
| | PEASLEY, OLIVIA A | ☐ Contingent | | |
| | 185 PICKETT RD | | | **Nonpriority amount** |
| | PLAINFIELD CT 06374 | ☐ Unliquidated | | |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**                  **Basis for the claim:**

_____                  WAGES & PTO

**Last 4 digits of account number:**                 **Is the claim subject to offset?**

                                                    ☐ No
**Specify Code subsection of PRIORITY**              ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

**2.5066.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | $162.53 | $162.53 |
| | PECK, RACHEL | ☐ Contingent | | |
| | 71 HICKORY HOLLOW PL | | | **Nonpriority amount** |
| | ANTIOCH TN 37013 | ☐ Unliquidated | | |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**                  **Basis for the claim:**

_____                  WAGES & PTO

**Last 4 digits of account number:**                 **Is the claim subject to offset?**

                                                    ☐ No
**Specify Code subsection of PRIORITY**              ☐ Yes
**unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.5067. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PEDRAZA, STHEFANY
3851 VALLEY CREEK DR
FLOWERY BRANCH GA 30542

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $149.43

**Priority amount** $149.43

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5068. **Priority creditor's name and mailing address**

PEDRAZA, YVETTE A
2557 PALM PL
HUNTINGTON PARK CA 90255

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $221.64

**Priority amount** $221.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5069. **Priority creditor's name and mailing address**

PEDRO, JOHNNA-LYNN
2214 ST PAUL DR
COLORADO SPRINGS CO 80910

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $864.00

**Priority amount** $864.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5070. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PEEPLES, CHLOE D
13 BEECHWOOD STREET
CABOT AR 72023

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $125.80
Priority amount: $125.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.5071. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PEL, JASMINE
18431 47TH PL W
LYNNWOOD WA 98037

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $73.20
Priority amount: $73.20

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.5072. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PELCHAT, DANIELLE
30 FRONT ST
415
NASHUA NH 03064

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $100.80
Priority amount: $100.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5073. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5073.** **Priority creditor's name and mailing address**

PELKEY, SIERRA R
425 RIVERBEND PKWY
29
ATHENS GA 30605

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $125.69 | $125.69 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.5074.** **Priority creditor's name and mailing address**

PELLEGRINI, OLIVIA
320 GOODALE ST
WEST BOYLSTON MA 01583

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $5.40 | $5.40 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.5075.** **Priority creditor's name and mailing address**

PELLEGRINO, RYLEE
1934 HILLTOWN PIKE
PO BOX 303
HILLTOWN PA 18927

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $542.00 | $542.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor     **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

| 2.5076. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5076.**

**Priority creditor's name and mailing address**

PELLHAM, TAMMY L
485 N. CITRUS AVE.#75
75
ESCONDIDO CA 92027

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,087.88 | $1,087.88 |

**Nonpriority amount**

$0.00

---

**2.5077.**

**Priority creditor's name and mailing address**

PELLICCIOTTI, KATY
5 ORANGE CT
WAPPINGERS FALLS NY 12590

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $115.77 | $115.77 |

**Nonpriority amount**

$0.00

---

**2.5078.**

**Priority creditor's name and mailing address**

PELOT, KAITLYNN M
1510 S AVE REGULO
TUCSON AZ 85710

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $417.69 | $417.69 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

2.5079.  **Priority creditor's name and mailing address**

PENA, CARRENO EMILY
12905 MAPLEVIEW ST
133
LAKESIDE CA 92040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $403.26 | $403.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5080.  **Priority creditor's name and mailing address**

PENA, DAISY M
1415 E APACHE BLVD
APT 317
TEMPE AZ 85281

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $191.18 | $191.18 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5081.  **Priority creditor's name and mailing address**

PENA, JACQUELINE
5805 S TALMAN AVE
CHICAGO IL 60629

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $259.20 | $259.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.5082.** **Priority creditor's name and mailing address**

PENA, LOPEZ KATIA Y
420 IOOF AVE
GILROY CA 95020

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,368.85 | $1,368.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5083.** **Priority creditor's name and mailing address**

PENA, RUBI M
775 CASCADE ST
809
OREGON CITY OR 97045

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $350.98 | $350.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5084.** **Priority creditor's name and mailing address**

PENA, SOLIARYS
1919 W 10TH ST
66
LAKELAND FL 33805

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.13 | $30.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

| 2.5085. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PENA-GASTELUM, CITLALLY
51875 EISENHOWER DRIVE
LA QUINTA CA 92253

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $263.16

**Priority amount** $263.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5086.    **Priority creditor's name and mailing address**

PENAGOS, GABRIELA A
274 BOLTON ROAD
EAST WINDSOR NJ 08520

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $36.46

**Priority amount** $36.46

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5087.    **Priority creditor's name and mailing address**

PENALOZA, JESSICA
14311 CR 45
TYLER TX 75704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $560.84

**Priority amount** $560.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.5088.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PENALVER, JANINE
1810 GUM ST
GASTONIA NC 28054

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,031.66
Priority amount: $1,031.66

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5089.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PENN, OLIVIA
13 HAMPTON WOODS LANE
DARDENNE PRAIRIE MO 63368

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $263.61
Priority amount: $263.61

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5090.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PENNINGTON, KIRSTEN S
1902 JUNIPER CIRCLE
COLUMBIA MO 65201

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,149.25
Priority amount: $1,149.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.5091. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.5091.** **Priority creditor's name and mailing address**

PENNY, BRANDI J
10857 SHARONDALE RD
APT 70
CINCINNATI OH 45241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $144.20 | $144.20 |

**Nonpriority amount**

$0.00

---

**2.5092.** **Priority creditor's name and mailing address**

PENROD, KATIE M
5119 VICTORIA COVE
BRENTWOOD TN 37027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $462.18 | $462.18 |

**Nonpriority amount**

$0.00

---

**2.5093.** **Priority creditor's name and mailing address**

PENUNURI, CATHERINE D
1753 E PLEASANT LN.
PHOENIX AZ 85042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $239.80 | $239.80 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5094.** **Priority creditor's name and mailing address**

PEOPLES, ELBONEY
2812 CRAIGIE AVE
A
DECATUR GA 30030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $309.60 | $309.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5095.** **Priority creditor's name and mailing address**

PEOPLES, JASMINE
1355 MARSHSIDE CT.
INDIANAPOLIS IN 46239

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.55 | $138.55 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5096.** **Priority creditor's name and mailing address**

PEPI, DANIELLE M
35 ALISON COURT
MAHOPAC NY 10541

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $340.08 | $340.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                              Case number *(if known)* **19-10214**

| 2.5097. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5097. Priority creditor's name and mailing address**

PERDOMO, CAROLINA
14548 ANDREWS DR.
DENVER CO 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $141.20

**Priority amount** $141.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5098. Priority creditor's name and mailing address**

PEREGRINO, KRYSTLE A
1166 FASSLER AVENUE
PACIFICA CA 94044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,493.74

**Priority amount** $2,493.74

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5099. Priority creditor's name and mailing address**

PEREIRA, NICOLE C
253 SAN FELIPE AVE
SOUTH SAN FRANCISC CA 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $873.44

**Priority amount** $873.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

**2.5100.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.5100.** **Priority creditor's name and mailing address**

PERENA, JEARA
6730 4TH AVE
SACRAMENTO CA 95817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $90.60

**Priority amount**    $90.60

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5101.** **Priority creditor's name and mailing address**

PEREZ, ABIGAIL
14527 PACIFIC AVE
BALDWIN PARK CA 91706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $146.28

**Priority amount**    $146.28

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5102.** **Priority creditor's name and mailing address**

PEREZ, ABRYANNA A
4817 BRIDE ST
LAS VEGAS NV 89081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $127.88

**Priority amount**    $127.88

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.5103. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5103.** **Priority creditor's name and mailing address**

PEREZ, ADRIANA
159 DANIEL
PROVIDENCE RI 02909

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $92.61

**Priority amount** $92.61

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5104.** **Priority creditor's name and mailing address**

PEREZ, ALEXA M
6146 TWILIGHT VIEW WAY
EL PASO TX 79932

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $303.68

**Priority amount** $303.68

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5105.** **Priority creditor's name and mailing address**

PEREZ, ALONDRA
1395 YOST ST.
APT. #2
AURORA CO 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $155.40

**Priority amount** $155.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                          Case number *(if known)* **19-10214**

---

| 2.5106. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PEREZ, AMNERIS
525 MAIN ST
GOULDSBORO PA 18424

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $132.00
Priority amount: $132.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5107. | **Priority creditor's name and mailing address** |
|---|---|

PEREZ, ANNYA G
6020 E 68TH WAY
COMMERCE CITY CO 80022

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $582.50
Priority amount: $582.50

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5108. | **Priority creditor's name and mailing address** |
|---|---|

PEREZ, BIANCA
2901 VINE CIR
ROCKLIN CA 95765-4721

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,353.33
Priority amount: $1,353.33

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

2.5109. **Priority creditor's name and mailing address**

PEREZ, BRANDIN L
211 S 61ST ST
TACOMA WA 98408

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,021.90 | $2,021.90 |
| | **Nonpriority amount** |
| | $0.00 |

2.5110. **Priority creditor's name and mailing address**

PEREZ, DANIELA
5403 HAYTER AVE.
LAKEWOOD CA 90712

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $734.25 | $734.25 |
| | **Nonpriority amount** |
| | $0.00 |

2.5111. **Priority creditor's name and mailing address**

PEREZ, EMILY J
296 FORREST STREET
1B
JERSEY CITY NJ 07304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $165.67 | $165.67 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.5112. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5112.**  **Priority creditor's name and mailing address**

PEREZ, EMILY M
60-16 70TH AVE
RIDGEWOOD NY 11385

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $643.35

**Priority amount**    $643.35

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5113.**  **Priority creditor's name and mailing address**

PEREZ, EMILY R
3421 QUINTANA TRAIL
SEGUIN TX 78155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $1,699.40

**Priority amount**    $1,699.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5114.**  **Priority creditor's name and mailing address**

PEREZ, ERIS T
6014 N SACRAMENTO AVE
CHICAGO IL 60659

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $158.40

**Priority amount**    $158.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5115. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PEREZ, ICXIA J
COLONIAL VILLAGE DR
366
LINCOLNTON NC 28092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $158.39

**Priority amount** $158.39

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5116.    **Priority creditor's name and mailing address**

PEREZ, INDIA
3020
CONCORD NC 28025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $239.25

**Priority amount** $239.25

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5117.    **Priority creditor's name and mailing address**

PEREZ, JACQUELINE
12304 27TH PL W
EVERETT WA 98204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $614.20

**Priority amount** $614.20

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.5118.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PEREZ, JAZMIN S<br>25508 SAN LUPE AVE<br>MORENO VALLEY CA 92551-7038 | *Check all that apply.* | $2,000.80 | $2,000.80 |
| | | ☐ Contingent<br>☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5119.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PEREZ, JENNIE<br>5117 BROOKDALE DRIVE<br>OKLAHOMA CITY OK 73135 | *Check all that apply.* | $92.14 | $92.14 |
| | | ☐ Contingent<br>☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5120.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PEREZ, JENNIFER<br>625 CRANBROOK PARK<br>GARLAND TX 75043-5413 | *Check all that apply.* | $458.33 | $458.33 |
| | | ☐ Contingent<br>☐ Unliquidated | | **Nonpriority amount** |
| | | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5121.** **Priority creditor's name and mailing address**

PEREZ, JENNIFER M
2323 BAYLEAF DR
ORLANDO FL 32837

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $674.63 | $674.63 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5122.** **Priority creditor's name and mailing address**

PEREZ, JORDAN R
4880 W 88TH PL
WESTMINSTER CO 80031

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.74 | $151.74 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5123.** **Priority creditor's name and mailing address**

PEREZ, JULISA M
716 FERNANDINA STREET NW
PALM BAY FL 32907

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $139.00 | $139.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.5124. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5124.** **Priority creditor's name and mailing address**

PEREZ, LUZMARIA
124 WYCKOFF ROAD
31
EATONTOWN NJ 07724

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $565.52

**Priority amount** $565.52

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5125.** **Priority creditor's name and mailing address**

PEREZ, MADELYNN A
101 BLUEBONNET ST.
WESLACO TX 78596

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $102.16

**Priority amount** $102.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5126.** **Priority creditor's name and mailing address**

PEREZ, MARIA J
9805 AUDEILA RD APT 2010
DALLAS TX 75238

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,517.96

**Priority amount** $1,517.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

---

**2.5127.** **Priority creditor's name and mailing address**

PEREZ, MELEENA
1471 LARKSPUR CT
ROMEOVILLE IL 60446

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.75 | $148.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5128.** **Priority creditor's name and mailing address**

PEREZ, NIDIA Y
13902 VILLA CAMINO
SAN ANTONIO TX 78233

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $158.99 | $158.99 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5129.** **Priority creditor's name and mailing address**

PEREZ, NYLA L
362 BISCAYNE LANE
SEBASTIAN FL 32958

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $218.86 | $218.86 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.5130.  **Priority creditor's name and mailing address**

PEREZ, SALINA M
2291 GORMAN ST
CAMARILLO CA 93010

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $24.36 | $24.36 |

**Nonpriority amount**

$0.00

---

2.5131.  **Priority creditor's name and mailing address**

PEREZ, SAMANTHA K
1008 LOWELL RD.
LAS CRUCES NM 88001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $120.60 | $120.60 |

**Nonpriority amount**

$0.00

---

2.5132.  **Priority creditor's name and mailing address**

PEREZ, SANDRA L
2123 GROSS AVENUE
PENNSAUKEN NJ 08110

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,267.20 | $1,267.20 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.5133. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PEREZ, SANDRY A<br>221 MARINA CT<br>SPARTANBURG SC 29303 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.84 | $300.84 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.5134.   **Priority creditor's name and mailing address**

PEREZ, SARAHI
1704 S CYPRESS AVE
BROKEN ARROW OK 74012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $101.51 | $101.51 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.5135.   **Priority creditor's name and mailing address**

PEREZ, STEPHEN A
2913 HUNTER ROAD APT 314
SAN MARCOS TX 78666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $64.39 | $64.39 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.5136. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.5136.** **Priority creditor's name and mailing address**

PEREZ, TREYSY N
867 FLAGSTONE WAY
LAS VEGAS NV 89110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $392.48 | $392.48 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5137.** **Priority creditor's name and mailing address**

PEREZ-ACEVEDO, KARLA
30 W SAGE CREEK PL
THE WOODLANDS TX 77382-1470

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,401.48 | $1,401.48 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5138.** **Priority creditor's name and mailing address**

PEREZ-LEMUS, KIMBERLY A
3404 FULLERTON ST.
CALVERTON MD 20705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $659.28 | $659.28 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

2.5139. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

PEREZ-MONTEZ, ERICA M
3432 LONDON ROAD
EAU CLAIRE WI 54701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $73.91 | $73.91 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5140. **Priority creditor's name and mailing address**

PEREZ-REYES, ARIANA
452 TWIN OAKS VALLEY RD
APT C
SAN MARCOS CA 92069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $212.04 | $212.04 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5141. **Priority creditor's name and mailing address**

PERKINS, AMY
238 GRUENE HAVEN
NEW BRAUNFELS TX 78132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $185.59 | $185.59 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.5142.** **Priority creditor's name and mailing address**

PERKINS, ANNAH M
80004B GENERAL PATTON ST
FORT DRUM NY 13603

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $133.76 | $133.76 |

**Nonpriority amount**

$0.00

---

**2.5143.** **Priority creditor's name and mailing address**

PERKINS, TONI M
131 DEVON STREET
APT 2
DORCHESTER MA 02121

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $112.20 | $112.20 |

**Nonpriority amount**

$0.00

---

**2.5144.** **Priority creditor's name and mailing address**

PERREIRA, REBECCA
425 CIRBY WAY
56
ROSEVILLE CA 95678

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $864.74 | $864.74 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.5145.** **Priority creditor's name and mailing address**

PERRETT, COURTNEY L
6427 SEMINOLE LN
RAPID CITY SD 57702

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,769.91 | $2,769.91 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5146.** **Priority creditor's name and mailing address**

PERRI, SAMANTHA
740 STAFFORD AVE
STATEN ISLAND NY 10309

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $363.00 | $363.00 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5147.** **Priority creditor's name and mailing address**

PERRICONE. ANGELA M.
21 FOX AVE
KEANSBURG NJ 07734

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $0.00 | $0.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

---

**2.5148.** **Priority creditor's name and mailing address**

PERRY, JANAE
2310 CARTWRIGHT ST
TYLER TX 75701-2635

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $178.18 | $178.18 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5149.** **Priority creditor's name and mailing address**

PERRY, JOHNELL
218 HAWKINS STREET
FRANKLINTON NC 27525

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,218.15 | $1,218.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5150.** **Priority creditor's name and mailing address**

PERRY, JORDAN
3752 E FARGO ST
MESA AZ 85205

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $322.20 | $322.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5151.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.5151.** **Priority creditor's name and mailing address**

PERRY, REBECCA
10705 TIDEWATER TRAIL
FREDERICKSBURG VA 22408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,323.14 | $1,323.14 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5152.** **Priority creditor's name and mailing address**

PERRY, TIA M
800 COLUMBIA DRIVE LOT 33
MYRTLE BEACH SC 29577

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $171.18 | $171.18 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5153.** **Priority creditor's name and mailing address**

PERRYMAN, ANNA-MARIA
1215 SENECA ST
APT 417
SEATTLE WA 98101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $157.28 | $157.28 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                               Case number *(if known)* **19-10214**

**2.5154.** **Priority creditor's name and mailing address**

PERSAUD, ALICIA A
13613 WELLINGTON CRESCENT
BURNSVILLE MN 55337

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $314.38 | $314.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5155.** **Priority creditor's name and mailing address**

PERSAUD, HANESHA
19 CYPRESS COURT
BROOKLYN NY 11208

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $987.53 | $987.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5156.** **Priority creditor's name and mailing address**

PERTUZ, ANGELLY
46 BUTLER AVE
CENTRAL FALLS RI 02863

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $199.86 | $199.86 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5157.** **Priority creditor's name and mailing address**

PESAVENTO, GINA N
26523 W STONEBRIAR WAY
CHANNAHON IL 60410-8744

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,125.30 | $1,125.30 |

**Nonpriority amount**

$0.00

---

**2.5158.** **Priority creditor's name and mailing address**

PESUT, JULIA K
9845 CHILLICOTHE RD
KIRTLAND OH 44094

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $42.75 | $42.75 |

**Nonpriority amount**

$0.00

---

**2.5159.** **Priority creditor's name and mailing address**

PETATAN, PRISCILLA
3602 YALE AVE
WINSTON SALEM NC 27107

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.29 | $63.29 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.5160. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PETE, AUBREY R
10416 COUNTRY GROVE CIRCLE
DELMAR DE 19941

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$190.94

$190.94

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.5161. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PETE, KATY L
10416 COUNTRY GROVE CIRCLE
DELMAR DE 19940

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,649.78

$2,649.78

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.5162. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PETERKIN, KENNA C
3720 BOSTIC DRIVE
203B
GREENVILLE NC 27834

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$151.46

$151.46

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.5163.** **Priority creditor's name and mailing address**

PETERS, SARAH J
42 PAW PAW AVE
RIVESVILLE WV 26588

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.88 | $35.88 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5164.** **Priority creditor's name and mailing address**

PETERS, SARAH K
3558 CITRUS ST
LEMON GROVE CA 91945

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $521.80 | $521.80 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5165.** **Priority creditor's name and mailing address**

PETERSEN, BRITTANY L
330 S.TYLER APT 608
WICHITA KS 67209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $179.15 | $179.15 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.5166.** **Priority creditor's name and mailing address**

PETERSON, BONNIE L
1003 ETON WAY
NEPTUNE NJ 07753

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $156.38 | $156.38 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5167.** **Priority creditor's name and mailing address**

PETERSON, JULIA R
1712 VAN BUREN AVE
CHARLOTTE NC 28216

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $99.96 | $99.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5168.** **Priority creditor's name and mailing address**

PETERSON, NICOLE
2106 SW WOODLAND DR
ANKENY IA 50023

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $45.76 | $45.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5169.** **Priority creditor's name and mailing address**

PETRALBA, NINA
2403 RUSSELL LONG BLV.
CANYON TX 79016

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $120.04 | $120.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5170.** **Priority creditor's name and mailing address**

PEYTON, CORY M
2435 S 25TH ST
APT 1
PADUCAH KY 42003-3327

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,643.20 | $3,643.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5171.** **Priority creditor's name and mailing address**

PEZZELATO, CHIARA
110 AUDREY AVENUE
100
OYSTER BAY NY 11771

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $119.76 | $119.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5172.** **Priority creditor's name and mailing address**

PFEIL, JACKIE
713 KLEMONT AVENUE
PITTSBURGH PA 15202

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $362.12 | $362.12 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.5173.** **Priority creditor's name and mailing address**

PHAM, ALYSIA N
3165 SORREL STREET
YORK PA 17404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $676.26 | $676.26 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.5174.** **Priority creditor's name and mailing address**

PHAN, KIM-YEN T
5136 SPRINGWOOD DR.
TAMPA FL 33624

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $671.91 | $671.91 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

| 2.5175. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

**2.5175.** **Priority creditor's name and mailing address**

PHAN, NATALIE U
3414 N 52ND ST
FORT SMITH AR 72904

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $204.43 | $204.43 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5176.** **Priority creditor's name and mailing address**

PHAN, SIENNA
269 NORTH SLATE STREET
GILBERT AZ 85234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $39.27 | $39.27 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5177.** **Priority creditor's name and mailing address**

PHARR, ASIA U
65 JUDY LANE
STAMFORD CT 06906

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $102.51 | $102.51 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.5178. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | |
|---|---|
| PHELPS, GABBRIELLE M | *Check all that apply.* |
| 119 N. 54TH STREET | |
| PHILADELPHIA PA 19139 | |

| Total claim | Priority amount |
|---|---|
| $134.90 | $134.90 |

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed
                                  $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                  ☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.5179. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | |
|---|---|
| PHELPS, MADISON | *Check all that apply.* |
| 923 DEGEEST DR | |
| RAPID CITY SD 57703 | |

| Total claim | Priority amount |
|---|---|
| $525.25 | $525.25 |

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed
                                  $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                  ☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| 2.5180. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | |
|---|---|
| PHELPS, OLIVIA | *Check all that apply.* |
| 1920 BENNETT RD | |
| ABERDEEN MD 21001 | |

| Total claim | Priority amount |
|---|---|
| $224.22 | $224.22 |

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed
                                  $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
                                  ☐ No
**Specify Code subsection of PRIORITY**          ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5181.** **Priority creditor's name and mailing address**

PHENGPHONG, TERADA L
31 N SHELLY AVE
FRESNO CA 93727

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.76 | $32.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5182.** **Priority creditor's name and mailing address**

PHENGPHONGSAVANH, GRACE
140 SALISBURY ST
DRACUT MA 01824

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $88.20 | $88.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5183.** **Priority creditor's name and mailing address**

PHILLIPS, ALEXIS N
1918 WESTWOOD DRIVE
CAPE GIRARDEAU MO 63701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $92.71 | $92.71 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.5184.** | **Priority creditor's name and mailing address** | |

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $84.61 | $84.61 |

**2.5184.** **Priority creditor's name and mailing address**

PHILLIPS, AMBER L
2855 REESE RD
COLUMBUS GA 31907

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $84.61
**Priority amount** $84.61

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5185.** **Priority creditor's name and mailing address**

PHILLIPS, CARLY
141 CAMPUS VIEW RD
APT 4
MANKATO MN 56001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $151.94
**Priority amount** $151.94

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5186.** **Priority creditor's name and mailing address**

PHILLIPS, COREY S
5127 VANNOY AVENUE
CASTRO VALLEY CA 94546

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,993.43
**Priority amount** $1,993.43

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

**2.5187.** **Priority creditor's name and mailing address**

PHILLIPS, DYMIN
23104 RICHARDS RD
27202
PRAIRIE TX 77446

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $103.36 | $103.36 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.5188.** **Priority creditor's name and mailing address**

PHILLIPS, KATHERINE
25420 SENATOR AVE #9
HARBOR CITY CA 90710

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $77.04 | $77.04 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.5189.** **Priority creditor's name and mailing address**

PHILLIPS, MACKENZIE C
2608 NOLAN CREEK ST
TEMPLE TX 76504

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $2,423.20 | $2,423.20 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

**2.5190.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |

PHILLIPS, SASHE L
174 PITTSTON CIRCLE
OWINGS MILLS MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $816.77 | $816.77 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5191.** **Priority creditor's name and mailing address**

PHILLIPS, TORRIE
518 PRAIRIE RD
BOX ELDER SD 57719

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $258.72 | $258.72 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5192.** **Priority creditor's name and mailing address**

PHILLIPS, TYSHELLE
3000 FORD RD
APT F23
BRISTOL PA 19007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $127.30 | $127.30 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.5193. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5193.  **Priority creditor's name and mailing address**

PHOMMARATH, ARIANA A
780 CLARK ST
BRIDGEPORT CT 06606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $315.68

**Priority amount** $315.68

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5194.  **Priority creditor's name and mailing address**

PHONGSAVTH, MEW
1510 MCDONALD ST
SIOUX CITY IA 51103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $176.85

**Priority amount** $176.85

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5195.  **Priority creditor's name and mailing address**

PICASION, VICTORIA D
7430 PAINTED MURAL AVE.
LAS VEGAS NV 89179

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $101.66

**Priority amount** $101.66

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.5196. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PICAZO, VERONICA
1154 WHEELER ST. SW.
WYOMING MI 49509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$81.40

**Priority amount**
$81.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5197.    Priority creditor's name and mailing address**

PICHOFF, MARK
317 PLANTERS CANAL RD.
BELLE CHASSE LA 70037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$2,490.31

**Priority amount**
$2,490.31

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5198.    Priority creditor's name and mailing address**

PICHON, JAWAYNE
2420 TATTERSALL DR
HARVEY LA 70058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$29.22

**Priority amount**
$29.22

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.5199.  **Priority creditor's name and mailing address**

PICINICH, TIONNA A
2267 ATTILBURGH BLVD
WEST MELBOURNE FL 32904

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $220.38 | $220.38 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.5200.  **Priority creditor's name and mailing address**

PICKETT, ANJERRICA
7199 NIXON ST
GREENWOOD LA 71033-1909

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $555.35 | $555.35 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.5201.  **Priority creditor's name and mailing address**

PICOU, KINSEY R
327 ROBERT ST.
B
SLIDELL LA 70458

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $233.22 | $233.22 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5202.**  **Priority creditor's name and mailing address**

PIERCE, JULIA M
221 JEFFERSON STREET
STRATFORD CT 06615

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.63 | $150.63 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5203.**  **Priority creditor's name and mailing address**

PIERCE, NICOLE L
150 BELAIRE AVE.
#004
DAYTON OH 45420

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $56.94 | $56.94 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5204.**  **Priority creditor's name and mailing address**

PIERRE, MAHALIA
5212 CULPEPPER PL
WESLEY CHAPEL FL 33544

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $714.23 | $714.23 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.5205. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5205.

**Priority creditor's name and mailing address**

PIERRE, SAMUEL
5113 PIPES O THE GLEN WAY
ORLANDO FL 32808

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $149.21 | $149.21 |

**Nonpriority amount**

$0.00

---

2.5206.

**Priority creditor's name and mailing address**

PIERSON, CLARUIZ M
210 E. CAMERON AVE APT. H
VISALIA CA 93277

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $179.64 | $179.64 |

**Nonpriority amount**

$0.00

---

2.5207.

**Priority creditor's name and mailing address**

PIERSON, JADE L
242 S. WINOOSKI AVE
APT 7
BURLINGTON VT 05401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,770.60 | $2,770.60 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.5208.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PIETZSCH, GRACE E
3103 COOPER AVENUE
PENNSAUKEN NJ 08109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $84.51

**Priority amount** $84.51

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5209.** | **Priority creditor's name and mailing address**

PIGATTI, MARIA H
591 LAKEWAY DRIVE
WEST BABYLON NY 11704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $716.25

**Priority amount** $716.25

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5210.** | **Priority creditor's name and mailing address**

PIKE, SHELLY
1757 26TH AVE #106
OAKLAND CA 94601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $5,870.78

**Priority amount** $5,870.78

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| 2.5211. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5211. **Priority creditor's name and mailing address**

PILAC, ALYSSA M
8754 N. OLEANDER AVE.
NILES IL 60714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| **Total claim** | **Priority amount** |
|---|---|
| $164.78 | $164.78 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5212. **Priority creditor's name and mailing address**

PILIER, LINOSHKA M
722 MYRTLE COVE CT.
202
ORLANDO FL 32825

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| **Total claim** | **Priority amount** |
|---|---|
| $109.66 | $109.66 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5213. **Priority creditor's name and mailing address**

PIMENTEL, ALEXANDRA A
43 ABNER POTTER'S WAY
DARTMOUTH MA 02748

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| **Total claim** | **Priority amount** |
|---|---|
| $98.40 | $98.40 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.5214.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |

PIMENTEL, MORGAN
43 ABNER POTTER'S WAY
DARTMOUTH MA 02748

| | As of the petition filing date, the claim is: *Check all that apply.* | Total claim $97.44 | Priority amount $97.44 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5215.** **Priority creditor's name and mailing address**

PINEDA, AMANDA B
495 BLUE HILL AVE
104
DORCHESTER MA 02121

**As of the petition filing date, the claim is:** *Check all that apply.*

| Total claim $312.96 | Priority amount $312.96 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5216.** **Priority creditor's name and mailing address**

PINEDA, LEANNA M
4102 SHERWOOD LN
3
HOUSTON TX 77092

**As of the petition filing date, the claim is:** *Check all that apply.*

| Total claim $611.11 | Priority amount $611.11 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor     **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.5217. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5217. **Priority creditor's name and mailing address**

PINEDO, DAISY G
6734 CURTIS AVE
LONG BEACH CA 90805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $186.36

**Priority amount** $186.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5218. **Priority creditor's name and mailing address**

PINKNEY, AUTUMN N
2321 CENTENNIAL RIDGE WAY
103
RALEIGH NC 27603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $268.21

**Priority amount** $268.21

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5219. **Priority creditor's name and mailing address**

PINKNEY, MORIAH G
2047 ROBINSON ROAD
NEWTON NC 28658

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $186.18

**Priority amount** $186.18

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

**2.5220.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PINTO, LAURA <br> 408 MILGATE ST <br> UTICA NY 13501 | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $266.74 | $266.74 <br><br> **Nonpriority amount** <br> $0.00 |
| | **Date or dates debt was incurred** <br> _____ | **Basis for the claim:** <br> WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.5221.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PINTOR, FERREYRA LUIS A <br> 2206 IOWA ST <br> MELROSE PARK IL 60160 | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $2,901.50 | $2,901.50 <br><br> **Nonpriority amount** <br> $0.00 |
| | **Date or dates debt was incurred** <br> _____ | **Basis for the claim:** <br> WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.5222.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PIPKORN, QUIERRA <br> 8501 W GRANTOSA DR APT 3 <br> MILWAUKEE WI 53225 | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $224.40 | $224.40 <br><br> **Nonpriority amount** <br> $0.00 |
| | **Date or dates debt was incurred** <br> _____ | **Basis for the claim:** <br> WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5223.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $142.76 | $142.76
| PIRANDO, MELISSA E | |
| 343 SYLVAN KNOLL ROAD | ☐ Contingent | |
| STAMFORD CT 06902 | | | **Nonpriority amount**
| | ☐ Unliquidated | |
| | ☐ Disputed | | $0.00
| | |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

**2.5224.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $88.44 | $88.44
| PISCANIO, ALEXA N | |
| 6400 FOLSOM BLVD | ☐ Contingent | |
| 432 | | | **Nonpriority amount**
| SACRAMENTO CA 95819 | ☐ Unliquidated | |
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

**2.5225.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $1,456.55 | $1,456.55
| PITCHFORD, KATIE D | |
| 302 S. 14TH STREET | ☐ Contingent | |
| FORT SMITH AR 72901 | | | **Nonpriority amount**
| | ☐ Unliquidated | |
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.5226. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PITTMAN, MEAGAN E
575 SANDSTONE DR
DOTHAN AL 36303

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $191.05

**Priority amount** $191.05

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5227. **Priority creditor's name and mailing address**

PITTMAN, SHAMARA L
1321 KITCHEN ST
UNIT 1
JONESBORO AR 72401

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $230.79

**Priority amount** $230.79

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5228. **Priority creditor's name and mailing address**

PITTS, SAVANAH A
1650 HAGER ST
2
UTICA NY 13502

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $269.40

**Priority amount** $269.40

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5229. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5229.** **Priority creditor's name and mailing address**

PIZZATI, ESKARLET Y
216 BAYLOR PL
KENNER LA 70065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $293.45

**Priority amount**  $293.45

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5230.** **Priority creditor's name and mailing address**

PLAISIR, BRENDA D
2132 ALDRIN ROAD
APT 1B
OCEAN NJ 07712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $478.28

**Priority amount**  $478.28

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5231.** **Priority creditor's name and mailing address**

PLAZA, CECILIA M
5626 VIRGINIA LANE
OXON HILL MD 20745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $790.05

**Priority amount**  $790.05

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.5232. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PLECITY, CHEYANN<br>111B MCCOLLUM CIRCLE<br>MANSFIELD DEPOT CT 06251 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $418.45 | $418.45 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| 2.5233. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PLUMITALLO, KRYSTAL A<br>213 OVERLAND RIDGE<br>104<br>WALTON KY 41094 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $412.06 | $412.06 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| 2.5234. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PLUMMER, MAURICIA R<br>1759 LANCING DRIVE<br>APT. #172<br>SALEM VA 24153 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $55.71 | $55.71 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.5235. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PODESTA, EMILY G
423 CLINTON AVENUE
APT 2
ROSEVILLE CA 95678

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $43.44

**Priority amount**: $43.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5236. **Priority creditor's name and mailing address**

PODOLYAKINA, YEVGENIYA
2610 RIDGEVIEW COURT
PARLIN NJ 08859

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $186.98

**Priority amount**: $186.98

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5237. **Priority creditor's name and mailing address**

PODRAZA, RENEE L
3345 VORDEN ST
NEW PORT RICHEY FL 34655

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $240.77

**Priority amount**: $240.77

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

**2.5238.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

POLANCO, CHARLEENE
11-13 FAIRHAVEN PL
FAIR LAWN NJ 07410

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $44.07

Priority amount: $44.07

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5239.** **Priority creditor's name and mailing address**

POLANCO, CONNIE M
118 PAINE ST.
#2
WORCESTER MA 01605

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,710.27

Priority amount: $1,710.27

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5240.** **Priority creditor's name and mailing address**

POLIN, SENDI
3616 N LARAMIE
2
CHICAGO IL 60641

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $754.80

Priority amount: $754.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

**2.5241.** **Priority creditor's name and mailing address**

POLITE, LISA
4603 MEADOWS AVE.
SAVANNAH GA 31405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $262.76 | $262.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5242.** **Priority creditor's name and mailing address**

POLLAK, MAGGIE M
48180 TILCH RD
MACOMB MI 48044

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $252.13 | $252.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5243.** **Priority creditor's name and mailing address**

POLLARD, KALIEAH A
29 MONTCLAIRE DR
PLEASANTVILLE NJ 08232

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $558.80 | $558.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.5244.** **Priority creditor's name and mailing address**

POLLARD, KATHERINE E
821 GLENWICK COURT
BURLESON TX 76028

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $242.88 | $242.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5245.** **Priority creditor's name and mailing address**

POLLARD, KYLEE A
1074 STATE ROUTE 981
LATROBE PA 15650

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $88.95 | $88.95 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5246.** **Priority creditor's name and mailing address**

POMONTTY, TIARA N
60 SHANLEY STREET
STRATFORD CT 06615

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $85.37 | $85.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

| 2.5247. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

POMPA, LESLIE P
46725 CLINTON STREET
12
INDIO CA 92201

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $513.15
Priority amount: $513.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5248. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

POMPUTIS, JORDAN
3017 FREMONT AVE S
5
MINNEAPOLIS MN 55408

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $178.86
Priority amount: $178.86

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5249. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PONCE, ANDREA R
595 TANGERINE DR
EL CENTRO CA 92243

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $84.00
Priority amount: $84.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5250.** **Priority creditor's name and mailing address**

PONCE, ERNESTO
12525 WASHINGTON PL
APT 201
LOS ANGELES CA 90066-4840

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $871.59 | $871.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5251.** **Priority creditor's name and mailing address**

PONCE, NADALIE
657 ZIEGLER DR
GRAYSLAKE IL 60030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $105.19 | $105.19 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5252.** **Priority creditor's name and mailing address**

PONCE, NATHALY
214 LINDEN AVENUE
6
WESTBURY NY 11590

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $380.40 | $380.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

| 2.5253. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | PONCE, VERONICA E<br>1145 SHEARWATER DR<br>PATTERSON CA 95363 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $36.36 | $36.36<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.5254. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | PONDER, NIJUAH L<br>725 SYCAMORE STREET<br>HAMILTON OH 45011 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $112.09 | $112.09<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.5255. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | PONTE, TARA M<br>256 WOODWARD RD<br>PROVIDENCE RI 02904 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $59.33 | $59.33<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

**2.5256.** **Priority creditor's name and mailing address**

POOLE, CASSIDY M
2327 MT EDEN RED
SHELBYVILLE KY 40065

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $273.15 | $273.15 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5257.** **Priority creditor's name and mailing address**

PORCARO, KYLA
437 BROAD ST
APT 2
CUMBERLAND RI 02864-7820

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $174.24 | $174.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5258.** **Priority creditor's name and mailing address**

PORTER, KAMERON V
1333 EAST ELM STREET
APT 7
SPRINGFILED MO 65802

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $43.69 | $43.69 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

2.5259.  **Priority creditor's name and mailing address**

PORTER, LARITA M
6643 FAIRWAY AVENUE
INDIANAPOLIS IN 46250

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $142.15 | $142.15 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5260.  **Priority creditor's name and mailing address**

PORTILLO-, CERVANTES BRIANNA X
3945 HOLLYBROOK LANE
PUEBLO CO 81005

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.94 | $175.94 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5261.  **Priority creditor's name and mailing address**

PORTILLO, INGRID
25 HORTON STREET
ATTLEBORO MA 02703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $511.24 | $511.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**2.5262.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PORTILLO, JACKY E
4194 LAKE SHORE DR.
APT 4194
WACO TX 76710

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$29.99 | $29.99

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5263.** | **Priority creditor's name and mailing address**

PORTILLO, VICKY C
15705 KERVIN AVE
PARAMOUNT CA 90723

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** | **Priority amount**
$236.16 | $236.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5264.** | **Priority creditor's name and mailing address**

POSEY, EVELYN
7310 E SPRINGBROOK COURT
MIDDLETOWN MD 21769

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** | **Priority amount**
$379.35 | $379.35

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.5265.** | **Priority creditor's name and mailing address** | $58.91 | $58.91 |

**2.5265.**

**Priority creditor's name and mailing address**

POSEY, IAN O
6114 ENSIGN AVENUE
NORTH HOLLYWOOD CA 91606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $58.91 | $58.91 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5266.**

**Priority creditor's name and mailing address**

POSEY, JAYLA S
5128 FORESTWOOD.
ADAMSVILLE AL 35005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $71.89 | $71.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5267.**

**Priority creditor's name and mailing address**

POSEY, SHERRY J
3452 BRIARCLIFF DR APT E
GREENVILLE NC 27834

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,254.01 | $4,254.01 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5268.** **Priority creditor's name and mailing address**

POSEY, TEHYA M
27502 CORONADO WAY
HAYWARD CA 94545

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.52 | $107.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5269.** **Priority creditor's name and mailing address**

POTTER, MADISON E
1530 SOUTH CHARLES BLVD
APARTMENT 53
GREENVILLE NC 27858

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.23 | $150.23 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5270.** **Priority creditor's name and mailing address**

POTTER, OLIVIA R
8670 RANNEY ROAD
TABERG NY 13471

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $507.84 | $507.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.5271. **Priority creditor's name and mailing address**

POTTINGER, SAMANTHA K
354 PALISADE AVENUE
APT 2
GARFIELD NJ 07026

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $198.69 | $198.69 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5272. **Priority creditor's name and mailing address**

POUERIET, YAZMIN R
56 WERNER PL
TEANECK NJ 07666

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.27 | $40.27 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5273. **Priority creditor's name and mailing address**

POUK, LAUREN R
8772 EUROPEAN FAN PALM ALLEY
WINTER GARDEN FL 34787

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,838.76 | $1,838.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

2.5274.  **Priority creditor's name and mailing address**

POULSEN, ROXANNE M
1454 RIVER RD
SAN MARCOS TX 78666

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.16 | $140.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.5275.  **Priority creditor's name and mailing address**

POWELL, AUTUMN A
1921 BLACKTHORN DR
CHAMPAIGN IL 61821

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $504.34 | $504.34 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.5276.  **Priority creditor's name and mailing address**

POWELL, CHELSEA J
1121 MCREE HEIGHTS CIRCLE
NEWTON NC 28658

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $456.48 | $456.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.5277.** **Priority creditor's name and mailing address**

POWELL, MESA T
1216 CRISPUS DRIVE
CHAMPAIGN IL 61820

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.75 | $148.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5278.** **Priority creditor's name and mailing address**

POWELL, MICHAEL-DAVID
1105 CHARTER OAK COURT
VILLA RICA GA 30180

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $164.87 | $164.87 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5279.** **Priority creditor's name and mailing address**

POWELL, SEAIRA
3000 EVANGLINE ST
APT 88
MONROE LA 71201

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $509.05 | $509.05 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.5280.** **Priority creditor's name and mailing address**

POWELL, SEAN N
5621 HIGHWAY 69 S
APT. 625
TUSCALOOOSA AL 35405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $84.30 | $84.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5281.** **Priority creditor's name and mailing address**

POWELL, SYDNEY
14900 NACOGDOCHES RD
2404
SAN ANTONIO TX 78247

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $86.07 | $86.07 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5282.** **Priority creditor's name and mailing address**

POWELL, TAYLOR-ANN M
92812 SOVERN PLACE
JUNCTION CITY OR 97448

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.62 | $33.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| **2.5283.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $74.66 / **Priority amount** $74.66 |

**2.5283.** | **Priority creditor's name and mailing address**

POWERS, EMILY F
408 IVAN DRIVE
LEWISVILLE TX 75067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $74.66

**Priority amount** $74.66

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5284.** | **Priority creditor's name and mailing address**

PRADO, ACE FRANCIS R
44 BRUNSWICK STREET
SAN FRANCISCO CA 94112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $960.54

**Priority amount** $960.54

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5285.** | **Priority creditor's name and mailing address**

PRASTOS, ATHENA N
206 E FARMINGDALE ST.
ISLIP TERRACE NY 11752

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $208.56

**Priority amount** $208.56

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.5286.** **Priority creditor's name and mailing address**

PRATHER, JADA J
71 FOX HILL DR
APT B
DOVER NJ 07801

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $39.56 | $39.56 |

**Nonpriority amount**

$0.00

---

**2.5287.** **Priority creditor's name and mailing address**

PRATT, BRIANNA L
308 SE FLAGSTONE DR.
LEE'S SUMMIT MO 64063

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $559.20 | $559.20 |

**Nonpriority amount**

$0.00

---

**2.5288.** **Priority creditor's name and mailing address**

PRATT, JADA M
1411 GROVE AVE
APT. 14
RICHMOND VA 23220

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $83.93 | $83.93 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

2.5289.  **Priority creditor's name and mailing address**

PREDIERI, RYAN
513 24TH AVE NW
B
NORMAN OK 73069

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.53 | $150.53 |
| | **Nonpriority amount** |
| | $0.00 |

2.5290.  **Priority creditor's name and mailing address**

PREHODA, ELISE S
9737 COLUMBIA ROAD
OLMSTED FALLS OH 44138

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $599.28 | $599.28 |
| | **Nonpriority amount** |
| | $0.00 |

2.5291.  **Priority creditor's name and mailing address**

PRESTON, EMELINE N
330 E VERNON AVE
2
NORMAL IL 61761

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $101.72 | $101.72 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5292.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |

PRESTON, STEPHANIE R
448 ANN AVENUE
448 ANN AVENUE
BRICK NJ 08724

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $451.55 | $451.55 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5293.** | **Priority creditor's name and mailing address**

PRESTON, TANISHA
1801 SPRUCE AVE
3
WEST PALM BEACH FL 33407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $109.98 | $109.98 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5294.** | **Priority creditor's name and mailing address**

PRICE, JESSAH
22215 GUIDOT
TAYLOR MI 48180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $112.11 | $112.11 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5295.** **Priority creditor's name and mailing address**

PRICE, MERCEDES D
611 WEST BACON ST
APT 1115B
RICHMOND VA 23222

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $663.22 | $663.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5296.** **Priority creditor's name and mailing address**

PRICE, MIA D
3565 MYDERS
310
MEMPHIS TN 38111

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.02 | $140.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5297.** **Priority creditor's name and mailing address**

PRICE, VICTORIA
413 DUNBAR ST
KINGSPORT TN 37660

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $29.18 | $29.18 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

---

2.5298.  **Priority creditor's name and mailing address**

PRIDE, SHAKIYA
11430 FARMVILLE RD
FARMVILLE VA 23901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $49.50 | $49.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5299.  **Priority creditor's name and mailing address**

PRIETO, MARIA D
13354 EMILY RD
APT 111
DALLAS TX 75240

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $157.00 | $157.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5300.  **Priority creditor's name and mailing address**

PRISBY, ALAYNA
8185 HAWTHORNE DR.
SAINT JOHN IN 46373

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $73.44 | $73.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.5301.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PRITTS, KAITLIN M
16624 LOARTOWN ROAD
FROSTBURG MD 21532

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $123.64

**Priority amount** $123.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5302.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PROCTOR, BRITTANY J
2900 WINTERBERRY WAY
HUNTSVILLE AL 35763

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $29.73

**Priority amount** $29.73

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5303.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

PROVO, KATELYN R
2211 BRONCO LN
BUFFALO MN 55313

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $786.50

**Priority amount** $786.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5304.** **Priority creditor's name and mailing address**

PROVOST, ARIEL E
603 LANCASTER CT
SALISBURY MD 21804

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $45.45 | $45.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5305.** **Priority creditor's name and mailing address**

PROVOST, DANIEL J
10800 WOODSIDE AVE
SPC 131
SANTEE CA 92071-3188

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,048.20 | $2,048.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5306.** **Priority creditor's name and mailing address**

PRUDE, NEOSHA L
125 VERONA AVE.
NETTLETON MS 38858

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $68.43 | $68.43 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5307.** **Priority creditor's name and mailing address**

PRUITT, ERIN M
10224 PLUM CREEK LANE
APT J
CHARLOTTE NC 28210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,068.36 | $1,068.36 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5308.** **Priority creditor's name and mailing address**

PRUITT, JAMIE A
1310 FRANK ST.
KINGSPORT TN 37665

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,755.23 | $1,755.23 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5309.** **Priority creditor's name and mailing address**

PRYER, CASANDRA
5201 N 16TH ST
PHILADELPHIA PA 19141

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $152.48 | $152.48 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.5310.** **Priority creditor's name and mailing address**

PTASCHEK, MEGAN
209 43RD AVE
GREELEY CO 80634

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.37 | $80.37 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5311.** **Priority creditor's name and mailing address**

PUGA, CHAVEZ CHRISTINE A
1260 STAGECOACH TRAIL LOOP
CHULA VISTA CA 91915

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $192.84 | $192.84 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5312.** **Priority creditor's name and mailing address**

PUGH, JETERRICA
5635 LUNKER LANE
TALLAHASSEE FL 32303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $259.72 | $259.72 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5313.** **Priority creditor's name and mailing address**

PUGH, KARINA
13353 EMILY RD
DALLAS TX 75240

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.96 | $69.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5314.** **Priority creditor's name and mailing address**

PUGH, OLIVIA S
6201 OLD SHELL RD
APT. 222B
MOBILE AL 36608

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.22 | $33.22 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5315.** **Priority creditor's name and mailing address**

PUGLIESE, DAPHNE
2822 MONTCLAIR DRIVE
ELLICOTT CITY MD 21043

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $301.61 | $301.61 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| 2.5316. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5316.** **Priority creditor's name and mailing address**

PULIAFICO, SUSAN
52 WEST ST
WEST NYACK NY 10994

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $657.39

**Priority amount** $657.39

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5317.** **Priority creditor's name and mailing address**

PULIDO, ADRIANA
8901 GRANT ST
APT 714
THORNTON CO 80229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $73.26

**Priority amount** $73.26

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5318.** **Priority creditor's name and mailing address**

PULIDO, NICOLAS A
2284 POIPU WAY
2284 POIPU WAY
SAN DIEGO CA 92154-1562

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $391.88

**Priority amount** $391.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.5319.** **Priority creditor's name and mailing address**

PULLIAM, CORTENAY
642 AUTUMN FIELDS LANE
RANTOUL IL 61866

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $79.75 | $79.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5320.** **Priority creditor's name and mailing address**

PURIFOY, ALEXIS
6910 CONNECTICUT DRIVE
APT 4
LOUISVILLE KY 40219

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $166.32 | $166.32 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5321.** **Priority creditor's name and mailing address**

PURIFOYE, BRIYANNA
225 SPRINGHILL DR
APT 306
ROSELLE IL 60172

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $195.48 | $195.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

**2.5322.** **Priority creditor's name and mailing address**

PURSCH, JESSICA P
1188 MICHAEL DRIVE
TRACY CA 95377

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $208.20 | $208.20 |

| | Nonpriority amount |
| --- | --- |
| | $0.00 |

**2.5323.** **Priority creditor's name and mailing address**

PURVIS, NAJE R
8388 S GUPTA DR
TUCSON AZ 85747

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $133.32 | $133.32 |

| | Nonpriority amount |
| --- | --- |
| | $0.00 |

**2.5324.** **Priority creditor's name and mailing address**

QUACKENBUSH, ANGELICA
120 BROOKS AVE
BAYVILLE NJ 08721

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $62.13 | $62.13 |

| | Nonpriority amount |
| --- | --- |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5325.** **Priority creditor's name and mailing address**

QUARANTELLO, MARIAH
299 LACKAWANNA AVE
BUFFALO NY 14212

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $52.39 | $52.39 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5326.** **Priority creditor's name and mailing address**

QUARLES, IMANI B
3400 N KNOXVILLE AVE
APT D1
PEORIA IL 61603

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $57.34 | $57.34 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5327.** **Priority creditor's name and mailing address**

QUEEN, CHRISTIAN F
674 QUAIL DRIVE
GLEN BURNIE MD 21061

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.86 | $127.86 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

**2.5328.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

QUENTAL, AMANDA L
109 BAKER STREET
MANASSAS PARK VA 20111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $141.70 | $141.70 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5329.** **Priority creditor's name and mailing address**

QUEZADA, CRYSTAL
2746 STAR PEAK DR
HOUSTON TX 77088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $28.50 | $28.50 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5330.** **Priority creditor's name and mailing address**

QUEZADA, KARINA G
1263 DAVID AVE
CONCORD CA 94518

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $240.12 | $240.12 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5331.** **Priority creditor's name and mailing address**

QUI, GONZALEZ SHARON J
257 WILLOW ROAD APT H SAN YSID
257
SAN YSIDRO CA 92173

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $179.40 | $179.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5332.** **Priority creditor's name and mailing address**

QUICK, BEAR DARIEN P
P.O. BOX 1055
ROSEBUD SD 57570

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $0.00 | $0.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5333.** **Priority creditor's name and mailing address**

QUICK, HALEY M
1110 PARKHILL DRIVE
NORWALK IA 50211

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $764.18 | $764.18 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**2.5334.** **Priority creditor's name and mailing address**

QUIJANO, CHRYSTAL M
4416 LAUREL AVE
PENNSAUKEN NJ 08109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $41.86 | $41.86 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5335.** **Priority creditor's name and mailing address**

QUILES, MARILINDA
95 SPRUCE ST
APT 2
PATERSON NJ 07501-1793

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,792.73 | $1,792.73 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5336.** **Priority creditor's name and mailing address**

QUILES, NICOLE
62 COMSTOCK AVENUE
STATEN ISLAND NY 10314

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,426.61 | $1,426.61 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5337.** **Priority creditor's name and mailing address**

QUINN, ERIN C
223 BLOUGH COURT
FAIRLESS HILLS PA 19030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $568.68 | $568.68 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5338.** **Priority creditor's name and mailing address**

QUINONES, JESSICA A
PO BOX. 50922
TOA BAJA PR 00950

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $29.58 | $29.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5339.** **Priority creditor's name and mailing address**

QUINONES, LAUREN C
319 NORTHGATE CT.
WESTERVILLE OH 43081

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $655.56 | $655.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5340.** **Priority creditor's name and mailing address**

QUINONES, TONASIA
11 13TH STREET FLOOR #2
TROY NY 12180

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,405.14 | $1,405.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5341.** **Priority creditor's name and mailing address**

QUINSAAT-TOBOSA, DESTINY-JOYCE
1388 KAKAE PL
WAILUKU HI 96793

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $165.94 | $165.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5342.** **Priority creditor's name and mailing address**

QUINTANA, JESENIA I
6625 S 140TH ST
OMAHA NE 68137

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $45.27 | $45.27 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5343.** **Priority creditor's name and mailing address**

QUINTANILLA, SAVANNAH
2222 DUDLEY STREET
BURTON MI 48529

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $600.08 | $600.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5344.** **Priority creditor's name and mailing address**

QUINTANILLA, TATIANA G
11719 ALLIN ST
486
CULVER CITY CA 90230

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $342.77 | $342.77 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5345.** **Priority creditor's name and mailing address**

QUINTERO, GARCIA DANAY
1819 DEANNA DR
APOPKA FL 32703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $204.19 | $204.19 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

2.5346.    **Priority creditor's name and mailing address**

QUIROGA, CINDY E
3061 NW 184TH ST
MIAMI FL 33056

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $143.40 | $143.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.5347.    **Priority creditor's name and mailing address**

QUIROS, IMANI
81 SUGAR BERRY PL
DALLAS GA 30157

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $98.63 | $98.63 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.5348.    **Priority creditor's name and mailing address**

QUIROZ, MELODY
729 S. INGLEWOOD AVE
INGLEWOOD CA 90301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.14 | $175.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.5349. **Priority creditor's name and mailing address**

QURESHI, ANUM
114 TRAILS CROSSING
WHITESBORO NY 13492

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $162.17 | $162.17 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.5350. **Priority creditor's name and mailing address**

RAAHAUGE, CAREN A
4315 ROUTE 353
SALAMANCA NY 14779

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $128.57 | $128.57 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.5351. **Priority creditor's name and mailing address**

RABENA, JOHANNA M
9115 HIRASAKI AVE
GILROY CA 95020-3264

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,522.87 | $1,522.87 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                     Case number *(if known)* **19-10214**

**2.5352.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | | **Priority amount** |

**2.5352.**

**Priority creditor's name and mailing address**

RABER, EMILY P
814 VINEYARD CIRLCE
814
SLIPPERY ROCK PA 16057

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $156.32 | $156.32 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5353.**

**Priority creditor's name and mailing address**

RADECKER, JENNIFER N
4146 DAUPHINE ST
SLIDELL LA 70458

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $90.26 | $90.26 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5354.**

**Priority creditor's name and mailing address**

RADER, CHANTEL M
1318 19TH ST.
VIENNA WV 26105

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $3,205.82 | $3,205.82 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.5355.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** **Priority amount** |

**2.5355.** **Priority creditor's name and mailing address**

RADOMES, RAEANNA ISABELL
5795 W FLAMINGO RD APT 158
LAS VEGAS NV 89103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $130.19 | $130.19 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5356.** **Priority creditor's name and mailing address**

RAFAIL, GABRIELLE L
6630 W. HERBISON RD.
DEWITT MI 48820

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $74.19 | $74.19 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5357.** **Priority creditor's name and mailing address**

RAGHUBIR, SAMANTHA
89 11 116 STREET
RICHMOND HILL NY 11418

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $109.50 | $109.50 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.5358. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| RAGSDALE, MONICA Y<br>1806 45TH STREET<br>PENNSAUKEN NJ 08109 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34.25 | $34.25<br><br>**Nonpriority amount**<br>$0.00 |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

---

2.5359. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| RAIN, ASHLEY P<br>6710 36TH AVENUE EAST LOT 42<br>PALMETTO FL 34221 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $123.51 | $123.51<br><br>**Nonpriority amount**<br>$0.00 |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

---

2.5360. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| RAINEY, KURISTIAN G<br>842 SPRINGDALE LN<br>GASTONAI NC 28052 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21.05 | $21.05<br><br>**Nonpriority amount**<br>$0.00 |
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5361.** **Priority creditor's name and mailing address**

RAINEY, NASAIYA
21A JORDAN GARDENS
NIAGARA FALLS NY 14305

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $139.09 | $139.09 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5362.** **Priority creditor's name and mailing address**

RAINS, BRANDON W
185 EAST CAPE ROCK DRIVE
CAPE GIRARDEAU MO 63701

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,133.20 | $4,133.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5363.** **Priority creditor's name and mailing address**

RAIS, MAHASEN
216 MICHAELS COURT
WOODBRIDGE NJ 07095

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.88 | $30.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

2.5364. **Priority creditor's name and mailing address**

RAKIBULLAH, SHAKIRA
3329 LOUIS PAUL WAY
SAN JOSE CA 95148

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $258.90 | $258.90 |
| | **Nonpriority amount** |
| | $0.00 |

2.5365. **Priority creditor's name and mailing address**

RAKOTZ, JORDYN L
121 GRACE COURT
MANKATO MN 55434

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.31 | $34.31 |
| | **Nonpriority amount** |
| | $0.00 |

2.5366. **Priority creditor's name and mailing address**

RAMBOSK, KAITLIN
926 RADCLIFF AVENUE
LYNN HAVEN FL 32444

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $636.24 | $636.24 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.5367. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

RAMIREZ, ALEXANDRA J
1716 HOWARD ST
WACO TX 76711

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $95.26
Priority amount: $95.26

**Nonpriority amount**
$0.00

---

| 2.5368. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

RAMIREZ, AMBERLY C
3244 FIRTH WAY
SAN JOSE CA 95121-1519

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $2,363.09
Priority amount: $2,363.09

**Nonpriority amount**
$0.00

---

| 2.5369. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

RAMIREZ, ANGELICA
19906 RED FEATHER RD
APPLE VALLEY CA 92307

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $165.96
Priority amount: $165.96

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.5370. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.5370.** **Priority creditor's name and mailing address**

RAMIREZ, ANTONIO E
5722 E CALLE IGLESIA
TEMPE AZ 85283

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $553.09 | $553.09 |

**Nonpriority amount**
$0.00

---

**2.5371.** **Priority creditor's name and mailing address**

RAMIREZ, ASHLEY K
1221 A ST NE
A314
AUBURN WA 98002

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $128.76 | $128.76 |

**Nonpriority amount**
$0.00

---

**2.5372.** **Priority creditor's name and mailing address**

RAMIREZ, ASHLEY R
17356 CAVALCADE DR
MORENO VALLEY CA 92555

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,397.73 | $5,397.73 |

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.5373.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $3,292.98 / **Priority amount** $3,292.98 |

**2.5373.** **Priority creditor's name and mailing address**

RAMIREZ, CARMELINA
1144 HALLMARK AVE
LEHIGH ACRES FL 33974

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $3,292.98 | $3,292.98 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5374.** **Priority creditor's name and mailing address**

RAMIREZ, DANIELA
302 23RD AVE WEST
BRADENTON FL 34205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $234.60 | $234.60 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5375.** **Priority creditor's name and mailing address**

RAMIREZ, DE LA CRUZ NANCY E
10800 CLAY RD #9105
HOUSTON TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $603.52 | $603.52 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

2.5376. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

RAMIREZ, DESTINY
10525 DOLECETTO DR
RANCHO CORDOVA CA 95670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $1,659.28 | $1,659.28 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5377.  **Priority creditor's name and mailing address**

RAMIREZ, EILEEN G
33 SCOTLAND ROAD
ELIZABETH NJ 07208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $78.23 | $78.23 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5378.  **Priority creditor's name and mailing address**

RAMIREZ, ESMERALDA
33 TANFORAN
SAN BRUNO CA 94066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $15.96 | $15.96 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.5379. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|-----|-----|-----|-----|

2.5379.  **Priority creditor's name and mailing address**

RAMIREZ, HERNANDEZ EMILY K
2586 63RD AVE
OAKLAND CA 94605

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $728.65

**Priority amount**   $728.65

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5380.  **Priority creditor's name and mailing address**

RAMIREZ, JOSEFINA
2514 CR 60
ROSHARON TX 77583

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $153.44

**Priority amount**   $153.44

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5381.  **Priority creditor's name and mailing address**

RAMIREZ, KELLY
15965 78TH AVE
TINLEY PARK IL 60477

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $185.37

**Priority amount**   $185.37

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

2.5382.  **Priority creditor's name and mailing address**

RAMIREZ, LIZBETH
153 S 4TH ST.
RICHMOND CA 94804

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $71.76 | $71.76 |
| | **Nonpriority amount** |
| | $0.00 |

2.5383.  **Priority creditor's name and mailing address**

RAMIREZ, MANUELITA
241 SHADY LANE
VALLEJO CA 94591

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.84 | $108.84 |
| | **Nonpriority amount** |
| | $0.00 |

2.5384.  **Priority creditor's name and mailing address**

RAMIREZ, MARIA
3209 JAMES DR
DALLAS TX 75227

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $590.89 | $590.89 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.5385. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

RAMIREZ, MARIA H
723 N GRANT ST
AMARILLO TX 79107-5361

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,529.18

Priority amount: $1,529.18

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5386.  **Priority creditor's name and mailing address**

RAMIREZ, MONICA
911E LA PALMA DR APT D
INGLEWOOD CA 90301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $937.37

Priority amount: $937.37

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5387.  **Priority creditor's name and mailing address**

RAMIREZ, NALLELY
1401 SOUTH ST
PASADENA TX 77503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $103.03

Priority amount: $103.03

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.5388. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5388.  **Priority creditor's name and mailing address**

RAMIREZ, NANCY V
8788 KLEIN ROAD
STOCKTON CA 95206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$593.60

**Priority amount**
$593.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.5389.  **Priority creditor's name and mailing address**

RAMIREZ, SAMARIA V
8400 WEEPING CHERRY LN
EVERMAN TX 76140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$178.14

**Priority amount**
$178.14

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.5390.  **Priority creditor's name and mailing address**

RAMIREZ, SANCHEZ ASHLEY A
128 HOBBS CIR
SANTA PAULA CA 93060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$669.24

**Priority amount**
$669.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5391.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| RAMIREZ, SAVANA A | | $760.79 | $760.79
| 533 EASTON AVE | ☐ Contingent | |
| SAN BRUNO CA 94066 | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5392.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| RAMIREZ, SIENNA-ROSE A | | $280.37 | $280.37
| 4115 BELLA SIERRA CT | ☐ Contingent | |
| LAS CRUCES NM 88011 | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5393.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| RAMIREZ, STEPHANIE E | | $100.25 | $100.25
| 67 BISMARK DRIVE | ☐ Contingent | |
| STAFFORD VA 22554 | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | |
| | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor  **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.5394. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

RAMIREZ, VANESSA N
6500 NEWTON ST
ARVADA CO 80003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,268.80

**Priority amount** $1,268.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.5395.  **Priority creditor's name and mailing address**

RAMIREZ, VELASCO DALLELY
1511 OAKCREST AVE
NORMAN OK 73071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $181.04

**Priority amount** $181.04

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.5396.  **Priority creditor's name and mailing address**

RAMIREZ, YEZICA
4006 MIDLAND ST
LOS ANGELES CA 90031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $119.04

**Priority amount** $119.04

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.5397. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5397.** **Priority creditor's name and mailing address**

RAMIREZ-CONTRERAS, MARIA A
6451 OXFORD AVE APT A211
PHILADELPHIA PA 19111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $503.64

**Priority amount** $503.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5398.** **Priority creditor's name and mailing address**

RAMIREZ-JOSE, LIZBETH
267 COWDEN ST
2
CENTRAL FALLS RI 02863

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $725.28

**Priority amount** $725.28

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5399.** **Priority creditor's name and mailing address**

RAMJIT, SHIVANI
354 BURGESS PLACE
CLIFTON NJ 07050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $73.28

**Priority amount** $73.28

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.5400. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5400.**

**Priority creditor's name and mailing address**

RAMKEESOON, BRITNEY
2444 38TH STREET
ASTORIA NY 11103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $217.05

**Priority amount** $217.05

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5401.**

**Priority creditor's name and mailing address**

RAMNATH, DARSHANIE
27718 ONEALS RD.
SEAFORD DE 19973

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $497.38

**Priority amount** $497.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5402.**

**Priority creditor's name and mailing address**

RAMON, ALISA
3898 E ESPLANADE AVE
GILBERT AZ 85297

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $76.01

**Priority amount** $76.01

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5403. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

RAMOS, AILEEN A
3076 REDWOOD AVE.
LYNWOOD CA 90262

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$222.84                    $222.84

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.5404. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

RAMOS, ALICIA
6008 100TH
LUBBOCK TX 79424

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$154.94                    $154.94

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.5405. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

RAMOS, ALONDRA V
830 PEACHTREE RD
CHARLOTTE NC 28216

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$142.96                    $142.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.5406. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

RAMOS, ANGELES A
3318 OLD CHOCOLATE BAYOU RD TR
PEARLAND TX 77584

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $254.00

**Priority amount**  $254.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5407.    **Priority creditor's name and mailing address**

RAMOS, BRENDA M
1860 OAKMEAD DR
17
CONCORD CA 94520

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $175.08

**Priority amount**  $175.08

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5408.    **Priority creditor's name and mailing address**

RAMOS, BRITTNEY L
4641 ANSON ST.
NEW ORLEANS LA 70131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $3,037.97

**Priority amount**  $3,037.97

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.5409. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

RAMOS, CHEYENNE
2798 OXFORD AVE
GRAND JUNCTION CO 81503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $104.12 | $104.12 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5410.

**Priority creditor's name and mailing address**

RAMOS, DE JESUS RAUL E
CARR. 184 KM30.1 BO MALUA GUAV
CAYEY PR 00736

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $170.81 | $170.81 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5411.

**Priority creditor's name and mailing address**

RAMOS, ELSA
2412 COWAN BLVD APT F
FREDERICKSBURG VA 22401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,239.55 | $3,239.55 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.5412.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
| RAMOS, JAZMIN | *Check all that apply.* | |

**2.5412.** **Priority creditor's name and mailing address**

RAMOS, JAZMIN
15042 DEVONSHIRE ST.
MISSION HILLS CA 91345

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $341.36 | $341.36 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.5413.** **Priority creditor's name and mailing address**

RAMOS, LEILY Y
921 WAVERLY PLACE
BALDWIN NY 11510

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $432.96 | $432.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.5414.** **Priority creditor's name and mailing address**

RAMOS, MARIAH L
2204 17TH ST
WYANDOTTE MI 48192

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $528.48 | $528.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

**2.5415.** **Priority creditor's name and mailing address**

RAMOS, MARISSA I
367 VECINO CT.
SPRING VALLEY CA 91977

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $109.20 | $109.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5416.** **Priority creditor's name and mailing address**

RAMOS, ROSA I
1002 N MARIPOSA AVE
15
LOS ANGELES CA 90029

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $86.88 | $86.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5417.** **Priority creditor's name and mailing address**

RAMOS, YINAMAR
HC 74 BOX 5196
NARANJITO PR 00719

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,077.57 | $2,077.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | |
|---|---|
| **2.5418.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**2.5418.** **Priority creditor's name and mailing address**

RAND, KIMBERLY A
4404 ADOLPH AVE
NORTH PORT FL 34288

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,645.13 | $2,645.13 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5419.** **Priority creditor's name and mailing address**

RANDEL, SAMANTHA
22525 QUIVIRA RD
BUCYRUS KS 66013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,329.21 | $1,329.21 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5420.** **Priority creditor's name and mailing address**

RANDLE, DEJEA J
119 GEORGE ST
BREAUX BRIDGE LA 70517

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $67.40 | $67.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5421.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.5421.** **Priority creditor's name and mailing address**

RANDLEMAN, MORGAN P
104 KENDRICK FARM DRIVE
MOUNT HOLLY NC 28642

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $264.25 | $264.25 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.5422.** **Priority creditor's name and mailing address**

RANDOLPH, LA'SHUNTI L
4228 WEST MICHIGAN AVE
KALAMAZOO MI 49008

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $37.93 | $37.93 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.5423.** **Priority creditor's name and mailing address**

RANGEL, GINA E
467 E SCOTT AVENUE
FRESNO CA 93710

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $566.08 | $566.08 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                        Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.5424.**  **Priority creditor's name and mailing address**

RANGEL-JUAREZ, ELENA
6602 HONEY BEAR CT
TAMPA FL 33625

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $470.01 | $470.01 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5425.**  **Priority creditor's name and mailing address**

RANKIN, ANDREA M
5440 WESTERN AVENUE
OMAHA NE 68132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.82 | $35.82 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5426.**  **Priority creditor's name and mailing address**

RANKIN, CLAIRE E
542 S. SPRING STREET APT. B
CAPE GIRARDEAU MO 63703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $39.99 | $39.99 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

---

**2.5427.** **Priority creditor's name and mailing address**

RANSOM, NIYAH
5900 GRANDEL BLVD
LOUISVILLE KY 40258

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $94.46 | $94.46 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5428.** **Priority creditor's name and mailing address**

RAPOFF, EVA
1536 BARCLAY PLACE
NISKAYUNA NY 12309

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $577.17 | $577.17 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5429.** **Priority creditor's name and mailing address**

RAPOSO, BRITNEY M
37 JOHNSON ST
1
FALL RIVER MA 02723

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $42.84 | $42.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.5430. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

RASHDI, BIBI KANWAL
1110 BALLPARK LANE APT 2005
LAWRENCEVILLE GA 30043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$163.04

**Priority amount**
$163.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5431. **Priority creditor's name and mailing address**

RAYMOND, EMANI T
2273 FRIENDSHIP STREET
PHILADELPHIA PA 19149

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$40.75

**Priority amount**
$40.75

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5432. **Priority creditor's name and mailing address**

RAYMOND, LYDIE
15 BAMFORD PLACE
FLOOR #2
IRVINGTON NJ 07111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$186.11

**Priority amount**
$186.11

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

**2.5433.** **Priority creditor's name and mailing address**

RAYOS, MONICA I
500 S CHURCH ST.
AUGUSTA MI 49012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.85 | $96.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5434.** **Priority creditor's name and mailing address**

RAYSER, HAILEY C
3013 ESTEPA DRIVE
UNIT F
CAMERON PARK CA 95682

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.00 | $72.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5435.** **Priority creditor's name and mailing address**

READIE, KIERA N
3 TERRY LANE
CLARK NJ 07066

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $86.91 | $86.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

---

**2.5436.** **Priority creditor's name and mailing address**

READUS, LADYMON S
416 W OLD PLANK RD
UNIT 105
COLUMBIA MO 65203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.02 | $135.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5437.** **Priority creditor's name and mailing address**

REAGAN, KELLY
1625 BLACKBERRY ROAD
DEATSVILLE AL 36022

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,555.41 | $3,555.41 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5438.** **Priority creditor's name and mailing address**

REAGAN, MAKAYLA M
3225 S STONEGATE CR DRIVE
208
NEW BERLIN WI 53151

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $451.22 | $451.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5439.** **Priority creditor's name and mailing address**

REAVES, SAMANTHA M
7327 NORTHBROOK COVE
HORN LAKE MS 38637

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,915.40 | $1,915.40 |

**Nonpriority amount**

$0.00

---

**2.5440.** **Priority creditor's name and mailing address**

RECHEL, NASYA
9815 PARK SPRINGS CT
CHARLOTTE NC 28210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $103.27 | $103.27 |

**Nonpriority amount**

$0.00

---

**2.5441.** **Priority creditor's name and mailing address**

REDD, ANNIE
1104 OAKWOOD AVE
TOLEDO OH 43607

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.68 | $148.68 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5442.** **Priority creditor's name and mailing address**

REDDIC, ASHLEY
11108 MORGAN RIVER CT
RANCHO CORDOVA CA 95670

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $166.32 | $166.32 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5443.** **Priority creditor's name and mailing address**

REDDICE, RIGHCHE D
166 PALISADE AVENUE
BRIDGEPORT CT 06610

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $91.41 | $91.41 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5444.** **Priority creditor's name and mailing address**

REDDISH, DESTINY D
3905 KIAH DR
WESELY CHAPEL FL 33543

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $227.58 | $227.58 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.5445. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**Priority creditor's name and mailing address**

REDDY, NATASHA P
107 VIA DEL SOL
VACAVILLE CA 95687

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $84.24

**Priority amount**    $84.24

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.5446.    **Priority creditor's name and mailing address**

REDFERN, IMANI R
1600 CRAWFORD DR
CHARLOTTE NC 28216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $95.41

**Priority amount**    $95.41

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.5447.    **Priority creditor's name and mailing address**

REDLIN, JACQUELINE E
1200 S KEVA AVE
SIOUX FALLS SD 57106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $45.77

**Priority amount**    $45.77

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

---

| 2.5448. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5448. **Priority creditor's name and mailing address**

REDMAN, SARAH M
3550 VILLA LN
124
NAPA CA 94558-6454

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$2,533.18

**Priority amount**
$2,533.18

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.5449. **Priority creditor's name and mailing address**

REDMOND-MARTINEZ, ESPERANZA M
1332 HUDSON RD
SAINT PAUL MN 55106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$345.94

**Priority amount**
$345.94

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.5450. **Priority creditor's name and mailing address**

REED, BRITTANY A
2605 6TH ST NE
BIRMINGHAM AL 35215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,042.35

**Priority amount**
$1,042.35

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |

**2.5451.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

REED, DIERRA
193 EAST GRAND AVE.
FOX LAKE IL 60020

**Total claim** $112.41
**Priority amount** $112.41

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.5452.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

REED, JANICE L
8686COY AVE.
APT.84
BATON ROUGE LA 70810

**Total claim** $77.36
**Priority amount** $77.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.5453.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

REED, JESSIE C
117 KATHLEEN ST.
TUPELO MS 38801

**Total claim** $65.49
**Priority amount** $65.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5454. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

REED, KALLIE L
3508 LIBERTY STREET
PARKERSBURG WV 26104

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $601.80
**Priority amount** $601.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5455. | **Priority creditor's name and mailing address** |
|---|---|

REED, KELSEY M
3397 ELWOOD AVE SW
GRANDVILLE MI 49418-1805

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,474.02
**Priority amount** $2,474.02

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5456. | **Priority creditor's name and mailing address** |
|---|---|

REED, NICOLE S
104 SW OXFORD PL
LEE'S SUMMIT MO 64063

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $82.99
**Priority amount** $82.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5457.** **Priority creditor's name and mailing address**

REESE, KIMBRIA C
2064 GORDON VERNER CIRCLE
STOCKTON CA 95206

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $112.44 | $112.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5458.** **Priority creditor's name and mailing address**

REESE, MORGAN L
526 MILDRED
TRUMANN AR 72472

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.75 | $138.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5459.** **Priority creditor's name and mailing address**

REESE, SAMATHA L
68 WEST MORTON ST.
SAINT PAUL MN 55107

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $26.88 | $26.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.5460.** **Priority creditor's name and mailing address**

REESE, SHARON B
2507 E MILL PLAIN BLVD
#5
VANCOUVER WA 98661

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $37.20 | $37.20 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5461.** **Priority creditor's name and mailing address**

REEVES, AMARA K
725 SHAWMUT AVENUE
703
BOSTON MA 02119

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $288.84 | $288.84 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5462.** **Priority creditor's name and mailing address**

REEVES, ARIANA
1447 HAYNESCREST COURT
GRAYSON GA 30017

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $955.20 | $955.20 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

**2.5463.** **Priority creditor's name and mailing address**

REEVES, CANDACE M
905 BERNADETTE DRIVE
FOREST HILL MD 21050

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $184.63 | $184.63 |

**Nonpriority amount**

$0.00

**2.5464.** **Priority creditor's name and mailing address**

REEVES, LATESHA A
142 E. 34 ST
SAN BERNARDINO CA 92404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,187.97 | $2,187.97 |

**Nonpriority amount**

$0.00

**2.5465.** **Priority creditor's name and mailing address**

REFAI, ARSHIA I
6063C JOAQUIN MURIETA AVE
NEWARK CA 94560

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $667.46 | $667.46 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                       Case number *(if known)* **19-10214**

| 2.5466. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

REGINA-TORRES, ILIANA P
17142 SILVER CREST DR.
SAN DIEGO CA 92127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $148.92

**Priority amount** $148.92

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5467. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

REGIS, GUERECA MARIA B
4349 W KEIM DR
APT #2
GLENDALE AZ 85301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $74.25

**Priority amount** $74.25

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5468. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

REGNET, RACHELLE K
27 16TH AVE
NORTH TONAWANDA NY 14120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $499.83

**Priority amount** $499.83

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.5469. | **Priority creditor's name and mailing address** | |

**2.5469.**

**Priority creditor's name and mailing address**

REHM, ALLYSON S
2806 EDWARDS ST
GREENVILLE NC 27858-4005

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,213.80 | $1,213.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5470.**

**Priority creditor's name and mailing address**

REID, ALEXIS S
1455 SAINT GEORGE PLACE
CONYERS GA 30012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $170.00 | $170.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5471.**

**Priority creditor's name and mailing address**

REID, ALIZA
313 RAMSEUR ROAD
MAIDEN NC 28650

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $585.59 | $585.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5472. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5472. **Priority creditor's name and mailing address**

REID, ANARI
14700 SE PERTOVITSKY RD
E-301
RENTON WA 98058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $265.56

**Priority amount** $265.56

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5473. **Priority creditor's name and mailing address**

REID, CORELYN J
4 JENNIFER WAY
FAIRFIELD NJ 07004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $141.16

**Priority amount** $141.16

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5474. **Priority creditor's name and mailing address**

REID-DAWKINS, KIMBERLY
5219 CORTEZ DRIVE
ORLANDO FL 32808

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,281.84

**Priority amount** $3,281.84

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.5475.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

**2.5475.** **Priority creditor's name and mailing address**

REIL, KAITLYN N
26 RABIDEAU DRIVE
EASTHAMPTON MA 01027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $48.60 | $48.60 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5476.** **Priority creditor's name and mailing address**

REILLO, JANERYS
DOS BOCAS
COROZAL PR 00783

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $101.29 | $101.29 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5477.** **Priority creditor's name and mailing address**

REILLY, HEATHER L
525 SCOTT BLVD
AP 201
CASTLE ROCK CO 80104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $79.37 | $79.37 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5478.** **Priority creditor's name and mailing address**

REINOEHL, KAILYNNE A
401 SOUTH BROAD STREET
LITITZ PA 17543

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $126.80 | $126.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.5479.** **Priority creditor's name and mailing address**

REINSTATLER, GABRYEL
1663 RICHMOND DR
LOUISVILLE KY 40205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $56.88 | $56.88 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.5480.** **Priority creditor's name and mailing address**

RENA SCHERER TAX ASSESSOR
205 N BRIDGE ST SUITE 101 P.O. BOX 2569
VICTORIA TX 77902

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,044.27 | $4,044.27 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

**2.5481.** **Priority creditor's name and mailing address**

RENDON, SYLVIA S
33174 FM 2893
LOS FRESNOS TX 78566

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,352.18 | $1,352.18 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.5482.** **Priority creditor's name and mailing address**

RENDON, YAJAIRA M
13317 SE MEADOWPARK DR
HAPPY VALLEY OR 97086

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.68 | $151.68 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.5483.** **Priority creditor's name and mailing address**

RESENDIZ, MAGDALENA
745 E PECAN ST
143
HURST TX 76053

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $65.19 | $65.19 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5484. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

RESTER, SABRINA A
101 FOREMAN ROAD
APT A50
MOBILE AL 36608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $14.70

**Priority amount** $14.70

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5485.

**Priority creditor's name and mailing address**

REVELS, KERRI
84 WESTVIEW ST
BLDG O APT 84
YPSILANTI MI 48197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $767.64

**Priority amount** $767.64

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5486.

**Priority creditor's name and mailing address**

REVELS, LAMONNA
6846 DICKS AVE
PHILADELPHIA PA 19142

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,252.13

**Priority amount** $1,252.13

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

---

**2.5487.** **Priority creditor's name and mailing address**

REYES, ALEXA F
37 ROOSEVELT AVENUE
EAST BRUNSWICK NJ 08816

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $420.67 | $420.67 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5488.** **Priority creditor's name and mailing address**

REYES, ALEXANDRA
5025 NORTH 1ST AVENUE
1309
TUCSON AZ 85718

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $116.82 | $116.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5489.** **Priority creditor's name and mailing address**

REYES, ALLISON
8414 BRIDGE CT
INDIANAPOLIS IN 46231

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $567.60 | $567.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.5490. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5490. **Priority creditor's name and mailing address**

REYES, ANDRADES NASHALIZ
CALLE 523
Q E-2 COUNTRY
CAROLINA PR 00982

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $147.50

**Priority amount** $147.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5491. **Priority creditor's name and mailing address**

REYES, AURORA
706 KINGSHIGHWAY
2R
BROOKLYN NY 11223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $211.80

**Priority amount** $211.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5492. **Priority creditor's name and mailing address**

REYES, BERENICE
2805 N 15TH ST
ROGERS AR 72756

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $392.64

**Priority amount** $392.64

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

2.5493.  **Priority creditor's name and mailing address**

REYES, CHRISTINA
2522 SWEET RAIN WAY
CORONA CA 92881

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $453.84 | $453.84 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5494.  **Priority creditor's name and mailing address**

REYES, CHRISTINE M
3116 SUMMER HOUSE DR
VALRICO FL 33594

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $798.12 | $798.12 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5495.  **Priority creditor's name and mailing address**

REYES, EMMA D
1906 W 41 1/2 ST
MISSION TX 78573-5001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,801.87 | $2,801.87 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| 2.5496. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

REYES, GARCIA INGRID N
267 53RD ST
SAN DIEGO CA 92114

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $149.40 | $149.40 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5497.    **Priority creditor's name and mailing address**

REYES, IRENE C
16751 SE 82ND DR
APT1514
CLACKAMAS OR 97015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $574.28 | $574.28 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5498.    **Priority creditor's name and mailing address**

REYES, JAYLINE I
306 NORTH MAIN STREET
RED LION PA 17356

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $34.08 | $34.08 |
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

2.5499.  **Priority creditor's name and mailing address**

REYES, JULIANNA F
20818 ENADIA WAY
CANOGA PARK CA 91306

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $730.08 | $730.08 |
| | **Nonpriority amount** |
| | $0.00 |

2.5500.  **Priority creditor's name and mailing address**

REYES, KARLA C
7910 LA ROCHE LN
HOUSTON TX 77036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.44 | $69.44 |
| | **Nonpriority amount** |
| | $0.00 |

2.5501.  **Priority creditor's name and mailing address**

REYES, KATHERYN H
710 COLUMBIA AVE
2
NORTH BERGEN NJ 07047

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $48.06 | $48.06 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

---

**2.5502.** **Priority creditor's name and mailing address**

REYES, MARIA C
3610 BANBURY DR
12-I
RIVERSIDE CA 92505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $109.20 | $109.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5503.** **Priority creditor's name and mailing address**

REYES, MERYSSA
1378 CORTE LIRA
SAN MARCOS CA 92069

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $231.00 | $231.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5504.** **Priority creditor's name and mailing address**

REYES, MONDRAGON KARLA S
456 CLEVELAND AVE
PETALUMA CA 94952

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $772.55 | $772.55 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| 2.5505. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Check all that apply.

REYES, XIOMARA A
14224 W DESERT COVE RD
SURPRISE AZ 85379-4338

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $156.29
**Priority amount** $156.29

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5506. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Check all that apply.

REYES, YESENIA G
2055 ARNOLD WAY
101
ALPINE CA 91901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $287.04
**Priority amount** $287.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5507. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

Check all that apply.

REYES-ADAMS, BOBBI C
6118 WALLOWING WAY
COLORADO SPRINGS CO 80925

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $201.14
**Priority amount** $201.14

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|

2.5508.  **Priority creditor's name and mailing address**

REYES-MARTINEZ, DEVANY
P.O BOX 474
ERIE CO 80516

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $160.50

**Priority amount**    $160.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5509.  **Priority creditor's name and mailing address**

REYNA, NIXIE A
24810 NORTH BASS BLVD
HARLINGEN TX 78552

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $119.19

**Priority amount**    $119.19

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5510.  **Priority creditor's name and mailing address**

REYNA, VIVIAN
6707 UTSA BOULEVARD APT. 4107
4107
SAN ANTONIO TX 78249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $159.03

**Priority amount**    $159.03

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5511.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.5511.** **Priority creditor's name and mailing address**

REYNA-HERNANDEZ, ELIZABETH
125 S GROVE ST
F6
YPSILANTI MI 48198

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $115.17 | $115.17 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5512.** **Priority creditor's name and mailing address**

REYNOLDS, CHELSEA S
43C ALLEN DRIVE
SARATOGA SPRINGS NY 12866

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $424.91 | $424.91 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5513.** **Priority creditor's name and mailing address**

REYNOLDS, DANA A
65 MARGIN ST
UNIT 1A
WESTERLY RI 02891-7107

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $514.63 | $514.63 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5514.** **Priority creditor's name and mailing address**

REYNOLDS, STEPHANIE N
404 BREEZE WAY
WINDER GA 30680

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $443.81 | $443.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5515.** **Priority creditor's name and mailing address**

RHEAMS, AVA
6935 REDSTART LN
DALLAS TX 75214

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $245.80 | $245.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5516.** **Priority creditor's name and mailing address**

RHOADES, CASSIDY R
371 E CALDERWOOD RD
TUCSON AZ 85704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $124.85 | $124.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.5517. | **Priority creditor's name and mailing address** | $724.13 | $724.13 |

RICALDAY, EMILY A
28316 S. KANSAS CITY RD
LA FERIA TX 78559

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.5518. | **Priority creditor's name and mailing address** | $39.27 | $39.27 |

RICARD, GENESIS
4715 SHALIMAR DR.
NEW ORLEANS LA 70126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.5519. | **Priority creditor's name and mailing address** | $319.37 | $319.37 |

RICAURTE, VALERIE
76 NICOLE CT
OLD BRIDGE NJ 08857-2675

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.5520. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5520.  **Priority creditor's name and mailing address**

RICE, MALIA C
4543 WEST SHENANDOAH CIRCLE
FORT WAYNE IN 46835

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $123.63

**Priority amount**   $123.63

**Nonpriority amount**   $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5521.  **Priority creditor's name and mailing address**

RICE, MEAGAN E
106 EAST 11TH STREET
ELMIRA HEIGHTS NY 14903

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $373.18

**Priority amount**   $373.18

**Nonpriority amount**   $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5522.  **Priority creditor's name and mailing address**

RICE, NITAYA
2366 CHESTNUT LOG DRIVE
LITHIA SPRINGS GA 30122

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $75.04

**Priority amount**   $75.04

**Nonpriority amount**   $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.5523. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5523. **Priority creditor's name and mailing address**

RICE, SHAWNKEYDRA P
912 LENOX AVE.
WAUKEGAN IL 60085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $395.76

**Priority amount** $395.76

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5524. **Priority creditor's name and mailing address**

RICH, CHAWNEE M
268 DOMINICAN AVENUE
HENDERSON NV 89002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $125.91

**Priority amount** $125.91

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5525. **Priority creditor's name and mailing address**

RICH, GABRIELLA
7400 POWERS AVE APT. 252
JAKCSONVILLE FL 32217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,242.33

**Priority amount** $1,242.33

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| 2.5526. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

RICHARDS, ABBEY S
11514 HANBURY MANOR BLVD
NOBLESVILLE IN 46060

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | Total claim | Priority amount |
|---|---|---|
| | $90.27 | $90.27 |

☐ Contingent
☐ Unliquidated                    **Nonpriority amount**
☐ Disputed
                                  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5527.    **Priority creditor's name and mailing address**

RICHARDS, JAN A
9005 S ROBERTS RD
APT 3B
HICKORY HILLS IL 60457-2093

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | Total claim | Priority amount |
|---|---|---|
| | $7,291.23 | $7,291.23 |

☐ Contingent
☐ Unliquidated                    **Nonpriority amount**
☐ Disputed
                                  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5528.    **Priority creditor's name and mailing address**

RICHARDS, KATHERINE S
19230 SYLVAN ST
TARZANA CA 91335

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | Total claim | Priority amount |
|---|---|---|
| | $944.69 | $944.69 |

☐ Contingent
☐ Unliquidated                    **Nonpriority amount**
☐ Disputed
                                  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5529.** **Priority creditor's name and mailing address**

RICHARDSON, ERIKA D
18 YORK DRIVE
LITTLE ROCK AR 72209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $324.90 | $324.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5530.** **Priority creditor's name and mailing address**

RICHARDSON, HOLLY M
5045 CRENSHAW RD.
APT. 312
PASADENA TX 77505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,679.60 | $1,679.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5531.** **Priority creditor's name and mailing address**

RICHARDSON, KEOSHA R
3 MALLARD PATH
LIVERPOOL NY 13090

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $428.57 | $428.57 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5532.** **Priority creditor's name and mailing address**

RICHARDSON, PATRICIA D
9123 E MISSISSIPPI AVE APT 10-
10-102
DENVER CO 80247

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $372.89 | $372.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5533.** **Priority creditor's name and mailing address**

RICHARDSON, TYLER M
33 ELIZABETH STREET
STATEN ISLAND NY 10310

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $103.79 | $103.79 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5534.** **Priority creditor's name and mailing address**

RICHERSON, TELISA N
3052 FORREST HILL DR.
COLUMBUS GA 31907

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $459.70 | $459.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.5535. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5535.** **Priority creditor's name and mailing address**

RICHERT, CAITLIN D
164 SW PEACOCK BLVD UNIT 104
PORT SAINT LUCIE FL 34986

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$539.94

**Priority amount**
$539.94

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5536.** **Priority creditor's name and mailing address**

RICHMOND, CIARA J
571 HILLSWICK CIRCLE
FOLSOM CA 95630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$105.60

**Priority amount**
$105.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5537.** **Priority creditor's name and mailing address**

RICHMOND, DANIELLE
11606 CHAMBERLAINE WAY
13
ADELANTO CA 92301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$36.24

**Priority amount**
$36.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5538.** **Priority creditor's name and mailing address**

RICHMOND, STACEY
3260 MARINE RD
CUMMING GA 30041

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,916.78 | $3,916.78 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5539.** **Priority creditor's name and mailing address**

RICKARDS, BRITTANY N
7297 GUILFORD RD
APT C
UPPER DARBY PA 19082

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $267.19 | $267.19 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5540.** **Priority creditor's name and mailing address**

RICO, SAMANTHA R
PO BOX 675
AVONDALE AZ 85323

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $576.93 | $576.93 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.5541. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RIDDER, VALERIE M<br>3000 SE SKYLARK DR<br>TOPEKA KS 66605-2156 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31.73 | $31.73 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5542. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RIDDLE, JANAE D<br>2309 SUMMIT TRAIL<br>KEARNEY MO 64060 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $74.22 | $74.22 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5543. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RIDDLE, TOSHIA A<br>6625 FAIRFIELD AVE<br>FORT WAYNE IN 46807 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $587.62 | $587.62 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.5544.** **Priority creditor's name and mailing address**

RIDGWAY, JD D
3408 CENTRAL AVENUE
PARKERSBURG WV 26104

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $180.86 | $180.86 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5545.** **Priority creditor's name and mailing address**

RIELAND, CALSEY J
2202 RICE LAKE ROAD
303-B
DULUTH MN 55811

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.48 | $160.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5546.** **Priority creditor's name and mailing address**

RIELLY, MACKENZIE E
27860 HWY 32
LEBANON MO 65536

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.00 | $129.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor **Charlotte Russe, Inc.**  Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.5547. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |

2.5547.  **Priority creditor's name and mailing address**

RIENG, LILIAN
715 BEDLOW DRIVE
STOCKTON CA 95210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $181.44 | $181.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5548.  **Priority creditor's name and mailing address**

RIGGIO, REBECCA S
12 FEDERAL HILL ROAD
OCEAN PINES MD 21811-9428

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,661.00 | $3,661.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5549.  **Priority creditor's name and mailing address**

RIHA, BRITTANY R
64A WEST RIVER STYX ROAD
HOPATCONG NJ 07843

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $391.91 | $391.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor     **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.5550. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

2.5550.  **Priority creditor's name and mailing address**

RILEY, ALEXIS
5110 OLIVIA RD
VENICE FL 34293

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $68.02 | $68.02 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5551.  **Priority creditor's name and mailing address**

RILEY, ASHLEY N
8 TIMBERLINE COURT
PUTNAM VALLEY NY 10579

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $176.16 | $176.16 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5552.  **Priority creditor's name and mailing address**

RILEY, KOURTNEY M
1135 EAGLE LANE
MANTECA CA 95337

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $399.36 | $399.36 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

**2.5553.** **Priority creditor's name and mailing address**

RILEY, LEAH M
600 2ND AVE
ALTOONA PA 16602

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,128.69 | $1,128.69 |

**Nonpriority amount**

$0.00

---

**2.5554.** **Priority creditor's name and mailing address**

RILEY, TYRA R
270 FLEMING RD
CINCINNATI OH 45215

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $218.02 | $218.02 |

**Nonpriority amount**

$0.00

---

**2.5555.** **Priority creditor's name and mailing address**

RINCON, KIMBERLY A
2665 SW ACCO ROAD
PORT ST LUCIE FL 34953

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $496.32 | $496.32 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| 2.5556. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|
| | RING, SIERRA A<br>809 TIMBERIDGE CT.<br>RIVERDALE GA 30274 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $137.44 | $137.44<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.5557. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|
| | RIOJAS, MERCEDES M<br>4600 OTTAWA STREET<br>KANSAS CITY KS 66106 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58.14 | $58.14<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.5558. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|
| | RIOS, ALICIA M<br>1026 DECLARATION DR<br>COPPERAS COVE TX 76522 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $69.09 | $69.09<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                               Case number *(if known)* **19-10214**

| 2.5559. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

RIOS, CYNTHIA
11729 KEITH DR
WHITTIER CA 90606

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $1,723.16

Priority amount $1,723.16

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5560. **Priority creditor's name and mailing address**

RIOS, JAZMIN A
9943 EAST ALABAMA CIR APT1414
APT1414
AURORA CO 80247

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $75.71

Priority amount $75.71

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5561. **Priority creditor's name and mailing address**

RIOS, KARINA M
14220 SW 120TH CT
MIAMI FL 33186

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $2,704.81

Priority amount $2,704.81

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| 2.5562. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5562.**

**Priority creditor's name and mailing address**

RIOS, KENIA
14140 BROADWAY EXTENSION APT 3
EDMOND OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**      $105.93

**Priority amount**      $105.93

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5563.**

**Priority creditor's name and mailing address**

RIOS, SHAWNA J
19839 CLAYTON STREET UNIT 504
SOMERSET TX 78069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**      $127.30

**Priority amount**      $127.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5564.**

**Priority creditor's name and mailing address**

RIOS, VANESSA
2925 BIDWELL COURT
FAIRFIELD CA 94534

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**      $145.80

**Priority amount**      $145.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.5565.** **Priority creditor's name and mailing address**

RIOS-MARTINEZ, VERONICA
440 N E ST.
TULARE CA 93274

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $321.12 | $321.12 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5566.** **Priority creditor's name and mailing address**

RISACHER, DANIELLE T
3713 PRESCOTT DR
HOWELL MI 48843-6981

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,000.96 | $3,000.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5567.** **Priority creditor's name and mailing address**

RISSANEN, RACHAEL L
2775 OLD IVY CT
BUFORD GA 30519

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $145.16 | $145.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

| 2.5568. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5568.**

**Priority creditor's name and mailing address**

RITCHEY, KELLY
615 INVERNESS CT SE
SALEM OR 97306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$396.62

**Priority amount**
$396.62

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5569.**

**Priority creditor's name and mailing address**

RITCHEY, MARIAH E
3311 DOVER COURT
LAFAYETTE IN 47909

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,208.34

**Priority amount**
$1,208.34

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5570.**

**Priority creditor's name and mailing address**

RITZI, KEILANI A
4490 W. ELDORADO PKWY 2328
MCKINNEY TX 75070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$148.40

**Priority amount**
$148.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.5571. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5571.** **Priority creditor's name and mailing address**

RIVAS, ABIGAIL E
2541 FALLBROOK DRIVE
HAMPSHIRE IL 60140

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $102.88 | $102.88 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5572.** **Priority creditor's name and mailing address**

RIVAS, CARINA
3 OAK SHADE RD
STERLING VA 20164

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $315.59 | $315.59 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5573.** **Priority creditor's name and mailing address**

RIVAS, DIANA
2215 TALLOW COURT
AUSTIN TX 78744

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $258.47 | $258.47 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor     **Charlotte Russe, Inc.**                                                                        Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.5574.** **Priority creditor's name and mailing address**

RIVAS, GEORGINA I
414 SHERIDAN ST.
MODESTO CT 95351

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,683.17 | $1,683.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5575.** **Priority creditor's name and mailing address**

RIVAS, LAUREN
256 DAVIDSON ROAD
SWANNANOA NC 28778

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.32 | $63.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5576.** **Priority creditor's name and mailing address**

RIVAS, SAMANTHA L
279 WEST END AVENUE
LONG BRANCH NJ 07740

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.35 | $127.35 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.5577. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RIVAS, SILVIA<br>1782 MISSION BAY CIRCLE<br>101<br>VIERA FL 32955 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $452.24 | $452.24 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5578.   **Priority creditor's name and mailing address**

RIVAS, SOSA MIRIAM J J
1613 W COLLEGE BLVD
JONESBORO AR 72401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    **Priority amount**

$103.60    $103.60

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5579.   **Priority creditor's name and mailing address**

RIVAS, STELLA C
6504 GEYSER AVE.
RESEDA CA 91335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    **Priority amount**

$227.56    $227.56

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

| 2.5580. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.5580.** **Priority creditor's name and mailing address**

RIVAS, VERENECE
43 DELBROOK WAY
HAMPTON VA 23666

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $191.47 | $191.47 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5581.** **Priority creditor's name and mailing address**

RIVERA, ALANIS J
3024 SANTA LUCIA DR
ORLANDO FL 32822

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $172.81 | $172.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5582.** **Priority creditor's name and mailing address**

RIVERA, ALICIA M
1788 GUN CLUB RD
CHARLESTON SC 29414

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $611.52 | $611.52 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.5583.** **Priority creditor's name and mailing address**

RIVERA, ALICIA M
1788 GUN CLUB RD
CHARLESTON SC 29414

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.02 | $100.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5584.** **Priority creditor's name and mailing address**

RIVERA, ANGELICA G
2094 BUCKLEY LANE
ROUND ROCK TX 78664

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $104.00 | $104.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5585.** **Priority creditor's name and mailing address**

RIVERA, ARIANNA
8 BROOK LN
HOPEWELL JUNCTION NY 12533-7304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,236.26 | $2,236.26 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                          Case number *(if known)* **19-10214**

| 2.5586. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.5586.** **Priority creditor's name and mailing address**

RIVERA, BRITNEY R
200 PINEGROVE CT.
JACKSONVILLE NC 28546

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.44 | $34.44 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.5587.** **Priority creditor's name and mailing address**

RIVERA, CAROLINA
10346 BROCKTON DR
DALLAS TX 75217

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $292.72 | $292.72 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.5588.** **Priority creditor's name and mailing address**

RIVERA, CHICAS CATERIN
9830 ROSE MIST #B LN
HOUSTON TX 77038

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $265.21 | $265.21 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.5589. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

RIVERA, CHRISTINA E
69 MANCHESTER AVENUE
WATERBURY CT 06705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $28.25

**Priority amount** $28.25

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5590. **Priority creditor's name and mailing address**

RIVERA, CHRISTINE L
346 HANOVER ST #5
MERIDEN CT 06451

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,234.10

**Priority amount** $1,234.10

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5591. **Priority creditor's name and mailing address**

RIVERA, DESTINY C
14000 EL EVADO RD.
SPACE 49
VICTORVILLE CA 92392

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $182.28

**Priority amount** $182.28

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.5592. **Priority creditor's name and mailing address**

RIVERA, EDITH
404 EVANS RIDGE TER NE
APT D
LEESBURG VA 20176-4484

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $335.16 | $335.16 |

**Nonpriority amount**

$0.00

---

2.5593. **Priority creditor's name and mailing address**

RIVERA, GIOVANNI
524 CASTLE CREEK RD
APT 45
BINGHAMTON NY 13901-5142

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $442.78 | $442.78 |

**Nonpriority amount**

$0.00

---

2.5594. **Priority creditor's name and mailing address**

RIVERA, GRACE O
5274 CONRAD CT.
GRANDVILLE MI 49418

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $616.88 | $616.88 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5595. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5595.** **Priority creditor's name and mailing address**

RIVERA, ILEANA
3719 WEST 42ND STREET
CLEVLAND OH 44109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $231.79
**Priority amount** $231.79

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5596.** **Priority creditor's name and mailing address**

RIVERA, INES
1105 COND PARQUE SAN ANTON
CAROLINA PR 00987

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $137.75
**Priority amount** $137.75

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5597.** **Priority creditor's name and mailing address**

RIVERA, JAQUELINE
P.O BOX 1137
VISTA CA 92085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $945.12
**Priority amount** $945.12

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.5598. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|

**2.5598.** **Priority creditor's name and mailing address**

RIVERA, JENISHA
7011 TOLMIE CT NE
LACEY WA 98516

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $670.16

**Priority amount** $670.16

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5599.** **Priority creditor's name and mailing address**

RIVERA, KATHLEEN
100 DALE AVE
MELBOURNE FL 32935

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $33.84

**Priority amount** $33.84

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5600.** **Priority creditor's name and mailing address**

RIVERA, KEARA
1411 E 5TH ST
233 N FRANKLIN
SIOUX FALLS SD 57103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $64.34

**Priority amount** $64.34

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5601.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---
| RIVERA, MATTHEW<br>307 WEST 143RD STREET APT 4B<br>NEW YORK NY 10030 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $397.95 | $397.95

Nonpriority amount: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5602.** **Priority creditor's name and mailing address**

RIVERA, MICHELE
198 LONGWOOD DR
MANALAPAN NJ 07726-3847

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,803.20

**Priority amount** $1,803.20

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5603.** **Priority creditor's name and mailing address**

RIVERA, NISA A
135 NORTHERN AVE
ALEXANDRIA BAY NY 13607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $52.73

**Priority amount** $52.73

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.5604. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5604.  **Priority creditor's name and mailing address**

RIVERA, SOPHY
100 MORGAN ST
308A
STAMFORD CT 06905

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $585.24

**Priority amount** $585.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5605.  **Priority creditor's name and mailing address**

RIVERA, VANESSA
8225 E SPEEDWAY BLVD
516
TUCSON AZ 85710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $151.80

**Priority amount** $151.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5606.  **Priority creditor's name and mailing address**

RIVERA, YANZELMALEE
15 ELTING CIRCLE
HOLYOKE MA 01040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,078.88

**Priority amount** $1,078.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.5607. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5607.** **Priority creditor's name and mailing address**

RIVERA, YARIE M
19 GREAT BROOK VALLEY AVE 2
WORCESTER MA 01605

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $236.58 | $236.58 |

**Nonpriority amount**

$0.00

---

**2.5608.** **Priority creditor's name and mailing address**

RIVERA, YESENIA Y
375 S 9TH STREET
SAN JOSE CA 95112

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $41.45 | $41.45 |

**Nonpriority amount**

$0.00

---

**2.5609.** **Priority creditor's name and mailing address**

RIVERA-LLANES, JUDITH A
1748 SUNNY CREST LN
BONITA CA 91902

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $237.24 | $237.24 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

**2.5610.** **Priority creditor's name and mailing address**

RO, SYDNEY
94-508 KEALOHI WAY
MILILANI HI 96789

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $93.35 | $93.35 |

**Nonpriority amount**

$0.00

**2.5611.** **Priority creditor's name and mailing address**

ROACH, ALEC L
6252 BUNCOMBE RD
APARTMENT C
SHREVEPORT LA 71129

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $246.35 | $246.35 |

**Nonpriority amount**

$0.00

**2.5612.** **Priority creditor's name and mailing address**

ROACH, PASION L
7504 PARKVIEW DR
COLUMBIA SC 29223

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $157.22 | $157.22 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5613.** **Priority creditor's name and mailing address**

ROBERSON, KAITLYN N
9 ASTER DR
SICKLERVILLE NJ 08081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $33.90 | $33.90 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.5614.** **Priority creditor's name and mailing address**

ROBERTO, MELISSA A
2403 BELMONT LANE
APT 374
NORTH LAUDERDALE FL 33068

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $171.68 | $171.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.5615.** **Priority creditor's name and mailing address**

ROBERTS, DAKOTA R
5667 TULIP TREE DR
MEMPHIS TN 38115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $74.75 | $74.75 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

| 2.5616. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.5616.** **Priority creditor's name and mailing address**

ROBERTS, DARSHIKA N
951 LEORA LN
APT 5115
THE COLONY TX 75056

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.31 | $76.31 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5617.** **Priority creditor's name and mailing address**

ROBERTS, TAMERA
150-29-113TH
NEW YORK NY 11433

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.84 | $96.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5618.** **Priority creditor's name and mailing address**

ROBERTSON, CAITIE
4208 WEST PITTSBURG STREET
BROKEN ARROW OK 74012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $567.96 | $567.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.5619.** **Priority creditor's name and mailing address**

ROBERTSON, HALEIGH A
5600 NW 81ST TERRACE
KANSAS CITY MO 64151

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $611.81 | $611.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5620.** **Priority creditor's name and mailing address**

ROBERTSON, JOSHUA J
2057 W HEBRON PARKWAY 3326
CARROLTON TX 75010

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,258.14 | $1,258.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5621.** **Priority creditor's name and mailing address**

ROBERTSON, NATESHIA L
400 EAST NOCTURNE DRIVE
J86
NASHVILLE TN 37207

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $182.33 | $182.33 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5622.** **Priority creditor's name and mailing address**

ROBERTSON, PRIYA E
GENERAL DELIVERY
SAINT PAUL MN 55101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $407.75 | $407.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5623.** **Priority creditor's name and mailing address**

ROBERTSON, STESHA G
9167 RAMBLEWOOD DRIVE
436
CORAL SPRINGS FL 33067

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $533.65 | $533.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5624.** **Priority creditor's name and mailing address**

ROBIN, ANDRINA
393 CARMEN RD
APT 2
AMHERST NY 14226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,240.83 | $2,240.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.5625. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.5625. Priority creditor's name and mailing address**

ROBINSON, AMBER
4259 LYND AVE
ARCADIA CA 91006-5836

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,042.07

**Priority amount** $1,042.07

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5626. Priority creditor's name and mailing address**

ROBINSON, ANGELA L
206 OAK MANOR CT.
SUFFOLK VA 23434

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $455.25

**Priority amount** $455.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5627. Priority creditor's name and mailing address**

ROBINSON, ANIYAH D
216 EAST HORNER STREET
ATMORE AL 36502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $212.41

**Priority amount** $212.41

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.5628.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ROBINSON, ASIA
123 THOMAS ST
BLOOMFIELD NJ 07003

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $44.44
Priority amount: $44.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5629.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ROBINSON, DALISA
5224 ST. ANTHONY AVE.
APT. A
NEW ORLEANS LA 70122

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $673.63
Priority amount: $673.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5630.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ROBINSON, DANIEL L
4379 LEMON GRASS DR
JOHNSTOWN CO 80534

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $27.75
Priority amount: $27.75

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.5631. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5631. **Priority creditor's name and mailing address**

ROBINSON, KYRA J
21 NOLL PL
NEWARK NJ 07106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $212.67

**Priority amount**    $212.67

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5632. **Priority creditor's name and mailing address**

ROBINSON, MOORE DASHRUNIA S
56 ALBERT
BUFFALO NY 14207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $314.36

**Priority amount**    $314.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5633. **Priority creditor's name and mailing address**

ROBINSON, RENITA G
8418 LONE QUAIL DRIVE
MISSOURI CITY TX 77489

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $1,441.21

**Priority amount**    $1,441.21

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.5634. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ROBINSON, SHAUNQUELLA A
6001 GLENMERE DRIVE
COLUMBUS GA 31907

*Check all that apply.*

$141.95 (Total claim)    $141.95 (Priority amount)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5635. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ROBINSON, SUMMER
405 BRIDGE LANE
SMYRNA GA 30082

*Check all that apply.*

$147.51 (Total claim)    $147.51 (Priority amount)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5636. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ROBINSON, TARIYAH C
1218 ROWLAND AVENUE
CANTON OH 44705

*Check all that apply.*

$31.04 (Total claim)    $31.04 (Priority amount)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.5637.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ROBINSON, TIARA E
3461 SW RONALD ST
PORT ST LUCIE FL 34953

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $240.98
Priority amount: $240.98

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5638.** **Priority creditor's name and mailing address**

ROBINSON, VICTORIA
110 RUSSELL RD
103
CAYCE SC 29033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $141.86
Priority amount: $141.86

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5639.** **Priority creditor's name and mailing address**

ROBLEDO, XENIA A
3409 S 61ST AVE
CICERO IL 60804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $84.48
Priority amount: $84.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.5640. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.5640. Priority creditor's name and mailing address**

ROBLES, BROOKE Y
351 RANCHERO WAY
TRACY CA 95376

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $635.18

**Priority amount** $635.18

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5641. Priority creditor's name and mailing address**

ROBLES, CORALIZ
RR03 BOX9925
TOA ALTA PR 00953

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $102.59

**Priority amount** $102.59

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5642. Priority creditor's name and mailing address**

ROBLES, EMELI M
323 N 7TH STREET
SANTA PAULA CA 93060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $302.76

**Priority amount** $302.76

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

**2.5643.** **Priority creditor's name and mailing address**

ROCHA, IDA BELLE E
581 MOCKING BIRD LANE
OAKLEY CA 94561

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $203.40 | $203.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5644.** **Priority creditor's name and mailing address**

ROCHA, KAREN A
475 CHIP DR
BETHEL HEIGHTS AR 72764

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $79.00 | $79.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5645.** **Priority creditor's name and mailing address**

ROCHELLE, BRIANNA J
617 PEBBLESTONE DR
DURHAM NC 27703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.92 | $95.92 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                   Case number *(if known)* **19-10214**

**2.5646.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | ROCHESTER, TILLMAN J | *Check all that apply.* | $3,169.35 | $3,169.35

ROCHESTER, TILLMAN J
17107 TERRACE PARK DR
HOUSTON TX 77095-1293

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5647.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ROCK, CASSIDY D
94-1121 KA UKA BLVD
APT A102
WAIPAHU HI 96797

*Check all that apply.*

$453.24 | $453.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5648.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

RODAS-SANDOVAL, JAILENE
2338 29TH ST SW
WYOMING MI 49519

*Check all that apply.*

$43.20 | $43.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5649.** **Priority creditor's name and mailing address**

RODELA, SHARLYN L
365 WREXHAM
101
MAUMEE OH 43537

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $68.23 | $68.23 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5650.** **Priority creditor's name and mailing address**

RODENKIRCH, SKYLAR O
41084 FAIRMONT AVE.
PAIRIEVILLE LA 70769

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $419.84 | $419.84 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5651.** **Priority creditor's name and mailing address**

RODGERS, JARVIS T
2043 WESTERN PECAN
NEW BRAUNFELS TX 78130-2762

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $545.48 | $545.48 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5652.** **Priority creditor's name and mailing address**

RODRIGUES, MERSADYSE
92 ROGERS ST
QUINCY MA 02169

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,046.90 | $1,046.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5653.** **Priority creditor's name and mailing address**

RODRIGUES, TAYLOR J
42 J DR
1E
WESTPORT MA 02790-3900

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,485.59 | $3,485.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5654.** **Priority creditor's name and mailing address**

RODRIGUES, VANESSA
9111 BURNET AVENUE
34
NORTH HILLS CA 91343

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $115.67 | $115.67 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.5655. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.5655.** **Priority creditor's name and mailing address**

RODRIGUEZ, ALEJANDRA I
6119 BIRDWOOD RD
HOUSTON TX 77074

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $35.02 | $35.02 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5656.** **Priority creditor's name and mailing address**

RODRIGUEZ, ALEXANDRA
1380 NORTH AVE
315
ELIZABETH NJ 07208-2627

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $149.14 | $149.14 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5657.** **Priority creditor's name and mailing address**

RODRIGUEZ, ALEXIS J
676 LAS LOMAS ST
IMPERIAL CA 92251

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $133.56 | $133.56 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.5658. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.5658.** **Priority creditor's name and mailing address**

RODRIGUEZ, ALYSSA J
4107 HATHAWAY DR
GRAND PRIAIRIE TX 75052

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $573.62 | $573.62 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5659.** **Priority creditor's name and mailing address**

RODRIGUEZ, ANDRY J
925 N. NORTH CAROLINA AVE.
C
ATLANTIC CITY NJ 08401

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.10 | $200.10 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5660.** **Priority creditor's name and mailing address**

RODRIGUEZ, ANGELENA I
156 CYPRESS ST.
CHULA VISTA CA 91910

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $156.84 | $156.84 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.5661.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

RODRIGUEZ, ANGELICA
155 LAS FLORES DR SPC 14
SAN MARCOS CA 92069

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $121.20
Priority amount: $121.20

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5662.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

RODRIGUEZ, ANNA
6153 PALMETTO ST
2
RIDGEWOOD NY 11385-3324

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,496.61
Priority amount: $4,496.61

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5663.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

RODRIGUEZ, ARELY M
1519 GONDOLA CT
STOCKTON CA 95207

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $152.52
Priority amount: $152.52

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.5664. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5664. **Priority creditor's name and mailing address**

RODRIGUEZ, ARICELA M
328 CAROLINA FOREST BLVD
3B
JACKSONVILLE NC 28546

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $36.75    **Priority amount** $36.75

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5665. **Priority creditor's name and mailing address**

RODRIGUEZ, ARYAM
URB. ALTAGRACIA
STREET H7
TOA BAJA PR 00949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $57.54    **Priority amount** $57.54

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5666. **Priority creditor's name and mailing address**

RODRIGUEZ, ASTRID M
2252 S 26TH ST
MILWAUKEE WI 53215-2515

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $442.80    **Priority amount** $442.80

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.5667.** **Priority creditor's name and mailing address**

RODRIGUEZ, AYLLEN
5819 GUNDRY AVE.
LONG BEACH CA 90805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $207.24 | $207.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.5668.** **Priority creditor's name and mailing address**

RODRIGUEZ, BELEN M
430 NW 32ND AVE
MIAMI FL 33125

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $178.93 | $178.93 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.5669.** **Priority creditor's name and mailing address**

RODRIGUEZ, BRANDON
443 BEACH 138 STREET
ROCKAWAY PARK NY 11694

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $378.75 | $378.75 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.5670.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| RODRIGUEZ, BRIANNA A<br>1101 SOUTH DILWORTH ROAD<br>HARLINGEN TX 78552 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $345.18 | $345.18
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5671.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| RODRIGUEZ, BRIANNA M<br>2305 WESTHOLME BLVD<br>A<br>BAKERSFIELD CA 93309 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $97.08 | $97.08
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5672.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| RODRIGUEZ, CELESTE<br>2208 MORNING MIST<br>EL PASO TX 79938 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $162.91 | $162.91
| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.5673.** **Priority creditor's name and mailing address**

RODRIGUEZ, CHERYL
6620 SILVERY AVE
LAS VEGAS NV 89108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,470.22 | $3,470.22 |

**Nonpriority amount**

$0.00

---

**2.5674.** **Priority creditor's name and mailing address**

RODRIGUEZ, CYNTHIA G
2255 W GILL PL
DENVER CO 80223

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.20 | $136.20 |

**Nonpriority amount**

$0.00

---

**2.5675.** **Priority creditor's name and mailing address**

RODRIGUEZ, DAMARIS
1002 CROWN ST.
MT. AIRY MD 21771

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,136.96 | $4,136.96 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.5676. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

RODRIGUEZ, DESTINY
1954 WINSLOW COURT
WOODBRIDGE VA 22191

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $240.10 | $240.10 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5677.    **Priority creditor's name and mailing address**

RODRIGUEZ, DESTINY M
1904 N MARRS
AMARILLO TX 79107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $39.77 | $39.77 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5678.    **Priority creditor's name and mailing address**

RODRIGUEZ, DOMINIQUE L
1402 LONGVIEW ST
MESQUITE TX 75149

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $281.16 | $281.16 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.5679.  **Priority creditor's name and mailing address**

RODRIGUEZ, DONNA J
1535 PONDHAVEN DR
HIGH POINT NC 27265

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $134.94 | $134.94 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5680.  **Priority creditor's name and mailing address**

RODRIGUEZ, ELIZABETH R
1725 HARVEY MITCHELL PARKWAY S
APT. 5022
COLLEGE STATION TX 77840

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.20 | $31.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5681.  **Priority creditor's name and mailing address**

RODRIGUEZ, GABRIELLA
7439 MASON FALLS DRIVE
WINSTON GA 30187

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,175.47 | $1,175.47 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.5682. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** / **Priority amount** |

2.5682.  **Priority creditor's name and mailing address**

RODRIGUEZ, HANNAH C
2909 N OLIVER APT. 5-531B
WICHITA KS 67208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $495.88 | $495.88 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5683.  **Priority creditor's name and mailing address**

RODRIGUEZ, IDTZEL B
314C WOODCREEK DR
212
BOLINGBROOK IL 60440

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $182.74 | $182.74 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5684.  **Priority creditor's name and mailing address**

RODRIGUEZ, IVELISSE
87 WESLEY ST
LAWRENCE MA 01841

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,371.65 | $2,371.65 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5685.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

RODRIGUEZ, JACKLISSA
374 VAN HORNE STREET
APT. #3
JERSEY CITY NJ 07304

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$72.84 | $72.84

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5686.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

RODRIGUEZ, JACQUELINE M
558 WEST 2ND STREET
SAN PEDRO CA 90731

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$639.14 | $639.14

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5687.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

RODRIGUEZ, JERYLIN
3231 S RIDGEWAY
CHICAGO IL 60623

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$873.86 | $873.86

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.5688.** **Priority creditor's name and mailing address**

RODRIGUEZ, JULIA
1332 SW 24TH ST
OKLAHOMA CITY OK 73108

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $229.54 | $229.54 |

**Nonpriority amount**

$0.00

---

**2.5689.** **Priority creditor's name and mailing address**

RODRIGUEZ, JULIANA
68 CALLE IGNACIO MORALES
#68
NARANJITO PR 00719-3009

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,328.86 | $4,328.86 |

**Nonpriority amount**

$0.00

---

**2.5690.** **Priority creditor's name and mailing address**

RODRIGUEZ, JULYSSA
44 UDALL DRIVE
GREAT NECK NY 11020

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $921.62 | $921.62 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**2.5691.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

**Priority creditor's name and mailing address**

RODRIGUEZ, KATIA S
2774 PAVERO WAY
LAS VEGAS NV 89142

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $560.40

**Priority amount** $560.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5692.** **Priority creditor's name and mailing address**

RODRIGUEZ, KAYLA J
138 FOUNDRY ST
HOUSE
CENTRAL FALLS RI 02863

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $136.56

**Priority amount** $136.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5693.** **Priority creditor's name and mailing address**

RODRIGUEZ, KIMBERLY M
1230 N.LBJ DRIVE
528
SAN MARCOS TX 78666

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $40.56

**Priority amount** $40.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5694. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | RODRIGUEZ, KRISTEN<br>1109 DRAKE COVE<br>LEANDER TX 78641 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $148.32 | $148.32<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.5695. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | RODRIGUEZ, KRISTINE E<br>4580 70TH ST W APT116<br>BRADENTON FL 34210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $226.26 | $226.26<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.5696. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | RODRIGUEZ, LESLIT A<br>10815 CHIMNEY ROCK RD<br>HOUSTON TX 77096 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $146.37 | $146.37<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

2.5697.  **Priority creditor's name and mailing address**

RODRIGUEZ, LILLY R
2331 NEPTUNE AVE
SEAFORD NY 11783

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $47.64 | $47.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5698.  **Priority creditor's name and mailing address**

RODRIGUEZ, MARGARITA
3212 STEPPING STONE LN
FORT WAYNE IN 46835

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,101.57 | $1,101.57 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5699.  **Priority creditor's name and mailing address**

RODRIGUEZ, MARIA P
3448 S CRENSHAW ST APT B
3448 B
VISALIA CA 93277

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $653.74 | $653.74 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.5700. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

RODRIGUEZ, MARILY
801 NORMANDY DR
BAKERSFIELD CA 93306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $71.16 | $71.16 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5701. **Priority creditor's name and mailing address**

RODRIGUEZ, MARISA
15231 MONTE STREET
SYLMAR CA 91342

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $277.92 | $277.92 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5702. **Priority creditor's name and mailing address**

RODRIGUEZ, MARTHA E
155 ROSWELL FARMS DR.
ROSWELL GA 30075

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $181.26 | $181.26 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

**2.5703.** **Priority creditor's name and mailing address**

RODRIGUEZ, MARTINEZ LAURA C
3718 JERMANTOWN RD
FAIRFAX VA 22030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.70 | $140.70 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.5704.** **Priority creditor's name and mailing address**

RODRIGUEZ, MENDEZ STEPHANY
10667 TELFAIR AVE
PACOIMA CA 91331

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $41.96 | $41.96 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.5705.** **Priority creditor's name and mailing address**

RODRIGUEZ, NAARA
15523 MONTILLA LOOP
TAMPA FL 33625-2471

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,052.04 | $2,052.04 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.5706.** **Priority creditor's name and mailing address**

RODRIGUEZ, NALEIZKA
1701 MABETTE ST
BUILDING 14 AP
KISSIMMEE FL 34741

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,497.28 | $1,497.28 |

**Nonpriority amount**

$0.00

**2.5707.** **Priority creditor's name and mailing address**

RODRIGUEZ, NATALIE M
10260 PLAINVIEW AVE. APT 26
TUJUNGA CA 91042

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $162.00 | $162.00 |

**Nonpriority amount**

$0.00

**2.5708.** **Priority creditor's name and mailing address**

RODRIGUEZ, ODALYS
840 EL CORTEZ WAY
SPARKS NV 89434

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $8.91 | $8.91 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

---

2.5709. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

RODRIGUEZ, ORTIZ ANGELIZ
URB. LOS ANGELES CALLE ASTROS 84
CAROLINA PR 00979

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $28.89 | $28.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.5710. **Priority creditor's name and mailing address**

RODRIGUEZ, PERLA E
417 RED ANT DR
WESLACO TX 78596-4860

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,394.19 | $1,394.19 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.5711. **Priority creditor's name and mailing address**

RODRIGUEZ, RAIJENE A
1155 WEST GROVE PARKWAY UNIT 1 190
TEMPE AZ 85283

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $101.42 | $101.42 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.5712.** **Priority creditor's name and mailing address**

RODRIGUEZ, RENEE D
215 S. COMMERCIAL ST.
EDCOUCH TX 78538

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.00 | $63.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5713.** **Priority creditor's name and mailing address**

RODRIGUEZ, SANDRA
20962 REBECCA LN
SAN BENITO TX 78586

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,296.48 | $3,296.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5714.** **Priority creditor's name and mailing address**

RODRIGUEZ, STEPHANIE R
206 CEDAR ST
STORM LAKE IA 50588

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $68.81 | $68.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

---

**2.5715.** **Priority creditor's name and mailing address**

RODRIGUEZ, VANESA
17 ASPEN LN
CARPENTERSVILLE IL 60110

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $173.66 | $173.66 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5716.** **Priority creditor's name and mailing address**

RODRIGUEZ, VICKY M
2234 EUCLID AVE
EAST PALO ALTO CA 94303-1705

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,528.56 | $1,528.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5717.** **Priority creditor's name and mailing address**

RODRIGUEZ, YANARIS
200 POND STREET
BRIDGEPORT CT 06606

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $658.07 | $658.07 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.5718.** **Priority creditor's name and mailing address**

RODRIGUEZ, YANET A
7415 SEQUOIA WAY
EL PASO TX 79915

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $182.06 | $182.06 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.5719.** **Priority creditor's name and mailing address**

RODRIGUEZ, YASMINE
29 HITCHCOCK LANE
FARMINGDALE NY 11735

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $447.72 | $447.72 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.5720.** **Priority creditor's name and mailing address**

RODRIGUEZ-LITTLE, DAYSI
9859 DALE AVE
16
SPRING VALLEY CA 91977

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $239.40 | $239.40 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

| 2.5721. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.5721.** **Priority creditor's name and mailing address**

RODRIGUEZ-MAYA, GLORIA L
788 DANA DR
GRAND RAPIDS MI 49548

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $131.72 | $131.72 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5722.** **Priority creditor's name and mailing address**

ROEEN, ELAHA S
217 W CENTRAL AVE
TRACY CA 95376

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $337.56 | $337.56 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5723.** **Priority creditor's name and mailing address**

ROGERS, ALANA J
113 W STRATFORD AVE
LANSDOWNE PA 19050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $61.70 | $61.70 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5724.** **Priority creditor's name and mailing address**

ROGERS, BARRON
12 HILL DRIVE
JACKSON TN 38301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $82.17 | $82.17 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5725.** **Priority creditor's name and mailing address**

ROGERS, CHARVEY D
210 CROSSING LN APT I66
I66
DOTHAN AL 36303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $27.33 | $27.33 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5726.** **Priority creditor's name and mailing address**

ROGERS, INDIA L
5923 14TH ST
ZEPHYRHILLS FL 33542-3637

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,280.81 | $2,280.81 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.5727.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**2.5727.** **Priority creditor's name and mailing address**

ROGERS, KEONNA D
209 W CONGRESS
GREENVILLE MI 48838

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $72.75 | $72.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5728.** **Priority creditor's name and mailing address**

ROGERS, SERITA S
159 FAIRMONT AVE
JACKSON TN 38301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $92.91 | $92.91 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5729.** **Priority creditor's name and mailing address**

ROGERS-TYE, MARKIA Z
412 C BALSAM ST
MYRTLE BEACH SC 29577

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $41.90 | $41.90 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.5730.** **Priority creditor's name and mailing address**

ROHAN, AILEEN P
6925 W 109TH PLACE
WORTH IL 60482

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $197.34 | $197.34 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5731.** **Priority creditor's name and mailing address**

ROHANI, MAHBOBEH R
1327 S KANSAS AVE
APT 10
SPRINGFILED MO 65807

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $425.06 | $425.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5732.** **Priority creditor's name and mailing address**

ROHIM, NASRIN
3114 HAGA DRIVE
SAN JOSE CA 95111

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $213.30 | $213.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

2.5733.  **Priority creditor's name and mailing address**

ROJAS, EVELYN M
3902 W. ROCHELLE AVE.
MILWAUKEE WI 53209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $86.58 | $86.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.5734.  **Priority creditor's name and mailing address**

ROJAS, JACQUELYN
16607 HIBISCUS LN.
FRIENDSWOOD TX 77546

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $749.46 | $749.46 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.5735.  **Priority creditor's name and mailing address**

ROJAS, JADE R
7514 DERBY LANE
SHAKOPEE MN 55379

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,363.21 | $3,363.21 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

**2.5736.** **Priority creditor's name and mailing address**

ROJAS, LILIANA N
2359 DIGERUD DR
FAIRFIELD CA 94533

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.76 | $146.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5737.** **Priority creditor's name and mailing address**

ROJAS, MARIA I
906 S. VICTORIA RD
DONNA TX 78527

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,246.56 | $1,246.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5738.** **Priority creditor's name and mailing address**

ROJEK, MAKAYLA
15083 NIGHT HERON DR
WINTER GARDEN FL 34787

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $168.56 | $168.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5739.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | ROJO, EMILY G<br>1773 SWEETWATER RANCH<br>SPRINGDALE AR 72764 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $185.46 | $185.46

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5740.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | ROLLIN, CAMERON D<br>1949 E UNIVERSITY DR<br>APT #2035A<br>TEMPE AZ 85281 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70.73 | $70.73

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5741.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | ROLLINS, DIAMOND J<br>7614 BONDALE AVE<br>APT 89<br>NORFOLK VA 23505 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87.76 | $87.76

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| 2.5742. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ROLLINS, JAILA A<br>5662 TROY VILLA BLVD<br>HUBER HEIGHTS OH 45424 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $113.46 | $113.46 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.5743. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ROLLINS, JSHONTELLE E<br>452 ALBERT ST<br>ELMIRA NY 14904 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $479.52 | $479.52 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.5744. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ROMAIN, BRAE G<br>27 CEDAR AVE<br>ROCKVILLE CENTRE NY 11570 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,652.30 | $4,652.30 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.5745.** **Priority creditor's name and mailing address**

ROMAN, DAISY
4306 RUBY ST
SCHILLER PARK IL 60176

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $188.70 | $188.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5746.** **Priority creditor's name and mailing address**

ROMAN, GEORGE G
RESIDENCIAL LUIS LLORENS TORRE
EDIFICIO 117 A
SAN JUAN PR 00913

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.25 | $36.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5747.** **Priority creditor's name and mailing address**

ROMAN, IRIS
435 #5 VILLA CAROL
CAROLINA PR 00985

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $56.53 | $56.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5748.** **Priority creditor's name and mailing address**

ROMAN. ELLEN
818 LUCIA AVE
REDONDO BEACH CA 90277

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $84.96 | $84.96 |

**Nonpriority amount**

$0.00

---

**2.5749.** **Priority creditor's name and mailing address**

ROMAN-MUNOZ, YESENIA
994 S PATTON CT
DENVER CO 80219

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $196.25 | $196.25 |

**Nonpriority amount**

$0.00

---

**2.5750.** **Priority creditor's name and mailing address**

ROMANO, LIZBETH
6614 LIMESTONE ST
HOUSTON TX 77092

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.60 | $81.60 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5751.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| ROMANSIK, KATIE L<br>7955 KINGSWOOD DRIVE<br>#107<br>CITRUS HEIGHTS CA 95610 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,017.80 | $2,017.80<br><br>**Nonpriority amount**<br>$0.00
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | |

**2.5752.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| ROMERO, ABIGAIL C<br>P.O. BOX 28231<br>TEMPE AZ 85285 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $143.44 | $143.44<br><br>**Nonpriority amount**<br>$0.00
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | |

**2.5753.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| ROMERO, ALAIN E<br>3146 BERNIS CT<br>SPRING VALLEY CA 91977-2501 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,512.26 | $5,512.26<br><br>**Nonpriority amount**<br>$0.00
| **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

2.5754.  **Priority creditor's name and mailing address**

ROMERO, AMBER N
6943 S ARTESIAN AVE
CHICAGO IL 60629

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $282.24 | $282.24 |
|  | **Nonpriority amount** |
|  | $0.00 |

2.5755.  **Priority creditor's name and mailing address**

ROMERO, ASHLEY
3175 W MEXICO AVE
DENVER CO 80219

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.54 | $129.54 |
|  | **Nonpriority amount** |
|  | $0.00 |

2.5756.  **Priority creditor's name and mailing address**

ROMERO, ASHLEY M
864 CR 331
CLEVELAND TX 77327

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $176.77 | $176.77 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.5757.** **Priority creditor's name and mailing address**

ROMERO, BRIANA
1391 FORTNER DR.
INDIANAPOLIS IN 46231

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $133.60 | $133.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5758.** **Priority creditor's name and mailing address**

ROMERO, BRIANNA
175 RAMONA CT
YORKTOWN HGTS NY 10598

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.00 | $96.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5759.** **Priority creditor's name and mailing address**

ROMERO, FAITH
1917 CLEARBROOK DRIVE
CHULA VISTA CA 91913

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $635.72 | $635.72 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.5760. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ROMERO, MADELEINE I
70-16 68TH PLACE GLENDALE NY 1ST
GLENDALE NY 11385

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $320.25

**Priority amount** $320.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5761.    **Priority creditor's name and mailing address**

ROMERO, MARIA
18 AVENNIDA DESCANSO
OCEANSIDE CA 92057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $326.16

**Priority amount** $326.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5762.    **Priority creditor's name and mailing address**

ROMO, VALERIE M
7321 LAURA LN
RESEDA CA 91335-2487

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $40.35

**Priority amount** $40.35

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5763. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|---|

**Priority creditor's name and mailing address**

ROMOS-GONZALEZ, ZULEIKA
730 WEST UNION ST
4
ALLENTOWN PA 18101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $42.96

**Priority amount** $42.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5764.   **Priority creditor's name and mailing address**

RONDAEL, COLEEN
4 FIR DR
DANBURY CT 06811

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $186.85

**Priority amount** $186.85

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5765.   **Priority creditor's name and mailing address**

RONDON, BARRETO ANGELICA M
CARR 1926 LOS ROMEROS SIERRA
SAN JUAN PR 00926

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $65.90

**Priority amount** $65.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.5766. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.5766.** **Priority creditor's name and mailing address**

RONQUILLO, MYA J
1039 ROEDEER DR.
CLARKSVILLE TN 37042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $620.69

**Priority amount** $620.69

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5767.** **Priority creditor's name and mailing address**

ROOKS, MACKENZIE L
208 S 250 E
COLUMBUS IN 47201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $60.96

**Priority amount** $60.96

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5768.** **Priority creditor's name and mailing address**

ROOS, ASHLEY N
105 B JAY MAX WAY
GLASGOW KY 42141

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,893.34

**Priority amount** $2,893.34

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5769.** **Priority creditor's name and mailing address**

ROQUE, KALIE
12618 ENSIGN AVE
SAVAGE MN 55378

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $197.40 | $197.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5770.** **Priority creditor's name and mailing address**

ROSA, BARBARA
100 MITCHELL CT.
ANGIER NC 27501

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $166.65 | $166.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5771.** **Priority creditor's name and mailing address**

ROSA, NAOMI L
196 STRAWBERRY HILL AVE
WOODBRIDGE NJ 07095

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $345.62 | $345.62 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

**2.5772.** **Priority creditor's name and mailing address**

ROSADO, ANDREA
993 OLD BRIDGE TPKE
EAST BRUNSWICK NJ 08816

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $206.65 | $206.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5773.** **Priority creditor's name and mailing address**

ROSADO, CARYLIN M
2600 SW 10TH ST.
1202
OCALA FL 34471

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $290.32 | $290.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5774.** **Priority creditor's name and mailing address**

ROSADO, SHAIANN D
83 WINDHAM ST
WILLIMANTIC CT 06226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $569.20 | $569.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

2.5775. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| ROSALES, JOSEPH R | *Check all that apply.* | $412.83 | $412.83 |
| 2008 STEPPING STONE | ☐ Contingent | | |
| NEW BRAUNFELS TX 78130 | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5776. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| ROSALES, VALERIA | *Check all that apply.* | $257.76 | $257.76 |
| 11 BAYBERRY LN | ☐ Contingent | | |
| LEVITTOWN NY 11756-4001 | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.5777. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| ROSALES, VENTURA KARLA B | *Check all that apply.* | $124.66 | $124.66 |
| 521 MOONLIGHT DR | ☐ Contingent | | |
| GARLAND TX 75040 | ☐ Unliquidated | | **Nonpriority amount** |
| | ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.5778. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** **Priority amount** |

**2.5778.** **Priority creditor's name and mailing address**

ROSALEZ, NOELIA
5507 CLEARWATER DRIVE
OKC OK 73179

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $128.41 | $128.41 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5779.** **Priority creditor's name and mailing address**

ROSARIO, DARISBETH
CALLE 1
RIO LAJAS PARC
DORADO PR 00646

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $37.26 | $37.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5780.** **Priority creditor's name and mailing address**

ROSAS, ALEJANDRA
5623 W MYRTLE AVE
APT 7
GLENDALE AZ 85301

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $508.21 | $508.21 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.5781. | **Priority creditor's name and mailing address** | $379.44 | $379.44 |

**Priority creditor's name and mailing address**

ROSAS, CLAUDETT
10074 MEADOWS CT
FELLSMERE FL 32948

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.5782. | **Priority creditor's name and mailing address** | $235.08 | $235.08 |

ROSAS, HEIDI
139 S AVE 52
2
LOS ANGELES CA 90042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.5783. | **Priority creditor's name and mailing address** | $2,835.55 | $2,835.55 |

ROSAS, MARIA L
2650 N ORACLE RD
APT 1017
TUCSON AZ 85705-4392

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

**2.5784.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.5784.** **Priority creditor's name and mailing address**

ROSAS, REAL CRYSTAL
1130 BUSH AVE.
SAINT PAUL MN 55106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $225.00

**Priority amount** $225.00

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5785.** **Priority creditor's name and mailing address**

ROSBACK, ALYSIA I
161 E FROG ACRES
SHELTON WA 98584

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $123.72

**Priority amount** $123.72

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5786.** **Priority creditor's name and mailing address**

ROSCOE, COURTNEY
648 CHERRY ST
DAYTONA BEACH FL 32114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $192.47

**Priority amount** $192.47

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.5787.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $3,291.97 |
| ROSE, KIMBERLY 1442 ELIZABETH BLVD PITTSBURGH PA 15221 | ☐ Contingent ☐ Unliquidated ☐ Disputed | **Priority amount** $3,291.97 **Nonpriority amount** $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| **2.5788.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $400.56 |
| ROSE, LAUREN A 700 LOWER STATE RD 11-C04 NORTH WALES PA 19454 | ☐ Contingent ☐ Unliquidated ☐ Disputed | **Priority amount** $400.56 **Nonpriority amount** $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| **2.5789.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $256.15 |
| ROSENBAUM, KALEY R 108 GRAY ROAD BRISTOL TN 37620 | ☐ Contingent ☐ Unliquidated ☐ Disputed | **Priority amount** $256.15 **Nonpriority amount** $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**2.5790.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.5790.**

**Priority creditor's name and mailing address**

ROSENTHAL, ASHLEY J
3026 GARLAND STREET
ERIE PA 16506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $32.99 | $32.99 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5791.**

**Priority creditor's name and mailing address**

ROSS, ALEXYS
76 SOUTH WATER ST
EAST WINDSOR CT 06088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $133.22 | $133.22 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5792.**

**Priority creditor's name and mailing address**

ROSS, AMY L
3196 BRACKENWOOD PLACE
EL DORADO HILLS CA 96762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $252.29 | $252.29 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.5793. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.5793.** **Priority creditor's name and mailing address**

ROSS, ANNAIS
615 STONEWHEEL CT E
MILLERSVILLE MD 21108

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $211.60 | $211.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5794.** **Priority creditor's name and mailing address**

ROSS, CHELSEY N
11001 OLD ST AUGUSTINE RD
1101
JACKSONVILLE FL 32257

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $123.69 | $123.69 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5795.** **Priority creditor's name and mailing address**

ROSS, CHRISTAL
1014 KAISER WAY
FORT MILL SC 29715

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.03 | $72.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                 Case number *(if known)* **19-10214**

**2.5796.** **Priority creditor's name and mailing address**

ROSS, HENNESSEY N
3370 SAINT ROSE PARKWAY
APT 2435
HENDERSON NV 89052

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $27.80 | $27.80 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5797.** **Priority creditor's name and mailing address**

ROSS, KATELYN S
1001 GRAY FOX COURT
HOWELL MI 48843

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $452.41 | $452.41 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5798.** **Priority creditor's name and mailing address**

ROSS, MARY C
619 MARY JO DRIVE
JESSUP PA 18434

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $485.97 | $485.97 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

---

**2.5799.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| ROSS, SAVANNAH R<br>1621 BUTLER RD<br>BEAVERDAM VA 23015 | *Check all that apply.* | $75.57 | $75.57
| | ☐ Contingent | |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.5800.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| ROSS, WAKEENA<br>152 MEADE AVE<br>PASSAIC NJ 07055 | *Check all that apply.* | $580.56 | $580.56
| | ☐ Contingent | |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.5801.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| ROSSER, BRIANNA M<br>1091 FABRY RD SE<br>SALEM OR 97306 | *Check all that apply.* | $161.47 | $161.47
| | ☐ Contingent | |
| | ☐ Unliquidated | **Nonpriority amount** |
| | ☐ Disputed | $0.00 |
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

Debtor    **Charlotte Russe, Inc.**                                                                  Case number *(if known)* **19-10214**

---

**2.5802.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.5802.**

**Priority creditor's name and mailing address**

ROSS-LOPES, COTASHA D
65 PRINCE STREET
BROCKTON MA 02302

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $383.10 | $383.10 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5803.**

**Priority creditor's name and mailing address**

ROSS-MCCOY, DESTINEE M
29653 SHACKETT AVENUE
MADISON HEIGHTS MI 48071

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $47.64 | $47.64 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5804.**

**Priority creditor's name and mailing address**

ROSZAK, JADE A
112 LINDEN ST.
DAWSON MN 56232

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $631.76 | $631.76 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.5805.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.5805.** **Priority creditor's name and mailing address**

ROTHERMEL, CHANDLER M
161 EAST ARMUCHEE RD
LAFAYETTE GA 30728

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $2,505.44

**Priority amount**    $2,505.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5806.** **Priority creditor's name and mailing address**

ROTZINGER, AMANDA
10189 BARREL RIDGE STREET
LAS VEGAS NV 89183

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $49.67

**Priority amount**    $49.67

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5807.** **Priority creditor's name and mailing address**

ROUNDTREE, KILEY C
1849 S. POWER. RD.
#1297
MESA AZ 85206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $132.00

**Priority amount**    $132.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.5808.** **Priority creditor's name and mailing address**

ROUSE, CITRENBAUM AMANDA J
755 DARIEN WAY
SAN FRANCISCO CA 94127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $439.41 | $439.41 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5809.** **Priority creditor's name and mailing address**

ROUZER, CATHERINE
808 WALNUT STREET
FRANKLIN IN 46131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $158.28 | $158.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5810.** **Priority creditor's name and mailing address**

ROWE, CHANTE S
1760 WINDWARD OAKS COURT
KISSIMMEE FL 34746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.96 | $30.96 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.5811.** **Priority creditor's name and mailing address**

ROWELL, TIARA
2306 123RD PL E
PARRISH FL 34219

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.46 | $30.46 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5812.** **Priority creditor's name and mailing address**

ROWLEY, BRECKYN
1801 SW WASHBURN AVE
118-B
TOPEKA KS 66621

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $184.34 | $184.34 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5813.** **Priority creditor's name and mailing address**

ROXAS, JULIA M
1122 N. DUBUQUE ST.
8
IOWA CITY IA 52245

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $257.46 | $257.46 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5814.** **Priority creditor's name and mailing address**

ROY, TAYLOR J
23 BLOOMFIELD ST
SEEKONK MA 02771

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $186.60 | $186.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5815.** **Priority creditor's name and mailing address**

ROYAL, SHAWNA L
153 BAY STATE RD
WORCESTER MA 01606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $632.67 | $632.67 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5816.** **Priority creditor's name and mailing address**

RUANE, REBECCA
12328 MEDFORD RD
PHILADELPHIA PA 19154

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $15.58 | $15.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.5817.** **Priority creditor's name and mailing address**

RUBALCABA, ALYSA A
8131 NORTHPARK DRIVE
RIVERSIDE CA 92508

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.88 | $74.88 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5818.** **Priority creditor's name and mailing address**

RUBALCABA, EVELYN
277 BLOOMINGTON AVE
124
RIALTO CA 92376

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $226.44 | $226.44 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5819.** **Priority creditor's name and mailing address**

RUBIO, ALMA I
1416 LA LILA AVE
ARVIN CA 93203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $118.56 | $118.56 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.5820. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

RUBIO, ESMERALDA
1311 CENTER ST.
RACINE WI 53403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,443.89

**Priority amount** $1,443.89

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5821.    **Priority creditor's name and mailing address**

RUCKER, DAVID A
5852 PRESCOTT CT
CHARLOTTE NC 28269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $63.43

**Priority amount** $63.43

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5822.    **Priority creditor's name and mailing address**

RUCKER, MYELLE A
4612 NOLAND BLVD
WILLIAMSBURG VA 23188

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $98.00

**Priority amount** $98.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.5823. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |

**2.5823. Priority creditor's name and mailing address**

RUDD, BRIANNA
2615 JEFFERSON DR
GREENVILLE NC 27858

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Total claim | Priority amount |
|---|---|
| $137.61 | $137.61 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5824. Priority creditor's name and mailing address**

RUDY, LEAH A
5 LIAM LANE
CARLISLE PA 17015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Total claim | Priority amount |
|---|---|
| $119.99 | $119.99 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5825. Priority creditor's name and mailing address**

RUEDA, ISABEL
1611 RUNNING CREEK DR
NORTH LAS VEGAS NV 89031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Total claim | Priority amount |
|---|---|
| $25.41 | $25.41 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.5826.** **Priority creditor's name and mailing address**

RUFFIN, KENEISHA M
4104 CLIO STREET
NEWORLEANS LA 70125

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $298.90 | $298.90 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5827.** **Priority creditor's name and mailing address**

RUFFIN, TONJANIQUE D
583 DELMAR ST
TERRYTOWN LA 70056

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.38 | $35.38 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5828.** **Priority creditor's name and mailing address**

RUFFINI, CHELSEA C
212 FERNLEDGE DRIVE
NEW KENSINGTON PA 15068

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $341.89 | $341.89 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

2.5829. **Priority creditor's name and mailing address**

RUGE, ANDREA C
42 WHARTON AVE
MINE HILL NJ 07803

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,248.92 | $7,248.92 |

**Nonpriority amount**

$0.00

---

2.5830. **Priority creditor's name and mailing address**

RUGGIERE, AARON T
3335 E. SIMPSON AVE
FRESNO CA 93703

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,544.83 | $1,544.83 |

**Nonpriority amount**

$0.00

---

2.5831. **Priority creditor's name and mailing address**

RUIZ, ALEJANDRA
882 N. DRIFTWOOD AVE
RIALTO CA 92676

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,906.68 | $1,906.68 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.5832.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RUIZ, ANABEL M<br>410 SPRING ST<br>AURORA IL 60505 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65.59 | $65.59<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5833.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RUIZ, BANESSA C<br>2718 ANDREA LN<br>DALLAS TX 75228 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $287.57 | $287.57<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5834.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RUIZ, BRIANNA M<br>43 FENNEC CT<br>TINTON FALLS NJ 07753 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $74.61 | $74.61<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.5835.** **Priority creditor's name and mailing address**

RUIZ, CLARISSA
1200 SAN PABLO ST NE
1016
ALBUQUERQUE NM 87110

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $188.76 | $188.76 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5836.** **Priority creditor's name and mailing address**

RUIZ, CRISTINA
8326 E PORTOBELLO AVE
MESA AZ 85212

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $390.48 | $390.48 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5837.** **Priority creditor's name and mailing address**

RUIZ, DESTINEE J
2012 N 40TH A ST
WACO TX 76707

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $471.24 | $471.24 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

**2.5838.** **Priority creditor's name and mailing address**

RUIZ, ESMERALDA
525 ELLIOTT ST SE
GRAND RAPIDS MI 49507

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $29.27 | $29.27 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5839.** **Priority creditor's name and mailing address**

RUIZ, ESTRADA ARLENE
K21 ASTROMELIA
TOA ALTA PR 00953

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $61.69 | $61.69 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5840.** **Priority creditor's name and mailing address**

RUIZ, MARI C
1374 SW ADCOCK AVE
PORT ST LUCIE FL 34953

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $239.84 | $239.84 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| 2.5841. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

RUIZ, MIGUEL A
1008 SUNSET STREET
CALEXICO CA 92231

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $172.44

**Priority amount** $172.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5842. **Priority creditor's name and mailing address**

RUIZ-SANCHEZ, JOANNA B
13693 S. MARKS
CARUTHERS CA 93609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $36.96

**Priority amount** $36.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5843. **Priority creditor's name and mailing address**

RUMICK, JESSICA A
1740 OSPREY LN
LUTZ FL 33549-4117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,471.34

**Priority amount** $1,471.34

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.5844.  **Priority creditor's name and mailing address**

RUMPH, PATIENCE
5 DUNHAVEN PLACE
APT. 2A
NOTTINGHAM MD 21236

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $237.86 | $237.86 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5845.  **Priority creditor's name and mailing address**

RUNNER, STEPHANIE N
1300 VIRGINIA STREET
205
MCKEESPORT PA 15135

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $79.32 | $79.32 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5846.  **Priority creditor's name and mailing address**

RUSHING, AUTUMN
332 CALHOUN BARN RD
CALHOUN LA 71225

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $87.51 | $87.51 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5847.** **Priority creditor's name and mailing address**

RUSSELL, AYOMI
540 NW 4TH AVE
APT. 3004
FORT LAUDERDALE FL 33311

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $68.91 | $68.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5848.** **Priority creditor's name and mailing address**

RUSSELL, CAYLA J
8502 CONSTITUTION DRIVE
CINCINNATI OH 45215

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,304.58 | $1,304.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5849.** **Priority creditor's name and mailing address**

RUSSELL, JAUANA
1345 WENLON DR
3213 APT A
MUFREESBORO TN 37130

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.52 | $132.52 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.5850. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

**2.5850.** **Priority creditor's name and mailing address**

RUSSELL, SAMANTHA J
810 JONATHON LANE
MUSKEGON MI 49442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$3,261.81

**Priority amount**
$3,261.81

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5851.** **Priority creditor's name and mailing address**

RUSSELL, SHARI A
56 BROOKSIDE AVE
BRIDGEPORT CT 06606-1501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$2,349.63

**Priority amount**
$2,349.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5852.** **Priority creditor's name and mailing address**

RUSSELL. COTRINA
4211 YANCEYVILLE RD
J
BROWNS SUMMIT NC 27214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$512.11

**Priority amount**
$512.11

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.5853. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.5853. **Priority creditor's name and mailing address**

RUTH, TAMEKIA
1025 PROGRESS RD
BATON ROUGE LA 70807

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $963.58

**Priority amount** $963.58

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5854. **Priority creditor's name and mailing address**

RUTLEDGE, CHRISTINE M
421 BUFORD RD
NORTH CHESTERFIELD VA 23235

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,809.09

**Priority amount** $2,809.09

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5855. **Priority creditor's name and mailing address**

RUTLEDGE, MORGAN
8916 WILLOW SPRINGS DRIVE
LOUISVILLE KY 40242

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $88.20

**Priority amount** $88.20

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.5856.** **Priority creditor's name and mailing address**

RYAN, ERIN I
1602 HUGHES DR
CEDAR PARK TX 78613

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.59 | $33.59 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5857.** **Priority creditor's name and mailing address**

RYAN, KESS
337 N PARK LANE
SEYMOUR WI 54165

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $254.62 | $254.62 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5858.** **Priority creditor's name and mailing address**

RYCZEK, DENVER R
2185 PANDORA DR
STERLING HEIGHTS MI 48310

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $67.53 | $67.53 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.5859.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.5859.** **Priority creditor's name and mailing address**

RYKHUS, CAMIELLE G
1335 POHL ROAD APT 8
MANKATO MN 56001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$103.83

**Priority amount**
$103.83

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5860.** **Priority creditor's name and mailing address**

SAAB, MADELYN J
30 PARK LANE
HOOKSETT NH 03106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$98.48

**Priority amount**
$98.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5861.** **Priority creditor's name and mailing address**

SAARI, SARAH M
533 W CENTRAL AVE
DAVIDSONVILLE MD 21035-1942

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$2,410.13

**Priority amount**
$2,410.13

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5862.**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| SAAVEDRA, ADRIANA M<br>118 BRIGHT ST<br>APT 1<br>JERSEY CITY NJ 07302-4209 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,887.88 | $2,887.88 |

Nonpriority amount

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5863.**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| SABALA, JUSTEEN<br>1144 TRENTON PLACE<br>MANTECA CA 95336 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $169.44 | $169.44 |

Nonpriority amount

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5864.**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| SABALL, BREAUNNA L<br>45 FREDONIAN ST<br>SHIRLEY MA 01464 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87.57 | $87.57 |

Nonpriority amount

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.5865.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.5865.** **Priority creditor's name and mailing address**

SADDLER, ASIA
118 COLLEGE DR
9128
HATTIESBURG MS 39406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**          **Priority amount**
$255.21                  $255.21

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5866.** **Priority creditor's name and mailing address**

SADIKOT, SANA
30 THOMAS ROAD
EAST BRUNSWICK NJ 08816

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**          **Priority amount**
$69.92                   $69.92

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5867.** **Priority creditor's name and mailing address**

SAECHAO, MELANIE K
1128 S 299TH PL
FEDERAL WAY WA 98003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**          **Priority amount**
$1,066.80                $1,066.80

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.5868.** **Priority creditor's name and mailing address**

SAENZ, GENESIS
STR 155
PERCHAS
MOROVIS PR 00687

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.01 | $175.01 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5869.** **Priority creditor's name and mailing address**

SAEZ, MILDRED A
45 UNIVERSITY DR
LONG BRANCH NJ 07740

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $756.95 | $756.95 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5870.** **Priority creditor's name and mailing address**

SAFOSCHNIK, ANTONIA
86 REDWOOD LANE
MASSAPEQUA PARK NY 11762

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $781.70 | $781.70 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                 Case number *(if known)* **19-10214**

---

**2.5871.** **Priority creditor's name and mailing address**

SAGINAW CHARTER TOWNSHIP
P.O. BOX 6400
SAGINAW MI 48608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $893.98 | $893.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5872.** **Priority creditor's name and mailing address**

SAID, CHRISTINA
24 HARRISON AVENUE
EAST BRUNSWICK NJ 08816

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $303.02 | $303.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5873.** **Priority creditor's name and mailing address**

SAINT, JULIS NALTA
4473 17TH PLACE SW
NAPLES FL 34116

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $340.10 | $340.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5874.** **Priority creditor's name and mailing address**

SAINTVIL, KAHINA
142 NW 106 AVE
PLANTATION FL 33324

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $219.53 | $219.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5875.** **Priority creditor's name and mailing address**

SAINVAL, SOCAENA
3200 N ALAFAYA TRAIL
APT 1120-C
ORLANDO FL 32826

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $192.53 | $192.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5876.** **Priority creditor's name and mailing address**

SAJDAK, ELIZABETH K
701 MERRYTURN RD
MADISON WI 53714

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,139.08 | $2,139.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.5877.** **Priority creditor's name and mailing address**

SAKO, NADIANY
12219 MAJESTIC MAPLE DR
CLARKSBURG MD 20871

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $329.89 | $329.89 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5878.** **Priority creditor's name and mailing address**

SALADO-RUBIO, ESLENDY
8209 GEORGIA CT N
BROOKLYN PARK MN 55445

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $801.23 | $801.23 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5879.** **Priority creditor's name and mailing address**

SALAH, YASMIEN
6628 WEST LLYOD DR
WORTH IL 60482

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,970.16 | $2,970.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.5880. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SALAHSHOUR, JASMIN P
24319 BURBANK BLVD.
WOODLAND HILLS CA 91367

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $264.34
Priority amount: $264.34

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5881. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SALAMA, DANA
8154 FOREST PARK DR N
APT 12
CORDOVA TN 38018

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $293.63
Priority amount: $293.63

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5882. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SALAMEH, SIMON M
3507 PECAN PLACE
FAIRFAX VA 22033

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,693.02
Priority amount: $2,693.02

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.5883.** **Priority creditor's name and mailing address**

SALAN, ALEXANDRA M
757 CARDINAL ST
BEAUMONT CA 92223

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.40 | $146.40 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5884.** **Priority creditor's name and mailing address**

SALAS, BRISSA E
22427 HIGHFIELD RIDGE LN
SPRING TX 77373

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $501.93 | $501.93 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5885.** **Priority creditor's name and mailing address**

SALAS, CYNTHIA
2960 HANNA AVE
FORT WORTH TX 76106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.08 | $160.08 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.5886. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**Priority creditor's name and mailing address**

SALAS, ELIZABETH
5309 E ESCONDIDO CIR
MESA AZ 85206

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $586.73 | $586.73 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5887. **Priority creditor's name and mailing address**

SALAS, KATARI M
43C VIEJAS GRADE ROAD
ALPINE CA 91903

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $741.64 | $741.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5888. **Priority creditor's name and mailing address**

SALAS, KATRINA A
204 CATALINA AVE
PACIFICA CA 94044

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $113.74 | $113.74 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

2.5889. **Priority creditor's name and mailing address**

SALAS, KIMBERLY
110533 FIELDSTONE CIR F33
CHASKA MN 55318

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $482.59 | $482.59 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5890. **Priority creditor's name and mailing address**

SALAS, MAHALYN T
286 TALUS ST.
CHULA VISTA CA 91911

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $239.40 | $239.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5891. **Priority creditor's name and mailing address**

SALAZAR, JESSICA
325 WEST MAPLE AVE
BOUND BROOK NJ 08805

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,300.78 | $1,300.78 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor     **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

**2.5892.** **Priority creditor's name and mailing address**

SALAZAR, MARLENE K
2466 KEVIN CT
ALPINE CA 91901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,593.08 | $3,593.08 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5893.** **Priority creditor's name and mailing address**

SALAZAR, ROSARIO
5510 W 35TH ST.
CICERO IL 60804

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $246.40 | $246.40 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5894.** **Priority creditor's name and mailing address**

SALAZAR, VERONICA
425 N.W. 95TH
OKLAHOMA CITY OK 73114

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $176.18 | $176.18 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5895.** **Priority creditor's name and mailing address**

SALAZAR, VICTOR A
10636 10TH AVE
HESPERIA CA 92345

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.24 | $36.24 |

**Nonpriority amount**

$0.00

---

**2.5896.** **Priority creditor's name and mailing address**

SALAZAR, XIOMARA
11723 BROAK OAK CT
ORLANDO FL 32837

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,190.83 | $1,190.83 |

**Nonpriority amount**

$0.00

---

**2.5897.** **Priority creditor's name and mailing address**

SALCEDO, EVELYN
2309 SW CHOCTAW ST
BENTONVILLE AR 72712-7049

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.91 | $31.91 |

**Nonpriority amount**

$0.00

---

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.5898. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SALDANA, ALEJANDRA<br>5301 E. MCKINNEY ST<br>TRLR 443<br>DENTON TX 76208 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $159.64 | $159.64 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Nonpriority amount**
$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5899. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SALDANA, LYDIA E<br>5260 SW 111TH AVE<br>MIAMI FL 33165 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $305.73 | $305.73 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Nonpriority amount**
$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.5900. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SALDANA, PRISCILLA L<br>370 CASA NORTE DR.<br>1025<br>NORTH LAS VEGAS NV 89031 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $475.15 | $475.15 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Nonpriority amount**
$0.00

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

---

**2.5901.** **Priority creditor's name and mailing address**

SALDANA, REYNA A
16977 CHOLLA AVE
HESPERIA CA 92345

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $103.80 | $103.80 |

**Nonpriority amount**

$0.00

---

**2.5902.** **Priority creditor's name and mailing address**

SALDANA, RIKKI M
1971 GLARNER ST
HOLLISTER CA 95023

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $94.20 | $94.20 |

**Nonpriority amount**

$0.00

---

**2.5903.** **Priority creditor's name and mailing address**

SALDANA, STEPHANIE
9308 W. MILKWEED LOOP RD
PHOENIX AZ 85037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $110.66 | $110.66 |

**Nonpriority amount**

$0.00

---

Debtor   **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

---

2.5904.  **Priority creditor's name and mailing address**

SALDIVAR, EVELYN
653 OLD NICHOLS RD
RONKONKOMA NY 11779

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,294.52 | $1,294.52 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.5905.  **Priority creditor's name and mailing address**

SALDIVAR, MICHELLE
1717 SUNSET AVE
8
WAUKEGAN IL 60087

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $172.51 | $172.51 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.5906.  **Priority creditor's name and mailing address**

SALGADO, BRENDA
1524 SEVEN PINES ROAD
SPRINGFIELD IL 62704

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.71 | $127.71 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                                     Case number *(if known)* **19-10214**

---

2.5907.  **Priority creditor's name and mailing address**

SALGADO, DAPHNE N
515 W HARVARD ST
21
GLENDALE CA 91204

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $168.84 | $168.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5908.  **Priority creditor's name and mailing address**

SALGADO, ISABEL A
3016 VALWOOD PKWY
FARMERS BRANCH TX 75234-3604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,326.79 | $1,326.79 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5909.  **Priority creditor's name and mailing address**

SALINAS, KRISTIE Y
6320 NANCY ELLEN ST
AMARILLO TX 79119-6650

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,781.26 | $2,781.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.5910.** **Priority creditor's name and mailing address**

SALINAS, LYSETT G
709 RUTH COURT
APT B
NAVASOTA TX 77868

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $684.42 | $684.42 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5911.** **Priority creditor's name and mailing address**

SALINAS, TAINA S
107 E. SPRINGFIELD
2713 N. MENARD
CHAMPAIGN IL 61820

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $42.08 | $42.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.5912.** **Priority creditor's name and mailing address**

SALINAS, TORRES YARITZA
413 OJAI ROAD
SANTA PAULA CA 93060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $649.97 | $649.97 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.5913.** **Priority creditor's name and mailing address**

SALLIOTTE, SABRINA L
512 SUNNYGLADE
CLIFTON CO 81520

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.65 | $132.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5914.** **Priority creditor's name and mailing address**

SALMO, MONICA C
7396 WOODBAIR LANE WEST BLOOMF
WEST BLOOMFLIED MI 48322

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $192.33 | $192.33 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5915.** **Priority creditor's name and mailing address**

SALSEDO, ERIKA A
331 W VINE ST
STOCKTON CA 95203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $146.64 | $146.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

2.5916. **Priority creditor's name and mailing address**

SALTERS, MIRANDA D
4013 LIFESTYLE ROAD
FAYETTEVILLE NC 28312

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $482.47 | $482.47 |

**Nonpriority amount**
$0.00

---

2.5917. **Priority creditor's name and mailing address**

SALVADOR, ALIA E
1688 HUME DR
SANGER CA 93657

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $71.40 | $71.40 |

**Nonpriority amount**
$0.00

---

2.5918. **Priority creditor's name and mailing address**

SALVATO, BELLA I
1866 JACKSONVILLE RD
BAGDAD KY 40003

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $222.53 | $222.53 |

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.5919. **Priority creditor's name and mailing address**

SAMANIEGO, JESSICA
8550 BOYSON ST
DOWNEY CA 90242-3638

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $303.60 | $303.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.5920. **Priority creditor's name and mailing address**

SAMAYOA, GLENDY J
5411 W 24TH PLACE
CICERO IL 60804

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,438.20 | $1,438.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.5921. **Priority creditor's name and mailing address**

SAMEK, BRITTANY A
458 CONGRESS STREET
NORTH VERSAILLES PA 15137

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,988.22 | $1,988.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.5922.   **Priority creditor's name and mailing address**

SAMES, ADRIENNE J
13508 HOLLOW COVE
TAMPA FL 33613

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $298.95 | $298.95 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.5923.   **Priority creditor's name and mailing address**

SAMHAN, ZEINA
9208 S 53RD CT
OAK LAWN IL 60453

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $198.00 | $198.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.5924.   **Priority creditor's name and mailing address**

SAMMAN, SAMANTHA E
1488 CASEY LANE
PORT ORANGE FL 32129

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $445.85 | $445.85 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| 2.5925. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SAMMY, GILLIAN V
3209 DUNDEE ST
EL PASO TX 79925

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $111.44

**Priority amount** $111.44

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5926.    **Priority creditor's name and mailing address**

SAMPUOR, RONZA
556 BRIGHTON AVE.
6
MODESTO CA 95355

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $668.20

**Priority amount** $668.20

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5927.    **Priority creditor's name and mailing address**

SAMS, ASHLEIGH L
5465 N. SCARSDALE CIRCLE
RENO NV 89502

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $109.31

**Priority amount** $109.31

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.5928. **Priority creditor's name and mailing address**

SAMUELS, LOGAN T
7518 JAMESON RD
PARMA OH 44129

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $200.93 | $200.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.5929. **Priority creditor's name and mailing address**

SAN DIEGO COUNTY RECORDER
1600 PACIFIC HIGHWAY ROOM 162
SAN DIEGO CA 92101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $12.00 | $12.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.5930. **Priority creditor's name and mailing address**

SAN, GABRIEL CHRISTINE
237 CALDWELL LOOP
JACKSONVILLE NC 28546

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $292.80 | $292.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.5931.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.5931.** **Priority creditor's name and mailing address**

SAN, JULE MACKENZI M
3434 CASTLEROCK LN
GARLAND TX 75044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $131.42 | $131.42 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5932.** **Priority creditor's name and mailing address**

SANBORN, AMBER
1549 TEXAS AVE
GRAND JUNCTION CO 81501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $141.86 | $141.86 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.5933.** **Priority creditor's name and mailing address**

SANCHEZ, ALIDA L
5074 JONES AVE
RIVERSIDE CA 92505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $181.20 | $181.20 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**2.5934.** **Priority creditor's name and mailing address**

SANCHEZ, ALONDRA
11219 EVESBOROUGH DR
HOUSTON TX 77099

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $553.41 | $553.41 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5935.** **Priority creditor's name and mailing address**

SANCHEZ, AMEYALI
918 DESOTO STREET
2
SAINT PAUL MN 55130

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,274.57 | $2,274.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.5936.** **Priority creditor's name and mailing address**

SANCHEZ, ANDREINA
1002 EL CENTRO AVE
APT 1
EL CENTRO CA 92243-2051

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $240.48 | $240.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5937.** **Priority creditor's name and mailing address**

SANCHEZ, ANGELA M
5720 DAVIS RD
WALKERTOWN NC 27051

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $215.69 | $215.69 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5938.** **Priority creditor's name and mailing address**

SANCHEZ, ARLENY Y
7379 STERLING SPRINGS WAY
BURLINGTON KY 41005

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.77 | $95.77 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5939.** **Priority creditor's name and mailing address**

SANCHEZ, BELLA
288 RICHNECK ROAD
NEWPORT NEWS VA 23608

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $474.21 | $474.21 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5940.** **Priority creditor's name and mailing address**

SANCHEZ, BRITTANY A
4527 SHADBERRY DR
TAMPA FL 33624

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $576.22 | $576.22 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5941.** **Priority creditor's name and mailing address**

SANCHEZ, BRITTNY
7808 BAYSHORE CT.
FT WORTH TX 76179

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,381.44 | $1,381.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5942.** **Priority creditor's name and mailing address**

SANCHEZ, CECILIA D
2567 FOLSOM
2
SAN FRANCISCO CA 94110

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,121.03 | $1,121.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.5943. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

SANCHEZ, CHRYSTIN
4223 N 83RD DR
PHOENIX AZ 85037

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $33.88
Priority amount: $33.88

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5944. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

SANCHEZ, GISELLE
4100 ULINE AVE
ALEXANDRIA VA 22304

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $183.01
Priority amount: $183.01

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5945. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

SANCHEZ, GUERRERO REBECCA
485 N CITRUS AVE
5
ESCONDIDO CA 92027

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $90.24
Priority amount: $90.24

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5946.** **Priority creditor's name and mailing address**

SANCHEZ, JACQUALYN A
206 PUEBLO ROAD
CORONA CA 92882

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $352.80 | $352.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5947.** **Priority creditor's name and mailing address**

SANCHEZ, JIMENEZ STEPHANEE
509 N BERENDO ST
109
LOS ANGELES CA 90004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $104.64 | $104.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5948.** **Priority creditor's name and mailing address**

SANCHEZ, KELSEY E
62 CABOT STREET #6
BEVERLY MA 01915

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $723.42 | $723.42 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.5949. **Priority creditor's name and mailing address**

SANCHEZ, MARCELLA M
22459 WEST LOWER BUCKEYE
BUCKEYE AZ 85336

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $44.33 | $44.33 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5950. **Priority creditor's name and mailing address**

SANCHEZ, MARGARITA
3924 LOGAN AVENUE
SAN DIEGO CA 92113

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $37.82 | $37.82 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5951. **Priority creditor's name and mailing address**

SANCHEZ, MARICELA
3610 HIGH MESA DR.
DALLAS TX 75234

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.14 | $77.14 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5952.** **Priority creditor's name and mailing address**

SANCHEZ, MARITZA J
485 ESTES ST
GURNEE IL 60031-2884

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $71.23 | $71.23 |

**Nonpriority amount**

$0.00

---

**2.5953.** **Priority creditor's name and mailing address**

SANCHEZ, NEREIDA
573 W SAN YSIDRO BLVD #114
APT 12
SAN YSIDRO CA 92173

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $642.57 | $642.57 |

**Nonpriority amount**

$0.00

---

**2.5954.** **Priority creditor's name and mailing address**

SANCHEZ, OLIVIA A
230 MANSFIELD RD
HOLLISTER CA 95023

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.00 | $132.00 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

2.5955.  **Priority creditor's name and mailing address**

SANCHEZ, PATRICIA
5508 DESERT WILLOW LN
KNIGHTDALE NC 27545

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $73.44 | $73.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.5956.  **Priority creditor's name and mailing address**

SANCHEZ, SAMANTHA A
4727 HOLLYBROOK LN.
HOUSTON TX 77039

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $58.40 | $58.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.5957.  **Priority creditor's name and mailing address**

SANCHEZ, SANDRA J
1204 10TH ST.
PLANO TX 75074

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $253.28 | $253.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|

2.5958.  **Priority creditor's name and mailing address**

SANCHEZ, SANDY J
14236 ROSCOE BLVD
APT 1
PANORAMA CITY CA 91402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $531.18

**Priority amount**   $531.18

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5959.  **Priority creditor's name and mailing address**

SANCHEZ, SELENA M
1317 EAST POLK
HARLINGEN TX 78550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $545.10

**Priority amount**   $545.10

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.5960.  **Priority creditor's name and mailing address**

SANCHEZ, SHAWNKIRA
7530 ORCHARD ST
APT 40
RIVERSIDE CA 92504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $1,842.97

**Priority amount**   $1,842.97

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.5961. **Priority creditor's name and mailing address**

SANCHEZ, SIERRA
2717 JEFFERSON ST
ALBUQUERQUE NM 87110

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $184.46 | $184.46 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.5962. **Priority creditor's name and mailing address**

SANCHEZ, VANESSA M
22491 DE BERRY APT N173
GRAND TERRACE CA 92313

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,931.17 | $1,931.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.5963. **Priority creditor's name and mailing address**

SANCHEZ, VANESSA S
4267 KLEIN MEADOWS
NEW BRAUNFELS TX 78130

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $393.17 | $393.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5964.** **Priority creditor's name and mailing address**

SANCHEZ, VICTORIA
2170 RAIN DROP CIR
PITTSBURG CA 94565

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $245.16 | $245.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5965.** **Priority creditor's name and mailing address**

SANCHEZ, VIVIAN
3516 W 65TH PL
CHICAGO IL 60629

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $336.12 | $336.12 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5966.** **Priority creditor's name and mailing address**

SANCHEZ, YADIRA R
3902 LANCOME ST
LAS VEGAS NV 89115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $95.29 | $95.29 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.5967.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.5967.** **Priority creditor's name and mailing address**

SANCHEZ, YESSENIA
3676 DEL SOL BLVD
B
SAN DIEGO CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $586.48

**Priority amount** $586.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5968.** **Priority creditor's name and mailing address**

SANCHEZ, YOLANDA L
5076 SAVANNAH RIVER WAY
107
ORLANDO FL 32839

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,345.14

**Priority amount** $1,345.14

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5969.** **Priority creditor's name and mailing address**

SANCHEZ-PREIADO, DAYSY
14230 MILITARY RD S
TUKWILA WA 98168

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,568.16

**Priority amount** $1,568.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.5970.** **Priority creditor's name and mailing address**

SANDELL, KAYLA M
3814 YORKLAND DR NW APT. 1
COMSTOCK PARK MI 49321

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,437.81 | $1,437.81 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5971.** **Priority creditor's name and mailing address**

SANDER, JACI L
705 HEAVENS DR.
APT. 3
MANDEVILLE LA 70471

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.70 | $66.70 |
| | **Nonpriority amount** |
| | $0.00 |

**2.5972.** **Priority creditor's name and mailing address**

SANDERS, COURTNEY L
4649 TEMESCAL CANYON RD
APT 102
CORONA CA 92883

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $189.24 | $189.24 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.5973.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| SANDERS, CULLEN A<br>397 N RANGE RD<br>COCOA FL 32926 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $114.81 | $114.81<br><br>**Nonpriority amount**<br>$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5974.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| SANDERS, DANYELLE S<br>2301 KENSINGTON PLACE APT H<br>ASHEVILLE NC 28803 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73.13 | $73.13<br><br>**Nonpriority amount**<br>$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.5975.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| SANDERS, HALEY D<br>4616 CAROL LANE<br>SHINGLE SPRINGS CA 95682 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $125.76 | $125.76<br><br>**Nonpriority amount**<br>$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                       Case number *(if known)* **19-10214**

**2.5976.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.5976.** **Priority creditor's name and mailing address**

SANDERS, IJANAE
301 PARKWEST
U5
LANSING MI 48917

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Total claim** | **Priority amount** |
| $69.57 | $69.57 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5977.** **Priority creditor's name and mailing address**

SANDERS, KAYLA R
3820 PENDIENTE CT
N208
SAN DIEGO CA 92124

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Total claim** | **Priority amount** |
| $36.00 | $36.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.5978.** **Priority creditor's name and mailing address**

SANDERS, TASHA N
1915 ROOF STREET
COLUMBIA SC 29223

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| **Total claim** | **Priority amount** |
| $248.75 | $248.75 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.5979. **Priority creditor's name and mailing address**

SANDERS, WHITNEY N
3229 CLEARVIEW DR. SW
MARIETTA GA 30060

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $22.64 | $22.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.5980. **Priority creditor's name and mailing address**

SANDERSON, ERYKA
35 W GREENWICH ST
BETHLEHEM PA 18018

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $244.40 | $244.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.5981. **Priority creditor's name and mailing address**

SANDOVAL, ALMA D
23347 AVE 11
MADERA CA 93637

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.76 | $122.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.5982.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.5982.** **Priority creditor's name and mailing address**

SANDOVAL, ALMA R
844 GOLF COURSE RD
ANTHONY NM 88021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $265.86 | $265.86 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5983.** **Priority creditor's name and mailing address**

SANDOVAL, LAURA
407 W BUCKTHORN ST
INGLEWOOD CA 90301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,369.29 | $2,369.29 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5984.** **Priority creditor's name and mailing address**

SANDOVAL, MARTHA I
8944 LANDER ST.
WESTMINSTER CO 80031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $176.71 | $176.71 |

| **Nonpriority amount** |
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.5985.  **Priority creditor's name and mailing address**

SANDOVAL, NANCY C
18725 RUNNYMEDE STREET
RESEDA CA 91335

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $229.32 | $229.32 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5986.  **Priority creditor's name and mailing address**

SANDOVAL, RAVEN D
3669 PIN OAK AVE
NEW ORLEANS LA 70131

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $29.36 | $29.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.5987.  **Priority creditor's name and mailing address**

SANDOVAL, YOSELIN
9281 BAYBERRY AVE
MANASSAS VA 20110

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $98.53 | $98.53 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.5988.** **Priority creditor's name and mailing address**

SANGARE, RACKY
205 SW 75TH ST
GAINESVILLE FL 32607

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.08 | $72.08 |

**Nonpriority amount**

$0.00

---

**2.5989.** **Priority creditor's name and mailing address**

SANGHAVI, JASH
12781 SW 45TH DR
MIRAMAR FL 33027

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $133.50 | $133.50 |

**Nonpriority amount**

$0.00

---

**2.5990.** **Priority creditor's name and mailing address**

SANKS, ALLAZIA M
922 HOLDERNESS LANE
CINCINNATI OH 45240

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $147.49 | $147.49 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.5991.** **Priority creditor's name and mailing address**

SANTAELLA, BRIANNA
133 4TH PLACE
MCFARLAND CA 93250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $75.84 | $75.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.5992.** **Priority creditor's name and mailing address**

SANTANA, ALEXANDRA
CALLE TOPACIO
D-8 URB. COUNT
CANOVANAS PR 00729

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,167.02 | $1,167.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.5993.** **Priority creditor's name and mailing address**

SANTANA, ALONDRA
13 PLEASANT CIRCLE
METHUEN MA 01844

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $556.34 | $556.34 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

| 2.5994. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.5994.** **Priority creditor's name and mailing address**

SANTANA, ALYSSA M
5706 W GEORGE
2
CHICAGO IL 60634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $122.10

**Priority amount** $122.10

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5995.** **Priority creditor's name and mailing address**

SANTANA, LLEREMI
14101 SW 272ND ST
HOMESTEAD FL 33032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $247.37

**Priority amount** $247.37

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5996.** **Priority creditor's name and mailing address**

SANTANA, LUCERO J
914 S CHESTNUT
MCKINNEY TX 75069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $27.84

**Priority amount** $27.84

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.5997.** **Priority creditor's name and mailing address**

SANTANA, TANYA M
85 ARCH ST
202
NEW BRITAIN CT 06052

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $234.33 | $234.33 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.5998.** **Priority creditor's name and mailing address**

SANTIAGO, ALEXEA L
1821 WISDOM DRIVE
AMARILLO TX 79106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $39.35 | $39.35 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.5999.** **Priority creditor's name and mailing address**

SANTIAGO, ASHLEY M
2809 LYNDSCAPE ST
ORLANDO FL 32833

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $149.31 | $149.31 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.6000.  **Priority creditor's name and mailing address**

SANTIAGO, GABRIELA
EL FARO
#10
VEGA BAJA PR 00693

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $116.32 | $116.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6001.  **Priority creditor's name and mailing address**

SANTIAGO, IVELISSE
129 LOCUST STREET
3W
WATERBURY CT 06704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $12.98 | $12.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6002.  **Priority creditor's name and mailing address**

SANTIAGO, JAHZLYN M
22 BROOKS STREET
CRANSTON RI 02920

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $106.89 | $106.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.6003.** **Priority creditor's name and mailing address**

SANTIAGO, JONATHAN
AVE FRAGOSO
CAROLINA PR 00985

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $62.21 | $62.21 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6004.** **Priority creditor's name and mailing address**

SANTIAGO, KATIRIA
60 HOWARD AVE
LANCASTER PA 17602

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $176.72 | $176.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6005.** **Priority creditor's name and mailing address**

SANTIAGO, KELSIE
852 HOWARD AVE
2
BRIDGEPORT CT 06605

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.20 | $40.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

---

| 2.6006. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.6006. | **Priority creditor's name and mailing address**

SANTIAGO, RACHEL
731 STONE RD
ROCHESTER NY 14616-4428

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,690.49 | $1,690.49 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6007. | **Priority creditor's name and mailing address**

SANTIBANEZ, EMILY N
13102 S WAYSIDE DR
HOUSTON TX 77048

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $170.01 | $170.01 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6008. | **Priority creditor's name and mailing address**

SANTOS, ANDREA E
7783 GLADE CT.
MANASSAS VA 20112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $62.40 | $62.40 |

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| 2.6009. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SANTOS, HAYDEE L
CALLE 1D
COND JARDINES
SAN JUAN PR 00918

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $342.78

**Priority amount** $342.78

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6010.    **Priority creditor's name and mailing address**

SANTOS, KAYLA S
816 CELESTINE CIR
VACAVILLE CA 95687

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $177.84

**Priority amount** $177.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6011.    **Priority creditor's name and mailing address**

SANTOS, MARIA DE LOS A
CALLE 16 BUZON 624
PARC. 201
LA CENTRAL PR 00729

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,453.89

**Priority amount** $2,453.89

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.6012. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SANTOS, SULEIMY R
401 TERAVISTA PARKWAY
928
ROUND ROCK TX 78665

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $180.46

**Priority amount** $180.46

**Nonpriority amount** $0.00

---

**Priority creditor's name and mailing address**    2.6013.

SANTOS, TAYLOR L
341 CANTERBURY CIRCLE NW
FORT WALTON BEACH FL 32548

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $99.07

**Priority amount** $99.07

**Nonpriority amount** $0.00

---

**Priority creditor's name and mailing address**    2.6014.

SANTOS-BERMUDES, PALOMA
94-1081 NALII ST
WAIPAHU HI 96797

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $93.02

**Priority amount** $93.02

**Nonpriority amount** $0.00

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.6015.** **Priority creditor's name and mailing address**

SAPUTO, MELISSA K
813 NORTHAMPTON DRIVE
CRYSTAL LAKE IL 60014

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $588.31 | $588.31 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6016.** **Priority creditor's name and mailing address**

SARACENO, JACQUELINE
5304 GROSSETO WAY
MYRTLE BEACH SC 29579

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.68 | $130.68 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6017.** **Priority creditor's name and mailing address**

SARAGENA, MARVI GAIL M
91-069 FORT WEAVER ROAD
1
EWA BEACH HI 96706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.06 | $127.06 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.6018.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $449.90 | $449.90

SARGENT, JAYDEN A
5713 N. TERRACE CT. 3
PEORIA HEIGHTS IL 61616

☐ Contingent

☐ Unliquidated                                        **Nonpriority amount**

☐ Disputed                                             $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____             WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.6019.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $621.30 | $621.30

SARMIENTO, CATHERINE A
246 SUYDAM ST.
1L
BROOKLYN NY 11237

☐ Contingent

☐ Unliquidated                                        **Nonpriority amount**

☐ Disputed                                             $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____             WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.6020.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $1,526.77 | $1,526.77

SARMIENTO, JASMINE M
3439 MARION STREET
DENVER CO 80205

☐ Contingent

☐ Unliquidated                                        **Nonpriority amount**

☐ Disputed                                             $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____             WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 2007 of 2657

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6021.** **Priority creditor's name and mailing address**

SATCHELL, ASHLEY
623 CHATHAM RD
FAIRLESS HILLS PA 19030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.76 | $127.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6022.** **Priority creditor's name and mailing address**

SAUCEDO, BRIANA I
6022 CAPROCK CT.
APT. 1301
EL PASO TX 79912

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,563.87 | $2,563.87 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6023.** **Priority creditor's name and mailing address**

SAUCEDO, JANNELLE
1277 MIRAMAR WALK
OXNARD CA 93035

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $360.24 | $360.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6024.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.6024.** **Priority creditor's name and mailing address**

SAUCEDO, ROSEMARY N
1715 TARGET AVENUE
TULARE CA 93274

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $200.76 | $200.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6025.** **Priority creditor's name and mailing address**

SAUER, ALEXIS N
1831 CLEARWOOD RD
BALTIMORE MD 21234

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $149.43 | $149.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6026.** **Priority creditor's name and mailing address**

SAUNDERS, CALEY
745 TRACY LN UNIT 146
CLARKSVILLE TN 37040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $96.94 | $96.94 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.6027.** **Priority creditor's name and mailing address**

SAVAGE, KAITLYN M
99 MAGNOLIA DRIVE
GOFFSTOWN NH 03045

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $110.00 | $110.00 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.6028.** **Priority creditor's name and mailing address**

SAVAGE, WHITNEY R
27447 ELSWORTH ST
FARMINGTON HILLS MI 48336

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.97 | $129.97 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.6029.** **Priority creditor's name and mailing address**

SAVINDA, JOANNE M
321 POE DR
PENN HILLS PA 15235-4647

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.77 | $59.77 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                               Case number *(if known)* **19-10214**

| 2.6030. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.6030. **Priority creditor's name and mailing address**

SAVOT, DEJA A
310 CAROLINE DR
A12
LAPLATA MD 20646

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $250.78 | $250.78 |
| | **Nonpriority amount** |
| | $0.00 |

2.6031. **Priority creditor's name and mailing address**

SAWAKED, LANA
7211 OTIS COURT
ARVADA CO 80003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $65.00 | $65.00 |
| | **Nonpriority amount** |
| | $0.00 |

2.6032. **Priority creditor's name and mailing address**

SAYAVONG, BOUALAY L
2016 NORTH 34TH
FORT SMITH AR 72904

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $131.54 | $131.54 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

**2.6033.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
|||||

SAYLES, HANNAH J
7452 ERIE AVE SW
NAVARRE OH 44662

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $140.05

**Priority amount** $140.05

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6034.** **Priority creditor's name and mailing address**

SBARRA, DOMINIQUE J
225 S LIBERTY ST
HAMMONTON NJ 08037

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $118.15

**Priority amount** $118.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6035.** **Priority creditor's name and mailing address**

SCACCIA, JOSLYNN
130 BUSH ST
BUFFALO NY 14207

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $52.50

**Priority amount** $52.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6036.** **Priority creditor's name and mailing address**

SCAGLIONE, ALLYAH N
387 TOMS RIVER ROAD
JACKSON NJ 08527

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $279.13 | $279.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6037.** **Priority creditor's name and mailing address**

SCALES, REBA
3306 TRAVIS AVE
MIDLAND TX 79703-7128

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,076.46 | $2,076.46 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6038.** **Priority creditor's name and mailing address**

SCALLION, KIRA M
2541 CHAUCER COURT
EUGENE OR 97405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $162.65 | $162.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.6039.** **Priority creditor's name and mailing address**

SCARABINO, MERISSA A
7 PORLAMAR CT
TOMS RIVER NJ 08757

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $248.64 | $248.64 |

**Nonpriority amount**

$0.00

---

**2.6040.** **Priority creditor's name and mailing address**

SCARBOROUGH, SARAH F
2931 BIRCHCREEK DR.
WESLEY CHAPEL FL 33544

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $235.78 | $235.78 |

**Nonpriority amount**

$0.00

---

**2.6041.** **Priority creditor's name and mailing address**

SCARBROUGH, ASHLEY N
209 NORTH CONGRESS ST
MENDENHALL MS 39114

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.53 | $35.53 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.6042. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| SCHAAR, LAUREN<br>953 DEERFIELD ST<br>ONTARIO CA 91761 | *Check all that apply.* | $1,845.80 | $1,845.80 |

☐ Contingent

☐ Unliquidated    **Nonpriority amount**

☐ Disputed    $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

2.6043. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| SCHACK, WHITNEY N<br>379 WEST MEYERS AVE<br>HAZEL PARK MI 48030 | *Check all that apply.* | $76.59 | $76.59 |

☐ Contingent

☐ Unliquidated    **Nonpriority amount**

☐ Disputed    $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

2.6044. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| SCHAEFFER, TARA<br>4 THAYER POND DRIVE UNIT 24<br>NORTH OXFORD MA 01537 | *Check all that apply.* | $184.20 | $184.20 |

☐ Contingent

☐ Unliquidated    **Nonpriority amount**

☐ Disputed    $0.00

**Date or dates debt was incurred**    **Basis for the claim:**

_____    WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                                     Case number *(if known)* **19-10214**

**2.6045.** **Priority creditor's name and mailing address**

SCHEERSCHMIDT, LEXI R
2200 WILLOW OAK CIR.
212
VA BEACH VA 23451

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $779.90 | $779.90 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6046.** **Priority creditor's name and mailing address**

SCHENK, SARAH N
1325 ANITA STREET
PUEBLO CO 81001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $222.56 | $222.56 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6047.** **Priority creditor's name and mailing address**

SCHERBERGER, MEGAN L
5925 W MARY JANE LANE
GLENDALE AZ 85306

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $97.90 | $97.90 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

**2.6048.** **Priority creditor's name and mailing address**

SCHETROMA, REGINA
1480 N BAILEY RD
DOWNINGTOWN PA 19335

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $106.80 | $106.80 |

**Nonpriority amount**

$0.00

**2.6049.** **Priority creditor's name and mailing address**

SCHICK, CARRIE L
725 ST.CLAIR AVE
ERIE PA 16505-3230

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,648.61 | $3,648.61 |

**Nonpriority amount**

$0.00

**2.6050.** **Priority creditor's name and mailing address**

SCHITA, TIFFANY A
2627 NW 33RD ST
APT 2212
OAKLAND PARK FL 33309

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $102.96 | $102.96 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

2.6051. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

SCHLEGEL, ANNE M
302 JACQUELINE LANE
JACKSON MO 63755

*Check all that apply.*

Total claim: $531.85
Priority amount: $531.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6052. **Priority creditor's name and mailing address**

SCHLEGEL, AUBREANNA
221 N VINE ST.
WICHITA KS 67203

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Total claim** $4,195.28
**Priority amount** $4,195.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6053. **Priority creditor's name and mailing address**

SCHLUMP, CORY D
317 GROVELAND AVE
APT 109
MINNEAPOLIS MN 55403

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Total claim** $10,751.09
**Priority amount** $10,751.09

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.6054.** **Priority creditor's name and mailing address**

SCHLURENSAUER, TIFFANY K
15 COTTAGE STREET
SALT POINT NY 12578

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,062.31 | $3,062.31 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.6055.** **Priority creditor's name and mailing address**

SCHMIDT, EMILY A
3819 EAST AVE.
#36
LIVERMORE CA 94550

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $396.41 | $396.41 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.6056.** **Priority creditor's name and mailing address**

SCHMIDT, SYDNEY
14632 WHISPERING BREEZE DR.
FISHERS IN 46037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.52 | $126.52 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.6057. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SCHMOLDT, SAMANTHA
943 HOLLYBROOK DR
INEZ TX 77968

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $131.20 | $131.20 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6058.    **Priority creditor's name and mailing address**

SCHNEBERGER, ALYSIA M
7800 WOODMAN AVE
APT 123
PANORAMA CITY CA 91402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $348.89 | $348.89 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6059.    **Priority creditor's name and mailing address**

SCHOENEMAN, STEPHANIE R
1806 NE 41ST CIRCLE
VANCOUVER WA 98663

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $571.73 | $571.73 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

**2.6060.** **Priority creditor's name and mailing address**

SCHOONMAKER, THERESIA A
12 BEL AIR FARM RD
MILLBROOK NY 12545

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $158.51 | $158.51 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6061.** **Priority creditor's name and mailing address**

SCHREINER, NICOLE M
323 WELLINGTON CT
JACKSON NJ 08527

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $159.74 | $159.74 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6062.** **Priority creditor's name and mailing address**

SCHROEDER, SAMANTHA
2096 WINDBROOK DR SE
PALM BAY FL 32909

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $410.87 | $410.87 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.6063.** **Priority creditor's name and mailing address**

SCHROTH, JAMIE L
222 CEDAR GROVE ROAD
TOMS RIVER NJ 08753

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $169.48 | $169.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6064.** **Priority creditor's name and mailing address**

SCHULD, MIA R
26159 HAWTHORNE COURT
OLMSTED FALLS OH 44138

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,028.78 | $1,028.78 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6065.** **Priority creditor's name and mailing address**

SCHULTZ, SAMANTHA A
1524 ROYAL GATE DR
NEW BRAUNFELS TX 78132-2423

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,891.00 | $1,891.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.6066.  **Priority creditor's name and mailing address**

SCHUSTER, JULIE L
308 SAN GABRIEL STREET
WINTER SPRINGS FL 32708

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $321.06 | $321.06 |

**Nonpriority amount**

$0.00

---

2.6067.  **Priority creditor's name and mailing address**

SCHWENDEMAN, AMY K
1046 BAYRIDGE DRIVE
LEWIS CENTER OH 43035

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,037.65 | $5,037.65 |

**Nonpriority amount**

$0.00

---

2.6068.  **Priority creditor's name and mailing address**

SCIANNA, NATALIE E
2113 SOUTH SORRENTO HILLS ROAD
SAINT AUGUSTINE FL 32092

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $209.81 | $209.81 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.6069.  **Priority creditor's name and mailing address**

SCIMECA, ROSETTA M
125 S ZURICH AVE
EGG HARBOR CITY NJ 08215

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $616.67 | $616.67 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6070.  **Priority creditor's name and mailing address**

SCIOLI, ANTHONY J
611 ELM STREET
BIRSDBORO PA 19508

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.16 | $36.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6071.  **Priority creditor's name and mailing address**

SCOTT, ARENITA
2420 LYNCREST DR
COLORADO SPRINGS CO 80918

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $89.91 | $89.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.6072. **Priority creditor's name and mailing address**

SCOTT, ASHLYN B
3033 PORTULACA DRIVE
ROUND ROCK TX 78681

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.74 | $66.74 |

**Nonpriority amount**

$0.00

---

2.6073. **Priority creditor's name and mailing address**

SCOTT, BREONA M
72 FOXWELL BEND RD
GLEN BURNIE MD 21061

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $224.63 | $224.63 |

**Nonpriority amount**

$0.00

---

2.6074. **Priority creditor's name and mailing address**

SCOTT, BRITTNEY
31623 WALLER TOMBALL ROAD
WALLER TX 77484

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $0.00 | $0.00 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.6075.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
SCOTT, CORINNE
10 NORLAND COURT
SARATOGA SPRINGS NY 12866

*Check all that apply.*                 $403.71                $403.71

☐ Contingent

☐ Unliquidated                                        **Nonpriority amount**

☐ Disputed                                            $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.6076.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
SCOTT, DARONDA A
273 PULLMAN AVE
ROCHESTER NY 14626

*Check all that apply.*                 $338.00                $338.00

☐ Contingent

☐ Unliquidated                                        **Nonpriority amount**

☐ Disputed                                            $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.6077.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
SCOTT, HAILEY C
700 BEVERLY HILLS RD APT #836
836
HATTIESBURG MS 39401

*Check all that apply.*                 $116.36                $116.36

☐ Contingent

☐ Unliquidated                                        **Nonpriority amount**

☐ Disputed                                            $0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6078.** **Priority creditor's name and mailing address**

SCOTT, HALEY A
1869 WATSON AVE
APT. 2
BRONX NY 10472

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $201.26 | $201.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6079.** **Priority creditor's name and mailing address**

SCOTT, KRISTIONA K
3753 FAIRWAY DRIVE
APT 22B
LA MESA CA 91941

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $62.16 | $62.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6080.** **Priority creditor's name and mailing address**

SCOTT, TAEJAHA N
288 WHEELER AVE
BRIDGEPORT CT 06606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $82.82 | $82.82 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.6081.  **Priority creditor's name and mailing address**

SCRUGGS, ANA J
32571 ROTHENBERG DR
TEMECULA CA 92592

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $336.72 | $336.72 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.6082.  **Priority creditor's name and mailing address**

SCUDERI, JESSICA
525 NW PINESAP PL
JENSEN BEACH FL 34957

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $606.92 | $606.92 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.6083.  **Priority creditor's name and mailing address**

SCURRY, SAMANTHA
191 CARLTON DR EAST
SHIRLEY NY 11967

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,995.97 | $1,995.97 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6084.** **Priority creditor's name and mailing address**

SCUTT, HALEIGH
21581 WEST 215TH ST
SPRING HILL KS 66083

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $117.45 | $117.45 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6085.** **Priority creditor's name and mailing address**

SCYOC, KAYLA M
435 ERIE COURT
SHELBYVILLE KY 40065

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $344.52 | $344.52 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6086.** **Priority creditor's name and mailing address**

SEAGO, KATHRYN
325 OSTEMO PL.
SOUTH BEND IN 46617

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $70.20 | $70.20 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.6087.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

SEALEY, DIAMOND L
130-17 225TH ST
NEW YORK NY 11413

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $147.60

Priority amount: $147.60

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6088.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

SEALS, COURTNEY B
7440 NEW VISTA DR
ASHLAND KY 41102

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $200.46

Priority amount: $200.46

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6089.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

SEALS, KYLIE M
4143 YOSEMITE BLVD
SPC D2
MODESTO CA 95357

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $70.20

Priority amount: $70.20

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.6090. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

2.6090.  **Priority creditor's name and mailing address**

SEARCY, KRISTEN L
36811 THINBARK
WAYNE MI 48184-2424

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,090.58 | $3,090.58 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6091.  **Priority creditor's name and mailing address**

SEBASTIAN, HENNESSY M
487 DEBORAH DRIVE
UTICA NY 13502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $690.96 | $690.96 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6092.  **Priority creditor's name and mailing address**

SECLETER, JULIA B
1950 42ND WAY NORTH
ST PETERSBURG FL 33713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $234.34 | $234.34 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.6093. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.6093.** **Priority creditor's name and mailing address**

SEDA, CARMEN I
53 KNIGHT ST
53
CENTRAL FALLS RI 02863

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $54.96 | $54.96 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6094.** **Priority creditor's name and mailing address**

SEDIVY, KELLEY D
5 VILLA GARDENS COURT
ROSEVILLE CA 95678

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $112.56 | $112.56 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6095.** **Priority creditor's name and mailing address**

SEEL, ANNIE M
4249 SE WISCONSIN
TOPEKA KS 66609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $96.14 | $96.14 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

2.6096. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**

SEELEY, HANNAH P
1425 W ARROWHEAD ROAD
DULUTH MN 55811

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $311.43

**Priority amount** $311.43

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6097. **Priority creditor's name and mailing address**

SEGOBIA, ANNALYSE L
1935 WYOMING AVE.
LAS CRUCES NM 88001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $74.24

**Priority amount** $74.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6098. **Priority creditor's name and mailing address**

SEGUNDO, JATZIRI M
2762 SCOTLAND DR
COLUMBUS IN 47203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $124.40

**Priority amount** $124.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.6099. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.6099.** **Priority creditor's name and mailing address**

SEGURA, BIANCA V
2307 OAK BEACH BLVD
SEBRING FL 33875

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $1,498.16

**Priority amount**    $1,498.16

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6100.** **Priority creditor's name and mailing address**

SEIBEL, SAMANTHA
2533 ALDRINGHAM ROAD
TOLEDO OH 43606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $637.89

**Priority amount**    $637.89

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6101.** **Priority creditor's name and mailing address**

SEIBOLD, CHRISTINE S
2759 RANCH ROAD 32
BLANCO TX 78606-4704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $6,254.07

**Priority amount**    $6,254.07

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6102.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.6102.** **Priority creditor's name and mailing address**

SEILER, DANIELLE A
210 BOLIVAR DR
YORKTOWN VA 23692-4917

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $2,594.52 | $2,594.52 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6103.** **Priority creditor's name and mailing address**

SEIVWRIGHT, AFRICA
1685 WEDEKIND ROAD APT F
APT F
RENO NV 89512

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $8.91 | $8.91 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6104.** **Priority creditor's name and mailing address**

SEKANDER, DUNIA
397 TYRONE STREET
EL CAJON CA 92020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $29.64 | $29.64 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6105.** **Priority creditor's name and mailing address**

SELA, - BUDI JULIE A
10581 GREENWOOD ROAD
GLEN ALLEN VA 23059

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $184.56 | $184.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6106.** **Priority creditor's name and mailing address**

SELLERS, ASPEN N
1824 W DONALD CIR
BOISE ID 83706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $494.90 | $494.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6107.** **Priority creditor's name and mailing address**

SELVEY, KAYLYNN N
415 4TH STREET
NEW CUMBERLAND PA 17070

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $111.29 | $111.29 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6108.** **Priority creditor's name and mailing address**

SEMAS, JOCELYN M
795 AUBURN ST
BRIDGEWATER MA 02324

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $659.40 | $659.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6109.** **Priority creditor's name and mailing address**

SEMIDEY, JESSICA
12 EDDY ST
CUMBERLAND RI 02864-7809

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,680.60 | $3,680.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6110.** **Priority creditor's name and mailing address**

SEMUHUNGU, AMADORE
51142 BRIDLEWOOD CIRCLE
GRANGER IN 46530

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $193.09 | $193.09 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6111.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**Priority creditor's name and mailing address**

SENAKIT, KAMPAN
103 FIVE ISLAND BLVD
#103
PANAMA CITY BEACH FL 32407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $181.53 | $181.53 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6112.** **Priority creditor's name and mailing address**

SENEWIRATNE, YASARA
4214 BRITTANY DRIVE
ELLICOTT CITY MD 21043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.34 | $135.34 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6113.** **Priority creditor's name and mailing address**

SERBIAN, BAYLEE C
3314 VINA COURT
NORTH LAS VEGAS NV 89032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $102.71 | $102.71 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.6114.  **Priority creditor's name and mailing address**

SERGIO, CHRISTIAN E
CN28 CALLE 153
CALLE 153 CN28
CAROLINA PR 00983-2043

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $102.81 | $102.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6115.  **Priority creditor's name and mailing address**

SERINO, MARIA J
2800 TURNER RD #40
SAN BENITO TX 78586

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $141.52 | $141.52 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6116.  **Priority creditor's name and mailing address**

SERNA, ISABELLA L
2735 23RD STREET WEST
BRADENTON FL 34205

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $192.74 | $192.74 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6117.** **Priority creditor's name and mailing address**

SERNA, VICTORIA A
1223 W CAMILE ST
SANTA ANA CA 92703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $663.44 | $663.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6118.** **Priority creditor's name and mailing address**

SERRANO, ANGELICA M
2329 W 66TH PLACE
HIALEAH FL 33016

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $561.66 | $561.66 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6119.** **Priority creditor's name and mailing address**

SERRANO, GUADALUPE
220 LONE TREE RD
HOLLISTER CA 95023

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.48 | $108.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.6120.** **Priority creditor's name and mailing address**

SERRAON, IDA LOUISSE
200 DEERPATH RD.
HICKORY CREEK TX 75065

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $94.81 | $94.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6121.** **Priority creditor's name and mailing address**

SERRATO, KARLA
726 CYPRESS AVE
FRESNO TX 77545-8474

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,030.72 | $3,030.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6122.** **Priority creditor's name and mailing address**

SERRATOS, TERESA J
3929 REED ST. #1
BOISE ID 83705

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $57.42 | $57.42 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.6123. | **Priority creditor's name and mailing address** | | |

**Priority creditor's name and mailing address**

SERRITOS, ELIZABETH A
10320 CENTRAL AVE UNIT 307
OAK LAWN IL 60453

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,610.40 | $1,610.40 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.6124.  **Priority creditor's name and mailing address**

SERVELLON, KATYA Y
3101 DULWICH DR
NORTH CHESTERFIELD VA 23234-3809

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,811.73 | $2,811.73 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.6125.  **Priority creditor's name and mailing address**

SETLAK-ANASTOS, LESLIE S
4204 E. CHAPAROSA WAY
CAVE CREEK AZ 85331

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $436.39 | $436.39 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                   Case number *(if known)* **19-10214**

---

**2.6126.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.6126.** **Priority creditor's name and mailing address**

SEVERINO, SOHEILA C
2921 BERKLEY ST
CAMDEN NJ 08105

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $166.38 | $166.38 |

**Nonpriority amount**

$0.00

---

**2.6127.** **Priority creditor's name and mailing address**

SEYMORE, JASMINE A
2772 N. 60TH ST.
MILWAUKEE WI 53210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $89.31 | $89.31 |

**Nonpriority amount**

$0.00

---

**2.6128.** **Priority creditor's name and mailing address**

SHABAN, ONSHOUDA S
112 TUMBLEBROOK ROAD
MERIDEN CT 06450

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $176.85 | $176.85 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.6129. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**

SHAFFER, CAMERON B
128 WINDING WAY
COLUMBIA SC 29212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $106.94

**Priority amount** $106.94

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6130. **Priority creditor's name and mailing address**

SHAHID, JAVERIA
55 BURNET ST
AVENEL NJ 07001-1724

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $114.61

**Priority amount** $114.61

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6131. **Priority creditor's name and mailing address**

SHANAHAN, HALAYNEA R
2650 HORSESHOE TRAIL
HASTINGS MI 49058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $243.44

**Priority amount** $243.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

2.6132. **Priority creditor's name and mailing address**

SHANKS, MEAGHAN
1119 NEW BOSTON RD
FALL RIVER MA 02720

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.76 | $95.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.6133. **Priority creditor's name and mailing address**

SHANNON, LEISA M
525 WEST 7TH STREET
EDMOND OK 73003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,135.06 | $3,135.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.6134. **Priority creditor's name and mailing address**

SHARKEY, DEJA R
58 ANTHONY ST
1
EAST PROVIDENCE RI 02914

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $134.40 | $134.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.6135.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SHARKEY, MARTINA<br>10831 REXDALE AVE<br>PORT RICHEY FL 34668-2550 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $658.55 | $658.55 |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Priority amount**
$658.55

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6136.** **Priority creditor's name and mailing address**

SHARP, JORDAN L
334 DRAKE ST APT B
JONESBORO AR 72401

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$407.13

**Priority amount**
$407.13

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6137.** **Priority creditor's name and mailing address**

SHARP, LAUREN N
1103 BILLY COVE
POCAHONTAS AR 72455

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$114.24

**Priority amount**
$114.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.6138. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.6138.** **Priority creditor's name and mailing address**

SHARP, TEZSANAEE
28715 BAYBERRY CT W
LIVONIA MI 48154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $126.73

**Priority amount** $126.73

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6139.** **Priority creditor's name and mailing address**

SHARRAI, ALISSANDRA
100 SW KNOX AVE
TOPEKA KS 66606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $57.33

**Priority amount** $57.33

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6140.** **Priority creditor's name and mailing address**

SHAW, CENCIA K
125 AOLOA LOOP
KAHULUI HI 96732

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $656.88

**Priority amount** $656.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6141.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

SHEA, MARY C
2301 SAINT BRIDES RD W
CHESAPEAKE VA 23322

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $90.18 | $90.18 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6142.** **Priority creditor's name and mailing address**

SHEARON, JESSICA J
342 HARPER DR
CLARKSVILLE TN 37043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $35.65 | $35.65 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6143.** **Priority creditor's name and mailing address**

SHEFFIELD, ALICIA S
150 WESTPARK DRIVE
APT 607
ATHENS GA 30606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $2,613.97 | $2,613.97 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.6144.** | **Priority creditor's name and mailing address** | $113.74 | $113.74 |

**2.6144.** **Priority creditor's name and mailing address**

SHEFFIELD, MIRIAM A
7214 W SANDRA TERRACE
PEORIA AZ 85382

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $113.74

**Priority amount** $113.74

**Nonpriority amount**

$0.00

---

**2.6145.** **Priority creditor's name and mailing address**

SHEIKH, MARYAN Y
124 PATRICK ST SE
266
VIENNA VA 22180

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $210.41

**Priority amount** $210.41

**Nonpriority amount**

$0.00

---

**2.6146.** **Priority creditor's name and mailing address**

SHELL-YOUNG, JAIZAE L
343 AMHERST DRIVE
SPARTANBURG SC 29306

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim** $104.59

**Priority amount** $104.59

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6147.** **Priority creditor's name and mailing address**

SHELTMAN, CHELSEA
3255 GATEWAY STREET
APT 237
SPRINGFIELD OR 97477

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $649.04 | $649.04 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6148.** **Priority creditor's name and mailing address**

SHELTON, CAITLIN
6451 BLUE LEAF LN
JACKSONVILLE FL 32244

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $351.09 | $351.09 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6149.** **Priority creditor's name and mailing address**

SHEPARD, BROOKE
11755 NORBOURNE DR
1008
CINCINNATI OH 45240

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $143.04 | $143.04 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.6150. **Priority creditor's name and mailing address**

SHEPHERD, STEPHANIE
3431 VICTORY PALM DRIVE
EDGEWATER FL 32141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,024.96 | $3,024.96 |

**Nonpriority amount**

$0.00

---

2.6151. **Priority creditor's name and mailing address**

SHEPPARD, BERNICE C
607 GORDON ST.
JEFFERSON GA 30549

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $325.16 | $325.16 |

**Nonpriority amount**

$0.00

---

2.6152. **Priority creditor's name and mailing address**

SHEPPARD, GABRIELLA A
313 MEADOWS DRIVE
GALLOWAY NJ 08205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $245.06 | $245.06 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

---

**2.6153.** **Priority creditor's name and mailing address**

SHERMAN, GLENN
262 EASTGATE DRIVE
PMB #252
AIKEN SC 29803

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $9,298.03 | $9,298.03 |

**Nonpriority amount**

$0.00

---

**2.6154.** **Priority creditor's name and mailing address**

SHERMAN, QUANDRA L
7374 S. WILKESON STREET
APT D
TACOMA WA 98408

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $212.66 | $212.66 |

**Nonpriority amount**

$0.00

---

**2.6155.** **Priority creditor's name and mailing address**

SHERMAN, SOPHIA M
41 GREEN VILLAGE RD
MADISON NJ 07940

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $145.59 | $145.59 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

**2.6156.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| SHERMAN, ZOIE R<br>914 N TUCANA LANE<br>GILBERT AZ 85234 | *Check all that apply.* | $141.90 | $141.90 |

☐ Contingent

☐ Unliquidated                                                 **Nonpriority amount**

☐ Disputed                                                     $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____            WAGES & PTO

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY**     ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6157.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| SHIELDS, CHAZNEY<br>2105 MESA VALLEY WAY<br>1310<br>AUSTELL GA 30106 | *Check all that apply.* | $148.50 | $148.50 |

☐ Contingent

☐ Unliquidated                                                 **Nonpriority amount**

☐ Disputed                                                     $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____            WAGES & PTO

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY**     ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6158.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| SHIELDS, JUSTYN D<br>8536 MAURER ROAD<br>115<br>LENEXA KS 66219 | *Check all that apply.* | $259.62 | $259.62 |

☐ Contingent

☐ Unliquidated                                                 **Nonpriority amount**

☐ Disputed                                                     $0.00

**Date or dates debt was incurred**        **Basis for the claim:**

_____            WAGES & PTO

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY**     ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.6159. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SHIER, MEGAN S<br>63 ADAMS LAKE DR<br>APT 5<br>WATERFORD MI 48328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,743.71 | $3,743.71<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.6160. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SHIMABUKU, SHANTEL<br>94-824 LUMIAUAU ST<br>APT V102<br>WAIPAHU HI 96797-4851 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,408.22 | $2,408.22<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.6161. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SHIRTLIFF, JAMI R<br>3915 ROBIN AVE<br>EUGENE OR 97402-6303 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,148.60 | $2,148.60<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6162.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SHIVELY, CARLISHIA
234 STATE ST APT 607
DETROIT MI 48226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $192.53 | $192.53 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6163.**

**Priority creditor's name and mailing address**

SHOE, RAEGAN
2306 BROOKHOLLOW TERRACE
GEORGETOWN TX 78626

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $170.96 | $170.96 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6164.**

**Priority creditor's name and mailing address**

SHOEMAKER, SARAH M
1663 MORNINGSIDE DR. SE
GRAND RAPIDS MI 49506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $406.35 | $406.35 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.6165.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
| | | |
SHOFROTH, TRINA R | | | $1,384.65 | $1,384.65
6866 VAN BUREN PL. | | |
MERRILLVILLE IN 46410 | ☐ Contingent | |

☐ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.6166.** | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount**

SHOOP, HANNAH E

$152.69 — $152.69

**As of the petition filing date, the claim is:** *Check all that apply.*

10 NW MARKET STREET
APT B
LEE'S SUMMIT MO 64063

☐ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☐ Yes

---

**2.6167.** | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount**

SHORT, JASMINE A

$1,145.95 — $1,145.95

**As of the petition filing date, the claim is:** *Check all that apply.*

23812 SPRINGS COURT
BUILDING 4 AP
PLAINFIELD IL 60585

☐ Contingent

☐ Unliquidated

**Nonpriority amount**

☐ Disputed

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

_____

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.6168.** **Priority creditor's name and mailing address**

SHORT, MARY-MARGARET L
2017 JESSICA WAY
NAVARRE FL 32566-2947

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $3,753.60 | $3,753.60 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6169.** **Priority creditor's name and mailing address**

SHORT, SYDNEY
106 CHELSEY ST
SCOTT CITY MO 63780-1564

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $83.24 | $83.24 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6170.** **Priority creditor's name and mailing address**

SHORTAL, ASHLEY L
12589 AGATITE RD
JACKSONVILLE FL 32258

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $1,970.73 | $1,970.73 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.6171.** **Priority creditor's name and mailing address**

SHORTS, ALEXANDRIA C
7145 FOUNDERS CLUB CT
CHARLOTTE NC 28269

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $137.59 | $137.59 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6172.** **Priority creditor's name and mailing address**

SHOSHOO, SKYLAR A
1128 S WHIPPOORWILL LN
MADISON 211
PALATINE IL 60067

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $246.68 | $246.68 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6173.** **Priority creditor's name and mailing address**

SHOTWELL, KAREN
9889 CYPRESSWOOD DR
#9210
HOUSOTN TX 77070

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $777.27 | $777.27 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

2.6174. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**

SHOWALTER, APRIL R
640 FRANK GRIFFIN AVE
PLANT CITY FL 33565

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $407.88

**Priority amount** $407.88

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.6175. **Priority creditor's name and mailing address**

SHUFORD, DAJANA L
1205 STEPHEN DRIVE
2
PANAMA CITY FL 32405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $50.75

**Priority amount** $50.75

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.6176. **Priority creditor's name and mailing address**

SHUMPERT, GABRIELLE
2751 BEASLEY DRIVE
TUPELO MS 38801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $103.26

**Priority amount** $103.26

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6177.** **Priority creditor's name and mailing address**

SHUMWAY, AUBREY
1150 S. CLARIZZ BLVD.
#339
BLOOMINGTON IN 47401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.25 | $95.25 |

**Nonpriority amount**

$0.00

---

**2.6178.** **Priority creditor's name and mailing address**

SIBBY, QUINCI
1760 W ROCKET DR
TOLEDO OH 43606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $75.67 | $75.67 |

**Nonpriority amount**

$0.00

---

**2.6179.** **Priority creditor's name and mailing address**

SIBRIAN, DIANA C
18621 MUSTARD SEED CT
GERMANTOWN MD 20874

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $128.51 | $128.51 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.6180. **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** / **Priority amount** |

2.6180. **Priority creditor's name and mailing address**

SICILIANO, NICOLE M
813 NORTH LAKE CLAIRE CIRCLE
OVIEDO FL 32765

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $276.48 | $276.48 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.6181. **Priority creditor's name and mailing address**

SIDDEEQ, TATYANA D
1686 BALDWIN PARK DRIVE
TALLAHASSEE FL 32304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $383.78 | $383.78 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.6182. **Priority creditor's name and mailing address**

SIDHU, JASLEEN K
16491 UPPER PASTURE
LATHROP CA 95330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $133.80 | $133.80 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.6183. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.6183.  **Priority creditor's name and mailing address**

SIEBENALER, JESSICA L
1901 28TH RD.
WAVERLY KS 66871

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $173.02

**Priority amount**  $173.02

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6184.  **Priority creditor's name and mailing address**

SIEFKEN, AMY L
2327 S 142 CT BLDG 16
18
OMAHA NE 68144

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $299.67

**Priority amount**  $299.67

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6185.  **Priority creditor's name and mailing address**

SIEGEL, CARLI J
1177 BERGMANN DR
STILLWATER MN 55082

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $198.68

**Priority amount**  $198.68

**Nonpriority amount**  $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6186.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Check all that apply.

SIEMENS, ERICA S
P.O. BOX 6207
GOODYEAR AZ 85338

Total claim: $6,934.16
Priority amount: $6,934.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6187.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Check all that apply.

SIERRA, EILEEMARYS
31 CALLE ROSA
31 CALLE ROSA
CAROLINA PR 00979-7501

Total claim: $450.51
Priority amount: $450.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6188.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Check all that apply.

SIFUENTES, TANYA M
6936 MARGUERITA AVE
RIVERSIDE CA 92506

Total claim: $762.30
Priority amount: $762.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6189.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | SIGETY, RACHEL M<br>2779 GLORIETTA DRIVE<br>HOWELL MI 48843 | *Check all that apply.*<br>☐ Contingent | $157.14 | $157.14 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $157.14

**Priority amount** $157.14

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6190.** **Priority creditor's name and mailing address**

SIGMUND, MORGAN N
P.O. BOX 175
TROY MO 63379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $49.19

**Priority amount** $49.19

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6191.** **Priority creditor's name and mailing address**

SIGUENZA, TIFFANY L
5 ELWELL PL
DANBURY CT 06810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $278.16

**Priority amount** $278.16

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                       Case number *(if known)* **19-10214**

**2.6192.** **Priority creditor's name and mailing address**

SILENCIEUX, ASHIA
951 BEACON PKWY E.
BIRMINGHAM AL 35209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,128.96 | $4,128.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6193.** **Priority creditor's name and mailing address**

SILERIO, JENNIFER
4701 CRIMSON LEAF DR.
LAS VEGAS NV 89130

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $179.84 | $179.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6194.** **Priority creditor's name and mailing address**

SILVA, DEBBIE
7614 HARBOR BEND CIR
ORLANDO FL 32822

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $6,277.03 | $6,277.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

| | | | | |
|---|---|---|---|---|

**2.6195.** **Priority creditor's name and mailing address**

SILVA, KIMBERLY
24115 COTTONWOOD AVE
#159
MORENO VALLEY CA 92553

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $114.00 | $114.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6196.** **Priority creditor's name and mailing address**

SILVA, SELENA M
2241 E. CALLE ARROYO LINDO
TUCSON AZ 85706-3101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.78 | $76.78 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6197.** **Priority creditor's name and mailing address**

SILVA, VANEZA E
1254 E FOX CHASE DR
ROUND LAKE BEACH IL 60073

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $592.06 | $592.06 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6198.** **Priority creditor's name and mailing address**

SILVA, XOCHILT G
796 MERCEDES PLACE
TERRYTOWN LA 70056

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $568.80 | $568.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6199.** **Priority creditor's name and mailing address**

SIMISTER, BRITANIA P
103 OLD FORT RD
ATHENS GA 30606-1435

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $114.30 | $114.30 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6200.** **Priority creditor's name and mailing address**

SIMMONS, DANIELLE D
264 MATTOX RD
TUPELO MS 38801-9189

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $29.95 | $29.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6201.** **Priority creditor's name and mailing address**

SIMMONS, DANIELLE R
590 GOVERNOR TREUTLEN CIRCLE
POOLER GA 31322

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.24 | $122.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6202.** **Priority creditor's name and mailing address**

SIMMONS, KA'RIAH P
2900 N. MENOMONEE RIVER PKWY
MILWAUKEE WI 53222

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.38 | $36.38 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6203.** **Priority creditor's name and mailing address**

SIMMONS, KARINNA
1550 W PLANO PKWY APT # 2272
PLANO TX 75075

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.28 | $129.28 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                               Case number *(if known)* **19-10214**

**2.6204.** **Priority creditor's name and mailing address**

SIMMONS, YAZMIN L
4775 38TH CIR
VERO BEACH FL 32967

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $32.15 | $32.15 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6205.** **Priority creditor's name and mailing address**

SIMMS, ANESIA B
2946 WASHINGTON BLVD
INDIANAPOLIS IN 46208

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $320.03 | $320.03 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6206.** **Priority creditor's name and mailing address**

SIMON, NICOLE D
1314 CHINOOK TRAIL
12
FRANKFORT KY 40601

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☐ Contingent | $152.55 | $152.55 |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6207.** **Priority creditor's name and mailing address**

SIMONS, TRICINA
92 38 175TH STREET
2A
JAMAICA NY 11433

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $522.60 | $522.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6208.** **Priority creditor's name and mailing address**

SIMPSON, ARIEL
2013 CASTLE DR. APT A
GARLAND TX 75040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $550.43 | $550.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6209.** **Priority creditor's name and mailing address**

SIMPSON, BRIA
1436 E LAKEVIEW DR APT 301
JOHNSON CITY TN 37601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $534.33 | $534.33 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6210.** **Priority creditor's name and mailing address**

SIMPSON, BRIANA
1415 FOX SEDGE TRAIL
WOODSTOCK IL 60098

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $443.11 | $443.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6211.** **Priority creditor's name and mailing address**

SIMS, ALLISON R
2213 CAMPUS VILLAGE AVE.
SAGINAW MI 48604

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.31 | $76.31 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6212.** **Priority creditor's name and mailing address**

SIMS, JAYLA
8144 MEADOW VALE DR
MEMPHIS TN 38125-3209

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $331.38 | $331.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

**2.6213.** **Priority creditor's name and mailing address**

SIMS, RUTH
3202 S MASON AVENUE
J105
TACOMA WA 98409

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $188.09 | $188.09 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6214.** **Priority creditor's name and mailing address**

SIMS, SAQUOIA M
PO BOX 92
LOCUST GROVE GA 30248

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.45 | $69.45 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6215.** **Priority creditor's name and mailing address**

SINAMBAN, TRISHA
6040 LAMBERT BRIDGE AVE.
LAS VEGAS NV 89139

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $24.92 | $24.92 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor  **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.6216.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SING, JONTE P<br>46-271 KAHUHIPA STREET<br>E106<br>KANEOHE HI 96744 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $114.95 | $114.95<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.6217.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SINGAL, SONALI<br>9 HICKORY LANE<br>NORTH BRUNSWICK NJ 08902 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $173.02 | $173.02<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

**2.6218.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SINGH, JASMINE<br>1635 SHERBOURNE RD<br>VALLEY STREAM NY 11580 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $627.66 | $627.66<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| 2.6219. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SINGLETARY, MALIK T
32 LATTIMORE RD
CAMERON NC 28326

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $119.27

**Priority amount** $119.27

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6220.  **Priority creditor's name and mailing address**

SINIO, AIKO K
3358 LEGACY DRIVE
LOCKPORT IL 60441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $168.05

**Priority amount** $168.05

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6221.  **Priority creditor's name and mailing address**

SINKER, ALYSSA A
1 FAIRVIEW AVE APT. 6
YORKVILLE NY 13495-1744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,497.15

**Priority amount** $1,497.15

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.6222. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SINOHUE, ALLIE R
15251 SENECA RD
7
VICTORVILLE CA 92392

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $69.60

**Priority amount** $69.60

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6223. **Priority creditor's name and mailing address**

SINOTO, ITZEL A
7221 WESTBROOK AVE
LAS VEGAS NV 89147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $150.97

**Priority amount** $150.97

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6224. **Priority creditor's name and mailing address**

SIRAKIS, TARA
1868 COVER DRIVE
POLAND OH 44514

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $340.14

**Priority amount** $340.14

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

| 2.6225. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.6225.** **Priority creditor's name and mailing address**

SISON, JORDAN A
611 PETERSON FARM COURT
RIVER VALE NJ 07675

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $184.26 | $184.26 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6226.** **Priority creditor's name and mailing address**

SITTON, KRYSTAL
24108 NEW MOUNTAIN RD
ALDIE VA 20105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $66.69 | $66.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6227.** **Priority creditor's name and mailing address**

SIVAR, SUSAN
10053 BENGAL FOX DR
JACKSONVILLE FL 32222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $2,544.06 | $2,544.06 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.6228. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| SIXTOS, JOCELYN<br>4451 S RICHMOND<br>CHICAGO IL 60632 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $143.99 | $143.99 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | **Nonpriority amount** |
|---|---|---|
| | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6229. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| SKAGGS, KYNDALL<br>9722 CEDARDALE DRIVE<br>HOUSTON TX 77055 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $30.64 | $30.64 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6230. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| SKANE, PAIGE T<br>13 PRESCOTT ST<br>EVERETT MA 02149 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87.12 | $87.12 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.6231.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

SKARIE, JORDYN M
2106 ORMOND DRIVE
SHAKOPEE MN 55379

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Total claim:** $71.38
**Priority amount:** $71.38
**Nonpriority amount:** $0.00

---

**2.6232.** **Priority creditor's name and mailing address**

SKELTON, BETHANY
305 PORTSIDE CIRCLE WEST
MOBILE AL 36695

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Total claim:** $527.94
**Priority amount:** $527.94
**Nonpriority amount:** $0.00

---

**2.6233.** **Priority creditor's name and mailing address**

SKENE, ALYSSA R
10897 48TH AVE
G9
ALLENDALE MI 49401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Total claim:** $49.84
**Priority amount:** $49.84
**Nonpriority amount:** $0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.6234.** **Priority creditor's name and mailing address**

SKIDMORE, MEGAN
323 S WITT ST
WEST COLUMBIA SC 29169

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,239.85 | $4,239.85 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6235.** **Priority creditor's name and mailing address**

SKIERESZ, TAYLOR A
6 BENTLEY CIRCLE
LANCASTER NY 14086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $170.06 | $170.06 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6236.** **Priority creditor's name and mailing address**

SKINNER, AYANNA L
1955 UNION PLACE APT. B25
COLUMBIA TN 38401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $236.56 | $236.56 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.6237. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.6237.** **Priority creditor's name and mailing address**

SKRINE, JAMAYA T
6041 AMBASSADOR DRIVE
MCDONOUGH GA 30253

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $143.04

**Priority amount**  $143.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6238.** **Priority creditor's name and mailing address**

SLABONIK, NICOLE K
97 ROSE OF SHARON DRIVE
ETTERS PA 17319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $158.56

**Priority amount**  $158.56

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6239.** **Priority creditor's name and mailing address**

SLAGHT, EMILEE M
123 4TH AVE W
327
OLYMPIA WA 98501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $175.08

**Priority amount**  $175.08

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.6240.** **Priority creditor's name and mailing address**

SLATER, BRIANCA D
1165 JACKSON STREET
SAINT CHARLES MO 63301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $844.82 | $844.82 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6241.** **Priority creditor's name and mailing address**

SLEBODNIK, MADELEINE E
32117 DOVER AVE
GARDEN CITY MI 48135

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $608.79 | $608.79 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6242.** **Priority creditor's name and mailing address**

SLOAN, TAMIKA A
1533 WEST BUTLER ST
PHILADELPHIA PA 19140

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,409.77 | $2,409.77 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.6243.** **Priority creditor's name and mailing address**

SLOAN, TAYLOR
1100 PHILADELPHIA AVE.
UPSTAIRS
OCEAN CITY MD 21842

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $75.04 | $75.04 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6244.** **Priority creditor's name and mailing address**

SLOAN, TIANA L
6255 PANTHER PEAK
SAN ANTONIO TX 78247

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $586.08 | $586.08 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6245.** **Priority creditor's name and mailing address**

SLOANS, KADIJA D
5903 NORTH 74TH STREET
MILWAUKEE WI 53218

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $683.65 | $683.65 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.6246. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.6246.** **Priority creditor's name and mailing address**

SLOWTALKER, BIONTE A
820 1/2 S. FLOWER ST.
INGLEWOOD CA 90301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $98.76 | $98.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6247.** **Priority creditor's name and mailing address**

SMALL, SAPRINA L
106 VINEWOOD CIRCLE
TUPELO MS 38801

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $57.25 | $57.25 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6248.** **Priority creditor's name and mailing address**

SMALLEY, MADISON N
3455 S. KINGS AVENUE
SPRINGFIELD MO 65807

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $94.17 | $94.17 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

**2.6249.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SMALLIE, YAMINAH
5905 AIRWAYS BLVD APT 401
SOUTHHAVEN MS 38671

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $37.40
Priority amount: $37.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6250.** **Priority creditor's name and mailing address**

SMALLMAN, STACY N
77 BOXWOOD DRIVE
TRUMANN AR 72472

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $426.73
Priority amount: $426.73

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6251.** **Priority creditor's name and mailing address**

SMALLS, VANESSA
504 BALLY BUNION LANE
COLUMBIA SC 29229

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $90.27
Priority amount: $90.27

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                        Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.6252.** | **Priority creditor's name and mailing address** | | |

2.6252. **Priority creditor's name and mailing address**

SMALLWOOD, NAILAH
80 E BEL AIR AVE
APT A6
ABERDEEN MD 21001

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $92.20 | $92.20 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.6253. **Priority creditor's name and mailing address**

SMITH COUNTY TAX OFFICE
PO BOX 2011
TYLER TX 75710

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,814.92 | $3,814.92 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.6254. **Priority creditor's name and mailing address**

SMITH, ADIA D
2119 LAUREL SPRINGS LN
KINGWOOD TX 77339

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $637.36 | $637.36 |

| Nonpriority amount |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

2.6255. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $2,171.70 | $2,171.70 |
| SMITH, ADRIENNE E | ☐ Contingent | | |
| 205 TOWNVIEW DRIVE | ☐ Unliquidated | **Nonpriority amount** | |
| WAPPINGERS FALLS NY 12590 | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.6256. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $100.85 | $100.85 |
| SMITH, ALEXIS | ☐ Contingent | | |
| 1409 SOUTHWOOD PLANTATION RD A | ☐ Unliquidated | **Nonpriority amount** | |
| TALLAHASSEE FL 32311 | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.6257. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | $142.36 | $142.36 |
| SMITH, ALEXIS J | ☐ Contingent | | |
| 17 ISLAND DR | ☐ Unliquidated | **Nonpriority amount** | |
| POLAND OH 44514 | ☐ Disputed | $0.00 | |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6258.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

SMITH, ALEYA M
8256 N SUNSET RANCH LOOP
TUCSON AZ 85743

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $103.40 | $103.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6259.** **Priority creditor's name and mailing address**

SMITH, ALLISON M
319 E MARKET ST.
3RD FLR REAR
YORK PA 17403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $54.46 | $54.46 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6260.** **Priority creditor's name and mailing address**

SMITH, ANGEL M
2815 W GLEN FLORA AVE
APT 201
WAUKEGAN IL 60085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $177.13 | $177.13 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.6261.** **Priority creditor's name and mailing address**

SMITH, ASHLEY M
219 FRANKFORD AVE
BLACKWOOD NJ 08012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $255.50 | $255.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6262.** **Priority creditor's name and mailing address**

SMITH, ASHLEY N
810 E. PEACH
HAYSVILLE KS 67060

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,870.84 | $3,870.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6263.** **Priority creditor's name and mailing address**

SMITH, BREANNA N
1714 E KENSINGTON BLVD
APT F
SHOREWOOD WI 53211

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $29.99 | $29.99 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

2.6264.  **Priority creditor's name and mailing address**

SMITH, BREAUNNA L
908 LINWOOD ST
HYATTSVILLE MD 20783

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $47.78 | $47.78 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6265.  **Priority creditor's name and mailing address**

SMITH, BRITTANY S
300 S 8TH ST.
MEBANE NC 27302

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,255.52 | $1,255.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6266.  **Priority creditor's name and mailing address**

SMITH, BROOKE D
506 NW FALK DRIVE
LEES SUMMIT MO 64063

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,977.95 | $1,977.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 2089 of 2657

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

| | | | | |
|---|---|---|---|---|
| **2.6267.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | SMITH, COURTNEY MTSU BOX 9705 1301 EAST MAIN S MURFREESBORO TN 37132 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $490.90 | $490.90 **Nonpriority amount** $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| **2.6268.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | SMITH, DEONDREYA 3905 LOST CREEK DRIVE PLANO TX 75074 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $55.04 | $55.04 **Nonpriority amount** $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | | | | |
|---|---|---|---|---|
| **2.6269.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | SMITH, DHANIELLE S 147 CORY COURT AUBURNDALE FL 33823 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $110.83 | $110.83 **Nonpriority amount** $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.6270. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SMITH, ERICA N
2929 FIRE MOUNTAIN DR
APT 46
OCEANSIDE CA 92054

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,100.29
Priority amount: $2,100.29

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.6271. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SMITH, JAHMARA C
202 STATE STREET
CAMDEN NJ 08102

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $70.10
Priority amount: $70.10

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.6272. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SMITH, JAMILA E
1182 BROOKRIDGE TRCE
FORT WALTON BEACH FL 32547

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $558.67
Priority amount: $558.67

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.6273. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.6273.** **Priority creditor's name and mailing address**

SMITH, JANAYE R
5404 LOCKLEAR PL
RIVERVIEW FL 33578

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $86.12 | $86.12 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6274.** **Priority creditor's name and mailing address**

SMITH, JANOAH A
201 SUDBROOK LANE
PIKESVILLE MD 21208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $86.86 | $86.86 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6275.** **Priority creditor's name and mailing address**

SMITH, JANYA Z
481 CREEK HOLLOW WAY
ATHENS GA 30601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $123.67 | $123.67 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.6276. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

SMITH, JENNA M
4 BEALL DR
PAINESVILLE OH 44077

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $394.58
Priority amount: $394.58

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6277. **Priority creditor's name and mailing address**

SMITH, JESSICA D
2519 DOUBLETREE RD
SPRING VALLEY CA 91978-1914

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,255.99
Priority amount: $3,255.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6278. **Priority creditor's name and mailing address**

SMITH, KADIJAH
7601 FOX DEN CRT
CLINTON MD 20735

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $229.20
Priority amount: $229.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

---

2.6279. **Priority creditor's name and mailing address**

SMITH, KALANI A
1406 GRANEX DR
DR.
KILLEEN TX 76542

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.20 | $77.20 |

**Nonpriority amount**

$0.00

---

2.6280. **Priority creditor's name and mailing address**

SMITH, KARDISHA R
4651 N 76TH STREET
MILWAUKEE WI 53218

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $219.69 | $219.69 |

**Nonpriority amount**

$0.00

---

2.6281. **Priority creditor's name and mailing address**

SMITH, KATHLEEN E
207 CEDARHURST DRIVE
CANTON GA 30115

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $39.47 | $39.47 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.6282. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SMITH, KIAH N
2121 WINDY HILL RD
APT 915
MARIETTA GA 30060

As of the petition filing date, the claim is: *Check all that apply.*

Total claim $21.54

Priority amount $21.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.6283. | **Priority creditor's name and mailing address** |

SMITH, KINLIE S
P.O. BOX 538
PECULIAR MO 64078

As of the petition filing date, the claim is: *Check all that apply.*

Total claim $33.80

Priority amount $33.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.6284. | **Priority creditor's name and mailing address** |

SMITH, LAUREN
1211 S LEXINGTON STREET
HOLDEN MO 64040

As of the petition filing date, the claim is: *Check all that apply.*

Total claim $432.90

Priority amount $432.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.6285.  **Priority creditor's name and mailing address**

SMITH, LORIANNA N
8260 CRAIN WHY
LA PLATA MD 20646

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $50.80 | $50.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6286.  **Priority creditor's name and mailing address**

SMITH, LYNDY M
326 ASUELO WAY
SANTA ROSA CA 95401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $286.80 | $286.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6287.  **Priority creditor's name and mailing address**

SMITH, LYNETTE M
1615 S 56TH ST
PHILADELPHIA PA 19143

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $916.13 | $916.13 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6288.** **Priority creditor's name and mailing address**

SMITH, MADISON M
530 DARBY DRIVE
BELLINGHAM WA 98226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $264.12 | $264.12 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6289.** **Priority creditor's name and mailing address**

SMITH, MAHARRI C
5478 NORTH 56 STREET
MILWAUKEE WI 53218

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $168.02 | $168.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6290.** **Priority creditor's name and mailing address**

SMITH, MCKENZIE
4216 REGENCY DR
SALUDA VA 23149

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $6.00 | $6.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

2.6291.  **Priority creditor's name and mailing address**

SMITH, MEGAN S
103 FONTAINE ST
MARLBOROUGH MA 01752

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.24 | $96.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6292.  **Priority creditor's name and mailing address**

SMITH, MICHELLE D
P.O. BOX 291
MOORESVILLE IN IN 46158

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $495.83 | $495.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6293.  **Priority creditor's name and mailing address**

SMITH, NICOLE L
114 DE NORMANDIE WAY
MARTINEZ CA 94553

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $283.20 | $283.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.6294. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---|---|---|---|

**2.6294.** **Priority creditor's name and mailing address**

SMITH, PEYTON
7004 GLENDOWER RD
RALEIGH NC 27613

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $691.15 | $691.15 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6295.** **Priority creditor's name and mailing address**

SMITH, RACHEL A
6003 OSPREY LAKE CIRCLE
RIVERVIEW FL 33578

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $139.43 | $139.43 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6296.** **Priority creditor's name and mailing address**

SMITH, REBECCAH D
16672 JACKDAW PATH
LAKEVILLE MN 55044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $141.30 | $141.30 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6297.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

SMITH, REILLY E
1315 FANNIN ST
NEDERLAND TX 77627

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $41.99

**Priority amount** $41.99

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6298.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

SMITH, SAMANTHA G
85 WINTHROP AVE
BRAINTREE MA 02184

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $145.02

**Priority amount** $145.02

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6299.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

SMITH, SARA C
10002 ANITA BLVD
LOUISVILLE KY 40272

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $155.52

**Priority amount** $155.52

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6300.** **Priority creditor's name and mailing address**

SMITH, SHAILEY J
550 S ASH STREET
PO BOX 6
GREENWOOD NE 68366

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.57 | $69.57 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6301.** **Priority creditor's name and mailing address**

SMITH, SHAMONE L
8011 FRONT BEACH ROAD
1603
PANAMA CITY BEACH FL 32407

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.97 | $108.97 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6302.** **Priority creditor's name and mailing address**

SMITH, SHANNON
11 CASTLE AVE
JACKSON NJ 08527-2424

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.00 | $77.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6303.** **Priority creditor's name and mailing address**

SMITH, SHARON N
3677 MORNING MEADOW LN
ORANGE PARK FL 32073-7602

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.94 | $32.94 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6304.** **Priority creditor's name and mailing address**

SMITH, SHELBY
601 CREST STREET
FLORENCE AL 35630-2493

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,310.13 | $3,310.13 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6305.** **Priority creditor's name and mailing address**

SMITH, SHONICE L
910 ST ANDREWS DRIVE
MURFREESBORO TN 37128

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.69 | $100.69 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.6306.** **Priority creditor's name and mailing address**

SMITH, SONAE
3569 PIONEER DRIVE
HOPE MILLS NC 28348

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $55.10 | $55.10 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6307.** **Priority creditor's name and mailing address**

SMITH, SUMER N
801 WHEELER CEMETERY RD
MAYSVILLE GA 30558

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $560.18 | $560.18 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6308.** **Priority creditor's name and mailing address**

SMITH, SYDNEY N
13908 COUNTRY COURT DR
TAMPA FL 33625

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $38.24 | $38.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

| 2.6309. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.6309.** **Priority creditor's name and mailing address**

SMITH, SYLVIA K
8343 PRINCETON SQUARE BLVD E
613
JACKSONVILLE FL 32256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $128.00 | $128.00 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6310.** **Priority creditor's name and mailing address**

SMITH, TALORE T
585 FALLEN TIMBERS DR.
ORANGE PARK FL 32073-5277

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $127.87 | $127.87 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6311.** **Priority creditor's name and mailing address**

SMITH, THALIA
147 W FUNDERBURG RD
APT A8
FAIRBORN OH 45324

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $482.28 | $482.28 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6312.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.6312.**

**Priority creditor's name and mailing address**

SMITH, TRACEY M
126 WEST 7TH STREET
LANSDALE PA 19446

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $182.28 | $182.28 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6313.**

**Priority creditor's name and mailing address**

SMITH, ZENOBIA
11651 ROYAL LYTHAM LN
WALDORF MD 20602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $717.99 | $717.99 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6314.**

**Priority creditor's name and mailing address**

SMITHBERGER, CHANTEL
7950 MENTOR AVE
D301
MENTOR OH 44060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $120.90 | $120.90 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

**2.6315.** **Priority creditor's name and mailing address**

SMITHERS, BRITNEE
1558 W 62ND ST
LOS ANGELES CA 90047-1531

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.61 | $81.61 |

**Nonpriority amount**

$0.00

---

**2.6316.** **Priority creditor's name and mailing address**

SNEED, ALYSHA M
521 W. 2ND ST.
PINCONNING MI 48650

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $90.13 | $90.13 |

**Nonpriority amount**

$0.00

---

**2.6317.** **Priority creditor's name and mailing address**

SNEED, KYRA M
17852 LAKE CARLTON DR
APT D
LUTZ FL 33558

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $70.22 | $70.22 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.6318. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.6318.** **Priority creditor's name and mailing address**

SNIDER, SHIAN
22 CONIFER WAY
SICKLERVILLE NJ 08081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $253.08 | $253.08 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6319.** **Priority creditor's name and mailing address**

SNIFFIN, KATLYN
1223 MAPLE AVENUE
SOUTH HEMPTEAD NY 11550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,473.68 | $1,473.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6320.** **Priority creditor's name and mailing address**

SNIPES, TA'KEYAH C
601 THUNDERBIRD DR
BOX ELDER SD 57719

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $539.55 | $539.55 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.6321.  **Priority creditor's name and mailing address**

SNODGRASS, AMY J
3323 HARTEL AVE
PHILADELPHIA PA 19136

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $287.31 | $287.31 |

**Nonpriority amount**

$0.00

---

2.6322.  **Priority creditor's name and mailing address**

SNOOK, TAYLOR R
12150 WASHINGTON CENTER PKWY
UNIT 3-108
THORNTON CO 80241

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.85 | $151.85 |

**Nonpriority amount**

$0.00

---

2.6323.  **Priority creditor's name and mailing address**

SNOWDEN, AOLANI S
12136 S EMERALD
CHICAGO IL 60628

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $186.78 | $186.78 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| 2.6324. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.6324.** **Priority creditor's name and mailing address**

SNYDER, ALYSSA A
232 6TH ST
WHITEHALL PA 18052-7106

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $494.14 | $494.14 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6325.** **Priority creditor's name and mailing address**

SNYDER, CHRISTINA M
138 VICTORSON ST
RINEYVILLE KY 40162-9614

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,091.58 | $3,091.58 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6326.** **Priority creditor's name and mailing address**

SOARES, SOFIA
625 CATSKILL DR
EFFORT PA 18330

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $14.24 | $14.24 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

**2.6327.** **Priority creditor's name and mailing address**

SOCKOL, CATHERINE
1746 14TH AVE
VERO BEACH FL 32960

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $671.61 | $671.61 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6328.** **Priority creditor's name and mailing address**

SOE, AGAPEITOF F
11628 KINDSLAND ST
LAS VEGAS NV 89183

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.29 | $95.29 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6329.** **Priority creditor's name and mailing address**

SOHAL, PAWAN K
29301 STONEBROOK LANE
HAYWARD CA 94544

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $266.40 | $266.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.6330. **Priority creditor's name and mailing address**

SOKOL, GILLIAN H
7005 BRINT ROAD
APARTMENT 11
SYLVANIA OH 43560

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,045.36 | $4,045.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6331. **Priority creditor's name and mailing address**

SOLER, ISABELLA
3806 LACONIA AVE
BRONX NY 10469

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $286.80 | $286.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6332. **Priority creditor's name and mailing address**

SOLIS, CYNTHIA M
8075 105TH AVE
VERO BEACH FL 32967

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $337.25 | $337.25 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.6333.** **Priority creditor's name and mailing address**

SOLIS, EVELYN A
3468 BURRWOOD DRIVE
RICHFIELD OH 44286

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.77 | $36.77 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6334.** **Priority creditor's name and mailing address**

SOLORZANO, KAREN S
1949 WEST DR
APT 19
VISTA CA 92083

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $248.52 | $248.52 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6335.** **Priority creditor's name and mailing address**

SOMMER, EMELY G
1848 KESSLER BLVD
SOUTH BEND IN 46616

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $94.08 | $94.08 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.6336.** **Priority creditor's name and mailing address**

SOMOZA, JESSICA E
12300 POND RUN DR.
APT #103
WOODBRIDGE VA 22192

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,542.60 | $3,542.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6337.** **Priority creditor's name and mailing address**

SONG, MINSU
1930 WINTER PARK PL
CORALVILLE IA 52241

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $384.83 | $384.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6338.** **Priority creditor's name and mailing address**

SOOFI, AMTUL Z
11133 GATEVIEW LANE
LAS VEGAS NV 89144

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $218.38 | $218.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

2.6339.  **Priority creditor's name and mailing address**

SOPENA, KAREN
538 BIG BEND WAY APT A
OCEANSIDE CA 92057

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $279.60 | $279.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6340.  **Priority creditor's name and mailing address**

SORIA, VANESSA X
3529 CUYLER AVE
BERWYN IL 60402

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $631.98 | $631.98 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6341.  **Priority creditor's name and mailing address**

SORIANO, MELISA
6099 VIA DE LOS ARBOLES
EL PASO TX 79932

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $131.79 | $131.79 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.6342.** **Priority creditor's name and mailing address**

SORIANO, MYRKA
4545 PENNWOOD AVE
APT# 124
LAS VEGAS NV 89102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $188.10 | $188.10 |

**Nonpriority amount**

$0.00

---

**2.6343.** **Priority creditor's name and mailing address**

SORTO, ISABEL A
1711 HARVEY MITCHELL PWKY S
4-304
COLLEGE STATION TX 77840

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $98.64 | $98.64 |

**Nonpriority amount**

$0.00

---

**2.6344.** **Priority creditor's name and mailing address**

SOSA, DUVALY
4227 W EVA ST
PHOENIX AZ 85051

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $386.72 | $386.72 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6345.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.6345.** **Priority creditor's name and mailing address**

SOSA, RODRIGUEZ YEZMARIE
716 MUIRFIELD CIR
APOPKA FL 32712

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**   $123.26

**Priority amount**   $123.26

**Nonpriority amount**

$0.00

---

**2.6346.** **Priority creditor's name and mailing address**

SOSA, SIERRA STACY K
1700 257TH
1
LOMITA CA 90717

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**   $340.44

**Priority amount**   $340.44

**Nonpriority amount**

$0.00

---

**2.6347.** **Priority creditor's name and mailing address**

SOTELO, CYNTHIA
807 W. 41ST STREET
LOS ANGELES CA 90037

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**   $470.95

**Priority amount**   $470.95

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6348.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| SOTELO, DESIREE M<br>2103 OLD WEST PL<br>A<br>ROUND ROCK TX 78681 | *Check all that apply.* | $80.85 | $80.85

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
          ☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

---

**2.6349.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| SOTELO, RAMOS ESMERALDA<br>91-42118TH STREET<br>RICHMOND HILL NY 11418 | *Check all that apply.* | $963.60 | $963.60

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
          ☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

---

**2.6350.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| SOTELO, SAVANNAH N<br>164 GILDED ROCK CIR<br>164 GILDED ROC<br>FOLSOM CA 95630 | *Check all that apply.* | $178.44 | $178.44

☐ Contingent
☐ Unliquidated          **Nonpriority amount**
☐ Disputed              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**
_____          WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**
          ☐ No
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)          ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

2.6351. **Priority creditor's name and mailing address**

SOTO, ALEXANDRA M
339 COCOA COURT
KISSIMMEE FL 34758

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $655.41 | $655.41 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6352. **Priority creditor's name and mailing address**

SOTO, ANAHI
9203 DRAGONWOOD TRL
HOUSTON TX 77083

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,413.13 | $2,413.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6353. **Priority creditor's name and mailing address**

SOTO, KARLA A
16707 DAVID GLEN DR
FRIENDSWOOD TX 77546

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $262.39 | $262.39 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.6354.** **Priority creditor's name and mailing address**

SOTO, MACKENZIE
4120 S. MILL AVE. APARTMENT E-
TEMPE AZ 85282

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $791.25 | $791.25 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.6355.** **Priority creditor's name and mailing address**

SOTO, MONICA
3112 SOUTH 138TH STREET
OMAHA NE 68144

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $45.72 | $45.72 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.6356.** **Priority creditor's name and mailing address**

SOTO, NATALY
2902 N. GREGG AVE APT.4
APT. 4
FAYETTEVILLE AR 72703

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $207.20 | $207.20 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

**2.6357.** **Priority creditor's name and mailing address**

SOTOMAYOR, SAMANTHA M
385 CONCORD DRIVE
FREEHOLD NJ 07728

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $604.80 | $604.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6358.** **Priority creditor's name and mailing address**

SOTTOSANTI, MARCELLA G
3527 COUNTY ROAD 21
IRONTON OH 45638

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $143.04 | $143.04 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6359.** **Priority creditor's name and mailing address**

SOUMAHORO, MAMA P
900 WASHINGTON BLVD
APT 606B
STAMFORD CT 06901

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $116.46 | $116.46 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.6360.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| --- | --- | --- | --- |

SOUSA, BRIANNE E
146 CHERRY STREET
NAUGATUCK CT 06770

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $144.94 | $144.94 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6361.** **Priority creditor's name and mailing address**

SOUTHERLAND, MARJORIE D
196 SOUTH HUNT CLUB RUN
NEWPORT NEWS VA 23608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $15.76 | $15.76 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6362.** **Priority creditor's name and mailing address**

SOWDAGAR, HONIEH
9608 EAGLE HILL DR.
OKLAHOMA CITY OK 73162

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $52.60 | $52.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6363.** **Priority creditor's name and mailing address**

SPALDING, SOPHIA C
710 SOUTH GREGORY RD
P.O. BOX 286
FOWLERVILLE MI 48836

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $190.00 | $190.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6364.** **Priority creditor's name and mailing address**

SPARKS, ALAINNA M
1198 SADDLE CREEK DRIVE
FORT WALTON BEACH FL 32547

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $103.30 | $103.30 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6365.** **Priority creditor's name and mailing address**

SPARKS, EMILY Y
2411 GOVERNOR NICHOLLS STREET
NEW ORLEANS LA 70119

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $8,650.41 | $8,650.41 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

2.6366. **Priority creditor's name and mailing address**

SPARKS, KAYANNA L
15875 JOY RD
APT 205
DETROIT MICHIGAN MI 48228

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.80 | $30.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6367. **Priority creditor's name and mailing address**

SPARKS, MADELINE
1460 SE 58TH AVE
PORTLAND OR 97215

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $174.96 | $174.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6368. **Priority creditor's name and mailing address**

SPENCE, MCKENZIE
2811 TORI OAK TRAIL
CORINTH TX 76210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $174.80 | $174.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.6369.  **Priority creditor's name and mailing address**

SPENCER, JEFREA L
652 CARRIAGE HILL RD
VIRGINIA BEACH VA 23452-6519

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,292.40 | $1,292.40 |

**Nonpriority amount**

$0.00

---

2.6370.  **Priority creditor's name and mailing address**

SPILLER, QUAMEISHEON
1369 W STANLEY RD
MOUNT MORRIS MI 48458

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $214.79 | $214.79 |

**Nonpriority amount**

$0.00

---

2.6371.  **Priority creditor's name and mailing address**

SPIVACKE, SHERRY L
23735 TATIA CT
MURRIETA CA 92562

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $10,748.33 | $10,748.33 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.6372.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

SPIVEY, REBECCA L
PO BOX 632
LAKE VIEW SC 29563

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $320.30
Priority amount: $320.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6373.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

SPOON, CHARLOTTE E
6667 ENFIELD AVE.
RESEDA CA 91335

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $129.85
Priority amount: $129.85

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6374.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

SPRADLING, KAYLEN F
216 YORKTOWN BLVD
LOCUST GROVE VA 22508

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $32.49
Priority amount: $32.49

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

**2.6375.** **Priority creditor's name and mailing address**

SPRAGG, GABRIEL S
206 BRIAR CLIFF DR.
LONGWOOD FL 32779

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,153.34 | $1,153.34 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6376.** **Priority creditor's name and mailing address**

SPRING BRANCH I.S.D.
TAX ASSESSOR-COLLECTOR
P.O. BOX 19037-8880 WESTVIEW
HOUSTON TX 77224-9037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,266.01 | $2,266.01 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6377.** **Priority creditor's name and mailing address**

SPRINKLES, SAVANNAH
2008 BROOK HOLLOW
CEDAR PARK TX 78613

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $44.32 | $44.32 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6378.** **Priority creditor's name and mailing address**

SPROUSE, TIFFANI
78 MAIN ST
NEWPORTNEWS VA 23601

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $120.40 | $120.40 |

**Nonpriority amount**

$0.00

---

**2.6379.** **Priority creditor's name and mailing address**

SPROUSE, VICTORIA
1549 HOLCOMB BRIDGE RD.
A
NORCROSS GA 30092

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,129.11 | $4,129.11 |

**Nonpriority amount**

$0.00

---

**2.6380.** **Priority creditor's name and mailing address**

SQUICCIARINI, DEBRA
24 LINDRON AVENUE
SMITHTOWN NY 11787

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.72 | $72.72 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.6381.** **Priority creditor's name and mailing address**

SQUIER, LEILA M
399 SOUTH DANBY ROAD
SPENCER NY 14883

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $665.87 | $665.87 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6382.** **Priority creditor's name and mailing address**

SQUILLANTE, MAGGIE K
2204 ADAMS AVE
2
SCRANTON PA 18509

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $127.10 | $127.10 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6383.** **Priority creditor's name and mailing address**

SRUN, PAULINA S
3012 CORSICA DRIVE
EL DORADO HILLS CA 95762

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $67.80 | $67.80 |
| | **Nonpriority amount** |
| | $0.00 |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.6384.** **Priority creditor's name and mailing address**

ST, HILAIRE STACY
298 PIERMONT AVENUE
2A
NYACK NY 10960

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $738.35 | $738.35 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.6385.** **Priority creditor's name and mailing address**

STABER, CORA G
128 EAST POLK AVENUE
EAU CLAIRE WI 54701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $73.50 | $73.50 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.6386.** **Priority creditor's name and mailing address**

STAFFO, GABRIELLE
1072 WILLOW BROOK BEND
FARMINGTON NY 14425

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $848.47 | $848.47 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6387.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

STAFFORD, SYDNI R
51 SANTANGELO CIRCLE
MIDDLETOWN CT 06457

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $132.57
Priority amount: $132.57

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6388.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

STAFFORD, ZOIE N
333 S GILBERT ST 2126
IOWA CITY IA 52242

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $79.04
Priority amount: $79.04

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6389.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

STAGGS, DELANIE A
1107 NORTH ALBERT PIKE
FORT SMITH AR 72904

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $557.09
Priority amount: $557.09

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6390.** **Priority creditor's name and mailing address**

STALEY, JENINE W
212 GRANDVIEW AVE
BRIDGEPORT CT 06606-2511

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $216.98 | $216.98 |

**Nonpriority amount**

$0.00

---

**2.6391.** **Priority creditor's name and mailing address**

STALLION, KATHRYN P
105 SIBLEY DR.
MINOOKA IL 60447

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $686.21 | $686.21 |

**Nonpriority amount**

$0.00

---

**2.6392.** **Priority creditor's name and mailing address**

STALLWORTH, KATHRYN M
16324 COUNTY ROAD 52
SILVERHILL AL 36576

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $128.80 | $128.80 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**2.6393.** **Priority creditor's name and mailing address**

STANDOFF, NICOLE L
1280 HACIENDA DR
APT. C24
VISTA CA 92081

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $191.88 | $191.88 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6394.** **Priority creditor's name and mailing address**

STANFILL, ALYSSA M
2118 WEST FLOWER AVE
FULLERTON CA 92833

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $353.76 | $353.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6395.** **Priority creditor's name and mailing address**

STANFORD, AUTUMN B
4111 BAYMAR DRIVE
YOUNGSTOWN OH 44511

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.52 | $30.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

**2.6396.** **Priority creditor's name and mailing address**

STANLEY, BRANDI E
2022 16TH STREET
PARKERSBURG WV 26101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $225.75 | $225.75 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6397.** **Priority creditor's name and mailing address**

STANLEY, KALIAH
2807 N GLEBE RD
ARLINGTON VA 22207

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.68 | $34.68 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6398.** **Priority creditor's name and mailing address**

STANTON, CHANTEL
350 GALE BLVD
APT 4
MELVINDALE MI 48122

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.10 | $66.10 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6399.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.6399.** **Priority creditor's name and mailing address**

STANTON, MEAGAN
1203 KELLOGG AVE.
UTICA NY 13502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $273.62 | $273.62 |

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6400.** **Priority creditor's name and mailing address**

STARK, MADISYN O
1000 CASCADEWAY DRIVE
MURFREESBORO TN 37129

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $605.14 | $605.14 |

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6401.** **Priority creditor's name and mailing address**

STARKE, MADELINE M
1252 E ST. GERMAIN ST
APT 106
SAINT CLOUD MN 56304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $798.80 | $798.80 |

| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.6402.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | STARKS, JASMINE<br>10535 S FOREST AVE<br>CHICAGO IL 60628 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $236.43 | $236.43<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6403.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | STATE OF DELAWARE<br>GROSS RECEIPTS TAX<br>PO BOX 2340<br>WILMINGTON DE 18999-2340 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $52.33 | $52.33<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

JANUARY '19

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.6404.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | STAUDT, ALLISON<br>118 LOWER ROCKY POINT ROAD<br>SOUND BEACH NY 11789 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,836.67 | $3,836.67<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.6405.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

STEARS, KACI J
11422 CREAGERSTOWN RD
WOODSBORO MD 21798

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $589.80

**Priority amount** $589.80

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6406.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

STEED, CHATORIA
5348 CONTENDER LANE
#1423
FORT WORTH TX 76132

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $29.55

**Priority amount** $29.55

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6407.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

STEEL, ASHLIE A
4504 W JUNIPER DRIVE APT. B
USAF ACADEMY CO 80840

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $522.76

**Priority amount** $522.76

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.6408. **Priority creditor's name and mailing address**

STEELE, SHANICE
1311 E WALDBURG ST
SAVANNAH GA 31404

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $579.19 | $579.19 |

**Nonpriority amount**

$0.00

---

2.6409. **Priority creditor's name and mailing address**

STEELE, TIANA R
140 N MEADOW ST
APT 3
WATERTOWN NY 13601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $558.85 | $558.85 |

**Nonpriority amount**

$0.00

---

2.6410. **Priority creditor's name and mailing address**

STEFANOW, MEGAN M
28574 REVERE
WARREN MI 48092

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.95 | $33.95 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6411.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| STEFFENSON, CAITLIN J | *Check all that apply.* | $315.90 | $315.90

STEFFENSON, CAITLIN J
971 KENNEDY PL
TRACY CA 95377

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $315.90

**Priority amount**   $315.90

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6412.** **Priority creditor's name and mailing address**

STELTNER, KALIN A
8720 DWIGHT BOYER RD.
WATERVLIET MI 49098

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $199.06

**Priority amount**   $199.06

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6413.** **Priority creditor's name and mailing address**

STEPANEK, SARAH
13062 BLACKHAWK AVENUE
GRAND HAVEN MI 49417

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**   $103.88

**Priority amount**   $103.88

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| 2.6414. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.6414. Priority creditor's name and mailing address**

STEPTOE, CINE
540 JASMINE LANE
COLUMBIA SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $383.75

**Priority amount** $383.75

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6415. Priority creditor's name and mailing address**

STERN, JESSICA M
18330 N. 79TH AVE.
3155
GLENDALE AZ 85308

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $67.32

**Priority amount** $67.32

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6416. Priority creditor's name and mailing address**

STESLICKE, JOCELYN F
23393 NC HWY 902
BENNETT NC 27208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $97.25

**Priority amount** $97.25

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.6417.  **Priority creditor's name and mailing address**

STEVENS, JAYDEN A
5921 WATERFORD BLUFF LANE
1414
RALEIGH NC 27612

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $328.76 | $328.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6418.  **Priority creditor's name and mailing address**

STEVENS, LAUREN A
3724 HOMESTEAD DR
MEAD CO 80542

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,724.58 | $3,724.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6419.  **Priority creditor's name and mailing address**

STEVENS, MYA A
31200 FM 2920 RD
912
WALLER TX 77484

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $139.20 | $139.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

---

**2.6420.** **Priority creditor's name and mailing address**

STEVENS, SERENITY S
7156 ANDREWS AVENUE
PHILADELPHIA PA 19138

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $70.54 | $70.54 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6421.** **Priority creditor's name and mailing address**

STEVENSON, CURTSHA T
2775 N STATE HWY 360 APARTMENT
GRAND PRAIRIE TX 75050

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $161.04 | $161.04 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6422.** **Priority creditor's name and mailing address**

STEVENSON, JA'LEESA S
1515 S FANNIN ST
SOUR LAKE TX 77659-7243

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.56 | $153.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.6423.  **Priority creditor's name and mailing address**

STEWARD, WENDY R
1647 CITADEL DR
COLUMBIA MO 65202

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $155.66 | $155.66 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6424.  **Priority creditor's name and mailing address**

STEWART, ANDREA L
237 LAKESIDE DRIVE
STEPHENS CITY VA 22655

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $228.58 | $228.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6425.  **Priority creditor's name and mailing address**

STEWART, ASHLEY N
12 MEADOW DRIVE
LONDONDERRY NH 03053

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $196.09 | $196.09 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.6426.** **Priority creditor's name and mailing address**

STEWART, CAREY
4851 PENNY CV
SOUTHAVEN MS 38672-6647

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $652.88 | $652.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6427.** **Priority creditor's name and mailing address**

STEWART, DARRA L
4358 COOPER OAKS DR SE
SMYRNA GA 30082

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $9,465.70 | $9,465.70 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6428.** **Priority creditor's name and mailing address**

STEWART, DREW A
104 VALLEY HIGH ROAD
BURNSVILLE MN 55337

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.35 | $81.35 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

2.6429. **Priority creditor's name and mailing address**

STEWART, SOYAN R
2304 SOUTH HELEN'S WAY AVENUE
GONZALES LA 70737

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.91 | $77.91 |

**Nonpriority amount**

$0.00

---

2.6430. **Priority creditor's name and mailing address**

STEWART, TINA C
22835 COUNTY ROAD 38
SUMMERDALE AL 36580

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,486.97 | $3,486.97 |

**Nonpriority amount**

$0.00

---

2.6431. **Priority creditor's name and mailing address**

STICH, SAMANTHA L
621 1/2 UNION STREET
EAU CLAIRE WI 54703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.45 | $76.45 |

**Nonpriority amount**

$0.00

---

Debtor  **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6432.** **Priority creditor's name and mailing address**

STIMPERT, KEELEY
1380 CHAPARRAL LANE
WINTER SPRINGS FL 32708

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.30 | $148.30 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6433.** **Priority creditor's name and mailing address**

STINYARD, CHANEL P
3964 CELESTE DR.
205
SPRINGDALE AR 72762

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $162.62 | $162.62 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6434.** **Priority creditor's name and mailing address**

STIRRUP, ALYSSA K
8734 LEPERE SCHOOL ROAD
MILLSTADT IL 62260

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $154.19 | $154.19 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6435.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

STITH, RICKYA S
73 CHARITON DR
EAST STROUDSBURG PA 18301

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $246.00
Priority amount: $246.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6436.** | **Priority creditor's name and mailing address**

STITH, SAMARA
859 PAULDING STREET
2
PEEKSKILL NY 10566

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $654.06
Priority amount: $654.06

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6437.** | **Priority creditor's name and mailing address**

STOFKOVA, ADRIANA
504 WILLOW GROVE ST
HACKETTSTOWN NJ 07840

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $136.47
Priority amount: $136.47

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

2.6438. **Priority creditor's name and mailing address**

STOJANOVICH, NESSA S
13685 W. PLEASANTVIEW DR.
NEW BERLIN WI 53151

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $835.83 | $835.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6439. **Priority creditor's name and mailing address**

STOKES, KEANNA
2117 W NEWMAN PARKWAY
PEORIA IL 61604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $405.63 | $405.63 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6440. **Priority creditor's name and mailing address**

STOKES, TAYLER A
3341 MYRTLE AVE
EDMOND OK 73034

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $166.48 | $166.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.6441. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STOLFE, PAIGE
3748 AUTUMN RIDGE RD
TERRE HAUTE IN 47802-9232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $467.00

**Priority amount** $467.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.6442. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STONE, ALEXIS L
2610 ALVERADO DR
BELLINGHAM WA 98229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $267.96

**Priority amount** $267.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.6443. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

STONE, MARGARET M
2254 10TH STREET
APT. 5
CORALVILLE IA 52241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $4,065.02

**Priority amount** $4,065.02

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.6444. **Priority creditor's name and mailing address**

STONEHOUSE, SEAN R
65 MIDDLEBORO ROAD
EAST FREETOWN MA 02717

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $218.26 | $218.26 |

**Nonpriority amount**

$0.00

---

2.6445. **Priority creditor's name and mailing address**

STONEY, JENISE M
1100 HOWE AVE
540
SACRAMENTO CA 95825

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.60 | $150.60 |

**Nonpriority amount**

$0.00

---

2.6446. **Priority creditor's name and mailing address**

STORRS, SIERRA R
2003 KIMBALL AVE
ARNOLD PA 15068

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $292.61 | $292.61 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6447.** **Priority creditor's name and mailing address**

STRADER, HANNA J
12318 246TH RD
HOLTON KS 66436

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $113.19 | $113.19 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.6448.** **Priority creditor's name and mailing address**

STRANGE, BRIANA L
23 KIRBY STREET
#2
MARLBOROUGH MA 01752

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $146.64 | $146.64 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.6449.** **Priority creditor's name and mailing address**

STRAUGHN, DENISE M
1809 BAY OAKS CIR.
MILTON FL 32583

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $3,596.46 | $3,596.46 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**2.6450.** **Priority creditor's name and mailing address**

STRAUGHN, NATALIE
5481 NW 15TH PLACE
GAINESVILLE FL 32605

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.43 | $34.43 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6451.** **Priority creditor's name and mailing address**

STRAUGHTER, TIFFANY
5788 GRAMERCY DR
WEST PALM BEACH FL 33407-1624

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,309.39 | $3,309.39 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6452.** **Priority creditor's name and mailing address**

STRAUN, KALEEMA J
1635 PALM LEAF DR
BRANDON FL 33510

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.76 | $72.76 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.6453. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|
| | STRAW, LYNNE P<br>8339 CHERRY CORNER RD<br>CURWENSVILLE PA 16833 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $246.10 | $246.10 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Nonpriority amount**

$0.00

---

| 2.6454. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|
| | STREATER, KENDRA A<br>1640 OCEAN PARKWAY<br>D65<br>BROOKLYN NY 11223 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $205.50 | $205.50 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Nonpriority amount**

$0.00

---

| 2.6455. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|
| | STREETER, TAYA S<br>66 ROBINSON AVE<br>ASHEVILLE NC 28803 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64.98 | $64.98 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6456.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

STREMEL, ANA F
3925 SHERATON CIRCLE
BOYNTON BEACH FL 33436

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $251.60

**Priority amount** $251.60

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6457.** | **Priority creditor's name and mailing address**

STRICKLAND, JORDYN M
3772 WALWORTH ONTARIO RD
WALWORTH NY 14568

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $483.40

**Priority amount** $483.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6458.** | **Priority creditor's name and mailing address**

STRINGER, STEPHANIE
1021 CENTRAL AVE
WILMETTE IL 60091

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $363.66

**Priority amount** $363.66

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.6459.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| STRONG, BRITTANY<br>6887 CROSSWOODS CIR.<br>APT 196<br>CITRUS HEIGHTS CA 95621 | *Check all that apply.* | $2,955.45 | $2,955.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6460.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| STRONG, HALEY E<br>3100 DOCKSIDE CIRCLE<br>APT 17<br>RALEIGH NC 27613 | *Check all that apply.* | $4,966.76 | $4,966.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6461.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| STRONG, HILLARY D<br>912 HILLWOOD DRIVE SW<br>DECATUR AL 35601 | *Check all that apply.* | $56.23 | $56.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

2.6462. **Priority creditor's name and mailing address**

STRONG, KATELYN R
2 CAMBRIDGE MNR #26
CLINTON NY 13323

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $402.93 | $402.93 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.6463. **Priority creditor's name and mailing address**

STRONG, TE'A K
91-1089 PUAMAEOLE ST APT U
EWA BEACH HI 96706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $30.60 | $30.60 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

2.6464. **Priority creditor's name and mailing address**

STROPE, MIKAELA R
601 BILL FRANCE BOULEVARD
APARTMENT 1707
DAYTONA BEACH FL 32114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $827.88 | $827.88 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.6465.** **Priority creditor's name and mailing address**

STROUT, SARAH N
1831 E APACHE BLVD
1136
TEMPE AZ 85281

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $293.48 | $293.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6466.** **Priority creditor's name and mailing address**

STROWD, JACQUELINE
1144 DOGWOOD ST.
TURBEVILLE SC 29162

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.32 | $138.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6467.** **Priority creditor's name and mailing address**

STUARD, REAGAN-RUBY D
3808 FM 715
MIDLAND TX 79706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $538.30 | $538.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| 2.6468. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | STUBY, ALEXA C<br>15216 GRAND SUMMIT EXTENSION<br>GRANDVIEW MO 64030 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $129.17 | $129.17<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.6469. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | STUDER, MARISSA<br>407 CALDWELL AVE<br>WILMERDING PA 15148 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $39.01 | $39.01<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.6470. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | STULTS, ASHLEIGH J<br>108 TAYLOR LAKE DRIVE<br>TROY IL 62294 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $75.65 | $75.65<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

**2.6471.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**Priority creditor's name and mailing address**

STUTTE, KELSEY C
119 CONCORD DRIVE NE
PORT CHARLOTTE FL 33952

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $761.08 | $761.08 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6472.**

**Priority creditor's name and mailing address**

STUTZ, JENNA P
22 FURNACE LANE
PEMBROKE MA 02359

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $615.24 | $615.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6473.**

**Priority creditor's name and mailing address**

STUTZ, JILIAN S
252 LILAC PLACE
PALMYRA VA 22963

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $239.53 | $239.53 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 2.6474. | Priority creditor's name and mailing address | | |
|---|---|---|---|

**Priority creditor's name and mailing address**

SUAREZ, EMELYN
385 MAIN ST.
C4
DANBURY CT 06810

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $196.96 | $196.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

| 2.6475. | Priority creditor's name and mailing address |
|---|---|

**Priority creditor's name and mailing address**

SUAREZ, JOANNA A
6759 E CALLE MERCURIO
TUCSON AZ 85710

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $50.60 | $50.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

| 2.6476. | Priority creditor's name and mailing address |
|---|---|

**Priority creditor's name and mailing address**

SUAREZ, KATIE S
709 DEKALB AV
6
BROOKLYN NY 11216

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $136.50 | $136.50 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6477.** **Priority creditor's name and mailing address**

SUBIA, MONTSERRAT
6001 AMARILLO AVE
LA MESA CA 91942

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $304.08 | $304.08 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6478.** **Priority creditor's name and mailing address**

SUDDUTH, FAITH
4242 SPRING ST.
APT 35
LA MESA CA 91941

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.36 | $30.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6479.** **Priority creditor's name and mailing address**

SUDDUTH, KARLA
7953 PEACEFUL WAY
LIBERTY TOWNSHIP OH 45044

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $0.00 | $0.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.6480.** **Priority creditor's name and mailing address**

SULLIVAN, CYANE M
9226 S 73RD E AVE
TULSA OK 74133

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.14 | $30.14 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6481.** **Priority creditor's name and mailing address**

SULLIVAN, KARA L
8939 FRANKLIN TRENTON RD
CARLISLE OH 45005

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $273.17 | $273.17 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6482.** **Priority creditor's name and mailing address**

SULLIVAN, LISA
1810 E GEER ST
DURHAM NC 27704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $236.82 | $236.82 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6483.** **Priority creditor's name and mailing address**

SUMMERFIELD, LEE A
12705 MARINERS CT
26
NEWPORT NEWS VA 23606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $482.67 | $482.67 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6484.** **Priority creditor's name and mailing address**

SUMMERS, JENNIFER
1520 AVALON
BEAUMONT TX 77707

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $510.73 | $510.73 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6485.** **Priority creditor's name and mailing address**

SUMRALL, CHRISTY L
13349 SARTORIS COURT
FOLEY AL 36535

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $489.47 | $489.47 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

2.6486. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

SUMTER, ZANAJA
13 UNDERWOOD AVE
GREENVILLE SC 29607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $146.16 | $146.16 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6487. **Priority creditor's name and mailing address**

SUN, JESSICA
203 S JUDD ST
SIOUX CITY IA 51103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $33.58 | $33.58 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6488. **Priority creditor's name and mailing address**

SUNDERLAND, LYDIA
1732 HAZELWOOD ROAD
CLARKSVILLE TN 37042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $1,429.28 | $1,429.28 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6489.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.6489.** **Priority creditor's name and mailing address**

SUNN, MARY
9814 WEST BELOIT RD.
MILWAUKEE WI 53227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $3,693.11 | $3,693.11 |

| Nonpriority amount |
| --- |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6490.** **Priority creditor's name and mailing address**

SURECHIEF, HAYLEY
1372 HAWTHORNE AVE. S.E
SMYRNA GA 30080

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $88.71 | $88.71 |

| Nonpriority amount |
| --- |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6491.** **Priority creditor's name and mailing address**

SURLES, SHAWANA L
3031 NORTHINGTON DR
APT 401
MONTGOMERY AL 36108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $60.57 | $60.57 |

| Nonpriority amount |
| --- |
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.6492.** **Priority creditor's name and mailing address**

SURRATT, ARIELLE D
36091 SPRUCE STREET
NEWARK CA 94560

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $702.03 | $702.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6493.** **Priority creditor's name and mailing address**

SURRELL, MONICA O
3440 DUNDEE LANE
JACKSON MS 39212

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $476.19 | $476.19 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6494.** **Priority creditor's name and mailing address**

SURUJDEO, CRYSTAL D
142-14 123 AVENUE
JAMAICA NY 11436

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $603.75 | $603.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

2.6495. **Priority creditor's name and mailing address**

SUTHERLAND, RHYANNA
253-20 CRAFT AVENUE
ROSEDALE NY 11422

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $95.40 | $95.40 |

**Nonpriority amount**

$0.00

2.6496. **Priority creditor's name and mailing address**

SUTTON, DALAZHANEI
361 N. NELLIS BLVD
#104
LAS VEGAS NV 89110

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,100.85 | $1,100.85 |

**Nonpriority amount**

$0.00

2.6497. **Priority creditor's name and mailing address**

SUTTON, HANNAH G
2001 RED BANK RD LOT 427
DOVER PA 17315

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $347.99 | $347.99 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.6498. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SUTTON, SARAH
624 YALE BLVD
SAINT CHARLES MO 63301

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $706.86
Priority amount: $706.86

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.6499. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SWAKED, NANSEE
5731 W 92ND AVE
APT #105
WESTMINSTER CO 80031

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $149.30
Priority amount: $149.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.6500. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SWANK, KATRINA
2777 CARNEGIE RD
APT 204
YORK PA 17402

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $307.91
Priority amount: $307.91

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.6501.** **Priority creditor's name and mailing address**

SWANSON, GRACE E
1616 NE 50TH ST
SEATTLE WA 98105

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $246.40 | $246.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6502.** **Priority creditor's name and mailing address**

SWANSON, KARLI A
6960 WEST 86TH PLACE
CROWN POINT IN 46307

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $65.25 | $65.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6503.** **Priority creditor's name and mailing address**

SWART, LINDSEY G
1245 KINGSTON WAY
GARDNERVILLE NV 89460

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $369.08 | $369.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.6504. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.6504.** **Priority creditor's name and mailing address**

SWARTZ, SHAWN R
1650 PERRY HIGHWAY
MERCER PA 16137

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $207.08

**Priority amount**  $207.08

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6505.** **Priority creditor's name and mailing address**

SWEENEY, MORGAN C
7700 GLEASON DRIVE
APT 34I
KNOXVILLE TN 37919

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $1,199.25

**Priority amount**  $1,199.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6506.** **Priority creditor's name and mailing address**

SWEETAPPLE, BROOKE M
101 NORTH GORDON ROAD
FORT LAUDERDALE FL 33301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $663.39

**Priority amount**  $663.39

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6507.** **Priority creditor's name and mailing address**

SWEIGERT, ROBERT C
259 SHETLAND DRIVE
ST. JOHN'S FL 32259

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,110.93 | $7,110.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6508.** **Priority creditor's name and mailing address**

SWETLAND, MELISSA
49 SUNSET LANE
VACAVILLE CA 95687

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $170.76 | $170.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6509.** **Priority creditor's name and mailing address**

SWIDZINSKI, KIRA F
22 HILARY DRIVE
BAYVILLE NY 11709

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $333.48 | $333.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6510.** **Priority creditor's name and mailing address**

SWINTON, AMIESHA
8710 CAMERON ST UNIT 926
SILVER SPRING MD 20910

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,430.04 | $1,430.04 |

**Nonpriority amount**

$0.00

---

**2.6511.** **Priority creditor's name and mailing address**

SWITALSKI, LUCIE V
5348 W FOREST TRAIL
OAK FOREST IL 60452

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $148.26 | $148.26 |

**Nonpriority amount**

$0.00

---

**2.6512.** **Priority creditor's name and mailing address**

SWOOPES, MELEAH
509 WEST LAKESIDE DRIVE
FLORENCE AL 35630

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $120.50 | $120.50 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.6513. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

2.6513. **Priority creditor's name and mailing address**

SYLVAIN, MARKITA L
4040 W TWAIN AVE
#137
LAS VEGAS NV 89103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $107.42 | $107.42 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6514. **Priority creditor's name and mailing address**

SYME, ELISABETH G
4000 39TH BLVD
212
GAINESVILLE FL 32608

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $295.48 | $295.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6515. **Priority creditor's name and mailing address**

SYMONDS, KERI L
29 VICTORY ST
CRANSTON RI 02910

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $468.96 | $468.96 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.6516. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

SYMONDS, KIRA L
29 VICTORY STREET
CRANSTON RI 02910

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $553.36
Priority amount: $553.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6517. **Priority creditor's name and mailing address**

SZAJEWSKI, KATARZYNA J
3440 N OKETO AVE
CHICAGO IL 60634

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $222.09
Priority amount: $222.09

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6518. **Priority creditor's name and mailing address**

SZCZESNY, ISAIAH
317 CASPER DR
SPARTANBURG SC 29307

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $65.19
Priority amount: $65.19

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.6519. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.6519.** **Priority creditor's name and mailing address**

SZESNAT, MEGAN J
22 ALBRIGHT AVE
ALBANY NY 12203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $261.63 | $261.63 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6520.** **Priority creditor's name and mailing address**

TABLAS, ARACELY
303 47TH ST
G-3
SAN DIEGO CA 92102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $143.40 | $143.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6521.** **Priority creditor's name and mailing address**

TABOR, SAGE N
1315 N. MERDIAN
WICHITA KS 67203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $579.26 | $579.26 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.6522. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.6522.  **Priority creditor's name and mailing address**

TAFT, ABBY M
8 HEIGHTS COURT
BINGHAMTON NY 13905

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $44.73 | $44.73 |

**Nonpriority amount**
$0.00

---

2.6523.  **Priority creditor's name and mailing address**

TAFT, ZOEY A
328 MATTHEWS RD
SPRINGBROOK TWP PA 18444

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.85 | $66.85 |

**Nonpriority amount**
$0.00

---

2.6524.  **Priority creditor's name and mailing address**

TAGUE, JOED V
7707 MARY CAROLYN STREET
SAN ANTONIO TX 78240

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,091.27 | $3,091.27 |

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.6525. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.6525.**

**Priority creditor's name and mailing address**

TAHA, SANNA
3914 ASHWORTH PL
LAKELAND FL 33810-3802

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,363.86 | $1,363.86 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6526.**

**Priority creditor's name and mailing address**

TAIT, ELIZABETH
4288 CHRISTOPER MICHAEL COURT
TRACY CA 95377

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $282.96 | $282.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6527.**

**Priority creditor's name and mailing address**

TAKAHASHI-ROSALES, PAOLA
140 E BERKELEY ST.
GLADSTONE OR 97027

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $0.00 | $0.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.6528.** **Priority creditor's name and mailing address**

TAKAHASHI-ROSALES, PAOLA
140 E BERKELEY ST.
GLADSTONE OR 97027

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $84.00 | $84.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6529.** **Priority creditor's name and mailing address**

TALAVERA-MONTIEL, JOCELYN
9214 MALLISON AVE
SOUTH GATE CA 90280

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $192.00 | $192.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6530.** **Priority creditor's name and mailing address**

TALBERT, KRISTINA S
7904 DUNHILL VILLAGE APT 201
201
BALTIMORE MD 21244

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,503.05 | $2,503.05 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.6531.** **Priority creditor's name and mailing address**

TALFORD, MARAVIA
6801 LEISURE TOWN ROAD
APT 63
VACAVILLE CA 95688

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $108.12 | $108.12 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6532.** **Priority creditor's name and mailing address**

TALMAGE, MONTANA L
2119 W 41ST ST
TULSA OK 74107

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $58.51 | $58.51 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6533.** **Priority creditor's name and mailing address**

TALON, KATRYNA
2304 TAYLOR AVENUE
BELLINGHAM WA 98225

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $282.72 | $282.72 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

**2.6534.** **Priority creditor's name and mailing address**

TAN, DANIELLE S
5912 CASTANA AVENUE
LAKEWOOD CA 90712

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $231.24 | $231.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6535.** **Priority creditor's name and mailing address**

TANEKEU, LYNDA
19125 CHERRY BEND DR
GERMANTOWN MD 20874

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $523.18 | $523.18 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6536.** **Priority creditor's name and mailing address**

TANELUS, CYNTHIA
5413 21 ST PL SW
NAPLES FL 34116

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $510.09 | $510.09 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.6537.** **Priority creditor's name and mailing address**

TANFORAN, KAIYAH
1488 RED RIBBONS LANE
MANTECA CA 95337

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $316.44 | $316.44 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6538.** **Priority creditor's name and mailing address**

TANGLAO, DENNICKA GAIL C
29 PERITA DRIVE
DALY CITY CA 94015

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $523.50 | $523.50 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6539.** **Priority creditor's name and mailing address**

TANIGUCHI, HARVEST L
3100 JANE PL NE
B201
ALBUQUERQUE NM 87111

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $37.44 | $37.44 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.6540.** **Priority creditor's name and mailing address**

TANNER, LEALA E
888 O'FARRELL STREET #311
SAN FRANCISCO CA 94109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,259.10 | $4,259.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6541.** **Priority creditor's name and mailing address**

TANNER, RACHEL D
808 ASHWOOD COURT
808 ASHWOOD CO
ORANGE PARK FL 32065

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $216.15 | $216.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6542.** **Priority creditor's name and mailing address**

TAORMINA, IRIS K
2636 GALACTIC HALO AVE
HENDERSON NV 89044

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.64 | $126.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6543.** **Priority creditor's name and mailing address**

TAPIA, JANNIFER A
1713 EL CENTRO AVE
SEELEY CA 92273

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $455.73 | $455.73 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6544.** **Priority creditor's name and mailing address**

TAPIA, JOYCELYN
3977 HAHN AVE
BETHPAGE NY 11714

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,439.06 | $1,439.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6545.** **Priority creditor's name and mailing address**

TAPIA, ROSALES HEMIMA
5345 E 106TH ST
INDIANAPOLIS IN 46280

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $64.37 | $64.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

**2.6546.** **Priority creditor's name and mailing address**

TAPIA, VIZCARRONDO DALISHA L
STREET 3 BB17 URB EL CORTIJO
BAYAMON PR 00956

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $28.64 | $28.64 |

**Nonpriority amount**

$0.00

---

**2.6547.** **Priority creditor's name and mailing address**

TAPIA-MONTOYA, SHAYLEE J
5405 VIERRA AVE. SW
ALBUQUERQUE NM 87105

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $115.92 | $115.92 |

**Nonpriority amount**

$0.00

---

**2.6548.** **Priority creditor's name and mailing address**

TARANGO, GISELLE M
1345 E ORANGE GROVE AVE.
GLENDALE CA 91205

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $101.76 | $101.76 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.6549. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------|---------|---------|---------|
| | TARASYUK, JULIANNA V<br>10215 NE 5TH STREET<br>VANCOUVER WA 98664 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $637.47 | $637.47 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.6550. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------|---------|---------|---------|
| | TARBERT, KARA N<br>3780 DAVIS CORNER ROAD<br>STREET MD 21154 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $151.71 | $151.71 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| 2.6551. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------|---------|---------|---------|
| | TARIN, AISHA<br>1805 KAGEHIRO DRIVE<br>TRACY CA 95376 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $240.84 | $240.84 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.6552.** **Priority creditor's name and mailing address**

TARIN, MARIA
12400 CYPRESS AVE #45
CHINO CA 91710

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $117.60 | $117.60 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6553.** **Priority creditor's name and mailing address**

TARIN, VALERIA
3428 W. MAIN ST
APT 8
KALAMAZOO MI 49006

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $39.31 | $39.31 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6554.** **Priority creditor's name and mailing address**

TATE, EMARI V
20703 CRYSTAL HILL CIRCLE
APT O
GERMANTOWN MD 20874

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.50 | $153.50 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

**2.6555.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TAUB, DANIKA C
2912 HUNTER ST
SHARPSVILLE PA 16150

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $508.73 | $508.73 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6556.** | **Priority creditor's name and mailing address**

TAVARES, KAREN L
58 THURBER AVE
SOMERSET MA 02725

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $1,714.85 | $1,714.85 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6557.** | **Priority creditor's name and mailing address**

TAVERAS, JESSIE
56 HAMPSTEAD ST
METHUEN MA 01844

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| $458.30 | $458.30 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6558.** **Priority creditor's name and mailing address**

TAVITA, SCHAE-MARIE H
99830 NAHIOLEA STREET
HALAWA HEIGHTS HI 96701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.29 | $31.29 |

**Nonpriority amount**

$0.00

**2.6559.** **Priority creditor's name and mailing address**

TAWADROS, KALEY N
3706 E NORTH ST APT
D6
GREENVILLE SC 29615

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $341.04 | $341.04 |

**Nonpriority amount**

$0.00

**2.6560.** **Priority creditor's name and mailing address**

TAWADROS, NARDINE
4180 MCCLOSKEY CT
CHANTILLY VA 20151

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $120.27 | $120.27 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.6561. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.6561.** **Priority creditor's name and mailing address**

TAX ASSESSOR - COLLECTOR
PO BOX 961018
FORT WORTH TX 76161-0018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $17,012.86 | $17,012.86 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6562.** **Priority creditor's name and mailing address**

TAX ASSESSOR/COLLECTOR
PO BOX 2992
EL PASO TX 79999-2992

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,445.57 | $7,445.57 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6563.** **Priority creditor's name and mailing address**

TAYLOR, ASHLYE
4908 18TH ST E
BRADENTON FL 34203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $159.57 | $159.57 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

---

**2.6564.** **Priority creditor's name and mailing address**

TAYLOR, ASYEN N
1805 ANNALEE DRIVE
ANTIOCH TN 37013

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.45 | $150.45 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6565.** **Priority creditor's name and mailing address**

TAYLOR, CATIE M
2409 FOXFIELD DRIVE
GLENSHAW PA 15116

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $448.83 | $448.83 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6566.** **Priority creditor's name and mailing address**

TAYLOR, DEZIREE
1717 CANDEE ST
GEORGETOWN TX 78626

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $65.78 | $65.78 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.6567.** **Priority creditor's name and mailing address**

TAYLOR, ELLEASA
5139 VANHOY LN
CHARLOTTE NC 28269

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $46.16 | $46.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6568.** **Priority creditor's name and mailing address**

TAYLOR, JASMINE R
702 CAPRI ST
MONTGOMERY AL 36105-1512

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $416.87 | $416.87 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6569.** **Priority creditor's name and mailing address**

TAYLOR, JEVONNE J
7701 W. SAINT JOHN RD
1025
GLENDALE AZ 85308

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $112.53 | $112.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

**2.6570.** **Priority creditor's name and mailing address**

TAYLOR, MADESTINI Q
2636 HOWARD ST.
LAKE STATION IN 46405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $104.76 | $104.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6571.** **Priority creditor's name and mailing address**

TAYLOR, MESHARRA J
882 MILES LANE
DOTHAN AL 36303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $149.43 | $149.43 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6572.** **Priority creditor's name and mailing address**

TAYLOR, NAJIRE
270 W STEUBEN ST.
PITTSBURGH PA 15205

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $189.96 | $189.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

| 2.6573. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

TAYLOR, RAVEEN
3495 PROMENADE PLACE
APT 123
WALDORF MD 20603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $44.95

**Priority amount** $44.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6574. **Priority creditor's name and mailing address**

TAYLOR, SHEILA F
2517 43RD AVE
TUSCALOOSA AL 35401-6258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $6,070.89

**Priority amount** $6,070.89

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6575. **Priority creditor's name and mailing address**

TAYLOR, TAT'YANA L
1000 MCDONALD WAY
#4
BAKERSFIELD CA 93309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $243.36

**Priority amount** $243.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.6576. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.6576. Priority creditor's name and mailing address**

TAYLOR, TIANNA J
3967 N. WEST AVE
FRESNO CA 93705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $110.16

**Priority amount** $110.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6577. Priority creditor's name and mailing address**

TAYLOR, YVONNE L
2129 CRESTMONT ST
NORMAN OK 73069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,823.05

**Priority amount** $3,823.05

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6578. Priority creditor's name and mailing address**

TAYLOR-JONES, JASMINE C
3 SCOTT STREET
NORWALK CT 06851

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $50.70

**Priority amount** $50.70

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.6579.** **Priority creditor's name and mailing address**

TEAGER, SABRINA
2516 S. SYCAMORE AVE
LOS ANGELES CA 90016

| | |
|---|---|
| **As of the petition filing date, the claim is:** *Check all that apply.* | |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $303.53 | $303.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6580.** **Priority creditor's name and mailing address**

TEAGER, SABRINA
2516 S. SYCAMORE AVE
LOS ANGELES CA 90016

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $17.81 | $17.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6581.** **Priority creditor's name and mailing address**

TEAGUE, SYMPHANY
4045 GEORGE BUSBEE PKWY NW 13202
KENNESAW GA 30144

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $85.11 | $85.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6582.** **Priority creditor's name and mailing address**

TEAL, DEMETRIAS C
4901 KINSEY DR
APT 2322
TYLER TX 75703-3040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,591.88 | $3,591.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6583.** **Priority creditor's name and mailing address**

TEASLEY, MIYANA K
6530 W DENNY CT
CHESTERFIELD VA 23832

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $123.92 | $123.92 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6584.** **Priority creditor's name and mailing address**

TEIXEIRA, MILLENA V
15 JULIAN LANE
MILFORD MA 01757

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $436.20 | $436.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6585.** **Priority creditor's name and mailing address**

TEJADA, ALBELIS D
33 CROYLAND RD
2
PROVIDENCE RI 02905-2101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,459.78 | $1,459.78 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6586.** **Priority creditor's name and mailing address**

TEJADA, BRITNEY B
4309 URBANA DRIVE
FORT SMITH AR 72904

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $93.43 | $93.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6587.** **Priority creditor's name and mailing address**

TEJADA, CRYSTAL
3633 CLIFTON ROAD
UNIT B
GREENSBORO NC 27407

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $67.40 | $67.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.6588. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.6588.**

**Priority creditor's name and mailing address**

TELLEZ, VERA JENNIFER S
406 OAKLAWN AVE
APT H
CHULA VISTA CA 91910

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $237.24 | $237.24 |

**Nonpriority amount**

$0.00

---

**2.6589.**

**Priority creditor's name and mailing address**

TELLY, BRIANNA
145 ROBERT AVE APT 116
RIPON CA 95366

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $75.84 | $75.84 |

**Nonpriority amount**

$0.00

---

**2.6590.**

**Priority creditor's name and mailing address**

TENBUSH, KAMRYN L
788 NE EDGEHILL DRIVE
ESTACADA OR 97023

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $120.00 | $120.00 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

**2.6591.** **Priority creditor's name and mailing address**

TENSON, DONYELL I
117 CHERRY STREET
TINTON FALLS NJ 07724

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $184.17 | $184.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6592.** **Priority creditor's name and mailing address**

TEO-SALVADOR, ANA M
3627 BARCROFT VIEW TERRACE APT
FALLS CHURCH VA 22041

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $729.94 | $729.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6593.** **Priority creditor's name and mailing address**

TERCEIRA, KAITLIN M
48 DELMAGE RD
SWANSEA MA 02777

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $567.34 | $567.34 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

---

2.6594.   **Priority creditor's name and mailing address**

TERMEH, SUBHIYAH
310 VICTORIA STATION BLVD.
LAWRENCEVILLE GA 30043

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $226.69 | $226.69 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6595.   **Priority creditor's name and mailing address**

TERRANOVA, AMANDA K
3612 S HOCKER AVE
INDEPENDENCE MO 64055

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $500.20 | $500.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6596.   **Priority creditor's name and mailing address**

TERRELL, ASIA A
7623 CARLTON ARMS BLVD
WINTER HAVEN FL 33884

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $445.41 | $445.41 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6597.** **Priority creditor's name and mailing address**

TERRELL, KAYLEN
728 15TH ST. N
BESSEMER AL 35020

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $159.49 | $159.49 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6598.** **Priority creditor's name and mailing address**

TERRELL, KIANNA S
2710 OAK ST
APT. 603
ALTOONA PA 16601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $88.09 | $88.09 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6599.** **Priority creditor's name and mailing address**

TERRENCE, TKEYAH T
840 B NORTH VIRGINIA
ATLANTIC CITY NJ 08401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $238.86 | $238.86 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

2.6600. **Priority creditor's name and mailing address**

TERRILE, SOFIA
5800 OWENSMOUTH AVE
UNIT 9
WOODLAND HILLS CA 91367

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $202.07 | $202.07 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.6601. **Priority creditor's name and mailing address**

TERRY, CAROLYN
4551 KIPLING STREET APT 46
WHEAT RIDGE CO 80033

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,871.44 | $2,871.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.6602. **Priority creditor's name and mailing address**

TERRY, SAMANTHA N
287 ALEXANDRIA DR.
HACKETTSTOWN NJ 07840

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $361.62 | $361.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6603.** **Priority creditor's name and mailing address**

TERRY, SHALANTA M
558 BARLOW DRIVE
PORTSMOUTH VA 23707

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.48 | $72.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6604.** **Priority creditor's name and mailing address**

TESORIERO, AMBER N
56 BEECH DR
OSWEGO NY 13126

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,918.93 | $4,918.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6605.** **Priority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN TX 78714-9348

**Date or dates debt was incurred**

01/29/17-02/03/18

**Last 4 digits of account number:** 5057

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76,674.99 | $76,674.99 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6606.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.6606.** **Priority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN TX 78714-9348

**Date or dates debt was incurred**

02/04/18-02/02/19

**Last 4 digits of account number:** 5057

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $76,674.99 | $76,674.99 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6607.** **Priority creditor's name and mailing address**

THACH, DIEN
1606 7TH ST SE
ROANOKE VA 24013-2704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $1,681.93 | $1,681.93 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6608.** **Priority creditor's name and mailing address**

THAMMAVONGSA, ZAY A
9445 E. 39TH PL
TULSA OK 74145

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| $2,595.56 | $2,595.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6609.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | THAO, PENELOPE E<br>1048 ROCKDALE STREET<br>GREEN BAY WI 54304 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $130.09 | $130.09<br><br>**Nonpriority amount**<br>$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6610.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | THAO, SALAH<br>8142 W EGGERT PLACE<br>MILWAUKEE WI 53218 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $239.53 | $239.53<br><br>**Nonpriority amount**<br>$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6611.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | THAO, SHANNON<br>412 MONTANA AVE E<br>SAINT PAUL MN 55130 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $153.13 | $153.13<br><br>**Nonpriority amount**<br>$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.6612. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.6612.** **Priority creditor's name and mailing address**

THAYER, SYDNEY G
6797 MAPLEWOOD RD
INDIAN RIVER MI 49749

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $37.28 | $37.28 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6613.** **Priority creditor's name and mailing address**

THAYRAVANH, ALYSA M
14641 POLO RD
VICTORVILLE CA 92394

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $145.68 | $145.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6614.** **Priority creditor's name and mailing address**

THE CITY OF LOCUST GROVE
ATTN: BUSINESS LICENSE
P.O. BOX 900
LOCUST GROVE GA 30248

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $448.06 | $448.06 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.6615. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** / **Priority amount** |

**2.6615.** **Priority creditor's name and mailing address**

THEIL, MARLEE
145 HARMONY ROAD
423
SLIPPERY ROCK PA 16057

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $196.52 | $196.52 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6616.** **Priority creditor's name and mailing address**

THEISEN, JENSEN N
1307 APPLEJACK COURT
HENDERSON NV 89002

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.03 | $80.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6617.** **Priority creditor's name and mailing address**

THEKAN, JENNIFER L
7161 TOWNSEND DRIVE
HIGHLANDS RANCH CO 80130

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,777.89 | $2,777.89 |
| | **Nonpriority amount** |
| | $0.00 |

| Debtor | **Charlotte Russe, Inc.** | Case number *(if known)* **19-10214** |
|---|---|---|

**2.6618.** **Priority creditor's name and mailing address**

THIEDE, NIKKOLE L
2311 WESTFIELD LANE
BELVIDERE IL 61008

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $291.73 | $291.73 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6619.** **Priority creditor's name and mailing address**

THIGPEN, SHA'TERRA M
14376 MCART RD
30
VICTORVILLE CA 92392

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $540.54 | $540.54 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6620.** **Priority creditor's name and mailing address**

THOMAS, ALLISON
1015 LAKE LANE
PENNSBURG PA 18073

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $618.72 | $618.72 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

**2.6621.** **Priority creditor's name and mailing address**

THOMAS, ALYSIA
38 BEAM AVE
JACKSON NJ 08527

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $274.18 | $274.18 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.6622.** **Priority creditor's name and mailing address**

THOMAS, BRIANNA M
20405 NW 11 CT
MIAMI FL 33169

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $331.80 | $331.80 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.6623.** **Priority creditor's name and mailing address**

THOMAS, CRYSTOL V
253-17 147TH ROAD
ROSEDALE NY 11422

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $99.24 | $99.24 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6624.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.6624.** **Priority creditor's name and mailing address**

THOMAS, ESPERANZA S
5443 W. CALLE SAN ANGELO
GUADALUPE AZ 85283

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $160.05 | $160.05 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6625.** **Priority creditor's name and mailing address**

THOMAS, JORDAN C
238 CARRIAGE BLVD
PITTSBURGH PA 15239

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $61.48 | $61.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6626.** **Priority creditor's name and mailing address**

THOMAS, KAYLA J
150 CROWN STREET
B2
BROOKLYN NY 11225

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| $849.75 | $849.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6627.** **Priority creditor's name and mailing address**

THOMAS, KYLIE V
25 OAKBROOKE
TROY IL 62294

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $113.68 | $113.68 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.6628.** **Priority creditor's name and mailing address**

THOMAS, MIKALA R
745 N 119TH AT WEST
WICHITA KS 67235

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $1,295.03 | $1,295.03 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.6629.** **Priority creditor's name and mailing address**

THOMAS, SAVANNAH M
5000 STATION STREET
APT. 112
MORGANTOWN WV 26501

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $122.85 | $122.85 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

---

**2.6630.** **Priority creditor's name and mailing address**

THOMAS, TRANCE
1210 PALM BEACH LAKES BLVD
APT#C11
WEST PALM BEACH FL 33401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $174.11 | $174.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6631.** **Priority creditor's name and mailing address**

THOMAS, TYRA A
3420 ANDREW COURT
APT 302
LAUREL MD 20724

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $717.03 | $717.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6632.** **Priority creditor's name and mailing address**

THOMASON, NICOLE M
512 NORTH DR. PO BOX 1514
LEBEC CA 93243

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $180.96 | $180.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

---

**2.6633.** **Priority creditor's name and mailing address**

THOMPSON, ALEXIS B
10618 E 66TH ST S 160
TULSA OK 74133

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $83.42 | $83.42 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6634.** **Priority creditor's name and mailing address**

THOMPSON, ANISSIYA
18 SHAW STREET
UTICA NY 13502

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.16 | $175.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6635.** **Priority creditor's name and mailing address**

THOMPSON, AUBREYANNA
2042 ROHDEA WAY
OXNARD CA 93030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $220.80 | $220.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.6636.** **Priority creditor's name and mailing address**

THOMPSON, BRIQUETTE
14117 SNAFFLE BIT TRAIL
HASLET TX 76052

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $251.52 | $251.52 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6637.** **Priority creditor's name and mailing address**

THOMPSON, BRITTNEY B
770 1/2 MILLER STREET
LUZERNE PA 18709

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $538.51 | $538.51 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6638.** **Priority creditor's name and mailing address**

THOMPSON, DESTIN D
3301 W ESPLANADE AVE N APT 508
5084B
METAIRIE LA 70002

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $436.62 | $436.62 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| 2.6639. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

THOMPSON, GABRIELLE B
6467 GRAWOOD DR
KEITHVILLE LA 71047

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $79.24

**Priority amount** $79.24

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6640.    **Priority creditor's name and mailing address**

THOMPSON, II DAVID W
12335 ALEXANDRIA
SAN ANTONIO TX 78233

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $33.30

**Priority amount** $33.30

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6641.    **Priority creditor's name and mailing address**

THOMPSON, JANET O
3117 W ARTHUR AVENUE
CHICAGO IL 60645

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $380.60

**Priority amount** $380.60

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.6642. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

THOMPSON, JASMYN M
6606 N 89TH CT APT D
D
OMAHA NE 68122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,030.55

**Priority amount** $2,030.55

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.6643.  **Priority creditor's name and mailing address**

THOMPSON, JAYLA
15 BABCOCK LANE
WILLINGBORO NJ 08046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $490.98

**Priority amount** $490.98

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.6644.  **Priority creditor's name and mailing address**

THOMPSON, NATALIE L
740 NE 199TH ST
105G
MIAMI FL 33179

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,655.98

**Priority amount** $3,655.98

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                              Case number *(if known)* **19-10214**

---

**2.6645.** **Priority creditor's name and mailing address**

THOMPSON, REBECCA D
110 SCHOOL STREET
MORGANTOWN WV 26505

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.47 | $153.47 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6646.** **Priority creditor's name and mailing address**

THOMPSON, SABRINA R
2317 PARK LANE
W6
HOLT MI 48842

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $68.91 | $68.91 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6647.** **Priority creditor's name and mailing address**

THOMPSON, SHANEE M
10342 98TH ST
OZONE PARK NY 11417-1643

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,304.72 | $2,304.72 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.6648. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---------|---------|---------|---------|---------|

**2.6648.** **Priority creditor's name and mailing address**

THOMPSON, SHAVONNE S
90 EASTGAY DRIVE
A
AKRON OH 44313

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $303.45 | $303.45 |

**Nonpriority amount**
$0.00

---

**2.6649.** **Priority creditor's name and mailing address**

THOMPSON, TAMIKA S
1648 INDIAN WAY
OKEMOS MI 48864

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $102.77 | $102.77 |

**Nonpriority amount**
$0.00

---

**2.6650.** **Priority creditor's name and mailing address**

THORNTON, DENISHA L
2592 COLUMBUS WAY SOUTH
SAINT PETERSBURG FL 33712

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $414.12 | $414.12 |

**Nonpriority amount**
$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6651.** **Priority creditor's name and mailing address**

THORNTON, GABRIELLE E
7919 CAPISTRANO DRIVE
RICHMOND VA 23227

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $165.08 | $165.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6652.** **Priority creditor's name and mailing address**

THORNTON, JASMINE
1001 E 77TH ST
APT 207
RICHFIELD MN 55423

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $923.54 | $923.54 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6653.** **Priority creditor's name and mailing address**

THREETS, AISLING A
13125 GREY WOLF LANE
COVINGTON GA 30014

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $104.48 | $104.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6654.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|

THRELKELD, IYANA S
911 BEARD ST
APT 1
FLINT MI 48503

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $118.96
Priority amount: $118.96

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6655.** **Priority creditor's name and mailing address**

THROWER, DARYN N
4 BRIGADE COURT
OWINGS MILLS MD 21117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $179.52
**Priority amount**    $179.52

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6656.** **Priority creditor's name and mailing address**

THUETT, DANESSA L
1002 E EVANS AVE
PUEBLO CO 81004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $134.65
**Priority amount**    $134.65

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.6657.** **Priority creditor's name and mailing address**

TIFFANY, KAITLYN N
8850 MOAT CROSSING PL.
BRISTOW VA 20136

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.97 | $69.97 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6658.** **Priority creditor's name and mailing address**

TIFFANY, STEPHANIE
175 S SHERMAN ST
APT 202
DENVER CO 80209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,471.24 | $4,471.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6659.** **Priority creditor's name and mailing address**

TIGHE, KAILEY S
1925 WEST MEMORIAL DR
MUNCIE IN 47302

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.29 | $140.29 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.6660.** **Priority creditor's name and mailing address**

TIMBER, KELLIE
1928 CAGLE DRIVE
MONROE LA 71202

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $134.13 | $134.13 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6661.** **Priority creditor's name and mailing address**

TIMMONS, PHEAYSIA L
4019 DUPONT AVE N FL2
MINNEAPOLIS MN 55412

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $627.05 | $627.05 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6662.** **Priority creditor's name and mailing address**

TINAJERO, ALEENA M
1027 W CAMERON AVE
WEST COVINA CA 91790-3622

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $489.32 | $489.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.6663.** **Priority creditor's name and mailing address**

TINOCO, DANIELA A
106 S WOODWORTH AVE.
18S
FRANKTON IN 46044

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $163.06 | $163.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6664.** **Priority creditor's name and mailing address**

TINSLEY, BRANDON E
2206 EMPORIA ST
WOODBRIDGE VA 22191

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $96.01 | $96.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6665.** **Priority creditor's name and mailing address**

TINSLEY, MADISON K
321 SW FILLMORE ST
TOPEKA KS 66606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $165.96 | $165.96 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6666.** **Priority creditor's name and mailing address**

TIRADO, RODRIGUEZ YOHAIRA I
4421 SOUTH KIRKMAN RD
K-204
ORLANDO FL 32811

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $54.15 | $54.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6667.** **Priority creditor's name and mailing address**

TO, SKYLAR
21 SPRING STREET
EVERETT MA 02149

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $719.22 | $719.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6668.** **Priority creditor's name and mailing address**

TODD, CHEYENNE D
5171 COVENTRY PKWY
5171
FORT WAYNE IN 46804

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.08 | $33.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6669.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| | | $2,219.04 | $2,219.04

TODD, ELIZABETH
1327 SIMMONS AVENUE
SAINT LOUIS MO 63122

☐ Contingent
☐ Unliquidated                                         **Nonpriority amount**
☐ Disputed                                              $0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____                        WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**
                                               ☐ No
**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6670.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| | | $41.25 | $41.25

TODD, JASMINE L
4703 PALADIUM DR
MANSFIELD TX 76063

☐ Contingent
☐ Unliquidated                                         **Nonpriority amount**
☐ Disputed                                              $0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____                        WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**
                                               ☐ No
**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6671.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | |
| | | $13,258.03 | $12,850.00

TOERIEN. LANCE A.
10590 OAKBEND DR
SAN DIEGO CA 92131-2369

☐ Contingent
☐ Unliquidated                                         **Nonpriority amount**
☐ Disputed                                              $408.03

**Date or dates debt was incurred**            **Basis for the claim:**
_____                        WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**
                                               ☐ No
**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6672.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**Priority creditor's name and mailing address**

TOLAND, SARAH
100 HILLDALE RD
ETTERS PA 17319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $515.03 | $515.03 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6673.** 

**Priority creditor's name and mailing address**

TOLBERT, MADALYN M
238 HUNTINGTON TRAIL
HOSCHTON GA 30548

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $155.08 | $155.08 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6674.** 

**Priority creditor's name and mailing address**

TOLBERT, TIANA N
12475 MT BELFORD WAY
COLORADO SPRINGS CO 80831

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $177.60 | $177.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.6675. **Priority creditor's name and mailing address**

TOLLIVER, AHKEEA
841 SADDLEBRED DR
RICHMOND VA 23223

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $120.17 | $120.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6676. **Priority creditor's name and mailing address**

TOMAINO, PAMELA A
9432 CARRIAGE HILL STREET
FREDERICK MD 21704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $9,170.24 | $9,170.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6677. **Priority creditor's name and mailing address**

TOMAS, LOPEZ SHEILA M
409 W. MANNING STREET
CHATTANOOGA TN 37405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.85 | $32.85 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

**2.6678.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TOMASETTI, ALYSA G
2054 SANTA LUCIA AVENUE
OXNARD CA 93030

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $257.40

**Priority amount** $257.40

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6679.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TOMASSION, LINDA L
4327 3RD ST
WAYNE MI 48184

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,170.42

**Priority amount** $2,170.42

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6680.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TOMLINSON, MICHAEL G
3418 MORNING DOVE CIRCLE
LAWRENCE KS 66049

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $6,103.13

**Priority amount** $6,103.13

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.6681.** **Priority creditor's name and mailing address**

TOMLINSON, PRESLEY K
3001 W. WEDINGTON
53
FAYETTEVILLE AR 72701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $143.29 | $143.29 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6682.** **Priority creditor's name and mailing address**

TONG, DANIELLE M
1536 POLK DR
BRUNSWICK OH 44212

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $218.71 | $218.71 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6683.** **Priority creditor's name and mailing address**

TONY YZAGUIRRE, JR.
TAX ASSESSOR-COLLECTOR
PO BOX 952
BROWNSVILLE TX 78522-0952

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,524.10 | $5,524.10 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.6684.** | **Priority creditor's name and mailing address** | |

| | | |
|---|---|---|

**2.6684.** **Priority creditor's name and mailing address**

TOONE, CYERA
1670 KARON DR
COLUMBUS OH 43219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $104.91 | $104.91 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6685.** **Priority creditor's name and mailing address**

TOPAL, GAIL S
100-72 BAKER COURT
ISLAND PARK NY 11558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $9,549.19 | $9,549.19 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6686.** **Priority creditor's name and mailing address**

TORANIA, MISHKAT
685 RED TAIL CT
BROOKFIELD WI 53045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $90.19 | $90.19 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

2.6687.  **Priority creditor's name and mailing address**

TOREBKA, SAVANNAH R
8 BUCHANAN DRIVE
GANSEVOORT NY 12831

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $205.69 | $205.69 |
| | **Nonpriority amount** |
| | $0.00 |

2.6688.  **Priority creditor's name and mailing address**

TORO, STEVEN
5022 17TH AVE NE
SEATTLE WA 98105

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $376.48 | $376.48 |
| | **Nonpriority amount** |
| | $0.00 |

2.6689.  **Priority creditor's name and mailing address**

TORRES, ADRIANA
310 GOLDEN ROD DRIVE
APT 24
MINOOKA IL 60447

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $560.03 | $560.03 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.6690.** **Priority creditor's name and mailing address**

TORRES, AMY L
150 W NATALIE LN
ADDISON IL 60101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $319.66 | $319.66 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6691.** **Priority creditor's name and mailing address**

TORRES, ANA M
9111 LEAWOOD BLVD
HOUSTON TX 77099-2031

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,772.41 | $2,772.41 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6692.** **Priority creditor's name and mailing address**

TORRES, CASSANDRA N
11146 JERSEY AVE
NORWALK CA 90650

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.64 | $122.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.6693.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | TORRES, CITLALI B<br>5216 S HAMLIN AVE<br>CHICAGO IL 60632 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $394.68 | $394.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6694.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | TORRES, DIANA<br>427 N LINNELL AVE<br>FARMERSVILLE CA 93223 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36.24 | $36.24 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.6695.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | TORRES, DIANA<br>821 SUNSET AVENUE<br>DALLAS TX 75208 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $293.29 | $293.29 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.6696. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.6696. **Priority creditor's name and mailing address**

TORRES, DIAZIA E
952 STAMLER DR.
TOMS RIVER NJ 08753

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $84.39

**Priority amount**    $84.39

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6697. **Priority creditor's name and mailing address**

TORRES, FLORES BRISEIDA E
4815 VALOR WAY
MADISON WI 53718

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $114.56

**Priority amount**    $114.56

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6698. **Priority creditor's name and mailing address**

TORRES, JESSICA
1440 NE 223RD AVE #106
WOOD VILLAGE OR 97060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $342.28

**Priority amount**    $342.28

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

2.6699.  **Priority creditor's name and mailing address**

TORRES, JOSMAIRIM
4102 DINNER LAKE WAY
LAKE WALES FL 33859

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $229.27 | $229.27 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.6700.  **Priority creditor's name and mailing address**

TORRES, JUDITH
5946 HUDSON WOODS CT
LAS VEGAS NV 89156

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $170.62 | $170.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

2.6701.  **Priority creditor's name and mailing address**

TORRES, KATIA M
72 FIELDSTREAM DR APT C
WATERBURY CT 06704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $78.07 | $78.07 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.6702. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

2.6702.  **Priority creditor's name and mailing address**

TORRES, KATY
1706 15TH ST
#207
KENOSHA WI 53140

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,294.60 | $2,294.60 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6703.  **Priority creditor's name and mailing address**

TORRES, LISSETTE A
784 JULIAN ST
TURLOCK CA 95380-3812

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $691.68 | $691.68 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6704.  **Priority creditor's name and mailing address**

TORRES, MICHELLE P
549 LINDSAY ANNE CT
PLANT CITY FL 33563

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,053.66 | $4,053.66 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.6705.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TORRES, RAMON E
CALLE BOHIO F 46
URB CAGUAX
CAGUAS PR 00725

*Check all that apply.*                                     $1,980.14          $1,980.14

☐ Contingent
☐ Unliquidated                                                                **Nonpriority amount**
☐ Disputed
                                                                              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                       WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6706.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TORRES, REBECCA A
1333 FELICIA CT.
OXNARD CA 93030

*Check all that apply.*                                     $316.20            $316.20

☐ Contingent
☐ Unliquidated                                                                **Nonpriority amount**
☐ Disputed
                                                                              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                       WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6707.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TORRES, ROBLEDO CARLA C
PO BOX 36
ORANGE PARK FL 32067

*Check all that apply.*                                     $67.09             $67.09

☐ Contingent
☐ Unliquidated                                                                **Nonpriority amount**
☐ Disputed
                                                                              $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                       WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☐ No
**Specify Code subsection of PRIORITY**       ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor     **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

| 2.6708. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

TORRES, TATIANA
7913 6TH STREET
DOWNEY CA 90241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $106.20 | $106.20 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6709. **Priority creditor's name and mailing address**

TORRES, VALERIA
1504 GRANDCLUB BLVD
1504
FORT PIERCE FL 34982

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $338.66 | $338.66 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6710. **Priority creditor's name and mailing address**

TORRES, VANESSA
1041 DESIERTO LUNA ST
EL PASO TX 79912-1140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $353.23 | $353.23 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                       Case number *(if known)* **19-10214**

---

**2.6711.** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---|---

**2.6711.** **Priority creditor's name and mailing address**

TORRES, YOLANDA
C-SARTUNIA L-4 PARQUE ECUESTRE
CAROLINA PR 00985

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $3,059.69 | $3,059.69 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6712.** **Priority creditor's name and mailing address**

TORRES-FIGUEROA, ALBA E
11554 W FOXBERRY DR
MARANA AZ 85653

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $4,844.60 | $4,844.60 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6713.** **Priority creditor's name and mailing address**

TORRES-ROMO, LAURA G
2896 GRIFFIN AVE
8
LOS ANGELES CA 90031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $313.20 | $313.20 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| 2.6714. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

TORREZ, BROOKE M
3711 EMERALD STREET
7
TORRANCE CA 90503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $235.20

**Priority amount** $235.20

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6715.**

**Priority creditor's name and mailing address**

TORUNO, CLAUDIA
13477 SW 284TH ST
HOMESTEAD FL 33033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,906.36

**Priority amount** $2,906.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6716.**

**Priority creditor's name and mailing address**

TOSCANO, MAYRA V
1412 W WASHINGTON AVE.
SANTA ANA CA 92706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $147.00

**Priority amount** $147.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.6717.** **Priority creditor's name and mailing address**

TOSTON, CHONTIARERA
8224 OAKSHIRE ST
LAS VEGAS NV 89131

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $173.25 | $173.25 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6718.** **Priority creditor's name and mailing address**

TOSTON-MONROE, JESSICA
24323 JACKSON AVENUE #1212
MURRIETA CA 92562

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $24.00 | $24.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6719.** **Priority creditor's name and mailing address**

TOTH, TRACY E
104 COBBLESTONE TRL
DANBURY CT 06810-8449

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,626.90 | $7,626.90 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

**2.6720.** **Priority creditor's name and mailing address**

TOWN OF KINGSTON
PO BOX 900
KINGSTON MA 02364-0900

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $54.85 | $54.85 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6721.** **Priority creditor's name and mailing address**

TOWNS, NYESHA N
2614 BON AIR DR.
ORLANDO FL 32818

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $808.26 | $808.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6722.** **Priority creditor's name and mailing address**

TOWNSEND, ANGELENA E
1416 SKYRIDE DRIVE APT D
CRYSTAL LAKE IL 60014

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,781.25 | $3,781.25 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**2.6723.** **Priority creditor's name and mailing address**

TOWNSEND, ASHLEIGH
5700 DORCHESTER WAY
IRONDALE AL 35210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $252.84 | $252.84 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6724.** **Priority creditor's name and mailing address**

TRACE-BAYLOR, CHELSEA C
11735 VILLAGE HEIGHTS DRIVE
WAYNESBORO PA 17268

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $233.32 | $233.32 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6725.** **Priority creditor's name and mailing address**

TRACY, ANNABELLE
7110 W VIRGINIA AVE
APT A201
LAKEWOOD CO 80226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $536.38 | $536.38 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

2.6726.  **Priority creditor's name and mailing address**

TRAN, ANDY T
111 ANDREA RD
CHELTENHAM PA 19012-1311

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $548.42 | $548.42 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.6727.  **Priority creditor's name and mailing address**

TRAN, JACKLYN
119 NORTH GLENWOOD
MIDLAND TX 79703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.60 | $135.60 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.6728.  **Priority creditor's name and mailing address**

TRAN, JANICE M
233 LINDSEY CIRCLE
CARENCRO LA 70520

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,259.17 | $2,259.17 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

2.6729.  **Priority creditor's name and mailing address**

TRAN, MIA N
850 S PARKSIDE
ELMHURST IL 60126

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $131.59 | $131.59 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6730.  **Priority creditor's name and mailing address**

TRAN, SILVIE
760 RIVER VIEW DR
SAN JOSE CA 95111

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $46.50 | $46.50 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6731.  **Priority creditor's name and mailing address**

TRAUD, LAURA B
204 GRINDSTONE DR
APEX NC 27502

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $543.67 | $543.67 |
| | **Nonpriority amount** |
| | $0.00 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.6732.** **Priority creditor's name and mailing address**

TRAYLOR, TALORIA I
201 BLUE GABLE RD. APT. 505
HATTIESBURG MS 39401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,014.59 | $4,014.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6733.** **Priority creditor's name and mailing address**

TREAMER, CORAL G
1600 CAROLINE ST
FREDERICKSBURG VA 22401

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $383.22 | $383.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6734.** **Priority creditor's name and mailing address**

TREJO-SIMON, SAMUEL
220 N TORREY PINES DR
LAS VEGAS NV 89107-1307

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $392.20 | $392.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**2.6735.** **Priority creditor's name and mailing address**

TREMINIO, ANA I
7603 AIMUA CT
HOUSTON TX 77083

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $526.37 | $526.37 |

**Nonpriority amount**

$0.00

---

**2.6736.** **Priority creditor's name and mailing address**

TREVINO, LYRISSA D
1414 N 31ST PL
PHX AZ 85008

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $110.44 | $110.44 |

**Nonpriority amount**

$0.00

---

**2.6737.** **Priority creditor's name and mailing address**

TREVINO, MALYDIA A
2105 GREEN TREE COVE
ROUND ROCK TX 78665

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $632.32 | $632.32 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                        Case number *(if known)* **19-10214**

| 2.6738. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TREVINO, MARIA I<br>837COLUMBIA AVE<br>LANCASTER PA 17603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $271.01 | $271.01 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.6739. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TRINIDAD, NANCY<br>4121 E. HOLLAND AVE.<br>FRESNO CA 93726 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $633.59 | $633.59 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.6740. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TRINIDAD, SANTIAGO DAGNES M<br>108 FILLMORE ST.<br>M<br>PROVIDENCE RI 02908 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64.37 | $64.37 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

---

**2.6741.** **Priority creditor's name and mailing address**

TROCHE, LEILANI A
56 NORTH FIRST ST
2ND FL
MERIDEN CT 06451

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $436.05 | $436.05 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6742.** **Priority creditor's name and mailing address**

TROOST, AMANDA B
105 YORKSHIRE DR
YORKTOWN VA 23693

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $101.47 | $101.47 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6743.** **Priority creditor's name and mailing address**

TROSCLAIR, ANGELEE A
3104 KENTA DR
MARRERO LA 70072

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $776.83 | $776.83 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.6744.** **Priority creditor's name and mailing address**

TROTMAN, DANIELLE
705 COMMONS COURT
EAST STROUDSBURG PA 18301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $589.82 | $589.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6745.** **Priority creditor's name and mailing address**

TROTMAN, MICHELLE S
240 CROWN STREET
APT# 4F
BROOKLYN NY 11225

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $334.05 | $334.05 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6746.** **Priority creditor's name and mailing address**

TROWBRIDGE, JANE L
1806 NE 85TH TERRACE
KANSAS CITY MO 64155

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $505.77 | $505.77 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.6747. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**2.6747.** | **Priority creditor's name and mailing address**

TRUEHEART, ERIELLE A
11 HIGHGATE AVE
BUFFALO NY 14214

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $202.24 | $202.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6748.** | **Priority creditor's name and mailing address**

TRUITT, DANIEL
2505 TONI AVE
SPRINGDALE AR 72762

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $768.95 | $768.95 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6749.** | **Priority creditor's name and mailing address**

TRUJILLO, BRIANNE S
3680 ROLLE STREET
LOS ANGELES CA 90031

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $179.64 | $179.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| 2.6750. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.6750.** **Priority creditor's name and mailing address**

TRULL, TIFFANY C
23 LINLEW DR APT 17
DERRY NH 03038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$3,118.13

**Priority amount**
$3,118.13

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6751.** **Priority creditor's name and mailing address**

TRULOVE, MORGAN J
1231 E OMAHA ST
APT B2
BROKEN ARROW OK 74012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$65.19

**Priority amount**
$65.19

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6752.** **Priority creditor's name and mailing address**

TSANGARIS, JENNIFER
507 GENEVA AVE.
STRUTHERS OH 44471

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$6,678.38

**Priority amount**
$6,678.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor     **Charlotte Russe, Inc.**                                                                  Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.6753.** **Priority creditor's name and mailing address**

TUAPANTE, TATIANA M
55 WILLIAM ST
APT 2
SOUTH RIVER NJ 08882

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $45.75 | $45.75 |

**Nonpriority amount**

$0.00

---

**2.6754.** **Priority creditor's name and mailing address**

TUBBS, SHALONZIA
1002 4TH AVENUE
SELMA AL 36701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $188.02 | $188.02 |

**Nonpriority amount**

$0.00

---

**2.6755.** **Priority creditor's name and mailing address**

TUBMAN, MARICA
242 AMELIA DR W
MARTINEZ GA 30907

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $133.81 | $133.81 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6756.** **Priority creditor's name and mailing address**

TUCKER, AMBER M
3906 GRAMMONT ST
MONROE LA 71203

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $312.99 | $312.99 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6757.** **Priority creditor's name and mailing address**

TUCKER, KENDRA M
506 HUGER ST
COLUMBIA SC 29201

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $177.65 | $177.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6758.** **Priority creditor's name and mailing address**

TUCKER, MYA R
5244 LANSDOWNE WAY
PALMETTO FL 34221

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $51.92 | $51.92 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.6759. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.6759.** **Priority creditor's name and mailing address**

TUDA, LILIANA
663 GOLDEN EAGLE
CHAPARRAL NM 88081

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $203.74 | $203.74 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6760.** **Priority creditor's name and mailing address**

TUDOR, REBECCA
110 N MAIN ST
4
BERLIN MD 21811

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $132.11 | $132.11 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6761.** **Priority creditor's name and mailing address**

TUFFOUR, SABRINA A
912 SOMERSET ST
APT 5
NEW BRUNSWICK NJ 08901

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $169.03 | $169.03 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6762.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.6762.** **Priority creditor's name and mailing address**

TUGGLE, KIARA S
8619 CHESTERFIELD DR
SOUTHAVEN MS 38671

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $93.94 | $93.94 |
| | **Nonpriority amount** |
| | $0.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6763.** **Priority creditor's name and mailing address**

TULLOCH, ARIN
10014 PALERMO CIRCLE
302
BRANDON FL 33619

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $86.55 | $86.55 |
| | **Nonpriority amount** |
| | $0.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6764.** **Priority creditor's name and mailing address**

TURBEK-HEAL, SYDNEY
6075 PIERCE STREET
ARVADA CO 80003

| | |
|---|---|
| **Total claim** | **Priority amount** |
| $578.26 | $578.26 |
| | **Nonpriority amount** |
| | $0.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.6765. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.6765. Priority creditor's name and mailing address**

TURLA, ALINA
1345 10TH AVE EAST
APT 1406
TUSCALOSSA AL 35404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $221.92

**Priority amount** $221.92

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6766. Priority creditor's name and mailing address**

TURNBOW, TAYLOR M
4317 MINERAL AVE SW
BIRMINGHAM AL 35221

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $129.36

**Priority amount** $129.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6767. Priority creditor's name and mailing address**

TURNER, DYMOND
2236 SHERMAN AVE
PANAMA CITY FL 32405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $103.71

**Priority amount** $103.71

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.6768. **Priority creditor's name and mailing address**

TURNER, JALEESA N
2845 ZELDA RD. APT G5
MONTGOMERY AL 36106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,012.06 | $1,012.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6769. **Priority creditor's name and mailing address**

TURNER, TATYANA
414 EMILY LANE
WINCHESTER VA 22602

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $204.03 | $204.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6770. **Priority creditor's name and mailing address**

TURNER, WINTER C
443 E WILBUR AVE
MILWAUKEE WI 53207

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.57 | $126.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.6771. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

TURNER-MUSE, TAYANA D
36221 GRAND RIVER AVENUE APT 2 204
FARMINGTON MI 48335

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $717.68

Priority amount: $717.68

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.6772. | **Priority creditor's name and mailing address** |
|---|---|

TUTT, ADRIANNA W
311 WEST SYLVANIA AVE APT 239B
NEPTUNE NJ 07753

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $200.10

Priority amount: $200.10

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.6773. | **Priority creditor's name and mailing address** |
|---|---|

TUTT, LAPREA N
2835 ASHLAND AVE
BALTIMORE MD 21205

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $302.50

Priority amount: $302.50

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

| 2.6774. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | TWARDOWSKA, MAGDA<br>89 CANAAN CT<br>UNIT 27 BUILDI<br>STRATFORD CT 06614 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $176.75 | $176.75<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 2.6775. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | TWILLIE, ERIN<br>35305 CORNER DR<br>SLIDELL LA 70460 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $177.06 | $177.06<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 2.6776. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | TYLER, ASHLEIGH<br>321 FIREWEED LANE<br>FORT COLLINS CO 80524 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $78.26 | $78.26<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

---

**2.6777.** **Priority creditor's name and mailing address**

TYLER, BRIANNA J
1651 POST RD 208
SAN MARCOS TX 78666

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $87.04 | $87.04 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6778.** **Priority creditor's name and mailing address**

TYLER, JAIYDA E
5001 WAINWRIGHT AVE
LANSING MI 48911

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $83.25 | $83.25 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6779.** **Priority creditor's name and mailing address**

TYLER, KREMIA A
1416 RALEIGH DR
COLUMBIA MO 65202

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $679.74 | $679.74 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**2.6780.** **Priority creditor's name and mailing address**

TYLER, LOREN A
403 GENOVA DR
APT 37A
FAYETTEVILLE NC 28303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,223.82 | $1,223.82 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6781.** **Priority creditor's name and mailing address**

TYLER, MORGHAN D
510 SPARTA LN
412
SPARTANBURG SC 29303

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $56.01 | $56.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6782.** **Priority creditor's name and mailing address**

TYLER, WHITNEY
9905 ALEXIA DR
INDIANAPOLIS IN 46236

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $644.64 | $644.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | | |
|---|---|---|---|---|
| 2.6783. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | TYREE, TYRA M 2402 TREELODGE PARKWAY ATLANTA GA 30350 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $111.57 | $111.57 **Nonpriority amount** $0.00 |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| | | | | |
|---|---|---|---|---|
| 2.6784. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | TYSON, GABRIELLE 415 REBECCA AVE DOTHAN AL 36303 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $150.36 | $150.36 **Nonpriority amount** $0.00 |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| | | | | |
|---|---|---|---|---|
| 2.6785. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | TZIC, MARIELA S 4908 S BROADWAY LOS ANGELES CA 90037 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,341.82 | $1,341.82 **Nonpriority amount** $0.00 |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6786.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|---|---|---|---|
| | TZINTZUN, ANDREA M | *Check all that apply.* | $3,570.00 | $3,570.00 |

TZINTZUN, ANDREA M
1068 ONDINE CT
SAN JOSE CA 95132-3136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6787.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

UGARTE, RETOLAZA ANDREA
208 ESTELLA AVE
LAS VEGAS NV 89107

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$78.79

$78.79

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6788.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

UGARTE, ZENAIDA
5959 CASA DEL REY CIR
ORLANDO FL 32809-5302

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$135.65

$135.65

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

---

2.6789.  **Priority creditor's name and mailing address**

ULATE, ARIANNA N
13 BAHIA PASS LOOP
OCALA FL 34472

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $255.49 | $255.49 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6790.  **Priority creditor's name and mailing address**

ULLOA, JENNIFER J
4211 W COUNTRY AVE
VISALIA CA 93291

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $745.80 | $745.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6791.  **Priority creditor's name and mailing address**

UMANA, EMERALD A
13 FIESTA DR
CENTEREACH NY 11720

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.96 | $150.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

| 2.6792. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | UNANUE, IMANOL B<br>CALLE AMBAR #55<br>GURABO PR 00778 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.63 | $100.63<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.6793. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | UNDERWOOD, MYONNA L<br>32236 ELLEN PLACE<br>WAYNE MI 48184 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $113.96 | $113.96<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| 2.6794. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | UQUILLAS, SIDNEY<br>45 MURRAY ST<br>1ST FL<br>BINGHAMTON NY 13905 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $275.50 | $275.50<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.6795. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

URBINA, JEYDRI
1315 OAKWOOD AVE
RALEIGH NC 27610

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $228.74

**Priority amount** $228.74

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6796. **Priority creditor's name and mailing address**

URCUYO, MADELINE N
2809 BARKSDALE DR
PLANO TX 75025

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $90.63

**Priority amount** $90.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6797. **Priority creditor's name and mailing address**

URENA, MILLIE J
8220 MARA VISTA CT
ORLANDO FL 32827

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $102.43

**Priority amount** $102.43

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

2.6798. **Priority creditor's name and mailing address**

URENO, ELIZETTE Y
4105 COLBY ST.
FREMONT CA 94538

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.00 | $72.00 |
| | **Nonpriority amount** |
| | $0.00 |

2.6799. **Priority creditor's name and mailing address**

URETA, KAREN F
565 E. RUE ROYALE ST.
APT 34
COVINA CA 91723

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $412.76 | $412.76 |
| | **Nonpriority amount** |
| | $0.00 |

2.6800. **Priority creditor's name and mailing address**

URIBE, ANGELICA M
2 VILLAGE LANE
DALY CITY CA 94015

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $109.44 | $109.44 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.6801.** **Priority creditor's name and mailing address**

URQUIZU, MELISSA
4935 AMERICANA DR APT #110
ANNANDALE VA 22003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $115.40 | $115.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6802.** **Priority creditor's name and mailing address**

URRUTIA, NADYA R
1513 BRETON CT
HUGHSON CA 95326

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $109.80 | $109.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6803.** **Priority creditor's name and mailing address**

UTTERBACK, KENDALL
2311 SOUTH ROYCE STREET
SIOUX CITY IA 51106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $32.34 | $32.34 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6804.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**2.6804.** **Priority creditor's name and mailing address**

UTZ, EMILY A
4869 MUIR AVENUE
SAN DIEGO CA 92107

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $3,391.74 | $3,391.74 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6805.** **Priority creditor's name and mailing address**

VACHON. MAURICE
6430 RENWICK CIRCLE
TAMPA FL 33647

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $6,235.00 | $6,235.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6806.** **Priority creditor's name and mailing address**

VADEN, MARYAL L
114 RIM ROCK PL
C
NORTH LITTLE ROCK AR 72116

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $119.31 | $119.31 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6807.** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **Total claim** | | **Priority amount** |
| VALADEZ, ANA C | | *Check all that apply.* | | $2,869.04 | | $2,869.04 |

☐ Contingent

☐ Unliquidated

☐ Disputed

VALADEZ, ANA C
30034 WHEMBLY CIRCLE
MENIFEE CA 92584

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6808.** **Priority creditor's name and mailing address**

VALADEZ, CRISTINA
1511 SILVER ST
SIOUX CITY IA 51103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Total claim** | **Priority amount** |
| $37.12 | $37.12 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6809.** **Priority creditor's name and mailing address**

VALDEZ, ALINA C
4 LOCKBRIDGE ST
PAWTUCKET RI 02860

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Total claim** | **Priority amount** |
| $641.06 | $641.06 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**2.6810.** **Priority creditor's name and mailing address**

VALDEZ, FLORES ARACELI
4324 HUERFANO AVE.
SAN DIEGO CA 92117

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $502.99 | $502.99 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6811.** **Priority creditor's name and mailing address**

VALDEZ, HERRERA INDIRA
602 SALAZAR AVE
BAKERSFIELD CA 93307

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $299.64 | $299.64 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6812.** **Priority creditor's name and mailing address**

VALDEZ, JANET
3636 MINNEHAHA AVE
APT 7
MINNEAPOLIS MN 55406

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $367.11 | $367.11 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

| 2.6813. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.6813.** **Priority creditor's name and mailing address**

VALDIVIA, MARIA
4949 W.GRACE.ST
CHICAGO IL 60641

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $101.75

**Priority amount** $101.75

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6814.** **Priority creditor's name and mailing address**

VALENCIA, GARCIA PAOLA
901 E FREEMAN PL #1
TUCSON AZ 85719

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $129.58

**Priority amount** $129.58

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6815.** **Priority creditor's name and mailing address**

VALENCIANO, ALEXA A
301 S. GRANDIN AVE
AZUSA CA 91702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $193.20

**Priority amount** $193.20

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.6816. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

VALENZUELA, ANGELICA
6639 E BROADWAY BLVD
153
TUCSON AZ 85710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $82.17

**Priority amount**  $82.17

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6817. **Priority creditor's name and mailing address**

VALENZUELA, ASHLEY
67200 GARBINO RD
CATHEDRAL CITY CA 92234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $170.40

**Priority amount**  $170.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6818. **Priority creditor's name and mailing address**

VALENZUELA, SHIRLEY B
531 GRANT ST
CALEXICO CA 92231

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $1,173.16

**Priority amount**  $1,173.16

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

2.6819.  **Priority creditor's name and mailing address**

VALERIO, MARINA C
753 WEST SANTA PAULA STREET
SANTA PAULA CA 93060

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $224.64 | $224.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6820.  **Priority creditor's name and mailing address**

VALLEJO, BIANCA
4546 N. DRAKE AVE
CHICAGO IL 60625

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $283.03 | $283.03 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6821.  **Priority creditor's name and mailing address**

VALLEJO, GONZALEZ JULISSA
6113 ASHBURTON DR.
SAN JOSE CA 95123

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.95 | $151.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor     **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| 2.6822. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | VALLEJO, KARELY<br>1325 SANTA RITA E<br>APT 257<br>CHULA VISTA CA 91913 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $615.52 | $615.52<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

| 2.6823. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | VALLEJO, REBEKAH R<br>7500 HACHITA CT.<br>BAKERSFIELD CA 93309 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $79.56 | $79.56<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

---

| 2.6824. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | VALLEJO, WENDY Y<br>6551 ANNIE OAKLEY DR APT 617<br>HENDERSON NV 89014 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25.33 | $25.33<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.6825.  **Priority creditor's name and mailing address**

VALLES-GUERRERO, ALEXANDRA
P.O. BOX 1153
FRAZIER PARK CA 93225

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $280.20 | $280.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6826.  **Priority creditor's name and mailing address**

VALOSICH, PATRICIA
132 RISDON RD
1
MOUNT HOLLY NJ 08060

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $22.83 | $22.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6827.  **Priority creditor's name and mailing address**

VALYAN-MORRIS, EBONI N
1708 LAUDERDALE MANOR DR
FT LAUDERDALE FL 33311

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,627.99 | $1,627.99 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

2.6828.  **Priority creditor's name and mailing address**

VAN, DUSEN KERSTEN
2838 S 116TH E AVE
B
TULSA OK 74129

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $501.17 | $501.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6829.  **Priority creditor's name and mailing address**

VAN, WAGNER MOLLY
400 N HOLLYWOOD WAY
BURBANK CA 91505

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $176.64 | $176.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6830.  **Priority creditor's name and mailing address**

VANCE, AARYE M
981 UPPER MEADOWS PL
HENDERSON NV 89052

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $364.22 | $364.22 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

2.6831.  **Priority creditor's name and mailing address**

VANCE, REAGAN
4259 KLEIN MEADOWS
NEW BRAUNFELS TX 78130

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,641.50 | $3,641.50 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.6832.  **Priority creditor's name and mailing address**

VANDERVELDE, KRISTINA M
1809 SEVEN PINES RD.
APT 5
SPRINGFIELD IL 62704

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.51 | $130.51 |

| Nonpriority amount |
|---|
| $0.00 |

---

2.6833.  **Priority creditor's name and mailing address**

VANDRIESSCHE, KIMBERLY A
5422 GOETZ COURT
BAY CITY MI 48706

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,993.93 | $2,993.93 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6834.** **Priority creditor's name and mailing address**

VANEGAS, ELISA C
1707 IDAHO STREET
FAIRFIELD CA 94533

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.56 | $151.56 |

**Nonpriority amount**

$0.00

---

**2.6835.** **Priority creditor's name and mailing address**

VANG, LEONA
7420 WHISPERWILLOW DRIVE
SACRAMENTO CA 95828

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $620.66 | $620.66 |

**Nonpriority amount**

$0.00

---

**2.6836.** **Priority creditor's name and mailing address**

VANG, VICTORIA R
1707 TEAKWOOD DRIVE
WYLIE TX 75098

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $579.70 | $579.70 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.6837.** **Priority creditor's name and mailing address**

VANG, ZOUANG
3422 STEIN BLVD
APT 5
EAU CLAIRE WI 54701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.01 | $40.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6838.** **Priority creditor's name and mailing address**

VANHORN, KYLE
6 BEVERLY PLACE
NORTH BRUNSWICK NJ 08902

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,819.20 | $3,819.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6839.** **Priority creditor's name and mailing address**

VANN, SYDNEY D
5201 CROGANS WAY ROAD
COUNCIL BLUFFS IA 51501

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $33.30 | $33.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.6840.  **Priority creditor's name and mailing address**

VANNASIN, PHONETHIDA
1163 DONNER DR
FLORENCE KY 41042

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $188.16 | $188.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6841.  **Priority creditor's name and mailing address**

VANSCHAICK, KYLI E
1906 NW 59TH TERR.
TOPEKA KS 66618

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $535.30 | $535.30 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6842.  **Priority creditor's name and mailing address**

VANTERPOOL, ANSHERNEA S
638 SAGO LN
ORLANDO FL 32811

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $166.18 | $166.18 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6843.** **Priority creditor's name and mailing address**

VARELA, EUNICE
294 PALACIOS REALES
CALLE MINIVE K
TOA ALTA PR 00953

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $169.94 | $169.94 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6844.** **Priority creditor's name and mailing address**

VARGAS, ALESSANDRA M
27531 OPEN CREST DRIVE
SAUGUS CA 91350

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $186.84 | $186.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6845.** **Priority creditor's name and mailing address**

VARGAS, ALEXUS
3534 S. 55TH CT.
CICERO IL 60804

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $224.07 | $224.07 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6846.** **Priority creditor's name and mailing address**

VARGAS, ANGEL
2158 S. 19TH ST
MILWAUKEE WI 53215

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $179.18 | $179.18 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6847.** **Priority creditor's name and mailing address**

VARGAS, ANNISA N
8272 LONGDEN CIRCLE
CITRUS HEIGHTS CA 95610

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $190.56 | $190.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6848.** **Priority creditor's name and mailing address**

VARGAS, CRYSTAL Y
1123 N. FRINK ST.
PEORIA IL 61606

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $92.24 | $92.24 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6849.** **Priority creditor's name and mailing address**

VARGAS, IVANA
447 S SCHUTZ
134
EL PASO TX 79907

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $195.36 | $195.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6850.** **Priority creditor's name and mailing address**

VARGAS, MARIAH
8117 HARRISON AVENUE
MUNSTER IN 46321

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.22 | $150.22 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6851.** **Priority creditor's name and mailing address**

VARGAS, ROMERO VERONICA
3313 HARPERS FERRY DR
STOCKTON CA 95219

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $154.80 | $154.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor     **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.6852. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

VARGAS, STEPHANIE M
4017 CONNECTICUT AVE
KENNER LA 70065

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $127.30

**Priority amount** $127.30

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6853.  **Priority creditor's name and mailing address**

VARGAS, SUAREZ CARLA A
32 LORRAINE ST
PAWTUCKET RI 02860

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $249.96

**Priority amount** $249.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6854.  **Priority creditor's name and mailing address**

VARGAS, YESICA Y
7 JOAN DR
AMERICAN CANYON CA 94503

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $106.20

**Priority amount** $106.20

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

**2.6855.** **Priority creditor's name and mailing address**

VARNER, CHARLI
177 HOLLY ST UNIT 2
WESTON WV 26452

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,930.62 | $1,930.62 |

**Nonpriority amount**

$0.00

---

**2.6856.** **Priority creditor's name and mailing address**

VARNER, JASMINE
7307 MIDFIELD DRIVE
CHATTANOOGA TN 37421

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $62.85 | $62.85 |

**Nonpriority amount**

$0.00

---

**2.6857.** **Priority creditor's name and mailing address**

VARNER, QUENTIN T
7730 FALLING NEEDLE VIEW
#306
COLORADO SPRINGS CO 80924

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.21 | $130.21 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

---

**2.6858.** **Priority creditor's name and mailing address**

VASQUEZ, ADRIANA J
7742 PIPERS LANE
SAN ANTONIO TX 78251

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $134.65 | $134.65 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6859.** **Priority creditor's name and mailing address**

VASQUEZ, APRIL M
6605 FELDSPAR ST
HOUSTON TX 77092

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $70.21 | $70.21 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6860.** **Priority creditor's name and mailing address**

VASQUEZ, BERTHA M
1140 PATRICIA LN
OSAGE BEACH MO 65065

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $283.54 | $283.54 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| 2.6861. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

VASQUEZ, CRYSTAL I
855 CLARK AVE APT 21D
ANTHONY NM 88021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $435.76

**Priority amount** $435.76

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6862. **Priority creditor's name and mailing address**

VASQUEZ, JENIFER
36 VANDERBILT AVENUE
STATEN ISLAND NY 10304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $69.30

**Priority amount** $69.30

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6863. **Priority creditor's name and mailing address**

VASQUEZ, MARTINEZ TRACY
1320 E CRANBERRY AVE
HAZLETON PA 18201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $168.06

**Priority amount** $168.06

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.6864. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.6864. **Priority creditor's name and mailing address**

VASQUEZ, PEREZ BARBARA
320 S CALLISCH AVE APT 105
105
FRESNO CA 93721

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $152.40 | $152.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6865. **Priority creditor's name and mailing address**

VAUGHN, JILL K
411 KIRBY DR
LANTANA TX 76226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $4,275.09 | $4,275.09 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6866. **Priority creditor's name and mailing address**

VAUGHN, NAKIA R
8125 SHELDON ROAD
#207
ELK GROVE CA 95758

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $317.64 | $317.64 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                  Case number *(if known)* **19-10214**

---

**2.6867.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

2.6867.  **Priority creditor's name and mailing address**

VAZKAELA, ANU BRIGID
1 ALOHA TOWER DRIVE
2408
HONOLULU HI 96813

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $260.08

**Priority amount**    $260.08

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6868.  **Priority creditor's name and mailing address**

VAZQUEZ, ALICIA M
124 GATEWOOD BAY
CIBOLO TX 78108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $554.73

**Priority amount**    $554.73

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6869.  **Priority creditor's name and mailing address**

VAZQUEZ, ANNY
59-14 159TH ST
FLUSHING NY 11365

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $12,198.59

**Priority amount**    $12,198.59

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.6870.** **Priority creditor's name and mailing address**

VAZQUEZ, EVELYN
9240 DOWNEY AVE
DOWNEY CA 90240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $71.28 | $71.28 |

**Nonpriority amount**

$0.00

---

**2.6871.** **Priority creditor's name and mailing address**

VAZQUEZ, FLAVIA E
4626 E. DWIGHT WAY
FRESNO CA 93702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $79.80 | $79.80 |

**Nonpriority amount**

$0.00

---

**2.6872.** **Priority creditor's name and mailing address**

VAZQUEZ, LOUIE A
4101 N CAMBRAY DR
FAYETTEVILLE AR 72703-5063

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,792.44 | $1,792.44 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6873.** **Priority creditor's name and mailing address**

VAZQUEZ, MIRALYS
1700 MINDANAO DR
APT 1509
JACKSONVILLE FL 32246

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $81.39 | $81.39 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6874.** **Priority creditor's name and mailing address**

VAZQUEZ, SONIA J
7517 SAND LAKE POINTE LOOP
208
ORLANDO FL 32809

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.33 | $80.33 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6875.** **Priority creditor's name and mailing address**

VAZQUEZ, STEPHANIE
1028 SW 53RD STREET
OKLAHOMA CITY OK 73109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.64 | $76.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6876.** **Priority creditor's name and mailing address**

VAZQUEZ, YAJAILIN
2512 1ST AVE EAST
PALMETTO FL 34221

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $714.94 | $714.94 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6877.** **Priority creditor's name and mailing address**

VEASLEY, JASMINE L
94-1007 HANINA STREET
WAIPAHU HI 96797

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $93.53 | $93.53 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6878.** **Priority creditor's name and mailing address**

VEGA, ALEJANDRA
1525 S 59 AVE
CICERO IL 60804

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $257.95 | $257.95 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6879.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

VEGA, JOANNA
3010 CASA LOMA
SAN BERNARDINO CA 92404

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $138.00

**Priority amount** $138.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6880.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

VEGA, MARISSA
1323 PROMONTORY DR.
PINGREE GROVE IL 60140

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $125.48

**Priority amount** $125.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6881.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

VEGA, RUBY
3404 S 2ND PL
ROGERS AR 72758

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $167.15

**Priority amount** $167.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.6882. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------|---------|---------|---------|

**2.6882.** **Priority creditor's name and mailing address**

VEIGL, KAITLIN
129 THUNDER RD
HOLBROOK NY 11741

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $193.68 | $193.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6883.** **Priority creditor's name and mailing address**

VELA, JACQUELINE E
8301 PINEY BRANCH RD
SILVER SPRING MD 20910

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $445.90 | $445.90 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6884.** **Priority creditor's name and mailing address**

VELADOR, DAVIN E
184 ROSEBUD AVENUE
HOLLISTER CA 95023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $333.00 | $333.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

2.6885. **Priority creditor's name and mailing address**

VELARDE, GLADYSS J
5759 S AVENIDA SERBA
TUCSON AZ 85706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $332.42 | $332.42 |
| | **Nonpriority amount** |
| | $0.00 |

2.6886. **Priority creditor's name and mailing address**

VELASCO, NATALIE R
9312 VISTA COLINA DR.
BAKERSFIELD CA 93306

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $672.72 | $672.72 |
| | **Nonpriority amount** |
| | $0.00 |

2.6887. **Priority creditor's name and mailing address**

VELASQUEZ, ELIZABETH
7220 DOGLEG
PORT RICHEY FL 34668

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $657.46 | $657.46 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

---

2.6888. **Priority creditor's name and mailing address**

VELASQUEZ, OLIVIA A
3401 COYOTE LN
PUEBLO CO 81005

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $439.93 | $439.93 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.6889. **Priority creditor's name and mailing address**

VELASQUEZ, PACHECO MARIA N
8933 NW 107TH CT
UNIT 201
DORAL FL 33178

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $608.36 | $608.36 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.6890. **Priority creditor's name and mailing address**

VELASQUEZ, SASHA S
10214 DEMPSEY AVENUE
NORTH HILLS CA 91343

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.72 | $151.72 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.6891.** **Priority creditor's name and mailing address**

VELAZQUEZ, NELISSA A
436 BRIDGEFORD CROSSING DAVENP
DAVENPORT FL 33837

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $406.81 | $406.81 |

**Nonpriority amount**

$0.00

---

**2.6892.** **Priority creditor's name and mailing address**

VELAZQUEZ, SHERLINEE G
1075 MATHIAS LN
KYLE TX 78640

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $209.44 | $209.44 |

**Nonpriority amount**

$0.00

---

**2.6893.** **Priority creditor's name and mailing address**

VELAZQUEZ, VANESSA
211 OAK STREET
APT 2R
YONKERS NY 10701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,071.70 | $3,071.70 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.6894.** **Priority creditor's name and mailing address**

VELAZQUEZ-GUERRA, KATHERINE
CALLE REINA DE LAS FLORES #486
VISTAS DE RIO
RIO GRANDE PR 00745

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,961.55 | $3,961.55 |

**Nonpriority amount**

$0.00

---

**2.6895.** **Priority creditor's name and mailing address**

VELDE, DOMINIQUE
2303 N. CHRYSLER DR.
TUCSON AZ 85716

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $199.54 | $199.54 |

**Nonpriority amount**

$0.00

---

**2.6896.** **Priority creditor's name and mailing address**

VELEZ, BEATRIZ
45 LAFAYETTE AVE
BEACON NY 12508-1421

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,411.00 | $1,411.00 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6897.** **Priority creditor's name and mailing address**

VELEZ, GIOVANNY A
CALLE 28 AK 9
VILLAS DE RIO
RIO GRANDE PR 00745

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $180.39 | $180.39 |

**Nonpriority amount**

$0.00

**2.6898.** **Priority creditor's name and mailing address**

VELEZ, LANCE
79 SMITH HILL ROAD
AIRMONT NY 10952

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,328.81 | $1,328.81 |

**Nonpriority amount**

$0.00

**2.6899.** **Priority creditor's name and mailing address**

VELEZ, THALIA A
2707 RIEDLING DRIVE
A3
LOUISVILLE KY 40206

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $665.28 | $665.28 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.6900.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

VELLA, ANNA
10971 BEECHWOOD RDG
HERNANDO MS 38632

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $135.02
Priority amount: $135.02

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6901.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

VENABLE, CASHAUNA
961 ATLANTIC AVE
APT 627
COLUMBUS OH 43229

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $327.03
Priority amount: $327.03

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6902.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

VENEGAS, NATALIA
4083 N US HIGHWAY 1 LOT 35
FORT PIERCE FL 34946

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $354.90
Priority amount: $354.90

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

**2.6903.** **Priority creditor's name and mailing address**

VENEZIA, DANIELLE
140 WILLARD AVE
FARMINGDALE NY 11735

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,881.86 | $4,881.86 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6904.** **Priority creditor's name and mailing address**

VENSON, JOURDAN M
3876 NATHAN KORNMAN DR.
HARVEY LA 70058

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $163.63 | $163.63 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6905.** **Priority creditor's name and mailing address**

VENTURENO, APRIL
3831 DAISY DR.
LAFAYETTE IN 47905

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $38.73 | $38.73 |
| | **Nonpriority amount** |
| | $0.00 |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.6906.** **Priority creditor's name and mailing address**

VERA, JESSICA N
1692 COPPER PENNY DR
CHULA VISTA CA 91915

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $622.44
Priority amount: $622.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6907.** **Priority creditor's name and mailing address**

VERA-COMMISSIONG, EBONY M
506 E NEW YORK AVENUE
2
BROOKLYN NY 11225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $136.95
Priority amount: $136.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6908.** **Priority creditor's name and mailing address**

VERBLE, GABRIANNA P
112 MIDAS
STEELVILLE MO 65565

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $39.99
Priority amount: $39.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.6909. **Priority creditor's name and mailing address**

VERBRIGGHE, MORGAN R
1202 N 19TH STREET
ESCANABA MI 49829

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $196.94 | $196.94 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6910. **Priority creditor's name and mailing address**

VERDUZCO, MARIA
626 JOSEPHINE ST.
EDNA TX 77957

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $251.01 | $251.01 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6911. **Priority creditor's name and mailing address**

VERDUZCO, NINA
206 OAK ST N
CHASKA MN 55318

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $508.16 | $508.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

2.6912.  **Priority creditor's name and mailing address**

VERE, TASHINGA
1500 COLONIAL AVE
BRISTOL PA 19007

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $707.40 | $707.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6913.  **Priority creditor's name and mailing address**

VERRETT, SHAWNA
800 BEHRMAN HIGHWAY
UNIT B
TERRYTOWN LA 70056

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,988.76 | $1,988.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6914.  **Priority creditor's name and mailing address**

VERWULST, MARY C
1871 CLARKSON PARMA TL RD
HILTON NY 14468

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.75 | $135.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.6915. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

VESTINOS, FOTINI E
3037 BAYSHORE POINTE DR
TAMPA FL 33611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $280.70

**Priority amount** $280.70

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.6916. **Priority creditor's name and mailing address**

VETTER, SERENA L
1934 BLAINE AVE
RACINE WI 53405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $161.17

**Priority amount** $161.17

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.6917. **Priority creditor's name and mailing address**

VIANDS, TERRY L
6004 TWIN HILLS DRIVE
JOSHUA TX 76058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $8,401.01

**Priority amount** $8,401.01

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

**2.6918.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

VICTORIO, JESSICA I
2227 CABO BAHIA
CHULA VISTA CA 91914

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $254.04

**Priority amount** $254.04

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6919.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

VIDANA-ORTIZ, PATRICIA V
271 ALPINE AVE
CHULA VISTA CA 91910

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $645.74

**Priority amount** $645.74

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6920.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

VIDOVA, MILKA
3547 OAKCREST PL.
CROWN POINT IN 46307

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $43.18

**Priority amount** $43.18

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6921.** **Priority creditor's name and mailing address**

VIEIRA, INDIRA G
718 WEEDEN ST
2R
PAWTUCKET RI 02860-1678

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.36 | $66.36 |

**Nonpriority amount**

$0.00

---

**2.6922.** **Priority creditor's name and mailing address**

VIELMA, JENNIFER
3840 PORTLAND AVE S
MINNEAPOLIS MN 55407

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $372.49 | $372.49 |

**Nonpriority amount**

$0.00

---

**2.6923.** **Priority creditor's name and mailing address**

VIERA, KAREN S
134 HOWARD AVENUE
ROOSEVELT NY 11575

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $248.40 | $248.40 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6924.** **Priority creditor's name and mailing address**

VIGIL, ALYSIA C
1128 LAWLER RANCH PRKWY
SUISUN CITY CA 94585

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,042.28 | $2,042.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6925.** **Priority creditor's name and mailing address**

VIGIL, ASHLEYRAE J
707 SOUTH MCCOY DRIVE
PUEBLO CO 81007

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $180.26 | $180.26 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6926.** **Priority creditor's name and mailing address**

VIGIL, LARISSA
1901 W 12TH ST
120
PUEBLO CO 81003

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $185.59 | $185.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.6927.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

**2.6927.**

**Priority creditor's name and mailing address**

VILCHEZ, XIOMARA M
103-35 41ST AVE
APT 3
CORONA NY 11368

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,736.82 | $1,736.82 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6928.**

**Priority creditor's name and mailing address**

VILLA, DELIZ A
1852 BROADWAYPL NE
ALBUQUERQUE NM 87102

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $130.54 | $130.54 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6929.**

**Priority creditor's name and mailing address**

VILLA, TORRES PRISCILLA
1418 STROZIER AVE
SOUTH EL MONTE CA 91733-3230

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $491.18 | $491.18 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                       Case number *(if known)* **19-10214**

**2.6930.** **Priority creditor's name and mailing address**

VILLADA, LOPEZ MARIELA
66833 YUCCA DRIVE
DESERT HOT SPRINGS CA 92240

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,601.58 | $1,601.58 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6931.** **Priority creditor's name and mailing address**

VILLAGOMEZ, JAELYN M
2106 JOSEPH DRIVE
COPPERAS COVE TX 76522

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $110.40 | $110.40 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6932.** **Priority creditor's name and mailing address**

VILLALOBOS, IDALIA P
601 E 16TH ST
FREDERICK MD 21701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $84.74 | $84.74 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.6933.  **Priority creditor's name and mailing address**

VILLALOBOS, LORENA
15891 BRYANT RD
RIVERSIDE CA 92504

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $307.80 | $307.80 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6934.  **Priority creditor's name and mailing address**

VILLALOBOS, NANCY
4142 ORLEANS ST
DENVER CO 80249

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.25 | $77.25 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.6935.  **Priority creditor's name and mailing address**

VILLALOBOS, NICOLE
1250 N IMPERIAL AVE.
13
BRAWLEY CA 92227

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $212.16 | $212.16 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

**2.6936.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.6936.** **Priority creditor's name and mailing address**

VILLALOBOS, PALOMA M
1531 PACKARD AVE
RACINE WI 53403

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $107.09 | $107.09 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6937.** **Priority creditor's name and mailing address**

VILLANUEVA, MARIAH Y
10422 18TH AVE SOUTH
SEATTLE WA 98168

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $103.56 | $103.56 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6938.** **Priority creditor's name and mailing address**

VILLANUEVA, PRISCILLA
2830 BALLESTEROS LN
TUSTIN CA 92782

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $140.40 | $140.40 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

---

2.6939.  **Priority creditor's name and mailing address**

VILLARREAL, ALEXIS E
1348 VIRGINIA STREET
RACINE WI 53405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.15 | $126.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6940.  **Priority creditor's name and mailing address**

VILLARREAL, PERALES CLAUDIA E
1550 BLALOCK RD
188
HOUSTON TX 77080

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $61.75 | $61.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.6941.  **Priority creditor's name and mailing address**

VILLEGAS, NALLELY
10 EROBI LN
IOWA CITY IA 52240

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $58.06 | $58.06 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

**2.6942.** **Priority creditor's name and mailing address**

VILLIBORD, STACY
6837 STANDISH DR
HYATTSVILLE MD 20784

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.70 | $151.70 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**2.6943.** **Priority creditor's name and mailing address**

VINCENT, AMANDA D
650 CARDINAL HILL RD.
WINFIELD MO 63389-3345

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,833.97 | $2,833.97 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**2.6944.** **Priority creditor's name and mailing address**

VINCENT, DIAVIAN I
2317 BELMONT AVENUE
ELMONT NY 11003

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $92.40 | $92.40 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.6945. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.6945. **Priority creditor's name and mailing address**

VINCENT, NAOMI
1731 W THIRD ST
SANTA ROSA CA 95401

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,563.04 | $1,563.04 |

**Nonpriority amount**

$0.00

---

2.6946. **Priority creditor's name and mailing address**

VINSON, GENOVIA A
1300 3RD AVE S
408B
BIRMINGHAM AL 35233

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $429.50 | $429.50 |

**Nonpriority amount**

$0.00

---

2.6947. **Priority creditor's name and mailing address**

VIVEROS, ANGELA A
19 WHITE GATE DR APT I
WAPPINGERS FALLS NY 12590

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $142.31 | $142.31 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

**2.6948.** **Priority creditor's name and mailing address**

VIVIA, ROMERO DIANA
351 WASHINGTON ST.
HAVERHILL MA 01832

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $319.77 | $319.77 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.6949.** **Priority creditor's name and mailing address**

VIXAMA, ERMA L
5401 CROSS CREEK DR.
205
ORLANDO FL 32839

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $108.62 | $108.62 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.6950.** **Priority creditor's name and mailing address**

VIZCARRA, TAYLOR J
22326 PICO ST
GRAND TERRACE CA 92313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Total claim | Priority amount |
|---|---|
| $113.76 | $113.76 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.6951.** **Priority creditor's name and mailing address**

VOGT, MEAGAN E
7224 JAMAICA RD
MIAMISBURG OH 45342

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $250.69 | $250.69 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6952.** **Priority creditor's name and mailing address**

VONMARBOD, SHAUNA
1029 PARK DRIVE
APT 21
INDIAN HARBOUR BEA FL 32937

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $180.37 | $180.37 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6953.** **Priority creditor's name and mailing address**

VORIS, MADISON N
3711 E MITCHELL DR
PHOENIX AZ 85018

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.03 | $74.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.6954. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

VOS, AMY
1581 SUNVIEW ST.
MUSKEGON MI 49445

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $214.12

**Priority amount** $214.12

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6955.

**Priority creditor's name and mailing address**

VUE, NKAOXEE
8310 GLOBE DR
APT 524
MADISON WI 53717

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $110.20

**Priority amount** $110.20

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6956.

**Priority creditor's name and mailing address**

VUKOVICH, KAITLYN S
6482 RED FOX RD
REYNOLDSBURG OH 43068

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $215.46

**Priority amount** $215.46

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6957.** **Priority creditor's name and mailing address**

WADE, MAYA
4030 PERRYSVILLE AVE
PITTSBURGH PA 15214

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $105.30 | $105.30 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6958.** **Priority creditor's name and mailing address**

WADE, TARAH D
214 GLENWOOD AVE
304
EAST ORANGE NJ 07017

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $193.55 | $193.55 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6959.** **Priority creditor's name and mailing address**

WAGNER, MARGARET M
534 WALKER CIRCLE
HARLEYSVILLE PA 19438

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $495.54 | $495.54 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.6960.**  **Priority creditor's name and mailing address**

WAI, ONIKEH H
202 PARK AVENUE
210
GAITHERSBURG MD 20877

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $105.23 | $105.23 |

**Nonpriority amount**

$0.00

---

**2.6961.**  **Priority creditor's name and mailing address**

WALCOTT, ELIZABETH R
9800 STATE HWY 246
SPENCER IN 47460

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $107.81 | $107.81 |

**Nonpriority amount**

$0.00

---

**2.6962.**  **Priority creditor's name and mailing address**

WALDEN, RENEE N
403 SHELWOOD CIRCLE APT K
ASHEVILLE NC 28804

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,801.59 | $3,801.59 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.6963.** **Priority creditor's name and mailing address**

WALDEN, THRESSIA R
7356 W ROLLER RIDGE
SELIGMAN MO 65745

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $42.55 | $42.55 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.6964.** **Priority creditor's name and mailing address**

WALKER, ALLYNN
811 WEST FAIRVIEW AVE
DAYTON OH 45406

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $183.67 | $183.67 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

**2.6965.** **Priority creditor's name and mailing address**

WALKER, ANNE
9818 PALOMINO DRIVE
ROGERS AR 72758

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $635.03 | $635.03 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6966.** **Priority creditor's name and mailing address**

WALKER, CANDYCE M
15580 GEORGE ONEAL RD
APT 414
BATON ROUGE LA 70817

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,786.17 | $2,786.17 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6967.** **Priority creditor's name and mailing address**

WALKER, CORENTHIA M
826 PLAYGROUND RD
CHARLESTON SC 29407

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,798.48 | $2,798.48 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.6968.** **Priority creditor's name and mailing address**

WALKER, CORENTHIA M
826 PLAYGROUND RD
CHARLESTON SC 29407

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,539.20 | $3,539.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

2.6969.  **Priority creditor's name and mailing address**

WALKER, DANIELLE Y
901 EAST 72ND STREET APT 2D
TACOMA WA 98404

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,422.25 | $2,422.25 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.6970.  **Priority creditor's name and mailing address**

WALKER, DEJAZ S
237 PALMER AE
1
SYRACUSE NY 13207

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $272.40 | $272.40 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

2.6971.  **Priority creditor's name and mailing address**

WALKER, JENNIFER M
3137 KERRYBROOK DR.
MURFREESBORO TN 37129

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $31.24 | $31.24 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.6972.** **Priority creditor's name and mailing address**

WALKER, JESSICA
202 WAYNESBORO WAY
DOTHAN AL 36305

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $241.89 | $241.89 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.6973.** **Priority creditor's name and mailing address**

WALKER, JILLIAN
4505 S HARDY DR
APT 1155
TEMPE AZ 85283

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $562.04 | $562.04 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.6974.** **Priority creditor's name and mailing address**

WALKER, MADISON
4883 CIRCLE DRIVE
NORTHAMPTON PA 18067

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $102.08 | $102.08 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

| 2.6975. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

WALKER, MARQUITTA T
816 SUNFLOWER DRIVE
LAUREL MS 39440

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,979.43

**Priority amount** $1,979.43

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6976.    **Priority creditor's name and mailing address**

WALKER, MERI G
16646 PEBBLE CREEK LN.
PLAINFIELD IL 60586

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $57.75

**Priority amount** $57.75

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6977.    **Priority creditor's name and mailing address**

WALKER, SHAVONNA S
7240 SIXTY FOOT RD
7
PITTSVILLE MD 21850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $524.73

**Priority amount** $524.73

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                  Case number *(if known)* **19-10214**

---

2.6978. **Priority creditor's name and mailing address**

WALKER, STACIA M
762 E. HUNTERS RUN DR.
MARION IN 46953

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $540.20 | $540.20 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.6979. **Priority creditor's name and mailing address**

WALKER, TAKERIAH
1532 N TERRACE
WICHITA KS 67208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $29.62 | $29.62 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.6980. **Priority creditor's name and mailing address**

WALKER, TAKIERRA
3310 NW 208TH ST
OPA LOCKA FL 33056-1361

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $728.09 | $728.09 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.6981.** **Priority creditor's name and mailing address**

WALLACE, JORDAN R
7410 10TH AVE. N.
SAINT PETERSBURG FL 33710

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.43 | $34.43 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6982.** **Priority creditor's name and mailing address**

WALLACE, MADISON L
110 WILLIAMSBURG RD
LANSING MI 48917

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $83.62 | $83.62 |
| | **Nonpriority amount** |
| | $0.00 |

**2.6983.** **Priority creditor's name and mailing address**

WALLACE, TORSICA T
2840 ROBINSON ST APT 330
JACKSON MS 39209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $757.35 | $757.35 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor     **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

| | | |
|---|---|---|

**2.6984.** **Priority creditor's name and mailing address**

WALLACE, ZACHALIZE
7032 EFFINGHAM SQ
INDIANAPOLIS IN 46260

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $114.48 | $114.48 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6985.** **Priority creditor's name and mailing address**

WALLACE, ZHERAWNICA S
6541 SWIFT CREEK RD
LITHONIA GA 30058

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.37 | $66.37 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.6986.** **Priority creditor's name and mailing address**

WALLACK, MADISON E
7459 SOUTH STATE STREET
LOWVILLE NY 13367

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.75 | $138.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.6987. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.6987.** **Priority creditor's name and mailing address**

WALLER, RAYSHAIA N
6413 ROCKSHIRE STREET
ALEXANDRIA VA 22315

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $193.82 | $193.82 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6988.** **Priority creditor's name and mailing address**

WALLS, BRITTANY M
753 7TH ST SE
HICKORY NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $119.96 | $119.96 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.6989.** **Priority creditor's name and mailing address**

WALSH, ALLISON M
20 HAWTHORN DRIVE
SUCCASUNNA NJ 07876

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $265.95 | $265.95 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.6990. | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**Priority creditor's name and mailing address**

WALSH, CARYN S
9954 SOUTH CANTERBURY ROAD
PHILADELPHIA PA 19114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $80.41

**Priority amount** $80.41

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6991. **Priority creditor's name and mailing address**

WALSTROM, MAGGIE L
407 2ND STREET SOUTH
BUFFALO MN 55313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $267.40

**Priority amount** $267.40

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.6992. **Priority creditor's name and mailing address**

WALTERS, BROOKE D
605 NORTH FIRST STREET
JOHNSTOWN CO 80534

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $44.40

**Priority amount** $44.40

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.6993.** **Priority creditor's name and mailing address**

WALTERS, JALYN C
4811 PINTAIL CT NE
LACEY WA 98516

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $170.64 | $170.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6994.** **Priority creditor's name and mailing address**

WALTERS, KAILEY S
3073 DAWSON LN SW
ATLANTA GA 30331

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $121.35 | $121.35 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.6995.** **Priority creditor's name and mailing address**

WALTON, LACEY A
2180 ORR LN
EUGENE OR 97405

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $49.45 | $49.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| 2.6996. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

**2.6996.** **Priority creditor's name and mailing address**

WALTON, PORSCHA L
1218 5TH AVE SW
HICKORY NC 28602-2405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $2,703.28

**Priority amount**  $2,703.28

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6997.** **Priority creditor's name and mailing address**

WALTON, SHANNON
3215 KNIGHT ST.
243
SHREVEPORT LA 71105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $150.99

**Priority amount**  $150.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.6998.** **Priority creditor's name and mailing address**

WAMBUI, EDEL
4720 BENT ELM
SAN ANTONIO TX 78259

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $37.63

**Priority amount**  $37.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

---

**2.6999.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

WARD, EBONEE C
1443 BRIGHTSIDE DRIVE
APT. 1834A
BATON ROUGE LA 70820

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $642.52
Priority amount: $642.52

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7000.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

WARD, JENNIFER
10498 121ST AVENUE
LARGO FL 33773

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $479.36
Priority amount: $479.36

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7001.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

WARD, KELSY A
3503 OLD HOPPER RD
CAPE GIRARDEAU MO 63701

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $465.85
Priority amount: $465.85

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

**2.7002.** **Priority creditor's name and mailing address**

WARD, MAYA D
771 PENINSULA OVERLOOK
HAMPTON GA 30228

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $105.40 | $105.40 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.7003.** **Priority creditor's name and mailing address**

WARD, MICHAEL A
4511 WEST KEIM DRIVE
GLENDALE AZ 85301

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $215.16 | $215.16 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.7004.** **Priority creditor's name and mailing address**

WARD, PANDORA
1129 N WHITCOMB AVE
A
INDIANOPLIS IN 46224

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | $589.49 | $589.49 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.7005.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

WARD, SABRINA K
11423 SAINT LAWRENCE DR.
BATON ROUGE LA 70811

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $128.03 | $128.03 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7006.**

**Priority creditor's name and mailing address**

WARE, BRANDICE J
1271 BEDROCK DR
ORANGE PARK FL 32065-5236

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $229.61 | $229.61 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7007.**

**Priority creditor's name and mailing address**

WARNELL, AMAYA R
49 WENDOVER CT
SHELBYVILLE KY 40065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $112.05 | $112.05 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.7008.** **Priority creditor's name and mailing address**

WARNER, ASIA S
1990 ERIE LANE
HOFFMAN ESTATES IL 60169

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $367.95 | $367.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7009.** **Priority creditor's name and mailing address**

WARNER, SHALISA R
6190 PARKDALE DR
COLUMBUS OH 43229

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $175.36 | $175.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7010.** **Priority creditor's name and mailing address**

WARNETSKY, TIFFANY R
209 CHESTNUT ST
ARCHBALD PA 18403

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $133.76 | $133.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

---

**2.7011.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | WARRA, MONICA A<br>19421 LAUREL DR<br>LIVONIA MI 48154 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $86.45 | $86.45<br><br>**Nonpriority amount**<br>$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7012.** **Priority creditor's name and mailing address**

WARREN, DARISHA L
7625 DORSHIRE DR
C
SOUTHAVEN MS 38671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $209.40 | $209.40 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7013.** **Priority creditor's name and mailing address**

WARREN, JAMIE L
10627 GREER DRIVE
RICHLAND MI 49083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $196.54 | $196.54 |

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.7014.** **Priority creditor's name and mailing address**

WARREN, LANIJA
5302 MALCOLM ST
PHILADELPHIA PA 19143

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $29.94 | $29.94 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7015.** **Priority creditor's name and mailing address**

WARREN, SERENITY
16 TREMONT TERRACE
IRVINGTON NJ 07111

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $70.88 | $70.88 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7016.** **Priority creditor's name and mailing address**

WASHBURN, ASHLEY
1643 NEWGATE LANE
HOWELL MI 48843

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $78.26 | $78.26 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.7017.** **Priority creditor's name and mailing address**

WASHINGTON COUNTY TRUSTEE
PO BOX 215
JONESBOROUGH TN 37659

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☒ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $574.91 | $574.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7018.** **Priority creditor's name and mailing address**

WASHINGTON, DESTINY D
P.O. BOX 473
FORT MILL SC 29716

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.53 | $36.53 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7019.** **Priority creditor's name and mailing address**

WASHINGTON, MIAH P
10502 WALLACE AVE
KANSAS CITY MO 64134

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $176.99 | $176.99 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.7020.** **Priority creditor's name and mailing address**

WASHINGTON, SADIYAH M
2188 RIVER PARK CT.
AUGUSTA GA 30907

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $471.14 | $471.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7021.** **Priority creditor's name and mailing address**

WASHINGTON, TRINARRIA P
1715 BERRYHILL ROAD
CORDOVA TN 38016

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $216.05 | $216.05 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7022.** **Priority creditor's name and mailing address**

WASZAK, ISABELLE G
501 N CAPITOL AVENUE
1119
INDIANAPOLIS IN 46204

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $241.91 | $241.91 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.7023.** **Priority creditor's name and mailing address**

WATERS, REAGAN E
2012 S 5TH
SPRINGFIELD IL 62703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.92 | $66.92 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7024.** **Priority creditor's name and mailing address**

WATKINS, ADRIANNA M
12205 WALNUT POINT
HAGERSTOWN MD 21740

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $180.29 | $180.29 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7025.** **Priority creditor's name and mailing address**

WATKINS, AJA C
171 LAKEVIEW CIRCLE
BROWNSVILLE TN 38012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $135.24 | $135.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | |
|---|---|
| **2.7026.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**2.7026.** **Priority creditor's name and mailing address**

WATKINS, ASHLEY N
1804 FRANKLIN STREET
LITTLE ROCK AR 72204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $152.17 | $152.17 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7027.** **Priority creditor's name and mailing address**

WATKINS, ERICA
50369 OAKVIEW DRIVE
NEW BALTIMORE MI 48047

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $265.47 | $265.47 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7028.** **Priority creditor's name and mailing address**

WATKINS, JAIME
113 DOVER BLUFF DR
ORANGE PARK FL 32073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $94.33 | $94.33 |

| Nonpriority amount |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.7029.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

WATKINS, JAYLA
1314 CHINOOK TRAIL
APT 9
FRANKFORT KY 40601

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $200.70
Priority amount: $200.70

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.7030.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

WATSON, AMORA K
1734 INDIA HOOK RD
203
ROCK HILL SC 29732

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $252.66
Priority amount: $252.66

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.7031.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

WATSON, KATANA
512 VICTORIA DRIVE
COATESVILLE PA 19320

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $103.05
Priority amount: $103.05

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|

**2.7032.** **Priority creditor's name and mailing address**

WATSON, MEGAN B
203 LANDVIEW DR.
DOTHAN AL 36301

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,410.95 | $2,410.95 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7033.** **Priority creditor's name and mailing address**

WATTS, KAYLA
118 E 10TH STREET
COVINGTON KY 41011

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $59.39 | $59.39 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7034.** **Priority creditor's name and mailing address**

WATTS, SYDNIE A
1161 STATE HIGHWAY B
ROGERSVILLE MO 65742

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.10 | $30.10 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7035.** **Priority creditor's name and mailing address**

WAY, ANNICE
6491 HWY 341
PONTOTOC MS 38863

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,280.71 | $1,280.71 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.7036.** **Priority creditor's name and mailing address**

WAY, ANNICE
6491 HWY 341
PONTOTOC MS 38863

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,754.32 | $1,754.32 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.7037.** **Priority creditor's name and mailing address**

WAYNE. SHARON R.
9026 E PARAISO DR
SCOTTSDALE AZ 85255

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $160.08 | $160.08 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

**2.7038.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.7038.** **Priority creditor's name and mailing address**

WEASLER, SHAYQUESSA
167 PINE ST
APT 1
MANCHESTER NH 03103

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $170.00 | $170.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7039.** **Priority creditor's name and mailing address**

WEAVER, SHALYNN
4925 GLENCROSS DRIVE
DAYTON OH 45406

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $171.43 | $171.43 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7040.** **Priority creditor's name and mailing address**

WEAVER, SHELBY L
221 EISENHOWER DR
APT 146
BILOXI MS 39531

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $28.67 | $28.67 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

2.7041.  **Priority creditor's name and mailing address**

WEAVER, VANESSA L
549 S 99TH PL
MESA AZ 85208

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $197.45 | $197.45 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.7042.  **Priority creditor's name and mailing address**

WEAVER, YAMILEX K
11047 NW 8 CT
PLANATION FL 33324

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $206.93 | $206.93 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.7043.  **Priority creditor's name and mailing address**

WEBB, MORRIGAN C
1440 PARADISE POINT DR #17
NAVARRE FL 32566

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $217.56 | $217.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.7044.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.7044.**

**Priority creditor's name and mailing address**

WEBER, ALYSSA
5050 3RD AVE W
APT A
BRADENTON FL 34209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $42.72 | $42.72 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.7045.**

**Priority creditor's name and mailing address**

WEBSTER, JANZEL
2201 COBBLESTONE BLVD
STOCKBRIDGE GA 30281

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $121.28 | $121.28 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.7046.**

**Priority creditor's name and mailing address**

WEDDERBURN, KARENA M
2566 W TENNESSEE ST
APT. 11321
TALLAHASSE FL 32304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $135.53 | $135.53 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.7047.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.7047.**

**Priority creditor's name and mailing address**

WEGEMER, KAYLEE
1029 W. 25TH ST
ERIE PA 16502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $1,222.39 | $1,222.39 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7048.**

**Priority creditor's name and mailing address**

WEIESNBACH, ALEXIS J
55 COUNTRY CLUB DR
CAMDENTON MO 65020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $593.17 | $593.17 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7049.**

**Priority creditor's name and mailing address**

WEIGHTMAN, SANDY R
1021 ENGLISH AVE
TURLOCK CA 95380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $228.84 | $228.84 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

**2.7050.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

WEINER, RANDI R
675 EAST STREET ROAD
APT 1216
WARMINSTER PA 18974

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $2,981.42

**Priority amount**    $2,981.42

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.7051.** **Priority creditor's name and mailing address**

WEINERT, TAMERA L
19819 10TH PL W
LYNNWOOD WA 98036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $147.00

**Priority amount**    $147.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.7052.** **Priority creditor's name and mailing address**

WEISS, KEIRYN E
1199 MOJAVE TRAIL
GREEN BAY WI 54313

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $114.76

**Priority amount**    $114.76

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7053.** **Priority creditor's name and mailing address**

WELCH, DESTANI L
4217 VILLAGE LN
41
WEST DES MOINES IA 50266

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $635.38 | $635.38 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7054.** **Priority creditor's name and mailing address**

WELDON, CAITLYN
64 GLENEIDA BLVD
MAHOPAC NY 10541

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $217.20 | $217.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7055.** **Priority creditor's name and mailing address**

WELFORD, MADISON P
3565 MILL GREEN RD
STREET MD 21154

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $230.28 | $230.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.7056.** **Priority creditor's name and mailing address**

WELLMAN, KAYLA M
3241 WEST ST BRIDES CIR
ORLANDO FL 32812

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $301.43 | $301.43 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7057.** **Priority creditor's name and mailing address**

WELLS, MADISON R
1450 WILDWOOD LAKES BLVD B202
NAPLES FL 34104

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,382.77 | $3,382.77 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7058.** **Priority creditor's name and mailing address**

WELLS, MARY
418 HWY 318
FRANKLIN LA 70538

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $174.56 | $174.56 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7059.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.7059.** **Priority creditor's name and mailing address**

WENZLOFF, SARAH F
2700 CANTERFIELD PKWY E
110
WEST DUNDEE IL 60118

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim:** $789.05

**Priority amount:** $789.05

**Nonpriority amount**

$0.00

---

**2.7060.** **Priority creditor's name and mailing address**

WERFT, STACEY J
11801 YORK STREET #1526
NORTHGLENN CO 80233

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim:** $1,146.25

**Priority amount:** $1,146.25

**Nonpriority amount**

$0.00

---

**2.7061.** **Priority creditor's name and mailing address**

WERNER, HANNAH M
21 OAKHILL AVENUE
GREENSBURG PA 15601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim:** $4,112.74

**Priority amount:** $4,112.74

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.7062. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.7062.** **Priority creditor's name and mailing address**

WERON, HAILEY J
4797 PATTON PL
BOISE ID 83704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $665.91 | $665.91 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7063.** **Priority creditor's name and mailing address**

WERTZ, VICTORIA L
1717 HUNTER RIDGE DR
SPRINGFIELD IL 62704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $12.79 | $12.79 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7064.** **Priority creditor's name and mailing address**

WESSON, CATHERINE E
11269 N RIVER VUE CIR
BILOXI MS 39532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,829.44 | $2,829.44 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.7065. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.7065.**

**Priority creditor's name and mailing address**

WEST, BRIANNA S
6221 S HULEN
FORT WORTH TX 76133

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $547.90 | $547.90 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.7066.**

**Priority creditor's name and mailing address**

WEST, JASMINE L
17601 DAYTON ST.
VICTORVILLE CA 92395

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $144.12 | $144.12 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.7067.**

**Priority creditor's name and mailing address**

WESTRA, ANNIE M
1710 DOLORES RIVER DRIVE
WINDSOR CO 80550

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $34.97 | $34.97 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.7068. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.7068.** **Priority creditor's name and mailing address**

WETHERELL, TAYLOR A
1000 LONGFELLOW BLVD
LAKELAND FL 33801

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $175.04 | $175.04 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7069.** **Priority creditor's name and mailing address**

WETZEL, DEJA M
2206 GATEWAY OAKS DR.
#173
SACRAMENTO CA 95833

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $465.87 | $465.87 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7070.** **Priority creditor's name and mailing address**

WEYMOUTH, ROCHELLE
303 WEST STRAIN STREET
FORT BRANCH IN 47648

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $149.35 | $149.35 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.7071.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

**2.7071.** **Priority creditor's name and mailing address**

WHALEN, JULIA D
116 MEADOWVIEW CT
JACKSONVILLE NC 28546

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$650.29

**Priority amount**
$650.29

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7072.** **Priority creditor's name and mailing address**

WHALEN, PAMILA L
4724 S. SIXTH STREET
LOUISVILLE KY 40214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$46.35

**Priority amount**
$46.35

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7073.** **Priority creditor's name and mailing address**

WHARTON, LANDYN J
312 BIRCH ST
ELLSWORTH AFB MI 57706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$129.40

**Priority amount**
$129.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.7074.** **Priority creditor's name and mailing address**

WHEELER, ELIZABETH A
7620 RAINBOW CREEK DR
FORT WORTH TX 76123

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,344.68 | $3,344.68 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7075.** **Priority creditor's name and mailing address**

WHEELER, HANNAH K
2502 COOPERS POST LN
SUGAR LAND TX 77478

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $126.72 | $126.72 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7076.** **Priority creditor's name and mailing address**

WHEELER, JOLENE R
1010 SPARROW
LANSING MI 48910

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $37.93 | $37.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                          Case number *(if known)* **19-10214**

**2.7077.** **Priority creditor's name and mailing address**

WHEELER, LA SHONDA L
231 COLEMAN ST
BRIDGEPORT CT 06604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.81 | $76.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7078.** **Priority creditor's name and mailing address**

WHEELER, MADELINE C
874 E. BLUE HERON ST.
MERIDIAN ID 83646

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $71.77 | $71.77 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7079.** **Priority creditor's name and mailing address**

WHEELER, TAYLOR A
2185 7TH AVE APT 4C
NEW YORK NY 10027

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $543.75 | $543.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7080.** **Priority creditor's name and mailing address**

WHELAN, REBECCA M
207 JUNIPER RIDGE DR
WATERBURY CT 06708

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,500.52 | $1,500.52 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7081.** **Priority creditor's name and mailing address**

WHITACRE, ALLYSON M
3930 NORRISVILLE ROAD
JARRETTSVILLE MD 21084

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $179.78 | $179.78 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7082.** **Priority creditor's name and mailing address**

WHITCOMB, CLEO I
145 W WASHINGTON ST
GREENVIEW IL 62642-9524

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,222.59 | $2,222.59 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.7083.** **Priority creditor's name and mailing address**

WHITE, ADRIENNE A
100 MCKEOUGH AVE
2004
SARALAND AL 36571

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,265.85 | $1,265.85 |

**Nonpriority amount**

$0.00

---

**2.7084.** **Priority creditor's name and mailing address**

WHITE, ALISSA
6104 FRESH GARDEN DR
KNOXVILLE TN 37918

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $128.11 | $128.11 |

**Nonpriority amount**

$0.00

---

**2.7085.** **Priority creditor's name and mailing address**

WHITE, BETHANY F
274 WOOD VALLEY LANE
LOUISVILLE KY 40299

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $223.65 | $223.65 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**2.7086.** **Priority creditor's name and mailing address**

WHITE, BROOKE-LYNN L
524 SOUTH APRILIA AVENUE
COMPTON CA 90220

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $195.60 | $195.60 |
| | **Nonpriority amount** |
| | $0.00 |

**2.7087.** **Priority creditor's name and mailing address**

WHITE, DANYEL L
5501 RIDGEWOOD LANE
NLR AR 72118

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.05 | $40.05 |
| | **Nonpriority amount** |
| | $0.00 |

**2.7088.** **Priority creditor's name and mailing address**

WHITE, IMARI
620 MCKINLEY ST
RM 158
LAFAYETTE LA 70504

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $272.68 | $272.68 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7089.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

WHITE, KHYA M
445 FREDRICA AVE
JACKSON MS 39209

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $94.61

**Priority amount** $94.61

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7090.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

WHITE, MACKENZEE
213 BENHAM DR.
MILLSTADY IL 62260

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $100.53

**Priority amount** $100.53

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7091.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

WHITE, MADISON M
5701 GIDDYUP LN.
FORT WORTH TX 76179

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $328.15

**Priority amount** $328.15

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.7092.  **Priority creditor's name and mailing address**

WHITE, MAKENNA
6619 SUGAR RIDGE DRIVE
ROANOKE VA 24018

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $188.23 | $188.23 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.7093.  **Priority creditor's name and mailing address**

WHITE, MARI J
3273 LEMANS LN
MEMPHIS TN 38119

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $109.26 | $109.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.7094.  **Priority creditor's name and mailing address**

WHITE, MIA
1414 SW 27TH ST.
3
TOPEKA KS 66611

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $30.87 | $30.87 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

2.7095.    **Priority creditor's name and mailing address**

WHITE, MICHELLE R
1032 SONORA CT.
SAME
SANTA ROSA CA 95401

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.88 | $80.88 |
| | **Nonpriority amount** |
| | $0.00 |

2.7096.    **Priority creditor's name and mailing address**

WHITE, NEYANNI
13161 SYCAMORE STREET
VACHERIE LA 70090

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $101.14 | $101.14 |
| | **Nonpriority amount** |
| | $0.00 |

2.7097.    **Priority creditor's name and mailing address**

WHITE, QUANECIA
5018 E EL MONTE WAY
105
FRESNO CA 93727

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $75.36 | $75.36 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.7098.**  **Priority creditor's name and mailing address**

WHITE, ROXANNE M
6828 NE JACKSONVILLE RD
ANTHONY FL 34479

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,263.14 | $2,263.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7099.**  **Priority creditor's name and mailing address**

WHITE, SOPHIA
2011 N KEITH CIR
WICHITA KS 67212

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $449.74 | $449.74 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7100.**  **Priority creditor's name and mailing address**

WHITE, TAYLOR
11440 WESTMONT CT.
WALDORF MD 20602

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $350.64 | $350.64 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                       Case number *(if known)* **19-10214**

**2.7101.** **Priority creditor's name and mailing address**

WHITE, TERESA J
4941 BLACKBIRD TRAIL
MIDLOTHIAN TX 76065

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,412.12 | $2,412.12 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7102.** **Priority creditor's name and mailing address**

WHITEHEAD, MIKAELA
20 WAYNE DRIVE
POUGHKEEPSIE NY 12601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $212.57 | $212.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7103.** **Priority creditor's name and mailing address**

WHITENER, MANDY
3045 16TH STREET NE
HICKORY NC 28601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $270.47 | $270.47 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.7104.** **Priority creditor's name and mailing address**

WHITFIELD, ASHEA' M
2785 SEVEN OAKS RD
WAYNESBORO GA 30830-5198

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $416.10 | $416.10 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7105.** **Priority creditor's name and mailing address**

WHITING, HANNAH L
1706 DUNRAVEN RD
BLOOMINGTON IL 61704

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $234.61 | $234.61 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7106.** **Priority creditor's name and mailing address**

WHITLEY, TASHI
2508 CHAMBERS ST
N LAS VEGAS NV 89030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $533.35 | $533.35 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.7107. **Priority creditor's name and mailing address**

WHITLOCK, AMANDA R
1534 BRIARFIELD RD
HAMPTON VA 23666

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $78.28 | $78.28 |

**Nonpriority amount**

$0.00

---

2.7108. **Priority creditor's name and mailing address**

WHITMORE, JAMETRICE T
4045 TREADWAY RD
APT 2309
BEAUMONT TX 77706

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.42 | $76.42 |

**Nonpriority amount**

$0.00

---

2.7109. **Priority creditor's name and mailing address**

WHITTLE, JALISA F
28 FEINER PL
IRVINGTON NJ 07111-1702

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $36.02 | $36.02 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

**2.7110.** **Priority creditor's name and mailing address**

WHYTE, DEVONSHAE
6005 DOGWOOD CIR
TAMARAC FL 33319

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $167.26 | $167.26 |
| | **Nonpriority amount** |
| | $0.00 |

**2.7111.** **Priority creditor's name and mailing address**

WIBLY, KAITLYNNE S
10 HIGHLAND
STRUTHERS OH 44471

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $467.40 | $467.40 |
| | **Nonpriority amount** |
| | $0.00 |

**2.7112.** **Priority creditor's name and mailing address**

WICKS, MARKIE M
3421 SEVEN SPRINGS BLVD
NEW PORT RICHEY FL 34655-3134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,676.18 | $2,676.18 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.7113. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.7113.** **Priority creditor's name and mailing address**

WICKSTROM, JACEY R
5267 383RD STREET
NORTH BRANCH MN 55056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $142.09

**Priority amount** $142.09

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7114.** **Priority creditor's name and mailing address**

WIDENER, CASSANDRA
111 E MICHIGAN ST
FORTVILLE IN 46040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $554.13

**Priority amount** $554.13

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7115.** **Priority creditor's name and mailing address**

WIEDER, ASHLEIGH
54 ANDREWS AVE
BUFFALO NY 14225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $271.95

**Priority amount** $271.95

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7116.** **Priority creditor's name and mailing address**

WIELANDT, DELILAH R
743 BEECH ST
POTTSTOWN PA 19464-5719

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $680.76 | $680.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7117.** **Priority creditor's name and mailing address**

WIGGINS, QUEON J
521 MASSACHUSETTS AVENUE
1
BOSTON MA 02118

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,341.60 | $1,341.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7118.** **Priority creditor's name and mailing address**

WIGHTMAN, MEGAN L
1416 SUDENE AVE
FULLERTON CA 92831

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $242.16 | $242.16 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.7119.** **Priority creditor's name and mailing address**

WIKGREN, BRIANNA
1 BREWSTER RD.
FAIRFAX VT 05454

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $560.98 | $560.98 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7120.** **Priority creditor's name and mailing address**

WILCOX, JALYNN D
3922 CREST DR
HEPHZIBAH GA 30815

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $129.59 | $129.59 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7121.** **Priority creditor's name and mailing address**

WILCOX, KAITLYN M
5710 E TROPICANA AVE
UNIT 2223
LAS VEGAS NV 89122

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $405.39 | $405.39 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.7122.** **Priority creditor's name and mailing address**

WILES, FAITH D
4737 COURTNEY LN
APT C
RALEIGH NC 27616

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,573.96 | $1,573.96 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.7123.** **Priority creditor's name and mailing address**

WILEY, RANESHA
7214 CRISP
RAYTOWN MO 64133

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $63.21 | $63.21 |

| Nonpriority amount |
|---|
| $0.00 |

---

**2.7124.** **Priority creditor's name and mailing address**

WILEY, TYA R
3110 N CRANBERRY
WICHITA KS 67226

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $151.48 | $151.48 |

| Nonpriority amount |
|---|
| $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.7125. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | WILLCUTT, PEYTON S<br>507 GARRETT DR<br>507<br>ATHENS AL 35611 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24.43 | $24.43 |

**Priority creditor's name and mailing address**

WILLCUTT, PEYTON S
507 GARRETT DR
507
ATHENS AL 35611

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $24.43

**Priority amount** $24.43

**Nonpriority amount**
$0.00

---

2.7126. **Priority creditor's name and mailing address**

WILLETT, ANNA G
3776 KAWKAWLIN RIVER DRIVE
BAY CITY MI 48706

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $80.38

**Priority amount** $80.38

**Nonpriority amount**
$0.00

---

2.7127. **Priority creditor's name and mailing address**

WILLIAMS, ANNA J
1013 FRANELM RD
LOUISVILLE KY 40214

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

**Total claim** $58.79

**Priority amount** $58.79

**Nonpriority amount**
$0.00

Debtor **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.7128.** **Priority creditor's name and mailing address**

WILLIAMS, ANNMARIE
4657 32ND ST #5
SAN DIEGO CA 92116

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,795.11 | $5,795.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7129.** **Priority creditor's name and mailing address**

WILLIAMS, AZZIE R
227 GATEWOOD DR APT F8
F8
LANSING MI 48917

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.11 | $76.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7130.** **Priority creditor's name and mailing address**

WILLIAMS, BETHANY S
1997 HARRISON ST
12
NEENAH WI 54956

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,550.00 | $1,550.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7131.** **Priority creditor's name and mailing address**

WILLIAMS, BREANN T
924 E TECUMSEH ST
4021 E VIRGIN
TULSA OK 74106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $67.27 | $67.27 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7132.** **Priority creditor's name and mailing address**

WILLIAMS, BRIANNA N
9200 SMOKE HOLLOW RD
KERNERSVILLE NC 27284

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $104.29 | $104.29 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7133.** **Priority creditor's name and mailing address**

WILLIAMS, BRIONNA C
325 E BRADLEY AVE
APT. 126
EL CAJON CA 92021

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $153.24 | $153.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7134.** **Priority creditor's name and mailing address**

WILLIAMS, BRITTANY
3101 SEMINARY COVE
MEMPHIS TN 38115

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,426.11 | $1,426.11 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7135.** **Priority creditor's name and mailing address**

WILLIAMS, CAMILLE
457 SHORE ACRES RD 2A
ARNOLD MD 21012

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $110.45 | $110.45 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7136.** **Priority creditor's name and mailing address**

WILLIAMS, CASSIUS T
4 LIBBY LANE
LITTLE ROCK AR 72206

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $201.38 | $201.38 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.7137.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**2.7137.**

**Priority creditor's name and mailing address**

WILLIAMS, CHIYANNA A
949 WOODALE CIRCLE
COLUMBIA SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $453.00 | $453.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.7138.**

**Priority creditor's name and mailing address**

WILLIAMS, CORRIN
6 MANCHESTER COURT
WENONAH NJ 08090

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $39.83 | $39.83 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.7139.**

**Priority creditor's name and mailing address**

WILLIAMS, CRYSTAL A
158 STEGMAN ST
JERSEY CITY NJ 07305

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $85.23 | $85.23 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.7140. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.7140.** **Priority creditor's name and mailing address**

WILLIAMS, DANEA A
7960 EASTRIDGE DR.
LA MESA CA 91941

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $562.72 | $562.72 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7141.** **Priority creditor's name and mailing address**

WILLIAMS, DAYZONO
804 B BROOK CT
ANNAPOLIS MD 21401

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $117.67 | $117.67 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7142.** **Priority creditor's name and mailing address**

WILLIAMS, DEBORAH
3106 N 4TH COURT
OCALA FL 34479

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.73 | $76.73 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7143.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $146.16 | $146.16

WILLIAMS, DEJA A
134-29 243RD ST
ROSEDALE NY 11422

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7144.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $699.26 | $699.26

WILLIAMS, GLORIA M
11 BRIAN RD
MIDDLEBORO MA 02346

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7145.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | *Check all that apply.* | $291.00 | $291.00

WILLIAMS, HAILEY
12819 MAPLEVIEW ST APT 54
54
LAKESIDE CA 92040

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | **Nonpriority amount** |
| | | $0.00 |

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.7146. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

WILLIAMS, HAILEY J
4236 NORTH CORDOBA AVE
SPRING VALLEY CA 91977

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $318.26

**Priority amount** $318.26

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.7147. **Priority creditor's name and mailing address**

WILLIAMS, JAMEILYA S
1305 FOREST DRIVE
GULFPORT MS 39507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $95.70

**Priority amount** $95.70

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.7148. **Priority creditor's name and mailing address**

WILLIAMS, JAMELA J
689 DIELLEN LANE
ELMONT NY 11003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,046.03

**Priority amount** $1,046.03

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7149.** **Priority creditor's name and mailing address**

WILLIAMS, JAYA L
2021 HIGHRIDGE 11 G
HUNTSVILLE AL 35802

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $215.47 | $215.47 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7150.** **Priority creditor's name and mailing address**

WILLIAMS, JAYLIN T
6022 YORKGLEN MANOR LN.
HOUSTON TX 77084

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $666.66 | $666.66 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7151.** **Priority creditor's name and mailing address**

WILLIAMS, JOHNETA M
8 MANOR COURT
SICKLERVILLE NJ 08081

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $112.84 | $112.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.7152.** **Priority creditor's name and mailing address**

WILLIAMS, KALIYAH S
795 PROGRESS ST. UNIT 1
MACON GA 31201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $63.80

**Priority amount**: $63.80

**Nonpriority amount**: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.7153.** **Priority creditor's name and mailing address**

WILLIAMS, KAYA
150 W 174TH ST
4E
BRONX NY 10453

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $559.50

**Priority amount**: $559.50

**Nonpriority amount**: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.7154.** **Priority creditor's name and mailing address**

WILLIAMS, KE'ARA M
801 E 8TH ST.
#4212C
CHATTANOOGA TN 37403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $64.69

**Priority amount**: $64.69

**Nonpriority amount**: $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.7155. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.7155.  **Priority creditor's name and mailing address**

WILLIAMS, KIANA L
2412 COVERT ST
APT 41
PARKERSBURG WV 26101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $60.20

**Priority amount**  $60.20

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.7156.  **Priority creditor's name and mailing address**

WILLIAMS, KYIESHA
36441 JEFFERSON ST
APT F27
SLIDELL LA 70458

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $205.07

**Priority amount**  $205.07

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.7157.  **Priority creditor's name and mailing address**

WILLIAMS, KYMBERLIE A
471 CLEGHORNE RD
COLBERT GA 30628-2026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $3,354.16

**Priority amount**  $3,354.16

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**2.7158.** **Priority creditor's name and mailing address**

WILLIAMS, LOUIS
6045 ARMSTRONG RD
ELKTON FL 32033

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $367.26 | $367.26 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7159.** **Priority creditor's name and mailing address**

WILLIAMS, LYTONIA
534 PLEASANT SIDE DR
MONCKS CORNER SC 29461

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $149.06 | $149.06 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7160.** **Priority creditor's name and mailing address**

WILLIAMS, MAKAIYA R
273 SHADYRIDGE DRIVE
MONROEVILLE PA 15146

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $195.02 | $195.02 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.7161.  **Priority creditor's name and mailing address**

WILLIAMS, MARGARET A
2917 CAMBRIDGE DRIVE
WOODBRIDGE VA 22192

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $113.34 | $113.34 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.7162.  **Priority creditor's name and mailing address**

WILLIAMS, MEGAN N
2440 LEGENDARY DR
MARTINSVILLE IN 46151

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,168.65 | $1,168.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.7163.  **Priority creditor's name and mailing address**

WILLIAMS, RENATA H
1708 14TH ST
ALTOONA PA 16601

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $27.55 | $27.55 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

2.7164.  **Priority creditor's name and mailing address**

WILLIAMS, RENISHA
300 NW 13ST APT1
BELLE GLADE FL 33430

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $186.38 | $186.38 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.7165.  **Priority creditor's name and mailing address**

WILLIAMS, SAVANNAH K
13301 BIRCH ST
APT 722
OVERLAND PARK KS 66209

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.32 | $72.32 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.7166.  **Priority creditor's name and mailing address**

WILLIAMS, SHANIELLE
26 HEMLOCK DRIVE
HOPEWELL JUNCTION NY 12533

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $87.91 | $87.91 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.7167.** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** $39.31     **Priority amount** $39.31 |

**2.7167.** **Priority creditor's name and mailing address**

WILLIAMS, SHANTA
5806 ARVIS DRIVE
LOUISVILLE KY 40258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $39.31 | $39.31 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7168.** **Priority creditor's name and mailing address**

WILLIAMS, SHELLANDRA C
7091 HAWKS CROSSING DR. E
OLIVE BRANCH MS 38654

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $352.60 | $352.60 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7169.** **Priority creditor's name and mailing address**

WILLIAMS, SHINITA M
3010 LAUREN PLACE DR
UNIT 106
WILMINGTON NC 28405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $6,997.57 | $6,997.57 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.7170.** **Priority creditor's name and mailing address**

WILLIAMS, SKYLA L
10342 SEACLIFF LANE
NORTH CHESTERFIELD VA 23236

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $254.46 | $254.46 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7171.** **Priority creditor's name and mailing address**

WILLIAMS, TAIYLER R
5095 S FIRST ST
22
MURRELLS INLET SC 29576

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $69.46 | $69.46 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7172.** **Priority creditor's name and mailing address**

WILLIAMS, TIANA
11098 N BAYOU VIEW DR
GONZALES LA 70737

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $173.28 | $173.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.7173.** **Priority creditor's name and mailing address**

WILLIAMS, TIFFANY
717 CHIPLEY AVE
GREENWOOD SC 29646-2837

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,933.47 | $2,933.47 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7174.** **Priority creditor's name and mailing address**

WILLIAMS, TIMOTHY E
456 DONALD BLVD
HOLBROOK NY 11741

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,329.44 | $1,329.44 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7175.** **Priority creditor's name and mailing address**

WILLIAMS, TYLENCIA
1860 PATERSON STREET
RAHWAY NJ 07065

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,000.33 | $5,000.33 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

2.7176.  **Priority creditor's name and mailing address**

WILLIAMS, WESLEIGH
3144 URSULA ST
AURORA CO 80011

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $266.26 | $266.26 |

**Nonpriority amount**

$0.00

2.7177.  **Priority creditor's name and mailing address**

WILLIAMS, ZARIA
226 EAST 80TH STREET
SHREVEPORT LA 71106

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $89.18 | $89.18 |

**Nonpriority amount**

$0.00

2.7178.  **Priority creditor's name and mailing address**

WILLIAMSON COUNTY
LARRY GADDES PCAC, CTA
904 SOUTH MAIN STREET
GEORGETOWN TX 78626-5829

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,358.78 | $5,358.78 |

**Nonpriority amount**

$0.00

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

**2.7179.** **Priority creditor's name and mailing address**

WILLIAMSON, HAYLEY M
8743 ROSWELL RIDGE
HELOTES TX 78023

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $152.32 | $152.32 |
| | **Nonpriority amount** |
| | $0.00 |

**2.7180.** **Priority creditor's name and mailing address**

WILLIAMSON, KYLEE M
P.O. BOX 574
WAVERLY WV 26184

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $561.11 | $561.11 |
| | **Nonpriority amount** |
| | $0.00 |

**2.7181.** **Priority creditor's name and mailing address**

WILLIAMSON, MELISSA A
1694 THE HIDEOUT
LAKE ARIEL PA 18436

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $4,991.84 | $4,991.84 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.7182. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

WILLIS, AMANDA S
1606 VILLAGE MARKET BLVD. SE
APT. 101
LEESBURG VA 20175

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $211.47

**Priority amount** $211.47

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.7183. **Priority creditor's name and mailing address**

WILLIS, ASHLEY C
2850 ROYALLVALLEY WAY
O'FALLON MO 63368

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $242.30

**Priority amount** $242.30

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.7184. **Priority creditor's name and mailing address**

WILLIS, AUBREE D
1950 THIBODO RD
205
VISTA CA 92081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $123.24

**Priority amount** $123.24

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.7185.** **Priority creditor's name and mailing address**

WILLIS, KYNDALL
1110 ASKHAM DRIVE
CARY NC 27511

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $40.75 | $40.75 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7186.** **Priority creditor's name and mailing address**

WILLIS, MONICA T
20034 CRESCENT CREEK DR
KATY TX 77449-7494

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,175.00 | $5,175.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7187.** **Priority creditor's name and mailing address**

WILLS, BRIANNA N
1066 PALMA VERDE PL
APOPKA FL 32712

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $334.43 | $334.43 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

| | | |
|---|---|---|
| 2.7188. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Priority creditor's name and mailing address**

WILSON, ALAYNA M
6908 COLESHIRE DR
DALLAS TX 75232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $158.39 | $158.39 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.7189.   **Priority creditor's name and mailing address**

WILSON, ALICIA D
5612 REMMELL AVE
BALTIMORE MD 21206

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $148.21 | $148.21 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.7190.   **Priority creditor's name and mailing address**

WILSON, ANGEL
85 BEAVERDAM LN
COVINGTON GA 30016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $541.30 | $541.30 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.7191.** **Priority creditor's name and mailing address**

WILSON, ANGEL S
2380 BERWICK BLVD
B
COLUMBUS OH 43209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $90.90

**Priority amount**: $90.90

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.7192.** **Priority creditor's name and mailing address**

WILSON, ASHLEY N
28494 N AMETRINE WAY
SAN TAN VALLEY AZ 85143

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $989.93

**Priority amount**: $989.93

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.7193.** **Priority creditor's name and mailing address**

WILSON, DIANE V
418 THOMASTON AVE
SUMMERVILLE SC 29485

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $109.43

**Priority amount**: $109.43

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.7194.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.7194.** **Priority creditor's name and mailing address**

WILSON, FRANNI D
109 CRADDOCK AVENUE
1105
SAN MARCOS TX 78666

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $368.72 | $368.72 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.7195.** **Priority creditor's name and mailing address**

WILSON, JADA R
2409 PAPAYA ROAD
EDGEWOOD MD 21040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $133.02 | $133.02 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.7196.** **Priority creditor's name and mailing address**

WILSON, JAYLEN
5318 WERLING DR
FORT WAYNE IN 46806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $69.00 | $69.00 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor     **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

**2.7197.** **Priority creditor's name and mailing address**

WILSON, JULIUS L
8 MADISON AVE
ROCHELLE PARK NJ 07662

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $589.65 | $589.65 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7198.** **Priority creditor's name and mailing address**

WILSON, KE'AIRA D
5720 COPPER CREEK COURT
APT 13
CHARLOTTE NC 28227

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $633.76 | $633.76 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7199.** **Priority creditor's name and mailing address**

WILSON, LAUREN M
743 DOYLE AVE
REDLANDS CA 92374

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $371.40 | $371.40 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

**2.7200.** **Priority creditor's name and mailing address**

WILSON, MAKENZI R
415 E BEAR BLVD.
B105
SPRINGFIELD MO 65806

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $35.09 | $35.09 |

**Nonpriority amount**

$0.00

---

**2.7201.** **Priority creditor's name and mailing address**

WILSON, PRISCILLA D
1136 THORNDALE ST
GREEN BAY WI 54304

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,533.61 | $3,533.61 |

**Nonpriority amount**

$0.00

---

**2.7202.** **Priority creditor's name and mailing address**

WILSON, ZOE S
5137 FERN
TOLEDO OH 43613

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $362.45 | $362.45 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| 2.7203. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
WINGROVE, SAMANTHA M
155 WINGROVE DRIVE
LITTLE HOCKING OH 45742

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $48.95

**Priority amount** $48.95

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.7204. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
WINN, INDIA E
4200 54TH AVE. S.
SAINT PETERSBURG FL 33711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $233.92

**Priority amount** $233.92

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.7205. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
WINSTON, ALLIYAH
32320 10TH PL S
FEDERAL WAY WA 98003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $103.20

**Priority amount** $103.20

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.7206.** **Priority creditor's name and mailing address**

WINTER, KATHRYN E
26 MILLERS CREEK LANE
SLIDELL LA 70458

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $524.67 | $524.67 |

**Nonpriority amount**
$0.00

---

**2.7207.** **Priority creditor's name and mailing address**

WINTER, SERENA
12659 W. AUDI CT.
BOISE ID 83713

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $537.50 | $537.50 |

**Nonpriority amount**
$0.00

---

**2.7208.** **Priority creditor's name and mailing address**

WINTERS, DOMINIQUE
1934 W FLORENCE AVE
1
LOS ANGELES CA 90047

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $80.83 | $80.83 |

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

2.7209.   **Priority creditor's name and mailing address**

WINTERS, TARAYSHA J
2918 N STERLING AVE
PEORIA IL 61604

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $109.89 | $109.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.7210.   **Priority creditor's name and mailing address**

WIRT, KALI S
9409 EAST MARION STREET
WICHITA KS 67210

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $138.77 | $138.77 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

2.7211.   **Priority creditor's name and mailing address**

WISE, LABRIA M
402 PARKVIEW CT, UNIT C
SALISBURY MD 21804

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $538.61 | $538.61 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.7212.** **Priority creditor's name and mailing address**

WISE, MARIAH
7816 CIRCLE FRONT CT
EVANSVILLE IN 47715

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,113.30 | $3,113.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7213.** **Priority creditor's name and mailing address**

WISE, STEPHANIE L
9547 TAPOK DR
APT 402
MANASSAS VA 20110

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,407.93 | $2,407.93 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7214.** **Priority creditor's name and mailing address**

WISEMAN, MOLLY G
6215 MORGANFORD
SAINT LOUIS MO 63116

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $253.01 | $253.01 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.7215. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.7215.** **Priority creditor's name and mailing address**

WISWELL, HOLLY H
1511 WELLS AVE
BAKERSFIELD CA 93308

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $84.84

**Priority amount**  $84.84

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7216.** **Priority creditor's name and mailing address**

WITCHER, EAHGI P
3231 CARR ST
FLINT MI 48506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $3,935.59

**Priority amount**  $3,935.59

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7217.** **Priority creditor's name and mailing address**

WITHERELL, ASHLEY A
1022 ERIE ST
WATERTOWN NY 13601-1106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $1,182.22

**Priority amount**  $1,182.22

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.7218.** **Priority creditor's name and mailing address**

WITHEROW, REBECCA
5200 WINDHAVEN PKWY
4104
LEWISVILLE TX 75056

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $24.73 | $24.73 |

| **Nonpriority amount** |
|---|
| $0.00 |

---

**2.7219.** **Priority creditor's name and mailing address**

WITHERSPOON, TAYLOR
10502 TABA COVE CT
FAIRFAX VA 22030

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.03 | $77.03 |

| **Nonpriority amount** |
|---|
| $0.00 |

---

**2.7220.** **Priority creditor's name and mailing address**

WITT, ALAINA M
6764 LAKEVIEW BLVD
17113
WESTLAND MI 48185

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $304.09 | $304.09 |

| **Nonpriority amount** |
|---|
| $0.00 |

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**2.7221.** **Priority creditor's name and mailing address**

WITT, AMAREA
1389 BEECH STREET
SAINT PAUL MN 55106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $47.03 | $47.03 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7222.** **Priority creditor's name and mailing address**

WOEHLER, MAGGIE M
3123 LODGEPOLE DR.
3123 LODGEPOLE
WHITELAND IN 46184

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $139.20 | $139.20 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7223.** **Priority creditor's name and mailing address**

WOELTJE, STEPHANIE M
318 N SPRIGG ST
101
CAPE GIRARDEAU MO 63701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $47.30 | $47.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.7224.** **Priority creditor's name and mailing address**

WOESTMAN, CHELSEA A
733 N 17TH ST RM 130D
LINCOLN NE 68508

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $77.96 | $77.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7225.** **Priority creditor's name and mailing address**

WOJTOWICZ, HEATHER
1858 HERITAGE DRIVE
JAMISON PA 18929

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $130.38 | $130.38 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7226.** **Priority creditor's name and mailing address**

WOLDEMARIAM, ANI W
10422 HEADLY CT
FAIRFAX VA 22032

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $163.00 | $163.00 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.7227.** **Priority creditor's name and mailing address**

WOLDEN, TRACEY J
30 CARTER LANE
NEW EGYPT NJ 08533

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $274.17 | $274.17 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7228.** **Priority creditor's name and mailing address**

WOLDESEMAYAI, TESFANESHE
196 MARTINE AVE
APT 2A
WHITE PLAINS NY 10601-3462

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $198.00 | $198.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7229.** **Priority creditor's name and mailing address**

WOLF-CASTRO, TATIANA
4170 S AIRY HILL DR
ST. GEORGE UT 84790

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $90.13 | $90.13 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.7230.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Check all that apply. | $106.14 | $106.14

WOLFE, MIRANDA M
842 COUNTRY CLUB DRIVE
11
MORGANTOWN WV 26505

☐ Contingent
☐ Unliquidated                                   **Nonpriority amount**
☐ Disputed
                                                 $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                       WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                              ☐ No
**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7231.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Check all that apply. | $7,076.83 | $7,076.83

WOLFE-CARTER, KELLI
231 ELM STREET
OXFORD MS 38655

☐ Contingent
☐ Unliquidated                                   **Nonpriority amount**
☐ Disputed
                                                 $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                       WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                              ☐ No
**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7232.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
Check all that apply. | $358.53 | $358.53

WOLFSON, SARA C
4 CHESTNUT PARK CT.
4 CHESTNUT PAR
NEW CITY NY 10956

☐ Contingent
☐ Unliquidated                                   **Nonpriority amount**
☐ Disputed
                                                 $0.00

**Date or dates debt was incurred**          **Basis for the claim:**

_____                       WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

                                              ☐ No
**Specify Code subsection of PRIORITY**        ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.7233.** **Priority creditor's name and mailing address**

WOLMART, ELIZABETH
1240 BURKE AVE
5H
BRONX NY 10469

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,031.58 | $1,031.58 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7234.** **Priority creditor's name and mailing address**

WOLSKE, TAYLOR E
7J KINGDOM WAY
MECHANICVILLE NY 12118

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $53.28 | $53.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7235.** **Priority creditor's name and mailing address**

WOLSKI, ELISE
2957 MAIN ST
CALEDONIA NY 14423

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $89.69 | $89.69 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.7236.** **Priority creditor's name and mailing address**

WOLVERTON, MELANIE
7660 CARLYLE DRIVE
RENO NV 89506

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $68.89 | $68.89 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7237.** **Priority creditor's name and mailing address**

WONG, CAITLYN B
1710 CHAPMAN AVE SW
ROANOKE VA 24016

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.97 | $74.97 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7238.** **Priority creditor's name and mailing address**

WONG, SANDY
5934 AUVER BLVD
102
ORLANDO, FL FL 32807

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $677.57 | $677.57 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.7239. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

WOOD, AMANDA
9500 NE 9TH STREET
VANCOUVER WA 98664

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,329.57

**Priority amount** $1,329.57

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.7240.    **Priority creditor's name and mailing address**

WOOD, ELLEN E
8432 BRADDOCK WAY
COLUMBIA MD 21046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $48.99

**Priority amount** $48.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.7241.    **Priority creditor's name and mailing address**

WOOD, KAITLIN
11550 BROWN SCHOOLHOUSE RD
FREEDOM NY 14065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $43.51

**Priority amount** $43.51

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.7242. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | WOODS, ANGELINA A<br>7556 S POPLAR POINT DRIVE<br>TRAFALGAR IN 46181 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $66.15 | $66.15<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.7243. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | WOODS, AYSHA G<br>102 CARLSBAD CT<br>LATROBE PA 15650 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $596.30 | $596.30<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.7244. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | WOODS, IMANI K<br>301C KENSINGTON PLACE APARTMEN<br>ASHEVILLE NC NC 28803 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $189.86 | $189.86<br><br>**Nonpriority amount**<br>$0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**2.7245.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

WOODS, JALAYNE A
4330 KELLER RD.
103
HOLT MI 48842

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $323.16

Priority amount $323.16

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7246.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

WOODS, MELISSA
926 S CENTER ST
APT 2
TERRE HAUTE IN 47807

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $126.87

Priority amount $126.87

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7247.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

WOODS, MONICA
4462 DAVLIND DR
2
HOLT MI 48842

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $156.71

Priority amount $156.71

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**2.7248.** **Priority creditor's name and mailing address**

WOODS, RACHEL M
1537 E. 85TH PL
2F
CHICAGO IL 60619

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $592.64 | $592.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7249.** **Priority creditor's name and mailing address**

WOODS, TIFFANY C
1790 N GREGG
APT 2
FAYETTEVILLE AR 72703

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $21.00 | $21.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7250.** **Priority creditor's name and mailing address**

WOODWARD, JILIAN A
299 BELLA VISTA LANE
MANCHESTER CT 06040

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $115.85 | $115.85 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.7251.**  **Priority creditor's name and mailing address**

WOOTEN, BAILEY L
3938 GRANITE
CAPE GIRARDEAU MO 63701

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $462.11 | $462.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7252.**  **Priority creditor's name and mailing address**

WORBY, DANIELLE P
118 W CHESTER PK
APT C
RIDLEY PARK PA 19078

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $133.62 | $133.62 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7253.**  **Priority creditor's name and mailing address**

WORDS, NAKEJA
326 O'BRIEN ST
SOUTH BEND IN 46628

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $169.27 | $169.27 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.7254.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

WORKS, MICHELLE N
5600 ENTERPRISE RD APT 4E
MYRTLE BEACH SC 29588

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $318.26
Priority amount: $318.26

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7255.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

WORRELL, AZANA
8733 ASPINWALL DRIVE
CHARLOTTE NC 28216

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $95.18
Priority amount: $95.18

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7256.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

WREN, HALEY L
3337 W LISA
PEORIA IL 61604

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim: $29.45
Priority amount: $29.45

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.7257. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

WRIGHT, ALISA M
16454 NELSON PARK DRIVE
APT. 306
CLERMONT FL 34714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $862.77

**Priority amount** $862.77

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7258.** **Priority creditor's name and mailing address**

WRIGHT, ALYSSA T
12136 KNIGHTS KROSSING CIRCLE
4-201 A
ORLANDO FL 32817

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $134.10

**Priority amount** $134.10

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7259.** **Priority creditor's name and mailing address**

WRIGHT, CASSANDRA R
7210 CONSTITUTION SQUARE HEIGH
202
COLORADO SPRINGS CO 80915

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,102.35

**Priority amount** $2,102.35

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.7260.** **Priority creditor's name and mailing address**

WRIGHT, FELICIA G
1819 STONEHENGE AVE NW
MASSILLON OH 44646

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $682.30 | $682.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7261.** **Priority creditor's name and mailing address**

WRIGHT, IVORY N
32 WILKINSON AVE
APT#2
JERSEY CITY NJ 07305

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,589.02 | $2,589.02 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7262.** **Priority creditor's name and mailing address**

WRIGHT, LAMAR D
10940 PROUTY RD
2
PAINESVILLE OH 44077

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $74.81 | $74.81 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.7263. | **Priority creditor's name and mailing address** | $563.07 | $563.07 |

WRIGHT, NAYLA S
16775 DANE COURT W
BROOKFIELD WI 53005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.7264. | **Priority creditor's name and mailing address** | $2,395.40 | $2,395.40 |

WRIGHT, NICHOLE A
14401 U.S. RT. 11
ADAMS CENTER NY 13606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.7265. | **Priority creditor's name and mailing address** | $225.25 | $225.25 |

WRIGHT, SERINA
1512 IDAHO AVE
ORLANDO FL 32809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.7266.** **Priority creditor's name and mailing address**

WRIGHT, SHAKYLA R
4133 MARSTON AVE
SHREVEPORT LA 71109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $145.14 | $145.14 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7267.** **Priority creditor's name and mailing address**

WRIGHT, TYLER E
712 A WEST MADISON ST
HOUSTON MS 38851

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $122.23 | $122.23 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7268.** **Priority creditor's name and mailing address**

WYATT, KENNA
3332 RENWOOD BLVD
204
LOUISVILLE KY 40214

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,649.55 | $2,649.55 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7269.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|||*Check all that apply.*|$79.52|$79.52

WYCHE, ALEXIONNA A
1856 MAHAFFEY CIRCLE
LAKELAND FL 33811

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                        $0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____                        WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**
                                               ☐ No
**Specify Code subsection of PRIORITY           ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7270.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|||*Check all that apply.*|$58.30|$58.30

WYMAN, RHONDA L
3370 ST.ROSE PARKWAY
1235
HENDERSON NV 89052

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                        $0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____                        WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**
                                               ☐ No
**Specify Code subsection of PRIORITY           ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7271.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
|||*Check all that apply.*|$65.56|$65.56

WYNANS, CASSIDY L
1607 MEADOWVIEW DR
CORINTH TX 76210

☐ Contingent
☐ Unliquidated                                    **Nonpriority amount**
☐ Disputed                                        $0.00

**Date or dates debt was incurred**            **Basis for the claim:**
_____                        WAGES & PTO

**Last 4 digits of account number:**           **Is the claim subject to offset?**
                                               ☐ No
**Specify Code subsection of PRIORITY           ☐ Yes
unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor     **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

| 2.7272. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | WYNN, EMONEI L<br>128 GILMORE CR.<br>HASTINGS FL 32145 | ☐ Contingent | $196.44 | $196.44 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.7273. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | WYSOCKI, REBECCA H<br>419 W. MARTIN LN<br>MILWAUKEE WI 53207 | ☐ Contingent | $139.83 | $139.83 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.7274. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | WYSS, JORDYN A<br>2800 62ND ST<br>DES MOINES IA 50322 | ☐ Contingent | $654.44 | $654.44 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.7275. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.7275.** **Priority creditor's name and mailing address**

XIONG, GAONOU
2241 FREMONT AVE E
SAINT PAUL MN 55119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $313.68 | $313.68 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.7276.** **Priority creditor's name and mailing address**

XIONG, JULIE
1601 LEONE AVE
SAINT PAUL MN 55106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $5,306.58 | $5,306.58 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.7277.** **Priority creditor's name and mailing address**

XIONG, SUSAN
2075 S. HAYSTON AVE.
APT.113
FRESNO CA 93702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| $37.80 | $37.80 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

| 2.7278. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

XIONG, YANG YOUA
226 MAPLE ST
SAINT PAUL MN 55106

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$326.07 (Total claim)
$326.07 (Priority amount)

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.7279. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

YACOUB, SANDRA
4317 LIN-NAN LANE
NORTON SHORES MI 49441

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$37.74 (Total claim)
$37.74 (Priority amount)

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.7280. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

YAFFE, ABIGAIL
4 WESTRIDGE PL
SEVEN VALLEYS PA 17360

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$119.10 (Total claim)
$119.10 (Priority amount)

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.7281.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| YAGER, AMANDA R<br>1122 REYNOLDS AVENUE<br>TAYLOR PA 18517 | *Check all that apply.* | $1,511.74 | $1,511.74
| | ☐ Contingent | |
| | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.7282.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| YAHIRO, BRIANNA K<br>9579 OBSERVER ST<br>LAS VEGAS NV 89123-6274 | *Check all that apply.* | $150.14 | $150.14
| | ☐ Contingent | |
| | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

**2.7283.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| YAMADA, LAURA A<br>225 CHRISTOPHER MICHAEL LN<br>TRACY CA 95377 | *Check all that apply.* | $239.16 | $239.16
| | ☐ Contingent | |
| | ☐ Unliquidated | | **Nonpriority amount**
| | ☐ Disputed | | $0.00
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| _____ | WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | ☐ No | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

2.7284.  **Priority creditor's name and mailing address**

YAN, SOPHIA
14 1-2 BADGER STREET
NASHUA NH 03060

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $299.70 | $299.70 |
| | **Nonpriority amount** |
| | $0.00 |

2.7285.  **Priority creditor's name and mailing address**

YANDELL, FRANCESCA
1047 COLDWELL AVE
2
MODESTO CA 95350

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $220.44 | $220.44 |
| | **Nonpriority amount** |
| | $0.00 |

2.7286.  **Priority creditor's name and mailing address**

YANEZ, ELIZABETH
5930 LIVE OAK ST
BELL GARDENS CA 90201

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $206.64 | $206.64 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

**2.7287.** **Priority creditor's name and mailing address**

YANG, ALEXANDRIA B
22040 HIGHWAY 45
FAYETTEVILLE AR 72703-9499

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $658.62 | $658.62 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**2.7288.** **Priority creditor's name and mailing address**

YANG, ANITA
40 CAMPUS VIEW RD
APT 1
MANKATO MN 56001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $89.03 | $89.03 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

**2.7289.** **Priority creditor's name and mailing address**

YANG, GAOHLINTSA
17 LINDER CT
SAINT PAUL MN 55106

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $43.68 | $43.68 |

| | **Nonpriority amount** |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**2.7290.** **Priority creditor's name and mailing address**

YANG, GAUJOUA
6472 N 53RD ST
MILWAUKEE WI 53223

| **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|
| *Check all that apply.* | $63.06 | $63.06 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7291.** **Priority creditor's name and mailing address**

YANG, MAI NENG
1598 MARYLAND AVE E
APT B
SAINT PAUL MN 55106

| **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|
| *Check all that apply.* | $126.99 | $126.99 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7292.** **Priority creditor's name and mailing address**

YANG, PAHOUA K
151 NORTH VIEW AVE
CRANSTON RI 02920

| **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|
| *Check all that apply.* | $148.37 | $148.37 |
| ☐ Contingent | | |
| ☐ Unliquidated | | **Nonpriority amount** |
| ☐ Disputed | | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.7293.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

**Priority creditor's name and mailing address**

YANG, XAI K
992 MINNEHAHA AVE E
SAINT PAUL MN 55106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,336.82

**Priority amount** $1,336.82

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7294.** **Priority creditor's name and mailing address**

YANG, YER
3819 OAK TERRACE
WHITE BEAR LAKE MN 55110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $726.92

**Priority amount** $726.92

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7295.** **Priority creditor's name and mailing address**

YANG. GAODEE
11240 KINGSBOROUGH TRAIL
COTTAGE GROVE MN 55016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $48.30

**Priority amount** $48.30

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.7296.** **Priority creditor's name and mailing address**

YARBROUGH, DEZAREE J
1600 W LA JOLLA DRIVE
APT 1046
TEMPE AZ 85282

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $201.08 | $201.08 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7297.** **Priority creditor's name and mailing address**

YBARRA, MICHELLE N
145 STONY KNOLL RD
EL CAJON CA 92019-2024

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $355.74 | $355.74 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7298.** **Priority creditor's name and mailing address**

YBARRA, SOLANA G
119 TOWER RD
GREENUP KY 41144

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $28.28 | $28.28 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.7299. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.7299.  **Priority creditor's name and mailing address**

YEBULA, KABIKA C
6213 SULLINS RD
CHARLOTTE NC 28214

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $99.76 | $99.76 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.7300.  **Priority creditor's name and mailing address**

YEE, ALYSSA K
8887 CHANDLER DR
UNIT B
SURFSIDE BEACH SC 29575

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $277.32 | $277.32 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.7301.  **Priority creditor's name and mailing address**

YELLOVICH, CHRISTINE
2 TIMBERLINE RD
BAYVILLE NJ 08721

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $3,322.87 | $3,322.87 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Nonpriority amount** |
|---|
| $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.7302.** **Priority creditor's name and mailing address**

YEOMAN, ELLA K
1735 CARLTON AVE
MODESTO CA 95350

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $72.24 | $72.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7303.** **Priority creditor's name and mailing address**

YOCKEL, SHANNON
5 NORTH STINSON AVE
GLOUCESTER CITY NJ 08030-2510

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,888.47 | $1,888.47 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7304.** **Priority creditor's name and mailing address**

YONGE, CHRISTY B
28381 LA HWY 16 LOT 14
DENHAM SPRINGS LA 70726

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,867.24 | $1,867.24 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor   **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

**2.7305.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.7305.** **Priority creditor's name and mailing address**

YORK, CHRISHALON D
2015 STONE WOOD
HEARTLAND TX 75126

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $58.17

**Priority amount**    $58.17

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7306.** **Priority creditor's name and mailing address**

YORLANG, SONIA A
1515 W CASINO RD
C7
EVERETT WA 98204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $168.24

**Priority amount**    $168.24

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7307.** **Priority creditor's name and mailing address**

YOUNG, ALEXIS
971 MILLCREEK PL
SOUTHAVEN MS 38671

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $37.26

**Priority amount**    $37.26

**Nonpriority amount**    $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.7308.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | YOUNG, BROOKE E<br>322 EISENHOWER DR<br>SAINT PETERS MO 63376 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $251.28 | $251.28 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

**2.7309.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | YOUNG, CARMEN S<br>824 MARTIN LUTHER KING JR. BLV<br>RIVIERA BEACH FL 33404 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $141.88 | $141.88 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

**2.7310.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | YOUNG, DANIELLE<br>4010 NORENE LANE<br>LOUISVILLE KY 40219 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $159.70 | $159.70 |
| | | | | **Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**2.7311.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| | YOUNG, DOMINIQUE L<br>706 DUNN CIRCLE<br>KILLEEN TX 76541 | *Check all that apply.* | $727.65 | $727.65

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $727.65

**Priority amount** $727.65

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7312.** **Priority creditor's name and mailing address**

YOUNG, GABRIYAN A
850 HOOVER VILLAGE DRIVE
A
INDIANAPOLIS IN 46260

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $130.55

**Priority amount** $130.55

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.7313.** **Priority creditor's name and mailing address**

YOUNG, JAYCIE
2017 BROOK ROAD
RICHMOND VA 23220

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $170.30

**Priority amount** $170.30

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**2.7314.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

YOUNG, JORDAN T
10753 KEATHLEY DR
FRISCO TX 75035

**Total claim** $216.16 — **Priority amount** $216.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7315.** **Priority creditor's name and mailing address**

YOUNG, KAITLYN V
4695 E BENNETT
LAS VEGAS NV 98121

**As of the petition filing date, the claim is:** *Check all that apply.*

**Total claim** $48.92 — **Priority amount** $48.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7316.** **Priority creditor's name and mailing address**

YOUNG, KEYANDRA
12512 OXFORD AVE
1
HAWTHORNE CA 90250-4600

**As of the petition filing date, the claim is:** *Check all that apply.*

**Total claim** $370.00 — **Priority amount** $370.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.7317.** **Priority creditor's name and mailing address**

YOUNG, KYANI
6378 BLUEBELL ST
EASTVALE CA 92880

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $150.84 | $150.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7318.** **Priority creditor's name and mailing address**

YOUNG, LEIDY Y
632 BLANDFORD ST
ROCKVILLE MD 20850

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $133.96 | $133.96 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7319.** **Priority creditor's name and mailing address**

YOUNG, MORGAN E
808 VALERIE LANE
KNOXVILLE TN 37938

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $466.20 | $466.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.7320. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |

**2.7320.** | **Priority creditor's name and mailing address**

YUHAS, BRITTANY M
3214 CALUMET DR
RALEIGH NC 27610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
| $317.21 | $317.21 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7321.** | **Priority creditor's name and mailing address**

ZAIDINSKI, KAILA N
113 WANTAGH AVE
LEVITTOWN NY 11756

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
| $253.20 | $253.20 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7322.** | **Priority creditor's name and mailing address**

ZAINO, MARIAH J
75 HARLEY DRIVE
APT 02
WORCESTER MA 01606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
| $3,321.25 | $3,321.25 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**2.7323.** **Priority creditor's name and mailing address**

ZAINULABDIN, SANJA A
8343 KARLOV AVE
SKOKIE IL 60076

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $121.77 | $121.77 |
| | **Nonpriority amount** |
| | $0.00 |

**2.7324.** **Priority creditor's name and mailing address**

ZALLEW, TAMARA
3297 SWEETWATER SPRINGS BLVD.
APT. 2
SPRING VALLEY CA 91978

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $76.80 | $76.80 |
| | **Nonpriority amount** |
| | $0.00 |

**2.7325.** **Priority creditor's name and mailing address**

ZAMBRANO, STEPHANIE A
4866 W TENNESSEE AVENUE
DENVER CO 80219

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $247.31 | $247.31 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.7326.** **Priority creditor's name and mailing address**

ZAMBRANO, VERONICA
748 OTTAWA AVENUE
SAINT PAUL MN 55107

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $351.22 | $351.22 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7327.** **Priority creditor's name and mailing address**

ZAMORA, ALICIA
19968 E 41ST AVE
DENVER CO 80249

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $166.73 | $166.73 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7328.** **Priority creditor's name and mailing address**

ZAMORA, ASHLEY
609 TAYLOR ST
BAKERFIELD CA 93309

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $172.44 | $172.44 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7329.** **Priority creditor's name and mailing address**

ZAMORA, JUANITA
1400 BRETHOUR CT.
15
STERLING VA 20164

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.42 | $140.42 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7330.** **Priority creditor's name and mailing address**

ZAMORA, MARIAH N
2837 15TH AVENUE COURT
GREELEY CO 80631

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $419.78 | $419.78 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.7331.** **Priority creditor's name and mailing address**

ZAPATA, ARIANA
31117 VIA GILBERTO
TEMECULA CA 92592

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $229.80 | $229.80 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.7332.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ZARAGOZA, CHRISTY
14622 GRAMERCY PL
GARDENA CA 90249

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $40.44
Priority amount: $40.44

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7333.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ZARAGOZA, TIANNA L
2028 VIA ALEXANDRA
2028 VIA ALEXA
ESCONDIDO CA 92026

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $391.08
Priority amount: $391.08

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7334.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

ZARAGOZA, VANESSA
200 ROCKWELL RD
JACKSON TN 38305

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $246.96
Priority amount: $246.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor     **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 2.7335. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.7335.** **Priority creditor's name and mailing address**

ZARAGOZA, VICTORIA M
11312 OAKWOOD DR
FONTANA CA 92337

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $124.56 | $124.56 |

**Nonpriority amount**
$0.00

---

**2.7336.** **Priority creditor's name and mailing address**

ZAVALA, ANDREA
11 W CENTRAL AVE
LOMBARD IL 60148

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $182.90 | $182.90 |

**Nonpriority amount**
$0.00

---

**2.7337.** **Priority creditor's name and mailing address**

ZAVALA, GRABIELA C
46877 BACKWATER DR
STERLING VA 20164

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $66.79 | $66.79 |

**Nonpriority amount**
$0.00

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.7338.** **Priority creditor's name and mailing address**

ZAVALA, LOPEZ VIRIDIANA
1133 E G ST
ONTARIO CA 91764-3956

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $212.76 | $212.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7339.** **Priority creditor's name and mailing address**

ZAVALA, ROCIO
2707 W RIDGELAND AVE
WAUKEGAN IL 60085-2436

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $65.01 | $65.01 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7340.** **Priority creditor's name and mailing address**

ZAVALA-SANCHEZ, CHRISTAL R
8004 LA RIVIERA DR.
25
SACRAMENTO CA 95826

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $140.40 | $140.40 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.7341. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------------------------------------------------|--------------------------------------------------|-----------------|---------------------|

**2.7341.** **Priority creditor's name and mailing address**

ZAVERI, INAARA
5359 GRANITE ST
LOVES PARK IL 61111

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|-----------------|---------------------|
| $23.76 | $23.76 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7342.** **Priority creditor's name and mailing address**

ZAZUETA, MICHELE
4260 E 70TH AVE
COMMERCE CITY CO 80022

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|-----------------|---------------------|
| $220.34 | $220.34 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7343.** **Priority creditor's name and mailing address**

ZDUNEK, KATIE
529 CHESTNUT STREET
APT 216
BOWLING GREEN KY 42101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|-----------------|---------------------|
| $590.14 | $590.14 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

**2.7344.** **Priority creditor's name and mailing address**

ZELAYA, JAZMIN Y
2621 GRAND AVE.
HUNTINGTON PARK CA 90255

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $268.56 | $268.56 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.7345.** **Priority creditor's name and mailing address**

ZELAYA, KIMBERLY A
4618 INDIAN RUN
FLATWOODS KY 41139

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $110.20 | $110.20 |
|  | **Nonpriority amount** |
|  | $0.00 |

**2.7346.** **Priority creditor's name and mailing address**

ZELLNER, ALLYSSA
2045 HILLVIEW DR.
GREEN BAY WI 54302

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $218.96 | $218.96 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.7347.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.7347.**

**Priority creditor's name and mailing address**

ZENO, MARJAE K
738 BRITTANY ANN LANE
STOCKTON CA 95207

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $190.56 | $190.56 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7348.**

**Priority creditor's name and mailing address**

ZEPF, JAIMEY M
18 EASTVIEW ROAD
HOPKINTON MA 01748

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $246.36 | $246.36 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.7349.**

**Priority creditor's name and mailing address**

ZERMENO, ALVARO J
290 MILLER ROAD
HOLLISTER CA 95023

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
| --- | --- |
| $128.64 | $128.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

**2.7350.** **Priority creditor's name and mailing address**

ZERMENO, JENIFER D
12121 ADMIRALTY WAY L201
EVERETT WA 98204

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $661.84 | $661.84 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7351.** **Priority creditor's name and mailing address**

ZHAO, KEVIN
41 ACORN STREET
MALDEN MA 02148

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $100.32 | $100.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**2.7352.** **Priority creditor's name and mailing address**

ZIMMER, KEELY R
921 IRONWOOD CIRCL
GRAND RAPIDS MI 49534

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $414.15 | $414.15 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**2.7353.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

**2.7353.** **Priority creditor's name and mailing address**

ZIMMERMAN, KELSEY M
524 MONTGOMERY AVE.
PENNSBURG PA 18073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $668.40 | $668.40 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7354.** **Priority creditor's name and mailing address**

ZORRILLA, FRANCHESKA I
66 WESTFIELD STREET
APT 12
PROVIDENCE RI 02907

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $384.78 | $384.78 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.7355.** **Priority creditor's name and mailing address**

ZUNIGA, LILLIANA M
436 OAKWOOD DRIVE
ALAMO TX 78516

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| $301.47 | $301.47 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

2.7356. **Priority creditor's name and mailing address**

ZWARTS, ALEXANDRIA C
3725 CANTERBURY LN
APT #48
BELLINGHAM WA 98225

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $194.04 | $194.04 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.      **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors
with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 1420 N PARHAM ROAD LLC<br>REGENCY SQUARE MALL MALL<br>MANAGEMENT OFFICE<br>1420 N PARHAM ROAD<br>RICHMOND VA 23229 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,183.91 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 1-800-GOT -JUNK?<br>DEPT 3419<br>PO BOX 123419<br>DALLAS TX 75312-3419 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,608.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | 4832 SIMON PROPERTY GROUP, INC<br>3788 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $926.69 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

| 3.4. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

A & E PRODUCTS GROUP
MAINETTI USA INC.
DEPT AT 40190
ATLANTA GA 31192-0190

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,308.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.5. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABIGAIL STEERE
1193 JAY ST
EUGENE OR 97402

☐ Contingent
☐ Unliquidated
☐ Disputed

$56.16

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.6. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCO ENGINEERED SYSTEMS INC
6265 SAN FERNANDO RD
GLENDALE CA 91201

☐ Contingent
☐ Unliquidated
☐ Disputed

$30,975.19

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|------|------|------|------|

ACORNS GROW INCORPORATED
5300 CALIFORNIA AVE.
IRVINE CA 92617

☐ Contingent
☐ Unliquidated
☐ Disputed

$30,443.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|------|------|------|------|

ACXIOM LLC
301 E. DAVE WARD DRIVE
CONWAY AR 72032

☐ Contingent
☐ Unliquidated
☐ Disputed

$71,498.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|------|------|------|------|

AD ART SIGN COMPANY
150 EXECUTIVE PARK BLVD SUITE # 2100
SAN FRANCISCO CA 94134

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,811.06

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADRIENNE MARCH
5563 TOURNAMENT DR
HAYMARKET VA 90169

☐ Contingent
☐ Unliquidated
☐ Disputed

$110.16

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADVANCED MECHANICAL SERVICES
2475 REGENT AVE
ORLANDO FL 32804

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,766.08

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALANNA GALLARDO
2257 SUDBURY CT
TRACY CA 95376

☐ Contingent
☐ Unliquidated
☐ Disputed

$31.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| | | | | |
|---|---|---|---|---|

**3.13.** | **Nonpriority creditor's name and mailing address**

ALEJANDRA LOPEZ
2639 N SPRINGFIELD AVE 1ST
CHICAGO IL 60647-1030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$71.14

---

**3.14.** | **Nonpriority creditor's name and mailing address**

ALESSANDRA BOLLING
3573 WILES ROAD APT # 206
COCONUT CREEK FL 33703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$11.30

---

**3.15.** | **Nonpriority creditor's name and mailing address**

ALEX M. LAVOTA
N53 W35741 HILLVIEW CT
OCONOMOWOC WI 53066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$26.22

---

Debtor **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

---

| 3.16. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.16.  **Nonpriority creditor's name and mailing address**

ALEXANDRA ARCHETTI
24 KATIE COURT
EAST HANOVER NJ 07936

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$29.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.17.  **Nonpriority creditor's name and mailing address**

ALEXANDRIA REESE
1271 SUMMIT ST. APT M
COLUMBUS OH 43202

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.18.  **Nonpriority creditor's name and mailing address**

ALGONQUIN COMMONS
MATTHEW MASON AS RECEIVER OF
ALGONQUIN COMMONS
320 NORTH MAIN STREET SUITE 200
ANN ARBOR MI 48104

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,143.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**3.19.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ALISON GOLLADAY
4715 CUERNO VERDE
COLORADO CITY CO 81019

$67.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.20.** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

ALLIED UNIVERSAL SECURITY
P.O.BOX 828854
PHILADELPHIA PA 19182-8854

$70.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.21.** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

ALMONT AMBULATORY SURGERY CENTER, LLC
FRANCIS J. FLYNN JR.
6220 W. 3RD STREET
#115
LOS ANGELES CA 90036

UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 3.22. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | ALPHA DOG ADA SIGN 4321 ANTHONY CT # 7 ROCKLIN CA 95677 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $97.80 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | AMANDA G. ACOSTA 504 W 1720 N PROVO UT 84604 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $52.44 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.24. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | AMANDA NICHOLS 4934 ASPEN ST FIRESTONE CO 80504 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $27.45 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMBERLYN GODOY
165 PRINDLE AVE
ANSONIA CT 06401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $2.46

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.26. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMENDA DUONG
10256 12TH AVE. SW
SEATTLE WA 98146-1401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $31.83

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.27. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMKO DISPLAYS, LLC.
7 PURCELL COURT
MOONACHIE NJ 07074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim** $15,962.85

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMY ENRIQUEZ
8350 E YALE AVE H102
DENVER CO 80231-3837

☐ Contingent
☐ Unliquidated
☐ Disputed

$9.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMY HOULE
163 MEADOW ST
NAUGATUCK CT 06770

☐ Contingent
☐ Unliquidated
☐ Disputed

$48.96

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMY LANGEWISCH
440 HILLCREST BLVD
BALLWIN MO 63021

☐ Contingent
☐ Unliquidated
☐ Disputed

$91.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **3.31.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.31.**

**Nonpriority creditor's name and mailing address**

AMY SCHWENDEMAN
1046 BAYRIDGE DRIVE
LEWIS CENTER OH 43035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$32.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.32.**

**Nonpriority creditor's name and mailing address**

ANA VALADEZ
30034 WHEMBLY CIRCLE
MENIFEE CA 92584

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$265.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.33.**

**Nonpriority creditor's name and mailing address**

ANABELL GRAJEDA
436 SECOND STREET
MOORPARK CA 93021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$61.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.34.  **Nonpriority creditor's name and mailing address**

ANAMARIA CRESPO
71 WINDSOR STREET
BRIDGEPORT CT 06606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
| $33.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.35.  **Nonpriority creditor's name and mailing address**

ANASTACIA DAVIS
915 S JACKSON STREET
MONTGOMERY AL 36104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
| $91.26 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.36.  **Nonpriority creditor's name and mailing address**

ANMOLBEN PATEL
285 N RUTHERFORD BLVD #J104
MURFREESBORO TN 37130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
| $127.53 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANNA WOODYARD
1240 E VICTORY DR
SAVANNAH GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

$83.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANNE HUDAK
367 MADISON GARDENS
OLD BRIDGE NJ 08857

☐ Contingent
☐ Unliquidated
☐ Disputed

$60.98

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANNICE WAY
6491 HWY 341
PONTOTOC MS 38863

☐ Contingent
☐ Unliquidated
☐ Disputed

$148.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

| 3.40. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANTHONY K. AIWOHI
728 HARBOUR TOWN DR.
LAKE DALLAS TX 75065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: $53.50

---

| 3.41. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

APPLE BLOSSOM MALL
14183 COLLECTIONS CENTER DR.
CHICAGO IL 60693

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: $495.68

---

| 3.42. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARCVISION, INC.
1950 CRAIG ROAD SUITE 300
ST LOUIS MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim: $23,800.00

---

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.43.  **Nonpriority creditor's name and mailing address**

ARIZONA MILLS, LLC
P.O. BOX 402298
ATLANTA GA 30384-2298

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.44.  **Nonpriority creditor's name and mailing address**

ASHLEY CAREY
4135 FILBERT ST
WAYNE MI 48184

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.45.  **Nonpriority creditor's name and mailing address**

ASHLEY M. SNODGRASS
418 S. LEBARON
MESA AZ 85210-2402

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$182.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.46.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| AT&T | ☐ Contingent | $222.29
| P.O. BOX 105262 | ☐ Unliquidated |
| ATLANTA GA 30348-5262 | ☐ Disputed |

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

                                          ☑ No
                                          ☐ Yes

---

**3.47.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| ATLANTIC CITY ASSOCIATES, LLC. | ☐ Contingent | $8,263.22
| NUMBER THREE, LLC | ☐ Unliquidated |
| C/O TANGER MANAGEMENT, LLC | ☐ Disputed |
| 3200 NORTHLIN AVE, SUITE 360 | |
| GREENSBORO NC 27408 | |

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

                                          ☑ No
                                          ☐ Yes

---

**3.48.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| AUGUSTA LICENSE AND INSPECTION | ☐ Contingent | $362.00
| P.O. BOX 9270 | ☐ Unliquidated |
| AUGUSTA GA 30916-9270 | ☐ Disputed |

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

                                          ☑ No
                                          ☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AVALARA, INC.
1100 2ND AVE. SUITE 300
SEATTLE WA 98101

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,340.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AYLIN RAMIREZ
43 COOPER STREET
PAWTUCKET RI 02860

☐ Contingent
☐ Unliquidated
☐ Disputed

$10.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAYBROOK MALL LLC
P.O. BOX 86
MINNEAPOLIS MN 55486-1851

☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 3.52. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAYSHORE SHOPPING CENTER
8343 DOUGLAS AVENUE SUITE 200
DALLAS TX 75225

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,923.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.53. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAYSHORE TOWN CENTER, LLC
C/O STEINER PROPERTIES, LLC
P.O. BOX 635025
CINCINNATI OH 45263-5025

☐ Contingent
☐ Unliquidated
☐ Disputed

$26.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.54. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BEAR COMMUNICATIONS, INC.
P.O. BOX 670354
DALLAS TX 75267-0354

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,138.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BENSALEM TOWNSHIP
FIRE MARSHAL'S OFFICE
2400 BYBERRY ROAD
BENSALEM PA 19020

☐ Contingent
☐ Unliquidated
☐ Disputed

$175.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BEST SECURITY INDUSTRIES, INC.
755 NORTHWEST 17TH AVENUE SUITE 101
DEL RAY BEACH FL 33445

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,114.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLAIR GENERAL MAINTENANCE
9712 SKILLMAN ST
DALLAS TX 75243

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,820.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                    Case number *(if known)* **19-10214**

---

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BLOOMFIELD HOLDINGS LLC<br>PO BOX 205150<br>DALLAS TX 75320-5150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,504.85 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BLUEGRASS OUTLET SHOPPES CMBS,<br>10275 W HIGGINS ROAD SUITE 560<br>ROSEMONT IL 60018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $348.94 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BOARD USA<br>33 BROAD STREET SUITE 502<br>BOSTON MA 02109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,875.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOROUGH OF PARAMUS
BUILDING DEPARTMENT
1 JOCKISH SQUARE
PARAMUS NJ 07652

☐ Contingent
☐ Unliquidated
☐ Disputed

$975.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.62. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOROUGH OF TINTON FALLS
MUNICIPAL CENTER 556 TINTON AVE
TINTON FALLS NJ 07724-3298

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.63. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOSTON BARRICADE COMPANY INC
1151 19TH STREET
VERO BEACH FL 32960

☐ Contingent
☐ Unliquidated
☐ Disputed

$347.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

---

**3.64.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRAGEL INTERNATIONAL, INC.
WANG IP LAW GROUP PC
TOMMY WANG/JEFF KANG
18645 E GALE AVE
SUITE 205
CITY OF INDUSTRY CA 91748

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.65.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRANDED GROUP, INC.
222 SOUTH HARBOR BLVD SUITE 500
ANAHEIM CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,413.52

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

BRANDON RAINS
185 EAST CAPE ROCK DRIVE
CAPE GIRARDEAU MO 63701

☐ Contingent
☐ Unliquidated
☐ Disputed

$74.12

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

BRASS MILL CENTER MALL LLC
P.O. BOX 772851
CHICAGO IL 60677-2851

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.68. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

BRENDA JULES
174 NEW STATE RD.
CENTRAL MANCHESTER CT 06042

☐ Contingent
☐ Unliquidated
☐ Disputed

$40.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.69. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

BRIA LINK
1350 HARVEY MITCHELL PKWY S APT 1525
COLLEGE STATION TX 77840-6247

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 2476 of 2657

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.70. | **Nonpriority creditor's name and mailing address**

BRISSA BERKOVITS
531 OAKVILLE DOLLAR-DES-ORMEAUX,
QC H9G 1M3
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.71. | **Nonpriority creditor's name and mailing address**

BRITTANY GAHMAN
1207 WESTLAKE CIRCLE
BELLEVILLE MI 48111

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$48.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.72. | **Nonpriority creditor's name and mailing address**

BRITTNEY TURBERVILLE
5434 COTTAGE LANE
HOOVER AZ 35226

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$25.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BROADSTONE LAND, LLC
340 PADDAIO PARKWAY SUITE 521
FOLSOM CA 95630

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,873.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CANARY MARKETING
2700 CAMINO RAMON SUITE 110
SAN RAMON CA 94539

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,471.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAN-DO ELECTRIC, INC.
9409 ABRAHAM WAY
SANTEE CA 92071

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,212.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                         Case number *(if known)* **19-10214**

| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.76.   **Nonpriority creditor's name and mailing address**

CANTOR COMMERCIAL REAL ESTATE
LENDING LP SDS-12-1532
PO BOX 86
MINNEAPOLIS MN 55486-1532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,948.81

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.77.   **Nonpriority creditor's name and mailing address**

CAPITAL MALL LP
1 EAST WACKER DRIVE SUITE 3600
CHICAGO IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,731.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.78.   **Nonpriority creditor's name and mailing address**

CAPITOL LIGHT
P.O. BOX 418453
BOSTON MA 02241-8453

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$69,211.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.79.    **Nonpriority creditor's name and mailing address**

CAPREF BROOKWOOD VILLAGE LLC
8343 DOUGLAS AVE., SUITE # 200
DALLAS TX 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,334.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.80.    **Nonpriority creditor's name and mailing address**

CAPREF LLOYD II LLC
8343 DOUGLAS AVE SUITE 200
DALLAS TX 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.81.    **Nonpriority creditor's name and mailing address**

CARIBBEAN CONSTRUCTION
WASHINGTON AVE F8
GUAYNABO PR 00969

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,254.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAROUSEL CENTER COMPANY LP
MANUFACTURERS & TRADERS TRUST
P.O. BOX 8000 DEPT# 692
BUFFALO NY 14267

☑ Contingent

☐ Unliquidated

☐ Disputed

$274.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.83. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASSANDRA PASCO
221 GRACE STREET
GROVE CITY PA 16127

☐ Contingent

☐ Unliquidated

☐ Disputed

$29.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.84. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CASTLETON SQUARE/
CASTLETON SQUARE LLC
PO BOX 775754
CHICAGO IL 60677-5754

☑ Contingent

☐ Unliquidated

☐ Disputed

$99.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CENTER FOR ADVANCED PUBLIC AWARENESS, INC.
GATES JOHNSON LAW
KIMBERLY GATES
2822 MORAGA STREET
SAN FRANCISCO CA 94122

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.86. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CESLIE BLASS
1771 E MALORY ST
PENSACOLA BEACH FL 32503

☐ Contingent
☐ Unliquidated
☐ Disputed

$46.74

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.87. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHANTANAE PRICE
14617 LITTLE ANNE DRIVE
LITTLE ELM TX 75068-2739

☐ Contingent
☐ Unliquidated
☐ Disputed

$62.72

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

| | |
|---|---|
| 3.88. | **Nonpriority creditor's name and mailing address** |

**3.88.** **Nonpriority creditor's name and mailing address**

CHAPEL HILL MALL REALTY
2000 BRITTAIN RD STE 830
AKRON OH 44310-4303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.89.** **Nonpriority creditor's name and mailing address**

CHARLI VARNER
177 HOLLY STREET UNIT 2
WESTON WV 26452

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$138.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.90.** **Nonpriority creditor's name and mailing address**

CHARLOTTE RUSSE ADMINISTRATION, INC.
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

AMENDED & RESTATED CREDIT
AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

3.91.   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   | **Amount of claim** |
*Check all that apply.*

CHARLOTTE RUSSE HOLDING, INC.                        ☐ Contingent                              UNDETERMINED
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121                                   ☒ Unliquidated

                                                    ☐ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**

_____                 AMENDED & RESTATED CREDIT
                                                    AGREEMENT
**Last 4 digits of account number:**
                                                    **Is the claim subject to offset?**

                                                    ☐ No
                                                    ☒ Yes

3.92.   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   | **Amount of claim** |
*Check all that apply.*

CHARLOTTE RUSSE HOLDING, INC.                        ☐ Contingent                              UNDETERMINED
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121                                   ☒ Unliquidated

                                                    ☐ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**

_____                 AMENDED & RESTATED CREDIT
                                                    AGREEMENT
**Last 4 digits of account number:**
                                                    **Is the claim subject to offset?**

                                                    ☐ No
                                                    ☒ Yes

3.93.   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is:   | **Amount of claim** |
*Check all that apply.*

CHARLOTTE RUSSE HOLDING, INC.                        ☐ Contingent                              UNDETERMINED
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121                                   ☒ Unliquidated

                                                    ☐ Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**

_____                 AMENDED & RESTATED CREDIT
                                                    AGREEMENT
**Last 4 digits of account number:**
                                                    **Is the claim subject to offset?**

                                                    ☐ No
                                                    ☒ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

3.94.  **Nonpriority creditor's name and mailing address**

CHARLOTTE RUSSE HOLDING, INC.
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

AMENDED & RESTATED CREDIT
AGREEMENT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNDETERMINED

---

3.95.  **Nonpriority creditor's name and mailing address**

CHARLOTTE RUSSE MERCHANDISING, INC.
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

AMENDED & RESTATED CREDIT
AGREEMENT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNDETERMINED

---

3.96.  **Nonpriority creditor's name and mailing address**

CHARLOTTE RUSSE MERCHANDISING, INC.
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

AMENDED & RESTATED CREDIT
AGREEMENT

**Is the claim subject to offset?**

☐ No
☑ Yes

**Amount of claim**

UNDETERMINED

---

Debtor     **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CHERRELL HILLIARO
3121 ABLE PL
CHESTERFIELD VA 23832-8406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.98. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CHESTERFIELD COUNTY, VIRGINIA
P.O.BOX 71111
CHARLOTTE NC 28272-1111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,714.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.99. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CHINA LAWSON
1943 LAUREL OAK DR.
FLINT MI 48507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$196.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**3.100.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

| | CHRISTINA PETERSON<br>717 OAKDALE AVE APT 215<br>SPRINGFIELD OR 97477-7726 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61.72 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.101.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

| | CINTAS CORPORATION #150<br>PO BOX 29059<br>PHOENIX AZ 85038-9059 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,402.17 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.102.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

| | CINTAS CORPORATION #470<br>PO BOX 88005<br>CHICAGO IL 60680-1005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $576.90 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**3.103.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY LIGHTING
204 DOUGLAS ROAD
SEWICKLEY PA 15143-8110

☐ Contingent
☐ Unliquidated
☐ Disputed

$40,841.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.104.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF HOLYOKE
CITY HALL 536 DWIGHT STREET
HOLYOKE MA 01040

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,303.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.105.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF BOYNTON BEACH
BUSINESS TAX DIVISION
100 E. BOYNTON BEACH BLVD.
BOYNTON BEACH FL 33435

☐ Contingent
☐ Unliquidated
☐ Disputed

$175.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 3.106. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.106.** **Nonpriority creditor's name and mailing address**

CITY OF CHESAPEAKE
P.O. BOX 15285
CHESAPEAKE VA 23328

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,425.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.107.** **Nonpriority creditor's name and mailing address**

CITY OF FLORENCE
CITY CLERK'S OFFICE
PO BOX 98
FLORENCE AL 35631

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$646.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.108.** **Nonpriority creditor's name and mailing address**

CITY OF GONZALES
120 SOUTH IRMA BLVD
GONZALES LA 70737

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.109.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

CITY OF GREENVILLE
BUSINESS LICENSE DIVISION
P.O. BOX 2207
GREENVILLE SC 29602

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,427.43

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.110.** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

CITY OF HENDERSON
FINANCE DEPARTMENT
PO BOX 95007
HENDERSON NV 89009-5007

☐ Contingent
☐ Unliquidated
☐ Disputed

$540.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.111.** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

CITY OF HOMEWOOD
PO BOX 59666
HOMEWOOD AL 35259

☐ Contingent
☐ Unliquidated
☐ Disputed

$751.72

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**3.112.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

CITY OF HOOVER
PO BOX 11407
HOOVER AL 35246-0144

$1,283.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.113.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

CITY OF JONESBORO
COLLECTING DEPT CITY HALL
P.O. BOX 1845
JONESBORO AR 72403-1845

$402.53

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.114.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

CITY OF LAS VEGAS
DEPT.OF FINANCE/BUSINESS SVCS.
PO BOX 748018
LOS ANGELES CA 90074-8018

$500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**3.115.** **Nonpriority creditor's name and mailing address**

CITY OF MOBILE
REVENUE DEPT. #1530
P.O. BOX 11407
BIRMINGHAM AL 35246-1530

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,472.89

---

**3.116.** **Nonpriority creditor's name and mailing address**

CITY OF MODESTO
P.O. BOX 3442
MODESTO CA 95353-3442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$379.69

---

**3.117.** **Nonpriority creditor's name and mailing address**

CITY OF MONROE
TAX & REV DIVISION
P.O.BOX 123
MONROE LA 71210-0123

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$900.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**3.118.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF MORENO VALLEY
P O BOX 88005
MORENO VALLEY CA 92552-0805

☐ Contingent
☐ Unliquidated
☐ Disputed

$518.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.119.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF NATIONAL CITY
BUSINESS LICENSE DIVISION
1243 NATIONAL CITY BLVD.
NATIONAL CITY CA 91950-4397

☐ Contingent
☐ Unliquidated
☐ Disputed

$518.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.120.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF NEWPORT NEWS
COMMISSIONER OF THE REVENUE
2400 WASHINGTON AVENUE
NEWPORT NEWS VA 23607

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,463.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.121.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

CITY OF NORFOLK
DIVISION OF PARKING
222 E. MAIN STREET
NORFOLK VA 23510

$505.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.122.** **Nonpriority creditor's name and mailing address**

CITY OF NORTH LITTLE ROCK
BUSINESS LICENSE OFFICE
PO BOX 5757
NORTH LITTLE ROCK AR 72119

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$445.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.123.** **Nonpriority creditor's name and mailing address**

CITY OF PEARL
PO BOX 5948
PEARL MS 39288

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,781.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**3.124.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CITY OF ROGERS
CITY CLERKS OFFICE
301 W. CHESTNUT
ROGERS AR 72756

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$53.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.125.**    **Nonpriority creditor's name and mailing address**          **Amount of claim**

CITY OF SAN BUENAVENTURA
501 POLI STREET ROOM 107
VENTURA CA 93001

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$187.54

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.126.**    **Nonpriority creditor's name and mailing address**          **Amount of claim**

CITY OF SPARTANBURG
P.O. DRAWER 1749
SPARTANBURG SC 29304

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,381.47

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**3.127.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF SPRINGFIELD
DEPT. OF FINANCE LICENSE DIV
P.O. BOX 8368
SPRINGFIELD MO 65801-8368

☐ Contingent
☐ Unliquidated
☐ Disputed

$396.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.128.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF SWEETWATER
500 SW 109TH AVE
SWEETWATER FL 33174

☐ Contingent
☐ Unliquidated
☐ Disputed

$735.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.129.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CITY OF TORRANCE
REVENUE DIVISION
3031 TORRANCE BOULEVARD
TORRANCE CA 90503

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,471.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 3.130. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.130.

**Nonpriority creditor's name and mailing address**

CITY OF TUSCALOOSA
REVENUE DEPARTMENT
P.O. BOX 2089
TUSCALOOSA AL 35403

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,427.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.131.

**Nonpriority creditor's name and mailing address**

CITY OF VIRGINIA BEACH
MUNICIPAL CENTER-BUILDING 1 2401
COURTHOUSE DR.
VIRGINIA BEACH VA 23456-9018

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$3,378.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.132.

**Nonpriority creditor's name and mailing address**

CITY TREASURER WINCHESTER
PO BOX 263
WINCHESTER VA 22604-0263

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$2,002.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

**3.133.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.133.** **Nonpriority creditor's name and mailing address**

CLARK COUNTY BUSINESS LICENCE
500 S GRAND CENTRAL PARKWAY 3RD F BOX
551810
LAS VEGAS NV 89155-1810

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$370.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.134.** **Nonpriority creditor's name and mailing address**

CNL INTERNATIONAL
6600 ARTESIA BLVD.
BUENA PARK CA 90620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,972.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.135.** **Nonpriority creditor's name and mailing address**

CODY CLARK
1460 ZENOBIA ST.
DENVER CO 80204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | | | |
|---|---|---|---|---|
| **3.136.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | | **Amount of claim** |
| | COLUMBIA PLACE MALL SC LLC<br>9103 ALTA DRIVE SUITE 204<br>LAS VEGAS NV 89145 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $1,094.65 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | TRADE PAYABLE - NON-MERCHANDISE | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **3.137.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | | **Amount of claim** |
| | COMMUNICATION RESOURCES, INC.<br>7550 W YALE AVE SUITE A-120<br>DENVER CO 80227 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $21,100.23 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | TRADE PAYABLE - NON-MERCHANDISE | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| **3.138.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | | **Amount of claim** |
| | COMPLIANCE POSTER COMPANY<br>PO BOX 607<br>MONROVIA CA 91016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $188.83 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | TRADE PAYABLE - NON-MERCHANDISE | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No<br>☐ Yes | | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

3.139.   **Nonpriority creditor's name and mailing address**

CONNYE NUHU
215 WILLOUGHBY CT
MACON GA 31216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* |
|---|
| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$44.10

---

3.140.   **Nonpriority creditor's name and mailing address**

CONSOLIDATED FIRE PROTECTION
153 TECHNOLOGY DR SUITE 200
IRVINE CA 92618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* |
|---|
| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$8,741.36

---

3.141.   **Nonpriority creditor's name and mailing address**

COOLSPRINGS MALL, LLC
2030 HAMILTON PLACE BLVD. SUITE 500
CHATTANOOGA TN 37421-6000

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* |
|---|
| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$29,179.66

---

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **3.142.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.142.**

**Nonpriority creditor's name and mailing address**

COPPER HARBOR TECHNOLOGIES,INC
884 HONEST PLEASURE DRIVE SUITE #110
NAPERVILLE IL 60540-7630

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,759.71

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.143.**

**Nonpriority creditor's name and mailing address**

CORINNE BENNINGER
4080 TREE BROOK DRIVE
WINSTON-SALEM NC 27106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$218.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.144.**

**Nonpriority creditor's name and mailing address**

COROC/RIVIERA L.L.C.
PO BOX 414225
BOSTON MA 02241-4225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$12,869.13

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**3.145.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.145.** **Nonpriority creditor's name and mailing address**

CORPORACION DEL FONDO
DEL SEGURO DEL ESTADO P.O. BOX 42006
SAN JUAN PR 00940-2006

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,599.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.146.** **Nonpriority creditor's name and mailing address**

CORY RICHARDSON
22 GIESKE ROAD
LORETTO TN 38469-2605

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$164.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.147.** **Nonpriority creditor's name and mailing address**

COUNTY OF ALAMEDA
OFFICE OF WEIGHTS AND MEASURES
224 W WINTON AVE RM 184
HAYWARD CA 94544

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**3.148.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

COUNTY OF BUCKS
BUCKS COUNTY WEIGHTS & MEASURE
1260 ALMSHOUSE RD 4TH FLOOR
DOYLESTOWN PA 18901

☐ Contingent
☐ Unliquidated
☐ Disputed

$159.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.149.** **Nonpriority creditor's name and mailing address**

COUNTY OF FAIRFAX
DEPT. OF TAX ADMINISTRATION
P.O. BOX 10203
FAIRFAX VA 22035-0203

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,426.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.150.** **Nonpriority creditor's name and mailing address**

COUNTY OF HENRICO, VIRGINIA
DEPARTMENT OF FINANCE
LOCK BOX 4732 P.O.BOX 90790
HENRICO VA 23228-0790

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,262.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**3.151.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
--- | --- | ---

**3.151.** **Nonpriority creditor's name and mailing address**

COUNTY OF SAN MATEO
P.O. BOX 999 728 HELLER STREET
REDWOOD CITY CA 94064-0999

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$440.00

---

**3.152.** **Nonpriority creditor's name and mailing address**

COURT ORDERED DEBT COLLECTION
FRANCHISE TAX BOARD
P.O. BOX 1328
RANCHO CORDOVA CA 95741-1328

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$17.55

---

**3.153.** **Nonpriority creditor's name and mailing address**

CP VENTURE FIVE-AV LLC
C/0 POAG SHOPPING CENTERS LLC
2650 THOUSAND OAKS BLVD SUITE 2200
MEMPHIS TN 38118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$9,202.04

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 3.154. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CREFII SILVER CITY LLC
SILVER CITY GALLERIA 2 GALLERIA MALL DRIVE
TAUNTON MA 02780

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,933.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.155.    **Nonpriority creditor's name and mailing address**

CROSSGATES MALL GENERAL
COMPANY NEWCO, LLC.
4 CLINTON EXCHANGE
SYRACUSE NY 13202

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31,793.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.156.    **Nonpriority creditor's name and mailing address**

CRYSTAL A. CUNNINGHAM
939 WEST DELMARE
GODFREY IL 62035

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**3.157.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

CRYSTAL N. HARDIN
2760 COY KAYLOR PL APT 11
FAYETTEVILLE AR 72703

☐ Contingent
☐ Unliquidated
☐ Disputed

$110.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.158.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

CRYSTAL TATE
7800 YOUREE DR APT 2200F
SHREVEPORT LA 71105

☐ Contingent
☐ Unliquidated
☐ Disputed

$119.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.159.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

CURTIS CRAIGHEAD
29 FLORENCE AVE
IRVINGTON NJ 07111

☐ Contingent
☐ Unliquidated
☐ Disputed

$70.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.160.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CYPRESS FLAGSTAFF MALL LP
P.O.BOX 678553
DALLAS TX 75267-8553

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,833.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.161.** **Nonpriority creditor's name and mailing address**

D.D.S.
7351 BOONE AVE NORTH
BROOKLYN PARK MN 55428-1007

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$299,808.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.162.** **Nonpriority creditor's name and mailing address**

DAFNE V. RODRIGUEZ
4141 KRUPP
EL PASO TX 79902

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$203.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**3.163.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.163.**

**Nonpriority creditor's name and mailing address**

DAILY JOURNAL CORPORATION
915 E FIRST ST
LOS ANGELES CA 90012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$55.00

---

**3.164.**

**Nonpriority creditor's name and mailing address**

DALLAS TYE
331 BURRANEER BAY ROAD CARINGBAH, 0
NSW 2229
AUSTRALIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$15.98

---

**3.165.**

**Nonpriority creditor's name and mailing address**

DA'NEISHA D SMITH
118 MARK TWAIN DR. #15
RIVER RIDGE LA 70123

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$207.80

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

3.166.   **Nonpriority creditor's name and mailing address**

DANIEL RYAN
92 FORT SHANTOK RD
UNCASVILLE CT 06382-1302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$198.40

---

3.167.   **Nonpriority creditor's name and mailing address**

DANIELLE CLEGHORNE
5700 CARBON CANYON RD # 29
BREA CA 92823

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$58.81

---

3.168.   **Nonpriority creditor's name and mailing address**

DANIELLE RISACHER
3713 PRESCOTT DR
HOWELL MI 48843

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$135.06

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**3.169.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

DAVIDA ROCHELLE
4240 GANNET CIR # 219
LAS VEGAS NV 98103

☐ Contingent
☐ Unliquidated
☐ Disputed

$168.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.170.** **Nonpriority creditor's name and mailing address**

DAYTON MALL II, LLC
180 EAST BROAD STREET
COLUMBUS OH 43215

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,234.70

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.171.** **Nonpriority creditor's name and mailing address**

DC GROUP INC
1977 W RIVER RD N
MINNEAPOLIS MN 55411

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,242.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

3.172.  **Nonpriority creditor's name and mailing address**

DCKAP INC
3728 ATLANTIC AVENUE
LONG BEACH CA 90807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$35,500.00

---

3.173.  **Nonpriority creditor's name and mailing address**

DDR DEL SOL LLC, S.E.
3300 ENTERPRISE PARKWAY
BEACHWOOD OH 44122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$19,109.91

---

3.174.  **Nonpriority creditor's name and mailing address**

DEB JANSSENS
652 HARBOR TER
BARTLETT IL 60103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$34.20

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**3.175.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

D'EBONY PHIPPS
333 AIRTEX DR APT 9304
HOUSTON TX 77090-6636

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$119.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.176.** **Nonpriority creditor's name and mailing address**

DEBORAH JOHNSON POOR
407 SPARROW BRANCH CIRCLE
JACKSONVILLE FL 32259

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$140.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.177.** **Nonpriority creditor's name and mailing address**

DELAWARE DEPT. OF LABOR
P.O. BOX 41780
PHILADELPHIA PA 19101-1780

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$26.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**3.178.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DELUXE BUSINESS FORMS&SUPPLIES
P.O. BOX 742572
CINCINNATI OH 45274-2572

$30.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.179.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DEMETRA BURNWELL
2804 ASHMONT TERRACE
SILVER SPRING MD 20906-5716

$0.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.180.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DESIREE BEARDSLEY
709 TROY COVE
JONESBORO AR 72401

$187.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

3.181.  **Nonpriority creditor's name and mailing address**

DESOTO OWNERS, LLC
1156 58TH STREET
BROOKLYN NY 11219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.182.  **Nonpriority creditor's name and mailing address**

DESTINEE B TATE
1326 MOORES COURT
BRENTWOOD TN 37027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$66.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.183.  **Nonpriority creditor's name and mailing address**

DEWITT PLASTICS INC
28 AURELIUS AVE
AUBURN NY 13021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,034.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**3.184.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

DIANA ANDERSON
32035 BAYWOOD ST
LAKE ELSINORE CA 92532

☐ Contingent
☐ Unliquidated
☐ Disputed

$17.22

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.185.** **Nonpriority creditor's name and mailing address**

DIANA SANCHEZ
11040 LORNE ST # 230
SUN VALLEY CA 91352

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$38.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.186.** **Nonpriority creditor's name and mailing address**

EATONTOWN MONMOUTH MALL
180 NEW JERSEY 35
EATONTOWN NJ 07724

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,218.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**3.187.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

EKLECCO NEWCO, LLC
THE CLINTON EXCHANGE, 4 CLINTON SQUARE
SYRACUSE NY 13202

☐ Contingent
☐ Unliquidated
☐ Disputed

$43,016.59

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

ELAINE L. CHAVERS
3150 HIDDEN POND DR
RALEIGH NC 27613-3951

☐ Contingent
☐ Unliquidated
☐ Disputed

$6.24

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.189.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

ELENI FKIARAS
7172 MCKEAN CT.
SAN JOSE CA 95120

☐ Contingent
☐ Unliquidated
☐ Disputed

$27.74

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

**3.190.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
---|---|---|---

**3.190.**

**Nonpriority creditor's name and mailing address**

ELITE INVESTIGATIONS LTD
538 WEST 29 ST
NEW YORK NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$22,349.59

---

**3.191.**

**Nonpriority creditor's name and mailing address**

ELITE RETAIL SERVICES INC
PO BOX 618
LAKE JACKSON TX 77566

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$515.35

---

**3.192.**

**Nonpriority creditor's name and mailing address**

ELIZABETH FIRE DEPARTMENT
411 IRVINGTON AVENUE
ELIZABETH NJ 07201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$85.00

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**3.193.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim
--- | --- | --- | ---

**3.193.**

**Nonpriority creditor's name and mailing address**

ELIZABETH ORDONEZ
4001 FAUDREE RD APT L205
ODESSA TX 79765

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$22.13

---

**3.194.**

**Nonpriority creditor's name and mailing address**

ELIZABETH REED
6311 35TH AVE WEST
BRADENTON FL 34209-6935

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$83.14

---

**3.195.**

**Nonpriority creditor's name and mailing address**

EMCOR FACILITIES SERVICES INC
PO BOX 31001-0919
PASADENA CA 91110-0191

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Amount of claim

$42,072.78

---

Debtor    **Charlotte Russe, Inc.**                                             Case number *(if known)* **19-10214**

| 3.196. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.196.    **Nonpriority creditor's name and mailing address**

EMILY BURKE
3100 SWEETWATER RD APT 609
LAWRENCEVILLE GA 30044-2475

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$361.42

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.197.    **Nonpriority creditor's name and mailing address**

EMILY WORKMAN
14926 WILLOW CREEK DRIVE
OMAHA NE 68138

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$151.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.198.    **Nonpriority creditor's name and mailing address**

EMPIRE MALL LLC
P.O. BOX 83388
CHICAGO IL 60691-3388

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$416.64

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**3.199.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

ERIKA R JARVIS
9223 BENSON WAY
SANDY UT 84070-2621

☐ Contingent
☐ Unliquidated
☐ Disputed

$27.22

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.200.** **Nonpriority creditor's name and mailing address**

ERIN ANDERSON
302 BUMPY TRAIL
DAWSONVILLE GA 30534

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31.36

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.201.** **Nonpriority creditor's name and mailing address**

ERIN L. CAVANAUGH
828 BLACK ROCK TURNPIKE
FAIRFIELD CT 06824

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$40.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.202.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ERIN MCDONALD<br>845 S NORMANDIE AVE APT 4<br>LOS ANGELES CA 90005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $47.96 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.203.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ESPLANADE MALL REALTY HOLDING<br>1010 NORTHERN BLVD SUITE 212<br>GREAT NECK NY 11021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,441.81 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.204.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| EXPEDITER SERVICES INC.<br>PO BOX 29624<br>SAN JUAN PR 00929-0624 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $260.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

**3.205.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

EYEKICK VISUAL LLC
1159 CHESS DR
FOSTER CITY CA 94404

☐ Contingent
☐ Unliquidated
☐ Disputed

$803.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.206.** **Nonpriority creditor's name and mailing address**

FABIANA CAMPBELL
8415 PINEY POINT COURT
MANASSAS VA 20110

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$257.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.207.** **Nonpriority creditor's name and mailing address**

FABRIC SELECTION, INC.
RESCH POLSTER & BERGER
MICHAEL BAUM
1840 CENTURY PARK EAST
17TH FLOOR
LOS ANGELES CA 90067

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| | |
|---|---|

**3.208.** | **Nonpriority creditor's name and mailing address**

FAIR OAKS MALL
200 E LONG LAKE RD. SUITE 300
BLOOMFIELD HILLS MI 48304-2324

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$9,445.12

---

**3.209.** | **Nonpriority creditor's name and mailing address**

FALYNNE DIXON
7700 S PRAIRIE
CHICAGO IL 60619

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$23.00

---

**3.210.** | **Nonpriority creditor's name and mailing address**

FAMILY CARPET & DRAPERIES
7111 UNIVERSITY AVENUE
LA MESA CA 91942

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

$62,227.00

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.211.**

**Nonpriority creditor's name and mailing address**

FARAH ABDOU
10848 GLEN COVE CIR. APT 208
ORLANDO FL 32817

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$16.75

---

**3.212.**

**Nonpriority creditor's name and mailing address**

FASHION SQUARE MALL REALTY LLC
150 GREAT NECK RD SUITE 304
GREAT NECK NY 11021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$714.77

---

**3.213.**

**Nonpriority creditor's name and mailing address**

FIRE KING COMMERCIAL
FKI SECURITY GROUP LLC
2789 SOLUTION CENTER
CHICAGO IL 60677-2007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,957.98

---

Debtor    **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

| 3.214. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FLORENCE MALL L.L.C.
P.O.BOX 860080
MINNEAPOLIS MN 55486-0080

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,111.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.215. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FORD CITY
LOCKBOX #26488
26488 NETWORK PLACE
CHICAGO IL 60673-1264

☐ Contingent
☐ Unliquidated
☐ Disputed

$99.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.216. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FORT SMITH MALL LLC
124 JOHNSON FERRY ROAD NE
ATLANTA GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,954.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**3.217.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

FOX VALLEY MALL LLC
28769 NETWORK PLACE
CHICAGO IL 60673-1769

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$4,150.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.218.** **Nonpriority creditor's name and mailing address**

FRANCIS GUERRA
P.O.BOX 60927
CANYON TX 79016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.219.** **Nonpriority creditor's name and mailing address**

FREDERICK COUNTY PERMITS &
INSPECTIONS - ALARM ADMIN.
30 N. MARKET ST.
FREDERICK MD 21701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$80.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

3.220.    **Nonpriority creditor's name and mailing address**

G&I VIII SORRENTO LP
C/O DRA ADVISORS LLC
220 E 42ND STREET, 27TH FLOOR
NEW YORK NY 10017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.221.    **Nonpriority creditor's name and mailing address**

GABRIELA CABRERA
DAYTON MAGALLANES, ESQ.
10540 WILSHIRE BLVD.
SUITE 417
LOS ANGELES CA 90024

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.222.    **Nonpriority creditor's name and mailing address**

GABRIELA CHAVEZ
3401 BAY BREEZOR
SEABROOK TX 77586

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $68.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.223.    **Nonpriority creditor's name and mailing address**

GABRIELLA RAMIREZ
423 25TH AVE APT 105
SAN FRANCISCO CA 94121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$28.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.224.    **Nonpriority creditor's name and mailing address**

GALLERIA MALL INVESTORS, L.P.
10 STATE HOUSE SQUARE 15TH FLOOR
HARTFORD CT 06103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$376.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.225.    **Nonpriority creditor's name and mailing address**

GARDA CL WEST, INC.
GARDA WORLD P.O. BOX 233209
CHICAGO IL 60689-5332

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,553.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

**3.226.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.226.** **Nonpriority creditor's name and mailing address**

GARTNER, INC.
PO BOX 911319
DALLAS TX 75391-1319

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$30,500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.227.** **Nonpriority creditor's name and mailing address**

GAYLEN COLEMAN
6321 N. KLAMM ROAD APT 345
KANSAS CITY MO 64151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$138.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.228.** **Nonpriority creditor's name and mailing address**

GCCFC 2007-GG9 NIAGARA FALLS
1601 WASHINGTON AVENUE, SUITE 800
MIAMI BEACH FL 33139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

3.229.   **Nonpriority creditor's name and mailing address**

GCTC HOLDINGS LLC
520 MADISON AVE 30TH FLOOR
NEY YORK NY 10022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$13,820.07

---

3.230.   **Nonpriority creditor's name and mailing address**

GENEVIEVE ROBINSON
152 PLYMOUTH DRIVE APT 2D
NORWOOD MA 02062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$34.28

---

3.231.   **Nonpriority creditor's name and mailing address**

GGP LIMITED PARTNERSHIP
SDS-12-2779 PO BOX 86
MINNEAPOLIS MN 55486-2779

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,183.30

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**3.232.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.232.**

**Nonpriority creditor's name and mailing address**

GGP- OTAY RANCH L.P.
110 NORTH WACKER DR
CHICAGO IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,554.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.233.**

**Nonpriority creditor's name and mailing address**

GIFT CARDS
VARIOUS HOLDERS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,142,190.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GIFT CARD LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.234.**

**Nonpriority creditor's name and mailing address**

GILROY PREMIUM OUTLETS, LLC
TENANT ID GIL-CHARLO
P.O. BOX 827762
PHILADELPHIA PA 19182-7762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

3.235.    **Nonpriority creditor's name and mailing address**

GINA MARIE GRECO
6356 RALEIGH ST APT 1514
ORLANDO FL 32835

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$93.70

3.236.    **Nonpriority creditor's name and mailing address**

GOOGLE INC
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW CA 94043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,825,033.87

3.237.    **Nonpriority creditor's name and mailing address**

GRAND CENTRAL PARKERSBURG LLC
L-2031
COLUMBUS OH 43260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$4,269.18

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**3.238.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GRAPEVINE MILLS
PO BOX 198189
ATLANTA GA 30384-8189

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$365.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.239.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GRAZINA STODTKO
BREDELLE 39
58097 HAGEN
GERMANY,

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$28.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.240.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

GULF VIEW SQUARE, LLC
P.O. BOX 368
EMERSON NJ 07630

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 3.241. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.241. **Nonpriority creditor's name and mailing address**

HAIPEI LIANG
102 LANSDALE AVE UNIT L
MILFORD CT 06460

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$195.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.242. **Nonpriority creditor's name and mailing address**

HAMILTON MALL, LLC
LOCKBOX 1024805
P.O. BOX 70280
PHILADELPHIA PA 19176-0280

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19,271.67

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.243. **Nonpriority creditor's name and mailing address**

HAMILTON PLACE CMBS LLC
2030 HAMILTON PLACE BLVD SUITE 500
CHATTANOOGA TN 37421-6000

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

3.244.   **Nonpriority creditor's name and mailing address**

HANGSMART, LLC
3317 S HIGLEY RD STE 114 # 490
GILBERT AZ 85297

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
| --- |
| $258,043.50 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.245.   **Nonpriority creditor's name and mailing address**

HANNAH JESKE
10425 QUEBEC AVENUE SOUTH
BLOOMINGTON MN 55438

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Amount of claim** |
| --- |
| $72.76 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

3.246.   **Nonpriority creditor's name and mailing address**

HARFORD MALL BUSINESS TRUST
2030 HAMILTON PLACE BLVD SUITE 500
CHATTANOOGA TN 37421-6000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

| **Amount of claim** |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.247. **Nonpriority creditor's name and mailing address**

HARRY R. MCNESBY JR.
15948 INNERARITY POINT RD
PENSACOLA FL 32507

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$435.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.248. **Nonpriority creditor's name and mailing address**

HAWAII RETAIL SERVICES DBA
HAWAII UNIFIED
84-1170 FARRINGTON HWY C1
WAIANAE HI 96792

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,199.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.249. **Nonpriority creditor's name and mailing address**

HAWTHORN L.P.
8750 N. CENTRAL EXPY SUITE 1740
DALLAS TX 75231

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                     Case number *(if known)* **19-10214**

---

**3.250.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HEATHER ROBERTSON
11A GUMNUT RISE STRATHDALE BENDIGO
VICTORIA 3550
AUSTRALIA

☐ Contingent
☐ Unliquidated
☐ Disputed

$24.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.251.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HERA PRINT, INC.
LAW OFFICE OF ALBERT CHANG
HYUNSUK ALBERT CHANG
1225 W. 190TH STREET
SUITE 420
GARDENA CA 90248

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.252.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

HIGHER EDUCATION STUDENT
ASSISTANCE AUTHORITY
P.O. BOX 529
NEWARK NJ 07101-0529

☐ Contingent
☐ Unliquidated
☐ Disputed

$74.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                                          Case number *(if known)* **19-10214**

---

3.253.   **Nonpriority creditor's name and mailing address**

HOOVER MALL LIMITED, LLC
SDS-12-2446 P.O. BOX 86
MINNEAPOLIS MN 55486-2446

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $12,452.13 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.254.   **Nonpriority creditor's name and mailing address**

ILEANA PEREZ
CARR. 173 KM 8.5
AGUAS BUUNAS PR 00703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $49.63 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.255.   **Nonpriority creditor's name and mailing address**

IMPERIAL VALLEY MALL II LP
CBL # 0572 P.O. BOX 955607
ST LOUIS MO 63195-5607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: | Amount of claim |
|---|---|
| *Check all that apply.* | $23,459.14 |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 3.256. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INDIAN RIVER MALL REALTY
HOLDING, LLC
1010 NORTHERN BLVD SUITE 212
GREAT NECK NY 11021

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.257. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INDUSTRIAL SECURITY SOLUTIONS
5731 MC FADDEN AVE, SUITE A
HUNTINGTON BEACH CA 92649

☐ Contingent
☐ Unliquidated
☐ Disputed

$852.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.258. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INFOR
NW 7418 PO BOX 1450
MINNEAPOLIS MN 55485-7418

☐ Contingent
☐ Unliquidated
☐ Disputed

$68,893.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | | |
| INTERNATIONAL SYSTEMS OF<br>P.O. BOX 99529 1812 CARGO COURT<br>LOUISVILLE KY 40269-0529 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $275.00

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.260.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | | |
| IRVINE COMPANY<br>P.O. BOX 840363<br>LOS ANGELES CA 90084-0363 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,403.48

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.261.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | | |
| ISLAND PACIFIC<br>1940 EAST DEERE AVE SUITE 200<br>SANTA ANA CA 92705 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,811.43

**Date or dates debt was incurred**        **Basis for the claim:**

VARIOUS                                TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.262.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

IVORY WRIGHT
32 WILKINSON AVE APT #2
JERSEY CITY NJ 07305

☐ Contingent
☐ Unliquidated
☐ Disputed

$55.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.263.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

JACQUELINE SEGARRA
13 KINROSE COURT
COLUMBIA SC 29229

☐ Contingent
☐ Unliquidated
☐ Disputed

$44.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.264.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

JAMIE ARTHUR
1040 O'BARR DR
GASTONIA NC 28054

☐ Contingent
☐ Unliquidated
☐ Disputed

$21.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

3.265. **Nonpriority creditor's name and mailing address**

JAMIE EVERSON
1046 NOBLE VINES DR APT 8
CLARKSTON GA 30021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$21.60

---

3.266. **Nonpriority creditor's name and mailing address**

JAMIE L. RAICEVICH
4120 PRAIRIE AVE APT 251
AMARILLO TX 79109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$397.09

---

3.267. **Nonpriority creditor's name and mailing address**

JANESSA V. ARANDA
101 W. CALLE ANTONIA
TUCSON AZ 85706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$20.96

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**3.268.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

JASMINE GRIFFIN
1400 N BERTRAND DRIVE
LAFAYETTE LA 70817

☐ Contingent
☐ Unliquidated
☐ Disputed

$30.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.269.** **Nonpriority creditor's name and mailing address**

JENIFER GIL
18024 DORAL DRIVE
FORT MYERS FL 33967

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$23.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.270.** **Nonpriority creditor's name and mailing address**

JENNIFER ALEXANDER
15835 FOOTHILL LP APT 331
PFLUGERVILLE TX 78660-3231

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$96.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.271.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

JENNIFER KNUREK
1200 FLORAL SPRING BLVD # 13308
PORT ORANGE FL 32129

☐ Contingent
☐ Unliquidated
☐ Disputed

$33.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.272.** **Nonpriority creditor's name and mailing address**

JENNIFER TSANGARIS
507 GENEVA AVE
STRUTHERS OH 44471

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$45.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.273.** **Nonpriority creditor's name and mailing address**

JENNIFER WRIGHT
552 E WIGEON WAY
SUISUN CITY CA 94585

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$166.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

3.274.    **Nonpriority creditor's name and mailing address**

JENNY BENTLEY
416 N. JUNIPER DRIVE
ATWOOD IL 61913

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $53.50 |

---

3.275.    **Nonpriority creditor's name and mailing address**

JERSEY SHORE PREMIUM OUTLETS
PO BOX 776307
CHICAGO IL 60677-6307

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,799.23 |

---

3.276.    **Nonpriority creditor's name and mailing address**

JESSICA CLINE
404 PINE ST
MILL VALLEY CA 94941

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $830.65 |

---

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 3.277. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.277.   **Nonpriority creditor's name and mailing address**

JESSICA HOPKINS
205 LEES COVE
HELENA AL 30580

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$47.69

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.278.   **Nonpriority creditor's name and mailing address**

JESSICA K. LUNBERG
2613 W. WILLOW AVE
SIOUX FALLS SD 57105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.279.   **Nonpriority creditor's name and mailing address**

JESSICA PERRY
8132 CHANCEL CT.
NAPLES FL 33917

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$51.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                       Case number *(if known)* **19-10214**

---

**3.280.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.280.**

**Nonpriority creditor's name and mailing address**

JOHANNE COSSETTE
3134 4TH ST. SW
CHARLOTTESVILLE NC 22903

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19.99

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.281.**

**Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS, INC.
11301 W. LAKE PARK DR
MILWAUKEE WI 53224

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,516.27

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.282.**

**Nonpriority creditor's name and mailing address**

JORDAN D. ESTERBY
550 HARBOR CLOVE LN
CHARLESTON SC 29412-3009

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$50.31

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

3.283. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

**Nonpriority creditor's name and mailing address**

JORDAN SCHLUETER
306 KENTABOO AVE
FLORENCE KY 41042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$34.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.284. **Nonpriority creditor's name and mailing address**

JOSEPH MEUSE
3535 SOUTH BALL STREET APT 625
ARLINGTON VA 22202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$56.99

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.285. **Nonpriority creditor's name and mailing address**

JOSHUA WHITE
916 COREY DRIVE
JACKSON MS 39212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16.26

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 3.286. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.286. **Nonpriority creditor's name and mailing address**

JOYCE JENNINGS
19 LOCKHOUSE RD APT 6-3
WESTFIELD MA 01085

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$24.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.287. **Nonpriority creditor's name and mailing address**

JPMCC 2006-LDP7 CENTRO
ENFIELD LLC
1601 WASHINGTON AVE SUITE 800
MIAMI BEACH FL 33139

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,583.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.288. **Nonpriority creditor's name and mailing address**

JPMG MANASSAS MALL OWNER LLC
THE CLINTON EXCHANGE 4 CLINTON SQUARE
SYRACUSE NY 13202

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,009.99

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

3.289. **Nonpriority creditor's name and mailing address**

JULIA KRASS
2549 WHARTON ST APT C
PITTSBURGH PA 15217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
| --- |
| $263.70 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.290. **Nonpriority creditor's name and mailing address**

JUNGLE DISK
110 E HOUSTON ST.
SAN ANTONIO TX 78205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
| --- |
| $254.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.291. **Nonpriority creditor's name and mailing address**

JUSTINE HIGGINS
323 WESTCHESTER ROAD
COLCHESTER CT 06415

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim |
| --- |
| $28.75 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**3.292.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim**
---|---|---|---

**3.292.**

**Nonpriority creditor's name and mailing address**

KAMEHAMEHA SCHOOLS
TRUSTEES OF THE ESTATE OF BERNICE
PAUAHI BISHOP WINDWARD MALL
PO BOX 31000, BOX 5497
HONOLULU HI 96849-5797

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$11,859.85

---

**3.293.**

**Nonpriority creditor's name and mailing address**

KAREN CIENA
5355 SUGARLOAD PKWY APT 901
LAWRENCEVILLE GA 30043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$36.00

---

**3.294.**

**Nonpriority creditor's name and mailing address**

KARIE ANN TAKASUGI
99-108 PUAKAIA ST
AIEA HI 96701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$14.08

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**3.295.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

KARLA GARCIA
7025 CHARMANT DR APT # 289
SAN DIEGO CA 92122-4349

☐ Contingent
☐ Unliquidated
☐ Disputed

$25.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.296.** **Nonpriority creditor's name and mailing address**

KATHERINE MARRERO
724 COUNTRY WOODS CIR
KISSIMMEE FL 34744-4625

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.297.** **Nonpriority creditor's name and mailing address**

KATHLEEN MARIN
1805 BERRYHILL CIRCLE
PERRY HILL MD 21128

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$66.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.298.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.298.**

**Nonpriority creditor's name and mailing address**

KATIE IRVINE
5224 7TH CT S
BIRMINGHAM AL 35212

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$88.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.299.**

**Nonpriority creditor's name and mailing address**

KAYLYN E. ULMER
1603 SANDHILL RD
OREM UT 84058-7531

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$31.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.300.**

**Nonpriority creditor's name and mailing address**

KDI ATHENS MALL LLC
3700 ATLANTA HWY SUITE 212
ATHENS GA 30606

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$3,816.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 3.301. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

KELLY REAGAN
462 GOUDE LN
CECIL AL 36013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$35.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.302.    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

KELSEY SANCHEZ
332 GREEN ST
STONEHAM MA 02180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$25.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.303.    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

KELSEY SMITH
18 ORCHARD CIRCLE
HALIFAX MA 02338

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.304.  **Nonpriority creditor's name and mailing address**

KEN NAGAHARA
1206 FLORIDA STREET
VALLEJO CA 94590

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$600.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.305.  **Nonpriority creditor's name and mailing address**

KENDALL ZOLNIER
7913 SECOND STREET
MASURY OH 45813

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$67.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.306.  **Nonpriority creditor's name and mailing address**

KENTUCKY OAKS MALL
P.O. BOX 714267
COLUMBUS OH 43271-4267

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,272.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**3.307.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.307.**

**Nonpriority creditor's name and mailing address**

KENYONNA C. SAMUELS
3876 NORTHSIDE DR.
MACON GA 31210

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$12.10

---

**3.308.**

**Nonpriority creditor's name and mailing address**

KIM HASELMAN
UNKNOWN STORE# 286 0, 0 0

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$84.91

---

**3.309.**

**Nonpriority creditor's name and mailing address**

KLAUBER BROTHERS, INC.
DONIGER/BURROUGHS
STEPHEN DONIGER/SCOTT BURROUGHS
603 ROSE AVENUE
VENICE CA 90291

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.310.    **Nonpriority creditor's name and mailing address**

KRISTEN RIVERA-SCULL
311 E WHATLEY ST
POOLER GA 31322-3229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$175.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.311.    **Nonpriority creditor's name and mailing address**

LACY WILLIAMS
1102 NORTH SHELLBARK ROAD
MUNCIE IN 47304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$172.48

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.312.    **Nonpriority creditor's name and mailing address**

LAIGHA SHEWMAKE
314230 STAGECOACH RD
SPANISH FORT AL 36527

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$160.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

3.313.  **Nonpriority creditor's name and mailing address**

LAKES MALL REALTY LLC
C/O NAMDAR REALTY GROUP LLC
150 GREAT NECK RD SUITE 304
GREAT NECK NY 11021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$6,345.40

---

3.314.  **Nonpriority creditor's name and mailing address**

LANSING MALL, LLC
SDS-12-1396 P.O. BOX 86
MINNEAPOLIS MN 55486-1396

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,724.71

---

3.315.  **Nonpriority creditor's name and mailing address**

LATRICIA DEBERRY
505 MONTEREY PKWY
ATLANTA GA 30350

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$105.00

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 3.316. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

3.316.    **Nonpriority creditor's name and mailing address**

LAURA CORD
6624 WEST 1100 NORTH
FOUNTAIN TOWN IN 46130

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$47.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.317.    **Nonpriority creditor's name and mailing address**

LAURA ROMINA PRADAL
ESTANISLAO DEL CAMPO 1159 1H, FLORIDA,
VINCENTE LOPEZ
BUENOS AIRES 0 CP1602
ARGENTINA

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13.31

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.318.    **Nonpriority creditor's name and mailing address**

LAUREN MCALEER
9503 GLEN RIDGE DR
LAUREL MD 20723-1358

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$239.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

3.319.  **Nonpriority creditor's name and mailing address**

LAUREN MUTH
50 VEVAU ST APT # 419
KAHULUI HI 96732

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $292.01 |

---

3.320.  **Nonpriority creditor's name and mailing address**

LAZ PARKING LIMITED LLC
3 COPLEY PLACE SUITE 3202
BOSTON MA 02116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $169.00 |

---

3.321.  **Nonpriority creditor's name and mailing address**

LEGACY GROUP ENTERPRISES, INC.
10 PINEHURST DR.
BELLPORT NY 11713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $4,587.62 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 3.322. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.322.  **Nonpriority creditor's name and mailing address**

LEIDIARA VILLA
88-09 5TH AVE
NORTH BERGEN NJ 07047-5229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$31.00

---

3.323.  **Nonpriority creditor's name and mailing address**

LESLIE APONTE
163 ECHO LAKE ROAD
WATERTOWN CT 06795

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$301.40

---

3.324.  **Nonpriority creditor's name and mailing address**

LEVEL 10 LLC
PO BOX 88496
CHICAGO IL 60680-1496

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$31,267.42

---

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

3.325. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LEXMARK INTERNATIONAL, INC.
PO BOX 96612
CHICAGO IL 60693-6612

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,437.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.326. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LGE
P.O. BOX 9001960
LOUISVILLE KY 40290

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,345.54

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.327. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LINCOLN PLAZA CENTER, LP
PO BOX 829424
PHILADELPHIA PA 19182-9424

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$14.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.328.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

LINDA TOMASSION
4327 3RD STREET
WAYNE MI 48184

☐ Contingent
☐ Unliquidated
☐ Disputed

$15.52

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.329.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LISA MERGIL
17019 HOLTON ST
WEST COVINA CA 91791

☐ Contingent
☐ Unliquidated
☐ Disputed

$310.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.330.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LISSETTE CAMACHO
129 BLACK ROCK AVE APT 24
BRIDGEPORT CT 06605

☐ Contingent
☐ Unliquidated
☐ Disputed

$36.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 3.331. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

LONNESHA C. DIXON
3521 KAGAN CT
NORTH LAS VEGAS NV 89081

**Amount of claim**

$42.11

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.332.    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

LOOMIS & FARGO & CO
DEPT. AT 40170
ATLANTA GA 31192-0170

**Amount of claim**

$5,398.03

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.333.    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*

LOOMIS, FARGO & CO
P.O. BOX 1300
HONOLULU HI 96807-1300

**Amount of claim**

$997.82

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Charlotte Russe, Inc.**    Case number *(if known)* **19-10214**

| 3.334. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.334.  **Nonpriority creditor's name and mailing address**

LOREN MILLER
373 HERITAGE DR
DANVILLE IN 46122-1405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$105.58

---

3.335.  **Nonpriority creditor's name and mailing address**

LORENA MUNOZ
1504 HIGHLAND AVE
BERWYN IL 60402-1317

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$23.52

---

3.336.  **Nonpriority creditor's name and mailing address**

LOUISE SWANK
2154 EAST OAKMONT
FRENSO CA 93730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$862.50

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

3.337.  **Nonpriority creditor's name and mailing address**

LP SOFTWARE, INC.
PO BOX 639640
CINCINNATI OH 45263

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Amount of claim** |
| --- |
| $1,313.55 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

3.338.  **Nonpriority creditor's name and mailing address**

LSREF3 SPARTIAN REIT, INC
3341 S LINDEN ROAD
FLINT MI 48507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Amount of claim** |
| --- |
| $402.40 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

3.339.  **Nonpriority creditor's name and mailing address**

LYNNE CAMPBELL
42 W. BALTIMORE ST #14
LYNN MA 01902

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| **Amount of claim** |
| --- |
| $86.40 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

**3.340.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

MACERICH SCG LIMITED
FASHION OUTLETS OF NIAGARA FALLS
P.O. BOX 843529
LOS ANGELES CA 90084-3529

$92.00

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.341.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

MACERICH SOUTH TOWNE LIMITED
401 WILSHIRE BLVD., SUITE 700
SANTA MONICA CA 90401

UNDETERMINED

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.342.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

MAHALIA MAND
7896 LUMINARY LANE
FOUNTAIN CO 80817

$117.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

---

| 3.343. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.343.

**Nonpriority creditor's name and mailing address**

MAINTENX INTERNATIONAL SERVICE
MANAGEMENT GROUP INC
2202 N HOWARD AVE
TAMPA FL 33607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$79,793.35

---

3.344.

**Nonpriority creditor's name and mailing address**

MALL AT TUTTLE CROSSING LLC
PO BOX 404561
ATLANTA GA 30384-4561

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$148.86

---

3.345.

**Nonpriority creditor's name and mailing address**

MALL ST. VINCENT, LLC
110 N WACKER DR
CHICAGO IL 60606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$9,065.76

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 3.346. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MALL-1 BAY PLAZA LLC
546 FIFTH AVE 15TH FLOOR
NEW YORK NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,046.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.347. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MALLORY RICKMAN
1625 SPRUCE AVENUE
SOUTH FULTON TN 38257

☐ Contingent
☐ Unliquidated
☐ Disputed

$117.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.348. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MANDIE OWEN
3939 BRIARGROVE LANE APT. 2109
DALLAS TX 75287

☐ Contingent
☐ Unliquidated
☐ Disputed

$21.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 3.349. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.349.  **Nonpriority creditor's name and mailing address**

MANNINGTON COMMERCIAL
FILE # 96261 PO BOX 96261
CHICAGO IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,811.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.350.  **Nonpriority creditor's name and mailing address**

MARCI GARAY
1916 COCHRAN ST
LAS VEGAS NV 89104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$58.05

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.351.  **Nonpriority creditor's name and mailing address**

MARCY OGINGA
344 DANUBE AVE. APT 207
TAMPA FL 33606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$35.49

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 3.352. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

MARESA M. ZELAYA
8010 SW 10 TERRACE
MIAMI FL 33144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$113.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.353.    **Nonpriority creditor's name and mailing address**

MARIA ALSTON
PO BOX 52271
DURHAM NC 27717

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.354.    **Nonpriority creditor's name and mailing address**

MARIA VAZQUEZ
8201 LUNA AVE
BURBANK IL 60459

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$67.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.355.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.355.**
**Nonpriority creditor's name and mailing address**
MARILYN ARROYO
1442 SHEANA LANE
KISSIMMEE FL 34744-5004

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$27.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.356.**
**Nonpriority creditor's name and mailing address**
MARTHA GIBSON
430 OTTIS RAY ST
HOMER GA 30547-2427

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$171.85

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.357.**
**Nonpriority creditor's name and mailing address**
MARY ARNER
7113 FIRST AVENUE SOUTH
ST. PETERSBURG FL 33707

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$10.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**3.358.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARY KHANG
3 ALEXANDER DRIVE
WEST WARWICK RI 02893-1969

☐ Contingent
☐ Unliquidated
☐ Disputed

$66.34

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.359.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MATS INC.
179 CAMPANELLI PKWY
STOUGHTON MA 02072

☐ Contingent
☐ Unliquidated
☐ Disputed

$222.58

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.360.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MAXINE ALMENDRA
2820 HIGHGATE LN
TRACY CA 95377-8238

☐ Contingent
☐ Unliquidated
☐ Disputed

$25.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 3.361. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAYFAIR MALL LLC
P.O. BOX 772816
CHICAGO IL 60677-2816

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,672.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.362. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MEGAN ALLEN
616 S FAIRVIEW AVENUE
LANSING MI 48912

☐ Contingent
☐ Unliquidated
☐ Disputed

$57.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.363. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MEGAN BRASE
1338 LEXINGTON WAY
LIVERMORE CA 94550-6520

☐ Contingent
☐ Unliquidated
☐ Disputed

$27.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

3.364. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MEGAN BROWN
338 DAY ST
HORSEHEADS NY 14845-1902

☐ Contingent
☐ Unliquidated
☐ Disputed

$101.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.365. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MEGAN LEE- WASSON
1754 WOODBERRY TER
GREEN BAY WI 54313

☐ Contingent
☐ Unliquidated
☐ Disputed

$59.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.366. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MEGHAN L. HARVEY
32600 CONCORD DRIVE APT #422
MADISON HEIGHTS MI 48071

☐ Contingent
☐ Unliquidated
☐ Disputed

$54.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

---

3.367.  **Nonpriority creditor's name and mailing address**

MELANIE THOMPSON
41633 MAROON TOWN DR
BERMUDA DUNES CA 92201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$13.73

---

3.368.  **Nonpriority creditor's name and mailing address**

MELISSA KOCIALSKI
2410 BERNARD STREET
DENTON TX 76205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$80.00

---

3.369.  **Nonpriority creditor's name and mailing address**

MELISSA RECTOR
2009 FEATHER LN.
LEWISVILLE TX 75077

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$66.19

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 3.370. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

MELISSA S. BARTON
401 S LAKEVIEW
DERBY KS 67037-1310

**Amount of claim**

$15.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.371. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

MELISSA TURNER
3438 S IRISH ROAD
DAVISON MI 48423-2440

**Amount of claim**

$21.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.372. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

MERIDIAN GRAPHICS INC.
NW 6333 P.O.BOX 1450
MINNEAPOLIS MN 55485-6333

**Amount of claim**

$3,105.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Charlotte Russe, Inc.**                                Case number *(if known)* **19-10214**

| 3.373. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.373.

**Nonpriority creditor's name and mailing address**

MERKLE INC
29432 NETWORK PLACE
CHICAGO IL 60673-1432

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$979,583.60

---

3.374.

**Nonpriority creditor's name and mailing address**

METRO DOOR ROMET MFG.,INC.
2929 EXPRESSWAY DRIVE NORTH SUITE 300B
ISLANDIA NY 11749

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$29,993.30

---

3.375.

**Nonpriority creditor's name and mailing address**

MIAMI-DADE FIRE RESCUE DEPT.
FINANCE BUREAU
9300 NW 41ST STREET
DORAL FL 33178-2424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$52.50

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 3.376. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MICHELLE LADD
20 RUSTIC ACRES DR
WOLCOTT CT 06716

☐ Contingent
☐ Unliquidated
☐ Disputed

$25.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.377. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MICHELLE LEE
THE LEGAL RIGHTS PROJECT
ANDREW R. STILWELL, ESQ.
8880 RIO SAN DIEGO DRIVE
8TH FLOOR
SAN DIEGO CA 92108

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.378. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MICKI KAUWALU-KEY
86-289 HOKUAIAINA PL
WAIANAE HI 96792

☐ Contingent
☐ Unliquidated
☐ Disputed

$28.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

3.379.   **Nonpriority creditor's name and mailing address**

MILLER HILL MALL
867675 RELIABLE PARKWAY
CHICAGO IL 60686-0076

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$73.00

---

3.380.   **Nonpriority creditor's name and mailing address**

MINER FLEET MANAGEMENT GROUP
17319 SAN PEDRO AVE STE 500
SAN ANTONIO TX 78232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$4,602.27

---

3.381.   **Nonpriority creditor's name and mailing address**

MOBILE MEDIA INC
PO BOX 177, 24 CENTER ST
PINE BRUSH NY 12566

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$0.00

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

---

**3.382.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.382.** **Nonpriority creditor's name and mailing address**

MONIQUE WILLOUGHBY
19 BEAY MEADOW DR
BATAVIA OH 45103-7502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$531.36

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.383.** **Nonpriority creditor's name and mailing address**

MORENO VALLEY MALL HOLDING LLC
110 EAST 9TH STREET SUITE A 509
LOS ANGELES CA 90079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,463.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.384.** **Nonpriority creditor's name and mailing address**

MORGAN STANLEY CAP, INC CMPTC
SERIES 2007-HQ11 REMIC
9602 OLD ANNAPOLIS ROAD
COLUMBIA MD 21045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,993.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 3.385. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.385.  **Nonpriority creditor's name and mailing address**

MOTUS, LLC
TWO FINANCIAL CENTER 60 SOUTH STREET
SUITE 1200
BOSTON MA 02111

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17,766.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.386.  **Nonpriority creditor's name and mailing address**

MUZAK LLC
PO BOX 71070
CHARLOTTE NC 28272-1070

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$66,018.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.387.  **Nonpriority creditor's name and mailing address**

NAMDAR REALTY GROUP LLC
150 GREAT NECK ROAD SUITE 304
GREAT NECK NY 11021

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$987.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                                  Case number *(if known)* **19-10214**

---

| 3.388. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NANCY CRUZ
5607 HUSE STREET
HOUSTON TX 77039-6209

☐ Contingent
☐ Unliquidated
☐ Disputed

$37.95

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.389. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NARVAR, INC
633 FOLSOM STREET #200
SAN FRANCISCO CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

$40,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.390. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NATALIE D. PEREZ
15614 INDIANA QUEEN DR
TAMPA FL 33615

☐ Contingent
☐ Unliquidated
☐ Disputed

$24.17

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**3.391.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

NATALIE HSIAO-FANG-YEN
3200 CHESTNUT ST APT 5008C
PHILADELPHIA PA 19104-3481

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim
$44.99

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.392.** **Nonpriority creditor's name and mailing address**

NATALIE MERRIER
1021 MORRIS CIRCLE
WOODLAND CA 95776

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$134.08

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.393.** **Nonpriority creditor's name and mailing address**

NATALIE SAMUEL
46 TERRA LINDA DRIVE
SAN RAFAEL CA 94903

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$199.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**3.394.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NEMAN BROTHERS & ASSOCIATES
DONIGER/BURROUGHS
STEPHEN DONIGER/SCOTT BURROUGHS
603 ROSE AVENUE
VENICE CA 90291

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.395.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NEREIDA SANCHEZ
3775 SUNSET LANE APT 12
SAN YSIDRO CA 92173-3325

☐ Contingent
☐ Unliquidated
☐ Disputed

$3.95

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.396.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

NEWMAN & ASSOCIATES
28 DOUGLAS STREET
WORCESTER MA 01603-2849

☐ Contingent
☐ Unliquidated
☐ Disputed

$420.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.397.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

NEWPORT CENTER
867545 RELIABLE PARKWAY
CHICAGO IL 60686-0075

$3,111.71

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.398.** **Nonpriority creditor's name and mailing address**

NEXCESS
21700 MELROSE AVE
SOUTHFIELD MI 48075

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,309.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.399.** **Nonpriority creditor's name and mailing address**

NICOLE CORONADO
4609 LAKE CALABAY DR.
ORLANDO FL 32837-5472

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$33.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 3.400. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NICOLE M. PEREZ
180 FREMONT ST
WORCESTER MA 01603

☐ Contingent
☐ Unliquidated
☐ Disputed

$122.69

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.401. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NICOLE MARTIN
2323 N WOODLAWN APT 105
WICHITA KS 67220

☐ Contingent
☐ Unliquidated
☐ Disputed

$240.90

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.402. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NICOLE SMITH
3855 HABITAT DR APT B
COLUMBUS OH 43228-9464

☐ Contingent
☐ Unliquidated
☐ Disputed

$236.32

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

3.403. **Nonpriority creditor's name and mailing address**

NIDA AHMAD
1354 S PLEASANT HILL GATE
WAUKEGAN IL 60085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $20.00 |

---

3.404. **Nonpriority creditor's name and mailing address**

NIKKI SAUNDERS
49 PINE GROVE TOTTERIDGE
LONDON N20 8LA
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $27.73 |

---

3.405. **Nonpriority creditor's name and mailing address**

NORFOLK CITY TREASURER
COMMISSIONER OF THE REVENUE
P.O. BOX 2260
NORFOLK VA 23501-2260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $3,246.69 |

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**3.406.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.406.**

**Nonpriority creditor's name and mailing address**

NORTHGATE MALL DURHAM LLC
1058 WEST CLUB BLVD SUITE 200
DURHAM NC 27701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$9,994.35

---

**3.407.**

**Nonpriority creditor's name and mailing address**

NORTHPARK PARTNERS, LP
8080 N. CENTRAL EXPRESSWAY SUITE 1100
DALLAS TX 75206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$651.90

---

**3.408.**

**Nonpriority creditor's name and mailing address**

NORTHPARK REALTY LP
NORTHPARK REALTY LP
PO BOX 21161
NEW YORK NY 10087-1161

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$7,910.74

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**3.409.**  **Nonpriority creditor's name and mailing address**

NORTHRIDGE GP, LLC
350 N ORLEANS STREET SUITE 300
CHICAGO IL 60654-1607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$292.67

---

**3.410.**  **Nonpriority creditor's name and mailing address**

NTH GENERATION
17055 CAMINO SAN BERNARDO
SAN DIEGO CA 92127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$14,022.00

---

**3.411.**  **Nonpriority creditor's name and mailing address**

OAK PARK MALL, LLC
2030 HAMILTON PLACE BLVD SUITE 500
CHATTANOOGA TN 37421-6000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$4,630.33

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**3.412.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.412.** **Nonpriority creditor's name and mailing address**

OAKDALE MALL II, LLC
P.O. BOX 416525
BOSTON MA 02241-6525

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,191.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.413.** **Nonpriority creditor's name and mailing address**

OAKS MALL LLC
110 N WACKER DRIVE
CHICAGO IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.414.** **Nonpriority creditor's name and mailing address**

OCEAN CITY FACTORY OUTLETS
I, LC C/O TANGER PROPERTIES
ATTN: LEGAL DEPARTMENT
3200 NORTHLINE AVE, SUITE 360
GREENSBORO NC 27408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,691.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**3.415.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

OCEAN COUNTY SPECIAL CIVIL
PART CN-2191
118 WASHINGTON STREET
TOMS RIVER NJ 08754

☐ Contingent
☐ Unliquidated
☐ Disputed

$210.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.416.** **Nonpriority creditor's name and mailing address**

OGLETHORPE MALL L.L.C.
SDS-12-1640 P.O. BOX 86
MINNEAPOLIS MN 55486-1640

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.417.** **Nonpriority creditor's name and mailing address**

OLGA SYMAKOVA
RTT INC LAISVES AL 51A 317
KAUNAS LT 44309

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**3.418.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.418.**

**Nonpriority creditor's name and mailing address**

ORLAND LP
288 ORLAND SQUARE
ORLAND PARK IL 60462

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.419.**

**Nonpriority creditor's name and mailing address**

ORLANDO VINELAND PO LP
PO BOX 827733
PHILADELPHIA PA 19182-7733

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$874.40

---

**3.420.**

**Nonpriority creditor's name and mailing address**

OUTLET MALL OF SAVANNAH, LLC
TANGER PROPERTIES LIMITED
PO BOX 414225
BOSTON MA 02241-4225

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$15,218.19

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

| 3.421. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.421.**

**Nonpriority creditor's name and mailing address**

OVIEDO MALL HOLDING, LLC.
ATTN: MALL OFFICE
1700 OVIEDO MALL BLVD
OVIEDO FL 32765

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.422.**

**Nonpriority creditor's name and mailing address**

PADA LO
3917 MARCOM ST
RALEIGH NC 27606

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$94.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.423.**

**Nonpriority creditor's name and mailing address**

PALM BEACH OUTLETS I LLC
PO BOX 9468
NEW YORK NY 10087-9468

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,065.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**3.424.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.424.** **Nonpriority creditor's name and mailing address**

PALM BEACH OUTLETS I LLC
P.O. BOX 9468
NEW YORK NY 10087-9468

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$159.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.425.** **Nonpriority creditor's name and mailing address**

PANTHEON
1536 HUTTON DRIVE SUITE 100
CARROLLTON TX 75006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$158.58

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.426.** **Nonpriority creditor's name and mailing address**

PARKDALE MALL CMBS LLC
2030 HAMILTON PLACE SUITE 500
CHATTANOOGA TN 37421-6000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$582.96

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**3.427.**    **Nonpriority creditor's name and mailing address**

PATRICIA DELAYO
LYON LAW PC
GEOFFREY C. LYON
10960 WILSHIRE BLVD.
SUITE 820
LOS ANGELES CA 90024

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

UNDETERMINED

**3.428.**    **Nonpriority creditor's name and mailing address**

PECANLAND MALL, LLC
SDS-12-2424 P.O. BOX 86
MINNEAPOLIS MN 55486-2424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$14,402.30

**3.429.**    **Nonpriority creditor's name and mailing address**

PERFORCE SOFTWARE INC.
PO BOX 742263
LOS ANGELES CA 90074-2263

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,775.00

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 3.430. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PHASE 3 DIGITAL, LLC
444 N WELLS, SUITE 402
CHICAGO IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,050.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.431. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PHYLICIA M. QUANN
477 RARITAN ST
CAMDEN NJ 08105

☐ Contingent
☐ Unliquidated
☐ Disputed

$26.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.432. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PLANS EXAMINERS INC.
1000 CHURCH HILL RD. STE # 210
PITTSBURGH PA 15205

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

---

| 3.433. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PLAZA WEST COVINA LP
1 EAST WACKER DRIVE SUITE 3600
CHICAGO IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,397.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.434. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

POLARIS ENERGY SERVICES
L-2413
COLUMBUS OH 43260

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,935.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.435. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PORT CHARLOTTE TOWN CENTER
P.O. BOX 406373
ATLANTA GA 30384-6373

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,524.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**3.436.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

POST OAK MALL ASSOCIATES L.P.
CBL #0043
PO BOX 955607
ST LOUIS MO 63195-5607

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.437.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

POUGHKEEPSIE GALLERIA LLC
M & T BANK
DEPT.# 380
P.O. BOX 8000
BUFFALO NY 14267

☐ Contingent
☐ Unliquidated
☐ Disputed

$30,572.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.438.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

PR EXTON SQUARE PROPERTY LP
PO BOX 373281
CLEVELAND OH 44193-3281

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,943.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

---

**3.439.**   **Nonpriority creditor's name and mailing address**

PR JACKSONVILLE LP
200 S BROAD ST THIRD FLOOR
PHILADELPHIA PA 19102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$8,401.93

---

**3.440.**   **Nonpriority creditor's name and mailing address**

PR SPRINGFIELD/DELCO LTD PART
P.O.BOX 373988
CLEVELAND OH 44193-3988

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,415.30

---

**3.441.**   **Nonpriority creditor's name and mailing address**

PR WOODLAND LIMITED
PARTNERSHIP
P.O. BOX 73858
CLEVELAND OH 44193-0002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,168.57

---

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 3.442. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRIME RETAIL
LVP ST AUGUSTINE OUTLETS, LLC
PO BOX 60785
CHARLOTTE NC 28260-0785

☑ Contingent
☐ Unliquidated
☐ Disputed

$12.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.443. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRINCE WILLIAM COUNTY
PO BOX 2467
WOODBRIDGE VA 22195-2467

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,298.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.444. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRIORITY SIGN, INC
837 RIVERFONT DRIVE
SHEBOYGAN WI 53081

☐ Contingent
☐ Unliquidated
☐ Disputed

$20,593.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

3.445.  **Nonpriority creditor's name and mailing address**

PROFESSIONAL RETAIL SERVICES
3249 ROUTE 112 BUILDING 4 SUITE 2
MEDFORD NY 11763

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$975.52

---

3.446.  **Nonpriority creditor's name and mailing address**

PROTOS SECURITY
PO BOX 625
DALEVILLE VA 24083

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$17,204.76

---

3.447.  **Nonpriority creditor's name and mailing address**

PUEBLO MALL
8235 DOUGLAS AVE SUITE 655
DALLAS TX 75225

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,773.60

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | |
|---|---|

**3.448.** **Nonpriority creditor's name and mailing address**

QUALITY SOLUTIONS, INC.
SECURITY SOURCE
128 N FIRST STREET P.O. BOX 589
COLWICH KS 67030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$5,478.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.449.** **Nonpriority creditor's name and mailing address**

QUEST
PO BOX 910
ROSEVILLE CA 95678

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$2,463.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.450.** **Nonpriority creditor's name and mailing address**

RACHEL SULAK
2520 CASTLE CIRCLE
FORT WORTH TX 76108-9704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$24.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 3.451. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RACINE MALL LLC
1190 INTERSTATE PARKWAY
AUGUSTA GA 30909

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,950.42

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.452. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RAJEANNE BERNYMAN
605F SPRING STREET
RICHMOND WA 23220

☐ Contingent
☐ Unliquidated
☐ Disputed

$15.23

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.453. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RC STORE MAINTENANCE INC
569 BATEMAN CIRCLE
CORONA CA 92880

☐ Contingent
☐ Unliquidated
☐ Disputed

$22,247.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

3.454.   **Nonpriority creditor's name and mailing address**

RCCM, LLC
355 JEFFERSON STREET
PLYMOUTH MEETING PA 19462

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $14,422.35 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.455.   **Nonpriority creditor's name and mailing address**

REBECCA MILLS
2144 LAKESHORE DR APT 30B
RIDGELAND MS 39157

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $31.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.456.   **Nonpriority creditor's name and mailing address**

RED SUMMIT FAIR LLC
C/O RED PROPERTY MANAGEMENT LL
P.O. BOX 98161
LAS VEGAS NV 89193-8161

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☑ Contingent | $0.12 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**3.457.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REGISTER ROOFING & SHEET METAL
4640 SUB CHASER COURT UNIT 113
JACKSONVILLE FL 32244

☐ Contingent
☐ Unliquidated
☐ Disputed

$337.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.458.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RENETTA CHESTER
970 WENDY HILL RD SOUTHEAST
SMYRNA GA 30080

☐ Contingent
☐ Unliquidated
☐ Disputed

$27.81

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.459.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RETAIL MDS INC
355 JEFFERSON STREET
PLYMOUTH MEETING PA 19462

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,095.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

**3.460.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RETAILMENOT INC
301 CONGRESS AVE SUITE 700
AUSTIN TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

$333,631.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.461.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RETRANSFORM
6330 LBJ FREEWAY SUITE 230
DALLAS TX 75240

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,100.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.462.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RETURN PATH, INC
3 PARK AVENUE 41ST FLOOR
NEW YORK NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

$66,250.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

| 3.463. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.463.  **Nonpriority creditor's name and mailing address**

REVENUE COLLECTIONS
CHARLESTON COUNTY 4045 BRIDGE VIEW
DRVIE
N. CHARLESTON SC 29405-7464

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,676.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.464.  **Nonpriority creditor's name and mailing address**

RGIS INVENTORY SPECIALISTS
P O BOX 77631
DETROIT MI 48277

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$234,900.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.465.  **Nonpriority creditor's name and mailing address**

RHANDI BAUTISTA
1275 CENTRAL BLVD # 2338
BRENTWOOD CA 94513

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$193.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

---

**3.466.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.466.**

**Nonpriority creditor's name and mailing address**

RIALOU DE JESUS
12688 CHAPMAN AVE # 3201
GARDEN GROVE CA 92840

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$87.89

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.467.**

**Nonpriority creditor's name and mailing address**

RICHARD MUNOZ
233 SEYMOUR ROAD
PORT CHESTER NY 10573

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$25.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.468.**

**Nonpriority creditor's name and mailing address**

RICHLAND COUNTY BUSINESS
PO BOX 192
COLUMBIA SC 29202-8028

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$771.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**3.469.** **Nonpriority creditor's name and mailing address**

RIVERTOWN CROSSINGS
C/O GGP - GRANDVILLE LLC SDS-12-1796
P.O. BOX 86
MINNEAPOLIS MN 55486-1796

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,169.43

---

**3.470.** **Nonpriority creditor's name and mailing address**

ROBERTO GONZALEZ
15532 ALLINGHAM AVE
NORWALK CA 90650-6217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$17.92

---

**3.471.** **Nonpriority creditor's name and mailing address**

ROBINSON MALL ASSOCIATES LLC
600 SUPERIOR AVENUE EAST SUITE 1500
CLEVELAND OH 44114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|

**3.472.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

ROCHE NORMARY
64 ALLEN AVE APT 199
MERIDEN CT 06451

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.473.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

ROCHELLE CORDERO
URB. DID PINOS DIANA STREET #779
SAN JUAN PR 00923

☐ Contingent
☐ Unliquidated
☐ Disputed

$21.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.474.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

ROCKAWAY TOWNSQUARE
ROCKAWAY CENTER ASSOCIATES
P.O. BOX 772829
CHICAGO IL 60677-2829

☐ Contingent
☐ Unliquidated
☐ Disputed

$26.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                  Case number *(if known)* **19-10214**

---

3.475.   **Nonpriority creditor's name and mailing address**

ROLLING OAKS MALL
3342 PAYSHPERE CIRLCE
CHICAGO IL 60674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $4,533.68 |

---

3.476.   **Nonpriority creditor's name and mailing address**

ROPLAST INDUSTRIES INC
3155 SOUTH 5TH AVE
OROVILLE CA 95965

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $398,989.98 |

---

3.477.   **Nonpriority creditor's name and mailing address**

ROSEMARY RINGHAM
854 JOHN AVE APT A
BROWNSVILLE TX 78521-5474

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $20.32 |

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**3.478.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROZELLE KOEN
P.O. BOX 20703 CRYSTAL PARK
BENONI 1515
SOUTH AFRICA

☐ Contingent
☐ Unliquidated
☐ Disputed

$15.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.479.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RPI CARLSBAD LP
1114 AVENUE OF THE AMERICAS SUITE 2800
NEW YORK NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,691.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.480.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RSE INDEPENDENCE LLC
ATTN: ROUSE PROPERTIES LLC
200 VESEY STREET 25TH FLOOR
NEW YORK NY 10281

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,023.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | |
|---|---|
| 3.481. | **Nonpriority creditor's name and mailing address** |

RSM MAINTENANCE
461 FROM ROAD
PARAMUS NJ 07652

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$243.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.482.    **Nonpriority creditor's name and mailing address**

RSS COMM2012CCRE4-NV FOLV, LLC
9062 OLD ANNAPOLIS RD
COLUMBIA MD 21045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,690.60

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.483.    **Nonpriority creditor's name and mailing address**

RUSHMORE MALL
C/O KEYBANK NATIONAL ASSOCIATION
8115 PRESTON ROAD SUITE 500
DALLAS TX 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,959.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                                                                      Case number *(if known)* **19-10214**

---

**3.484.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.484.** **Nonpriority creditor's name and mailing address**

RUTH PICAZO
2115 MANTELLI DR
GILROY CA 95020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$61.93

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.485.** **Nonpriority creditor's name and mailing address**

SACRAMENTO COUNTY
DEPT OF AGRICULTURE/WEIGHTS & MEASURES
ATTN: ACCOUNTING
4137 BRANCH CENTER ROAD
SACRAMENTO CA 95827-3823

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$100.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.486.** **Nonpriority creditor's name and mailing address**

SAF GROUP MANAGEMENT
PO BOX 428
ROCKVILLE CENTRE NY 11571

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,460.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

**3.487.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SAGINAW CHARTER TOWNSHIP
CLERK'S OFFICE
P.O. BOX 6400
SAGINAW MI 48608

☐ Contingent
☐ Unliquidated
☐ Disputed

$10.00

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.488.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SALESFORCE.COM INC
PO BOX 203141
DALLAS TX 75320-3141

☒ Contingent
☐ Unliquidated
☐ Disputed

$431,374.67

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.489.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SALMON RUN SHOPPING CENTER LLC
M&T BANK
DEPT# 237
P.O. BOX 8000
BUFFALO NY 14267

☒ Contingent
☐ Unliquidated
☐ Disputed

$215.74

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

**3.490.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.490.**

**Nonpriority creditor's name and mailing address**

SANGERTOWN SQUARE L.L.C.
MANUFACTURES &TRADERS TRUST CO
PO BOX 8000 DEPT # 332
BUFFALO NY 14267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17,086.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.491.**

**Nonpriority creditor's name and mailing address**

SARA BALOCH
20707 INDIGO RIVER LN.
KATY TX 77449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$132.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.492.**

**Nonpriority creditor's name and mailing address**

SARAH LOUGH
32 NORTH MAIN STREET
NORTH HAMPTON OH 45349

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$28.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 3.493. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SAVANNAH LIBASSI
2682 ALLOUEZ AVENUE
GREEN BAY WI 54311

☐ Contingent
☐ Unliquidated
☐ Disputed

$32.70

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.494. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SEPHORA USA INC.
525 MARKET STREET 32ND FLOOR
SAN FRANCISCO CA 94105

☒ Contingent
☐ Unliquidated
☐ Disputed

$37,502.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.495. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SFI FORD CITY - CHICAGO LLC
1114 AVENUE OF THE AMERICAS 39TH FLOOR
NEW YORK NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,070.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 3.496. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHAKYIA SUMNER
1498 STUYVESANT AVE.
TRENTON NJ 08618

$28.75

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.497. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHALENE LUTTRELL
10302 STONEBANK ST
BELLFLOWER CA 90706

$10.46

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.498. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHARI RUSSELL
56 BROOKSIDE AVENUE
BRIDGEPORT CT 06606-1501

$64.97

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

**3.499.**   **Nonpriority creditor's name and mailing address**

SHENITA BURDEN
1420 STEAM ENGINE WAY
CONYERS GA 30013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $33.00 |

**3.500.**   **Nonpriority creditor's name and mailing address**

SHOKOUFEH BOZORGMANESH
15 CHAYA SARA GDNS
MAPLE ON L6A 0Z6
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $15.20 |

**3.501.**   **Nonpriority creditor's name and mailing address**

SHOPPERTRAK RCT CORP
233 S. WACKER DR. 41ST FLOOR
CHICAGO IL 60606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $14,124.08 |

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

3.502. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

3.502. **Nonpriority creditor's name and mailing address**

SHORT CIRCUIT ELECTRONICS INC
4201 NE PORT DRIVE
LEE'S SUMMIT MO 64064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,473.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.503. **Nonpriority creditor's name and mailing address**

SIMON PROPERTY GROUP, L.P.
JG ELIZABETH II, LLC P.O.BOX 775273
CHICAGO IL 60677-5273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,187.15

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.504. **Nonpriority creditor's name and mailing address**

SITEFOLIO LLC
1037 NE 65 ST SUITE 229
SEATTLE WA 98115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,900.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

3.505.  **Nonpriority creditor's name and mailing address**

SOF-IX PB OWNER LP
1 EAST WACKER DRIVE #3600
CHICAGO IL 60601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$6,127.41

---

3.506.  **Nonpriority creditor's name and mailing address**

SOLID & STRIPE INC.
DEBT RECOVERY ATTORNEYS
MICHAEL E. SAYER
17595 HARVARD
SUITE C-557
IRVINE CA 92614

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.507.  **Nonpriority creditor's name and mailing address**

SONNI CORREA
448 EL CAJON APT 1
SAN JOSE CA 95111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2.74

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 3.508. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.508.  **Nonpriority creditor's name and mailing address**

SOUTHERN CAL TELECOM
12090 WOODSIDE AVENUE
LAKESIDE CA 92040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,340.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

3.509.  **Nonpriority creditor's name and mailing address**

SOUTHLAND MALL PROPERTIES LLC
PO BOX 865061
ORLANDO FL 32886-5061

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,413.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.510.  **Nonpriority creditor's name and mailing address**

SPENCER GILES
21167 N. 95TH DRIVE
PEORIA AZ 85382-0571

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$70.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                  **Schedule E/F: Creditors Who Have Unsecured Claims**                  Page 2623 of 2657

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

3.511. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**Nonpriority creditor's name and mailing address**

SPG INDEPENDENCE CENTER, LLC
P.O. BOX 644182
PITTSBURGH PA 15264-4182

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.512.

**Nonpriority creditor's name and mailing address**

SRM-SPE, LLC
PO BOX 54266
NEW ORLEANS LA 70154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,863.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.513.

**Nonpriority creditor's name and mailing address**

SS-BSCMI05-TOP20; LAKEFOREST
9062 OLD ANNAPOLIS ROAD
COLUMBIA MD 21045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,693.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**3.514.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

ST. CHARLES COUNTY GOVERNMENT
DEPARTMENT OF FINANCE
201 NORTH SECOND ST. SUITE 541 ST.
CHARLES MO 63301

☐ Contingent

☐ Unliquidated

☐ Disputed

$20.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.515.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

STAR-WEST PARKWAY MALL, LP
1 EAST WACKER DRIVE SUITE 3600
CHICAGO IL 60601

☒ Contingent

☐ Unliquidated

☐ Disputed

$10,750.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.516.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**

STATE OF MARYLAND
DEPART. OF ASSESS. & TAXATION PERSONAL
PROPERTY DIVISION
301 WEST PRESTON ST. RM 801
BALTIMORE MD 21201-2395

☐ Contingent

☐ Unliquidated

☐ Disputed

$675.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

3.517.    **Nonpriority creditor's name and mailing address**

STEINER CONSTRUCTION SERV LLC
6497 CITY WEST PARKWAY
EDEN PRAIRIE MN 55344

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$29,861.25

---

3.518.    **Nonpriority creditor's name and mailing address**

STEPHANIE KELLY
1111 E DEMOCRACY AVE
FRESNO CA 93720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$130.68

---

3.519.    **Nonpriority creditor's name and mailing address**

STEPHANIE M. FILIPPI
770 N. SILVER SPRINGS BLVD
WICHITA KS 67212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$15.31

---

Debtor **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**3.520.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

STEPHANIE TIFFANY
175 S SHERMAN ST. APT 202
DENVER CO 80209

☐ Contingent
☐ Unliquidated
☐ Disputed

$23.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.521.** **Nonpriority creditor's name and mailing address**

STEVEN MARTINEZ RODIGUEZ
2601 NW 207TH ST APT # 269
MIAMI GARDEN FL 33056

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.522.** **Nonpriority creditor's name and mailing address**

STOCKBRIDGE MADISON LLC
27550 HOOVER ROAD
WARREN MI 48093

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,269.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

3.523. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

STORED VALUE SOLUTIONS, INC.
3802 RELIABLE PKWY LOCKBOX 3802
CHICAGO IL 60686-0038

$22,604.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.524. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

STREET RETAIL INC
1626 EAST JEFFERSON STREET
ROCKVILLE MD 20852

$4,743.67

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.525. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SUJEY GONZALEZ
1832 PENN MAE AVE
S. EL MONTE CA 91733

$149.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

| 3.526. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SUMMIT ENERGY<br>25716 NETWORK PLACE<br>CHICAGO IL 60673-1257 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,895.72 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.527. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SUSAN KUMARI<br>2802 LEE OAKS PL UNIT 204<br>FALLS CHURCH VA 22046 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $99.62 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.528. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SVAP II STONES RIVER, LLC<br>340 ROYAL POINCIANA WAY SUITE 316<br>PALM BEACH FL 33480 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,091.69 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 2629 of 2657

Debtor    **Charlotte Russe, Inc.**                                                                       Case number *(if known)* **19-10214**

---

| 3.529. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SYDNEY MANNING
4909 NW 80TH TER
KANSAS CITY MO 64151-1127

☐ Contingent
☐ Unliquidated
☐ Disputed

$28.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.530. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TAEYANNA BROWN
6025 AGUSTA ST
PHILADELPHIA PA 19149-3229

☐ Contingent
☐ Unliquidated
☐ Disputed

$2.83

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.531. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TAMARA LIMASA
654 KAIEMI STREET
KAILUA HI 96734-2015

☐ Contingent
☐ Unliquidated
☐ Disputed

$235.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

3.532.  **Nonpriority creditor's name and mailing address**

TAMMY L. CASAS
501 E 102ND AVE B104
THORNTON CO 80229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$59.00

---

3.533.  **Nonpriority creditor's name and mailing address**

TANGER FORT WORTH, LLC
3200 NORTHLINE AVENUE SUITE 360
GREENSBORO NC 27408

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$5,349.04

---

3.534.  **Nonpriority creditor's name and mailing address**

TANGER PROP. LP - FOXWOODS
FASHION OUTLETS AT FOXWOOD,LLC
C/O TANGER MANAGEMENT,LLC
3200 NORTHLINE AVE, SUITE 360
GREENSBORO NC 27408

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$17,132.44

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 2631 of 2657

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 3.535. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TANGER PROPERTIES LIMITED
3200 NORTHLINE AVE, SUITE 360
GREENSBORO NC 27408

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,025.48

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.536. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TANGER PROPERTIES LIMITED
3200 NORTHLINE AVE, SUITE 360
GREENSBORO NC 27408

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,196.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.537. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TANGER PROPERTIES LP
PO BOX 414225
BOSTON MA 02241-4225

☐ Contingent
☐ Unliquidated
☐ Disputed

$25,329.15

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 3.538. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.538.   **Nonpriority creditor's name and mailing address**

TANGO ANALYTICS LLC
PO BOX 734054
DALLAS TX 75373-4054

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,375.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.539.   **Nonpriority creditor's name and mailing address**

TAREK HASHEM ELFOULY
102 MASJED ELATTARINE ST ELATTARINE
DISTRICT
ALEXANDRIA
EGYPT 21517

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.540.   **Nonpriority creditor's name and mailing address**

TERMINIX NATIONAL ACCOUNTS
MAIL DROP # A4-1075 PO BOX 17167
MEMPHIS TN 38187

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,221.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

3.541. **Nonpriority creditor's name and mailing address**

TGA OAK VIEW MALL LLC
730 THIRD AVENUE
NEW YORK NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,922.87

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.542. **Nonpriority creditor's name and mailing address**

THE AVENUES
AVENUES MALL LLC
867550 RELIABLE PKWY
CHICAGO IL 60686-0075

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,179.27

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.543. **Nonpriority creditor's name and mailing address**

THE FOUNTAINS AT FARAH LP
123 W MILLS AVE SUITE 600
EL PASO TX 79901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

---

**3.544.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE IRVINE COMPANY, LLC
RETAIL CENTER: IRVINE SPECTRUM CENTER
P.O. BOX 840368-095403
LOS ANGELES CA 90084-0368

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.545.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE MALL AT UNIVERSITY TOWN
200 E LONG LAKE ROAD, STE 300
BLOOMFIELD HILLS MI 48304-2324

☑ Contingent
☐ Unliquidated
☐ Disputed

$62.71

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.546.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

THE SHOPS AT DOS LAGOS
ATTN: PROPERTY MANAGER
2780 CABOT DRIVE., SUITE 140
CORONA CA 92883

☐ Contingent
☐ Unliquidated
☐ Disputed

$58.48

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 2635 of 2657

Debtor   **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**3.547.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.547.** **Nonpriority creditor's name and mailing address**

TIFFANY BOGLE
27762 RILEYWOOD DRIVE
DAPHNE AL 36526

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$870.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.548.** **Nonpriority creditor's name and mailing address**

TIFFANY CLARK
13 SQUIRE RIDGE ROAD
HAMPSTEAD NH 03841

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$38.22

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.549.** **Nonpriority creditor's name and mailing address**

TIM JOHNSON
914 NW KNOLL DR
WEST HOLLYWOOD CA 90069

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                           Case number *(if known)* **19-10214**

---

| 3.550. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.550.  **Nonpriority creditor's name and mailing address**

TM FAIRLANE CENTER LP
75 REMITTANCE DR DEPT 1350
CHICAGO IL 60675-1350

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,745.86

---

3.551.  **Nonpriority creditor's name and mailing address**

TM WELLINGTON GREEN MALL LP
591 WEST PUTNAM AVE
GREENWICH CT 06830

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3.37

---

3.552.  **Nonpriority creditor's name and mailing address**

TMP SRE 1, LLC
2070 SAM RITTENBERG BLVD.
CHARLESTON SC 29407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$12,062.37

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**3.553.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

TONI PARSONS
6504 SE 8TH ST RD
OCALA FL 34471

$105.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.554.** **Nonpriority creditor's name and mailing address**

TONIA R. STAMPS
8224 STERLING LN
COVINGTON GA 30014

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$63.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.555.** **Nonpriority creditor's name and mailing address**

TOTAL COMFORT MECHANICAL
246 INDUSTRIAL WAY WEST SUITE Q
EATONTOWN NJ 07724

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$32,056.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 3.556. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TOWNE WEST SQUARE, LLC
P.O. BOX 402962
ATLANTA GA 30384-2962

$3,708.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.557. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TOWNSHIP OF FREEHOLD
ONE MUNICIPAL PLAZA
FREEHOLD NJ 07728

$100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.558. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TRACU YU
6919 S. KOMENSKY AVE.
CHICAGO IL 60629

$26.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

---

3.559.   **Nonpriority creditor's name and mailing address**

TRAVELERS
C/O BANK OF AMERICA
91287 COLLECTIONS CENTER DR.
CHICAGO IL 60693-1287

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$34,449.93

---

3.560.   **Nonpriority creditor's name and mailing address**

TREASURER OF JAMES CITY COUNTY
ATTN BUSINESS LICENSE
P.O.BOX 8701
WILLIAMSBURG VA 23187

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$2,692.05

---

3.561.   **Nonpriority creditor's name and mailing address**

TRI COUNTRY MALL LLC
1700 PRINCETON PIKE
CINCINNATI OH 45246

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$4,178.19

---

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

3.562.  **Nonpriority creditor's name and mailing address**

TULSA REALTY 126 LLC
4107 SOUTH YALE AVE
TULSA OK 74135

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,256.22

---

3.563.  **Nonpriority creditor's name and mailing address**

U.S. SECURITY ASSOCIATES, INC.
P.O. BOX 931703
ATLANTA GA 31193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,695.48

---

3.564.  **Nonpriority creditor's name and mailing address**

UNIVERSAL DYEING & PRINTING
DONIGER/BURROUGHS
STEPHEN DONIGER/SCOTT BURROUGHS
603 ROSE AVENUE
VENICE CA 90291

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☐ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| | |
|---|---|
| **3.565.** | **Nonpriority creditor's name and mailing address** |

**3.565.**

**Nonpriority creditor's name and mailing address**

UNIVERSITY MALL, LLC
P.O. BOX 235021
MONTGOMERY AL 36123-5021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$20,081.51

---

**3.566.**

**Nonpriority creditor's name and mailing address**

UPS
LOCKBOX 577
CAROL STREAM IL 60132-0577

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$751.41

---

**3.567.**

**Nonpriority creditor's name and mailing address**

URBAN EDGE CAGUAS LP
210 ROUTE 4 EAST
PARAMUS NJ 07652

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**3.568.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.568.**

**Nonpriority creditor's name and mailing address**

USABLE LIFE
P O BOX 31000
HONOLULU HI 96849-5314

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,377.12

---

**3.569.**

**Nonpriority creditor's name and mailing address**

VALLE VISTA MALL REALTY
1010 NORTHERN BLVD. SUITE #212
GREAT NECK NY 11021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$9,087.53

---

**3.570.**

**Nonpriority creditor's name and mailing address**

VAN D. HOLMES
1406 CREST RD
RALEIGH NC 27606-2907

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$24.20

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**3.571.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.571.** **Nonpriority creditor's name and mailing address**

VERIZON
P.O. BOX 28000
LEHIGH VALLEY PA 18002-8000

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$200.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.572.** **Nonpriority creditor's name and mailing address**

VERONICA CHAVEZ
1000 BROWARD ROAD #1715
JACKSONVILLE FL 32218

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.573.** **Nonpriority creditor's name and mailing address**

VESTAR RW TEMPE MARKETPLACE
2425 E CAMELBACK RD. # 750
PHOENIX AZ 85016

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,483.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                                     Case number *(if known)* **19-10214**

**3.574.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

VETERANS WORLDWIDE MAINTENANCE
105 MAIN ST 3RD FLOOR
HACKENSACK NJ 07601

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,705.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.575.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

VICTORIA A. LOMBARDO
1417 PEARL STREET
NOKOMIS FL 34275-3752

☐ Contingent
☐ Unliquidated
☐ Disputed

$22.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.576.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

VICTORIA PAGAN
68 ASTI AVE
REVERE MA 02151

☐ Contingent
☐ Unliquidated
☐ Disputed

$25.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 3.577. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VICTORIA SALAZAR
9431 VALLEY BLVD
SAN ANTONIO TX 78250-3959

☐ Contingent
☐ Unliquidated
☐ Disputed

$7.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.578. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VIEJAS OUTLET CENTER
5005 WILLOWS ROAD SUITE 229
ALPINE CA 91901

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,476.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.579. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VIRGINIA CENTER COMMONS
REALTY HOLDING, LLC 10101 BROOK ROAD
GLEN ALLEN VA 23059

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

---

3.580.  **Nonpriority creditor's name and mailing address**

VIVIANA HOLGUIN
1840 CROMPOND ROAD APT 7C5
PEEKSKILL NY 10566-7405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $21.40 |

---

3.581.  **Nonpriority creditor's name and mailing address**

WATERBURY HEALTH DEPARTMENT
ENVIRONMENTAL HEALTH DIVISION
ONE JEFFERSON SQUARE
WATERBURY CT 06706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $100.00 |

---

3.582.  **Nonpriority creditor's name and mailing address**

WEIGHTS & MEASURES
COUNTY OF SONOMA
133 AVIATION BLVD. SUITE 110
SANTA ROSA CA 95403-8279

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $221.00 |

---

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**3.583.** **Nonpriority creditor's name and mailing address**

WESTFIELD - BRANDON TOWN CENTE
PNC BANK LOCKBOX #532615
P.O. BOX 532615
ATLANTA GA 30353-2615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,170.02 |

---

**3.584.** **Nonpriority creditor's name and mailing address**

WESTLAND MALL LLC
1 EAST WACKER DRIVE SUITE 3600
CHICAGO IL 60601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $3,106.57 |

---

**3.585.** **Nonpriority creditor's name and mailing address**

WG SECURITY PRODUCTS, INC.
591 W. HAMILTON AVENUE SUITE 260
CAMPBELL CA 95008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $270.00 |

---

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

| 3.586. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WHIIP CREATIVE MARKETING LLC
1632 MORELAND DR
ALAMEDA CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

$79,280.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.587. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WHITE PLAINS GALLERIA LP
WP GALLERIA REALTY LP
P.O. BOX 21160
NEW YORK NY 10087-1160

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,030.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.588. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WHITNEY PECK
1928 BROOKDATE DR.
COLORADO SPRINGS CO 80918

☐ Contingent
☐ Unliquidated
☐ Disputed

$237.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 3.589. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.589.     **Nonpriority creditor's name and mailing address**

WIREGRASS REALTY LLC
C/O NAMCO REALTY LLC
150 GREAT NECK ROAD SUITE 304
GREAT NECK NY 11021

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,543.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.590.     **Nonpriority creditor's name and mailing address**

WOODBRIDGE HEALTH DEPARTMENT
2 GEORGE FREDERICK PLAZA
WOODBRIDGE NJ 07095

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$125.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.591.     **Nonpriority creditor's name and mailing address**

WOODBURN PREMIUM OUTLETS LLC
7584 SOLUTION CENTER
CHICAGO IL 60677-7055

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15.36

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**3.592.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

YACSIRA PLAZA VALENTIN
URB LAS VEGAS
F-3
FLORIDA PR 00650

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**
_____

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.593.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

YESENIA RODRIGUEZ
2527 W 6TH APT. 111
MIAMI FL 33016

☐ Contingent
☐ Unliquidated
☐ Disputed

$24.10

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.594.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ZACHARY DRESSMAN
6090 HARDWICK DRIVE
COLORADO SPRINGS CO 80906-8245

☐ Contingent
☐ Unliquidated
☐ Disputed

$22.40

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| BALLARD SPAHR LLP<br>DUSTIN P BRANCH,ESQ<br>2029 CENTURY PARK EAST STE 800<br>LOS ANGELES CA 90067-2909 | Part 2 line 3.340 | _____ |
| BALLARD SPAHR LLP<br>DUSTIN P BRANCH,ESQ<br>2029 CENTURY PARK EAST STE 800<br>LOS ANGELES CA 90067-2909 | Part 2 line 3.341 | _____ |
| BARCLAY DAMON LLP<br>KEVIN NEWMAN; SCOTT FLEISCHER<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202 | Part 2 line 3.58 | _____ |
| BARCLAY DAMON LLP<br>KEVIN NEWMAN; SCOTT FLEISCHER<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202 | Part 2 line 3.155 | _____ |
| BARCLAY DAMON LLP<br>KEVIN NEWMAN; SCOTT FLEISCHER<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202 | Part 2 line 3.288 | _____ |
| BARCLAY DAMON LLP<br>KEVIN NEWMAN; SCOTT FLEISCHER<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202 | Part 2 line 3.187 | _____ |
| BARCLAY DAMON LLP<br>KEVIN NEWMAN; SCOTT FLEISCHER<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202 | Part 2 line 3.437 | _____ |
| BARCLAY DAMON LLP<br>KEVIN NEWMAN; SCOTT FLEISCHER<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202 | Part 2 line 3.489 | _____ |
| BARCLAY DAMON LLP<br>KEVIN NEWMAN; SCOTT FLEISCHER<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202 | Part 2 line 3.490 | _____ |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER;KEVIN M CAPUZZI<br>222 DELAWARE AVE STE 801<br>WILMINGTON DE 19801 | Part 2 line 3.80 | _____ |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| BEWLEY LASSLEBEN & MILLER LLP<br>ERNIE ZACHARY PARK<br>13215 E PENN ST STE 510<br>WHITTIER CA 90602 | Part 2 line 3.544 | _____ |
| BEWLEY LASSLEBEN & MILLER LLP<br>ERNIE ZACHARY PARK<br>13215 E PENN ST STE 510<br>WHITTIER CA 90602 | Part 2 line 3.260 | _____ |
| CAFARO MANAGEMENT COMPANY<br>RICHARD T DAVIS<br>5577 YOUNGSTOWN-WARREN RD<br>NILES OH 44446 | Part 2 line 3.306 | _____ |
| CLARK HILL PLC<br>DAVID M BLAU,ESQ<br>151 S OLD WOODWARD AVE STE 200<br>BIRMINGHAM MI 48009 | Part 2 line 3.573 | _____ |
| CLARK HILL PLC<br>KAREN M GRIVNER,ESQ<br>824 N MARKET ST STE 710<br>WILMINGTON DE 19801 | Part 2 line 3.573 | _____ |
| KATTEN MUCHIN ROSENMAN LLP<br>PETER A. SIDDIQUI<br>525 W. MONROE STREET<br>CHICAGO IL 60661 | Part 2 line 3.495 | _____ |
| KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN,ESQ<br>401 S 2ND ST STE 200<br>PHILADELPHIA PA 19147 | Part 2 line 3.438 | _____ |
| KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN,ESQ<br>401 S 2ND ST STE 200<br>PHILADELPHIA PA 19147 | Part 2 line 3.440 | _____ |
| KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN,ESQ<br>401 S 2ND ST STE 200<br>PHILADELPHIA PA 19147 | Part 2 line 3.441 | _____ |
| KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN,ESQ<br>401 S 2ND ST STE 200<br>PHILADELPHIA PA 19147 | Part 2 line 3.439 | _____ |
| LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN,ESQ<br>919 N MARKET ST STE 460<br>WILMINGTON DE 19801 | Part 2 line 3.583 | _____ |
| LECLAIRRYAN PLLC<br>NICLAS A FERLAND;ILAN MARKUS<br>545 LONG WHARF DRIVE,9TH FLOOR<br>NEW HAVEN CT 06511 | Part 2 line 3.583 | _____ |
| LECLAIRRYAN PLLC<br>ANDREW L COLE,ESQ<br>800 NORTH KING ST STE 303<br>WILMINGTON DE 19801 | Part 2 line 3.583 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064 | Part 1 line 2.233 | _____ |

Debtor    **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064 | Part 1 line 2.3257 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064 | Part 1 line 2.1592 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>711 NAVARRO ST STE 300<br>SAN ANTONIO TX 78205 | Part 1 line 2.94 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>DIANE WADE SANDERS<br>P.O. BOX 17428<br>AUSTIN TX 78760 | Part 1 line 2.2746 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>DIANE WADE SANDERS<br>P.O. BOX 17428<br>AUSTIN TX 78760 | Part 1 line 2.1266 | _____ |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>DIANE WADE SANDERS<br>P.O. BOX 17428<br>AUSTIN TX 78760 | Part 1 line 2.4296 | _____ |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>TARA LEDAY<br>P. O. BOX 1269<br>ROUND ROCK TX 78680 | Part 1 line 2.537 | _____ |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>TARA LEDAY<br>P. O. BOX 1269<br>ROUND ROCK TX 78680 | Part 1 line 2.1373 | _____ |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>TARA LEDAY<br>P. O. BOX 1269<br>ROUND ROCK TX 78680 | Part 1 line 2.1695 | _____ |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>TARA LEDAY<br>P. O. BOX 1269<br>ROUND ROCK TX 78680 | Part 1 line 2.3924 | _____ |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>TARA LEDAY<br>P. O. BOX 1269<br>ROUND ROCK TX 78680 | Part 1 line 2.7178 | _____ |
| MEYERS ROMAN FRIEDBERG & LEWIS LPA<br>DAVID M NEUMANN<br>28601 CHAGRIN BLVD STE 600<br>CLEVELAND OH 44122 | Part 2 line 3.203 | _____ |
| MEYERS ROMAN FRIEDBERG & LEWIS LPA<br>DAVID M NEUMANN<br>28601 CHAGRIN BLVD STE 600<br>CLEVELAND OH 44122 | Part 2 line 3.256 | _____ |
| MEYERS ROMAN FRIEDBERG & LEWIS LPA<br>DAVID M NEUMANN<br>28601 CHAGRIN BLVD STE 600<br>CLEVELAND OH 44122 | Part 2 line 3.579 | _____ |

| | | |
|---|---|---|
| MITCHELL WILLIAMS SELIG GATES & WOODYARD PLLC<br>STAN D SMITH,ESQ<br>425 WEST CAPITOL AVE STE 1800<br>LITTLE ROCK AK 72201-3525 | Part 2 line 3.8 | _____ |
| MONZACK MERSKY MCLAUGHLIN & BROWDER PA<br>RACHEL B MERSKY<br>1201 N ORANGE ST STE 400<br>WILMINGTON DE 19801 | Part 2 line 3.306 | _____ |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>OWEN M SONIK<br>1235 NORTH LOOP STE 600<br>HOUSTON TX 77008 | Part 1 line 2.6376 | _____ |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LAURA J MONROE<br>P O BOX 817<br>LUBBOCK TX 79408 | Part 1 line 2.3927 | _____ |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>LAURA J MONROE<br>P O BOX 817<br>LUBBOCK TX 79408 | Part 1 line 2.4413 | _____ |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>EBONEY COBB<br>500 E BORDER ST STE 640<br>ARLINGTON TX 76010 | Part 1 line 2.2327 | _____ |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>EBONEY COBB<br>500 E BORDER ST STE 640<br>ARLINGTON TX 76010 | Part 1 line 2.2555 | _____ |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>EBONEY COBB<br>500 E BORDER ST STE 640<br>ARLINGTON TX 76010 | Part 1 line 2.1263 | _____ |
| REYNALDO SANTIAGO GONZALEZ<br>LYDIA SAMANTHA CARMONA TORRES<br>DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS<br>PO BOX 71592<br>SAN JUAN PR 00936-8692 | Part 2 line 3.592 | _____ |
| SAUL EWING ARNSTEIN & LEHR LLP<br>MARK MINUTI<br>1201 N. MARKET STREET, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON DE 19899-1266 | Part 2 line 3.495 | _____ |
| SIMON PROPERTY GROUP LP<br>RONALD M TUCKER, ESQ<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204 | Part 2 line 3.503 | _____ |
| SIMON PROPERTY GROUP LP<br>RONALD M TUCKER, ESQ<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204 | Part 2 line 3.3 | _____ |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| SINGER & LEVICK PC<br>MICHELLE E SHRIRO,ESQ<br>16200 ADDISON ROAD STE 140<br>ADDISON TX 75001 | Part 2 line 3.456 | _____ |
| SITE CENTERS CORP<br>ERIC C COTTON,ESQ<br>3300 ENTERPRISE PARKWAY<br>P O BOX 228042<br>BEACHWOOD OH 44122 | Part 2 line 3.173 | _____ |
| SOLOMON WARD SEIDENWURM & SMITH LLP<br>MICHAEL D BRESLAUER,ESQ<br>401 B STREET STE 1200<br>SAN DIEGO CA 92101 | Part 2 line 3.220 | _____ |
| TX-COMPTROLLER OF PUBLIC ACCOUNTS<br>RACHEL R OBALDO<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIV MC 008<br>P O BOX 12548<br>AUSTIN TX 78711-2548 | Part 1 line 2.6605 | _____ |
| TX-COMPTROLLER OF PUBLIC ACCOUNTS<br>RACHEL R OBALDO<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIV MC 008<br>P O BOX 12548<br>AUSTIN TX 78711-2548 | Part 1 line 2.6606 | _____ |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $5,009,160.94 |
| **5b.** | **Total claims from Part 2** | 5b.    **+** | $10,602,141.71 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $15,611,302.65 |

**Fill in this information to identify the case:**

**Debtor name:** Charlotte Russe, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10214

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | **Title of contract** REAL PROPERTY LEASE | 1900 BRYANT STREET INVESTORS, LLC |
| | **State what the contract or lease is for** SAN FRANCISCO OFFICE LEASE - LOCATION # 1265 | BRYANT STREET MANAGEMENT CO INC |
| | **Nature of debtor's interest** LESSEE | 2352 POST ST STE 200 SAN FRANCISCO CA 94115 |
| | **State the term remaining** _____ | |
| | **List the contract number of any government contract** _____ | |
| 2.2. | **Title of contract** SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** PREVENTIVE MAINTENANCE SERVICE AGREEMENT HEATING, VENTILATING, AND AIR CONDITIONING SYSTEM | ACCO ENGINEERED SYSTEMS INC 1133 ALADDIN AVE SAN LEANDRO CA 94577 |
| | **Nature of debtor's interest** CONTRACT PARTY | |
| | **State the term remaining** _____ | |
| | **List the contract number of any government contract** _____ | |
| 2.3. | **Title of contract** SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** ANNUAL CHARGE SMALL BUSINESS PLAN FOR BRICKFTP | ACTION VERB LLC 8605 SANTA MONICA BLVD. #20898 WEST HOLLYWOOD CA 90069 |
| | **Nature of debtor's interest** CONTRACT PARTY | |
| | **State the term remaining** _____ | |
| | **List the contract number of any government contract** _____ | |

Debtor    **Charlotte Russe, Inc.**                                                  Case number *(if known)* **19-10214**

| 2.4. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | DATA HYGIENE AND DATA APPEND SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ACXIOM LLC |
| | State the term remaining | _____ | 301 E. DAVE WARD DRIVE |
| | List the contract number of any government contract | _____ | CONWAY AR 72032 |

| 2.5. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CLOUD & INFRA - AEM ASSETS | |
| | Nature of debtor's interest | CONTRACT PARTY | ADOBE SYSTEMS INCORPORATED (AEM ASSETS) |
| | State the term remaining | _____ | 345 PARK AVENUE |
| | List the contract number of any government contract | _____ | SAN JOSE CA 95110 |

| 2.6. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CLOUD & INFRA - MULTI SOLUTION: ARCH & LAUNCH SVC | |
| | Nature of debtor's interest | CONTRACT PARTY | ADOBE SYSTEMS INCORPORATED (MULTI SOLUTION: ARCH & LAUNCH SVC) |
| | State the term remaining | _____ | 345 PARK AVENUE |
| | List the contract number of any government contract | _____ | SAN JOSE CA 95110 |

| 2.7. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | WEBSITE ANALYTICS/AEM SERVICES AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | ADOBE SYSTEMS INCORPORATED (WEBSITE ANALYTICS/AEM) |
| | State the term remaining | _____ | 345 PARK AVENUE |
| | List the contract number of any government contract | _____ | SAN JOSE CA 95110 |

| 2.8. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | WEBSITE IMAGE STORAGE | |
| | Nature of debtor's interest | CONTRACT PARTY | ADOBE SYSTEMS INCORPORATED (WEBSITE IMAGE STORAGE) |
| | State the term remaining | _____ | 345 PARK AVENUE |
| | List the contract number of any government contract | _____ | SAN JOSE CA 95110 |

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.9. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WEBSITE MASTER AGREEMENT (EXTENDED REPAYMENT PLAN FEATURE) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | | AFTERPAY US, INC PO BOX 328 SAN FRANCISCO CA 94104-0328 |
| | **List the contract number of any government contract** | | |

| 2.10. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CLOUD & INFRA - DNS SERVICES (DELIVERY OF CONTENT AND APPLICATIONS OVER THE INTERNET) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AKAMAI TECHNOLOGIES INC 150 BROADWAY CAMBRIDGE MA 02142 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.11. | **Title of contract** | EXCESS LIABILITY INSURANCE POLICY NO. ECA (20) 54326811 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | AMERICAN FIRE & CASUALTY INS. CO. (LIBERTY) 175 BERKELEY ST BOSTON MA 02116-5066 |
| | **State the term remaining** | 1/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.12. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | STATEMENT OF WORK FOR ONGOING LEASE ADMINISTRATION SERVICE / ABSTRACTION SERVICES ON AS NEEDED BASIS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ANNET TECHNOLOGIES (USA), INC. (D/B/A RETRANSFORM) 6330 LBJ FREEWAY SUITE 230 DALLAS TX 75240 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.13. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 442 | |
| | **Nature of debtor's interest** | LESSEE | ARONOV EAST RIDGE MALL LLC ARONOV REALTY MANAGEMENT INC PO BOX 235000 (361235000) 3500 EASTERN BLVD (36116-1781) MONTGOMERY AL 36116 |
| | **State the term remaining** | 01/31/19 | |
| | **List the contract number of any government contract** | | |

Debtor **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.14. | Title of contract | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | RETAIL LEASE - STORE # 471 | |
| | Nature of debtor's interest | LESSEE | ARONOV |
| | State the term remaining | 01/31/21 | UNIVERSITY MALL LLC<br>ARONOV REALTY MANAGEMENT INC |
| | List the contract number of any government contract | | PO BOX 235000 (361235000)<br>3500 EASTERN BLVD (36116-1781)<br>MONTGOMERY AL 36123-5000 |
| 2.15. | Title of contract | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | PEEK ECOM GATEWAY ACCOUNT AGREEMENT FOR FRAUD DETECTION | |
| | Nature of debtor's interest | CONTRACT PARTY | AUTHORIZE.NET |
| | State the term remaining | | PO BOX 8999<br>SAN FRANCISCO CA 94128 |
| | List the contract number of any government contract | | |
| 2.16. | Title of contract | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | OMNI ENGINEERING - PLATFORM AND SERVICE AGREEMENT (PEEK TAX SOFTWARE) | |
| | Nature of debtor's interest | CONTRACT PARTY | AVALARA, INC |
| | State the term remaining | | 1100 2ND AVE. SUITE 300<br>SEATTLE WA 98101 |
| | List the contract number of any government contract | | |
| 2.17. | Title of contract | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | SERVICE CONTRACT | |
| | Nature of debtor's interest | CONTRACT PARTY | BOARD AMERICAS, INC. |
| | State the term remaining | | 33 BROAD STREET<br>BOSTON MA 02109 |
| | List the contract number of any government contract | | |
| 2.18. | Title of contract | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | RETAIL LEASE - STORE # 457 | |
| | Nature of debtor's interest | LESSEE | BRENNAN |
| | State the term remaining | 01/31/23 | WARWICK MALL LLC<br>BLISS PROPERTIES INC |
| | List the contract number of any government contract | | PO BOX 2513<br>PROVIDENCE RI 02906-0513 |

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.19. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 820 | |
| | **Nature of debtor's interest** | LESSEE | BRIXMOR PROPERTY GROUP |
| | **State the term remaining** | 04/30/25 | BRIXMOR HOLDINGS 11 SPE LLC BRIXMOR PROPERTY GROUP |
| | **List the contract number of any government contract** | | GENERAL COUNSEL 450 LEXINGTON AVE 13TH FL NEW YORK NY 10170 |

| 2.20. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 1 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 12/31/18 | RPI CARLSBAD LP GENERAL MANAGER |
| | **List the contract number of any government contract** | | 2525 EL CAMINO REAL CARLSBAD CA 92008 |

| 2.21. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 12 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/21 | CHULA VISTA CENTER LP GENERAL MANAGER |
| | **List the contract number of any government contract** | | 555 BROADWAY STE 1019 CHULA VISTA CA 91910 |

| 2.22. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 29 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 02/28/21 | GGP MEADOWS MALL LLC MEADOWS MALL LAW/LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | | DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

| 2.23. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 32 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/21 | GGPTUCSON MALL LLC TUCSON MALL LAW/LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | | DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.24. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 33 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/24 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BROOKFIELD PROPERTIES
GGP NORTHRIDGE FASHION
CENTER LP
NORTHRIDGE FASHION CENTER
LAW/LEASE ADMINISTRATION
DEPARTMENT
350 N ORLEANS ST STE 300
CHICAGO IL 60654-1607

| | | |
|---|---|---|
| 2.25. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 35 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/19 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BROOKFIELD PROPERTIES
GLENDALE GALLERIA
GLENDALE MALL ASSOCIATES LLC
LAW/LEASE ADMINISTRATION
DEPARTMENT
350 N ORLEANS ST STE 300
CHICAGO IL 60654-1607

| | | |
|---|---|---|
| 2.26. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 40 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/23 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BROOKFIELD PROPERTIES
VALLEY PLAZA MALL LP
VALLEY PLAZA MALL CA
350 N ORLEANS ST STE 300
LAW/LEASE ADMINISTRATION
DEPARTMENT
CHICAGO IL 60654-1607

| | | |
|---|---|---|
| 2.27. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 78 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 12/31/24 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BROOKFIELD PROPERTIES
PERIMETER MALL LLC PERIMETER
MALL
LAW/LEASE ADMINISTRATION
DEPT
350 N ORLEANS ST STE 300
CHICAGO IL 60654-1607

| | | |
|---|---|---|
| 2.28. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 94 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/22 |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BROOKFIELD PROPERTIES
GGPPROVIDENCE PLACE LLC
PROVIDENCE PLACE
LAW/LEASE ADMINISTRATION
DEPARTMENT
350 N ORLEANS ST STE 300
CHICAGO IL 60654-1607

Debtor **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.29.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 98 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES GGPGRANDVILLE LLC RIVERTOWN CROSSINGS LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607
| **State the term remaining** | 01/31/20 |
| **List the contract number of any government contract** | _____ |

**2.30.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 102 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES PARK MALL LLC PARK PLACE LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607
| **State the term remaining** | 01/31/20 |
| **List the contract number of any government contract** | _____ |

**2.31.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 117 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES SPRING HILL MALL LLC BROOKFIELD PROPERTIES (R) LLC GENERAL COUNSEL 200 VESEY ST 25TH FL NEW YORK NY 10281
| **State the term remaining** | 01/31/22 |
| **List the contract number of any government contract** | _____ |

**2.32.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 122 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES STONEBRIAR MALL LLC STONEBRIAR CENTRE LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607
| **State the term remaining** | 01/31/21 |
| **List the contract number of any government contract** | _____ |

**2.33.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 130 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES TOWN EAST MALL LLC TOWN EAST MALL LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607
| **State the term remaining** | 01/31/20 |
| **List the contract number of any government contract** | _____ |

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.34. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 130 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES TOWN EAST MALL GENERAL MANAGER 2063 TOWN EAST MALL MESQUITE TX 75150 |
| | **State the term remaining** | 01/31/20 | |
| | **List the contract number of any government contract** | | |

| 2.35. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 133 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES NEWPARK MALL LP GENERAL MANAGER 2086 NEWPARK MALL NEWARK CA 94560 |
| | **State the term remaining** | 01/31/24 | |
| | **List the contract number of any government contract** | | |

| 2.36. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 142 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES ALTAMONTE MALL LLC ALTAMONTE MALL LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |
| | **State the term remaining** | 01/31/20 | |
| | **List the contract number of any government contract** | | |

| 2.37. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 153 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES CLACKAMAS TOWN CENTER CLACKAMAS TOWN CENTER LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |
| | **State the term remaining** | 01/31/24 | |
| | **List the contract number of any government contract** | | |

| 2.38. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 159 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES GGPGLENBROOK LLC GLENBROOK SQUARE LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |
| | **State the term remaining** | 01/31/25 | |
| | **List the contract number of any government contract** | | |

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.39. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 162 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 12/31/18 | RSE INDEPENDENCE LLC GENERAL MANAGER 3500 OLEANDER DR |
| | **List the contract number of any government contract** | | WILMINTON NC 28403 |

| 2.40. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 176 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/21 | PARKS AT ARLINGTON LLC THE PARKS MALL AT ARLINGTON LAW/LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | | DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

| 2.41. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 177 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/23 | LYNNHAVEN MALL LYNNHAVEN MALL LLC LAW/LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | | DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

| 2.42. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 179 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/22 | BAYBROOK MALL LLC BAYBROOK MALL LAW/LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | | DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

| 2.43. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 185 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/21 | WOODBRIDGE CENTER PROPERTY LLC WOODBRIDGE CENTER LAW/LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | | DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

Debtor  **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.44.**  **Title of contract**                REAL PROPERTY LEASE               State the name and mailing address
                                                                                 for all other parties with whom the
          **State what the contract or**        RETAIL LEASE - STORE # 193       debtor has an executory contract or
          **lease is for**                                                       unexpired lease

          **Nature of debtor's interest**       LESSEE                           BROOKFIELD PROPERTIES
                                                                                 CORONADO CENTER LLC
          **State the term remaining**          04/30/22                         CORONADO CENTER
                                                                                 LAW/LEASE ADMINISTRATION
          **List the contract number of**       _____      DEPARTMENT
          **any government contract**                                            350 N ORLEANS ST STE 300
                                                                                 CHICAGO IL 60654-1607

**2.45.**  **Title of contract**                REAL PROPERTY LEASE               State the name and mailing address
                                                                                 for all other parties with whom the
          **State what the contract or**        RETAIL LEASE - STORE # 196       debtor has an executory contract or
          **lease is for**                                                       unexpired lease

          **Nature of debtor's interest**       LESSEE                           BROOKFIELD PROPERTIES
                                                                                 PARAMUS PARK SHOPPING
          **State the term remaining**          01/31/21                         CENTER LIMITED
                                                                                 PARTNERSHIP, PARAMUS PARK
          **List the contract number of**       _____      SHOPPING CENTER
          **any government contract**                                            LAW/LEASE ADMINISTRATION
                                                                                 DEPARTMENT
                                                                                 350 N ORLEANS ST STE 300
                                                                                 CHICAGO IL 60654-1607

**2.46.**  **Title of contract**                REAL PROPERTY LEASE               State the name and mailing address
                                                                                 for all other parties with whom the
          **State what the contract or**        RETAIL LEASE - STORE # 198       debtor has an executory contract or
          **lease is for**                                                       unexpired lease

          **Nature of debtor's interest**       LESSEE                           BROOKFIELD PROPERTIES
                                                                                 WESTROADS MALL LLC
          **State the term remaining**          01/31/23                         WESTROADS MALL
                                                                                 LAW/LEASE ADMINISTRATION
          **List the contract number of**       _____      DEPARTMENT
          **any government contract**                                            350 N ORLEANS ST STE 300
                                                                                 CHICAGO IL 60654-1607

**2.47.**  **Title of contract**                REAL PROPERTY LEASE               State the name and mailing address
                                                                                 for all other parties with whom the
          **State what the contract or**        RETAIL LEASE - STORE # 207       debtor has an executory contract or
          **lease is for**                                                       unexpired lease

          **Nature of debtor's interest**       LESSEE                           BROOKFIELD PROPERTIES
                                                                                 DEERBROOK MALL LLC
          **State the term remaining**          01/31/23                         DEERBROOK MALL
                                                                                 LAW/LEASE ADMINISTRATION
          **List the contract number of**       _____      DEPARTMENT
          **any government contract**                                            350 N ORLEANS ST STE 300
                                                                                 CHICAGO IL 60654-1607

**2.48.**  **Title of contract**                REAL PROPERTY LEASE               State the name and mailing address
                                                                                 for all other parties with whom the
          **State what the contract or**        RETAIL LEASE - STORE # 211       debtor has an executory contract or
          **lease is for**                                                       unexpired lease

          **Nature of debtor's interest**       LESSEE                           BROOKFIELD PROPERTIES
                                                                                 NESHAMJNY MALL JOINT VENTURE
          **State the term remaining**          01/31/20                         LIMITED
                                                                                 PARTNERSHIP, NESHAMINY MALL
          **List the contract number of**       _____      LAW/LEASE ADMINISTRATION
          **any government contract**                                            DEPARTMENT
                                                                                 350 N ORLEANS ST STE 300
                                                                                 CHICAGO IL 60654-1607

Debtor **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

---

**2.49.** **Title of contract**          REAL PROPERTY LEASE                    State the name and mailing address
                                                                              for all other parties with whom the
**State what the contract or**   RETAIL LEASE - STORE # 219           debtor has an executory contract or
**lease is for**                                                     unexpired lease

**Nature of debtor's interest**  LESSEE                              BROOKFIELD PROPERTIES
                                                                     SOONER FASHION MALL LLC
**State the term remaining**     01/31/21                            SOONER MALL
                                                                     LAW/LEASE ADMINISTRATION
**List the contract number of**  _____         DEPARTMENT
**any government contract**                                          350 N ORLEANS ST STE 300
                                                                     CHICAGO IL 60654-1607

---

**2.50.** **Title of contract**          REAL PROPERTY LEASE                    State the name and mailing address
                                                                              for all other parties with whom the
**State what the contract or**   RETAIL LEASE - STORE # 223           debtor has an executory contract or
**lease is for**                                                     unexpired lease

**Nature of debtor's interest**  LESSEE                              BROOKFIELD PROPERTIES
                                                                     QUAIL SPRINGS MALL LLC
**State the term remaining**     01/31/20                            QUAIL SPRINGS MALL
                                                                     LAW/LEASE ADMINISTRATION
**List the contract number of**  _____         DEPARTMENT
**any government contract**                                          350 N ORLEANS ST STE 300
                                                                     CHICAGO IL 60654-1607

---

**2.51.** **Title of contract**          REAL PROPERTY LEASE                    State the name and mailing address
                                                                              for all other parties with whom the
**State what the contract or**   RETAIL LEASE - STORE # 248           debtor has an executory contract or
**lease is for**                                                     unexpired lease

**Nature of debtor's interest**  LESSEE                              BROOKFIELD PROPERTIES
                                                                     SHOPPES AT BUCKLAND HILLS LLC
**State the term remaining**     01/31/21                            THE SHOPPES AT BUCKLAND
                                                                     HILLS
**List the contract number of**  _____         LAW/LEASE ADMINISTRATION
**any government contract**                                          DEPARTMENT
                                                                     350 N ORLEANS ST STE 300
                                                                     CHICAGO IL 60654

---

**2.52.** **Title of contract**          REAL PROPERTY LEASE                    State the name and mailing address
                                                                              for all other parties with whom the
**State what the contract or**   RETAIL LEASE - STORE # 254           debtor has an executory contract or
**lease is for**                                                     unexpired lease

**Nature of debtor's interest**  LESSEE                              BROOKFIELD PROPERTIES
                                                                     MALL OF LOUISIANA LLC
**State the term remaining**     12/31/20                            MALL OF LOUISIANA
                                                                     LAW/LEASE ADMINISTRATION
**List the contract number of**  _____         DEPARTMENT
**any government contract**                                          350 N ORLEANS ST STE 300
                                                                     CHICAGO IL 60654

---

**2.53.** **Title of contract**          REAL PROPERTY LEASE                    State the name and mailing address
                                                                              for all other parties with whom the
**State what the contract or**   RETAIL LEASE - STORE # 257           debtor has an executory contract or
**lease is for**                                                     unexpired lease

**Nature of debtor's interest**  LESSEE                              BROOKFIELD PROPERTIES
                                                                     MALL ST VINCENT LLC
**State the term remaining**     04/30/21                            GENERAL COUNSEL
                                                                     1 1 14 AVE OF THE AMERICAS STE
**List the contract number of**  _____         2800
**any government contract**                                          NEW YORK NY 10036

---

Debtor **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.54. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 264 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/20 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BROOKFIELD PROPERTIES
LANSING MALL LLC
GENERAL MANAGER
5330 W SAGINAW HWY
LANSING MI 48917

| | | |
|---|---|---|
| 2.55. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 270 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 07/31/24 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BROOKFIELD PROPERTIES
PEMBROKE LAKES MALL LLC
PEMBROKE LAKES MALL
LAW/LEASE ADMINISTRATION
DEPARTMENT
350 N ORLEANS ST STE 300
CHICAGO IL 60654

| | | |
|---|---|---|
| 2.56. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 273 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/21 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BROOKFIELD PROPERTIES
MSM PROPERTY LLC
MALL ST MATTHEWS
LAW/LEASE ADMINISTRATION
DEPARTMENT
350 N ORLEANS ST STE 300
CHICAGO IL 60654

| | | |
|---|---|---|
| 2.57. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 307 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 09/30/19 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BROOKFIELD PROPERTIES
FASHION OUTLET OF LAS VEGAS
LLC
BROOKFIELD REAL ESTATE
FINANCIAL PARTNERS LLC
THERESA HOYT
250 VESEY ST 14TH FL
NEW YORK NY 10281

| | | |
|---|---|---|
| 2.58. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 314 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/20 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BROOKFIELD PROPERTIES
GGP STATEN ISLAND MALL LLC
STATEN ISLAND MALL - PHASE II
LAW/LEASE ADMINISTRATION
DEPARTMENT
350 N ORLEANS ST 300
CHICAGO IL 60654-1607

Debtor  **Charlotte Russe, Inc.**                                                                   Case number *(if known)* **19-10214**

| 2.59. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 331 | |
| | Nature of debtor's interest | LESSEE | BROOKFIELD PROPERTIES |
| | State the term remaining | 01/31/20 | PEACHTREE MALL LLC PEACHTREE MALL |
| | List the contract number of any government contract | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST 300 CHICAGO IL 60654-1607 |

| 2.60. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 332 | |
| | Nature of debtor's interest | LESSEE | BROOKFIELD PROPERTIES |
| | State the term remaining | 03/31/22 | OGLETHORPE MALL LLC OGLETHORPE MALL |
| | List the contract number of any government contract | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST 300 CHICAGO IL 60654-1607 |

| 2.61. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 337 | |
| | Nature of debtor's interest | LESSEE | BROOKFIELD PROPERTIES |
| | State the term remaining | 01/31/23 | GOVERNOR'S SQUARE MALL LLC GOVERNOR'S SQUARE |
| | List the contract number of any government contract | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST 300 CHICAGO IL 60654-1607 |

| 2.62. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 338 | |
| | Nature of debtor's interest | LESSEE | BROOKFIELD PROPERTIES |
| | State the term remaining | 05/31/25 | CUMBERLAND MALL LLC CUMBERLAND MALL |
| | List the contract number of any government contract | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST 300 CHICAGO IL 60654-1607 |

| 2.63. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 343 | |
| | Nature of debtor's interest | LESSEE | BROOKFIELD PROPERTIES |
| | State the term remaining | 01/31/23 | PARK CITY CENTER LLC PARK CITY CENTER |
| | List the contract number of any government contract | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST 300 CHICAGO IL 60654-1607 |

Debtor    **Charlotte Russe, Inc.**                                               Case number *(if known)* **19-10214**

| 2.64. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 350 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/20 | TRACY MALL PARTNERS L P GENERAL MANAGER |
| | **List the contract number of any government contract** | | 3200 NORTH NAGLEE RD TRACY CA 95304 |

| 2.65. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 354 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 07/31/20 | RPI BEL AIR MALL LLC GENERAL MANAGER |
| | **List the contract number of any government contract** | | 3299 BEL AIR MALL MOBILE AL 36606 |

| 2.66. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 363 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/20 | TUP 130 LLC GENERAL MANAGER |
| | **List the contract number of any government contract** | | 1001 BAMES CROSSING RD TUPELO MS 38804 |

| 2.67. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 375 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 03/31/20 | RPI TURTLE CREEK MALL LLC GENERAL MANAGER |
| | **List the contract number of any government contract** | | 3000 E HIGHLAND DR 200 JONESBORO AR 72401 |

| 2.68. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 378 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 04/30/19 | TGA OAK VIEW MALL LLC CBRE/MEGA AMBER BAKKEN |
| | **List the contract number of any government contract** | | 3001 S 144TH ST STE 2029 OMAHA NE 68144 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

2.69.   **Title of contract**               REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     RETAIL LEASE - STORE # 383

**Nature of debtor's interest**   LESSEE                              BROOKFIELD PROPERTIES
                                                                      LAKELAND SQUARE MALL LLC
**State the term remaining**      07/31/20                            GENERAL MANAGER
                                                                      3800 US HWY 98 N RM 304
**List the contract number of any government contract**   _____     LAKELAND FL 33809

2.70.   **Title of contract**               REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     RETAIL LEASE - STORE # 387

**Nature of debtor's interest**   LESSEE                              BROOKFIELD PROPERTIES
                                                                      NORTH POINT MALL LLC
**State the term remaining**      01/31/21                            NORTH POINT MALL
                                                                      LAW/LEASE ADMINISTRATION
**List the contract number of any government contract**   _____     DEPARTMENT
                                                                      350 N ORLEANS ST STE 300
                                                                      CHICAGO IL 60654-1607

2.71.   **Title of contract**               REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     RETAIL LEASE - STORE # 387

**Nature of debtor's interest**   LESSEE                              BROOKFIELD PROPERTIES
                                                                      NORTH POINT MALL
**State the term remaining**      01/31/21                            1000 NORTH PT CIR
                                                                      ALPHARETTA GA 30022
**List the contract number of any government contract**   _____

2.72.   **Title of contract**               REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     RETAIL LEASE - STORE # 398

**Nature of debtor's interest**   LESSEE                              BROOKFIELD PROPERTIES
                                                                      VALLEY HILLS MALL LLC
**State the term remaining**      07/31/20                            GENERAL COUNSEL
                                                                      200 VESEY ST 25TH FL
**List the contract number of any government contract**   _____     NEW YORK NY 10281

2.73.   **Title of contract**               REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     RETAIL LEASE - STORE # 402

**Nature of debtor's interest**   LESSEE                              BROOKFIELD PROPERTIES
                                                                      HULEN MAL
**State the term remaining**      01/31/20                            HULEN MALL LLC
                                                                      LAW/LEASE ADMINISTRATION
**List the contract number of any government contract**   _____     DEPARTMENT
                                                                      350 N ORLEANS ST STE 300
                                                                      CHICAGO IL 60654-1607

Debtor **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.74.**    **Title of contract**       REAL PROPERTY LEASE          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**       RETAIL LEASE - STORE # 404

        **Nature of debtor's interest**       LESSEE          BROOKFIELD PROPERTIES PINNACLE HILLS LLC

        **State the term remaining**       01/31/20          PINNACLE HILLS PROMENADE LAW/LEASE ADMINISTRATION DEPARTMENT

        **List the contract number of any government contract**       _____       350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607

**2.75.**    **Title of contract**       REAL PROPERTY LEASE          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**       RETAIL LEASE - STORE # 408

        **Nature of debtor's interest**       LESSEE          BROOKFIELD PROPERTIES GGPFOUR SEASONS LP

        **State the term remaining**       04/30/22          FOUR SEASONS TOWN CENTRE LAW/LEASE ADMINISTRATION DEPARTMENT

        **List the contract number of any government contract**       _____       350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607

**2.76.**    **Title of contract**       REAL PROPERTY LEASE          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**       RETAIL LEASE - STORE # 426

        **Nature of debtor's interest**       LESSEE          BROOKFIELD PROPERTIES GREENWOOD MALL LLC

        **State the term remaining**       05/31/21          GREENWOOD MALL LAW/LEASE ADMINISTRATION DEPARTMENT

        **List the contract number of any government contract**       _____       350 N ORLEANS ST STE 300 CHICAGO, IL 60654-1607

**2.77.**    **Title of contract**       REAL PROPERTY LEASE          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**       RETAIL LEASE - STORE # 428

        **Nature of debtor's interest**       LESSEE          BROOKFIELD PROPERTIES FIRST COLONY MALL

        **State the term remaining**       01/31/20          LAW/LEASE ADMINISTRATION DEPT

        **List the contract number of any government contract**       _____       SDS 12 3112 PO BOX 86 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607

**2.78.**    **Title of contract**       REAL PROPERTY LEASE          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**       RETAIL LEASE - STORE # 437

        **Nature of debtor's interest**       LESSEE          BROOKFIELD PROPERTIES EATONTOWN MONMOUTH MALL LLC

        **State the term remaining**       01/31/19          GENERAL MANAGER 180 NEW JERSEY 35

        **List the contract number of any government contract**       _____       EATONTOWN NJ 07724

Debtor **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| 2.79. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 439 | |
| | Nature of debtor's interest | LESSEE | BROOKFIELD PROPERTIES RIVER HILLS MALL LLC RIVER HILLS MALL LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |
| | State the term remaining | 01/31/20 | |
| | List the contract number of any government contract | | |

| 2.80. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 445 | |
| | Nature of debtor's interest | LESSEE | BROOKFIELD PROPERTIES KALAMAZOO MALL LLC THE CROSSROADS MI LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |
| | State the term remaining | 01/31/21 | |
| | List the contract number of any government contract | | |

| 2.81. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 448 | |
| | Nature of debtor's interest | LESSEE | BROOKFIELD PROPERTIES COASTLAND CENTER COASTLAND CENTER LP 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |
| | State the term remaining | 01/31/20 | |
| | List the contract number of any government contract | | |

| 2.82. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 449 | |
| | Nature of debtor's interest | LESSEE | BROOKFIELD PROPERTIES AUGUSTA MALL AUGUSTA MALL LLC LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |
| | State the term remaining | 01/31/21 | |
| | List the contract number of any government contract | | |

| 2.83. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 453 | |
| | Nature of debtor's interest | LESSEE | BROOKFIELD PROPERTIES PECANLAND MALL LLC PECANLAND MALL LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |
| | State the term remaining | 01/31/20 | |
| | List the contract number of any government contract | | |

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.84. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 455 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/20 | RPI CHESTERFIELD LLC GENERAL MANAGER |
| | **List the contract number of any government contract** | | 11500 MIDLOTHIAN TURNPIKE RICHMOND VA 23235 |

| 2.85. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 460 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/20 | RPI SALISBURY MALL LLC GENERAL COUNSEL |
| | **List the contract number of any government contract** | | 200 VESEY ST 25TH FL NEW YORK NY 10281-1025 |

| 2.86. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 466 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/20 | OAKWOOD SHOPPING CENTER LLC |
| | **List the contract number of any government contract** | | OAKWOOD CENTER LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

| 2.87. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 475 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 03/31/20 | SOUTHLAND CENTER LLC GENERAL COUNSEL |
| | **List the contract number of any government contract** | | 200 VESEY ST 25TH FL NEW YORK NY 10281 |

| 2.88. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 492 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 05/31/20 | BRASS MILL CENTER MALL LLC BRASS MILL CENTER |
| | **List the contract number of any government contract** | | LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654 |

Debtor    **Charlotte Russe, Inc.**                                         Case number *(if known)* **19-10214**

| 2.89. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 493 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/20 | BELLIS FAIR MALL LLC<br>BELLIS FAIR<br>LAW/LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | | 350 N ORLEANS ST STE 300<br>CHICAGO IL 60654 |

| 2.90. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 497 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/20 | OAKWOOD MALL<br>OAKWOOD HILLS MALL PARTNERS<br>LAW/LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | | DEPARTMENT<br>350 N ORLEANS ST STE 300<br>CHICAGO IL 60654 |

| 2.91. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 507 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/21 | RPI GREENVILLE MALL LLC<br>GENERAL MANAGER<br>714 SE GREENVILLE BLVD |
| | **List the contract number of any government contract** | | GREENVILLE NC 27858 |

| 2.92. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 508 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/21 | CHAMPAIGN MARKET PLACE LLC<br>MARKET PLACE SHOPPING<br>CENTER |
| | **List the contract number of any government contract** | | LAW/LEASE ADMINISTRATION<br>DEPARTMENT<br>350 N ORLEANS STSUITE 300<br>CHICAGO IL 60654-1607 |

| 2.93. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 512 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES |
| | **State the term remaining** | 01/31/24 | COLUMBIANA CENTRE<br>COLUMBIANA CENTRE LLC<br>LAW/LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | | DEPT<br>350 N ORLEANS STSUITE 300<br>CHICAGO IL 60654-1607 |

Debtor **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**2.94.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | RETAIL LEASE - STORE # 573 |
 | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES LA CANTERA RETAIL LIMITED PARTNERSHIP
 | **State the term remaining** | 01/31/20 | THE SHOPS AT LA CANTERA LAW/LEASE ADMINISTRATION DEPARTMENT
 | **List the contract number of any government contract** | _____ | 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607

**2.95.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | RETAIL LEASE - STORE # 7007 |
 | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES PARK MEADOWS MALL LLC
 | **State the term remaining** | _____ | PARK MEADOWS LAW/LEASE ADMINISTRATION DEPARTMENT
 | **List the contract number of any government contract** | _____ | 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607

**2.96.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | RETAIL LEASE - STORE # 7009 |
 | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES FASHION PLACE LLC
 | **State the term remaining** | _____ | BROOKFILED PROPERTIES RETAILS
 | **List the contract number of any government contract** | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT 350 N ORLEANS STE 300 CHICAGO IL 60654

**2.97.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | RETAIL LEASE - STORE # 7010 |
 | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES MERRICK PARK LLC
 | **State the term remaining** | _____ | VILLAGE OF MERRICK PARK LAW/LEASE ADMINISTRATION DEPARTMENT
 | **List the contract number of any government contract** | _____ | 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607

**2.98.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | RETAIL LEASE - STORE # 7013 |
 | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES NORTH POINT MALL LLC
 | **State the term remaining** | _____ | NORTH POINT MALL LAW/LEASE ADMINISTRATION DEPARTMENT
 | **List the contract number of any government contract** | _____ | 350 N ORLEANS STE 300 CHICAGO IL 60654-1607

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.99. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 772 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES NATICK MALL LLC NATICK MALL |
| | **State the term remaining** | 02/28/25 | LAW/LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 350 N ORLEANS ST CHICAGO IL 60654-1607 |

| 2.100. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 773 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES OAKS MALL LLC |
| | **State the term remaining** | 03/31/20 | LAW/LEASE ADMINISTRATION DEPT |
| | **List the contract number of any government contract** | _____ | 350 N ORLEANS ST CHICAGO IL 60654-1607 |

| 2.101. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 774 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES THE WOODLANDS MALL ASSOCIATES LLC THE WOODLANDS MALL |
| | **State the term remaining** | 01/31/25 | LAW/LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

| 2.102. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 775 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES JORDAN CREEK TOWN CENTER LLC JORDAN CREEK TOWN CTR |
| | **State the term remaining** | 01/31/25 | |
| | **List the contract number of any government contract** | _____ | 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

| 2.103. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 776 | |
| | **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES WHITE MARSH MALL LLC WHITE MARSH MALL |
| | **State the term remaining** | 01/31/25 | LAW/LEASE ADMINISTRATION DEPARTMENT |
| | **List the contract number of any government contract** | _____ | 350 N ORLEANS STSUITE 300 CHICAGO IL 60654-1607 |

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.104.**

| | | |
|---|---|---|
| **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 780 | |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES TYLER MALL LIMITED PARTNERSHIP |
| **State the term remaining** | 04/30/25 | GALLERIA AT TYLER LAW/LEASE ADMINISTRATION |
| **List the contract number of any government contract** | _____ | DEPARTMENT 350 N ORLEANS STSUITE 300 CHICAGO IL 60654-1607 |

**2.105.**

| | | |
|---|---|---|
| **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 781 | |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES BOISE MALL LLC |
| **State the term remaining** | 04/30/25 | BOISE TOWNE SQUARE LAW/LEASE ADMINISTRATION |
| **List the contract number of any government contract** | _____ | DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

**2.106.**

| | | |
|---|---|---|
| **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 793 | |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES COLUMBIA MALL LLC |
| **State the term remaining** | 06/30/25 | COLUMBIA MALL (MO) LAW/LEASE ADMINISTRATION |
| **List the contract number of any government contract** | _____ | DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

**2.107.**

| | | |
|---|---|---|
| **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 794 | |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES THE MALL IN COLUMBIA BUSINESS TRUST |
| **State the term remaining** | 05/31/25 | THE MALL IN COLUMBIA LAW/LEASE ADMINISTRATION |
| **List the contract number of any government contract** | _____ | DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

**2.108.**

| | | |
|---|---|---|
| **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 802 | |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES TOWSON TC LLC |
| **State the term remaining** | 07/31/25 | TOWSON TOWN CENTER LAW/LEASE ADMINISTRATION |
| **List the contract number of any government contract** | _____ | DEPARTMENT 350 N ORLEANS ST STE 300 CHICAGO IL 60654-1607 |

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.109.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 807 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES
| **State the term remaining** | 01/31/26 | WILLOWBROOK MALL LLC
WILLOWBROOK
| **List the contract number of any government contract** | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT
350 N ORLEANS ST STE 300
CHICAGO IL 60654-1607

**2.110.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 815 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES
| **State the term remaining** | 05/31/19 | GGPOTAY RANCH LP
OTAY RANCH TOWN CENTER
| **List the contract number of any government contract** | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT
350 N ORLEANS ST STE 300
CHICAGO IL 60654-1607

**2.111.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 816 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES
| **State the term remaining** | 04/30/20 | ST CLOUD MALL LLC
CROSSROADS CENTER (MN)
| **List the contract number of any government contract** | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT
350 N ORLEANS ST STE 300
CHICAGO IL 60654-1607

**2.112.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 822 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES
| **State the term remaining** | 08/31/19 | GGP ALA MOANA LLC
ALA MOANA CENTER
| **List the contract number of any government contract** | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT
350 N ORLEANS ST STE 300
CHICAGO IL 60654-1607

**2.113.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 823 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES
| **State the term remaining** | 08/31/22 | MAYFAIR MALL LLC
MAYFAIR
| **List the contract number of any government contract** | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT
350 N ORLEANS ST
CHICAGO IL 60654-1607

Debtor    **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.114.**  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 825

**Nature of debtor's interest**    LESSEE                                              BROOKFIELD PROPERTIES
                                                                                       HOOVER MALL LIMITED LLC
**State the term remaining**    01/31/20                                               RIVERCHASE GALLERIA
                                                                                       LAW/LEASE ADMINISTRATION
**List the contract number of any government contract**    _____    DEPARTMENT
                                                                                       350 N ORLEANS ST STE 300
                                                                                       CHICAGO IL 60654-1607

**2.115.**  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 827

**Nature of debtor's interest**    LESSEE                                              BROOKFIELD PROPERTIES
                                                                                       FOX RIVER SHOPPING CENTER
**State the term remaining**    _____                               LLC
                                                                                       FOX RIVER MALL
**List the contract number of any government contract**    _____    LAW/LEASE ADMINISTRATION
                                                                                       DEPARTMENT
                                                                                       350 N ORLEANS ST
                                                                                       CHICAGO IL 60654-1607

**2.116.**  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 828

**Nature of debtor's interest**    LESSEE                                              BROOKFIELD PROPERTIES
                                                                                       RIDGEDALE CENTER LLC
**State the term remaining**    02/29/20                                               RIDGEDALE CENTER
                                                                                       LAW/LEASE ADMINISTRATION
**List the contract number of any government contract**    _____    DEPARTMENT
                                                                                       350 N ORLEANS ST
                                                                                       CHICAGO IL 60654-1607

**2.117.**  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 830

**Nature of debtor's interest**    LESSEE                                              BROOKFIELD PROPERTIES
                                                                                       GGPGRANDVILLE LLC
**State the term remaining**    02/26/19                                               RIVERTOWN CROSSINGS
                                                                                       LAW/LEASE ADMINISTRATION
**List the contract number of any government contract**    _____    DEPARTMENT
                                                                                       350 N ORLEANS ST STE 300
                                                                                       CHICAGO IL 60654-1607

**2.118.**  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 833

**Nature of debtor's interest**    LESSEE                                              BROOKFIELD PROPERTIES
                                                                                       CAROLINA PLACE LLC DO
**State the term remaining**    05/31/20                                               CAROLINA PLACE
                                                                                       LAW/LEASE ADMINISTRATION
**List the contract number of any government contract**    _____    DEPARTMENT
                                                                                       350 N ORLEANS ST
                                                                                       CHICAGO IL 60654-1607

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.119.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 834 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES
| **State the term remaining** | 05/31/20 | CORAL RIDGE MALL LLC
CORAL RIDGE MALL
| **List the contract number of any government contract** | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT
350 N ORLEANS ST
CHICAGO IL 60654-1607

**2.120.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 835 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES
| **State the term remaining** | 07/31/20 | ALDERWOOD MALL LLC
ALDERWOOD MALL
| **List the contract number of any government contract** | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT
350 N ORLEANS ST
CHICAGO IL 60654-1607

**2.121.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 836 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES
| **State the term remaining** | 07/31/20 | WILLOWBROOK MALL TX LLC
WILLOWBROOK MALL TX
| **List the contract number of any government contract** | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT
350 N ORLEANS ST
CHICAGO IL 60654-1607

**2.122.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 837 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES
| **State the term remaining** | 08/31/20 | FLORENCE MALL LLC
FLORENCE MALL
| **List the contract number of any government contract** | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT
350 N ORLEANS ST
CHICAGO IL 60654-1607

**2.123.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 839 |
| **Nature of debtor's interest** | LESSEE | BROOKFIELD PROPERTIES
| **State the term remaining** | 06/30/20 | VISALIA MALL LP
VISALIA MALL
| **List the contract number of any government contract** | _____ | LAW/LEASE ADMINISTRATION DEPARTMENT
350 N ORLEANS ST
CHICAGO IL 60654-1607

Debtor   **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.124.** | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 296 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/22 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CAFARO CO
MILLCREEK MALL
LEGAL DEPT
5577 YOUNGSTOWN-WARREN RD
NILES OH 44446

| | | |
|---|---|---|
| **2.125.** | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 330 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/20 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CAFARO CO
SPOTSYLVANIA MALL CO
CREDIT AND COLLECTIONS
MANAGER
2445 BELMONT AVE PO BOX 2186
YOUNGSTOWN OH 44504-0186

| | | |
|---|---|---|
| **2.126.** | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 359 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/20 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CAFARO CO
KENTUCKY OAKS MALL CO
LEGAL DEPT
5577 YOUNGSTOWN-WARREN RD
NILES OH 44446

| | | |
|---|---|---|
| **2.127.** | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 765 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/25 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CAFARO CO
GOVERNOR'S SQUARE CO
CAFARO CO
2445 BELMONT AVE
YOUNGSTOWN OH 44505

| | | |
|---|---|---|
| **2.128.** | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | LOS ANGELES OFFICE LEASE - LOCATION 1138 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 5/31/2019 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CALMART SUB 1 LLC
110 EAST NINTH ST
STE A 727
LOS ANGELES CA 90079-2827

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

**2.129.**    **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        RETAIL LEASE - STORE # 7

**Nature of debtor's interest**      LESSEE                                  CB RICHARD ELLIS
                                                                            RAINBOW INVESTMENT CO
**State the term remaining**        01/31/20                                 2900 SIXTH AVE
                                                                            SAN DIEGO CA 92103
**List the contract number of any government contract**        _____

**2.130.**    **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        RETAIL LEASE - STORE # 101

**Nature of debtor's interest**      LESSEE                                  CBL
                                                                            CBL AND ASSOCIATES
**State the term remaining**        01/31/20                                 MANAGEMENT INC
                                                                            BRANDON BARRY
**List the contract number of any government contract**        _____        CBL CTR STE 500
                                                                            2030 HAMILTON PL BLVD
                                                                            CHATTANOOGA TN 37421-6000

**2.131.**    **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        RETAIL LEASE - STORE # 116

**Nature of debtor's interest**      LESSEE                                  CBL
                                                                            CBL AND ASSOCIATES
**State the term remaining**        01/31/21                                 MANAGEMENT INC
                                                                            BRANDON BARRY
**List the contract number of any government contract**        _____        CBL CTR STE 500
                                                                            2030 HAMILTON PL BLVD
                                                                            CHATTANOOGA TN 37421-6000

**2.132.**    **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        RETAIL LEASE - STORE # 199

**Nature of debtor's interest**      LESSEE                                  CBL
                                                                            CBL AND ASSOCIATES
**State the term remaining**        01/31/25                                 MANAGEMENT INC
                                                                            BRANDON BARRY
**List the contract number of any government contract**        _____        CBL CTR STE 500
                                                                            2030 HAMILTON PL BLVD
                                                                            CHATTANOOGA TN 37421-6000

**2.133.**    **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        RETAIL LEASE - STORE # 216

**Nature of debtor's interest**      LESSEE                                  CBL
                                                                            MID RIVERS MALL CMBS LLC
**State the term remaining**        06/30/20                                 CBL AND ASSOCIATES
                                                                            MANAGEMENT INC
**List the contract number of any government contract**        _____        GENERAL MANAGER
                                                                            1600 MID RIVERS MALL
                                                                            ST. PETERS MO 63376

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

| 2.134. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 217 | |
| | **Nature of debtor's interest** | LESSEE | CBL |
| | **State the term remaining** | 01/31/20 | SOUTH COUNTY CENTER LLC LEGAL DEPT 11601 WILSHIRE BLVD 12TH FLOOR LOS ANGELES CA 90025 |
| | **List the contract number of any government contract** | | |

| 2.135. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 232 | |
| | **Nature of debtor's interest** | LESSEE | CBL |
| | **State the term remaining** | 07/31/24 | CBL AND ASSOCIATES MANAGEMENT INC BRANDON BARRY CBL CTR STE 500 2030 HAMILTON PL BLVD CHATTANOOGA TN 37421-6000 |
| | **List the contract number of any government contract** | | |

| 2.136. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 261 | |
| | **Nature of debtor's interest** | LESSEE | CBL |
| | **State the term remaining** | 01/31/21 | CBL AND ASSOCIATES MANAGEMENT INC BRANDON BARRY CBL CTR STE 500 2030 HAMILTON PL BLVD CHATTANOOGA TN 37421-6000 |
| | **List the contract number of any government contract** | | |

| 2.137. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 262 | |
| | **Nature of debtor's interest** | LESSEE | CBL |
| | **State the term remaining** | 01/31/24 | CBL AND ASSOCIATES MANAGEMENT INC BRANDON BARRY CBL CTR STE 500 2030 HAMILTON PL BLVD CHATTANOOGA TN 37421-6000 |
| | **List the contract number of any government contract** | | |

| 2.138. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 265 | |
| | **Nature of debtor's interest** | LESSEE | CBL |
| | **State the term remaining** | 01/31/20 | CBL AND ASSOCIATES MANAGEMENT INC BRANDON BARRY CBL CTR STE 500 2030 HAMILTON PL BLVD CHATTANOOGA TN 37421-6000 |
| | **List the contract number of any government contract** | | |

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

2.139.  **Title of contract**                   REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**        RETAIL LEASE - STORE # 293

        **Nature of debtor's interest**         LESSEE                                 CBL
                                                                                       CBL AND ASSOCIATES
        **State the term remaining**            01/31/25                               MANAGEMENT INC
                                                                                       BRANDON BARRY
        **List the contract number of any government contract**    _____ CBL CTR STE 500
                                                                                       2030 HAMILTON PL BLVD
                                                                                       CHATTANOOGA TN 37421-6000

2.140.  **Title of contract**                   REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**        RETAIL LEASE - STORE # 301

        **Nature of debtor's interest**         LESSEE                                 CBL
                                                                                       CBL AND ASSOCIATES
        **State the term remaining**            01/31/22                               MANAGEMENT INC
                                                                                       BRANDON BARRY
        **List the contract number of any government contract**    _____ CBL CTR STE 500
                                                                                       2030 HAMILTON PL BLVD
                                                                                       CHATTANOOGA TN 37421-6000

2.141.  **Title of contract**                   REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**        RETAIL LEASE - STORE # 315

        **Nature of debtor's interest**         LESSEE                                 CBL
                                                                                       CBL AND ASSOCIATES
        **State the term remaining**            01/31/21                               MANAGEMENT INC
                                                                                       BRANDON BARRY
        **List the contract number of any government contract**    _____ CBL CTR STE 500
                                                                                       2030 HAMILTON PL BLVD
                                                                                       CHATTANOOGA TN 37421-6000

2.142.  **Title of contract**                   REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**        RETAIL LEASE - STORE # 323

        **Nature of debtor's interest**         LESSEE                                 CBL
                                                                                       CBL AND ASSOCIATES
        **State the term remaining**            01/31/20                               MANAGEMENT INC
                                                                                       BRANDON BARRY
        **List the contract number of any government contract**    _____ CBL CTR STE 500
                                                                                       2030 HAMILTON PL BLVD
                                                                                       CHATTANOOGA TN 37421-6000

2.143.  **Title of contract**                   REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**        RETAIL LEASE - STORE # 325

        **Nature of debtor's interest**         LESSEE                                 CBL
                                                                                       COOLSPRINGS MALL LLC
        **State the term remaining**            01/31/20                               CBL AND ASSOCIATES
                                                                                       MANAGEMENT INC
        **List the contract number of any government contract**    _____ 1800 GALLERIA BLVD
                                                                                       FRANKLIN TN 37067

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.144. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 327 | |
| | **Nature of debtor's interest** | LESSEE | CBL |
| | **State the term remaining** | 01/31/21 | CBL AND ASSOCIATES MANAGEMENT INC |
| | **List the contract number of any government contract** | | BRANDON BARRY CBL CTR STE 500 2030 HAMILTON PL BLVD CHATTANOOGA TN 37421-6000 |

| 2.145. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 334 | |
| | **Nature of debtor's interest** | LESSEE | CBL |
| | **State the term remaining** | 01/31/20 | CARY VENTURE LIMITED PARTNERSHIP |
| | **List the contract number of any government contract** | | CBL AND ASSOCIATES MANAGEMENT INC GENERAL MANAGER 1105 WALNUT ST STE 200 CARY NC 27511 |

| 2.146. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 340 | |
| | **Nature of debtor's interest** | LESSEE | CBL |
| | **State the term remaining** | 01/31/20 | CBL AND ASSOCIATES MANAGEMENT INC |
| | **List the contract number of any government contract** | | BRANDON BARRY CBL CTR STE 500 2030 HAMILTON PL BLVD CHATTANOOGA TN 37421-6000 |

| 2.147. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 356 | |
| | **Nature of debtor's interest** | LESSEE | CBL |
| | **State the term remaining** | 01/31/21 | CBL AND ASSOCIATES MANAGEMENT INC |
| | **List the contract number of any government contract** | | BRANDON BARRY CBL CTR STE 500 2030 HAMILTON PL BLVD CHATTANOOGA TN 37421-6000 |

| 2.148. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 360 | |
| | **Nature of debtor's interest** | LESSEE | CBL |
| | **State the term remaining** | 01/31/23 | G AND I VIII CBL TTC LLC CBL AND ASSOCIATES MANAGEMENT INC |
| | **List the contract number of any government contract** | | CBL CTR 2030 HAMILTON PL BLVD STE 500 CHATTANOOGA TN 37421 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.149.**    **Title of contract**            REAL PROPERTY LEASE          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        RETAIL LEASE - STORE # 361

   **Nature of debtor's interest**        LESSEE

   **State the term remaining**        03/31/25          CBL
                                    CBL AND ASSOCIATES
   **List the contract number of any government contract** _____        MANAGEMENT INC
                                    BRANDON BARRY
                                    CBL CTR STE 500
                                    2030 HAMILTON PL BLVD
                                    CHATTANOOGA TN 37421-6000

**2.150.**    **Title of contract**            REAL PROPERTY LEASE          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        RETAIL LEASE - STORE # 362

   **Nature of debtor's interest**        LESSEE

   **State the term remaining**        01/31/21          CBL
                                    CBL AND ASSOCIATES
   **List the contract number of any government contract** _____        MANAGEMENT INC
                                    BRANDON BARRY
                                    CBL CTR STE 500
                                    2030 HAMILTON PL BLVD
                                    CHATTANOOGA TN 37421-6000

**2.151.**    **Title of contract**            REAL PROPERTY LEASE          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        RETAIL LEASE - STORE # 364

   **Nature of debtor's interest**        LESSEE

   **State the term remaining**        01/31/21          CBL
                                    JEFFERSON MALL CMBS LLC
   **List the contract number of any government contract** _____        CBL AND ASSOCIATES
                                    MANAGEMENT INC
                                    GENERAL MANAGER
                                    4801/302 OUTER LOOP
                                    LOUISVILLE KY 40219-3299

**2.152.**    **Title of contract**            REAL PROPERTY LEASE          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        RETAIL LEASE - STORE # 421

   **Nature of debtor's interest**        LESSEE

   **State the term remaining**        01/31/22          CBL
                                    PARKWAY PLACE LIMITED
   **List the contract number of any government contract** _____        PARTNERSHIP
                                    CBL AND ASSOCIATES
                                    MANAGEMENT INC
                                    CBL CTR STE 500
                                    2030 HAMILTON PL BLVD
                                    CHATTANOOGA TN 37421-6000

**2.153.**    **Title of contract**            REAL PROPERTY LEASE          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        RETAIL LEASE - STORE # 427

   **Nature of debtor's interest**        LESSEE

   **State the term remaining**        01/31/20          CBL
                                    YORK GALLERIA LIMITED
   **List the contract number of any government contract** _____        PARTNERSHIP
                                    CBL AND ASSOCIATES
                                    MANAGEMENT INC
                                    PROPERTY ACCOUNTS MANAGER
                                    ONE YORK GALLERIA
                                    YORK PA 17402

Debtor    **Charlotte Russe, Inc.**                                                                            Case number *(if known)* **19-10214**

**2.154.**    **Title of contract**                REAL PROPERTY LEASE                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        RETAIL LEASE - STORE # 430

   **Nature of debtor's interest**        LESSEE

   **State the term remaining**        01/31/21                                           CBL
                                                                                          CBL AND ASSOCIATES
                                                                                          MANAGEMENT INC
   **List the contract number of any government contract**        _____        BRANDON BARRY
                                                                                          CBL CTR STE 500
                                                                                          2030 HAMILTON PL BLVD
                                                                                          CHATTANOOGA TN 37421-6000

**2.155.**    **Title of contract**                REAL PROPERTY LEASE                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        RETAIL LEASE - STORE # 474

   **Nature of debtor's interest**        LESSEE                                           CBL
                                                                                          CBL AND ASSOCIATES
   **State the term remaining**        01/31/21                                           MANAGEMENT INC
                                                                                          BRANDON BARRY
   **List the contract number of any government contract**        _____        CBL CTR STE 500
                                                                                          2030 HAMILTON PL BLVD
                                                                                          CHATTANOOGA TN 37421-6000

**2.156.**    **Title of contract**                REAL PROPERTY LEASE                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        RETAIL LEASE - STORE # 487

   **Nature of debtor's interest**        LESSEE                                           CBL
                                                                                          CBL AND ASSOCIATES
   **State the term remaining**        01/31/21                                           MANAGEMENT INC
                                                                                          BRANDON BARRY
   **List the contract number of any government contract**        _____        CBL CTR STE 500
                                                                                          2030 HAMILTON PL BLVD
                                                                                          CHATTANOOGA TN 37421-6000

**2.157.**    **Title of contract**                REAL PROPERTY LEASE                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        RETAIL LEASE - STORE # 495

   **Nature of debtor's interest**        LESSEE                                           CBL
                                                                                          CBL AND ASSOCIATES
   **State the term remaining**        01/31/24                                           MANAGEMENT INC
                                                                                          BRANDON BARRY
   **List the contract number of any government contract**        _____        CBL CTR STE 500
                                                                                          2030 HAMILTON PL BLVD
                                                                                          CHATTANOOGA TN 37421-6000

**2.158.**    **Title of contract**                REAL PROPERTY LEASE                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        RETAIL LEASE - STORE # 500

   **Nature of debtor's interest**        LESSEE                                           CBL
                                                                                          CBL AND ASSOCIATES
   **State the term remaining**        05/31/24                                           MANAGEMENT INC
                                                                                          BRANDON BARRY
   **List the contract number of any government contract**        _____        CBL CTR STE 500
                                                                                          2030 HAMILTON PL BLVD
                                                                                          CHATTANOOGA TN 37421-6000

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.159.**  **Title of contract**              REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 505

**Nature of debtor's interest**    LESSEE                                    CBL
                                                                              CENTRO WEST PARK LLC
**State the term remaining**    01/31/20                                      LEGAL DEPT
                                                                              TWO TOWER BRIDGE 1 FAYETTE ST
**List the contract number of any government contract**    _____        CONSHOHOCKEN PA 19428

**2.160.**  **Title of contract**              REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 511

**Nature of debtor's interest**    LESSEE                                    CBL
                                                                              CBL AND ASSOCIATES
**State the term remaining**    01/31/22                                      MANAGEMENT INC
                                                                              BRANDON BARRY
**List the contract number of any government contract**    _____        CBL CTR STE 500
                                                                              2030 HAMILTON PL BLVD
                                                                              CHATTANOOGA TN 37421-6000

**2.161.**  **Title of contract**              REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 545

**Nature of debtor's interest**    LESSEE                                    CBL
                                                                              CBL AND ASSOCIATES
**State the term remaining**    01/31/23                                      MANAGEMENT INC
                                                                              BRANDON BARRY
**List the contract number of any government contract**    _____        CBL CTR STE 500
                                                                              2030 HAMILTON PL BLVD
                                                                              CHATTANOOGA TN 37421-6000

**2.162.**  **Title of contract**              REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 704

**Nature of debtor's interest**    LESSEE                                    CBL
                                                                              CBL AND ASSOCIATES
**State the term remaining**    01/31/24                                      MANAGEMENT INC
                                                                              BRANDON BARRY
**List the contract number of any government contract**    _____        CBL CTR STE 500
                                                                              2030 HAMILTON PL BLVD
                                                                              CHATTANOOGA TN 37421-6000

**2.163.**  **Title of contract**              REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 705

**Nature of debtor's interest**    LESSEE                                    CBL
                                                                              CBL AND ASSOCIATES
**State the term remaining**    01/31/24                                      MANAGEMENT INC
                                                                              BRANDON BARRY
**List the contract number of any government contract**    _____        CBL CTR STE 500
                                                                              2030 HAMILTON PL BLVD
                                                                              CHATTANOOGA TN 37421-6000

Debtor  **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.164.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 706 |
| **Nature of debtor's interest** | LESSEE |
| **State the term remaining** | 01/31/24 | CBL
| **List the contract number of any government contract** | _____ | CBL AND ASSOCIATES MANAGEMENT INC BRANDON BARRY CBL CTR STE 500 2030 HAMILTON PL BLVD CHATTANOOGA TN 37421-6000

**2.165.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 709 |
| **Nature of debtor's interest** | LESSEE |
| **State the term remaining** | 01/31/24 | CBL
| **List the contract number of any government contract** | _____ | CBL AND ASSOCIATES MANAGEMENT INC BRANDON BARRY CBL CTR STE 500 2030 HAMILTON PL BLVD CHATTANOOGA TN 37421-6000

**2.166.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 761 |
| **Nature of debtor's interest** | LESSEE |
| **State the term remaining** | 07/31/24 | CBL
| **List the contract number of any government contract** | _____ | CBL AND ASSOCIATES MANAGEMENT INC BRANDON BARRY CBL CTR STE 500 2030 HAMILTON PL BLVD CHATTANOOGA TN 37421-6000

**2.167.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 769 |
| **Nature of debtor's interest** | LESSEE |
| **State the term remaining** | 07/31/25 | CBL
| **List the contract number of any government contract** | _____ | CBL AND ASSOCIATES MANAGEMENT INC BRANDON BARRY CBL CTR STE 500 2030 HAMILTON PL BLVD CHATTANOOGA TN 37421-6000

**2.168.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 796 |
| **Nature of debtor's interest** | LESSEE |
| **State the term remaining** | 01/31/26 | CBL
| **List the contract number of any government contract** | _____ | SLIDELL DEVELOPMENT CO LLC STIRLING PROPERTIES G TOWNSEND UNDERHILL IV SR 109 NORTHPARK BLVD STE 300 COVINGTON LA 70433

Debtor **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.169. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 255 | |
| | **Nature of debtor's interest** | LESSEE | CBRE, INC |
| | **State the term remaining** | 01/31/22 | OAKLAND MALL LLC |
| | **List the contract number of any government contract** | | 39577 WOODWARD AVE STE 220 BLOOMFIELD HILLS MI 48304 |

| 2.170. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 260 | |
| | **Nature of debtor's interest** | LESSEE | CBRE, INC |
| | **State the term remaining** | 01/31/20 | VALLE VISTA MALL MANAGEMENT OFFICE |
| | **List the contract number of any government contract** | | 2020 S EXPWY 83 HARLINGEN TX 78552 |

| 2.171. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 10 | |
| | **Nature of debtor's interest** | LESSEE | CENTENNIAL |
| | **State the term remaining** | 01/31/25 | MAINPLACE SHOPPINGTOWN LLC CHIEF OPERATING OFFICER |
| | **List the contract number of any government contract** | | C/O CENTENNIAL REAL ESTATE MANAGEMENT LLC 8750 NORTH CENTRAL EXPWY STE 1740 DALLAS TX 75231 |

| 2.172. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 120 | |
| | **Nature of debtor's interest** | LESSEE | CENTENNIAL |
| | **State the term remaining** | 01/31/24 | FOX VALLEY MALL LLC CENTENNIAL REAL ESTATE MANAGEMENT LLC |
| | **List the contract number of any government contract** | | CHIEF OPERATING OFFICER 8750 NORTH CENTRAL EXPWY STE 1740 DALLAS TX 75231 |

| 2.173. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 280 | |
| | **Nature of debtor's interest** | LESSEE | CENTENNIAL |
| | **State the term remaining** | 02/28/19 | HAWTHORN LP CENTENNIAL REAL ESTATE MANAGEMENT LLC |
| | **List the contract number of any government contract** | | CHIEF OPERATING OFFICER 8750 N CENTRAL EXPWY STE 1740 DALLAS TX 75231 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.174.**   **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

          **State what the contract or lease is for**         RETAIL LEASE - STORE # 287

          **Nature of debtor's interest**      LESSEE

          **State the term remaining**         03/31/25                               CENTENNIAL
                                                                                    THE CONNECTICUT POST LIMITED
          **List the contract number of any government contract**   _____   PARTNERSHIP
                                                                                    CENTENNIAL REAL ESTATE
                                                                                    MANAGEMENT LLC
                                                                                    CHIEF OPERATING OFFICER
                                                                                    8750 NORTH CENTRAL EXPWY
                                                                                    DALLAS TX 75231

**2.175.**   **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

          **State what the contract or lease is for**         RETAIL LEASE - STORE # 470

          **Nature of debtor's interest**      LESSEE                                CENTENNIAL
                                                                                    US CENTENNIAL VANCOUVER
          **State the term remaining**         01/31/20                               MALL LLC
                                                                                    CENTENNIAL REAL ESTATE
          **List the contract number of any government contract**   _____   MANAGEMENT LLC
                                                                                    CHIEF OPERATING OFFICER
                                                                                    8750 NORTH CENTRAL EXPWY STE
                                                                                    1740
                                                                                    DALLAS TX 75231

**2.176.**   **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

          **State what the contract or lease is for**         RETAIL LEASE - STORE # 710

          **Nature of debtor's interest**      LESSEE                                CENTENNIAL
                                                                                    RENAISSANCE PARTNERS I LLC
          **State the term remaining**         01/31/24                               CENTENNIAL REAL ESTATE
                                                                                    MANAGEMENT LLC
          **List the contract number of any government contract**   _____   CHIEF OPERATING OFFICER
                                                                                    8750 NORTH CENTRAL EXPWY STE
                                                                                    1740
                                                                                    DALLAS TX 75231

**2.177.**   **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

          **State what the contract or lease is for**         RETAIL LEASE - STORE # 710

          **Nature of debtor's interest**      LESSEE                                CENTENNIAL
                                                                                    PUEBLO MALL
          **State the term remaining**         01/31/24                               GENERAL MANAGER
                                                                                    3429 DILLON DR
          **List the contract number of any government contract**   _____   PUEBLO CO 81008

**2.178.**   **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

          **State what the contract or lease is for**         RETAIL LEASE - STORE # 735

          **Nature of debtor's interest**      LESSEE                                CENTERGY RETAIL
                                                                                    THE FOUNTAINS AT FARAH LP
          **State the term remaining**         01/31/24                               CENTERGY RETAIL LLC
                                                                                    WEST MILLER
          **List the contract number of any government contract**   _____   8235 DOUGLAS AVE STE 900
                                                                                    DALLAS TX 75225

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.179. | Title of contract | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 422 | |
| | Nature of debtor's interest | LESSEE | CENTRECORP |
| | State the term remaining | 01/31/20 | CENTRECORP MANAGEMENT SVC LLLP |
| | List the contract number of any government contract | | VICEPRESIDENT PROPERTY MANAGEMENT 2851 JOHN ST STE 1 MARKHAM ON L3R 5R7 CANADA |

| 2.180. | Title of contract | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FINANCING AGREEMENT | |
| | Nature of debtor's interest | GUARANTOR | CHARLOTTE RUSSE ADMINISTRATION, INC. |
| | State the term remaining | | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 |
| | List the contract number of any government contract | | |

| 2.181. | Title of contract | MANAGEMENT & ADMINISTRATIVE SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MANAGEMENT AND SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | CHARLOTTE RUSSE ADMINISTRATION, INC. |
| | State the term remaining | DATED JANUARY 28, 2012 | 575 FLORIDA STREET SAN FRANCISCO CA 94110 |
| | List the contract number of any government contract | | |

| 2.182. | Title of contract | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FINANCING AGREEMENT | |
| | Nature of debtor's interest | GUARANTOR | CHARLOTTE RUSSE HOLDING, INC. |
| | State the term remaining | | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 |
| | List the contract number of any government contract | | |

| 2.183. | Title of contract | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FINANCING AGREEMENT | |
| | Nature of debtor's interest | GUARANTOR | CHARLOTTE RUSSE HOLDING, INC. |
| | State the term remaining | | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 |
| | List the contract number of any government contract | | |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.184.** | **Title of contract** | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | FINANCING AGREEMENT |
| **Nature of debtor's interest** | GUARANTOR | CHARLOTTE RUSSE HOLDING, INC.
| **State the term remaining** | | 5910 PACIFIC CENTER BLVD
| **List the contract number of any government contract** | | SAN DIEGO CA 92121

**2.185.** | **Title of contract** | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | FINANCING AGREEMENT |
| **Nature of debtor's interest** | GUARANTOR | CHARLOTTE RUSSE HOLDING, INC.
| **State the term remaining** | | 5910 PACIFIC CENTER BLVD
| **List the contract number of any government contract** | | SAN DIEGO CA 92121

**2.186.** | **Title of contract** | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | FINANCING AGREEMENT |
| **Nature of debtor's interest** | GUARANTOR | CHARLOTTE RUSSE MERCHANDISING, INC.
| **State the term remaining** | | 5910 PACIFIC CENTER BLVD
| **List the contract number of any government contract** | | SAN DIEGO CA 92121

**2.187.** | **Title of contract** | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | FINANCING AGREEMENT |
| **Nature of debtor's interest** | GUARANTOR | CHARLOTTE RUSSE MERCHANDISING, INC.
| **State the term remaining** | | 5910 PACIFIC CENTER BLVD
| **List the contract number of any government contract** | | SAN DIEGO CA 92121

**2.188.** | **Title of contract** | SALES & DISTRIBUTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | SALES & DISTRIBUTIONS |
| **Nature of debtor's interest** | CONTRACT PARTY | CHARLOTTE RUSSE MERCHANDISING, INC.
| **State the term remaining** | DATED JANUARY 28, 2012 | 575 FLORIDA STREET
| **List the contract number of any government contract** | | SAN FRANCISCO CA 94110

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.189.**  **Title of contract**                  REAL PROPERTY LEASE                        State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
unexpired lease

**State what the contract or**       RETAIL LEASE - STORE # 7008
**lease is for**

**Nature of debtor's interest**      LESSEE                                    CHESTNUT STREET PROPERTIES
MARK BORSUK INC
**State the term remaining**         _____      1626 VALLEJO ST
SAN FRANCISCO CA 94123
**List the contract number of**      _____
**any government contract**

**2.190.**  **Title of contract**                  INTERNATIONAL PACKAGE INSURANCE POLICY NO. PST     State the name and mailing address
62 313 6940                                for all other parties with whom the
debtor has an executory contract or
**State what the contract or**       INSURANCE                                 unexpired lease
**lease is for**

**Nature of debtor's interest**      INSURED                                   CONTINENTAL INS. CO. (CNA)
1455 FRAZEE RAOD
**State the term remaining**         1/31/2020                                 # 508
SAN DIEGO CA 92108
**List the contract number of**      _____
**any government contract**

**2.191.**  **Title of contract**                  SERVICES AGREEMENT                        State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
**State what the contract or**       COR-O-VAN AGREEMENT FOR SERVICES (RECORDS  unexpired lease
**lease is for**                     MANAGEMENT)

**Nature of debtor's interest**      CONTRACT PARTY                            CORODATA RECORDS
MANAGEMENT, INC.
**State the term remaining**         _____      PO BOX 842638
LOS ANGELES CA 90084-2638
**List the contract number of**      _____
**any government contract**

**2.192.**  **Title of contract**                  SERVICES AGREEMENT                        State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
**State what the contract or**       CSC SERVICE OF PROCESS (LEGAL NOTICING     unexpired lease
**lease is for**                     SERVICE)

**Nature of debtor's interest**      CONTRACT PARTY                            CORPORATION SERVICE
COMPANY
**State the term remaining**         _____      P.O BOX 13397
PHILADELPHIA PA 19101-3397
**List the contract number of**      _____
**any government contract**

**2.193.**  **Title of contract**                  SERVICES AGREEMENT                        State the name and mailing address
for all other parties with whom the
debtor has an executory contract or
**State what the contract or**       OMNI ENGINEERING CONTRACT- JIRA CLOUD USERS unexpired lease
**lease is for**

**Nature of debtor's interest**      CONTRACT PARTY                            CPRIME, INC
4100 E 3RD AVE STE 205
**State the term remaining**         _____      FOSTER CITY CA 94404

**List the contract number of**      _____
**any government contract**

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.194. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 723 | |
| | **Nature of debtor's interest** | LESSEE | CRAIG REALTY |
| | **State the term remaining** | 07/31/23 | CRAIG REALTY GROUP CASTLE ROCK LLC |
| | **List the contract number of any government contract** | _____ | LEASE ADMINISTRATION AND GENERAL COUNSEL 4100 MACARTHUR BLVD STE 200 NEWPORT BEACH CA 92660 |

| 2.195. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SERVICE AGREEMENT CONTRACT - ANNUAL SOFTWARE ASSURANCE AND HARDWARE SUPPORT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CROSSPOINT NETWORK SOLUTIONS, INC |
| | **State the term remaining** | _____ | 28355 INDUSTRY DR UNIT 422 VALENCIA CA 91355 |
| | **List the contract number of any government contract** | _____ | |

| 2.196. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 399 | |
| | **Nature of debtor's interest** | LESSEE | CUSHMAN AND WAKEFIELD |
| | **State the term remaining** | 01/31/20 | CREFII SILVER CITY LLC 411 WEST PUTNAM AVE STE 425 |
| | **List the contract number of any government contract** | _____ | GREENWICH CT 06830 |

| 2.197. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 399 | |
| | **Nature of debtor's interest** | LESSEE | CUSHMAN AND WAKEFIELD |
| | **State the term remaining** | 01/31/20 | JONES LANG LASALLE AMERICAS INC |
| | **List the contract number of any government contract** | _____ | PRESIDENT AND CEO RETAIL 3344 PEACHTREE RD STE 1100 ATLANTA GA 30326 |

| 2.198. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 399 | |
| | **Nature of debtor's interest** | LESSEE | CUSHMAN AND WAKEFIELD |
| | **State the term remaining** | 01/31/20 | SILVER CITY GALLERIA GENERAL MANAGER |
| | **List the contract number of any government contract** | _____ | 2 GALLERIA MALL DR TAUNTON MA 02780 |

Debtor    **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.199. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CYBERSOURCE PAYMENT SOLUTIONS AGREEMENT FOR PAYMENT PROCESSING & DECISION MANAGEMENT (FRAUD) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CYBERSOURCE CORPORATION POST OFFICE BOX 8999 SAN FRANCISCO CA 94128 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.200. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MARK MAGIC LABELS ANNUAL SUPPORT RENEWAL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CYBRA CORPORATION 28 WELLS AVENUE YONKERS NY 10701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.201. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 214 | |
| | **Nature of debtor's interest** | LESSEE | CYPRESS EQUITIES CAPREF LLOYD II LLC LEASE ADMINISTRATION 2201 LLOYD CTR PORTLAND OR 97232 |
| | **State the term remaining** | 01/31/23 | |
| | **List the contract number of any government contract** | | |

| 2.202. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 226 | |
| | **Nature of debtor's interest** | LESSEE | CYPRESS EQUITIES CYPRESS FLAGSTAFF MALL LP ASSET MANAGER 8343 DOUGLAS AVE STE 200 DALLAS TX 75225 |
| | **State the term remaining** | 12/31/19 | |
| | **List the contract number of any government contract** | | |

| 2.203. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MASTER SERVICES AGREEMENT AND SOW | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DCKAP INC 3728 ATLANTIC AVENUE LONG BEACH CA 90807 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| 2.204. | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 84 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 02/28/19 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DDR
DDR DEL SOL LLC SE
EXECUTIVE VICE PRESIDENT
LEASING
3300 ENTERPRISE PKWY
BEACHWOOD OH 44122

| | | |
|---|---|---|
| 2.205. | **Title of contract** | SERVICES AGREEMENT |
| | **State what the contract or lease is for** | CLOUD & INFRA - MOTOROLA - DEPOT SERVICE |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DECISIONPOINT SYSTEMS, INC
(DEPOT SERVICE)
PO BOX 51480
LOS ANGELES CA 90051-6311

| | | |
|---|---|---|
| 2.206. | **Title of contract** | SERVICES AGREEMENT |
| | **State what the contract or lease is for** | CLOUD & INFRA - MOTOROLA - ZEBRA EVM, ONECARE SERVICE |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DECISIONPOINT SYSTEMS, INC
(ZEBRA EVM, ONECARE SERVICE)
PO BOX 51480
LOS ANGELES CA 90051-6311

| | | |
|---|---|---|
| 2.207. | **Title of contract** | DISTRIBUTION AGREEMENT |
| | **State what the contract or lease is for** | DDS STORES SUPPLIES DISTRIBUTION AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DIVERSIFIED DISTRIBUTION
SYSTEMS INC. (BUNZL)
7351 BOONE AVE N
BROOKLYN PARK MN 55428

| | | |
|---|---|---|
| 2.208. | **Title of contract** | SERVICES AGREEMENT |
| | **State what the contract or lease is for** | MASTER SERVICES AGREEMENT & ORDER FORM |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

DOCSIGN, INC
221 MAIN STREET
SUITE 1000
SAN FRANCISCO CA 94105

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**2.209.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 405 |
| **Nature of debtor's interest** | LESSEE | DOS LAGOS CRN LLC
| **State the term remaining** | MONTH TO MONTH | PROPERTY MANAGER
| **List the contract number of any government contract** | _____ | THE SHOPS AT DOS LAGOS - 2780 CABOT DR STE 140 CORONA CA 92883

**2.210.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 405 |
| **Nature of debtor's interest** | LESSEE | DOS LAGOS CRN LLC
| **State the term remaining** | MONTH TO MONTH | EQUIMAX MANAGEMENT TONY NAMVAR
| **List the contract number of any government contract** | _____ | 3415 SSEPULVEDA BLVD STE 400 LOS ANGELES CA 90034

**2.211.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 405 |
| **Nature of debtor's interest** | LESSEE | DOS LAGOS CRN LLC
| **State the term remaining** | MONTH TO MONTH | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
| **List the contract number of any government contract** | _____ | DAVID A SWARTZ ESQ 2049 CENTURY PK EAST STE 2700 LOS ANGELES CA 90067

**2.212.** | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | UNCLAIMED PROPERTY SOFTWARE |
| **Nature of debtor's interest** | CONTRACT PARTY | EAGLE TECHNOLOGY MANAGEMENT
| **State the term remaining** | _____ | PO BOX 11100
| **List the contract number of any government contract** | _____ | CEDAR RAPIDS IA 52410-1100

**2.213.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 516 |
| **Nature of debtor's interest** | LESSEE | EASTRIDGE MALL ACQUISITION LLC
| **State the term remaining** | 01/31/19 | WEA EASTRIDGE LP LEGAL DEPT
| **List the contract number of any government contract** | _____ | 11601 WILSHIRE BLVD 11TH FL LOS ANGELES CA 90025

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.214. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 760 | |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 01/31/25 | EQUITY ONE, INC<br>DALY CITY SERRAMONTE CENTER LLC<br>REGENCY CENTERS CORP<br>LEGAL DEPARTMENT<br>INDEPENDENT DR STE 114<br>JACKSONVILLE FL 32202-5019 |
| | List the contract number of any government contract | | |

| 2.215. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LAWSON REPORTING TOOLKIT ANNUAL MAINTENANCE | |
| | Nature of debtor's interest | CONTRACT PARTY | ERP ACCESSORIES LLC |
| | State the term remaining | | 13570 GROVE DRIVE #363<br>MAPLE GROVE MN 55311 |
| | List the contract number of any government contract | | |

| 2.216. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 322 | |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 01/31/19 | ESPLANADE REALTY, LP<br>ESPLANADE MALL REALTY HOLDING LLC<br>1010 NORTHERN BLVD STE 212<br>GREAT NECK NY 11021 |
| | List the contract number of any government contract | | |

| 2.217. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 768 | |
| | Nature of debtor's interest | LESSEE | EWB DEVELOPMENT<br>VP-COMMERCIAL AND INDUSTRIAL REAL ESTATE TRCC |
| | State the term remaining | 01/31/25 | |
| | List the contract number of any government contract | | ROCK OUTLET CENTER LLC TEJON INDUSTRIAL CORP<br>GENERAL COUNSEL VP<br>4436 LEBEC RD<br>LEBEC CA 93243 |

| 2.218. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 768 | |
| | Nature of debtor's interest | LESSEE | EWB DEVELOPMENT<br>ROCKEFELLER GROUP DEVELOPMENT CORP |
| | State the term remaining | 01/31/25 | 4 PK PLZ STE 840 |
| | List the contract number of any government contract | | IRVINE CA 92614 |

Debtor  **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

---

**2.219.**  **Title of contract**        REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        RETAIL LEASE - STORE # 725

**Nature of debtor's interest**        LESSEE

**State the term remaining**        05/31/24                                FEDERAL REALTY
                                                                           STREET RETAIL INC
**List the contract number of any government contract** _____        FEDERAL REALTY INVESTMENT TRUST
                                                                           LEGAL DEPARTMENT
                                                                           1626 EAST JEFFERSON ST
                                                                           ROCKVILLE MD 20852-4041

---

**2.220.**  **Title of contract**        SERVICES AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        FEEDFM CLIENT ORDER FORM

**Nature of debtor's interest**        CONTRACT PARTY                        FEED MEDIA INC.
                                                                           845 MARKET ST.
**State the term remaining** _____                                STE 450
                                                                           SAN FRANCISCO CA 94103
**List the contract number of any government contract** _____

---

**2.221.**  **Title of contract**        REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        RETAIL LEASE - STORE # 173

**Nature of debtor's interest**        LESSEE                                FEIL
                                                                           NORTH RIVERSIDE PARK
**State the term remaining**        01/31/20                                ASSOCIATES
                                                                           GENERAL MANAGER
**List the contract number of any government contract** _____        7501 WEST CERMAK RD
                                                                           NORTH RIVERSIDE IL 60546

---

**2.222.**  **Title of contract**        REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        RETAIL LEASE - STORE # 553

**Nature of debtor's interest**        LESSEE                                FFO
                                                                           LVP ST AUGUSTINE OUTLETS LLC
**State the term remaining**        01/31/19                                LEASE ADMINISTRATION
                                                                           1985 CEDAR BRIDGE AVE STE 1
**List the contract number of any government contract** _____        LAKEWOOD NJ 08701

---

**2.223.**  **Title of contract**        REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**        RETAIL LEASE - STORE # 731

**Nature of debtor's interest**        LESSEE                                FINARD PROPERTIES
                                                                           LBCMT 2007C3 DORSET STREET
**State the term remaining**        01/31/24                                LLC
                                                                           KEYPOINT PARTNERS
**List the contract number of any government contract** _____        PROPERTY MANAGER
                                                                           155 DORSET ST
                                                                           SOUTH BURLINGTON VT 05403

---

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

2.224.    **Title of contract**                SERVICES AGREEMENT                      State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**       FIREOWLS MANAGED SERVICES STATEMENT OF   debtor has an executory contract or
          **lease is for**                     WORK/SILVER PEAK                         unexpired lease

          **Nature of debtor's interest**      CONTRACT PARTY                          FIREOWLS CORPORATION
                                                                                        16755 VON KARMAN AVENUE
          **State the term remaining**         _____             SUITE 200
                                                                                        IRVINE CA 92606
          **List the contract number of**      _____
          **any government contract**

2.225.    **Title of contract**                REAL PROPERTY LEASE                     State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**       SAN DIEGO OFFICE LEASE - LOCATION 1260  debtor has an executory contract or
          **lease is for**                                                             unexpired lease

          **Nature of debtor's interest**      LESSEE                                  G AND I VIII SORRENTO LP
                                                                                        CYPRESS ASSET MANAGEMENT
          **State the term remaining**         _____             INC
                                                                                        RON LACK
          **List the contract number of**      _____             10650 TREENA ST STE 109
          **any government contract**                                                  SAN DIEGO CA 92131

2.226.    **Title of contract**                REAL PROPERTY LEASE                     State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**       RETAIL LEASE - STORE # 392              debtor has an executory contract or
          **lease is for**                                                             unexpired lease

          **Nature of debtor's interest**      LESSEE                                  GUMBERG
                                                                                        SOUTHLAND MALL PROPERTIES
          **State the term remaining**         01/31/24                                LLC
                                                                                        GUMBERG ASSET MANAGEMENT
          **List the contract number of**      _____             CORP
          **any government contract**                                                  LEGAL DEPARTMENT
                                                                                        3200 NORTH FEDERAL HIGHWAY
                                                                                        FT. LAUDERDALE FL 33306

2.227.    **Title of contract**                REAL PROPERTY LEASE                     State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**       RETAIL LEASE - STORE # 759              debtor has an executory contract or
          **lease is for**                                                             unexpired lease

          **Nature of debtor's interest**      LESSEE                                  HARLEM IRVING
                                                                                        FOREST HARLEM IRVING LIMITED
          **State the term remaining**         06/30/24                                PARTNERSHIP
                                                                                        THE HARLEM IRVING COMPANIES
          **List the contract number of**      _____             INC
          **any government contract**                                                  GENERAL MANAGER
                                                                                        4104 NORTH HARLEM AVE
                                                                                        NORRIDGE IL 60706

2.228.    **Title of contract**                SERVICES AGREEMENT                      State the name and mailing address
                                                                                        for all other parties with whom the
          **State what the contract or**       AGREEMENT FOR GROUP HEALTH PLAN - HAWAII debtor has an executory contract or
          **lease is for**                     MEDICAL BENEFITS                        unexpired lease

          **Nature of debtor's interest**      CONTRACT PARTY                          HAWAII MEDICAL SERVICE ASSOC.
                                                                                        818 KEEAUMOKU ST.
          **State the term remaining**         _____             PO BOX 860
                                                                                        HONOLULU HI 96808-0860
          **List the contract number of**      _____
          **any government contract**

Debtor **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

---

**2.229.** | **Title of contract** | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | CLOUD & INFRA - MESSENGERPLUS |
| **Nature of debtor's interest** | CONTRACT PARTY | HELPSYSTEMS LLC
| **State the term remaining** | | 6455 CITY WEST PARKWAY
| **List the contract number of any government contract** | | EATON PRAIRIE MN 55344

**2.230.** | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 419 |
| **Nature of debtor's interest** | LESSEE | HENDON PROPERTIES
| **State the term remaining** | 04/30/20 | KDI ATHENS MALL LLC
| **List the contract number of any government contract** | | HENDON PROPERTIES LLC
| | | J CHARLES HENDON JR
| | | 3445 PEACHTREE RD STE 465
| | | ATLANTA GA 30326

**2.231.** | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 419 |
| **Nature of debtor's interest** | LESSEE | HENDON PROPERTIES
| **State the term remaining** | 04/30/20 | GEORGIA SQUAREKDI ATHENS MALL LLC
| **List the contract number of any government contract** | | GENERAL MANAGER
| | | 3700 ATLANTA HIGHWAY STE 212
| | | ATHENS GA 30606

**2.232.** | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 729 |
| **Nature of debtor's interest** | LESSEE | HINES
| **State the term remaining** | 01/31/24 | PINEBILL MARKETS OPERATING LLC
| **List the contract number of any government contract** | | GENESIS REAL ESTATE ADVISERS LLC
| | | R STEPHENS TART JR MANAGING DIRECTOR
| | | 800 MT VERNON HIGHWAY STE 410
| | | SANDY SPRINGS GA 30328

**2.233.** | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 729 |
| **Nature of debtor's interest** | LESSEE | HINES
| **State the term remaining** | 01/31/24 | SUTHERLAND ASBILL AND BRENNAN LLP
| **List the contract number of any government contract** | | ENRIQUE ANDERSON ESQ
| | | 999 PEACHTREE ST NE STE 2300
| | | ATLANTA GA 30309-3996

Debtor  **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

| 2.234. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGED SERVICES MASTER AGREEMENT - HITACHI CONSULTING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HITACHI CONSULTING CORPORATION P.O. BOX 972980 DALLAS TX 75397 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.235. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 588 | |
| | **Nature of debtor's interest** | LESSEE | HORIZON GROUP EL PASO OUTLET CENTER LLC HORIZON GROUP PROPERTIES INC 5000 HAKES DR STE 500 MUSKEGON MI 49441 |
| | **State the term remaining** | 08/31/22 | |
| | **List the contract number of any government contract** | | |

| 2.236. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 599 | |
| | **Nature of debtor's interest** | LESSEE | HORIZON GROUP ATLANTA OUTLET SHOPPES LLC HORIZON GROUP PROPERTIES LP 5000 HAKES DR STE 500 MUSKEGON MI 49441 |
| | **State the term remaining** | 07/31/23 | |
| | **List the contract number of any government contract** | | |

| 2.237. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 728 | |
| | **Nature of debtor's interest** | LESSEE | HORIZON GROUP BLUEGRASS OUTLET SHOPPES CMBS LLC HORIZON GROUP PROPERTIES LP 5000 HAKES DR STE 500 MUSKEGON MI 49441 |
| | **State the term remaining** | 07/31/24 | |
| | **List the contract number of any government contract** | | |

| 2.238. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 700 | |
| | **Nature of debtor's interest** | LESSEE | HOWARD HUGHES RIVERWALK MARKETPLACE NEW ORLEANS LLC THE HOWARD HUGHES CORP ONE GALLERIA TOWER 22ND FL 13355 NOEL RD DALLAS TX 75240 |
| | **State the term remaining** | 01/31/25 | |
| | **List the contract number of any government contract** | | |

Debtor    **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.239. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 792 | |
| | **Nature of debtor's interest** | LESSEE | HOWARD HUGHES |
| | **State the term remaining** | 06/30/25 | THE SHOPS AT SUMMERLIN NORTH LP GENERAL COUNSEL |
| | **List the contract number of any government contract** | | ONE GALLERIA TOWER 22ND FL 13355 NOEL RD DALLAS TX 75240 |

| 2.240. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 206 | |
| | **Nature of debtor's interest** | LESSEE | HULL PROPERTY GROUP RACINE MALL LLC |
| | **State the term remaining** | 01/31/21 | HULL PROPERTY GROUP LLC 1190 INTERSTATE PKWY |
| | **List the contract number of any government contract** | | AUGUSTA GA 30909 |

| 2.241. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 744 | |
| | **Nature of debtor's interest** | LESSEE | HULL PROPERTY GROUP |
| | **State the term remaining** | 07/31/24 | VICTORIA MALL LP HULL STOREY RETAIL GROUP LLC JAMES M MULL |
| | **List the contract number of any government contract** | | HULL STOREY GIBSON COMPANIES LLC 1190 INTERSTATE PKWY AUGUSTA GA 30909 |

| 2.242. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 754 | |
| | **Nature of debtor's interest** | LESSEE | HULL PROPERTY GROUP |
| | **State the term remaining** | 06/30/24 | HS FLORENCE LLC HULL STOREY RETAIL GROUP JAMES M HULL |
| | **List the contract number of any government contract** | | D/B/A HULL STOREY GIBSON COMPANIES LLC 1190 INTERSTATE PKWY AUGUSTA GA 30909 |

| 2.243. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 147 | |
| | **Nature of debtor's interest** | LESSEE | INDIAN RIVER MALL REALTY HOLDING, LLC |
| | **State the term remaining** | MONTH TO MONTH | MIKE KOHAN INDIAN RIVER MALL REALTY HOLDING LLC |
| | **List the contract number of any government contract** | | 6200 20TH ST RM 471 VERO BEACH FL 32966 |

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.244. | **Title of contract** | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | ANNUAL SUBSCRIPTION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INFOR (US), INC |
| | **State the term remaining** | | 13560 MORRIS RD. SUITE 4100 |
| | **List the contract number of any government contract** | | ALPHARETTA GA 30004 |

| 2.245. | **Title of contract** | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | IBM ORDER MANAGEMENT SERVICE - TRANSACTION DOCUMENT FOR BACKEND & CSR | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INTERNATIONAL BUSINESS MACHINES CORPORATION |
| | **State the term remaining** | | ATTN: REGIONAL COUNSEL 425 MARKET STREET 21ST FLOOR |
| | **List the contract number of any government contract** | | SAN FRANCISCO CA 94105 |

| 2.246. | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 25 | |
| | **Nature of debtor's interest** | LESSEE | INTERNATIONAL GROWTH PROPERTIES |
| | **State the term remaining** | 05/31/23 | MORENO VALLEY MALL HOLDINGLLC |
| | **List the contract number of any government contract** | | MALL MANAGEMENT 22500 TOWN CIR STE 1206 MORENO VALLEY CA 92553 |

| 2.247. | **Title of contract** | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CUSTOMER AGREEMENT FOR RECORDS MANAGEMENT/ STORAGE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | IRON MOUNTAIN INFORMATION MANAGEMENT, INC. |
| | **State the term remaining** | | 6935 FLANDERS DRIVE SAN DIEGO CA 92121 |
| | **List the contract number of any government contract** | | |

| 2.248. | **Title of contract** | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | ISLAND PACIFIC - PEEK MANAGED SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ISLAND PACIFIC SYSTEMS, INC (MONTHLY MAINTENANCE) |
| | **State the term remaining** | | 1940 EAST DEERE AVE SUITE 200 |
| | **List the contract number of any government contract** | | SANTA ANA CA 92705 |

Debtor    **Charlotte Russe, Inc.**                                                                   Case number *(if known)* **19-10214**

**2.249.**    **Title of contract**                     SERVICES AGREEMENT                          State the name and mailing address
                                                                                                    for all other parties with whom the
          **State what the contract or**          ISLAND PACIFIC - PEEK SOFTWARE LICENSE      debtor has an executory contract or
          **lease is for**                         AGREEMENT                                  unexpired lease

          **Nature of debtor's interest**          CONTRACT PARTY                             ISLAND PACIFIC SYSTEMS, INC
                                                                                              (SOFTWARE LICENSE)
          **State the term remaining**             _____          1940 EAST DEERE AVE
                                                                                              SUITE 200
          **List the contract number of**          _____          SANTA ANA CA 92705
          **any government contract**

**2.250.**    **Title of contract**                     REAL PROPERTY LEASE                         State the name and mailing address
                                                                                                    for all other parties with whom the
          **State what the contract or**          RETAIL LEASE - STORE # 418                 debtor has an executory contract or
          **lease is for**                                                                    unexpired lease

          **Nature of debtor's interest**          LESSEE                                     JIM WILSON AND ASSOC
                                                                                              AMERICANNATIONAL INSURANCE
          **State the term remaining**             03/31/20                                   CO
                                                                                              JIM WILSON AND ASSOCIATES INC
          **List the contract number of**          _____          2660 EASTCHASE LN STE 100
          **any government contract**                                                         MONTGOMERY AL 36117

**2.251.**    **Title of contract**                     REAL PROPERTY LEASE                         State the name and mailing address
                                                                                                    for all other parties with whom the
          **State what the contract or**          RETAIL LEASE - STORE # 112                 debtor has an executory contract or
          **lease is for**                                                                    unexpired lease

          **Nature of debtor's interest**          LESSEE                                     JLL
                                                                                              US BANK NATIONAL ASSOCIATION
          **State the term remaining**             01/31/20                                   C-III ASSET MANAGEMENT
                                                                                              MICHELE RAY SR VICE PRESIDENT
          **List the contract number of**          _____          5221 N OCONNOR BLVD STE 800
          **any government contract**                                                         IRVING TX 75039

**2.252.**    **Title of contract**                     REAL PROPERTY LEASE                         State the name and mailing address
                                                                                                    for all other parties with whom the
          **State what the contract or**          RETAIL LEASE - STORE # 160                 debtor has an executory contract or
          **lease is for**                                                                    unexpired lease

          **Nature of debtor's interest**          LESSEE                                     JLL
                                                                                              CAPREF EDEN PRAIRIE LLC
          **State the term remaining**             01/31/20                                   EDEN PRAIRIE ASSET
                                                                                              MANAGEMENT
          **List the contract number of**          _____          8333 DOUGLAS AVE STE 975
          **any government contract**                                                         DALLAS TX 75225

**2.253.**    **Title of contract**                     REAL PROPERTY LEASE                         State the name and mailing address
                                                                                                    for all other parties with whom the
          **State what the contract or**          RETAIL LEASE - STORE # 184                 debtor has an executory contract or
          **lease is for**                                                                    unexpired lease

          **Nature of debtor's interest**          LESSEE                                     JLL
                                                                                              JONES LANG LASALLE AMERICAS
          **State the term remaining**             05/31/25                                   INC
                                                                                              PRESIDENT AND CEO RETAIL
          **List the contract number of**          _____          3344 PEACHTREE RD NE STE 1200
          **any government contract**                                                         ATLANTA GA 30326

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.254. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 204 | |
| | **Nature of debtor's interest** | LESSEE | JLL |
| | **State the term remaining** | 01/31/20 | CIII GECMC05-C1 LAKESIDE MALL CLO C-III ASSET MANAGEMENT LLC |
| | **List the contract number of any government contract** | | ASSET MANAGER 5221 N 0CONNOR BLVD STE 600 IRVING TX 75039 |

| 2.255. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 326 | |
| | **Nature of debtor's interest** | LESSEE | JLL |
| | **State the term remaining** | 01/31/19 | SRMSPE LLC DBA SANTA ROSA MALL |
| | **List the contract number of any government contract** | | RADIANT PARTNERS LLC 145 WEST 45TH ST 10TH FL NEW YORK NY 10036 |

| 2.256. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 438 | |
| | **Nature of debtor's interest** | LESSEE | JLL |
| | **State the term remaining** | 01/31/20 | AMARILLO MALL LLC ASSET MANAGER/WESTGATE MALL |
| | **List the contract number of any government contract** | | 124 JOHNSON FERRY RD NE ATLANTA GA 30328 |

| 2.257. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 472 | |
| | **Nature of debtor's interest** | LESSEE | JLL |
| | **State the term remaining** | 01/31/19 | FORT SMITH MALL PARTNERS LP GREGORY GREENFIELD AND ASSOCIATES |
| | **List the contract number of any government contract** | | ASSET MANAGER/CENTRAL MALL (FORT SRNITH) 124 JOHNSON FERRY RD ATLANTA GA 30328 |

| 2.258. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 587 | |
| | **Nature of debtor's interest** | LESSEE | JLL |
| | **State the term remaining** | 01/31/23 | TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP, COMMERCIAL ASSET MANAGER |
| | **List the contract number of any government contract** | | KAWAIAHAO PLZ 567 SOUTH KING ST STE 200 HONOLULU HI 96813 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.259. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 701 | |
| | **Nature of debtor's interest** | LESSEE | JLL |
| | **State the term remaining** | 01/31/23 | BROADSTONE LAND LLC<br>TRI PROPERTY MANAGEMENT<br>2209 PLZ DR STE 100 |
| | **List the contract number of any government contract** | | ROCKLIN CA 95765 |

| 2.260. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 701 | |
| | **Nature of debtor's interest** | LESSEE | JLL |
| | **State the term remaining** | 01/31/23 | BROADSTONE LAND LLC<br>340 PALLADIO PKWY STE 521<br>FOLSOM CA 95630 |
| | **List the contract number of any government contract** | | |

| 2.261. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 742 | |
| | **Nature of debtor's interest** | LESSEE | JLL |
| | **State the term remaining** | 01/31/25 | QKC MANAGEMENT LLC<br>PACIFIC RETAIL CAPITAL<br>PARTNERS<br>GARY KARL |
| | **List the contract number of any government contract** | | 100 N SEPULVEDA BLVD STE 1925<br>EL SEGUNDO CA 90245 |

| 2.262. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 743 | |
| | **Nature of debtor's interest** | LESSEE | JLL |
| | **State the term remaining** | 01/31/25 | WELLS FARGO BANK NA AS<br>TRUSTEE CSMS 2008CL<br>C-ILL ASSET MANAGEMENT LLC<br>LAURA MCWILIIAMS |
| | **List the contract number of any government contract** | | 5221 N OCONNOR BLVD STE 800<br>IRVING TX 75039 |

| 2.263. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 82 | |
| | **Nature of debtor's interest** | LESSEE | KRAVCO |
| | **State the term remaining** | 01/31/20 | HAMILTON MALL LLC<br>KRAVCO CO LLC<br>LEGAL DEPARTMENT |
| | **List the contract number of any government contract** | | 375 E ELM ST STE 100<br>CONSHOHOCKEN PA 19428-1973 |

Debtor    **Charlotte Russe, Inc.**                                                                Case number *(if known)* **19-10214**

| 2.264. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 144 | |
| | **Nature of debtor's interest** | LESSEE | KRE BROADWAY |
| | **State the term remaining** | 03/31/20 | KRE BROADWAY OWNER LLC MANAGING PRINCIPAL 100 NORTH SEPULVEDA BLVD STE 1925 |
| | **List the contract number of any government contract** | | EL SEGUNDO CA 90245 |

| 2.265. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | KALEDO SOFTWARE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LECTRA USA INC. |
| | **State the term remaining** | | 889 FRANKLIN ROAD SE MARIETTA GA 30067 |
| | **List the contract number of any government contract** | | |

| 2.266. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 108 | |
| | **Nature of debtor's interest** | LESSEE | LERNER ENTERPRISES |
| | **State the term remaining** | 01/31/20 | DULLES TOWN CENTER MALL LLC LEMER CORP LEGAL DEPARTMENT |
| | **List the contract number of any government contract** | | 2000 TOWER OAKS BLVD EIGHTH FL ROCKVILLE MD 20852 |

| 2.267. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ORDER FORM - PROFESSIONAL SERVICES FEE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LEVER, INC |
| | **State the term remaining** | | 155 5TH STREET 6TH FLOOR SAN FRANCISCO CA 94103 |
| | **List the contract number of any government contract** | | |

| 2.268. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LOCK & HARDWARE MANAGED SERVICES & INSTAKEY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LP NETWORK, INC DBA |
| | **State the term remaining** | | 187 BALLARDVALE ST WILMINGTON MA 01887 |
| | **List the contract number of any government contract** | | |

Debtor  **Charlotte Russe, Inc.**                                                      Case number *(if known)* **19-10214**

| 2.269. | **Title of contract** | MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MAINTENANCE AGREEMENTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LP SOFTWARE, INC (MULTIPLE MAINTENANCE SUPPORT AGREEMENTS) |
| | **State the term remaining** | | 7000 W. 111TH ST SUITE 305 |
| | **List the contract number of any government contract** | | WORTH IL 60482 |

| 2.270. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 21 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH MACERICH PROPERTY MANAGEMENT CO LLC |
| | **State the term remaining** | 01/31/23 | LEGAL DEPT AGENT FOR MACERICH |
| | **List the contract number of any government contract** | | LAKEWOOD LP 401 WILSHIRE BLVD STE 700 SANTA MONICA CA 90401 |

| 2.271. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 30 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH ARROWHEAD TOWNE CENTER LLC |
| | **State the term remaining** | 04/30/25 | CENTER MANAGER 7700 W ARROWHEAD TOWNE CTR |
| | **List the contract number of any government contract** | | GLENDALE AZ 85308 |

| 2.272. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 65 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH MACERICH FRESNO LIMITED PARTNERSHIP |
| | **State the term remaining** | 01/31/24 | CENTER MANAGER 4841 NORTH FIRST ST |
| | **List the contract number of any government contract** | | FRESNO CA 93726 |

| 2.273. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 123 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH FLATIRON PROPERTY HOLDING LLC |
| | **State the term remaining** | 07/31/24 | CENTER MANAGER MANAGEMENT OFFICE ONE WEST FLATIRON CIR STE 1083 |
| | **List the contract number of any government contract** | | BROOMFIELD CO 80021 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.274. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 157 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH |
| | **State the term remaining** | 04/30/25 | MACERICH DEPTFORD LLC CENTER MANAGER 1750 DEPTFORD CTR RD |
| | **List the contract number of any government contract** | | DEPTFORD NJ 08096 |

| 2.275. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 221 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH |
| | **State the term remaining** | 01/31/22 | EAST MESA ASSOCIATES 6555 EAST SOUTHEM AVE MESA AR 85206 |
| | **List the contract number of any government contract** | | |

| 2.276. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 304 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH MACERICH BUENAVENTURA |
| | **State the term remaining** | 01/31/22 | LIMITED PARTNERSHIP 401 WILSHIRE BLVD STE 700 PO BOX 2172 |
| | **List the contract number of any government contract** | | SANTA MONICA CA 90407 |

| 2.277. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 310 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH MACERICH STONEWOOD LLC |
| | **State the term remaining** | 07/31/24 | CENTER MANAGER 251 STONEWOOD ST MANAGEMENT OFFICE |
| | **List the contract number of any government contract** | | DOWNEY CA 90241-3934 |

| 2.278. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 347 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH MACERICH VALLEY RIVER CENTER |
| | **State the term remaining** | 07/31/23 | LLC CENTER MANAGER 293 VLY RIVER CTR |
| | **List the contract number of any government contract** | | EUGENE OR 97401 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.279. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 369 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH |
| | **State the term remaining** | 01/31/21 | SDG MACERICH PROPERTIES LP MS MANAGEMENT ASSOCIATES INC |
| | **List the contract number of any government contract** | | NATIONAL CITY CTR 115 W WASHINGTON INDIANAPOLIS IN 46204 |

| 2.280. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 410 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH |
| | **State the term remaining** | 05/31/23 | QUEENS CENTER SPE LLC CENTER MANAGER MANAGEMENT OFFICE 90-15 |
| | **List the contract number of any government contract** | | QUEENS BLVD ELMHURST NY 11373 |

| 2.281. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 440 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH |
| | **State the term remaining** | 01/31/23 | FREEMALL ASSOCIATES LLC CENTER MANAGER STE 1000 3710 RTE 9 |
| | **List the contract number of any government contract** | | FREEHOLD NJ 07728 |

| 2.282. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 444 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH |
| | **State the term remaining** | 01/31/22 | VALLEY STREAM GREEN ACRES LLC MANAGEMENT OFFICE, PROPERTY MANAGER |
| | **List the contract number of any government contract** | | 2034 GREEN ACRES MALL VALLEY STREAM NY 11581 |

| 2.283. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 467 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH |
| | **State the term remaining** | 01/31/22 | WESTCOR SANTAN VILLAGE LLC CENTER MANAGER 11411 NORTH TATUM BLVD |
| | **List the contract number of any government contract** | | PHOENIX AZ 85028 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.284. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 503 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH |
| | **State the term remaining** | 01/31/23 | BROOKLY KINGS PLAZA LLC<br>EXECUTIVE VICE PRESIDENT<br>RETAIL REAL ESTATE |
| | **List the contract number of any government contract** | _____ | 210 RTE 4 EAST<br>PARAMUS NJ 07652 |

| 2.285. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 542 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH |
| | **State the term remaining** | 01/31/25 | TYSONS CORNER HOLDINGS LLC<br>CENTER MANAGER<br>1961 CHAIN BRIDGE RD STE 105 |
| | **List the contract number of any government contract** | _____ | MCLEAN VA 22102-4501 |

| 2.286. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 554 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH |
| | **State the term remaining** | 01/31/21 | DANBURY MALL LLC<br>CENTER MANAGER<br>7 BACKUS AVE |
| | **List the contract number of any government contract** | _____ | DANBURY CT 06810 |

| 2.287. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 570 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH |
| | **State the term remaining** | 01/31/21 | FASHIONS OUTLETS OF NIAGARA LLC<br>THE TALISMAN COMPANIES |
| | **List the contract number of any government contract** | _____ | JAMES SCHLESINGER PRESIDENT<br>4000 PONCE DE LEON BLVD - STE 420<br>CORAL GABLES FL 33146 |

| 2.288. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 726 | |
| | **Nature of debtor's interest** | LESSEE | MACERICH |
| | **State the term remaining** | 06/30/23 | WMAP LLC<br>CENTER MANAGER<br>7119 80TH ST BLDG 8 |
| | **List the contract number of any government contract** | _____ | GLENDALE NY 11385 |

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.289.**   **Title of contract**                    REAL PROPERTY LEASE                    State the name and mailing address
                                                                                            for all other parties with whom the
             **State what the contract or**           RETAIL LEASE - STORE # 755            debtor has an executory contract or
             **lease is for**                                                               unexpired lease

             **Nature of debtor's interest**          LESSEE                                MACERICH
                                                                                            WILTON MALL LLC
             **State the term remaining**             07/31/24                              CENTER MANAGER
                                                                                            3065 RTE 50
             **List the contract number of**          _____             SARATOGA SPRINGS NY 12866
             **any government contract**

**2.290.**   **Title of contract**                    REAL PROPERTY LEASE                    State the name and mailing address
                                                                                            for all other parties with whom the
             **State what the contract or**           RETAIL LEASE - STORE # 766            debtor has an executory contract or
             **lease is for**                                                               unexpired lease

             **Nature of debtor's interest**          LESSEE                                MACERICH
                                                                                            MACERICH SOUTH PLAINS LP
             **State the term remaining**             01/31/25                              CENTER MANAGER
                                                                                            6002 SLIDE RD
             **List the contract number of**          _____             LUBBOCK, TX 79414
             **any government contract**

**2.291.**   **Title of contract**                    REAL PROPERTY LEASE                    State the name and mailing address
                                                                                            for all other parties with whom the
             **State what the contract or**           RETAIL LEASE - STORE # 767            debtor has an executory contract or
             **lease is for**                                                               unexpired lease

             **Nature of debtor's interest**          LESSEE                                MACERICH
                                                                                            MACERICH VICTOR VALLEY LLC
             **State the term remaining**             01/31/25                              CENTER MANAGER
                                                                                            14400 BEAR VLY RD STE 735
             **List the contract number of**          _____             VLCTORVILLE, TX 92392
             **any government contract**

**2.292.**   **Title of contract**                    REAL PROPERTY LEASE                    State the name and mailing address
                                                                                            for all other parties with whom the
             **State what the contract or**           RETAIL LEASE - STORE # 783            debtor has an executory contract or
             **lease is for**                                                               unexpired lease

             **Nature of debtor's interest**          LESSEE                                MACERICH
                                                                                            MACERICH WNTAGE FAIRE
             **State the term remaining**             06/30/25                              LIMITED PARTNERSHIP
                                                                                            CENTER MANAGER
             **List the contract number of**          _____             3401 DALE RD STE 483
             **any government contract**                                                    MODESTO CA 95356

**2.293.**   **Title of contract**                    REAL PROPERTY LEASE                    State the name and mailing address
                                                                                            for all other parties with whom the
             **State what the contract or**           RETAIL LEASE - STORE # 784            debtor has an executory contract or
             **lease is for**                                                               unexpired lease

             **Nature of debtor's interest**          LESSEE                                MACERICH
                                                                                            ARDEN FAIR ASSOCIATES
             **State the term remaining**             01/31/26                              REAL ESTATE
                                                                                            LP 1689 ARDEN WAY STE 1167
             **List the contract number of**          _____             SACRAMENTO CA 95815
             **any government contract**

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.294. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 817 | |
| | Nature of debtor's interest | LESSEE | MACERICH |
| | State the term remaining | 07/31/21 | WM INLAND INVESTORS IV LP |
| | List the contract number of any government contract | | CENTER MANAGER<br>500 INLAND CTR DR<br>SAN BERNARDINO CA 92408 |

| 2.295. | Title of contract | ASSIGNMENT & ASSUMPTION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | PEEK PLATFORM - ASSIGNMENT AND ASSUMPTION AGREEMENT MAGENTO ENTERPRISE EDITION END USER LICENSE AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | MAGENTO, INC. |
| | State the term remaining | | 10451 JEFFERSON BLVD.<br>CULVER CITY CA 90232 |
| | List the contract number of any government contract | | |

| 2.296. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 517 | |
| | Nature of debtor's interest | LESSEE | MALL AT SUMMIT LLC |
| | State the term remaining | 01/31/19 | MS MANAGEMENT ASSOCIATES INC |
| | List the contract number of any government contract | | 225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204-3438 |

| 2.297. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 429 | |
| | Nature of debtor's interest | LESSEE | MALL PROPERTIES INC |
| | State the term remaining | 01/31/25 | MONARCHS SUB LLC |
| | List the contract number of any government contract | | 8640 N DIXON AVE<br>KANSAS CITY MO 64153 |

| 2.298. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 490 | |
| | Nature of debtor's interest | LESSEE | MALL PROPERTIES INC |
| | State the term remaining | 01/31/20 | BAYSHORE TOWN CENTER LLC |
| | List the contract number of any government contract | | STEINER PROPERTIES LLC<br>LEASE ADMINISTRATION<br>4200 REGENT ST STE 210<br>COLUMBUS OH 43219 |

Debtor  **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.299.** | **Title of contract** | SOFTWARE AGREEMENT |
| | **State what the contract or lease is for** | PKMS SOFTWARE LICENSE, SERVICES, SUPPORT AND ENHANCEMENTS AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MANHATTAN ASSOCIATES INC
PO BOX 405696
ATLANTA GA 30384-5696

---

| | | |
|---|---|---|
| **2.300.** | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 202 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/19 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MASON ASSET MANAGEMENT
DESOTO OWNERS LLC
MADISON PROPERTIES USA LLC
3611 14TH AVE STE 552
BROOKLYN NY 11218

---

| | | |
|---|---|---|
| **2.301.** | **Title of contract** | SERVICES AGREEMENT |
| | **State what the contract or lease is for** | SERVICE CONTRACT NO. 18140 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MATSON NAVIGATION COMPANY, INC.
555 12TH STREET
OAKLAND CA 94607

---

| | | |
|---|---|---|
| **2.302.** | **Title of contract** | SERVICES AGREEMENT |
| | **State what the contract or lease is for** | MAINTENANCE & SUPPORT AGREEMENT FOR ODC OPERATIONS |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MATTHEWS INTERNATIONAL
CORPORATION (D/B/A LIGHTNING PICK)
W229 N2510 DUPLAINVILLE ROAD
WAUKESHA WI 53186

---

| | | |
|---|---|---|
| **2.303.** | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 594 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 04/30/24 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MCKINLEY
ALGONQUIN COMMONS
MIDAMERICA ASSET
MANAGEMENT INC
JEAN M ZOERNER
ONE PARKVIEW PLZ 9TH FL
OAKBROOK TERRACE IL 60181

Debtor   **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

**2.304.**   **Title of contract**                INSURANCE AGREEMENT                         State the name and mailing address
                                                                                               for all other parties with whom the
           **State what the contract or**        MCS GLOBAL BENEFITS INSURANCE                debtor has an executory contract or
           **lease is for**                                                                    unexpired lease

           **Nature of debtor's interest**       CONTRACT PARTY                              MCS LIFE INSURANCE CO
                                                                                               EMPLOYER SERVICE UNIT
           **State the term remaining**          _____                 PO BOX 9023547
                                                                                               SAN JUAN PR 00902-3547
           **List the contract number of**       _____
           **any government contract**

**2.305.**   **Title of contract**                REAL PROPERTY LEASE                         State the name and mailing address
                                                                                               for all other parties with whom the
           **State what the contract or**        RETAIL LEASE - STORE # 284                  debtor has an executory contract or
           **lease is for**                                                                    unexpired lease

           **Nature of debtor's interest**       LESSEE                                      METRO NATIONAL
                                                                                               MEMORIAL CITY MALL LP
           **State the term remaining**          01/31/24                                    METRO NATIONAL CORP
                                                                                               LEGAL DEPARTMENT
           **List the contract number of**       _____                 PO BOX 19509
           **any government contract**                                                         HOUSTON TX 77224-9509

**2.306.**   **Title of contract**                REAL PROPERTY LEASE                         State the name and mailing address
                                                                                               for all other parties with whom the
           **State what the contract or**        RETAIL LEASE - STORE # 738                  debtor has an executory contract or
           **lease is for**                                                                    unexpired lease

           **Nature of debtor's interest**       LESSEE                                      MGHERRING GROUP
                                                                                               GTM DEVELOPMENT LTD
           **State the term remaining**          01/31/24                                    CENCOR REALTY SVC
                                                                                               ASSET MANAGER
           **List the contract number of**       _____                 3102 MAPLE AVE STE 500
           **any government contract**                                                         DALLAS TX 75201

**2.307.**[1]   **Title of contract**             REAL PROPERTY LEASE                         State the name and mailing address
                                                                                               for all other parties with whom the
           **State what the contract or**        RETAIL LEASE - STORE # 146                  debtor has an executory contract or
           **lease is for**                                                                    unexpired lease

           **Nature of debtor's interest**       LESSEE                                      MID-AMERICA
                                                                                               SFI FORD CITY - CHICAGO LLC
           **State the term remaining**          04/30/22                                    ISTAR INC
                                                                                               1114 AVE OF THE AMERICAS 39TH
           **List the contract number of**       _____                 FL
           **any government contract**                                                         NEW YORK NY 10036

**2.308.**   **Title of contract**                REAL PROPERTY LEASE                         State the name and mailing address
                                                                                               for all other parties with whom the
           **State what the contract or**        RETAIL LEASE - STORE # 329                  debtor has an executory contract or
           **lease is for**                                                                    unexpired lease

           **Nature of debtor's interest**       LESSEE                                      MOONBEAM CAPITAL
                                                                                               COLUMBIA PLACE MALL SC LLC
           **State the term remaining**          01/31/19                                    MOONBEAM LEASING AND
                                                                                               MANAGEMENT LLC
           **List the contract number of**       _____                 UPDATED BASED ON THE
           **any government contract**                                                         AMENDMENT
                                                                                               9103 ALTA DR STE 204
                                                                                               LAS VEGAS NV 89145

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.309. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MASTER SERVICE AGREEMENT FOR MILEAGE REIMBURSEMENT TRACKER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MOTUS, LLC |
| | **State the term remaining** | | 60 SOUTH STREET |
| | **List the contract number of any government contract** | | BOSTON MA 02111 |

| 2.310. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MULESOFT CLOUD SERVICES ORDER FORM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MULESOFT INC |
| | **State the term remaining** | | 77 GEARY STREET |
| | | | SUITE 400 |
| | **List the contract number of any government contract** | | SAN FRANCISCO CA 94108 |

| 2.311. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IN STORE MUSIC- SERVICE AGREEMENT AMENDMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MUZAK LLC |
| | **State the term remaining** | | 2100 S IH-35 FRONTAGE RD |
| | **List the contract number of any government contract** | | AUSTIN TX 78704 |

| 2.312. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 189 | |
| | **Nature of debtor's interest** | LESSEE | NAMDAR REALTY GROUP |
| | **State the term remaining** | 01/31/20 | LAKES MALL REALTY LLC NAMDAR REALTY GROUP |
| | **List the contract number of any government contract** | | 150 GREAT NECK RD STE 304 GREAT NECK NY 11021 |

| 2.313. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 209 | |
| | **Nature of debtor's interest** | LESSEE | NAMDAR REALTY GROUP |
| | **State the term remaining** | 05/31/22 | CHAPEL HILLS REALTY LLC NAMDAR REALTY GROUP |
| | **List the contract number of any government contract** | | 150 GREAT NECK RD STE 304 GREAT NECK NY 11021 |

Debtor **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

**2.314.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 282 |
| **Nature of debtor's interest** | LESSEE |
| **State the term remaining** | 05/31/26 | NAMDAR REALTY GROUP FASHION SQUARE MALL REALTY LLC
| **List the contract number of any government contract** | _____ | NAMDAR REALTY GROUP LLC 150 GREAT NECK RD STE 304 GREAT NECK NY 11021

**2.315.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 316 |
| **Nature of debtor's interest** | LESSEE | NAMDAR REALTY GROUP LOGAN VALLEY REALTY LLC
| **State the term remaining** | 01/31/26 | NAMCO REALTY LLC 150 GREAT NECK RD STE 304
| **List the contract number of any government contract** | _____ | GREAT NECK NY 11021

**2.316.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 336 |
| **Nature of debtor's interest** | LESSEE | NAMDAR REALTY GROUP 4201 NORTH SHILOH DRIVE
| **State the term remaining** | 05/31/22 | HOLDINGS LLC CWCAPITAL ASSET MANAGEMENT
| **List the contract number of any government contract** | _____ | LLC 7501 WISCONSIN AVE STE 500 WEST BETHESDA MD 20814

**2.317.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 346 |
| **Nature of debtor's interest** | LESSEE | NAMDAR REALTY GROUP PITT REALTY LLC
| **State the term remaining** | 01/31/20 | NAMDAR REALTY GROUP LLC 150 GREAT NECK RD STE 304
| **List the contract number of any government contract** | _____ | GREAT NECK NY 11021

**2.318.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 536 |
| **Nature of debtor's interest** | LESSEE | NAMDAR REALTY GROUP GULF VIEW REALTY LLC
| **State the term remaining** | 05/31/19 | NAMDAR REALTY GROUP LLC 150 GREAT NECK RD
| **List the contract number of any government contract** | _____ | GREAT NECK NY 11021

Debtor  **Charlotte Russe, Inc.**                                       Case number *(if known)* **19-10214**

**2.319.**   **Title of contract**                SERVICES AGREEMENT

**State what the contract or lease is for**        NARVAR SERVICE ORDER POST PURCHASE TRACKING PLATFORM FEES

**Nature of debtor's interest**        CONTRACT PARTY

**State the term remaining**        _____

**List the contract number of any government contract**        _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

NARVAR, INC
50 BEAL STREET
7TH FLOOR
SAN FRANCISCO CA 94105

**2.320.**   **Title of contract**                SPECIAL RISK INSURANCE POLICY NO. 88☐085☐312

**State what the contract or lease is for**        INSURANCE

**Nature of debtor's interest**        INSURED

**State the term remaining**        2/1/2021

**List the contract number of any government contract**        _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA
175 WATER ST
18TH FL
NEW YORK NY 10038

**2.321.**   **Title of contract**                UMBRELLA LIABILITY INSURANCE POLICY NO. NY19UMR701624IV

**State what the contract or lease is for**        INSURANCE

**Nature of debtor's interest**        INSURED

**State the term remaining**        1/31/2020

**List the contract number of any government contract**        _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

NAVIGATOR'S INSURANCE CO.
19200 VON KARMAN AVE
STE 250
IRVINE CA 92612

**2.322.**   **Title of contract**                REAL PROPERTY LEASE

**State what the contract or lease is for**        RETAIL LEASE - STORE # 576

**Nature of debtor's interest**        LESSEE

**State the term remaining**        01/31/21

**List the contract number of any government contract**        _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

NEW ENGLAND DEVELOPMENT
CAMBRIDGESIDE GALLERIA
ASSOCIATES TRUST
UBS REALTY INVESTORS LLC
242 TRUMBULL ST
HARTFORD CT 06103-1212

**2.323.**   **Title of contract**                REAL PROPERTY LEASE

**State what the contract or lease is for**        RETAIL LEASE - STORE # 707

**Nature of debtor's interest**        LESSEE

**State the term remaining**        01/31/25

**List the contract number of any government contract**        _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

NEW ENGLAND DEVELOPMENT
PALM BEACH OUTLETS I LLC
75 PK PLZ THIRD FL
BOSTON MA 02116

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.324.**   **Title of contract**                REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

  **State what the contract or lease is for**    RETAIL LEASE - STORE # 821

  **Nature of debtor's interest**    LESSEE          NEWQUEST
                                                    AL 95 CREEKSIDE TC PHASE 2 LP
  **State the term remaining**    01/31/26          NEWQUEST PROPERTIES
                                                    8827 W SAM HOUSTON PKWY N
  **List the contract number of any government contract**    _____    STE 200
                                                    HOUSTON TX 77040

**2.325.**   **Title of contract**                REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

  **State what the contract or lease is for**    RETAIL LEASE - STORE # 420

  **Nature of debtor's interest**    LESSEE          NIAGARA FALLS BOULEVARD, LLC
                                                    ZAMIAS SVC INC
  **State the term remaining**    01/31/19          GCCFC2007GG9 NIAGARA FALLS
                                                    BLVD
  **List the contract number of any government contract**    _____    LNR PARTNERS LLC
                                                    1601 WASHINGTON AVE STE 700
                                                    MIAMI BEACH FL 33139

**2.326.**   **Title of contract**                REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

  **State what the contract or lease is for**    RETAIL LEASE - STORE # 569

  **Nature of debtor's interest**    LESSEE          NORTH PARK
                                                    NORTHPARK PARTNERS LP
  **State the term remaining**    01/31/20          8080 NORTH CENTRAL EXPWY STE
                                                    1100
  **List the contract number of any government contract**    _____    DALLAS TX 75206-1807

**2.327.**   **Title of contract**                DIC INSURANCE POLICY NO. NSM39117    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

  **State what the contract or lease is for**    INSURANCE

  **Nature of debtor's interest**    INSURED          NORTH SHORE MANAGEMENT
                                                    400 SKOKIE BLVD
  **State the term remaining**    1/31/2020          STE 875
                                                    NORTHBROOK IL 60062
  **List the contract number of any government contract**    _____

**2.328.**   **Title of contract**                REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

  **State what the contract or lease is for**    RETAIL LEASE - STORE # 425

  **Nature of debtor's interest**    LESSEE          NORTHGATE ASSOCIATES
                                                    NW NORTHGATE MALL LLC
  **State the term remaining**    04/30/19          MICHAEL O'SHAUGHNESSY
                                                    1819 WAZEE STREE
  **List the contract number of any government contract**    _____    DENVER CO 80202

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.329.**    **Title of contract**    REAL PROPERTY LEASE    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**    RETAIL LEASE - STORE # 7005

**Nature of debtor's interest**    LESSEE    NORTHPARK PARTNERS
NORTH PARK PARTNERS LP
8080 NORTH CENTRAL EXPRESS
WAY STE 1100
DALLAS TX 75206-1807

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**2.330.**    **Title of contract**    SERVICES AGREEMENT    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**    NUTANIX STATEMENT OF WORK

**Nature of debtor's interest**    CONTRACT PARTY    NTH GENERATION COMPUTING, INC
17055 CAMINO SAN BERNARDO
SAN DIEGO CA 92127

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**2.331.**    **Title of contract**    SERVICES AGREEMENT    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**    MASTER AGREEMENT FOR ALARM EQUIPMENT & MONITORING

**Nature of debtor's interest**    CONTRACT PARTY    NUTECH FIRE & SECURITY INC
150 CANDACE DRIVE
MAITLAND FL 32751

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**2.332.**    **Title of contract**    SERVICES AGREEMENT    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**    CARRIER - ONE OCEAN NETWORK EXPRESS

**Nature of debtor's interest**    CONTRACT PARTY    OCEAN NETWORK EXPRESS PTE. LTD.
OCEAN NETWORK
EXPRESS(NORTH AMERICA)
8730 STONE POINT PARKWAY
RICHMOND VA 23235

**State the term remaining**    _____

**List the contract number of any government contract**    _____

**2.333.**    **Title of contract**    SERVICES AGREEMENT    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**    RESPONSYS APPLICATION COUPON CODE SERVICES

**Nature of debtor's interest**    CONTRACT PARTY    ORACLE AMERICA, INC. (COUPON CODE)
500 ORACLE PKWY
REDWOOD CITY CA 94065

**State the term remaining**    _____

**List the contract number of any government contract**    _____

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.334. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RESPONSYS EMAIL SERVICES - T&M SERVICES | |
| | Nature of debtor's interest | CONTRACT PARTY | ORACLE AMERICA, INC. (RESPONSYS EMAIL SERVICES) 500 ORACLE PKWY REDWOOD CITY CA 94065 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.335. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RESPONSYS EMAIL - SUBSCRIPTION | |
| | Nature of debtor's interest | CONTRACT PARTY | ORACLE AMERICA, INC. (RESPONSYS EMAIL SUBSCRIPTION) 500 ORACLE PKWY REDWOOD CITY CA 94065 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.336. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ORACLE RESPONSYS SEND TIME OPTIMIZATION CLOUD SERVICE | |
| | Nature of debtor's interest | CONTRACT PARTY | ORACLE AMERICA, INC. (SEND TIME OPTIMIZATION) 500 ORACLE PKWY REDWOOD CITY CA 94065 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.337. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 47 | |
| | Nature of debtor's interest | LESSEE | OVIEDO MALL HOLDING LLC MALL MANAGEMENT OFFICE 1700 OVIEDO MALL BLVD OVIEDO FL 32765 |
| | State the term remaining | 03/31/19 | |
| | List the contract number of any government contract | _____ | |

| 2.338. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 220 | |
| | Nature of debtor's interest | LESSEE | PACIFIC RETAIL CAPITAL PARTNERS YTC MALL OWNER LLC MANAGING PRINCIPAL 100 NORTH SEPULVEDA BLVD STE 1925 EL SEGUNDO CA 90245 |
| | State the term remaining | 01/31/22 | |
| | List the contract number of any government contract | _____ | |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.339.**    **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 371

**Nature of debtor's interest**    LESSEE

**State the term remaining**    01/31/20                                             PACIFIC RETAIL CAPITAL PARTNERS
GS P PACIFIC ER LLC
MANAGING PRINCIPAL

**List the contract number of any government contract**    _____    100 NORTH SEPULVEDA BLVD STE 1925
EL SEGUNDO CA 90245

**2.340.**    **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 377

**Nature of debtor's interest**    LESSEE                                            PACIFIC RETAIL CAPITAL PARTNERS

**State the term remaining**    04/30/20                                             NORTHPARK REALTY LP
MANAGING PRINCIPAL

**List the contract number of any government contract**    _____    100 NORTH SEPULVEDA BLVD STE 1925
EL SEGUNDO CA 90245

**2.341.**    **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 382

**Nature of debtor's interest**    LESSEE                                            PACIFIC RETAIL CAPITAL PARTNERS

**State the term remaining**    01/31/19                                             WP GALLERIA REALTY LP
MANAGING PRINCIPAL

**List the contract number of any government contract**    _____    100 N PACIFIC COAST HIGHWAY STE 1925
EL SEGUNDO CA 90245

**2.342.**    **Title of contract**            SERVICES AGREEMENT                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    PAYMENT METHOD - MERCHANT AGREEMENT

**Nature of debtor's interest**    CONTRACT PARTY                                    PAYPAL, INC.
EBAY PARK NORTH
**State the term remaining**    _____                            2211 NORTH FIRST STREET
SAN JOSE CA 95131
**List the contract number of any government contract**    _____

**2.343.**    **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 115

**Nature of debtor's interest**    LESSEE                                            PENN ROSS JOINT VENTURE
MS MANAGEMENT ASSOCIATES INC
**State the term remaining**    01/31/19                                             225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204-3438
**List the contract number of any government contract**    _____

Debtor **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.344. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|

**2.344.**

| Title of contract | SERVICES AGREEMENT |
| State what the contract or lease is for | RENEWAL FOR STANDARD SUPPORT |
| Nature of debtor's interest | CONTRACT PARTY |
| State the term remaining | |
| List the contract number of any government contract | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PERFORCE SOFTWARE INC.
PO BOX 742263
LOS ANGELES
CA 90074-2263

**2.345.**

| Title of contract | REAL PROPERTY LEASE |
| State what the contract or lease is for | RETAIL LEASE - STORE # 7001 |
| Nature of debtor's interest | LESSEE |
| State the term remaining | |
| List the contract number of any government contract | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PESHO MONTANA ASSOCIATES
PESHO MONTANA ASSOCIATES LLC
4636 VAN NUYS BLVD
SHERMAN OAKS, CA 91403-2964

**2.346.**

| Title of contract | SERVICES AGREEMENT |
| State what the contract or lease is for | SOCIAL MEDIA USER GENERATED CONTENT AGGREGATOR |
| Nature of debtor's interest | CONTRACT PARTY |
| State the term remaining | |
| List the contract number of any government contract | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PIXLEE INC
625 MARKET STREET
9TH FLOOR
SAN FRANCISCO CA 94105

**2.347.**

| Title of contract | REAL PROPERTY LEASE |
| State what the contract or lease is for | RETAIL LEASE - STORE # 355 |
| Nature of debtor's interest | LESSEE |
| State the term remaining | 01/31/26 |
| List the contract number of any government contract | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PLAZA ASSOCIATES
CVM HOLDINGS LLC
4325 GLENWOOD AVE
RALEIGH NC 27612

**2.348.**

| Title of contract | REAL PROPERTY LEASE |
| State what the contract or lease is for | RETAIL LEASE - STORE # 118 |
| Nature of debtor's interest | LESSEE |
| State the term remaining | 06/30/19 |
| List the contract number of any government contract | |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

PLAZA LAS AMERICAS INC
PO BOX 363268
SAN JUAN PR 00936-3268

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

2.349.  **Title of contract**                SERVICES AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    SUBSCRIPTION PLAN

        **Nature of debtor's interest**      CONTRACT PARTY

        **State the term remaining**         _____    PLURALSIGHT, LLC
                                                                          182 NORTH UNION AVE
        **List the contract number of any government contract**    _____    STE 200
                                                                          FARMINGTON UT 84025

2.350.  **Title of contract**                REAL PROPERTY LEASE                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    RETAIL LEASE - STORE # 368

        **Nature of debtor's interest**      LESSEE                                POAG AND MCEWEN
                                                                                   POAG LIFESTYLE CENTERS LLC
        **State the term remaining**         01/31/23                              LEGAL DEPT
                                                                                   2650 THOUSAND OAKS BLVD STE
        **List the contract number of any government contract**                    2200
                                                                                   MEMPHIS TN 38118

2.351.  **Title of contract**                REAL PROPERTY LEASE                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    RETAIL LEASE - STORE # 391

        **Nature of debtor's interest**      LESSEE                                POAG SHOPPING CENTERS
                                                                                   CP VENTURE FIVE - AV LLC
        **State the term remaining**         01/31/20                              POAG SHOPPING CENTERS LLC
                                                                                   LEGAL DEPARTMENT
        **List the contract number of any government contract**    _____    2650 THOUSAND OAKS BLVD STE
                                                                                   2200
                                                                                   MEMPHIS TN 38118

2.352.  **Title of contract**                REAL PROPERTY LEASE                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    RETAIL LEASE - STORE # 396

        **Nature of debtor's interest**      LESSEE                                POAG SHOPPING CENTERS
                                                                                   METROPOLIS LIFESTYLE CENTER
        **State the term remaining**         01/31/20                              LLC
                                                                                   LEGAL DEPT
        **List the contract number of any government contract**                    2650 THOUSAND OAKS BLVD STE
                                                                                   2200
                                                                                   MEMPHIS TN 38118

2.353.  **Title of contract**                SERVICES AGREEMENT                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**    GOOGLE MY BUSINESS PAGE & LOCAL SEARCH
                                                        LISTINGS MANAGEMENT (CR & PEEK)

        **Nature of debtor's interest**      CONTRACT PARTY                        POSITIONTECHNOLOGIES, INC.
                                                                                   2000 S BATAVIA AVE
        **State the term remaining**         _____    SUITE 350
                                                                          GENEVA IL 60134
        **List the contract number of any government contract**    _____

Debtor  **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.354. | **Title of contract** | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | MOBILE PLATFORM CUSTOMER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | | PREDICTSPRING, INC.<br>447 RINCONADA COURT<br>LOS ALTOS CA 94022 |
| | **List the contract number of any government contract** | | |

| 2.355. | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 253 | |
| | **Nature of debtor's interest** | LESSEE | PREIT |
| | **State the term remaining** | 01/31/19 | PROPERTY ACCOUNTANT<br>200 SOUTH BROAD ST<br>THE BELLEVUE THIRD FL |
| | **List the contract number of any government contract** | | PHILADELPHIA PA 19102 |

| 2.356. | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 297 | |
| | **Nature of debtor's interest** | LESSEE | PREIT<br>PR MAGNOLIA LLC |
| | **State the term remaining** | 07/31/21 | DIRECTOR LEGAL<br>200 SOUTH BROAD ST |
| | **List the contract number of any government contract** | | THE BELLEVUE THIRD FL<br>PHILADELPHIA PA 19102 |

| 2.357. | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 306 | |
| | **Nature of debtor's interest** | LESSEE | PREIT<br>CHERRY HILL CENTER LLC |
| | **State the term remaining** | 01/31/19 | GENERAL COUNSEL<br>200 SOUTH BROAD ST |
| | **List the contract number of any government contract** | | THE BELLEVUE THIRD FL<br>PHILADELPHIA PA 19102 |

| 2.358. | **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 312 | |
| | **Nature of debtor's interest** | LESSEE | PREIT<br>PR WOODLAND LIMITED |
| | **State the term remaining** | 05/31/23 | PARTNERSHIP<br>PREIT SVC LLC<br>200 SOUTH BROAD ST |
| | **List the contract number of any government contract** | | THE BELLEVUE THIRD FL<br>PHILADELPHIA PA 19102 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.359. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 374 | |
| | **Nature of debtor's interest** | LESSEE | PREIT |
| | **State the term remaining** | 01/31/20 | EXTON SQUARE PROPERTY LLC PREIT SVC LLC 200 SOUTH BROAD ST |
| | **List the contract number of any government contract** | _____ | THE BELLEVUE THIRD FL PHILADELPHIA PA 19102 |

| 2.360. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 431 | |
| | **Nature of debtor's interest** | LESSEE | PREIT |
| | **State the term remaining** | 06/30/19 | PR FINANCING LIMITED PARTNERSHIP PREIT SVC LLC 200 SOUTH BROAD ST |
| | **List the contract number of any government contract** | _____ | THE BELLEVUE THIRD FL PHILADELPHIA PA 19102 |

| 2.361. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 435 | |
| | **Nature of debtor's interest** | LESSEE | PREIT |
| | **State the term remaining** | 06/30/26 | PR PATRICK HENRY LLC PREIT SVC LLC 200 SOUTH BROAD ST |
| | **List the contract number of any government contract** | _____ | THE BELLEVUE THIRD FL PHILADELPHIA PA 19102 |

| 2.362. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 479 | |
| | **Nature of debtor's interest** | LESSEE | PREIT |
| | **State the term remaining** | 03/31/20 | PR VALLEY LIMITED PARTNERSHIP PREIT SVC LLC 200 SOUTH BROAD ST |
| | **List the contract number of any government contract** | _____ | THE BELLEVUE THIRD FL PHILADELPHIA PA 19102 |

| 2.363. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 483 | |
| | **Nature of debtor's interest** | LESSEE | PREIT |
| | **State the term remaining** | 04/30/20 | PR FINANCING LIMITED PARTNERSHIP PREIT SVC LLC 200 SOUTH BROAD ST |
| | **List the contract number of any government contract** | _____ | THE BELLEVUE THIRD FL PHILADELPHIA PA 19102 |

Debtor   **Charlotte Russe, Inc.**                                                            Case number *(if known)* **19-10214**

| 2.364. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 732 | |
| | **Nature of debtor's interest** | LESSEE | PREIT |
| | **State the term remaining** | 01/31/24 | PR NORTH DARTMOUTH LLC PREIT SVC LLC 200 SOUTH BROAD ST |
| | **List the contract number of any government contract** | _____ | THE BELLEVUE THIRD FL PHILADELPHIA PA 19102 |

| 2.365. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 733 | |
| | **Nature of debtor's interest** | LESSEE | PREIT |
| | **State the term remaining** | 01/31/24 | MOORESTOWN MALL LLC PREIT SVC LLC 200 SOUTH BROAD ST |
| | **List the contract number of any government contract** | _____ | THE BELLEVUE THIRD FL PHILADELPHIA PA 19102 |

| 2.366. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 764 | |
| | **Nature of debtor's interest** | LESSEE | PREIT |
| | **State the term remaining** | 01/31/25 | PR SPRINGFIELD TOWN CENTER LLC PREIT SVC LLC GENERAL COUNSEL |
| | **List the contract number of any government contract** | _____ | 200 SOUTH BROAD ST 3RD FL PHILADELPHIA PA 19102 |

| 2.367. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 790 | |
| | **Nature of debtor's interest** | LESSEE | PREIT |
| | **State the term remaining** | 04/30/25 | WG PARK LP PREIT SVC LLC 200 SOUTH BROAD ST |
| | **List the contract number of any government contract** | _____ | THE BELLEVUE THIRD FL PHILADELPHIA PA 19102 |

| 2.368. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 841 | |
| | **Nature of debtor's interest** | LESSEE | PREIT |
| | **State the term remaining** | 06/30/21 | PR JACKSONVILLE LIMITED PARTNERSHIP PREIT SVC LLC 200 SOUTH BROAD ST |
| | **List the contract number of any government contract** | _____ | THE BELLEVUE THIRD FL PHILADELPHIA PA 19102 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.369.**   **Title of contract**                REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    RETAIL LEASE - STORE # 250

    **Nature of debtor's interest**    LESSEE                PREIT / KRAVCO
                                                            PREIT SVC LLC
    **State the term remaining**    01/31/22              PROPERTY ACCOUNTANT
                                                            200 SOUTH BROAD ST
    **List the contract number of any government contract**    _____    THE BELLEVUE THIRD FL
                                                            PHILADELPHIA PA 19102

**2.370.**   **Title of contract**                SERVICES AGREEMENT                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    3PL OPERATIONS - ECOMMERCE FULFILLMENT SERVICES

    **Nature of debtor's interest**    CONTRACT PARTY            PRIORITY FULFILLMENT
                                                            SERVICES, INC.
    **State the term remaining**    _____          505 MILLENNIUM DRIVE
                                                            ALLEN TX 75013
    **List the contract number of any government contract**    _____

**2.371.**   **Title of contract**                REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    RETAIL LEASE - STORE # 75

    **Nature of debtor's interest**    LESSEE                PYRAMID
                                                            EKLECCO NEWCO LLC
    **State the term remaining**    01/31/21              MANAGEMENT DIVISION
                                                            THE CLINTON EXCHANGE FOUR
    **List the contract number of any government contract**    _____    CLINTON SQUARE
                                                            SYRACUSE NY 13202-1078

**2.372.**   **Title of contract**                REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    RETAIL LEASE - STORE # 80

    **Nature of debtor's interest**    LESSEE                PYRAMID
                                                            PYRAMID WALDEN CO LP
    **State the term remaining**    12/31/19              MANAGEMENT DIVISION
                                                            THE CLINTON EXCHANGE FOUR
    **List the contract number of any government contract**    _____    CLINTON SQUARE
                                                            SYRACUSE NY 13202-1078

**2.373.**   **Title of contract**                REAL PROPERTY LEASE                **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    RETAIL LEASE - STORE # 103

    **Nature of debtor's interest**    LESSEE                PYRAMID
                                                            HOLYOKE MALL CO
    **State the term remaining**    01/31/21              GENERAL COUNSEL
                                                            THE CLINTON EXCHANGE 4
    **List the contract number of any government contract**    _____    CLINTON SQUARE
                                                            SYRACUSE NY 13202

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

2.374.  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                 **for all other parties with whom the**
        **State what the contract or**     RETAIL LEASE - STORE # 104            **debtor has an executory contract or**
        **lease is for**                                                         **unexpired lease**

        **Nature of debtor's interest**    LESSEE                                PYRAMID
                                                                                 CROSSGATES MALL CO NEWCO
        **State the term remaining**       01/31/21                             LLC
                                                                                 MANAGEMENT DIVISION
        **List the contract number of**    _____      THE CLINTON EXCHANGE 4
        **any government contract**                                             CLINTON SQUARE
                                                                                 SYRACUSE NY 13202

2.375.  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                 **for all other parties with whom the**
        **State what the contract or**     RETAIL LEASE - STORE # 111            **debtor has an executory contract or**
        **lease is for**                                                         **unexpired lease**

        **Nature of debtor's interest**    LESSEE                                PYRAMID
                                                                                 CAROUSEL CENTER CO LP
        **State the term remaining**       01/31/21                             THE CLINTON EXCHANGE 4
                                                                                 CLINTON SQUARE
        **List the contract number of**    _____      SYRACUSE NY 13202
        **any government contract**

2.376.  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                 **for all other parties with whom the**
        **State what the contract or**     RETAIL LEASE - STORE # 443            **debtor has an executory contract or**
        **lease is for**                                                         **unexpired lease**

        **Nature of debtor's interest**    LESSEE                                PYRAMID
                                                                                 THE CLINTON EXCHANGE
        **State the term remaining**       01/31/21                             MANAGEMENT DIVISION
                                                                                 FOUR CLINTON SQUARE
        **List the contract number of**    _____      SYRACUSE NY 13202-1078
        **any government contract**

2.377.  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                 **for all other parties with whom the**
        **State what the contract or**     RETAIL LEASE - STORE # 447            **debtor has an executory contract or**
        **lease is for**                                                         **unexpired lease**

        **Nature of debtor's interest**    LESSEE                                PYRAMID
                                                                                 THE CLINTON EXCHANGE
        **State the term remaining**       01/31/21                             MANAGEMENT DIVISION
                                                                                 FOUR CLINTON SQUARE
        **List the contract number of**    _____      SYRACUSE NY 13202-1078
        **any government contract**

2.378.  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                 **for all other parties with whom the**
        **State what the contract or**     RETAIL LEASE - STORE # 454            **debtor has an executory contract or**
        **lease is for**                                                         **unexpired lease**

        **Nature of debtor's interest**    LESSEE                                PYRAMID
                                                                                 PYRAMID MANAGEMENT GROUP
        **State the term remaining**       01/31/21                             INC
                                                                                 GENERAL COUNSEL
        **List the contract number of**    _____      THE CLINTON EXCHANGE 4
        **any government contract**                                             CLINTON SQUARE
                                                                                 SYRACUSE NY 13202-1078

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.379.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 498 |
| **Nature of debtor's interest** | LESSEE | PYRAMID
| **State the term remaining** | 01/31/21 | JPMG MANASSAS MALL OWNER LLC
| **List the contract number of any government contract** | | MANAGEMENT DIVISION
THE CLINTON EXCHANGE FOUR
CLINTON SQUARE
SYRACUSE NY 13202-1078

**2.380.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 513 |
| **Nature of debtor's interest** | LESSEE | PYRAMID
| **State the term remaining** | 01/31/20 | PYRAMID MANAGEMENT GROUP INC
| **List the contract number of any government contract** | | GENERAL COUNSEL
THE CLINTON EXCHANGE 4
CLINTON SQUARE
SYRACUSE NY 13202-1078

**2.381.** | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | PYRAMID SERVICE PLAN WAREHOUSE CONTROL SOFTWARE SYSTEM |
| **Nature of debtor's interest** | CONTRACT PARTY | PYRAMID CONTROLS
| **State the term remaining** | | 5546 FAIR LN
| **List the contract number of any government contract** | | CINCINNATI OH 45227

**2.382.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 37 |
| **Nature of debtor's interest** | LESSEE | QIC GLOBAL REAL ESTATE
| **State the term remaining** | 12/31/18 | BPC HENDERSON LLC
| **List the contract number of any government contract** | | ASSOCIATE GENERAL COUNSEL LEASING
600 SUPERIOR AVE EAST STE 1500
CLEVELAND OH 44114

**2.383.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 92 |
| **Nature of debtor's interest** | LESSEE | QIC GLOBAL REAL ESTATE
| **State the term remaining** | 01/31/22 | TEMECULA TOWNE CENTER ASSOCIATES LLC
| **List the contract number of any government contract** | | ASSOCIATE GENERAL COUNSEL LEASING
600 SUPERIOR AVE EAST STE 1500
CLEVELAND OH 44114

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.384.**    **Title of contract**    REAL PROPERTY LEASE    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 169

**Nature of debtor's interest**    LESSEE    QIC GLOBAL REAL ESTATE
ROBINSON MALL ASSOCIATES LLC
ASSOCIATE GENERAL COUNSEL LEASING
600 SUPERIOR AVE EAST STE 1500
CLEVELAND OH 44114

**State the term remaining**    02/28/22

**List the contract number of any government contract**    _____

**2.385.**    **Title of contract**    REAL PROPERTY LEASE    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 365

**Nature of debtor's interest**    LESSEE    QIC GLOBAL REAL ESTATE
SHOPS AT TANFORAN ASSOCIATES LLC
ASSOCIATE GENERAL COUNSEL LEASING
600 SUPERIOR AVE EAST STE 1500
CLEVELAND OH 44114

**State the term remaining**    03/31/20

**List the contract number of any government contract**    _____

**2.386.**    **Title of contract**    REAL PROPERTY LEASE    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 407

**Nature of debtor's interest**    LESSEE    QIC GLOBAL REAL ESTATE
NORTHFIELD STAPLETON ASSOCIATES LLC
ASSOCIATE GENERAL COUNSEL LEASING
600 SUPERIOR AVE EAST STE 1500
CLEVELAND OH 44114

**State the term remaining**    12/31/19

**List the contract number of any government contract**    _____

**2.387.**    **Title of contract**    REAL PROPERTY LEASE    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 525

**Nature of debtor's interest**    LESSEE    QIC GLOBAL REAL ESTATE
FC WIREGRASS SPE LLC
ASSOCIATE GENERAL COUNSEL LEASING
600 SUPERIOR AVE EASTSUITE 1500
CLEVELAND OH 44114

**State the term remaining**    12/31/19

**List the contract number of any government contract**    _____

**2.388.**    **Title of contract**    SERVICES AGREEMENT    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    KACE MANAGED SERVICES

**Nature of debtor's interest**    CONTRACT PARTY    QUEST TECHNOLOGY MANAGEMENT
PO BOX 910
ROSEVILLE CA 95678

**State the term remaining**    _____

**List the contract number of any government contract**    _____

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.389. | **Title of contract** | MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ODC OPERATIONS - SCHEDULED MAINTENANCE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RAYMOND HANDLING SOLUTIONS INC |
| | **State the term remaining** | | FILE 1700 PASADENA |
| | **List the contract number of any government contract** | | 1801 W OLYMPIC BLVD PASADENA CA 91199-1700 |

| 2.390. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 753 | |
| | **Nature of debtor's interest** | LESSEE | RED DEVELOPMENT RED SUMMIT FAIR LLC |
| | **State the term remaining** | 05/31/24 | AND SAHARA PAVILION SOUTH SC LLC AS TIC |
| | **List the contract number of any government contract** | | CO RED DEVELOPMENT LLC ONE EAST WASHINGTON ST STE 300 PHOENIX AZ 85004-2513 |

| 2.391. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EMAIL DELIVERABILITY AND TIER 10 CERTIFICATION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RETURN PATH, INC. |
| | **State the term remaining** | | 3 PARK AVENUE 41ST FLOOR |
| | **List the contract number of any government contract** | | NEW YORK NY 10016 |

| 2.392. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INVENTORY SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RGIS, LLC |
| | **State the term remaining** | | 2000 E. TAYLOR ROAD |
| | **List the contract number of any government contract** | | AUBURN HILLS MI 48326-1711 |

| 2.393. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COMMERCE CLOUD ORDER FORM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SALESFORCE.COM, INC. (ECOMM PLATFORM) |
| | **State the term remaining** | | SALESFORCE TOWER 415 MISSION STREET |
| | **List the contract number of any government contract** | | 3RD FLOOR SAN FRANCISCO CA 94105 |

Debtor    **Charlotte Russe, Inc.**                                            Case number *(if known)* **19-10214**

| 2.394. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DATA & APPLICATIONS - QUEST | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SHI INTERNATIONAL CORP. (VARIOUS SOFTWARE SUBSCRIPTIONS, SUPPORT AND MAINTENANCE AGREEMENTS) |
| | **State the term remaining** | | PO BOX 952121 |
| | **List the contract number of any government contract** | | DALLAS TX 75395-2121 |

| 2.395. | **Title of contract** | PURCHASE & SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PURCHASE & SERVICE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SHOPPERTRAK RCT CORPORATION |
| | **State the term remaining** | | ATTN: CONTRACT ADMINISTRATOR |
| | **List the contract number of any government contract** | | 233 SOUTH WACKER SUITE 4100 CHICAGO IL 60606 |

| 2.396. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 15 | |
| | **Nature of debtor's interest** | LESSEE | SIMON THE RETAIL PROPERTY TRUST |
| | **State the term remaining** | 04/30/24 | MS MANAGEMENT ASSOCIATES INC |
| | **List the contract number of any government contract** | | 225 W WASHINGTON ST INDIANAPOLIS IA 46204-3439 |

| 2.397. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 34 | |
| | **Nature of debtor's interest** | LESSEE | SIMON MONTEBELLO TOWN CENTER INVESTORS LLC |
| | **State the term remaining** | 01/31/19 | SIMON PROPERTY GROUP INC |
| | **List the contract number of any government contract** | | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204-3438 |

| 2.398. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 61 | |
| | **Nature of debtor's interest** | LESSEE | SIMON THE RETAIL PROPERTY TRUST |
| | **State the term remaining** | 07/31/24 | MS MANAGEMENT ASSOCIATES INC |
| | **List the contract number of any government contract** | | 225 W WASHINGTON ST INDIANAPOLIS IA 46204-3439 |

Debtor  **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.399.**  **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
           **State what the contract or**    RETAIL LEASE - STORE # 62             **debtor has an executory contract or**
           **lease is for**                                                         **unexpired lease**

           **Nature of debtor's interest**   LESSEE                                SIMON
                                                                                    SIMON PROPERTY GROUP
           **State the term remaining**      01/31/19                              GENERAL COUNSEL
                                                                                    225 W WASHINGTON ST
           **List the contract number of**   _____       INDIANAPOLIS IN 46204
           **any government contract**

**2.400.**  **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
           **State what the contract or**    RETAIL LEASE - STORE # 66             **debtor has an executory contract or**
           **lease is for**                                                         **unexpired lease**

           **Nature of debtor's interest**   LESSEE                                SIMON
                                                                                    SIMON PROPERTY GROUP
           **State the term remaining**      01/31/19                              GENERAL COUNSEL
                                                                                    225 W WASHINGTON ST
           **List the contract number of**   _____       INDIANAPOLIS IN 46204
           **any government contract**

**2.401.**  **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
           **State what the contract or**    RETAIL LEASE - STORE # 69             **debtor has an executory contract or**
           **lease is for**                                                         **unexpired lease**

           **Nature of debtor's interest**   LESSEE                                SIMON
                                                                                    SIMON PROPERTY GROUP
           **State the term remaining**      01/31/21                              GENERAL COUNSEL
                                                                                    225 W WASHINGTON ST
           **List the contract number of**   _____       INDIANAPOLIS IN 46204
           **any government contract**

**2.402.**  **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
           **State what the contract or**    RETAIL LEASE - STORE # 71             **debtor has an executory contract or**
           **lease is for**                                                         **unexpired lease**

           **Nature of debtor's interest**   LESSEE                                SIMON
                                                                                    SIMON PROPERTY GROUP
           **State the term remaining**      01/31/19                              GENERAL COUNSEL
                                                                                    225 W WASHINGTON ST
           **List the contract number of**   _____       INDIANAPOLIS IN 46204
           **any government contract**

**2.403.**  **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
           **State what the contract or**    RETAIL LEASE - STORE # 74             **debtor has an executory contract or**
           **lease is for**                                                         **unexpired lease**

           **Nature of debtor's interest**   LESSEE                                SIMON
                                                                                    SIMON PROPERTY GROUP
           **State the term remaining**      09/30/24                              MS MANAGEMENT ASSOCIATES
                                                                                    INC
           **List the contract number of**   _____       GENERAL COUNSEL
           **any government contract**                                             225 W WASHINGTON ST
                                                                                    INDIANAPOLIS IN 46204

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.404. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 87 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/19 | SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |
| | **List the contract number of any government contract** | | |

| 2.405. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 91 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 04/30/23 | JG ELIZABETH II LLC MS MANAGEMENT ASSOCIATES INC 225 W WASHINGTON ST INDIANAPOLIS IA 46204-3438 |
| | **List the contract number of any government contract** | | |

| 2.406. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 97 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/19 | SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |
| | **List the contract number of any government contract** | | |

| 2.407. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 114 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/24 | SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |
| | **List the contract number of any government contract** | | |

| 2.408. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 121 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/19 | SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |
| | **List the contract number of any government contract** | | |

Debtor   **Charlotte Russe, Inc.**                                                           Case number *(if known)* **19-10214**

2.409.   **Title of contract**              REAL PROPERTY LEASE                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          RETAIL LEASE - STORE # 125

**Nature of debtor's interest**      LESSEE

**State the term remaining**      01/31/19                          SIMON
SIMON PROPERTY GROUP
GENERAL COUNSEL
225 W WASHINGTON ST
**List the contract number of any government contract**      _____      INDIANAPOLIS IN 46204

2.410.   **Title of contract**              REAL PROPERTY LEASE                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          RETAIL LEASE - STORE # 126

**Nature of debtor's interest**      LESSEE                       SIMON
WOODFIELD MALL LLC
**State the term remaining**      05/31/25                          MS MANAGEMENT ASSOCIATES INC
225 WEST WASHINGTON ST
**List the contract number of any government contract**      _____      INDIANAPOLIS IN 46204-3438

2.411.   **Title of contract**              REAL PROPERTY LEASE                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          RETAIL LEASE - STORE # 131

**Nature of debtor's interest**      LESSEE                       SIMON
SIMON PROPERTY GROUP
**State the term remaining**      01/31/19                          GENERAL COUNSEL
225 W WASHINGTON ST
**List the contract number of any government contract**      _____      INDIANAPOLIS IN 46204

2.412.   **Title of contract**              REAL PROPERTY LEASE                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          RETAIL LEASE - STORE # 132

**Nature of debtor's interest**      LESSEE                       SIMON
SIMON PROPERTY GROUP
**State the term remaining**      09/30/21                          GENERAL COUNSEL
225 W WASHINGTON ST
**List the contract number of any government contract**      _____      INDIANAPOLIS IN 46204

2.413.   **Title of contract**              REAL PROPERTY LEASE                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**          RETAIL LEASE - STORE # 135

**Nature of debtor's interest**      LESSEE                       SIMON
MALL AT MONTGOMERY LP
**State the term remaining**      08/31/23                          SIMON PROPERTY GROUP
GENERAL COUNSEL
225 W WASHINGTON ST
**List the contract number of any government contract**      _____      INDIANAPOLIS IN 46204

Debtor   **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.414.**   **Title of contract**              REAL PROPERTY LEASE                          State the name and mailing address
                                                                                                        for all other parties with whom the
            **State what the contract or**      RETAIL LEASE - STORE # 138                  debtor has an executory contract or
            **lease is for**                                                                 unexpired lease

            **Nature of debtor's interest**     LESSEE                                       SIMON
                                                                                             MAYFLOWER EMERALD SQUARE
            **State the term remaining**        01/31/19                                     LLC
                                                                                             MS MANAGEMENT ASSOCIATES
            **List the contract number of**     _____             INC
            **any government contract**                                                      225 WEST WASHINGTON ST
                                                                                             INDIANAPOLIS IN 46204-3438

**2.415.**   **Title of contract**              REAL PROPERTY LEASE                          State the name and mailing address
                                                                                                        for all other parties with whom the
            **State what the contract or**      RETAIL LEASE - STORE # 140                  debtor has an executory contract or
            **lease is for**                                                                 unexpired lease

            **Nature of debtor's interest**     LESSEE                                       SIMON
                                                                                             SIMON PROPERTY GROUP
            **State the term remaining**        01/31/19                                     GENERAL COUNSEL
                                                                                             225 W WASHINGTON ST
            **List the contract number of**     _____             INDIANAPOLIS IN 46204
            **any government contract**

**2.416.**   **Title of contract**              REAL PROPERTY LEASE                          State the name and mailing address
                                                                                                        for all other parties with whom the
            **State what the contract or**      RETAIL LEASE - STORE # 141                  debtor has an executory contract or
            **lease is for**                                                                 unexpired lease

            **Nature of debtor's interest**     LESSEE                                       SIMON
                                                                                             MALL AT SMITH HAVEN LLC
            **State the term remaining**        01/31/24                                     MS MANAGEMENT ASSOCIATES
                                                                                             INC
            **List the contract number of**     _____             225 WEST WASHINGTON ST
            **any government contract**                                                      INDIANAPOLIS IN 46204-3438

**2.417.**   **Title of contract**              REAL PROPERTY LEASE                          State the name and mailing address
                                                                                                        for all other parties with whom the
            **State what the contract or**      RETAIL LEASE - STORE # 150                  debtor has an executory contract or
            **lease is for**                                                                 unexpired lease

            **Nature of debtor's interest**     LESSEE                                       SIMON
                                                                                             MNH MALL LLC
            **State the term remaining**        01/31/19                                     MS MANAGEMENT ASSOCIATES
                                                                                             INC
            **List the contract number of**     _____             225 WEST WASHINGTON ST
            **any government contract**                                                      INDIANAPOLIS IN 46204-3438

**2.418.**   **Title of contract**              REAL PROPERTY LEASE                          State the name and mailing address
                                                                                                        for all other parties with whom the
            **State what the contract or**      RETAIL LEASE - STORE # 163                  debtor has an executory contract or
            **lease is for**                                                                 unexpired lease

            **Nature of debtor's interest**     LESSEE                                       SIMON
                                                                                             JACKSONVILLE AVENUES LIMITED
            **State the term remaining**        01/31/19                                     PARTNERSHIP
                                                                                             MS MANAGEMENT ASSOCIATES
            **List the contract number of**     _____             INC
            **any government contract**                                                      225 WEST WASHINGTON ST
                                                                                             INDIANAPOLIS IN 46204-3438

Debtor   **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

**2.419.**  **Title of contract**          REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      RETAIL LEASE - STORE # 171

**Nature of debtor's interest**     LESSEE                           SIMON
                                                                     SOUTHRIDGE LIMITED
**State the term remaining**        01/31/19                         PARTNERSHIP
                                                                     CPO MS MANAGEMENT
**List the contract number of any government contract**  _____   ASSOCIATES INC
                                                                     225 WEST WASHINGTON ST
                                                                     INDIANAPOLIS IN 46204-3438

**2.420.**  **Title of contract**          REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      RETAIL LEASE - STORE # 172

**Nature of debtor's interest**     LESSEE                           SIMON
                                                                     SIMON PROPERTY GROUP LP
**State the term remaining**        01/31/22                         MS MANAGEMENT ASSOCIATES
                                                                     INC
**List the contract number of any government contract**  _____   225 WEST WASHINGTON ST
                                                                     INDIANAPOLIS IN 46204-3438

**2.421.**  **Title of contract**          REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      RETAIL LEASE - STORE # 172

**Nature of debtor's interest**     LESSEE                           SIMON
                                                                     SIMON PROPERTY GROUP LP
**State the term remaining**        01/31/22                         MS MANAGEMENT ASSOCIATES
                                                                     INC
**List the contract number of any government contract**  _____   225 WEST WASHINGTON ST
                                                                     INDIANAPOLIS IN 46204-3438

**2.422.**  **Title of contract**          REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      RETAIL LEASE - STORE # 181

**Nature of debtor's interest**     LESSEE                           SIMON
                                                                     SIMON PROPERTY GROUP
**State the term remaining**        01/31/19                         GENERAL COUNSEL
                                                                     225 W WASHINGTON ST
**List the contract number of any government contract**  _____   INDIANAPOLIS IN 46204

**2.423.**  **Title of contract**          REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**      RETAIL LEASE - STORE # 191

**Nature of debtor's interest**     LESSEE                           SIMON
                                                                     PENN SQUARE MALL LIMITED
**State the term remaining**        03/31/19                         PARTNERSHIP
                                                                     MS MANAGEMENT ASSOCIATES
**List the contract number of any government contract**  _____   INC
                                                                     225 WEST WASHINGTON ST
                                                                     INDIANAPOLIS IN 46204-3438

Debtor   **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

| 2.424. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 192 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/19 | MALL AT WHITE OAKS LLC<br>MS MANAGEMENT ASSOCIATES INC |
| | **List the contract number of any government contract** | | 225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204-3438 |

| 2.425. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 194 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/21 | LIVINGSTON MALL VENTURE DO MS |
| | **List the contract number of any government contract** | | MANAGEMENT ASSOCIATES INC<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204-3438 |

| 2.426. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 200 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/19 | MALL AT INGRAM PARK LLC<br>MS MANAGEMENT ASSOCIATES INC |
| | **List the contract number of any government contract** | | 225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204-3438 |

| 2.427. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 201 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/19 | ROCKAWAY CENTER ASSOCIATES<br>MS MANAGEMENT ASSOCIATES INC. |
| | **List the contract number of any government contract** | | 225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204-3438 |

| 2.428. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 213 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/19 | CFUS PROPERTIES INC<br>ASSET MANAGER<br>TWO CONCOURSE PKWY STE 260 |
| | **List the contract number of any government contract** | | ATLANTA GA 30328 |

Debtor   **Charlotte Russe, Inc.**                                        Case number *(if known)* **19-10214**

**2.429.** **Title of contract** REAL PROPERTY LEASE

**State what the contract or lease is for** RETAIL LEASE - STORE # 228

**Nature of debtor's interest** LESSEE

**State the term remaining** 01/31/19

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SIMON
MAYFLOWER SQUARE ONE LLC
MS MANAGEMENT ASSOCIATES INC
NATIONAL CITY CTR 115 W WASHINGTON
INDIANAPOLIS IN 46204

**2.430.** **Title of contract** REAL PROPERTY LEASE

**State what the contract or lease is for** RETAIL LEASE - STORE # 230

**Nature of debtor's interest** LESSEE

**State the term remaining** 01/31/19

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SIMON
MALL AT AUBURN LLC
MS MANAGEMENT ASSOCIATES INC
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204-3438

**2.431.** **Title of contract** REAL PROPERTY LEASE

**State what the contract or lease is for** RETAIL LEASE - STORE # 231

**Nature of debtor's interest** LESSEE

**State the term remaining** 01/31/25

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SIMON
MALL AT AUBURN LLC
MS MANAGEMENT ASSOCIATES INC
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204-3438

**2.432.** **Title of contract** REAL PROPERTY LEASE

**State what the contract or lease is for** RETAIL LEASE - STORE # 235

**Nature of debtor's interest** LESSEE

**State the term remaining** 01/31/20

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SIMON
GREENWOOD PARK MALL LLC
MS MANAGEMENT ASSOCIATES INC
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204

**2.433.** **Title of contract** REAL PROPERTY LEASE

**State what the contract or lease is for** RETAIL LEASE - STORE # 244

**Nature of debtor's interest** LESSEE

**State the term remaining** 01/31/21

**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SIMON
SA GALLERIA IV LP
MS MANAGEMENT ASSOCIATION INC
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.434.**   **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

          **State what the contract or**       RETAIL LEASE - STORE # 268
          **lease is for**

          **Nature of debtor's interest**      LESSEE                                SIMON
                                                                                     SIMON CAPITAL LIMITED
          **State the term remaining**         01/31/23                              PARTNERSHIP
                                                                                     225 WEST WASHINGTON ST
          **List the contract number of**      _____        INDIANAPOLIS IN 46204
          **any government contract**

**2.435.**   **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

          **State what the contract or**       RETAIL LEASE - STORE # 275
          **lease is for**

          **Nature of debtor's interest**      LESSEE                                SIMON
                                                                                     GALLERIA AT WOLFCHASE LLC
          **State the term remaining**         01/31/21                              225 WEST WASHINGTON ST
                                                                                     INDIANAPOLIS IN 46204
          **List the contract number of**      _____
          **any government contract**

**2.436.**   **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

          **State what the contract or**       RETAIL LEASE - STORE # 276
          **lease is for**

          **Nature of debtor's interest**      LESSEE                                SIMON
                                                                                     SIMON PROPERTY GROUP LP
          **State the term remaining**         01/31/21                              MS MANAGEMENT ASSOCIATES
                                                                                     INC
          **List the contract number of**      _____        225 WEST WASHINGTON ST
          **any government contract**                                                INDIANAPOLIS IN 46204-3438

**2.437.**   **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

          **State what the contract or**       RETAIL LEASE - STORE # 279
          **lease is for**

          **Nature of debtor's interest**      LESSEE                                SIMON
                                                                                     SIMON PROPERTY GROUP
          **State the term remaining**         01/31/24                              GENERAL COUNSEL
                                                                                     225 W WASHINGTON ST
          **List the contract number of**      _____        INDIANAPOLIS IN 46204
          **any government contract**

**2.438.**   **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

          **State what the contract or**       RETAIL LEASE - STORE # 288
          **lease is for**

          **Nature of debtor's interest**      LESSEE                                SIMON
                                                                                     MEADOWOOD MALL SPE LLC
          **State the term remaining**         01/31/20                              MS MANAGEMENT ASSOCIATES
                                                                                     INC
          **List the contract number of**      _____        225 W WASHINGTON ST
          **any government contract**                                                INDIANAPOLIS IN 46204

Debtor  **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.439. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 305 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/22 | SIMON PROPERTY GROUP LP MS MANAGEMENT ASSOCIATES INC |
| | **List the contract number of any government contract** | | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204-3438 |

| 2.440. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 305 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/22 | SIMON PROPERTY GROUP LP MS MANAGEMENT ASSOCIATES INC |
| | **List the contract number of any government contract** | | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204-3438 |

| 2.441. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 309 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 02/28/19 | NEWPORT CENTRE LLC SIMON PROPERTY GROUP GENERAL COUNSEL |
| | **List the contract number of any government contract** | | 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |

| 2.442. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 321 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/19 | SIMON PROPERTY GROUP GENERAL COUNSEL |
| | **List the contract number of any government contract** | | 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |

| 2.443. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 335 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/19 | SIMON PROPERTY GROUP GENERAL COUNSEL |
| | **List the contract number of any government contract** | | 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |

Debtor   **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

**2.444.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | RETAIL LEASE - STORE # 344 |
 | **Nature of debtor's interest** | LESSEE | SIMON
 | **State the term remaining** | 06/30/19 | SIMON PROPERTY GROUP
 | **List the contract number of any government contract** | _____ | GENERAL COUNSEL
 | | | 225 W WASHINGTON ST
 | | | INDIANAPOLIS IN 46204

**2.445.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | RETAIL LEASE - STORE # 345 |
 | **Nature of debtor's interest** | LESSEE | SIMON
 | **State the term remaining** | 01/31/19 | SIMON PROPERTY GROUP
 | **List the contract number of any government contract** | _____ | GENERAL COUNSEL
 | | | 225 W WASHINGTON ST
 | | | INDIANAPOLIS IN 46204

**2.446.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | RETAIL LEASE - STORE # 352 |
 | **Nature of debtor's interest** | LESSEE | SIMON
 | **State the term remaining** | 01/31/19 | SIMON PROPERTY GROUP
 | **List the contract number of any government contract** | _____ | GENERAL COUNSEL
 | | | 225 W WASHINGTON ST
 | | | INDIANAPOLIS IN 46204

**2.447.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | RETAIL LEASE - STORE # 366 |
 | **Nature of debtor's interest** | LESSEE | SIMON
 | **State the term remaining** | 01/31/21 | SIMON PROPERTY GROUP TEXAS LP
 | **List the contract number of any government contract** | _____ | MS MANAGEMENT ASSOCIATES INC
 | | | 225 WEST WASHINGTON ST
 | | | INDIANAPOLIS IN 46204-3438

**2.448.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
 | **State what the contract or lease is for** | RETAIL LEASE - STORE # 386 |
 | **Nature of debtor's interest** | LESSEE | SIMON
 | **State the term remaining** | 01/31/19 | LEHIGH VALLEY MALL LLC
 | **List the contract number of any government contract** | _____ | SIMON PROPERTY GROUP
 | | | GENERAL COUNSEL
 | | | 225 W WASHINGTON ST
 | | | INDIANAPOLIS IN 46204

Debtor    **Charlotte Russe, Inc.**                                      Case number *(if known)* **19-10214**

| 2.449. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 388 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/19 | CIRCLE CENTRE MALL LLC SIMON PROPERTY GROUP GENERAL COUNSEL |
| | **List the contract number of any government contract** | _____ | 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |

| 2.450. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 451 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 01/31/19 | SIMON PROPERTY GROUP GENERAL COUNSEL |
| | **List the contract number of any government contract** | _____ | 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |

| 2.451. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 473 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 07/31/19 | SIMON PROPERTY GROUP GENERAL COUNSEL |
| | **List the contract number of any government contract** | _____ | 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |

| 2.452. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 480 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 04/30/19 | MAYFLOWER APPLE BLOSSOM LP SIMON PROPERTY GROUP GENERAL COUNSEL |
| | **List the contract number of any government contract** | _____ | 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |

| 2.453. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 534 | |
| | **Nature of debtor's interest** | LESSEE | SIMON |
| | **State the term remaining** | 05/31/19 | MIDLAND PARK MALL LP MS MANAGEMENT ASSOCIATES INC |
| | **List the contract number of any government contract** | _____ | 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204 |

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.454.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 537 |
| **Nature of debtor's interest** | LESSEE | SIMON
| **State the term remaining** | 06/30/19 | SIMON PROPERTY GROUP LP
MS MANAGEMENT ASSOCIATES INC
| **List the contract number of any government contract** | _____ | 225 WEST WASHINGTON ST
INDINAPOLIS IN 46204-3438

**2.455.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 537 |
| **Nature of debtor's interest** | LESSEE | SIMON
| **State the term remaining** | 06/30/19 | SIMON PROPERTY GROUP LP
MS MANAGEMENT ASSOCIATES INC
| **List the contract number of any government contract** | _____ | 225 WEST WASHINGTON ST
INDINAPOLIS IN 46204-3438

**2.456.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 544 |
| **Nature of debtor's interest** | LESSEE | SIMON
| **State the term remaining** | 07/31/19 | MALL AT TURTLE CROSSING LLC
SIMON PROPERTY GROUP
GENERAL COUNSEL
| **List the contract number of any government contract** | _____ | 225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204

**2.457.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 596 |
| **Nature of debtor's interest** | LESSEE | SIMON
| **State the term remaining** | 12/31/22 | WOODBUM PREMIUM OUTLETS
225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204
| **List the contract number of any government contract** | _____ |

**2.458.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 597 |
| **Nature of debtor's interest** | LESSEE | SIMON
| **State the term remaining** | 01/31/23 | SAN FRANCISCO PREMIUM OUTLETS LLC
SIMON PROPERTY GROUP
GENERAL COUNSEL
| **List the contract number of any government contract** | _____ | 225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.459.**  **Title of contract**                REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    RETAIL LEASE - STORE # 7011

      **Nature of debtor's interest**    LESSEE            SIMON
CPI-PHIPPS LIMITED LIABILITY CO

      **State the term remaining**    _____    MS MANAGEMENT ASSOCIATES INC

      **List the contract number of any government contract**    _____    225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204-3438

**2.460.**  **Title of contract**                REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    RETAIL LEASE - STORE # 715

      **Nature of debtor's interest**    LESSEE            SIMON
TACOMA MALL PARTNERSHIP

      **State the term remaining**    08/31/23            MS MANAGEMENT ASSOCIATES INC

      **List the contract number of any government contract**    _____    225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204-3438

**2.461.**  **Title of contract**                REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    RETAIL LEASE - STORE # 716

      **Nature of debtor's interest**    LESSEE            SIMON
WEST TOWN MALL LLC

      **State the term remaining**    06/30/23            SIMON PROPERTY GROUP
GENERAL COUNSEL

      **List the contract number of any government contract**    _____    225 W WASHINGTON ST
INDIANAPOLIS IN 46204

**2.462.**  **Title of contract**                REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    RETAIL LEASE - STORE # 718

      **Nature of debtor's interest**    LESSEE            SIMON
PHEASANT LANE REALTY TRUST

      **State the term remaining**    05/31/23            MS MANAGEMENT ASSOCIATES INC

      **List the contract number of any government contract**    _____    225 WEST WASHINGTON ST
INDIANAPOLIS IN 46204-3438

**2.463.**  **Title of contract**                REAL PROPERTY LEASE            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

      **State what the contract or lease is for**    RETAIL LEASE - STORE # 740

      **Nature of debtor's interest**    LESSEE            SIMON
PIER PARK LLC

      **State the term remaining**    07/30/19            SIMON PROPERTY GROUP
GENERAL COUNSEL

      **List the contract number of any government contract**    _____    225 W WASHINGTON ST
INDIANAPOLIS IN 46204

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

**2.464.**  **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address
                                                                                   for all other parties with whom the
           **State what the contract or**    RETAIL LEASE - STORE # 751            debtor has an executory contract or
           **lease is for**                                                        unexpired lease**

           **Nature of debtor's interest**   LESSEE                                SIMON
                                                                                   HAMILTON TC LLC
           **State the term remaining**      05/31/24                             SIMON PROPERTY GROUP
                                                                                   GENERAL COUNSEL
           **List the contract number of**   _____     225 W WASHINGTON ST
           **any government contract**                                            INDIANAPOLIS IN 46204

**2.465.**  **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address
                                                                                   for all other parties with whom the
           **State what the contract or**    RETAIL LEASE - STORE # 752            debtor has an executory contract or
           **lease is for**                                                        unexpired lease**

           **Nature of debtor's interest**   LESSEE                                SIMON
                                                                                   MALL AT SOLOMON POND LLC
           **State the term remaining**      03/31/26                             MS MANAGEMENT ASSOCIATES
                                                                                   INC
           **List the contract number of**   _____     225 WEST WASHINGTON ST
           **any government contract**                                            INDIANAPOLIS IN 46204-3438

**2.466.**  **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address
                                                                                   for all other parties with whom the
           **State what the contract or**    RETAIL LEASE - STORE # 758            debtor has an executory contract or
           **lease is for**                                                        unexpired lease**

           **Nature of debtor's interest**   LESSEE                                SIMON
                                                                                   ORLAND LP
           **State the term remaining**      07/31/24                             MS MANAGEMENT ASSOCIATES
                                                                                   INC
           **List the contract number of**   _____     225 WEST WASHINGTON ST
           **any government contract**                                            INDIANAPOLIS IN 46204-3438

**2.467.**  **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address
                                                                                   for all other parties with whom the
           **State what the contract or**    RETAIL LEASE - STORE # 779            debtor has an executory contract or
           **lease is for**                                                        unexpired lease**

           **Nature of debtor's interest**   LESSEE                                SIMON
                                                                                   CHARLOTTE OUTLETS
           **State the term remaining**      07/31/24                             SIMON PROPERTY GROUP
                                                                                   LEASE SERVICES
           **List the contract number of**   _____     105 EISENHOWERRKWAY 1ST FL
           **any government contract**                                            ROSELAND NJ 07068

**2.468.**  **Title of contract**            REAL PROPERTY LEASE                    **State the name and mailing address
                                                                                   for all other parties with whom the
           **State what the contract or**    RETAIL LEASE - STORE # 795            debtor has an executory contract or
           **lease is for**                                                        unexpired lease**

           **Nature of debtor's interest**   LESSEE                                SIMON
                                                                                   SIMON PROPERTY GROUP
           **State the term remaining**      08/31/25                             GENERAL COUNSEL
                                                                                   225 W WASHINGTON ST
           **List the contract number of**   _____     INDIANAPOLIS IN 46204
           **any government contract**

Debtor    **Charlotte Russe, Inc.**                                              Case number *(if known)* **19-10214**

---

**2.469.**  **Title of contract**              REAL PROPERTY LEASE              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 801

**Nature of debtor's interest**   LESSEE                                         SIMON
                                                                                SIMON PROPERTY GROUP
**State the term remaining**      07/31/25                                       GENERAL COUNSEL
                                                                                225 W WASHINGTON ST
**List the contract number of any government contract**  _____       INDIANAPOLIS IN 46204

---

**2.470.**  **Title of contract**              REAL PROPERTY LEASE              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 811

**Nature of debtor's interest**   LESSEE                                         SIMON
                                                                                DEL AMO FASHION CENTER
**State the term remaining**      03/31/26                                       OPERATING CO LLC
                                                                                SIMON PROPERTY GROUP
**List the contract number of any government contract**  _____       GENERAL COUNSEL
                                                                                225 W WASHINGTON ST
                                                                                INDIANAPOLIS IN 46204

---

**2.471.**  **Title of contract**              REAL PROPERTY LEASE              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 844

**Nature of debtor's interest**   LESSEE                                         SIMON
                                                                                MALL AT BRIARWOOD LLC
**State the term remaining**      01/31/22                                       MS MANAGEMENT ASSOCIATES
                                                                                INC
**List the contract number of any government contract**  _____       225 WEST WASHINGTON ST
                                                                                INDIANAPOLIS IN 46204-3438

---

**2.472.**  **Title of contract**              REAL PROPERTY LEASE              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 38

**Nature of debtor's interest**   LESSEE                                         SIMON/MILLS CORP
                                                                                ONTARIO MILLS LIMITED
**State the term remaining**      07/31/24                                       PARTNERSHIP
                                                                                MS MANAGEMENT ASSOCIATES
**List the contract number of any government contract**  _____       INC
                                                                                225 WEST WASHINGTON ST
                                                                                INDIANAPOLIS IN 46204-3438

---

**2.473.**  **Title of contract**              REAL PROPERTY LEASE              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 45

**Nature of debtor's interest**   LESSEE                                         SIMON/MILLS CORP
                                                                                SIMON PROPERTY GROUP
**State the term remaining**      01/31/19                                       GENERAL COUNSEL
                                                                                225 W WASHINGTON ST
**List the contract number of any government contract**  _____       INDIANAPOLIS IN 46204

---

Debtor   **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.474.**   **Title of contract**   REAL PROPERTY LEASE                                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   RETAIL LEASE - STORE # 49

**Nature of debtor's interest**   LESSEE                                                  SIMON/MILLS CORP
                                                                                         ARIZONA MILLS LLC
**State the term remaining**   01/31/19                                                   GENERAL COUNSEL
                                                                                         225 W WASHINGTON ST
**List the contract number of any government contract**   _____    INDIANAPOLIS IN 46204

**2.475.**   **Title of contract**   REAL PROPERTY LEASE                                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   RETAIL LEASE - STORE # 83

**Nature of debtor's interest**   LESSEE                                                  SIMON/MILLS CORP
                                                                                         FRANKLIN MILLS ASSOCIATES
**State the term remaining**   07/31/24                                                   LIMITED PARTNERSHIP
                                                                                         MS MANAGEMENT ASSOCIATES
**List the contract number of any government contract**   _____    INC
                                                                                         225 W WASHINGTON ST
                                                                                         INDIANAPOLIS IA 46204-3438

**2.476.**   **Title of contract**   REAL PROPERTY LEASE                                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   RETAIL LEASE - STORE # 90

**Nature of debtor's interest**   LESSEE                                                  SIMON/MILLS CORP
                                                                                         CONCORD MILLS LIMITED
**State the term remaining**   01/31/19                                                   PARTNERSHIP
                                                                                         225 W WASHINGTON ST
**List the contract number of any government contract**   _____    INDIANAPOLIS IN 46204

**2.477.**   **Title of contract**   REAL PROPERTY LEASE                                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   RETAIL LEASE - STORE # 113

**Nature of debtor's interest**   LESSEE                                                  SIMON/MILLS CORP
                                                                                         OPRY MILLS MALL LIMITED
**State the term remaining**   01/31/19                                                   PARTNERSHIP
                                                                                         MS MANAGEMENT ASSOCIATES
**List the contract number of any government contract**   _____    INC
                                                                                         225 WEST WASHINGTON ST
                                                                                         INDIANAPOLIS IN 46204-3438

**2.478.**   **Title of contract**   REAL PROPERTY LEASE                                   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   RETAIL LEASE - STORE # 139

**Nature of debtor's interest**   LESSEE                                                  SIMON/MILLS CORP
                                                                                         SIMON PROPERTY GROUP
**State the term remaining**   01/31/19                                                   GENERAL COUNSEL
                                                                                         225 W WASHINGTON ST
**List the contract number of any government contract**   _____    INDIANAPOLIS IN 46204

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| 2.479. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 412 | |
| | **Nature of debtor's interest** | LESSEE | SIMON/MILLS CORP |
| | **State the term remaining** | 03/31/25 | SIMON PROPERTY GROUP |
| | **List the contract number of any government contract** | | GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |

| | | | |
|---|---|---|---|
| 2.480. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 763 | |
| | **Nature of debtor's interest** | LESSEE | SIMON/MILLS CORP |
| | **State the term remaining** | 08/31/24 | MALL AT POTOMAC MILLS LLC |
| | **List the contract number of any government contract** | | MS MANAGEMENT ASSOCIATES INC 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204-3438 |

| | | | |
|---|---|---|---|
| 2.481. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SLACK ANNUAL LICENSE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SLACK TECHNOLOGIES |
| | **State the term remaining** | | 155 5TH STREET |
| | **List the contract number of any government contract** | | SAN FRANCISCO CA 94103 |

| | | | |
|---|---|---|---|
| 2.482. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SMARTSHEET (BUSINESS PLAN LICENSED USERS) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SMARTSHEET, INC |
| | **State the term remaining** | | DEPT 3421 |
| | **List the contract number of any government contract** | | P.O.BOX 123421 DALLAS TX 75312-3421 |

| | | | |
|---|---|---|---|
| 2.483. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | PEOPLEMATTER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SNAGAJOB.COM INC (APPLICANT TRACKING) |
| | **State the term remaining** | | 32978 COLLECTION CENTER DRIVE |
| | **List the contract number of any government contract** | | CHICAGO IL 60693-0329 |

Debtor    **Charlotte Russe, Inc.**                                                   Case number *(if known)* **19-10214**

| 2.484. | **Title of contract** | MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SNAGAJOB PEEK MONTHLY MAINTENANCE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SNAGAJOB.COM INC (MONTHLY MAINTENANCE) |
| | **State the term remaining** | | 32978 COLLECTION CENTER DRIVE CHICAGO IL 60693-0329 |
| | **List the contract number of any government contract** | | |

| 2.485. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 720 | |
| | **Nature of debtor's interest** | LESSEE | SPECTRUM CAPITAL YATES CONSTRUCTION |
| | **State the term remaining** | 01/31/24 | BLOOMFIELD HOLDINGS LLC 200 BASS PRO DR STE 125 |
| | **List the contract number of any government contract** | | PEARL MS 39208 |

| 2.486. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 127 | |
| | **Nature of debtor's interest** | LESSEE | SPINOSO REAL ESTATE GROUP 112 NORTHERN CONCOURSE |
| | **State the term remaining** | 01/31/21 | NORTH SYRACUSE NY 13212 |
| | **List the contract number of any government contract** | | |

| 2.487. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 300 | |
| | **Nature of debtor's interest** | LESSEE | SPINOSO REAL ESTATE GROUP LSREF SUMMER REO TRUST 2009 |
| | **State the term remaining** | 01/31/20 | HUDSON AMERICAS LLC LEGAL DEPARTMENT |
| | **List the contract number of any government contract** | | 2711 N HASKELL AVE STE 1700 DALLAS TX 75204 |

| 2.488. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 494 | |
| | **Nature of debtor's interest** | LESSEE | SPINOSO REAL ESTATE GROUP MESILLA VALLEY SPE 991068834 LLC |
| | **State the term remaining** | 03/15/19 | KEYBANK NATIONAL 8115 PRESTON RD STE 800 |
| | **List the contract number of any government contract** | | DALLAS TX 75225 |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.489. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 328 | |
| | **Nature of debtor's interest** | LESSEE | SRS REAL ESTATE |
| | **State the term remaining** | 01/31/20 | CAPREF BURBANK LLC<br>BURBANK ASSET MANAGEMENT |
| | **List the contract number of any government contract** | _____ | 8333 DOUGLAS AVE STE 975<br>DALLAS TX 75225 |

| 2.490. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 4 | |
| | **Nature of debtor's interest** | LESSEE | STARWOOD |
| | **State the term remaining** | 01/31/23 | STARWOOD RETAIL PROPERTY<br>MANAGEMENT LLC<br>LEASE COORDINATION |
| | **List the contract number of any government contract** | _____ | ONE EAST WACKER DR STE 3700<br>CHICAGO IL 60601 |

| 2.491. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 27 | |
| | **Nature of debtor's interest** | LESSEE | STARWOOD |
| | **State the term remaining** | 01/31/22 | STARWOOD RETAIL PROPERTY<br>MANAGEMENT LLC<br>LEASE COORDINATION |
| | **List the contract number of any government contract** | _____ | ONE EAST WACKER DR STE 3700<br>CHICAGO IL 60601 |

| 2.492. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 110 | |
| | **Nature of debtor's interest** | LESSEE | STARWOOD |
| | **State the term remaining** | 01/31/21 | STARWOOD RETAIL PROPERTY<br>MANAGEMENT LLC<br>LEASE COORDINATION |
| | **List the contract number of any government contract** | _____ | ONE EAST WACKER DR STE 3700<br>CHICAGO IL 60601 |

| 2.493. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 158 | |
| | **Nature of debtor's interest** | LESSEE | STARWOOD |
| | **State the term remaining** | 05/31/24 | SRP PROPERTY MANAGEMENT<br>LLC<br>LEASE COORDINATION |
| | **List the contract number of any government contract** | _____ | ONE EAST WACKER DR STE 3700<br>CHICAGO IL 60601 |

Debtor   **Charlotte Russe, Inc.**                                                        Case number *(if known)* **19-10214**

**2.494.**   **Title of contract**                REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        RETAIL LEASE - STORE # 165

     **Nature of debtor's interest**      LESSEE                                 STARWOOD
                                                                                STARWOOD RETAIL PROPERTY
     **State the term remaining**        01/31/21                                MANAGEMENT LLC
                                                                                LEASE COORDINATION
     **List the contract number of any government contract**        _____        ONE EAST WACKER DR STE 3700
                                                                                CHICAGO IL 60601

**2.495.**   **Title of contract**                REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        RETAIL LEASE - STORE # 190

     **Nature of debtor's interest**      LESSEE                                 STARWOOD
                                                                                STARWEST CHICAGO RIDGE LLC
     **State the term remaining**        01/31/21                                CBL AND ASSOCIATES
                                                                                MANAGEMENT INC
     **List the contract number of any government contract**        _____        STE 500 - CBL CTR
                                                                                2030 HAMILTON PL BLVD
                                                                                CHATTANOOGA TN 37421

**2.496.**   **Title of contract**                REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        RETAIL LEASE - STORE # 238

     **Nature of debtor's interest**      LESSEE                                 STARWOOD
                                                                                STARWOOD RETAIL PROPERTY
     **State the term remaining**        06/30/21                                MANAGEMENT LLC
                                                                                LEASE COORDINATION
     **List the contract number of any government contract**        _____        ONE EAST WACKER DR STE 3700
                                                                                CHICAGO IL 60601

**2.497.**   **Title of contract**                REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        RETAIL LEASE - STORE # 278

     **Nature of debtor's interest**      LESSEE                                 STARWOOD
                                                                                SOUTHLAKE INDIANA LLC
     **State the term remaining**        01/31/21                                SRP PROPERTY MANAGEMENT
                                                                                LLC
     **List the contract number of any government contract**        _____        LEASE COORDINATION
                                                                                ONE EAST WACKER DR STE 3700
                                                                                CHICAGO IL 60601

**2.498.**   **Title of contract**                REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

     **State what the contract or lease is for**        RETAIL LEASE - STORE # 295

     **Nature of debtor's interest**      LESSEE                                 STARWOOD
                                                                                SRP PROPERTY MANAGEMENT
     **State the term remaining**        06/24/24                                LLC
                                                                                LEASE COORDINATION
     **List the contract number of any government contract**        _____        ONE EAST WACKER DR STE 3700
                                                                                CHICAGO IL 60601

Debtor  **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.499. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 308 | |
| | **Nature of debtor's interest** | LESSEE | STARWOOD |
| | **State the term remaining** | 01/31/20 | STARWOOD RETAIL PROPERTY MANAGEMENT LLC LEASE COORDINATION |
| | **List the contract number of any government contract** | _____ | ONE EAST WACKER DR STE 3700 CHICAGO IL 60601 |

| 2.500. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 333 | |
| | **Nature of debtor's interest** | LESSEE | STARWOOD STARWEST FRANKLIN PARK MALL LLC |
| | **State the term remaining** | 06/30/25 | STARTWOOD RETAIL PROPERTY MANAGEMENT LLC |
| | **List the contract number of any government contract** | _____ | LEASE COORDINATION ONE EAST WACKER DR STE 3700 CHICAGO IL 60601 |

| 2.501. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 357 | |
| | **Nature of debtor's interest** | LESSEE | STARWOOD |
| | **State the term remaining** | 01/31/23 | STARWOOD RETAIL PROPERTY MANAGEMENT LLC LEASE COORDINATION |
| | **List the contract number of any government contract** | _____ | ONE EAST WACKER DR STE 3700 CHICAGO IL 60601 |

| 2.502. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 384 | |
| | **Nature of debtor's interest** | LESSEE | STARWOOD |
| | **State the term remaining** | 06/30/21 | SRP PROPERTY MANAGEMENT LLC LEASE COORDINATION |
| | **List the contract number of any government contract** | _____ | 1 E WACKER DR STE 3700 CHICAGO IL 60601 |

| 2.503. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 424 | |
| | **Nature of debtor's interest** | LESSEE | STARWOOD |
| | **State the term remaining** | 12/31/20 | STARWOOD RETAIL PROPERTY MANAGEMENT LLC LEASE COORDINATION |
| | **List the contract number of any government contract** | _____ | ONE EAST WACKER DR STE 3700 CHICAGO IL 60601 |

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.504. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 459 | |
| | **Nature of debtor's interest** | LESSEE | STARWOOD |
| | **State the term remaining** | 01/31/21 | STARWOOD RETAIL PROPERTY MANAGEMENT LLC LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | _____ | ONE EAST WACKER DR STE 3700 CHICAGO IL 60601 |

| 2.505. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 585 | |
| | **Nature of debtor's interest** | LESSEE | STARWOOD |
| | **State the term remaining** | 01/31/23 | STARWOOD RETAIL PROPERTY MANAGEMENT LLC DIRECTOR OF LEASE ADMINISTRATION |
| | **List the contract number of any government contract** | _____ | 1 E WACKER DR STE 3700 CHICAGO IL 60601 |

| 2.506. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 702 | |
| | **Nature of debtor's interest** | LESSEE | STARWOOD |
| | **State the term remaining** | 06/30/23 | SRP PROPERTY MANAGEMENT LLC LEASE COORDINATION |
| | **List the contract number of any government contract** | _____ | 1 E WACKER DR STE 3700 CHICAGO IL 60601 |

| 2.507. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 788 | |
| | **Nature of debtor's interest** | LESSEE | STEINER AND ASSOCIATES |
| | **State the term remaining** | 01/31/26 | LIBERTY CENTER LLC APOLLO COMMERCIAL REAL ESTATE FINANCE INC RACHEL HUNTER |
| | **List the contract number of any government contract** | _____ | 9 WEST 57TH ST NEW YORK NY 10019 |

| 2.508. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 302 | |
| | **Nature of debtor's interest** | LESSEE | STERLING ORGANIZATION |
| | **State the term remaining** | 01/31/19 | SVAP II STONES RIVER LLC STERLING RETAIL SVC INC 340 ROYAL POINCIANA WAY STE 316 |
| | **List the contract number of any government contract** | _____ | PALM BEACH FL 33480 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| | | | |
|---|---|---|---|
| **2.509.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 433 | |
| | **Nature of debtor's interest** | LESSEE | STOCKBRIDGE MADISON STOCKBRIDGE MADISON LLC |
| | **State the term remaining** | 05/31/20 | 451 EAGLE RIDGE DR |
| | **List the contract number of any government contract** | | LAKE WALES FL 33859 |

| | | | |
|---|---|---|---|
| **2.510.** | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SERVICES AGREEMENT CASH CARD SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STORED VALUE SOLUTIONS, INC. ONE OXMOOR PLACE |
| | **State the term remaining** | | 101 BULLITT LANE SUITE 305 |
| | **List the contract number of any government contract** | | LOUISVILLE KY 40222-5465 |

| | | | |
|---|---|---|---|
| **2.511.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 843 | |
| | **Nature of debtor's interest** | LESSEE | SUBLEASE FROM SEPHORA SEPHORA USA INC FIRST MARKET TOWER |
| | **State the term remaining** | 05/31/19 | SENIOR VICE PRESIDENT OF REAL ESTATE |
| | **List the contract number of any government contract** | | 525 MARKET ST 32ND FL SAN FRANCISCO CA 94105 |

| | | | |
|---|---|---|---|
| **2.512.** | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CLOUD & INFRA - SWITCH (OFF-SITE BACKUP FACILITY) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SWITCH COMMUNICATIONS GROUP LLC |
| | **State the term remaining** | | 7135 S DECATUR BLVD |
| | **List the contract number of any government contract** | | LAS VEGAS NV 89118 |

| | | | |
|---|---|---|---|
| **2.513.** | **Title of contract** | CYBER LIABILITY INSURANCE POLICY NO. W24A9F180101 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | SYNDICATE 2623/623 AT LLOYDS (BEAZLEY) |
| | **State the term remaining** | 9/2019 | 1270 AVE OF THE AMERICAS STE 1200 |
| | **List the contract number of any government contract** | | NEW YORK NY 10020 |

Debtor    **Charlotte Russe, Inc.**                                                          Case number *(if known)* **19-10214**

2.514.  **Title of contract**                SOFTWARE & LICENSE AGREEMENT           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**        MASTER SOFTWARE LICENSE AGREEMENT

        **Nature of debtor's interest**        CONTRACT PARTY

        **State the term remaining**        _____        SYSREPUBLIC INC
        PO BOX 6393138
        **List the contract number of any government contract**        _____        CINCINNATI OH 45263

2.515.  **Title of contract**                REAL PROPERTY LEASE           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**        RETAIL LEASE - STORE # 281

        **Nature of debtor's interest**        LESSEE        TANGER
        TANGER SAN MARC LLC
        **State the term remaining**        01/31/24        LEGAL DEPT
        3200 NORTHLINE AVE STE 360
        **List the contract number of any government contract**                GREENSBORO NC 27408

2.516.  **Title of contract**                REAL PROPERTY LEASE           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**        RETAIL LEASE - STORE # 286

        **Nature of debtor's interest**        LESSEE        TANGER
        TANGER PROPERTIES LIMITED
        **State the term remaining**        01/31/25        PARTNERSHIP
        LEGAL DEPT
        **List the contract number of any government contract**                3200 NORTHLINE AVE STE 360
        GREENSBORO NC 27408

2.517.  **Title of contract**                REAL PROPERTY LEASE           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**        RETAIL LEASE - STORE # 461

        **Nature of debtor's interest**        LESSEE        TANGER
        TANGER PROPERTIES LIMITED
        **State the term remaining**        01/31/20        PARTNERSHIP
        LEGAL DEPT
        **List the contract number of any government contract**                3200 NORTHLINE AVE STE 360
        GREENSBORO NC 27408

2.518.  **Title of contract**                REAL PROPERTY LEASE           **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**        RETAIL LEASE - STORE # 464

        **Nature of debtor's interest**        LESSEE        TANGER
        TANGER PROPERTIES LIMITED
        **State the term remaining**        07/31/20        PARTNERSHIP AND
        COROCRIVIERA LLC
        **List the contract number of any government contract**                LEGAL DEPARTMENT
        3200 NORTHLINE AVE
        GREENSBORO NC 27408

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.519.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 509 |
| **Nature of debtor's interest** | LESSEE | TANGER
| **State the term remaining** | 07/31/20 | TANGER PROPERTIES LIMITED PARTNERSHIP
| **List the contract number of any government contract** | _____ | LEGAL DEPT
3200 NORTHLINE AVE STE 360
GREENSBORO NC 27408

**2.520.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 582 |
| **Nature of debtor's interest** | LESSEE | TANGER
| **State the term remaining** | 04/30/22 | ATLANTIC CITY ASSOCIATES NUMBER THREE LLC
| **List the contract number of any government contract** | _____ | TANGER MANAGEMENT LLC
LEGAL DEPARTMENT
3200 NORTHLINE AVE STE 360
GREENSBORO NC 27408

**2.521.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 590 |
| **Nature of debtor's interest** | LESSEE | TANGER
| **State the term remaining** | 05/31/22 | DEER PARK ENTERPRISE LLC
| **List the contract number of any government contract** | _____ | TANGER OUTLET CENTERS
LEGAL DEPARTMENT
3200 NORTHLINE AVE STE 360
GREENSBORO NC 27408

**2.522.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 591 |
| **Nature of debtor's interest** | LESSEE | TANGER
| **State the term remaining** | 03/31/23 | OUTLETS AT WESTGATE LLC
| **List the contract number of any government contract** | _____ | TANGER OUTLET CENTERS REAL ESTATE LEGAL
DEPARTMENT
3200 NORTHLINE AVE STE 360
GREENSBORO NC 27408

**2.523.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 598 |
| **Nature of debtor's interest** | LESSEE | TANGER
| **State the term remaining** | 03/31/23 | TANGER PROPERTIES LIMITED PARTNERSHIP
| **List the contract number of any government contract** | _____ | LEGAL DEPT
3200 NORTHLINE AVE STE 360
GREENSBORO NC 27408

Debtor    **Charlotte Russe, Inc.**                                                              Case number *(if known)* **19-10214**

| 2.524. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 739 | |
| | **Nature of debtor's interest** | LESSEE | TANGER |
| | **State the term remaining** | 03/31/24 | TANGER NATIONAL HABOUR LLC LEGAL DEPT |
| | **List the contract number of any government contract** | | 3200 NORTHLINE AVE STE 360 GREENSBORO NC 27408 |

| 2.525. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 745 | |
| | **Nature of debtor's interest** | LESSEE | TANGER |
| | **State the term remaining** | 05/31/25 | FASHION OUTLETS AT FOXWOODS LLC |
| | **List the contract number of any government contract** | | TANGER PROPERTIES LIMITED PARTNERSHIP LEGAL DEPARTMENT 3200 NORTHLINE AVE STE 360 GREENSBORO NC 27408 |

| 2.526. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 746 | |
| | **Nature of debtor's interest** | LESSEE | TANGER |
| | **State the term remaining** | 06/30/24 | OCEAN CITY FACTORY OUTLETS I LC |
| | **List the contract number of any government contract** | | TANGER PROPERTIES LIMITED PARTNERSHIP LEGAL DEPARTMENT 3200 NORTHLINE AVE STE 360 GREENSBORO NC 27408 |

| 2.527. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 748 | |
| | **Nature of debtor's interest** | LESSEE | TANGER |
| | **State the term remaining** | 04/30/25 | OUTLET MALL OF SAVANNAH LLC TANGER OUTLET CENTERS |
| | **List the contract number of any government contract** | | REAL ESTATE LEGAL DEPARTMENT 3200 NORTHLINE AVE STE 360 GREENSBORO NC 27408 |

| 2.528. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 777 | |
| | **Nature of debtor's interest** | LESSEE | TANGER |
| | **State the term remaining** | 03/31/25 | TANGER PROPERTIES LIMITED PARTNERSHIP LEGAL DEPT |
| | **List the contract number of any government contract** | | 3200 NORTHLINE AVE STE 360 GREENSBORO NC 27408 |

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| 2.529. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 789 | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 03/31/26 | TANGER<br>MIDSOUTH OUTLET SHOPS LLC<br>TANGER PROPERTIES LIMITED<br>PARTNERSHIP<br>LEGAL DEPARTMENT<br>3200 NORTHLINE AVE STE 360<br>GREENSBORO NC 27408 |
| | **List the contract number of any government contract** | | |

| 2.530. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 840 | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 01/31/21 | TANGER<br>TANGER FORT WORTH LLC<br>TANGER MANAGEMENT LLC<br>LEGAL DEPARTMENT<br>3200 NORTHLINE AVE STE 360<br>GREENSBORO NC 27408 |
| | **List the contract number of any government contract** | | |

| 2.531. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROFESSIONAL SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | | TANGO ANALYTICS, LLC<br>6225 N. STATE HWY 161<br>SUITE 300<br>IRVING TX 75038 |
| | **List the contract number of any government contract** | | |

| 2.532. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 109 | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 01/31/21 | TAUBMAN<br>SUNVALLEY<br>200 EAST LONG LAKE RD STE 300<br>BLOOMFIELD HILLS MI 48304-2324 |
| | **List the contract number of any government contract** | | |

| 2.533. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 137 | |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 01/31/20 | TAUBMAN<br>DOLPHIN MALL ASSOCIATES LLC<br>LEASE ADMINISTRATION<br>200 EAST LONG LAKE RD STE 300<br>BLOOMFIELD HILLS MI 48304-2324 |
| | **List the contract number of any government contract** | | |

Debtor  **Charlotte Russe, Inc.**                                                Case number *(if known)* **19-10214**

| 2.534. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 342 | |
| | **Nature of debtor's interest** | LESSEE | TAUBMAN |
| | **State the term remaining** | 01/31/21 | 200 EAST LONG LAKE RD STE 300 BLOOMFIELD HILLS MI 48304-2324 |
| | **List the contract number of any government contract** | | |

| 2.535. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 381 | |
| | **Nature of debtor's interest** | LESSEE | TAUBMAN TWELVE OAKS MALL LLC |
| | **State the term remaining** | 01/31/21 | LEASE ADMINISTRATION 200 EAST LONG LAKE RD STE 300 |
| | **List the contract number of any government contract** | | BLOOMFIELD HILLS MI 48304-2324 |

| 2.536. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 786 | |
| | **Nature of debtor's interest** | LESSEE | TAUBMAN TB MALL AT UTC LLC |
| | **State the term remaining** | 02/28/25 | LEASE ADMINISTRATION 200 EAST LONG LAKE RD STE 300 |
| | **List the contract number of any government contract** | | BLOOMFIELD HILLS MI 48304-2324 |

| 2.537. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 845 | |
| | **Nature of debtor's interest** | LESSEE | TAUBMAN |
| | **State the term remaining** | 01/31/22 | 200 EAST LONG LAKE RD STE 300 BLOOMFIELD HILLS MI 48304-2324 |
| | **List the contract number of any government contract** | | |

| 2.538. | **Title of contract** | SOFTWARE & SUPPORT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TAX ACCOUNTING SOFTWARE LICENSE AND SUPPORT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TAX COMPLIANCE INC 10089 WILLOW CREEK ROAD |
| | **State the term remaining** | | SUITE 300 SAN DIEGO CA 92131 |
| | **List the contract number of any government contract** | | |

Debtor  **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

2.539.  **Title of contract**            LEASE & SERVICE AGREEMENT                    **State the name and mailing address**
                                                                                      **for all other parties with whom the**
        **State what the contract or**   VEHICLE LEASE AND SERVICE AGREEMENT           **debtor has an executory contract or**
        **lease is for**                                                               **unexpired lease**

        **Nature of debtor's interest**  CONTRACT PARTY                               TCI LEASING
                                                                                      4950 TRIGGS STREET
        **State the term remaining**     _____     COMMERCE CA 90022

        **List the contract number of**  _____
        **any government contract**


2.540.  **Title of contract**            REAL PROPERTY LEASE                          **State the name and mailing address**
                                                                                      **for all other parties with whom the**
        **State what the contract or**   RETAIL LEASE - STORE # 400                    **debtor has an executory contract or**
        **lease is for**                                                               **unexpired lease**

        **Nature of debtor's interest**  LESSEE                                       THALHIMER
                                                                                      1420 N PARHAM ROAD LC
        **State the term remaining**     01/31/20                                     MARK SLUSHER
                                                                                      11100 WEST BROAD ST
        **List the contract number of**  _____     GLEN ALLEN VA 23060
        **any government contract**


2.541.  **Title of contract**            REAL PROPERTY LEASE                          **State the name and mailing address**
                                                                                      **for all other parties with whom the**
        **State what the contract or**   RETAIL LEASE - STORE # 557                    **debtor has an executory contract or**
        **lease is for**                                                               **unexpired lease**

        **Nature of debtor's interest**  LESSEE                                       THE CROSSINGS PREMIUM
                                                                                      OUTLETS, LLC
        **State the term remaining**     01/31/20                                     SIMON PROPERTY GROUP
                                                                                      GENERAL COUNSEL
        **List the contract number of**  _____     225 W WASHINGTON ST
        **any government contract**                                                   INDIANAPOLIS IN 46204


2.542.  **Title of contract**            REAL PROPERTY LEASE                          **State the name and mailing address**
                                                                                      **for all other parties with whom the**
        **State what the contract or**   RETAIL LEASE - STORE # 578                    **debtor has an executory contract or**
        **lease is for**                                                               **unexpired lease**

        **Nature of debtor's interest**  LESSEE                                       THE IRVINE CO
                                                                                      THE IRVINE CO RETAIL
        **State the term remaining**     12/31/18                                     PROPERTIES
                                                                                      GENERAL COUNSEL
        **List the contract number of**  _____     100 INNOVATION DR
        **any government contract**                                                   IRVINE CA 92617


2.543.  **Title of contract**            REAL PROPERTY LEASE                          **State the name and mailing address**
                                                                                      **for all other parties with whom the**
        **State what the contract or**   RETAIL LEASE - STORE # 7004                   **debtor has an executory contract or**
        **lease is for**                                                               **unexpired lease**

        **Nature of debtor's interest**  LESSEE                                       THE IRVINE CO
                                                                                      THE IRVINE CO LLC
        **State the term remaining**     _____     GENERAL COUNSEL RETAIL
                                                                                      PROPERTIES
        **List the contract number of**  _____     100 INNOVATION
        **any government contract**                                                   IRVINE CA 92617

Debtor   **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.544.**   **Title of contract**             REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
             **State what the contract or**    RETAIL LEASE - STORE # 218           **debtor has an executory contract or**
             **lease is for**                                                       **unexpired lease**

             **Nature of debtor's interest**   LESSEE                               THE PREMIUM OUTLETS
                                                                                    LAS VEGAS PREMIUM OUTLETS
             **State the term remaining**      01/31/19                             SOUTH LLC
                                                                                    SIMON PROPERTY GROUP
             **List the contract number of**   _____     GENERAL COUNSEL
             **any government contract**                                            225 W WASHINGTON ST
                                                                                    INDIANAPOLIS IN 46204

**2.545.**   **Title of contract**             REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
             **State what the contract or**    RETAIL LEASE - STORE # 239           **debtor has an executory contract or**
             **lease is for**                                                       **unexpired lease**

             **Nature of debtor's interest**   LESSEE                               THE PREMIUM OUTLETS
                                                                                    GILROY PREMIUM OUTLETS LLC
             **State the term remaining**      01/31/23                             SIMON PROPERTY GROUP
                                                                                    GENERAL COUNSEL
             **List the contract number of**   _____     225 W WASHINGTON ST
             **any government contract**                                            INDIANAPOLIS IN 46204

**2.546.**   **Title of contract**             REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
             **State what the contract or**    RETAIL LEASE - STORE # 292           **debtor has an executory contract or**
             **lease is for**                                                       **unexpired lease**

             **Nature of debtor's interest**   LESSEE                               THE PREMIUM OUTLETS
                                                                                    LAS VEGAS PREMIUM OUTLETS
             **State the term remaining**      12/31/23                             NORTH LLC
                                                                                    SIMON PROPERTY GROUP
             **List the contract number of**   _____     GENERAL COUNSEL
             **any government contract**                                            225 W WASHINGTON ST
                                                                                    INDIANAPOLIS IN 46204

**2.547.**   **Title of contract**             REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
             **State what the contract or**    RETAIL LEASE - STORE # 423           **debtor has an executory contract or**
             **lease is for**                                                       **unexpired lease**

             **Nature of debtor's interest**   LESSEE                               THE PREMIUM OUTLETS
                                                                                    SIMON PROPERTY GROUP
             **State the term remaining**      01/31/19                             GENERAL COUNSEL
                                                                                    225 W WASHINGTON ST
             **List the contract number of**   _____     INDIANAPOLIS IN 46204
             **any government contract**

**2.548.**   **Title of contract**             REAL PROPERTY LEASE                    **State the name and mailing address**
                                                                                    **for all other parties with whom the**
             **State what the contract or**    RETAIL LEASE - STORE # 458           **debtor has an executory contract or**
             **lease is for**                                                       **unexpired lease**

             **Nature of debtor's interest**   LESSEE                               THE PREMIUM OUTLETS
                                                                                    SIMON PROPERTY GROUP
             **State the term remaining**      01/31/19                             GENERAL COUNSEL
                                                                                    225 W WASHINGTON ST
             **List the contract number of**   _____     INDIANAPOLIS IN 46204
             **any government contract**

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

**2.549.**   **Title of contract**           REAL PROPERTY LEASE                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**           RETAIL LEASE - STORE # 469

**Nature of debtor's interest**    LESSEE

**State the term remaining**    02/28/19           THE PREMIUM OUTLETS PHILADELPHIA OUTLETS LLC SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204

**List the contract number of any government contract**

**2.550.**   **Title of contract**           REAL PROPERTY LEASE                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**           RETAIL LEASE - STORE # 477

**Nature of debtor's interest**    LESSEE

**State the term remaining**    03/31/19           THE PREMIUM OUTLETS HOUSTON PREMIUM OUTLETS LLC SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204

**List the contract number of any government contract**

**2.551.**   **Title of contract**           REAL PROPERTY LEASE                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**           RETAIL LEASE - STORE # 481

**Nature of debtor's interest**    LESSEE

**State the term remaining**    01/31/19           THE PREMIUM OUTLETS WILLIAMSBURG PREMIUM OUTLETS LLC SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204

**List the contract number of any government contract**

**2.552.**   **Title of contract**           REAL PROPERTY LEASE                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**           RETAIL LEASE - STORE # 521

**Nature of debtor's interest**    LESSEE

**State the term remaining**    01/31/19           THE PREMIUM OUTLETS ELLENTON PREMIUM OUTLETS LLC SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204

**List the contract number of any government contract**

**2.553.**   **Title of contract**           REAL PROPERTY LEASE                      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**           RETAIL LEASE - STORE # 527

**Nature of debtor's interest**    LESSEE

**State the term remaining**    07/31/19           THE PREMIUM OUTLETS SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204

**List the contract number of any government contract**

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.554.**  **Title of contract**                REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       RETAIL LEASE - STORE # 533

**Nature of debtor's interest**     LESSEE                                 THE PREMIUM OUTLETS
                                                                           CAMARILLO PREMIUM OUTLETS
**State the term remaining**        04/30/19                               LLC
                                                                           SIMON PROPERTY GROUP
**List the contract number of**     _____            GENERAL COUNSEL
**any government contract**                                                225 W WASHINGTON ST
                                                                           INDIANAPOLIS IN 46204

**2.555.**  **Title of contract**                REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       RETAIL LEASE - STORE # 543

**Nature of debtor's interest**     LESSEE                                 THE PREMIUM OUTLETS
                                                                           GROVE CITY PREMIUM OUTLETS
**State the term remaining**        01/31/19                               LLC
                                                                           SIMON PROPERTY GROUP
**List the contract number of**     _____            GENERAL COUNSEL
**any government contract**                                                225 W WASHINGTON ST
                                                                           INDIANAPOLIS IN 46204

**2.556.**  **Title of contract**                REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       RETAIL LEASE - STORE # 556

**Nature of debtor's interest**     LESSEE                                 THE PREMIUM OUTLETS
                                                                           SIMON PROPERTY GROUP
**State the term remaining**        01/31/20                               GENERAL COUNSEL
                                                                           225 W WASHINGTON ST
**List the contract number of**     _____            INDIANAPOLIS IN 46204
**any government contract**

**2.557.**  **Title of contract**                REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       RETAIL LEASE - STORE # 558

**Nature of debtor's interest**     LESSEE                                 THE PREMIUM OUTLETS
                                                                           SIMON PROPERTY GROUP
**State the term remaining**        01/31/20                               GENERAL COUNSEL
                                                                           225 W WASHINGTON ST
**List the contract number of**     _____            INDIANAPOLIS IN 46204
**any government contract**

**2.558.**  **Title of contract**                REAL PROPERTY LEASE                     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**       RETAIL LEASE - STORE # 559

**Nature of debtor's interest**     LESSEE                                 THE PREMIUM OUTLETS
                                                                           VACAVILLE PREMIUM OUTLETS
**State the term remaining**        01/31/20                               LLC
                                                                           SIMON PROPERTY GROUP
**List the contract number of**     _____            GENERAL COUNSEL
**any government contract**                                                225 W WASHINGTON ST
                                                                           INDIANAPOLIS IN 46204

Debtor   **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

---

**2.559.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 560 |
| **Nature of debtor's interest** | LESSEE | THE PREMIUM OUTLETS ORLANDO PREMIUM OUTLET VINELAND LLC SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204
| **State the term remaining** | 01/31/20 |
| **List the contract number of any government contract** | _____ |

**2.560.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 561 |
| **Nature of debtor's interest** | LESSEE | THE PREMIUM OUTLETS SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204
| **State the term remaining** | 01/31/20 |
| **List the contract number of any government contract** | _____ |

**2.561.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 562 |
| **Nature of debtor's interest** | LESSEE | THE PREMIUM OUTLETS SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204
| **State the term remaining** | 01/31/20 |
| **List the contract number of any government contract** | _____ |

**2.562.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 563 |
| **Nature of debtor's interest** | LESSEE | THE PREMIUM OUTLETS SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204
| **State the term remaining** | 01/31/20 |
| **List the contract number of any government contract** | _____ |

**2.563.** | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 564 |
| **Nature of debtor's interest** | LESSEE | THE PREMIUM OUTLETS ALLEN PREMIUM OUTLETS LLC SIMON PROPERTY GROUP GENERAL COUNSEL 225 W WASHINGTON ST INDIANAPOLIS IN 46204
| **State the term remaining** | 01/31/20 |
| **List the contract number of any government contract** | _____ |

---

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

**2.564.**  **Title of contract**              REAL PROPERTY LEASE                    State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**        RETAIL LEASE - STORE # 565            debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**       LESSEE                                THE PREMIUM OUTLETS
                                                                                     CINCINNATI PREMIUM OUTLETS
         **State the term remaining**          01/31/20                              LLC
                                                                                     SIMON PROPERTY GROUP
         **List the contract number of**       _____      GENERAL COUNSEL
         **any government contract**                                                 225 W WASHINGTON ST
                                                                                     INDIANAPOLIS IN 46204

**2.565.**  **Title of contract**              REAL PROPERTY LEASE                    State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**        RETAIL LEASE - STORE # 567            debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**       LESSEE                                THE PREMIUM OUTLETS
                                                                                     SIMON PROPERTY GROUP
         **State the term remaining**          01/31/21                              GENERAL COUNSEL
                                                                                     225 W WASHINGTON ST
         **List the contract number of**       _____      INDIANAPOLIS IN 46204
         **any government contract**

**2.566.**  **Title of contract**              REAL PROPERTY LEASE                    State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**        RETAIL LEASE - STORE # 589            debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**       LESSEE                                THE PREMIUM OUTLETS
                                                                                     GRAND PRAIRIE PREMIUM
         **State the term remaining**          08/31/22                              OUTLETS LLC
                                                                                     SIMON PROPERTY GROUP
         **List the contract number of**       _____      GENERAL COUNSEL
         **any government contract**                                                 225 W WASHINGTON ST
                                                                                     INDIANAPOLIS IN 46204

**2.567.**  **Title of contract**              REAL PROPERTY LEASE                    State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**        RETAIL LEASE - STORE # 712            debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**       LESSEE                                THE PREMIUM OUTLETS
                                                                                     ST LOUIS PREMIUM OUTLETS LLC
         **State the term remaining**          08/31/23                              SIMON PROPERTY GROUP
                                                                                     GENERAL COUNSEL
         **List the contract number of**       _____      225 W WASHINGTON ST
         **any government contract**                                                 INDIANAPOLIS IN 46204

**2.568.**  **Title of contract**              REAL PROPERTY LEASE                    State the name and mailing address
                                                                                     for all other parties with whom the
         **State what the contract or**        RETAIL LEASE - STORE # 804            debtor has an executory contract or
         **lease is for**                                                            unexpired lease

         **Nature of debtor's interest**       LESSEE                                TORG
                                                                                     OKC OUTLETS L LLC
         **State the term remaining**          01/31/26                              SINGERMAN REAL ESTAT
                                                                                     CHARLIE KELLOGG
         **List the contract number of**       _____      980 N MICHIGAN AVE STE I660
         **any government contract**                                                 CHICAGO IL 60611

Debtor **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

2.569. | **Title of contract** | SERVICES AGREEMENT | State the name and mailing address
--- | --- | --- | ---

| **Title of contract** | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **State what the contract or lease is for** | CLOUD & INFRA - TRAPS | |
| **Nature of debtor's interest** | CONTRACT PARTY | TRACE3, LLC (CORPORATE WORKSTATIONS ADVANCED THREAT) |
| **State the term remaining** | | 12636 HIGH BLUFF DR. SUITE 300 |
| **List the contract number of any government contract** | | SAN DIEGO CA 92130 |

2.569.

2.570.

| **Title of contract** | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **State what the contract or lease is for** | CLOUD & INFRA - FIREWALL FOR SAN DIEGO/ SAN FRANCISCO/ ONTARIO | |
| **Nature of debtor's interest** | CONTRACT PARTY | TRACE3, LLC (FIREWALL) |
| **State the term remaining** | | 12636 HIGH BLUFF DR. SUITE 300 |
| **List the contract number of any government contract** | | SAN DIEGO CA 92130 |

2.571.

| **Title of contract** | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **State what the contract or lease is for** | CLOUD & INFRA - OFFICE 365 AD INTEGRATION | |
| **Nature of debtor's interest** | CONTRACT PARTY | TRACE3, LLC (OFFICE 365 AD INTEGRATION) |
| **State the term remaining** | | 12636 HIGH BLUFF DR. SUITE 300 |
| **List the contract number of any government contract** | | SAN DIEGO CA 92130 |

2.572.

| **Title of contract** | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **State what the contract or lease is for** | CLOUD & INFRA - SMART HAND SERVICES | |
| **Nature of debtor's interest** | CONTRACT PARTY | TRACE3, LLC (SMART HAND SERVICES) |
| **State the term remaining** | | 12636 HIGH BLUFF DR. SUITE 300 |
| **List the contract number of any government contract** | | SAN DIEGO CA 92130 |

2.573.

| **Title of contract** | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 452 | |
| **Nature of debtor's interest** | LESSEE | TRADEMARK MANAGEMENT, LTD GALLERIA MALL INVESTORS LP SIMON PROPERTY GROUP GENERAL COUNSEL |
| **State the term remaining** | 01/31/19 | 225 W WASHINGTON ST INDIANAPOLIS IN 46204 |
| **List the contract number of any government contract** | | |

Debtor  **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.574. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 797 | |
| | Nature of debtor's interest | LESSEE | TRADEMARK MANAGEMENT, LTD |
| | State the term remaining | 01/31/26 | UPTOWN VILLAGE AT CEDAR HILL LP |
| | List the contract number of any government contract | | TRADEMARK PROPERTY CO LEGAL DEPT 1701 RIVER RUN STE 500 FORT WORTH TX 76107 |

| 2.575. | Title of contract | GENERAL LIABILITY ☐ EMPLOYEE BENEFIT LIABILITY INSURANCE POLICY NO. TC2J☐GLSA☐6E00763A☐19 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA |
| | State the term remaining | 1/31/2020 | 485 LEXINGTON AVE 6TH FL |
| | List the contract number of any government contract | | NEW YORK NY 10017 |

| 2.576. | Title of contract | AUTOMOBILE INSURANCE POLICY NO. TJ☐CAP☐6E007641☐19 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA |
| | State the term remaining | 1/31/2020 | 485 LEXINGTON AVE 6TH FL |
| | List the contract number of any government contract | | NEW YORK NY 10017 |

| 2.577. | Title of contract | WORKERS' COMPENSATION INSURANCE POLICY NO. UB☐1L338947☐19☐51☐R (AZ,FL,MA,OR,WI) | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA |
| | State the term remaining | 1/31/2020 | 485 LEXINGTON AVE 6TH FL |
| | List the contract number of any government contract | | NEW YORK NY 10017 |

| 2.578. | Title of contract | PROPERTY INSURANCE POLICY NO. KTJ☐CMB☐3065P37☐0☐19 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | TRAVELERS PROPERTY CASUALTY INSURANCE CO. |
| | State the term remaining | 1/31/2020 | 485 LEXINGTON AVE 6TH FL |
| | List the contract number of any government contract | | NEW YORK NY 10017 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.579. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 96 | |
| | **Nature of debtor's interest** | LESSEE | TRI-COUNTY MALL |
| | **State the term remaining** | 01/31/21 | TRI COUNTY MALL<br>RENEE BELL |
| | **List the contract number of any government contract** | | 11700 PRINCETON PIKE<br>CINCINNATI OH 45246 |

| 2.580. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 274 | |
| | **Nature of debtor's interest** | LESSEE | TRIPLE FIVE |
| | **State the term remaining** | 01/31/24 | MOAC MALL HOLDINGS LLC<br>60 EAST BROADWAY |
| | **List the contract number of any government contract** | | BLOOMINGTON MN 55425 |

| 2.581. | **Title of contract** | CARGO INSURANCE POLICY NO. M☐20831 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | UNDERWRITERS AT LLOYD'S |
| | **State the term remaining** | 1/31/2020 | LONDON<br>ONE LIME ST |
| | **List the contract number of any government contract** | | LONDON EC3M 7HA<br>UNITED KINGDOM |

| 2.582. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 7006 | |
| | **Nature of debtor's interest** | LESSEE | UNIVERSITY VILLAGE LIMITED |
| | **State the term remaining** | | PARTNERSHIP<br>2623 NORTHEAST UNIVERSITY |
| | **List the contract number of any government contract** | | VLG ST<br>STE 7<br>SEATTLE WA 98105 |

| 2.583. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 243 | |
| | **Nature of debtor's interest** | LESSEE | URBAN RETAIL PROPERTIES |
| | **State the term remaining** | 04/30/20 | ARNOT MALL<br>GENERAL MANAGER |
| | **List the contract number of any government contract** | | 3300 CHAMBERS RD SOUTH STE 5127<br>HORSEHEADS NY 14845 |

Debtor  **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.584. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 1801 | |
| | Nature of debtor's interest | LESSEE | USLV NEWCA 1, LLC |
| | State the term remaining | | MARKET OFFICER |
| | List the contract number of any government contract | | 2817 EAST CEDAR ST STE 200 ONTARIO CA 91761 |

| 2.585. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CREDIT CARD PROCESSING - BANK CARD MERCHANT AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | VANTIV, LLC |
| | State the term remaining | | 8500 GOVERNORS HILL DRIVE SYMMES TOWNSHIP OH 45249- |
| | List the contract number of any government contract | | 1384 |

| 2.586. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 446 | |
| | Nature of debtor's interest | LESSEE | VESTAR |
| | State the term remaining | 01/31/20 | YESTAR CPT TEMPE MARKETPLACE LLC |
| | List the contract number of any government contract | | VESTAR PRESIDENT- MANAGEMENT SERVICES 2425 EAST CAMELBACK RD STE 750 PHOENIX AZ 85016 |

| 2.587. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 538 | |
| | Nature of debtor's interest | LESSEE | VIRGINIA CENTER COMMON REALTY HOLDING |
| | State the term remaining | 04/30/19 | (MIKE KOHAN) |
| | List the contract number of any government contract | | VIRGINIA CENTER COMMON REALTY HOLDING LLC 10101 BROOK RD GLEN ALLEN VA 23059 |

| 2.588. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | GROUP VISION CARE PLAN | |
| | Nature of debtor's interest | CONTRACT PARTY | VISION SERVICE PLAN |
| | State the term remaining | | PO BOX 45210 SAN FRANCISCO CA 94145 |
| | List the contract number of any government contract | | |

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

**2.589.**  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 432

**Nature of debtor's interest**    LESSEE                                            VORNADO
                                                                                     OAKDALE MALL LLC
**State the term remaining**    01/31/19                                             EXECUTIVE VICE PRESIDENT
                                                                                     RETAIL REAL ESTATE
**List the contract number of any government contract**    _____    210 RTE 4 EAST
                                                                                     PARAMUS NJ 07652

**2.590.**  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 703

**Nature of debtor's interest**    LESSEE                                            WAS GROUP
                                                                                     VIEJAS SPRINGS VILLAGE OUTLET
**State the term remaining**    04/30/23                                             CENTER
                                                                                     5005 WILLOWS RD STE 229
**List the contract number of any government contract**    _____    ALPINE CA 91901

**2.591.**  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 14

**Nature of debtor's interest**    LESSEE                                            WASHINGTON PRIME
                                                                                     WESTMINSTER MALL LLC
**State the term remaining**    01/31/21                                             GENERAL COUNSEL
                                                                                     180 E BROAD ST FL 20
**List the contract number of any government contract**    _____    COLUMBUS OH 43215

**2.592.**  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 42

**Nature of debtor's interest**    LESSEE                                            WASHINGTON PRIME
                                                                                     BRE/PEARLRIDGE LLC
**State the term remaining**    01/31/21                                             GENERAL COUNSEL
                                                                                     180 E BROAD ST FL 20
**List the contract number of any government contract**    _____    COLUMBUS OH 43215

**2.593.**  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**    RETAIL LEASE - STORE # 68

**Nature of debtor's interest**    LESSEE                                            WASHINGTON PRIME
                                                                                     MELBOURNE SQUARE LLC
**State the term remaining**    01/31/21                                             GENERAL COUNSEL
                                                                                     180 E BROAD ST FL 20
**List the contract number of any government contract**    _____    COLUMBUS OH 43215

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

| 2.594. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 86 | |
| | Nature of debtor's interest | LESSEE | WASHINGTON PRIME ORANGE PARK MALL LLC GENERAL COUNSEL 180 E BROAD ST FL 20 COLUMBUS OH 43215 |
| | State the term remaining | 01/31/21 | |
| | List the contract number of any government contract | | |

| 2.595. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 148 | |
| | Nature of debtor's interest | LESSEE | WASHINGTON PRIME SOUTHERN PARK MALL LLC GENERAL COUNSEL 180 E BROAD ST FL 20 COLUMBUS OH 43215 |
| | State the term remaining | 01/31/22 | |
| | List the contract number of any government contract | | |

| 2.596. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 156 | |
| | Nature of debtor's interest | LESSEE | WASHINGTON PRIME MAPLEWOOD MALL LLC GENERAL COUNSEL 180 E BROAD ST FL 20 COLUMBUS OH 43215 |
| | State the term remaining | 01/31/22 | |
| | List the contract number of any government contract | | |

| 2.597. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 168 | |
| | Nature of debtor's interest | LESSEE | WASHINGTON PRIME POLARIS FASHION PLACE LLC GENERAL COUNSEL 180 E BROAD ST FL 20 COLUMBUS OH 43215 |
| | State the term remaining | 01/31/20 | |
| | List the contract number of any government contract | | |

| 2.598. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 178 | |
| | Nature of debtor's interest | LESSEE | WASHINGTON PRIME WESTSHORE PLAZA LLC GENERAL COUNSEL 180 E BROAD ST FL 20 COLUMBUS OH 43215 |
| | State the term remaining | 01/31/20 | |
| | List the contract number of any government contract | | |

Debtor  **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

2.599.  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**       RETAIL LEASE - STORE # 186

        **Nature of debtor's interest**    LESSEE                                 WASHINGTON PRIME
                                                                                  BOYNTON BEACH MALL LLC
        **State the term remaining**       03/31/21                               GENERAL COUNSEL
                                                                                  180 E BROAD ST FL 20
        **List the contract number of any government contract**    _____    COLUMBUS OH 43215

2.600.  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**       RETAIL LEASE - STORE # 205

        **Nature of debtor's interest**    LESSEE                                 WASHINGTON PRIME
                                                                                  DAYTON MALL LL LLC
        **State the term remaining**       01/31/21                               GENERAL COUNSEL
                                                                                  180 E BROAD ST FL 20
        **List the contract number of any government contract**    _____    COLUMBUS OH 43215

2.601.  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**       RETAIL LEASE - STORE # 259

        **Nature of debtor's interest**    LESSEE                                 WASHINGTON PRIME
                                                                                  JEFFERSON VALLEY MALL LLC
        **State the term remaining**       01/31/22                               GENERAL COUNSEL
                                                                                  180 E BROAD ST FL 20
        **List the contract number of any government contract**    _____    COLUMBUS OH 43215

2.602.  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**       RETAIL LEASE - STORE # 267

        **Nature of debtor's interest**    LESSEE                                 WASHINGTON PRIME
                                                                                  TOWNE WEST SQUARE LLC
        **State the term remaining**       01/31/20                               GENERAL COUNSEL
                                                                                  180 E BROAD ST FL 20
        **List the contract number of any government contract**    _____    COLUMBUS OH 43215

2.603.  **Title of contract**              REAL PROPERTY LEASE                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

        **State what the contract or lease is for**       RETAIL LEASE - STORE # 311

        **Nature of debtor's interest**    LESSEE                                 WASHINGTON PRIME
                                                                                  OAK COURT MALL LLC
        **State the term remaining**       01/31/20                               GENERAL COUNSEL
                                                                                  180 E BROAD ST FL 20
        **List the contract number of any government contract**    _____    COLUMBUS OH 43215

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.604. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 313 | |
| | **Nature of debtor's interest** | LESSEE | WASHINGTON PRIME WEST RIDGE MALL LLC GENERAL COUNSEL 180 E BROAD ST FL 20 COLUMBUS OH 43215 |
| | **State the term remaining** | 01/31/21 | |
| | **List the contract number of any government contract** | | |

| 2.605. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 317 | |
| | **Nature of debtor's interest** | LESSEE | WASHINGTON PRIME MUNCI MALL LLC GENERAL COUNSEL 180 E BROAD ST FL 20 COLUMBUS OH 43215 |
| | **State the term remaining** | 01/31/20 | |
| | **List the contract number of any government contract** | | |

| 2.606. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 348 | |
| | **Nature of debtor's interest** | LESSEE | WASHINGTON PRIME AURORA MALL LLC GENERAL COUNSEL 180 E BROAD ST FL 20 COLUMBUS OH 43215 |
| | **State the term remaining** | 01/31/23 | |
| | **List the contract number of any government contract** | | |

| 2.607. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 349 | |
| | **Nature of debtor's interest** | LESSEE | WASHINGTON PRIME GREAT LAKES MALL LLC GENERAL COUNSEL 180 E BROAD ST FL 20 COLUMBUS OH 43215 |
| | **State the term remaining** | 06/30/20 | |
| | **List the contract number of any government contract** | | |

| 2.608. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 395 | |
| | **Nature of debtor's interest** | LESSEE | WASHINGTON PRIME BRUNSWICK SQUARE LLC GENERAL COUNSEL 180 E BROAD ST FL 20 COLUMBUS OH 43215 |
| | **State the term remaining** | 01/31/19 | |
| | **List the contract number of any government contract** | | |

Debtor    **Charlotte Russe, Inc.**                                                                       Case number *(if known)* **19-10214**

| 2.609. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 456 | |
| | **Nature of debtor's interest** | LESSEE | WASHINGTON PRIME |
| | **State the term remaining** | 01/31/21 | PADDOCK MALL LLC GENERAL COUNSEL |
| | **List the contract number of any government contract** | _____ | 180 E BROAD ST FL 20 COLUMBUS OH 43215 |

| 2.610. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 478 | |
| | **Nature of debtor's interest** | LESSEE | WASHINGTON PRIME |
| | **State the term remaining** | 05/31/20 | PORT CHARLOTTE MALL LLC GENERAL COUNSEL |
| | **List the contract number of any government contract** | _____ | 180 E BROAD ST FL 20 COLUMBUS OH 43215 |

| 2.611. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 482 | |
| | **Nature of debtor's interest** | LESSEE | WASHINGTON PRIME |
| | **State the term remaining** | 03/31/20 | ROLLING OAKS MALL LLC GENERAL COUNSEL |
| | **List the contract number of any government contract** | _____ | 180 E BROAD ST FL 20 COLUMBUS OH 43215 |

| 2.612. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 484 | |
| | **Nature of debtor's interest** | LESSEE | WASHINGTON PRIME |
| | **State the term remaining** | 04/30/20 | SM RUSHMORE MALL LLC GENERAL COUNSEL |
| | **List the contract number of any government contract** | _____ | 180 E BROAD ST FL 20 COLUMBUS OH 43215 |

| 2.613. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 485 | |
| | **Nature of debtor's interest** | LESSEE | WASHINGTON PRIME |
| | **State the term remaining** | 07/31/21 | MFC BEAVERCREEK LLC GENERAL COUNSEL |
| | **List the contract number of any government contract** | _____ | 180 E BROAD ST FL 20 COLUMBUS OH 43215 |

Debtor  **Charlotte Russe, Inc.**                                   Case number *(if known)* **19-10214**

---

**2.614.**   **Title of contract**            REAL PROPERTY LEASE           **State the name and mailing address**
                                                                            **for all other parties with whom the**
            **State what the contract or**    RETAIL LEASE - STORE # 486    **debtor has an executory contract or**
            **lease is for**                                                **unexpired lease**

            **Nature of debtor's interest**   LESSEE                        WASHINGTON PRIME
                                                                            GRAND CENTRAL PARKERSBURG
            **State the term remaining**      05/31/20                      LLC
                                                                            GENERAL COUNSEL
            **List the contract number of**   _____      180 E BROAD ST FL 20
            **any government contract**                                     COLUMBUS OH 43215


**2.615.**   **Title of contract**            REAL PROPERTY LEASE           **State the name and mailing address**
                                                                            **for all other parties with whom the**
            **State what the contract or**    RETAIL LEASE - STORE # 488    **debtor has an executory contract or**
            **lease is for**                                                **unexpired lease**

            **Nature of debtor's interest**   LESSEE                        WASHINGTON PRIME
                                                                            SOUTHERN HILLS LLC
            **State the term remaining**      05/31/21                      GENERAL COUNSEL
                                                                            180 E BROAD ST FL 20
            **List the contract number of**   _____      COLUMBUS OH 43215
            **any government contract**


**2.616.**   **Title of contract**            REAL PROPERTY LEASE           **State the name and mailing address**
                                                                            **for all other parties with whom the**
            **State what the contract or**    RETAIL LEASE - STORE # 510    **debtor has an executory contract or**
            **lease is for**                                                **unexpired lease**

            **Nature of debtor's interest**   LESSEE                        WASHINGTON PRIME
                                                                            NORTHWOODS SHOPPING
            **State the term remaining**      01/31/19                      CENTER LLC
                                                                            GENERAL COUNSEL
            **List the contract number of**   _____      180 E BROAD ST FL 20
            **any government contract**                                     COLUMBUS OH 43215


**2.617.**   **Title of contract**            REAL PROPERTY LEASE           **State the name and mailing address**
                                                                            **for all other parties with whom the**
            **State what the contract or**    RETAIL LEASE - STORE # 539    **debtor has an executory contract or**
            **lease is for**                                                **unexpired lease**

            **Nature of debtor's interest**   LESSEE                        WASHINGTON PRIME
                                                                            LINCOLNWOOD TOWN CENTER
            **State the term remaining**      05/31/19                      LLC
                                                                            GENERAL COUNSEL
            **List the contract number of**   _____      180 E BROAD ST FL 20
            **any government contract**                                     COLUMBUS OH 43215


**2.618.**   **Title of contract**            REAL PROPERTY LEASE           **State the name and mailing address**
                                                                            **for all other parties with whom the**
            **State what the contract or**    RETAIL LEASE - STORE # 7014   **debtor has an executory contract or**
            **lease is for**                                                **unexpired lease**

            **Nature of debtor's interest**   LESSEE                        WASHINGTON PRIME
                                                                            SDQ FEE LLC
            **State the term remaining**      _____      GENERAL COUNSEL
                                                                            180 E BROAD STREETFLOOR 20
            **List the contract number of**   _____      COLUMBUS OH 43215
            **any government contract**

---

Debtor    **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

**2.619.**  **Title of contract**              REAL PROPERTY LEASE              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     RETAIL LEASE - STORE # 714

**Nature of debtor's interest**     LESSEE

**State the term remaining**     05/31/23              WASHINGTON PRIME
                                                        CHARLOTTESVILLE FASHION
**List the contract number of**     _____     SQUARE LLC
**any government contract**                              GENERAL COUNSEL
                                                        180 E BROAD ST FL 20
                                                        COLUMBUS OH 43215

**2.620.**  **Title of contract**              REAL PROPERTY LEASE              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     RETAIL LEASE - STORE # 717

**Nature of debtor's interest**     LESSEE              WASHINGTON PRIME
                                                        MESA MALL LLC
**State the term remaining**     08/31/23              GENERAL COUNSEL
                                                        180 E BROAD ST FL 20
**List the contract number of**     _____     COLUMBUS OH 43215
**any government contract**

**2.621.**  **Title of contract**              REAL PROPERTY LEASE              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     RETAIL LEASE - STORE # 730

**Nature of debtor's interest**     LESSEE              WASHINGTON PRIME
                                                        MORGANTOWN MALL ASSOCIATES
**State the term remaining**     01/31/24              LIMITED
                                                        PARTNERSHIP, GENERAL
**List the contract number of**     _____     COUNSEL
**any government contract**                              180 EAST BROAD ST 21ST FL
                                                        COLUMBUS OH 43215

**2.622.**  **Title of contract**              REAL PROPERTY LEASE              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     RETAIL LEASE - STORE # 737

**Nature of debtor's interest**     LESSEE              WASHINGTON PRIME
                                                        MALL AT JOHNSON CITY LLC
**State the term remaining**     01/31/24              GENERAL COUNSEL
                                                        180 EAST BROAD ST 21TH FL
**List the contract number of**     _____     COLUMBUS OH 43215
**any government contract**

**2.623.**  **Title of contract**              REAL PROPERTY LEASE              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     RETAIL LEASE - STORE # 770

**Nature of debtor's interest**     LESSEE              WASHINGTON PRIME
                                                        ATC GLIMCHER LLC
**State the term remaining**     01/31/25              GENERAL COUNSEL
                                                        180 EAST BROAD ST 21ST FL
**List the contract number of**     _____     COLUMBUS OH 43215
**any government contract**

Debtor    **Charlotte Russe, Inc.**                                                    Case number *(if known)* **19-10214**

| 2.624. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 771 | |
| | **Nature of debtor's interest** | LESSEE | WASHINGTON PRIME |
| | **State the term remaining** | 01/31/25 | GLIMCHER SUPERMALL VENTURE LLC |
| | **List the contract number of any government contract** | _____ | GENERAL COUNSEL 180 EAST BROAD ST 21ST FL COLUMBUS OH 43215 |

| 2.625. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 778 | |
| | **Nature of debtor's interest** | LESSEE | WASHINGTON PRIME |
| | **State the term remaining** | 01/31/25 | WTM GLIMCHER LLC GENERAL COUNSEL |
| | **List the contract number of any government contract** | _____ | 180 EAST BROAD ST 21ST FL COLUMBUS OH 43215 |

| 2.626. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 249 | |
| | **Nature of debtor's interest** | LESSEE | WATSON CENTERS |
| | **State the term remaining** | 01/31/23 | VALLEY WEST DM 3100 WEST LAKE ST STE 420 |
| | **List the contract number of any government contract** | _____ | MINNEAPOLIS MN 55416 |

| 2.627. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 756 | |
| | **Nature of debtor's interest** | LESSEE | WELCO REALTY |
| | **State the term remaining** | 01/31/25 | BAY PLAZA LLC PRESTIGE PROPERTIES AND |
| | **List the contract number of any government contract** | _____ | DEVELOPMENT CO INC 546 FIFTH AVE 15TH FL NEW YORK NY 10036 |

| 2.628. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 2 | |
| | **Nature of debtor's interest** | LESSEE | WESTFIELD CORP |
| | **State the term remaining** | 01/31/19 | MISSION VALLEY SHOPPINGTOWN LLC |
| | **List the contract number of any government contract** | _____ | LEGAL DEPT 2049 CENTURY PK EAST 41ST FL LOS ANGELES CA 90067 |

Debtor    **Charlotte Russe, Inc.**                                                                    Case number *(if known)* **19-10214**

| 2.629. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 6 | |
| | **Nature of debtor's interest** | LESSEE | WESTFIELD CORP |
| | **State the term remaining** | 01/31/22 | PLAZA BONITA LP<br>LEGAL DEPT |
| | **List the contract number of any government contract** | _____ | 2049 CENTURY PK EAST 41ST FL<br>LOS ANGELES CA 90067 |

| 2.630. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 9 | |
| | **Nature of debtor's interest** | LESSEE | WESTFIELD CORP |
| | **State the term remaining** | 01/31/21 | EWH ESCONDIDO ASSOCIATES LP<br>LEGAL DEPT |
| | **List the contract number of any government contract** | _____ | 2049 CENTURY PK EAST 41ST FL<br>LOS ANGELES CA 90067 |

| 2.631. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 28 | |
| | **Nature of debtor's interest** | LESSEE | WESTFIELD CORP |
| | **State the term remaining** | 01/31/20 | WESTFIELD TOPANGA OWNER LP<br>LEGAL DEPT |
| | **List the contract number of any government contract** | _____ | 2049 CENTURY PK EAST 41ST FL<br>LOS ANGELES CA 90067 |

| 2.632. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 79 | |
| | **Nature of debtor's interest** | LESSEE | WESTFIELD CORP |
| | **State the term remaining** | 06/30/20 | CITRUS PARK VENTURE LIMITED<br>PARTNERSHIP<br>LEGAL DEPT |
| | **List the contract number of any government contract** | _____ | 2049 CENTURY PK EAST 41ST FL<br>LOS ANGELES CA 90067 |

| 2.633. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 89 | |
| | **Nature of debtor's interest** | LESSEE | WESTFIELD CORP |
| | **State the term remaining** | 03/31/21 | MERIDEN SQUARE PARTNERSHIP<br>LEGAL DEPT |
| | **List the contract number of any government contract** | _____ | 2049 CENTURY PK EAST 41ST FL<br>LOS ANGELES CA 90067 |

Debtor    **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| 2.634. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 124 | |
| | **Nature of debtor's interest** | LESSEE | WESTFIELD CORP |
| | **State the term remaining** | 03/31/23 | ROSEVILLE SHOPPINGTOWN LLC LEGAL DEPT |
| | **List the contract number of any government contract** | | 2049 CENTURY PK EAST 41ST FL LOS ANGELES CA 90067 |

| 2.635. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 152 | |
| | **Nature of debtor's interest** | LESSEE | WESTFIELD CORP |
| | **State the term remaining** | 02/28/22 | SUNRISE MALL LLC LEGAL DEPT |
| | **List the contract number of any government contract** | | 2049 CENTURY PK EAST 41ST FL LOS ANGELES CA 90067 |

| 2.636. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 197 | |
| | **Nature of debtor's interest** | LESSEE | WESTFIELD CORP |
| | **State the term remaining** | 01/31/21 | ARMAPOLIS MALL OWNER LLC LEGAL DEPT |
| | **List the contract number of any government contract** | | 2049 CENTURY PK EAST 41ST FL LOS ANGELES CA 90067 |

| 2.637. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 222 | |
| | **Nature of debtor's interest** | LESSEE | WESTFIELD CORP |
| | **State the term remaining** | 01/31/25 | WEA PALM DESERT LLC WESTFIELD LLC LEGAL DEPARTMENT |
| | **List the contract number of any government contract** | | 2049 CENTURY PK EAST 41ST FL LOS ANGELES CA 90067 |

| 2.638. | **Title of contract** | REAL PROPERTY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 241 | |
| | **Nature of debtor's interest** | LESSEE | WESTFIELD CORP |
| | **State the term remaining** | 01/31/23 | BRANDON SHOPPING CENTER PARTNERS LTD LEGAL DEPT |
| | **List the contract number of any government contract** | | 2049 CENTURY PK EAST 41ST FL LOS ANGELES CA 90067 |

Debtor    **Charlotte Russe, Inc.**

Case number *(if known)* **19-10214**

---

**2.639.**

| | |
|---|---|
| **Title of contract** | REAL PROPERTY LEASE |
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 277 |
| **Nature of debtor's interest** | LESSEE |
| **State the term remaining** | 01/31/22 |
| **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WESTFIELD CORP
OAKRIDGE MALL LLC
LEGAL DEPT
2049 CENTURY PK EAST 41ST FL
LOS ANGELES CA 90067

---

**2.640.**

| | |
|---|---|
| **Title of contract** | REAL PROPERTY LEASE |
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 291 |
| **Nature of debtor's interest** | LESSEE |
| **State the term remaining** | 01/31/20 |
| **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WESTFIELD CORP
VALENCIA TOWN CENTER
VENTURE LP
LEGAL DEPT
2049 CENTURY PK EAST 41ST FL
LOS ANGELES CA 90067

---

**2.641.**

| | |
|---|---|
| **Title of contract** | REAL PROPERTY LEASE |
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 324 |
| **Nature of debtor's interest** | LESSEE |
| **State the term remaining** | 01/31/19 |
| **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WESTFIELD CORP
WHEATON PLAZA REGIONAL
SHOPPING CENTER LLC
LEGAL DEPT
2049 CENTURY PK EAST 41ST FL
LOS ANGELES CA 90067

---

**2.642.**

| | |
|---|---|
| **Title of contract** | REAL PROPERTY LEASE |
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 522 |
| **Nature of debtor's interest** | LESSEE |
| **State the term remaining** | 01/31/22 |
| **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WESTFIELD CORP
WEA SOUTHCENTER LLC
LEGAL DEPT
2049 CENTURY PK EAST 41ST FL
LOS ANGELES CA 90067

---

**2.643.**

| | |
|---|---|
| **Title of contract** | REAL PROPERTY LEASE |
| **State what the contract or lease is for** | RETAIL LEASE - STORE # 548 |
| **Nature of debtor's interest** | LESSEE |
| **State the term remaining** | 01/31/22 |
| **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WESTFIELD CORP
TRUMBULL SHOPPING CENTER #2
LLC
LEGAL DEPT
2049 CENTURY PK EAST 41ST FL
LOS ANGELES CA 90067

---

Debtor  **Charlotte Russe, Inc.**                                          Case number *(if known)* **19-10214**

| | | |
|---|---|---|
| **2.644.** | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 577 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 11/30/20 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WESTFIELD CORP
OLD ORCHARD URBAN LIMITED
PARTNERSHIP
LEGAL DEPT
2049 CENTURY PK EAST 41ST FL
LOS ANGELES CA 90067

| | | |
|---|---|---|
| **2.645.** | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 736 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 06/30/23 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WESTFIELD CORP
WESTLAND SOUTH SHORE MALL
LP
LEGAL DEPT
2049 CENTURY PK EAST 41ST FL
LOS ANGELES CA 90067

| | | |
|---|---|---|
| **2.646.** | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 782 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 01/31/25 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WESTFIELD CORP
CULVER CITY MALL LLC
LEGAL DEPT
2049 CENTURY PK EAST 41ST FL
LOS ANGELES CA 90067

| | | |
|---|---|---|
| **2.647.** | **Title of contract** | SUBSCRIPTION AGREEMENT |
| | **State what the contract or lease is for** | SUBSCRIPTION TO PLATFORM |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WGSN INC.
229 WEST 43RD STREET
7TH FLOOR
NEW YORK NY 10036

| | | |
|---|---|---|
| **2.648.** | **Title of contract** | REAL PROPERTY LEASE |
| | **State what the contract or lease is for** | RETAIL LEASE - STORE # 99 |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 02/29/20 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILMORITE, INC
EASTVIEW MALL LLC
GENERAL COUNSEL
1265 SCOTTSVILLE RD
ROCHESTER NY 14624

Debtor    **Charlotte Russe, Inc.**                                                                 Case number *(if known)* **19-10214**

| 2.649. | Title of contract | REAL PROPERTY LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RETAIL LEASE - STORE # 263 | |
| | Nature of debtor's interest | LESSEE | WILMORITE, INC GREECE RIDGE LLC 1265 SCOTTSVILLE RD ROCHESTER NY 14624 |
| | State the term remaining | 01/31/24 | |
| | List the contract number of any government contract | | |

| 2.650. | Title of contract | SUBSCRIPTION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ECOMMERCE - SAAS SUBSCRIPTION AGREEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | WRIKE, INC. 70 NORTH 2ND STREET SAN JOSE CA 95113 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.651. | Title of contract | SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ODC OPERATIONS - DAIFUKU WYNRIGHT CORP | |
| | Nature of debtor's interest | CONTRACT PARTY | WYNRIGHT CORPORATION PO BOX 71383 CHICAGO IL 60694-1383 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

[1]MID-AMERICA

**Fill in this information to identify the case:**

**Debtor name:** Charlotte Russe, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10214

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1. CHARLOTTE RUSSE ADMINISTRATION, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2. CHARLOTTE RUSSE ADMINISTRATION, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | JEFFRIES FINANCE LLC, AS ADMINISTRATIVE AGENT AND AS COLLATERAL AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.3. CHARLOTTE RUSSE ADMINISTRATION, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | EMPLOYMENT DEVELOPMENT DEPARTMENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.4. CHARLOTTE RUSSE HOLDING, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5. CHARLOTTE RUSSE HOLDING, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | JEFFRIES FINANCE LLC, AS ADMINISTRATIVE AGENT AND AS COLLATERAL AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.6. CHARLOTTE RUSSE MERCHANDISING, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **Charlotte Russe, Inc.**                                    Case number *(if known)* **19-10214**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7.  CHARLOTTE RUSSE MERCHANDISING, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | JEFFRIES FINANCE LLC, AS ADMINISTRATIVE AGENT AND AS COLLATERAL AGENT | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

**Debtor name:** Charlotte Russe, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10214

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Executed on | 4/3/2019 | ✗ | */s/ Brian M. Cashman* |
| | MM/DD/YYYY | | Signature of individual signing on behalf of debtor |

Brian M. Cashman
Printed name

Chief Restructuring Officer
Position or relationship to debtor