**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Charlotte Russe Holding, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10210 (LSS)<br><br>(Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

### Introduction

Charlotte Russe Holding, Inc., Charlotte Russe Holdings Corporation, Charlotte Russe Intermediate Corporation, Charlotte Russe Enterprise, Inc., Charlotte Russe, Inc., Charlotte Russe Merchandising, Inc., and Charlotte Russe Administration, Inc. (collectively, the "**Debtors**")[2] with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States

---

[1]  The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Charlotte Russe Holding Inc., (4325); Charlotte Russe Holdings Corporation (1045); Charlotte Russe Intermediate Corporation (6345); Charlotte Russe Enterprise, Inc. (2527); Charlotte Russe, Inc. (0505); Charlotte Russe Merchandising, Inc. (9453); and Charlotte Russe Administration, Inc. (9456). The Debtors' headquarters are located at 5910 Pacific Center Boulevard, Suite 120, San Diego, CA 92121.

[2]  A detailed description of the Debtors and their businesses, and the facts and circumstances surrounding the Debtors' chapter 11 cases, are set forth in greater detail in the *Declaration of Brian M. Cashman, Chief Restructuring Officer of Charlotte Russe Holding, Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions,* filed contemporaneously with the Debtors' voluntary petitions for relief filed under chapter 11 of title 11 of the United States Code on February 3, 2019.

201518802 v1

("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined herein) or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

Mr. Brian M. Cashman, in his capacity as Chief Restructuring Officer of each of the Debtor entities, has signed each of the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Cashman has relied upon the efforts, statements and representations of various personnel employed by the Debtors. Mr. Cashman has not (and could not have) personally verified the accuracy of each such statement and representation, contained in the Schedules and Statements, including, for example, statements and representations concerning amounts owed to creditors.

The Global Notes are in addition to any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the

2

Debtors to exclude the applicability of such Global Notes or specific notes to any of the Debtors' remaining Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

### Global Notes and Overview of Methodology

1. **Global Notes Control**. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

2. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

3. **Description of Cases and "as of" Information Date**. On February 3, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 5, 2019 the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11

cases [Docket No. 75].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of February 3, 2019, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of February 3, 2019.**

4. <u>**Net Book Value of Assets**</u>. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of February 3, 2019**,** in the Debtors' books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

5. <u>**Recharacterization**</u>.    Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

6. <u>**Real Property and Personal Property–Leased**</u>. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

7. <u>**Excluded Assets and Liabilities**</u>. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. The allocation of liabilities between the prepetition and post-petition periods may change as additional information becomes available and further research is conducted. Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, employee benefit

accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

8. **Insiders**.    Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) managing members; (e) Debtor affiliates; and (f) relatives of any of the foregoing (to the extent known by the Debtors).

Person or entities listed as "insiders" have been included for informational purposes only and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

9. **Intellectual Property Rights**.    The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

10. **Intercompany and Other Transactions**.    The Debtors record certain intercompany receivables and payables for tax purposes only. As these transfers are not reflected on the Debtors' balance sheets and the claims net to zero on a consolidated basis, the Statements and Schedules may not reflect all intercompany activity.

11. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the

Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

12. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

13. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

14. **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

15. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

16. **Summary of Significant Reporting Policies**. The following is a summary of

6

significant reporting policies:

    a.    <u>Undetermined Amounts</u>. The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    <u>Paid Claims</u>. The Debtors have authority to pay certain outstanding prepetition payables pursuant to various Bankruptcy Court orders. To the extent the Debtors pay any of the liabilities listed in the Schedules pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules or take other action as is necessary and appropriate to avoid over-payment of or duplicate payments for any such liabilities.

    d.    <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

    e.    <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. **<u>Estimates and Assumptions</u>**.    To close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

18. **<u>Credits and Adjustments</u>**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

19. **<u>Setoffs</u>**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent

with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

**Schedule A/B.** All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of February 3, 2019, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

**Schedule A/B 3.** Cash values held in financial accounts are listed on Schedule A/B 3 as of February 3, 2019. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Authorizing Continued Use of Existing Business Forms, (III) Authorizing the Continuation of Intercompany Transactions, (IV) Granting Administrative Priority Status to Post-Petition Intercompany Transactions, (V) Authorizing Use of Prepetition Bank Accounts, Account Control Agreements, and Certain Payment Methods, and (VI) Temporarily Suspending the Requirements of 11 U.S.C. §345(B)* [Docket No. 9] (the "**Cash Management Motion**").

**Schedule A/B 7.** The Bankruptcy Court, pursuant to *the Interim Order (I) Approving The Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Services, (III) Approving The Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting  Related Relief* [Docket No. 101], has authorized the Debtors to provide adequate assurance of payment for postpetition utility services, including a deposit in the amount of $500,000.00. Such deposit is not listed on Schedule A/B 7, which was prepared as of the Petition Date.

**Schedule A/B 11.** Accounts receivable do not include intercompany receivables.

**Schedule A/B 15.** Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 38-42** – Dollar amounts are presented net of accumulated depreciation and other adjustments.

**Schedule A/B 55.** The Debtors do not own any real property. The Debtors have listed their real property leases in Schedule A/B 55, along with the value of any leasehold improvements.

**Schedules A/B 60-65.** Intangibles and Intellectual Property listed in Schedules A/B 60-65 are listed as an undetermined amount or at their net book value. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value. The Debtors maintain databases into

which they collect and retain personally identifiable information of customers including a customer database which contains customers name, address, phone number, e-mail address, gender, birthday, and online purchase history. The amounts listed with respect to the database are undetermined because the fair market value of such ownership cannot be determined. The Debtors maintain various licenses in connection with the conduct of their business such as business licenses in each of the jurisdictions in which they do business.  These licenses are voluminous and have not been listed on Schedule A/B 62, as their value is undetermined. In addition, the Debtors maintain Intellectual Property Out-Licenses granting sell-off rights to vendors who have manufactured, produced or otherwise directed the production of apparel and shoes containing Purchased Intellectual Property under purchase orders that were cancelled, rejected otherwise terminated by the Debtors, permitting such certain of such vendors the limited right to sell off specific goods covered by such purchase orders without removing the branded tags, rivets, heat transfers, buttons, or emblems containing Purchased Intellectual Property. In addition, the Debtors are parties to Contracts that allow third parties to use or reference the name or logo of the Debtors, including relevant Purchased Intellectual Property, in referencing the commercial relationship of the Debtors under such Contracts, including, for example, advertising or signage in real properties in which the Debtors operate a Store.

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver, release, relinquishment, or forfeiture of such cause of action, claim, or right.

**Schedule D**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be  unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

With respect to the Claims listed on Schedule D, reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 1**. The Bankruptcy Court has authorized the Debtors, in their discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code.  For example, on February 5, 2019, the Bankruptcy Court entered that certain: *Final Order (I) Authorizing the Payment of Prepetition Sales, Use, and Franchise Taxes and Similar Taxes and Fees And (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing* [Docket No. 282] and *Final Order Authorizing (I) Payment of Wages, Compensation and Employee Benefits and (II) Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations* [Docket No. 283]. The Debtors' analysis of potential priority claims is ongoing and may take significant time to complete.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. In addition, as of the Petition Date, the Debtors' books and records reflected an aggregate net liability in respect of gift cards and store credits. The Debtors estimate that as of the Petition Date, approximately $3,142,190.00[3] in issued gift cards is outstanding.[4] Because the Debtors do not know the identities of holders of such cards and credits, these are not listed on Schedule E/F, part 2.

Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and

---

[3] The gross amount of Gift Cards outstanding is $16,814,489. However, the amount that is actually reflected on the Debtors' books and records is $3,142,190.00 as a result of annual breakage which reflects the value of all Gift Cards issued over thirteen (13) months and the estimate of the percentage of Gift Cards that were issued within the thirteen (13) months prior that will most likely not be redeemed within thirteen (13) months. The Debtors do not maintain information regarding the individual holders of unredeemed Gift Cards.

[4] This amount includes outstanding Charlotte Russe Merchandise Credit Card balances.

proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Although reasonable efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on

11

Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors maintain a variety of insurance policies, including, without limitation, property, general liability, and employee related policies. For purposes of Schedule G, all insurance policies are included however, multiple Debtors may be a party to or covered by the policies.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtors' cash management system. Additionally, all disbursement information reported in Statement 3 for a specific Debtor pertains to the bank accounts maintained by that Debtor.

12

**Statement 4**.    Statement 4 accounts for a respective Debtor's transfers to insiders as applicable, but excludes intercompany transactions. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

**Statement 5**.  Statement 5 excludes goods returned in the ordinary course of business.

**Statement 6**. There may be instances, including, without limitation, holdbacks made by credit card processors, where such a setoff has occurred without the Debtors' knowledge.

**Statement 7**.  Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein. The Debtors track all incidents in their stores through incident reports. However, only those incidents that have resulted in active litigation and/or proceedings are reported on SOFA 7.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. Ordinary course shrinkage is not reflected in the Statements. The losses listed on Statement 10 are based on estimated amounts.

**Statement 11**. Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 26d**. The Debtors have used their reasonable efforts to provide a listing of parties to which financial statements have been provided.  However, the Debtors provide numerous banks, vendors and customers with financial statements and the listing on Statement 26d may not be a complete listing of every party provided financial statements.

**Statement 30**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

201518802 v1

**Fill in this information to identify the case:**

**Debtor name:** Charlotte Russe Merchandising, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10215

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B ...................................................

   | $106,925.29 |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B ...............................................

   | $1,784,369.14 |

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B ..................................................

   | $1,891,294.43 |

## Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

   | $112,179,000.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................................

   | $717,998.28 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

   | + $30,539,773.00 |

4. **Total liabilities**
   Lines 2 + 3a + 3b ................................................................................

   | $143,436,771.28 |

**Fill in this information to identify the case:**

**Debtor name:** Charlotte Russe Merchandising, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10215

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. List each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. Use the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1.    Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.    Cash on hand**

2.1. _____     $_____

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3.1.    BANK OF AMERICA | NON-OPERATING BLOCKED ACCOUNT | 8339 | $1,000.00 |

**4.    Other cash equivalents** *(Identify all)*

| Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 4.1.    _____ | _____ | _____ | _____ | $_____ |

**5.    Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $1,000.00 |
| --- | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

**6.    Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below

Debtor   **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

**7.**   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                    Current value of
debtor's interest

| 7.1. | SOLID WASTE | $310.00 |
| | CITY OF ONTARIO (CHRIS MONIER-CHRG CRD) | |

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                    Current value of
debtor's interest

| 8.1. | OTHER | $11.56 |
| | CMRS-FP | |
| 8.2. | OTHER | $5,150.00 |
| | LIVINGSTON INTERNATIONAL INC | |
| 8.3. | CONTRACTS ( YEARLY SERVICE CHARGE) | $1,200.00 |
| | MATTHEWS INTERNATIONAL | |
| 8.4. | OTHER | $700,000.00 |
| | PFS WEB | |
| 8.5. | OTHER | $277,630.00 |
| | PFS WEB | |

**9.**   **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                    $984,301.56

---

**Part 3:**   **Accounts receivable**

**10.**   **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

**11.**   **Accounts receivable**

|  | Face amount | Doubtful or uncollectible accounts | | |
| 11a. | 90 days old or less: | $_____ - $_____ = ........ → | | $_____ |

|  | Face amount | Doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $_____ - $_____ = ........ → | | $_____ |

**12.**   **Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    $0.00

---

**Part 4:**   **Investments**

**13.**   **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1. _____    _____    $_____

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity                                    % of ownership

15.1. _____    _____%    _____    $_____

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1. _____    _____    $_____

**17.    Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| $0.00 |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.    Raw materials**

19.1. _____    _____    $_____    _____    $_____

**20.    Work in progress**

20.1. _____    _____    $_____    _____    $_____

**21.    Finished goods, including goods held for resale**

21.1. _____    _____    $_____    _____    $_____

**22.    Other inventory or supplies**

22.1. _____    _____    $_____    _____    $_____

**23.    Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| $0.00 |

**24.    Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____    Valuation method: _____    Current value: $_____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                        Case number *(if known)* **19-10215**

---

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **28.** **Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.** **Farm animals.** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.** **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
| --- |

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____    Valuation method: _____    Current value: $_____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor    **Charlotte Russe Merchandising, Inc.**                                       Case number *(if known)* **19-10215**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1.  OFFICE FURNITURE - OWNED | $48,606.07 | Cost-Based/Straight Line | $48,606.07 |
| **40.** **Office fixtures** | | | |
| 40.1.  OFFICE FIXTURES - OWNED | $3,816.27 | Cost-Based/Straight Line | $3,816.27 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| 41.1.  OFFICE EQUIPMENT - OWNED | $530,099.69 | Cost-Based/Straight Line | $530,099.69 |
| 41.2.  OFFICE EQUIPMENT - LEASED | $52,507.34 | Cost-Based/Straight Line | $52,507.34 |
| **42.** **Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.  _____ | $_____ | _____ | $_____ |

**43.  Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| $635,029.37 |
|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  _____ | $_____ | _____ | $_____ |
| **48.** **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  _____ | $_____ | _____ | $_____ |
| **49.** **Aircraft and accessories** | | | |
| 49.1.  _____ | $_____ | _____ | $_____ |

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1.    EQUIPMENT - OWNED                         $164,038.21         Cost-Based/Straight    $164,038.21
                                                                      Line

**51.** **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

|  |
|--|
| $164,038.21 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**    **Real property**

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.1. _____<br><br>WAREHOUSE<br><br>1801 DISTRIBUTION CENTER<br>1175 E FRANCIS ST<br>ONTARIO CA 91761 | LEASEHOLD IMPROVEMENTS | $25,548.60 | Cost-Based/Straight Line | $25,548.60 |
| 55.2. _____<br><br>COMMERCIAL OFFICE SPACE<br><br>1265 CORPORATE OFFICE #1<br>575 FLORIDA STREET, SUITE 200<br>SAN FRANCISCO CA 94110 | LEASEHOLD IMPROVEMENTS | $81,376.69 | Cost-Based/Straight Line | $81,376.69 |

**56.** **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

|  |
|--|
| $106,925.29 |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.    Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1. _____ | $_____ | _____ | $_____ |
| **61.    Internet domain names and websites** | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1. _____ | $_____ | _____ | $_____ |
| **62.    Licenses, franchises, and royalties** | | | |
| 62.1. _____ | $_____ | _____ | $_____ |
| **63.    Customer lists, mailing lists, or other compilations** | | | |
| 63.1. _____ | $_____ | _____ | $_____ |
| **64.    Other intangibles, or intellectual property** | | | |
| 64.1. _____ | $_____ | _____ | $_____ |
| **65.    Goodwill** | | | |
| 65.1. _____ | $_____ | _____ | $_____ |

**66.    Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.    Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

|  | | | **Current value of debtor's interest** |

**71.  Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ | - $_____ | = ........ → | $_____ |
| _____ | | | | |

**72.  Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. _____ | $_____ | $_____ | _____ | $_____ |

**73.  Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | TRAVELERS PROPERTY CASUALTY INSURANCE CO. | PROPERTY INSURANCE POLICY NO. KTJ☐CMB☐3065P37☐0☐19 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | NORTH SHORE MANAGEMENT | DIC INSURANCE POLICY NO. NSM39117 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | UNDERWRITERS AT LLOYD'S LONDON | CARGO INSURANCE POLICY NO. M☐20831 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA | GENERAL LIABILITY ☐ EMPLOYEE BENEFIT LIABILITY INSURANCE POLICY NO. TC2J☐GLSA☐6E00763A☐19 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA | AUTOMOBILE INSURANCE POLICY NO. TJ☐CAP☐6E007641☐19 | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA | WORKERS' COMPENSATION INSURANCE POLICY NO. UB☐1L338947☐19☐51☐R (AZ,FL,MA,OR,WI) | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | CONTINENTAL INS. CO. (CNA) | INTERNATIONAL PACKAGE INSURANCE POLICY NO. PST 62 313 6940 | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | NAVIGATOR'S INSURANCE CO. | UMBRELLA LIABILITY INSURANCE POLICY NO. NY19UMR701624IV | _____ | _____ | _____ | UNDETERMINED |

Debtor    **Charlotte Russe Merchandising, Inc.**                                                    Case number *(if known)* **19-10215**

| | | | | | |
|---|---|---|---|---|---|
| 73.9. | AMERICAN FIRE & CASUALTY INS. CO. (LIBERTY) | EXCESS LIABILITY INSURANCE POLICY NO. ECA (20) 54326811 | _____ _____ _____ | | UNDETERMINED |
| 73.10. | NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | SPECIAL RISK INSURANCE POLICY NO. 88☐085☐312 | _____ _____ _____ | | UNDETERMINED |
| 73.11. | SYNDICATE 2623/623 AT LLOYDS (BEAZLEY) | CYBER LIABILITY INSURANCE POLICY NO. W24A9F180101 | _____ _____ _____ | | UNDETERMINED |

**74.    Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1. | _____    _____ | $_____ | $_____ |

**75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. | _____    _____ | $_____ | $_____ |

**76.    Trusts, equitable or future interests in property**

| | | |
|---|---|---|
| 76.1. | _____ | $_____ |

**77.    Other property of any kind not already listed**
Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | _____ | $_____ |

**78.    Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

UNDETERMINED

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**    Case number *(if known)* **19-10215**

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $984,301.56 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $635,029.37 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $164,038.21 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................... → | | $106,925.29 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | UNDETERMINED | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $1,784,369.14 | + 91b. $106,925.29 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................    $1,891,294.43

**Fill in this information to identify the case:**

**Debtor name:** Charlotte Russe Merchandising, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10215

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **Charlotte Russe Merchandising, Inc.**                          Case number *(if known)* **19-10215**

| | Column A<br>**Amount of<br>Claim**<br>Do not deduct<br>the value of<br>collateral. | Column B<br>**Value of<br>collateral that<br>supports this<br>claim** |
|---|---|---|

**2.1.**    **Creditor's name and address**

BANK OF AMERICA, N.A.
100 FEDERAL STREET
9TH FL
BOSTON MA 02110

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/27/2005

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority. BANK OF AMERICA HAS A FIRST PRIORITY LIEN ON, AMONG OTHER THINGS, THE DEBTORS' ACCOUNTS, CHATTEL PAPER, INVENTORY, COMMERCIAL TORTS AND GENERAL INTANBIGLES (OTHER THAN INTELLECTUAL PROPERTY) AND A SECOND PRIOIRTY LIEN ON ALL OTHER ASSETS, SUBORDINATE TO JEFFERIES FINANCE, LLC AS AGENT UNDER THE AMENDED & RESTATED CREDIT AGREMEENT DATED AS OF MAY 22, 2013, AS AMENDED, THE "PREPETITION TERM LOAN AGREEMENT" JEFFERIES FINANCE, LLC

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL OF THE DEBTOR'S PERSONAL PROPERTY AND ASSETS AS MORE FULLY DESCRIBED ON EXHIBIT A ATTACHED HERETO, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, AND INCLUDING ALL REPLACEMENTS, SUBSTITUTIONS. ADDITIONS AND ACCESSIONS OF, TO, OR FOR ANY OF THE FOREGOING AND ALL PROCEEDS AND PRODUCTS THEREOF.

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 6/27/2005 IN STATE OF CALIFORNIA AS DOCUMENT # 05-7032209179 AND AS AMENDED AND CONTINUED BY DOCUMENT #S 10-72316617, 10-72316698, 10-72326123, 13-73624171, 13-73624174, 15-74440301

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$22,854,000.00    UNDETERMINED

Debtor    **Charlotte Russe Merchandising, Inc.**                                        Case number *(if known)* **19-10215**

| | |
|---|---|
| **2.2.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

JEFFRIES FINANCE LLC, AS
ADMINISTRATIVE AGENT AND AS
COLLATERAL AGENT
520 MADISON AVENUE
NEW YORK NY 10022

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/23/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines: 2.1

ALL ASSETS OF THE DEBTOR, WHETHER   $89,325,000.00  UNDETERMINED
NOW EXISTING OR HEREAFTER
ACQUIRED OR ARISING, INCLUDING ALL
PROCEEDS THEREOF

**Describe the lien**

UCC-1 ORIGINALLY RECORDED 5/23/2013
IN STATE OF CALIFORNIA AS DOCUMENT #
13-7362419430 AND AS AMENDED BY
DOCUMENT # 14-74069222

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3.**   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$112,179,000.00**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | BANK OF AMERICA MERRILL LYNCH MATTHEW POTTER 100 FEDERAL STREET BOSTON MA 02110 | Line 2.1 | _____ |
| 3.2. | BANK OF AMERICA, N.A. 40 BROAD STREET BOSTON MA 02109 | Line 2.1 | _____ |
| 3.3. | CHIPMAN BROWN CICERO & COLE LLP WILLIAM E CHIPMAN, JR.,MARK D OLIVERE HERCULES PLAZA 1313 NORTH MARKET ST STE 5400 WILMINGTON DE 19801-6101 | Line 2.2 | _____ |

Debtor  **Charlotte Russe Merchandising, Inc.**    Case number *(if known)* **19-10215**

| | | | |
|---|---|---|---|
| 3.4. | KING & SPALDING LLP<br>MICHAEL RUPE ESQ<br>1185 6TH AVENUE, 35TH FLOOR<br>NEW YORK NY 10036 | Line 2.2 | _____ |
| 3.5. | KING & SPALDING LLP<br>W. AUSTIN JOWERS;CHRISTOPHER G BOIES<br>1185 6TH AVENUE, 35TH FLOOR<br>NEW YORK NY 10036 | Line 2.2 | _____ |
| 3.6. | KING AND SPALDING LLP<br>MICHAEL R HANDLER,ESQ<br>1185 AVENUE OF THE AMERICAS,35TH FLOOR<br>NEW YORK NY 10036 | Line 2.2 | _____ |
| 3.7. | MORGAN LEWIS & BOCKIUS LLP<br>JULIA FROST-DAVIES<br>ONE FEDERAL STREET<br>BOSTON MA 02110 | Line 2.1 | _____ |
| 3.8. | MORGAN LEWIS & BOCKIUS LLP<br>CHRISTOPHER CARTER<br>ONE FEDERAL STREET<br>BOSTON MA 02110 | Line 2.1 | _____ |
| 3.9. | RICHARDS LAYTON & FINGER PA<br>MARK D COLLINS;BRETT M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | Line 2.1 | _____ |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Debtor name:** Charlotte Russe Merchandising, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10215

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the **Additional Page** of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ABUDA, JACK D<br>437 ST. FRANCIS BOULEVARD<br>DALY CITY CA 94015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,596.91 | $2,596.91<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.2. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALVARADO, MARTHA L<br>1388 W 11TH ST<br>POMONA CA 91766 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,021.88 | $2,021.88<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **Charlotte Russe Merchandising, Inc.**                                      Case number *(if known)* **19-10215**

| 2.3. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ALVAREZ, FORTUNATO
619 E SANDERLING ST
ONTARIO CA 91764

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,065.68

**Priority amount** $1,065.68

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.4.   **Priority creditor's name and mailing address**

ALVAREZ, PATRICIA
1302 N. TOPSAIL AVE
COLTON CA 92324

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,454.02

**Priority amount** $1,454.02

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

2.5.   **Priority creditor's name and mailing address**

AMEZCUA, GUILLERMO
6001 ALFREDO ST
CHINO CA 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $912.19

**Priority amount** $912.19

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.6. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ANDAL-OPENA, KIMBERLY S<br>43 ST GERMAIN CT<br>PLEASANT HILL CA 94523 | *Check all that apply.*<br>☐ Contingent | $3,180.76 | $3,180.76 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☐ Yes

For 2.6:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.7. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ANDERSON, AUTUMN<br>1448 MADISON ST<br>202<br>OAKLAND CA 94612 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,296.50 | $1,296.50 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☐ Yes

---

| 2.8. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ANDERSON, KATELYN M<br>812 ELM STREET<br>EL CERRITO CA 94530 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,312.13 | $10,312.13 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 2.9. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.9.**

**Priority creditor's name and mailing address**

ANDERSON, SCOTT W
9848 LIBERTY ST.
ALTA LOMA CA 91737

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$12,328.99

**Priority amount**
$12,328.99

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.10.**

**Priority creditor's name and mailing address**

ARNADO, ALEXIS CATHERIN A
921 EASTRIDGE DR.
FAIRFIELD CA 94534

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,615.90

**Priority amount**
$1,615.90

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.11.**

**Priority creditor's name and mailing address**

ARZATE, IRMA
778 E LA VERNE AVE
POMONA CA 91767-2814

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,688.61

**Priority amount**
$1,688.61

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.12. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ASHFORD, DAVIN S
731 N IDAHO ST
SAN MATEO CA 94401-1120

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,407.49
Priority amount: $5,407.49

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.13. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ASTORGA-FIGUEROA, MARGARITA
17400 ARROW BLVD APT #76
FONTANA CA 92335

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $537.48
Priority amount: $537.48

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.14. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

AVILA, MARIA D
790 NORTH G ST
SAN BERNARDINO CA 92410

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,418.18
Priority amount: $1,418.18

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

| 2.15. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.15.  **Priority creditor's name and mailing address**

BACCAY, PAUL V
9014 CAMBRIDGE CIRCLE
VALLEJO CA 94591

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,260.00 | $1,260.00 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.16.  **Priority creditor's name and mailing address**

BAEZ, MARIA D
9995 FERON BLVD B
RANCHO CUCAMONGA CA 91730

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,235.34 | $1,235.34 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.17.  **Priority creditor's name and mailing address**

BAEZA, MARIA
754 N. HOLMES AVE
ONTARIO CA 91764-3512

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,709.59 | $2,709.59 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| 2.18. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.18. **Priority creditor's name and mailing address**

BARRAGAN, NOHEMI
1090 E E ST
ONTARIO CA 91764

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $2,741.89

**Priority amount**     $2,741.89

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.19. **Priority creditor's name and mailing address**

BARRETO. DALIA V.
1650 S. CAMPUS AVE
APT 78
ONTARIO CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $0.00

**Priority amount**     $0.00

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.20. **Priority creditor's name and mailing address**

BELLAS, KRISTINA
50 SAN GREGORIO CT
DANVILLE CA 94526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**     $1,995.80

**Priority amount**     $1,995.80

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| 2.21. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**2.21.**

**Priority creditor's name and mailing address**

BENITEZ, HILDA
615 VIRGINIA AVE
APT #12
ONTARIO CA 91764

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $828.84 | $828.84 |

**Nonpriority amount**

$0.00

---

**2.22.**

**Priority creditor's name and mailing address**

BENNETT, LAURA S
1240 7TH AVE.
4
SAN FRANCISO CA 94122

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,962.05 | $3,962.05 |

**Nonpriority amount**

$0.00

---

**2.23.**

**Priority creditor's name and mailing address**

BENNETT, ROXANNE M
664 TRENTON STREET
EL CAJON CA 92019

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $6,129.95 | $6,129.95 |

**Nonpriority amount**

$0.00

---

Debtor   **Charlotte Russe Merchandising, Inc.**                                          Case number *(if known)* **19-10215**

**2.24.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

BHULLAR, GULRAJ S
450 E OKEEFE ST
APT 37
EAST PALO ALTO CA 94303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$4,539.17

**Priority amount**
$4,539.17

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.25.** **Priority creditor's name and mailing address**

BIKLE, KANANI M
655 12TH ST
APT 118
OAKLAND CA 94607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$5,291.87

**Priority amount**
$5,291.87

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.26.** **Priority creditor's name and mailing address**

BRITO-VILLANUEVA, MICHELLE S
1237 SKYLINE DRIVE
DALY CITY CA 94015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$4,745.94

**Priority amount**
$4,745.94

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                         Case number *(if known)* **19-10215**

---

| 2.27. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.27.

**Priority creditor's name and mailing address**

BROWN, CARL L
2642 S SAN DIEGO AVE
ONTARIO CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,144.53 | $1,144.53 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.28.

**Priority creditor's name and mailing address**

BROWNE, KATRINA
46 ROSLYN AVE
SAN CARLOS CA 94070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,718.35 | $4,718.35 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.29.

**Priority creditor's name and mailing address**

BUENO, CECILIA
5062 BANDERA ST
MONTCLAIR CA 91763-4407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,109.28 | $1,109.28 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 2.30. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.30.

**Priority creditor's name and mailing address**

BUTLER, CHANEL
2610 HENRY AVE
PINOLE CA 94564

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,027.41

**Priority amount** $2,027.41

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.31.

**Priority creditor's name and mailing address**

CALLANTA, OLIVIA C
201 EVERGREEN AVENUE
DALY CITY CA 94014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,093.03

**Priority amount** $2,093.03

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.32.

**Priority creditor's name and mailing address**

CAMPOS, DENNISE M
132 W. MAITLAND ST.
A
ONTARIO CA 91762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $827.40

**Priority amount** $827.40

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                  Case number *(if known)* **19-10215**

---

| 2.33. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CAMPOS, MARIA D
616 N. CHERRY AVENUE
ONTARIO CA 91764

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $245.52

**Priority amount:** $245.52

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.34. **Priority creditor's name and mailing address**

CANCEL, ASHLYN D
675 31ST STREET
UNIT C
OAKLAND CA 94609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $5,846.88

**Priority amount:** $5,846.88

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.35. **Priority creditor's name and mailing address**

CANDELARIO, CRISTINA
850 W MISSION BLVD
SPACE A27
ONTARIO CA 91762-4927

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $1,516.32

**Priority amount:** $1,516.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                        Case number *(if known)* **19-10215**

| 2.36. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CARBAJAL, RUBIO ELIZABETH 754 N HOLMES AVE ONTARIO CA 91764 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $874.49 | $874.49 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Nonpriority amount**

$0.00

---

| 2.37. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CARTER, ROY M. 2095 CHEROKEE ST KINGMAN AZ 86401 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $10,089.63 | $10,089.63 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Nonpriority amount**

$0.00

---

| 2.38. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CERDA, ERIKA 1702 E TAM O SHANTER ST ONTARIO CA 91761 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $662.40 | $662.40 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

| 2.39. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
CHAN, LAUREN
8003 ROCKFORD PL
PLEASANTON CA 94566

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,222.52

**Priority amount** $3,222.52

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.40.

**Priority creditor's name and mailing address**
CHENG. IRENE
1200 LANE STREET
BELMONT CA 94002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $13,552.69

**Priority amount** $12,850.00

**Nonpriority amount**
$702.69

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.41.

**Priority creditor's name and mailing address**
CHEUNG, MELODY
1501 39TH AVE
SAN FRANCISCO CA 94122

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,930.25

**Priority amount** $3,930.25

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.42. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CONTRERAS, DONNA J | *Check all that apply.* | $2,633.03 | $2,633.03 |

**Priority creditor's name and mailing address**

CONTRERAS, DONNA J
2126 S VINE AVE
ONTARIO CA 91762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,633.03

**Priority amount** $2,633.03

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.43.    **Priority creditor's name and mailing address**

COOREMAN, JESSICA M
16032 PUERTA DEL SOL
RANCHO SANTA FE CA 92067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $11,626.40

**Priority amount** $11,626.40

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.44.    **Priority creditor's name and mailing address**

CORNEJO, VERONICA
14177 EL CONTENTO AVE
FONTANA CA 92337

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $870.66

**Priority amount** $870.66

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                      Case number *(if known)* **19-10215**

| 2.45. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.45.**

**Priority creditor's name and mailing address**

CORTES, MARIA J
1750 PLEASENT AVE
ONTARIO CA 91761

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,130.72 | $2,130.72 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.46.**

**Priority creditor's name and mailing address**

CORTEZ. JOSE R.
1650 S. CAMPUS
APT #79
ONTARIO CA 91761

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,482.72 | $1,482.72 |
|  | **Nonpriority amount** |
|  | $0.00 |

---

**2.47.**

**Priority creditor's name and mailing address**

CRUZ. HARUMI
1001 LAUREL STREET
APT 420
SAN CARLOS CA 94070

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $10,172.67 | $10,172.67 |
|  | **Nonpriority amount** |
|  | $0.00 |

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 2.48. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DAVALOS, MARTINA<br>806 CALAVERAS AVE<br>ONTARIO CA 91764-3616 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,907.88 | $1,907.88<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| 2.49. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DE, GUZMAN JOELENE G<br>878 BLUEOAK WAY<br>FAIRFIELD CA 94534 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,730.98 | $2,730.98<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| 2.50. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DEL, VALLE, ANNE<br>949 RIDGEVIEW CT.<br>UNIT D<br>SO. SAN FRANCISCO CA 94080 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

| 2.51. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

DIAZ, VANESSA M
189 3RD STREET
APT A409
OAKLAND CA 94607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,115.38
**Priority amount** $2,115.38

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.52. **Priority creditor's name and mailing address**

DOZIER, DAWN S
12995 EXCALIBUR DR.
CORONA CA 92880

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $896.65
**Priority amount** $896.65

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.53. **Priority creditor's name and mailing address**

DUARTE, ANA G
1951 S EUCLID AVE
15
ONTARIO CA 91762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $671.70
**Priority amount** $671.70

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| 2.54. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.54.** Priority creditor's name and mailing address

FERENC, AMANDA I
3600 20TH STREET
APT 105
SAN FRANCISCO CA 94110

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $14,615.14
Priority amount: $12,850.00

Nonpriority amount
$1,765.14

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.55.** Priority creditor's name and mailing address

FIGUEROA, BERTHA H
1312 BONITA PL.
ONTARIO CA 91762

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,754.03
Priority amount: $1,754.03

Nonpriority amount
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.56.** Priority creditor's name and mailing address

FLORES, LORENA
11618 MONTERRA DR
FONTANA CA 92337

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,623.16
Priority amount: $3,623.16

Nonpriority amount
$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.57. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

FLORES, TAURINO
915 EAST H ST
ONTARIO CA 91764

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,072.32

**Priority amount**
$1,072.32

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.58. **Priority creditor's name and mailing address**

FU, HUAYUN
1755 CALIFORNIA DR
#3
BURLINGAME CA 94010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$13,719.16

**Priority amount**
$12,850.00

**Nonpriority amount**
$869.16

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.59. **Priority creditor's name and mailing address**

GABBAC, BRYAN M
559 IVY STREET
SAN FRANCISCO CA 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,768.40

**Priority amount**
$1,768.40

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                   Case number *(if known)* **19-10215**

| 2.60. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GARCIA, YURI<br>990 E. 6TH ST.<br>POMONA CA 91766 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $673.14 | $673.14<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| 2.61. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GEE, STEPHANIE C<br>632 RHEEM BOULEVARD<br>MORAGA CA 94556 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,187.62 | $10,187.62<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| 2.62. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GELLER, ALEXANDRA F<br>700 COSTA RICA AVE<br>SAN MATEO CA 94402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,891.09 | $2,891.09<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

Debtor   **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.63.** | **Priority creditor's name and mailing address** | $3,203.35 | $3,203.35 |
| | GLEESON, BRENNA | | |
| | 124 ELM AVE | | |
| | SAN BRUNO CA 94066-5403 | | |

**2.63.**

**Priority creditor's name and mailing address**

GLEESON, BRENNA
124 ELM AVE
SAN BRUNO CA 94066-5403

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $3,203.35 | $3,203.35 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.64.**

**Priority creditor's name and mailing address**

GOMEZ, ALEJANDRA
521 WEST MAITLAND ST
ONTARIO CA 91762

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $926.46 | $926.46 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.65.**

**Priority creditor's name and mailing address**

GOMEZ, DANIEL S
7430 WHITEWOOD DR
FONTANA CA 92336

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $689.04 | $689.04 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe Merchandising, Inc.**                                         Case number *(if known)* **19-10215**

| 2.66. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.66.  **Priority creditor's name and mailing address**

GOMEZ, JOSE
7569 PINYON AVE
FONTANA CA 92336

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,000.27 | $1,000.27 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.67.  **Priority creditor's name and mailing address**

GONZALES, RAELENE L
11514 FIRESIDE DR
WHITTIER CA 90604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,768.94 | $1,768.94 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.68.  **Priority creditor's name and mailing address**

GONZALEZ, JOSE M
7680 PHILBIN AVE
RIVERSIDE CA 92503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $699.36 | $699.36 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.69. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

GUO, YUHUI
939 LA MESA TERRACE
UNIT A
SUNNYVALE CA 94086

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,304.96

**Priority amount** $3,304.96

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.70.    **Priority creditor's name and mailing address**

GUTIERREZ, EDDIE S
816 W. F STREET
ONTARIO CA 91762

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $5,503.15

**Priority amount** $5,503.15

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.71.    **Priority creditor's name and mailing address**

GUZMAN, VILLEGAS HILDA
416 E CARLTON ST
ONTARIO CA 91761

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $754.68

**Priority amount** $754.68

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                              Case number *(if known)* **19-10215**

| 2.72. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.72.** **Priority creditor's name and mailing address**

HASEGAWA. JANET R.
1370 DE SOTO AVE
BURLINGAME CA 94010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$15,075.11

**Priority amount**
$12,850.00

**Nonpriority amount**
$2,225.11

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.73.** **Priority creditor's name and mailing address**

HERNANDEZ, DE ARELLANO AURORA
882 S PALMETTO AVE.
ONTARIO CA 91762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$2,211.30

**Priority amount**
$2,211.30

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.74.** **Priority creditor's name and mailing address**

HERNANDEZ, ELVIA
10935 TERRA VISTA PKWY APT#176
RANCHO CUCAMONGA CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$1,574.83

**Priority amount**
$1,574.83

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 2.75. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.75.  **Priority creditor's name and mailing address**

HOBBS. AMANDA
320 THE VILLAGE DRIVE
#116
REDONDO BEACH CA 90277

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $13,415.87 | $12,850.00 |
| | **Nonpriority amount** |
| | $565.87 |

---

2.76.  **Priority creditor's name and mailing address**

HODGES, MORIAH C
65 CORAL DR
ORINDA CA 94563

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,788.75 | $2,788.75 |
| | **Nonpriority amount** |
| | $0.00 |

---

2.77.  **Priority creditor's name and mailing address**

HOLLAND, PAUL A
260 W. CASCADE DR
RIALTO CA 92376-3400

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,364.12 | $2,364.12 |
| | **Nonpriority amount** |
| | $0.00 |

---

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 2.78. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HOLLOWAY, MICHELLE A<br>510 PAGE ST.<br>APT. 3<br>SAN FRANCISCO CA 94117 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,760.22 | $5,760.22<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| 2.79. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HOLZHAUSEN, ERIKA<br>3640 LOS FELIZ BLVD.<br>6E<br>LOS ANGELES CA 90027 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,686.10 | $3,686.10<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

| 2.80. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HUBER, CECILE<br>3036 BAKER STREET<br>SAN FRANCISCO CA 94123 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,957.20 | $4,957.20<br><br>**Nonpriority amount**<br><br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ No<br>☐ Yes | | |

Debtor   **Charlotte Russe Merchandising, Inc.**                              Case number *(if known)* **19-10215**

| 2.81. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.81.** **Priority creditor's name and mailing address**

HUNTER, MARNI
10 BISHOP COURT
OAKLAND CA 94611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,598.10 | $3,598.10 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.82.** **Priority creditor's name and mailing address**

IRWIN, DEBORAH L
PO BOX 1718
ALPINE CA 91903-1718

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,345.53 | $3,345.53 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.83.** **Priority creditor's name and mailing address**

JAIN, SHUCHI
5571 CLOVE HITCH LOOP
FREMONT CA 94555

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,499.08 | $4,499.08 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.84. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JARA, FLOR A
11595 RAMONA AVE
CHINO CA 91710

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $837.24

Priority amount: $837.24

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.85. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JARA, MARIA R
11595 RAMONA AVE
CHINO CA 91710

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,031.64

Priority amount: $1,031.64

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 2.86. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

JOHNSON, TORI
716 LAKEMONT PL. UNIT 9
SAN RAMON CA 94582

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,667.96

Priority amount: $1,667.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

| 2.87. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

JONES, TIA
10400 ARROW RTE.
T-17
RANCHO CUCAMONGA CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $5,603.65

**Priority amount**    $5,603.65

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.88. **Priority creditor's name and mailing address**

JOSEPH, BRIANNA A
39715 PLUMAS WAY
FREMONT CA 94538

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $1,267.29

**Priority amount**    $1,267.29

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.89. **Priority creditor's name and mailing address**

JURADO, MARLENE
31520 STONEY CREEK
LAKE ELSINORE CA 92532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $938.52

**Priority amount**    $938.52

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 2.90. | **Priority creditor's name and mailing address**<br><br>JURADO, REYNA<br>31520 STONEY CREEK DR<br>LAKE ELSINORE CA 92532 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$867.24 | **Priority amount**<br>$867.24<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| 2.91. | **Priority creditor's name and mailing address**<br><br>KEENER, RACHEL M<br>15678 ANCHORAGE DRIVE<br>SAN LEANDRO CA 94579 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$2,034.14 | **Priority amount**<br>$2,034.14<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| 2.92. | **Priority creditor's name and mailing address**<br><br>KHAN, GHAZALA G<br>13151 YORBA AVE<br>APT 23<br>CHINO CA 91710 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Total claim**<br>$822.30 | **Priority amount**<br>$822.30<br><br>**Nonpriority amount**<br>$0.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>WAGES & PTO | | |
| | **Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.93. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.93.

**Priority creditor's name and mailing address**

KOA, VALERIE
122 MAIDENHAIR TERRACE
SUNNYVALE CA 94086

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $3,619.81 | $3,619.81 |

| **Nonpriority amount** |
|---|
| $0.00 |

---

2.94.

**Priority creditor's name and mailing address**

KWOK. ANITA
215 CORDOVA STREET
SAN FRANCISCO CA 94112

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,162.99 | $1,162.99 |

| **Nonpriority amount** |
|---|
| $0.00 |

---

2.95.

**Priority creditor's name and mailing address**

LANG, DIANA
2724 COREY PLACE
SAN RAMON CA 94583

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $3,454.01 | $3,454.01 |

| **Nonpriority amount** |
|---|
| $0.00 |

Debtor    **Charlotte Russe Merchandising, Inc.**                                         Case number *(if known)* **19-10215**

| 2.96. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

LEE, JESSICA HEERA
888 O'FARRELL STREET
APT E1202
SAN FRANCISCO CA 94109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $3,523.51

**Priority amount**    $3,523.51

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.97.    Priority creditor's name and mailing address**

LEE, SUN
959 GREENHILL ROAD
MILL VALLEY CA 94941

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $9,855.50

**Priority amount**    $9,855.50

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.98.    Priority creditor's name and mailing address**

LLABAN, SOFRONIO S
14010 MARBELA ST
FONTANA CA 92336-3882

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**    $840.57

**Priority amount**    $840.57

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

| 2.99. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

LOPEZ, ALMA G
1021 E. ELMA
ONTARIO CA 91764

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,216.98
Priority amount: $1,216.98

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.100. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

LOPEZ, CHELSI
861A WALLEN STREET
SAN FRANCISCO CA 94129

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,792.50
Priority amount: $2,792.50

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.101. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

MACABALI, ALLENBERT T
7137 KEMPSTER AVE
FONTANA CA 92336

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $831.32
Priority amount: $831.32

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                                    Case number *(if known)* **19-10215**

| 2.102. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.102.**

**Priority creditor's name and mailing address**

MACDONALD, SARA M
8269 TAPIA VIA DR
C
RANCHO CUCAMONGA CA 91730

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**: $943.86

**Priority amount**: $943.86

**Nonpriority amount**

$0.00

---

**2.103.**

**Priority creditor's name and mailing address**

MADRID, ANDREW
401 SHERWOOD DR
SAUSALITO CA 94965

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**: $4,485.04

**Priority amount**: $4,485.04

**Nonpriority amount**

$0.00

---

**2.104.**

**Priority creditor's name and mailing address**

MARK, JACKLYN
222 9TH AVENUE
SAN FRANCISCO CA 94118

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

**Total claim**: $4,220.27

**Priority amount**: $4,220.27

**Nonpriority amount**

$0.00

Debtor   **Charlotte Russe Merchandising, Inc.**                                                   Case number *(if known)* **19-10215**

---

**2.105.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

**2.105.**

**Priority creditor's name and mailing address**

MARTINEZ, CECILIA
4178 N. E. ST.
SAN BERNARDINO CA 92407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,116.12 | $1,116.12 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.106.**

**Priority creditor's name and mailing address**

MCCAW, THADDEUS
308 JACKSON STREET
D311
OAKLAND CA 94607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $9,534.48 | $9,534.48 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.107.**

**Priority creditor's name and mailing address**

MCDONALD, ERIN
845 S NORMANDIE
APT #4
LOS ANGELES CA 90005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,174.09 | $3,174.09 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.108. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.108.** **Priority creditor's name and mailing address**

MCNULTY, TARA R
2616 HARRISON ST APT 6
OAKLAND CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $4,633.64 | $4,633.64 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.109.** **Priority creditor's name and mailing address**

MEDINA, ASHLEY
1806 MASON ST.
SAN FRANCISCO CA 94133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $1,769.35 | $1,769.35 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.110.** **Priority creditor's name and mailing address**

MEDINA, IGNACIO
615 DIAMOND CT
APT# 2
UPLAND CA 91786

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $655.56 | $655.56 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| 2.111. | Priority creditor's name and mailing address | | | |
|---|---|---|---|---|

**2.111.** **Priority creditor's name and mailing address**

MENDOZA, DORA
575 W. THIRD ST
RIALTO CA 92376-5720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,078.11 | $2,078.11 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.112.** **Priority creditor's name and mailing address**

MIER, ADRIANA
2573 COLD SPRINGS PLACE
ONTARIO CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,402.23 | $2,402.23 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.113.** **Priority creditor's name and mailing address**

MOMBERG, LISA S
1978 MUIRFIELD AVENUE
UPLAND CA 91784-7943

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $10,268.45 | $10,268.45 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 2.114. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.114.**

**Priority creditor's name and mailing address**

MONIER. CHRISTOPHER M.
804 CALLE DULCINEA
SAN CLEMENTE CA 92672

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $13,700.86 | $12,850.00 |

**Nonpriority amount**

$850.86

---

**2.115.**

**Priority creditor's name and mailing address**

MONTOYA, ROSAS, FELIPE A.
12968 LANTERN LN
VICTORVILLE CA 92392

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $533.28 | $533.28 |

**Nonpriority amount**

$0.00

---

**2.116.**

**Priority creditor's name and mailing address**

MOORE, EMILY C
701 PINE STREET
APT 26
SAN FRANCISCO CA 94108

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,019.71 | $2,019.71 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| | |
|---|---|
| **2.117.** | **Priority creditor's name and mailing address** |

| | | Total claim | Priority amount |
|---|---|---|---|

MORALES. AHSUE T.
1764 NEWELL AVE
WALNUT CREEK CA 94595

**As of the petition filing date, the claim is:**
*Check all that apply.*

Total claim: $11,209.61
Priority amount: $11,209.61

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.118.** **Priority creditor's name and mailing address**

MORAN, MARIA
15252 SENECA RD
SPACE #66
VICTORVILLE CA 92392

**As of the petition filing date, the claim is:**
*Check all that apply.*

Total claim: $3,069.30
Priority amount: $3,069.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.119.** **Priority creditor's name and mailing address**

MORISANO. CATHERINE M.
14122 HINDRY AVE
HAWTHORNE CA 90250

**As of the petition filing date, the claim is:**
*Check all that apply.*

Total claim: $4,076.97
Priority amount: $4,076.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.120. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

MURILLO, NORMA A
1403 CREEKWOOD CT
PERRIS CA 92571-4942

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $712.42

**Priority amount** $712.42

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.121.    Priority creditor's name and mailing address**

NGUYEN, THU A
524 PANORAMA DRIVE
SAN FRANCISCO CA 94131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $7,541.44

**Priority amount** $7,541.44

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.122.    Priority creditor's name and mailing address**

NUNEZ, DE HERNANDEZ YULMA
10447 LATOUR LN
MIRA LOMA CA 91752

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,530.35

**Priority amount** $1,530.35

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 2.123. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.123.** **Priority creditor's name and mailing address**

ON, VICKI
200 MORAGA WAY
ORINDA CA 94563

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $1,759.60

**Priority amount** — $1,759.60

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.124.** **Priority creditor's name and mailing address**

OSUNA, LUZ
5896 JANET STREET
RIVERSIDE CA 92509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $1,654.78

**Priority amount** — $1,654.78

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.125.** **Priority creditor's name and mailing address**

OVERTON, MARY K
2522 EAGLE AVE
ALAMEDA CA 94501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** — $5,414.96

**Priority amount** — $5,414.96

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.126.** **Priority creditor's name and mailing address**

PARONELLI, BRIANA M
26 HOLLOWAY
SAN FRANCISCO CA 94112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,161.56 | $2,161.56 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.127.** **Priority creditor's name and mailing address**

PAYTON, DESIRAE A
2191 WHITMAN WAY
APT 11
SAN BRUNO CA 94066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,851.13 | $1,851.13 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.128.** **Priority creditor's name and mailing address**

PECK, LAUREN
434 E 17TH STREET
APT. 314
OAKLAND CA 94606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,063.74 | $4,063.74 |
| | **Nonpriority amount** |
| | $0.00 |

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

**2.129.** **Priority creditor's name and mailing address**

PELAEZ, GAETZ REBEKA
86 BALMY ST
SAN FRANCISCO CA 94110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $5,506.83 | $5,506.83 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.130.** **Priority creditor's name and mailing address**

PEREZ, EUFEMIA
1716 SIERRA DAWN PLACE
ONTARIO CA 91762-5637

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,072.32 | $1,072.32 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.131.** **Priority creditor's name and mailing address**

PICH, DANA J
2670 22ND AVE
SAN FRANCISCO CA 94116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $1,560.00 | $1,560.00 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                      Case number *(if known)* **19-10215**

---

**2.132.** **Priority creditor's name and mailing address**

PLEASANT, NAKIA C
480 LEXINGTON AVE
#2
HAYWARD CA 94544

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,137.00 | $1,137.00 |

**Nonpriority amount**

$0.00

---

**2.133.** **Priority creditor's name and mailing address**

QUAN, SPENCER S
619 HOLLOWAY AVE
SAN FRANCISCO CA 94112

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $7,703.99 | $7,703.99 |

**Nonpriority amount**

$0.00

---

**2.134.** **Priority creditor's name and mailing address**

RAJAMANICKAM, DIPTI P
20532 DEERPARK CT
SARATOGA CA 95070

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,191.54 | $5,191.54 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| **2.135.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**2.135.** **Priority creditor's name and mailing address**

RAMIREZ, GABRIELLA
423 25TH AVENUE #105
SAN FRANCISCO CA 94121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,547.53 | $2,547.53 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.136.** **Priority creditor's name and mailing address**

RANCES, DUSTIN
857 30TH AVENUE
SAN FRANCISCO CA 94121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,965.34 | $2,965.34 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.137.** **Priority creditor's name and mailing address**

RATTIN, JENNIFER M
531 SILVER AVENUE
SAN FRANCISCO CA 94112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $8,413.33 | $8,413.33 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.138. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.138.**

**Priority creditor's name and mailing address**

REGLA, VALERIA
11248 JUNEBERRY LN
FONTANA CA 92337

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$579.54

**Priority amount**
$579.54

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.139.**

**Priority creditor's name and mailing address**

REYES, JOSE A
828 W. MINES AVE.
MONTEBELLO CA 90640

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$12,508.52

**Priority amount**
$12,508.52

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.140.**

**Priority creditor's name and mailing address**

REYNA. ANA
13613 TUCKER AVE
CHINO CA 91710-4856

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$0.48

**Priority amount**
$0.48

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe Merchandising, Inc.**                                          Case number *(if known)* **19-10215**

---

**2.141.** **Priority creditor's name and mailing address**

RIVERA, FUENTES ELSA L
1454 E 5 ST
APT 2
ONTARIO CA 91764

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,086.60 | $1,086.60 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.142.** **Priority creditor's name and mailing address**

ROBLES, YVONNE
2741 LANFRANCO ST.
LOS ANGELES CA 90033

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $866.30 | $866.30 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

**2.143.** **Priority creditor's name and mailing address**

RODRIGUEZ, QUIRIA M
221 CLARA ST
14
SAN FRANCISCO CA 94107

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| $2,367.69 | $2,367.69 |

| | Nonpriority amount |
|---|---|
| | $0.00 |

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.144. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RODRIGUEZ, ROSARIO<br>2438 CALDWELL<br>ONTARIO CA 91761-6047 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,461.90 | $1,461.90<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| 2.145. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ROSADO, ALEXANDRA M<br>25 CAPRA WAY<br>APT. 301<br>SAN FRANCISCO CA 94123 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,710.56 | $3,710.56<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| 2.146. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ROSALES, SANTIAGO<br>13095 LANCASTER LN<br>MORENO VALLEY CA 92553 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,358.04 | $1,358.04<br><br>**Nonpriority amount**<br><br>$0.00 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                        Case number *(if known)* **19-10215**

| 2.147. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RUANO, JESSICA M<br>23 ROSEMARY CT.<br>NOVATO CA 94945 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,623.10 | $8,623.10 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.148. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RUELAS, YOLANDA<br>21115 OAKWOOD ST<br>PERRIS CA 92570 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,729.28 | $1,729.28 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.149. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RUSH, STEPHANIE D<br>139 PICCADILLY PL<br>APT H<br>SAN BRUNO CA 94066 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,755.95 | $3,755.95 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                          Case number *(if known)* **19-10215**

---

**2.150.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| SAMUEL, NATALIE R<br>46 TERRA LINDA DRIVE<br>SAN RAFAEL CA 94903 | *Check all that apply.*<br>☐ Contingent | $2,192.31 | $2,192.31

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $2,192.31
**Priority amount**: $2,192.31

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.151.** **Priority creditor's name and mailing address**

SAN, VICENTE MELISSA E
27 OAK BROOK PL
PLEASANT HILL CA 94523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $10,561.19
**Priority amount**: $10,561.19

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.152.** **Priority creditor's name and mailing address**

SANCHEZ, EVELYN J
790 NORTH G ST
SAN BERNARDINO CA 92410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**: $739.29
**Priority amount**: $739.29

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.153. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SANCHEZ, MONTESINOS LILIA A<br>1300 26TH AVENUE<br>605<br>SAN FRANCISCO CA 94122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,644.38 | $2,644.38 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.154. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SANDOVAL, DAVID<br>8935 CAROB DR<br>FONTANA CA 92335 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $323.73 | $323.73 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.155. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | SAUCEDO, JAMES<br>15804 BUCK POINT LANE<br>FONTANA CA 92336 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,108.61 | $1,108.61 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| 2.156. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.156.

**Priority creditor's name and mailing address**

SCHEIB, ERIC R
393 27TH ST
SAN FRANCISCO CA 94131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$6,873.63

**Priority amount**
$6,873.63

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.157.

**Priority creditor's name and mailing address**

SCHERTZ, MEGAN K
2701 VAN NESS DRIVE
606
SAN FRANCISCO CA 94109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$9,122.57

**Priority amount**
$9,122.57

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.158.

**Priority creditor's name and mailing address**

SERRATO, VIVIANA R
1373 S PLEASANT AVE
ONTARIO CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**
$2,398.86

**Priority amount**
$2,398.86

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.159. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.159.**

**Priority creditor's name and mailing address**

SHUMWAY, TRISTEN J
445 BURNETT AVE.
APT. 201
SAN FRANCISCO CA 94131

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $10,282.50 | $10,282.50 |

**Nonpriority amount**

$0.00

---

**2.160.**

**Priority creditor's name and mailing address**

SIBRIAN, JEANIE S
1060 W. MONTROSE ST
BLOOMINGTON CA 92316-1558

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $12,508.52 | $12,508.52 |

**Nonpriority amount**

$0.00

---

**2.161.**

**Priority creditor's name and mailing address**

SILVA, HAYLEY
510 26TH AVE.
307
SAN FRANCISCO CA 94121

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,531.02 | $2,531.02 |

**Nonpriority amount**

$0.00

Debtor   **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

**2.162.** **Priority creditor's name and mailing address**

SIMONINI, TIFFANY A
850 MAPLE AVE.
SOUTH SAN FRANCISC CA 94080

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $3,883.65 | $3,883.65 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.163.** **Priority creditor's name and mailing address**

SINGH, MANPREET
381 TAMARACK DRIVE
UNION CITY CA 94587

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $2,107.98 | $2,107.98 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.164.** **Priority creditor's name and mailing address**

SITU, SUSANNA
2380 PRICETON DRIVE
SAN BRUNO CA 94066

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | $4,558.92 | $4,558.92 |

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                     Case number *(if known)* **19-10215**

| 2.165. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.165.**  
**Priority creditor's name and mailing address**  
SMITH, SIRIKA  
1630 WENDY DRIVE  
PLEASANT HILL CA 94523

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Total claim** $5,227.77

**Priority amount** $5,227.77

**Nonpriority amount** $0.00

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**  
☐ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.166.**  
**Priority creditor's name and mailing address**  
SNYDER, LEONOR  
234 EAST OAK HILL STREET  
ONTARIO CA 91761

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Total claim** $483.26

**Priority amount** $483.26

**Nonpriority amount** $0.00

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**  
☐ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.167.**  
**Priority creditor's name and mailing address**  
SOEKLAND, CASEY  
900 BUSH STREET  
#1103  
SAN FRANCISCO CA 94109

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Total claim** $3,666.12

**Priority amount** $3,666.12

**Nonpriority amount** $0.00

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**  
☐ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                           Case number *(if known)* **19-10215**

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.168. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,180.44 | $12,850.00 |

**Priority creditor's name and mailing address**

SON. KHRISTENE J.
552 SAN PEDRO COVE
SAN RAFAEL CA 94901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $14,180.44 | $12,850.00 |

**Nonpriority amount**

$1,330.44

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.169.    **Priority creditor's name and mailing address**

SOTO, FERNANDO J
11618 MONTERRA DR
FONTANA CA 92337

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,345.52 | $4,345.52 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.170.    **Priority creditor's name and mailing address**

TANG. JUSTIN G.
2678 MARSH DR.
SAN RAMON CA 94583

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $13,426.50 | $12,850.00 |

**Nonpriority amount**

$576.50

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **Charlotte Russe Merchandising, Inc.**                                   Case number *(if known)* **19-10215**

| 2.171. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.171.** **Priority creditor's name and mailing address**

TELLEZ, MARISOL
520 W PHILLIPS ST
ONTARIO CA 91762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $735.36

**Priority amount**  $735.36

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.172.** **Priority creditor's name and mailing address**

TOOMAJIAN, NOELLE C
1619 HILL ROAD
NOVATO CA 94947

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $3,626.54

**Priority amount**  $3,626.54

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.173.** **Priority creditor's name and mailing address**

TUPOU, ALIPATE F
1239 W FOURTH ST
D
ONTARIO CA 91762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim**  $606.00

**Priority amount**  $606.00

**Nonpriority amount**
$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                                                                    Case number *(if known)* **19-10215**

---

**2.174.**  **Priority creditor's name and mailing address**

VADO, ARMIDA
8636 KEMPSTER AVE.
FONTANA CA 92335

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $958.62 | $958.62 |

**Nonpriority amount**

$0.00

---

**2.175.**  **Priority creditor's name and mailing address**

VELASQUEZ, RICHARD A
331 DEBORAH CT
UPLAND CA 91784

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $1,657.73 | $1,657.73 |

**Nonpriority amount**

$0.00

---

**2.176.**  **Priority creditor's name and mailing address**

VICTORIA, JEFFREY V
850 BEECH ST
UNIT 102
SAN DIEGO CA 92101

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| $5,443.32 | $5,443.32 |

**Nonpriority amount**

$0.00

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                  Case number *(if known)* **19-10215**

| 2.177. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.177.** **Priority creditor's name and mailing address**

VILLALOBOS, BEATRIZ
25700 UNIVERSITY COURT
APT 103
HAYWARD CA 94542

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $3,740.84 | $3,740.84 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.178.** **Priority creditor's name and mailing address**

WAANANEN, AUDREY B
850 GEARY STREET
APT 44
SAN FRANCISCO CA 94109

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $2,038.46 | $2,038.46 |
| | **Nonpriority amount** |
| | $0.00 |

---

**2.179.** **Priority creditor's name and mailing address**

WAGNER, JOCELYN M
1130 65TH ST
APT E
EMERYVILLE CA 94608

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

WAGES & PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| $3,003.24 | $3,003.24 |
| | **Nonpriority amount** |
| | $0.00 |

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

**2.180.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| WELCH, ANTONIETA<br>5656 SEXTON LANE<br>RIVERSIDE CA 92509-6663 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,204.54 | $2,204.54

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,204.54

**Priority amount** $2,204.54

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.181.** **Priority creditor's name and mailing address**

WHITE, ROBYN
1571 31ST AVE
SAN FRANCISCO CA 94122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $11,878.75

**Priority amount** $11,878.75

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.182.** **Priority creditor's name and mailing address**

WHITMARSH, BRETT C
2720 TERRY COURT
PINOLE CA 94564

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $5,895.74

**Priority amount** $5,895.74

**Nonpriority amount** $0.00

**Date or dates debt was incurred**
_____

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
WAGES & PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   **Charlotte Russe Merchandising, Inc.**    Case number *(if known)* **19-10215**

---

**2.183.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

WILSON, RON L
8211 LA SALLE PL
RANCHO CUCAMONGA CA 91730-7139

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $10,143.84

Priority amount $10,143.84

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.184.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

WUNROW, CATHRYN C
1050 POST STREET
#48
SAN FRANCISCO CA 94109

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $2,275.35

Priority amount $2,275.35

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.185.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

YANEZ, ARMANDO
18384 DAMIANA LN
SAN BERNARDINO CA 92407

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $951.74

Priority amount $951.74

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **Charlotte Russe Merchandising, Inc.**    Case number *(if known)* **19-10215**

| 2.186. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.186.** **Priority creditor's name and mailing address**

YARUSHKINA, NATASHA V
512 HENRY STREET
OAKLAND CA 94607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,018.61 | $2,018.61 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.187.** **Priority creditor's name and mailing address**

YEE, CHRISTOPHER
3241 SPINNING ROD WAY
SACRAMENTO CA 95833

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,078.44 | $3,078.44 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.188.** **Priority creditor's name and mailing address**

ZHANG, YU
3478 18TH ST APT 5
SAN FRANCISCO CA 94110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,507.92 | $4,507.92 |

**Nonpriority amount**

$0.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 2.189. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.189.** **Priority creditor's name and mailing address**

ZHAO, ROXANE
661 39TH AVE
SAN FRANCISCO CA 94121

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $5,009.96

**Priority amount** $5,009.96

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.190.** **Priority creditor's name and mailing address**

ZIRBES, DEANNA R
1137 BUSH STREET
APT 6
SAN FRANCISCO CA 94109

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $10,155.46

**Priority amount** $10,155.46

**Nonpriority amount** $0.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **Charlotte Russe Merchandising, Inc.**                              Case number *(if known)* **19-10215**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3.**     **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1.**   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

26 INTERNATIONAL INC                        UNDETERMINED
1500 S GRIFFITH AVE
LOS ANGELES CA 90021           ☐ Contingent
                                 ☒ Unliquidated
                                 ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                            TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

                                         ☒ No
                                         ☐ Yes

**3.2.**   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

4 WHAT ITS WORTH INC                      $383,167.72
5815 SMITHWAY ST
COMMERCE CA 90040            ☐ Contingent
                                 ☐ Unliquidated
                                 ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                            TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

                                         ☒ No
                                         ☐ Yes

**3.3.**   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**     **Amount of claim**
*Check all that apply.*

505 SONOMA CORP DBA GIC                $310,641.44
3812 SEBASTOPOL ROAD
SANTA ROSA CA 95407          ☐ Contingent
                                 ☐ Unliquidated
                                 ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                            TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

                                         ☒ No
                                         ☐ Yes

Debtor   **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

**3.4.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

A&O LOGISTICS LLC
PO BOX 936694
ATLANTA GA 31193-6694

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,755.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.5.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

AA FASHION INC
2741 E. ALAMEDA STREET
LOS ANGELES CA 90058

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.6.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ABLE INDUSTRIAL PRODUCTS, INC.
C/O WAL-FAB, INC.
2006 SO. BAKER AVE.
ONTARIO CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,604.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**    Case number *(if known)* **19-10215**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ABN INC DBA WEAREVER
230 W 39TH STREET 5TH FLOOR
NEW YORK NY 10018

☐ Contingent

☐ Unliquidated

☐ Disputed

$32,175.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCENT WIRE PRODUCTS, INC.
P.O. BOX 207550
DALLAS TX 75320-7550

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,719.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACCESSORIES HOUSE NY
10 W.33RD ST SUITE 502
NEW YORK NY 10001

☐ Contingent

☐ Unliquidated

☐ Disputed

$33,613.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                                    Case number *(if known)* **19-10215**

---

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ACE ALLIANCE INC
4512 S. BROADWAY
LOS ANGELES CA 90037

☐ Contingent
☐ Unliquidated
☐ Disputed

$33,422.62

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ADESSO INTERNATIONAL
ROOM 1102-5, 11TH FLOOR 9 WING HONG
STREET
CHEUNG SHA WAN, KOWLOON
HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,896.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AILED RAIA
1434 E DEL RIO DR
TEMPE AZ 85282

☐ Contingent
☐ Unliquidated
☐ Disputed

$160.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

**3.13.**    **Nonpriority creditor's name and mailing address**

AIM INTERNATIONAL INC
16885 VIA DEL CAMPO COURT #318
SAN DIEGO CA 92127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$56,072.37

---

**3.14.**    **Nonpriority creditor's name and mailing address**

ALEXANDRA LORD
745 HANSELL STREET SE APT 227
ATLANTA GA 30312

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,000.00

---

**3.15.**    **Nonpriority creditor's name and mailing address**

ALEXANDRA M MAY
4075 SAWTELLE BLVD
LOS ANGELES CA 90066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,500.00

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ALI MAHLSTEDT
379 CHENERY STREET
SAN FRANCISCO CA 94131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.17. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ALLIANCE COMPANY
JB11, 11ND FLOOR, KHIRKI EXTN., MALVIYA
NAGAR,
NEW DELHI: - 110017
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19,888.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.18. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

ALPARGATAS USA INC DBA HAVAIAN
33 E.33RD ST SUITE 501
NEW YORK NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,580.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| | |
|---|---|
| 3.19. | **Nonpriority creditor's name and mailing address** |

AMANDA KELLY LIMITED
142 SOUTHWARK BRIDGE ROAD
LONDON SE1 0DG
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$3,750.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| 3.20. | **Nonpriority creditor's name and mailing address** |

AMBIANCE APPAREL
2415 E 15TH STREET
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$108,983.89

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| 3.21. | **Nonpriority creditor's name and mailing address** |

AMY MANIATIS
7 MAGEE AVENUE
MILL VALLEY CA 94941

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$85.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| 3.22. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANAHITA GHAZIPOUR
107 CAPEBERRY
IRVINE CA 92603

☐ Contingent
☐ Unliquidated
☐ Disputed

$250.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.23. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANAN ENTERPRISE INC DBA SARAH
LA 2080 E 25TH STREET
VERNON CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

$962,806.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.24. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANGELIAH CLARKE
673 CREEKSIDE CIR
GURNEE IL 60031

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.25.**

**Nonpriority creditor's name and mailing address**

ANONA STUDIO, LLC
PO BOX 137
ERWINNA PA 18920

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.26.**

**Nonpriority creditor's name and mailing address**

ANORA MODE INC
1015 S. CROCKER ST #S04
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22,120.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.27.**

**Nonpriority creditor's name and mailing address**

APOLLO APPAREL GROUP LLC
1407 BROADWAY SUITE 2000
NEW YORK NY 10018

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

**3.28.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

APPAREL UNITED
7 COMMUNITY CENTER OKHLA PHASE 2
NEW DELHI, 110020,
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$3,932.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.29.** **Nonpriority creditor's name and mailing address**

APS FINISHING INC
3165 E SLAUSON AVE
VERNON CA 90058

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$4,910.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.30.** **Nonpriority creditor's name and mailing address**

ARROW STAFFING SERVICES
499 WEST STATE STREET
REDLANDS CA 92373

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$9,624.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                          Case number *(if known)* **19-10215**

| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.31.

**Nonpriority creditor's name and mailing address**

ARTISTIC FABRIC & GARMENT
39/A BLOCK 6, P.E.C.H.S, SHAHRA-E-FAISAL,
KARACHI, 75400,
PAKISTAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.32.

**Nonpriority creditor's name and mailing address**

ARTISTIC MILLINERS (PVT) LTD
PLOT NO 4, SECTOR 25, KORANGI INDUSTRIAL
AREA,
KARACHI,
PAKISTAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.33.

**Nonpriority creditor's name and mailing address**

ASA TEXTILE SOURCING S A
OFICINA 301 EDIFICIA AXXIS, AV. ALVAREZ
CALDERON 185,
SAN ISIDRO 15073,
PERU

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$14,888.76

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASHLEY ELLIS CARTER
5939 W FRIENDLY AVE APT 55Q
GREENSBORO NC 27410

☐ Contingent
☐ Unliquidated
☐ Disputed

$175.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.35. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASHLEY MASON LLC
21224 BEACH BLVD
HUNTINGTON BEACH CA 92648

☐ Contingent
☐ Unliquidated
☐ Disputed

$48,680.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.36. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASIA PACIFIC TRADING CO INC
5132 S ALAMEDA STREET
VERNON CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,528.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.37.   **Nonpriority creditor's name and mailing address**

AUDREY THREE PLUS ONE
1100 S. SAN PEDRO ST SUITE N-07
LOS ANGELES CA 90015

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.38.   **Nonpriority creditor's name and mailing address**

AURA ACCESSORIES LLC
2229 PLAINFIELD PIKE
JOHNSTON RI 02919

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19,586.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.39.   **Nonpriority creditor's name and mailing address**

AXESORY SOURCE LLC
11880 COMMUNITY ROAD SUITE 340
POWAY CA 92064

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$47,635.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BABY BLING
4275 N. THANKSGIVING WAY SUITE 300
LEHI UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,494.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAILEY BLUE
1441 E 16TH STREET
LOS ANGELES CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

$99,916.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BALDWIN SUN INC
140 N. ORANGE AVE
CITY OF INDUSTRY CA 91744

☐ Contingent
☐ Unliquidated
☐ Disputed

$120,842.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

BAO MALALATIANA
1101 SOUTH ARLINGTON RIDGE RD APT 217
ARLINGTON VA 22202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.44.    **Nonpriority creditor's name and mailing address**

BAXTER FAWCETT DESIGN STUDIO
UNIT A 23A BENWELL RD
LONDON 0 N7 7BL
UNITED KINGDOM

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$525.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.45.    **Nonpriority creditor's name and mailing address**

BBASE IDG LIMITED
7F E. WAH FACTORY BUILDING, 56-60 WONG
CHUK HANG ROAD,
WONG CHUK HANG,
HONG KONG

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,339.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.46.   **Nonpriority creditor's name and mailing address**

BBC APPAREL GROUP, LLC DBA
DOLLHOUSE
1407 BROADWAY
NEW YORK NY 10018

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$113,128.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.47.   **Nonpriority creditor's name and mailing address**

BBCO INC / LUNACHIX
1753 EAST 21ST STREET
LOS ANGELES CA 90058

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$33,129.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.48.   **Nonpriority creditor's name and mailing address**

BC USA
101 QUINT ST
SAN FRANCISCO CA 94124

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$390.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                      Case number *(if known)* **19-10215**

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BE SOCIAL PUBLIC RELATIONS
844 N GENESEE AVE
LOS ANGELES CA 90046

$1,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                                    TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BEAUTIFUL PICTURE PRODUCTIONS,
1844 TURK ST APT 3
SAN FRANCISCO CA 94115

$975.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                                    TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BELLE TRENDZ
23552 CANYON VISTA COURT
DIAMOND BAR CA 91765

UNDETERMINED

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                                    TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                Case number *(if known)* **19-10215**

---

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BENDIE LLC
8906 SW 129 TERRACE
MIAMI FL 33176

☐ Contingent
☐ Unliquidated
☐ Disputed

$552.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BIOWORLD MERCHANDISING
2111 W. WALNUT HILL LANE
IRVING TX 75038

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BIRDS OF OHIO, INC
249 E. EMERSON AVE SUITE C
ORANGE CA 92865

☐ Contingent
☐ Unliquidated
☐ Disputed

$596.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

**3.55.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

BLACK DIAMOND ACCESSORIES
20 WEST 37TH ST 8TH FL
NEW YORK NY 10018

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.56.** **Nonpriority creditor's name and mailing address**

BLUE DOT USA INC DBA WAX JEAN
2415 EAST 15TH STREET
LOS ANGELES CA 90021-2936

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$37,885.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.57.** **Nonpriority creditor's name and mailing address**

BLUE PLANET INTERNATIONAL INC
1526 E WASHINGTON BLVD
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$71,376.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

3.58.    **Nonpriority creditor's name and mailing address**

BRAGEL INTERNATIONAL, INC.
WANG IP LAW GROUP PC
TOMMY WANG/JEFF KANG
18645 E GALE AVE
SUITE 205
CITY OF INDUSTRY CA 91748

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.59.    **Nonpriority creditor's name and mailing address**

BRAVADO INTERNATIONAL GROUP
1755 BROADWAY 2ND FLOOR
NEW YORK NY 10019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.60.    **Nonpriority creditor's name and mailing address**

BRIDGE REPS, LLC
420 W 14TH STREET SUITE 6SW
NEW YORK NY 10014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$146,065.31

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| 3.61. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.61.**

**Nonpriority creditor's name and mailing address**

BRITTANY MAIER
1626 VERA AVENUE
REDWOOD CITY CA 94061

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,724.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.62.**

**Nonpriority creditor's name and mailing address**

C CENTS KOREA LTD
1F, COMMON BLDG, 149-18 SAMSUNG-IDONG,
GANGNAM-GU
SEOUL, 135-878
KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$34,476.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.63.**

**Nonpriority creditor's name and mailing address**

CANVAS PRINT STUDIO
20 WATERSON STREET
LONDON 0 E2 8HL
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| | | | |
|---|---|---|---|
| 3.64. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

CARMICHAEL INTERNATIONAL SERV
P.O. BOX 51025
LOS ANGELES CA 90051-5325

☑ Contingent
☐ Unliquidated
☐ Disputed

$218,659.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.65. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

CARMIN
1013 CROCKER ST SUITE #7
LOS ANGELES CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,322.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.66. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |

CASCO EQUIPMENT CORP
4141 FLAT ROCK DRIVE
RIVERSIDE CA 92505

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,181.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

**3.67.** **Nonpriority creditor's name and mailing address**

CASEY WIEGAND
6815 PEMBERTON DR
DALLAS TX 75230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,200.00

**3.68.** **Nonpriority creditor's name and mailing address**

CASUAL SPORTSWEAR
PLOT NO.1 2 3 14 15 & 16 SEC C KEPZ LANDHI
KARACHIN
PAKISTAN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

**3.69.** **Nonpriority creditor's name and mailing address**

CENTURY SOURCING GROUP INC
381 5TH AVE 4TH FLOOR
NEW YORK NY 10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$24,516.00

Debtor   **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHARLOTTE RUSSE ADMINISTRATION, INC.
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

AMENDED & RESTATED CREDIT
AGREEMENT

**Is the claim subject to offset?**

☐ No
☒ Yes

UNDETERMINED

---

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHARLOTTE RUSSE ADMINISTRATION, INC.
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

AMENDED & RESTATED CREDIT
AGREEMENT

**Is the claim subject to offset?**

☐ No
☒ Yes

UNDETERMINED

---

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHARLOTTE RUSSE HOLDING, INC.
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

AMENDED & RESTATED CREDIT
AGREEMENT

**Is the claim subject to offset?**

☐ No
☒ Yes

UNDETERMINED

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHARLOTTE RUSSE HOLDING, INC.
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

AMENDED & RESTATED CREDIT AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHARLOTTE RUSSE, INC.
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

AMENDED & RESTATED CREDIT AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

---

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHARLOTTE RUSSE, INC.
5910 PACIFIC CENTER BLVD
SAN DIEGO CA 92121

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

AMENDED & RESTATED CREDIT AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☒ Yes

Debtor   **Charlotte Russe Merchandising, Inc.**                           Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| 3.76. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.76.**

**Nonpriority creditor's name and mailing address**

CHERRY DESIGN PARTNERS LLC
147 WEST 35TH STREET/SUITE #307
NEW YORK NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,575.00

---

**3.77.**

**Nonpriority creditor's name and mailing address**

CHIARA ALLEN
3359 GLACIER DR
LAKE ORION MI 48360

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$50.00

---

**3.78.**

**Nonpriority creditor's name and mailing address**

CHRIS MOCK
102 FREDERICK ST APT B
SAN FRANCISCO CA 94117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,440.00

Debtor    **Charlotte Russe Merchandising, Inc.**    Case number *(if known)* **19-10215**

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.79.

**Nonpriority creditor's name and mailing address**

CITY OF ONTARIO
BUSINESS LICENSE DIVISION
P.O.BOX 3247
ONTARIO CA 91761-0925

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$4,594.76

---

3.80.

**Nonpriority creditor's name and mailing address**

CLEAN MANAGEMENT ENVIRONMENTAL
P.O. BOX 1606
WALTERBORO SC 29488

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$553.00

---

3.81.

**Nonpriority creditor's name and mailing address**

CNTEX INDUSTRY CO LTD
7/F, RMS. 14-16, PHOENIX TOWER, 30
FENGHUANG RD., JIANGYIN,
JIANGYIN, JIANGSU
CHINA (214400)

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$34,237.96

---

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COLLEEN APGAR
1628 18TH AVENUE
SAN FRANCISCO CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,240.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.83. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COLOR STORY INC.
3257 E. 26TH ST
VERNON CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

$101,592.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.84. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COLUMBIA OMNICORP
14 WEST 33RD ST
NEW YORK NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

$20.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Charlotte Russe Merchandising, Inc.**                      Case number *(if known)* **19-10215**

---

**3.85.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CONTEMPO BY JUSTIN TAYLOR INC
1458 S. SAN PEDRO ST #209
LOS ANGELES CA 90015

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.86.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CONTINENTAL CONCESSION SUPPLIE
PO BOX 951080
DALLAS TX 75395-1080

☐ Contingent
☐ Unliquidated
☐ Disputed

$119,464.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.87.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

COPERNICUS TOYS
570 EXPLORERS RD
CHARLOTTESVILLE VA 22911

☐ Contingent
☐ Unliquidated
☐ Disputed

$720.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.88.

**Nonpriority creditor's name and mailing address**

CRISTALS
128 CHARLOTTE AVE
HICKSVILLE NY 11801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.89.

**Nonpriority creditor's name and mailing address**

D&D DISTRIBUTING WHOLESALE INC
14615 C ST S
TACOMA WA 98444

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$704.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.90.

**Nonpriority creditor's name and mailing address**

DALAR KHODAGHOLIAN
9648 AMANITA AVE
TUJUNGA CA 91042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$280.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| 3.91. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.91.

**Nonpriority creditor's name and mailing address**

DANBEE INC
3360 E PICO BLVD
LOS ANGELES CA 90026

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$176,042.74

---

3.92.

**Nonpriority creditor's name and mailing address**

DECISIONPOINT SYSTEMS CA, INC
PO BOX 51480
LOS ANGELES CA 90051-6311

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$10,911.15

---

3.93.

**Nonpriority creditor's name and mailing address**

DEVON BERT
1600 LARKIN ST APT 101
SAN FRANCISCO CA 94109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,850.00

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

| 3.94. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DISENO ACMM SAC
AV. INDUSTRIAL 245 URBANIZACION LOS
AYLLUS ATE
LIMA
PERU

☐ Contingent

☐ Unliquidated

☐ Disputed

$46,129.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.95. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOUBLE H SOURCING
#906, CRESCO B/D, 114, GWANGJANG-DONG,
GWANGJIN-GU,
SEOUL
KOREA

☐ Contingent

☐ Unliquidated

☐ Disputed

$506,516.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.96. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOUBLE ZERO INC
2833 LEONIS BLVD SUITE 201-209
VERNON CA 90058

☐ Contingent

☒ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.97.  **Nonpriority creditor's name and mailing address**

DOUGLAS CO INC
69 KRIF ROAD
KEENE NH 03431

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,986.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.98.  **Nonpriority creditor's name and mailing address**

DREAM CATCHER DBA AMELOTTE
INTERNATIONAL CORPORATION
213 WEST 35TH ST., SUITE 302
NEW YORK NY 10001

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.99.  **Nonpriority creditor's name and mailing address**

DRT TRANSPORTATION
850 HELEN DRIVE
LEBANON PA 17042

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$69,541.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.100.**

**Nonpriority creditor's name and mailing address**

DT MODEL MANAGEMENT
883 WESTBOURNE DRIVE
WEST HOLLYWOOD CA 90069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,200.00

---

**3.101.**

**Nonpriority creditor's name and mailing address**

EAST LION CORP
318 BREA CANYON RD
CITY OF INDUSTRY CA 91789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,596,753.44

---

**3.102.**

**Nonpriority creditor's name and mailing address**

EDGE ACCESSORIES LIMITED
389 FIFTH AVENUE, SUITE 205,
NEW YORK NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$10,285.60

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELIZABETH MONTANO
15435 GARO STREET
HACIENDA HEIGHTS CA 91745

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELLA L CLOTHING INC
16828 ARMSTEAD ST
GRANDA HILLS CA 91344

☐ Contingent
☐ Unliquidated
☐ Disputed

$563,540.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELLEN CLOTHING INC
1866 E. 46TH ST
LOS ANGELES CA 90058

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

**3.106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

ELLIAN
6725 SAN FERNANDO RD.
GLENDALE CA 91201

☐ Contingent
☐ Unliquidated
☐ Disputed

$49,925.54

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.107.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

EMANUEL GERALDO ACCESSORIES IN
160 PORT ROYAL WEST, MONTREAL,
QC, H3L 3N1,
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$222.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.108.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

ENCHANTE ACCESSORIES
16 EAST 34TH STREET 16TH FLOOR
NEW YORK NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

$34,260.48

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                           Case number *(if known)* **19-10215**

---

**3.109.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

ENESCO LLC
225 WINDSOR DRIVE
ITASCA IL 60143

$1,200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.110.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ENTRY INC
766 E.12TH ST #C
LOS ANGELES CA 90021

UNDETERMINED

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.111.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ESKA INC DBA SPICEWEAR
3631 UNION PACIFIC AVE
LOS ANGELES CA 90023

$351,774.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**    **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

**3.112.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ESSIE GOLDEN
636 DIELLEN LANE
ELMONT NY 11003

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.113.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ET2C INTERNATIONAL INC.
23 WANGJIAO PLAZA 175 EAST YAN AN ROAD
SHANGHAI
CHINA 200002

☐ Contingent

☒ Unliquidated

☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.114.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

EVAN GRAY
1850 GROVE ST APT 1
SAN FRANCISCO CA 94117

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,300.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

3.115. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

EYEKING LLC
10 HUB DRIVE SUITE 104
MELVILLE NY 11747

$2,284.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.116. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FANTAS-EYES
385 5TH AVE 9TH FL
NEW YORK NY 10016

$59,098.41

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.117. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

FANTASIA ACCESSORIES LTD
31 WEST 34TH ST 5TH FL
NEW YORK NY 10001

$579.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| **3.118.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.118.**

**Nonpriority creditor's name and mailing address**

FANTASY FILES INC.
557 JESSIE ST
SAN FERNANDO CA 91340

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$458.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.119.**

**Nonpriority creditor's name and mailing address**

FASHION AND PEOPLE INC
DBA TRAC
4641 PACIFIC BLVD
VERNON CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$33,672.95

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.120.**

**Nonpriority creditor's name and mailing address**

FASHION DEBUT DBA DEBUT
1015 S CROCKER STREET Q14
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$81,299.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Charlotte Russe Merchandising, Inc.**                                          Case number *(if known)* **19-10215**

---

| 3.121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FASHION WILDCAT
164 W JEFFERSON BLVD
LOS ANGELES CA 90007

☐ Contingent
☐ Unliquidated
☐ Disputed

$74,308.31

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.122. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FATIMA YAHYA
9834 WESTMINSTER DRIVE
HUMBLE TX 77338

☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.123. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FEDEX ERS
P.O. BOX 371741
PITTSBURGH PA 15250-7741

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,191,908.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

**3.124.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

FEED.FM
845 MARKET ST. STE 450
SAN FRANCISCO CA 94103

$5,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.125.**    **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Amount of claim**

FINELINE TECHNOLOGIES
P.O. BOX 934219
ATLANTA GA 31193-4219

$3,414.01

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.126.**    **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Amount of claim**

FINESSE NOVELTY CORP.
30 COMMERCIAL CT
PLAINVIEW NY 11803

$57,569.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 3.127. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FORTUNE DYNAMIC INC
21923 FERRERO PARKWAY
CITY OF INDUSTRY CA 91789

$639,487.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.128. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FOUND DESIGN STUDIO
UNIT 17 MARLOW WORKSHOPS CALVERT
AVENUE
LONDON E2 7JN
UNITED KINGDOM

$550.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.129. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FOUR HOUSE SOURCING PVT LTD
E-101, PLOT NO-12, SECTOR-22, UDYOG VIHAR
CGHS APARTMENTS, PHASE-1 DWARKA
NEW DELHI DL 110078
INDIA

$20,884.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

**3.130.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.130.**

**Nonpriority creditor's name and mailing address**

FREEDOM MODELS
820 NORTH FAIRFAX AVE.
WEST HOLLYWOOD CA 90046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$23,302.27

---

**3.131.**

**Nonpriority creditor's name and mailing address**

FRESH OF LA, INC.
2260 E 15TH STREET
LOS ANGELES CA 90021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$61,091.60

---

**3.132.**

**Nonpriority creditor's name and mailing address**

FRIENDS GARMENT
605,PHASE-V,UDYOG VIHAR
GURGAON-122001,HARYANA,
INDIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$35,327.00

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Charlotte Russe Merchandising, Inc.**                                   Case number *(if known)* **19-10215**

---

3.133.  **Nonpriority creditor's name and mailing address**

GATES CREATIVE LLC
17 W 17TH ST SUITE 705
NEW YORK NY 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Amount of claim |
| --- |
| $5,924.46 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.134.  **Nonpriority creditor's name and mailing address**

GEAN REY YIP
3726 STARR KING CIRCLE
PALO ALTO CA 94306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Amount of claim |
| --- |
| $400.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.135.  **Nonpriority creditor's name and mailing address**

GINA GROUP, LLC
10 WEST 33RD STREET SUITE 312
NEW YORK NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

| Amount of claim |
| --- |
| $1,961.84 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **Charlotte Russe Merchandising, Inc.**                                     Case number *(if known)* **19-10215**

---

| 3.136. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOBAL CAPITAL FASHION INC
247 WEST 35TH ST 11 FLOOR FRONT
NEW YORK NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

$756,717.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.137. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLOBAL FASHION RESOURCE INC
1820 W. CARSON ST 202-273
TORRANCE CA 90501

☐ Contingent
☐ Unliquidated
☐ Disputed

$177,115.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.138. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GMA SHANGHAI BRANCH
ROOM 802,HUALING BUILDING,NO. 3062 YAN'AN
RD.(W)
SHANGHAI, 201103,
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

$84,574.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

| 3.139. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.139.**

**Nonpriority creditor's name and mailing address**

GNF CO
4FL, 190-8, BANG EE DONG SONGPA GU
SEOUL 138-050
KOREA

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,508.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.140.**

**Nonpriority creditor's name and mailing address**

GOLDEN TOUCH IMPORTS INC
1410 BROADWAY 8TH FLOOR
NEW YORK NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.141.**

**Nonpriority creditor's name and mailing address**

GREAT FINDINGS INC
1852 E.46TH ST
LOS ANGELES CA 90058

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$42,723.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Charlotte Russe Merchandising, Inc.**                                              Case number *(if known)* **19-10215**

---

**3.142.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.142.** **Nonpriority creditor's name and mailing address**

GREG ABRAHAM
646 KENNEDY STREET APT 108
OAKLAND CA 94606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.143.** **Nonpriority creditor's name and mailing address**

GXS INC
LOCK BOX 29144 NETWORK PLACE
CHICAGO IL 60673-1291

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$376.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.144.** **Nonpriority creditor's name and mailing address**

HACHETTE BOOK GROUP
53 STATE ST
BOSTON MA 02109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,638.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 3.145. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.145.**

**Nonpriority creditor's name and mailing address**

HANNAH LEE WEINSTEIN
118 PLANTERS CREEK DR
BALDWIN GA 30511

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$350.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.146.**

**Nonpriority creditor's name and mailing address**

HARPER COLLINS PUBLISHERS
56 GLEN MAURA NATZ BLVD SUITE 300
MOOSIC PA 18507-2132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$539.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.147.**

**Nonpriority creditor's name and mailing address**

HEARST MAGAZINE
P.O. BOX 90002
PESCOTT AZ 86304-9002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,044.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| **3.148.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.148.**

**Nonpriority creditor's name and mailing address**

HEART & HIPS
2424 E. 26TH STREET
VERNON CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$33,028.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.149.**

**Nonpriority creditor's name and mailing address**

HELLO SHISO
3050 HILLEGASS AVE
BERKELEY CA 94705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$864.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.150.**

**Nonpriority creditor's name and mailing address**

HER STUDIO LONDON
205 THE PILL BOX 115 COVENTRY ROAD
LONDON E26GG
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,050.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor  **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

3.151.  **Nonpriority creditor's name and mailing address**

HESPERUS
1000 S. SAN PEDRO ST
LOS ANGELES CA 90021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.152.  **Nonpriority creditor's name and mailing address**

HIDDEN JEANS DBA CELLO JEANS
1001 TOWNE AVE #103
LOS ANGELES CA 90021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$14,396.90

---

3.153.  **Nonpriority creditor's name and mailing address**

HOLD THIS INC DBA GOODIE TWO
9400 LURLINE AVE C2
CHATSWORTH CA 91311

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$68,423.40

---

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| 3.154. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.154.

**Nonpriority creditor's name and mailing address**

HUNTCITY INC
110 E.9TH ST SUITE B541
LOS ANGELES CA 90079

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$296,666.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.155.

**Nonpriority creditor's name and mailing address**

HYFVE INC.
5808 WILMINGTON AVE
HUNTINGTON PARK CA 90058

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,346.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.156.

**Nonpriority creditor's name and mailing address**

IKNIT GROUP LLC
5901 WEST SIDE AVE 7N
NORTH BERGEN NJ 07047

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$83,807.86

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**    Case number *(if known)* **19-10215**

| **3.157.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.157. **Nonpriority creditor's name and mailing address**

INFINITY CREATIVE AGENCY LLC
843 S. LOS ANGELES ST SUITE 200
LOS ANGELES CA 90014

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$19,014.19

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.158. **Nonpriority creditor's name and mailing address**

INGRAM PUBLISHER DBA PERSEUS
210 AMERICAN DRIVE
JACKSON TN 38301

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$383.49

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.159. **Nonpriority creditor's name and mailing address**

INTERNATIONAL ARRIVALS
3923 OCEANIC DRIVE #100
OCEANSIDE CA 92056

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$570.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

**3.160.** **Nonpriority creditor's name and mailing address**

IRIS FASHION
14113 183RD ST
CERRITOS CA 90703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,695.00

---

**3.161.** **Nonpriority creditor's name and mailing address**

JAINSON'S INTERNATIONAL INC
7526 TYRONE AVE
VAN NUYS CA 91405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$350,892.58

---

**3.162.** **Nonpriority creditor's name and mailing address**

JANIS THOOLEN
729 JONES STREET #112
SAN FRANCISCO CA 94109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$175.00

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| | | | |
|---|---|---|---|
| 3.163. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | JESSICA BRADLEY<br>550 GRAVES AVE #6<br>EL CAJON CA 92020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32.85 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.164. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | JESSMYN IN USA<br>2080 E.25TH ST<br>VERNON CA 90058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $593,339.84 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE - MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.165. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | JOHN MCNEIL STUDIO, LLC<br>720 CHANNING WAY<br>BERKELEY CA 94710 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $98,000.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE - NON-MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

**3.166.** **Nonpriority creditor's name and mailing address**

JORGE BARDINA PRODUCTIONS LLC
300 16TH AVE #303
SAN FRANCISCO CA 94118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $800.00 |

---

**3.167.** **Nonpriority creditor's name and mailing address**

JP ORIGINAL CORP
19101 E WALNUT DRIVE NORTH
CITY OF INDUSTRY CA 91748

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $679,195.80 |

---

**3.168.** **Nonpriority creditor's name and mailing address**

JULIE OLMSTEAD
255 MONTEREY BOULEVARD
SAN FRANCISCO CA 94131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $900.00 |

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.169. **Nonpriority creditor's name and mailing address**

JUST ONE LLC
1450 BROADWAY 21ST FLOOR
NEW YORK NY 10018

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$29,345.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.170. **Nonpriority creditor's name and mailing address**

JYHS INC
738 E. 14TH ST UNIT # B
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$25,068.24

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.171. **Nonpriority creditor's name and mailing address**

KAIRA INC
PLOT NO-32 PACE CITY-1 SECTOR-37
GURGAON HARYANA 122008
INDIA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13,397.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

**3.172.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

KARMA KREATIONS
1630 S GROVE AVE #B
ONTARIO CA 91761

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$44,121.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.173.** **Nonpriority creditor's name and mailing address**

KATELYN ANDERSON
812 ELM STREET
EL CERRITO CA 94530

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,535.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.174.** **Nonpriority creditor's name and mailing address**

KATELYN USA
110 E.9TH ST #A807
LOS ANGELES CA 90079

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

**3.175.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KATELYN VAN DIEM PHUONG HOANG
5201 W IRONWOOD DR
GLENDALE AZ 85302

☐ Contingent
☐ Unliquidated
☐ Disputed

$300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.176.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KELLY SOLTIS
430 MONTEREY BLVD.
SAN FRANCISCO CA 94127

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,147.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.177.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

KIKKERLAND DESIGN
666 BROADWAY 4TH FL
NEW YORK NY 10012

☐ Contingent
☐ Unliquidated
☐ Disputed

$192.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

**3.178.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

KIMERA INTERNATIONAL INC DBA
LILIANA SHOES 18400 SAN JOSE AVE
CITY OF INDUSTRY CA 91748

$19,813.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.179.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

KING JOHN CLOTHING INC
11490 WRIGHT RD
LYNWOOD CA 90262

$10.42

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.180.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

KINGSBURG INDUSTRIES CO LTD
19C UNITED CENTRE 95 QUEENSWAY,
ADMIRALTY
HONG KONG

$110,720.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                  Case number *(if known)* **19-10215**

**3.181.**   **Nonpriority creditor's name and mailing address**

KINGSTON VENTURES
508 4TH STREET
SAN FRANCISCO CA 94107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$772.50

---

**3.182.**   **Nonpriority creditor's name and mailing address**

KIRCHHOFF STUDIOS LLC
600 DIMMICK DRIVE
LOS ANGELES CA 90065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$700.22

---

**3.183.**   **Nonpriority creditor's name and mailing address**

KNF JEWELRY CO LTD
FUXING ROAD WALI INDUSTRY PARK
CHENGYANG DISTRICT
QINGDAO 266108
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$4,425.00

---

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

**3.184.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

KNITWORK PRODUCTIONS II LLC
DBA SAYWHAT
1410 BROADWAY, 24TH FLOOR
NEW YORK NY 10018

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.185.** **Nonpriority creditor's name and mailing address**

KNY CLOTHING DBA YIPEE
1662 LONG BEACH AVE
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$843,547.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.186.** **Nonpriority creditor's name and mailing address**

KRISTINA CASAREZ
1362 TOFTS DRIVE
SAN JOSE CA 95131

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,840.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                        Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| 3.187. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.187.** **Nonpriority creditor's name and mailing address**

KYUNG KWANG COMMERCIAL CO LTD
7F WOO CHANG PLAZA, 494-2 DAPSIPLI-DONG
SEOUL, 135-805,
REPUBLIC OF KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$155,910.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.188.** **Nonpriority creditor's name and mailing address**

L.A. MODELS
7700 SUNSET BOULEVARD
LOS ANGELES CA 90046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,676.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.189.** **Nonpriority creditor's name and mailing address**

LA GYPSY INC
800 MCGARRY ST SUITE 5
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$129,188.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                   Case number *(if known)* **19-10215**

---

3.190.    **Nonpriority creditor's name and mailing address**

LABELTRONIX
2419 E WINSTON ROAD
ANAHEIM CA 92806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$6,619.98

---

3.191.    **Nonpriority creditor's name and mailing address**

LAUREN LONCAR STUDIO
98 PIONEER STREET #2
BROOKLYN NY 11231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$7,798.68

---

3.192.    **Nonpriority creditor's name and mailing address**

LE MEILLEUR INC
3055 FRUITLAND AVE
VERNON CA 90058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,628.80

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

3.193.  **Nonpriority creditor's name and mailing address**

LEGEND FOOTWEAR INC
19445 E WALNUT DR N
CITY OF INDUSTRY CA 91789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $737,200.87 |

---

3.194.  **Nonpriority creditor's name and mailing address**

LEITZES & CO.
ATTN: CARY LEITZES
407 BROOME STREET STE.4A
NEW YORK NY 10013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $26,000.00 |

---

3.195.  **Nonpriority creditor's name and mailing address**

LENOVATI INC DBA 3ENA
540 E. JEFFERSON BLVD
LOS ANGELES CA 90011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $58,159.57 |

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

3.196. **Nonpriority creditor's name and mailing address**

LIMONATA
1570 E. 23RD STREET
LOS ANGELES CA 90011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.197. **Nonpriority creditor's name and mailing address**

LIVINGSTON INTERNATIONAL, INC.
P.O.BOX 920
BUFFALO NY 14213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,739.87

---

3.198. **Nonpriority creditor's name and mailing address**

LIZ CASELLA LLC
THE COOPER DESIGN SPACE
860 S LOS ANGELES ST., #708
LOS ANGELES CA 90014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,050.00

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                   Case number *(if known)* **19-10215**

---

| 3.199. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOGISTYX TECHNOLOGIES, LLC
75 REMITTANCE DR. DEPT 6682
CHICAGO IL 60675-6682

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,807.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.200. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOLLI 37 DESIGNS INC
101A-1147 BLACKSMITH PL
RICHMOND BC V7A 4T7
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,688.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.201. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LOUISE PARIS, LTD
1407 BROADWAY SUITE 1405
NEW YORK NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

$137,292.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                        Case number *(if known)* **19-10215**

---

| 3.202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.202.** **Nonpriority creditor's name and mailing address**

LOVE VINTAGE INC
3435 S.BROADWAY ST #A
LOS ANGELES CA 90007

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$331,576.65

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.203.** **Nonpriority creditor's name and mailing address**

LUCCI COUTURE INC
1013 S. LOS ANGELES ST 2ND FL
LOS ANGELES CA 90015

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$37,337.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.204.** **Nonpriority creditor's name and mailing address**

LUCENT PRODUCT, INC.
5515 DANIELS STEET
CHINO CA 91710

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,095.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

**3.205.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.205.**

**Nonpriority creditor's name and mailing address**

LULU ARTISTS COLLECTIVE
556 SAN ANSELMO AVE
SAN ANSELMO CA 94960

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17,343.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.206.**

**Nonpriority creditor's name and mailing address**

LULUMARI INC
754 E.12TH ST #2
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.207.**

**Nonpriority creditor's name and mailing address**

LUX ACCESSORIES
358 5TH AVE 5TH FL
NEW YORK NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                           Case number *(if known)* **19-10215**

---

**3.208.**  **Nonpriority creditor's name and mailing address**

LUXE FIT MODELS
9415 CULVER BLVD
CULVER CITY CA 90232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$585.00

---

**3.209.**  **Nonpriority creditor's name and mailing address**

LYFT INC
ATTN: ACCOUNTS RECEIVABLE
185 BERRY ST SUITE 5000
SAN FRANCISCO CA 94107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$6,811.18

---

**3.210.**  **Nonpriority creditor's name and mailing address**

MACHINE JEANS
1015 S CROCKER STREET R26
LOS ANGELES CA 90021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$2,536.13

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                     Case number *(if known)* **19-10215**

---

3.211.    **Nonpriority creditor's name and mailing address**

MADE IN BRIGHTON
34 BAYHAM ROAD
BRISTOL BS42DR
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,100.00 |

---

3.212.    **Nonpriority creditor's name and mailing address**

MAESA LLC
40 WORTH ST SUITE 705
NEW YORK NY 10013

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $483,180.20 |

---

3.213.    **Nonpriority creditor's name and mailing address**

MAGICFOREST LTD
300 WEST RD SUITE # 3
PORTSMOUTH NH 03820

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $399.00 |

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

**3.214.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.214.** **Nonpriority creditor's name and mailing address**

MANAGING PERSONNEL SERVICES
3400 INLAND EMPIRE BLVD #150
ONTARIO CA 91764

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,078.01

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.215.** **Nonpriority creditor's name and mailing address**

MARAN INC DBA SQUEEZE
1411 BROADWAY 5TH FL
NEW YORK NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.216.** **Nonpriority creditor's name and mailing address**

MARISSA WALKER
10 WILSON CIRCLE
BERKELEY CA 94708

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$328.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| 3.217. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.217.  **Nonpriority creditor's name and mailing address**

MARK EDWARDS APPAREL INC.
8480 RUE JEANNE MANCE
MONTREAL QC H2P 2S3
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$29,307.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.218.  **Nonpriority creditor's name and mailing address**

MARKISHA BURRIES
2427 APRIL LIU LANE #310
CHARLOTTE NC 28213

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,700.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.219.  **Nonpriority creditor's name and mailing address**

MARLA DELL TALENT, INC.
2124 UNION ST SUITE C
SAN FRANCISCO CA 94123

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,080.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

**3.220.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MAVERICK APPAREL
1384 BROADWAY SUITE 1604
NEW YORK NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$40,585.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.221.** **Nonpriority creditor's name and mailing address**

MAXBERRY T&I
XI JIAO CUN, HUAN XIU JIE DAO JI MO
SHANDONG
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$60,530.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.222.** **Nonpriority creditor's name and mailing address**

MAXIMUM EQUIPMENT &
TECHNICAL SERVICES
1665 W ARROW RTE STE B
UPLAND CA 91786

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,269.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.223.

**Nonpriority creditor's name and mailing address**

MCMASTER-CARR SUPPLY CO.
P.O. BOX 7690
CHICAGO IL 60680-7690

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,503.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.224.

**Nonpriority creditor's name and mailing address**

MEAGHAN SCHULTZ
6442 FLAGLER DR
GULF BREEZE FL 32563

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$19.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.225.

**Nonpriority creditor's name and mailing address**

MEBON
1001 TOWNE AVE
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$13,405.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**    Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| **3.226.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.226.** | **Nonpriority creditor's name and mailing address**

MEDICINE CHEST SERVICES
3303 HARBOR BLVD BUILDING J, UNIT 3
COSTA MESA CA 92626

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$892.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.227.** | **Nonpriority creditor's name and mailing address**

MELISSA GALLIANO
570 SANTA RAY AVENUE
OAKLAND CA 94610

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,600.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.228.** | **Nonpriority creditor's name and mailing address**

MELISSA HUGHES
2665 SACRAMENTO ST
SAN FRANCISCO CA 94115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$276.42

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                                   Case number *(if known)* **19-10215**

**3.229.**  **Nonpriority creditor's name and mailing address**

MEZZANINE USA INC
1015 S CROCKER ST. R29
LOS ANGELES CA 90021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$889,861.34

---

**3.230.**  **Nonpriority creditor's name and mailing address**

MH CONCEPTS LTD
UNIT E1 31/F TG PLACE 10 SH KWUN TONG
KOWLOON LIMA
PERU

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$15.00

---

**3.231.**  **Nonpriority creditor's name and mailing address**

MICAELA VERRELIEN
312 SCHENECTADY AVE APT D1
BROOKLYN MA 11213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,000.00

Debtor    **Charlotte Russe Merchandising, Inc.**                                  Case number *(if known)* **19-10215**

**3.232.**  **Nonpriority creditor's name and mailing address**

MIRAGE FASHION OF NY LLC
1410 BROADWAY SUITE 505
NEW YORK NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$54.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.233.**  **Nonpriority creditor's name and mailing address**

MISS AVENUE
1016 TOWNE AVE STE #102
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.234.**  **Nonpriority creditor's name and mailing address**

MODEL TWO MANAGEMENT
8438 MELROSE PLACE 2ND FLOOR
LOS ANGELES CA 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$9,046.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                                    Case number *(if known)* **19-10215**

**3.235.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MONOCRACY INC DBA RATHER BE
6001 E. WASHINGTON BLVD, UNIT #B
COMMERCE CA 90040

$81,072.11

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.236.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

MP LOS ANGELES, LLC
400 N. MICHIGAN AVE. STE 700
CHICAGO IL 60611

$3,492.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.237.** **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **Amount of claim**

MS. BUBBLES, INC.
2731 S. ALAMEDA STREET
LOS ANGELES CA 90058

UNDETERMINED

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                        TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**    Case number *(if known)* **19-10215**

| 3.238. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.238.**

**Nonpriority creditor's name and mailing address**

MUCH TOO MUCH
3000 WEST EMPIRE AVE
BURBANK CA 91504

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$128,185.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.239.**

**Nonpriority creditor's name and mailing address**

MYTH CLOTHING COMPANY INC
525 FASHION AVE #1010
NEW YORK NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.240.**

**Nonpriority creditor's name and mailing address**

NAILMATIC CORP
404 5TH AVE 6TH FL
NEW YORK NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,134.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

**3.241.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NATIVE CANADA FOOTWEAR LTD
225 W. 35TH STREET,
NEW YORK NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.242.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NEXT MANAGEMENT, LLC
15 WATTS STREET
NEW YORK NY 10013

☐ Contingent
☒ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.243.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

NINGBO ORIENT HONGYE IMP & EXP
NO 281, QIYUN ROAD, DUAN TANG NAN MEN,
NINGBO ZHEJIANG PROVINCE, 315012
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

$319,574.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

**3.244.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| NYLON INTERNATIONAL LLC<br>224 SOUTH VAN BRUNT ST<br>ENGLEWOOD NJ 07631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64,718.17

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.245.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| OH YES FASHION<br>855 W. WALNUT STREET<br>COMPTON CA 90220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $51,170.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.246.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ONTT USA INC DBA BLUSH PINK<br>1458 S.SAN PEDRO ST #132<br>LOS ANGELES CA 90015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,625.31

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

**3.247.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.247.** **Nonpriority creditor's name and mailing address**

ORACLE AMERICA INC
500 ORACLE PKWY
REDWOOD CITY CA 94065

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$440,455.32

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.248.** **Nonpriority creditor's name and mailing address**

ORCHID LOVE INC
2731 SOUTH ALAMEDA ST
LOS ANGELES CA 90058

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,750.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.249.** **Nonpriority creditor's name and mailing address**

P&A FASHION
738 E. 14TH ST SUITE H
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$25,039.42

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Charlotte Russe Merchandising, Inc.**                                              Case number *(if known)* **19-10215**

---

**3.250.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.250.**

**Nonpriority creditor's name and mailing address**

PAK WEST
4042 WEST GARRY AVENE
SANTA ANA CA 92704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$15,208.15

---

**3.251.**

**Nonpriority creditor's name and mailing address**

PANTIES PLUS INC
320 FIFTH AVENUE SECOND FLOOR
NEW YORK NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$108,849.93

---

**3.252.**

**Nonpriority creditor's name and mailing address**

PATTERN TEXTILES LIMITED
UNIT 206 15 PUNDERSONS GARDENS
LONDON E2 9QG
UNITED KINGDOM

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$4,240.00

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| **3.253.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.253.**

**Nonpriority creditor's name and mailing address**

PEGGY E. JEAN
1586 E 55 STREET APT #2
BROOKLYN NY 11234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,200.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.254.**

**Nonpriority creditor's name and mailing address**

PENGUIN RANDOM HOUSE LLC
1745 BROADWAY
NEW YORK NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,391.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.255.**

**Nonpriority creditor's name and mailing address**

PERUVIAN FIT SAC
CALLE "R" MZ X1 LOTE 12 URB. R LUCYANA DE
CARABAYLLO
LIMA,
PERU

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$69,250.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

**3.256.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.256.**

**Nonpriority creditor's name and mailing address**

PHOTOSOPHIC, INC.
129 BULKHEAD ST.
SANTA CRUZ CA 95060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,714.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.257.**

**Nonpriority creditor's name and mailing address**

PIXLEE INC
625 MARKET STREET 9TH FLOOR
SAN FRANCISCO CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.258.**

**Nonpriority creditor's name and mailing address**

POPSUGAR INC.
111 SUTTER STREET SUITE 1600
SAN FRANCISCO CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$125,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

**3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PRINT STORIES LTD
1A STRONSA ROAD
LONDON,W129LB
UNITED KINGDOM

$1,050.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.260.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PRIORITY FULFILLMENT SERVICES
505 MILLENNIUM DR
ALLEN TX 75013

$1,488,317.55

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.261.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PRISTINE PARKING, INC
391 29TH STREET APT # 2
SAN FRANCISCO CA 94131

$4,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| **3.262.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

PRIZMA DIGITAL, LLC
1217 YALE STREET SUITE 111
SANTA MONICA CA 90404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.263.** **Nonpriority creditor's name and mailing address**

PRODUCT DEVELOPMENT INTL.
1350 BROADWAY SUITE 601
NEW YORK NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$305,680.67

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.264.** **Nonpriority creditor's name and mailing address**

PROJECT 28 CLOTHING, LLC.
525 7TH AVE, 12TH FL
NEW YORK NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,195.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

**3.265.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

PUROLATOR INC.
TWO JERICHO PLAZA SUITE 204
JERICHO NY 11753

$2,937.57

☑ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.266.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

QINGDAO HANIL JEWELRY CO LTD
QIANZAOHANG INDUSTRY PARK, JIMO
DISTRICT,
QINGDAO, SHANDONG
CHINA

$17,965.50

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.267.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

QINGDAO JOOHOO JEWELRY CO LTD
QIANSHEQU DABEIQU CHENGYANG JIEDAO
CHENGYANGQU
QINGDAO
CHINA

$75,254.74

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**    Case number *(if known)* **19-10215**

---

**3.268.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

R AHN
2115 E. ANDERSON ST
VERNON CA 90058

$394,851.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.269.** **Nonpriority creditor's name and mailing address**

RAGE THE MODEL AGENCY
23679 CALABASAS ROAD SUITE 501
CALABASAS CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Amount of claim**

$1,296.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.270.** **Nonpriority creditor's name and mailing address**

RAGGS 2 RICHES
2288 E.49TH ST
VERNON CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Amount of claim**

UNDETERMINED

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| | |
|---|---|
| 3.271. | **Nonpriority creditor's name and mailing address** |

**3.271.**

**Nonpriority creditor's name and mailing address**

RAKUTEN CARD LINKED OFFER
800 CONCAR DRIVE
SAN MATEO CA 94402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,084.94

---

**3.272.**

**Nonpriority creditor's name and mailing address**

RAKUTEN MARKETING, LLC
P.O. BOX 415613
BOSON MA 02241-5613

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$270,400.50

---

**3.273.**

**Nonpriority creditor's name and mailing address**

RAQUEL H RIVERA
277 7TH STREET APT 4A
BROOKLYN NY 11215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$250.00

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

**3.274.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RAR PICTURES
490 LAKE PARK AVE #16013
OAKLAND CA 946610

$2,600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.275.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RAYMOND HANDLING SOLUTIONS INC
FILE 1700 1801 W OLYMPIC BLVD
PASADENA CA 91199-1700

$44,920.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.276.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

REAL ACCESSORIES CO LTD
588 CHUNHUA RD BLDG C1 - SUITE 318
BEIYUAN YIWU ZHEJIANG
CHINA 322000

UNDETERMINED

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                              Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| 3.277. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

REALPLAY CORP. DBA RIPLAY
18350 SAN JOSE AVE
CITY OF INDUSTRY CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$863,313.65

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.278.    **Nonpriority creditor's name and mailing address**

REGENT-SUTTON LLC
1411 BROADWAY 8TH FLOOR
NEW YORK NY 10018

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$182,838.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.279.    **Nonpriority creditor's name and mailing address**

RHAPSODY CLOTHING INC DBA
EPILOGUE 2222 E OLYMPIC BLVD
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$489,808.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                          Case number *(if known)* **19-10215**

**3.280.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RIO SUL SA DE CV
ANT CAMINO A RESURRECCION #10610-A, COL,
SANTA ROSA PUEBLA 72228
MEXICO

UNDETERMINED

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.281.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RJB STONE DBA SASS AND BELLE
UNIT 134-135 BATTERSEA BUSINES CENTRE 99-
109 LAVENDER HILL
LONDON SW11 5QL
UNITED KINGDOM

$296.06

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.282.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RK APPAREL INC
3222 EAST WASHINGTON BLVD
VERNON CA 90058

$66,689.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

**3.283.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

ROCHELLE JOHNSON
16 TOWNE PARK CT # 5
LITTLE ROCK AR 72227

$700.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.284.** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

ROYAL WHOLESALE ELECTRIC
P.O. BOX 14004
ORANGE CA 92856

$1,288.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.285.** **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

RUBY & LACE APPAREL LLC
143 50TH ST
BROOKLYN NY 11232

$9,807.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                    TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**        **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                      Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| 3.286. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RUMORS APPAREL INC
946 E. 29TH ST
LOS ANGELES CA 90011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$224,064.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.287.    **Nonpriority creditor's name and mailing address**

S.K.A EXPORTS
PLOT NO.84 SECTOR-4 IMT MANESAR
GURGAON-122050 HARYANA,
INDIA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$38,698.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.288.    **Nonpriority creditor's name and mailing address**

S.K.Y APPAREL INC.
134 W. 30TH ST UNIT B-1
LOS ANGELES CA 90007

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12,828.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

**3.289.** **Nonpriority creditor's name and mailing address**

SAMIL SOLUTION
6F RIO BUILDING 790-2 YEOKSAM
SEOUL, 135-929,
REPUBLIC OF KOREA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$413,771.02

**3.290.** **Nonpriority creditor's name and mailing address**

SAMY'S CAMERA, INC.
PO BOX 48126
LOS ANGELES CA 90036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$60.00

**3.291.** **Nonpriority creditor's name and mailing address**

SAN DIEGO HAT
2293 COSMOS CT
CARLSBAD CA 92011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,028.00

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

**3.292.**  **Nonpriority creditor's name and mailing address**

SANWEN INC
1921 CENTRAL AVE
S. EL MONTE CA 91733

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$24,966.05

---

**3.293.**  **Nonpriority creditor's name and mailing address**

SARA BELLA JEWELRY
58 WALCOTT ST
PAWTUCKET RI 02860

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$16,632.00

---

**3.294.**  **Nonpriority creditor's name and mailing address**

SARINA ACCESSORIES
15 WEST 36 STREET 5TH FLOOR
NEW YORK NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$31,321.20

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

**3.295.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | --- | ---

**3.295.**

**Nonpriority creditor's name and mailing address**

SCHOLASTIC INC
557 BROADWAY
NEW YORK NY 10012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$335.52

---

**3.296.**

**Nonpriority creditor's name and mailing address**

SCOUT MODEL AGENCY
355 BRYANT ST # 206
SAN FRANCISCO CA 94107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$14,125.80

---

**3.297.**

**Nonpriority creditor's name and mailing address**

SECRET CHARM LLC
1437 EAST 20TH STREET
LOS ANGELES CA 90011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$161,868.96

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                Case number *(if known)* **19-10215**

**3.298.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SECURITAS SECURITY SERVICES
FILE 57220
LOS ANGELES CA 90074-7220

$1,250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.299.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SELECT PERSONNEL SERVICES
PO BOX 512007
LOS ANGELES CA 90051-0007

$231,106.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.300.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SENSATIONAL COLLECTIONS INC
1410 BROADWAY SUITE 505
NEW YORK NY 10018

$30,490.41

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| 3.301. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

SENSUAL INC.
463 7TH AVE SUITE 1101
NEW YORK NY 10018

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$6,805.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.302.  **Nonpriority creditor's name and mailing address**

SERVICIOS FLEXIBLES SAC (SERFL
MZ R LT 30 URB, ROSARIO DEL NORTE S.M.O.
LIMA 31
PERU

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$85,835.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.303.  **Nonpriority creditor's name and mailing address**

SHALOM
8 NICHOLAS CT SUITE B
DAYTON NJ 08810

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$84,029.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor  **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHANTEX GROUP LLC
530 7TH AVE SUITE 703
NEW YORK NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,538,189.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.305. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHI INTERNATIONAL CORP.
PO BOX 952121
DALLAS TX 75395-2121

☐ Contingent
☐ Unliquidated
☐ Disputed

$64,538.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.306. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHINESTAR
4553 SEVILLE AVE
VERNON CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,810.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

**3.307.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
|---|---|---

**Nonpriority creditor's name and mailing address**

SHOSHO FASHION
2454 E.27TH ST
VERNON CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.308.**

**Nonpriority creditor's name and mailing address**

SITECREW INC
3185 G AIRWAY AVE
COSTA MESA CA 92626

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31,279.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.309.**

**Nonpriority creditor's name and mailing address**

SKJ ENTERPRISES
1901 E.55TH ST
VERNON CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,959.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                        Case number *(if known)* **19-10215**

| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMAI NYC LLC
1385 BROADWAY SUITE 421
NEW YORK NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,802.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.311. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SNP CREATIVE DESIGN CO LTD
SHI JI MEI JU 3F, XINGYANG ROAD 778,
CHENGYANG, QINGDAO 266109
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

$22,676.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.312. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SOLSTICE INDIA LTD
C-157, MAYAPURI INDL. AREA, PHASE-II,
NEW DELHI-110064,
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,742.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

---

| | | |
|---|---|---|
| 3.313. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.313.    **Nonpriority creditor's name and mailing address**

SONITROL GOLD COAST
1334 BLUE OAKS BLVD
ROSEVILLE CA 95678-7014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$388.24

---

3.314.    **Nonpriority creditor's name and mailing address**

SPARKLE FRIDAY
1167 MORENA BLVD
SAN DIEGO CA 92110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

3.315.    **Nonpriority creditor's name and mailing address**

SPRAYCO
35601 VERONICA ST
LIVONIA MI 48150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

UNDETERMINED

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                                    Case number *(if known)* **19-10215**

**3.316.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SPS COMMERCE INC.
PO BOX 205782
DALLAS TX 75320-5782

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,947.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.317.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SQUAR, MILNER, PETERSON, MIRAN
4100 NEWPORT PLACE, 3RD FLOOR
NEWPORT BEACH CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.318.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SSS CLOTHING, INC.
1820 W. CARSON ST. #202-313
TORRANCE CA 90501

☐ Contingent
☐ Unliquidated
☐ Disputed

$31,481.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

**3.319.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.319.**

**Nonpriority creditor's name and mailing address**

STAR FABRICS
DONIGER/BURROUGHS
STEPHEN DONIGER/SCOTT BURROUGHS
603 ROSE AVENUE
VENICE CA 90291

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☐ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

**3.320.**

**Nonpriority creditor's name and mailing address**

STAR OF INDIA FASHIONS INC
PO BOX 28330
TEMPE AZ 85285

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$45,312.00

---

**3.321.**

**Nonpriority creditor's name and mailing address**

STARLIGHT ACCESSORIES INC
10 WEST 33RD STREET SUITE 800
NEW YORK NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$9,286.50

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Charlotte Russe Merchandising, Inc.**                                                    Case number *(if known)* **19-10215**

---

**3.322.** **Nonpriority creditor's name and mailing address**

STATEMENT ACCESSORIES DBA TRUE
LOVE ACCESSORIES
10 WEST 33RD STREET, SUITE 210
NEW YORK NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$25,821.20

---

**3.323.** **Nonpriority creditor's name and mailing address**

STEVENS GLOBAL LOGISTICS, INC.
P.O. BOX 729
LAWNDALE CA 90260-0729

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$50,361.68

---

**3.324.** **Nonpriority creditor's name and mailing address**

STEWART HANDLING SYSTEM, INC.
9227 ORCO PKWY UNIT E
RIVERSIDE CA 92509

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$171.43

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

**3.325.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

STRIKE SOCIAL
29398 NETWORK PLACE
CHICAGO IL 60673

$348,249.86

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**             **Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.326.**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

STUDIO SUPERMOON LLC
5028 SIERRA VILLA DRIVE
LOS ANGELES CA 90041

$16,380.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**             **Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.327.**    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **Amount of claim**

STUTI STAH
1738 KENSTONE WALK
ATLANTA GA 30338

$100.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**              **Basis for the claim:**

VARIOUS                                          TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**             **Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

**3.328.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

SUNRISE APPAREL IMPORT INC DBA
SHINE IMPORTS 2455 E 27TH STREET
VERNON CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,898.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.329.** **Nonpriority creditor's name and mailing address**

T BELLA
3222 E. WASHINGTON BLVD
VERNON CA 90058

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$66,199.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.330.** **Nonpriority creditor's name and mailing address**

T TREND INC
750 E 14TH STREET #110
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$304,891.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Charlotte Russe Merchandising, Inc.**                                         Case number *(if known)* **19-10215**

---

**3.331.**   **Nonpriority creditor's name and mailing address**

TANK STREAM DESIGN INC
19571 PAULING
FOOTHILL RANCE CA 92610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,097.80

---

**3.332.**   **Nonpriority creditor's name and mailing address**

TERI LINGERIE COMPANY LLC
3261 NW YEON AVE
PORTLAND OR 97210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$44,592.89

---

**3.333.**   **Nonpriority creditor's name and mailing address**

TERRY'S TESTING INC
16280 CANON LANE
CHINO HILLS CA 91709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$185.00

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

**3.334.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.334.**

**Nonpriority creditor's name and mailing address**

THAUMA
389 FIFTH AVE # 508
NEW YORK NY 10016

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,247.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.335.**

**Nonpriority creditor's name and mailing address**

THE INDUSTRY GROUP USA LLC
469 SOUTH ROBERTSON BLVD
BEVERLY HILLS CA 90211

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,750.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.336.**

**Nonpriority creditor's name and mailing address**

THE LITTLE DANE INC
1706 AGADIR ST
CONCORD CA 94518

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$73.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

| 3.337. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

THE MINES PRESS INC DBA ISCREA
231 CROTON AVE
CORTLANDT MANOR NY 10567

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,268.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.338. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

THE NES GROUP
10 WEST 33RD STREET 9TH FLOOR
NEW YORK NY 10001

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,279.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.339. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

THE PROPOSE INC DBA NOBLE U
516 E. JEFFERSON BLVD
LOS ANGELES CA 90021

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                          Case number *(if known)* **19-10215**

**3.340.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THE SCOOP IN DESIGN INC
917 NORTH FLORENCE STREET
BURBANK CA 91505

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,575.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.341.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

THE VINTAGE SHOP
1015 S. CROCKER ST #R-14
LOS ANGELES CA 90021

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$255,465.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.342.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

TIGERSHARK INC
14080 PALM DRIVE SUITE D #240
DESERT HOT SPRINGS CA 92240-6851

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

**3.343.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.343.**

**Nonpriority creditor's name and mailing address**

TOPSON DOWNS/LOVE FIRE
3840 WATSEKA VAE
CULVER CITY CA 90232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$968,871.07

---

**3.344.**

**Nonpriority creditor's name and mailing address**

TOSHIKO CHUN YEE SHEK
1435 N FAIRFAX AVE #21
LOS ANGELES CA 90046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,500.00

---

**3.345.**

**Nonpriority creditor's name and mailing address**

TOTE FASHION SOURCING LIMITED
ROOM 2201, 22/F., 161 WAI YIP STREET, KWUN
TONG.,
KOWLOON,
HONG KONG

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$33,641.80

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

**3.346.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.346.** **Nonpriority creditor's name and mailing address**

TRIXXI CLOTHING COMPANY
6817 E. ACCO ST
COMMERCE CA 90040

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$53,135.08

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.347.** **Nonpriority creditor's name and mailing address**

TRUE ELITE LTD
F202 HUIFUN INTERNATIONAL NANG DAOJIAO
DONGGUAN
GUANGDONG,
CHINA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.348.** **Nonpriority creditor's name and mailing address**

TURN ON PRODUCTS INC DBA
263 W. 38TH ST., 8TH FL
NEW YORK NY 10018

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$42,354.89

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

**3.349.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.349.** **Nonpriority creditor's name and mailing address**

TWO GUYS AND ONE LLC
3011 E. PICO BLVD #A
LOS ANGELES CA 90023

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$263,806.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.350.** **Nonpriority creditor's name and mailing address**

TWO'S COMPANY
500 SAW MILL RIVER RD
ELMSFORD NY 10523

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,420.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.351.** **Nonpriority creditor's name and mailing address**

ULINE
PO BOX 88741
CHICAGO IL 60680-1741

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,525.91

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

**3.352.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

URBAN EPISODE INC
794 EAST 18TH STREET
LOS ANGELES CA 90021

$123,289.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.353.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

URBINO APPAREL
6720 WILSON AVE SUITE 200
LOS ANGELES CA 90001

$44,650.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.354.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

USPA ACCESSORIES DBA CONCEPT
ONE 1411 BROADWAY, 7TH FLOOR
NEW YORK NY 10018

$775.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 3.355. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.355.** **Nonpriority creditor's name and mailing address**

VALUELINE GROUP CO LTD
FLOOR 7, HUATIAN BUILDING, NO 18, HOUJIE
BLVD S HOUJIE TOWN DONGGUAN CITY,
GUANGDONG PROVINCE 523960,
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,330,366.92

---

**3.356.** **Nonpriority creditor's name and mailing address**

VANDALE INDUSTRIES, INC.
16 EAST 34TH ST 8TH FL
NEW YORK NY 10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$0.00

---

**3.357.** **Nonpriority creditor's name and mailing address**

VANS
N850 COUNTY HWY CB
APPLETON WI 54914

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$12,304.08

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

**3.358.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim**

VAULT SPORTSWEAR INC
1407 BROADWAY RM 2107
NEW YORK NY 10018

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$28,791.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.359.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim**

VEN BRIDGE CO LTD.
3-5TH FLOOR, NO 96 EAST ZHUANXING ROAD
SHANGHAI
CHINA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$103,561.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.360.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Amount of claim**

VIP INC.
9210 ROCHESTER COURT
RANCHO CUCAMONGA CA 91730

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,658.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

**3.361.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| VOO PRINT<br>UNIT 21A, SPINNAKER HOUSE BATTERSEA<br>REACH, JUNIPER DRIVE<br>LONDON SW18 1FR<br>UNITED KINGDOM | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,050.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.362.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| W ACCESSORIES LTD<br>147 W.35TH ST SUITE 1108<br>NEW YORK NY 10001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $104,696.24

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.363.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
| WAYS & MEANS SF, LLC<br>1606 CASTRO STREET<br>SAN FRANCISCO CA 94114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,646.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**                                      Case number *(if known)* **19-10215**

**3.364.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WENDY DURAN
755 S. SPRING ST. APT # 902
LOS ANGELES CA 90014

☐ Contingent
☐ Unliquidated
☐ Disputed

$660.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.365.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WESTERN EXTERMINATOR COMPANY
PO BOX 16350
READING PA 19612-6350

☐ Contingent
☐ Unliquidated
☐ Disputed

$302.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.366.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

WESTERN FASHION INC
5236 BELL COURT
CHINO CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,031.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor     **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

---

**3.367.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.367.**

**Nonpriority creditor's name and mailing address**

WHISTON AND WRIGHT LIMITED
CHANDELIER BUILDING UNIT G1 8 SCRUBS LANE
LONDON NW10 6RB
UNITED KINGDOM

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,100.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.368.**

**Nonpriority creditor's name and mailing address**

WILLOW PRODUCTION LLC
2091 ARIELLE LANE
SIMI VALLEY CA 90365

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.369.**

**Nonpriority creditor's name and mailing address**

WORKMAN PUBLISHING COMPANY
225 VARICK ST
NEW YORK NY 10014

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,361.55

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

---

**3.370.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| WYNRIGHT CORPORATION<br>PO BOX 71383<br>CHICAGO IL 60694-1383 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,596.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.371.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| YB INTERNATIONAL<br>3FL 2# BUILDING, NO 1006 XIANGSHAN ROAD<br>YIWU CITY,<br>ZHEJIANG PROVINCE 322000<br>CHINA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $81,892.82

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.372.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| ZHENGPENG TRADE CO LTD.<br>100 GUANGHUA STREET, 3 ROAD, YANGMING<br>DISTRICT, MUDANJIANG,<br>HEILONGJIANG, 157000<br>CHINA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $410,929.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE - MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Charlotte Russe Merchandising, Inc.**                                  Case number *(if known)* **19-10215**

| | | |
|---|---|---|
| 3.373. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.373.   **Nonpriority creditor's name and mailing address**

ZYANYA ZAHARA DAVIS
751 EAST 6TH STREET
NEW YORK NY 10009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE - NON-MERCHANDISE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$14,400.00

Debtor    **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>1000 N WEST ST STE 1500<br>WILMINGTON DE 19801 | Part 2 line 3.3 | _____ |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER;KEVIN M CAPUZZI<br>222 DELAWARE AVE STE 801<br>WILMINGTON DE 19801 | Part 2 line 3.99 | _____ |
| GOLDBERG WEPRIN ET AL<br>NEAL M. ROSENBLOOM, ESQ.<br>1501 BROADWAY 22ND FL<br>NEW YORK NY 10004 | Part 2 line 3.263 | _____ |
| KLESTADT WINTERS JURELLER SOUTHARD & STEVENS LLP<br>TRACY L KLESTADT<br>200 WEST 41ST ST., 17TH FLOOR<br>NEW YORK NY 10036 | Part 2 line 3.304 | _____ |
| SINGER & LEVICK PC<br>MICHELLE E SHRIRO,ESQ<br>16200 ADDISON ROAD STE 140<br>ADDISON TX 75001 | Part 2 line 3.104 | _____ |
| THE ROSNER LAW GROUP LLC<br>FREDERICK ROSNER ; JASON GIBSON<br>824 N MARKET ST STE 810<br>WILMINGTON DE 19801 | Part 2 line 3.263 | _____ |
| THE SARACHEK LAW FIRM<br>JOSEPH E SARACHEK, ESQ<br>101 PARK AVE.,27TH FLOOR<br>NEW YORK NY 10178 | Part 2 line 3.289 | _____ |

Debtor    **Charlotte Russe Merchandising, Inc.**                    Case number *(if known)* **19-10215**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|     |     |     |     | **Total of claim amounts** |
|-----|-----|-----|-----|-----|
| **5a.** | **Total claims from Part 1** | 5a. | | $717,998.28 |
| **5b.** | **Total claims from Part 2** | 5b. | **+** | $30,539,773.00 |
| **5c.** | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | $31,257,771.28 |

**Fill in this information to identify the case:**

**Debtor name:** Charlotte Russe Merchandising, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10215

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.1. | **Title of contract** | EXCESS LIABILITY INSURANCE POLICY NO. ECA (20) 54326811 | AMERICAN FIRE & CASUALTY INS. CO. (LIBERTY) 175 BERKELEY ST BOSTON MA 02116-5066 |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | |
| | **State the term remaining** | 1/31/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.2. | **Title of contract** | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FINANCING AGREEMENT | |
| | **Nature of debtor's interest** | GUARANTOR | CHARLOTTE RUSSE ADMINISTRATION, INC. 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.3. | **Title of contract** | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FINANCING AGREEMENT | |
| | **Nature of debtor's interest** | GUARANTOR | CHARLOTTE RUSSE ADMINISTRATION, INC. 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Charlotte Russe Merchandising, Inc.**                                        Case number *(if known)* **19-10215**

| 2.4. | **Title of contract** | MANAGEMENT & ADMINISTRATIVE SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MANAGEMENT AND SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHARLOTTE RUSSE ADMINISTRATION, INC. 575 FLORIDA STREET SAN FRANCISCO CA 94110 |
| | **State the term remaining** | DATED JANUARY 28, 2012 | |
| | **List the contract number of any government contract** | _____ | |

| 2.5. | **Title of contract** | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FINANCING AGREEMENT | |
| | **Nature of debtor's interest** | GUARANTOR | CHARLOTTE RUSSE HOLDING, INC. 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.6. | **Title of contract** | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FINANCING AGREEMENT | |
| | **Nature of debtor's interest** | GUARANTOR | CHARLOTTE RUSSE HOLDING, INC. 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.7. | **Title of contract** | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FINANCING AGREEMENT | |
| | **Nature of debtor's interest** | GUARANTOR | CHARLOTTE RUSSE, INC. 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.8. | **Title of contract** | AMENDED & RESTATED CREDIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FINANCING AGREEMENT | |
| | **Nature of debtor's interest** | GUARANTOR | CHARLOTTE RUSSE, INC. 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Charlotte Russe Merchandising, Inc.**                                    Case number *(if known)* **19-10215**

| 2.9. | **Title of contract** | SALES & DISTRIBUTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SALES & DISTRIBUTIONS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHARLOTTE RUSSE, INC. |
| | **State the term remaining** | DATED JANUARY 28, 2012 | 575 FLORIDA STREET |
| | **List the contract number of any government contract** | | SAN FRANCISCO CA 94110 |

| 2.10. | **Title of contract** | INTERNATIONAL PACKAGE INSURANCE POLICY NO. PST 62 313 6940 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | CONTINENTAL INS. CO. (CNA) |
| | **State the term remaining** | 1/31/2020 | 1455 FRAZEE RAOD |
| | **List the contract number of any government contract** | | # 508 |
| | | | SAN DIEGO CA 92108 |

| 2.11. | **Title of contract** | SPECIAL RISK INSURANCE POLICY NO. 88□085□312 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA |
| | **State the term remaining** | 2/1/2021 | 175 WATER ST |
| | **List the contract number of any government contract** | | 18TH FL |
| | | | NEW YORK NY 10038 |

| 2.12. | **Title of contract** | UMBRELLA LIABILITY INSURANCE POLICY NO. NY19UMR701624IV | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | NAVIGATOR'S INSURANCE CO. |
| | **State the term remaining** | 1/31/2020 | 19200 VON KARMAN AVE |
| | **List the contract number of any government contract** | | STE 250 |
| | | | IRVINE CA 92612 |

| 2.13. | **Title of contract** | DIC INSURANCE POLICY NO. NSM39117 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | NORTH SHORE MANAGEMENT |
| | **State the term remaining** | 1/31/2020 | 400 SKOKIE BLVD |
| | **List the contract number of any government contract** | | STE 875 |
| | | | NORTHBROOK IL 60062 |

Debtor    **Charlotte Russe Merchandising, Inc.**                              Case number *(if known)* **19-10215**

| 2.14. | **Title of contract** | CYBER LIABILITY INSURANCE POLICY NO. W24A9F180101 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | SYNDICATE 2623/623 AT LLOYDS (BEAZLEY) |
| | **State the term remaining** | 9/2019 | 1270 AVE OF THE AMERICAS STE 1200 NEW YORK NY 10020 |
| | **List the contract number of any government contract** | _____ | |

| 2.15. | **Title of contract** | GENERAL LIABILITY ☐ EMPLOYEE BENEFIT LIABILITY INSURANCE POLICY NO. TC2J☐GLSA☐6E00763A☐19 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA |
| | **State the term remaining** | 1/31/2020 | 485 LEXINGTON AVE 6TH FL NEW YORK NY 10017 |
| | **List the contract number of any government contract** | _____ | |

| 2.16. | **Title of contract** | AUTOMOBILE INSURANCE POLICY NO. TJ☐CAP☐6E007641☐19 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA |
| | **State the term remaining** | 1/31/2020 | 485 LEXINGTON AVE 6TH FL NEW YORK NY 10017 |
| | **List the contract number of any government contract** | _____ | |

| 2.17. | **Title of contract** | WORKERS' COMPENSATION INSURANCE POLICY NO. UB☐1L338947☐19☐51☐R (AZ,FL,MA,OR,WI) | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA |
| | **State the term remaining** | 1/31/2020 | 485 LEXINGTON AVE 6TH FL NEW YORK NY 10017 |
| | **List the contract number of any government contract** | _____ | |

| 2.18. | **Title of contract** | PROPERTY INSURANCE POLICY NO. KTJ☐CMB☐3065P37☐0☐19 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | TRAVELERS PROPERTY CASUALTY INSURANCE CO. |
| | **State the term remaining** | 1/31/2020 | 485 LEXINGTON AVE 6TH FL NEW YORK NY 10017 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Charlotte Russe Merchandising, Inc.**

Case number *(if known)* **19-10215**

| 2.19. | **Title of contract** | CARGO INSURANCE POLICY NO. M□20831 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | UNDERWRITERS AT LLOYD'S LONDON |
| | **State the term remaining** | 1/31/2020 | ONE LIME ST |
| | **List the contract number of any government contract** | _____ | LONDON EC3M 7HA UNITED KINGDOM |

**Fill in this information to identify the case:**

**Debtor name:** Charlotte Russe Merchandising, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 19-10215

☐ Check if this is an amended filing

<u>Official Form 206H</u>

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.    **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1.   CHARLOTTE RUSSE ADMINISTRATION, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2.   CHARLOTTE RUSSE ADMINISTRATION, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | JEFFRIES FINANCE LLC, AS ADMINISTRATIVE AGENT AND AS COLLATERAL AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.3.   CHARLOTTE RUSSE HOLDING, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4.   CHARLOTTE RUSSE HOLDING, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | JEFFRIES FINANCE LLC, AS ADMINISTRATIVE AGENT AND AS COLLATERAL AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.5.   CHARLOTTE RUSSE, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | BANK OF AMERICA, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6.   CHARLOTTE RUSSE, INC. | 5910 PACIFIC CENTER BLVD SAN DIEGO CA 92121 | JEFFRIES FINANCE LLC, AS ADMINISTRATIVE AGENT AND AS COLLATERAL AGENT | ☑ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Charlotte Russe Merchandising, Inc. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 19-10215 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/3/2019
              MM/DD/YYYY

✗    */s/ Brian M. Cashman*
    _____
    Signature of individual signing on behalf of debtor

    Brian M. Cashman
    Printed name

    Chief Restructuring Officer
    Position or relationship to debtor