**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CR Holding Liquidating, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10210 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 31, 2019 AT 11:00 A.M. (ET)[2]**

## I. RESOLVED MATTERS

1. Application of Official Committee of Unsecured Creditors of CR Holding Liquidating, Inc., et al. for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Committee Counsel Nunc Pro Tunc to April 8, 2019 [Filing Date: 4/30/19; D.I. 546]

   Related Documents:

   a. Certificate of No Objection Regarding Application of Official Committee of Unsecured Creditors of CR Holding Liquidating, Inc., et al. for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Committee Counsel Nunc Pro Tunc to April 8, 2019 [Filing Date: 5/15/19; D.I. 580]

   b. Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to April 8, 2019 [Date Entered: 5/21/19; D.I. 593]

   Response Deadline:   May 14, 2019 at 4:00 p.m. (ET)

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: CR Holding Liquidating Inc. (f/k/a Charlotte Russe Holding Inc.) (4325); CR Holdings Liquidating Corporation (f/k/a Charlotte Russe Holdings Corporation) (1045); CR Intermediate Liquidating Corporation (f/k/a Charlotte Russe Intermediate Corporation) (6345); CR Enterprise Liquidating, Inc. (f/k/a Charlotte Russe Enterprise, Inc.) (2527); CR Liquidating, Inc. (f/k/a Charlotte Russe, Inc.) (0505); CR Merchandising Liquidating, Inc. (f/k/a Charlotte Russe Merchandising, Inc.) (9453); and CR Administration Liquidating, Inc. (f/k/a Charlotte Russe Administration, Inc.) (9456). The Debtors' headquarters are located at 3111 Camino Del Rio N. Suite 400, San Diego, CA 92108.

[2] Please note that the hearing is before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878. Requests will be accepted up to the time of the hearing.

Responses Received:  None.

Status:  An Order has been entered with regard to this matter. Therefore, a hearing with respect to this matter is not required.

2. Motion of the Debtors to Extend the Period within Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [Filing Date: 5/3/19; D.I. 562]

   Related Documents:

   a. Certificate of No Objection Regarding Motion of the Debtors to Extend the Period within Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [Filing Date: 5/20/19; D.I. 592]

   b. Order Extending the Period within Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [Date Entered: 5/21/19; D.I. 594]

   Response Deadline:  May 17, 2019 at 4:00 p.m. (ET)

   Responses Received:  None.

   Status:  An Order has been entered with regard to this matter. Therefore, a hearing with respect to this matter is not required.

II. **MATTER WITH CERTIFICATE OF NO OBJECTION**

3. Debtors' Motion for an Order Extending Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [Filing Date: 5/14/19; D.I. 578]

   Related Documents:

   a. Certificate of No Objection Regarding Debtors' Motion for an Order Extending Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [Filing Date: 5/28/19; D.I. 607]

   b. Proposed Form of Order

   Response Deadline:  May 24, 2019 at 4:00 p.m. (ET)

   Responses Received:  None.

Status: A certificate of no objection has been filed with regard to this matter. Therefore, a hearing is only required to the extent that the Court has any questions or concerns.

### III. CONTESTED MATTER

4. Motion for Relief from Stay filed by Frances Eklund [Filing Date: 4/23/19; D.I. 521]

   Response Deadline: May 6, 2019 at 4:00 p.m. (ET)

   Responses Received:

   a. Debtors' Objection to Motion for Relief from Automatic Stay [Filing Date: 5/6/19; D.I. 564]

   Status: This matter is going forward.

### IV. FEE APPLICATION GOING FORWARD

5. First Monthly and Final Application of Whiteford, Taylor & Preston LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Charlotte Russe Holding, Inc., et al., for (I) Monthly Period February 13, 2019 through April 7, 2019 and (II) Final Period February 13, 2019 through April 7, 2019 [Filing Date: 4/19/19; D.I. 511]

   a. Amended Notice of First Monthly and Final Application of Whiteford Taylor & Preston LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Charlotte Russe Holding, Inc., et al., for (I) Monthly Period February 13, 2019 through April 7, 2019 and (II) Final Period February 13, 2019 through April 7, 2019 [Date Filed: 4/29/2019; D.I. 542]

   b. Certificate of No Objection Regarding First Monthly and Final Application of Whiteford, Taylor & Preston LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Charlotte Russe Holding, Inc., et al., for (I) Monthly Period February 13, 2019 through April 7, 2019 and (II) Final Period February 13, 2019 through April 7, 2019 [Filing Date: 5/24/19; D.I. 600]

   c. Amended Certificate of No Objection Regarding First Monthly and Final Application of Whiteford, Taylor & Preston LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Charlotte Russe Holding, Inc., et al., for (I) Monthly Period February 13, 2019 through April 7, 2019 and (II)

Final Period February 13, 2019 through April 7, 2019 [Filing Date: 5/24/19; D.I. 605]

d. Certification of Counsel Submitting Proposed Form of Order Approving First Monthly and Final Application of Whiteford, Taylor & Preston LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors of Charlotte Russe Holding, Inc., et al., for (I) Monthly Period February 13, 2019 through April 7, 2019 and (II) Final Period February 13, 2019 through April 7, 2019 [Date Filed: 5/28/2019; D.I. 608]

Dated: May 29, 2019
    Wilmington, Delaware

BAYARD, P.A.

*/s/ Daniel N. Brogan*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
      efay@bayardlaw.com
      dbrogan@bayardlaw.com

- and -

COOLEY LLP
Seth Van Aalten
Michael Klein
Summer M. McKee
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
      mklein@cooley.com
      smckee@cooley.com

*Co-Counsel for the Debtors and Debtors in Possession*