UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: <u>CR Holding Lquidating, Inc., et al.</u>

Case No. <u>19-10210</u> Reporting
Period: <u>May 2019</u>

## MONTHLY OPERATING REPORT
For the Period May 5, 2019
through June 1, 2019

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | x | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | x | |
| Cash disbursements journals | | | x | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | x | |
| Copies of tax returns filed during reporting period | | | x | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____     _6/20/19_____
Signature of Authorized Individual*     Date

Heather Weinmann                        Treasurer
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership, a manager or member if debtor is a limited liability company.

| In re | CR Holding Liquidating, Inc., et al. | | | | | | Case No: | 19-10210 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reporting Period: | May 2019 |

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
For the Period May 5, 2019 through June 1, 2019

| Case No: | 19-10210<br>CR Holding Liquidating, Inc. | 19-10211<br>CR Holdings Liquidating Corporation | 19-10212<br>CR Intermediate Liquidating Corporation | 19-10213<br>CR Enterprise, Inc. | 19-10214<br>CR Liquidating, Inc. | 19-10215<br>CR Merchandising liquidating, Inc. | 19-10216<br>CR Administration Liquidating, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| Beginning Cash Balance | - | - | - | - | 5,121,484 | - | - | 5,121,484 |
| **Receipts** | | | | | | | | |
| Operations Receipts | - | - | - | - | - | - | - | - |
| Other Receipts | - | - | - | - | 2,910,007 | - | - | 2,910,007 |
| Intercompany Receipts | - | - | - | - | (554,032) | 3,391.83 | 550,639.72 | - |
| DIP Proceeds | - | - | - | - | - | - | - | - |
| **Total Cash Receipts** | - | - | - | - | 2,355,975 | 3,392 | 550,640 | 2,910,007 |
| **Disbursements** | | | | | | | | |
| Merchandise Disbursements | - | - | - | - | - | - | - | - |
| Rent, Utilities and Occupancy | - | - | - | - | (37,987) | - | - | (37,987) |
| Payroll, Payroll Taxes and Benefits | - | - | - | - | (152,472) | (226) | (428,710) | (581,409) |
| SG&A | - | - | - | - | (695,566) | (3,166) | (121,929) | (820,661) |
| Taxes | - | - | - | - | (32,137) | - | - | (32,137) |
| Interest | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | (1,445,570) | - | - | (1,445,570) |
| Bankruptcy related | - | - | - | - | - | - | - | - |
| LC Payments | - | - | - | - | - | - | - | - |
| DIP Indemnity | - | - | - | - | - | - | - | - |
| DIP Paydown | - | - | - | - | - | - | - | - |
| **Total Cash Disbursements** | - | - | - | - | (2,363,731) | (3,392) | (550,640) | (2,917,763) |
| **Debtors Net Cash Flow** | - | - | - | - | (7,756) | - | - | (7,756) |
| **From / (To) Non-Debtors** | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | - | - | - | - | (7,756) | - | - | (7,756) |
| **Ending Cash Balance** | - | - | - | - | 5,113,728 | - | - | 5,113,728 |

| In re | CR Holding Liquidating, Inc., et al. | | Case No: | 19-10210 |
|---|---|---|---|---|
| | | | Reporting Period: | May 2019 |

**DEBTORS STATEMENT WITH RESPECT TO BANK RECONCILIATIONS, BANK STATEMENTS
AND CASH DISBURSEMENTS JOURNAL
For the Period May 5, 2019 through June 1, 2019**

The Debtors attest that all bank accounts are reconciled on a monthly basis as part of the monthly close process. Below is the account balance as of 6/1/19.

**Bank Account Reconciliations & Cash Disbursements Journals**

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.

The Debtors affirm that within its financial accounting systems, check registers and/or disbursements journals are maintained for each disbursement account.

**Bank Statements**

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.

**Closed Bank Accounts**

The Debtors affirm one bank account (Hawaii) was closed during the current reporting period.

**Opened Bank Accounts**

The Debtors affirm that no bank account(s) were opened during the current reporting period.

**BANK RECONCILIATIONS
For the Period May 5, 2019 through June 1, 2019**

| Bank | Acct No. | Purpose of Account | Balance as of 6/1/19 |
|---|---|---|---:|
| Bank of Hawaii | 399 | Store Depository | **Closed** |
| Banco Popular | 819 | Store Depository | **Closed** |
| Regions | 317 | Store Depository | **Closed** |
| PNC Bank | 229 | Store Depository | **Closed** |
| Wells Fargo | 724 | Store Depository | **Closed** |
| Bank of America | 672 | Depository - Credit Card Receipt Account | 11,361 |
| Bank of America | 607 | Depository - Concentration Account | 26,542 |
| Bank of America | 609 | Operating | 2,449,177 |
| Bank of America | 420 | Payroll Disbursement | 39,454 |
| Bank of America | 339 | Holding | 1,000 |
| Bank of America | 340 | Holding | 1,000 |
| Bank of America | 163 | General Disbursement | 15,039 |
| Bank of America | 079 | Rent Disbursement | 24,414 |
| Bank of America | RUS | Line of Credit | **Closed** |
| Wells Fargo | 215 | Change Order Account | **Closed** |
| Bank of America | 563 | Utility Deposit Account | 378,394 |
| Bank of America | 978 | Sales Tax Escrow Account | - |
| Bank of America | 294 | Professional Services Escrow Account | 2,167,346 |
| **Total Bank Balance** | | | **5,113,728** |

In re **CR Holding Liquidating, Inc., et al.**  Case No: **19-10210**
Reporting Period: **May 2019**

**PROFESSIONAL FEES AND EXPENSES PAID**
For the Period May 5, 2019 through June 1, 2019

| Professional [1] | Docket | Amount Paid This Period | | | Cumulative Amount Paid Since Filing | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Total | Fees | Expenses | Total |
| A&G Realty Partners, LLC | 275 | - | - | - | - | - | - |
| Bayard, P.A. | 288 | 147,256 | 17,950 | 165,206 | 284,324 | 35,112 | 319,436 |
| Berkeley Research Group, LLC | 277 | 404,108 | 37,841 | 441,949 | 871,236 | 70,019 | 941,255 |
| Cooley LLP | 285 | 486,471 | 7,779 | 494,250 | 896,940 | 17,824 | 914,764 |
| Donlin, Recano and Company | 287 | 68,095 | 32,965 | 101,060 | 310,676 | 133,120 | 443,796 |
| Guggenheim Securities, LLC | 310 | | - | - | 400,000 | - | 400,000 |
| Malfitano Advisors, LLC | 287 | 33,466 | 988 | 34,454 | 66,570 | 988 | 67,558 |
| Province, Inc. | 331 | 200,609 | 8,042 | 208,651 | 417,148 | 9,085 | 426,234 |
| Whiteford Taylor | 332 | - | - | - | - | - | - |
| **Total** | | 1,340,005 | 105,565 | 1,445,570 | 3,246,893 | 266,149 | 3,513,042 |

| Professional [1] | Docket | Role |
| --- | --- | --- |
| A&G Realty Partners, LLC | 275 | Debtor Real Estate Advisor |
| Bayard, P.A. | 288 | Debtor Co-Counsel |
| Berkeley Research Group, LLC | 277 | Debtor Chief Restructuring Officer and Additional Personnel |
| Cooley LLP | 285 | Debtor Bankruptcy Counsel |
| Donlin, Recano and Company | 287 | Debtor Administrative Advisor |
| Guggenheim Securities, LLC | 310 | Debtor Investment Banker |
| Malfitano Advisors, LLC | 287 | Debtor Asset Disposition Consultant |
| Province, Inc. | 331 | UCC Financial Advisor |
| Whiteford Taylor | 332 | UCC Counsel |

(1) Brincko and King & Spalding are not retained professionals and paid pursuant to the terms of the DIP Agreement.

| In re | CR Holding Liquidating, Inc., et al. | | | | | | | Case No: | 19-10210 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reporting Period: | May 2019 |

**STATEMENT OF OPERATIONS**
For the Period May 5, 2019 through June 1, 2019
(Unaudited)
(In thousands)

| Case No: | 19-10210 CR Holding Liquidating, Inc. | 19-10211 CR Holdings Liquidating Corporation | 19-10212 CR Intermediate Liquidating Corporation | 19-10213 CR Enterprise, Inc. | 19-10214 CR Liquidating, Inc. | 19-10215 CR Merchandising liquidating, Inc. | 19-10216 CR Administration Liquidating, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| (In thousands) | | | | | | | | |
| Net sales | - | - | - | - | (259) | - | - | (259) |
| Cost of goods sold, including buying, distribution, and occupa | - | - | - | - | (651) | (450) | - | (1,101) |
| Gross profit | - | - | - | - | 392 | 450 | - | 842 |
| Selling, general, and administrative expenses | - | - | - | - | (1,830) | 17 | 4,240 | 2,427 |
| Impairment of goodwill | - | - | - | - | - | - | - | - |
| Income (loss) from operations | - | - | - | - | 2,222 | 433 | (4,240) | (1,585) |
| Other expense, net: | | | | | | | | |
| Interest, net | - | - | - | - | - | - | - | - |
| Gain on restructuring | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | (544) | - | - | (544) |
| Total other expense, net | - | - | - | - | (544) | - | - | (544) |
| Income (loss) before income taxes | - | - | - | - | 2,766 | 433 | (4,240) | (1,041) |
| Income tax expense (benefit) | - | - | - | - | - | - | - | - |
| Net income (loss) and comprehensive income (loss) | - | - | - | - | 2,766 | 433 | (4,240) | (1,041) |

| In re | CR Holding Liquidating, Inc., et al. | Case No: | 19-10210 |
|---|---|---|---|
| | | Reporting Period: | May 2019 |

**Condensed Consolidated Balance Sheets**
(Unaudited)
(In thousands)

| Assets | June 1, 2019 | February 2, 2019 |
|---|---:|---:|
| Current assets: | | |
|    Cash and cash equivalents | 3,786 | 5,722 |
|    Inventories | - | 54,925 |
|    Prepaid expenses | 2,320 | 8,458 |
|    Deferred tax assets | - | - |
|    Other current assets | 2,890 | 1,376 |
|       Total current assets | 8,996 | 70,481 |
| Property and equipment, at cost | 1,214 | 301,083 |
| Less accumulated depreciation | (466) | (244,337) |
|      Property and equipment, net | 748 | 56,746 |
| Trade name, net of impairment of $8,500 at February 2, 2019 | - | 77,200 |
| Goodwill, net of impairment of $90,681 at February 2, 2019 | - | 69,261 |
| Long term deferred tax asset | - | - |
| Other assets | 4,171 | 6,148 |
|       Total assets | 13,915 | 279,836 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
|    Accounts payable | 12,888 | 53,054 |
|    Accounts Payable Pre-filing | 33,304 | - |
|    Accrued payroll and employee benefits | 14 | 7,057 |
|    Current maturities of long-term debt | - | - |
|    Other current liabilities | 3,626 | 37,403 |
|    Other current liabilities Pre-filing | 6,150 | - |
|       Total current liabilities | 55,982 | 97,514 |
| Deferred rent | - | 51,487 |
| Unfavorable lease reserve | - | 28 |
| Deferred tax liabilities | - | - |
| Long-term debt, net of OID and issuance costs | 88,052 | 88,052 |
| Other liabilities | 13,736 | 13,955 |
|       Total liabilities | 157,770 | 251,036 |
| Stockholders' equity: | | |
|    Series 1 preferred stock, $0.001 par value; no shares authorized at February 2, 2019 and June 1, 2019 | - | - |
|    Common stock, $0.001 par value; 3,500,000 shares authorized, 214,427 issued and outstanding at February 2, 2019 and June 1, 2019 | - | - |
|    Additional paid-in capital | 315,205 | 315,205 |
|    Accumulated deficit | (459,060) | (286,405) |
|       Total stockholders' equity | (143,855) | 28,800 |
|       Total liabilities and stockholders' equity | 13,915 | 279,836 |

(1) The information contained in MOR-3 is provided to fulfill the requirements of the Office of the United States Trustee. All information contained in MOR-3 is unaudited and subject to future adjustment. Given that the Debtors' financial statements and balance sheets are typically on a consolidated basis, all information contained in MOR-3 has been presented on a consolidated basis.

| | |
|---|---|
| In re  **CR Holding Liquidating, Inc., et al.** | Case No:  **19-10210** |
| | Reporting Period:  **May 2019** |

## Status of Postpetition Taxes
### For the Period May 5, 2019 through June 1, 2019

The Debtors continue to pay post-petition taxes as they become due and are current on those payments.
If payments become past due the Debtors will include a schedule in the MOR listing past due post-petition taxes.

| | Ending Tax Liability |
|---|---:|
| **Federal** | |
| Withholding | 2,556 |
| FICA - EE | 744 |
| FICA - ER | 744 |
| FUTA | - |
| **Total Federal** | 4,044 |
| | |
| **State and Local** | |
| Withholding | 1,073 |
| City/County | - |
| SUTA/SDI EE | - |
| SUTA/SDI ER | 97 |
| Other employee related | - |
| Sales | - |
| Use | - |
| Personal Property | 42,869 |
| Business Licenses | 83,183 |
| **Total State and Local** | 127,222 |
| | |
| **Total Taxes Outstanding** | **131,266** |

### SUMMARY OF UNPAID POST-PETITION DEBTS
### For the Period May 5, 2019 through June 1, 2019

| | Post - Petition |
|---|---:|
| Current | 144,712 |
| 0 - 30 | 59,550 |
| 31 - 60 | 73,899 |
| 60 - 90 | 12,421,785 |
| over 90 | 188,108 |
| **Total** | **12,888,054** |

MOR-4

| In re CR Holding Liquidating, Inc., et al. | | | | Case No: | 19-10210 |
|---|---|---|---|---|---|
| | | | | Reporting Period: | May 2019 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING
For the Period May 5, 2019 through June 1, 2019

| Debtor | 0-30 (Current) | 31-60 | 61-90 | Over 90 | AR Aging |
|---|---|---|---|---|---|
| Charlotte Russe Holding, Inc. | - | - | - | - | - |
| Charlotte Russe Holdings Corporation | - | - | - | - | - |
| Charlotte Russe Intermediate Corporation | - | - | - | - | - |
| Charlotte Russe Enterprise, Inc. | - | - | - | - | - |
| Charlotte Russe, Inc. | 606,717 | 1,350,350 | - | - | 1,957,067 |
| Charlotte Russe Merchandising, Inc. | - | - | - | - | - |
| Charlotte Russe Administration, Inc. | - | - | - | - | - |
| | 606,717 | 1,350,350 | - | - | 1,957,067 |

## DEBTOR QUESTIONNAIRE
For the Period May 5, 2019 through June 1, 2019

| | | YES | NO | Explanation |
|---|---|---|---|---|
| 1) | Have any Assets been sold or transferred outside normal course of business this reporting period? | | NO | |
| 2) | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | NO | |
| 3) | Have all post petition tax returns been filed timely? | YES | | |
| 4) | Are worker compensation, general liability, and other necessary insurance coverages in effect? | YES | | |
| 5) | Has any bank account been open during the period? If yes provide documentation identifying the opened accounts. | | NO | |

MOR-5