## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| CR Holding Liquidating, Inc., *et al.*,[1] | Case No.: 19-10210 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 22, 2019 AT 2:00 P.M. (ET)[3]

## I. RESOLVED MATTERS

1.  Debtors' Motion for an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Remittance and Release Agreement with the CIT Group/Commercial Services, Inc. [Filing Date: 5/14/19; D.I. 578]

    Related Documents:

    a.  Certificate of No Objection Regarding Debtors' Motion for an Order, Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Remittance and Release Agreement with the CIT Group/Commercial Services, Inc. [Filing Date: 6/25/19; D.I. 684]

    b.  Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Remittance and Release Agreement with the CIT Group/Commercial Services, Inc. [Date Entered: 6/28/19; D.I. 695]

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: CR Holding Liquidating Inc. (f/k/a Charlotte Russe Holding Inc.) (4325); CR Holdings Liquidating Corporation (f/k/a Charlotte Russe Holdings Corporation) (1045); CR Intermediate Liquidating Corporation (f/k/a Charlotte Russe Intermediate Corporation) (6345); CR Enterprise Liquidating, Inc. (f/k/a Charlotte Russe Enterprise, Inc.) (2527); CR Liquidating, Inc. (f/k/a Charlotte Russe, Inc.) (0505); CR Merchandising Liquidating, Inc. (f/k/a Charlotte Russe Merchandising, Inc.) (9453); and CR Administration Liquidating, Inc. (f/k/a Charlotte Russe Administration, Inc.) (9456). The Debtors' headquarters are located at 3111 Camino Del Rio N. Suite 400, San Diego, CA 92108.

[2] **Amended items appear in bold.**

[3] Please note that the hearing is before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878. Requests will be accepted up to the time of the hearing.

Response Deadline:    June 24, 2019 at 4:00 p.m. (ET)

Responses Received:  None.

Status:    An Order has been entered with regard to this motion, therefore no hearing is required.

2.    Application of CBL & Associates Management, Inc. for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(a), 503(b)(1), and 507(a) [Filing Date: 5/31/19; D.I. 632]

Related Documents:

a.   Re-Notice of Motion [Filing Date: 6/13/19; D.I. 661]

b.   Notice of Withdrawal of CBL & Associates Management, Inc.'s Motion for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 365(d)(3), 503(a), 503(b)(1), and 507(a) [Filing Date: 7/17/19; D.I. 720]

Response Deadline:    June 26, 2019 at 4:00 p.m. (ET)

Responses Received:  None.

Status:    This matter has been resolved and the motion was withdrawn on July 17, 2019 at D.I. 720.

## II.    CONTESTED MATTERS

3.    First Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members for the period February 13, 2019 to March 8, 2019 [Filing Date: 4/12/19; D.I. 489]

Related Documents:

a.   Notice of Hearing Regarding First Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members for the period February 13, 2019 to March 8, 2019 [Filing Date: 7/9/19; D.I. 703]

Response Deadline:    May 2, 2019 at 4:00 p.m. (ET)

Responses Received:

a.   United States Trustees Objection to the Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members [Filing Date: 7/2/19; D.I. 699]

      b.   Reply in Support of First Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred by Committee Members During the Period February 13, 2019 to March 8, 2019 [Filing Date: 7/17/19; D.I. 721]

      Status:    This matter is going forward.

4.    Motion of Real Play Corp., Inc. for Allowance and Payment of Administrative Expenses Under 11 U.S.C. § 503(b)(9) [Filing Date: 5/17/19; D.I. 588]

    Response Deadline:   June 12, 2019 at 4:00 p.m. (ET)

    Responses Received:

      a.   Limited Objection to Motion of Real Play Corp., Inc. for Allowance and Payment of Administrative Expenses Under 11 U.S.C. § 503(b)(9) [Filing Date: 7/15/19; D.I. 711]

      **Status:**    **By agreement of the parties, this matter has been adjourned to the September 23, 2019 omnibus hearing date.**

## III.    <u>RESOLVED FEE APPLICATION MATTER</u>

5.    First and Final Fee Application of A&G Realty Partners, LLC for Compensation for Services Rendered as Real Estate Consultant and Advisor to the Debtors for the period of February 3, 2019 Through and Including May 1, 2019 [Filing Date: 6/7/19; D.I. 648]

    Related Documents:

      a.   Certification of Counsel Regarding Proposed Order Approving Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Filing Date: 7/2/19; D.I. 697]

      b.   Order Approving Final Fee Application of A&G Partners, LLC [Date Entered: 7/15/19; D.I. 710]

    Response Deadline:   June 27, 2019 at 4:00 p.m. (ET)

    Responses Received:  None.

    Status:    An Order has been entered with regard to this application, therefore no hearing is required.

Dated: July 18, 2019
     Wilmington, Delaware

BAYARD, P.A.

*/s/ Daniel N. Brogan*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
     efay@bayardlaw.com
     dbrogan@bayardlaw.com

- and -

COOLEY LLP
Seth Van Aalten
Michael Klein
Summer M. McKee
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
     mklein@cooley.com
     smckee@cooley.com

*Co-Counsel for the Debtors and
Debtors in Possession*