UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: CR Holding Liquidating, Inc., et al.

Case No. 19-10210 Reporting Period: June 2019

## MONTHLY OPERATING REPORT
For the Period June 2, 2019
through July 6, 2019

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | x | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | x | |
| Cash disbursements journals | | | x | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | x | |
| Copies of tax returns filed during reporting period | | | x | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____       7/22/19
Signature of Authorized Individual*    Date

Heather Weinmann                Treasurer
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

1

| In re | CR Holding Liquidating, Inc., et al. | | | | | | Case No: | 19-10210 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reporting Period: | June 2019 |

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
For the Period June 2, 2019 through July 6, 2019

| Case No: | 19-10210 CR Holding Liquidating, Inc. | 19-10211 CR Holdings Liquidating Corporation | 19-10212 CR Intermediate Liquidating Corporation | 19-10213 CR Enterprise, Inc. | 19-10214 CR Liquidating, Inc. | 19-10215 CR Merchandising Liquidating, Inc. | 19-10216 CR Administration Liquidating, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| **Beginning Cash Balance** | - | - | - | - | 5,113,728 | - | - | 5,113,728 |
| | | | | | | | | |
| **Receipts** | | | | | | | | |
| Operations Receipts | - | - | - | - | - | - | - | - |
| Other Receipts | - | - | - | - | 11,055,947 | - | - | 11,055,947 |
| Intercompany Receipts | - | - | - | - | (325,836) | 35,000 | 290,836 | - |
| DIP Proceeds | - | - | - | - | - | - | - | - |
| **Total Cash Receipts** | - | - | - | - | 10,730,111 | 35,000 | 290,836 | 11,055,947 |
| | | | | | | | | |
| **Disbursements** | | | | | | | | |
| Merchandise Disbursements | - | - | - | - | - | - | - | - |
| Rent, Utilities and Occupancy | - | - | - | - | (10,135,847) | - | - | (10,135,847) |
| Payroll, Payroll Taxes and Benefits | - | - | - | - | - | - | (189,902) | (189,902) |
| SG&A | - | - | - | - | (234,742) | (35,000) | (100,935) | (370,677) |
| Taxes | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | (2,140,889) | - | - | (2,140,889) |
| Bankruptcy related | - | - | - | - | - | - | - | - |
| LC Payments | - | - | - | - | - | - | - | - |
| DIP Indemnity | - | - | - | - | - | - | - | - |
| DIP Paydown | - | - | - | - | - | - | - | - |
| **Total Cash Disbursements** | - | - | - | - | (12,511,478) | (35,000) | (290,836) | (12,837,314) |
| | | | | | | | | |
| **Debtors Net Cash Flow** | - | - | - | - | (1,781,367) | - | - | (1,781,367) |
| | | | | | | | | |
| **From / (To) Non-Debtors** | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **Net Cash Flow** | - | - | - | - | (1,781,367) | - | - | (1,781,367) |
| | | | | | | | | |
| **Ending Cash Balance** | - | - | - | - | 3,332,361 | - | - | 3,332,361 |

| In re | CR Holding Liquidating, Inc., et al. | | Case No: | 19-10210 |
|---|---|---|---|---|
| | | | Reporting Period: | June 2019 |

## DEBTORS STATEMENT WITH RESPECT TO BANK RECONCILIATIONS, BANK STATEMENTS AND CASH DISBURSEMENTS JOURNAL
### For the Period June 2, 2019 through July 6, 2019

The Debtors attest that all bank accounts are reconciled on a monthly basis as part of the monthly close process. Below is the account balance as of 7/6/19.

**Bank Account Reconciliations & Cash Disbursements Journals**

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.

The Debtors affirm that within its financial accounting systems, check registers and/or disbursements journals are maintained for each disbursement account.

**Bank Statements**

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.

**Closed Bank Accounts**

The Debtors affirm that no bank account(s) were closed during the current reporting period.

**Opened Bank Accounts**

The Debtors affirm that no bank account(s) were opened during the current reporting period.

## BANK RECONCILIATIONS
### For the Period June 2, 2019 through July 6, 2019

| Bank | Acct No. | Purpose of Account | Balance as of 7/6/19 |
|---|---|---|---|
| Bank of Hawaii | 399 | Store Depository | **Closed** |
| Banco Popular | 819 | Store Depository | **Closed** |
| Regions | 317 | Store Depository | **Closed** |
| PNC Bank | 229 | Store Depository | **Closed** |
| Wells Fargo | 724 | Store Depository | **Closed** |
| Bank of America | 672 | Depository - Credit Card Receipt Account | 7,767 |
| Bank of America | 607 | Depository - Concentration Account | - |
| Bank of America | 609 | Operating | 1,615,481 |
| Bank of America | 420 | Payroll Disbursement | 1,908 |
| Bank of America | 339 | Holding | 1,000 |
| Bank of America | 340 | Holding | 1,000 |
| Bank of America | 163 | General Disbursement | 7,117 |
| Bank of America | 079 | Rent Disbursement | 8,457 |
| Bank of America | RUS | Line of Credit | **Closed** |
| Wells Fargo | 215 | Change Order Account | **Closed** |
| Bank of America | 563 | Utility Deposit Account | 378,394 |
| Bank of America | 978 | Sales Tax Escrow Account | - |
| Bank of America | 294 | Professional Services Escrow Account | 1,311,237 |
| **Total Bank Balance** | | | **3,332,361** |

MOR-1a

In re  CR Holding Liquidating, Inc., et al.                                                                                          Case No:        19-10210
                                                                                                                                      Reporting Period:  June 2019

**PROFESSIONAL FEES AND EXPENSES PAID**
For the Period June 2, 2019 through July 6, 2019

| Professional [1] | Docket | Amount Paid This Period | | | Cumulative Amount Paid Since Filing | | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Total | Fees | Expenses | Total |
| A&G Realty Partners, LLC | 275 | - | - | - | - | - | - |
| Bayard, P.A. | 288 | 137,993 | 3,720 | 141,713 | 422,317 | 38,832 | 461,149 |
| Berkeley Research Group, LLC | 277 | 218,917 | 12,871 | 231,787 | 1,090,152 | 82,890 | 1,173,042 |
| Cooley LLP | 285 | 479,017 | 5,728 | 484,745 | 1,375,957 | 23,552 | 1,399,509 |
| Donlin, Recano and Company | 287 | 38,007 | 2,527 | 40,533 | 348,682 | 135,647 | 484,329 |
| Guggenheim Securities, LLC | 310 | 725,000 | 25,193 | 750,193 | 1,125,000 | 25,193 | 1,150,193 |
| Malfitano Advisors, LLC | 287 | 15,205 | 2,583 | 17,788 | 81,775 | 3,571 | 85,346 |
| Potter Anderson & Corroon | 546 | 35,833 | 1,810 | 37,643 | 35,833 | 1,810 | 37,643 |
| Province, Inc. | 331 | 75,802 | - | 75,802 | 492,951 | 9,085 | 502,036 |
| Whiteford Taylor | 332 | 355,906 | 4,777 | 360,683 | 355,906 | 4,777 | 360,683 |
| **Total** | | 2,081,680 | 59,209 | 2,140,889 | 5,328,573 | 325,358 | 5,653,931 |

| Professional [1] | Docket | Role |
|---|---|---|
| A&G Realty Partners, LLC | 275 | Debtor Real Estate Advisor |
| Bayard, P.A. | 288 | Debtor Co-Counsel |
| Berkeley Research Group, LLC | 277 | Debtor Chief Restructuring Officer and Additional Personnel |
| Cooley LLP | 285 | Debtor Bankruptcy Counsel |
| Donlin, Recano and Company | 287 | Debtor Administrative Advisor |
| Guggenheim Securities, LLC | 310 | Debtor Investment Banker |
| Malfitano Advisors, LLC | 287 | Debtor Asset Disposition Consultant |
| Potter Anderson & Corroon | 546 | UCC Counsel |
| Province, Inc. | 331 | UCC Financial Advisor |
| Whiteford Taylor | 332 | UCC Counsel |

(1) Brincko and King & Spalding are not retained professionals and paid pursuant to the terms of the DIP Agreement.

| In re | CR Holding Liquidating, Inc., et al. | | | | | | Case No: | 19-10210 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reporting Period: | June 2019 |

**STATEMENT OF OPERATIONS**
**For the Period June 2, 2019 through July 6, 2019**
**(Unaudited)**
**(In thousands)**

| Case No: | 19-10210 CR Holding Liquidating, Inc. | 19-10211 CR Holdings Liquidating Corporation | 19-10212 CR Intermediate Liquidating Corporation | 19-10213 CR Enterprise, Inc. | 19-10214 CR Liquidating, Inc. | 19-10215 CR Merchandising Liquidating, Inc. | 19-10216 CR Administration Liquidating, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| (In thousands) | | | | | | | | |
| Net sales | - | - | - | - | - | - | - | - |
| Cost of goods sold, including buying, distribution, and occupancy costs | - | - | - | - | 754 | 1 | - | 755 |
| Gross profit | - | - | - | - | (754) | (1) | - | (755) |
| Selling, general, and administrative expenses | - | - | - | - | (196) | (102) | 2,394 | 2,096 |
| Impairment of goodwill | - | - | - | - | - | - | - | - |
| Income (loss) from operations | - | - | - | - | (558) | 101 | (2,394) | (2,851) |
| Other expense, net: | | | | | | | | |
| Interest, net | - | - | - | - | - | - | - | - |
| Gain on restructuring | - | - | - | - | 9,090 | - | - | 9,090 |
| Other | - | - | - | - | 295 | - | - | 295 |
| Total other expense, net | - | - | - | - | 9,385 | - | - | 9,385 |
| Income (loss) before income taxes | - | - | - | - | 8,827 | 101 | (2,394) | 6,534 |
| Income tax expense (benefit) | - | - | - | - | - | - | - | - |
| Net income (loss) and comprehensive income (loss) | - | - | - | - | 8,827 | 101 | (2,394) | 6,534 |

MOR-2

| In re | CR Holding Liquidating, Inc., et al. | Case No: | 19-10210 |
|---|---|---|---|
| | | Reporting Period: | June 2019 |

**Condensed Consolidated Balance Sheets**
(Unaudited)
(In thousands)

| Assets | July 6, 2019 | February 2, 2019 |
|---|---:|---:|
| Current assets: | | |
|    Cash and cash equivalents | 2,412 | 5,722 |
|    Inventories | - | 54,925 |
|    Prepaid expenses | 2,301 | 8,458 |
|    Deferred tax assets | - | - |
|    Other current assets | 2,626 | 1,376 |
|      Total current assets | 7,339 | 70,481 |
| Property and equipment, at cost | 1,214 | 301,083 |
| Less accumulated depreciation | (486) | (244,337) |
|     Property and equipment, net | 728 | 56,746 |
| Trade name, net of impairment of $8,500 at February 2, 2019 | - | 77,200 |
| Goodwill, net of impairment of $90,681 at February 2, 2019 | - | 69,261 |
| Long term deferred tax asset | - | - |
| Other assets | 2,729 | 6,148 |
|     Total assets | 10,796 | 279,836 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
|    Accounts payable | 488 | 53,054 |
|    Accounts Payable Pre-filing | 41,779 | - |
|    Accrued payroll and employee benefits | 30 | 7,057 |
|    Current maturities of long-term debt | - | - |
|    Other current liabilities | 1,943 | 37,403 |
|    Other current liabilities Pre-filing | 6,150 | - |
|     Total current liabilities | 50,390 | 97,514 |
| Deferred rent | - | 51,487 |
| Unfavorable lease reserve | - | 28 |
| Deferred tax liabilities | - | - |
| Long-term debt, net of OID and issuance costs | 88,052 | 88,052 |
| Other liabilities | 9,729 | 13,955 |
|     Total liabilities | 148,171 | 251,036 |
| Stockholders' equity: | | |
|    Series 1 preferred stock, $0.001 par value; no shares authorized at February 2, 2019 and July 6, 2019 | - | - |
|    Common stock, $0.001 par value; 3,500,000 shares authorized, 214,427 issued and outstanding at February 2, 2019 and July 6, 2019 | - | - |
|    Additional paid-in capital | 315,205 | 315,205 |
|    Accumulated deficit | (452,580) | (286,405) |
|     Total stockholders' equity | (137,375) | 28,800 |
|     Total liabilities and stockholders' equity | 10,796 | 279,836 |

(1) The information contained in MOR-3 is provided to fulfill the requirements of the Office of the United States Trustee. All information contained in MOR-3 is unaudited and subject to future adjustment. Given that the Debtors' financial statements and balance sheets are typically on a consolidated basis, all information contained in MOR-3 has been presented on a consolidated basis.

| In re | CR Holding Liquidating, Inc., et al. | Case No: | 19-10210 |
|---|---|---|---|
| | | Reporting Period: | June 2019 |

## Status of Postpetition Taxes
### For the Period June 2, 2019 through July 6, 2019

The Debtors continue to pay post-petition taxes as they become due and are current on those payments.
If payments become past due the Debtors will include a schedule in the MOR listing past due post-petition taxes.

| | Ending Tax Liability |
|---|---:|
| **Federal** | |
| Withholding | 3,808 |
| FICA - EE | 1,466 |
| FICA - ER | 1,390 |
| FUTA | - |
| **Total Federal** | 6,664 |
| | |
| **State and Local** | |
| Withholding | 1,579 |
| City/County | 5,616 |
| SUTA/SDI EE | - |
| SUTA/SDI ER | 73 |
| Other employee related | - |
| Sales | - |
| Use | - |
| Personal Property | 51,098 |
| Business Licenses | 95,668 |
| **Total State and Local** | 154,034 |
| | |
| **Total Taxes Outstanding** | **160,698** |

## SUMMARY OF UNPAID POST-PETITION DEBTS
### For the Period June 2, 2019 through July 6, 2019

| | **Post - Petition** |
|---|---:|
| Current | - |
| 0 - 30 | 924 |
| 31 - 60 | 53,365 |
| 60 - 90 | 73,529 |
| over 90 | 359,719 |
| **Total** | **487,537** |

| In re | CR Holding Liquidating, Inc., et al. | | | | Case No: | 19-10210 |
|---|---|---|---|---|---|---|
| | | | | | Reporting Period: | June 2019 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING
### For the Period June 2, 2019 through July 6, 2019

| Debtor | 0-30 (Current) | 31-60 | 61-90 | Over 90 | AR Aging |
|---|---|---|---|---|---|
| Charlotte Russe Holding, Inc. | - | - | - | - | - |
| Charlotte Russe Holdings Corporation | - | - | - | - | - |
| Charlotte Russe Intermediate Corporation | - | - | - | - | - |
| Charlotte Russe Enterprise, Inc. | - | - | - | - | - |
| Charlotte Russe, Inc. | 1,298,018 | - | 1,327,999 | - | 2,626,017 |
| Charlotte Russe Merchandising, Inc. | - | - | - | - | - |
| Charlotte Russe Administration, Inc. | - | - | - | - | - |
| | 1,298,018 | - | 1,327,999 | - | 2,626,017 |

## DEBTOR QUESTIONNAIRE
### For the Period June 2, 2019 through July 6, 2019

| | | YES | NO | Explanation |
|---|---|---|---|---|
| 1) | Have any Assets been sold or transferred outside normal course of business this reporting period? | | NO | |
| 2) | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | NO | |
| 3) | Have all post petition tax returns been filed timely? | YES | | |
| 4) | Are worker compensation, general liability, and other necessary insurance coverages in effect? | YES | | |
| 5) | Has any bank account been open during the period? If yes provide documentation identifying the opened accounts. | | NO | |

MOR-5