UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: <u>CR Holding Liquidating, Inc., et al.</u>

Case No. <u>19-10210</u> Reporting
Period: <u>July 2019</u>

MONTHLY OPERATING REPORT
For the Period July 7, 2019
through August 3, 2019

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | x | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | x | |
| Cash disbursements journals | | | x | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | x | |
| Copies of tax returns filed during reporting period | | | x | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

Date: 8/20/19

Heather Weinmann
Printed Name of Authorized Individual

Treasurer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)
1

In re  **CR Holding Liquidating, Inc., et al.**      Case No: **19-10210**  
    Reporting Period: **July 2019**

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**  
For the Period July 7, 2019 through August 3, 2019

| Case No: | 19-10210 CR Holding Liquidating, Inc. | 19-10211 CR Holdings Liquidating Corporation | 19-10212 CR Intermediate Liquidating Corporation | 19-10213 CR Enterprise, Inc. | 19-10214 CR Liquidating, Inc. | 19-10215 CR Merchandising liquidating, Inc. | 19-10216 CR Administration Liquidating, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| **Beginning Cash Balance** | - | - | - | - | 3,332,361 | - | - | 3,332,361 |
| **Receipts** | | | | | | | | |
| Operations Receipts | - | - | - | - | - | - | - | - |
| Other Receipts | - | - | - | - | 347,306 | - | - | 347,306 |
| Intercompany Receipts | - | - | - | - | (247,987) | 35,000 | 212,987 | - |
| DIP Proceeds | - | - | - | - | - | - | - | - |
| **Total Cash Receipts** | - | - | - | - | 99,319 | 35,000 | 212,987 | 347,306 |
| **Disbursements** | | | | | | | | |
| Merchandise Disbursements | - | - | - | - | - | - | - | - |
| Rent, Utilities and Occupancy | - | - | - | - | (131,467) | - | (3,354) | (134,821) |
| Payroll, Payroll Taxes and Benefits | - | - | - | - | - | - | (47,474) | (47,474) |
| SG&A | - | - | - | - | (304,895) | (35,000) | (162,159) | (502,054) |
| Taxes | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | (1,539,974) | - | - | (1,539,974) |
| Bankruptcy related | - | - | - | - | - | - | - | - |
| LC Payments | - | - | - | - | - | - | - | - |
| DIP Indemnity | - | - | - | - | - | - | - | - |
| DIP Paydown | - | - | - | - | - | - | - | - |
| **Total Cash Disbursements** | - | - | - | - | (1,976,337) | (35,000) | (212,987) | (2,224,323) |
| **Debtors Net Cash Flow** | - | - | - | - | (1,877,018) | - | - | (1,877,018) |
| **From / (To) Non-Debtors** | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | - | - | - | - | (1,877,018) | - | - | (1,877,018) |
| **Ending Cash Balance** | - | - | - | - | 1,455,344 | - | - | 1,455,344 |

MOR-1

| In re | CR Holding Liquidating, Inc., et al. | | Case No: | 19-10210 |
|---|---|---|---|---|
| | | | Reporting Period: | July 2019 |

**DEBTORS STATEMENT WITH RESPECT TO BANK RECONCILIATIONS, BANK STATEMENTS
AND CASH DISBURSEMENTS JOURNAL
For the Period July 7, 2019 through August 3, 2019**

The Debtors attest that all bank accounts are reconciled on a monthly basis as part of the monthly close process. Below is the account balance as of 7/6/19.

**Bank Account Reconciliations & Cash Disbursements Journals**

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.

The Debtors affirm that within its financial accounting systems, check registers and/or disbursements journals are maintained for each disbursement account.

**Bank Statements**

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.

**Closed Bank Accounts**

The Debtors affirm that no bank account(s) were closed during the current reporting period.

**Opened Bank Accounts**

The Debtors affirm that no bank account(s) were opened during the current reporting period.

**BANK RECONCILIATIONS
For the Period July 7, 2019 through August 3, 2019**

| Bank | Acct No. | Purpose of Account | Balance as of 8/3/19 |
|---|---|---|---|
| Bank of Hawaii | 399 | Store Depository | **Closed** |
| Banco Popular | 819 | Store Depository | **Closed** |
| Regions | 317 | Store Depository | **Closed** |
| PNC Bank | 229 | Store Depository | **Closed** |
| Wells Fargo | 724 | Store Depository | **Closed** |
| Bank of America | 672 | Depository - Credit Card Receipt Account | 7,235 |
| Bank of America | 607 | Depository - Concentration Account | - |
| Bank of America | 609 | Operating | 806,783 |
| Bank of America | 420 | Payroll Disbursement | 5,434 |
| Bank of America | 339 | Holding | 1,000 |
| Bank of America | 340 | Holding | 1,000 |
| Bank of America | 163 | General Disbursement | 5,177 |
| Bank of America | 079 | Rent Disbursement | 8,457 |
| Bank of America | RUS | Line of Credit | **Closed** |
| Wells Fargo | 215 | Change Order Account | **Closed** |
| Bank of America | 563 | Utility Deposit Account | 378,394 |
| Bank of America | 978 | Sales Tax Escrow Account | - |
| Bank of America | 294 | Professional Services Escrow Account | 241,865 |
| **Total Bank Balance** | | | **1,455,344** |

In re **CR Holding Liquidating, Inc., et al.**  
Case No: **19-10210**  
Reporting Period: **July 2019**

**PROFESSIONAL FEES AND EXPENSES PAID**  
For the Period July 7, 2019 through August 3, 2019

| Professional [1] | Docket | Amount Paid This Period | | | Cumulative Amount Paid Since Filing | | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Total | Fees | Expenses | Total |
| A&G Realty Partners, LLC | 275 | 1,299,699 | - | 1,299,699 | 1,299,699 | - | 1,299,699 |
| Bayard, P.A. | 288 | - | - | - | 422,317 | 38,832 | 461,149 |
| Berkeley Research Group, LLC | 277 | 31,223 | - | 31,223 | 1,121,376 | 82,890 | 1,204,266 |
| Cooley LLP | 285 | - | - | - | 1,375,957 | 23,552 | 1,399,509 |
| Donlin, Recano and Company | 287 | 30,802 | 2,333 | 33,135 | 379,484 | 137,980 | 517,464 |
| Guggenheim Securities, LLC | 310 | - | - | - | 1,125,000 | 25,193 | 1,150,193 |
| Malfitano Advisors, LLC | 287 | - | - | - | 81,775 | 3,571 | 85,346 |
| Potter Anderson & Corroon | 546 | 60,491 | 1,274 | 61,765 | 96,324 | 3,084 | 99,408 |
| Province, Inc. | 331 | 114,152 | - | 114,152 | 607,103 | 9,085 | 616,188 |
| Whiteford Taylor | 332 | - | - | - | 355,906 | 4,777 | 360,683 |
| **Total** | | **1,536,367** | **3,607** | **1,539,974** | **6,864,940** | **328,965** | **7,193,905** |

| Professional [1] | Docket | Role |
|---|---|---|
| A&G Realty Partners, LLC | 275 | Debtor Real Estate Advisor |
| Bayard, P.A. | 288 | Debtor Co-Counsel |
| Berkeley Research Group, LLC | 277 | Debtor Chief Restructuring Officer and Additional Personnel |
| Cooley LLP | 285 | Debtor Bankruptcy Counsel |
| Donlin, Recano and Company | 287 | Debtor Administrative Advisor |
| Guggenheim Securities, LLC | 310 | Debtor Investment Banker |
| Malfitano Advisors, LLC | 287 | Debtor Asset Disposition Consultant |
| Potter Anderson & Corroon | 546 | UCC Counsel |
| Province, Inc. | 331 | UCC Financial Advisor |
| Whiteford Taylor | 332 | UCC Counsel |

(1) Brincko and King & Spalding are not retained professionals and paid pursuant to the terms of the DIP Agreement.

In re  CR Holding Liquidating, Inc., et al.                                                                                                                                                         Case No:    **19-10210**
                                                                                                                                                                                                     Reporting Period:    **July 2019**

**STATEMENT OF OPERATIONS**
**For the Period July 7, 2019 through August 3, 2019**
**(Unaudited)**
**(In thousands)**

| Case No: | 19-10210 CR Holding Liquidating, Inc. | 19-10211 CR Holdings Liquidating Corporation | 19-10212 CR Intermediate Liquidating Corporation | 19-10213 CR Enterprise, Inc. | 19-10214 CR Liquidating, Inc. | 19-10215 CR Merchandising liquidating, Inc. | 19-10216 CR Administration Liquidating, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| (In thousands) | | | | | | | | |
| Net sales | - | - | - | - | - | - | - | - |
| Cost of goods sold, including buying, distribution, and occupar | - | - | - | - | 14 | - | - | 14 |
| Gross profit | - | - | - | - | 14 | - | - | 14 |
| Selling, general, and administrative expenses | - | - | - | - | (170) | - | 2,349 | 2,179 |
| Impairment of goodwill | - | - | - | - | - | - | - | - |
| Income (loss) from operations | - | - | - | - | 184 | - | (2,349) | (2,165) |
| Other expense, net: | | | | | | | | |
|   Interest, net | - | - | - | - | - | - | - | - |
|   Gain on restructuring | - | - | - | - | - | - | - | - |
|   Other | - | - | - | - | - | - | - | - |
|     Total other expense, net | - | - | - | - | - | - | - | - |
|   Income (loss) before income taxes | - | - | - | - | 184 | - | (2,349) | (2,165) |
| Income tax expense (benefit) | - | - | - | - | - | - | - | - |
|   Net income (loss) and comprehensive income (loss) | - | - | - | - | 184 | - | (2,349) | (2,165) |

| In re | CR Holding Liquidating, Inc., et al. | Case No: | 19-10210 |
|---|---|---|---|
| | | Reporting Period: | July 2019 |

**Condensed Consolidated Balance Sheets**
(Unaudited)
(In thousands)

| Assets | August 3, 2019 | February 2, 2019 |
|---|---:|---:|
| Current assets: | | |
|   Cash and cash equivalents | 403 | 5,722 |
|   Inventories | - | 54,925 |
|   Prepaid expenses | 2,171 | 8,458 |
|   Deferred tax assets | - | - |
|   Other current assets | 2,649 | 1,376 |
|     Total current assets | 5,223 | 70,481 |
| Property and equipment, at cost | 1,214 | 301,083 |
| Less accumulated depreciation | (506) | (244,337) |
|     Property and equipment, net | 708 | 56,746 |
| Trade name, net of impairment of $8,500 at February 2, 2019 | - | 77,200 |
| Goodwill, net of impairment of $90,681 at February 2, 2019 | - | 69,261 |
| Long term deferred tax asset | - | - |
| Other assets | 2,509 | 6,148 |
|     Total assets | 8,440 | 279,836 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
|   Accounts payable | 455 | 53,054 |
|   Accounts Payable Pre-filing | 41,722 | - |
|   Accrued payroll and employee benefits | 21 | 7,057 |
|   Current maturities of long-term debt | - | - |
|   Other current liabilities | 1,798 | 37,403 |
|   Other current liabilities Pre-filing | 6,150 | - |
|     Total current liabilities | 50,146 | 97,514 |
| Deferred rent | - | 51,487 |
| Unfavorable lease reserve | - | 28 |
| Deferred tax liabilities | - | - |
| Long-term debt, net of OID and issuance costs | 88,052 | 88,052 |
| Other liabilities | 9,731 | 13,955 |
|     Total liabilities | 147,929 | 251,036 |
| | | |
| Stockholders' equity: | | |
|   Series 1 preferred stock, $0.001 par value; no shares authorized | | |
|     at February 2, 2019 and June 1, 2019 | - | - |
|   Common stock, $0.001 par value; 3,500,000 shares authorized, | | |
|     214,427 issued and outstanding at February 2, 2019 and June 1, 2019 | - | - |
|   Additional paid-in capital | 315,205 | 315,205 |
|   Accumulated deficit | (454,694) | (286,405) |
|     Total stockholders' equity | (139,489) | 28,800 |
|     Total liabilities and stockholders' equity | 8,440 | 279,836 |

(1) The information contained in MOR-3 is provided to fulfill the requirements of the Office of the United States Trustee. All information contained in MOR-3 is unaudited and subject to future adjustment. Given that the Debtors' financial statements and balance sheets are typically on a consolidated basis, all information contained in MOR-3 has been presented on a consolidated basis.

In re **CR Holding Liquidating, Inc., et al.**　　　　　　Case No: **19-10210**
　　　　　　　　　　　　　　　　　　　　　　　　Reporting Period: **July 2019**

## Status of Postpetition Taxes
### For the Period July 7, 2019 through August 3, 2019

The Debtors continue to pay post-petition taxes as they become due and are current on those payments.
If payments become past due the Debtors will include a schedule in the MOR listing past due post-petition taxes.

|  | Ending Tax Liability |
|---|---:|
| **Federal** | |
| 　Withholding | 3,018 |
| 　FICA - EE | 638 |
| 　FICA - ER | 562 |
| 　FUTA | - |
| **Total Federal** | 4,218 |
| | |
| **State and Local** | |
| Withholding | 1,233 |
| City/County | - |
| SUTA/SDI EE | - |
| SUTA/SDI ER | 24 |
| Other employee related | - |
| Sales | - |
| Use | - |
| Personal Property | 51,098 |
| Business Licenses | 95,668 |
| **Total State and Local** | 148,023 |
| | |
| **Total Taxes Outstanding** | **152,241** |

## SUMMARY OF UNPAID POST-PETITION DEBTS
### For the Period July 7, 2019 through August 3, 2019

|  | Post - Petition |
|---|---:|
| Current | - |
| 0 - 30 | 244 |
| 31 - 60 | 924 |
| 60 - 90 | 53,365 |
| over 90 | 400,187 |
| **Total** | **454,720** |

MOR-4

In re  CR Holding Liquidating, Inc., et al.　　　　　　　　　　　　　　　　　　　　Case No:　　19-10210
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Reporting Period:　　July 2019

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING
For the Period July 7, 2019 through August 3, 2019

| Debtor | 0-30 (Current) | 31-60 | 61-90 | Over 90 | AR Aging |
|---|---|---|---|---|---|
| Charlotte Russe Holding, Inc. | - | - | - | - | - |
| Charlotte Russe Holdings Corporation | - | - | - | - | - |
| Charlotte Russe Intermediate Corporation | - | - | - | - | - |
| Charlotte Russe Enterprise, Inc. | - | - | - | - | - |
| Charlotte Russe, Inc. | 770,352 | - | - | 1,878,472 | 2,648,825 |
| Charlotte Russe Merchandising, Inc. | - | - | - | - | - |
| Charlotte Russe Administration, Inc. | - | - | - | - | - |
|  | 770,352 | - | - | 1,878,472 | 2,648,825 |

### DEBTOR QUESTIONNAIRE
For the Period July 7, 2019 through August 3, 2019

|  |  | YES | NO | Explanation |
|---|---|---|---|---|
| 1) | Have any Assets been sold or transferred outside normal course of business this reporting period? |  | NO |  |
| 2) | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? |  | NO |  |
| 3) | Have all post petition tax returns been filed timely? | YES |  |  |
| 4) | Are worker compensation, general liability, and other necessary insurance coverages in effect? | YES |  |  |
| 5) | Has any bank account been open during the period? If yes provide documentation identifying the opened accounts. |  | NO |  |

MOR-5