UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: <u>CR Holding Lquidating, Inc., et al.</u>

Case No. <u>19-10210</u> Reporting
Period: <u>August 2019</u>

MONTHLY OPERATING REPORT
For the Period August 4, 2019
through August 31, 2019

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | x | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | x | |
| Cash disbursements journals | | | x | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | x | |
| Copies of tax returns filed during reporting period | | | x | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Authorized Individual*

Date 9/20/19

Brian Cashman
Printed Name of Authorized Individual

President
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re  CR Holding Liquidating, Inc., et al.

Case No: **19-10210**
Reporting Period: **August 2019**

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**For the Period August 4, 2019 through August 31, 2019**

| Case No: | 19-10210 CR Holding Liquidating, Inc. | 19-10211 CR Holdings Liquidating Corporation | 19-10212 CR Intermediate Liquidating Corporation | 19-10213 CR Enterprise, Inc. | 19-10214 CR Liquidating, Inc. | 19-10215 CR Merchandising liquidating, Inc. | 19-10216 CR Administration Liquidating, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| **Beginning Cash Balance** | - | - | - | - | 1,455,344 | - | - | 1,455,344 |
| **Receipts** | | | | | | | | |
| Operations Receipts | - | - | - | - | - | - | - | - |
| Other Receipts | - | - | - | - | 1,648,570 | - | - | 1,648,570 |
| Intercompany Receipts | - | - | - | - | (269,956) | 35,000 | 234,956 | - |
| DIP Proceeds | - | - | - | - | - | - | - | |
| **Total Cash Receipts** | - | - | - | - | 1,378,614 | 35,000 | 234,956 | 1,648,570 |
| **Disbursements** | | | | | | | | |
| Merchandise Disbursements | - | - | - | - | - | - | - | - |
| Rent, Utilities and Occupancy | - | - | - | - | - | - | - | - |
| Payroll, Payroll Taxes and Benefits | - | - | - | - | - | - | (59,015) | (59,015) |
| SG&A | - | - | - | - | (220,837) | (35,000) | (175,941) | (431,778) |
| Taxes | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | (29,425) | - | - | (29,425) |
| Bankruptcy related | - | - | - | - | - | - | - | - |
| LC Payments | - | - | - | - | - | - | - | - |
| DIP Indemnity | - | - | - | - | - | - | - | - |
| DIP Paydown | - | - | - | - | - | - | - | - |
| **Total Cash Disbursements** | - | - | - | - | (250,262) | (35,000) | (234,956) | (520,218) |
| **Debtors Net Cash Flow** | - | - | - | - | 1,128,352 | - | - | 1,128,352 |
| **From / (To) Non-Debtors** | - | - | - | - | - | - | - | |
| **Net Cash Flow** | - | - | - | - | 1,128,352 | - | - | 1,128,352 |
| **Ending Cash Balance** | - | - | - | - | 2,583,696 | - | - | 2,583,696 |

MOR-1

| In re | CR Holding Liquidating, Inc., et al. | | Case No: | 19-10210 |
|---|---|---|---|---|
| | | | Reporting Period: | August 2019 |

## DEBTORS STATEMENT WITH RESPECT TO BANK RECONCILIATIONS, BANK STATEMENTS
## AND CASH DISBURSEMENTS JOURNAL
### For the Period August 4, 2019 through August 31, 2019

The Debtors attest that all bank accounts are reconciled on a monthly basis as part of the monthly close process. Below is the account balance as of 8/31/19.

**Bank Account Reconciliations & Cash Disbursements Journals**

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.

The Debtors affirm that within its financial accounting systems, check registers and/or disbursements journals are maintained for each disbursement account.

**Bank Statements**

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.

**Closed Bank Accounts**

The Debtors affirm that no bank account(s) were closed during the current reporting period.

**Opened Bank Accounts**

The Debtors affirm that no bank account(s) were opened during the current reporting period.

## BANK RECONCILIATIONS
### For the Period August 4, 2019 through August 31, 2019

| Bank | Acct No. | Purpose of Account | | Balance as of 8/31/19 |
|---|---|---|---|---|
| Bank of Hawaii | 399 | Store Depository | Closed | |
| Banco Popular | 819 | Store Depository | Closed | |
| Regions | 317 | Store Depository | Closed | |
| PNC Bank | 229 | Store Depository | Closed | |
| Wells Fargo | 724 | Store Depository | Closed | |
| Bank of America | 672 | Depository - Credit Card Receipt Account | | 6,513 |
| Bank of America | 607 | Depository - Concentration Account | | 1,012 |
| Bank of America | 609 | Operating | | 1,774,524 |
| Bank of America | 420 | Payroll Disbursement | | 574 |
| Bank of America | 339 | Holding | | 1,000 |
| Bank of America | 340 | Holding | | 1,000 |
| Bank of America | 163 | General Disbursement | | 5,177 |
| Bank of America | 079 | Rent Disbursement | | 8,457 |
| Bank of America | RUS | Line of Credit | Closed | |
| Wells Fargo | 215 | Change Order Account | Closed | |
| Bank of America | 563 | Utility Deposit Account | | - |
| Bank of America | 978 | Sales Tax Escrow Account | | - |
| Bank of America | 294 | Professional Services Escrow Account | | 785,440 |
| **Total Bank Balance** | | | | **2,583,696** |

MOR-1a

In re  CR Holding Liquidating, Inc., et al.

Case No:    **19-10210**
Reporting Period:    **August 2019**

**PROFESSIONAL FEES AND EXPENSES PAID**
**For the Period August 4, 2019 through August 31, 2019**

| Professional [1] | Docket | Amount Paid This Period | | | Cumulative Amount Paid Since Filing | | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Total | Fees | Expenses | Total |
| A&G Realty Partners, LLC | 275 | | | - | 1,299,699 | - | 1,299,699 |
| Bayard, P.A. | 288 | | | - | 422,317 | 38,832 | 461,149 |
| Berkeley Research Group, LLC | 277 | | | - | 1,121,376 | 82,890 | 1,204,266 |
| Cooley LLP | 285 | | | - | 1,375,957 | 23,552 | 1,399,509 |
| Donlin, Recano and Company | 287 | 18,189 | 2,815 | 21,005 | 397,673 | 140,795 | 538,468 |
| Guggenheim Securities, LLC | 310 | | | - | 1,125,000 | 25,193 | 1,150,193 |
| Malfitano Advisors, LLC | 287 | | | - | 81,775 | 3,571 | 85,346 |
| Potter Anderson & Corroon | 546 | | | - | 96,324 | 3,084 | 99,408 |
| Province, Inc. | 331 | - | 8,420 | 8,420 | 607,103 | 17,506 | 624,609 |
| Whiteford Taylor | 332 | | | - | 355,906 | 4,777 | 360,683 |
| **Total** | | 18,189 | 11,236 | 29,425 | 6,883,130 | 340,200 | 7,223,330 |

| Professional [1] | Docket | Role |
|---|---|---|
| A&G Realty Partners, LLC | 275 | Debtor Real Estate Advisor |
| Bayard, P.A. | 288 | Debtor Co-Counsel |
| Berkeley Research Group, LLC | 277 | Debtor Chief Restructuring Officer and Additional Personnel |
| Cooley LLP | 285 | Debtor Bankruptcy Counsel |
| Donlin, Recano and Company | 287 | Debtor Administrative Advisor |
| Guggenheim Securities, LLC | 310 | Debtor Investment Banker |
| Malfitano Advisors, LLC | 287 | Debtor Asset Disposition Consultant |
| Potter Anderson & Corroon | 546 | UCC Counsel |
| Province, Inc. | 331 | UCC Financial Advisor |
| Whiteford Taylor | 332 | UCC Counsel |

(1) Brincko and King & Spalding are not retained professionals and paid pursuant to the terms of the DIP Agreement.

In re  CR Holding Liquidating, Inc., et al.

Case No:    19-10210
Reporting Period:    August 2019

**STATEMENT OF OPERATIONS**
For the Period August 4, 2019 through August 31, 2019
(Unaudited)
(in thousands)

| Case No: | 19-10210 CR Holding Liquidating, Inc. | 19-10211 CR Holdings Liquidating Corporation | 19-10212 CR Intermediate Liquidating Corporation | 19-10213 CR Enterprise, Inc. | 19-10214 CR Liquidating, Inc. | 19-10215 CR Merchandising liquidating, Inc. | 19-10216 CR Administration Liquidating, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| (in thousands) | | | | | | | | |
| Net sales | - | - | - | - | - | - | - | - |
| Cost of goods sold, including buying, distribution, and occupa | - | - | - | - | (136) | - | - | (136) |
| Gross profit | - | - | - | - | (136) | - | - | (136) |
| Selling, general, and administrative expenses | - | - | - | - | 5 | - | 157 | 162 |
| Impairment of goodwill | - | - | - | - | - | - | - | - |
| Income (loss) from operations | - | - | - | - | (141) | - | (157) | (298) |
| Other expense, net: | | | | | | | | |
| Interest, net | - | - | - | - | - | - | - | - |
| Gain on restructuring | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | 813 | - | - | 813 |
| Total other expense, net | - | - | - | - | - | - | - | - |
| Income (loss) before income taxes | - | - | - | - | 672 | - | (157) | 515 |
| Income tax expense (benefit) | - | - | - | - | - | - | - | - |
| Net income (loss) and comprehensive income (loss) | - | - | - | - | 672 | - | (157) | 515 |

In re   **CR Holding Liquidating, Inc., et al.**

| | |
|---|---|
| **Case No:** | **19-10210** |
| **Reporting Period:** | **August 2019** |

### Condensed Consolidated Balance Sheets
#### (Unaudited)
#### (In thousands)

| Assets | August 31, 2019 | February 2, 2019 |
|---|---:|---:|
| Current assets: | | |
| Cash and cash equivalents | 1,521 | 5,722 |
| Inventories | - | 54,925 |
| Prepaid expenses | 2,108 | 8,458 |
| Deferred tax assets | - | - |
| Other current assets | 1,864 | 1,376 |
| Total current assets | 5,493 | 70,481 |
| Property and equipment, at cost | 1,214 | 301,083 |
| Less accumulated depreciation | (971) | (244,337) |
| Property and equipment, net | 243 | 56,746 |
| Trade name, net of impairment of $8,500 at February 2, 2019 | - | 77,200 |
| Goodwill, net of impairment of $90,681 at February 2, 2019 | - | 69,261 |
| Long term deferred tax asset | - | - |
| Other assets | 2,446 | 6,148 |
| Total assets | 8,182 | 279,836 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | 470 | 53,054 |
| Accounts Payable Pre-filing | 41,696 | - |
| Accrued payroll and employee benefits | - | 7,057 |
| Current maturities of long-term debt | - | - |
| Other current liabilities | 1,058 | 37,403 |
| Other current liabilities Pre-filing | 6,150 | - |
| Total current liabilities | 49,374 | 97,514 |
| Deferred rent | - | 51,487 |
| Unfavorable lease reserve | - | 28 |
| Deferred tax liabilities | - | - |
| Long-term debt, net of OID and issuance costs | 88,052 | 88,052 |
| Other liabilities | 9,730 | 13,955 |
| Total liabilities | 147,156 | 251,036 |
| | | |
| Stockholders' equity: | | |
| Series 1 preferred stock, $0.001 par value; no shares authorized at February 2, 2019 and June 1, 2019 | - | - |
| Common stock, $0.001 par value; 3,500,000 shares authorized, 214,427 issued and outstanding at February 2, 2019 and June 1, 2019 | - | - |
| Additional paid-in capital | 315,205 | 315,205 |
| Accumulated deficit | (454,179) | (286,405) |
| Total stockholders' equity | (138,974) | 28,800 |
| Total liabilities and stockholders' equity | 8,182 | 279,836 |

(1)  The information contained in MOR-3 is provided to fulfill the requirements of the Office of the United States Trustee. All information contained in MOR-3 is unaudited and subject to future adjustment. Given that the Debtors' financial statements and balance sheets are typically on a consolidated basis, all information contained in MOR-3 has been presented on a consolidated basis.

| In re | CR Holding Liquidating, Inc., et al. | Case No: | 19-10210 |
|---|---|---|---|
| | | Reporting Period: | August 2019 |

### Status of Postpetition Taxes
### For the Period August 4, 2019 through August 31, 2019

The Debtors continue to pay post-petition taxes as they become due and are current on those payments.

If payments become past due the Debtors will include a schedule in the MOR listing past due post-petition taxes.

| | Ending Tax Liability |
|---|---|
| **Federal** | |
| Withholding | - |
| FICA - EE | - |
| FICA - ER | - |
| FUTA | - |
| **Total Federal** | - |
| | |
| **State and Local** | |
| Withholding | - |
| City/County | - |
| SUTA/SDI EE | - |
| SUTA/SDI ER | - |
| Other employee related | - |
| Sales | - |
| Use | - |
| Personal Property | 51,098 |
| Business Licenses | 95,668 |
| **Total State and Local** | 146,766 |
| | |
| **Total Taxes Outstanding** | **146,766** |

### SUMMARY OF UNPAID POST-PETITION DEBTS
### For the Period August 4, 2019 through August 31, 2019

| | Post - Petition |
|---|---|
| Current | - |
| 0 - 30 | - |
| 31 - 60 | - |
| 60 - 90 | 924 |
| over 90 | 468,920 |
| **Total** | **469,844** |

In re  CR Holding Liquidating, Inc., et al.

Case No:  **19-10210**
Reporting Period:  **August 2019**

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**
For the Period August 4, 2019 through August 31, 2019

| Debtor | 0-30 (Current) | 31-60 | 61-90 | Over 90 | AR Aging |
|---|---|---|---|---|---|
| Charlotte Russe Holding, Inc. | - | - | - | - | - |
| Charlotte Russe Holdings Corporation | - | - | - | - | - |
| Charlotte Russe Intermediate Corporation | - | - | - | - | - |
| Charlotte Russe Enterprise, Inc. | - | - | - | - | - |
| Charlotte Russe, Inc. | - | - | - | 1,863,574 | 1,863,574 |
| Charlotte Russe Merchandising, Inc. | - | - | - | - | - |
| Charlotte Russe Administration, Inc. | - | - | - | - | - |
| | - | - | - | 1,863,574 | 1,863,574 |

**DEBTOR QUESTIONNAIRE**
For the Period August 4, 2019 through August 31, 2019

| | | YES | NO | Explanation |
|---|---|---|---|---|
| 1) | Have any Assets been sold or transferred outside normal course of business this reporting period? | | NO | |
| 2) | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | NO | |
| 3) | Have all post petition tax returns been filed timely? | YES | | |
| 4) | Are worker compensation, general liability, and other necessary insurance coverages in effect? | YES | | |
| 5) | Has any bank account been open during the period? If yes provide documentation identifying the opened accounts. | | NO | |