UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: **CR Holding Liquidating, Inc., et al.**

Case No. **19-10210**
Reporting Period: **Sept 2019**

MONTHLY OPERATING REPORT
For the Period September 1, 2019
through October 5 2019

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | x | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | x | |
| Cash disbursements journals | | | x | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | x | |
| Copies of tax returns filed during reporting period | | | x | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

Date: 10/18/19

Brian Cashman
Printed Name of Authorized Individual

President
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)
1

| In re | CR Holding Liquidating, Inc., et al. | | | | | | | Case No: | 19-10210 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reporting Period: | September 2019 |

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
For the Period September 1, 2019 through October 5, 2019

| Case No: | 19-10210<br>CR Holding Liquidating, Inc. | 19-10211<br>CR Holdings Liquidating Corporation | 19-10212<br>CR Intermediate Liquidating Corporation | 19-10213<br>CR Enterprise, Inc. | 19-10214<br>CR Liquidating, Inc. | 19-10215<br>CR Merchandising liquidating, Inc. | 19-10216<br>CR Administration Liquidating, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| Beginning Cash Balance | - | - | - | - | 2,583,696 | - | - | 2,583,696 |
| | | | | | | | | |
| **Receipts** | | | | | | | | |
| Operations Receipts | - | - | - | - | - | - | - | - |
| Other Receipts | - | - | - | - | 59,316 | - | - | 59,316 |
| Intercompany Receipts | - | - | - | - | (14,115) | - | 14,115 | - |
| DIP Proceeds | - | - | - | - | - | - | - | - |
| **Total Cash Receipts** | - | - | - | - | 45,201 | - | 14,115 | 59,316 |
| | | | | | | | | |
| **Disbursements** | | | | | | | | |
| Merchandise Disbursements | - | - | - | - | - | - | - | - |
| Rent, Utilities and Occupancy | - | - | - | - | - | - | 5,881 | 5,881 |
| Payroll, Payroll Taxes and Benefits | - | - | - | - | - | - | - | - |
| SG&A | - | - | - | - | (12,329) | - | (19,997) | (32,325) |
| Taxes | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | (661,205) | - | - | (661,205) |
| Bankruptcy related | - | - | - | - | - | - | - | - |
| LC Payments | - | - | - | - | - | - | - | - |
| DIP Indemnity | - | - | - | - | - | - | - | - |
| DIP Paydown | - | - | - | - | - | - | - | - |
| **Total Cash Disbursements** | - | - | - | - | (673,533) | - | (14,115) | (687,649) |
| | | | | | | | | |
| **Debtors Net Cash Flow** | - | - | - | - | (628,333) | - | - | (628,333) |
| | | | | | | | | |
| **From / (To) Non-Debtors** | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **Net Cash Flow** | - | - | - | - | (628,333) | - | - | (628,333) |
| | | | | | | | | |
| **Ending Cash Balance** | - | - | - | - | 1,955,364 | - | - | 1,955,364 |

| In re | CR Holding Liquidating, Inc., et al. | | Case No: | 19-10210 |
|---|---|---|---|---|
| | | | Reporting Period: | September 2019 |

**DEBTORS STATEMENT WITH RESPECT TO BANK RECONCILIATIONS, BANK STATEMENTS
AND CASH DISBURSEMENTS JOURNAL
For the Period September 1, 2019 through October 5, 2019**

The Debtors attest that all bank accounts are reconciled on a monthly basis as part of the monthly close process. Below is the account balance as of 10/5/19.

**Bank Account Reconciliations & Cash Disbursements Journals**

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.

The Debtors affirm that within its financial accounting systems, check registers and/or disbursements journals are maintained for each disbursement account.

**Bank Statements**

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.

**Closed Bank Accounts**

The Debtors affirm that no bank account(s) were closed during the current reporting period.

**Opened Bank Accounts**

The Debtors affirm that no bank account(s) were opened during the current reporting period.

**BANK RECONCILIATIONS
For the Period September 1, 2019 through October 5, 2019**

| Bank | Acct No. | Purpose of Account | Balance as of 8/31/19 |
|---|---|---|---:|
| Bank of Hawaii | 399 | Store Depository | **Closed** |
| Banco Popular | 819 | Store Depository | **Closed** |
| Regions | 317 | Store Depository | **Closed** |
| PNC Bank | 229 | Store Depository | **Closed** |
| Wells Fargo | 724 | Store Depository | **Closed** |
| Bank of America | 672 | Depository - Credit Card Receipt Account | (9,454) |
| Bank of America | 607 | Depository - Concentration Account | 2,885 |
| Bank of America | 609 | Operating | 1,821,491 |
| Bank of America | 420 | Payroll Disbursement | 574 |
| Bank of America | 339 | Holding | 1,000 |
| Bank of America | 340 | Holding | 1,000 |
| Bank of America | 163 | General Disbursement | 5,177 |
| Bank of America | 079 | Rent Disbursement | 8,457 |
| Bank of America | RUS | Line of Credit | **Closed** |
| Wells Fargo | 215 | Change Order Account | **Closed** |
| Bank of America | 563 | Utility Deposit Account | - |
| Bank of America | 978 | Sales Tax Escrow Account | - |
| Bank of America | 294 | Professional Services Escrow Account | 124,235 |
| **Total Bank Balance** | | | **1,955,364** |

In re **CR Holding Liquidating, Inc., et al.**  
Case No: **19-10210**  
Reporting Period: **September 2019**

**PROFESSIONAL FEES AND EXPENSES PAID**
For the Period September 1, 2019 through October 5, 2019

| Professional [1] | Docket | Amount Paid This Period | | | Cumulative Amount Paid Since Filing | | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Total | Fees | Expenses | Total |
| A&G Realty Partners, LLC | 275 | | | - | 1,299,699 | - | 1,299,699 |
| Bayard, P.A. | 288 | 75,387 | 1,743 | 77,130 | 497,704 | 40,575 | 538,280 |
| Berkeley Research Group, LLC | 277 | 46,932 | - | 46,932 | 1,168,307 | 82,890 | 1,251,197 |
| Cooley LLP | 285 | 409,884 | 12,380 | 422,264 | 1,785,841 | 35,932 | 1,821,773 |
| Donlin, Recano and Company | 287 | 13,443 | 1,083 | 14,527 | 411,116 | 141,879 | 552,995 |
| Guggenheim Securities, LLC | 310 | | | - | 1,125,000 | 25,193 | 1,150,193 |
| Malfitano Advisors, LLC | 287 | | | - | 81,775 | 3,571 | 85,346 |
| Potter Anderson & Corroon | 546 | 72,536 | 820 | 73,357 | 168,861 | 3,904 | 172,765 |
| Province, Inc. | 331 | 26,995 | - | 26,995 | 634,098 | 17,506 | 651,604 |
| Whiteford Taylor | 332 | | | - | 355,906 | 4,777 | 360,683 |
| **Total** | | **645,178** | **16,027** | **661,205** | **7,528,307** | **356,228** | **7,884,535** |

| Professional [1] | Docket | Role |
|---|---|---|
| A&G Realty Partners, LLC | 275 | Debtor Real Estate Advisor |
| Bayard, P.A. | 288 | Debtor Co-Counsel |
| Berkeley Research Group, LLC | 277 | Debtor Chief Restructuring Officer and Additional Personnel |
| Cooley LLP | 285 | Debtor Bankruptcy Counsel |
| Donlin, Recano and Company | 287 | Debtor Administrative Advisor |
| Guggenheim Securities, LLC | 310 | Debtor Investment Banker |
| Malfitano Advisors, LLC | 287 | Debtor Asset Disposition Consultant |
| Potter Anderson & Corroon | 546 | UCC Counsel |
| Province, Inc. | 331 | UCC Financial Advisor |
| Whiteford Taylor | 332 | UCC Counsel |

(1) Brincko and King & Spalding are not retained professionals and paid pursuant to the terms of the DIP Agreement.

| In re | CR Holding Liquidating, Inc., et al. | | | | | | Case No: | 19-10210 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Reporting Period: | September 2019 |

**STATEMENT OF OPERATIONS**
For the Period September 1, 2019 through October 5, 2019
(Unaudited)
(In thousands)

| Case No: | 19-10210 CR Holding Liquidating, Inc. | 19-10211 CR Holdings Liquidating Corporation | 19-10212 CR Intermediate Liquidating Corporation | 19-10213 CR Enterprise, Inc. | 19-10214 CR Liquidating, Inc. | 19-10215 CR Merchandising liquidating, Inc. | 19-10216 CR Administration Liquidating, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| (In thousands) | | | | | | | | |
| Net sales | - | - | - | - | - | - | - | - |
| Cost of goods sold, including buying, distribution, and occupa | - | - | - | - | (5) | - | - | (5) |
| Gross profit | - | - | - | - | (5) | - | - | (5) |
| Selling, general, and administrative expenses | - | - | - | - | 12 | - | 1,050 | 1,062 |
| Impairment of goodwill | - | - | - | - | - | - | - | - |
| Income (loss) from operations | - | - | - | - | (17) | - | (1,050) | (1,067) |
| Other expense, net: | | | | | | | | |
| Interest, net | - | - | - | - | - | - | - | - |
| Gain on restructuring | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - |
| Total other expense, net | - | - | - | - | - | - | - | - |
| Income (loss) before income taxes | - | - | - | - | (17) | - | (1,050) | (1,067) |
| Income tax expense (benefit) | - | - | - | - | - | - | - | - |
| Net income (loss) and comprehensive income (loss) | - | - | - | - | (17) | - | (1,050) | (1,067) |

| In re | CR Holding Liquidating, Inc., et al. | Case No: | 19-10210 |
|---|---|---|---|
| | | Reporting Period: | September 2019 |

**Condensed Consolidated Balance Sheets**
(Unaudited)
(In thousands)

| Assets | October 5, 2019 | February 2, 2019 |
|---|---:|---:|
| Current assets: | | |
|     Cash and cash equivalents | 880 | 5,722 |
|     Inventories | - | 54,925 |
|     Prepaid expenses | 2,073 | 8,458 |
|     Deferred tax assets | - | - |
|     Other current assets | 1,864 | 1,376 |
|         Total current assets | 4,817 | 70,481 |
| Property and equipment, at cost | 1,214 | 301,083 |
| Less accumulated depreciation | (1,012) | (244,337) |
|         Property and equipment, net | 202 | 56,746 |
| Trade name, net of impairment of $8,500 at February 2, 2019 | - | 77,200 |
| Goodwill, net of impairment of $90,681 at February 2, 2019 | - | 69,261 |
| Long term deferred tax asset | - | - |
| Other assets | 1,991 | 6,148 |
|         Total assets | 7,010 | 279,836 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
|     Accounts payable | 466 | 53,054 |
|     Accounts Payable Pre-filing | 41,696 | - |
|     Accrued payroll and employee benefits | - | 7,057 |
|     Current maturities of long-term debt | - | - |
|     Other current liabilities | 957 | 37,403 |
|     Other current liabilities Pre-filing | 6,150 | - |
|         Total current liabilities | 49,269 | 97,514 |
| Deferred rent | - | 51,487 |
| Unfavorable lease reserve | - | 28 |
| Deferred tax liabilities | - | - |
| Long-term debt, net of OID and issuance costs | 88,052 | 88,052 |
| Other liabilities | 9,730 | 13,955 |
|         Total liabilities | 147,051 | 251,036 |
| | | |
| Stockholders' equity: | | |
|     Series 1 preferred stock, $0.001 par value; no shares authorized at February 2, 2019 and June 1, 2019 | - | - |
|     Common stock, $0.001 par value; 3,500,000 shares authorized, 214,427 issued and outstanding at February 2, 2019 and June 1, 2019 | - | - |
|     Additional paid-in capital | 315,205 | 315,205 |
|     Accumulated deficit | (455,246) | (286,405) |
|         Total stockholders' equity | (140,041) | 28,800 |
|         Total liabilities and stockholders' equity | 7,010 | 279,836 |

(1) The information contained in MOR-3 is provided to fulfill the requirements of the Office of the United States Trustee. All information contained in MOR-3 is unaudited and subject to future adjustment. Given that the Debtors' financial statements and balance sheets are typically on a consolidated basis, all information contained in MOR-3 has been presented on a consolidated basis.

| | | |
|---|---|---|
| In re | CR Holding Liquidating, Inc., et al. | Case No: 19-10210 |
| | | Reporting Period: September 2019 |

## Status of Postpetition Taxes
### For the Period September 1, 2019 through October 5, 2019

The Debtors continue to pay post-petition taxes as they become due and are current on those payments.
If payments become past due the Debtors will include a schedule in the MOR listing past due post-petition taxes.

| | Ending Tax Liability |
|---|---:|
| **Federal** | |
| Withholding | - |
| FICA - EE | - |
| FICA - ER | - |
| FUTA | - |
| **Total Federal** | - |
| | |
| **State and Local** | |
| Withholding | - |
| City/County | - |
| SUTA/SDI EE | - |
| SUTA/SDI ER | - |
| Other employee related | - |
| Sales | - |
| Use | - |
| Personal Property | 51,098 |
| Business Licenses | 95,668 |
| **Total State and Local** | 146,766 |
| | |
| **Total Taxes Outstanding** | **146,766** |

### SUMMARY OF UNPAID POST-PETITION DEBTS
### For the Period September 1, 2019 through October 5, 2019

| | Post - Petition |
|---|---:|
| Current | - |
| 0 - 30 | - |
| 31 - 60 | - |
| 60 - 90 | - |
| over 90 | 466,012 |
| **Total** | **466,012** |

| In re | CR Holding Liquidating, Inc., et al. | | Case No: | 19-10210 |
|---|---|---|---|---|
| | | | Reporting Period: | September 2019 |

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**
For the Period September 1, 2019 through October 5, 2019

| Debtor | 0-30 (Current) | 31-60 | 61-90 | Over 90 | AR Aging |
|---|---|---|---|---|---|
| Charlotte Russe Holding, Inc. | - | - | - | - | - |
| Charlotte Russe Holdings Corporation | - | - | - | - | - |
| Charlotte Russe Intermediate Corporation | - | - | - | - | - |
| Charlotte Russe Enterprise, Inc. | - | - | - | - | - |
| Charlotte Russe, Inc. | - | - | - | 1,863,574 | 1,863,574 |
| Charlotte Russe Merchandising, Inc. | - | - | - | - | - |
| Charlotte Russe Administration, Inc. | - | - | - | - | - |
| | - | - | - | 1,863,574 | 1,863,574 |

**DEBTOR QUESTIONNAIRE**
For the Period September 1, 2019 through October 5, 2019

| | | YES | NO | Explanation |
|---|---|---|---|---|
| 1) | Have any Assets been sold or transferred outside normal course of business this reporting period? | | NO | |
| 2) | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | NO | |
| 3) | Have all post petition tax returns been filed timely? | YES | | |
| 4) | Are worker compensation, general liability, and other necessary insurance coverages in effect? | YES | | |
| 5) | Has any bank account been open during the period? If yes provide documentation identifying the opened accounts. | | NO | |

MOR-5