**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CR Holding Liquidating, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10210 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 10, 2019 AT 11:30 A.M. (ET)[2]**

**I.   MATTER WITH CERTIFICATE OF NO OBJECTION**

1.  Plaintiff's Motion for an Order Approving Settlement of Potential Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filing Date: 11/5/19; D.I. 1065]

    Related Documents:

    a. Certificate of No Objection Regarding Plaintiff's Motion for an Order Approving Settlement of Potential Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filing Date: 12/5/19; D.I. 1126]

    Response Deadline:   November 26, 2019 at 4:00 p.m. (ET)

    Responses Received:  None

    Status:   A certificate of no objection has been filed with regard to this matter. A hearing is only required to the extent that the Court has questions.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: CR Holding Liquidating Inc. (f/k/a Charlotte Russe Holding Inc.) (4325); CR Holdings Liquidating Corporation (f/k/a Charlotte Russe Holdings Corporation) (1045); CR Intermediate Liquidating Corporation (f/k/a Charlotte Russe Intermediate Corporation) (6345); CR Enterprise Liquidating, Inc. (f/k/a Charlotte Russe Enterprise, Inc.) (2527); CR Liquidating, Inc. (f/k/a Charlotte Russe, Inc.) (0505); CR Merchandising Liquidating, Inc. (f/k/a Charlotte Russe Merchandising, Inc.) (9453); and CR Administration Liquidating, Inc. (f/k/a Charlotte Russe Administration, Inc.) (9456). The Debtors' mailing address is 3111 Camino Del Rio N. Suite 400, San Diego, CA 92108.

[2] Please note that the hearing is before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878. Requests will be accepted up to the time of the hearing.

## II. CONTESTED MATTER

2. Motion of Real Play Corp., Inc. for Allowance and Payment of Administrative Expenses Under 11 U.S.C. § 503(b)(9) [Filing Date: 5/17/19; D.I. 588]

    Response Deadline:   June 12, 2019 at 4:00 p.m. (ET), extended to July 15, 2019 for the Debtors.

    Responses Received:

    a. Limited Objection to Motion of Real Play Corp., Inc. for Allowance and Payment of Administrative Expenses Under 11 U.S.C. § 503 (b)(9) [Filing Date: 7/15/19; D.I. 711]

    Status:   This matter is going forward.

*[Remainder of This Page Intentionally left Blank]*

Dated: December 6, 2019
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Daniel N. Brogan*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
      efay@bayardlaw.com
      dbrogan@bayardlaw.com

- and -

COOLEY LLP
Seth Van Aalten
Michael Klein
Summer M. McKee
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
      mklein@cooley.com
      smckee@cooley.com

*Co-Counsel for the Debtors and Debtors in Possession*