IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CR Holding Liquidating, Inc., *et al.*, | Case No. 19-10210 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket Nos. 320 &** 1083 |

### ORDER (I) APPROVING THE SETTLEMENT AGREEMENT BY AND BETWEEN THE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE PREPETITION TERM LOAN AGENT, AND THE DEBTORS AND (II) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[2] of the Movants for entry of an order, pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, approving the Settlement Agreement, a copy of which is attached hereto as Exhibit 1, entered into by and between the Committee, the Prepetition Term Loan Agent on behalf of the Prepetition Term Loan Lenders, and the Debtors, as more fully described in the Motion; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that venue of this chapter 11 case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b) so that the Court may enter a final order on this Motion consistent with Article III of the U.S. Constitution; and this Court having determined that

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: CR Holding Liquidating, Inc. (4325); CR Holdings Liquidating Corporation (1045); CR Intermediate Liquidating Corporation (6345); CR Enterprise, Inc. (2527); CR Liquidating, Inc. (0505); CR Merchandising Liquidating, Inc. (9453); and CR Administration Liquidating, Inc. (9456). The Debtors' headquarters are located at 5910 Pacific Boulevard, Suite 120, San Diego, CA 92121.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the relief requested in the Motion is in the best interest of the Debtors, their estates, creditors and other parties in interest; and this Court having found that the relief requested in the Motion is justified by the facts and circumstances of these cases, as summarized in the Motion; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Settlement Agreement, attached hereto as Exhibit 1, is hereby approved in all respects.

3. The Parties are authorized and empowered to take such actions as may be reasonably necessary to implement and effectuate the settlement.

4. Nothing contained in any chapter 11 plan to be confirmed in these Chapter 11 Cases or any order to be entered in these Chapter 11 Cases (including any order entered after conversion of these Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code) shall alter, conflict with or derogate from, the provisions of the Settlement Agreement.  The provisions of the Settlement Agreement shall be binding upon the Parties and their respective successors and assigns, including any subsequent trustee (including chapter 7 trustee), responsible person, examiner with expanded powers, and any other estate representative.  The provisions of the Settlement Agreement shall survive (i) the entry of any order confirming or consummating any chapter 11 plan of the Debtors, (ii) the conversion of these Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code, and (iii) the dismissal of these Chapter 11 Cases.

5. This Court shall retain exclusive jurisdiction to hear any and all disputes arising out of the interpretation or enforcement of this Order.

**Dated: December 17th, 2019**
**Wilmington, Delaware**

3

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

IMPAC 6415042v.5