UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: <u>CR Holding Liquidating, Inc., et al.</u>

Case No. <u>19-10210</u> Reporting
Period: <u>Nov  2019</u>

MONTHLY OPERATING REPORT
For the Period November 3, 2019
through November 30, 2019

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | x | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | x | |
| Cash disbursements journals | | | x | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | x | |
| Copies of tax returns filed during reporting period | | | x | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

12/20/19
_____
Date

Brian Cashman
_____
Printed Name of Authorized Individual

President
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re  CR Holding Liquidating, Inc., et al.

| | |
|---|---|
| Case No: | 19-10210 |
| Reporting Period: | November 2019 |

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
For the Period November 3, 2019 through November 30, 2019

| Case No: | 19-10210 CR Holding Liquidating, Inc. | 19-10211 CR Holdings Liquidating Corporation | 19-10212 CR Intermediate Liquidating Corporation | 19-10213 CR Enterprise, Inc. | 19-10214 CR Liquidating, Inc. | 19-10215 CR Merchandising liquidating, Inc. | 19-10216 CR Administration Liquidating, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| **Beginning Cash Balance** | - | - | - | - | 1,702,180 | - | - | 1,702,180 |
| | | | | | | | | |
| **Receipts** | | | | | | | | |
| Operations Receipts | - | - | - | - | - | - | - | - |
| Other Receipts | - | - | - | - | 1,161,196 | - | - | 1,161,196 |
| Intercompany Receipts | - | - | - | - | (82,745) | | 82,745 | - |
| DIP Proceeds | - | - | - | - | - | - | - | - |
| **Total Cash Receipts** | - | - | - | - | 1,078,451 | - | 82,745 | 1,161,196 |
| | | | | | | | | |
| **Disbursements** | | | | | | | | |
| Merchandise Disbursements | - | - | - | - | - | - | - | - |
| Rent, Utilities and Occupancy | - | - | - | - | - | - | - | - |
| Payroll, Payroll Taxes and Benefits | - | - | - | - | - | - | - | - |
| SG&A | - | - | - | - | - | - | (82,745) | (82,745) |
| Taxes | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | (468,704) | - | - | (468,704) |
| Bankruptcy related | - | - | - | - | - | - | - | - |
| LC Payments | - | - | - | - | - | - | - | - |
| DIP Indemnity | - | - | - | - | - | - | - | - |
| DIP Paydown | - | - | - | - | - | - | - | - |
| **Total Cash Disbursements** | - | - | - | - | (468,704) | - | (82,745) | (551,449) |
| | | | | | | | | |
| **Debtors Net Cash Flow** | - | - | - | - | 609,747 | - | - | 609,747 |
| | | | | | | | | |
| **From / (To) Non-Debtors** | - | - | - | - | - | - | - | - |
| | | | | | | | | |
| **Net Cash Flow** | - | - | - | - | 609,747 | - | - | 609,747 |
| | | | | | | | | |
| **Ending Cash Balance** | - | - | - | - | 2,311,927 | - | - | 2,311,927 |

MOR-1

| | | | Case No: | **19-10210** |
|---|---|---|---|---|
| In re | **CR Holding Liquidating, Inc., et al.** | | Reporting Period: | **November 2019** |

**DEBTORS STATEMENT WITH RESPECT TO BANK RECONCILIATIONS, BANK STATEMENTS
AND CASH DISBURSEMENTS JOURNAL
For the Period November 3, 2019 through November 30, 2019**

The Debtors attest that all bank accounts are reconciled on a monthly basis as part of the monthly close process. Below is the account balance as of 11/30/19.

**Bank Account Reconciliations & Cash Disbursements Journals**

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.

The Debtors affirm that within its financial accounting systems, check registers and/or disbursements journals are
maintained for each disbursement account.

**Bank Statements**

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors.

**Closed Bank Accounts**

The Debtors affirm that no bank account(s) were closed during the current reporting period.

**Opened Bank Accounts**

The Debtors affirm that no bank account(s) were opened during the current reporting period.

**BANK RECONCILIATIONS
For the Period November 3, 2019 through November 30, 2019**

| Bank | Acct No. | Purpose of Account | | Balance as of 11/30/19 |
|---|---|---|---|---|
| Bank of Hawaii | 399 | Store Depository | **Closed** | |
| Banco Popular | 819 | Store Depository | **Closed** | |
| Regions | 317 | Store Depository | **Closed** | |
| PNC Bank | 229 | Store Depository | **Closed** | |
| Wells Fargo | 724 | Store Depository | **Closed** | |
| Bank of America | 672 | Depository - Credit Card Receipt Account | | - |
| Bank of America | 607 | Depository - Concentration Account | | 886,752 |
| Bank of America | 609 | Operating | | 1,409,541 |
| Bank of America | 420 | Payroll Disbursement | | - |
| Bank of America | 339 | Holding | | 1,000 |
| Bank of America | 340 | Holding | | 1,000 |
| Bank of America | 163 | General Disbursement | | 5,177 |
| Bank of America | 079 | Rent Disbursement | | 8,457 |
| Bank of America | RUS | Line of Credit | **Closed** | |
| Wells Fargo | 215 | Change Order Account | **Closed** | |
| Bank of America | 563 | Utility Deposit Account | **Closed** | |
| Bank of America | 978 | Sales Tax Escrow Account | **Closed** | |
| Bank of America | 294 | Professional Services Escrow Account | | - |
| **Total Bank Balance** | | | | **2,311,927** |

MOR-1a

In re  CR Holding Liquidating, Inc., et al.

Case No:    19-10210
Reporting Period:    November 2019

**PROFESSIONAL FEES AND EXPENSES PAID**
**For the Period November 3, 2019 through November 30, 2019**

| Professional [1] | Docket | Amount Paid This Period | | | Cumulative Amount Paid Since Filing | | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Total | Fees | Expenses | Total |
| A&G Realty Partners, LLC | 275 | - | - | - | 1,299,699 | - | 1,299,699 |
| Bayard, P.A. | 288 | 41,727 | 2,227 | 43,953 | 539,431 | 42,802 | 582,233 |
| Berkeley Research Group, LLC | 277 | - | - | - | 1,185,597 | 82,890 | 1,268,487 |
| Cooley LLP | 285 | 226,447 | 68,497 | 294,945 | 2,012,294 | 104,424 | 2,116,718 |
| Donlin, Recano and Company | 287 | 34,605 | - | 34,605 | 458,005 | 143,199 | 601,204 |
| Guggenheim Securities, LLC | 310 | - | - | - | 1,125,000 | 25,193 | 1,150,193 |
| Malfitano Advisors, LLC | 287 | - | - | - | 81,775 | 3,571 | 85,346 |
| Potter Anderson & Corroon | 546 | 62,786 | 961 | 63,747 | 252,503 | 5,164 | 257,666 |
| Province, Inc. | 331 | - | - | - | 712,150 | 17,508 | 729,659 |
| Whiteford Taylor | 332 | - | - | - | 355,906 | 4,777 | 360,683 |
| **Total** | | 365,565 | 71,685 | 437,250 | 8,022,359 | 429,528 | 8,451,887 |

| Professional [1] | Docket | Role |
|---|---|---|
| A&G Realty Partners, LLC | 275 | Debtor Real Estate Advisor |
| Bayard, P.A. | 288 | Debtor Co-Counsel |
| Berkeley Research Group, LLC | 277 | Debtor Chief Restructuring Officer and Additional Personnel |
| Cooley LLP | 285 | Debtor Bankruptcy Counsel |
| Donlin, Recano and Company | 287 | Debtor Administrative Advisor |
| Guggenheim Securities, LLC | 310 | Debtor Investment Banker |
| Malfitano Advisors, LLC | 287 | Debtor Asset Disposition Consultant |
| Potter Anderson & Corroon | 546 | UCC Counsel |
| Province, Inc. | 331 | UCC Financial Advisor |
| Whiteford Taylor | 332 | UCC Counsel |

(1) Brincko and King & Spalding are not retained professionals and paid pursuant to the terms of the DIP Agreement.

In re  CR Holding Liquidating, Inc., et al.

Case No:    19-10210
Reporting Period:    November 2019

**STATEMENT OF OPERATIONS**
**For the Period November 3, 2019 through November 30, 2019**
**(Unaudited)**
**(In thousands)**

| Case No: | 19-10210 CR Holding Liquidating, Inc. | 19-10211 CR Holdings Liquidating Corporation | 19-10212 CR Intermediate Liquidating Corporation | 19-10213 CR Enterprise, Inc. | 19-10214 CR Liquidating, Inc. | 19-10215 CR Merchandising liquidating, Inc. | 19-10216 CR Administration Liquidating, Inc. | Consolidated |
|---|---|---|---|---|---|---|---|---|
| **Cash Flow Summary** | | | | | | | | |
| (In thousands) | | | | | | | | |
| Net sales | - | - | - | - | - | - | - | - |
| Cost of goods sold, including buying, distribution, and occupa | - | - | - | - | 1 | - | - | 1 |
| Gross profit | - | - | - | - | 1 | - | - | 1 |
| Selling, general, and administrative expenses | - | - | - | - | 4 | - | 697 | 701 |
| Impairment of goodwill | - | - | - | - | - | - | - | - |
| Income (loss) from operations | - | - | - | - | (3) | - | (697) | (700) |
| Other expense, net: | | | | | | | | |
| Interest, net | - | - | - | - | - | - | - | - |
| Gain on restructuring | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | 224 | - | - | 224 |
| Total other expense, net | - | - | - | - | 224 | - | - | 224 |
| Income (loss) before income taxes | - | - | - | - | 221 | - | (697) | (476) |
| Income tax expense (benefit) | - | - | - | - | - | - | - | - |
| Net income (loss) and comprehensive income (loss) | - | - | - | - | 221 | - | (697) | (476) |

| In re | **CR Holding Liquidating, Inc., et al.** | **Case No:** | **19-10210** |
|---|---|---|---|
| | | **Reporting Period:** | **November 2019** |

**Condensed Consolidated Balance Sheets**
(Unaudited)
(In thousands)

| Assets | November 30, 2019 | February 2, 2019 |
|---|---|---|
| Current assets: | | |
| Cash and cash equivalents | 1,248 | 5,722 |
| Inventories | - | 54,925 |
| Prepaid expenses | 2,002 | 8,458 |
| Deferred tax assets | - | - |
| Other current assets | 1,688 | 1,376 |
| Total current assets | 4,938 | 70,481 |
| Property and equipment, at cost | 1,214 | 301,083 |
| Less accumulated depreciation | (1,093) | (244,337) |
| Property and equipment, net | 121 | 56,746 |
| Trade name, net of impairment of $8,500 at February 2, 2019 | - | 77,200 |
| Goodwill, net of impairment of $90,681 at February 2, 2019 | - | 69,261 |
| Long term deferred tax asset | - | - |
| Other assets | 1,064 | 6,148 |
| Total assets | 6,123 | 279,836 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | 466 | 53,054 |
| Accounts Payable Pre-filing | 41,696 | - |
| Accrued payroll and employee benefits | - | 7,057 |
| Current maturities of long-term debt | - | - |
| Other current liabilities | 908 | 37,403 |
| Other current liabilities Pre-filing | 6,150 | - |
| Total current liabilities | 49,220 | 97,514 |
| Deferred rent | - | 51,487 |
| Unfavorable lease reserve | - | 28 |
| Deferred tax liabilities | - | - |
| Long-term debt, net of OID and issuance costs | 88,052 | 88,052 |
| Other liabilities | 9,730 | 13,955 |
| Total liabilities | 147,002 | 251,036 |
| | | |
| Stockholders' equity: | | |
| Series 1 preferred stock, $0.001 par value; no shares authorized at February 2, 2019 and June 1, 2019 | - | - |
| Common stock, $0.001 par value; 3,500,000 shares authorized, 214,427 issued and outstanding at February 2, 2019 and June 1, 2019 | - | - |
| Additional paid-in capital | 315,205 | 315,205 |
| Accumulated deficit | (456,084) | (286,405) |
| Total stockholders' equity | (140,879) | 28,800 |
| Total liabilities and stockholders' equity | 6,123 | 279,836 |

(1)  The information contained in MOR-3 is provided to fulfill the requirements of the Office of the United States Trustee. All information contained in MOR-3 is unaudited and subject to future adjustment. Given that the Debtors' financial statements and balance sheets are typically on a consolidated basis, all information contained in MOR-3 has been presented on a consolidated basis.

| In re | **CR Holding Liquidating, Inc., et al.** | Case No: | **19-10210** |
|-------|------------------------------------------|----------|--------------|
|       |                                          | Reporting Period: | **November 2019** |

**Status of Postpetition Taxes**
**For the Period November 3, 2019 through November 30, 2019**

The Debtors continue to pay post-petition taxes as they become due and are current on those payments.
If payments become past due the Debtors will include a schedule in the MOR listing past due post-petition taxes.

|  | Ending Tax Liability |
|---|---:|
| **Federal** | |
| Withholding | - |
| FICA - EE | - |
| FICA - ER | - |
| FUTA | - |
| **Total Federal** | - |
| | |
| **State and Local** | |
| Withholding | - |
| City/County | - |
| SUTA/SDI EE | - |
| SUTA/SDI ER | - |
| Other employee related | - |
| Sales | - |
| Use | - |
| Personal Property | 51,098 |
| Business Licenses | 95,668 |
| **Total State and Local** | 146,766 |
| | |
| **Total Taxes Outstanding** | **146,766** |

**SUMMARY OF UNPAID POST-PETITION DEBTS**
**For the Period November 3, 2019 through November 30, 2019**

|  | Post - Petition |
|---|---:|
| Current | - |
| 0 - 30 | - |
| 31 - 60 | - |
| 60 - 90 | - |
| over 90 | 466,012 |
| **Total** | **466,012** |

MOR-4

In re  CR Holding Liquidating, Inc., et al.

Case No:  **19-10210**
Reporting Period:  **November 2019**

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**
For the Period November 3, 2019 through November 30, 2019

| Debtor | 0-30 (Current) | 31-60 | 61-90 | Over 90 | AR Aging |
|---|---|---|---|---|---|
| Charlotte Russe Holding, Inc. | - | - | - | - | - |
| Charlotte Russe Holdings Corporation | - | - | - | - | - |
| Charlotte Russe Intermediate Corporation | - | - | - | - | - |
| Charlotte Russe Enterprise, Inc. | - | - | - | - | - |
| Charlotte Russe, Inc. | - | - | - | 1,687,954 | 1,687,954 |
| Charlotte Russe Merchandising, Inc. | - | - | - | - | - |
| Charlotte Russe Administration, Inc. | - | - | - | - | - |
| | - | - | - | 1,687,954 | 1,687,954 |

**DEBTOR QUESTIONNAIRE**
For the Period November 3, 2019 through November 30, 2019

| | | YES | NO | Explanation |
|---|---|---|---|---|
| 1) | Have any Assets been sold or transferred outside normal course of business this reporting period? | | NO | |
| 2) | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | NO | |
| 3) | Have all post petition tax returns been filed timely? | YES | | |
| 4) | Are worker compensation, general liability, and other necessary insurance coverages in effect? | YES | | |
| 5) | Has any bank account been open during the period? If yes provide documentation identifying the opened accounts. | | NO | |