**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CR Holding Liquidating, Inc., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10210 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 3, 2020 AT 10:00 A.M. (ET)[2]**

## I.   ADJOURNED MATTER

1.   Oracle America, Inc.'s Request for Allowance and Payment of Administrative Expenses [Filing Date: 12/2/19; D.I. 1113]

    Response Deadline:   December 20, 2019 at 4:00 p.m. (ET), extended by agreement for the Debtors.

    Responses Received:   None.

    Status:   By agreement of the parties, this matter is being adjourned to the next omnibus hearing.

## II.   MATTER UNDER CERTIFICATION OF NO OBJECTION

2.   Debtors' Motion for an Order Extending Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the Bankruptcy Code [Filing Date: 11/27/19; D.I. 1093]

    Related Documents: None.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: CR Holding Liquidating Inc. (f/k/a Charlotte Russe Holding Inc.) (4325); CR Holdings Liquidating Corporation (f/k/a Charlotte Russe Holdings Corporation) (1045); CR Intermediate Liquidating Corporation (f/k/a Charlotte Russe Intermediate Corporation) (6345); CR Enterprise Liquidating, Inc. (f/k/a Charlotte Russe Enterprise, Inc.) (2527); CR Liquidating, Inc. (f/k/a Charlotte Russe, Inc.) (0505); CR Merchandising Liquidating, Inc. (f/k/a Charlotte Russe Merchandising, Inc.) (9453); and CR Administration Liquidating, Inc. (f/k/a Charlotte Russe Administration, Inc.) (9456).  The Debtors' mailing address is 3111 Camino Del Rio N. Suite 400, San Diego, CA 92108.

[2] Please note that the hearing is before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.  Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878.  Requests will be accepted up to the time of the hearing.

Response Deadline:   December 11, 2019 at 4:00 p.m. (ET)

Responses Received:  None.

Status:   The Debtors received no responses to this motion and filed a certification of no objection on December 12, 2019. Unless the court has questions, a hearing is not required.

### III.  CONTESTED MATTER GOING FORWARD

3.  Motion of Real Play Corp., Inc. for Allowance and Payment of Administrative Expenses Under 11 U.S.C. § 503(b)(9) [Filing Date: 5/17/19; D.I. 588]

    Response Deadline:   June 12, 2019 at 4:00 p.m. (ET), extended to July 15, 2019 for the Debtors.

    Responses Received:

    a.  Limited Objection to Motion of Real Play Corp., Inc. for Allowance and Payment of Administrative Expenses Under 11 U.S.C. § 503 (b)(9) [Filing Date: 7/15/19; D.I. 711]

    Status:   This matter is going forward.

### IV.  FEE APPLICATION MATTERS[3]

4.  Interim Fee Applications

    Related Documents:

    a.  See Exhibit A

    b.  Certification of Counsel Regarding Proposed Omnibus Order Approving Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Filing Date: 12/30/19; D.I. 1164]

    Response Deadline: Various

    Response Received: None

---

[3] Please be advised that the fee application binder regarding Interim Fee Applications was submitted to Bankruptcy Court Chambers on December 27, 2019.

Status:     On December 30, 2019, the Debtors filed a proposed order granting the Interim Fee Applications under certification of counsel. Therefore, a hearing is only required if the court has questions regarding the Interim Fee Applications.

Dated: December 30, 2019
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Daniel N. Brogan*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
      efay@bayardlaw.com
      dbrogan@bayardlaw.com

- and -

COOLEY LLP
Seth Van Aalten
Michael Klein
Summer M. McKee
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
      mklein@cooley.com
      smckee@cooley.com

*Co-Counsel for the Debtors and Debtors in Possession*