**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CR Holding Liquidating, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10210 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON FEBRUARY 10, 2020 AT 2:00 P.M. (ET)[2]**

**I.   ADJOURNED MATTER**

1. Oracle America, Inc.'s Request for Allowance and Payment of Administrative Expenses [Filing Date: 12/2/19; D.I. 1113]

   Response Deadline:   December 20, 2019 at 4:00 p.m. (ET), extended by agreement for the Debtors.

   Responses Received:  None.

   Status:   By agreement of the parties, this matter is being adjourned to the next omnibus hearing.

**II.   RESOLVED MATTER**

2. Motion of the Debtors to Extend the Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [Filing Date: 12/30/19; D.I. 1166]

   Related Documents:

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: CR Holding Liquidating Inc. (f/k/a Charlotte Russe Holding Inc.) (4325); CR Holdings Liquidating Corporation (f/k/a Charlotte Russe Holdings Corporation) (1045); CR Intermediate Liquidating Corporation (f/k/a Charlotte Russe Intermediate Corporation) (6345); CR Enterprise Liquidating, Inc. (f/k/a Charlotte Russe Enterprise, Inc.) (2527); CR Liquidating, Inc. (f/k/a Charlotte Russe, Inc.) (0505); CR Merchandising Liquidating, Inc. (f/k/a Charlotte Russe Merchandising, Inc.) (9453); and CR Administration Liquidating, Inc. (f/k/a Charlotte Russe Administration, Inc.) (9456). The Debtors' mailing address is 3111 Camino Del Rio N. Suite 400, San Diego, CA 92108.

[2] Please note that the hearing is before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878. Requests will be accepted up to the time of the hearing.

    a. Certificate of No Objection Regarding Motion of the Debtors to Extend the Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [Filing Date: 1/17/20; D.I. 1190]

    b. Order Extending the Period Within Which Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [Date Entered: 1/21/20; D.I. 1194]

Response Deadline:   January 14, 2020 at 4:00 p.m. (ET)

Responses Received:  None.

Status:   An Order has been entered with regard to this matter. No hearing is necessary.

## III.   MATTER GOING FORWARD

3. Motion of Real Play Corp., Inc. for Allowance and Payment of Administrative Expenses Under 11 U.S.C. § 503(b)(9) [Filing Date: 5/17/19; D.I. 588]

Response Deadline:   June 12, 2019 at 4:00 p.m. (ET), extended to July 15, 2019 for the Debtors.

Responses Received:

    a. Limited Objection to Motion of Real Play Corp., Inc. for Allowance and Payment of Administrative Expenses Under 11 U.S.C. § 503 (b)(9) [Filing Date: 7/15/19; D.I. 711]

Status:   This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 6, 2020
     Wilmington, Delaware

BAYARD, P.A.

 */s/ Daniel N. Brogan*
Justin R. Alberto (No. 5126)
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: jalberto@bayardlaw.com
       efay@bayardlaw.com
       dbrogan@bayardlaw.com

- and -

COOLEY LLP
Michael Klein
Summer M. McKee
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: svanaalten@cooley.com
       mklein@cooley.com
       smckee@cooley.com

*Co-Counsel for the Debtors and Debtors in Possession*