# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 19-10210 (LSS) |
| CR Holding Liquidating, Inc., et al., [1] | Chapter 11 Case |
| Debtor. | Jointly Administered |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

REEP-RTL NPM GA, LLC, by and through its undersigned counsel, hereby gives evidence and notice pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) of the transfer, other than for security, of the claim of:

**Transferor**

North Point Mall, LLC
c/o Brookfield Property REIT, Inc.
350 N. Orleans Street, Suite 300
Chicago, IL 60654-1607
Amended Claim Nos. 01311 and 01328

**Transferee**

REEP-RTL NPM GA, LLC
c/o Real Estate – 9th Floor
51 Madison Avenue
New York, New York 10010-1603
Attention:  Asset Manager – North Point Mall

A true and correct copy of the "Claim Purchase Agreement" is attached hereto as Exhibit A.  No action is required if Transferor does not object to the transfer of its claim.  **IF**

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: CR Holding Liquidating Inc. (f/k/a Charlotte Russe Holding Inc.) (4325); CR Holdings Liquidating Corporation (f/k/a Charlotte Russe Holdings Corporation) (1045); CR Intermediate Liquidating Corporation (f/k/a Charlotte Russe Intermediate Corporation) (6345); CR Enterprise Liquidating, Inc. (f/k/a Charlotte Russe Enterprise, Inc.) (2527); CR Liquidating, Inc. (f/k/a Charlotte Russe, Inc.) (0505); CR Merchandising Liquidating, Inc. (f/k/a Charlotte Russe Merchandising, Inc.) (9453); and CR Administration Liquidating, Inc. (f/k/a Charlotte Russe Administration, Inc.) (9456). The Debtors' mailing address is 3111 Camino Del Rio N. Suite 400, San Diego, CA 92108.

**TRANSFEROR OBJECTS TO THE TRANSFER OF ITS CLAIM, WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF THIS NOTICE, THE TRANSFEROR MUST FILE A WRITTEN OBJECTION TO THE TRANSFER AT THE FOLLOWING ADDRESS:**

> United States Bankruptcy Court
> Clerk's Office
> United States Bankruptcy Court
> District of Delaware
> 824 North Market Street, 3rd Floor
> Wilmington, Delaware 19801

**AND SEND A COPY OF THE OBJECTION TO COUNSEL FOR THE TRANSFEREE AT THE FOLLOWING ADDRESS:**

> Venable LLP
> c/o Laura S. Bouyea
> 1201 N. Market Street, Suite 1400
> Wilmington, Delaware 19801

**IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED. IF YOUR OBJECTION IS NOT TIMELY FILED, TRANSFEREE WILL BE SUBSTITUTED IN THE COURT RECORDS AS THE CLAIMANT.**

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 11th day of May 2021.

**VENABLE LLP**

<u>/s/ Laura S. Bouyea</u>
Laura S. Bouyea, Esquire (#6015)
1201 N. Market Street, Suite 1400
Wilmington, Delaware 19801
Telephone: 302-298-3535
Facsimile: 302-298-3550
lsbouyea@venable.com

*Attorneys for REEP-RTL NPM GA LLC*

Copy to:

North Point Mall, LLC
c/o Brookfield Property REIT, Inc.
350 N. Orleans Street, Suite 300
Chicago, IL 60654-1607
*Transferor*

# EXHIBIT A

## ASSIGNMENT OF CLAIMS

**THIS ASSIGNMENT OF CLAIMS** (the "Assignment") is entered into this 1st day of January, by and between **NORTH POINT MALL, LLC**, a Delaware limited liability company (the "Assignor") and **REEP-RTL NPM GA LLC**, a Delaware limited liability company (the "Assignee").

## RECITALS

**WHEREAS**, the Assignor has filed a Proof of Claim asserting a general unsecured claim in the amount shown on Exhibit A attached hereto (each a "Claim" and collectively, the "Claims") in the bankruptcy case of each tenant debtor identified on Exhibit A (each a "Debtor") that may be pending in the respective jurisdiction identified on Exhibit A (each the "Bankruptcy Court"), administered under the applicable case number identified on Exhibit A (each a "Bankruptcy Case");

**WHEREAS**, each Claim is listed on the claims register maintained for the applicable Bankruptcy Case by the claims agent or case administrator under the respective claim number identified on Exhibit A;

**WHEREAS**, the Assignor wishes to assign to the Assignee, and the Assignee wishes to accept from the Assignor, any and all rights, title and interests of the Assignor in the Claims;

**WHEREAS**, the Assignor has full power and authority to assign such rights, title and interests in the Claims; and

**NOW, THEREFORE**, in consideration hereof, the parties, intending to be legally bound, hereby covenant and agree as follows:

1. For good and valuable consideration, the Assignor does hereby grant, assign and transfer all of its rights, title and interests in the Claims absolutely unto the Assignee;

2. The Assignee does hereby agree to accept assignment of the Claims and will fulfill all terms of the Assignment forthwith;

    3. The Assignor consents and will not object to Assignee's filing a 3001 notice of assignment of the Claims in each Bankruptcy Case; and

    4. The Assignor will, within three (3) business days of receipt, forward any distributions to the Assignee, and provide Assignee with contact information for the applicable claims agent website where the Assignee can obtain copies of and register to receive notices, objections or pleadings, relating to the Claims.

    [SIGNATURE PAGES FOLLOW]

-2-

Executed and effective as of the date first written above.

                    **ASSIGNOR:**

                    **NORTH POINT MALL, LLC,**
                    a Delaware limited liability company

                    By: _____/s/ Gregory R. Lynch_____
                    Name: Gregory R. Lynch
                    Title: Authorized Signatory

[SIGNATURES CONTINUE ON THE FOLLOWING PAGE]

**ASSIGNEE:**

**REEP-RTL NPM GA LLC,**
a Delaware limited liability company

By: _____
Name: Timothy M. McGinnis
Title:   Vice President

[Signature Page – North Point Mall – Assignment of Claim]

**EXHIBIT A**



| Lease: Property | Lease: Tenant Name (DBA) | Date of Filing | Ass/Rej Deadline | Case Number | Type of Bankruptcy | Lease # | Unit # | BK Lease Status | Lease: Square Footage | Pre-Petition | Post-Petition Claim | Rejection Damage Claim | Total Unsecured Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mall Name:** North Point Mall **(18 records)** | | | | | | | | | | | | | | |
| North Point Mall | Charlotte Russe | 2/3/2019 | | 19-10210 | Chapter 11 | | | | | | | | | |