IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                    :     Chapter 11
                                          :
**CR HOLDING LIQUIDATING, INC. ET AL**    :     CASE NO. 19-10210(LSS)
                                          :
                        **DEBTORS**       :     Jointly Administered
---------------------------------------------------------X

### DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S) REGARDING NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1) and/or (e)(2)

**STATE OF   NEW YORK**    )
                           )   SS:
**COUNTY OF KINGS**        )

I, Tina Carr declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano and Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 17th day of May, 2021, I received a copy of the Notice of Transfer of Claim ownership for Docket No(s). #1558 as printed from the docket maintained by the court for the captioned debtor.

4. On the 18th day of May, 2021, I sent a copy of the Notice of Transfer of Claim ownership pursuant to FRBP 3001 (e)(1) and/or (e)(2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of March, 2021 at Brooklyn, New York.

By _____
    Tina Carr

Sworn before me this
15th day of May 2021

_____
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

B2100B (12/15)

# United States Bankruptcy Court

## District of DELAWARE

In re  CR HOLDING LIQUIDATING, INC. ET AL                    Case No. 19-10210

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  1311 & 1328  (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 5-11-21 Docket #1558.

| | |
|---|---|
| NORTH POINT MALL, LLC | REEP-RTL NPM GA, LLC |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| C/O BROOKFIELD PROPERTY REIT, INC. | REAL ESTATE – 9TH FL |
| 350 N ORLEANS ST STE 300 | 51 MADISON AVE |
| CHICAGO, IL 60654-1607 | NEW YORK, NY 10010-1603 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within **twenty-one (21)** days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 5-18-21

DONLIN, RECANO & COMPANY, INC.
FOR THE
USBC - DISTRICT OF DELAWARE

CLERK OF THE COURT