UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2023 APR 13 PM 12:05
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: )
) Chapter 11
CR Holding Liquidating, Inc., *et al.*, )
) Case No. 19-10210 (LSS)
Debtors )
)

**LIMITED OBJECTION OF THE ALLEN COUNTY TREASURER TO MOTION OF THE DEBTORS FOR ENTRY OF ORDERS 1) ESTABLISHING DISMISSAL PROCEDURES, 2) AUTHORIZING DISMISSAL OF THE DEBTORS' CHAPTER 11 CASES, 3) AUTHORIZING SALE OF REMNANT ASSETS, 4) PERMITTING OFFSET OF FURTHER FEES UNDER 28 U.S.C. § 1930(A)(6) AGAINST OVER PAYMENTS AND 5) GRANTING RELATED RELIEF**

William F. Royce, the Treasurer of Allen County, Indiana ("Allen County Treasurer"), by his undesigned counsel, makes this Limited Objection to the Motion of the Debtors' for Entry of Orders 1) Establishing Dismissal Procedures, 2) Authorizing Dismissal of the Debtors' Chapter 11 Cases, 3) Authorizing Sale of Remnant Assets, 4) Permitting Offset of Further Fees Under 28 U.S.C. § 1930(a)(6) Against Over Payments and 5) Granting Related Relief (Doc 1778) ("Debtors' Motion"), and in support hereof states as follows:

1. The Allen County Treasurer is a creditor of the Debtors based on personal property taxes assessed in connection with a Charlotte Russe retail store located in Fort Wayne, Indiana.

2. Under Indiana law, property taxes are assessed on January 1 of each year and due and payable in two equal installments on May 10 and November 10 in the following year. *I.C. 6-1.1-2-1.5, 6-1.1-22-9*.

3. Personal property taxes were assessed on January 1, 2020, and on each succeeding January 1st.

4.  The Debtors owe personal property taxes assessed in 2020 and later in the amount of $7,721.64.

5.  Because theses property taxes were assessed post-petition, they constitute an administrative expense of the Debtors' bankruptcy estate. *11 U.S.C. § 503(b)(1)(B)*.

6.  The Allen County Treasurer objects to the Debtors' Motion for the reason that the Motion does not provide for payment of post-petition property taxes, which represent an administrative expense of the bankruptcy estate, on an equal basis with other administrative expenses of the bankruptcy estate.

WHEREFORE, the Allen County Treasurer respectfully requests that the Court enter an order denying the relief requested in the Debtors' Motion and granting such other relief as is just and proper.

Respectfully submitted,

KIPLINGER LAW FIRM, P.C.

111 W. Wayne Street, Suite B
Fort Wayne, IN 46802
PH:  (260) 407-7070
FAX: (260) 407-7137
Email: rfk@kiplingerlaw.com

By: _____
Roy F. Kiplinger (18736-02)
*Attorney for Allen County Treasurer*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2023, I mailed by United States Postal Service, First Class postage prepaid, the forgoing Objection to the following individuals at the address listed for each and also sent to such individuals such Objection by electronic mail at the e-mail address listed for each:

Bayard, P.A.
Daniel N. Brogan
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: dbrogan@bayardlaw.com

Cooley LLP
Cathy Hershcopf
Summer M. McKee
55 Hudson Yards
New York. New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
E-mail: chershcopf@cooley.com
smckee@cooley.com

_____
Roy F. Kiplinger

**Kiplinger Law Firm, P.C.**
111 W. Wayne Street, Suite B
Fort Wayne, IN 46802

Roy F. Kiplinger
PH: (260) 407-7070
FAX: (260) 407-7137

FILED
2023 APR 13 PM 12:04
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 12, 2023

via FedEx

Clerk of the Bankruptcy Court
United States Bankruptcy Court
824 Market ST N, 3rd Floor
Wilmington, DE 19801

Re: CR Holding Liquidating, Inc., *et al.*
Chapter 11, Case No. 19-10210 (LLS)
Our File No. ACTR.09002

Dear Clerk:

Enclosed for filing, please find an original and two (2) copies of the Limited Objection of the Allen County Treasurer to Motion of the Debtors for Entry of Orders. I would appreciate receiving a file-stamped copy of this response, and have provided a self-addressed, stamped envelope for that purpose.

Should you require anything additional, or have questions, please contact me.

Very truly yours,

KIPLINGER LAW FIRM

Roy F. Kiplinger

RFK/cz/encl.