# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: admin | Date Created: 4/19/2023 |
| Case: 19–10210–LSS | Form ID: pdfodc | Total: 291 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | Greece Ridge,LLC |
| cr | Eastview Mall. LLC |
| intp | Harlan M. Lazarus, Esq. |
| intp | Poughkeepsie Galleria LLC |
| intp | Larry K. Pritchett |
| intp | San Diego County Treasurer –Tax Collector of California |
| intp | Chattam County Tax Commissioner |
| intp | The City of Portage |
| intp | Center for Environmental Health |
| intp | Deborah Castlemain |
| intp | LVP St. Augustine Outlets LLC |
| intp | COMM 2014–CCRE16 SW WANAMAKER ROAD, LLC |
| intp | Yong Bom Lee, Esq. |
| intp | Susan D. Jones |
| cr | Wells Fargo Bank, N.A. |
| intp | Oregon Department of Revenue |
| intp | Sunny Lee |
| aty | Ryan Berghoff |

TOTAL: 18

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| op | Donlin, Recano & Company, Inc. | ljordan@donlinrecano.com |
| clagent | Donlin, Recano & Company, Inc. | ljordan@donlinrecano.com |
| aty | A.J. Webb | awebb@fbtlaw.com |
| aty | Aaron H. Stulman | astulman@potteranderson.com |
| aty | Amish R. Doshi | amish@doshilegal.com |
| aty | Amy Williams | awilliams@williamsadvisors.com |
| aty | Andrew S. Conway | Aconway@taubman.com |
| aty | Anthony M. Saccullo | ams@saccullolegal.com |
| aty | Ari David Kunofsky | ari.d.kunofsky@usdoj.gov |
| aty | Barbra Rachel Parlin | barbra.parlin@hklaw.com |
| aty | Bo Shi | shiattorney@yahoo.com |
| aty | Brett Michael Haywood | haywood@rlf.com |
| aty | Carol E. Momjian | cmomjian@attorneygeneral.gov |
| aty | Cathy Hershcopf | chershcopf@cooley.com |
| aty | Christopher Murphy | bk–cmurphy@oag.texas.gov |
| aty | Christopher G. Boies | cboies@kslaw.com |
| aty | Christopher L. Carter | christopher.carter@morganlewis.com |
| aty | Christopher M. Samis | csamis@potteranderson.com |
| aty | Curtis S. Miller | csmefiling@mnat.com |
| aty | Daniel N. Brogan | dbrogan@bayardlaw.com |
| aty | David M. Blau | DBlau@clarkhill.com |
| aty | David M. Neumann | dneumann@meyersroman.com |
| aty | David M. Powlen | dpowlen@btlaw.com |
| aty | Derrick Hansen | dhansen@friedmanspring.com |
| aty | Derrick N.D. Hansen | dhansen@friedumspring.com |
| aty | Derrick N.D. Hansen | dhansen@friedumspring.com |
| aty | Derrick N.D. Hansen | dhansen@friedumspring.com |
| aty | Diane W. Sanders | austin.bankruptcy@publicans.com |
| aty | Don Stecker | don.stecker@lgbs.com |
| aty | Donald K. Ludman | dludman@brownconnery.com |
| aty | Douglas D. Herrmann | Douglas.Herrmann@troutman.com |
| aty | Dustin Parker Branch | branchd@ballardspahr.com |
| aty | Eboney Cobb | ecobb@pbfcm.com |
| aty | Elihu Ezekiel Allinson, III | ZAllinson@SHA–LLC.com |
| aty | Elissa D. Miller | elissa.miller@gmlaw.com |
| aty | Emily K Steele | emily.steele@klgates.com |
| aty | Eric C. Cotton | ecotton@sitecenters.com |
| aty | Eric M. Sutty | esutty@atllp.com |
| aty | Ernie Zachary Park | ernie.park@bewleylaw.com |
| aty | Evan M. Lazerowitz | Elazerowitz@cooley.com |
| aty | Fred B. Ringel | fbr@robinsonbrog.com |
| aty | Frederick B. Rosner | rosner@teamrosner.com |
| aty | Garvan F. McDaniel | gfmcdaniel@dkhogan.com |
| aty | Gary D. Underdahl | gunderdahl@askllp.com |
| aty | Gaye N. Heck | gheck@bbslaw.com |
| aty | Gregory F. Fischer | gfischer@cozen.com |

| | | |
|---|---|---|
| aty | Gregory Joseph Flasser | gflasser@bayardlaw.com |
| aty | Helen Elizabeth Weller | Dora.Casiano–Perez@lgbs.com |
| aty | Henry Jon Jaffe | Henry.Jaffe@troutman.com |
| aty | Howard M. Spector | hspector@spectorjohnson.com |
| aty | Jane M. Leamy | jane.m.leamy@usdoj.gov |
| aty | Jason A. Gibson | gibson@teamrosner.com |
| aty | Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| aty | Jeffrey L. Galliher | jgalliher@lasvegasnevada.gov |
| aty | Jennifer R. Hoover | jhoover@beneschlaw.com |
| aty | Joaquin Jose Alemany | joaquin.alemany@hklaw.com |
| aty | John C Gentile | jgentile@beneschlaw.com |
| aty | John D. Demmy | john.demmy@saul.com |
| aty | John P. Dillman | houston_bankruptcy@lgbs.com |
| aty | Johnna Darby | jdarby@foxrothschild.com |
| aty | Jose A. Casal | jcasal@hklaw.com |
| aty | Joseph E. Sarachek | joe@saracheklawfirm.com |
| aty | Joseph N. Argentina, Jr. | joseph.argentina@faegredrinker.com |
| aty | Joseph W. Brown | jbrown@cooley.com |
| aty | Julie Anne Parsons | jparsons@mvbalaw.com |
| aty | Karen M. Grivner | kgrivner@clarkhill.com |
| aty | Kasey H. Desantis | kdesantis@foxrothschild.com |
| aty | Kate P. Foley | kfoley@mirickoconnell.com |
| aty | Kate R. Buck | kbuck@mccarter.com |
| aty | Katharina Earle | katharina.earle@faegredrinker.com |
| aty | Kenneth Listwak | Ken.Listwak@troutman.com |
| aty | Kevin F. Shaw | kshaw@archerlaw.com |
| aty | Kevin G. Collins | kevin.collins@btlaw.com |
| aty | Kevin M. Capuzzi | kcapuzzi@beneschlaw.com |
| aty | Kevin M. Newman | knewman@barclaydamon.com |
| aty | Kristen N. Pate | bk@bpretail.com |
| aty | LESLIE B. SPOLTORE | leslie.spoltore@obermayer.com |
| aty | Laura J. Monroe | lmbkr@pbfcm.com |
| aty | Laura L. McCloud | agbankdelaware@ag.tn.gov |
| aty | Laura Skowronski Bouyea | lsbouyea@venable.com |
| aty | Laurel D. Roglen | roglenl@ballardspahr.com |
| aty | Lawrence A. Lichtman | LLichtman@honigman.com |
| aty | Leslie C. Heilman | heilmanl@ballardspahr.com |
| aty | Lindsey M. Harrison Madgar | lmadgar@cafarocompany.com |
| aty | Marcy J. McLaughlin Smith | Marcy.Smith@troutman.com |
| aty | Margaret R. Westbrook | margaret.westbrook@klgates.com |
| aty | Marianna Udem | mudem@askllp.com |
| aty | Mark Minuti | mark.minuti@saul.com |
| aty | Mark D. Collins | collins@RLF.com |
| aty | Mark D. Olivere | olivere@chipmanbrown.com |
| aty | Mary E. Augustine | meg@saccullolegal.com |
| aty | Matthew Goeller | matthew.goeller@klgates.com |
| aty | Matthew O Talmo | mtalmo@mnat.com |
| aty | Matthew P. Austria | maustria@austriallc.com |
| aty | Michael Klein | mklein@cooley.com |
| aty | Michael D. Breslauer | mbreslauer@swsslaw.com |
| aty | Michael G. Busenkell | mbusenkell@gsbblaw.com |
| aty | Michelle E. Shriro | mshriro@singerlevick.com |
| aty | Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| aty | Neal L. Wolf | nwolf@hansonbridgett.com |
| aty | Neal M. Rosenbloom | nrosenbloom@gwfglaw.com |
| aty | Niclas A. Ferland | nferland@barclaydamon.com |
| aty | Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| aty | Norman Christopher Griffiths | cgriffiths@connollygallagher.com |
| aty | Owen M. Sonik | osonik@pbfcm.com |
| aty | Paul W. Carey | pcarey@mirickoconnell.com |
| aty | Peter Klaus Muthig | muthigk@mcao.maricopa.gov |
| aty | Rachel B. Mersky | rmersky@monlaw.com |
| aty | Rafael Xavier Zahralddin–Aravena | Rafael.Zahralddin@lewisbrisbois.com |
| aty | Richard Patrick Petersen | rppesq1@hotmail.com |
| aty | Robert L. LeHane | rlehane@kelleydrye.com |
| aty | Ronald E Gold | rgold@fbtlaw.com |
| aty | Ronald Mark Tucker | rtucker@simon.com |
| aty | Scott Alan Zuber | szuber@csglaw.com |
| aty | Scott L. Fleischer | sfleischer@barclaydamon.com |
| aty | Stan D. Smith | ssmith@mwlaw.com |
| aty | Stephen Brett Gerald | sgerald@wtplaw.com |
| aty | Steven A. Ginther | deecf@dor.mo.gov |
| aty | Steven J Barkin | stevenbarkin@gmail.com |
| aty | Steven L. Caponi | steven.caponi@klgates.com |
| aty | Summer M McKee | smckee@cooley.com |
| aty | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| aty | Tara LeDay | tara.leday@chamberlainlaw.com |
| aty | Tara B. Annweiler | tannweiler@greerherz.com |

| | | |
|---|---|---|
| aty | Terence G. Banich | tbanich@foxrothschild.com |
| aty | Tracy Lee Klestadt | tklestadt@klestadt.com |
| aty | Vanessa P. Moody | vpeck@goulstonstorrs.com |
| aty | W. Austin Jowers | ajowers@kslaw.com |
| aty | William A. Hazeltine | Bankruptcy001@sha–llc.com |
| aty | William D. Sullivan | bsullivan@sha–llc.com |
| aty | William E. Chipman, Jr. | chipman@chipmanbrown.com |

TOTAL: 132

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | CR Holding Liquidating, Inc. | 700 W Harbor Drive #1505    San Diego, CA 92101 |
| cr | Brookfield Property REIT Inc. | Kristen N. Pate    350 N. Orleans St., Suite 300    Chicago, IL 60654 |
| aty | Taubman Company | Attn. Andrew S. Conway, Esq.    200 East Long Lake Road    Suite 300    Bloomfield Hills, MI 48304 |
| cr | Dallas County, Lewisville ISD, Northwest ISD, Tarrant County | Linebarger, Goggan, Blair & Sampson LLP    2777 N Stemmons Frwy, #1000    Dallas, TX 75207 |
| cr | Williamson County | c/o Tara LeDay    P. O. Box 1269    Round Rock, TX 78680–1269 |
| cr | Midland CAD | c/o Tara LeDay    P. O. Box 1269    Round Rock, TX 78680–1269 |
| cr | City of Waco et al. | c/o Tara LeDay    P. O. Box 1269    Round Rock, TX 78680–1269 |
| cr | Hays County | c/o Tara LeDay    P. O. Box 1269    Round Rock, TX 78680–1269 |
| cr | Denton County | c/o Tara LeDay    P. O. Box 1269    Round Rock, TX 78680–1269 |
| cr | Comal County | c/o Tara LeDay    P. O. Box 1269    Round Rock, TX 78680–1269 |
| cr | Brazos County | c/o Tara LeDay    P. O. Box 1269    Round Rock, TX 78680–1269 |
| cr | Bell County Tax Appraisal District | c/o Tara LeDay    P. O. Box 1269    Round Rock, TX 78680–1269 |
| cr | Bexar County | 711 Navarro, Suite 300    San Antonio, TX 78205 |
| cr | Wheaton Plaza Regional Shopping Center LLC | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Valencia Town Center Venture, L.P. | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Trumbull Shopping Center #2 LLC | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive    9th Floor    New Haven, CT 06511 |
| cr | Westfield Topanga Owner LLC | c/o Niclas A. Ferland, Esq.    LeClairRyan    545 Long Wharf Drive    9th Floor    New Haven, CT 06511 |
| cr | Sunrise Mall LLC | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | WEA Southcenter LLC | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Westland South Shore Mall L.P. | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Plaza Bonita LLC | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | WEA Palm Desert LLC | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Old Orchard Urban Limited Partnership | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Oakridge Mall LLC | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | EWH Escondido Associates, LP | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | North County Fair LP | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Mission Valley Shoppingtown LLC | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Meriden Square Partnership | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Roseville Shoppingtown LLC | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Culver City Mall LLC | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Citrus Park Mall Owner LLC | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, c 06511 |
| cr | Brandon Shopping Center Partners Ltd. | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Annapolis Mall Owner LLC | c/o Niclas A. Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | Westfield, LLC | c/o Niclas Ferland, Esq.    LeClairRyan    545 Long Wharf Drive, 9th Floor    New Haven, CT 06511 |
| cr | PREIT Services, LLC | c/o Jeffrey Kurtzman, Esquire    Kurtzman Steady, LLC    401 S. 2nd Street, Suite 200    Philadelphia, PA 19147 |
| cr | DDR DEL SOL LLC, S.E. | 3300 Enterprise Parkway    Beachwood, OH 44122 |
| cr | PGIM Real Estate | c/o Ballard Spahr LLP    2029 Century Park East    Suite 800    Los Angeles, CA 90067–2909 |
| cr | Metropolis Lifestyle Center, LLC | c/o Ballard Spahr LLP    2029 Century Park East    Suite 800    Los Angeles, CA 90067–2909 |
| cr | Centennial Real Estate Co. | c/o Ballard Spahr LLP    2029 Century Park East    Suite 800    Los Angeles, CA 90067–2909 |

| | | | | | |
|---|---|---|---|---|---|
| cr | Starwood Retail Partners LLC | c/o Ballard Spahr LLP | 2029 Century Park East | Suite 800 | Los Angeles, CA 90067–2909 |
| cr | The Macerich Company | c/o Ballard Spahr LLP | 2029 Century Park East | Suite 800 | Los Angeles, CA 90067–2909 |
| cr | Spring Branch Independent School District, et al | PBFCM, LLP | c/o Owen M. Sonik | 1235 N. Loop W., Ste 600 | Houston, TX 77008 |
| cr | YTC Mall Owner, LLC | c/o Ballard Spahr LLP | 2029 Century Park East | Suite 800 | Los Angeles, CA 90067–2909 UNITED STATES |
| cr | Grapevine–Colleyville ISD | c/o Perdue Brandon Fielder et al | 500 E Border Street | Suite 640 | Arlington, TX 76010 |
| cr | City of Grapevine | c/o Perdue Brandon Fielder et al | 500 E Border Street | Suite 640 | Arlington, TX 76010 |
| cr | Crowley ISD | c/o Perdue Brandon Fielder et al | 500 East Border Street, Suite 640 | | Arlington, TX 76010 |
| cr | Arlington ISD | c/o Perdue Brandon Fielder et al | 500 E Border Street | Suite 640 | Arlington, TX 76010 |
| cr | Garland ISD | c/o Perdue Brandon Fielder et al | 500 E. Border Street, Suite 640 | | Arlington, TX 76010 |
| cr | City of Garland | c/o Perdue Brandon Fielder et al | 500 E. Border Street, Suite 640 | | Arlington, TX 76010 |
| cr | Lubbock Central Appraisal District, et al., | C/O Laura J. Monroe | Perdue, Brandon, Fielder, Collins & Mott | PO Box 817 | Lubbock, TX 79408 |
| cr | The Shops at Summerlin North, LP | c/o Howard M. Spector | Spector & Johnson, PLLC | 12770 Coit Road Suite 1100 | Dallas, TX 75251 |
| cr | Riverwalk Marketplace (New Orleans) LLC | c/o Howard Marc Spector | Spector & Johnson, PLLC | 12770 Coit Road Suite 1100 | Dallas, TX 75251 |
| cr | Missouri Department of Revenue | Bankruptcy Unit | PO Box 475 | Jefferson City, MO 65105 | |
| cr | Shantex Group LLC | 530 Seventh Avenue | Suite 703 | New York, NY 10018 | |
| cr | The Texas Taxing Jurisdictions | c/o Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | |
| intp | The County of Imperial, California | Imperial County Treasurer–Tax Collector | 940 West Main Street, Suite 106 | El Centro, CA 92243 | |
| cr | Deb Secrest | Commonwealth of Pennsylvania | Department of Labor and Industry | 651 Boas Street, Room 702 | Harrisburg, PA 17121 |
| cr | Jefferson County | c/o John P Dillman | Linebarger Goggan Blair & Sampson LLP | P.O. Box 3064 | Houston, TX 77253–3064 |
| cr | Fort Bend County | Linebarger Goggan Blair & Sampson LLP | c/o John P. Dillman | Post Office Box 3064 | Houston, TX 77253–3064 |
| cr | Harris County | Linebarger Goggan Blair & Sampson LLP | C/O John P. Dillman | P.O. Box 3064 | Houston, TX 77253–3064 |
| cr | Montgomery County | Linebarger Goggan Blair & Sampson LLP | c/o John P. Dillman | P.O. Box 3064 | Houston, TX 77253–3064 |
| cr | Cypress–Fairbanks ISD | Linebarger Goggan Blair & Sampson LLP | C/O John P. Dillman | P.O. Box 3064 | Houston, TX 77253–3064 |
| cr | Pyramid Walden Company, L.P. | c/o Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street Syracuse, NY 13202–2020 |
| cr | Salmon Run Shopping Center, L.L.C. | c/o Barclay Damon LLP | Attn: Kevin M. Newman | Barclay DamontTower | 125 East Jefferson Stret Syracuse, NY 13202–2020 |
| cr | Poughkeepsie Galleria LLC | c/o Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street Syracuse, NY 13202–2020 |
| cr | EklecCo NewCo LLC | c/o Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street Syracuse, NY 13202–2020 |
| cr | JPMG Manassas Mall Owner LLC | c/o Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street Syracuse, NY 13202–2020 |
| cr | Independence Center NewCo, LLC | c/o Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street Syracuse, NY 13202–2020 |
| cr | Holyoke Mall Company, L.P. | c/o Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street Syracuse, NY 13202–2020 |
| cr | Crossgates Mall Devco, LLC | c/o Barclay Damon LLP | Attn: Kevin M. Newman | Barclay Damon Tower | 125 East Jefferson Street Syracuse, NY 13202–2020 |
| cr | Destiny USA Holdings, LLC | c/o Barclay Damon LLP | Attn: Kevin M. Newman, Esq. | Barclay Damon Tower | 125 East Jefferson Street Syracuse, NY 13202–2020 |
| cr | The Irvine Company LLC, a Delaware Limited Liability Company | Bewley, Lassleben & Miller LLP | Ernie Zachary Park | 13215 E. Penn St., Suite 510 | Whittier, CA 90602 |
| cr | Jennifer Francis | Ken Burton, Jr., Manatee Co. Tax Collect | 1001 3rd Ave. W., Suite 240 | Bradenton, FL 34205–7863 | |
| cr | Concur Technologies, Inc. | c/o Brown & Connery, LLP | Attn: Donald K. Ludman, Esquire | 6 North Broad Street Suite 100 | Woodbury, NJ 08096 |
| cr | International Paper | 1740 International Drive | Memphis, TN 38197 | | |
| cr | American Electric Power, Georgia Power Company, San Diego Gas and Electric Company, Salt River Project, Southern California Edison Company, Virginia Electric and Power Company d/b/a Dominion Energy Vi | c/o McCarter & English, LLP | Attn: Kate R. Buck, Esq. | Renaissance Centre | 405 North King Street, 8th Floor Wilmington, DE 19801 |
| cr | Charles County, Maryland | Nicole C. Kenworthy | Meyers, Rodbell & Rosenbaum, P.A. | 6801 Kenilworth Avenue Suite 400 | Riverdale Park, MD 20737–1385 |
| cr | Oklahoma County Treasurer | 320 Robert S Kerr Ave | Room 505 | Oklahoma City, OK 73102 | |
| cr | County of Loudoun | Attn: Steven F. Jackson | 1 Harrison St., S.E. | P.O. Box 7000 | Leesburg VA, 20177 US |
| intp | IBM Corporation | 275 Viger East, Suite 400 | QC H2X 3R7 | Montreal CANADA | |

| | | | | | |
|---|---|---|---|---|---|
| cr | Commonwealth of Pennsylvania, Department of Revenue | Bureau of Compliance | Department 280946 | Harrisburg, PA 17128–0946 | |
| cr | American National Insurance Company | One Moody Plaza | Galveston, TX 77550 | | |
| cr | City of Mercedes | c/o John T. Banks, Perdue, et al. | 3301 Northland Dr., Ste. 505 | Austin, TX 78731 | |
| cr | Love Vintage, Inc. | 3435 S. Broadway | #A | Los Angeles, CA 90007 | |
| cr | Prince George's County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | 6801 Kenilworth Ave. | Ste. 400 | Riverdale Park, MD 20737–1385 |
| cr | MICROSOFT CORPORATION | c/o Fox Rothschild | 1001 4th Avenue | Seattle, WA 98154 | |
| cr | Real Play Corp., Inc. | Hinds & Shankman, LLP | 21257 Hawthorne Blvd., 2nd Floor | Torrance, CA 90503 | |
| intp | Vanderburgh County Treasurer | Attn: Bankruptcy Clerk | Room #210 Civic Center Complex | 1 NW Martin Luther King Jr. Blvd. | Evansville, IN 47708–1882 |
| cr | Illinois Department of Employment Security | Bankruptcy Unit–10th Floor | 33 S. State St. | Chicago, IL 60603 | |
| cr | salesforce.com, inc. | Bialson, Bergen & Schwab | C/O LAWRENCE SCHWAB/GAYE HECK | 633 menlo Ave., Suite 100 | Menlo Park, CA 94025 US |
| cr | Bravado International Group Merchandising Service Inc. | Fox Rothschild LLP | 919 N. Market Street | Suite 300 | P.O. Box 2323    Wilmington, DE 19899–2323 |
| intp | Laila Buchler | 110 Barbara Street | Louisville, CO 80027 | | |
| intp | Roplast Industries, Inc. | 3155 South 5th Avenue | Oroville, CA 95965 | | |
| cr | TN Dept of Revenue | c/o TN Attorney General's Office | Bankruptcy Division | P.O. Box 20207 | Nashville, TN 37202–0207 |
| cr | City of Waterbury, Connecticut | Tax Collector | 236 Grand St | Waterbury, CT 06702 | |
| intp | Elissa Miller | SulmeyerKupetz, A Professional Corporati | 333 South Grand Avenue, Suite 3400 | Los Angeles, CA 90071 | |
| cr | Accessories House NY LLC | 10 West 33rd Street | New York, NY 10001 | | |
| intp | Brian McCollum | Boone County Collector | 801 E. Walnut St. | Room 118 | Columbia, MO 65201 |
| intp | Henry County Tax Commissioner | 140 Henry Parkway | McDonough, GA 30253 | | |
| cr | Jessmyn In USA | Kyle Kim | 2080 E. 25th St. | Vernon, CA 90058 | |
| cr | Anan Interprises Inc., dba Sarah LA | Kyle Kim | 2080 E. 25th St. | Vernon, CA 90058 | |
| cr | RII Holding Company, Inc. | Attn: Robert Berman, CFO | 535 West Crescent Drive | Palo Alto, CA 94301 | |
| cr | Jeffrey Galliher | Office of the City Attorney | 495 S. Main Street | 6th Floor | Las Vegas, NV 89101 |
| intp | Allen County Treasurer | Kiplinger Law Firm, P.C. | 111 W. Wayne Street | Suite B | Fort Wayne, IN 46802 |
| aty | Benjamin Rosenblum | Jones Day | 250 Vesey Street | New York, NY 10281–1047 | |
| aty | Bethany J. Rubis | ASK LLP | 2600 Eagan Woods Drive | Suite 400 | St. Paul, MN 55121 |
| aty | Brigette G. McGrath | ASK LLP | 2600 Eagan Woods Drive, Suite 400 | St. Paul, MN 55121 | |
| aty | D. Alexander Barnes | Obermayer Rebmann Maxwell & Hippel LLP | Centre Square West | 1500 Market Street, Suite 3400 | Philadelphia, PA 19102 |
| aty | David M. Serepca | McMahon Serepca LLP | 1900 S. Norfolk Street | Suite 350 | San Mateo, CA 94403 |
| aty | Frederick Black | Greer, Herz & Adams, LLP | One Moody Plaza, 18th Floor | Galveston, TX 77550 | |
| aty | Ilan Markus | LeClairRyan | 545 Long Wharf Drive, 9th Floor | New Haven, CT 06511 | |
| aty | Jennifer A. Christian | Ask LLP | 151 West 46th Street | 4th Floor | New York, NY 10036 |
| aty | Joseph L. Steinfeld, Jr. | ASK LLP | 2600 Eagan Woods Drive | Suite 400 | St. Paul, MN 55121 |
| aty | Julia Frost–Davies | Morgan Lewis & Bockius LLP | One Federal Street | Boston, MA 02110–1726 | |
| aty | Kayci G Hines | Kelley Drye & Warren LLP | 101 Park Avenue | New York, NY 10178 | |
| aty | Kayci G Hines | Kelley Drye & Warren LLP | 101 Park Avenue | New York, NY 10178 | |
| aty | Marc Young | Greer Herz & Adams LLP | One Moody Plaza | 18th Floor | Galveston, TX 77550 |
| aty | Michael C. Rupe | King & Spalding LLp | 1185 Avenue of the Americas | New York, NY 10036–4003 | |
| aty | Michael R. Caruso | Chiesa Shahinian & Giantomasi PC | One Boland Drive | West Orange, NJ 07052 | |
| aty | Michael R. Handler | King & Spalding LLP | 1185 Avenue of the Americas, 34th Floor | New York, NY 10036 | |
| aty | Richard J. Reding | ASK LLP | 2600 Eagan Woods Drive, Suite 400 | St. Paul, MN 55121 | |
| aty | Stephen Biggie | Arcadier, Biggie & Wood PLLC | 2815 W. New Haven | Suite 304 | Melbourne, FL 32904 |
| aty | Travis J. Stulz | Morgan & Morgan P.A. | 20 N. Orange Avenue | Suite 1600 | Orlando, FL 32801 |
| aty | Yong Bom Lee | Lee & Associates | 3530 Wilshire Blvd. | Suite 1280 | Los Angeles, CA 90010 |
| 17580028 | Anan Interprises Inc, dba Sarah LA | Kyle Kim | 2080 E. 25th St. | Vernon, CA 90058 | |
| 17627727 | Anon Interprises Inc., dba Sarah LA | Kyle Kim | 2080 E. 25th St. | Vernon, CA 90058 | |
| 13163277 | Bell County Tax Appraisal District | c/o Tara LeDay | P. O. Box 1269 | Round Rock, TX 78680–1269 | |
| 13163278 | Brazos County | c/o Tara LeDay | P. O. Box 1269 | Round Rock, TX 78680–1269 | |
| 13163300 | City of Waco et al. | c/o Tara LeDay | P. O. Box 1269 | Round Rock, TX 78680–1269 | |
| 13163280 | Comal County | c/o Tara LeDay | P. O. Box 1269 | Round Rock, TX 78680–1269 | |
| 13163297 | Denton County | c/o Tara LeDay | P. O. Box 1269 | Round Rock, TX 78680–1269 | |
| 13163298 | Hays County | c/o Tara LeDay | P. O. Box 1269 | Round Rock, TX 78680–1269 | |
| 17580027 | Jessmyn in USA | Kyle Kim | 2080 E. 25th St. | Vernon, CA 90058 | |
| 13163684 | LEITZES & CO. | 407 BROOME STREET, SUITE 4A | NEW YORK, NY 10013 | | |
| 13163299 | Midland CAD | c/o Tara LeDay | P. O. Box 1269 | Round Rock, TX 78680–1269 | |
| 17580029 | New Style Collection | 1458 South San Pedro St, #134 | Los Angeles, CA 90015 | | |
| 16956759 | RII Holding Company, Inc. | Attn: Robert Berman, CFO | 535 West Crescent Drive | Palo Alto, CA 94301 | |
| 17627752 | RII Holding Company, Inc. | Attn: Robert Berman, CFO | 535 West Crescent Drive | Palo Alto, CA 94301 | |
| 17627753 | Robert Berman, Owner Representative | 535 West Crescent Drive | Palo Alto, CA 94301 | | |

| | | | | |
|---|---|---|---|---|
| 16956758 | Roplast Industries, LLC | 3155 South 5th Avenue | Oroville, CA 95965 | |
| 13163301 | Williamson County | c/o Tara LeDay | P. O. Box 1269 | Round Rock, TX 78680–1269 |

TOTAL: 141