## 3NITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CR Holding Liquidating, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10210 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           )  ss:
COUNTY OF KINGS      )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 18th day of August 2023, DRC, at my direction and under my supervision, caused a true and accurate copy of the *Order Dismissing the Debtors' Chapter 11 Cases* (Docket No. 1866), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 23rd day of August 2023, Brooklyn, New York.

By _____
Sung Jae Kim

Sworn before me this
23rd day of August 2023

_____
Notary Public

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: CR Holding Liquidating Inc. (f/k/a Charlotte Russe Holding Inc.) (4325); CR Holdings Liquidating Corporation (f/k/a Charlotte Russe Holdings Corporation) (1045); CR Intermediate Liquidating Corporation (f/k/a Charlotte Russe Intermediate Corporation) (6345); CR Enterprise Liquidating, Inc. (f/k/a Charlotte Russe Enterprise, Inc.) (2527); CR Liquidating, Inc. (f/k/a Charlotte Russe, Inc.) (0505); CR Merchandising Liquidating, Inc. (f/k/a Charlotte Russe Merchandising, Inc.) (9453); and CR Administration Liquidating, Inc. (f/k/a Charlotte Russe Administration, Inc.) (9456). The Debtors' mailing address is 55 Hudson Yards, 42nd Floor, Attn. Summer McKee, New York, New York, 10025.

**EXHIBIT 1**

Case 19-10210-LSS  Doc 1368  Filed 08/25/23  Page 3 of 11

Charlotte Russe Holding, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 6                                                                                                 08/18/2023  09:37:53 PM

| | | | |
|---|---|---|---|
| 000057P001-1409S-272<br>505 SONOMA CORP DBA GIC<br>KEVIN PAN<br>DBA GIC INTERNATIONAL<br>3812 SEBASTOPOL RD<br>SANTA ROSA CA 95407<br>KEVINPAN@GICINTL.COM | 000040P001-1409S-272<br>ANAN ENTERPRISE INC DBA SARAH<br>SARAH KIM<br>2080 E 25TH ST<br>VERNON CA 90058<br>SARAHMKIM0826@GMAIL.COM | 000062P001-1409S-272<br>ANDREW S CONWAY,ESQ<br>200 EAST LONG LAKE ROAD STE 300<br>BLOOMFIELD HILLS MI 48304<br>ACONWAY@TAUBMAN.COM | 000149P001-1409S-272<br>ASHBY & GEDDES PA<br>GREGORY A TAYLOR;KATHARINA EARLE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899-1150<br>GTAYLOR@ASHBYGEDDES.COM |
| 000149P001-1409S-272<br>ASHBY & GEDDES PA<br>GREGORY A TAYLOR;KATHARINA EARLE<br>500 DELAWARE AVE.,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19899-1150<br>KEARLE@ASHBYGEDDES.COM | 000070P001-1409S-272<br>BALLARD SPAHR LLP<br>LESLIE HEILMAN; LAUREL ROGLEN<br>919 N. MARKET ST 11TH FL<br>WILMINGTON DE 19801-3034<br>HEILMANL@BALLARDSPAHR.COM | 000070P001-1409S-272<br>BALLARD SPAHR LLP<br>LESLIE HEILMAN; LAUREL ROGLEN<br>919 N. MARKET ST 11TH FL<br>WILMINGTON DE 19801-3034<br>ROGLENL@BALLARDSPAHR.COM | 000082P001-1409S-272<br>BALLARD SPAHR LLP<br>DUSTIN P BRANCH,ESQ<br>2029 CENTURY PARK EAST STE 800<br>LOS ANGELES CA 90067-2909<br>BRANCHD@BALLARDSPAHR.COM |
| 000112P001-1409S-272<br>BARCLAY DAMON LLP<br>KEVIN NEWMAN; SCOTT FLEISCHER<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202<br>KNEWMAN@BARCLAYDAMON.COM | 000112P001-1409S-272<br>BARCLAY DAMON LLP<br>KEVIN NEWMAN; SCOTT FLEISCHER<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202<br>SFLEISCHER@BARCLAYDAMON.COM | 000108P002-1409S-272<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON DE 19801<br>DAVID.POWLEN@BTLAW.COM | 000108P002-1409S-272<br>BARNES & THORNBURG LLP<br>DAVID M POWLEN;KEVIN G COLLINS<br>222 DELAWARE AVENUE<br>SUITE 1200<br>WILMINGTON DE 19801<br>KEVIN.COLLINS@BTLAW.COM |
| 000092P001-1409S-272<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER;KEVIN M CAPUZZI<br>222 DELAWARE AVE STE 801<br>WILMINGTON DE 19801<br>JHOOVER@BENESCHLAW.COM | 000092P001-1409S-272<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER;KEVIN M CAPUZZI<br>222 DELAWARE AVE STE 801<br>WILMINGTON DE 19801<br>KCAPUZZI@BENESCHLAW.COM | 000148P001-1409S-272<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>JOHN C GENTILE<br>222 DELAWARE AVE.,STE 801<br>WILMINGTON DE 19801<br>JGENTILE@BENESCHLAW.COM | 000130P001-1409S-272<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>JENNIFER R HOOVER<br>222 DELAWARE AVE STE 801<br>WILMINGTON DE 19801<br>JHOOVER@BENESCHLAW.COM |
| 000113P001-1409S-272<br>BEWLEY LASSLEBEN & MILLER LLP<br>ERNIE ZACHARY PARK<br>13215 E PENN ST STE 510<br>WHITTIER CA 90602<br>ERNIE.PARK@BEWLEYLAW.COM | 000147P001-1409S-272<br>BIALSON BERGEN & SCHWAB, A PROF CORP<br>LAWRENCE M SCHWAB;GAYE N HECK;THOMAAS M GAA<br>633 MENLO AVE STE 100<br>MENLO PARK CA 94025<br>GHECK@BBSLAW.COM | 000116P001-1409S-272<br>BROWN & CONNERY, LLP<br>DONALD K. LUDMAN<br>6 NORTH BROAD ST STE 100<br>WOODBURY NJ 08096<br>DLUDMAN@BROWNCONNERY.COM | 000075P001-1409S-272<br>CAFARO MANAGEMENT COMPANY<br>RICHARD T DAVIS<br>5577 YOUNGSTOWN-WARREN RD<br>NILES OH 44446<br>RDAVIS@CAFAROCOMPANY.COM |
| 000087P001-1409S-272<br>CLARK HILL PLC<br>KAREN M GRIVNER,ESQ<br>824 N MARKET ST STE 710<br>WILMINGTON DE 19801<br>KGRIVNER@CLARKHILL.COM | 000014P001-1409S-272<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000008P001-1409S-272<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US | 000004P001-1409S-272<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US |

Case 19-10210-LSS    Doc 1868    Filed 08/25/23    Page 4 of 11

Charlotte Russe Holding, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 6                                                                                                        08/18/2023 09:37:53 PM

000047P001-1409S-272
DOUBLE H SOURCING
WINNIE CHO
RM205 HACKSANKOSMOSTEL 110
GWANGJANG DONG GWANGJIN KU
SEOUL
KOREA
WINNIE@DHSOURCING.CO.KR

000032P001-1409S-272
EAST LION CORP
JULIE KUO
318 BREA CANYON RD
CITY OF INDUSTRY CA 91789
JULIEK@EASTLIONCORP.COM

000050P001-1409S-272
ELLA L CLOTHING INC
JAMES SONG
16828 ARMSTEAD ST
GRANDA HILLS CA 91344
ELLAL.JAMESSONG@GMAIL.COM

000118P001-1409S-272
ELLIOTT GREENLEAF PC
RAFAEL X ZAHRALDDIN-ARAVENA;ERIC M SUTTY
1105 N MARKET ST STE 1700
WILMINGTON DE 19801
RXZA@ELLIOTTGREENLEAF.COM

000118P001-1409S-272
ELLIOTT GREENLEAF PC
RAFAEL X ZAHRALDDIN-ARAVENA;ERIC M SUTTY
1105 N MARKET ST STE 1700
WILMINGTON DE 19801
EMS@ELLIOTTGREENLEAF.COM

000029P001-1409S-272
FEDEX ERS
KYE BEVERLY
PO BOX 371741
PITTSBURGH PA 15250-7741
KRBEVERLY@FEDEX.COM

000122P001-1409S-272
FRIEDMAN & SPRINGWATER LLP
DERRICK N HANSEN
1007 NORTH ORANGE ST.,4TH FLOOR
WILMINGTON DE 19801
DHANSEN@FRIEDMANSPRING.COM

000061P001-1409S-272
FROST BROWN TODD LLC
RONALD E GOLD;A J WEBB
3300 GREAT AMERICAN TOWER
301 E FOURTH ST
CINCINNATI OH 45202
RGOLD@FBTLAW.COM

000061P001-1409S-272
FROST BROWN TODD LLC
RONALD E GOLD;A J WEBB
3300 GREAT AMERICAN TOWER
301 E FOURTH ST
CINCINNATI OH 45202
AWEBB@FBTLAW.COM

000134P001-1409S-272
GELLERT SCALI BUSENKELL & BROWN LLC
Michael Busenkell
1201 N. Orange Street, Suite 300
WILMINGTON DE 19801
mbusenkell@gsbblaw.com

000098P001-1409S-272
GIBBONS P.C.
NATASHA M. SONGONUGA, ESQ.
300 DELAWARE AVE. STE 1015
WILMINGTON DE 19801-1671
NSONGONUGA@GIBBONSLAW.COM

000030P001-1409S-272
GOOGLE INC
ACCTS REC DEPT SYLWIA HEBDA
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW CA 94043
AFS-CASHAPPS@GOOGLE.COM

000096P001-1409S-272
GOULSTON & STORRS PC
VANESSA P MOODY,ESQ
400 ATLANTIC AVE
BOSTON MA 02110-3333
VMOODY@GOULSTONSTORRS.COM

000138P001-1409S-272
GREER HERZ & ADAMS LLP
FREDERICK BLACK;TARA B ANNWEILER;MARC D YOUNG
ONE MOODY PLAZA, 18TH FLOOR
GALVESTON TX 77550
TANNWEILER@GREERHERZ.COM

000107P001-1409S-272
HANSON BRIDGETT LLP
NEAL WOLF
425 MARKET ST.,26TH FLOOR
SAN FRANCISCO CA 94105
NWOLF@HANSONBRIDGETT.COM

000131P003-1409S-272
HOGAN MCDANIEL
GARVAN F. MCDANIEL
1311 DELAWARE AVE
WILMINGTON DE 19806
GMCDANIEL@DKHOGAN.COM

000104P001-1409S-272
HOLLAND & KNIGHT LLP
BARBRA R PARLIN,ESQ
31 WEST 52ND ST
NEW YORK NY 10019
BARBRA.PARLIN@HKLAW.COM

000105P001-1409S-272
HOLLAND & KNIGHT LLP
JOAQUIN J ALEMANY;JOSE A CASAL
701 BRICKELL AVE STE 3300
MIAMI FL 33131
JOAQUIN.ALEMANY@HKLAW.COM

000105P001-1409S-272
HOLLAND & KNIGHT LLP
JOAQUIN J ALEMANY;JOSE A CASAL
701 BRICKELL AVE STE 3300
MIAMI FL 33131
JOSE.CASAL@HKLAW.COM

000093P001-1409S-272
HONIGMAN LLP
LAWRENCE A LICHTMAN,ESQ
2290 FIRST NATIONAL BUILDING
600 WOODWARD AVE
DETROIT MI 48226
LLICHTMAN@HONIGMAN.COM

000053P001-1409S-272
JAINSON'S INTERNATIONAL INC
AMIT JAIN
7526 TYRONE AVE
VAN NUYS CA 91405
AMIT@JAINCOMPANY.COM

000051P002-1409S-272
JESSMYN IN USA
KYLE KIM
1658 TARELTON ST
LOS ANGELES CA 90021-3120
JESSMYN.USA@GMAIL.COM

000145P001-1409S-272
JONES DAY
BENJAMIN ROSENBLUM,ESQ
250 VESEY ST
NEW YORK NY 10281
BROSENBLUM@JONESDAY.COM

000045P001-1409S-272
JP ORIGINAL CORP
PAUL KASCSAK
19101 E WALNUT DR NORTH
CITY OF INDUSTRY CA 91748
PAULK@JPO.COM

Case 19-10210-LSS    Doc 1368    Filed 08/25/23    Page 5 of 11

Charlotte Russe Holding, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 6                                                    08/18/2023 09:37:53 PM

| | | | |
|---|---|---|---|
| 000124P001-1409S-272<br>K & L GATES LLP<br>MARGARET R WESTBROOK,ESQ<br>4350 LASSITER AT NORTH HILLS AVE.,STE 300<br>RALEIGH NC 27609<br>MARGARET.WESTBROOK@KLGATES.COM | 000125P001-1409S-272<br>K & L GATES LLP<br>STEVEN L CAPONI;MATTHEW B GOELLER<br>600 N KING ST.,STE 901<br>WILMINGTON DE 19801<br>STEVEN.CAPONI@KLGATES.COM | 000125P001-1409S-272<br>K & L GATES LLP<br>STEVEN L CAPONI;MATTHEW B GOELLER<br>600 N KING ST.,STE 901<br>WILMINGTON DE 19801<br>MATTHEW.GOELLER@KLGATES.COM | 000126P001-1409S-272<br>K & L GATES LLP<br>EMILY MATHER,ESQ<br>4350 LASSITER AT NORTH HILLS AVE., STE 300<br>RALEIGH NC 27609<br>EMILY.MATHER@KLGATES.COM |
| 000133P001-1409S-272<br>KATTEN MUCHIN ROSENMAN LLP<br>Peter A. Siddiqui<br>525 W. Monroe Street<br>CHICAGO IL 60661<br>peter.siddiqui@kattenlaw.com | 000088P001-1409S-272<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE<br>101 PARK AVE<br>NEW YORK NY 10178<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | 000088P001-1409S-272<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE<br>101 PARK AVE<br>NEW YORK NY 10178<br>RLEHANE@KELLEYDRYE.COM | 000129P001-1409S-272<br>KELLEY DRYE & WARREN LLP<br>ROBERT L LEHANE<br>KAYCI G HINES<br>101 PARK AVENUE<br>NEW YORK NY 10178<br>RLEHANE@KELLEYDRYE.COM |
| 000115P001-1409S-272<br>KEN BURTON JR, MANATEE CTY TAX COLL<br>JENNIFER FRANCIS, LGL SUPP AND COLL<br>1001 3RD AVE W STE 240<br>BRADENTON FL 34205-7863<br>LEGAL@TAXCOLLECTOR.COM | 000094P001-1409S-272<br>KLESTADT WINTERS JURELLER SOUTHARD & STEVENS LLP<br>TRACY L KLESTADT<br>200 WEST 41ST ST., 17TH FLOOR<br>NEW YORK NY 10036<br>TKLESTADT@KLESTADT.COM | 000039P001-1409S-272<br>KNY CLOTHING DBA YIPEE<br>STEVE CHO  KAREN OH<br>NAM G OW<br>1662 LONG BEACH AVE<br>LOS ANGELES CA 90021<br>LASHESCLOTHING@GMAIL.COM | 000059P001-1409S-272<br>KRISTEN N PATE<br>BROOKFIELD PROPERTY REIT, INC AS AGENT<br>350 N ORLEANS ST STE 300<br>CHICAGO IL 60654-1607<br>BK@BROOKFIELDPROPERTIESRETAIL.COM |
| 000076P001-1409S-272<br>KURTZMAN STEADY LLC<br>JEFFREY KURTZMAN,ESQ<br>401 S 2ND ST STE 200<br>PHILADELPHIA PA 19147<br>KURTZMAN@KURTZMANSTEADY.COM | 000140P001-1409S-272<br>LAW OFFICE OF STEVEN J BARKIN<br>STEVEN J BARKIN<br>3700 WILSHIRE BOULEVARD STE 950<br>LOS ANGELES CA 90010<br>STEVENBARKIN@GMAIL.COM | 000080P001-1409S-272<br>LAW OFFICE OF SUSAN E KAUFMAN LLC<br>SUSAN E KAUFMAN,ESQ<br>919 N MARKET ST STE 460<br>WILMINGTON DE 19801<br>SKAUFMAN@SKAUFMANLAW.COM | 000156P001-1409S-272<br>LEE & ASSOCIATES LAW OFFICE APC<br>YONG BOM LEE,ESQ<br>3530 WILSHIRE BLVD.,STE 1280<br>LOS ANGELES CA 90010<br>WILSHIREFIRM@YAHOO.COM |
| 000041P001-1409S-272<br>LEGEND FOOTWEAR INC<br>JENNI YEH<br>19445 E WALNUT DR N<br>CITY OF INDUSTRY CA 91789<br>JENNI@LEGENDFOOTWEAR.COM | 000063P001-1409S-272<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | 000072P001-1409S-272<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DON STECKER<br>711 NAVARRO ST STE 300<br>SAN ANTONIO TX 78205<br>SANANTONIO.BANKRUPTCY@PUBLICANS.COM | 000111P001-1409S-272<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILMAN<br>P O BOX 3064<br>HOUSTON TX 77253-3064<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| 000049P001-1409S-272<br>MAESA LLC<br>JEFF KLEIN<br>40 WORTH ST<br>STE 705<br>NEW YORK NY 10013<br>JEFF.KLEIN@MAESA.COM | 000117P002-1409S-272<br>MARICOPA COUNTY ATTORNEY'S OFFICE<br>PETER MUTHIG, DEPUTY COUNTY ATTORNEY<br>CIVIL SERVICES DIVISION<br>225 W MADISON ST<br>PHOENIX AZ 85003<br>MUTHIGK@MCAO.MARICOPA.GOV | 000068P001-1409S-272<br>MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>TARA LEDAY<br>P. O. BOX 1269<br>ROUND ROCK TX 78680<br>TLEDAY@MVBALAW.COM | 000035P001-1409S-272<br>MERKLE INC<br>KRISTINE ELLIOT<br>29432 NETWORK PL<br>CHICAGO IL 60673-1432<br>KELLIOT@MERKLEINC.COM |

Case 19-10210-LSS   Doc 1368   Filed 08/25/23   Page 6 of 11

Charlotte Russe Holding, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 4 of 6                                                                                       08/18/2023 09:37:53 PM

000137P001-1409S-272
MEYERS ROMAN FRIEDBERG & LEWIS LPA
DAVID M NEUMANN
28601 CHAGRIN BLVD STE 600
CLEVELAND OH 44122
DNEUMANN@MEYERSROMAN.COM

000077P001-1409S-272
MIRICK O'CONNELL DEMALLIE & LOUGEE LLP
PAUL W CAREY
100 FRONT ST
WORCESTER MA 01608
PCAREY@MIRICKOCONNELL.COM

000078P001-1409S-272
MIRICK O'CONNELL DEMALLIE & LOUGEE LLP
KATE P FOLEY
1800 WEST PARK DRIVE STE 400
WESTBOROUGH MA 01581
KFOLEY@MIRICKOCONNELL.COM

000123P001-1409S-272
MITCHELL WILLIAMS SELIG GATES & WOODYARD PLLC
STAN D SMITH,ESQ
425 WEST CAPITOL AVE STE 1800
LITTLE ROCK AK 72201-3525
SSMITH@MWLAW.COM

000064P001-1409S-272
MONZACK MERSKY MCLAUGHLIN & BROWDER PA
RACHEL B MERSKY
1201 N ORANGE ST STE 400
WILMINGTON DE 19801
RMERSKY@MONLAW.COM

000024P004-1409S-272
MORGAN LEWIS & BOCKIUS LLP
JULIA FROST-DAVIES
ONE FEDERAL STREET
BOSTON MA 02110
JULIA.FROST-DAVIES@MORGANLEWIS.COM

000027P001-1409S-272
MORGAN LEWIS & BOCKIUS LLP
CHRISTOPHER CARTER
ONE FEDERAL STREET
BOSTON MA 02110
CHRISTOPHER.CARTER@MORGANLEWIS.COM

000106P001-1409S-272
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTIS S MILLER;MATTHEW O TALMO
1201 N MARKET ST 16TH FLOOR
WILMINGTON DE 19899-1347
CMILLER@MNAT.COM

000106P001-1409S-272
MORRIS NICHOLS ARSHT & TUNNELL LLP
CURTIS S MILLER;MATTHEW O TALMO
1201 N MARKET ST 16TH FLOOR
WILMINGTON DE 19899-1347
MTALMO@MNAT.COM

000003P003-1409S-272
OFFICE OF THE US TRUSTEE
JANE LEAMY
844 KING ST
STE 2207, Lockbox 35
WILMINGTON DE 19801
JANE.M.LEAMY@USDOJ.GOV

000109P001-1409S-272
PA-DEPT OF LABOR & INDUSTRY
DEB SECREST,AUTHORIZED AGENT
OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES
COLLECTIONS SUPPORT UNIT
651 BOAS ST RM 702
HARRISBURG PA 17121
RA-LI-UCTS-BANKRUPT@STATE.PA.US

000136P001-1409S-272
PA-DEPT OF REVENUE
CAROL E MOMJIAN, SENIOR DEP ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
1600 ARCH STREET STE 300
PHILADELPHIA PA 19103
CMOMJIAN@ATTORNEYGENERAL.GOV

000067P002-1409S-272
PEPPER HAMILTON LLP
DOUGLAS D HERRMANN; MARCY J MCLAUGHLIN
HERCULES PLAZA STE 5100
1313 N MARKET ST
WILMINGTON DE 19899-1709
HERRMANND@PEPPERLAW.COM

000067P002-1409S-272
PEPPER HAMILTON LLP
DOUGLAS D HERRMANN; MARCY J MCLAUGHLIN
HERCULES PLAZA STE 5100
1313 N MARKET ST
WILMINGTON DE 19899-1709
MCLAUGHLINM@PEPPERLAW.COM

000083P001-1409S-272
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
OWEN M SONIK
1235 NORTH LOOP STE 600
HOUSTON TX 77008
OSONIK@PBFCM.COM

000084P001-1409S-272
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
EBONEY COBB
500 E BORDER ST STE 640
ARLINGTON TX 76010
ECOBB@PBFCM.COM

000085P001-1409S-272
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
LAURA J MONROE
P O BOX 817
LUBBOCK TX 79408
LMBKR@PBFCM.COM

000139P001-1409S-272
PERDUE BRANDON FIELDER COLLINS & MOTT LLP
JOHN T BANKS, ESQ
3301 NORTHLAND DRIVE STE 505
AUSTIN TX 78731
JBANKS@PBFCM.COM

000141P001-1409S-272
POTTER ANDERSON & CORROON LLP
CHRISTOPHER M SAMIS;L KATHERINE GOOD;AARON H STULM
1313 N MARKET ST., 6TH FLOOR
WILMINGTON DE 19801
CSAMIS@POTTERANDERSON.COM

000141P001-1409S-272
POTTER ANDERSON & CORROON LLP
CHRISTOPHER M SAMIS;L KATHERINE GOOD;AARON H STULM
1313 N MARKET ST., 6TH FLOOR
WILMINGTON DE 19801
KGOOD@POTTERANDERSON.COM

000141P001-1409S-272
POTTER ANDERSON & CORROON LLP
CHRISTOPHER M SAMIS;L KATHERINE GOOD;AARON H STULM
1313 N MARKET ST., 6TH FLOOR
WILMINGTON DE 19801
ASTULMAN@POTTERANDERSON.COM

000043P001-1409S-272
PRIORITY FULFILLMENT SVC
TOM MADDEN
505 MILLENNIUM DR
ALLEN TX 75013
TMADDEN@PFSWEB.COM

000054P001-1409S-272
PRODUCT DEVELOPMENT INTL.
SANDY
1350 BROADWAY
STE 601
NEW YORK NY 10018
SANDY@PDIFASHION.COM

000128P002-1409S-272
Perkins Coie LLP
Brian Audette
131 S. Dearborn Street Suite 1700
Chicago IL 60603-5559
baudette@perkinscoie.com

Case 19-10210-LSS   Doc 1368   Filed 08/25/23   Page 7 of 11

Charlotte Russe Holding, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 5 of 6                                                                 08/18/2023 09:37:53 PM

| | | | |
|---|---|---|---|
| 000058P002-1409S-272<br>R AHN<br>CHEYRIN CINDY PARK<br>5801 E WASHINGTON BLVD<br>COMMERCE CA 90040-2323<br>BELLABETTYFASHION@GMAIL.COM | 000052P002-1409S-272<br>RHAPSODY CLOTHING INC DBA<br>PEARL SHINN<br>9885 Novara Lane<br>CYPRESS CA 90630<br>bryan.k@rhapsodyclothing.com | 000028P002-1409S-272<br>RICHARDS LAYTON & FINGER PA<br>MARK D COLLINS;BRETT M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801<br>COLLINS@RLF.COM | 000028P002-1409S-272<br>RICHARDS LAYTON & FINGER PA<br>MARK D COLLINS;BRETT M HAYWOOD<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801<br>HAYWOOD@RLF.COM |
| 000089P001-1409S-272<br>ROBINSON BROG LEINWAND GREENE ET AL<br>FRED B RINGEL<br>875 THIRD AVE.,9TH FLOOR<br>NEW YORK NY 10022<br>FBR@ROBINSONBROG.COM | 000132P001-1409S-272<br>SAUL EWING ARNSTEIN & LEHR LLP<br>Mark Minuti<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>WILMINGTON DE 19899-1266<br>mark.minuti@saul.com | 000015P001-1409S-272<br>SECURITIES AND EXCHANGE COMMISSION<br>NY REG OFFICE BANKRUPTCY DEPT<br>BROOKFIELD PL<br>200 VESEY ST STE 400<br>NEW YORK NY 10281-1022<br>NYROBANKRUPTCY@SEC.GOV | 000016P001-1409S-272<br>SECURITIES AND EXCHANGE COMMISSION<br>SEC OF THE TREASURY OFFICE OF GEN COUNSEL<br>100 F ST NE<br>WASHINGTON DC 20549<br>SECBANKRUPTCY@SEC.GOV |
| 000017P001-1409S-272<br>SECURITIES AND EXCHANGE COMMISSION<br>PHIL OFC BANKRUPTCY DEPT<br>ONE PENN CTR<br>1617 JFK BLVD STE 520<br>PHILADELPHIA PA 19103<br>SECBANKRUPTCY@SEC.GOV | 000034P001-1409S-272<br>SHANTEX GROUP LLC<br>DAVID ORLAND<br>530 7TH AVE<br>STE 703<br>NEW YORK NY 10018<br>DAVID@SHANTEX.US | 000158P001-1409S-272<br>SHI & ASSOCIATES<br>BO SHI,ESQ<br>401 BROADWAY STE 409<br>NEW YORK NY 10013<br>SHIATTORNEY@YAHOO.COM | 000060P001-1409S-272<br>SIMON PROPERTY GROUP LP<br>RONALD M TUCKER, ESQ<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204<br>RTUCKER@SIMON.COM |
| 000071P001-1409S-272<br>SINGER & LEVICK PC<br>MICHELLE E SHRIRO,ESQ<br>16200 ADDISON ROAD STE 140<br>ADDISON TX 75001<br>MSHRIRO@SINGERLEVICK.COM | 000079P001-1409S-272<br>SITE CENTERS CORP<br>ERIC C COTTON,ESQ<br>3300 ENTERPRISE PARKWAY<br>P O BOX 228042<br>BEACHWOOD OH 44122<br>ECOTTON@SITECENTERS.COM | 000110P001-1409S-272<br>SOLOMON WARD SEIDENWURM & SMITH LLP<br>MICHAEL D BRESLAUER,ESQ<br>401 B STREET STE 1200<br>SAN DIEGO CA 92101<br>MBRESLAUER@SWSSLAW.COM | 000110P001-1409S-272<br>SOLOMON WARD SEIDENWURM & SMITH LLP<br>MICHAEL D BRESLAUER,ESQ<br>401 B STREET STE 1200<br>SAN DIEGO CA 92101<br>WYONES@SWSSLAW.COM |
| 000135P001-1409S-272<br>SOUTH MILHAUSEN, P.A.<br>Jon E. Kane, Esq.<br>Gateway Center<br>1000 Legion Place, Ste. 1200<br>ORLANDO FL 32801<br>jkane@southmilhausen.com | 000090P001-1409S-272<br>SPECTOR & JOHNSON PLLC<br>HOWARD MARC SPECTOR<br>12770 COIT ROAD STE 1100<br>DALLAS TX 75251<br>HMSPECTOR@SPECTORJOHNSON.COM | 000144P002-1409S-272<br>SULLIVAN HAZELTINE ALLINSON LLC<br>WILLIAM D SULLIVAN;WILLIAM A HAZELTINE<br>919 NORTH MARKET ST.,STE 420<br>WILMINGTON DE 19801<br>WHAZELTINE@SHA-LLC.COM | 000144P002-1409S-272<br>SULLIVAN HAZELTINE ALLINSON LLC<br>WILLIAM D SULLIVAN;WILLIAM A HAZELTINE<br>919 NORTH MARKET ST.,STE 420<br>WILMINGTON DE 19801<br>BSULLIVAN@SHA-LLC.COM |
| 000157P001-1409S-272<br>SULMEYERKUPETZ, A PROFESSIONAL CORP<br>ELISSA D MILLER<br>CHAPTER 7 TRUSTEE FOR JESSMYN IN USA CORP<br>333 SOUTH GRAND AVE.,STE 3400<br>LOS ANGELES CA 90071<br>EMILLER@SULMEYERLAW.COM | 000121P001-1409S-272<br>THE COUNTY OF LOUDOUN<br>STEVEN F JACKSON, ASST COUNTY ATTORNEY<br>ONE HARRISON ST S.E.,5TH FLOOR<br>P O BOX 7000<br>LEESBURG VA 20177-7000<br>STEVE.JACKSON@LOUDOUN.GOV | 000100P001-1409S-272<br>THE ROSNER LAW GROUP LLC<br>FREDERICK ROSNER ; JASON GIBSON<br>824 N MARKET ST STE 810<br>WILMINGTON DE 19801<br>ROSNER@TEAMROSNER.COM | 000100P001-1409S-272<br>THE ROSNER LAW GROUP LLC<br>FREDERICK ROSNER ; JASON GIBSON<br>824 N MARKET ST STE 810<br>WILMINGTON DE 19801<br>GIBSON@TEAMROSNER.COM |

Case 19-10210-LSS Doc 1868 Filed 08/25/23 Page 8 of 11
Charlotte Russe Holding, Inc., et al.
**Electronic Mail**
**Exhibit Pages**

Page # : 6 of 6                                                                 08/18/2023 09:37:53 PM

| | | | |
|---|---|---|---|
| 000095P001-1409S-272<br>THE SARACHEK LAW FIRM<br>JOSEPH E SARACHEK, ESQ<br>101 PARK AVE.,27TH FLOOR<br>NEW YORK NY 10178<br>JOE@SARACHEKLAWFIRM.COM | 000055P001-1409S-272<br>THE VINTAGE SHOP<br>AUSTIN KIM DANNY SHIN<br>MSK APPAREL INC<br>1015 S CROCKER ST #R-14<br>LOS ANGELES CA 90021<br>AUSTIN4778@HOTMAIL.COM | 000055P001-1409S-272<br>THE VINTAGE SHOP<br>AUSTIN KIM DANNY SHIN<br>MSK APPAREL INC<br>1015 S CROCKER ST #R-14<br>LOS ANGELES CA 90021<br>DANNY_VINTAGESHOP@HOTMAIL.COM | 000154P001-1409S-272<br>TN DEPT OF REVENUE<br>TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE TN 37202-0207<br>AGBANKDELAWARE@AG.TN.GOV |
| 000038P001-1409S-272<br>TOPSON DOWNS LOVE FIRE<br>DANIEL ABRAMOVITCH<br>3840 WATSEKA VAE<br>CULVER CITY CA 90232<br>DANIELABRAMOVITCH@TOPSONDOWNS.COM | 000081P002-1409S-272<br>TX-COMPTROLLER OF PUBLIC ACCOUNTS<br>CHRISTOPHER S MURPHY<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIV MC 008<br>P O BOX 12548<br>AUSTIN TX 78711-2548<br>BK-CMURPHY@OAG.TEXAS.GOV | 000155P001-1409S-272<br>U.S. DEPARTMENT OF JUSTICE<br>ARI D KUNOFSKY<br>TRIAL ATTORNEY, TAX DIVISION<br>P O BOX 227<br>WASHINGTON DC 20044<br>ARI.D.KUNOFSKY@USDOJ.GOV | 000005P001-1409S-272<br>US ATTORNEY FOR DELAWARE<br>CHARLES OBERLY ELLEN SLIGHTS<br>1007 N ORANGE ST<br>STE 700<br>WILMINGTON DE 19801<br>USADE.ECFBANKRUPTCY@USDOJ.GOV |
| 000031P001-1409S-272<br>VALUELINE GROUP CO LTD<br>DAVID WANG<br>FL 7 HUATIAN BLDG NO<br>18 HOUJIE BLVD S HOUJIE TOWN DONGGUAN CITY<br>GUANGDONG PROVINCE  523960<br>CHINA<br>DAVID@TOPGLORYFOOTWEAR.COM | 000143P001-1409S-272<br>VANDERBURGH COUNTY TREASURER<br>BANKRUPTCY CLERK<br>ROOM #210 CIVIC CENTER COMPLEX<br>I NW MARTIN LUTHER KING JR.,BLVD<br>EVANSVILLE IN 47708-1882<br>TREASURER@VANDERBURGHGOV.ORG | 000033P001-1409S-272<br>VEN BRIDGE CO LTD<br>SEAN GOGARTY<br>35TH FL NO 96<br>EAST ZHUANXING RD<br>SHANGHAI<br>CHINA<br>SPGTEXTILES@GMAIL.COM | 000046P001-1409S-272<br>ZHENGPENG TRADE CO LTD<br>SUNNY<br>RM 502 BLDG 2 HETONG JIN YUAN<br>QN FEN RD<br>WENZHOU<br>CHINA<br>SUNNY.ZHENGPENG@GMAIL.COM |

Records Printed :     132

**EXHIBIT 2**

Case 19-10210-LSS   Doc 1868   Filed 08/25/23   Page 10 of 11

Charlotte Russe Holding, Inc., et al.
Exhibit Pages

Page # : 1 of 2                                                                                                                08/18/2023 09:37:27 PM

| 000013P001-1409S-272<br>ARIZONA ATTORNEY GENERALS OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000023P001-1409S-272<br>BANK OF AMERICA MERRILL LYNCH<br>MATTHEW POTTER<br>100 FEDERAL STREET<br>BOSTON MA 02110 | 000151P001-1409S-272<br>CHATHAM COUNTY TAX COMMISSIONER<br>THERESA C HARRELSON<br>POST OFFICE BOX 8324<br>SAVANNAH GA 31412-8324 | 000086P001-1409S-272<br>CLARK HILL PLC<br>DAVID M BLAU,ESQ<br>151 S OLD WOODWARD AVE STE 200<br>BIRMINGHAM MI 48009 |
|---|---|---|---|
| 000006P001-1409S-272<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 | 000007P001-1409S-272<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000114P001-1409S-272<br>DONALD C COWAN JR<br>1265 SCOTTSVILLE ROAD<br>ROCHESTER NY 14624 | 000048P001-1409S-272<br>FORTUNE DYNAMIC INC<br>TRACY MAN<br>21923 FERRERO PKWY<br>CITY OF INDUSTRY CA 91789 |
| 000152P002-1409S-272<br>FOX ROTHSCHILD LLP<br>TERENCE G. BANICH<br>321 N. CLARK ST., SUITE 1600<br>CHICAGO IL 60654-4614 | 000153P001-1409S-272<br>FOX ROTHSCHILD LLP<br>JOHNNA M. DARBY<br>919 N. MARKET ST., SUITE 300<br>WILMINGTON DE 19801 | 000009P001-1409S-272<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A 340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000037P001-1409S-272<br>GLOBAL CAPITAL FASHION INC<br>SIMON LEUNG<br>247 WEST 35TH ST<br>11 FL FRONT<br>NEW YORK NY 10001 |
| 000099P001-1409S-272<br>GOLDBERG WEPRIN ET AL<br>NEAL M. ROSENBLOOM, ESQ.<br>1501 BROADWAY 22ND FL<br>NEW YORK NY 10004 | 000142P002-1409S-272<br>HINDS & SHANKMAN LLP<br>21257 HAWTHORNE BLVD.,2ND FLOOR<br>TORRANCE CA 90503 | 000127P001-1409S-272<br>IBM CORP<br>MARIE-JOSEE DUBE<br>275 VIGER EAST<br>MONTREAL QC H2X 3R7<br>CANADA | 000097P001-1409S-272<br>IMPERIAL COUNTY TREASURER<br>TAX COLLECTOR<br>KAREN VOGEL<br>940 WEST MAIN STREET<br>SUITE 106<br>EL CENTRO CA 92243 |
| 000001P001-1409S-272<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1409S-272<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000073P001-1409S-272<br>LECLAIRRYAN PLLC<br>NICLAS A FERLAND;ILAN MARKUS<br>545 LONG WHARF DRIVE,9TH FLOOR<br>NEW HAVEN CT 06511 | 000102P001-1409S-272<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>DIANE WADE SANDERS<br>P.O. BOX 17428<br>AUSTIN TX 78760 |
| 000049P001-1409S-272<br>MAESA LLC<br>JEFF KLEIN<br>40 WORTH ST<br>STE 705<br>NEW YORK NY 10013 | 000119P001-1409S-272<br>MEYERS RODBELL AND ROSENBAUM PA<br>NICOLE C. KENWORTHY<br>6801 KENILWORTH AVE STE 400<br>RIVERDALE MD 20737-1385 | 000044P001-1409S-272<br>MEZZANINE USA INC<br>CHRISTOPHER KIM<br>1015 S CROCKER ST R29<br>LOS ANGELES CA 90021 | 000010P001-1409S-272<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BUILDING<br>LANSING MI 48922 |
| 000078P001-1409S-272<br>MIRICK O'CONNELL DEMALLIE & LOUGEE LLP<br>KATE P FOLEY<br>1800 WEST PARK DRIVE STE 400<br>WESTBOROUGH MA 01581 | 000091P001-1409S-272<br>MISSOURI DEPARTMENT OF REVENUE<br>STEVEN A GINTHER<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY UNIT<br>P O BOX 475<br>JEFFERSON CITY MO 65105-0475 | 000036P001-1409S-272<br>REALPLAY CORP DBA RIPLAY INC<br>MARK HSIA<br>18350 SAN JOSE AVE<br>CITY OF INDUSTRY CA 91748 | 000056P001-1409S-272<br>REGENT SUTTON LLC<br>AVI COHEN<br>1411 BROADWAY<br>8TH FL<br>NEW YORK NY 10018 |

**Charlotte Russe Holding, Inc., et al.**
**Exhibit Pages**

Page # : 2 of 2                                                                                                                                            08/18/2023 09:37:27 PM

| 000042P002-1409S-272 | 000150P001-1409S-272 | 000012P001-1409S-272 | 000011P001-1409S-272 |
|---|---|---|---|
| SAMIL SOLUTION | SAN DIEGO COUNTY TREASURER-TAX COLLECTOR | SOCIAL SECURITY ADMINISTRATION | US EPA REG 3 OFFICE OF REG COUNSEL |
| PAUL KANG | DAN MCALLISTER,TREASURER-TAX COLLECTOR | OFFICE OF THE GEN COUNSEL REGION 3 | BANKRUPTCY DEPT |
| 6F RIO BLDG  790-2 YEOKSAM | BANKRUPTCY DESK | 300 SPRING GARDEN ST | 1650 ARCH ST |
| SEOUL  06248 | 1600 PACIFIC HIGHWAY, ROOM 162 | PHILADELPHIA PA 19123 | PHILADELPHIA PA 19103 |
| KOREA | SAN DIEGO CA 92101 | | |

Records Printed :  **32**